IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN, | Civil Action No. 3:22-cv-04486 |
| | **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |
| Plaintiffs, | |
| v. | |
| PGA TOUR, INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiffs' Talor Gooch, Hudson Swafford, and Matt Jones's Motion For Temporary Restraining Order against the PGA Tour, Inc. ("Defendant"). Having reviewed the Complaint and the Motion for Temporary Restraining Order, the supporting material and any responses and argument, the Court hereby orders that Plaintiffs' motion is GRANTED.

Specifically, it is hereby ORDERED that:

1. Pursuant to Federal Rules of Civil Procedure and Local Rule 65-1, reasonable cause exists to issue a temporary restraining order.

2. Defendant's suspensions of Talor Gooch, Hudson Swafford, and Matt Jones are enjoined. Defendant is prohibited from preventing Talor Gooch, Hudson Swafford, and Matt Jones from

playing in the FedEx Cup Playoffs during the term of the Temporary Restraining Order. Defendant is prohibited from enforcing its Media Rights and Conflicting Events Regulations to punish Talor Gooch, Hudson Swafford, and Matt Jones for playing with a competing promoter or other activities related to LIV Golf during the term of the Temporary Restraining Order. Defendant is prohibited from enforcing its disciplinary procedures in connection with their play with a competing promoter or other activities related to LIV Golf on Talor Gooch, Hudson Swafford, and Matt Jones during the term of the Temporary Restraining Order.

3.  This Temporary Restraining Order shall expire on _____ unless extended by the Court.

4.  This Temporary Restraining Order is effective upon Plaintiffs Talor Gooch, Hudson Swafford, and Matt Jones filing with the court an undertaking of $_____.

5.  This Temporary Restraining Order and Order to Show Cause and all supporting documents shall be served on Defendant no later than _____ by _____.

6.  It is further ordered that Defendant shall appear before this Court on _____ at _____ and show cause, if any, for why a preliminary injunction should not be entered granting the same relief described in above in paragraph 2.

IT IS SO ORDERED.

DATED _____        _____
                                             Hon. _____
                                                       United States District Judge

105611972.5