RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

ROBERT C. WALTERS, *pro hac vice forthcoming*
  rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile: 650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein*

WILLIAM V. ROPPOLO, *pro hac vice forthcoming*
  william.roppolo@bakermckenzie.com
BAKER McKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131 USA
Telephone: 305.789.8900

*Attorneys for Phil Mickelson*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE NO. 3:22-cv-04486<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Rachel S. Brass, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the State of California, as well as the United States District Court for the Northern District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein in the above-entitled action. Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. The Federal Rules of Evidence authorize litigants to prepare summaries of voluminous evidence for the convenience of the finder of fact. See Fed. R. Evid. 1006 ("The proponent may use a summary, chart, or calculation to prove the content of voluminous writings, recordings, or photographs that cannot be conveniently examined in court.").

3. Plaintiffs' motion for a temporary restraining order relies on voluminous documentary evidence, including transcripts of press conferences and new articles. To assist the Court in resolving Plaintiffs' motion, Plaintiffs have prepared several Rule 1006 exhibits to collect and present information contained in the documents.

4. Attached as **Exhibit 1**, entitled "FRE 1006 Summary: PGA Tour Quotes about Importance of FedEx Cup," is a chart that was created by Gibson Dunn attorneys and staff at my direction. It quotes statements made by PGA Tour Commissioner Jay Monahan at press conferences between April 12, 2008 and June 22, 2022 regarding the significance of the FedEx Cup.

5. Attached as **Exhibit 1a** is a true and correct copy of an ASAP Sports transcript of "TPC River Highlands Press Conference," dated June 22, 2022.

6. Attached as **Exhibit 1b** is a true and correct copy of an ASAP Sports transcript of "East Lake Golf Club Press Conference," dated August 31, 2021.

7. Attached as **Exhibit 1c** is a true and correct copy of an ASAP Sports transcript of "East Lake Golf Club Press Conference," dated September 2, 2020.

8. Attached as **Exhibit 1d** is a true and correct copy of an ASAP Sports transcript of "The Players Championship," dated March 13, 2019.

9. Attached as **Exhibit 1e** is a true and correct copy of an ASAP Sports transcript of "PGA Tour Media Conference," dated April 12, 2018.

10. Attached as **Exhibit 2** is a true and correct copy of the Amended and Restated Articles of Incorporation of PGA Tour, Inc., dated November 3, 2017.

11. Attached as **Exhibit 3** is a true and correct copy of the PGA Tour, Inc.'s Form 990 filing, dated November 16, 2020.

12. Attached as **Exhibit 4** is a true and correct copy of a memorandum from PGA Tour Commissioner Jay Monahan to the PGA TOUR Policy Board regarding "Private Equity Golf," dated January 24, 2020.

13. Attached as **Exhibit 5** is a true and correct copy of an email from Juan Carlos Perez regarding "ACT Minutes of Meeting – Malta – 5&6 July 2021," attaching the Minutes of a July 5-6 Meeting, dated July 9, 2021. While Exhibit 5 is marked "confidential," the substance of the meeting has been widely reported. *See, e.g.*, Michael McEwan, "The Malta Meeting: Inside the fight for men's golf," Bunkered, Jun. 29, 2022, available at https://www.bunkered.co.uk/golf-news/the-malta-meeting-inside-the-fight-for-mens-golf, last visited on August 2, 2022; *see also* Martin Dempster, "LIV Golf: DP World Tour chief Keith Pelley hits out at Saudis over 'detrimental' circuit," The Scotsman, Jun. 28, 2022, available at https://www.scotsman.com/sport/golf/liv-golf-dp-world-tour-chief-keith-pelley-hits-out-at-saudis-over-detrimental-circuit-3749111, last visited on August 2, 2022.

14. Attached as **Exhibit 6** is a true and correct copy of a WhatsApp chat between Sergio Garcia and Greg Norman, dated February 11-12, 2022.

15. Attached as **Exhibit 7** is a true and correct copy of an email from Greg Norman to PGA Tour Commissioner Jay Monahan, copying Atul Khosla, regarding "You Can't Ban Players From Playing Golf," dated February 24, 2022.

16. Attached as **Exhibit 8** is a true and correct copy of a WhatsApp message from Kevin Canning, a Principal at GSE Worldwide, to Jed Moore, Managing Director at Performance54, dated February 12, 2022.

17. Attached as **Exhibit 9** is a true and correct copy of a fax from Paul Erickson to Paul Nolan, dated November 16, 1994.

18. Attached as **Exhibit 10** is a true and correct copy of the BBC Sport news article by Iain Carter entitled "European Tour and PGA Tour's 'strategic alliance' leaves more questions than answers," and dated November 30, 2020.

19. Attached as **Exhibit 11** is a true and correct copy of the Amended and Restated By-Laws of PGA Tour, Inc.

20. Attached as **Exhibit 12** is a true and correct copy of the PGA Tour Player Handbook & Tournament Regulations, dated 2021-2022.

21. Attached as **Exhibit 13** is a true and correct copy of the PGA Tour Policy Board, as listed on the PGA Tour website at https://www.pgatour.com/company/board-of-directors.html, last visited on June 27, 2022.

22. Attached as **Exhibit 14** is a true and correct copy of the Golf WRX article by Gianni Magliocco entitled "Bryson reveals the cut-off point on money list where players make an annual loss on tour," and dated October 8, 2021.

23. Attached as **Exhibit 15** is a true and correct copy of the Golf Digest article by Dan Rapaport entitled "Pros, officials discuss PGA Tour's future in players meeting," and dated February 22, 2022.

24. Attached as **Exhibit 16** is a true and correct copy of the Golf Channel article by Rex Hoggard entitled "Sources: Jay Monahan reacts to recent events in mandatory players' meeting," dated February 23, 2022.

25. Attached as **Exhibit 17** is a true and correct copy of the PGA Tour's letter denying Henrik Stenson's request for a release, dated July 20, 2022.

26. Attached as **Exhibit 18** is a true and correct copy of a letter from PGA Tour Commissioner Jay Monahan's to PGA Tour Members, dated June 9, 2022.

27. Attached as **Exhibit 19**, entitled "FRE 1006 Summary: PGA Tour's Decision on Regulation Violations Was Predetermined," is a chart that was created by Gibson Dunn attorneys and staff at my direction. It summarizes quotes by Jay Monahan, the PGA Tour Commissioner, between January 24, 2020 and June 22, 2022 regarding the PGA Tour's decision to enforce purported violations of the PGA Tour's Regulations.

28. Attached as **Exhibit 19a** is a true and correct copy of a Golf Channel article by Rex Hoggard entitled "Monahan to Players Regarding Premier Golf League: Us or Them," and dated January 28, 2020.

29. Attached as **Exhibit 19b** is a true and correct copy of an ASAP Sports transcript of PGA Tour Commissioner Jay Monahan's comments at the Players Championship, dated March 10, 2020.

30. Attached as **Exhibit 19c** is a true and correct copy of a transcript, created by Gibson Dunn attorneys and staff at my direction, of Mike Tirico's Golf Channel interview of PGA Tour Commissioner Jay Monahan, entitled "On Norman, Phil and bans: Monahan talks with Tirico," dated March 8, 2022, and available at https://www.golfchannel.com/video/jay-monahan-addresses-greg-norman-phil-mickelson-super-golf-league, last visited on August 2, 2022.

31. Attached as **Exhibit 19d** is a true and correct copy of a transcript, created by Gibson Dunn attorneys and staff at my direction, of Jim Nantz's interview of PGA Tour Commissioner Jay Monahan, entitled "Jay Monahan joins CBS booth to discuss state of PGA TOUR at RBC Canadian," dated June 12, 2022, and available at https://www.pgatour.com/video/2022/06/12/jay-monahan-joins-cbs-booth-to-discuss-state-of-pga-tour-at-rbc-.html, last visited on August 2, 2022.

32. Attached as **Exhibit 20** is a true and correct copy of an ESPN article by Mark Schlabach entitled "Though 'everybody's entitled to do what they want,' Justin Thomas hopes PGA Tour's decision to deny releases for London LIV event prevents players from going," and dated May 11, 2022.

33. Attached as **Exhibit 21** is a true and correct copy of a Golf Channel article by Rex Hoggard entitled "Phil Mickelson still intrigued by Super Golf League, while Rory McIlroy, Justin Thomas adamantly oppose it," and dated May 5, 2021.

34. Attached as **Exhibit 22**, entitled "FRE 1006 – Summary of PGA Tour's Agreement with European Tour to Coordinate Against Competition for Elite Professional Golfers' Services," is a chart that was created by Gibson Dunn attorneys and staff at my direction. It summarizes relevant PGA Tour agreements with the European Tour from January 31, 2019 through dated July 20, 2022.

35. Attached as **Exhibit 22a** is a true and correct copy of a transcript, created by Gibson Dunn attorneys and staff at my direction, entitled "What's Next for Golf – Future Investment Initiative

2019 – Day 3," dated January 20, 2020, available at https://www.youtube.com/watch?v=ioEeyCzQFIQ, last visited August 2, 2022.

36. Attached as **Exhibit 22b** is a true and correct copy of an email from European Tour Chief Executive Keith Pelley regarding "Message from CEO Keith Pelley," dated January 28, 2020. While Exhibit 22b is marked "confidential," the message has been widely reported. *See, e.g.*, Martin Dempster, "European Tour join PGA Tour in 'stamping down' on plan for breakaway world tour," The Scotsman, Jan. 30, 2022, available at https://www.scotsman.com/sport/golf/european-tour-join-pga-tour-stamping-down-plan-breakaway-world-tour-1395634, last visited on August 2, 2022; *see also* Golf Channel Digital, "Stenson: Euro Tour boss Pelley sent 'similar' memo to members," The Golf Channel, Jan. 30, 2020, available at https://www.golfchannel.com/news/henrik-stenson-european-tour-boss-keith-pelley-sent-similar-memo-members, last visited on August 2, 2022.

37. Attached as **Exhibit 22c** is a true and correct copy of an email from European Tour Chief Executive Keith Pelley regarding "Saudi International Proposal," dated May 12, 2021.

38. Attached as **Exhibit 22d** is a true and correct copy of an email from European Tour Deputy COO International Ben Cowen regarding "ET/PGAT Proposal," dated May 12, 2021.

39. Attached as **Exhibit 22e** is a true and correct copy of KRQE article, "Waugh leaves no room for misinterpretation on super league," dated May 18, 2021.

40. Attached as **Exhibit 22f** is a true and correct copy of Golfweek article by Eamon Lynch entitled "Exclusive: PGA Tour will deny stars permission to play controversial Saudi International," and dated July 28, 2021.

41. Attached as **Exhibit 22g** is a true and correct copy of a DP World Tour article, "PGA TOUR and European Tour announce details of historic Strategic Alliance," dated August 3, 2021.

42. Attached as **Exhibit 22h** is a true and correct copy of a letter dated December 20, 2021 from Kristen Burgess, Vice President, Competition Administration, PGA Tour to Jason Kokrak, granting Mr. Kokrak's request for a release.

43. Attached as **Exhibit 22i** is a true and correct copy of a letter dated January 5, 2022, sent by email from DP World Tour CEO Keith Pelley to Justin Harding, granting Mr. Harding's request for a release.

Gibson, Dunn & Crutcher LLP

44. Attached as **Exhibit 22j** is a true and correct copy of a LIV Golf article, "LIV Golf Invitational Series Set to Launch in June 2022 with New Formats, Teams, and More Than $250MM in Prize Purses," dated March 16, 2022.

45. Attached as **Exhibit 22k** is a true and correct copy of an email from DP World Tour CEO Keith Pelley regarding "Update From CEO Keith Pelley," dated April 19, 2022. While Exhibit 22k is marked "confidential," Mr. Pelley has spoken to the press regarding his April 19, 2022, message. *See, e.g.*, Ewan Murray, "Eyes on Scottish Open as DP World Tour weighs up LIV Golf response," The Guardian, Jun. 18, 2022, available at https://www.theguardian.com/sport/2022/jun/18/scottish-open-dp-world-tour-liv-golf-response, last visited on August 2, 2022.

46. Attached as **Exhibit 22l** is a true and correct copy of a letter dated May 16, 2022, sent by email from DP World Tour CEO Keith Pelley to player Graeme McDowell addressing Mr. McDowell's request for release.

47. Attached as **Exhibit 22m** is a true and correct copy of a letter dated May 17, 2022, sent by email from CEO World Tour CEO Keith Pelley to Plaintiff Ian Poulter, addressing Mr. Poulter's request for release.

48. Attached as **Exhibit 22n** is a true and correct copy of an email from Keith Pelley regarding "Update From CEO Keith Pelley," dated June 14, 2022.

49. Attached as **Exhibit 22o** is a true and correct excerpt of the sanctions letter dated June 24, 2022, sent to Plaintiff Ian Poulter sent by email from DP World Tour CEP Keith Pelley.

50. Attached as **Exhibit 22p** is a true and correct copy of a transcript, created by Gibson Dunn attorneys and staff at my direction, of a Golf Channel video, "Jay Monahan, Keith Pelley Explain Union of PGA Tour and DP World Tour," dated June 28, 2022, available at https://www.youtube.com/watch?v=FSchVcz_8jg, last visited on August 2, 2022.

51. Attached as **Exhibit 22q** is a true and correct copy of an associated press article published on ESPN.com entitled "Judge issues stay allowing LIV Golf's Ian Poulter, Adrian Otaegui, Justin Harding to play in this week's Scottish Open," and dated July 4, 2022.

52. Attached as **Exhibit 22r** is a true and correct copy of an opinion by His Honor Judge Phillip Sycamore in *Poulter v. PGA European Tour*, Case No. SR/165/2022, dated July 5, 2022.

53. Attached as **Exhibit 22s** is a true and correct copy of an article by Paul Sullivan, published in the New York Times, entitled "The PGA and DP World Tours Allied. Then LIV Golf Happened," and dated July 6, 2022.

54. Attached as **Exhibit 22t** is a true and correct copy of a letter to Henrik Stenson from Guy Kinnings, Ryder Cup Director, copying, *inter alia*, DP World Tour CEO Keith Pelley, dated July 20, 2022.

55. Attached as **Exhibit 23** is a true and correct copy of the PGA Tour's Player Handbook & Tournament Regulations, dated 2017–2018.

56. Attached as **Exhibit 24** is a true and correct copy of PGA Tour University Amendments, dated May 11, 2022.

57. Attached as **Exhibit 25** is a true and correct copy of an ASAP Sports transcript of Tiger Woods's Press Conference, dated July 12, 2022.

58. Attached as **Exhibit 26** is a true and correct copy of a Pro Golf Weekly article by Jeff Smith entitled "Legal Source: Tiger Woods Just Helped DOJ's Anti-Trust Probe of PGA," and dated July 12, 2022.

59. Attached as **Exhibit 27** is a true and correct copy of a Sports Business Journal article by John Ourand entitled "Sports Media: NEP close to LIV Golf deal; could it be costly?" and dated May 2, 2022.

60. Attached as **Exhibit 28,** entitled "FRE 1006 – Summary of PGA Tour Leaning on Major Organizations to Do Its Bidding," is a chart that was created by Gibson Dunn attorneys and staff at my direction. It summarizes PGA Tour actions and communications to others in the golf ecosystem targeted at eliminating competition from LIV Golf over the period January 2020 to July 2022.

61. Attached as **Exhibit 28a** is a true and correct copy of an ASAP Sports transcript of "The Ocean Course at Kiawah Island Press Conference," dated May 18, 2021.

62. Attached as **Exhibit 28b** is a true and correct copy of an ASAP Sports transcript of "The Southern Hills Country Club Flash Quotes," dated May 17, 2021.

63. Attached as **Exhibit 28c** is a true and correct copy of an ASAP Sports transcript of "The TPC Deere Run Press Conference," dated June 28, 2022.

64. Attached as **Exhibit 28d** is a true and correct copy of a Golf Digest article by Ryan Herrington entitled "R&A drops Open Championship exemption for Asian Tour's top money winner," and dated December 18, 2021.

65. Attached as **Exhibit 28e** is a true and correct copy of a letter from Greg Norman to Martin Slumbers, R&A Chief Executive, regarding "LIV Golf Investments (LIV) and collaboration with The R&A," dated December 18, 2021.

66. Attached as **Exhibit 28f** is a true and correct copy of an Australian Golf Digest article by Even Priest entitled "Adam Scott: Greg Norman should have been invited to past Open champions exhibition," and dated July 13, 2022.

67. Attached as **Exhibit 28g** is a true and correct copy of a New York Post article by Mark Cannizzaro entitled "Phil Mickelson was asked to skip British Open champions events over LIV Golf controversy," and dated July 14, 2022.

68. Attached as **Exhibit 28h** is a true and correct copy of an ASAP Sports transcript of a Press Conference with Martin Slumbers, R&A Chief Executive, dated July 13, 2022.

69. Attached as **Exhibit 28i** is a true and correct copy of an email to Jane MacNeille of LIV Golf from James Corrigan, Telegraph correspondent, regarding "LIV," dated April 22, 2022.

70. Attached as **Exhibit 28j** is a true and correct copy of an ESPN.com article by Mark Schlabach entitled "Sources: PGA commish draws line in sand on LIV," and dated June 1, 2022.

71. Attached as **Exhibit 29** is a true and correct copy of the PGA Tour's Conflicting Event/TV Release Request.

72. Attached as **Exhibit 30** is a true and correct copy of the Global Golf Post article by Art Sticklin entitled "Monahan Assures PGA Tour Players," and dated May 16, 2022.

73. Attached as **Exhibit 31** is a true and correct copy of the PGA Tour's Application for Membership.

74. Attached as **Exhibit 32** is a true and correct copy of the PGA Tour's 2021-2022 Membership Renewal application.

75. Attached as **Exhibit 33** is a true and correct copy of the Sports Illustrated article by Bob Harig entitled "Might Players Boycott a Major In Response to LIV? Davis Love III Could See It," and dated July 29, 2022.

76. Attached as **Exhibit 34** is a true and correct copy of the letter sent by Tyler Dennis, Executive Vice President and President of the PGA Tour, to PGA Tour members, dated May 10, 2022, regarding the PGA Tour's response to conflicting event and media release requests for the LIV Golf London Invitational.

77. Attached as **Exhibit 35** is a true and correct copy of the Sports Illustrated article by Bob Harig entitled "Dustin Johnson Headlines Field for Inaugural LIV Golf Tournament," and dated May 31, 2022.

78. Attached as **Exhibit 36** is a true and correct copy of email correspondence between player Andy Ogletree and Kirsten Burgess, Vice President, Competition Administration, PGA Tour, dated from May 31, 2022 through June 4, 2022.

79. Attached as **Exhibit 37** is a true and correct copy of the Sports Illustrated article by Bob Harig entitled "Dustin Johnson Surrenders PGA Tour Membership, Likely Also Ryder Cup Status," and dated June 7, 2022.

80. Attached as **Exhibit 38** is a true and correct copy of the letter dated June 9, 2022, sent by Kirsten Burgess, Vice President, Competition Administration, PGA Tour, to player Kevin Na, regarding Mr. Na's resignation from the PGA Tour.

81. Attached as **Exhibit 39** is a true and correct copy of the PGA Tour's FedExCup Overview, available at https://www.pgatour.com/fedexcup/fedexcup-overview.html, last visited on July 30, 2022.

82. Attached as **Exhibit 40** is a true and correct copy of the 2022 FedExCup Season Standings, available at https://www.pgatour.com/fedexcup/official-standings.html, last visited on August 1, 2022.

83. Attached as **Exhibit 41** is a true and correct copy of the New York Times article by Tariq Panja and Andrew Das entitled "What is LIV Golf? It Depends Who You Ask.," and dated July 28, 2022.

84. Attached as **Exhibit 42** is a true and correct copy of the Golf Monthly article by Mike Hall, entitled "LIV Golf Invitational Series Schedule And Prize Money," and dated July 20, 2022.

85. Attached as **Exhibit 43** is a true and correct copy of the Sports Illustrated article, "2022 John Deere Classic Results, Final Payouts: J.T. Poston Wins $1,278,000," dated July 3, 2022.

86. Attached as **Exhibit 44** is a true and correct copy of the Golf Channel Digital article, "RBC Canadian Open purse: Rory McIlroy banks over $1.5 million in second win of season," dated June 12, 2022.

87. Attached as **Exhibit 45** is a true and correct copy of the Newsmax article by Marisa Herman entitled "PGA Tour's Suspension of LIV Players 'Reeks of Antitrust, Anti-competition,'" and dated June 21, 2022.

88. Attached as **Exhibit 46** is a true and correct copy of the Insidesources article by former Federal Trade Commission General Counsel Alden Abbott entitled "Calling the PGA Tour's Bluff," and dated February 21, 2022.

89. Attached as **Exhibit 47** is a true and correct copy of the Washington Post article by Chuck Culpepper and Ben Strauss entitled "LIV Golf is already vexing the PGA Tour and its sleepless players," and dated June 15, 2022.

90. Attached as **Exhibit 48** is a true and correct copy of The Antitrust Attorney Blog article by Luke Hasskamp and Molly Donovan entitled "Is the PGA's Suspension of 17 Players Out of Bounds Under the Federal Antitrust Laws?" and dated June 16, 2022.

91. Attached as **Exhibit 49** is a true and correct copy of the Forbes article by Ike Brannon entitled "How Long Will The PGA Handicap Its Golfers?," and dated February 2, 2022.

92. Attached as **Exhibit 50** is a true and correct copy of the Wall Street Journal article by Louise Radnofsky and Andrew Beaton entitled "Justice Department Is Investigating PGA Tour Over Potential Antitrust Violations in LIV Golf Battle," and dated July 11, 2022.

93. Attached as **Exhibit 51** is a true and correct copy of the PGA Tour article, "Updated FedExCup standings reflect Playoffs eligibility," dated July 26, 2022.

94. Attached as **Exhibit 52** is a true and correct copy of a Tweet from NUCLR GOLF showing the JP McManus Pro event in Ireland lineup and stating that "TV coverage of this event will be provided on Golf Channel & Sky Sports," dated June 22, 2022.

95. Attached as **Exhibit 53** is a true and correct copy of the PGA Tour article, "PGA TOUR announces landmark domestic media rights portfolio," dated March 9, 2020.

96. Attached as **Exhibit 54** is a true and correct copy of the CNBC article by Alex Sherman entitled "CBS, NBC renew PGA Tour golf for nine more years," and dated March 9, 2020.

97. Attached as **Exhibit 55** is a true and correct copy of the InsideGOLF article "PGA Tour 2021-2022," dated September 8, 2021.

98. Attached as **Exhibit 56** is a true and correct copy of the Sports Business Journal article by John Ourland entitled "Sports Media: NEP close to LIV Golf deal; could it be costly?," and dated May 2, 2022.

99. Attached as **Exhibit 57** is a true and correct copy of the 2022 DP World Tour Members General Regulations Handbook.

100. Attached as **Exhibit 58** is a true and correct copy of the PGA Tour's sanctions letter to Plaintiff Bryson DeChambeau sent by PGA Senior Vice President, Tour Administration, Andy Levinson, copying PGA Tour Commission Jay Monahan, dated July 29, 2022.

101. Attached as **Exhibit 59** is a true and correct copy of the InsideGOLF article by Josh Sens entitled "Budget crunching: Here's how much top-tier PGA Tour players spend a year (hint: a lot)," and dated September 30, 2021.

102. Attached as **Exhibit 60** is a true and correct copy of the Morning Read article by Alex Micelli entitled "Darren Clarke Says He Rejected LIV Golf Broadcast Job After PGA Tour Champions Threatened Disciplinary Action," and dated June 1, 2022.

103. Attached as **Exhibit 61** is a true and correct copy of the PGA Tour's article, "Frequently Asked Questions," dated November 20, 2017.

104. Attached as **Exhibit 62** is a true and correct copy of the Yahoo! Sports article by Phil Casey entitled "Players could boycott events if LIV rebels allowed back on PGA Tour – Davis Love," and dated August 3, 2022.

1    I declare under penalty of perjury under the laws of the State of California and the United States
2  of America that the foregoing is true and correct and that I executed this Declaration on August 3, 2022,
3  at San Francisco, California.

*/s/ Rachel S. Brass*
Rachel S. Brass

Gibson, Dunn & Crutcher LLP