# EXHIBIT 1

Exhibit 1

## FRE 1006 Summary: PGA Tour Statements About Importance of FedEx Cup

| Date | Speaker | Quote | Source |
|------|---------|-------|--------|
| June 22, 2022 | Jay Monahan, PGA Tour Commissioner | "I think we're actually adding to the significance of the FedExCup playoffs themselves because to me every single event is going to be elevated as it relates to purses. That's a commitment that we have. And the top players are playing at these events already. When you look at the specific events that we're going to be elevating, that's where top players are already convening. So I think this is additive to the FedExCup playoffs, particularly when you think about it done in the context of a shorter season." | Brass Decl. ¶ 5, Ex. 1a |
| Aug. 31, 2021 | Jay Monahan, PGA Tour Commissioner | "As we cap off year 15 of the FedExCup playoffs, it's abundantly clear that the top players in the world want to write a chapter in its growing history. 30 of the top 30 in the official World Golf Ranking qualify for the 2021 FedExCup playoffs and it's certainly become part of the fabric of the PGA TOUR for our players and fans." | Brass Decl. ¶ 6, Ex. 1b |
| Sept. 2, 2020 | Jay Monahan, PGA Tour Commissioner | "Our thanks to our largest partner FedEx for their continued support of our season-long competition and what has become one of the pinnacle achievements of our sport, winning the FedExCup." | Brass Decl. ¶ 7, Ex. 1c |
| Mar. 13, 2019 | Jay Monahan, PGA Tour Commissioner | "We're obviously really excited for the week ahead and really excited to start what we've been talking about as a season of championships, important championships every month for six months culminating in the FedExCup Playoffs in August." | Brass Decl. ¶ 8, Ex. 1d |
| April 12, 2018 | Jay Monahan, PGA Tour Commissioner | "[T]he FedExCup, you all know it, it's our season long competition, it's the hardest championship to win in golf, and it is now, if not the No. 1 goal, it's certainly a top goal for every single player at the start of every season." | Brass Decl. ¶ 9, Ex. 1e |

# EXHIBIT 1a



about ASAP Sports     FastScripts archive     recent interviews     products

Our
Clients:
               

## Browse by Sport

- Auto Racing
- Baseball
- Basketball
- Boxing
- CoSIDA
- Cricket
- Equestrian
- Extreme
- Football
- Golf
- Hockey
- Lacrosse
- Soccer
- Swimming
- Tennis
- Track & Field
- Volleyball
- Wrestling

**Find us on**  


**Subscribe to RSS**


**Click to go to
Asaptext.com**

# TRAVELERS CHAMPIONSHIP

## June 22, 2022

### Jay Monahan

*Cromwell, Connecticut, USA*

**TPC River Highlands
Press Conference**

THE MODERATOR: Good afternoon, everyone. I would like to welcome PGA TOUR Commissioner, Jay Monahan, to the interview room here at the Travelers Championship.

Jay, I know you have some opening remarks on some exciting news that we released to our players earlier today, and then we'll open it up to questions for the media. So I'll turn it over to you, Jay. Thank you.

JAY MONAHAN: Thank you, Laura. Good afternoon, everyone. Before I dive into the topic that has dominated the news cycle of late, I wanted to take a moment to remind you of exactly where we were two years ago, right here at TPC River Highlands entering week three of the PGA TOUR's return to golf.

The PGA TOUR, like the rest of the world, was learning to navigate the many unknowns with the COVID-19 pandemic. You'll remember we had several positive tests coming into the week and had to withdraw numerous players and caddies with a potential risk or fear that the return to golf would be cut short, and then where would we go from there?

I spoke with many of you that day and throughout the summer about how we would respond and adapt. Each time I acknowledged that we were facing an unprecedented situation, yet with the combination of our organization's strength, our committed partnerships, and shear grit, I was confident we would come out of the pandemic even stronger, and we did.

Today, I choose to echo that same refrain. As I said to our members yesterday in a player meeting, we will ultimately come out of the current challenge stronger because of our loyalty and support of our players and fans, the best in the world, as well as our planned future growth and with our values as our North Star.

And as I also said to the players yesterday, let me be clear. I am not naive. If this is an arms race and if the only weapons here are dollar bills, the PGA TOUR can't compete. The PGA TOUR, an American institution, can't compete with a foreign monarchy that is spending billions of dollars in attempt to buy the game of golf.

We welcome good, healthy competition. The LIV Saudi Golf League is not that. It's an irrational threat; one not concerned with the return on investment or true growth of the game.

 View our
e-Brochure

Currently no one organization owns or dominates the game of golf. Instead, the various entities, be it Augusta National or the USGA or the LPGA or the PGA TOUR or the PGA of America work together to meet our own respective priorities, but with the best interests of the game overall at heart.

But when someone attempts to buy the sport, dismantle the institutions that are intrinsically invested in its growth, and focus only on a personal priority, that partnership evaporates, and instead we end up with one person, one entity, using endless amounts of money to direct employees, not members or partners, toward their personal goal, which may or may not change tomorrow or the next day.

I doubt that's the vision any of us have for the game. Now, I know legacy and purpose sound like talking points that don't mean much, but when I talk of those concepts, it isn't about some sort of intangible moral high ground. It is our track record as an organization and as a sport.

On the PGA TOUR, our members compete for the opportunity to add their names to history books, and, yes, significant financial benefits, without having to wrestle with any sort of moral ambiguity. And pure competition creates relevancy and context, which is what fans need and expect in order to invest their time in a sport and in a player. That's the beauty of the PGA TOUR. We have and always will provide a global platform for members to compete against the very best, earn their stardom, and become household names.

You just heard from Exhibit A, Scottie Scheffler's meteoric rise over the last four years: Korn Ferry TOUR Player of the Year in 2019, PGA TOUR Rookie of the Year in 2020, Ryder Cup Rookie in 2021, World No. 1, FedExCup leader, having won four times in six weeks, including the Masters tournament. His journey is that of a true meritocracy. If you're good enough, you will rise to the top; and if you don't continue to earn that top spot, someone else as hungry and as talented is right there to take your place. Again, that's the unique beauty of what the TOUR has and always will offer to fans. It's damn good and it's worth fighting for.

Now finally and most importantly, I want to talk where the PGA TOUR is headed. We don't expect to overcome this current challenge by relying on our legacy and track record alone. We've been on a path for a number of years to strengthen and evolve our product for the benefit of our fans and players alike.

Those plans are obviously accelerated in light of the current environment and we have some exciting developments coming out of yesterday's policy board meeting that will further secure our status as the preeminent golf TOUR in the world.

This includes moving forward with our future product model for the 2022-23 season and beyond, a return to a calendar year schedule beginning in 2024, with the FedExCup contested from January to August, culminating with the FedExCup playoffs, and followed by the fall events, which will determine the top 125 and finalize eligibility for the next FedExCup season.

Revised field sizes for the FedExCup playoffs in 2023 and beyond of 70 players for the FedEx St. Jude Championship, 50 players at the BMW Championship, and 30 players at the TOUR Championship.

The 70 players who qualify for the first playoffs event will be fully exempt for the following season, including the invitationals.

The creation of a series of up to three international events to be played after the conclusion of the fall schedule, which will include the top 50 players from the final FedExCup points list.

Alongside these changes, the policy board also amended the resource allocation plan to increase purse sizes at eight events during the 2022-23 season, with an average purse at 20 million dollars.

Again, there is more work to be done and details to confirm, but implementing substantial changes to our schedule gives us the best opportunity to not only drive earnings to our players, but also improve our product and create a platform for continued growth in the future.

I know that's a lot to digest. I'm happy to take your questions, and answer with as much detail as I can. Thank you.

THE MODERATOR: Okay. Raise your hand and we'll bring you a microphone.

**Q. Jay, you referenced the player meeting that was held here yesterday. What is the biggest concern or issue that you have heard from the membership recently?**

JAY MONAHAN: I wish you could have been in that meeting yesterday.

**Q. I wish I could have too.**

JAY MONAHAN: Yeah. You know, we had approximately a hundred members there, a hundred loyal, committed PGA TOUR members, great energy in the room, and I think to listen, to hear our players respond to some of the changes that we're contemplating, changes that we initiated at a policy board meeting late yesterday afternoon, was exciting. Again, there was great energy in the room.

You know, as it relates to concerns, my read on the situation is that this environment is unsettling and they want to make certain that their TOUR is doing everything it possibly can to grow, to evolve, in a manner that's gotten us to this point, and that specifically is making certain that the best players in the world are competing on the best TOUR in the world, the PGA TOUR, and are doing the things that have made this TOUR so exceptional through the years, playing in front of the best fans, playing at tournaments and venues with rich history, rich tradition, continuing to develop and evolve the way that we present our athletes and players to a global audience and increase our distribution.

And I think that there's been a lot of discussion, when you go back over the last 12 to 15 months about some of the things that we were contemplating, you know, I think the concern -- I wouldn't use the word concern. I think there was a real sense of excitement that we were at the point where we were going to officially announce these changes and get behind continuing to move forward in this positive direction.

**Q. As a follow-up, speaking of changes, can you see a day in the not too distant future when PGA TOUR members receive maybe a season-long salary in addition to prize money they earn at tournaments?**

JAY MONAHAN: Seeing a day where things like that happen? I guess my response to that question is we're always open to change and we're going to consider everything that's going to make this, that is going to continue to make this TOUR stronger and stronger.

But I would say that if you go back to the elements, the foundation, of this TOUR, the meritocracy of playing on the PGA TOUR, how hard it is to get out here, how hard it is to get at the highest level of the game, that is ultimately going to be the attribute, that is ultimately going to be the element that will continue to make this TOUR the greatest TOUR in the world.

So to answer your question, we're running a business, and when you're running a business, you're going to generate as much revenue as you possibly can, in this case, for our members, and try and spend as efficiently as you possibly can. And as we grow our revenue, as we grow this business, we'll work with our Player Advisory Council, we'll work with our player directors, and we'll talk to them, and any changes that we make will be reflective of the changes that our membership feels like we need to make to continue to grow.

**Q. You mentioned the TOUR going from 125 exempt players who qualify for the playoffs to 70. Was there any pushback from the players who might find their exempt status jeopardized by going from 125 to 70?**

JAY MONAHAN: This is a significant change, and it affects every member of the PGA TOUR. And what we talked about yesterday in that player meeting and what we've talked about through the months is every single player in that room, every single member that carries a PGA TOUR card, they have the ability to be the No. 1 player in the world.

So it's less about where you are today and it's more about where the opportunity is, where the ultimate opportunity is. And I think when people start to think about the changes that we made a long those lines and in those terms and in this context, they realize that creating a tighter schedule for our players and our fans, FedExCup schedule January through August, and having that consequence at the end of the year actually elevates and lifts every single event within the FedExCup schedule, which is good for every single member out here. It creates more drama at the end of the season in a way that parallels the way most other sports conclude their seasons and playoffs.

And ultimately, they have got an opportunity to continue to come back the following year by playing into the fall in events that we think are going to be very consequential, very meaningful, and very exciting.

So to say that everybody supports this would be an exaggeration, but it's the right move for the business and ultimately it's the right move for our players and fans, and that's something I look forward to proving in the years ahead.

**Q. How would you characterize the, whatever exchanges or communications you've had with Brooks in recent weeks, and do you at all personally feel betrayed by any of the ones signing up?**

JAY MONAHAN: Well, before I came in here, I'm not aware of Brooks himself making any official statement, so if that's changed, that would be news to me. And so I don't know if I can answer that question.

But I've talked to Brooks on Monday. He knows that I'm always available to talk. I'll just say, he's had, he's been a wonderful and tremendous PGA TOUR player and I hope that continues.

**Q. Secondly, you talk about no organization owns the, owns golf or dominates golf, but you also mentioned the TOUR being preeminent, and I think most people would agree it's the, it does dominate tournament golf. Has the TOUR been guilty over the years of squeezing out the other tours and is there room for other tours worldwide to grow in that scenario?**

JAY MONAHAN: I think that we've, as it relates to our relationship with other tours and our position in the game, as I was saying earlier, there are a number of organizations in the game that all make their own impact, their own individual contributions, are pursuing their own initiatives.

We're in a strategic alliance with the DP World Tour and with Keith Pelley. We're doing more with them than we ever have in the past, and I expect for us to do more in the future.

We've got alliances with a lot of the other international tours around the world, which is creating opportunities for their members.

So we have always tried to be the best partner we can be to those tours. We'll continue to do that. And there's a history there. I mean, if you look at the work that's been done with the World Golf Championships, when you look at golf's return to the Olympic games, when you look to the role that we played alongside some of those other tours through the years, that's had a strong, positive impact on the game, on their tours, and also on the PGA TOUR.

**Q. For the players who have made the leap and who will make the leap to LIV, do you foresee any opportunity for them to come back or is that door closed on them forever for the TOUR?**

JAY MONAHAN: I laid out on June 9th our position on the players that had signed up for that first event, virtually all of whom made a long-term commitment to play in that series. So one event has been played, more are to come, and I think our position there is very well-established as it relates to any players that are going to play in future events.

**Q. Can you talk a little bit about the current state of the TOUR's relationship with the DP World Tour and then how like the strategic alliance fits into the future plans of the TOUR?**

JAY MONAHAN: So the current state of our partnership with DP World Tour, in November of 2020, we entered into our strategic alliance. I have enjoyed the opportunity to join the European Tour group board. We are partners with them in their production and media business.

And I think everybody, our fans, our players, are about to experience some of the benefits of the alliance with the Genesis Scottish Open, the Barracuda, the Barbasol, when our memberships are going to convene and play in those three tournaments. I think that's an indication of the power of what we can do together.

I also think that under the alliance, there's been a lot of coordination commercially, and from a scheduling standpoint on the commercial side, a number of our partners have stepped in to support the DP World Tour and get behind it. I expect more of that to come, you know, and we're working on some things that are really exciting out into the future. It's still relatively early not alliance itself. I see great potential for it and feel really proud of the fact that we're working as closely as we are together.

**Q. Last week, the U.S. Open remained open to all its participants. The R & A announced this morning that the Open Championship would also remain open to all participants. I'm wondering if you were hoping or expecting a different scenario or more support from the major championships.**

JAY MONAHAN: As I said earlier, each organization operates independently, and whether the USGA and the R & A, they're going to make decisions that are in their best interests. We have a long history of working closely with those organizations, but again, I would stress the fact that we're independent.

So to me, they have made a decision about their 2022 championships. How they're going to continue to look at this current situation, the current environment, that's up to them. Me, I'm entirely focused on the things that we control, and a lot of that we're talking about and announcing today. I think so long as we continue to take the steps that make this TOUR stronger, that create more opportunities for top players,

ultimately we're the pathway to those championships and to compete in those championships you need to compete against the best, you need to compete, you need to compete for relevancy, you need to compete for context, and the best way to prepare is through, is on the PGA TOUR. And so long as we continue to focus on that, I'll let them make their own decisions -- not I won't let them. They're going to make their own decisions and we're just going to be as competitive as we can be.

But look at those fields. You know, the players on the PGA TOUR are the ones that are playing in those events, and that's going to continue to be the case.

**Q. One quick follow-up, if I might. As you sat down, LIV Golf sent a statement making Brooks officially part of that. I was wondering if you wanted to go back to Doug's question based on it being official now.**

JAY MONAHAN: Listen, every player that's left, I'm going to say I have great admiration and respect for the contributions that they have made to the PGA TOUR. And I'm disappointed that Brooks Koepka has left and has joined the LIV Golf series. I haven't had a chance to talk to him about it, and I look forward to having a conversation with him, but I'm not going to share any more than that at this point in time.

**Q. You had talked about maximizing revenue for your membership. Major League Baseball in 2007 relinquished their 501(c) status. The NFL did the same in 2015. Are there different concepts or structures that you would consider for the PGA TOUR if maximizing growth is the goal in the future?**

JAY MONAHAN: Well, I think when you look at our, when you look at our structure, I think it's important to note that PGA TOUR is a business league. We're a professional sports league. We're a (c)(6) and we're also a non-stock, non-equity, non-investor corporation.

So as I was saying earlier, when you think about how we operate, the PGA TOUR generates the maximum amount of revenue we can with the platform we have. We're generating that revenue. We're generating that revenue on a tax-efficient basis. We spend, we spend against it to operate the TOUR and to operate our tournaments, and you're going to be hard pressed to find a more efficient model.

When you look at weighted average cost of capital, when you look at, when you look at the efficiency of the monies that are generated and the fact that the players themselves, a hundred percent of what we generate on a net basis goes back to our players. We don't have investors. We don't have shareholders. And given that we're operating year to year, it's a model that, again, is very efficient.

But to answer your question, we're always open for anything that's going to create more opportunity for our members, and that's an exercise that's perpetual. But at this point, there's nothing that I foresee beyond what we currently have, but we'll continue to look at everything.

**Q. Do you think these guys are underpaid?**

JAY MONAHAN: I think that, I think that what we've, what we've laid out today -- you can't answer that question with going back to the model itself.

So do I think the model, the meritocracy model, the mission of the PGA TOUR, which is to have the best players in the world competing on the biggest and greatest stage preparing for golf's biggest championships, creating history, creating legacy, to me, we have that. We're going to continue to evolve that.

And I feel like players themselves, that's a question, that's really a question for them. We're doing everything we can to maximize the revenue that they play for. We've grown, we've grown 20 percent from 2021 coming into 2022. We're going to grow faster over the next 10 years than we have at any point in our history.

We're also not just about what you're making through your competitive performance. The fact that our players control their schedule, control the brands that they associate with, are able to build their own businesses without limitation, the ability to build, you know, to do all those things, it's a combination of what they play, what they earn in the field of play. It's also a combination of not only what they earn outside of it, but the opportunities and flexibility that provides.

A long way of saying I want every single player on the PGA TOUR to make more money, and that's what I'm going to continue to focus on, and I'm going to, we're going to do it in the way that we've always done it and there's more to come on that front.

**Q. When you elevate significantly the purses in eight tournaments, then add three international events, and then create a situation where the domestic fall series is guys fighting for status for the following**

year, is there any concern about diminishing the impact of the FedExCup playoffs themselves?

JAY MONAHAN: I don't, I don't, I think we're actually adding to the significance of the FedExCup playoffs themselves because to me every single event is going to be elevated as it relates to purses. That's a commitment that we have. And the top players are playing at these events already. When you look at the specific events that we're going to be elevating, that's where top players are already convening.

So I think this is additive to the FedExCup playoffs, particularly when you think about it done in the context of a shorter season. And every tournament on the PGA TOUR competes. They compete to secure the best players. They compete to create the best experiences for their families, to provide the best venues. It's a very healthy environment. I only, I only expect that to continue.

Q. As you mentioned, through the resource allocation plan, it was announced today that purses will be raised at those eight events moving forward. Just wondering, where do those increased funds come from, and if they were readily available, why weren't they being offered previously?

JAY MONAHAN: Like I said earlier, we're running a business, and the way I look at this, we're in our business cycle, we're entering the last third of our FedExCup season.

So when we, when you think about the changes we announced today, you actually have to go back to our board meeting in March of 2020 when we were finalizing our domestic media rights deals. We had put in front of our board a resource allocation projection, where the monies were going to go, and at that point in time, we started to invest in our tournaments and in new programs.

We also at that point in time started the exercise of what can we do in the context of these longer-term commitments we have from media partners and sponsors to continue to make our product stronger. So this conversation about our schedule, both, you know, the core schedule, what we're going to do in the fall, and then the purse elements. The only thing that's really different. And you can ask any member that's been on the PAC, we've talked about this all year, is the purse allocation.

So to your question about what's different, one of the things that we've heard over the last several months from our sponsors is, Please tell us what we can do to help. And so the changes that we're making, which will be roughly $45 million in incremental purse, is coming from a combination of sponsor contribution, you know, ways to continue to sell more within those events themselves, and our reserves.

And we met yesterday afternoon and our discussion with our policy board was, this is something we can do right now as we go into next year that accelerates what we were planning to do, what's the right thing for the business at this time.

Q. I don't want to assume anything. I want to make sure I'm understanding correctly. Are you suggesting that this isn't a direct reaction to LIV, that you might have been doing this anyway?

JAY MONAHAN: We, we were planning on raising purses to these events in the future, okay? And that was part of our resource allocation plan. The move that we're making at the start of 2023, there's no question that one of the things that we're looking to do is make certain that our top events are maximized both in terms of their consequence and the financial investment, and this is an acceleration of that.

So, yes, this is, that, this is something that we're doing to respond on behalf of our members to the current environment that we're in.

Q. Continuing on the conversations with the strategic alliance and the DP World Tour, speaking with a DP World Tour member, and to his understanding, according to their bylaws, you can't suspend a player for playing in a rival tour. So what would the PGA TOUR policy be going forward with co-sanctioned events between the DP World Tour and the PGA TOUR in regards to golfers who are LIV Golf members?

JAY MONAHAN: Well, I think it's important to, again, go back to the fact that the PGA TOUR and DP World Tour, while in a strategic alliance, are two separate organizations. So we're going to do what we've done every step of the way, which is to follow our regulations and follow them very closely. The DP World Tour is going to do the same. So that's the decision that they're going to make and they're going to make it independent of us.

Q. In retrospect, did you or the PGA TOUR underestimate impact that the LIV Golf venture would have?

JAY MONAHAN: I don't believe so. I've taken it very seriously from the outset. So I wouldn't, I wouldn't suggest that I've underestimated it at all.

**Q. Can you ever see a scenario down the road where you work with LIV Golf in a global structure?**

JAY MONAHAN: Hypotheticals. You know, a hundred percent of my focus is on our TOUR and doing the things that we need to do to grow our TOUR to celebrate our members and to continue to be the ultimate platform for the best players in the world, the place that they want to come to to compete, again, to prepare for the greatest championships in our game, the best competing against the best at historic venues with tradition, with tournaments and traditions with meaning and purpose and significance, with moments everybody can recall, every player out here trying to create the moments that have proceeded those tournaments themselves.

We're going down our path. We're going to continue to go down our path. We're excited about what we've announced today. And there's more exciting news to come. And we're going to do it as a TOUR, as a collective, and with a group of members that are squarely behind their TOUR.

**Q. Secondly, of all the players that have gone over, have you ever had anyone come to you in conversation before signing?**

JAY MONAHAN: Yes.

**Q. How did that go? Obviously not well, but what was the nature of the conversation?**

JAY MONAHAN: You know, those are private conversations. And I think for a lot of players they're having a really hard time making that decision. Some have decided to stay and some didn't. But again I would rather not get into specifics of that.

**Q. With everything that's happened recently how could this possibly affect the Presidents Cup?**

JAY MONAHAN: Well, listen, I think we're going to have a tremendous 2022 Presidents Cup at Quail Hollow. And the Presidents Cup has always been not only a world class competition against the International team and U.S. team, but it's also been a great celebration of golf.

And I know that Trevor and Davis are putting their hearts and souls into preparing their teams and when we get to Quail Hollow we're going to have a phenomenal Presidents Cup and they're going to put their best team forward. And that's something that I know they're spending their time and energy on and I'm proud of them for that.

**Q. Curious if you have had a conversation or would consider in the future with Andy Gardiner and the Premier Golf League?**

JAY MONAHAN: I have not had a conversation with Andy Gardiner. But as I've talked about previously, we did receive a letter, we've analyzed their proposal and at this point, again, going back to our business model and the strength of it, don't really see an opportunity on that front.

But, I'll stress, in any, we'll look at anything and everything, just as we have in the past. But the model we have is as strong as it's ever been and it's only getting stronger. And for the players of today and the players of the future we'll make certain that continues to be the case.

**Q. I'm guessing you don't have a lot of details on the three international series. Could you either make some up or would you see those being co-sanctioned by tours in the regions you play?**

JAY MONAHAN: Well I think you answered your own question. We have spent a lot of time with our Player Advisory Council and with our board. We're considering a lot of different or several different iterations of what that will be. I expect that in the coming months we'll finalize that and then once we have, we'll certainly lay it out and lay it out in great detail.

But ultimately the top 50 players from the FedExCup season are going to have an extraordinary opportunity and we're excited to create a new series and to celebrate, to celebrate that with them.

**Q. What is the future of the WGC going forward, the label, the title, if you will?**

JAY MONAHAN: The future?

**Q. Is it just one or do you just change the name of Austin or what?**

JAY MONAHAN: Well it's two. We've got the WGC HSBC Champions and the WGC Dell Match Play. I think that that's, as, when you look at the core of our season we have one, we expect to continue with that

brand, and if any changes are to be made we'll certainly let you know. But right now we plan to continue forward.

Q. When do you expect to have a fall schedule?

JAY MONAHAN: What's that?

Q. A fall schedule. Because it starts, I mean, if I heard you correctly, everything starts, I mean will you have a fall schedule?

JAY MONAHAN: Yes. Yeah, we'll definitely have a full schedule. We have a fall schedule this year and I think when we go to announce our schedule next season we'll lay out our fall schedule, at the point in time when it's completed, we'll lay that out.

Q. Sooner or later this will end, resolve somehow. What's your vision for what the end will look like with this story?

JAY MONAHAN: The vision is, goes back to the announcement that we made today and the PGA TOUR continuing to be the greatest tour in the world. And when you look at the elements of a new FedExCup season, new opportunities in the fall, more consequence during our regular season, alliance with the DP World Tour, investments that we're going to make in promoting and celebrating our athletes. Investments that we're making in areas like gaming, NFTs, future media, content development.

I expect that we will continue to innovate, we will continue to evolve and the product that you see and that fans see every single week will continue to get stronger and stronger. And this organization will do what it's always done.

When you step back, it's not just the best players in the world competing against each other week-in and week-out, but the impact that we have in a time and a day and an age where life is all about meaning and purpose and the expectation is that we all do more, that the PGA TOUR will continue to have a profound impact on lives through the charities that are benefiting from our tournament, every community where we play. And we'll take advantage of this moment in time where we've got an incredible group of athletes, young, international, emerging, established, that we're going to use this moment in time to accelerate the growth of our game and do all the things that are going to provide the strength and the momentum that are needed for us to grow to get to, get back to that core principle of best players playing on the greatest stage, which is the PGA TOUR.

THE MODERATOR: Thank you, Jay.

JAY MONAHAN: He's got one more.

THE MODERATOR: I'm sorry. Doug?

Q. One of the things we keep hearing from a lot of different angles is that there's just too many tournaments on the schedule. Do you see anything going forward where the number of tournaments that you sanction is less than what it is now? Substantially less.

JAY MONAHAN: Well I think what we've done today is you've gone from a wraparound season to a season, a FedExCup season, that is primarily January through August. And by creating two separate tracks for those players that finish inside the top 70 and outside the top 70, to me there's some alleviation there.

But more importantly those tournaments within the core have gotten even stronger and I fundamentally believe that those tournaments in the fall, given the importance and significance that an opportunity to be on the PGA TOUR means, qualifying for invitationals, retaining your card, I think that moment is going to be, while different than it's been in the past, I think it's going to be very exciting for fans and I think will create great energy in the fall.

So I don't foresee a day where there are fewer tournaments because we need the full breadth of those tournaments in order to do the things that we're doing. Which is, again, within the 35 events in the core PGA TOUR season, create as much consequence, which creates the relevancy and context for the best players in the world. And then to be able to provide up to three events for those that have performed at the highest level. And then provide six tournaments in the fall ultimately to compete for positioning and cards the following year.

So you like to ask a lot of questions about, do I foresee, or hypothetical. You know, perhaps along the fringes, but I see the schedule that we've committed to today being the schedule that we're going to run

with for a long time to come.

THE MODERATOR: Jay, thank you so much for your time, we appreciate it. Thank you.

**FastScripts Transcript by ASAP Sports**



**About ASAP Sports** · **FastScripts Archive** · **Recent Interviews** · **Captioning** · **Upcoming Events** · **Contact Us**

FastScripts | Events Covered | Our Clients | Other Services | ASAP in the News | Site Map | Job Opportunities | Links

**ASAP Sports, Inc.** | T: 1.212 385 0297

# EXHIBIT 1b



about ASAP Sports     FastScripts archive     recent interviews     products

Our
Clients:
       

## Browse by Sport

- Auto Racing
- Baseball
- Basketball
- Boxing
- CoSIDA
- Cricket
- Equestrian
- Extreme
- Football
- Golf
- Hockey
- Lacrosse
- Soccer
- Swimming
- Tennis
- Track & Field
- Volleyball
- Wrestling

**Find us on**  

 **Subscribe to RSS**

**Click to go to
Asaptext.com** 

# TOUR CHAMPIONSHIP

## August 31, 2021

### Jay Monahan

*Atlanta, Georgia, USA*

**East Lake Golf Club
Press Conference**

THE MODERATOR: Welcome to the TOUR Championship and our season-ending PGA TOUR update press conference with Commissioner Jay Monahan. I'm Laura Neal from the TOUR communications team and I wanted to thank everyone for joining us.

At this time it's my pleasure to turn things over to PGA TOUR Commissioner Jay Monahan. Jay, it's certain to be an exciting and compelling finish to the FedExCup playoffs as we, our super season comes to a closeout after 50 events. I know that you have some opening remarks and then we'll go to questions.

Jay, go ahead.

JAY MONAHAN: Thanks, Laura. Really excited to be here today, really excited to be at the TOUR Championship for what promises to be an exciting week and an exciting conclusion to our 2020-2021 FedExCup regular season. I can't wait to see what transpires over the four days of competition and to crown our FedExCup champion on Sunday.

Now in its 21st playing at East Lake golf club, the impact the TOUR Championship continues to make is due to the support of Coca Cola and Southern Company. The tournament's charitable initiatives are creating positive change in this thriving community, including the East Lake Foundation, Purpose Built Schools Atlanta, Grove Park Foundation, and First Tee Metro Atlanta.

We thank and congratulate all involved, including and especially our incredible hosts Tom and Ann Cousins, for what's been accomplished throughout Atlanta over the two decades-plus together.

Our players are excited to have fans back here at East Lake. Since we returned to normal capacity in late May, we have appreciated their support in following our health and safety protocols to ensure their well-being and that of others.

Tonight we look forward to joining Tracey Stewart and her family in presenting Justin Rose with the Payne Stewart Award, a TOUR Championship tradition that dates back to 2000. This is undoubtedly one of the most special nights of the year as we recognize the life of Payne Stewart and honor Justin for his many contributions to our game both on and off the course.



View our
e-Brochure

This season we have seen more star power than ever before. We have the perfect balance of both young and established stars competing for the FedExCup this week. The 30 players who made it to the finish line here in Atlanta have all thrived on the biggest stage this season and this week will be no different given the spectacular golf we witnessed the last two weeks at the Northern Trust and the BMW Championships with sudden death playoffs at both events.

Couple that with the competitive friction we have witnessed, 14 playoffs. Think about that. Over 40 holes contested. We have had an 8-hole playoff at the Travelers Championship, a 7-hole playoff for the bronze medal at the Olympic games, a six-player playoff at the Wyndham Championship, four consecutive with two to conclude our FedExCup regular season and two to start our FedExCup playoffs. Add to that the fact that we have not had a 54-hole leader win outright since Phil Mickelson at the PGA Championship has made for great theater throughout the season.

As we cap off year 15 of the FedExCup playoffs, it's abundantly clear that the top players in the world want to write a chapter in its growing history. 30 of the top 30 in the official World Golf Ranking qualify for the 2021 FedExCup playoffs and it's certainly become part of the fabric of the PGA TOUR for our players and fans.

Looking ahead, the PGA TOUR is in a position for unprecedented growth over the next 10 years, starting with the 2021-22 season. Next season official prize money will increase by approximately $35,000,000 and the FedExCup Comcast Business TOUR top-10 bonus pool combined will grow by $15,000,000 to $85,000,000. This total of $633,000,000 in comprehensive earnings marks an 18 percent increase year over year.

We're also excited to kick off our new domestic media rights agreements with CBS, NBC Golf Channel, and ESPN in 2022. These media companies share our vision for the future and these landmark partnerships that run through 2030 will be a major win for our fans as we expand and innovate our content and its delivery.

We recently announced the 2021-'22 PGA TOUR schedule that includes for the first time three co-sanctioned events with our partners at the European Tour. This is just the first step in a strategic alliance that we will continue to build on in the coming years. With that said, I wanted to give several updates on the schedule since we made that announcement just a few weeks ago.

First, our plan is to play the 2021 ZOZO Championship as scheduled in October at Accordia Golf's Narashino Country Club outside Tokyo. ZOZO has been great partner and we have been in regular contact with the government and local authorities about the plans to successfully stage this event this fall. The successful and safe golf competitions at the Tokyo Olympic games helped provide some confidence going forward there.

Second, following discussions with HSBC, we can confirm the cancellation of the 2021 WGC-HSBC Champions. Although it's unfortunate to have to do so, we must ensure that we abide by the epidemic prevention policies of different markets which may cause inconvenience to the players and make tournament operations very challenging. Therefore, after careful consideration we had to make this difficult decision to cancel the event.

Finally, with the cancellation of the HSBC Champions event, we are excited to announce that the Bermuda Championship will be played as a stand-alone event with full FedExCup points and an increase in the purse size.

I would now like to spend some time revisiting a conversation and commitment the PGA TOUR made one year ago this week. At the 2020 TOUR Championship, I sat here and pledged that the PGA TOUR would be part of the conversation and the solution surrounding racial and social injustices in our society. We made a commitment to communicate, learn, show compassion, and ultimately demand better. That started with and, frankly, continues with doing a lot more listening than talking.

Last year we launched our commitment of at least a hundred million dollars over 10 years, headed by our vice president of Community and Inclusion, Marcia Oliver, to support racial equity and inclusion efforts.

We're working with our tournaments and their local communities to build on the incredible impact they're making already through increased understanding, support, and engagement with non-profits leading equity and inclusion work. One aspect of our focus is helping to grow diversity inside the ropes through our expanded relationship with the APGA TOUR. Working closely with A PGA president and Executive Director Ken Bentley, we have already seen progress with players like Willie Mack, III, competing

successfully on the PGA TOUR. Willie won the inaugural Billy Horschel APGA TOUR Invitational presented by Cisco, hosted by our 2014 FedExCup champion at TPC Sawgrass. And with his victory at the APGA Mastercard TOUR Championship, Willie receives a full scholarship into Korn Ferry TOUR qualifying school.

That's just the tip of the iceberg. What we're doing today is identifying, preparing, and transitioning top African American collegiate golfers into professional golf. The efforts of Kenyatta Ramsey, a PGA TOUR employee since 2008, have been instrumental in our progress in the player diversity space. Kenyatta now oversees this relationship in an official capacity as senior director player development.

That's where we are, that's where we were, excuse me, and where we are.

Next I'd like to share where we're going. First, there's our new grant program supporting the nation's historically black colleges and universities. Expanded collaboration with HBCUs is a key point of emphasis moving forward, and thanks to our partners at United Airlines, we're pleased to announce that every one of the 51 current men's and women's HBCU golf programs across the country will receive a $10,000 grant. We're thankful to United Airlines for taking initiative in supporting the HBCU grant program, which will give so many schools the opportunity to travel and compete in new events for the first time and we look forward to announcing full program details soon.

Next, there's the APGA TOUR Farmers Insurance fall series. The top 3 ranked players from this new three-event series will be invited to play in the 2022 APGA TOUR Farmers Insurance Invitational played opposite the TOUR event at Torrey Pines.

In addition, Worldwide Technology is now title sponsor of the APGA player development program which will provide vital new resources to the APGA TOUR and its players.

Another significant focus for the PGA TOUR is a reinforced commitment to First Tee, particularly within marginalized and underserved areas of communities in training more coaches from diverse backgrounds to serve as mentors to our chapters. For the last 18 months First Tee has been working on a $200 dollars fundraising campaign of which more than $125 million has been raised to date. The majority of those funds have come in after the TOUR's diversity equity and inclusion pledge that we made here last year. A portion of those dollars raised will go toward direct financial support of diversity and inclusion initiatives. Our goal is to weave diversity, equity, and inclusion into all fabrics of the PGA TOUR's business. In fact, we recently launched the Office of Social Responsibility and Inclusion led by Neera Shetty, who's been an instrumental leader of the TOUR's Inclusion Leadership Counsel.

The creation of an Office of Social Responsibility and Inclusion is the next step in our foundational commitment to this area. We will work across our tours and with our tournaments, sponsors, and partners to identify ways to have a positive impact both socially and environmentally in the communities where we play.

The golf industry is working together like never before and despite the challenges of the pandemic, the continued growth we have seen in recreational participation and in growing and diversifying our sport, our global game has never been stronger. Thank you, and thank you all for your coverage throughout the year. On behalf of the PGA TOUR, I and we appreciate all you do and the sacrifices you make to cover us throughout this year, especially across this Super Season.

Before I open it up, Laura, to questions, I just, I wanted to take a minute to address a topic that's been top of mind lately for our players, fans, and of course, for those of you in the media. I'm talking about fan behavior and the interaction with our athletes, when that behavior crosses the line and what we should all be doing to address it when it does.

It's been a long season, yes, but it's been a fantastic season. 50 events, THE PLAYERS Championship, six majors, the Olympics, these four consecutive playoffs, two to start the FedExCup playoffs and here we are at the TOUR Championship. It's been historic and compelling at every single turn. All of that on the heels of a lot of pent up demand with people stuck at home separated from their favorite sports and athletes like never before due to COVID and the various and necessary health and safety protocols in place to ensure we can get back to playing. It's been frustrating at times for all of us and then we get the opportunity to finally engage with our favorite sports or teams or players.

Well, I think we can all agree that we have seen issues as of late across the sports landscape where that pent up demand plays out in an ugly way. Golf is not immune from unfortunate and disruptive behavior, although I would say that we do have the very best fans in the world. This is about just a few bad actors. And for the record, this isn't about any one particular player or one particular incident, but in some

situations it's apparent that we have gotten away from the very civility and respect that are hallmarks to our great game.

We began working on an updated fan code of conduct program in 2020, but put it aside last summer when we were playing without spectators and needed our focus to be on implementing the complicated yet necessary health and safety plan. Once we began returning to normal capacity, we made it the highest of priorities to reinforce an environment at PGA TOUR events that allows for everyone to enjoy in a safe environment, and that is spectators players, volunteers, literally everybody.

We have to be intentional about our expectations for fan behavior and I believe our fan code of conduct does that. By coming to a PGA TOUR event, you're expected to contribute to a welcoming and safe environment by refraining from and reporting any unsafe, disruptive, or harassing behavior. Comments or gestures that undermine the inclusive and welcoming nature of the game will not be tolerated, nor will any harassment of players, caddies, volunteers, officials, staff, or other spectators.

Fans who breach our code of conduct are subject to expulsion from the tournament and loss of their credential or ticket. Now, I would ask our fans, again, the very best fans in the world, to take a moment and think about what it means to be a golf fan and to enjoy a PGA TOUR tournament. We're going to be leaders in this space. We're going to show everyone how easy it is to enjoy yourself at an event while also respecting the athletes in the field of play and the fans around you, many of whom are families with young kids who have a chance to be lifetime fans of the game themselves. Quite honestly, we should expect nothing less from each other, whether we're at a golf tournament or elsewhere in life.

As always, I look forward to the fantastic support of our fans in Atlanta this week as they help us close out what will certainly be a season to remember for all the right reasons. Thank you.

THE MODERATOR: Thank you, Jay. I would now like to open it up to questions.

Q. If I can just follow up on your last as it applies to the very real world situation with Bryson, would "Brooksie," would that qualify as had a razzing behavior?

JAY MONAHAN: I'm sorry, you broke up there.

Q. Sorry. Would "Brooksie" classify as harassing behavior when it's said to Bryson on a golf course?

JAY MONAHAN: Yes, and the reason I say yes is, you know, the barometer that we are all using is the word "respect," and to me, when you hear "Brooksie" yelled or you hear any expression yelled, the question is, is that respectful or disrespectful? That has been going on for an extended period of time. To me, at this point, it's disrespectful, and that's kind of behavior that we're not going to tolerate going forward.

Q. To follow up on that, have you talked with Bryson and Brooks and have you asked them to sort of ratchet down the, you know, kind of the back and forth that's going on here for the last few months?

JAY MONAHAN: I've had conversations with both players. These observations go back to pre-COVID as it relates to general concern around code of conduct at our tournaments and they certainly exist prior to that analysis that the team had led, and so -- and I've been out over the last, at a lot of our tournaments this year, particularly since our return to play, and this issue isn't specific to one or two players. I think it's an opportunity to reassess overall civility at our tournament and fan behavior and reset the expectation through our fan code of conduct.

That's something that we have identified. It's something that I've talked to not only those two players, but a lot of our players about. It's something I've talked to our partners in the industry about, and we have all agreed that together we have got to come together and demonstrate what is truly exceptional about our game. And if you go back to the history of the game, the values of honor, integrity, respect that have been central fabric to the game since the point in time, our expectation is that that's what we're going to experience at our tournaments.

And I made the point earlier about families and kids, and we have volunteers that are giving so much of their time, and the game has never had more people coming into enjoy the game and experience it than we have had really over these last several months, and we want more people to come in. We just want to make certain that everybody can have a safe, healthy, and enjoyable experience, whether you're inside the ropes or outside the ropes and that's what we're intending to do.

**Q. Can I ask you a question with your European Tour board hat on. Without stating the obvious, what's the benefit for the European Tour players playing in the co-sanctioned events in the States, apart from the obvious of getting a TOUR card? And on the back of that question, if I may, there was a bit of talk about the fact that the Scottish Open is probably one of the premier events of the tournament European Tour, but the two co-sanctioned events, without taking anything away from those two events, they're sort of on a lesser scale than, say, a Memorial or an AT&T Pebble Beach or a Genesis Invitational. So I'm just wondering whether in going forward, can we see events of the stature of a Scottish Open being co-sanctioned with those bigger events on the PGA TOUR?**

JAY MONAHAN: I think putting my European Tour board hat on, I think you have to look at the Scottish Open and the Barracuda and Barbasol events as a collective. And I think that the Scottish Open itself, with inclusion of half of the field of PGA TOUR members and the strength of the field that the European TOUR brings to that event, I think puts us in a position where you've got a great fan for players, a great event, excuse me, for players, for fans, and you've got an event that now has a great runway thanks to the sponsorship by Genesis of the Scottish Open.

And then I think that when you look at those two weeks and you look at those two events now where you've got 50 players that will be participating from the European Tour, those players not -- most of those players not competing during those two weeks, it gives them an opportunity to come, to come play in those two events to enhance their position as European Tour members. Should they win, it gives them the opportunity to potentially pursue a career on the PGA TOUR and ultimately, I think, for the world to see PGA TOUR European Tour players playing together back-to-back in these opposite events with more high quality fields than we have had in the past here or the PGA TOUR's had in the past, I think it's a positive all the way around.

And as it relates to any future scenarios, you guys are far better at the hypotheticals than I am, but this is just, this is, as I said, this is just the start of our alliance. It's a demonstration of what we can and will do together and we're spending a lot of time together thinking about what those opportunities might look like, what a future product model might look like, and I'm excited to get to work next week to be with Keith and the team.

**Q. While stating the obvious that the pandemic is not over yet, so far we're a year and a half into it, and I think anyone would fairly judge that the PGA TOUR's come through with flying colors. But I would like to ask you, going back to the spring and summer of 2020, it wasn't at all clear that things would go this well. Things were really uncertain. And hopefully this question is easier to answer now, but I would like to know, what were the most challenging moments, what time period was, I don't know if scary is the word, but challenging and uncertain? Just to get a peek behind what you guys were all doing at that point.**

JAY MONAHAN: Well, to the first part of your question, we're still going through it and we're still not without our challenges and we're still looking at those challenges day-to-day, market to market, and making the best decisions we can alongside community partners, health officials, and medical experts.

But I think when you go back to that period of time, it's really hard to pinpoint one particular moment because whether you're talking about when we stepped aside at THE PLAYERS Championship, whether you're talking about the 91 days between THE PLAYERS Championship and our return, and then when you're looking at those first five weeks, the reality is the PGA TOUR, like every other organization, was dealing with a ton of uncertainty.

And so I just go back to that entire period of time and I'm proud of the way our team, our players, embraced the fact that we were dealing with uncertainty and working with our board, tried to just make steadily make rational decisions about our return to golf always with health and safety as our No. 1 priority. I think once you got into it, you never know how things are going to work until you get into it. In our case, it was returning at Charles Schwab, and then I think up until Friday of RBC Heritage we were, we didn't have any positive tests, and I think in the days and weeks that followed, we started to get some, and that entire period was gut wrenching.

But we recognize that we were going to need to learn to live with this and we were going to need to continue to make adjustments as we went forward and I think that we, I think that's exactly what we did, and that's exactly what we'll continue to do as long as we're forced to continue to deal with this pandemic.

**Q. What are your concerns about having a player in Bryson, who very well could win this thing and who is one of the biggest stars on TOUR, not, not communicating with the media now, and what are his**

responsibilities in addressing some of the issues that you've addressed as far as fan conduct or anything else that comes up over the course of a tournament?

JAY MONAHAN: Yeah, listen, I think that as it relates to Bryson, listen, Bryson is a star. He has fascinated golf and sport fans around the world since our return to golf. He's also a young man that's growing and evolving, not just on the golf course, but off the golf course. And I would just say to you that I look at this as a point in time. I don't think this is the way things are going to be for a long period of time. I'm hopeful that we'll get back to a steady cadence of communication that he'll have with the media. But he's working through some things and he's going to have my and our support as he continues to do so.

And, listen, I think that as it relates to general fan behavior and any individual's role in it, I take it, I take that on as an organizational responsibility. We have had challenges in the past. We'll have challenges as we continue to go forward. And so long as we build the right systems, we effectively communicate with every one of our tournaments, we are planning and preplanning effectively, the marketplace knows the expectation when we're on-site, I think that we're going to, you know, we're going to get back to, we're going to get back to a great environment. We have a great environment. We'll continue to improve our environment at our tournaments going forward.

Q. Just to follow on that, on Bryson, do you think it's a bad look that a guy almost shoots 59 and won't speak to the guy who almost wins the tournament and have you talked to him about that?

JAY MONAHAN: I've talked to Bryson about a lot of things and obviously our preference would be to have him talking to the media, you know, and on a regular basis, and certainly in that instance when he has a historic performance.

But like I said, we're in the situation we're in right now. I don't, I'm hopeful that that will not be the case on along-term basis, and I think that sometimes as hard as it is to contemplate and understand, I think human beings and individuals need some space, and I think that's what's going on right now.

And as I said, I think when we look at this over the long run, I think that this is something that he'll get through. He'll get to the other side of and he'll be better for it. But that's my perspective on it. It's not binary, you know, he's working through it in a way that he feels is best for him and he knows he has my and our support.

Q. Have you ever considered, as they do in tennis, any type of a fine for players not fulfilling media obligations if they are indeed media obligations?

JAY MONAHAN: I would just say to you, in any instance, we're always going to focus on the player, the relationship with the player, understanding the player, trying to work with them to get to the right place and try and understand what's going through their heads. And so a fine, I'm not sure what that is going to do for us in the long run. Ultimately we want the player presenting his best self when he's in front of the media, when he's in front of fans, and that's ultimately the goal for any player that's in a situation like that.

Q. Last week was the first time in PGA TOUR history that two guys finished 27-under or better in a 72-hole stroke play event. Obviously there's been a ton of rain in the area, can't really get the courses firm, but is that too low? Is there a point where the course is not fighting back enough?

JAY MONAHAN: We're an outdoor sport. We don't get to choose our conditions. When it rains like it rained the first two weeks and you put the best players in the world on any golf course, they're going to have the upper hand. And that's what happened here. And the bottom line is, I look at those two weeks and my question is, how do you replicate that environment more often? We had two extremely compelling events that ended in playoffs, and in the case this past week, I don't know if I've ever seen a conclusion to an event and a playoff like the one that we saw.

So you want these golf courses to -- and the golf courses themselves, they want to have perfect weather coming in so that they can prepare the golf course in the best possible manner. Unfortunately, it's just, that's not always doable. I'm really proud of the teams that we have at Liberty National and at Caves Valley, the superintendents, the staff. It's just incredible that we were able to get those two events in in the manner that we did.

And you know I'm an optimist. I look at that situation and, I got more text messages in the last couple weeks about those two events than I have in almost any event in a long period of time. They have

captured the attention of everybody and I think they have served us exceedingly well as we walk into this week's TOUR Championship.

Q. Two quick things: One, you talked about the success of this season. Do you recall going out on such a high note? Because obviously we were at the BMW championships and you can't pray for a better scenario than what you guys, what the guys put on there. And the second thing is, I don't know if it's more of a question or a comment, but speaking of Bryson, isn't it, so I guess it is a question, that in his case, he's changed his entire philosophy, his approach to the game, and so he's undergoing a lot of evolution, if you will, the evolution of Bryson. Doesn't that play a, do you believe that plays a factor in the quote/unquote behavior that everyone is talking about?

JAY MONAHAN: Yeah, well, on the first part of your question, I think that these are extraordinary times, and as we come in here to this week, I just can't wait to see what unfolds over the four days of competition. And for me, the pride I have is in every one of our players, every one of our tournaments, thankful that we continue to be so welcomed in every community where we play, thankful that charity organizations we support, thankful for the way that we have worked together with our industry partners to grow our respective tours and events and grow our game, thankful for the way people are embracing our game like never before, and this is the end to our season, our 2020-2021 season, and I'm excited to continue that momentum as we go into next year. And any -- we have had so many great years, it's hard to compare one to another. But as I stand here today as the leader of this organization, again, I'm really proud of everybody that's gotten us to this point and it's a legion of people.

And then I think that your question and observation is a good one and I don't know if, I've been thinking a lot about this, I don't know, since we returned to golf, I don't know of a player that's gone through a metamorphosis like Bryson has in such a short period of time, and he's continuing to push himself, to challenge conventional wisdom, to find unique ways to improve his game and create a difference in his game, and with it, and with the, with becoming a star, a superstar, a global presence, that brings new responsibilities.

And that's not something everybody's prepared for in their life. That's something that you grow into. And that's what he's doing. And by the way, he's done a lot of things exceptionally well. You watch him interact with kids, you look at the care he takes for, in youth golf. Look at him going out and competing in a long drive contest. There's so many wonderful things he's doing to shine a light on our game and to me this is, and I know it feels bigger to everybody else in this call, in the grand scheme of things, this is a moment in time and it's not as large, to me, it's something that he's going to, he's doing so many wonderful things, I don't think it should take away from all that great work and it's not going to.

Q. It's my understanding that the player impact program will run through the end of the year, that it won't be a seasonal thing. I'm curious, without giving a specific example of a player, but I'm sure you've seen the list, can you give me an example of maybe content or an engagement that counts as added value when it comes to the metrics that you're using?

JAY MONAHAN: Well, we're using five different criteria, to all of which are equally weighted. And you look at Nielsen, your Saturday and Sunday time on television, to Google Search to Meltwater, to MVP Index, and to, bear with me here, it's at the back of my head, I'll come up with it. But each of these areas lead up to a player's ranking. And the bottom --

Q. Q Rating.

JAY MONAHAN: Sorry?

Q. I believe Q Rating was the one you were thinking of.

JAY MONAHAN: Q Rating, yes.

The bottom line is when you look at any of those metrics, it's all about, for us, it's all about getting our players to engage in our game, help grow our TOUR, and help grow their own respective brands. And if you look at what drives engagement, it's on-course performance, and that's, that is part of the basis for the way the Player Impact Program was developed. You've seen how everybody's performed this year, and I think as we look at it and you think about the way that fans and the major story lines on the way fans have engaged, players have engaged fans through those channels, I think it's fairly intuitive.

The point I would make is that we're up, you know, this year we're up 41 percent when you look at cross-channel consumption. We're up across every metric. And I think that's, first and foremost, because of the

quality of play, but I also think we're benefiting from some really powerful engagement from our players day-to-day and doing the things I just described.

**Q. You kind of touched on some of this earlier, still having to endure the pandemic issues. Any consideration to bringing testing back for the players and support people or whatever on-site when the new season begins?**

JAY MONAHAN: I think that the easiest way for me to answer that is that we're at, we need to respond to the realities of the pandemic and ultimately for us, that's a matter of working with our medical experts, continuing to follow CDC guidelines, and then most importantly, working very closely with local and state health officials or country health officials.

So, I mean, I think you're starting to see -- we do have some pre-event testing now, particularly when you're going into the international markets. Based on where we are, we don't, in the short term, we don't see that as a need given where we are from a vaccination standpoint and where we are from our own protocols and their acceptance with those local and state health officials.

But if we have learned one thing, things could change with this pandemic, and for us, we'll be in a position to do what we think is going to ensure the health and safety of our players, fans, everybody that's on-site at our tournaments.

**Q. With some uncertainty with HSBC, not just this year, I'm not sure the length of the contract, actually, and could you just give an idea of where you see the WGCs in the next few years? Can you ever get to a point where Austin is still a match play, just not a WGC? How would you answer that?**

JAY MONAHAN: I would -- we have two WGCs. It's unfortunate that we're not going to be able to play in Shanghai. I expect that we will be playing there as soon as it's acceptable, feasible, to do so, from a pandemic standpoint. We feel like we have got a long-term commitment to that marketplace in the form of a WGC.

And I think the same would hold true for the Dell, the WGC Dell Match Play. I think that those two events will continue to be World Golf Championships, certainly for the foreseeable future. I think, to answer your question, you know, I see the WGCs continuing to play an important role in our schedule, but I also think you know that when you add our European Tour strategic alliance, when you have an organization that's continuously challenging itself to improve its product, improve its schedule, continue to provide the single greatest platform for top players in the world, everything becomes in play when you're going through how you might get there.

So, unfortunately -- with certainty, I can tell you that those two events are carrying forward, and long-term, I just think that we're going to continue to make them an important part of our consideration.

**Q. Can you see adding one or can you get by with two?**

JAY MONAHAN: I could see adding one. I certainly could see that. I would also say that it's, again, the reason that we're at two, when you go back to our schedule announcement, was that the Northern Trust was not going to continue as our first FedExCup playoff event. That gave us an opportunity to initiate our FedExCup playoffs at TPC Southwind, which then led to the opportunity we had with the Genesis Scottish Open, the two opposite events, and what I think is a really strong sequence from that period, the three events leading into the FedExCup playoffs going forward.

So that's kind of, the vagaries of the schedule create opportunities, openings, and decisions that we make, and we always do it through the lens of what's the best possible schedule for players.

**Q. Could you confirm what Rex said, that the PIP is going to be through the end of the year? I'm not sure you really answered that part when he brought that up. And also, is the quote/unquote winner of this or the people that are in the money, so to speak, is that ever going to be made public?**

JAY MONAHAN: It is through the end of the year, and we don't have any intention on publicizing it.

**Q. Why is that?**

JAY MONAHAN: To us, it's a program that we created, was created by our players, with our players, for our players, and that's, that's what we decided that we were going to do when we created it.

**Q. On a scale of 1 to 10 with 1 being not at all and 10 being the apocalypse is upon us, how concerned are you that there could be a renegade tour starting in the next year or so?**

JAY MONAHAN: I'm a hundred percent focused on our business and excited to be here at the TOUR Championship to complete this unbelievable season, to go into 2021-2022 with not only an incredibly strong schedule with great committed tournaments, but to be fully sponsored coming out of, coming through a pandemic, for us to have record consumption over the course of this year, taking that momentum into next year, for the value of the platform that these players are continuing to play on, for that to continue to grow, for the close work and relationship we have with our players and the way that we're going to continue to not only evolve our TOUR, but also evolve our game.

I'm incredibly thankful for the charities and the fact as we worked through a pandemic we're going to get back to or exceed numbers that we have had in the past. I'm incredibly thankful, I mean, proud of the fact that we have got these industry relationships where we're not only working very closely together to grow our respective events and tours, but together making a huge impact on our game.

So that's what I, you know, that's what I have been focused on, that's what I'll continue to be focused on and I think in life you always have to be cognizant of, No. 1, there should be zero complacency to anything you do and No. 2, someone is always going to try and do, someone is always going to try and take, compete and take something away from you. And I've operated that way every day of my life and I think that's why, with the great team I have surrounded by me, we're going to continue to grow this great TOUR.

Q. Would that be a not at all?

JAY MONAHAN: I told you what I'm focused on. So it's, yeah, that's what I'm focused on.

THE MODERATOR: That concludes our Q&A. Jay, as always, thank you for your time and we appreciate our friends from the media joining as well.

**FastScripts Transcript by ASAP Sports**



**About ASAP Sports · FastScripts Archive · Recent Interviews · Captioning · Upcoming Events · Contact Us**

FastScripts | Events Covered | Our Clients | Other Services | ASAP in the News | Site Map | Job Opportunities | Links

**ASAP Sports, Inc.** | T: 1.212 385 0297

# EXHIBIT 1c

home   jobs   contact us



about ASAP Sports      FastScripts archive      recent interviews      products

Our
Clients:                    

## Browse by Sport

- Auto Racing
- Baseball
- Basketball
- Boxing
- CoSIDA
- Cricket
- Equestrian
- Extreme
- Football
- Golf
- Hockey
- Lacrosse
- Soccer
- Swimming
- Tennis
- Track & Field
- Volleyball
- Wrestling

**Find us on**    


**Subscribe to RSS**


**Click to go to
Asaptext.com**

# TOUR CHAMPIONSHIP

## September 2, 2020

### Jay Monahan

*Atlanta, Georgia, USA*

**East Lake Golf Club
Press Conference**

LAURA NEAL: Good afternoon, everyone. Thank you for joining us and welcome officially to the TOUR Championship 2020 here at East Lake Golf Club. I'd like to welcome our commissioner, Jay Monahan, to our first in-person press conference in quite some time, and certainly under better circumstances than the last time we did this, which I know you're going to address in your opening remarks as well as a couple announcements and topics you'd like to cover before we take questions from the media.

JAY MONAHAN: Good afternoon. It's great to see all of you today in person. It's been a long road. Hard to believe it was 174 days ago on March 12 when we were forced to cancel THE PLAYERS Championship due to the onset of the COVID-19 pandemic.

The next morning, many of us in this room gathered for a press conference at TPC Sawgrass as we further discussed the decision and its implications, which were mostly unknown at that point.

As gut wrenching as that day and the weeks to follow were, as we ultimately canceled or postponed nearly 30 percent of our season, the adaptability, innovation, and collaboration that has brought us to this week is incredibly gratifying.

It's humbling to think about what has been accomplished with our successful return. Thanks to the cooperation and partnership with our players, sponsors, media partners, and tournament organizations. We can't thank these groups enough for their loyalty and support through some very challenging times.

As invited guests in each market, we stated at the outset that the health and well-being of all associated with our tournaments would be the number one priority as we returned to competition. At the Charles Schwab Challenge, we said we did not have all the answers. We would have to adjust as necessary, as we continued to take guidance from the CDC and medical experts.

We also made a promise to be transparent with our health and safety plans, including our testing program.

It hasn't been perfect, and we're not claiming victory by any stretch. In fact, we continue to learn and adapt. But I'm so proud of the team we put into place in March to help solve this giant jigsaw puzzle. I'm also very thankful for the collaboration with golf's governing bodies, with our reimagined schedule that also includes events into the fall.

View our
e-Brochure

An important piece has been the unprecedented collaboration and input we received from the PGA TOUR Player Advisory Council, chaired by Charley Hoffman and the player directors, as we're still relying on their counsel today as we move forward.

I'm also proud of our player membership for adapting quickly and successfully following the protocols. They have been vigilant personally, but also have looked out for each other and each other's families in the communities in which we play. They've understood and been a big part of the changes we needed to make along the way as we've learned and adapted to this crisis.

We will continue our adaptive work through the fall and into 2021 as we look toward reintroducing pro-ams, corporate partner activations, and spectators when we feel it is safe to do so.

These will be critical as we look to maximize tournaments' charitable contributions going forward. While we haven't had spectators at our events, as you can see from this slide, we've had incredible support both domestically and internationally this summer across all platforms from our existing fans and new fans looking to engage with live sports.

This also includes the early success of our official gaming operators that were extremely excited about helping build a new audience and drive deeper engagement.

Given that golf lends itself naturally to social distancing, recreational play has seen a surge in recent months. As one of the few professional sports competing earlier this summer, I'm certain our tournaments and our players played a role in inspiring participation during the last few months, and we look forward to building on all this momentum as we head into the end of the year and into 2021.

Now I know you in the media have faced many of these same challenges in the last six months and have been forced to adapt to the way you cover golf. You've been with us every step of the way and covering the TOUR through the pandemic. It certainly was easy to have doubts or questions as to whether or not we could accomplish our goals, especially with so many unknowns, and we're most appreciative of the fact the asked questions were critical if necessary but most importantly remained objective throughout.

As a sport, we have persevered through this pandemic and have found a way to keep our TOUR moving forward. Thank you for your coverage, your own adaptability, and all the personal sacrifices you've had to make.

With all that said, we're here finally in Atlanta, crossing a finishing line together, so to speak, for what really has been an extraordinary season. We're thrilled to have the opportunity to showcase the PGA TOUR's top 30 players to a global audience with Atlanta and historic East Lake Golf Club as a backdrop.

In 1995, Tom and Ann Cousins made the groundwork for real and positive change with the creation of the East Lake Foundation. Three years later, East Lake Golf Club hosted the TOUR Championship for the first time, giving the world a window into the local success story that was created with this purpose-built community. This year's TOUR Championship, on the leadership of executive director Allison Fillmore, is special in that it represents the 20th playing here at East Lake. The amazing progress we've seen is possible through the TOUR Championship's two proud partners in Coca-Cola and Southern Company, as they continue to support the TOUR championship's initiatives, East Lake Foundation, Purpose-Built Schools Atlanta, The Grove Park Foundation, and First Tee of Metro Atlanta.

Today I'm proud to announce that despite a myriad of challenges the event has faced in 2020 – no spectators, no corporate hospitality, no pro-am experiences – the TOUR Championship, with the support of Coca-Cola and Southern Company, is projected to match or exceed last year's record charitable impact of $3½ million. That's true commitment towards the Atlanta community, and we congratulate all involved for this tremendous accomplishment.

So while it's not a traditional TOUR championship week and we will certainly miss hosting the tremendous crowds here on-site, we know the competition will be as compelling as ever for those watching around the world. This season has produced incredible moments and a premier list of winners, setting us up for a worthy finale as we crown the 14th FedExCup champion on Monday. Our thanks to our largest partner FedEx for their continued support of our season-long competition and what has become one of the pinnacle achievements of our sport, winning the FedExCup.

Especially strong has been the competitive friction since the return to golf. Eight of the 13 winners have been inside the top 10 in the official world golf ranking. And that doesn't include 23 year old Collin

Morikawa, who is currently fifth in the FedExCup standings on the strength of two wins, including the PGA Championship. The future of the PGA TOUR is very bright.

We are also looking forward to our second year of the FedExCup starting strokes format: one scoreboard, one championship, one trophy.

Tonight is one of the very special evenings of the year as we'll be presenting the Payne Stewart Award to Zach Johnson, thanks to the support of Southern Company and CEO Tom Fanning. Zach is the first winner of the event who didn't know Payne personally, but they certainly have quite a bit in common: loyalty to their Midwest roots, fierce competitors in both individual and team competition, and a passion for family and impacting the lives of those in need.

Like so many, I'm thrilled for Zach and know this means a lot to him, his family, and his many friends on TOUR. We continue to be inspired by the reach of Payne's legacy, most beautifully lived out by Tracey Stewart and their children, Chelsea and Aaron.

While the focus this week is on the season finale, I wanted to provide a few updates as we look forward to next season. We're excited today to present the full 2020-2021 PGA TOUR schedule, a super season of 50 fully sponsored events and capped off by the 15th edition of the FedExCup Playoffs.

If you're a golf fan, this is a dream season with more significant events than ever before, including the Olympic Games. What more can you ask for?

In closing, I wanted to end by revisiting an incredibly important topic. I touched earlier on what has been done in the Atlanta community to help those in need since 1995. While we are so proud of that impact and it's at the heart of this event's history, we're also painfully aware there is much more to do.

The many tragedies this summer have sparked much needed ongoing conversations about racial and social injustice, and with the passing of Georgia Congressman John Lewis, an American hero and a towering figure of the civil rights movement right here in Atlanta, we should all be further inspired to be part of the solution.

Mr. Lewis' words were simple but powerful. When we see something that's not right, not fair, or not just, we have a moral obligation to speak up and speak out, to do something about it. The PGA TOUR's Inclusion Leadership Council has been working to reimagine the TOUR's role in leading diversity and inclusion efforts since 2014.

In essence, how do we use the platform that we've established over the past 80 years to make deeper and more specific commitments around social justice efforts in our communities.

There are specifics to come in this space, and the work may never be complete, but as we close out this season of change, I felt it important to reinforce our commitment. A significant part of that commitment has been through the leadership of Marsha Oliver, helping guide us through this process as our vice president for community and inclusion.

Marsha's thoughtfulness and perspective has already proven invaluable, and I look forward to working with her as she helps guide the PGA TOUR towards being part of the solution.

Thank you all again. I'm happy to take questions.

**Q. You said a lot about when it's safe, et cetera, but do you have contingency plans, if you want to call it that, for when you're thinking about pro-ams, when you're thinking about fans?**

JAY MONAHAN: Yes. So we, as you know, on the Korn Ferry TOUR and PGA TOUR Champions, we have successfully reinstituted pro-ams, and in a recent call with our Player Advisory Council have made the commitment to reinstitute pro-ams starting at Corales, Punta Cana. We will start there.

We will be reintroducing programs, essentially Phase II of our five-phase return starting this fall, and then I think as you look beyond the fall and into '21, Andy Pazder, Tyler Dennis, John Norris working with our Tournament Advisory Council. Every tournament is starting to plan for multiple potential outcomes, and hopefully planning towards the return of what we know as normal, and that's fans on-site.

But I'm really proud of the work that the team has done to systematically rebuild our way back up to that, and our tournaments are eager to reinstitute the pro-ams. It's obviously a very important revenue source and source of connection to the communities.

**Q. As a follow, as tournaments try to plan for plan A and plan B, how much of that involves cost of building infrastructure? At what point, so we don't have another Tampa or Memorial where they have structures build and then it goes for naught?**

JAY MONAHAN: I think generally speaking when you get six -- it all depends on what the buildout plan is what is intended to be, but when we're getting inside that six- to eight-week window, we're making decisions about what phase we'll be returning in.

And just given the consistently fluid nature of the virus and the way different communities are responding, each discussion is a different discussion. And so you may see different tournaments returning at different levels as we get into the end of the year and into '21.

**Q. What impact do you think the idea of rapid in-home testing could have on spectators returning as we've seen the FDA has approved some of these things now? Hopefully they're going to be mass produced shortly. I'm guessing you guys may be hearing about this quicker than we do, but I'm wondering what impact that could have and how important that is to get fans back?**

JAY MONAHAN: Yeah, I think to answer that question, I go back to the way that we've answered every question around the virus, and that is you've got Dr. Hospel, our medical experts in conversation with all the relevant constituents trying to understand where we are in each phase and each area of testing, and ultimately whether or not we can apply that to how we return.

At this point, we're going with the system that we have. We're going to reinstitute pro-ams, participants in pro-ams will be tested, and we're encouraged by the fact that you're continuing to see more options, which creates more potential for a quicker return of our fans.

But we'll come back to our original premise, which is looking at all those options, which we'll do, and Andy Levinson, who has been leading our efforts internally, has been remarkable on that front.

When we feel like it's safe to return fans out here, that's when fans will return. We owe that to them, to make sure that we feel like -- and we're supported locally in every market we play in, that that is supported by the local government authorities.

**Q. If I could take you back to when you first restarted things and there were so many unknowns, how deep were your doubts that we'd actually be here today, having survived all this?**

JAY MONAHAN: You know, when you commit to a plan, you commit to a plan because you believe in your heart and you believe based on all the quality people that we have around the table and input we're getting that it's a plan that can sustain us.

I was confident that we had the right plan, but I was uncertain as to whether or not, like everybody else, you'd be able to get to this point.

But I go back to kind of some of my opening comments. The one thing -- I knew that we had a very well-thought out plan that was supported by our communities we were returning, supported by our sponsors. Our players -- I can't understate this enough -- to look at those players that are on our Player Advisory Council, our player directors, the amount of input they gave us in returning and the responsibility they took in our return, that gave us confidence.

Our confidence was shaken in those first couple weeks with a few incidents and situations, but we expected that to happen. That's the nature of what we were dealing with.

You know, we were reasonably determined to make sure that we were adjusting in the right way so that we could put ourselves in a position to conclude this FedExCup season, and we feel really good about the work that was done.

**Q. I know with the way the summer has been as far as as divided as our country has been, diversity and inclusion is an important part of the TOUR now moving forward, and it's an important thing to you. Can you get into some of the specifics of what the TOUR is going to be doing moving forward to kind of make sure that happens?**

JAY MONAHAN: Absolutely. Yeah, I think -- to answer that question, it's probably helpful to provide a little bit of context. When you think of the PGA TOUR, and Deane Beman said this beautifully, he said, I consider us to be more than a sports league; we're a public trust, and it's our job to balance the interest of players, community tournaments, and the game of golf.

When you look at happens out here every single week and you think about the business model, the TOUR is a 501(c)6, tax exempt membership organization. Our tournaments are run by host organizations in those communities, and they are run for the purposes of generating dollars for charity and making a huge impact in those communities.

And so we've now surpassed $3 billion since inception. Over $200 million raised through our tournaments last year. So when we pledged to be part of the solution, we also pledged to really dig into the foundation of our business. The way that we raise money, the way that we raise awareness is by engaging our community tournament organizations.

And so since we've started, you know, kind of redoubled those efforts and really thought through the recent incidents and how we can make a bigger impact, we worked very closely with our Tournament Advisory Council led by Steve Wilmot, and all of our tournaments are going to be identifying racial and social injustice causes in their local markets going forward.

Because, again, they know their markets better than anybody else. They're going to know the organizations that can make a big impact, and they're going to make that part of their charitable program and charitable platform, so that in every community you look at on the PGA TOUR, every tournament is committed to doing so, particularly once we return to tournament golf as normal.

And I think it's a big statement that with the number of tournaments we have they all quickly have responded and said that they are excited for this opportunity, excited for this challenge. And I think as you look out over the next 10 years, I think that we would project it to generate at least $100 million for those causes over the next 10 years, and that's something that we're going to hold ourselves accountable to.

The money is one thing, but being engaged in the community and being part of the solution through the tournament host organizations is something that you're going to see us make a lot of progress on.

We've talked a lot about the First Tee through the years. The First Tee was founded in 1997 by Tim Finchem with President Bush, and the work that's been done through the years on the First Tee is absolutely remarkable.

So you look at where we are today. If you look at the First Tee participants -- First Tee now, 150 chapters, well over 10,000 elementary schools that we're in. It's 52 percent non-Caucasian, 38 percent female.

But when you talk to our players and when you go into the communities, when you talk to tournament organizations, we feel like one of the opportunities that we have, of those 11,000 elementary schools, 58 percent are Title 1. We want to increase that percentage. We want to go into under privileged, underserved communities, provide access to the First Tee, provide access to the game.

We're starting to think about once we've provided that access, how do we give these kids an opportunity to stay on a continuum, whether it's playing the game of golf or continuing or pursuing a career in the game of golf.

But we are quietly in the process of reaching out, and we're going to initiate a significant capital campaign under Greg McLaughlin's leadership and with the tremendous support of our Board of Governors, and similar to what we're going to do through our tournaments you are going to see us raise and invest significant dollars in growing the First Tee along those lines. That's something I'm really, really excited about.

You talk about, for us, one of the things that we've been focused on is you look at the professional game at the highest level, it's fairly homogenous. We've seen a number of black players, black superstars that have emanated and come to the top of the game, but we want to generate more.

We have -- going back to 2013, we got together with Ken Bentley and the Advocate's Professional Golf Association. We have provided financial resources. We have provided access to our TPC network and our golf courses.

And as you think about where we are right now and look forward, we announced PGA TOUR University. One of the things that we're going to do is we're going to work with HBCUs to identify the top five African-American golfers, get them sponsored to have access to the APGA, and then ultimately access to Korn Ferry qualifying school.

We are going to commit resources with the PGA TOUR performance centers so that those individuals have access to the best instruction, the best technology, the best know-how, and you're going to see us alongside the PGA of America continue to identify new golf courses and new ways to be helpful to the APGA. Again, something we've been doing for a while, but you'll see us really step up our efforts on that front.

And then also for us, you look at our -- going back to the host organizations, given that we've got volunteer leadership and volunteers in each community, we, on a national level, when you think about mentorship and providing career opportunities and putting ourselves in a position where we can learn more from every market we play in, under Marsha's leadership have spent a lot of time trying to identify national organizations that we can partner with that can be helpful at the local level.

And so we're proud to be partnering with the 100 Black Men of America, an organization we think is going to be a big part -- we're going to learn a lot from and benefit a lot from, and we certainly plan to be a great contributor and partner to that organization.

You know, I think that the key for us, you go back to 2014. We formed our Inclusion Leadership Council. We have eight executives that are part of that council. We have six employee resource groups that have provided invaluable feedback, particularly over the last couple of years, providing very valuable feedback right now. And we've really looked at who we are as an organization, how we reflect society, and under Allison Keller's leadership, I'm just really proud of the way that our workforce, our people continue to get behind all of our equity and inclusion efforts.

We're not perfect, but we have a long way to go. I said we'd be part of the solution. These are just some of the things that we've identified that we can do right now, and I just think it's important to -- I think when you're here at East Lake and you think about 1995, we are perpetually doing good in every market where we play, and this is another opportunity to demonstrate that that's what we can do, and we're up to it.

**Q. Given the financial struggles, obviously, that everybody is going through and clearly the TOUR is having to shell out a lot for things that you wouldn't have normally had to, do you foresee any possibility of a decrease in purses, or can that be alleviated if you don't get spectators back at some certain point?**

JAY MONAHAN: Well, I think given the nature of the virus, we still live in a world of uncertainty, so it's hard to answer that question with certainty. But again, 30 percent of our events we haven't held. We have had a decrease this year.

I think for us, you look at the support we've had from our title sponsors, from our tournament organizations, the fact that our players have generated over $35 million for COVID-related charities. We're stepping up our efforts in the diversity, equity, and inclusion space.

We're inspiring so many of our fans and people that haven't watched the game like we never have before, and the game is accelerating. I think we have a great opportunity, and I'm hopeful that we're going to get through next year. We're going to get back to normal fast, and that puts us in a position where we continue on the normal growth pattern that we're projected to be on this year that unfortunately we were not able to be on because of the events associated with COVID.

**Q. Two unrelated questions: With HSBC being canceled for the year, are there any plans to elevate Bermuda to a full-service golf tournament, full FedExCup points?**

JAY MONAHAN: Bermuda will be full FedExCup points.

**Q. How much has the pandemic slowed the progress, introduction, whatever you want to call it, of gaming?**

JAY MONAHAN: It's accelerated it. When you speak to -- you saw that we've announced four betting operator deals. We've got our daily fantasy agreement with DraftKings. I think given the fact that we came back early, the amount of activity that we were hearing from our partners was unprecedented.

I think that has proven a lot of what we felt like -- a lot of what we knew, and by accelerating, I say that those same partners are going to continue to invest more and more in the game because the game itself is gaining share relative to other sports.

**Q. Following up on the question about the finances thing, I think people would have understood even this year if purses were decreased in light of other sports and athletes having taken a little bit of a hit. How**

were you able to maintain purses at this level? And we get to this closing event, which is played for so much money, how sensitive are you to playing for that kind of money in this kind of environment?

JAY MONAHAN: Yeah, I think -- listen, what I'm most sensitive to is are we being the great partner that we have always been in the markets where we play, and are we accomplishing in this really challenging environment all that our sponsors and our community partners want us to accomplish. I think our players have done a remarkable job of that since we returned.

You go back to when we were trying to stand the TOUR back up and reset the schedule, and going back to your earlier question, at that point in time we set out a schedule, but we also weren't sure how long we could sustain that schedule, and we're still not sure of that going forward.

But I think that when you're an organization that generates the amount of money that we have generated and will continue to generate for the communities where we play and we continue to just do our job as a great community partner, I'm proud of the fact that the purses that we play for continue to attract the best players in the world that are allowing us to continue to do that work.

I step back and say, you know, this week, $3½ million for the East Lake Foundation. I was on the phone with Mr. Cousins and Ron Price numerous times over the last several weeks and that was really important to him, and we've done that, and hopefully we'll exceed it.

You go back through our tournaments, I think the response that we've had -- of all the uncertainty, what we could do in the communities was one of our biggest concerns, and we've done a really good job of that.

To answer your question directly, you know, to be the No. 1 Tour in the world, to get players to play here and to play the schedule that we play and to be able to generate the dollars we have, it's a competitive marketplace, and we feel like it's really important for us to be able to present the best possible opportunities.

That's our job for our membership, and hopefully that's what we're doing.

LAURA NEAL: Commissioner, thank you so much. Have a great week.

**FastScripts Transcript by ASAP Sports**



**About ASAP Sports** • **FastScripts Archive** • **Recent Interviews** • **Captioning** • **Upcoming Events** • **Contact Us**

FastScripts | Events Covered | Our Clients | Other Services | ASAP in the News | Site Map | Job Opportunities | Links

ASAP Sports, Inc. | T: 1.212 385 0297

# EXHIBIT 1d



     

about ASAP Sports        FastScripts archive        recent interviews        products

Our
Clients:



**Browse by Sport**

 Auto Racing

Baseball

Basketball

Boxing

CoSIDA

Cricket

Equestrian

Extreme

Football

Golf

Hockey

Lacrosse

Soccer

Swimming

Tennis

Track & Field

Volleyball

Wrestling

**Find us on** 

 **Subscribe to RSS**

**Click to go to
Asaptext.com** 

# THE PLAYERS CHAMPIONSHIP

## March 13, 2019

Jay Monahan
John Lauck
Barbara Nicklaus
Jack Nicklaus

*Ponte Vedra Beach, Florida*

CHRIS REIMER: We'll begin. Good morning, and welcome to the 2019 PLAYERS Championship. We're thrilled to see the culmination of the hard work of many as we have returned to March for the first time since 2006. I'm joined today by PGA TOUR commissioner Jay Monahan, who would like to open today's press conference with some comments before we take questions. Commissioner?

JAY MONAHAN: Thank you, Chris, and good morning, everyone. It is great to be back here at THE PLAYERS and great to be back here at THE PLAYERS in March. We're obviously really excited for the week ahead and really excited to start what we've been talking about as a season of championships, important championships every month for six months culminating in the FedExCup Playoffs in August. I know over the last year or more than year we have been talking a lot about the potential schedule changes, and this is really the first big shift in our schedule being here at THE PLAYERS in March. We will move to the PGA Championship, our great partners PGA of America hosting the PGA Championship at Bethpage in May, and then as we get into the heart of our season, we have two new events in the Midwest and Detroit and Minneapolis, which we're really excited about, and then really excited to get towards the end of our season and to see this new regular season bonus pool, the Wyndham Rewards Top 10, to have players competing for top positioning going into the FedExCup Playoffs and then moving from four to three FedExCup playoff events, obviously, and completing at the TOUR Championship with one trophy, one scoreboard, and one champion.

So really excited about where we are. The season's been off to a great start coming off of a really a monster West Coast Swing with play at a very high level, top players playing exceedingly well. Been much discussion about the schedule and some of the decisions players have had to make, which I think reflects the fact that all of our tournaments are strong and world class in nature and excited to see this week and the rest of the season unfold.

I want to recognize a couple people that really put their heart and soul into this event. We have Jared Rice, who is our executive director. Jared leads 2300 volunteers and a staff that think about this championship every single day, every single hour, and we're exceedingly proud of them. And then Jeff Plotts, who is our world class superintendent, I had an opportunity to go out and visit with Jeff and his entire agronomy team on Sunday. He has 92 volunteers from 19 countries here, putting their heart and soul into every blade of grass out there at TPC Sawgrass.



View our
e-Brochure

Obviously when you transition from May to March and you have a 10-month swing, that puts a lot of pressure on Jeff and his team. And you add in that a lot of rain and little sunshine in the months that preceded, I'm really proud of the work that the team has done to prepare us for a great championship this week.

Also want to recognize the fact that we have lost two treasures. We lost Alice Dye recently, and you can't be on this property and not think about Alice. Obviously had 50 Amateur titles to her credit and famously suggested the island green here at No. 17, and as every player looks at the flag, they will see attribute to Alice this week, something that we're very proud of. We'll miss Alice.

And obviously as I look at all of you, the passing of Dan Jenkins, a true legend, a true icon. To read your reflections on Dan and what he meant to you and what he meant to sport and what he meant to this game, and I think that's reflected in his positioning in the World Golf Hall of Fame. He was a great one, and so we proceed with heavy hearts and we thank Dan for his incredible contributions to the game of golf. So with that said, I am going to do my very best to answer every question you have today, and it's great to be with you.

**Q. Could you talk about the move; was it a tough sell to convince people to move this back to March and also the PGA to May, and did one of those dominos have to fall first so the other could fall?**
JAY MONAHAN: Well, the first domino was trying to get our FedExCup Playoffs and our season to end prior to the start of college football and the NFL. And then obviously to do that, the PGA Championship, which has been in August, we could have played the PGA Championship and gone into a playoff run, but that did not make a lot of sense, and we had been talking and are always talking to the PGA of America and brought this concept forward.

So I think the difficulty or the challenge at that point was equally shared because they had been in their traditional date and we had been playing here in May. And as we started to talk about what it meant for the game and what it meant for our respective championship, we both got comfortable over a period of time. But I think the complicating element to this is you got to make certain that while you feel it's the right thing for the product, when you're moving your schedule, your players understand the thinking and what we're doing to try and use this great set of athletes and schedule we have to put this game and our TOUR in a better competitive position or stronger competitive position.

And so that was a lot of discussion, a lot of dialog, and obviously that's something that we were very comfortable moving forward with. But it's hard to say that one domino was heavier than any other, because it wasn't just those. Then you have a lot of moving parts throughout the course of the rest of the schedule. You had a lot of events that were moving from their traditional dates and were fortunate to have great sponsors and great partners that supported the effort we were undertaking.

**Q. What is your definition of this tournament and how it sits with the other significant events in the world of golf, the four majors? What do you want this to be considered? Where do you think it is now? How would you characterize it?**
JAY MONAHAN: Well, when you look at THE PLAYERS, we want to focus on what the event is and what it brings forward and what it represents. And to us, you look at the depth of field and just look outside, look at the range, look at the field list, this is as strong as any field as you'll ever see. And stepping back, we're a membership organization, so this is our flagship event. It was created for the players and the people that I mentioned earlier. We're trying to continuously build the best championship. That's going to be reflected in who plays, and it's a remarkable field.

That's going to be reflected in the quality of the golf course, and this is a comprehensive test, and I think that will be on full display the next four days as it has been through the years. This experience that Pete, Alice, Deane created, the stadium experience, is as good as any as you'll find from a spectating standpoint in all of golf, and we have a rich history of champions, great champions, certainly through the years and certainly through the last decade plus.

So that's what the championship is, and as it relates to its other -- its position relative to the major championships, I think we all have to recognize that when you look at the major championships, they're competitors and they're also partners, and the beauty of our game, some people might say, well, you got a lot of different organizations involved in the game of golf. The beauty of the game is we are all trying to

build, do the same thing, build the best possible championships. As we compete, I think we're moving the game forward, we're growing, we're improving, and candidly we're watching each other and those championships inspire us and hopefully in some way we inspire them. But in the long run we're hopeful that the game is benefiting.

So that's what the PLAYERS stands for and that's the way that we look at our relationship to the others, and we're going to continue to operate with that spirit in mind.

**Q. Martin Kaymer said last week that he's regained his TOUR membership. He's not listed on any of the medical exemptions. Could you just explain how the exemption came to be?**
JAY MONAHAN: I actually can't explain how that exemption meant to be, but by the time we're done with this press conference, we'll sit down and walk you through that.

**Q. The new Rules of Golf this year have been a topic, and along the lines bifurcation has got brought up. Can you just give us your thoughts on though how you feel about two sets of rules, one for the professionals, one for the amateurs?**
JAY MONAHAN: Well, I -- there has been a lot of discussion about the rules, and I would like to use this moment to kind of step back and talk about what's happened over the last six years. We the PGA TOUR, along with every other golf organization, had really been really encouraging a review of the rules and really encouraging a modernization, a simplification. And the USGA and the R&A responded, and they responded with great zeal.

And there was a process that we went through. We identified a number of rules that we felt got us there, got the game there. And that was the approach that we were taking. We got back the initial draft, we had an opportunity to reflect on that and share our opinions there. And then we turned the clock into this new year. We were fully supportive of the new rules because we were a participant in creating them. We had equal share, just alongside the other organizations.

And then when we got together in Hawaii, I said that, you know, when you go through a period where you haven't had a lot of change, and then you roll out 50 changes, there are going to be some things that work really well and some things that might create debate. Lost in some of the discussion is all the things that are working really well, and the list is long, and I think it's right that we're two and a half months in and there's some rules, some existing rules that are causing debate and discussion. Again, exactly where we thought we would be.

So I spent two hours this morning with members of the R&A, the USGA, the LPGA, the European Tour, the PGA of America, Augusta National. We're doing what we should be doing as leaders of this industry, which is talking about, one, where we are in the current state of rules. And again, everybody agrees where we thought where we would be.

But more importantly, I think what's happened here the last few weeks has just exposed a weakness in our working relationship, which happens when you got a lot of different organizations. So we're going to tighten that up, and we're going to move forward in a way that is going to be good for the game and certainly is going to get us to the right place over time with these new rules, and I think we're in a really good place right now.

**Q. Number one, do you anticipate that the move to March is going to give you a decent bump in TV ratings because certainly up in the Northeast the weather is much more iffy at that time of the year? And secondly do you see this move to March as something permanent, meaning that we're going to look up and in 2050 and beyond and see that the PLAYERS Championship is still in March?**
JAY MONAHAN: Well, the media landscape has changed, so when you look at what you want the outcomes to be, television ratings are certainly one of the things that you're going to look at. Television ratings in the United States, and given the fact that we have got 88 players from 25 countries playing on our TOUR, how are we performing in the international markets and then how are we performing across all of our social platforms. But the reason that we're in March is because when you look at the global competitive sports calendar, we felt this was a very strong position and an opportunity for more fans to follow and engage the players and the PGA TOUR earlier in the season, which is good for the event and for the TOUR, and it also showcases our players and hopefully is good for the game, creating a bigger championship earlier in the season.

So we'll look at, as we do every week, a long list of outputs, but ultimately it comes down to what happens inside the ropes. Just because we moved it here doesn't mean that we're going to have an incredible dramatic competition. There's some things that can happen, many of which or all of which are outside of our control, but we feel like we put the product in the right place to grow and, yes, I do expect that in 2050, which is a long ways off, that we'll be here in March. And I know you're going to ask the follow-up question. We'll be playing THE PLAYERS in March.

Q. If I could follow-up on the rules question. Over the past several weeks, probably borne out of frustration, several players or a few players at least have wondered why does the TOUR not make its own rules like other sports leagues might. Just curious if that has ever seriously been considered, and if not, have you had that discussion with players and explained to them your side of that and maybe why that wouldn't have happened or isn't a serious consideration.
JAY MONAHAN: We have two fantastic professional governing bodies of the game. We have always played by their rules and we will continue to play by their rules. And we are not going to be playing by our own rules. We think that the game is best served with everybody playing by the same rules and the same standards. We think it's a source of inspiration for the game. So as I was saying earlier, I just think this spot that we're in, that we haven't been in before, has caused a lot of conversation, and I think it's fair that these kind of subjects are brought up. We're going to make certain that our players understand where, how we're working with our industry partners, what our thinking is that we're sharing with our industry partners, and this game will continue to be well served by having, again, two great professional governing bodies.

Q. Can you update the status of the new headquarters project, about whether it's on schedule and whether anything has changed?
JAY MONAHAN: I'm always reluctant to say anything's on schedule. But we are -- the project, we have broken ground, we're going vertical. All you need to do is to walk into or to drive into the general parking lot and you can see that. And it's, we're well underway.

So November of 2020 we expect to be in the building, and for those of you that aren't familiar with our thinking there, we, the PGA TOUR, has 17 different locations for our employees around the town of Ponte Vedra, and we are now moving to a common headquarters on the back of the property, something that we're very excited to do, and we have had great community support in doing so. So thank you.

Q. Do you think it's important that THE PLAYERS Championship have the highest purse of all tournaments? And doubled on that, considering that four organizations that run majors can negotiate their own TV contracts using members of this organization, if you will, are you surprised that their prize money isn't higher?
JAY MONAHAN: I think that we do -- we invest in the purse because it's what the market will bear. The tournament is performing exceedingly well. It's growing, and we think that as our flagship event continuing to grow is important, the specific number, I haven't talked about what our purse is --

Q. 12.5.
JAY MONAHAN: Okay. Thank you for that.

But, listen, I think growth at a time when you're actually growing, particularly with this championship, is an important statement, and we're going to continue to push ourselves to try and grow our purse, not only at THE PLAYERS, but across our TOUR.

And again, we're partners with those organizations. We're also competitors. I can't answer that question because I'm not sure. They may be thinking about changing, but that's their decision.

But they're also growing and they're in a very strong position, and I think that's a positive.

Q. You mentioned some things you wanted to sort of button up with the other organizations. Can you give an example of something where you feel like the relationships have been strained and need fixing, and is some of that related to your view on distance versus what they're kind of building to with their distance study?
JAY MONAHAN: I think -- so the way I'll characterize that is that if you look at -- let's talk about slow play, my favorite subject. There's a lot of discussion about slow play. And when you have six or seven different organizations that have different policies and different perspectives and we're not each fully

aware of what those are, that may not be serving the best interests of the game. So how do we learn from each other on a subject like that? How do we diagnostically look at something that is getting a lot of discussion and ultimately can we improve? So that would be one.

Driving distance is another. How do we fully understand each other's perspectives, and then how do we have good debate and discussion about what the solutions, what the opportunities or where we go from here. But I just think that -- and I want to be clear that this is on us, too. We just need to be more transparent, more forthcoming about our thinking across the board, and I think that's going to get us to a good place.

And that's the way -- that's the spirit of those relationships. I just think it got away from us a little bit here.

Q. One sort of rules question. Have you played golf at all this year yourself, and have you had to take a drop, and did you take a drop from knee height or did you forget? Or did anybody in your group take a drop from the new knee height?
JAY MONAHAN: I have played. I try and play regularly, I don't play well, so as a result I put myself in compromising positions. And, yes, I have played with the flagstick in and I've taken the drop and I've applied -- and I've -- I'll be honest with you, the flagstick was one where when we came out with it I was uncomfortable as I was watching our broadcast the first couple weeks, and I was kind of wearing our guys out, and then I just started to get very comfortable with it, particularly on the West Coast when we were trying to complete play and late in the day and I think it actually -- it helped, and I love seeing, I love having that perspective now of longer putts as I'm watching. I have a better -- it just feels like I can better follow what's actually happening.

But getting back to your question, I have not had any issues, although I did have to call in a rules official out at Pebble Beach when I was playing in the AT&T Pebble Beach Pro-Am, but that had nothing to do with the new rules.

Q. Do you putt better with the flagstick in?
JAY MONAHAN: I putt in a perfectly average way with it in and with it out. But I have made putts with the flagstick in, yes.

Q. What about quicker?
JAY MONAHAN: Quicker?

Q. That's the point, isn't it?
JAY MONAHAN: That's one of the points, yeah. Yes, I would say in some of the instances where that's happened, particularly when I'm playing with one or two people on a weekend and we're moving around in that regard, yeah, I think it's led to quicker play.

Q. To follow-up, when you announced the format change of the TOUR Championship, you said the awarding of World Ranking points is still kind of ongoing. Is there any update on how that might happen?
JAY MONAHAN: The update is I'm looking forward to the day when I can give you an update. We're going to be meeting with the World Golf Ranking board here in the nearNear future, but I don't have an update at this point.

Q. There was a news on a PGA TOUR developing some kind of format welcoming elite college players. Do you have any update on that, or if not, any sort of plan of that information?
JAY MONAHAN: Yeah, I think it's a little early to provide an update on that. As you can imagine, there are a number -- when you look at the business and you look at ways for players to either play on our development tours, PGA TOUR China, PGA TOUR Latin America, PGA TOUR Canada and ultimately the WEB.COM TOUR, and seeing more and more young players coming out and playing, thinking about ways to build a strong bridge at the college and university level to the PGA TOUR is something that we're exploring. But I want to stress, we're exploring it. It doesn't mean that we're going to get to a place where there's going to be a system. We just feel like it's the right thing to really think through thoroughly.

Q. To follow-up on that, the idea of that, is it borne out of seeing any trend maybe in other sports or in our sport where you feel like players who have played college golf are better prepared for the PGA TOUR life, and is that something that is motivating the discussion on that possible program?

JAY MONAHAN: I think, yeah, I think that's part of -- you certainly are looking at other sports and you're seeing the same trend we're seeing, which is younger players entering the professional ranks and entering, most importantly, prepared and ready to play. So recognizing that the average age continues to come down, you either go about it -- you really go about it one of two ways: How do you build an industry partnership and a connection at the college university level so that we're helping in the preparedness, or is there some kind of formal structure that better enables that and is inspiring to players as they think about matriculating from high school to college and ultimately the professional game.

So it probably got out publicly well before we thought it should. These are the kind of things we think about, but there's some excitement and logic to making some progress there.

CHRIS REIMER: Thank you, Commissioner. That wraps up the State of the TOUR portion for this morning, but at this time it's our pleasure to invite Jack and Barbara Nicklaus and John Lauck, president and CEO of Children's Miracle Hospitals, to join the commissioner on stage for a special announcement. To share today's news I'll turn it back other to Commissioner Monahan.

JAY MONAHAN: Thanks everyone. First, as always, it's a pleasure to be joined by Jack, of course, the only three-time winner of the PLAYERS Championship, and his lovely wife Barbara. Our first family of the PGA TOUR here today. It's a great honor for us to have you back here home. It really is. And I also want to thank John Lauck of Children's Miracle Network. We thank you for being with us here today. You see a lot of yellow up here. We're very excited to share with you the reasons why.

For many years the Nicklaus family has supported Children's Hospitals in their home states of Ohio and Florida, today the PGA TOUR is excited to join them and Children's Miracle Network Hospitals to engage the entire golf world in impacting even more lives with the unique new initiative.

With that, it is my pleasure to turn things over to the great Jack Nicklaus.

JACK NICKLAUS: Thank you, Jay. As I said, as you said, helping children has been something near and dear to Barbara's and my hearts for many years. The Nationwide's Children's Hospital in Columbus and the Children's Hospitals here in Florida have changed our lives and so many others in so many ways. Today with the assistance of the PGA TOUR and the excitement of John, I'm sure, of Children's Miracle Network Hospitals, I'm thrilled to announce officially Play Yellow for Children's Hospitals campaign. Play Yellow for Children's Hospitals which from ^ joy's point will engage the entire world of golf. It's a five-year campaign to help Children's Miracle Network raise a hundred million dollars.

More than 10 million children visit Children's Miracle Network hospital each year, and every year with Play Yellow, together we can help save and improve the lives of so many more children.

CHRIS REIMER: Mr. Nicklaus, Commissioner Monahan, thank you. John, of course exciting news surrounding this initiative. In your words, how did the Play Yellow for Children's Hospitals campaign come together, and what does the support of having Mr. Nicklaus and Barbara Nicklaus mean to you?

JOHN LAUCK: Well, first and foremost, we wouldn't be here today without the great support of Jack and Barbara Nicklaus and of course the PGA TOUR. I remember fondly a meeting about a year ago in Jack and Barbara's kitchen, Barbara made homemade cookies and we had a great first meeting and talked about how could we get the whole golf ecosystem involved in doing something that would really make a difference in the world of pediatric healthcare, something that can impact over 10 million children a year, something that would really make a difference. And both Jack and Barbara, the Nicklaus family and the PGA TOUR really have a legacy of giving and local impact.

I was so impressed to learn that the PGA TOUR has contributed over $3 billion in its history. And to me that really speaks to I think not only the charitable giving of the PGA TOUR in tandem with what Jack and Barbara have done for so many kids over the years, but what we could do if we could get the whole golf industry to really work together, get the word out about why our children need help and to get the support going. And so that's really how it came about. And that's why we're doing the Play Yellow campaign.

We have got some terrific partners, and I would be remiss if I didn't recognize those that have joined and

jumped on early to be a part of the campaign. We're so excited to have the PGA TOUR, of course, THE PLAYERS, the Memorial Tournament, Topgolf, Callaway, Srixon, the TPC Network, PGA TOUR Superstores, Marriott Golf, Titleist, Footjoy and Golf Digest that have all come on board and are a part of this and are going to find ways either through giving a portion of their proceeds, asking their customer base or giving a portion of their viewing audience to be able to help us to move this campaign forward.

We're also honored today to have a nine-year-old golfer. We call him miracle kid from Jacksonville. His name is AJ, so I hope you get a chance to meet him. But he has a rare childhood hip disorder, and he is so symbolic of these 10 million kids who are impacted by the funds that are raised and that make such a big difference in the community. And AJ is also joined with us today with Michael Aubin, the president of Wolfson Children's. We also have Greg Miller, who is the chief operating officer of UF Health Jacksonville. They are representative of the 170 wonderful member children's hospitals and hospitals treating children that make a difference day-to-day.

So again, I just want to say thank you, Commissioner, thank you so much, Jack and Barbara, for all that you've done for the kids, and I know all that we're going to be able to do together with this Play Yellow campaign.

CHRIS REIMER: Saving the best for last, Barbara, with your passion and your hands-on efforts as the chair of the Nicklaus Children's Healthcare Foundation being no secret, no one can better understand stories like AJ's as you can.

One of the stories, of course, is Craig Smith's. What can you tell us about Craig and the significance of the color yellow, not just in the Play Yellow campaign but for you and Jack as well?

BARBARA NICKLAUS: Well, Craig Smith was the son of our minister in Columbus, Ohio, and at age 11 Craig was diagnosed with Ewing's sarcoma, and his mother called me one day and said, Barbara, would Jack ever consider calling Craig. He said, Craig is a huge fan of Jack's and would just love to hear from him.

So of course Jack called him and they immediately struck up an unbelievable relationship, and I think Jack called him at least once a week for the two years he lived. He died at age 8, in 1971.

But one of those phone calls I remember, Jack had called him on a Sunday night after a tournament and Craig sort of said, Jack, do you know why you won today? And Jack said, well, are you thinking? And Craig said, Jack, you won because I had on my lucky yellow shirt. So Jack said, okay, Craig, if you can wear a lucky shirt for me, I'll wear my yellow shirt for you next Sunday. So probably until Craig died and then probably long afterwards, Jack wore a yellow shirt every Sunday. No one really knew because we never told anyone the relationship. And then 15 years later we're in Augusta, Georgia, Sunday morning of the last round of the Masters, and Jack's kind of rummaging around in his suitcase looking for a shirt to wear, and he picks up a yellow shirt and he just holds it and he looks at me and I just look at him and I said, that's it. That's perfect. I said you have to wear that shirt today for Craig in his honor and in his memory.

So of course you know the end of the story, Jack did win and that really was the first time that the yellow shirt story had become public. And so, yeah, I guess you can understand why this is such a personal campaign and Jack and I are so passionate about the Play Yellow campaign. So we can't thank the TOUR and children's Miracle Network enough for partnering for such a meaningful and well just sensational campaign for us, so thank you all.

CHRIS REIMER: Thank you, Barbara, beautifully told. Jack and Barbara, Commissioner Monahan and John, thank you for all your comments. With that we'll open it for continued questions.

**Q. Usually when I hear the phrase play yellow, it's with some friend of mine I've left a putt six feet short.**
JACK NICKLAUS: I understand that too.

**Q. But in this context can you explain a little bit or expand a little bit more on the play yellow beyond the connection to Craig? Are you encouraging people to wear more yellow shirts when they play golf, is there anything else that kind of relates to this?**
JOHN LAUCK: Yeah, we, this is about raising funds because those funds are really the key and the tool to be able to help these children. So many of our hospitals are in need of what we would call you know

restricted funding to be able to help take care of the kids, whether it's equipment, whether it's research, whether it's uninsured care, or were it's some of the softer things like child life or schooling in the hospital. These things are essential to the healing of our kids, and so what we're asking is that everybody come together and find their own unique way to help raise money. So it might be playing at your local course and making a donation during that round as we put together and we will be working with everything from local courses, we'll be sponsoring golf tournaments, obviously through manufacturers retailers there will be retail application where there's an opportunity to ask for a donation on the customer base or for manufacturers to make a donation, but it's really about helping us raise these funds, and again, our goal is a hundred million dollars over the next five years, because that will represent a significant difference in the impact of these kids.

Q. Whether you wear yellow or those -- the Memorial Tournament we had it the last few years and we've had yellow shirts for people that came into the golf tournament that made a donation. They got a yellow shirt and got a little badge about playing, wearing a yellow shirt. Yellow Shirt Campaign we called it. Well, we have just expanded upon that and that's what we're doing right here. So whether you wear yellow or not, to think yellow, that's what we're doing. And not on short putts.
BARBARA NICKLAUS: I can kind of give you a little girly answer to that too, I think to me the yellow shirt pulls at hearts strings and I think that's a big help in major fundraising campaigns.

Q. What's the TOUR's contribution or involvement or role in this?
JAY MONAHAN: Well, it started out with that fateful breakfast, and our contribution as an organizational commitment over the next five years to do everything we can to help get to the hundred million dollars. So we have reached out to all of our tournaments, we'll have several tournaments that will be activating around the Play Yellow campaign. We have talked to a lot of manufacturers, John mentioned some of them, that are activating around the campaign. We have talked to our media partners about how do we tell this story inside of our broadcasts and inside of our platforms. There really is, when we make an organizational commitment you're going to apply all your resources to make certain that we get to the goal and the beautiful thing is, it's, when you look at our model and approaching three build at the end of the year, these are the kind of things that we do that aren't in that number that are in the spirit of the game and just are what makes this game so special. So I'm up here, we're going to get to a hundred million dollars or we're going to do everything we can to support these great partners.

Q. I was curious if any of you can answer this question. How did you decide where the money gets ear marked? Let's say you raise a hundred million which I'm sure you probably will, does like a certain portion go to Columbus, does a portion go to Fort Lauderdale, where, how is that decided and lastly, if you reach a hundred million let's say in three years, will you keep going and trying to get more and/or will you, is it sort of stop after you get to a hundred million?
JOHN LAUCK: To answer the first question, the money stays where it's raised. So one of the models that we have stood for in our 36 year history is all the money is raised local and stays local. So if it's raised here in Jacksonville, it would go to Wolfson, if it's raised in Orlando it would go to Arnold Palmer Children's and so on and so forth. So that's a feature that we quite like about the model that it does stay local.

Q. Will you continue, if you get a hundred million after three years will you keep going?
JOHN LAUCK: I sure hope so.

JACK NICKLAUS: You don't kill a successful thing.

JOHN LAUCK: The reality of this is there will probably never be enough money for pediatric health care and I think one of the misnomers is somehow that Medicaid pays for it or insurance pays for it or hospitals pay for all of it and the reality of it is pediatric health care there's a gap and there's a need and the need is there because it's not cheap but it is miraculous in terms of the things that are happening in terms of the number of kids that are being saved. You can -- just looking at NICU babies, the Neonatal Intensive Care Unit. You go back 10, 15 years ago, and the mortality rates for a 16-ouncer were around 90 percent. Today nearly all of them are saved. And that's because to a great extent the advances that are made in medicine the great caregivers and certainly to some extent the donations that have been made to help the research, the funding and so there's a great need, it's probably one of the lease understood facts in at least in our country.

CHRIS REIMER: Mr. Nicklaus, it sounded like you had some comments in addition to what Jay had said

about the PGA TOUR's contributions.

JACK NICKLAUS: I was going to say exactly what John just said. Before -- it was coming out of my mouth as the question was asked.

JAY MONAHAN: The beautiful thing is we have 47 tournaments on the PGA TOUR, 40 of which are in the U.S., you start to map out tournament -- and that's just the PGA TOUR -- PGA TOUR Champions, WEB.COM TOUR, you start mapping out locations relative to the campaign and the opportunity, and every single one of those tournaments will certainly be approached and it's really hard to not be involved when the Nicklaus family is behind it.

**Q. Jack, I assume you're kind of an expert on trophies since you got quite a collection. What do you think of the redesigned trophy in front of you and compared to the PLAYERS champion trophies that you have at home?**
JACK NICKLAUS: Well, what I have at home are I think three Joe Dye trophies. And they're plaques that were up on the wall. To me a trophy is just symbolic of what goes on and what happens. I think this is a beautiful trophy, but it's going to, in time, be symbolic of the PLAYERS Championship and what you win. So that's great. As I understand it, it's a mixture of composition of a lot of the players of the swings and so forth.

JAY MONAHAN: You got the highest percentage of any player.

JACK NICKLAUS: What's that? The no hair? I'm getting there.

(Laughter.)

CHRIS REIMER: Commissioner, Mr. Nick, Barbara, Mr. Lauck, thank you for your time and congratulations on launching of what should be a very successful campaign. Thank you.

**FastScripts Transcript by ASAP Sports**



**About ASAP Sports** • **FastScripts Archive** • **Recent Interviews** • **Captioning** • **Upcoming Events** • **Contact Us**

FastScripts | Events Covered | Our Clients | Other Services | ASAP in the News | Site Map | Job Opportunities | Links

**ASAP Sports, Inc.** | T: 1.212 385 0297

# EXHIBIT 1e

home  jobs  contact us



about ASAP Sports        FastScripts archive        recent interviews        products

Our
Clients:       

## Browse by Sport

- Auto Racing
- Baseball
- Basketball
- Boxing
- CoSIDA
- Cricket
- Equestrian
- Extreme
- Football
- Golf
- Hockey
- Lacrosse
- Soccer
- Swimming
- Tennis
- Track & Field
- Volleyball
- Wrestling

Find us on  


Subscribe to RSS

 
Click to go to
Asaptext.com

# PGA TOUR MEDIA CONFERENCE

## April 12, 2018

**Dave Bronczek**

**Jay Monahan**

**Jack Sammons**

**Rick Shadyac**

**Justin Thomas**

PATRICK FITZGERALD: Good afternoon, everyone, and welcome. My name is Patrick Fitzgerald. I'm very proud to be here today representing FedEx and as a member of the board of YPI in support of the FedEx St. Jude Classic. This is a very exciting day for FedEx and a very exciting day for Memphis. We have several really special guests here today to make a very important announcement for us, but before that, I'd like to welcome just a few people who are here with us. We have many local leaders and dignitaries. We have some very historic golfers on the PGA TOUR with a local connection here in Loren Roberts and Shaun Micheel, and thank you for joining us today.

We have several of our tournament volunteers here today. We have some volunteers for the FedEx St. Jude Classic that have been volunteering for the tournament for more than 50 years, and I just want to kind of stop and think about that for a minute because there's not very many professional sports events anywhere in the world that have the heritage and the history and the connection to the community that the FedEx St. Jude Classic has, and a lot of that is based on the passion of these volunteers. So I'm not going to call out individual volunteers, but just thank you for all you do, and I'm very glad you're here with us today.

We have several of our members of FedEx leadership here. I'm just going to recognize two. Don Colleran, who's a member of our executive leadership team. He's our executive vice president, chief sales officer, and he's also on the YPI board and has been a real champion for this event and the FedExCup for many years. And then Dan Mullally, who is senior vice president of sales, and it's important to recognize Dan because with Dan and his wife Shirley, their passion for this tournament, this event, and what they've done in particular for St. Jude Children's Research Hospital is truly amazing. So glad Dan is here with us today.

So now on to our special guests that are going to be making this announcement. I'll just recognize each of them briefly and turn it over to Dave. Dave Bronczek is president, chief operating officer of FedEx Corporation; Jay Monahan, the Commissioner of the PGA TOUR; Rick Shadyac, president and chief executive officer of ALSAC; and Jack Sammons, general chairman of the St. Jude Classic and one of the most recognized leaders of the business community. We're also going to be joined momentarily by Justin Thomas. He will be here shortly.

View our
e-Brochure

We are very proud at FedEx to have been involved with the FedEx St. Jude Classic for more than 30 years and particularly proud of the more than $38 million that's been raised for St. Jude Children's Research Hospital, and as proud as we are of this tournament and everything that's gone on, this is a very exciting new chapter that we are announcing today, so with that, I'm going to turn it over to Dave Bronczek, who's going to make the announcement.

DAVE BRONCZEK: Well, good afternoon. It's probably the least best-kept secret. I was telling Jay, I said, I don't know, what are you doing here. This is a really historic day, and we're very proud to be the new title sponsor. I'll get to that in a minute here. But I've got to tell you a quick story, first of all, if Justin Thomas would have used FedEx he would have been here already. I'm just saying. That's for all my FedEx fans out there.

And the second thing I have to say is in my new role I was invited to come to Atlanta with Jay Monahan. We became fast friends, really good friends, and we were giving out the FedExCup in Atlanta, and it was 196 degrees that day, it was so hot. He said, oh, yeah, we've got to wear a suit and tie, shirt and tie. I said, wow. At the end of the whole thing, he said, I just wanted to see if you could make it through the heat. I said, no, that's what Memphis is, it's about the heat. So we're good with that.

But anyway, we are very pleased, of course, about this exciting news in our city. This is a great city. I think it's going to be great for our city. It's going to be great for the PGA. We get the turnout here, it's going to be great for the PGA TOUR. It's going to be great for St. Jude's Children's Research Hospital, and Richard is one of my heroes down here, and of course Jack, too, is one of my heroes. But it's also great for -- this is a great day here. It is going to be the official announcement of this event. It'll be next year the 2018-2019 PGA TOUR season, FedEx will become the title sponsor of the newly named World Golf Championship-FedEx St. Jude Invitational. How great is that? It's pretty great. Thank you all.

Of course it's going to be played at our great course here at Southwind. It's going to be an amazing event. FedEx has been associated, as Patrick said, of course we all have known it, all of us who have been here for decades and decades at FedEx, like most of us, for more than 30 years, and almost close to $40 million, and we were talking before, again, when you end up with the top 50 golfers in the world that come in from all around the world, they come, some who have never been here before, and they've never seen our great city, they've never seen the hospitality, they've never seen our people, and they've never seen that great hospital, and I think it's going to be a onetime -- I know, Shaun, you and I talked about when we played, it's an amazing experience for the pro golfers.

I think it's going to open up doors into the future that are going to be unbelievable in terms of financial help and just PR help and everything you can imagine. We're excited about that.

So of course, when you think about our TOUR and you think about all the things that happen in this city, I don't think there's an event that will happen that will be more widely broadcast, right, all around the world -- I was talking to Jay earlier before we got up here, and you probably have felt this. I know I did, and you probably noticed this. Their promotional sponsorships and their ratings are through the roof. They're through the roof. Why? Because they have a great leader. Jay Monahan is creative, he's innovative. The players love playing with Jay and the courses they go around the world and play in, and of course they have all these young guns like Justin who's going to be joining us and Jordan Spieth and Patrick that just won, and you can go on and on, and then they have Tiger Woods, and then they have Phil Mickelson, and then they have -- it's going to be unbelievable.

So we have gone back and looked at the lists of golfers that have come to Memphis that were rated in the top 10 or 20 or 50, and we don't get that many, sometimes not any, sometimes some. This will change the way the world looks at our city. It'll change the way the golfers look at our city. It'll change the way the players look at St. Jude, and hopefully this is a long-term relationship that's going to be second to none.

I know I've been with Fred, and we just had lunch with Fred and Jay, and we were talking about it, it is a deep, heartfelt commitment that FedEx has to this community. I hope you know that. I really -- and I know he wouldn't want me to say it, but I'm going to say it anyway. Fred Smith loves this city, and he loves this community. So we're excited. You're going to hear from Jay. Maybe he'll give you the statistic that he gave me. Maybe not. But it is off the charts in terms of viewership and so forth, so for us to join in on this, we're just extremely excited and pleased.

We're going to show a very brief video, and then I'm going to turn it over to my very good friend and the commissioner of the PGA TOUR, Jay Monahan.

(Video shown.)

PATRICK FITZGERALD: Thank you, Dave, for your comments, and I think that was a very powerful video, so thank you. We're now going to do a little just Q & A with the panelists here, and when we're done, we will open up to the media and others for questions, as well. I'll just start with Jay, and just really in general, what are your thoughts about this transition and what the WGC means coming to Memphis and how you feel about it?

JAY MONAHAN: Well, let me just say that this is an awesome day, and it's not how I feel about it, it's how everybody that's associated with the PGA TOUR feels about it, and I think the energy that we've seen over the last couple of days as this story has been made known, both locally and with our players, there's been nothing but excitement.

And I'm going to get into some of that as I go forward, but I just want to start off by kind of stepping back and saying, first and foremost, thank you to FedEx, to Dave Bronczek, president and chief operating officer, to Don, to the entire team here. They're part of our family, and I'd like to think that we're part of yours. This has been a long time coming.

You mentioned 1958, but over the last couple years, we could see that this was a progression, and we talk about St. Jude's being part of the fabric of the PGA TOUR, and I think this is -- you can look at this as a culmination of almost 60 years of partnership with this city.

I don't need to tell anybody in this room -- first of all, regardless of what I say, the number of people that are here and the enthusiastic look on faces tells it all. But thank you to all of you for the support you've given to the FedEx St. Jude through the years, and that you're going to continue to give as we go forward. This means an awful lot to the PGA TOUR.

You've all experienced in event in the past, and when you experience a World Golf Championship, this is a different event, and I'm here representing the PGA TOUR. I'm also here on behalf of the International Federation of PGA Tours, and we spent a lot of time together last week up in Augusta, Georgia, and there's a lot of excitement within the other tours, and those tours are the European Tour, the Japan Golf Tour, the Sunshine Tour, basically our partners in South Africa, the Australasian Tour, and so everybody, all these tours have come together in the World Golf Championships, and you ask yourself, what does this mean.

Well, this event last year had 49 of the top 50 players in the Official World Golf Ranking playing, and usually if a player misses, it's because someone -- either their wife is pregnant, they have an injury. Those are really the two primary reasons. These are events that everybody wants to be at. Those are numbers that you see at a PLAYERS Championship or a major championship, and this quality of international field we're going to see here in Memphis, and as Dave was saying, you're talking about one of the great global brands in the world, and our partner in St. Jude, you're talking about another one of the great global brands in the world.

This is a perfect fit at the perfect time. We have such a rich history that precedes it, and I want to also echo your thoughts on Loren and Shaun. Not only are they great players on the PGA TOUR, but I don't think you'll ever find two greater advocates for their city and their area than the two of them, so congratulations to you.

When you think about the history here, the first 59 shot in the history of the PGA TOUR by Al Geiberger here in Memphis; Justin, who will join us, was the seventh. There are now eight. But that was a monumental moment in the history of our organization. You talk about winners in Memphis, Jack Nicklaus, Lee Trevino, Gary Player, to Greg Norman, Nick Price, Tom Kite, all Hall-of-Famers, and now you've got Daniel Berger who's won the last two years. I think it's a perfect representation of the greats that have won here, and now we have this new and exciting age of young players coming forward.

I think this is a great opportunity to take advantage of having this stage to build the profile of St. Jude,

build the profile of the PGA TOUR, build the profile of FedEx and build the profile of the city I know you all are so proud of, and that's what gives us great energy about being here today.

PATRICK FITZGERALD: Rick, I know you know this. We're one of the world's largest sports marketers, but our first sports sponsorship ever was the FedEx St. Jude Classic back in 1985, and the reason we did it was 100 percent about St. Jude's Children's Research Hospital, so when we went into the discussions for this exciting announcement, the first ground rule that we at FedEx said was it has to benefit St. Jude. From your perspective what does this tournament mean, and how do you feel about the announcement today?

RICK SHADYAC: You know, first of all, I just want to say thank you to Jay and to Dave and everybody at FedEx and maybe even a little bit to Jack, too. You know what, I think right now I'm reflecting upon what Danny Thomas would be thinking about right now because he used this platform to talk about St. Jude Children's Research Hospital in a national way because we weren't doing advertising back in those days, and it was the PGA TOUR that let the world and the United States know that there was this resource known as St. Jude's Children's Research Hospital if, God forbid, any child around the country was diagnosed with a cancer.

So I think about what he would be feeling right now, and now to know that we're going to have a global platform. And Patrick, the other thing that I would just say is that FedEx Cares. You know, we hear those words, FedEx Cares. But I want us to all reflect upon how much FedEx Cares. FedEx Cares for the city. FedEx Cares for St. Jude's Children's Research Hospital. FedEx Cares for many, many worthy causes across the United States. FedEx was there when we needed to get medical supplies to Puerto Rico. FedEx was there to take care of those things when I reached out to Don Colleran and to Dave to try to make that happen. That's what this is all about.

And Jay, I think about the same thing with the PGA TOUR and the amount that you all give back to communities.

You know, Patrick, the other thing I would just say is I reflect upon the event, the commemoration of the passing of Dr. King in this city, and you know, Dr. King always said a wonderful saying. He said, "Life's most compelling and urgent question is what are you doing for others?" What are you doing for others? And I look here at FedEx and I look at the PGA TOUR, and wow, what a resounding answer to that question, and then I look out here, and I see our great community, the city of Memphis, and I know how much this community gives back because this is one of the most giving communities.

And you know, I just want to say one other thing, too, because I was sharing this with Jay. Y'all don't realize that the awareness that's created, we so appreciate the amount of money that y'all have donated, but the fact that people know that St. Jude exists –– Camilo Villegas knows about St. Jude and referred a family from Colombia to St. Jude Children's Research Hospital after that child was given a death sentence, and that child is now thriving, thriving, and there are stories like that all around the globe.

So that's what this is also all about, and now the world is going to know about that resource that is St. Jude Children's Research Hospital, that resource that allows families to come here and nobody will ever receive a bill from St. Jude, not for the cost of treatment, travel, housing or food, because all we want our parents to worry about is helping their child survive cancer.

So Jay, Dave, thank you all very, very much.

PATRICK FITZGERALD: Jack, there is maybe no one in the room with deeper connections to this tournament and to this city than yourself, and I know you well enough to know not to even ask you a question. I'm just going to turn it over to you and let you talk.

JACK SAMMONS: Thank you, Patrick. You know, I've got to tell you, I feel like Rodney Dangerfield down here on the end. I'll be glad when my buddy gets here because apparently it's pick on the guy on the end.

About three people came up to me prior to sitting up here and said, I know the secret; the secret is not a secret anymore; I came here to hear you tell a story. I said, when I first invitation it said from 2:00 to 4:00. I said, that's enough time. I can probably cover it then.

Then I get an email from the talking heads in FedEx Corporate and PGA media wanting me to write out what I'm going to say. You talk about anxiety attack. I've never written down anything I was going to say in my life. So I said that Dave Bronczek was a very handsome man, that Patrick was the most eloquent communications guy, and the commissioner was the most talented commissioner in all of sports, and Rick, next to me, is the best salesman, and Kevin Kane, the best salesman in the room because he's always going to make a plug, as he should.

So I had no idea what I was going to say, but this morning I'm Dave's landlord out at the airport. I'm on the airport authority. So on the way to the airport, I see this giant billboard, and it inspired me. It said, "FedEx Delivers." And Commissioner, I've got to tell you that they deliver in this town, not only packages, but they deliver every day.

You look out and you see this beautiful lake and this magnificent structure we're standing in. If FedEx had decided to stay in Little Rock, Arkansas, in 1973, there would be a prison and some soybeans growing out there. It would be a much different place, okay. It would be a much different place.

We appreciate -- but I want to tell you, we have 1,850 volunteers. Unbelievable group of people that are passionate about it, and as Patrick mentioned, we've had some serve over half a century. A guy named Charlie Speed has been with this tournament for 56 years. That's older than Rick and I are, you know.

I can tell you, though, those 1,850 are absolutely, positively ready to deliver for FedEx and this community and this great army of salespeople that are going to go out today and tell the story about how FedEx has again delivered and brought this unbelievable amenity. What a gift that FedEx and Fred and Dave and the leadership team there has done for this community, and they do it time and time again.

All of us on the YPI board and all the volunteers at this great tournament, the FedEx St. Jude Classic, that will soon evolve into the FedEx St. Jude Invitational are excited, we're fired up, we're ready. We're going to make it better than ever, and I've never been prouder to be a Memphian and be with you guys today. Thank you.

PATRICK FITZGERALD: I'll now introduce Chris Reimer from the PGA TOUR. He's going to lead Q & A with the audience, as well.

CHRIS REIMER: Thank you, Patrick, and as Patrick said, I'm Chris Reimer, senior director of communications for the PGA TOUR. I've been with the TOUR for 17 years now, and I've worked a majority of that time on the World Golf Championships events, and so I take great pride in how good the brand of the World Golf Championships is, and I'm really excited to bring that to Memphis. I worked the FedEx St. Jude Classic I think in '09, and Brian Gay won that year, and I came away just so impressed with the community, obviously with the St. Jude Hospital, but also just how the tournament had kind of Memphis through its veins and through its heartbeat, and I think that's something that we're going to need to make even bigger and welcome the world to Memphis, and that's through the broadcast, that's through the players, that's through the 400 or 500 media that are going to be attending this event. Really excited to make that connection.

So again, thanks to Mr. Bronczek, Mr. Shadyac, Mr. Sammons, Mr. Fitzgerald and Commissioner Monahan for making this day happen.

I think what we'll start to do as we continue to try to stretch this thing out while Justin is on his way here --

JAY MONAHAN: Can I tell a little story?

CHRIS REIMER: I would love for you to tell a story. That would be fantastic.

JAY MONAHAN: Just hearing everyone, hearing the conversation about FedEx Delivers and FedEx Cares and how much their hometown means to FedEx, I go back to -- I go back to it was two or two and a half years ago we came up here as a team to talk to the leadership team at FedEx about where we were going with the FedExCup, and the FedExCup, you all know it, it's our season long competition, it's the hardest championship to win in golf, and it is now, if not the No. 1 goal, it's certainly a top goal for every single player at the start of every season. We've got a great list of champions, and like everything else in life,

you always want to get better. We thought we had a pretty good plan to take the FedExCup to the next level, and over the course of 90 minutes we laid out our thinking, and before we got into any feedback, the conversation went from the FedExCup to the FedEx St. Jude Classic and to Memphis, and the question was, we understand where you're going, we love where we are with the FedEx, we're a global business, we're leveraging it, it's helping our business and markets throughout the world, but what can we do to continue to improve the FedEx St. Jude Classic, what can we do to get more players here, what can we do to showcase this city and this area.

And in our business -- we've been fully sponsored. We've very fortunate. We have been for a long period of time. And at that point in time, there was nothing to do other than to recognize that this has been a conversation we've had through the years, and we've got to make certain that we continue to be aware of it and really think through how we can get there, and when this opportunity presented itself, this really was the perfect fit.

But the real point of my story is that I think when you look at the game of golf, you think about the FedExCup, and that is the ultimate in competition. Then you think about the FedEx St. Jude -- World Golf Championship-FedEx St. Jude Invitational, and you go back to the origin. This is where our charitable model started. We've raised $2.7 billion for charity since we started in 1968. Danny Thomas -- but if the relationship -- if the Memphis St. Jude-FedEx relationship didn't exist at the origin, we wouldn't be where we are as an organization.

But I think that's very telling about the heart and spirit and commitment of FedEx, and we're very proud to be associated with that, so thank you.

CHRIS REIMER: Thank you, Jay.

DAVE BRONCZEK: I want to make one comment. When you think about the great golfers that are out there the in world, and we have two of them here, when we looked at the event that took place this weekend, which was awesome, the Masters, you see like the Memphis Grizzlies, there's players that come from around the world, and so whether it's Pau Gasol or Marc Gasol or players that come in from around the world that are playing on the PGA TOUR, this is actually something that's great for us. It's actually great for us.

I was in Singapore a couple years ago, and I was representing IATA, the airline association, and the Prime Minister had called for me to meet with him, and I thought it was about the IATA. So I go to his place, and when you go to his place, there's an 18-hole golf course in front of the palace, the Prime Minister's palace.

So I got there, and I swear to God, on TV is the golf tournament is playing, the FedEx St. Jude golf tournament, and he wanted to know how was it, how did we get involved, and this is the Prime Minister of Singapore. And then we ended up talking a little bit about FedEx. We didn't ever talk about IATA. So on my way out, he wanted more planes to come through Singapore, and I probably committed to more planes, and we probably did do it, but actually on my way out, he said, do you play golf. I said, well, you know, there it is on TV, of course, it's Memphis, I play golf. He goes, oh, good, I'll have to have you back and we'll play a round of golf. What's your handicap. I said, I don't know, 16, 17. He said, mine is 19. So I was leaving and his chief of staff said, "His is 2." I'm just saying. That's a true story.

CHRIS REIMER: At this point I'd like to invite the media and thank you for your attendance and attention to this event to ask questions of our panelists, and then we'll get Justin Thomas here shortly.

**Q. Commissioner, all the golfers and non-golfers want to know, does this mean Tiger Woods is coming to Memphis in 2019? If you would explain that process to golfers and non-golfers.**
JAY MONAHAN: Qualification for the 2018-2019 World Golf Championship-St. Jude Invitational is the top 50 players in the world and representatives of the prior Ryder Cup and Presidents Cup teams, plus select winners from our partners at the international tours, some of their biggest events. So as of right now, Tiger Woods would not qualify. He's 88th in the world, and I think next time you see him, you should ask him that question.

**Q. Is there a way -- this would be for Jack or for you, Commissioner, or really anyone on the panel. Is there a way to quantify or qualify the possible economic impact that this tournament would have not just**

on Memphis but on the region, hotel stays, visitors from all over the world, along those lines?

JACK SAMMONS: As Kevin Kane would say, it's big. It's real big.

JAY MONAHAN: I was just going to actually suggest, because Chris, we were talking before just in terms of the media presence, it's just a -- you might be able to give a better explanation of the difference between just a regular Tour event and a WGC in terms of how the world interacts.

CHRIS REIMER: Yeah, and we've touched on it a little. It's the top 50 players in the world. Golf is a global sport, as global as any sport there is. The first event that Rory McIlroy played in the United States on the PGA TOUR was the Accenture, now the Dell Technologies Match Play. We get the look at all the different players from the Asian Tour, the European Tour, they're all going to be here, and the media will follow them.

You know, the eyes -- we all them golf's global summit. The eyes of the world are going to be on Memphis.

As far as a direct answer to the economic impact, we have done a number of studies in different markets, but it's anywhere from $40 to $60 million is what the estimated impact of a WGC is.

JAY MONAHAN: The other thing I'll note is that by virtue of being the title sponsor of this event, you're also sponsor of the series of four events. There are two other domestic events and an event in China, and so the branding around St. Jude and FedEx in Memphis is going to be occurring over the season and over the series of those four events.

So not only is it much larger by virtue of the fact that you've got more of the top players in the world, more of a global representation, and as a result more global media following it, you're also -- you've got far more reach and frequency just by virtue of being a part of the overall series. It is significant. I mean, week in and week out, we are broadcast to over a billion households in 225 countries and territories in 23 different languages, and this is at the highest level of the game, and this is where fans throughout the world are going to come to watch the best players in the world.

Q. Commissioner, have you guys determined when on the calendar this event will fall, what sort of -- what's the process there?

JAY MONAHAN: We have, but we have not announced our 2018-19 schedule yet because some of the other events around it are -- there's some events over the course of our season that we're still finalizing, but we have its place, and it'll be basically in and around the same position that the WGC, the fourth WGC, Bridgestone Invitational, has been in.

Q. Mr. Commissioner or Dave, you came up here to enhance the FedExCup, and you end up with a WGC event here. Can you go through the process, the evolution of how that all came about?

JAY MONAHAN: Well, we announced a long-term commitment to the FedExCup at THE PLAYERS Championship last May, and as I said, it was about a year -- I should have the exact date, but it was about a year, year and a half prior to that we started the conversations. So we were entirely focused on the FedExCup and getting that extension in place because that would enable us to make some of the changes that we will be announcing in our 18 and 19 schedule that we think improve our schedule, improve our product in the eyes of the fans.

But at the same time, we left that meeting knowing that we have a relationship and a partnership commitment to try and find opportunities to continue to take the FedEx St. Jude Classic to another level, and obviously we were not able to extend the relationship we had with Bridgestone in Akron, and they have been a great partner to the PGA TOUR as has Firestone Country Club, but when it was apparent that we were not going to be able to go in that direction, we had one conversation, and it was with FedEx. We came together as partners, and here we are today.

DAVE BRONCZEK: Let me just add because he's great, as you can tell, and the PGA TOUR has been great, also, and our sponsorship has been great. But there was a time, I know you all wrote about it or you were talking about it, that the city was concerned that we might actually lose our place and our status and our position in the PGA for the FedEx St. Jude. There was a time. So we were very concerned about it because we thought it would be devastating for the city.

And so we reached out and we joined a thought process, how do we make this better, and then we got on to how do we make it bigger, and then how do we make it great is how it actually evolved. But it started with a worrisome thought, at least for us.

CHRIS REIMER: I believe our guest of honor has arrived. Ladies and gentlemen, 2017 FedExCup champion Justin Thomas, come on in. Thanks again for joining us on this exciting day. I'm just going to ask a few questions and we'll open it up, but first, how great is it to know that we'll have a WGC event here in Memphis and at TPC Southwind, and how excited are you about this announcement coming from 2019?

JUSTIN THOMAS: Yeah, I'm extremely excited. When I first heard the rumblings of it and the talks of it, being on the PAC, I've really enjoyed it and I've really had a lot of fun kind of being a part of the discussions, so I was definitely in favor of it. It was obviously in a great place before, but now I'm excited to come play this golf course. I personally always take the weeks off before the majors regardless of the tournament or where it is, so because of that I was never able to come here. All everybody does is rave about the course and the tournament, and I'm extremely excited to spend some more time here and be able to go look at the St. Jude hospital and spend some time there. It's going to be a lot of fun.

CHRIS REIMER: Fan of the barbecue?

JUSTIN THOMAS: Yes, I am a fan of the barbecue. I went to Alabama. I feel like I have to be.

CHRIS REIMER: We've talked a little bit about the prestige and the strength of the field and why you as players maybe gear up a little more for the World Golf Championships and to face against the competition that's in those fields.

JUSTIN THOMAS: Well, as an athlete, as a competitor you want to play against the best. Same as a businessperson, you want to compete against the best. It's just more satisfying -- it's always satisfying and fun to win, regardless of who you're playing against, but there's something about like at the PGA last year, like beating one of the best fields in golf, knowing that you're playing against the top players in the world and you're able to beat them is really cool, and play against them. I was close in Mexico this year and got edged out by old man Phil, but you know, again, Phil is a person that raves about this place. So hopefully I'll get him, get my revenge back at him next year.

CHRIS REIMER: You mentioned St. Jude. What's the reputation that the hospital has out on TOUR?

JUSTIN THOMAS: It's unbelievable. Every person that's been there says it's so moving. It's extremely powerful. Like I said, I'm excited to get to go do that. The PGA TOUR is so unbelievable with giving back, and I think that's something that a lot of outsiders or people that aren't as involved or stay up to date with the TOUR know how much we do give back. So to have the opportunity to be in the city, same city, and close to St. Jude Hospital, it's definitely something that I'll mark down and kind of have a part of my schedule in terms of that week.

CHRIS REIMER: I'd be remiss not to ask, you're the reigning FedExCup champ, nobody has ever repeated as FedExCup champ. You're No. 1 in the standings. Talk about that goal as a part of your season.

JUSTIN THOMAS: Yeah, it's a big goal, but there's a lot of other tournaments and a lot of things that are in the way until that, so I need to -- I mean, the big kind of important thing the entire year is obviously you want to play well in all the regular season events, but you really want to kind of build up your stamina and kind of like try to peak for the majors, you really want to peak for the Playoffs because those are obviously the most important. You can have a great year and win a lot of tournaments, but if you don't play well in the Playoffs, it doesn't do you a whole lot of good. So that's the goal is just to try to keep trending in the right direction and see if we can have a chance come Sunday again.

**Q. Justin, talk about the reputation of this golf course in and of itself on the PGA TOUR. We typically lead the TOUR in water balls around here. It's not the easiest track.**
JUSTIN THOMAS: Yeah, it's -- I mean, I don't obviously know the course that well in terms of specifics from not playing, but it does seem challenging. It doesn't seem overly long, but it's kind of -- from watching it on TV, it kind of reminds me of like a Colonial or a Sony to where the conditions are very dependent on how difficult it plays, whereas if the conditions are difficult, then it's a tough course because you have to hit the fairways. You get in the Bermuda rough in the summer, it gets long, it gets

healthy, and especially with all of the humidity and just everything, it's growing pretty quickly. It's definitely a course that does have a great rep, and I've had fun watching it over the past couple years and watching my buddy Berger get it done the last few years. I know he likes the course, that's for sure.

But yeah, there's a reason why a lot of great players come back and play all the time.

CHRIS REIMER: This is one I know you get a lot, but I think it's good to share with the group here. There's such an amazing core group of young stars both from the U.S. and internationally on the PGA TOUR right now. How exciting is it week in and week out not only to challenge those guys on the course but to hang with them and get to know them off the course, as well?

JUSTIN THOMAS: Yeah, it's really well. For a while there we had a pretty good run where we were winning a lot of tournaments. The past -- I guess until last week, the past couple tournaments there were some -- not older, but older in their 30s or 40s were winning tournaments, so maybe they were getting sick and tired of seeing us do well.

But it is fun, and golf, I think, is an unbelievable place right now. We're very, very close knit group of guys. We all for the most part get along. We enjoy each other's company. I think you never used to see people hanging around the greens after the tournament to congratulate people. Probably didn't see a whole lot of that, Phil waiting on an 18th green for Tiger to get done and giving him a hug.

CHRIS REIMER: They played a practice round together.

JUSTIN THOMAS: Yeah, so -- but I don't know. I don't know what it is, but I mean, I have a lot of guys out there that are some of my best friends in the world, so there's no reason -- yeah, I want to beat them every week. I hope they never beat me. But still, at the end of the day, you're not going to win every golf tournament, so if one of your buddies can get it done, then that's good for them.

CHRIS REIMER: You're a guy who's won in Malaysia, you've won in Korea, just the international scope of the game and the reach of the game, we all hear about it, but is there a moment when you're walking the streets of Kuala Lumpur and you're hoisting a trophy at the CJ Cup where you kind of realize how global the game is?

JUSTIN THOMAS: Yeah, it's crazy. I went over and played in the Dunlop Phoenix event in Japan, as well, and just how many people in Japan and in Malaysia and Korea, how many golf fans there were. I mean, I played the first two rounds with Sang-Moon Bae and it was his first tournament back after serving, what, two years in the military, and it was like -- and the amount of people, they definitely weren't out there watching Pat Perez and myself, that's for sure. They were all out there watching one person. It's just cool the amount of -- like I said earlier, about how the game is in a good place. You know, I just hope and try to continue to be the best ambassador that I can for the game. I mean, there's been plenty of things that I've done in my short career thus far that maybe I'm not proud of or happy of, but I continued -- like everybody, you continue to learn from things you do wrong in golf and life and everything like that, and because of that, you know, we're -- us young guys, older guys, whatever the age may be, we're able to hopefully make watching golf fun and have a lot of people interested in it.

RICK BRONCZEK: I'm going to go ahead and say something. He probably doesn't remember, but we were in Atlanta together, and I gave him the trophy, the FedExCup Trophy there on the green, and everybody came up and talked to him, all the other golfers, all the young golfers. I'll tell you, I think golf is in a great spot. Tiger and Phil, of course, but these young guns, they're all polite, they're all friendly, they all give back to their communities. You can see them -- Jay and I were talking about it, as well, and Justin is absolutely one of them. The reason that the ratings are so high for golf is because of people like Justin.

Can you all give him a big round of applause?

**Q. Obviously this press conference doesn't have the global media, this is a Memphis press conference and we've talked about some Memphis institutions like FedEx and St. Jude. What else do you think about when you think about Memphis? Is this your first trip to Memphis? What have you heard about our city, and what do you think of when you think of Memphis?**
JUSTIN THOMAS: I definitely think of barbecue. I'm actually pretty jealous, Rickie and Alison and Tommy, who I came here with, are currently getting barbecue for lunch now, so I made sure that they are going to

get some food for me. So, you know, I haven't spent much time here. I've been in other areas of Tennessee, but going to school at Alabama and Tuscaloosa, it's not very far away. I'm not sure of the exact distance, but we're in the same area, definitely the South, and nice people, which is always fun and enjoyable to be around. You know, it's part of the country and a climate that I'm comfortable with. You know, I'm excited to start to spend some more time here, that's for sure.

CHRIS REIMER: We'll conclude our Q & A. I want to thank all of the panelists for being here. I also want to acknowledge Darrell Smith and the work that he's done. Thank you. The foundation of this event, Darrell, is an amazing place, and I think it's only going to prove to make this tournament extremely strong, so thank you for all you've done.

Just a few items here, there is a media kit available online. It's WGCFedExmediakit.com, tournament history, quotes, all the information that you guys will need, and we'll send that out as well as the press release and information.

At the end of the press conference here, we do have some appetizers and cocktails in the back. We'd like everybody to stick around and enjoy the celebration of today's announcement, and our panelists will be available for interviews here in front of the stage, so maybe if you have a few more questions that you were too shy to ask, we'll make everybody available, as well.

Jack, would you please come up and give us a toast?

JAY MONAHAN: Before Jack goes, just my last comment is as we approach the '18 event and still thinking forward to 2019, you heard Rick, you heard Jack, you heard Dave, you heard Patrick, you heard all of us talk, and Justin, about the importance of the charitable model and supporting charity, and in this case supporting St. Jude, and the way that happens is by community involvement, community engagement, corporate support. So when the world is watching, as they will be watching the world's best players play the World Golf Championships St. Jude Invitational, we want to make sure Memphis is represented in its entirety. So please support all the efforts, get behind this event, and let's show the world what a great city this is through the World Golf Championships lens. So thank you.

**FastScripts Transcript by ASAP Sports**



**About ASAP Sports** • **FastScripts Archive** • **Recent Interviews** • **Captioning** • **Upcoming Events** • **Contact Us**
FastScripts | Events Covered | Our Clients | Other Services | ASAP in the News | Site Map | Job Opportunities | Links

ASAP Sports, Inc. | T: 1.212 385 0297

# EXHIBIT 2

# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE **       ** KEEP WITH DOCUMENT **

DOCUMENT CODE 13        BUSINESS CODE _____

D00519132

Close _____     Stock _____     Nonstock _____

A _____     Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

|||1000362010774760|||

```
ID # D00519132 ACK # 1000362010774760
PAGES. 0007
PGA TOUR, INC


11/06/2017  AT 03.27 P WO # 0004814051
```

New Name _____

CERTIFIED COPY MADE

_____

_____

| | FEES REMITTED | |
|---|---|---|
| Base Fee | 100 | |
| Org & Cap Fee | | |
| Expedite Fee | 110 | |
| Penalty | | |
| State Recordation Tax | | |
| State Transfer Tax | | |
| Certified Copies | | 43 |
| Copy Fee | | |
| Certificates | | |
| Certificate of Status Fee | | |
| Personal Property Filings | | |
| Mail Processing Fee | | |
| Other | | |

3

TOTAL FEES   253

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
          and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name
          _____
          _____

_____ Other Change(s)
          _____
          _____

Credit Card _____     Check ✓     Cash _____

_____ Documents on _____ Checks

Approved By   17

Keyed By _____

COMMENT(S)

Code   049

Attention _____

```
CSC-LAWYERS INCORPORATING SERVICE
COMPANY
7 ST  PAUL STREET
SUITE 820
BALTIMORE MD 21202
```

```
CUST ID 0003597474
WORK ORDER 0004814051
DATE 11-07-2017 08 52 AM
AMT  PAID $2,013 00
```

RECEIVED

# AMENDED AND RESTATED
## ARTICLES OF INCORPORATION
## OF
## PGA TOUR, INC.

PGA TOUR, INC , a nonstock corporation organized under the laws of the State of Maryland, hereby certifies to the State Department of Assessment and Taxation that its Articles of incorporation are amended and restated to read as follows (the following being all of the provisions of its charter currently in effect)

FIRST   I, the undersigned, Ronald E Price, whose address is 332 Plantation Circle, Ponte Vedra Beach, Florida 32082, being at least eighteen years of age, do hereby declare the following as incorporator with the intention of forming a corporation under and by virtue of the General Laws of the State of Maryland

SECOND   The name of the corporation (which is hereinafter called the "Corporation") is PGA TOUR, Inc

THIRD   The purposes for which the Corporation is formed are as follows

1   To promote the common interests of professional tournament golfers

2   To foster the improvement of business conditions for the professional tournament golfer through representing the professional tournament golfer's interest in the management, direction and financing of professional golf tournament tours, including those tournaments that are known collectively as the "PGA TOUR"

3   The promote interest in the vocation of professional golf

4   To perform the operating functions of the PGA TOUR

5   To promote improvements in the conduct of professional golf tournaments, and the golf courses and related facilities on which such tournaments are played

6   To disseminate information and publications to its members and to others interested and involved in professional tournament golf in furtherance of its purposes

7   To sanction professional golf tournaments, clinics, exhibitions, and other events, and, toward that end, to sponsor, co-sponsor, approve, endorse, conduct, manage, and administer said tournaments, clinics, exhibitions, and other events

8   To acquire from all persons participating as contestants in professional golf tournaments and events sanctioned by the Corporation (and from others necessarily involved in such tournaments and events) their television, radio,

898796-5 EYR

motion picture, and other electronic media and publication rights, and to hold, sell, use, assign, grant, and dispose of said rights so as to promote the common interests of professional golfers

9    In furtherance of its corporate purposes, and not to conduct business for profit, to construct, purchase, lease, and otherwise acquire, own, manage, mortgage, sell, assign, and otherwise dispose of and deal in and with real property and any interest in real property including, but not limited to, golf courses, golf club houses, golf driving ranges, and golf chip and putt courses, and with goods, merchandise, and personal property of every character and description

10   In furtherance of its corporate purposes, and not to conduct business for profit, to produce, exhibit, distribute, and sell television, radio, motion picture, and other productions

11   In furtherance of its corporate purposes, and not to conduct business for profit, to produce, copyright, endorse, distribute, and sell books, magazines, and other written publications, and to conduct schools, demonstrations, clinics, exhibitions, and other events concerning the sport of golf

12   To borrow money and otherwise contract indebtedness, and to issue its notes or other evidences of indebtedness therefore, and to secure the same by mortgage, pledge, or deed of trust of, or lien upon, any and all of its property, rights, and franchises then owned or thereafter acquired

13   To establish, manage, or arrange for the management of any insurance pension, retirement, bonus, deferred compensation, or similar plan or arrangement for the benefit of its members, its employees, and professional tournament golfers or any one or more of the foregoing groups

14   The Corporation shall not engage in any business of a kind ordinarily carried on for profit, even though conducted on a cooperative basis, or so as to produce sufficient income only to be self-sustaining    No part of the Corporation's net earnings shall inure to the benefit of any shareholder or individual

15   The Corporation shall have all the powers conferred by law and all incidental powers necessary to effect any or all of the aforesaid purposes

FOURTH   The address of the principal office of the Corporation in this State is 10000 Oaklyn Drive, Potomac, Maryland 20854  The name and address of the registered agent of the Corporation in this State are CSC-Lawyers Incorporating Service Company, 7 St  Paul Street, Suite 820, Baltimore, Maryland 21202   Said registered agent is a citizen of this State and actually resides therein

FIFTH    The Corporation shall be without capital stock and will not be operated for profit

SIXTH    The policies of the Corporation shall be determined by its Board of Directors, which shall be composed as follows

  (a)    Four Players Members elected from among their own number ("Player Directors")

  (b)    Through December 31, 1992, three independent public figures with demonstrated interest in golf ("Independent Directors"), commencing January 1, 1993, four Independent Directors, commencing August 22, 2017, five Independent Directors, one of the Independent Directors shall serve as Chairman of the Board

  (c)    Through December 31, 1992, the three officers of the Professional Golfers Association of America ("PGA") most recently elected as President, Vice President and Secretary of PGA, respectively, who shall be directors of the corporation ("PGA Directors") during their incumbency as PGA officers, commencing January 1, 1993 and continuing through December 31, 1994, the two officers of the PGA most recently elected President and Vice President, respectively, who shall be PGA Directors during their incumbency as PGA officers, commencing January 1, 1995, the officer of the PGA most recently elected President who shall be a PGA Director during such person's incumbency as PGA President, provided, however, that in the event of a final, non-appealable judicial determination terminating the agreement between the Corporation and PGA dated December 3, 1991, as may from time to time be amended, due to a material breach thereof on the part of PGA, there shall cease to be any PGA Directors on the Board of Directors and the provisions of this subsection (c) as it relates to the rights of PGA Directors to be directors of the Corporation shall cease  In the event of a termination of PGA Directors as provided in the immediately preceding sentence of this subsection (c), notwithstanding any other provisions of this Article SIXTH, the composition of the Board of Directors shall be four Player Directors and five Independent Directors and the Independent Directors then serving on the Board of Directors shall select such number of additional Independent Directors as shall be required so that there are five Independent Directors

SEVENTH    The following provisions are hereby adopted for the purpose of defining, limiting, and regulating the powers of the Corporation and of the directors and members

  1    Membership    The members of the Corporation shall consist of Board Members and Player Members  Board Members shall consist of the directors of the Corporation  Player Members shall consist of professional tournament golfers who are "Voting Members" of the PGA TOUR as provided in the PGA TOUR *Tournament Regulations* as they may apply from time to time

  2    Voting    Board Members in their capacities as directors of the Corporation shall have the right to vote on all policy matters affecting the Corporation, according to the procedure set forth in the Bylaws  The voting rights of

Player Members in their capacities as such members shall be confined to the election of the player Directors of the Corporation as set forth in Section (a) of Article SIXTH, according to the procedures set forth in the Bylaws

3  <u>Officers</u>  The officers of the Corporation shall consist of a President who shall be the director then serving as Chairman of the Board of Directors, a Commissioner, one or more Vice Presidents, a Secretary, a Treasurer, and such other officers as the Board of Directors may elect or designate  Except as the Bylaws or Board may otherwise provide, the officers other than the Commissioner shall be elected at the annual meeting of the directors  The Commissioner shall be the chief executive officer of the Corporation and shall be generally responsible for operation and management of the Corporation, subject to the policies of the Board of Directors to whom the Commissioner shall report  The Commissioner's term shall be as determined by the Board of Directors

4  <u>Indemnification and Limitation of Liability of Directors and Officers</u>  Each director or officer, whether or not then in office, shall be indemnified by the Corporation (directly or by insurance), against all costs and expenses reasonably incurred by or imposed upon him in connection with or arising out of an action, suit, or proceeding in which he may be involved by reason of his being or having been a director or officer of the Corporation, to the fullest extent permitted by the Maryland General Corporation Law, as from time to time amended, such expenses to include the cost of reasonable settlements (other than amount paid to the Corporation itself) made with a view to curtailment of costs of litigation    The foregoing right of indemnification shall be in addition to any other rights to which any director or officer may be entitled as a matter of law  To the maximum extent that limitations on the liability of directors and officers are permitted by the Maryland General Corporation Law, as from time to time amended, no director or officer of the Corporation shall have any liability to the Corporation or its members for money damages  This limitation on liability applies to events, act or omissions occurring at the time a person serves as a director or officer of the Corporation whether or not such person is a director or officer at the time of any proceeding in which liability is asserted and is effective with respect to any such events, acts or omissions occurring since February 18, 1988  No amendment or repeal of this Section or any portion thereof, or the adoption of any provision of the Corporation's Articles of Incorporation inconsistent with this Section, shall apply to or affect in any respect the rights to indemnification or limitation of liability of any director or officer of the Corporation with respect to any alleged event, act or omission which occurred prior to such amendment, repeal or adoption

5  <u>Bylaws</u>  The Board of Directors shall have the power to make, alter, amend, or rescind Bylaws of the Corporation at any meeting of the Board of Directors by the affirmative vote of two-thirds of the entire Board of Directors (except that any alteration, amendment or rescission of Section 4 03(c) of the Bylaws of the Corporation shall require the

unanimous affirmative vote of the entire Board of Directors), provided that notice of such meeting states the substance of the proposed Bylaw or alteration, amendment, or rescission

6  <u>Amendments</u>  These Articles of incorporation may be amended at any meeting of the Board of Directors by a vote of two-thirds of the entire Board of Directors (except that any amendment to Article SIXTH, Subsection (c), shall require the unanimous vote of the entire Board of Directors), providing that notice of the substance of such amendment has been given in the notice of such meeting.

7  <u>Dissolution Etc</u>  Any dissolution of the Corporation, transfer of all or substantially all of its assets, merger of the Corporation into another entity, and any similar corporate acts shall require an affirmative vote of two-thirds of the entire Board of Directors  In the event of any dissolution of the Corporation, any assets remaining after payment of all debts shall be distributable, as determined by the Board of Directors, to one or more organizations whose purposes are to promote the common interest of professional tournament golfers and which are exempt from Federal income tax under Section 501(c)(6) of the Internal Revenue Code, and, if no such organization exists, or if no such organization is determined by the Board of Directors to be an appropriate recipient of the Corporation's remaining assets, said assets shall be distributable, as determined by the Board of Directors, to an organization or organizations exempt from Federal income tax which promotes the interest of professional golfers or the game of golf

EIGHTH    The duration of the Corporation shall be perpetual

IN WITNESS WHEREOF, I have signed these Articles of Incorporation on this 3rd day of _November_, 2017

_____
Ronald E Price, Chief Operating Officer

The foregoing Amended and Restated Articles of Incorporation and the amendments to the Corporation's Articles of Incorporation contained therein were adopted by the unanimous affirmative vote of the Board of Directors of the Corporation at a meeting held on August 21, 2017 pursuant to notice to all directors, which notice contained the substance of the foregoing Amended and Restated Articles of Incorporation and the amendments incorporated therein

```
CUST ID 0003597474
WORK ORDER.0004814051
DATE 11-07-2017 08.52 AM
AMT  PAID $2,013 00
```

IN WITNESS WHEREOF, the Corporation has caused its officers thereunto duly authorized to sign, attest, and seal these Amended and Restated Articles of Incorporation on this 3rd day of November, 2017

PGA TOUR, INC

By _____

Leonard D Brown, Jr , Chief Legal Officer

ATTEST

_____

Allison W Keller, Assistant Secretary

# EXHIBIT 3

Jump to Schedule: [Form 990 ▼]

| efile Public Visual Render | ObjectId: 202023219349309777 - Submission: 2020-11-16 | TIN: 52-0999206 |

Form **990**

## Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

**2019**

Open to Public Inspection

**A** For the 2019 calendar year, or tax year beginning 01-01-2019 , and ending 12-31-2019

| **B** Check if applicable: | **C** Name of organization PGA TOUR INC |
|---|---|
| ☐ Address change | % JEANNE LIGHTCAP |
| ☐ Name change | Doing business as |
| ☐ Initial return | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address) Room/suite 100 PGA TOUR BOULEVARD |
| ☐ Amended return | |
| ☐ Application pending | City or town, state or province, country, and ZIP or foreign postal code PONTE VEDRA BEACH, FL  32082 |

| **D** Employer identification number |
|---|
| 52-0999206 |
| **E** Telephone number |
| (904) 285-3700 |
| **G** Gross receipts $ 2,220,358,992 |

**F** Name and address of principal officer:
Joseph W Monahan
100 PGA TOUR BOULEVARD
PONTE VEDRA BEACH, FL  32082

**H(a)** Is this a group return for subordinates? ☐ Yes ☑ No

**H(b)** Are all subordinates included? ☐ Yes ☐ No

If "No," attach a list. (see instructions)

**I** Tax-exempt status: ☐ 501(c)(3) ☑ 501(c) ( 6 ) ◀(insert no.) ☐ 4947(a)(1) or ☐ 527

**J** Website: ▶ PGATOUR.COM

**H(c)** Group exemption number ▶

**K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶

**L** Year of formation: 1974

**M** State of legal domicile: MD

### Part I Summary

**1** Briefly describe the organization's mission or most significant activities:
TO PROMOTE THE SPORT OF PROFESSIONAL GOLF AND THE COMMON INTERESTS AND THE COMMON INTERESTS OF TOURING GOLF PROFESSIONALS.

**2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | | |
|---|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) | | **3** | 9 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) | | **4** | 5 |
| **5** Total number of individuals employed in calendar year 2019 (Part V, line 2a) | | **5** | 959 |
| **6** Total number of volunteers (estimate if necessary) | | **6** | 17,432 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 | | **7a** | 17,704,991 |
| **b** Net unrelated business taxable income from Form 990-T, line 39 | | **7b** | 3,535,196 |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) | 0 | 0 |
| **9** | Program service revenue (Part VIII, line 2g) | 1,076,557,060 | 1,167,400,356 |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) | 122,488,571 | 137,044,843 |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 216,906,243 | 229,576,682 |
| **12** | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 1,415,951,874 | 1,534,021,881 |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) | 42,745,978 | 50,051,841 |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 141,294,696 | 146,491,395 |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ▶0 | | |
| **17** | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 1,161,504,407 | 1,264,706,071 |
| **18** | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 1,345,545,081 | 1,461,249,307 |
| **19** | Revenue less expenses. Subtract line 18 from line 12 | 70,406,793 | 72,772,574 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) | 2,934,026,162 | 3,384,025,893 |
| **21** | Total liabilities (Part X, line 26) | 1,780,766,622 | 2,149,896,019 |
| **22** | Net assets or fund balances. Subtract line 21 from line 20 | 1,153,259,540 | 1,234,129,874 |

### Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my

knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | Signature of officer | | 2020-11-14 Date |
|---|---|---|---|
| | KENNETH SHARKEY  EVP/CFO | | |
| | Type or print name and title | | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P00059252 |
|---|---|---|---|---|---|
| | Firm's name ▶ GRANT THORNTON LLP | | | Firm's EIN ▶ | |
| | Firm's address ▶ 200 S ORANGE AVE SUITE 2050 ORLANDO, FL  32801 | | | Phone no. (407) 481-5100 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . .   ☐ **Yes**  ☐ **No**

**For Paperwork Reduction Act Notice, see the separate instructions.**          Cat. No. 11282Y          Form **990** (2019)

---

Page 2

Form 990 (2019)                                                                                      Page **2**

| Part III | **Statement of Program Service Accomplishments** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . .   ☑

**1**   Briefly describe the organization's mission:

THE PRINCIPAL MISSION OF PGA TOUR, INC. IS TO PROMOTE THE SPORT OF PROFESSIONAL GOLF THROUGH SANCTIONING AND ADMINISTERING GOLF TOURNAMENTS AND PROMOTING THE COMMON INTERESTS OF TOURING GOLF PROFESSIONALS. THIS IS ACCOMPLISHED BY PROVIDING COMPETITIVE EARNINGS OPPORTUNITIES FOR MEMBERS OF THE PGA TOUR, PGA TOUR CHAMPIONS, KORN FERRY TOUR, PGA TOUR LATINOAMERICA, MACKENZIE TOUR-PGA TOUR CANADA, AND PGA TOUR SERIES-CHINA; PROTECTING THE INTEGRITY OF THE GAME; AND HELPING GROW THE REACH OF THE GAME IN THE U.S. AND AROUND THE WORLD.

**2**   Did the organization undertake any significant program services during the year which were not listed on the prior Form 990 or 990-EZ? .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**  ☑ **No**

If "Yes," describe these new services on Schedule O.

**3**   Did the organization cease conducting, or make significant changes in how it conducts, any program services? .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**  ☑ **No**

If "Yes," describe these changes on Schedule O.

**4**   Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a**   (Code:              ) (Expenses $              including grants of $              ) (Revenue $              )

THE PRINCIPAL MISSION OF PGA TOUR, INC. IS THE PROMOTION OF THE SPORT OF PROFESSIONAL GOLF AND THE COMMON INTERESTS OF THE TOURING PROFESSIONAL GOLFER AS WELL AS GROWTH OF THE GAME. THIS IS PRIMARILY ACCOMPLISHED THROUGH MANAGING AND CO-SPONSORING PROFESSIONAL GOLF TOURNAMENTS, SECURING CORPORATE SPONSORSHIP OF TOURNAMENTS AND OTHER PROGRAMS, AND SECURING TELEVISION EXPOSURE FOR ITS PROFESSIONAL GOLF TOURNAMENTS BY MANAGING AND CO-SPONSORING SIX DIFFERENT PROFESSIONAL GOLF TOURNAMENT DIVISIONS (PGA TOUR, PGA TOUR CHAMPIONS, KORN FERRY TOUR, PGA TOUR LATINOAMERICA, MACKENZIE TOUR-PGA TOUR CANADA, AND PGA TOUR SERIES-CHINA - COLLECTIVELY THE PGA TOUR), PGA TOUR, INC. PROVIDES OPPORTUNITIES FOR THE TOURING PROFESSIONAL GOLFER TO COMPETE AND EARN PRIZE MONEY AND BENEFITS WHILE GROWING THE GAME BY EXPOSING IT TO THE GENERAL PUBLIC THROUGH THEIR ATTENDANCE AND TELEVISION VIEWING. IN 2019, THE SIX TOURS COLLECTIVELY HELD 142 TOURNAMENTS. TOTAL PRIZE MONEY AND BENEFITS EARNED THROUGH COMPETITION BY PROFESSIONAL GOLFERS ACROSS THE SIX TOURS IN 2019 EXCEEDED $775 MILLION. THESE TOURNAMENTS WERE PLAYED IN AT LEAST 34 U.S. STATES AND 19 DIFFERENT COUNTRIES IN 2019, ALLOWING PEOPLE THROUGHOUT THE WORLD THE OPPORTUNITY TO EXPERIENCE FIRST-HAND THE SPORT OF PROFESSIONAL GOLF. PGA TOUR, INC. SECURES TELEVISION COVERAGE FOR ITS TOURNAMENTS THROUGH AGREEMENTS WITH NATIONAL AND INTERNATIONAL BROADCASTERS AND CABLE CHANNELS. IN 2019, PGA TOUR, INC. TELEVISION COVERAGE REACHED 226 COUNTRIES AND TERRITORIES AND IN 23 LANGUAGES. PGA TOUR, INC. AND DISCOVERY FORMED AN ALLIANCE AND UNVEILED GOLFTV IN 2019 TO PROVIDE 2,000 HOURS OF LIVE GOLF COVERAGE TO MULTIPLE COUNTRIES TO FURTHER PROMOTE THE SPORT OF GOLF WORLDWIDE. PGA TOUR, INC. AND THE LADIES PROFESSIONAL GOLF ASSOCIATION MAINTAIN A STRATEGIC ALLIANCE DESIGNED TO FURTHER PROMOTE THE GROWTH OF PROFESSIONAL GOLF, INCLUDING AREAS SUCH AS SCHEDULE COORDINATION, JOINT MARKETING, TELEVISION REPRESENTATION, DIGITIAL MEDIA, AND THE POSSIBILITY OF FUTURE DEVELOPMENT OF JOINT EVENTS. IN ADDITION TO TELEVISION COVERAGE, THE PGA TOUR IS EMBRACING DIGITAL MEDIA ACROSS MULTIPLE PLATFORMS, INCLUDING A SUBSIDIARY'S WEBSITE, PGATOUR.COM. THE PGA TOUR CONTINUES TO GROW ITS PRESENCE ON SOCIAL MEDIA PLATFORMS SUCH AS FACEBOOK, INSTAGRAM, AND TWITTER THROUGH A SUBSIDIARY TO BRING THE PLAYERS CLOSER TO THE GENERAL PUBLIC, VOLUNTEERS, AND SPONSORS. IN 2019, TWITTER BROADCASTED MORE THAN 140 HOURS OF FREE, EXCLUSIVE, LIVE TOURNAMENT COVERAGE ACROSS MULTIPLE EVENTS TO BROADEN THE APPEAL OF GOLF TO YOUNGER VIEWERS. THE MISSION OF GROWING THE GAME OF GOLF IS ENHANCED THROUGH TELEVISION, CORPORATE SPONSORSHIPS AND THE PROMOTIONAL ACTIVITIES ASSOCIATED WITH PROMOTING THE SPORT OF PROFESSIONAL GOLF. PGA TOUR, INC. AND INTEL HAVE AN EXCLUSIVE RELATIONSHIP TO PRODUCE AND GLOBALLY DISTRIBUTE LIVE VIRTUAL REALITY AND LIVE 360 VIDEO AT VARIOUS PGA TOUR EVENTS. THE QUALIFIED SPONSORSHIP PAYMENTS RECEIVED BY PGA TOUR, INC., AS DEFINED IN INTERNAL REVENUE CODE SECTION 513(I), PROMOTE THE SPORT THROUGH FUNDS UTILIZED IN PART TO INCREASE PURSE AMOUNTS AND EARNINGS OPPORTUNITIES FOR PROFESSIONAL GOLFERS ON THE PGA TOUR, PGA TOUR CHAMPIONS, KORN FERRY TOUR, PGA TOUR LATINOAMERICA, MACKENZIE TOUR-PGA TOUR CANADA, AND PGA TOUR SERIES-CHINA IN PART TO ACHIEVE PGA TOUR, INC.'S GOAL OF GIVING BACK, AS SET FORTH IN PART III, LINE 4B.

**4b**   (Code:              ) (Expenses $              including grants of $              ) (Revenue $              )

IN ADDITION TO PROMOTING AND BUILDING THE SPORT OF PROFESSIONAL GOLF, PGA TOUR, INC. IS COMMITTED TO GENERATING SUBSTANTIAL CHARITABLE CONTRIBUTIONS IN THE COMMUNITIES WHERE ITS TOURNAMENTS ARE PLAYED, EVEN THOUGH PGA TOUR, INC. IS NOT A CHARITABLE IRC SECTION 501(C)(3) ORGANIZATION. A MAJORITY OF THE TOURNAMENTS ARE OPERATED BY CHARITABLE ORGANIZATIONS THAT GIVE 100% OF THE NET PROCEEDS FROM THE TOURNAMENT TO LOCAL CHARITIES. AREAS OF SUPPORT INCLUDE, BUT ARE NOT LIMITED TO: HEALTHCARE, EDUCATION, YOUTH DEVELOPMENT, DISASTER RELIEF, FOOD BANKS, MILITARY AND ENVIRONMENT. IN 2019, PGA TOUR, INC. AND ITS TOURNAMENTS GENERATED MORE THAN $200 MILLION OF CHARITABLE DONATIONS IN THE COMMUNITIES WHERE THE EVENTS WERE PLAYED, BENEFITTING MORE THAN 3,000 CHARITIES. INCLUDED IN THIS AMOUNT IS $50 MILLION OF DIRECT CONTRIBUTIONS MADE BY PGA TOUR, INC. THIS BRINGS PGA TOUR, INC.'s TOTAL CHARITABLE DONATIONS TO MORE THAN $3 BILLION SINCE THE FIRST $10,000 CONTRIBUTION WAS MADE IN 1938. ALSO, A SUBSTANTIAL AMOUNT OF ADDITIONAL CHARITY DOLLARS ARE RAISED EACH YEAR BY PGA TOUR, INC. MEMBERS THROUGH THEIR INDIVIDUAL FOUNDATIONS AND FUNDRAISERS.

| **4c** | (Code: ) (Expenses $ including grants of $ ) (Revenue $ ) |

PGA TOUR, INC. INCLUDES, AS PART OF ITS MISSION STATEMENT, THE DEDICATION TO PROTECT THE INTEGRITY OF THE GAME OF PROFESSIONAL GOLF. THE TOURING PROFESSIONAL GOLFER HAS AN UNWAVERING ADHERENCE TO GOLF'S INHERENT VALUES, SUCH AS HONESTY, INTEGRITY, AND SPORTSMANSHIP. GOLF IS A SPORT IN WHICH PLAYERS CALL PENALTIES ON THEMSELVES, WHETHER AN INFRACTION IS VISIBLE TO OTHERS OR NOT. IT IS A SPORT IN WHICH COMPETITORS SHAKE HANDS AND CONGRATULATE ONE ANOTHER AT THE CONCLUSION OF EACH AND EVERY ROUND, TOURNAMENT OR MATCH, WITHOUT FAIL. IT IS ALSO A SPORT THAT FAITHFULLY TEACHES EACH GENERATION OF PARTICIPANTS FROM THE EARLIEST AGE THAT ITS RULES ARE UNCOMPROMISABLE. THESE ARE VALUES THAT PGA TOUR, INC.'S TOURING PROFESSIONAL GOLFERS LIVE BY AND DEMONSTRATE EVERY ROUND OF EVERY TOURNAMENT.

| **4d** | Other program services (Describe in Schedule O.) |
| | (Expenses $ including grants of $ ) (Revenue $ ) |
| **4e** | **Total program service expenses ▶** |

Form **990** (2019)

Form 990 (2019) Page **3**

| Part IV | **Checklist of Required Schedules** | | | |
|---|---|---|---|---|
| | | | **Yes** | **No** |
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* . . . . . . . . . . . . | **1** | | No |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? . . . | **2** | | No |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office?*If "Yes," complete Schedule C, Part I* 🖼 . . . . . . . . . . | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . . | **4** | | |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* 🖼 . . | **5** | Yes | |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts?*If "Yes," complete Schedule D,Part I* 🖼. | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures?*If "Yes," complete Schedule D, Part II* 🖼 . . . . | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* 🖼 . . . . . . . . . . . | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* 🖼 . . . . . . . . . . | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* 🖼 . . . . | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* 🖼 . . . . . . . . . . . . . | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* 🖼 . . . | **11b** | Yes | |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* 🖼 . . . | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* 🖼 . . . . . | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* 🖼 | **11e** | Yes | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* 🖼 | **11f** | Yes | |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* 🖼 . . . . . . . . . . . | **12a** | | No |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* 🖼 | **12b** | Yes | |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? . . . | **14a** | Yes | |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* 🖼 . . . . . . | **14b** | Yes | |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* 🖼 . . . . . | **15** | Yes | |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* 🖼 . . . . | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, | **17** | | No |

| | | | Yes | No |
|---|---|---|---|---|
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? If "Yes," complete Schedule G, Part II . . . . . . . . . . . . | **18** | | No |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? If "Yes," complete Schedule G, Part III . . . . . | **19** | | No |
| 20a | Did the organization operate one or more hospital facilities? If "Yes," complete Schedule H . . . . | **20a** | | No |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? If "Yes," complete Schedule I, Parts I and II . . . . . 🖼 | **21** | Yes | |

Form **990** (2019)

Form 990 (2019)                                                                 Page **4**

| Part IV | **Checklist of Required Schedules** (continued) | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? If "Yes," complete Schedule I, Parts I and III . . . . . . . . 🖼 | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? If "Yes," complete Schedule J . . . . . . . . . . . . . . . . . . . . | **23** | Yes | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a . . . . . . . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? If "Yes," complete Schedule L, Part I . . . . . | **25a** | | |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I . . . . . . . . . . . . . . . . . . . . . . | **25b** | | |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? If "Yes,"complete Schedule L, Part II 🖼 | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? If "Yes," complete Schedule L,Part III🖼 | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? If "Yes," complete Schedule L, Part IV . . . . . . . . . . . . . . . . . . 🖼 | **28a** | | No |
| b | A family member of any individual described in line 28a? If "Yes," complete Schedule L, Part IV . . . . 🖼 | **28b** | Yes | |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? If "Yes," complete Schedule L, Part IV . . . . . . . . . . . . . . . . . . . 🖼 | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? If "Yes," complete Schedule M . . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? If "Yes," complete Schedule M . . . . . . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? If "Yes," complete Schedule N, Part I | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? If "Yes," complete Schedule R, Part II . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulationssections 301.7701-2 and 301.7701-3? If "Yes," complete Schedule R, Part I . . . . . . . . . . . | **33** | Yes | |
| 34 | Was the organization related to any tax-exempt or taxable entity? If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1 . . . . . . . . . . . . . . . . . . . . . . . . | **34** | Yes | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | Yes | |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," complete Schedule R, Part V, line 2 . . . 🖼 | **35b** | Yes | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? If "Yes," complete Schedule R, Part V, line 2 . . . . . . . . . . . . . . | **36** | | |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes?If "Yes," complete Schedule R, Part VI . . . | **37** | | No |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **38** | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . | | **38** | Yes | |

**Part V**    **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . ☑

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **1a** | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable . . | **1a** | 3,317 | | | |
| **b** | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable . | **1b** | 1 | | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . | | | | **1c** | Yes | |

Form **990** (2019)

Form 990 (2019)                                Page **5**

**Part V**    **Statements Regarding Other IRS Filings and Tax Compliance** *(continued)*

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and TaxStatements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . | **2a** | 959 | | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | | | | **2b** | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | | | | **3a** | Yes | |
| **b** | If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | | | | **3b** | Yes | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | | | | **4a** | Yes | |
| **b** | If "Yes," enter the name of the foreign country: ►AS , CA , KS , MY , UK | | | | | | |
| | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | | | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . | | | | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . . | | | | **6a** | Yes | |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . | | | | **6b** | Yes | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . | | | | **7a** | | |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . | | | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it wasrequired to file Form 8282? . . . . . . . . . . . . . . . . . . . | | | | **7c** | | |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | | | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | | **7e** | | |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | | | **7f** | | |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . | | | | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . | | | | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . | | | | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . | | | | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | | | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . | **11a** | | | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . | **11b** | | | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | **12b** | | | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . | **13b** | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . . . . . | **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . If "Yes," see instructions and file Form 4720, Schedule N. | | **15** | Yes | |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . If "Yes," complete Form 4720, Schedule O. | | **16** | | No |

Form **990** (2019)

---

Form 990 (2019)                                                                                             Page **6**

| Part VI | **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . ☑

### Section A. Governing Body and Management

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | | 9 | | |
| | If there are material differences in voting rights among the members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | | 5 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . | | | **2** | Yes | |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . . | | | **3** | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | | | **4** | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | | | **5** | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . | | | **6** | Yes | |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . . . | | | **7a** | Yes | |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . | | | **7b** | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . | | | **8a** | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . | | | **8b** | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . . | | | **9** | | No |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| **b** | Describe in Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes,"describe in Schedule O how this was done* . . . . . . . . . . . . . . . . . | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . | **14** | Yes | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . | **15a** | Yes | |
| **b** | Other employees of the organization . . . . . . . . . . . . . . . . . | **15b** | Yes | |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |

| | | | | |
|---|---|---|---|---|
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . | **16b** | | |

### Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶

AL , AZ , CA , CT , FL , GA , HI , IL , LA , MD , MA , MN , NJ , NY , OH , TN , TX , VA

**18** Section 6104 requires an organization to make its Form 1023 (or 1024-A if applicable), 990, and 990-T (501(c)(3)s only)available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website  ☐ Another's website  ☑ Upon request  ☐ Other (explain in Schedule O)

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶JEANNE LIGHTCAP 100 PGA TOUR BOULEVARD    PONTE VEDRA BEACH, FL 32082 (904) 285-3700

Form **990** (2019)

Form 990 (2019)                                                                    Page **7**

**Part VII**  **Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . ☑

### Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.
● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Monahan Joseph W ........... Commissioner | 40.0 ........... 20.0 | | | X | | | | 5,378,295 | 3,466,390 | 36,122 |
| (2) Price Ronald E ........... Chief Operating Officer | 40.0 ........... 20.0 | | | X | | | | 1,600,089 | 3,954,643 | 130,156 |
| (3) Wade Thomas E ........... Chief Commercial Officer | 40.0 ........... 20.0 | | | X | | | | 1,505,733 | 1,659,683 | 944,027 |
| (4) Anderson Richard D ........... Chief Media Officer | 40.0 ........... 20.0 | | | X | | | | 1,264,650 | 1,035,222 | 40,555 |
| (5) Streelman Kevin ........... Player Director | 1.0 ........... 1.0 | X | | | | | | 2,033,174 | 0 | 198,358 |
| (6) Spieth Jordan ........... Player Director | 1.0 ........... 1.0 | X | | | | | | 1,850,775 | 0 | 286,543 |
| (7) Brown Leonard | 40.0 | | | X | | | | 953,069 | 1,123,811 | 41,009 |

| (A) Name and title | (B) Avg hrs/wk | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | (D) Reportable comp from organization | (E) Reportable comp from related orgs | (F) Estimated other comp |
|---|---|---|---|---|---|---|---|---|---|---|
| EVP Licenses & Chief Legal Ofc | 20.0 | | | | | | | 980,859 | 1,228,861 | 41,889 |
| (8) Keller Allison W / Chief Administrative Officer | 40.0 / 20.0 | | | X | | | | 1,249,543 | 721,957 | 27,191 |
| (9) Pazder James A / Chief Tourn & Competition Ofc | 40.0 / 20.0 | | | X | | | | 1,279,811 | 658,316 | 27,586 |
| (10) Sharkey Kenneth J / EVP & Chief Financial Officer | 40.0 / 20.0 | | | X | | | | 880,970 | 880,970 | 46,800 |
| (11) Votaw Ty M / EVP INTERNATIONAL | 40.0 / 20.0 | | | | X | | | 1,079,350 | 539,692 | 64,532 |
| (12) Hoffman Charles L / Player Director / Treasurer | 1.0 / 1.0 | X | | X | | | | 1,484,503 | 0 | 177,568 |
| (13) Monday Jeff / President Mackenzie Tour | 40.0 / 20.0 | | | | | X | | 958,203 | 0 | 382,434 |
| (14) Oliver Brian M / EVP Corporate Partnership | 40.0 / 20.0 | | | | | X | | 1,101,216 | 0 | 32,000 |
| (15) Lightcap Jeanne F / EVP Finance | 40.0 / 20.0 | | | | | X | | 759,784 | 253,261 | 25,956 |
| (16) Pascal Thierry / SVP International Media | 40.0 / 20.0 | | | | | X | | 198,091 | 792,362 | 24,911 |
| (17) Ohno Robert K / SVP INTERNATIONAL TOURS | 40.0 / 20.0 | | | | | X | | 767,442 | 0 | 53,867 |

Form **990** (2019)

---

Page 8 —

**Part VII** **Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees** *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| (18) Finchem Timothy W / Former Commissioner | 40.0 / 0.0 | | | | | | X | 815,919 | 0 | 0 |
| (19) Wagner M Johnson / Player Director / Secretary | 1.0 / 1.0 | X | | X | | | | 522,181 | 0 | 137,568 |
| (20) Baldwin Alexandra C / President Korn Ferry Tour | 40.0 / 20.0 | | | | X | | | 511,579 | 0 | 29,500 |
| (21) Arcuri Joseph / Former Chief Marketing Officer | 40.0 / 0.0 | | | | | | X | 517,450 | 0 | 5,125 |
| (22) Brady Jack M / President Champions Tour | 40.0 / 20.0 | | | | X | | | 479,998 | 0 | 27,120 |
| (23) Zink Charles / FMR Chairman, Presidents Cup | 40.0 / 0.0 | | | | | | X | 166,667 | 0 | 0 |
| (24) Herlihy Edward D / Chairman / President | 1.0 / 1.0 | X | | X | | | | 0 | 0 | 0 |
| (25) Ganzi Victor F / Independent Director | 1.0 / 0.0 | X | | | | | | 0 | 0 | 0 |
| (26) Stephenson Randall L | 1.0 / 1.0 | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Independent Director | 0.0 | | | | | | X | 0 | 0 | 0 |
| (27) Meeker Mary | 1.0 | | | | | | | | | |
| Independent Director | 0.0 | | | | | | X | 0 | 0 | 0 |
| (28) Whaley Suzy | 1.0 | | | | | | | | | |
| PGA of America Director | 1.0 | | | | | | X | 0 | 0 | 0 |

| | | | |
|---|---|---|---|
| 1b Sub-Total . . . . . . . . . . . ▶ | | | |
| c Total from continuation sheets to Part VII, Section A . . . . ▶ | | | |
| d Total (add lines 1b and 1c) . . . . . . . . . . ▶ | 27,358,492 | 15,086,307 | 2,738,928 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 336

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? If "Yes," complete Schedule J for such individual . . . . . . . . . . **3** | Yes | |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation fromthe organization and related organizations greater than $150,000? If "Yes," complete Schedule J for such individual . . . . . . . . . . . . . . . . . . . **4** | Yes | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization?If "Yes," complete Schedule J for such person . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| CLARK CONSTRUCTION GROUP LLC,<br>2502 N ROCKY POINT DR 200<br>TAMPA BAY, FL 33607 | CONSTRUCTION SERVICE | 33,596,390 |
| RORY MCILROY ENTERPRISES INC,<br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082 | PLAYER EARNINGS | 25,589,893 |
| AZTECSHAFFER LLC,<br>601 W STREET<br>HOUSTON, TX 77007 | CONSTRUCTION SERVICE | 15,264,623 |
| JUSTIN THOMAS LLC,<br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082 | PLAYER EARNINGS | 9,480,892 |
| BROOKS KOEPKA GOLF LLC,<br>100 PGA TOUR BLVD<br>PONTE VEDRA BEACH, FL 32082 | PLAYER EARNINGS | 9,283,953 |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 506

Form **990** (2019)

---

Form 990 (2019)                                                                 Page **9**

Part VIII     **Statement of Revenue**

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . ☑

| | | (A)<br>Total revenue | (B)<br>Related or exempt function revenue | (C)<br>Unrelated business revenue | (D)<br>Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|
| | ...erated campaigns . . **1a** | | | | |
| | ...mbership dues . **1b** | | | | |
| | ...draising events . . **1c** | | | | |
| | ...ted organizations **1d** | | | | |
| | ...ernment grants (contributions) **1e** | | | | |
| | ...ther contributions, gifts, grants, and similar amounts not included above **1f** | | | | |

**Contributions, Gifts, Grants and Other Similar Amounts**

**g** Noncash contributions included in lines 1a - 1f:$ | | **1g** |

**h Total.** Add lines 1a-1f . . . . . . . . ► | | 0

| | | Business Code | | | |
|---|---|---|---|---|---|
| **2a** | MEDIA RIGHTS | 515100 | 551,196,491 | 543,157,093 | 8,039,398 |
| b | TOURNAMENTS MANAGED | 711300 | 208,599,431 | 207,869,241 | 730,190 |
| c | TOURNAMENTS CO-SPONSORED | 711300 | 189,725,118 | 189,725,118 | |
| d | PROGRAM SPONSORSHIP | 711300 | 184,633,407 | 184,633,407 | |
| e | PRODUCTION REVENUE | 515100 | 13,977,994 | 6,988,997 | 6,988,997 |
| **f** | All other program service revenue. | | 19,267,915 | 18,183,967 | 1,083,948 |
| **g** | **Total.** Add lines 2a–2f. . . . ► | 1,167,400,356 | | | |

*Program Service Revenue*

**3** Investment income (including dividends, interest, and other similar amounts) . . . . . . . ► | 102,782,755 | | 804,755 | 101,978,000

**4** Income from investment of tax-exempt bond proceeds ► | 0 | | |

**5** Royalties . . . . . . . . . . ► | 224,061,902 | | | 224,061,902

| | | | (i) Real | (ii) Personal | | | |
|---|---|---|---|---|---|---|---|
| **6a** | Gross rents | 6a | 297,510 | | | | |
| b | Less: rental expenses | 6b | 242,097 | | | | |
| c | Rental income or (loss) | 6c | 55,413 | 0 | | | |
| **d** | Net rental income or (loss) . . . . . . . ► | 55,413 | | 57,703 | -2,290 | | |

| | | | (i) Securities | (ii) Other | | | |
|---|---|---|---|---|---|---|---|
| **7a** | Gross amount from sales of assets other than inventory | 7a | 718,657,215 | 0 | | | |
| b | Less: cost or other basis and sales expenses | 7b | 682,430,100 | 1,965,027 | | | |
| c | Gain or (loss) | 7c | 36,227,115 | -1,965,027 | | | |
| **d** | Net gain or (loss) . . . . . . . . ► | 34,262,088 | | | 34,262,088 | | |

*Other Revenue*

| | | | | | | |
|---|---|---|---|---|---|---|
| **8a** | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . | 8a | 0 | | | |
| b | Less: direct expenses . . . | 8b | 0 | | | |
| c | Net income or (loss) from fundraising events . . | | 0 | | | |
| **9a** | Gross income from gaming activities. See Part IV, line 19 . . . | 9a | 0 | | | |
| b | Less: direct expenses . . . | 9b | 0 | | | |
| c | Net income or (loss) from gaming activities . ► | | 0 | | | |
| **10a** | Gross sales of inventory, less returns and allowances | 10a | 2,619,308 | | | |
| b | Less: cost of goods sold . . | 10b | 1,699,887 | | | |
| c | Net income or (loss) from sales of inventory . . ► | | 919,421 | 919,421 | | |

| Miscellaneous Revenue | | Business Code | | | |
|---|---|---|---|---|---|
| **11a** | MISCELLANEOUS OTHER REVENUE | 711300 | 3,923,004 | 1,548,297 | 2,374,707 |
| b | MEMBERSHIP DUES - NON CONTRIBUTION | 711300 | 616,942 | 616,942 | |
| c | | | | | |

| | | | | |
|---|---|---|---|---|
| **d** All other revenue . . . . | | | | |
| **e Total.** Add lines 11a–11d . . . . . . . ▶ | 4,539,946 | | | |
| **12 Total revenue.** See instructions . . . . . . ▶ | 1,534,021,881 | 1,153,642,483 | 17,704,991 | 362,674,407 |

Form <strong>990</strong> (2019)

---

<span style="color:#cc3333">Page 10</span>

Form 990 (2019)                                                                 Page **10**

| Part IX | **Statement of Functional Expenses** |
|---|---|

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . ☑

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . | 47,448,570 | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . . | 0 | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 . . . . . . . . . . . . . | 2,603,271 | 0 | | |
| **4** Benefits paid to or for members . . . . . | 0 | | | |
| **5** Compensation of current officers, directors,trustees, and key employees . . . . . . . . . . . | 27,500,490 | | | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . . | 1,505,161 | | | |
| **7** Other salaries and wages . . . . . . . | 94,266,037 | | | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . | 1,204,463 | | | |
| **9** Other employee benefits . . . . . . . | 15,394,191 | | | |
| **10** Payroll taxes . . . . . . . . . . . | 6,621,053 | | | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . . . | 0 | | | |
| **b** Legal . . . . . . . . . . . . . | 1,185,056 | | | |
| **c** Accounting . . . . . . . . . . . | 708,908 | | | |
| **d** Lobbying . . . . . . . . . . . . | 1,552,668 | | | |
| **e** Professional fundraising services. See Part IV, line 17 | 0 | | | |
| **f** Investment management fees . . . . . . | 1,340,503 | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 569,932,842 | | | |
| **12** Advertising and promotion . . . . . . | 32,708,453 | | | |
| **13** Office expenses . . . . . . . . . . | 6,043,043 | | | |
| **14** Information technology . . . . . . . | 5,460,991 | | | |
| **15** Royalties . . . . . . . . . . . | 339,298 | | | |
| **16** Occupancy . . . . . . . . . . . | 5,531,166 | | | |
| **17** Travel . . . . . . . . . . . . | 21,803,354 | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . . . . | 0 | | | |
| **19** Conferences, conventions, and meetings . . . | 1,192,736 | | | |
| **20** Interest . . . . . . . . . . . . | 5,405,200 | | | |
| **21** Payments to affiliates . . . . . . . | 0 | | | |
| **22** Depreciation, depletion, and amortization . . | 16,730,092 | | | |
| **23** Insurance . . . . . | 2,142,729 | | | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** TV/PRODUCTION/BROADCAST | 217,805,702 | | | |
| **b** ALLOCATION TO SPONSORS | 108,978,604 | | | |

| | | | (A) | | (B) |
|---|---|---|---|---|---|

| | c | PLAYER RETIREMENT EARNINGS | 73,068,231 | | |
| | d | TOURNAMENT OPERATIONS | 62,371,073 | | |
| | e | All other expenses | 130,405,422 | | |
| 25 | | **Total functional expenses.** Add lines 1 through 24e | 1,461,249,307 | 0 | |
| 26 | | **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | |

Form **990** (2019)

Page 11

Form 990 (2019)                                                                                     Page **11**

| Part X | **Balance Sheet** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part IX  .  .  .  .  .  .  .  .  .  .  ☑

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| 1 | Cash—non-interest-bearing  .  .  .  .  .  . | 3,884,310 | **1** | 8,553,942 |
| 2 | Savings and temporary cash investments  .  .  .  .  .  .  . | 140,402,877 | **2** | 139,647,643 |
| 3 | Pledges and grants receivable, net  .  .  .  .  .  . | 0 | **3** | 0 |
| 4 | Accounts receivable, net  .  .  .  .  .  . | 40,605,314 | **4** | 58,268,149 |
| 5 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons  .  .  .  .  . | 0 | **5** | 0 |
| 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) .  .  .  . | 0 | **6** | 0 |
| 7 | Notes and loans receivable, net  .  .  .  .  .  .  . | 430,595,378 | **7** | 505,676,112 |
| 8 | Inventories for sale or use  .  .  .  .  .  .  . | 208,211 | **8** | 243,606 |
| 9 | Prepaid expenses and deferred charges  .  .  .  .  .  . | 25,568,713 | **9** | 26,378,478 |
| 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D | 254,991,322 (10a) | | |
| b | Less: accumulated depreciation | 90,362,964 (10b) | | |
| | (10c) | 97,400,569 | **10c** | 164,628,358 |
| 11 | Investments—publicly traded securities  . | 1,479,533,606 | **11** | 1,739,865,693 |
| 12 | Investments—other securities. See Part IV, line 11 | 694,330,384 | **12** | 705,123,082 |
| 13 | Investments—program-related. See Part IV, line 11  .  . | 0 | **13** | 0 |
| 14 | Intangible assets  .  .  .  .  .  .  . | 1,992,345 | **14** | 1,977,133 |
| 15 | Other assets. See Part IV, line 11  .  .  .  .  . | 19,504,455 | **15** | 33,663,697 |
| 16 | **Total assets.** Add lines 1 through 15 (must equal line 33)  .  .  . | 2,934,026,162 | **16** | 3,384,025,893 |
| 17 | Accounts payable and accrued expenses  .  .  .  .  .  . | 159,532,016 | **17** | 179,217,907 |
| 18 | Grants payable  .  .  . | 0 | **18** | 0 |
| 19 | Deferred revenue  .  .  .  .  .  .  .  . | 209,341,782 | **19** | 220,947,286 |
| 20 | Tax-exempt bond liabilities  .  .  .  .  .  .  . | 0 | **20** | 0 |
| 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | 0 | **21** | 0 |
| 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons  .  .  . | 0 | **22** | 0 |
| 23 | Secured mortgages and notes payable to unrelated third parties  .  . | 119,424,315 | **23** | 122,431,656 |
| 24 | Unsecured notes and loans payable to unrelated third parties  .  . | 0 | **24** | 0 |
| 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | 1,292,468,509 | **25** | 1,627,299,170 |
| 26 | **Total liabilities.** Add lines 17 through 25  .  . | 1,780,766,622 | **26** | 2,149,896,019 |
| | **Organizations that follow FASB ASC 958, check here ▶ ☐ and complete lines 27, 28, 32, and 33.** | | | |
| 27 | Net assets without donor restrictions  .  .  .  .  . | | **27** | |
| 28 | Net assets with donor restrictions  .  .  .  .  .  . | | **28** | |
| | **Organizations that do not follow FASB ASC 958, check here ▶ ☑ and complete lines 29 through 33.** | | | |
| 29 | Capital stock or trust principal, or current funds  .  .  .  . | 0 | **29** | 0 |
| 30 | Paid-in or capital surplus, or land, building or equipment fund  .  . | 33,750 | **30** | 33,750 |
| 31 | Retained earnings, endowment, accumulated income, or other funds  .  . | 1,153,225,790 | **31** | 1,234,096,124 |

| | | | | |
|---|---|---|---|---|
| **Net A** | 32 | Total net assets or fund balances . . . . . | 1,153,259,540 | **32** | 1,234,129,874 |
| | 33 | Total liabilities and net assets/fund balances . . . . . . . | 2,934,026,162 | **33** | 3,384,025,893 |

Form **990** (2019)

---

Form 990 (2019)        Page **12**

| Part XI | **Reconcilliation of Net Assets** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . ☑

| | | | |
|---|---|---|---|
| **1** | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . | **1** | 1,534,021,881 |
| **2** | Total expenses (must equal Part IX, column (A), line 25) . . . . . . | **2** | 1,461,249,307 |
| **3** | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . | **3** | 72,772,574 |
| **4** | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | **4** | 1,153,259,540 |
| **5** | Net unrealized gains (losses) on investments . . . . . . . . | **5** | 20,217,350 |
| **6** | Donated services and use of facilities . . . . . . . . . . | **6** | |
| **7** | Investment expenses . . . . . . . . . . . . . . | **7** | |
| **8** | Prior period adjustments . . . . . . . . . . . . . | **8** | |
| **9** | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . | **9** | -12,119,590 |
| **10** | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 1,234,129,874 |

| Part XII | **Financial Statements and Reporting** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| **1** | Accounting method used to prepare the Form 990: ☐ Cash ☑ Accrual ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | |
| **2a** | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis    ☐ Consolidated basis    ☐ Both consolidated and separate basis | | |
| **b** | Were the organization's financial statements audited by an independent accountant? | **2b** | Yes |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | |
| | ☐ Separate basis    ☑ Consolidated basis    ☐ Both consolidated and separate basis | | |
| **c** | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | Yes |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | |
| **3a** | As a result of a federal award, was the organization required to undergo an audit or audits as set forth inthe Single Audit Act and OMB Circular A-133? | **3a** | No |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | |

Form **990** (2019)

---

Form 990 (2019)

## Additional Data

Return to Form

**Software ID:**

**Software Version:**

**Form 990, Special Condition Description:**

Special Condition Description

↑ Back to Top

| efile Public Visual Render | ObjectId: 202023219349309777 - Submission: 2020-11-16 | TIN: 52-0999206 |
|---|---|---|

**SCHEDULE C**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Political Campaign and Lobbying Activities

**For Organizations Exempt From Income Tax Under section 501(c) and section 527**

▶**Complete if the organization is described below.** ▶**Attach to Form 990 or Form 990-EZ.**
▶**Go to** _www.irs.gov/Form990_ **for instructions and the latest information.**

OMB No. 1545-0047

**2019**

Open to Public
Inspection

**If the organization answered "Yes" on Form 990, Part IV, Line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then**
- Section 501(c)(3) organizations: Complete Parts I-A and B. Do not complete Part I-C.
- Section 501(c) (other than section 501(c)(3)) organizations: Complete Parts I-A and C below. Do not complete Part I-B.
- Section 527 organizations: Complete Part I-A only.

**If the organization answered "Yes" on Form 990, Part IV, Line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then**
- Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)): Complete Part II-A. Do not complete Part II-B.
- Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h)): Complete Part II-B. Do not complete Part II-A.

**If the organization answered "Yes" on Form 990, Part IV, Line 5 (Proxy Tax) (see separate instructions) or Form 990-EZ, Part V, line 35c (Proxy Tax) (see separate instructions), then**
- Section 501(c)(4), (5), or (6) organizations: Complete Part III.

| Name of the organization | Employer identification number |
|---|---|
| PGA TOUR INC | 52-0999206 |

| Part I-A | Complete if the organization is exempt under section 501(c)or is a section 527 organization. |
|---|---|

| 1 | Provide a description of the organization's direct and indirect political campaign activities in Part IV (see instructions for definition of "political campaign activities") | | |
|---|---|---|---|
| 2 | Political campaign activity expenditures (see instructions) ................................................. ▶ | $ | |
| 3 | Volunteer hours for political campaign activities (see instructions) ............................................... | | |

| Part I-B | Complete if the organization is exempt under section 501(c)(3). |
|---|---|

| 1 | Enter the amount of any excise tax incurred by the organization under section 4955 ............................... ▶ | $ | | |
|---|---|---|---|---|
| 2 | Enter the amount of any excise tax incurred by organization managers under section 4955 ...................... ▶ | $ | | |
| 3 | If the organization incurred a section 4955 tax, did it file Form 4720 for this year?........................................ | | ☐ Yes | ☐ No |
| 4a | Was a correction made? ............................................................................................... | | ☐ Yes | ☐ No |
| b | If "Yes," describe in Part IV. | | | |

| Part I-C | Complete if the organization is exempt under section 501(c),except section 501(c)(3). |
|---|---|

| 1 | Enter the amount directly expended by the filing organization for section 527 exempt functionactivities..... ▶ | $ | | |
|---|---|---|---|---|
| 2 | Enter the amount of the filing organization's funds contributed to other organizations for section 527 exempt function activities ......................................................................................... ▶ | $ | | |
| 3 | Total exempt function expenditures. Add lines 1 and 2. Enter here and on Form 1120-POL, line 17b.......... ▶ | $ | | |
| 4 | Did the filing organization file **Form 1120-POL** for this year?................................................... | | ☐ Yes | ☐ No |
| 5 | Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments. For eachorganization listed, enter the amount paid from the filing organization's funds. Alsoenter the amount of political contributions received that were promptly and directlydelivered to a separate political organization, such as a separate segregated fund or apolitical action committee (PAC). If additional space is needed, provide information in Part IV. | | | |

| **(a)** Name | **(b)** Address | **(c)** EIN | **(d)** Amount paid from filing organization's funds. If none, enter -0-. | **(e)** Amount of political contributions received and promptly and directly delivered to a separate political organization. If none, enter -0-. |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**For Paperwork Reduction Act Notice, see the instructions for Form 990 or 990-EZ.**      Cat. No. 50084S      **Schedule C (Form 990 or 990-EZ) 2019**

Page 2

Schedule C (Form 990 or 990-EZ) 2019            Page **2**

**Part II-A**    **Complete if the organization isexempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)).**

**A**   Check   ▶ ☐   if the filing organization belongs to an affiliated group (and list in Part IV each affiliated group member's name, address, EIN, expenses, and share of excess lobbying expenditures).

**B**   Check   ▶ ☐   if the filing organization checked box A and "limited control" provisions apply.

| **Limits on Lobbying Expenditures**<br>(The term "expenditures" means amounts paid or incurred.) | **(a)** Filing organization's totals | **(b)** Affiliated group totals |
|---|---|---|
| **1a** Total lobbying expenditures to influence public opinion (grass roots lobbying) ...................... | | |
| **b** Total lobbying expenditures to influence a legislative body (direct lobbying) ........................ | | |
| **c** Total lobbying expenditures (add lines 1a and 1b) ............................................... | | |
| **d** Other exempt purpose expenditures ................................................................ | | |
| **e** Total exempt purpose expenditures (add lines 1c and 1d) ..................................... | | |
| **f** Lobbying nontaxable amount. Enter the amount from the following table in both columns. | | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: |
|---|---|
| Not over $500,000 | 20% of the amount on line 1e. |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000. |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000. |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000. |
| Over $17,000,000 | $1,000,000. |

| | (a) | (b) |
|---|---|---|
| **g** Grassroots nontaxable amount (enter 25% of line 1f) ................................................ | | |
| **h** Subtract line 1g from line 1a. If zero or less, enter -0-. ............................................ | | |
| **i** Subtract line 1f from line 1c. If zero or less, enter -0-. ............................................. | | |

**j** If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year?........................................................................................    ☐ **Yes** ☐ **No**

**4-Year Averaging Period Under Section 501(h)**
**(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the separate instructions for lines 2a through 2f.)**

**Lobbying Expenditures During 4-Year Averaging Period**

| Calendar year (or fiscal year beginning in) | **(a)** 2016 | **(b)** 2017 | **(c)** 2018 | **(d)** 2019 | **(e)** Total |
|---|---|---|---|---|---|
| **2a** Lobbying nontaxable amount | | | | | |
| **b** Lobbying ceiling amount (150% of line 2a, column(e)) | | | | | |
| **c** Total lobbying expenditures | | | | | |
| **d** Grassroots nontaxable amount | | | | | |
| **e** Grassroots ceiling amount (150% of line 2d, column (e)) | | | | | |
| **f** Grassroots lobbying expenditures | | | | | |

**Schedule C (Form 990 or 990-EZ) 2019**

Page 3

Schedule C (Form 990 or 990-EZ) 2019            Page **3**

**Part II-B**    **Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)).**

*For each "Yes" response on lines 1a through 1i below, provide in Part IV a detailed description of the lobbying activity.*

| | (a) | | (b) |
|---|---|---|---|
| | Yes | No | Amount |

**1**    During the year, did the filing organization attempt to influence foreign, national, state or local legislation,
      including any attempt to influence public opinion on a legislative matter or referendum, through the use of:

including any attempt to influence public opinion on a legislative matter or referendum, through the use of:

| | | | |
|---|---|---|---|
| a | Volunteers? ................................................................................................... | | |
| b | Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? ........ | | |
| c | Media advertisements? ...................................................................................... | | |
| d | Mailings to members, legislators, or the public? ........................................................... | | |
| e | Publications, or published or broadcast statements? ........................................................ | | |
| f | Grants to other organizations for lobbying purposes? ....................................................... | | |
| g | Direct contact with legislators, their staffs, government officials, or a legislative body? ..................... | | |
| h | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? ................. | | |
| i | Other activities? ............................................................................................ | | |
| j | Total. Add lines 1c through 1i ............................................................................... | | |
| 2a | Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? ..... | | |
| b | If "Yes," enter the amount of any tax incurred under section 4912 ......................................... | | |
| c | If "Yes," enter the amount of any tax incurred by organization managers under section 4912 ................. | | |
| d | If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? ...................... | | |

**Part III-A    Complete if the organization is exempt undersection 501(c)(4), section 501(c)(5), or section 501(c)(6).**

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Were substantially all (90% or more) dues received nondeductible by members? ............................................... | 1 | | No |
| 2 | Did the organization make only in-house lobbying expenditures of $2,000 or less? ............................................ | 2 | | No |
| 3 | Did the organization agree to carry over lobbying and political expenditures from the prior year? .................................. | 3 | | No |

**Part III-B    Complete if theorganization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6)and if either (a) BOTH Part III-A, lines 1 and 2, are answered "No" OR (b) Part III-A, line 3, isanswered "Yes."**

| | | | |
|---|---|---|---|
| 1 | Dues, assessments and similar amounts from members ...................................................................... | 1 | 616,942 |
| 2 | Section 162(e) nondeductible lobbying and political expenditures **(do not include amounts of political expenses for which the section 527(f) tax was paid).** | | |
| a | Current year ................................................................................................ | 2a | 1,552,668 |
| b | Carryover from last year ..................................................................................... | 2b | |
| c | Total ......................................................................................................... | 2c | 1,552,668 |
| 3 | Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues . | 3 | |
| 4 | If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? ................................................................................................ | 4 | |
| 5 | Taxable amount of lobbying and political expenditures (seeinstructions) ......................................... | 5 | 616,942 |

**Part IV    Supplemental Information**

Provide the descriptions required for Part I-A, line 1; Part I-B, line 4; Part I-C, line 5; Part II-A (affiliated group list); Part II-A, lines 1 and 2 (see instructions), and Part II-B, line 1. Also, complete this part for any additional information.

| Return Reference | Explanation |
|---|---|
| | |

Schedule C (Form 990 or 990EZ) 2019

---

## Additional Data

| | |
|---|---|
| | Return to Form |

Software ID:

Software Version:

↑ Back to Top

| efile Public Visual Render | ObjectId: 202023219349309777 - Submission: 2020-11-16 | TIN: 52-0999206 |

**SCHEDULE D (Form 990)**

Department of the Treasury
Internal Revenue Service

## Supplemental Financial Statements

▶ **Complete if the organization answered "Yes," on Form 990, Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.**
▶ **Attach to Form 990.**
▶ **Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**2019**

Open to Public Inspection

| Name of the organization | Employer identification number |
|---|---|
| PGA TOUR INC | 52-0999206 |

**Part I    Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year . . . . . . . . . . | | |

| | | | | |
|---|---|---|---|---|
| **2** | Aggregate value of contributions to (during year) | | | |
| **3** | Aggregate value of grants from (during year) | | | |
| **4** | Aggregate value at end of year . | | | |

**5**   Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control?. . . . . . . . . . .    ☐ **Yes** ☐ **No**

**6**   Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes** ☐ **No**

---

| Part II | **Conservation Easements.** |
|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 7. |

**1**   Purpose(s) of conservation easements held by the organization (check all that apply).

     ☐ Preservation of land for public use (e.g., recreation or education)      ☐ Preservation of an historically important land area

     ☐ Protection of natural habitat      ☐ Preservation of a certified historic structure

     ☐ Preservation of open space

**2**   Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | | **Held at the End of the Year** |
|---|---|---|---|
| **a** | Total number of conservation easements . . . . . . . . . . . . . . . | **2a** | |
| **b** | Total acreage restricted by conservation easements . . . . . . . . . | **2b** | |
| **c** | Number of conservation easements on a certified historic structure included in (a) . . . . . | **2c** | |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register . | **2d** | |

**3**   Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶ _____

**4**   Number of states where property subject to conservation easement is located ▶ _____

**5**   Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds?. . . . . . . . . . . .    ☐ **Yes** ☐ **No**

**6**   Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ▶ _____

**7**   Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ▶ $ _____

**8**   Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)?. . . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes** ☐ **No**

**9**   In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

---

| Part III | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.** |
|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 8. |

**1a**   If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

   **b**   If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

     **(i)** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . ▶ $ _____

     **(ii)** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

**2**   If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

   **a**   Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . . . ▶ $ _____

   **b**   Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**      Cat. No. 52283D      **Schedule D (Form 990) 2019**

---

Schedule D (Form 990) 2019                                                    Page **2**

| Part III | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)* |
|---|---|

**3**   Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

   **a**   ☐ Public exhibition      **d**   ☐ Loan or exchange programs

   **b**   ☐ Scholarly research      **e**   ☐ Other _____

   **c**   ☐ Preservation for future generations

**4**   Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . . ☐ Yes ☐ No

| Part IV | **Escrow and Custodial Arrangements.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | Amount |
|---|---|---|
| **c** | Beginning balance . . . . . . . . . . . . | 1c | |
| **d** | Additions during the year . . . . . . . . . | 1d | |
| **e** | Distributions during the year . . . . . . . . | 1e | |
| **f** | Ending balance . . . . . . . . . . . . . | 1f | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . . ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII . . . . ☐

| Part V | **Endowment Funds.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|---|
| **1a** | Beginning of year balance . . . . | | | | | |
| **b** | Contributions . . . | | | | | |
| **c** | Net investment earnings, gains, and losses | | | | | |
| **d** | Grants or scholarships . . . | | | | | |
| **e** | Other expenditures for facilities and programs . . . | | | | | |
| **f** | Administrative expenses . . . . | | | | | |
| **g** | End of year balance . . . . . . | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ .......................................

**b** Permanent endowment ▶ .......................................

**c** Term endowment ▶ .......................................

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations . . . . . . . . . . . . . . . . . . . | 3a(i) | | |
| **(ii)** Related organizations . . . . . . . . . . . . . . . . . . . | 3a(ii) | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . | 3b | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| Part VI | **Land, Buildings, and Equipment.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . | | 6,352,555 | | 6,352,555 |
| **b** Buildings . . . . | | 13,755,740 | 6,767,901 | 6,987,839 |
| **c** Leasehold improvements | | 2,715,074 | 1,600,160 | 1,114,914 |
| **d** Equipment . . . . | | 116,594,294 | 71,108,665 | 45,485,629 |
| **e** Other . . . . . . | | 115,573,659 | 10,886,238 | 104,687,421 |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . ▶ | | | | 164,628,358 |

**Schedule D (Form 990) 2019**

Schedule D (Form 990) 2019 **Page 3**

| Part VII | **Investments Other Securities.** |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11b.See Form 990, Part X, line 12.

| **(a)** Description of security or category (including name of security) | **(b)** Book value | **(c)** Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives . . . . . . . . . . | | |
| **(2)** Closely-held equity interests . . . . . . . . | | |
| **(3)** Other _____ | | |
| (A) PGA TOUR HOLDINGS, INC. & SUBS | 585,819,877 | C |
| | | |
| (B) INVESTMENT PARTNERSHIPS | 38,920,996 | F |
| | | |
| (C) ANNUITIES | 80,382,209 | F |

| | | |
|---|---|---|
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (I) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col. (B) line 12.)* ▶ | 705,123,082 | |

**Part VIII**    **Investments   Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| **(a)** Description of investment | **(b)** Book value | **(c)** Method of valuation: Cost or end-of-year market value |
|---|---|---|
| **(2)** | | |
| **(3)** | | |
| **(4)** | | |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **(10)** | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 13.)* ▶ | | |

**Part IX**    **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| **(a)** Description | **(b)** Book value |
|---|---|
| **(2)** | |
| **(3)** | |
| **(4)** | |
| **(5)** | |
| **(6)** | |
| **(7)** | |
| **(8)** | |
| **(9)** | |
| **(10)** | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 15.)* . . . . . . . . . . . ▶ | |

**Part X**    **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f.See Form 990, Part X, line 25.

| **1.** | **(a)** Description of liability | **(b)** Book value |
|---|---|---|
| **(1)** Federal income taxes | | 0 |
| **(5)** | | |
| **(6)** | | |
| **(7)** | | |
| **(8)** | | |
| **(9)** | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col.(B) line 25.)* ▶ | | 1,627,299,170 |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☑

organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ▬

**Schedule D (Form 990) 2019**

─────────────────── Page 4 ───────────────────

Schedule D (Form 990) 2019                                                                          Page **4**

| Part XI | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** |
|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. |

| | | | |
|---|---|---|---|
| **1** | Total revenue, gains, and other support per audited financial statements  .  .  .  .  .  .  . | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | |
| **a** | Net unrealized gains (losses) on investments  .  .  .  .  . | **2a** | |
| **b** | Donated services and use of facilities  .  .  .  .  .  .  . | **2b** | |
| **c** | Recoveries of prior year grants  .  .  .  .  .  .  .  . | **2c** | |
| **d** | Other (Describe in Part XIII.)  .  .  .  .  .  .  .  . | **2d** | |
| **e** | Add lines **2a** through **2d**  .  .  .  .  .  .  .  . | **2e** | |
| **3** | Subtract line **2e** from line **1**  .  .  .  .  .  .  . | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b  . | **4a** | |
| **b** | Other (Describe in Part XIII.)  .  .  .  .  .  .  .  . | **4b** | |
| **c** | Add lines **4a** and **4b**  .  .  .  .  .  .  .  .  . | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12.)  .  .  .  .  . | **5** | |

| Part XII | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** |
|---|---|
| | Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a. |

| | | | |
|---|---|---|---|
| **1** | Total expenses and losses per audited financial statements  .  .  .  .  .  .  . | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | |
| **a** | Donated services and use of facilities  .  .  .  .  .  .  . | **2a** | |
| **b** | Prior year adjustments  .  .  .  .  .  .  .  .  . | **2b** | |
| **c** | Other losses  .  .  .  .  .  .  .  .  .  .  . | **2c** | |
| **d** | Other (Describe in Part XIII.)  .  .  .  .  .  .  .  . | **2d** | |
| **e** | Add lines **2a** through **2d**  .  .  .  .  .  .  .  . | **2e** | |
| **3** | Subtract line **2e** from line **1**  .  .  .  .  .  .  . | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line **1:** | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b  .  . | **4a** | |
| **b** | Other (Describe in Part XIII.)  .  .  .  .  .  .  .  . | **4b** | |
| **c** | Add lines **4a** and **4b**  .  .  .  .  .  .  .  .  . | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18.)  .  .  .  .  . | **5** | |

| Part XIII | Supplemental Information |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

| Return Reference | Explanation |
|---|---|
| PART X, LINE 2 - ASC 740 FOOTNOTE | THE TOUR AND ITS SUBSIDIARIES FOLLOW AUTHORITATIVE GUIDANCE WHICH PRESCRIBES A MINIMUM PROBABILITY RECOGNITION THRESHOLD AND MEASUREMENT PROCESS OF TAX BENEFIT(S) ARISING FROM AN UNCERTAIN TAX POSITION ONLY IF IT MEETS A MORE LIKELY T NOT SUSTAINABILITY UNDER EXAMINATION THRESHOLD, INCLUDING APPEALS AND LITIGATIO THE CURRENT YEAR'S EXAMINATION RESULTED IN NO RECOGNITION OF ANY BENEFIT OR LIABILITY ASSOCIATED WITH AN UNCERTAIN TAX POSITION. |

**Schedule D (Form 990) 2019**

─────────────────────────────

# Additional Data

[ Return to Form ]

**Software ID:**

**Software Version:**

↑ Back to Top

**SCHEDULE F**
**(Form 990)**

# Statement of Activities Outside the United States

OMB No. 1545-0047

**2019**

► **Complete if the organization answered "Yes" to Form 990, Part IV, line 14b, 15, or 16.**
► **Attach to Form 990.**
► **Go to** *www.irs.gov/Form990* **for instructions and the latest information.**

Department of the Treasury
Internal Revenue Service

Open to Public
Inspection

Name of the organization
PGA TOUR INC

Employer identification number
52-0999206

## Part I   General Information on Activities Outside the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 14b.

**1**   **For grantmakers.** Does the organization maintain records to substantiate the amount of its grants and other assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance?   .   .   .   .   .   .   .   .   .   .   .   .   .   ☑ **Yes**   ☐ **No**

**2**   **For grantmakers.** Describe in Part V the organization's procedures for monitoring the use of its grants and other assistance outside the United States.

**3**   Activites per Region. (The following Part I, line 3 table can be duplicated if additional space is needed.)

| **(a)** Region | **(b)** Number of offices in the region | **(c)** Number of employees, agents, and independent contractors in the region | **(d)** Activities conducted in region (by type) (such as, fundraising, program services, investments, grants to recipients located in the region) | **(e)** If activity listed in (d) is a program service, describe specific type of service(s) in the region | **(f)** Total expenditures for and investments in the region |
|---|---|---|---|---|---|
| Central America and the Caribbean | 0 | 0 | Program Services | TELEVISION RIGHTS | 0 |
| East Asia and the Pacific | 0 | 0 | Program Services | TELEVISION RIGHTS | 0 |
| Europe (Including Iceland and Greenland) | 0 | 0 | Program Services | TELEVISION RIGHTS | 0 |
| Middle East and North Africa | 0 | 0 | Program Services | TELEVISION RIGHTS | 0 |
| North America | 0 | 0 | Program Services | TELEVISION RIGHTS | 0 |
| Sub-Saharan Africa | 0 | 0 | Program Services | TELEVISION RIGHTS | 0 |
| East Asia and the Pacific | 3 | 11 | Program Services | TOURNAMENT MANAGED | 3,605,168 |
| North America | 1 | 6 | Program Services | TOURNAMENT MANAGED | 574,158 |
| Europe (Including Iceland and Greenland) | 1 | 6 | Program Services | CONSULTING | 1,389,472 |
| Europe (Including Iceland and Greenland) | 0 | 0 | Investments | | 10,000,000 |
| East Asia and the Pacific | 0 | 0 | Grantmaking | | 1,298,197 |
| Europe (Including Iceland and Greenland) | 0 | 0 | Grantmaking | | 15,000 |
| North America | 0 | 0 | Grantmaking | | 1,231,741 |
| South America | 0 | 0 | Grantmaking | | 58,333 |
| | | | | | |
| | | | | | |
| | | | | | |
| **3a** Sub-total .   .   .   . | 5 | 23 | | | 18,172,069 |
| **b** Total from continuation sheets to Part I .   .   . | | | | | |
| **c Totals** (add lines 3a and 3b) | 5 | 23 | | | 18,172,069 |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.      Cat. No. 50082W      **Schedule F (Form 990) 2019**

---

Page 2

---

Schedule F (Form 990) 2019

## Part II   Grants and Other Assistance to Organizations or Entities Outside the United States. Complete if the organization answered "Yes" on Form 990, Part IV, line 15, for any recipient who received more than $5,000. Part II can be duplicated if additional space is needed.

| **1** | **(a)** Name of organization | **(b)** IRS code section and EIN (if applicable) | **(c)** Region | **(d)** Purpose of grant | **(e)** Amount of cash grant | **(f)** Manner of cash disbursement | **(g)** Amount of noncash assistance |
|---|---|---|---|---|---|---|---|
| | | | East Asia and the Pacific | GENERAL SUPPORT | 50,000 | WIRE | |

| | | Region | Purpose | Amount | Manner | |
|---|---|---|---|---|---|---|
| | | North America | GENERAL SUPPORT | 6,000 | WIRE | |
| | | North America | GENERAL SUPPORT | 124,400 | WIRE | |
| | | Europe (Including Iceland and Greenland) | GENERAL SUPPORT | 15,000 | WIRE | |
| | | North America | GENERAL SUPPORT | 9,497 | WIRE | |
| | | South America | GENERAL SUPPORT | 8,333 | WIRE | |
| | | East Asia and the Pacific | GENERAL SUPPORT | 13,839 | WIRE | |
| | | North America | GENERAL SUPPORT | 9,538 | WIRE | |
| | | East Asia and the Pacific | GENERAL SUPPORT | 400,000 | WIRE | 56 |
| | | North America | GENERAL SUPPORT | 9,405 | WIRE | |
| | | East Asia and the Pacific | GENERAL SUPPORT | 117,630 | WIRE | |
| | | North America | GENERAL SUPPORT | 400,000 | WIRE | |
| | | South America | GENERAL SUPPORT | 50,000 | WIRE | |
| | | North America | GENERAL SUPPORT | 50,000 | WIRE | |
| | | North America | GENERAL SUPPORT | 10,000 | WIRE | |
| | | North America | GENERAL SUPPORT | 9,345 | WIRE | |
| | | North America | GENERAL SUPPORT | 50,000 | WIRE | |
| | | North America | GENERAL SUPPORT | 15,057 | WIRE | |
| | | East Asia and the Pacific | GENERAL SUPPORT | 69,194 | WIRE | |
| | | North America | GENERAL SUPPORT | 9,400 | WIRE | |
| | | East Asia and the Pacific | GENERAL SUPPORT | 50,000 | WIRE | |
| | | North America | GENERAL SUPPORT | 240,000 | WIRE | |
| | | North America | GENERAL SUPPORT | 50,000 | WIRE | |
| | | North America | GENERAL SUPPORT | 9,370 | WIRE | |
| | | North America | GENERAL SUPPORT | 7,529 | WIRE | |
| | | North America | GENERAL SUPPORT | 9,394 | WIRE | |
| | | North America | GENERAL SUPPORT | 9,600 | WIRE | |
| | | East Asia and the Pacific | GENERAL SUPPORT | 541,478 | WIRE | |
| | | North America | GENERAL SUPPORT | 169,383 | WIRE | |

2  Enter total number of recipient organizations listed above that are recognized as charities by the foreign country, recognized as tax exempt by the IRS, or for which the grantee or counsel has provided a section 501(c)(3) equivalency letter . . . . . . . .

3  Enter total number of other organizations or entities . . . . . . . . . . . . . . . . . . . . . . . . .

———————————— Page 3 ————————————

Schedule F (Form 990) 2019

**Part III**  **Grants and Other Assistance to Individuals Outside the United States.** Complete if the organization answered
Part III can be duplicated if additional space is needed.

| **(a)** Type of grant or assistance | **(b)** Region | **(c)** Number of recipients | **(d)** Amount of cash grant | **(e)** Manner of cash disbursement | **(f)** Amount of noncash assistance | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page 4

---

Schedule F (Form 990) 2019                                                                 Page **4**

**Part IV**     **Foreign Forms**

1   Was the organization a U.S. transferor of property to a foreign corporation during the tax year? *If "Yes," the organization may be required to file Form 926, Return by a U.S. Transferor of Property to a Foreign Corporation (see Instructions for Form 926)* . . . . . . . . . . . . . . . . . . . . . . . . . . .     ☑ Yes   ☐ No

2   Did the organization have an interest in a foreign trust during the tax year? *If "Yes," the organization may be required to separately file Form 3520, Annual Return to Report Transactions with Foreign Trusts and Receipt of Certain Foreign Gifts, and/or Form 3520-A, Annual Information Return of Foreign Trust With a U.S. Owner (see Instructions for Forms 3520 and 3520-A; don't file with Form 990)* . . . . . . . . . . . . .     ☐ Yes   ☑ No

3   Did the organization have an ownership interest in a foreign corporation during the tax year? *If "Yes," the organization may be required to file Form 5471, Information Return of U.S. Persons with Respect to Certain Foreign Corporations. (see Instructions for Form 5471)* . . . . . . . . . . . . . . . . .     ☑ Yes   ☐ No

4   Was the organization a direct or indirect shareholder of a passive foreign investment company or a qualified electing fund during the tax year? *If "Yes," the organization may be required to file Form 8621, Information Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing Fund. (see Instructions for Form 8621)* .     ☐ Yes   ☑ No

5   Did the organization have an ownership interest in a foreign partnership during the tax year? *If "Yes," the organization may be required to file Form 8865, Return of U.S. Persons with Respect to Certain Foreign Partnerships (see Instructions for Form 8865)* . . . . . . . . . . . . . . . . . . . . .     ☐ Yes   ☑ No

6   Did the organization have any operations in or related to any boycotting countries during the tax year? *If "Yes," the organization may be required to separately file Form 5713, International Boycott Report (see Instructions for Form 5713; don't file with Form 990).* . . . . . . . . . . . . . . . . . .     ☑ Yes   ☐ No

**Schedule F (Form 990) 2019**

Page 5

---

Schedule F (Form 990) 2019                                                                 Page **5**

**Part V**     **Supplemental Information**
Provide the information required by Part I, line 2 (monitoring of funds); Part I, line 3, column (f) (accounting method; amounts of investments vs. expenditures per region); Part II, line 1 (accounting method); Part III (accounting method); and Part III, column (c) (estimated number of recipients), as applicable. Also complete this part to provide any additional information. See instructions.

| ReturnReference | Explanation |
|---|---|

| Schedule F, Part I ln 2 | PGA TOUR, INC. ENSURES THAT FOREIGN ORGANIZATIONS RECEIVING GRANTS ARE THE EQUIVALENT OF A U.S. EXEMPT ORGANIZATION OR AN ORGANIZATION WHOSE PURPOSE IS IN LINE WITH PGA TOUR'S EXEMPT PURPOSE PRIOR TO DISTRIBUTING GRANTS. GRANTS ARE NOT MONITORED AFTER ISSUANCE BECAUSE OF INITIAL DUE DILIGENCE. |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Schedule F (Form 990) 2019**

## Additional Data

**Software ID:**

**Software Version:**

↑ Back to Top

**efile Public Visual Render**    **ObjectId: 202023219349309777 - Submission: 2020-11-16**

Note: To capture the full content of this document, please select landscape mode (11" x 8.5") when printing.

**Schedule I**
**(Form 990)**

# Grants and Other Assistance to Organizations, Governments and Individuals in the United States

**Complete if the organization answered "Yes," on Form 990, Part IV, line 21 or 22.**
▶ **Attach to Form 990.**
▶ **Go to www.irs.gov/Form990 for the latest information.**

Department of the Treasury
Internal Revenue Service

Name of the organization
PGA TOUR INC

| Part I | General Information on Grants and Assistance |
| --- | --- |

**1**   Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, the selection criteria used to award the grants or assistance?   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .

**2**   Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

| Part II | Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" o that received more than $5,000. Part II can be duplicated if additional space is needed. |
| --- | --- |

| **(a)** Name and address of organization or government | **(b)** EIN | **(c)** IRC section (if applicable) | **(d)** Amount of cash grant | **(e)** Amount of non-cash assistance | **(f)** Method of valuation (book, FMV, appraisal, other) |
| --- | --- | --- | --- | --- | --- |
| (1) 100 BLACK MEN OF AMERICA INC 141 AUBURN AVE NE ATLANTA, GA 30303 | 58-1974429 | 501(C)(3) | 10,000 | | |
| (2) 3M OPEN FUND 11074 RADISSON RD NE BLAINE, MN 55449 | 83-0995816 | 501(C)(3) | 175,000 | | |
| (3) ABACO RESCUE FUND 84-2977702 | 84-2977702 | 501(C)(3) | 10,000 | | |

| | | | | | |
|---|---|---|---|---|---|
| NON-PROFIT CORPORATION<br>2 SAN DIEGO RD<br>PONTE VEDRA, FL  32082 | | | | | |
| (4) ADVOCATES USA INC<br>4859 SLAUSON AVENUE<br>LOS ANGELES, CA  90056 | 20-8922261 | 501(C)(3) | 25,000 | | |
| (5) AIR CAPITAL CHARITIES<br>INC<br>9727 E SHANNON WOODS CIR<br>STE 100<br>WICHITA, KS  67226 | 46-2001743 | 501(C)(3) | 10,000 | | |
| (6) AKRON-CANTON REGIONAL<br>FOODBANK<br>350 OPPORTUNITY PKWY<br>AKRON, OH  44307 | 34-1369388 | 501(C)(3) | 100,000 | | |
| (7) ALICE B LANDRUM MIDDLE<br>SCHOOL PTO INC<br>230 LANDRUM LN<br>PONTE VEDRA, FL  32082 | 59-3074608 | 501(C)(3) | 7,900 | | |
| (8) ALLIANCE OF FAMILIES<br>FIGHTING PANCREATIC<br>CANCER<br>11768 CALLA LILLY CT<br>PALM BCH GDNS, FL  33418 | 80-0874948 | 501(C)(3) | 15,000 | | |
| (9) ALZHEIMERS DISEASE AND<br>RELATED DISORDERS<br>ASSOCIATI<br>225 N MICHIGAN AVE STE<br>1700<br>CHICAGO, IL  60601 | 13-3039601 | 501(C)(3) | 16,320 | | |
| (10) AMERICAN ASSOCIATES<br>OF THE NATIONAL THEATRE<br>INC<br>247 WEST 30TH ST<br>NEW YORK, NY  10001 | 13-4140412 | 501(C)(3) | 25,000 | | |
| (11) AMERICAN AUSTRALIAN<br>ASSOCIATION INC<br>50 BROADWAY STE 2003<br>NEW YORK, NY  10004 | 13-6151807 | 501(C)(3) | 491,000 | | |
| (12) AMERICAN CANCER<br>SOCIETY INC<br>250 WILLIAMS ST STE 400<br>ATLANTA, GA  30303 | 13-1788491 | 501(C)(3) | 66,000 | | |
| (13) AMERICAN HEART<br>ASSOCIATION INC<br>7272 GREENVILLE AVE<br>DALLAS, TX  75231 | 13-5613797 | 501(C)(3) | 10,000 | | |
| (14) AMERICAN JUNIOR GOLF<br>ASSOCIATION<br>1980 SPORTS CLUB DR<br>BRASELTON, GA  30517 | 58-1433914 | 501(C)(3) | 100,000 | | |
| (15) AMERICAN NATIONAL RED<br>CROSS<br>431 18TH ST NW<br>WASHINGTON, DC  20006 | 53-0196605 | 501(C)(3) | 25,500 | | |
| (16) AMERICAS PROMISE-THE<br>ALLIANCE FOR YOUTH<br>1110 VERMONT AVE NW STE<br>900<br>WASHINGTON, DC  20005 | 54-1848713 | 501(C)(3) | 7,500 | | |
| (17) ANGELES VIVIENTES INC<br>URB COSTA DE ORO<br>COSTA DE ORO C-3<br>DORADO, PR  00646 | 66-0846412 | 501(C)(3) | 8,850 | | |
| (18) ANGELWOOD INC<br>5600 SPRING PARK RD STE<br>200<br>JACKSONVILLE, FL  32216 | 59-3212078 | 501(C)(3) | 15,775 | | |
| (19) ARIZONA COMMUNITY<br>FOUNDATION<br>2201 E CAMELBACK RD NO<br>405B<br>PHOENIX, AZ  85016 | 86-0348306 | 501(C)(3) | 14,205 | | |
| (20) ARNIES ARMY<br>CHARITABLE EVENTS<br>FOUNDATION INC<br>9000 BAY HILL BLVD<br>ORLANDO, FL  32819 | 81-3305976 | 501(C)(3) | 150,000 | | |
| (21) ARNOLD & WINNIE<br>PALMER FOUNDATION INC<br>9000 BAY HILL BLVD | 46-5468220 | 501(C)(3) | 225,000 | | |

ORLANDO, FL 32819

| | | | | | |
|---|---|---|---|---|---|
| (22) ASTROS GOLF FOUNDATION 501 CRAWFORD ST STE 500 HOUSTON, TX 77002 | 83-1791157 | 501(C)(3) | 175,000 | | |
| (23) AUGUSTINE LITERACY PROJECT-CHARLOTTE 115 W 7TH ST CHARLOTTE, NC 28202 | 83-0822641 | 501(C)(3) | 12,000 | | |
| (24) AUSTIN PARKS FOUNDATION 1023 SPRINGDALE RD SUITE 4B AUSTIN, TX 78721 | 74-2648803 | 501(C)(3) | 118,750 | | |
| (25) BAPTIST HEALTH SYSTEM FOUNDATION INC 1660 PRUDENTIAL DR STE 203 JACKSONVILLE, FL 32207 | 59-2487135 | 501(C)(3) | 476,500 | 391 FMV | M |
| (26) BARBARA BUSH FOUNDATION FOR FAMILY LITERACY INC 516 N ADAMS ST TALLAHASSEE, FL 32301 | 26-0587238 | 501(C)(3) | 10,000 | | |
| (27) BARTRAM BEARS ATHLETIC BOOSTER CLUB 7399 LONGLEAF PINE PKWY ST JOHNS, FL 32259 | 38-3652548 | 501(C)(3) | 20,910 | | |
| (28) BASCA INC 352 STOWE AVE ORANGE PARK, FL 32073 | 59-3318252 | 501(C)(3) | 7,500 | | |
| (29) BATON ROUGE AREA KIDS FORE GOLF FOUNDATION 427 HIDDEN LAKE CT BATON ROUGE, LA 70810 | 82-1941767 | 501(C)(3) | 10,000 | | |
| (30) BEACHES EMERGENCY ASSISTANCE MINISTRY INC 850 6TH AVE S STE 400 JAX BCH, FL 32250 | 59-2564222 | 501(C)(3) | 6,000 | | |
| (31) BEACHES FINE ARTS SERIES INC 416 12TH AVE N JAX BCH, FL 32250 | 59-2989136 | 501(C)(3) | 10,000 | | |
| (32) BEATITUDES CAMPUS FOUNDATION 1610 W GLENDALE AVE PHOENIX, AZ 85021 | 86-0649306 | 501(C)(3) | 7,500 | | |
| (33) BEGIN AGAIN FOUNDATION PO BOX 6029 VIRGINIA BCH, VA 23456 | 47-5223416 | 501(C)(3) | | 70,000 FMV | M |
| (34) BELOVED COMMUNITY CHARTER SCHOOL INC 508 GRAND ST JERSEY CITY, NJ 07302 | 45-3689749 | 501(C)(3) | 12,000 | | |
| (35) BIG BROTHERS BIG SISTERS OF NORTHEAST FLORIDA INC 40 EAST ADAMS ST 200 JACKSONVILLE, FL 32202 | 59-0683256 | 501(C)(3) | 17,000 | | |
| (36) BLESSINGS IN A BACKPACK INC PO BOX 7725 LOUISVILLE, KY 40257 | 26-1964620 | 501(C)(3) | 56,333 | | |
| (37) BOARD OF TRUSTEES FOR THE FLORIDA SCHOOL FOR THE D 207 SAN MARCO AVE ST AUGUSTINE, FL 32084 | 59-3206619 | 501(C)(3) | 7,800 | | |
| (38) BOBBY JONES GOLF COURSE FOUNDATION INC 2560 BROOKDALE DR NW ATLANTA, GA 30305 | 81-0778972 | 501(C)(3) | 10,000 | | |
| (39) BOROUGH OF KINNELON RECREATION DEPARTMENT 1 ALPINE DR KINNELON, NJ 07405 | 22-6002565 | 115 | 12,256 | | |
| (40) BOY SCOUTS OF AMERICA 1325 W WALNUT HILL LN IRVING, TX 75038 | 22-1576300 | 501(C)(3) | 43,200 | | |
| (41) BOYS & GIRLS CLUBS OF | 13-5562976 | 501(C)(3) | 10,000 | | |

| Name and Address | EIN | | Amount | | |
|---|---|---|---|---|---|
| AMERICA 1275 PEACHTREE STREET NW ATLANTA, GA 30309 | | | | | |
| (42) BOYS & GIRLS CLUBS OF METROPOLITAN PHOENIX INC 4309 E BELLEVIEW ST PHOENIX, AZ 85008 | 86-0107639 | 501(C)(3) | 20,600 | | |
| (43) BOYS AND GIRLS CLUBS OF AUSTIN AND TRAVIS COUNTY I 6648 ED BLUESTEIN BLVD AUSTIN, TX 78723 | 74-6087356 | 501(C)(3) | 118,750 | | |
| (44) BOYS AND GIRLS CLUBS OF NORTHEAST FLORIDA INC 555 W 25TH ST JACKSONVILLE, FL 32206 | 59-6167630 | 501(C)(3) | 38,910 | | |
| (45) BOYS CLUB OF NEW YORK INC 287 E 10TH ST NEW YORK, NY 10009 | 13-5591750 | 501(C)(3) | 25,000 | | |
| (46) BRIGHTER DAYS FOUNDATION PO BOX 2903 N CANTON, OH 44720 | 45-3601700 | 501(C)(3) | | 32,000 | FMV | M |
| (47) BROOME COUNTY COMMUNITY CHARITIES INC PO BOX 5571 ENDICOTT, NY 13763 | 23-7379949 | 501(C)(3) | 105,000 | | |
| (48) BRYSON DECHAMBEAU FOUNDATION 276 5TH AVE RM 711 NEW YORK, NY 10001 | 83-2520590 | 501(C)(3) | 65,000 | | |
| (49) CAF AND CNL CHARITY GOLF TOURNAMENT 136 SAWMILL LAKES BLVD PONTE VEDRA, FL 32082 | 45-3268049 | 501(C)(3) | 10,000 | | |
| (50) CANCER SUPPORT COMMUNITY-ARIZONA 360 E PALM LN PHOENIX, AZ 85004 | 86-0897810 | 501(C)(3) | 11,880 | | |
| (51) CARIBBEAN 12 STEP INC 1569 CALLE ALDA SAN JUAN, PR 00926 | 66-0797311 | 501(C)(3) | 15,000 | | |
| (52) CARIBE GIRL SCOUTS COUNCIL INC 500 CALLE ELISA COLBERG SAN JUAN, PR 00907 | 66-0200470 | 501(C)(3) | 8,850 | | |
| (53) CASA DE NINOS MANUEL FERNANDEZ JUNCOS INC SANTURCE SAN JUAN, PR 00912 | 66-0191935 | 501(C)(3) | 6,000 | | |
| (54) CASA LA PROVIDENCIA INC PO BOX 902061 SAN JUAN, PR 00902 | 66-0276597 | 501(C)(3) | 6,000 | | |
| (55) CATHEDRAL ARTS PROJECT INC 207 N LAURA ST STE 300 JACKSONVILLE, FL 32202 | 59-3672453 | 501(C)(3) | 7,500 | | |
| (56) CENTURY CLUB CHARITIES INC 285 MARKETRIDGE DR RIDGELAND, MS 39157 | 64-0843787 | 501(C)(3) | 175,000 | | |
| (57) CENTURY CLUB OF SAN DIEGO 9404 GENESEE AVE STE 310 LA JOLLA, CA 92037 | 95-2145967 | 501(C)(3) | 175,000 | | |
| (58) CF FOUNDATION INC 3445 PEACHTREE RD NE STE 175 ATLANTA, GA 30326 | 58-1743909 | 501(C)(3) | 3,064,000 | | |
| (59) CHAMPIONS FOR EDUCATION INC 3700 GLENEAGLES RD CHARLOTTE, NC 28210 | 02-0615986 | 501(C)(3) | 180,000 | | |
| (60) CHARLEY HOFFMAN FOUNDATION 3914 MURPHY CANYON RD STE A170 SAN DIEGO, CA 92123 | 27-0878940 | 501(C)(3) | 14,000 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| (61) CHARLOTTE FAMILY HOUSING INC<br>300 HAWTHORNE LANE 3RD FLOOR<br>CHARLOTTE, NC  28204 | 58-1599120 | 501(C)(3) | 10,000 | | | |
| (62) CHARRO FOUNDATION<br>10533 E LAKEVIEW DR<br>SCOTTSDALE, AZ  85258 | 51-0168210 | 501(C)(3) | 50,100 | | | |
| (63) CHILD CANCER FUND INC<br>4720 SALISBURY RD<br>JACKSONVILLE, FL  32256 | 59-3359840 | 501(C)(3) | 5,560 | | | |
| (64) CHILDRENS GOLF FOUNDATION INC<br>7301 N HAVERHILL RD<br>RIVIERA BEACH, FL  33407 | 65-0262208 | 501(C)(3) | 10,000 | | | |
| (65) CHILDRENS HEALTHCARE CHARITY INC<br>C/O IMG 3300 PGA BLVD NO 800<br>PALM BEACH GARDENS, FL  33410 | 20-4394654 | 501(C)(3) | 180,000 | | | |
| (66) CHILDRENS HOME SOCIETY OF FLORIDA<br>482 S KELLER RD 3RD FLOOR<br>ORLANDO, FL  32810 | 59-0192430 | 501(C)(3) | 40,000 | | | |
| (67) CHILDRENS MIRACLE NETWORK<br>205 W 700 S<br>SALT LAKE CTY, UT  84101 | 87-0387205 | 501(C)(3) | 11,290 | | | |
| (68) CHRISTIAN HEALTH CARE CENTER<br>301 SICOMAC AVENUE BLDG 1<br>WYCKOFF, NJ  07481 | 22-1546163 | 501(C)(3) | 15,219 | | | |
| (69) CITY HARVEST INC<br>6 EAST 32ND STREET 5TH FL<br>NEW YORK, NY  10016 | 13-3170676 | 501(C)(3) | 10,000 | | | |
| (70) CITY YEAR INC<br>287 COLUMBUS AVENUE<br>BOSTON, MA  02116 | 22-2882549 | 501(C)(3) | 50,000 | | | |
| (71) COACHART ORG<br>312 ARIZONA AVE<br>SANTA MONICA, CA  90401 | 94-3389547 | 501(C)(3) | 10,000 | | | |
| (72) COASTAL CENTER FOR DEVELOPMENTAL SERVICES INC<br>PO BOX 13607<br>SAVANNAH, GA  31416 | 58-1401456 | 501(C)(3) | 5,023 | | | |
| (73) COLLEGE GOLF FELLOWSHIP<br>5098 FOOTHILL BLVD 3 UNIT 138<br>ROSEVILLE, CA  95747 | 55-0798282 | 501(C)(3) | 17,778 | | | |
| (74) COMMUNITIES IN SCHOOLS OF JACKSONVILLE<br>6261 DUPONT STATION CT E<br>JACKSONVILLE, FL  32217 | 59-3027895 | 501(C)(3) | 20,000 | | | |
| (75) COMMUNITY HOSPICE OF NORTHEAST FLORIDA FOUNDATION<br>4266 SUNBEAM ROAD<br>JACKSONVILLE, FL  32257 | 59-3583920 | 501(C)(3) | 131,620 | | | |
| (76) COPPERHEAD CHARITIES INC<br>36750 US HIGHWAY 19 N<br>PALM HARBOR, FL  34684 | 59-2319162 | 501(C)(3) | 180,000 | | | |
| (77) CROHNS & COLITIS FOUNDATION INC<br>733 3RD AVE STE 510<br>NEW YORK, NY  10017 | 13-6193105 | 501(C)(3) | 10,506 | | | |
| (78) CVS HEALTH CHARITY CLASSIC INC<br>1 CVS DR<br>WOONSOCKET, RI  02895 | 05-0508742 | 501(C)(3) | 250,000 | | | |
| (79) DAILYS FOUNDATION INC<br>7014 A C SKINNER PKWY STE 290<br>JACKSONVILLE, FL  32256 | 84-2438612 | 501(C)(3) | 10,000 | | | |
| (80) DAVIS LOVE III FOUNDATION<br>100 RETREAT RD<br>ST SIMONS IS, GA  31522 | 20-2920597 | 501(C)(3) | 375,000 | 25,000 | FMV | M |

| | | | | | | |
|---|---|---|---|---|---|---|
| ST SIMONS IS, GA 91522 | | | | | | |
| (81) DEPAUL SCHOOL OF NORTH EAST FLORIDA INC 3044 SAN PABLO RD S JACKSONVILLE, FL 32224 | 59-2112091 | 501(C)(3) | 5,660 | | | |
| (82) DESERT CLASSIC CHARITIES 78080 CALLE AMIGO LA QUINTA, CA 92253 | 33-0826474 | 501(C)(3) | 875,000 | | | |
| (83) DESERT RECREATION FOUNDATION 45305 OASIS ST INDIO, CA 92201 | 91-2143285 | 501(C)(3) | 30,000 | | | |
| (84) DETROIT GOLF FOUNDATION PO BOX 21728 DETROIT, MI 48221 | 46-3655916 | 501(C)(3) | 10,000 | | | |
| (85) DJ FOUNDATION INC 1097 TPC BLVD MURRELLS INLT, SC 29576 | 81-3501480 | 501(C)(3) | 30,000 | | | |
| (86) DOWNTOWN ECUMENICAL SERVICES COUNCIL INC 215 N OCEAN ST JACKSONVILLE, FL 32202 | 59-2437003 | 501(C)(3) | 10,000 | | | |
| (87) DREAMS COME TRUE OF JACKSONVILLE INC 6803 SOUTHPOINT PKWY JACKSONVILLE, FL 32216 | 59-2967803 | 501(C)(3) | 62,850 | | | |
| (88) ELEVATE PHOENIX 3750 W INDIAN SCHOOL RD PHOENIX, AZ 85019 | 90-0451740 | 501(C)(3) | 10,000 | | | |
| (89) ELS FOR AUTISM FOUNDATION 18370 LIMESTONE CREEK RD JUPITER, FL 33458 | 26-3520396 | 501(C)(3) | 15,000 | 35,000 | FMV | M |
| (90) EVANS SCHOLARS FOUNDATION 1 BRIAR RD GOLF, IL 60029 | 36-2518129 | 501(C)(3) | 177,500 | | | |
| (91) EXECUTIVE COUNCIL CHARITIES 4114 E INDIAN SCHOOL RD PHOENIX, AZ 85018 | 27-3923417 | 501(C)(3) | 166,500 | | | |
| (92) EXTRA BASES INC PO BOX 4996 AGUADILLA, PR 00605 | 66-0594469 | 501(C)(3) | 8,850 | | | |
| (93) EXTRA SPECIAL PEOPLE INC PO BOX 615 WATKINSVILLE, GA 30677 | 58-1710803 | 501(C)(3) | 50,000 | | | |
| (94) FELLOWSHIP OF CHRISTIAN ATHLETES 8701 LEEDS RD KANSAS CITY, MO 64129 | 44-0610626 | 501(C)(3) | 21,270 | | | |
| (95) FIRST COAST WOMENS SERVICES 11215 SAN JOSE BLVD JACKSONVILLE, FL 32223 | 59-3200240 | 501(C)(3) | 35,000 | | | |
| (96) FIRST TEE NEW YORK INC 3545 JEROME AVE BRONX, NY 10467 | 31-1724122 | 501(C)(3) | 62,813 | | | |
| (97) FIRST TEE OF ATLANTA INC 1053 CASCADE CIR SW ATLANTA, GA 30311 | 58-2414794 | 501(C)(3) | 210,000 | | | |
| (98) FIRST TEE OF CENTRAL FLORIDA 1326 PALMETTO AVE WINTER PARK, FL 32789 | 27-0149539 | 501(C)(3) | 60,000 | | | |
| (99) FIRST TEE OF GREATER CHARLOTTE 2661 BARRINGER DR CHARLOTTE, NC 28208 | 56-2245026 | 501(C)(3) | 25,000 | | | |
| (100) FIRST TEE OF LOS ANGELES 3611 MOTOR AVE STE 110 LOS ANGELES, CA 90034 | 95-6051006 | 501(C)(3) | 6,875 | | | |
| (101) FIRST TEE OF MIAMI-DADE FOUNDATION INC 2800 PONCE DE LEON BLVD | 46-1112090 | 501(C)(3) | 25,000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| STE 1160<br>CORAL GABLES, FL  33134 | | | | | | |
| (102) FIRST TEE OF NORTH FLORDIA INC<br>475 W TOWN PL STE 115<br>ST AUGUSTINE, FL  32092 | 59-3577327 | 501(C)(3) | 288,106 | | | |
| (103) FIRST TEE OF THE QUAD CITIES<br>201 W 2ND ST STE 601<br>DAVENPORT, IA  52801 | 42-1510940 | 501(C)(3) | 10,000 | | | |
| (104) FIVE STAR VETERANS CENTER INC<br>40 ACME ST<br>JACKSONVILLE, FL  32211 | 45-3545974 | 501(C)(3) | 85,000 | 30,000 | FMV | M |
| (105) FLAGLER HEALTH CARE FOUNDATION INC<br>400 HEALTH PARK BLVD<br>ST AUGUSTINE, FL  32086 | 59-2440537 | 501(C)(3) | 200,000 | | | |
| (106) FLORIDA PROTON THERAPY INSTITUTE INC<br>2015 JEFFERSON ST<br>JACKSONVILLE, FL  32206 | 01-0554709 | 501(C)(3) | 10,000 | 1,040 | FMV | M |
| (107) FLORIDA STATE COLLEGE AT JACKSONVILLE FOUNDATION I<br>501 WEST STATE ST NO 104<br>JACKSONVILLE, FL  32202 | 23-7168438 | 501(C)(3) | 50,000 | | | |
| (108) FOLDS OF HONOR ARIZONA CHAPTER<br>7225 W OAKLAND ST STE 1<br>CHANDLER, AZ  85226 | 30-1007297 | 501(C)(3) | 11,449 | | | |
| (109) FOLDS OF HONOR FOUNDATION<br>8551 N 125TH EAST AVE STE 100<br>OWASSO, OK  74055 | 75-3240683 | 501(C)(3) | 60,000 | | | |
| (110) FOODSHARE INC<br>4156 SOUTHBANK RD<br>OXNARD, CA  93036 | 77-0018162 | 501(C)(3) | 23,663 | | | |
| (111) FORE KIDS FOUNDATION INC<br>11005 LAPALCO BLVD<br>AVONDALE, LA  70094 | 58-1940111 | 501(C)(3) | 175,000 | | | |
| (112) FORT WORTH COLONIAL CHARITIES INC<br>3735 COUNTRY CLUB CIR<br>FORT WORTH, TX  76109 | 46-3211083 | 501(C)(3) | 175,000 | | | |
| (113) FORT WORTH JUNIOR GOLF FOUNDATION INCORPORATED<br>1900 ROCKWOOD PARK DR N<br>FORT WORTH, TX  76114 | 20-5545252 | 501(C)(3) | 10,000 | | | |
| (114) FOUNDATION FOR YOUTH INITIATIVES IN KENTUCKY INC<br>4725 WILLMAN WAY<br>LEXINGTON, KY  40509 | 84-2222743 | 501(C)(3) | 10,000 | | | |
| (115) FRESH START SURGICAL GIFTS<br>2011 PALOMAR AIRPORT RD STE 206<br>CARLSBAD, CA  92011 | 33-0460177 | 501(C)(3) | 25,000 | | | |
| (116) FRIENDS OF HAWAII CHARITIES INC<br>1001 BISHOP ST<br>HONOLULU, HI  96813 | 99-0334032 | 501(C)(3) | 175,000 | | | |
| (117) FRIENDS OF THE CHILDRENS JUSTICE CENTER OF MAUI IN<br>1773 WILI PA LOOP STE A<br>WAILUKU, HI  96793 | 99-0281559 | 501(C)(3) | 42,075 | | | |
| (118) FRIENDS OF WASHOE COUNTY CHILD ADVOCACY CENTER<br>3983 S MCCARRAN BLVD BOX 455<br>RENO, NV  89502 | 81-2733506 | 501(C)(3) | 6,000 | | | |
| (119) FUNDACION AGENDA CIUDADANA INC<br>EL NUEVO DIA BUILDING1ST FLOOR | 66-0774675 | 501(C)(3) | 20,000 | | | |

GUAYNABO, PR 00968

| | | | | | | |
|---|---|---|---|---|---|---|
| (120) FUNDACION CAP INC<br>PO BOX 10807<br>SAN JUAN, PR 00922 | 66-0826249 | 501(C)(3) | 50,000 | | | |
| (121) FUNK - ZITIELLO<br>FOUNDATION<br>830-13 A1A NORTH 187 SUITE 13<br>PONTE VEDRA BEACH, FL 32082 | 81-3204321 | 501(C)(3) | 30,000 | | | |
| (122) GENERATION W INC<br>2320 3RD ST S STE 5<br>JAX BCH, FL 32250 | 46-4832199 | 501(C)(3) | 8,500 | | | |
| (123) GEORGIA STATE GOLF ASSOCIATION INC<br>121 VILLAGE PKWY BLDG 3<br>MARIETTA, GA 30067 | 58-1145042 | 501(C)(3) | 6,000 | | | |
| (124) GIRLS INCORPORATED OF JACKSONVILLE<br>100 FESTIVAL PARK AVE<br>JACKSONVILLE, FL 32202 | 59-1317196 | 501(C)(3) | 7,500 | | | |
| (125) GLOBALGIVING FOUNDATION INC<br>1110 VERMONT AVE NW STE 550<br>WASHINGTON, DC 20005 | 30-0108263 | 501(C)(3) | 175,000 | | | |
| (126) GOLDEN ISLES LEADERSHIP FOUNDATION INC<br>3528 DARIEN HWY STE 232<br>BRUNSWICK, GA 31525 | 46-1057428 | 501(C)(3) | 10,000 | | | |
| (127) GOLDEN PANTHER BOOSTER CLUB INC<br>10550 RAY RD<br>PONTE VEDRA, FL 32081 | 59-2846616 | 501(C)(3) | 10,570 | | | |
| (128) GOLF CHARITIES FOUNDATION INC<br>5671 SW ARCTIC DR<br>BEAVERTON, OR 97005 | 46-2580975 | 501(C)(3) | 175,000 | | | |
| (129) GOLF FIGHTS CANCER INC<br>300 ARNOLD PALMER BLVD<br>NORTON, MA 02766 | 34-1987772 | 501(C)(3) | 25,175 | 600 | FMV | M |
| (130) GOLF FORE FUN INC<br>PO BOX 236<br>CLEMMONS, NC 27012 | 20-8114680 | 501(C)(3) | 15,000 | | | |
| (131) GOODWILL ENDOWMENT INC<br>4527 LENOX AVE<br>JACKSONVILLE, FL 32205 | 59-3387329 | 501(C)(3) | 25,000 | | | |
| (132) GREATER AUSTIN FIRST TEE<br>5501 ED BLUESTEIN BLVD<br>AUSTIN, TX 78723 | 74-2930567 | 501(C)(3) | 305,000 | | | |
| (133) GREATER HARTFORD COMMUNITY FOUNDATION<br>90 STATE HOUSE SQ<br>HARTFORD, CT 06103 | 06-0639832 | 501(C)(3) | 305,000 | | | |
| (134) GREATER JACKSONVILLE AREA USO COUNCIL INC<br>PO BOX 108<br>JACKSONVILLE, FL 32212 | 59-1052424 | 501(C)(3) | 15,000 | | | |
| (135) HABITAT FOR HUMANITY INTERNATIONAL INC<br>797 MAYPORT RD<br>ATLANTIC BCH, FL 32233 | 65-0234544 | 501(c)(3) | 199,750 | | | |
| (136) HACKENSACK MERIDIAN HEALTH INC<br>160 ESSEX ST STE 101<br>LODI, NJ 07644 | 22-2339534 | 501(C)(3) | 128,700 | | | |
| (137) HALE MAKUA HEALTH SERVICES<br>472 KAULANA ST<br>KAHULUI, HI 96732 | 99-0080460 | 501(C)(3) | 62,425 | | | |
| (138) HANDA FOUNDATION INC<br>4009 CLOUDCREST DR<br>PLANO, TX 75074 | 45-4516515 | 501(C)(3) | 125,000 | | | |
| (139) HAWAII STATE JUNIOR GOLF ASSOCIATION INC<br>4330 KUKUI GROVE ST | 99-0335776 | 501(C)(3) | 14,000 | | | |

| | | | | | |
|---|---|---|---|---|---|
| LIHUE, HI 96766 | | | | | |
| (140) HEAL FOUNDATION INC<br>PO BOX 140<br>PONTE VEDRA, FL 32004 | 20-1944817 | 501(C)(3) | 5,600 | | |
| (141) HELPING HAND HOME<br>FOR CHILDREN<br>3804 AVENUE B<br>AUSTIN, TX 78751 | 74-1144638 | 501(C)(3) | 118,750 | | |
| (142) HERITAGE CLASSIC<br>FOUNDATION<br>PO BOX 3244<br>HILTON HEAD, SC 29928 | 57-0835114 | 501(C)(3) | 175,000 | | |
| (143) HOGAR FORJADORES DE<br>ESPERANZA INC<br>PO BOX 4181<br>BAYAMON, PR 00958 | 66-0481158 | 501(C)(3) | 9,000 | | |
| (144) HOUSTON GOLF<br>ASSOCIATION<br>7000 CAPITOL ST<br>HOUSTON, TX 77011 | 74-1486171 | 501(C)(3) | 1,000,000 | | |
| (145) HUBBARD HOUSE INC<br>PO BOX 4909<br>JACKSONVILLE, FL 32201 | 59-1814635 | 501(C)(3) | 5,150 | | |
| (146) HV3 FOUNDATION<br>255 W MLK BLVD STE 1306<br>CHARLOTTE, NC 28202 | 83-1779871 | 501(C)(3) | 30,000 | | |
| (147) HYDE LEADERSHIP<br>CHARTER SCHOOL<br>730 BRYANT AVENUE 4TH<br>FLOOR<br>BRONX, NY 10474 | 74-3162136 | 501(C)(3) | 25,000 | | |
| (148) I M SULZBACHER<br>CENTER FOR THE HOMELESS<br>INC<br>611 E ADAMS ST<br>JACKSONVILLE, FL 32202 | 59-3229898 | 501(C)(3) | 6,130 | | |
| (149) IAEVI-INSTITUTO DE<br>ADIESTRAMIENTO EMPLEO Y<br>VIDA I<br>PASEO 5 300 ALTURAS DE<br>BAYAMON<br>BAYAMON, PR 00956 | 66-0617512 | | 8,850 | | |
| (150) INSTITUTE FOR<br>EDUCATIONAL ACHIEVEMENT<br>INC<br>381 MADISON AVE<br>NEW MILFORD, NJ 07646 | 22-3391706 | 501(C)(3) | 25,000 | | |
| (151) INTERNATIONAL CENTER<br>FOR RESPONSIBLE GAMING<br>900 CUMMINGS CENTER SUITE<br>321-U<br>BEVERLY, MA 01915 | 52-1967802 | 501(C)(3) | 12,500 | | |
| (152) J A G A CHARITABLE<br>TRUST<br>6817 SOUTHPOINT PKY<br>JACKSONVILLE, FL 32216 | 23-7369497 | 501(C)(3) | 20,000 | | |
| (153) J WALTER CAMERON<br>CENTER<br>95 MAHALANI STREET<br>WAILUKU, HI 96793 | 99-0140273 | 501(C)(3) | 32,100 | | |
| (154) JACK NICKLAUS<br>MUSEUM INC<br>2355 OLENTANGY RIVER RD<br>COLUMBUS, OH 43210 | 65-0220781 | 501(C)(3) | 27,500 | | |
| (155) JACKSONVILLE ALUMNI<br>CHAPTER OF KAPPA ALPHA PSI<br>GUI<br>1751 UNIVERSITY BLVD S<br>JACKSONVILLE, FL 32216 | 59-3503848 | 501(C)(3) | 20,000 | | |
| (156) JACKSONVILLE BEACH<br>GOLF ASSOCIATION INC<br>13500 SUTTON PARK DR S STE<br>801<br>JACKSONVILLE, FL 32224 | 82-4835047 | 501(C)(3) | 5,900 | | |
| (157) JACKSONVILLE<br>CHILDRENS CHORUS INC<br>225 E DUVAL ST<br>JACKSONVILLE, FL 32202 | 59-3583678 | 501(C)(3) | 10,000 | | |
| (158) JACKSONVILLE<br>EPISCOPAL HIGH SCHOOL<br>FOUNDATION INC | 23-7003394 | 501(C)(3) | 20,000 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| FOUNDATION INC<br>4455 ATLANTIC BLVD<br>JACKSONVILLE, FL  32207 | | | | | | |
| (159) JACKSONVILLE JAGUARS<br>FOUNDATION INC<br>1 TIAA BANK FIELD DR<br>JACKSONVILLE, FL  32202 | 59-3249687 | 501(C)(3) | 22,500 | | | |
| (160) Fraternal Order of Police<br>Jacksonville Lodge 5-30<br>501 E BAY ST STE 204<br>JACKSONVILLE, FL  32202 | 59-3164354 | 501(C)(3) | 8,000 | | | |
| (161) JACKSONVILLE<br>SYMPHONY ASSOCIATION<br>300 WATER ST STE 200<br>JACKSONVILLE, FL  32202 | 59-6002520 | 501(C)(3) | 31,500 | | | |
| (162) JACKSONVILLE<br>UNIVERSITY<br>2800 UNIVERSITY BLVD N<br>JACKSONVILLE, FL  32211 | 59-0624412 | 501(C)(3) | 39,000 | | | |
| (163) JACKSONVILLE<br>WOLFSON CHILDRENS<br>HOSPITAL INC<br>1660 PRUDENTIAL DR STE 203<br>JACKSONVILLE, FL  32207 | 59-1452787 | 501(C)(3) | 8,130 | 1,074 | FMV | M |
| (164) JDRF INTERNATIONAL<br>200 VESEY STREET<br>NEW YORK, NY  10281 | 23-1907729 | 501(C)(3) | 33,600 | | | |
| (165) JERSEY CITY<br>EMPLOYMENT & TRAINING<br>PROGRAM INC<br>398 MARTIN LUTHER KING JR<br>DR<br>JERSEY CITY, NJ  07305 | 22-2602714 | 501(C)(3) | 45,000 | | | |
| (166) JOHNNY MILLER JUNIOR<br>GOLF FOUNDATION<br>PO BOX 970488<br>OREM, UT  84097 | 94-3208323 | 501(C)(3) | 10,000 | | | |
| (167) JORDAN SPIETH FAMILY<br>FOUNDATION<br>10719 BRIDGE HOLLOW CT<br>DALLAS, TX  75229 | 47-1894945 | 501(C)(3) | 15,000 | 48,000 | FMV | M |
| (168) JUNIOR ACHIEVEMENT<br>USA<br>4049 WOODCOCK DR STE 200<br>JACKSONVILLE, FL  32207 | 59-1021800 | 501(C)(3) | 50,420 | | | |
| (169) JUNIOR GOLF<br>ASSOCIATION OF ARIZONA<br>INC<br>10888 N 19TH AVE<br>PHOENIX, AZ  85029 | 86-0464216 | 501(C)(3) | 60,000 | | | |
| (170) JUNIOR LEAGUE OF<br>JACKSONVILLE INC<br>2165 PARK ST<br>JACKSONVILLE, FL  32204 | 59-0540916 | 501(C)(3) | 6,180 | | | |
| (171) K9S FOR WARRIORS INC<br>114 CAMP K9 RD<br>PONTE VEDRA, FL  32081 | 27-5219467 | 501(C)(3) | 10,225 | | | |
| (172) KA LIMA O MAUI LTD<br>95 MAHALANI STREET<br>WAILUKU, HI  96793 | 99-0105491 | 501(C)(3) | 27,275 | | | |
| (173) KEEP AUSTIN BEAUTIFUL<br>INC<br>55 NORTH IH-35 SUITE 215 NO<br>215<br>AUSTIN, TX  78702 | 74-2387541 | 501(C)(3) | 118,750 | | | |
| (174) KEVIN & BRITTANY<br>KISNER FOUNDATION<br>PO BOX 256<br>GRANITEVILLE, SC  29829 | 81-1444661 | 501(C)(3) | 765,000 | | | |
| (175) KEVIN NA FOUNDATION<br>2560 MONTESSOURI ST STE<br>208<br>LAS VEGAS, NV  89117 | 47-4287124 | 501(C)(3) | 15,000 | | | |
| (176) KIDS ACROSS AMERICA<br>FOUNDATION<br>2036 TIMBERLAKE RD<br>BRANSON, MO  65616 | 43-1348373 | 501(C)(3) | 105,000 | | | |
| (177) KNIGHTS OF COLUMBUS<br>DELAWARE VALLEY COUNCIL<br>7581<br>PO BOX 21 | 22-2324817 | 501(C)(8) | 8,000 | | | |

BAPTISTOWN, NJ 08803

| | | | | | |
|---|---|---|---|---|---|
| (178) KYLE PALMIERI FOUNDATION 65 MONROE AVE STE C PITTSFORD, NY 14534 | 82-3386658 | 501(C)(3) | 13,850 | | |
| (179) L ARCHE JACKSONVILLE INC 700 ARLINGTON RD N JACKSONVILLE, FL 32211 | 59-3117677 | 501(C)(3) | 8,000 | | |
| (180) LAHAINA JUNIOR GOLF ASSOCIATION PO BOX 10701 LAHAINA, HI 96761 | 27-3780968 | 501(C)(3) | 6,275 | | |
| (181) LAHAINALUNA HIGH SCHOOL FOUNDATION PO BOX 11617 LAHAINA, HI 96761 | 99-0348748 | 501(C)(3) | 65,425 | | |
| (182) LENS FRIENDS FOUNDATION INC 4745 SUTTON PARK CT JACKSONVILLE, FL 32224 | 59-3625461 | 501(C)(3) | 10,000 | | |
| (183) MALIVAI WASHINGTON KIDS FOUNDATION INC 1096 W 6TH ST JACKSONVILLE, FL 32209 | 59-3559150 | 501(C)(3) | 134,640 | | |
| (184) MANDARIN PRESBYTERIAN CHURCH 11844 MANDARIN RD JACKSONVILLE, FL 32223 | 59-0978265 | 501(C)(3) | 5,490 | | |
| (185) MARCH OF DIMES INC 1550 CRYSTAL DR STE 1300 ARLINGTON, VA 22202 | 13-1846366 | 501(C)(3) | 23,500 | | |
| (186) MAYO CLINIC 4500 SAN PABLO RD S JACKSONVILLE, FL 32224 | 59-0714831 | 501(C)(3) | 50,000 | | |
| (187) MBA OPEN DOORS FOUNDATION 1919 M STREET NW 5TH FLOOR WASHINGTON, DC 20036 | 32-0355086 | 501(C)(3) | 50,000 | | |
| (188) MCGUIRE RESEARCH INSTITUTE INC 1201 BROAD ROCK BLVD RICHMOND, VA 23249 | 54-1522206 | 501(C)(3) | 20,000 | | |
| (189) MCKENZIE NOELLE WILSON FOUNDATION MARK BAUM JACKSONVILLE, FL 32250 | 27-3388916 | 501(C)(3) | 50,000 | | |
| (190) MINNESOTA MINORITY JUNIOR GOLF ASSOCIATION INC 331 2ND AVE S STE 230 MINNEAPOLIS, MN 55401 | 41-1969601 | 501(C)(3) | 10,000 | | |
| (191) MISSISSIPPI JUNIOR GOLF FOUNDATION 400 CLUBHOUSE DR JACKSON, MS 39208 | 64-0943460 | 501(C)(3) | 10,000 | | |
| (192) MOMENTOUS INSTITUTE 106 EAST 10TH STREET SUITE 200 DALLAS, TX 75203 | 75-1855620 | 501(C)(3) | 30,000 | | |
| (193) MONIQUE BURR FOUNDATION FOR CHILDREN INC 7807 BAYMEADOWS RD E STE 205 JACKSONVILLE, FL 32256 | 59-3482715 | 501(C)(3) | 10,000 | | |
| (194) MONTEREY PENINSULA FOUNDATION 1 LOWER RAGSDALE DR BUILDING 3 MONTEREY, CA 93940 | 94-2541783 | 501(C)(3) | 180,000 | | |
| (195) MORGAN STANLEY GLOBAL IMPACT FUNDING TRUST INC 8910 PURDUE RD STE 500 INDIANAPOLIS, IN 46268 | 52-7082731 | 501(C)(3) | 50,000 | | |
| (196) MORTON FOUNDATION 7309 E LIVINGSTON AVE REYNOLDSBURG, OH 43068 | 31-1676188 | 501(C)(3) | 16,300 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| (197) MUSEUM OF SCIENCE & HISTORY OF JACKSONVILLE INC<br>1025 MUSEUM CIR<br>JACKSONVILLE, FL  32207 | 59-0651090 | 501(C)(3) | 10,000 | | | |
| (198) MV JUNIOR GOLF FOUNDATION INC<br>PO BOX 5455<br>TWIN FALLS, ID  83303 | 46-3584336 | 501(C)(3) | 15,000 | | | |
| (199) NATIONAL CHRISTIAN CHARITABLE FOUNDATION INC<br>11625 RAINWATER DR STE 500<br>ALPHARETTA, GA  30009 | 58-1493949 | 501(C)(3) | 26,000 | | | |
| (200) NATIONAL MULTIPLE SCLEROSIS SOCIETY<br>733 THIRD AVE 3RD FLOOR<br>NEW YORK, NY  10017 | 13-5661935 | 501(C)(3) | 83,700 | | | |
| (201) NATIONWIDE CHILDRENS HOSPITAL FOUNDATION<br>700 CHILDRENS DR<br>COLUMBUS, OH  43205 | 31-1036370 | 501(C)(3) | 52,700 | | | |
| (202) NATURAL HERITAGE TRUST<br>625 BROADWAY 2ND FLOOR<br>ALBANY, NY  12207 | 16-1019635 | 501(C)(3) | 250,000 | | | |
| (203) NCSO CHARITIES INC<br>77151 CITIZENS CIR<br>YULEE, FL  32097 | 46-3800036 | 501(C)(3) | 8,000 | | | |
| (204) NEVADA DISCOVERY MUSEUM<br>490 S CENTER ST<br>RENO, NV  89501 | 61-1474845 | 501(C)(3) | 15,000 | | | |
| (205) NEW HEIGHTS OF NORTHEAST FLORIDA INC<br>3311 BEACH BLVD<br>JACKSONVILLE, FL  32207 | 59-0718304 | 501(C)(3) | 10,000 | | | |
| (206) NEW HOPE EDUCATION AND ADDICTION SERVICES INC<br>8825 PERIMETER PARK BLVD STE 301<br>JACKSONVILLE, FL  32216 | 47-3436523 | 501(C)(3) | 30,000 | | | |
| (207) NEW JERSEY CITY UNIVERSITY FOUNDATION INC<br>2039 JOHN F KENNEDY BLVD<br>JERSEY CITY, NJ  07305 | 23-7261698 | 501(C)(3) | 8,000 | | | |
| (208) NEW JERSEY GOLF FOUNDATION INCORPORATED<br>811 RATTLESNAKE BRIDGE RD<br>BEDMINSTER, NJ  07921 | 20-1213527 | 501(C)(3) | 35,900 | | | |
| (209) NEW JERSEY YMCA STATE ALLIANCE INC<br>407 GREENWOOD AVE<br>TRENTON, NJ  08609 | 56-2467563 | 501(C)(3) | 8,000 | | | |
| (210) NEW JERSEY YOUTH DEVELOPMENT FOUNDATION<br>1 GOLF DR THE LEARNING CENTER<br>KENILWORTH, NJ  07033 | 11-3826837 | 501(C)(3) | 45,438 | | | |
| (211) NICKLAUS CHILDRENS HEALTH CARE FOUNDATION INC<br>11770 US HIGHWAY 1 STE 308<br>N PALM BEACH, FL  33408 | 57-1154352 | 501(C)(3) | 70,000 | | | |
| (212) NIGHT TO SHINE JACKSONVILLE INC<br>14286 BEACH BLVD STE 2<br>JACKSONVILLE, FL  32250 | 82-2071663 | 501(C)(3) | 7,000 | | | |
| (213) NORTH FLORIDA JUNIOR GOLF FOUNDATION INC<br>PO BOX 49163<br>JAX BCH, FL  32240 | 59-2876904 | 501(C)(3) | 79,770 | | | |
| (214) NORTH FLORIDA SCHOOL OF SPECIAL EDUCATION<br>223 MILL CREEK RD<br>JACKSONVILLE, FL  32211 | 59-3126545 | 501(C)(3) | 5,540 | | | |
| (215) NORTHEAST FLORIDA REGIONAL STEM2 HUB INC<br>139 PONTE VEDRA BLVD | 47-4302882 | 501(C)(3) | 25,000 | | | |

| | | | | | |
|---|---|---|---|---|---|
| PONTE VEDRA, FL 32082 | | | | | |
| (216) NORTHERN NEVADA CHILDRENS CANCER FOUNDATION INC 3550 BARRON WAY STE 9A RENO, NV 89511 | 20-8623503 | 501(C)(3) | 6,000 | | |
| (217) NORTHERN NEVADA YOUTH GOLF FOUNDATION 3550 BARRON WAY STE 10B RENO, NV 89511 | 88-0444732 | 501(C)(3) | 10,000 | | |
| (218) NORTHERN OHIO GOLF CHARITIES FOUNDATION INC 440 E WARNER RD AKRON, OH 44319 | 34-1712857 | 501(C)(3) | 300,000 | | |
| (219) NORTHERN TEXAS PGA FOUNDATION 15150 PRESTON RD STE 250 DALLAS, TX 75248 | 75-2216940 | 501(C)(3) | 55,000 | | |
| (220) OAKLAND A S COMMUNITY FUND 7000 COLISEUM OAKLAND, CA 94621 | 94-2826655 | 501(C)(3) | 10,000 | | |
| (221) OAKS CHARLOTTE 338 S SHARON AMITY RD NO 326 CHARLOTTE, NC 28211 | 82-3073175 | 501(C)(3) | 30,000 | | |
| (222) OHIOHEALTH CORPORATION 180 EAST BROAD STREET 33RD FL COLUMBUS, OH 43215 | 23-7446919 | 501(C)(3) | 20,000 | | |
| (223) OPERATION HEALING FORCES INC 380 PARK PLACE BOULEVARD SUITE 17 CLEARWATER, FL 33759 | 45-3798803 | 501(C)(3) | 7,000 | | |
| (224) OPERATION NEW HOPE 1830 N MAIN ST JACKSONVILLE, FL 32206 | 59-3590360 | 501(C)(3) | 10,000 | | |
| (225) OPERATION NEW UNIFORM INC 8825 PERIMETER PARK BLVD STE 503 JACKSONVILLE, FL 32216 | 80-0962807 | 501(C)(3) | 15,000 | | |
| (226) OPERATION SHOWER 7382 PERSHING AVE APT 1E SAINT LOUIS, MO 63130 | 26-1244512 | 501(C)(3) | 33,500 | | |
| (227) ORANGE PARK HIGH SCHOOL 2300 KINGSLEY AVE ORANGE PARK, FL 32073 | 59-6000552 | 115 | 7,500 | | |
| (228) PALM VALLEY ACADEMY PTO 700 BOBCAT LN PONTE VEDRA, FL 32081 | 82-4873549 | 501(C)(3) | 7,490 | | |
| (229) PARTNERSHIP FOR CLEAN COMPETITION RESEARCH COLLABO ONE OLYMPIC PLAZA COLORADO SPRINGS, CO 80909 | 42-1763805 | 501(C)(3) | 125,000 | | |
| (230) PGA TOUR CHARITIES INC 100 PGA TOUR BLVD PONTE VEDRA, FL 32082 | 59-2774423 | 501(C)(3) | 4,425,295 | | |
| (231) PGA TOUR EMPLOYEES EMERGENCY RELIEF FUND INC 100 PGA TOUR BLVD PONTE VEDRA, FL 32082 | 20-3580191 | 501(C)(3) | 9,000 | | |
| (232) PGA TOUR FIRST TEE FOUNDATION INC 425 SOUTH LEGACY TRAIL ST AUGUSTINE, FL 32092 | 83-4186070 | 501(C)(3) | 20,000 | | |
| (233) PHOENIX CHILDRENS HOSPITAL 1919 E THOMAS RD PHOENIX, AZ 85016 | 86-0422559 | 501(C)(3) | 60,000 | | |
| (234) PIEDMONT TRIAD CHARITABLE FOUNDATION 416 GALLIMORE DAIRY RD STE | 56-6085407 | 501(C)(3) | 180,000 | | |

| | | | | | |
|---|---|---|---|---|---|
| M<br>GREENSBORO, NC 27409 | | | | | |
| (235) PINE CASTLE INC<br>4911 SPRING PARK RD<br>JACKSONVILLE, FL 32207 | 59-0704733 | 501(C)(3) | 25,000 | | |
| (236) PLAYERS PHILANTHROPY<br>FUND<br>1122 KENILWORTH DR STE<br>502<br>TOWSON, MD 21204 | 27-6601178 | 501(C)(3) | 50,000 | 16,000 | FMV                M |
| (237) PONTE VEDRA BEACH<br>ROTARY FOUNDATION INC<br>PO BOX 70<br>PONTE VEDRA, FL 32004 | 59-2566435 | 501(C)(3) | 27,670 | | |
| (238) PONTE VEDRA PUBLIC<br>EDUCATION FOUNDATION INC<br>100 PGA TOUR BLVD<br>PONTE VEDRA, FL 32082 | 59-3333907 | 501(C)(3) | 40,000 | | |
| (239) PONTE VEDRA-PALM<br>VALLEY PARENT TEACHER<br>STUDENT ORG<br>630 A1A N<br>PONTE VEDRA, FL 32082 | 59-3075683 | 501(C)(3) | 13,380 | | |
| (240) PRO KIDS GOLF<br>ACADEMY INC<br>4085 52ND ST<br>SAN DIEGO, CA 92105 | 33-0617741 | 501(C)(3) | 15,000 | | |
| (241) PROFESSIONAL CADDIES<br>ASSISTANCE FOUNDATION INC<br>100 PGA TOUR BLVD<br>PONTE VEDRA, FL 32082 | 59-3266465 | 501(C)(3) | 50,000 | | |
| (242) PROVIDENCE SCHOOLS<br>OF JACKSONVILLE INC<br>2701 HODGES BLVD<br>JACKSONVILLE, FL 32224 | 59-3391416 | 501(C)(3) | 6,840 | | |
| (243) PUERTO RICO GOLF<br>ASSOCIATION<br>262 CALLE MATADERO<br>PUERTO NUEVO, PR 00920 | 66-0276473 | | 10,000 | | |
| (244) PUERTO RICO YOUTH AT<br>RISK INC<br>112 CALLE ARZUAGA STE 1201<br>SAN JUAN, PR 00925 | 66-0491142 | 501(C)(3) | 8,850 | | |
| (245) PV SHARKS BOOSTER<br>CLUB INC<br>PO BOX 3518<br>PONTE VEDRA, FL 32004 | 26-1906104 | 501(C)(3) | 45,115 | | |
| (246) QUAD CITIES GOLF<br>CLASSIC CHARITABLE<br>FOUNDATION<br>15623 COALTOWN RD<br>EAST MOLINE, IL 61244 | 93-1332421 | 501(C)(3) | 705,000 | | |
| (247) QUALITY EDUCATION<br>FOR KIDS INC<br>7 SYLVAN WAY<br>PARSIPPANY, NJ 07054 | 81-3843828 | 501(C)(3) | 25,000 | | |
| (248) REGIONAL FOOD BANK<br>OF NORTHEAST FLORIDA INC<br>1116 EGEWD AV N UNIT DE<br>JACKSONVILLE, FL 32254 | 46-5014769 | 501(C)(3) | 107,500 | | |
| (249) RENO-TAHOE OPEN<br>FOUNDATION<br>ONE EAST FIRST STREET 16TH<br>FLOOR<br>RENO, NV 89501 | 88-0412314 | 501(C)(3) | 178,000 | | |
| (250) RETHREADED INC<br>820 BARNETT ST<br>JACKSONVILLE, FL 32209 | 45-3036999 | 501(C)(3) | 10,000 | | |
| (251) RICHMOND ANIMAL<br>LEAGUE INC<br>11401 INTERNATIONAL DR<br>N CHESTERFLD, VA 23236 | 51-0240493 | 501(C)(3) | 7,000 | | |
| (252) RICHMOND FIRST TEE<br>9211 FOREST HILL AVE STE<br>104<br>RICHMOND, VA 23235 | 54-1886298 | 501(C)(3) | 7,000 | | |
| (253) RICHMOND FISHER<br>HOUSE FOUNDATION<br>300 ARBORETUM PL STE 660<br>N CHESTERFLD, VA 23236 | 27-3852276 | 501(C)(3) | 90,031 | | |
| (254) RICHIE FOWLER | 27-2492202 | 501(C)(3) | 15,000 | | |

| | | | | | |
|---|---|---|---|---|---|
| (254) RICKIE FOWLER FOUNDATION 170 WEST MAIN STREET PURCELLVILLE, VA 20132 | 27-3490792 | 501(C)(3) | 15,000 | | |
| (255) ROAD RUNNERS CLUB OF AMERICA PO BOX 24667 JACKSONVILLE, FL 32241 | 59-1829543 | 501(C)(3) | 25,000 | | |
| (256) RONALD MCDONALD HOUSE CHARITIES OF JACKSONVILLE IN 824 CHILDRENS WAY JACKSONVILLE, FL 32207 | 59-2625008 | 501(C)(3) | 53,740 | | |
| (257) ROTARY CLUB OF KONA COMMUNITY FOUNDATION PO BOX 3750 KAILUA KONA, HI 96745 | 99-0330726 | 501(C)(3) | 62,500 | | |
| (258) SAINT ANDREWS LIGHTHOUSE INC 1797 BEACH BLVD JAX BCH, FL 32250 | 31-1489868 | 501(C)(3) | 7,180 | | |
| (259) SALESMANSHIP CLUB CHARITABLE GOLF OF DALLAS INC 106 E TENTH ST 200 DALLAS, TX 75203 | 86-1118804 | 501(C)(3) | 175,000 | | |
| (260) SAN ANTONIO GOLF ASSOCIATION INC 915 E MULBERRY AVE SAN ANTONIO, TX 78212 | 74-1364915 | 501(C)(3) | 10,000 | | |
| (261) SAN DIEGO COUNTY JUNIOR GOLF ASSOCIATION INC 3914 MURPHY CANYON RD STE A170 SAN DIEGO, CA 92123 | 95-6095411 | 501(C)(3) | 10,000 | | |
| (262) SAN JORGE CHILDRENS FOUNDATION INC PO BOX 6719 SAN JUAN, PR 00914 | 66-0531105 | 501(C)(3) | 8,850 | | |
| (263) SAN JOSE CATHOLIC SCHOOL 4460 KINCARDINE DR JACKSONVILLE, FL 32257 | 59-2891494 | 501(C)(3) | 8,160 | | |
| (264) SCHWAB CHARITABLE FUND DBA CHAMP FAMILY GIVING FUN 211 MAIN STREET SAN FRANCISCO, CA 94105 | 31-1640316 | 501(C)(3) | 15,000 | | |
| (265) SECOND BAPTIST CHURCH OF RICHMOND 9614 RIVER RD RICHMOND, VA 23229 | 54-0524506 | 501(C)(3) | 8,000 | | |
| (266) SHANDS JACKSONVILLE MEDICAL CENTER INC 655 W 8TH ST JACKSONVILLE, FL 32209 | 59-2142859 | 501(C)(3) | 6,200 | | |
| (267) SHARK SHOOTOUT CHARITIES INC 2041 VISTA PKWY FL 2 WEST PALM BCH, FL 33411 | 65-0736877 | 501(C)(3) | 475,000 | | |
| (268) SHERWOOD COUNTRY CLUB CHARITABLE FOUNDATION INC 320 W STAFFORD RD THOUSAND OAKS, CA 91361 | 36-4766803 | 501(C)(3) | 25,000 | | |
| (269) SHRINERS HOSPITALS FOR CHILDREN 2900 N ROCKY POINT DR TAMPA, FL 33607 | 36-2193608 | 501(C)(3) | 250,000 | | |
| (270) SIGMA PI PHI FRATERNITY SCHOLARSHIP & DEVELOPMENT 12267 HAWKSTOWE LN JACKSONVILLE, FL 32225 | 45-5547005 | 501(C)(3) | 20,000 | | |
| (271) SOCIEDAD DE EDUCACION Y REHABILITACION SER DE P R 500 CALLE BAEZ URB PEREZ MORIS SAN JUAN, PR 00917 | 66-0207947 | 501(C)(3) | 8,850 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| (272) SOUTHERN TEXAS PROFESSIONAL GOLFERS ASSOCIATION FO 22305 GOSLING RD SPRING, TX 77389 | 76-0466150 | 501(C)(3) | 15,000 | | | |
| (273) SPECIAL OLYMPICS INC 1133 19TH STREET NW WASHINGTON, DC 20036 | 52-0889518 | 501(C)(3) | 25,000 | | | |
| (274) SPECIAL OLYMPICS NORTHERN CALIFORNIA INC 3480 BUSKIRK AVE STE 340 PLEASANT HILL, CA 94523 | 68-0363121 | 501(C)(3) | 15,000 | | | |
| (275) SPORTS MUSEUM OF NE INC ONE HUNDRED LEGENDS WAY NO 200 BOSTON, MA 02114 | 04-2637109 | 501(C)(3) | 5,500 | | | |
| (276) ST AUGUSTINE SOCIETY INC PO BOX 1775 ST AUGUSTINE, FL 32085 | 59-2475614 | 501(C)(3) | 6,500 | | | |
| (277) ST AUGUSTINE YOUTH SERVICES INC 201 SIMONE WAY ST AUGUSTINE, FL 32086 | 59-2925271 | 501(C)(3) | 10,000 | | | |
| (278) ST JOHNS COUNTY EDUCATION FOUNDATION INC 40 ORANGE ST ST AUGUSTINE, FL 32084 | 59-3221115 | 501(C)(3) | 50,000 | | | |
| (279) ST JUDE CHILDRENS RESEARCH HOSPITAL INC 262 DANNY THOMAS PL MEMPHIS, TN 38105 | 62-0646012 | 501(C)(3) | 50,500 | | | |
| (280) ST LOUIS CHILDRENS HOSPITAL FOUNDATION 1001 HIGHLANDS PLAZA DR W STE 160 SAINT LOUIS, MO 63110 | 43-1626863 | 501(C)(3) | 60,000 | | | |
| (281) ST VINCENTS FOUNDATION INC 4205 BELFORT RD STE 4020 JACKSONVILLE, FL 32216 | 59-2219923 | 501(C)(3) | 125,000 | 1,074 | FMV | M |
| (282) ST JOHNS COUNTY SCHOOL DISTRICT 40 ORANGE ST ST AUGUSTINE, FL 32084 | 59-6000824 | 115 | 162,720 | | | |
| (283) STEWART FAMILY FOUNDATION INC 1900 SUMMIT TOWER BLVD STE 260 ORLANDO, FL 32810 | 59-3531198 | 501(C)(3) | 100,000 | | | |
| (284) TEACH FOR AMERICA INC 25 BROADWAY 12TH FLOOR NEW YORK, NY 10004 | 13-3541913 | 501(C)(3) | 61,490 | 6,349 | FMV | M |
| (285) TERRY PARKER HIGH SCHOOL 7301 PARKER HIGH SCHOOL JACKSONVILLE, FL 32211 | 59-6000589 | 115 | 8,010 | | | |
| (286) TESORI FAMILY FOUNDATION INC 101 MARKETSIDE AVE STE 404 345 PONTE VEDRA, FL 32081 | 27-1153318 | 501(C)(3) | 32,310 | 1,581 | FMV | M |
| (287) THE ALBERTSONS COMPANIES FOUNDATION 5858 STONERIDGE MALL RD PLEASANTON, CA 94588 | 91-2144510 | 501(C)(3) | 775,000 | | | |
| (288) THE CONNECTICUT GOLF FOUNDATION INC 55 GOLF CLUB RD CROMWELL, CT 06416 | 06-1510744 | 501(C)(3) | 10,000 | | | |
| (289) THE DONNA FOUNDATION INC 11762 MARCO BEACH DR STE 6 JACKSONVILLE, FL 32224 | 26-2736601 | 501(C)(3) | 22,650 | | | |
| (290) THE FIRST TEE OF PHOENIX 3837 E WIER AVE STE 7 PHOENIX, AZ 85040 | 52-2103204 | 501(C)(3) | 10,060 | | | |

| | | | | | |
|---|---|---|---|---|---|
| (291) THE FLORIDA THEATRE PERFORMING ARTS 128 E FORSYTH STREET JACKSONVILLE, FL 32202 | 59-2850579 | 501(C)(3) | 25,100 | | |
| (292) THE GIVING KITCHEN INITIATIVE INC 513 EDGEWOOD AVE SE STE 100 ATLANTA, GA 30312 | 46-2176788 | 501(C)(3) | 10,000 | | |
| (293) THE HISTORIC ST JOHNS COUNTY POLICE ATHLETIC LEAGU PO BOX 2240 ST AUGUSTINE, FL 32085 | 59-3169967 | 501(C)(3) | 8,000 | | |
| (294) THE JIM AND TABITHA FURYK FOUNDATION INC PO BOX 2867 PONTE VEDRA, FL 32004 | 30-0659382 | 501(C)(3) | 17,260 | 100,000 FMV | M |
| (295) THE LPGA FOUNDATION 100 INTERNATIONAL GOLF DR DAYTONA BEACH, FL 32124 | 59-3085528 | 501(C)(3) | 25,000 | | |
| (296) THE NEMOURS FOUNDATION 10140 CENTURION PKWY N JACKSONVILLE, FL 32256 | 59-0634433 | 501(C)(3) | 253,800 | | |
| (297) THE PAUL AND PHYLLIS FIREMAN CHARITABLE FOUNDATION 800 SOUTH ST STE 610 WALTHAM, MA 02453 | 22-2677986 | 501(C)(3) | 100,000 | | |
| (298) THE QUELL FOUNDATION 28 HIGHWOOD LN EAST FALMOUTH, MA 02536 | 47-5127883 | 501(C)(3) | 50,000 | | |
| (299) THE RED SOX FOUNDATION INC 4 JERSEY ST BOSTON, MA 02215 | 33-1007984 | 501(C)(3) | 50,000 | | |
| (300) THE SANCTUARY OF THE NORTHEAST FLORIDA INC 120 E 8TH ST JACKSONVILLE, FL 32206 | 59-3108041 | 501(C)(3) | 27,000 | | |
| (301) THE SAVANNAH COMMUNITY FOUNDATION INC 2225 NORWOOD AVENUE SUITE B SAVANNAH, GA 31406 | 58-6033468 | 501(C)(3) | 15,173 | | |
| (302) THE SNEDEKER FOUNDATION PO BOX 158187 NASHVILLE, TN 37215 | 46-1172912 | 501(C)(3) | 15,000 | | |
| (303) THE TOM COUGHLIN JAY FUND FOUNDATION INC PO BOX 50798 JACKSONVILLE, FL 32240 | 59-3426937 | 501(C)(3) | 107,600 | | |
| (304) THE UNIVERSITY OF NORTH FLORIDA FOUNDATION INC 1 UNF DRIVE HICKS HALL NO JACKSONVILLE, FL 32224 | 23-7167701 | 501(C)(3) | 168,600 | | |
| (305) THE US CHARITABLE GIFT TRUST TWO INTERNATIONAL PLACE BOSTON, MA 02110 | 31-1663020 | 501(C)(3) | 200,000 | | |
| (306) THE YOUNG MENS CHRISTIAN ASSOCIATION OF FLORIDAS F 40 E ADAMS ST STE 210 JACKSONVILLE, FL 32202 | 59-0638514 | 501(C)(3) | 37,400 | | |
| (307) THE YOUNG MENS CHRISTIAN ASSOCIATION OF SAN JUAN 800 BLV SAGRADO CORAZON ESQ LOS AN SAN JUAN, PR 00909 | 66-0190784 | 501(C)(3) | 8,850 | | |
| (308) THE YOUNG MENS CHRISTIAN ASSOCIATION OF THE TRIANG 801 CORPORATE CENTER DR STE 200 RALEIGH, NC 27607 | 56-0591307 | 501(C)(3) | 30,000 | | |
| (309) THUNDERBIRDS | 86-0560664 | 501(C)(3) | 180,000 | | |

| Name / Address | EIN | Type | Amount | | | |
|---|---|---|---|---|---|---|
| (309) THUNDERBIRDS CHARITIES 7226 N 16TH ST STE 100 PHOENIX, AZ 85020 | 86-0500664 | 501(C)(9) | 100,000 | | | |
| (310) TIGER WOODS CHARITY EVENT CORP 121 INNOVATION DR STE 150 IRVINE, CA 92617 | 06-1554474 | 501(C)(3) | 1,680,000 | | | |
| (311) TIGER WOODS FOUNDATION INC 121 INNOVATION DR STE 150 IRVINE, CA 92617 | 20-0677815 | 501(C)(3) | 25,000 | | | |
| (312) TONY FINAU FOUNDATION PO BOX 103 LEHI, UT 84043 | 47-2111415 | 501(C)(3) | 20,000 | 16,000 | FMV | M |
| (313) TRANSLATIONAL GENOMICS RESEARCH INSTITUTE 445 N 5TH ST STE 600 PHOENIX, AZ 85004 | 75-3065445 | 501(C)(3) | 60,000 | | | |
| (314) TRIUMPH OVER KID CANCER FOUNDATION 723 COLEMAN AVE CORP CHRISTI, TX 78401 | 27-2224984 | 501(C)(3) | 50,000 | | | |
| (315) UNITED SERVICE ORGANIZATIONS INC 2111 WILSON BLVD ARLINGTON, VA 22201 | 13-1610451 | 501(C)(3) | 2,210 | 400,000 | FMV | M |
| (316) UNIVERSITY OF FLORIDA FOUNDATION INC PO BOX 14425 GAINESVILLE, FL 32604 | 59-0974739 | 501(C)(3) | 8,000 | | | |
| (317) US ADAPTIVE GOLF ASSOCIATION 504 BURR RIDGE CLUB DR BURR RIDGE, IL 60527 | 47-3613721 | 501(C)(3) | 10,000 | | | |
| (318) VALERO ENERGY FOUNDATION PO BOX 696000 SAN ANTONIO, TX 78269 | 74-2904514 | 501(C)(3) | 180,000 | | | |
| (319) VETERANS OF FOREIGN WARS OF THE UNITED STATES DEPT 98 OAK ST JERSEY CITY, NJ 07304 | 22-6077852 | 115 | 30,771 | | | |
| (320) VIRGINIA COMMONWEALTH UNIVERSITY SCHOOL OF BUSINES PO BOX 844000 RICHMOND, VA 23284 | 20-2661802 | 501(C)(3) | 10,000 | | | |
| (321) VIRGINIA VETERANS SERVICES FOUNDATION 101 N 14TH STREET 17 FLOOR RICHMOND, VA 23219 | 46-2744762 | 501(C)(3) | 90,031 | | | |
| (322) VISION IS PRICELESS COUNCIL INC 4615 PHILIPS HWY JACKSONVILLE, FL 32207 | 59-3386495 | 501(C)(3) | 7,500 | | | |
| (323) VOLUNTEERS IN MEDICINE JACKSONVILLE INC 41 E DUVAL ST JACKSONVILLE, FL 32202 | 75-3002172 | 501(C)(3) | 10,000 | | | |
| (324) WALK-OFF CHARITIES OF JAX INC 12620-3 BEACH BLVD STE 325 JACKSONVILLE, FL 32246 | 82-1119696 | 501(C)(3) | 25,000 | | | |
| (325) WARREN WASHINGTON COUNTY HOMELESS YOUTH COALITION PO BOX 3252 GLENS FALLS, NY 12801 | 14-1826963 | 501(C)(3) | 10,000 | | | |
| (326) WEST VIRGINIA GOLF ASSOCIATION 2115 CHARLESTON TOWN CTR CHARLESTON, WV 25389 | 55-0592904 | 501(C)(3) | 10,000 | | | |
| (327) WESTERN GOLF ASSOCIATION 2501 PATRIOT BLVD GLENVIEW, IL 60026 | 36-6002857 | 501(C)(4) | 15,920 | | | |
| (328) WISH FOR OUR HEROES | 27-0483869 | 501(C)(3) | 10,000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| INC<br>164 S PARK BLVD<br>GREENWOOD, IN 46143 | | | | | | |
| (329) WJCT INC<br>100 FESTIVAL PARK AVE<br>JACKSONVILLE, FL 32202 | 59-0711482 | 501(C)(3) | 16,360 | | | |
| (330) WOLFE ASSOCIATES INC<br>34 S THIRD ST STE 600<br>COLUMBUS, OH 43215 | 23-7303111 | 501(C)(3) | 15,500 | | | |
| (331) XANDER SCHAUFFELE<br>FOUNDATION<br>11625 WILLS CREEK RD<br>SAN DIEGO, CA 92131 | 84-3868542 | 501(C)(3) | 50,000 | | | |
| (332) YOUNG BLACK<br>LEADERSHIP ALLIANCE<br>10130 MALLARD CREEK RD<br>STE 300<br>CHARLOTTE, NC 28262 | 26-2984776 | 501(C)(3) | 13,000 | | | |
| (333) YOUNG LIFE<br>420 N CASCADE AVE<br>COLORADO SPGS, CO 80903 | 84-0385934 | 501(C)(3) | 8,000 | | | |
| (334) YOUTH PROGRAMS INC<br>3325 CLUB AT SOUTHWIND<br>MEMPHIS, TN 38125 | 62-0676258 | 501(C)(3) | 2,324,017 | | | |
| (335) WORLD GOLF<br>FOUNDATION INC<br>1 WORLD GOLF PL<br>ST AUGUSTINE, FL 32092 | 59-2998925 | 501(C)(3) | 8,215,346 | 4,430,262 | FMV | P |
| (336) VARIOUS ACCRUALS<br>VARIOUS<br>LOCATIONS, FL 00000 | | | 428,203 | 2,278 | FMV | M |

**2**    Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . .

**3**    Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . .

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**          Cat. No. 50055P

–––––––––––––––––––––––––– Page 2 ––––––––––––––––––––––––––

Schedule I (Form 990) 2019

| Part III | **Grants and Other Assistance to Domestic Individuals.** Complete if the organization answered "Yes" on Form 990, Part IV, line 22.<br>Part III can be duplicated if additional space is needed. |
|---|---|

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of noncash assistance | (e) Method of valuation (bo<br>FMV, appraisal, other) |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| (5) | | | | |
| (6) | | | | |
| (7) | | | | |

| Part IV | **Supplemental Information.** Provide the information required in Part I, line 2; Part III, column (b); and any other add |
|---|---|

| Return Reference | Explanation |
|---|---|
| Schedule I, Part I ln 2 | PGA TOUR, INC. ENSURES THAT ORGANIZATIONS RECEIVING GRANTS ARE EXEMPT ORGANIZATIONS OR AN ORGA<br>TOUR'S EXEMPT PURPOSE PRIOR TO DISTRIBUTING ANY GRANTS. GRANTS ARE NOT MONITORED AFTER ISSUANCE |

–––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

# Additional Data

**Software ID:**

**Software Version:**

↑ Back to Top

| efile Public Visual Render | ObjectId: 202023219349309777 - Submission: 2020-11-16 | TIN: 52-0999206 |

| **Schedule J**<br>**(Form 990)** | **Compensation Information** | OMB No. 1545-0047 |
|---|---|---|
| | **For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**<br>▶ **Complete if the organization answered "Yes" on Form 990, Part IV, line 23.**<br>▶ **Attach to Form 990.** | **20**19 |
| Department of the Treasury<br>Internal Revenue Service | ▶ **Go to** _www.irs.gov/Form990_ **for instructions and the latest information.** | Open to Public<br>Inspection |

| Name of the organization<br>PGA TOUR INC | Employer identification number<br>52-0999206 |
|---|---|

| **Part I** | **Questions Regarding Compensation** |
|---|---|

|  |  | **Yes** | **No** |
|---|---|---|---|
| **1a** | Check the appropiate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | |

☑ First-class or charter travel      ☐ Housing allowance or residence for personal use

☑ Travel for companions      ☐ Payments for business use of personal residence

☑ Tax idemnification and gross-up payments      ☑ Health or social club dues or initiation fees

☐ Discretionary spending account      ☐ Personal services (e.g., maid, chauffeur, chef)

|  |  | **Yes** | **No** |
|---|---|---|---|
| **b** | If any of the boxes on Line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b**   Yes | |
| **2** | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, officers, including the CEO/Executive Director, regarding the items checked on Line 1a?. | **2**   Yes | |

**3**  Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III.

- [x] Compensation committee
- [x] Independent compensation consultant
- [x] Form 990 of other organizations
- [ ] Written employment contract
- [x] Compensation survey or study
- [x] Approval by the board or compensation committee

**4**  During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization:

| | | | | |
|---|---|---|---|---|
| **a** | Receive a severance payment or change-of-control payment?. | **4a** | Yes | |
| **b** | Participate in, or receive payment from, a supplemental nonqualified retirement plan?. | **4b** | Yes | |
| **c** | Participate in, or receive payment from, an equity-based compensation arrangement?. | **4c** | | No |

If "Yes" to any of lines 4a–c, list the persons and provide the applicable amounts for each item in Part III.

**Only 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5–9.**

**5**  For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of:

| | | | |
|---|---|---|---|
| **a** | The organization?. | **5a** | |
| **b** | Any related organization?. | **5b** | |

If "Yes," on line 5a or 5b, describe in Part III.

**6**  For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of:

| | | | |
|---|---|---|---|
| **a** | The organization?. | **6a** | |
| **b** | Any related organization?. | **6b** | |

If "Yes," on line 6a or 6b, describe in Part III.

**7**  For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described in lines 5 and 6? If "Yes," describe in Part III.  **7**

**8**  Were any amounts reported on Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III.  **8**

**9**  If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)?.  **9**

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**    Cat. No. 50053T    **Schedule J (Form 990) 2019**

---

Page 2

---

Schedule J (Form 990) 2019

**Part II**   **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additi

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organiza instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.

**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits |
|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | |
| **1** Spieth Jordan<br>Player Director | (i) | 0 | 1,850,775 | 0 | 286,543 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 |
| **2** Streelman Kevin<br>Player Director | (i) | 0 | 2,033,174 | 0 | 198,358 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 |
| **3** Hoffman Charles L<br>Player Director / Treasurer | (i) | 0 | 1,484,503 | 0 | 177,568 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 |
| **4** Wagner M Johnson<br>Player Director / Secretary | (i) | 0 | 522,181 | 0 | 137,568 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 |
| **5** Monahan Joseph W<br>Commissioner | (i) | 1,262,092 | 4,052,028 | 64,175 | 6,442 | 20,650 |
| | (ii) | 420,697 | 1,282,383 | 1,763,310 | 2,147 | 6,883 |
| **6** Price Ronald E<br>Chief Operating Officer | (i) | 390,129 | 1,170,099 | 39,861 | 49,655 | 15,423 |
| | (ii) | 390,129 | 1,170,099 | 2,394,415 | 49,655 | 15,423 |
| **7** Wade Thomas E<br>Chief Commercial Officer | (i) | 519,062 | 935,438 | 51,233 | 0 | 11,550 |
| | (ii) | 129,766 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 233,839 | 1,290,036 | 929,589 | 2,688 |
| **8** Anderson Richard D<br>Chief Media Officer | (i) | 398,809 | 845,403 | 20,438 | 10,395 | 22,049 |
| | (ii) | - <br> 99,702 | - <br> 325,907 | - <br> 609,613 | - <br> 2,599 | - <br> 5,512 |
| **9** Brown Leonard<br>EVP Licenses & Chief Legal Ofc | (i) | 323,193 | 589,994 | 39,882 | 11,873 | 22,985 |
| | (ii) | - <br> 57,034 | - <br> 132,786 | - <br> 933,991 | - <br> 2,095 | - <br> 4,056 |
| **10** Keller Allison W<br>Chief Administrative Officer | (i) | 398,173 | 838,953 | 12,417 | 0 | 21,753 |
| | (ii) | - <br> 99,543 | - <br> 209,738 | - <br> 412,676 | - <br> 0 | - <br> 5,438 |
| **11** Pazder James A<br>Chief Tourn & Competition Ofc | (i) | 387,436 | 873,348 | 19,027 | 0 | 24,827 |
| | (ii) | - <br> 43,048 | - <br> 97,038 | - <br> 518,230 | - <br> 0 | - <br> 2,759 |
| **12** Sharkey Kenneth J<br>EVP & Chief Financial Officer | (i) | 284,056 | 589,303 | 7,611 | 21,088 | 2,312 |
| | (ii) | - <br> 284,056 | - <br> 589,303 | - <br> 7,611 | - <br> 21,088 | - <br> 2,312 |
| **13** Votaw Ty M<br>EVP INTERNATIONAL | (i) | 364,792 | 687,895 | 26,663 | 33,162 | 18,464 |
| | (ii) | - <br> 91,198 | - <br> 268,498 | - <br> 179,996 | - <br> 8,290 | - <br> 4,616 |
| **14** Brady Jack M<br>President Champions Tour | (i) | 245,218 | 232,184 | 2,596 | 0 | 27,120 |
| | (ii) | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 |
| **15** Baldwin Alexandra C<br>President Korn Ferry Tour | (i) | 268,544 | 234,170 | 8,865 | 24,972 | 4,528 |
| | (ii) | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 |
| **16** Oliver Brian M<br>EVP Corporate Partnership | (i) | 370,287 | 710,692 | 20,237 | 11,474 | 20,526 |
| | (ii) | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 |
| **17** Lightcap Jeanne F<br>EVP Finance | (i) | 273,685 | 469,168 | 16,931 | 0 | 19,467 |
| | (ii) | - <br> 91,228 | - <br> 156,389 | - <br> 5,644 | - <br> 0 | - <br> 6,489 |
| **18** Pascal Thierry<br>SVP International Media | (i) | 64,773 | 31,984 | 101,334 | 4,147 | 836 |
| | (ii) | - <br> 259,092 | - <br> 127,934 | - <br> 405,336 | - <br> 16,586 | - <br> 3,342 |
| **19** Monday Jeff<br>President Mackenzie Tour | (i) | 221,973 | 152,371 | 583,859 | 358,204 | 24,230 |
| | (ii) | 0 | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 |
| **20** Ohno Robert K<br>SVP INTERNATIONAL TOURS | (i) | 351,847 | 400,104 | 15,491 | 25,772 | 28,095 |
| | (ii) | 0 | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 |
| **21** Arcuri Joseph<br>Former Chief Marketing Officer | (i) | 44,480 | 464,002 | 8,968 | 0 | 5,125 |
| | (ii) | 0 | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 |
| **22** Finchem Timothy W<br>Former Commissioner | (i) | 800,000 | 0 | 15,919 | 0 | 0 |
| | (ii) | 0 | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 |
| **23** Zink Charles<br>FMR Chairman, Presidents Cup | (i) | 166,667 | 0 | 0 | 0 | 0 |
| | (ii) | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 | - <br> 0 |

--- Page 3 ---

Schedule J (Form 990) 2019

| Part III | Supplemental Information |
|---|---|

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete

| Return Reference | Explanation |
|---|---|
| SCHEDULE J PART I LINE 1A | In limited cases, listed TOUR employees may utilize charter or first-class travel for business based upon security concerns and/or length of trip. In limited situations, chartered travel referenced above is available for companions. In conjunction with the above, gross up payments are provided to make person whole. All listed employees were provided access to health or social club dues. These taxable income to the employee. Above listed fringe benefits have been included in taxable income of recipient in appropriate sections. |
| SCHEDULE J PART I LINE 4B | Certain executives participate in a supplemental nonqualified retirement plan. THE SUPPLEMENTAL NONQUALIFIED PLAN IS SPONSORED BY A RELATED ORGANIZATION AND NOT PGA TOUR, INC. During employment, actuarial changes are reported by participant as compensation in appropriate |

| | When distributions are made, the reportable amount is the excess of the total payment received less actuarial am out of the plan totaled $7,352,926 in 2019. The plan participants were Richard D. Anderson, Joseph W. Monahan, Allison W. Keller, James A. Pazder, and Leonard Brown. |
|---|---|
| SCHEDULE J PART I LINE 4A | THE PGA TOUR, INC. OR A RELATED ORGANIZATION MADE SEVERANCE PAYMENTS IN CALENDAR YEAR 2019 TO MONDAY 570,000 |

## Additional Data

**Software ID:**

**Software Version:**

↑ Back to Top

| efile Public Visual Render | ObjectId: 202023219349309777 - Submission: 2020-11-16 | TIN: 52-0999206 |
|---|---|---|

**Schedule L**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Transactions with Interested Persons
►**Complete if the organization answered "Yes" on Form 990, Part IV, lines 25a, 25b, 26, 27, 28a, 28b, or 28c, or Form 990-EZ, Part V, line 38a or 40b.**
►**Attach to Form 990 or Form 990-EZ.**
►**Go to _www.irs.gov/Form990_ for instructions and the latest information.**

OMB No. 1545-0047

# 2019

Open to Public
Inspection

| Name of the organization | Employer identification number |
|---|---|
| PGA TOUR INC | 52-0999206 |

### Part I   Excess Benefit Transactions (section 501(c)(3), section 501(c)(4), and section 501(c)(29) organizations only).
Complete if the organization answered "Yes" on Form 990, Part IV, line 25a or 25b, or Form 990-EZ, Part V, line 40b.

| 1 | **(a)** Name of disqualified person | **(b)** Relationship between disqualified person and organization | **(c)** Description of transaction | **(d)** Corrected? Yes | No |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**2** Enter the amount of tax incurred by the organization managers or disqualified persons during the year under section 4958.  . . . . . . . . . . . . . ► $ _____

**3** Enter the amount of tax, if any, on line 2, above, reimbursed by the organization . . . . . . . . . ► $ _____

### Part II   Loans to and/or From Interested Persons.
Complete if the organization answered "Yes" on Form 990-EZ, Part V, line 38a, or Form 990, Part IV, line 26; or if the organization reported an amount on Form 990, Part X, line 5, 6, or 22

| **(a)** Name of interested person | **(b)** Relationship with organization | **(c)** Purpose of loan | **(d)** Loan to or from the organization? To | From | **(e)** Original principal amount | **(f)** Balance due | **(g)** In default? Yes | No | **(h)** Approved by board or committee? Yes | No | **(i)** Written agreement? Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Total** . . . . . . . . . . . ► $ | | | | | | | | | | | | |

### Part III   Grants or Assistance Benefiting Interested Persons.
Complete if the organization answered "Yes" on Form 990, Part IV, line 27.

| **(a)** Name of interested person | **(b)** Relationship between interested person and the organization | **(c)** Amount of assistance | **(d)** Type of assistance | **(e)** Purpose of assistance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**      Cat. No. 50056A      **Schedule L (Form 990 or 990-EZ) 2019**

Schedule L (Form 990 or 990-EZ) 2019                                                                    Page **2**

Schedule L (Form 990 or 990-EZ) 2019                                                                Page **2**

**Part IV**   **Business Transactions Involving Interested Persons.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 28a, 28b, or 28c.

| **(a)** Name of interested person | **(b)** Relationship between interested person and the organization | **(c)** Amount of transaction | **(d)** Description of transaction | **(e)** Sharing of organization's revenues? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| (1) STEPHENIE FINCHEM | FAMILY MEMBER OF TIMOTHY W. FINCHEM FORMER OFFICER | 68,851 | EMPLOYMENT | | No |
| (2) WHITNEY CALFEE | FAMILY MEMBER OF WORTH W. CALFEE FORMER KEY EMPLOYEE | 37,291 | EMPLOYMENT | | No |
| (3) ERIC BALDWIN | FAMILY MEMBER OF ALEXANDRA BALDWIN KEY EMPLOYEE | 220,067 | EMPLOYMENT | | No |
| (4) WILLIAM WHALEY | FAMILY MEMBER OF SUZY WHALEY DIRECTOR | 333,496 | EMPLOYMENT | | No |
| | | | | | |
| | | | | | |

**Part V**   **Supplemental Information**
Provide additional information for responses to questions on Schedule L (see instructions).

| Return Reference | Explanation |
|---|---|
| | |

Schedule L (Form 990 or 990-EZ) 2019

---

## Additional Data

Return to Form

Software ID:
Software Version:

↑ Back to Top

| efile Public Visual Render | ObjectId: 202023219349309777 - Submission: 2020-11-16 | TIN: 52-0999206 |
|---|---|---|

**SCHEDULE O**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**
Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
► **Attach to Form 990 or 990-EZ.**
► Go to **www.irs.gov/Form990** for the latest information.

OMB No. 1545-0047

**2019**

Open to Public
Inspection

Name of the organization
PGA TOUR INC

Employer identification number

52-0999206

| Return Reference | Explanation |
|---|---|
| FORM 990, PART VI, LINE 2 | EDWARD D. HERLIHY, M. JOHNSON WAGNER, CHARLES L. HOFFMAN, JAY W. MONAHAN, RONALD E. PRICE, SUZY WHALEY - BUSINESS RELATIONSHIP |
| FORM 990, PART VI, LINE 2 | EDWARD D. HERLIHY, M. JOHNSON WAGNER, CHARLES L. HOFFMAN, JAY W. MONAHAN, RONALD E. PRICE, SUZY WHALEY, LEONARD D. BROWN JR., KENNETH J. SHARKEY, ALLISON W. KELLER - BUSINESS RELATIONSHIP |
| FORM 990, PART VI, LINE 2 | JAY W. MONAHAN, RONALD E. PRICE, LEONARD D. BROWN JR., KENNETH J. SHARKEY, ALLISON W. KELLER - BUSINESS RELATIONSHIP |
| FORM 990, PART VI, LINE 2 | EDWARD D. HERLIHY, JAY W. MONAHAN, RONALD E. PRICE, THOMAS E. WADE, LEONARD D. BROWN JR., RICHARD D. ANDERSON, ANDREW J. PAZDER, KENNETH J. SHARKEY, ALLISON W. KELLER, JAMES C. TRIOLA BUSINESS RELATIONSHIP |
| FORM 990, PART VI, LINE 2 | RONALD E. PRICE, THOMAS E. WADE - BUSINESS RELATIONSHIP |
| FORM 990, PART VI, LINE 2 | PGA TOUR, INC. IS A NOT-FOR-PROFIT CORPORATION ORGANIZATION FORMED UNDER IRC SECTION 501(C)(6) WHICH HAS ONE CLASS OF MEMBERS - PROFESSIONAL GOLFERS. THE MEMBERS HAVE THE RIGHT TO ELECT PLAYER DIRECTORS WHO SIT ON THE BOARD OF DIRECTORS OF THE ORGANIZATION. CURRENTLY, FOUR MEMBERS SIT ON THE BOARD OF DIRECTORS AS ELECTED BY THE MAJORITY OF THE ORGANIZATIONS MEMBERS. ONLY THE ELECTED |

| | |
|---|---|
| | THE BOARD OF DIRECTORS AS ELECTED BY THE MAJORITY OF THE ORGANIZATION'S MEMBERS. ONLY THE ELECTED MEMBER DIRECTORS HAVE THE RIGHT TO VOTE IN DECISIONS OF THE GOVERNING BODY. |
| FORM 990, PART VI, LINE 7A | THE MEMBERS DESCRIBED IN QUESTION 6 OF FORM 990, PART VI HAVE THE RIGHT TO ELECT PLAYER DIRECTORS WHO SIT ON THE BOARD OF DIRECTORS OF THE ORGANIZATION. CURRENTLY, FOUR MEMBERS SIT ON THE BOARD OF DIRECTORS AS ELECTED BY THE MAJORITY OF THE ORGANIZATION MEMBERS. ONLY THE ELECTED MEMBER DIRECTORS HAVE THE RIGHT TO VOTE IN DECISIONS OF THE GOVERNING BODY. THE EARNINGS OF THE PLAYER DIRECTORS FROM PARTICIPATION IN VARIOUS GOLF TOURNAMENTS HAVE BEEN REPORTED AS COMPENSATION ON PART VII AND SCHEDULE J AS DIRECTOR COMPENSATION AS DIRECTED IN THE IRS FORM 990 INTRUCTIONS. |
| FORM 990, PART VI, LINE 11A | PGA TOUR, INC.'S FORM 990 WAS REVIEWED BY AN OUTSIDE SERVICE PROVIDER AND PGA TOUR, INC.'S CHIEF FINANCIAL OFFICER. ADDITIONALLY, AN ELECTRONIC COPY OF FORM 990 WAS PROVIDED TO ALL BOARD MEMBERS PRIOR TO THE FILING OF THE FORM WITH THE INTERNAL REVENUE SERVICE. |
| FORM 990, PART VI, LINE 12 A, B, C | PGA TOUR, INC. MAINTAINS A CONFLICT OF INTEREST POLICY FOR EMPLOYEES AND A SEPERATE CONFLICT OF INTEREST POLICY FOR THE MEMBERS OF THE BOARD OF DIRECTORS. EACH EMPLOYEE AND MEMBER OF THE BOARD IS ANNUALLY REQUIRED TO PROVIDE THE COMPANY A STATEMENT CONFIRMING THEY RECEIVED A COPY OF THE POLICY, READ THE POLICY, AND AGREED TO COMPLY WITH THE POLICY. EACH EMPLOYEE AND DIRECTOR ARE REQUIRED ANNUALLY TO DISCLOSE ANY RELATIONSHIP, TRANSACTION, OR POSITION THEY HOLD THAT COULD GIVE RISE TO A CONFLICT AND TO NOTIFY THE ORGANIZATION IF SUCH A RELATIONSHIP EXISTS AT ANY TIME DURING THE YEAR. |
| FORM 990, PART VI, LINE 15A AND 15B | THE COMPENSATION COMMITTEE ("THE COMMITTEE") OF THE PGA TOUR, INC. ("THE TOUR") IS COMPRISED OF UNCOMPENSATED INDEPENDENT MEMBERS OF THE PGA TOUR POLICY BOARD. THE COMMITTEE IS RESPONSIBLE FOR REVIEWING AND APPROVING THE COMPENSATION PROGRAM FOR THE CEO, SENIOR MANAGEMENT, AND KEY EMPLOYEES OF THE TOUR AND ITS SUBSIDIARIES. THE MEMBERS OF THE COMMITTEE ARE UNRELATED TO AND NOT SUBJECT TO CONTROL BY MEMBERS OF SENIOR MANAGEMENT OF THE TOUR. THE COMMITTEE ESTABLISHES SALARY LEVELS, REVIEWS PERFORMANCE OF SENIOR MANAGEMENT, APPROVES INCENTIVE PAYMENTS, AND ESTABLISHES MANAGEMENT BENEFITS AND PREREQUISITES. THE COMMITTEE BELIEVES THE ATTRACTION, RETENTION, MOTIVATION, AND REWARD OF EXECUTIVE AND KEY EMPLOYEES IS VITAL TO THE FUTURE OF THE TOUR AND CREATION OF MAXIMUM MEMBER VALUE. AS PART OF CARRYING OUT ITS RESPONSIBILITIES, THE COMMITTEE UTILIZES THE SERVICES OF A NATIONAL COMPENSATION CONSULTING FIRM ANNUALLY TO OBTAIN COMPENSATION LEVELS PAID BY SIMILARLY SITUATED ORGANIZATIONS, BOTH TAXABLE AND TAX-EXEMPT, FOR FUNCTIONALLY COMPARABLE POSITIONS. PERFORMANCE EVALUATIONS ARE UTILIZED IN THE DETERMINATION OF THE COMPENSATION LEVELS OF INDIVIDUAL MEMBERS OF SENIOR MANAGEMENT. |
| FORM 990, PART VI, LINE 19 | THE ORGANIZATION MAKES ITS FORM 990 AVAILABLE TO THE PUBLIC UPON REQUEST. ITS GOVERNING DOCUMENTS AND FINANCIAL STATEMENTS ARE NOT MADE AVAILABLE TO THE GENERAL PUBLIC. |
| FORM 990, PART IX, LINE 24E | THE AMOUNT OF FEDERAL INCOME TAX ON UNRELATED BUSINESS INCOME INCLUDED ON LINE 24e IS $851,725. |
| FORM 990, PART XI, LINE 9 | RECONCILIATION OF NET ASSETS - OTHER CHANGES IN FUND BALANCE INCREASE (DECREASE) FUNDS RESERVED FOR DESIGNATED PURPOSES (5,362,357) PENSION AND POST RETIREMENT RELATED CHANGES (10,172,790) INTERCOMPANY ADJUSTMENT 3,415,557 TOTAL OTHER CHANGES IN FUND BALANCE (12,119,590) |
| FORM 990 PART IX LINE 11G | DESCRIPTION:PLAYER PRIZE AND OTHER BENEFIT TOTAL FEES:XXX-XX-XXXX |
| FORM 990 PART IX LINE 11G | DESCRIPTION:PLAYER RETIREMENT TOTAL FEES:58099965 |
| FORM 990 PART IX LINE 11G | DESCRIPTION:CONTRACTOR FEES TOTAL FEES:21111559 |
| FORM 990 PART IX LINE 11G | DESCRIPTION:OTHER FEES - TOURNAMENT SVC TOTAL FEES:6089563 |
| FORM 990 PART IX LINE 11G | DESCRIPTION:TOURNAMENT STAFF TOTAL FEES:2438801 |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat. No. 51056K     Schedule O (Form 990 or 990-EZ) 2019

## Additional Data

[ Return to Form ]

Software ID:

Software Version:

↑ Back to Top

| efile Public Visual Render | ObjectId: 202023219349309777 - Submission: 2020-11-16 | |

**SCHEDULE R (Form 990)**

**Related Organizations and Unrelated Partnerships**

► Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or
► Attach to Form 990.

► **Go to www.irs.gov/Form990 for instructions and the latest information.**

| Department of the Treasury | |
|---|---|
| Internal Revenue Service | |

Name of the organization: **Emp**

PGA TOUR INC

52-0

---

**Part I**  **Identification of Disregarded Entities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | End-of- |
|---|---|---|---|---|
| **(1)** FEDERATION EVENT MANAGEMENT LLC<br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>65-0856401 | EVENT MGMT | FL | 0 | |
| **(2)** EVENT MANAGEMENT INTERNATIONAL LLC<br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3715539 | EVENT MGMT | FL | 707,024 | |
| **(3)** TPC LICENSE COMPANY LLC<br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>20-4042445 | LICENSING | FL | 1,942,710 | |
| **(4)** PGA TOUR INTERNATIONAL LLC<br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>27-1162142 | ADMIN SUPPORT | FL | 1,648,057 | |
| **(5)** THE PRESIDENTS CUP LLC<br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>26-4316834 | INACTIVE | FL | 0 | |
| **(6)** PGA TOUR LATINOAMERICA LLC<br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>45-4567499 | EVENT MGMT | FL | 2,349 | |
| **(7)** EVENT MGMT INT'L SO KOREA LTD CO<br>CJ THE CENTER 12 SOWOL-RO 2-GIL<br>JUNGGU SEOUL<br>KS                              98-1188259 | EVENT MGMT | KS | 1,253 | |
| **(8)** INTERNATIONAL GOLF EVENT MANAGEMENT PTY<br>PWC 17 ONE INTERNATIONAL TOWERS W<br>BARANGAROO, NSW  2000<br>AS                              98-1207110 | EVENT MGMT | AS | 19,162,224 | |
| **(9)** PGA TOUR International Malaysia Sdn Bhd<br>SUITE 13A01 LEVEL 13A WISMA GOLD<br>KUALA LUMPUR     50200<br>MY                              98-1412018 | EVENT MGMT | MY | 3,840 | |

**Part II**  **Identification of Related Tax-Exempt Organizations.** Complete if the organization answered "Yes" on Form 990, Part I related tax-exempt organizations during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | Publ (if se |
|---|---|---|---|---|
| **(1)** PGA TOUR CHARITABLE & EDUCATIONAL FUND<br>100 PGA TOUR BOULEVARD<br><br>PONTE VEDRA BEACH, FL 32082<br>52-1070271 | CHARITY | MD | 501(c)(3) | LN 12 |
| **(2)** PGA TOUR CHARITIES INC<br>100 PGA TOUR BOULEVARD<br><br>PONTE VEDRA BEACH, FL 32082<br>59-2774423 | CHARITY | FL | 501(c)(3) | LN 7 |
| **(3)** PGA TOUR EMPLOYEES EMERGENCY RELIEF FUND<br>100 PGA TOUR BOULEVARD<br><br>PONTE VEDRA BEACH, FL 32082<br>20-3580191 | CHARITY | FL | 501(c)(3) | LN 7 |
| **(4)** PRO CADDIES ASSISTANCE FOUNDATION INC<br>100 PGA TOUR BOULEVARD<br><br>PONTE VEDRA BEACH, FL 32082<br>59-3266465 | CHARITY | FL | 501(c)(3) | LN 7 |
| | | | | |
| | | | | |
| | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**          Cat. No. 50135Y

Schedule R (Form 990) 2019

**Part III**   **Identification of Related Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Fo one or more related organizations treated as a partnership during the tax year.

| (a)<br>Name, address, and EIN of<br>related organization | (b)<br>Primary activity | (c)<br>Legal<br>domicile<br>(state or<br>foreign<br>country) | (d)<br>Direct<br>controlling<br>entity | (e)<br>Predominant<br>income(related,<br>unrelated,<br>excluded from tax<br>under sections<br>512-514) | (f)<br>Share of<br>total income | (g)<br>Share of<br>end-of-year<br>assets |
|---|---|---|---|---|---|---|
| **(1)** TPC OF BOSTON AT GREATWOODS LLC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>52-2266419 | GOLF OPERATIO | DE | TPC OF MASS | | 0 | 0 |
| **(2)** TPC OF ILLINOIS LLC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>02-0676368 | GOLF OPERATIO | DE | TPC OF<br>ILLINOIS | | 0 | 0 |
| **(3)** ACADEMY ASSETS LLC<br><br>1960 STONEGATE DR<br>BIRMINGHAM, AL 35242<br>63-1277599 | PROMOTION OF | FL | TPC GOLF<br>SCHOOL | | 0 | 0 |
| **(4)** SUGARLOAF PARKING LOT LLC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>58-2584916 | RENTAL | GA | TPC AT<br>SUGARLOA | | 0 | 0 |
| **(5)** EZLINKS GOLF HOLDINGS LLC<br><br>401 S LA SALLE STREET<br>CHICAGO, IL 60605<br>47-4275427 | GOLF RESERVAT | DE | PGA TOUR GCP | | 0 | 0 |
| | | | | | | |
| | | | | | | |

**Part IV**   **Identification of Related Organizations Taxable as a Corporation or Trust.** Complete if the organization answered "Y because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a)<br>Name, address, and EIN of<br>related organization | (b)<br>Primary activity | (c)<br>Legal<br>domicile<br>(state or foreign<br>country) | (d)<br>Direct controlling<br>entity | (e)<br>Type of entity<br>(C corp, S<br>corp,<br>or trust) | (f)<br>Share of total incom |
|---|---|---|---|---|---|
| **(1)** PGA TOUR HOLDINGS INC AND SUBSIDIARIES<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3159885 | HOLDING COMPA | FL | PGA TOUR INC | C CORP | -58,598,101 |
| **(2)** PGA TOUR GOLF COURSE PROPERTIES INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2009946 | GOLF OPERATIO | FL | PGA TOUR HOLDIN | C CORP | |
| **(3)** PGA TOUR PUBLIC GOLF INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2951523 | GOLF OPERATIO | FL | PGA TOUR GOLF C | C CORP | |
| **(4)** TPC GOLF SCHOOLS INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3174936 | GOLF OPERATIO | FL | PGA TOUR GOLF C | C CORP | |
| **(5)** PGA TOUR INVESTMENTS FINANCE INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3057625 | FINANCING | FL | PGA TOUR GOLF C | C CORP | |
| **(6)** PGA TOUR MEDIA CENTER INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3184058 | MEDIA OPERATI | FL | PGA TOUR GOLF C | C CORP | |
| **(7)** PARK INVESTMENTS INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3053071 | INACTIVE | FL | PGA TOUR GOLF C | C CORP | |
| **(8)** PGA TOUR CONSTRUCTION SERVICES INC | CONSTRUCTION | FL | PGA TOUR GOLF C | C CORP | |

| | | | | |
|---|---|---|---|---|
| 100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2551330 | | | | |
| **(9)**PGA TOUR DESIGN SERVICES INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2904716 | DESIGN SERVIC | FL | PGA TOUR CONSTR | C CORP |
| **(10)**TOURNAMENT PLAYERS CLUB AT SAWGRASS INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2964624 | GOLF OPERATIO | FL | PGA TOUR INVEST | C CORP |
| **(11)**TOURNAMENT PLAYERS CLUB AT EAGLE TRACE I<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2241195 | GOLF OPERATIO | FL | PGA TOUR GOLF C | C CORP |
| **(12)**TOURNAMENT PLAYERS CLUB OF CONNECTICUT I<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>06-1104329 | GOLF OPERATIO | CT | PGA TOUR INVEST | C CORP |
| **(13)**TOURNAMENT PLAYERS CLUB AT PRESTANCIA IN<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2457513 | GOLF OPERATIO | FL | PGA TOUR GOLF C | C CORP |
| **(14)**TOURNAMENT PLAYERS CLUB AT AVENEL INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>52-1364289 | GOLF OPERATIO | MD | PGA TOUR INVEST | C CORP |
| **(15)**TOURNAMENT PLAYERS CLUB OF TUCSON INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>86-0518769 | INACTIVE | AZ | PGA TOUR GOLF C | C CORP |
| **(16)**TOURNAMENT PLAYERS CLUB OF SCOTTSDALE IN<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>86-0518768 | GOLF OPERATIO | AZ | PGA TOUR GOLF C | C CORP |
| **(17)**TOURNAMENT PLAYERS CLUB AT SOUTHWIND INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>58-1664497 | GOLF OPERATIO | TN | PGA TOUR GOLF C | C CORP |
| **(18)**TOURNAMENT PLAYERS CLUB AT PIPER GLEN IN<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2635526 | GOLF OPERATIO | NC | PGA TOUR GOLF C | C CORP |
| **(19)**TOURNAMENT PLAYERS CLUB OF MICHIGAN INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>38-2809309 | GOLF OPERATIO | FL | PGA TOUR GOLF C | C CORP |
| **(20)**TOURNAMENT PLAYERS CLUB AT CHEVAL INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2633623 | INACTIVE | FL | PGA TOUR GOLF C | C CORP |
| **(21)**TOURNAMENT PLAYERS CLUB AT SUMMERLIN INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2956933 | GOLF OPERATIO | NV | PGA TOUR GOLF C | C CORP |
| **(22)**TOURNAMENT PLAYERS CLUB OF LOUISIANA INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>72-1425678 | GOLF OPERATIO | LA | PGA TOUR GOLF C | C CORP |
| **(23)**TOURNAMENT PLAYERS CLUB OF MASSACHUSETTS<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>04-3474477 | GOLF OPERATIO | MA | PGA TOUR GOLF C | C CORP |
| **(24)**TOURNAMENT PLAYERS CLUB OF CINCINNATI IN<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>31-1648529 | GOLF OPERATIO | OH | PGA TOUR GOLF C | C CORP |
| **(25)**TOURNAMENT PLAYERS CLUB OF MCKINNEY INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>75-2951502 | GOLF OPERATIO | FL | PGA TOUR GOLF C | C CORP |
| **(26)**TOURNAMENT PLAYERS CLUB OF PRINCETON INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3309245 | GOLF OPERATIO | NJ | PGA TOUR GOLF C | C CORP |

| | | | | |
|---|---|---|---|---|
| **(27)** TOURNAMENT PLAYERS CLUB AT HERON BAY INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3143532 | INACTIVE | FL | PGA TOUR GOLF C | C CORP |
| **(28)** TOURNAMENT PLAYERS CLUB AT SUGARLOAF INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3338909 | GOLF OPERATIO | GA | PGA TOUR GOLF C | C CORP |
| **(29)** TOURNAMENT PLAYERS CLUB OF SOUTH CAROLIN<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3401600 | INACTIVE | SC | PGA TOUR GOLF C | C CORP |
| **(30)** TOURNAMENT PLAYERS CLUB OF ILLINOIS INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>58-2323689 | GOLF OPERATIO | IL | PGA TOUR GOLF C | C CORP |
| **(31)** TOURNAMENT PLAYERS CLUB OF VIRGINIA INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3466225 | INACTIVE | VA | PGA TOUR GOLF C | C CORP |
| **(32)** TOURNAMENT PLAYERS CLUB OF MINNESOTA INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>41-1900252 | GOLF OPERATIO | MN | PGA TOUR GOLF C | C CORP |
| **(33)** TOURNAMENT PLAYERS CLUB OF NORTH CAROLIN<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>62-1714690 | GOLF OPERATIO | NC | PGA TOUR GOLF C | C CORP |
| **(34)** TOURNAMENT PLAYERS CLUB OF CALIFORNIA IN<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3162770 | GOLF OPERATIO | CA | PGA TOUR GOLF C | C CORP |
| **(35)** PGA TOUR GLOBAL CONSULTING INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2551341 | CONSULTING | FL | PGA TOUR HOLDIN | C CORP |
| **(36)** PGA TOUR PUBLIC GOLF (DADE) INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2951527 | INACTIVE | FL | PGA TOUR PUBLIC | C CORP |
| **(37)** PGA TOUR TRAVEL INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-2648789 | TRAVEL ARRANG | FL | PGA TOUR HOLDIN | C CORP |
| **(38)** PGA TOUR PUBLISHING INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3174939 | INACTIVE | FL | PGA TOUR HOLDIN | C CORP |
| **(39)** PGA TOUR LICENSED PROPERTIES INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3077293 | LICENSING | FL | PGA TOUR HOLDIN | C CORP |
| **(40)** PGA TOUR MANAGEMENT SERVICES INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>59-3254893 | MANAGEMENT | FL | PGA TOUR HOLDIN | C CORP |
| **(41)** TOUR AIR INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>39-2072218 | AIR TRANSPORT | FL | PGA TOUR GOLF C | C CORP |
| **(42)** SELECT TICKETS INC<br><br>100 PGA TOUR BOULEVARD<br>PONTE VEDRA BEACH, FL 32082<br>32-0429300 | COMMISSION SA | FL | PGA TOUR HOLDIN | C CORP |

— Page 3 —

Schedule R (Form 990) 2019

**Part V**   **Transactions With Related Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 3

**Note.** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

**1** During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II-IV?

**a** Receipt of **(i)** interest, **(ii)** annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity

**a** Receipt of **(i)** interest, **(ii)** annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity . . .

**b** Gift, grant, or capital contribution to related organization(s) . . . . . . . .

**c** Gift, grant, or capital contribution from related organization(s) . . . . . . .

**d** Loans or loan guarantees to or for related organization(s) . . . . . . . . .

**e** Loans or loan guarantees by related organization(s) . . . . . . . . . . .

**f** Dividends from related organization(s) . . . . . . . . . . . . . .

**g** Sale of assets to related organization(s) . . . . . . . . . . . . . .

**h** Purchase of assets from related organization(s) . . . . . . . . . . . .

**i** Exchange of assets with related organization(s) . . . . . . . . . . . .

**j** Lease of facilities, equipment, or other assets to related organization(s) . . . .

**k** Lease of facilities, equipment, or other assets from related organization(s) . . .

**l** Performance of services or membership or fundraising solicitations for related organization(s) . . .

**m** Performance of services or membership or fundraising solicitations by related organization(s) . . .

**n** Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) . . .

**o** Sharing of paid employees with related organization(s) . . . . . . . . .

**p** Reimbursement paid to related organization(s) for expenses . . . . . . . .

**q** Reimbursement paid by related organization(s) for expenses . . . . . . . .

**r** Other transfer of cash or property to related organization(s) . . . . . . . .

**s** Other transfer of cash or property from related organization(s) . . . . . . .

**2** If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and t

| (a) Name of related organization | (b) Transaction type (a-s) | (c) Amount involved | |
|---|---|---|---|
| **(1)** PGA TOUR GOLF COURSE PROPERTIES INC | a(i) | 6,455,439 | AFR |
| **(2)** PGA TOUR MEDIA CENTER INC | a(i) | 20,593 | AFR |
| **(3)** PGA TOUR CONSTRUCTION SERVICES INC | a(i) | 226,882 | AFR |
| **(4)** PGA TOUR DESIGN SERVICES INC | a(i) | 95,189 | AFR |
| **(5)** TOURNAMENT PLAYERS CLUB AT SAWGRASS INC | a(i) | 595,156 | AFR |
| **(6)** TOURNAMENT PLAYERS CLUB OF CONNECTICUT INC | a(i) | 688,736 | AFR |
| **(7)** TOURNAMENT PLAYERS CLUB AT SOUTHWIND INC | a(i) | 140,079 | AFR |
| **(8)** TOURNAMENT PLAYERS CLUB AT SUMMERLIN INC | a(i) | 292,827 | AFR |
| **(9)** TOURNAMENT PLAYERS CLUB OF CINCINNATI INC | a(i) | 99,760 | AFR |
| **(10)** TOURNAMENT PLAYERS CLUB OF PRINCETON INC | a(i) | 706 | AFR |
| **(11)** TOURNAMENT PLAYERS CLUB AT SUGARLOAF INC | a(i) | 464,205 | AFR |
| **(12)** TOURNAMENT PLAYERS CLUB OF ILLINOIS INC | a(i) | 126,764 | AFR |
| **(13)** TOURNAMENT PLAYERS CLUB OF MINNESOTA INC | a(i) | 309,961 | AFR |
| **(14)** TOURNAMENT PLAYERS CLUB OF NORTH CAROLINA INC | a(i) | 59,186 | AFR |
| **(15)** TOURNAMENT PLAYERS CLUB OF CALIFORNIA INC | a(i) | 24,469 | AFR |
| **(16)** PGA TOUR HOLDINGS INC | a(i) | 108,607 | AFR |
| **(17)** PGA TOUR TRAVEL INC | a(i) | 94,171 | AFR |
| **(18)** PGA TOUR LICENSED PROPERTIES INC | a(i) | 321,961 | AFR |
| **(19)** PGA TOUR MANAGEMENT SERVICES INC | a(i) | 1,196 | AFR |
| **(20)** TOURNAMENT PLAYERS CLUB OF BOSTON AT GREATWOO | a(iii) | 173,939 | ARMS LENGTH |
| **(21)** TOURNAMENT PLAYERS CLUB OF ILLINOIS LLC | a(iii) | 136,176 | ARMS LENGTH |
| **(22)** PGA TOUR GOLF COURSE PROPERTIES INC | a(iii) | 8,753,343 | ARMS LENGTH |
| **(23)** TOURNAMENT PLAYERS CLUB OF CONNECTICUT INC | a(iii) | 34,500 | ARMS LENGTH |
| **(24)** TOURNAMENT PLAYERS CLUB AT AVENEL INC | a(iii) | 117,280 | ARMS LENGTH |

| | | | |
|---|---|---|---|
| (25) TOURNAMENT PLAYERS CLUB AT SOUTHWIND INC | a(iii | 35,540 | ARMS LENGTH |
| (26) TOURNAMENT PLAYERS CLUB AT SUMMERLIN INC | a(iii | 62,285 | ARMS LENGTH |
| (27) TOURNAMENT PLAYERS CLUB OF CINCINNATI INC | a(iii | 165,676 | ARMS LENGTH |
| (28) TOURNAMENT PLAYERS CLUB AT SUGARLOAF INC | a(iii | 34,185 | ARMS LENGTH |
| (29) TOURNAMENT PLAYERS CLUB OF MINNESOTA INC | a(iii | 151,756 | ARMS LENGTH |
| (30) PGA TOUR GOLF COURSE PROPERTIES INC | a(iv) | 208,032 | ARMS LENGTH |
| (31) PGA TOUR CONSTRUCTION SERVICES INC | a(iv) | 33,150 | ARMS LENGTH |
| (32) PGA TOUR DESIGN SERVICES INC | a(iv) | 33,150 | ARMS LENGTH |
| (33) PGA TOUR CHARITIES INC | b | 4,425,295 | CASH VALUE |
| (34) PGA TOUR GOLF COURSE PROPERTIES INC | d | 26,221,761 | CASH VALUE |
| (35) PGA TOUR MEDIA CENTER INC | d | 1,222,084 | CASH VALUE |
| (36) PGA TOUR CONSTRUCTION SERVICES INC | d | 1,493,567 | CASH VALUE |
| (37) PGA TOUR DESIGN SERVICES INC | d | 103,777 | CASH VALUE |
| (38) TOURNAMENT PLAYERS CLUB AT SAWGRASS INC | d | 3,221,084 | CASH VALUE |
| (39) TOURNAMENT PLAYERS CLUB OF CONNECTICUT INC | d | 13,677,625 | CASH VALUE |
| (40) TOURNAMENT PLAYERS CLUB AT SOUTHWIND INC | d | 3,264,426 | CASH VALUE |
| (41) TOURNAMENT PLAYERS CLUB AT SUMMERLIN INC | d | 2,766,732 | CASH VALUE |
| (42) TOURNAMENT PLAYERS CLUB OF CINCINNATI INC | d | 1,793,835 | CASH VALUE |
| (43) TOURNAMENT PLAYERS CLUB OF PRINCETON INC | d | 312,835 | CASH VALUE |
| (44) TOURNAMENT PLAYERS CLUB AT SUGARLOAF INC | d | 8,280,944 | CASH VALUE |
| (45) TOURNAMENT PLAYERS CLUB OF ILLINOIS INC | d | 1,892,790 | CASH VALUE |
| (46) TOURNAMENT PLAYERS CLUB OF MINNESOTA INC | d | 1,682,469 | CASH VALUE |
| (47) TOURNAMENT PLAYERS CLUB OF NORTH CAROLINA INC | d | 130,006 | CASH VALUE |
| (48) TOURNAMENT PLAYERS CLUB OF CALIFORNIA INC | d | 410,895 | CASH VALUE |
| (49) PGA TOUR HOLDINGS INC | d | 10,172,014 | CASH VALUE |
| (50) PGA TOUR TRAVEL INC | d | 780,214 | CASH VALUE |
| (51) PGA TOUR GOLF COURSE PROPERTIES INC | e | 67,780,841 | CASH VALUE |
| (52) PGA TOUR INVESTMENTS FINANCE INC | e | 10,946,951 | CASH VALUE |
| (53) TOUR AIR INC | e | 938,806 | CASH VALUE |
| (54) TOURNAMENT PLAYERS CLUB AT AVENEL INC | e | 361,480 | CASH VALUE |
| (55) TOURNAMENT PLAYERS CLUB OF SCOTTSDALE INC | e | 2,746,701 | CASH VALUE |
| (56) TOURNAMENT PLAYERS CLUB OF MASSACHUSETTS INC | e | 937,696 | CASH VALUE |
| (57) TOURNAMENT PLAYERS CLUB OF MCKINNEY INC | e | 909,131 | CASH VALUE |
| (58) PGA TOUR GOLF COURSE PROPERTIES INC | g | 3,800,000 | ARMS LENGTH |
| (59) TOURNAMENT PLAYERS CLUB AT SAWGRASS INC | k | 5,947,403 | ARMS LENGTH |
| (60) TOURNAMENT PLAYERS CLUB OF LOUISIANA INC | k | 760,000 | ARMS LENGTH |
| (61) PGA TOUR GOLF COURSE PROPERTIES INC | l | 6,738,007 | ARMS LENGTH |
| (62) TOURNAMENT PLAYERS CLUB OF BOSTON AT GREATWOO | m | 77,244 | ARMS LENGTH |
| (63) PGA TOUR GOLF COURSE PROPERTIES INC | m | 6,813,577 | ARMS LENGTH |
| (64) TOUR AIR INC | m | 3,771,590 | ARMS LENGTH |
| (65) TOURNAMENT PLAYERS CLUB AT SAWGRASS INC | m | 4,419,027 | ARMS LENGTH |
| (66) TOURNAMENT PLAYERS CLUB OF CONNECTICUT INC | m | 165,393 | ARMS LENGTH |

| | | | |
|---|---|---|---|
| (67)TOURNAMENT PLAYERS CLUB AT AVENEL INC | m | 71,949 | ARMS LENGTH |
| (68)TOURNAMENT PLAYERS CLUB OF SCOTTSDALE INC | m | 113,852 | ARMS LENGTH |
| (69)TOURNAMENT PLAYERS CLUB AT SOUTHWIND INC | m | 328,765 | ARMS LENGTH |
| (70)TOURNAMENT PLAYERS CLUB OF PRINCETON INC | m | 121,269 | ARMS LENGTH |
| (71)PGA TOUR HOLDINGS INC | m | 3,334,487 | ARMS LENGTH |
| (72)PGA TOUR TRAVEL INC | m | 497,736 | ARMS LENGTH |
| (73)PGA TOUR GOLF COURSE PROPERTIES INC | q | 1,076,534 | COST |
| (74)PGA TOUR GOLF COURSE PROPERTIES INC | r | 786,263 | CASH VALUE |
| (75)PGA TOUR INVESTMENTS FINANCE INC | r | 2,289,607 | CASH VALUE |
| (76)PARK INVESTMENTS INC | r | 131,436 | CASH VALUE |
| (77)TOURNAMENT PLAYERS CLUB AT AVENEL INC | r | 114,755 | CASH VALUE |
| (78)TOURNAMENT PLAYERS CLUB OF SCOTTSDALE INC | r | 171,769 | CASH VALUE |
| (79)TOURNAMENT PLAYERS CLUB OF LOUISIANA INC | r | 1,502,996 | CASH VALUE |
| (80)TOURNAMENT PLAYERS CLUB OF MASSACHUSETTS INC | r | 274,257 | CASH VALUE |
| (81)TOURNAMENT PLAYERS CLUB OF PRINCETON INC | r | 129,969 | CASH VALUE |
| (82)PGA TOUR HOLDINGS INC | r | 1,346,725 | CASH VALUE |
| (83)SELECT TICKETS | r | 249,311 | CASH VALUE |
| (84)GOLF COURSE PROPERTIES INC | s | 79,597 | CASH VALUE |
| (85)TOURNAMENT PLAYERS CLUB AT SUMMERLIN INC | s | 90,032 | CASH VALUE |
| (86)PGA TOUR LICENSED PROPERTIES INC | s | 1,883,522 | CASH VALUE |
| (87)PGA TOUR GLOBAL CONSULTING INC | s | 285,480 | CASH VALUE |

Page 4

Schedule R (Form 990) 2019

**Part VI**    **Unrelated Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (t
was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a) Name, address, and EIN of entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (e) Are all partners section 501(c)(3) organizations? | | (f) Share of total income | (g) Share of end-of-year assets | (I Dispropo alloca |
|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Schedule R (Form 990) 2019

| Part VII | Supplemental Information |
|---|---|

# EXHIBIT 4



# Memo

To:     PGA TOUR Policy Board

Date:   January 24, 2020

From:  Commissioner Monahan

Re:     Private Equity Golf

At the March 2019 Policy Board meeting, we briefed the Board regarding a proposed series of professional golf team events funded by private equity, which I will refer to as "Private Equity Golf." The formation of this proposed tour, which would be competitive to the PGA TOUR, has been the subject of rumors and speculation for several years. The principals of Private Equity Golf have never directly reached out to PGA TOUR management; however, we have received copies of their materials from various constituents within the PGA TOUR community on a confidential basis.

Although principals of Private Equity Golf have been largely dormant in their outward communications since this past spring, they reemerged at the Hero World Challenge and again at the Farmers Insurance Open. These representatives met with select players' agents, providing updated proposals that include monetary guarantees for individual top players. The updated talks are reportedly the byproduct of recently secured financial investment from Saudi interests. To date, we have received only second-hand summaries of Private Equity Golf's proposals based on conversations with players and agents. We have no details on the monetary proposals.

Geoff Shackelford published an article on January 23, 2020 (copy attached), after news of the presence of Private Equity Golf principals at the Hero World Challenge and Farmers Insurance Open. Based on these new developments, we want to brief the Policy Board on our current position and action plan, and to proceed with the next phase of our response discussed with the Board last year.

Starting in the fall of 2018 when we obtained Private Equity Golf's materials, the TOUR closely examined its viability and impact, and has been in active preparations in anticipation of Private Equity Golf making a public entrance into the golf marketplace. We designated representatives from all TOUR departments and stakeholders, developing high-priority action steps with an aim to mitigate any impact, as follows:

<u>Players/Agents</u>
We have had active ongoing communication with top players and their agents to learn of the Private Equity Golf's movement and player interest.  In late 2018, our team met with the top-30 players to reinforce the strength of the TOUR with individualized comprehensive earnings reports and projections inclusive of the new FedExCup Bonus increase and creation of Wyndham Top-10 Rewards.  We are continuing these detailed discussions with key players regarding unprecedented comprehensive earnings growth over the past year, and projections for the future. More specifically, at the January 21, 2020 mandatory Player meeting, we provided projected player earnings through 2025 which showed very significant increases as a result of where we anticipate we will come out on our domestic media negotiations. Also, on January 22nd, we held a pre-scheduled meeting with the Athletes' Representation Council (ARC) which consists of one agent from each of the six leading player management companies.  A number of agents confirmed they had met with Private Equity Golf representatives, and that specific offers are being made to certain top players.

<u>Governance/Membership</u>
Our current Tournament Regulations provide a significant hurdle for PGA TOUR members with respect to contracting with Private Equity Golf under its proposed structure, because of the Regs prohibition against players having a financial interest in another player and its conflicting event provisions. In particular, the Tournament Regulations governing Conflicting Events and Media Rights/Releases would be applicable. Additionally, our current Regulations prevent players from taking actions that would cause the TOUR harm (reputational or otherwise), as the Private Equity Golf structure would undoubtedly do.

Further to the point, in order to ensure that participants in PGA TOUR tournaments give their best efforts and to prevent free riding on the goodwill amassed in the PGA TOUR brand, we developed two proposed changes to our Regulations in a phased approach. First, in November 2019 the Policy Board ratified a revised Media Rights/Release regulation to ensure that all golf events are unequivocally covered on a global basis, as the previous regulation was out of date with our global media presence. The second phase action step is to articulate our desire to protect our interest in our venture by enacting a Regulation that further crystalizes such intention and the corresponding prohibitions. We will seek Board approval on this proposed Regulation at our March 3, 2020 meeting after the PAC process is completed.

<u>Player Comprehensive Earnings</u>
At the November 2019 Policy Board meeting, we presented the Policy Board with Resource Allocation objectives for Player Comprehensive Earnings and Prize Money as we complete our domestic media rights negotiations and in light of completion of the Discovery international partnership. These projections demonstrate unprecedented financial growth and strength of the PGA TOUR now and into the next decade. As previously mentioned, these projections were shared with the membership this week at the Player meeting at the Farmers Insurance Open.

Media Partners

TOUR representatives have reached out to existing and potential media partners to determine if Private Equity Golf organizers have been in contact and, if so, gauge interest.  Those partners that have been contacted indicated to us that they have no interest in dealing with Private Equity Golf because the entity does not own any media rights.

Media Outlets/Communications

We have developed messaging plans/statements for various eventualities of Private Equity Golf entering public domain. We opportunistically packaged the TOUR's successes in the media to showcase its strength without waiting for Private Equity Golf to make an announcement.

Corporate Partners

We have engaged select TOUR partners to determine if Private Equity Golf has been in contact. To date, we have no information regarding outreach to partners.

Tournaments/Host Organizations

We communicated with key members of the Tournament Advisory Council to prepare for a possible entrance of Private Equity Golf to the marketplace.

Major Championships and Governing Bodies

We have liaised with each organization to learn of its position regarding Private Equity Golf.  To date, these organizations have given Private Equity Golf little regard or exhibit a wait-and-see mentality.

European Tour

We have continued discussions with the European Tour about the potential to work more closely together, thereby removing the European Tour as a potential partner of Private Equity Golf.  The European Tour reports it has been contacted by Private Equity Golf representatives but indicates no interest in a relationship with the organization on any terms.

Official World Golf Rankings

We are monitoring contact by Private Equity Golf representatives with OWGR.  To date, Private Equity Golf made a written request to OWGR requesting confirmation that points will be granted to Private Equity Golf events upon submission of an application. An application was never received by OWGR and no confirmation by OWGR was given other than that Private Equity Golf should follow the normal OWGR governance process for any new tour. Under current OWGR regulations, Private Equity Golf will need to be in operation for two years and meet minimum field size and eligibility requirements in order to be considered for inclusion in the OWGR system.

<u>Legal/Employment Matters</u>
We are evaluating non-compete and proprietary information agreements with select employees.

As a result of Private Equity Golf's recent meetings, we learned of their immediate goal to obtain commitments from eight high-profile players prior to seeking agreements with sponsors and media partners.  The impact that Private Equity Golf could have on the PGA TOUR is dependent on the level of support it may receive from these players.  Without this support, Private Equity Golf's ability to attract media and corporate partners will be significantly marginalized and its impact on the TOUR diminished.

For these reasons, we believe it prudent to take the next steps in our action plan. We are in the process of developing a communication to player/members regarding Private Equity Golf. Additionally, we will ask the Policy Board in March to approve the Regulation changes which clearly state that PGA TOUR members cannot have a financial interest in, or be a member of, Private Equity Golf and retain PGA TOUR membership.

In closing, I would say that the PGA TOUR's Regulations are rules that were enacted by the players themselves and are the foundation upon which the TOUR has been built. The PGA TOUR's position and history as the world's leading professional golf tour is second to none due to the strength of its members, and the organization's unwavering commitment to delivering the highest financial benefits and playing opportunities. I believe that the PGA TOUR, with its unique player/independent governance structure, has delivered unquestioned value to its members, partners, and communities, and has served a growing global audience of fans over the past 51 years.

In our estimation, the best way to continue this remarkable growth and stability is to amend our regulations as described. I will be reaching out to each of you over the next few days to answer any questions regarding our planned action steps.

Thank you,

Jay

# EXHIBIT 5

**From:** Juan Carlos Perez <JuanCarlos.Perez@dpworld.com>
**Date:** 9 July 2021 at 00:39:35 GMT-7
**Subject: ACT Minutes of Meeting - Malta - 5&6 July 2021**

Dear all,

Trust you all had safe trips. Again many thanks for the constructive mindset demonstrated by all, in will be remembered as our Malta Moment.

For completeness I enclose Minutes of Meeting for your review and comments.

Looking forward to co creating together an integration pathway that will benefit all involved by elevating the game of golf.

It was a pleasure and a privilege to finally meet all of you in Malta.

Un abrazo

**Juan Carlos Pérez**
Senior Partnerships Consultant

# Minutes of Meeting - CONFIDENTIAL

**Meeting:** ET / DP WORLD / LEAGUE Summit

**Location:** Hotel Corinthia, Malta

**Date:** 5-6 July 2021

**Participants:**    DPW: Danny van Otterdijk, Federico Banos-Lindner, Juan Carlos Perez

PGAET: Keith Pelley, Guy Kinnings, Paul McGinley

LEAGUE: Majed Al Sorour plus P54: Roger Duthie, Jed Moore (V), Gary Davidson (V)

JGEC: Ismail Mohamad Sharif

**5 July 2021 PM – ALL PARTICIPANTS**

Majed stressed PFI objective to Grow the Game, H.E. Yasir love for the sport and determination to make an impact. Highlighted resolve to go live in Feb 2022 given all pieces are ready to go. Asian Tour has agreed to sanction the League. Spirit is not to take anything from anyone, instead commit substantial funds (**$1.2bn**) to ensure golf ecosystem benefit as a whole.

Majed confirmed decision to uphold the forthcoming DP WORLD TOUR investment, **co-funding** 50-50% the investment (DP WORLD $20m p.a., The League $20m p.a). Thus, upholding DPW contractual commitment to ET, rebuild rights & benefits profile to amplify results and protecting ET total annual revenues + continuity. As a result, DP WORLD to achieve a wider business enablement platform for half the original investment. See slide #5 in ppt enclosed.

Performance54 legal entity has been registered in US, to manage The League, with HQ in Jupiter FL, Greg Norman as public lead.

P54 via Jed and Gary explained The League in detail to ET following enclosed slide pack. ET listened attentively, asked for clarification on format and paid special attention to cash contribution to ET calculated as **+$300m over 5y** in addition to DP WORLD TOUR fees. See slide #16. **Over 10y the overall financial injection to ET could reach $1bn.**

ET requested a break to discuss internally the proposal. After 45' returned to room and KP summarised position as follows: Grateful for the detailed work and preparation, acknowledged Majed and H.E. Yasir passion for the game. Confirmed new series appeal and fit, **however** stated main issue is US PGA mighty power and need to avoid a collision course between ET and PGA.

KP proposed a 'walk before run' approach, with a proof of concept, co-creating integration over 2022-2024 period. Paul stated players position of power and need to bring them along in a gradual integration pathway over time.

ET proposed to work together with DP WORLD and The League, to trial the proof of concept, with focus in the window Sep-Dec (to avoid conflict with the FEDEX PGA calendar), starting with events outside the US, get momentum, get players and then integrate US with a proven concept later on.

Majed acknowledged ET changed position and spirit to integrate The League, however clearly stated PGL Light proposal will not be acceptable. Whilst he wants to avoid confrontation his mandate and mission is to create True Impact, ideally within the Golf ecosystem but if not feasible without.  He **cannot wait** for Sep-Dec and is ready to go live Feb 2022. He will not back off on this unless H.E. Yasir tells him to.

**6 July 2021 PM – ALL PARTICIPANTS**

DVO brokered a pathway to find a resolution palatable to all parties. Seek an Integration Plan with scheduling concessions and collaboration mindset across all involved whilst ensuring a co creation pathway. DVO **clearly and unambiguously** stressed DP WORLD's resolve to protect rights and prevent any investment dilution.

DVO expressed heartfelt gratitude for a constructive meeting in Malta. Wrapped up meeting with a clear message that collaboration between The League, ET and DP WORLD offers a solid opportunity to further expand and optimise the forthcoming DP WORLD TOUR, to modernise and enhance the Golf Ecosystem. DVO summarised next steps as described below and confirmed all involved agreement with agreed actions.

**Actions:**

1. Keith Pelley to lead a call between ET & PGA (Jay Monahan PGA Commissioner) on Thu 8 July 2021, wrt discussions with DP WORLD and The League, aiming to bring a recommendation to Board for an Integration Pathway.

2. Keith Pelley to broker a meeting together with H.E. Yasir Othman Al-Rumayyan, Governor of the Public Investment Fund and Jay Monahan PGA Commissioner, to enable an Integration Pathway. H.E. is currently in UK.

3. Keith Pelley to de brief Malta meeting attendees on Fri 9 July 2021. JC Perez to schedule.

4. ET, LEAGUE and DP WORLD to start cadence meetings for Integration Plan, with spirit of collaboration & co creation of an Integration Pathway with the League, within the ecosystem, that will elevate the game of golf and enhance the DP WORLD TOUR asset value.



ET DP WORLD
LEAGUE Summit (vSe

# EXHIBIT 6


**Fri, Feb 11**

Hi Greg! How are you doing? I just wanted to see how things are going with the League cause it seams like a lot of those guys that were loving it and excited about it last week, now are shiting in their pants.

9:18 PM

**Sat, Feb 12**

Morning. All going very well. I have not heard the white noise of shitting their pants. Who are you referencing so I can run a check?

10:36 AM

Some of the younger guys,

Some of the younger guys, I think the tour reached out to them and scared them a bit and because they are young, I think it worked

10:45 AM

If you have names I can reach out to them.

12:27 PM

**Sun, Feb 13**

In regards to the Tour if they were going to ban players they would have already. They know they cannot hence no action outside of verbal threats. If you can get them or any player threatened to get it I writing fantastic. Thanks.

11:14 AM

 **Calendar** Tomorrow, 11:00 AM
Invitation

player threatened to get it writing fantastic.
Thanks.

11:14 AM ✓✓

Thanks Sharky!! 11:23 AM

**Thu, Feb 17**

Hi Sharky! It's official, the Tour has told our managers this week that whoever signs with the League, is ban from the Tour for life! I don't know how are we gonna get enough good players to join the League under this conditions. What do you think?

8:33 PM

Sorry I didn't even asked you, how are you doing?

8:41 PM

They cannot not ban you for one day let alone life. It is a shallow threat. Ask them to put it in writing to you or any player. I bet they don't. Happy for anyone to speak with our legal team to better understand they have no chance of enforcing.

11:16 PM

**Fri, Feb 18**

Sergio, who said there would be a lifetime ban? And to whom? You? Or your agent? What are they saying specifically? Important to know these facts. Also I will get something to you show you why they cannot

10:58

 **Calendar**     Tomorrow, 11:00 AM
Invitation

you why they cannot.

6:35 AM ✓✓

The commissioner had a meeting with the 5 or 6 biggest agencies of golf managers, mine included and first told them that if any of their players had signed with the league, that they should leave the room and after that they talked about what the tour is going to do going forward and that whoever signs with the League they would be ban from the Tour for life

7:57 AM

I would love to get it in writing but I doubt they will do that

7:58 AM

# EXHIBIT 7

**From:** Greg Norman <greg.norman@livgolf.com>
**Sent:** Thursday, February 24, 2022 11:31 AM
**To:** 'Jay Monahan' <JayMonahan@pgatourhq.com>
**Cc:** Atul Khosla <atul.khosla@livgolf.com>
**Subject:** You Can't Ban Players From Playing Golf

February 24, 2022

Commissioner Jay Monahan
1 PGA TOUR Boulevard
Ponte Vedra Beach, FL 32082

Dear Commissioner Monahan:

Surely you jest.  And surely, your lawyers at the PGA Tour must be holding their breath.

As has been widely reported, you have threatened the players on the PGA Tour, all of whom are independent contractors, with lifetime bans if they decide to play golf in a league sponsored by anyone other than the Tour.

For decades, I have fought for the rights of players to enjoy a career in which they are rewarded fully and properly for their efforts. They are one-in-a-million athletes.  Yet for decades, the Tour has put its own financial ambitions ahead of the players, and every player on the tour knows it. The Tour is the Players Tour not your administration's Tour. Why do you call the crown jewel in all tournaments outside the Majors "The Players Championship" and not "The Administration's Championship?"

But when you try to bluff and intimidate players by bullying and threatening them, you are guilty of going too far, being unfair, and you likely are in violation of the law.

Simply put, you can't ban players from playing golf.  Players have the right and the freedom to play where we like.  I know for a fact that many PGA players were and still are interested in playing for a new league, *in addition to* playing for the Tour.  What is wrong with that?

What is wrong with allowing players to make their own decisions about where to play and how often to play?  What is so wrong with player choice?  Why do you feel so threatened that you would resort to such a desperate, unwise, and unenforceable threat?

I noticed a recent article by the former chief lawyer to the Federal Trade Commission that stated:

> "Let's be clear: A lifetime ban is never going to happen. PGA Tour Commissioner Jay Monahan is no doubt being advised by high-priced lawyers who—if they are worth even a fraction of their lofty rates—have surely advised him of the legal consequences that will blow up in the PGA Tour's face if it imposes lifetime bans on independent contractors who choose to associate with a competitor.
>
> Most notably, imposing a lifetime ban on players would trigger a slam-dunk antitrust lawsuit by Norman's upstart league, the players, or even federal antitrust enforcers who have made it a priority to protect workers' ability to ply their trade for whomever they please without interference from corporate giants."[1]

[1] https://insidesources.com/calling-the-pga-tours-bluff/

Competition in all aspects of life, sport, and business is healthy and the players deserve to be well compensated, which is why so many players have expressed an interest in playing in a new league. But when you threaten to end players' careers and when you engage in unfair labor practices with

your web of player restrictions, you demonstrate exactly why players are open minded about joining a league that treats players well, respects them, and compensates them according to their true worth.

Commissioner – this is just the beginning. It certainly is not the end.


Sincerely,

Greg Norman

**Greg Norman**
**LIV Golf Investments**
CEO & Commissioner

E: Greg.Norman@livgolf.com


_____

_____

_____

_____

# EXHIBIT 8

Good to hear  12:02

Most recent update from Tour is lifetime ban for anyone who joins LIV

12:39

# EXHIBIT 9

Nov 16 1994

NORMAN/PRICE EXMATCH

FINCITEM → FRANK
              WILLIAMS

- TV RELEASE

LAW OFFICES

# ALLEY, MAASS, ROGERS & LINDSAY, P.A.

321 ROYAL POINCIANA PLAZA SOUTH

POST OFFICE BOX 431

PALM BEACH, FLORIDA 33480-0431

(407) 659-1770

FACSIMILE (407) 833-2261

—

FROM BROWARD (305) 421-1540

RAYMOND C. ALLEY (1893-1975)
HAROLD G. MAASS (OF COUNSEL)
DOYLE ROGERS
ALAN LINDSAY
EDWARD D. LEWIS
NEAL W. KNIGHT, JR.
PAUL B. ERICKSON
DAVID H. BAKER
LENNE A. GAPSTUR
WILLIAM W. ATTERBURY III
LOUIS L. HAMBY III
ROBB R. MAASS
ELLEN S. MALASKY
M. TIMOTHY HANLON
KURT E. BOSSHARDT
MICHAEL L. DUFFY
WARREN D. HAYES, SR.
GENE D. LIPSCHER

FORT LAUDERDALE OFFICE
1600 S.E. 17TH STREET CAUSEWAY
SUITE 404
FORT LAUDERDALE, FLORIDA 33316
(305) 767-0215
FACSIMILE (305) 761-7644

DATE:                 November 16, 1994

TO:                   Paul Nolan

FAX NUMBER:           202-326-2655

FROM:                 Paul Erickson

MATTER NUMBER:        12660

NUMBER OF PAGES BEING FAXED, INCLUDING COVER SHEET:        4

MESSAGE:

*************************************************************************
The information contained in this transmission is attorney-client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the above address via U.S. Mail. We will reimburse you for the postage. Thank you.
*************************************************************************

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL BACK AS SOON AS POSSIBLE AT THE FOLLOWING NUMBER: (407) 659-1770

**PGA TOUR**
112 TPC Boulevard
Ponte Vedra Beach, Florida 32082
904-285-3700



Steve Rankin
*Executive Vice President*
*Tournament Affairs/Sponsor Relations*

November 4, 1994

Mr. Frank Williams
Great White Shark Enterprises, Inc.
P. O. Box 1189
Hobe Sound, FL   33475-1189

Dear Frank:

Commissioner Finchem asked me to follow up on the phone conversation you and I had the other day regarding Greg's plans for a series of Norman/Price challenge matches against other two-man teams.

To reiterate the PGA TOUR's posture, we wish to be accommodating in helping such events along for the benefit of our players, and we will certainly try to do so in this case.

It is important, however, for you to be aware of the policies which could, depending on the specific parameters of the ultimate concept, become applicable.

In regard to conflicting event releases, none would be required if the matches are scheduled on Mondays and/or Tuesdays as you indicated you hoped to do. Releases would be required on any other days of the week if the matches are scheduled on the same week as a PGA TOUR cosponsored event.

As you know, we do not grant releases for such events held within the United States, but it would not appear that this will be an issue since you indicated the challenge matches are to be held outside the U. S.

On the issue of television releases, they would be required for any event in which PGA TOUR members participate that is televised within the United States. The general conditions for approval of television releases are (a) payment of the applicable TV rights fee; and (b) ensuring that the events will not be televised on the same days as other PGA TOUR cosponsored event programming. We'll be happy to provide you with more detailed information as your plans develop.

Again, Frank, we're supportive of the concept and are hopeful that these matches can become a reality. We're merely trying to let you know early on where some of the potential issues lie so that we may avoid any problems later.

Mr. Frank Williams
November 4, 1994
Page 2

If we can be of any assistance, don't hesitate to let me know.  Also, at your request,
we're investigating the move of the Shark Shootout to the earlier week beginning in
1996.....I'll keep you posted on our progress.

Sincerely,

Steve Rankin

SR/ed

cc:     Timothy W. Finchem
        Greg Norman
        Nick Price

# EXHIBIT 10

## European Tour and PGA Tour's 'strategic alliance' leaves more questions than answers

●●● bbc.com/sport/golf/55137510

By Iain CarterBBC golf correspondent



Last updated on 🕐 30 November 202030 November 2020.From the section Golf 💬 59



Canadian Keith Pelley was appointed chief executive of the European Tour in 2015

Promising to create "a significant new era for global golf" the "momentous" announcement of a strategic alliance between the European and PGA Tours has so far generated more questions than answers.

The collaboration between the two biggest professional circuits, announced by European Tour chief executive Keith Pelley, would appear to make plenty of sense for the worldwide game.

But what it will mean for players and fans is distinctly unclear. This is perhaps due to the speed with which the deal came to fruition last week.

It was not a huge surprise but the timing was not widely anticipated. A closer working relationship had been on the agenda for some time.

When I spoke to PGA Tour commissioner Jay Monahan in May 2018, he told me: "I certainly think it is something that everybody who is involved in the game should be aspiring to.

"If you look at what's in the best interests of the fan, best interests of the players, you could make the case for one global tour."

The deal hammered out in three days of intense talks last week does not create a "world tour" but it brings that notion a step closer. It removes barriers between the two tours and makes cooperation an easier objective.

"The way I have characterised it is the PGA Tour moves from a competitor to a partner, and a partner where we will work to collaborate on a global golf schedule," Pelley said.

"Both in terms of prize funds and playing opportunities for our respective memberships and also in the commercial realm across the globe."

The tipping point seems to have been created by talks between the European Tour and Raine Group, a private equity firm behind the proposed Premier Golf League which threatened to shake up the status quo in men's professional golf.

The European circuit ultimately decided against jumping into bed with the rebel upstarts, preferring to align themselves with their American rivals as the PGA Tour became more willing partners.

The Florida-based tour would not have wanted the rebel PGL to gain a foothold of legitimacy in the professional game through an association with an established entity such as the European Tour.

Hence the coming together of two rival tours, the American one being the dominant force with greater resources, prize funds and the best players on board.

As a result the PGA Tour now has a minority stake in European Tour Productions, the Wentworth-based organisation's in house media company. Monahan takes a seat among 15 board members as well.

Pelley was insistent this is not a takeover nor a reflection of fragile finances in his group of companies. Such suggestions, he said, are "a great example of a story that perpetuates itself with no facts".

The tour has come through a painful round of redundancies this year but their latest accounts show a £7.4m increase in revenue up to the end of 2019, with cash reserves up £2m to £24.7m.

The Ryder Cup balance increased by more than £10m to £17.8m following the announcement of Adare Manor in Ireland as the venue for the 2027 match.

Nevertheless the Covid-19 pandemic has had a significant impact and documents lodged with Companies House state "a guiding assumption" that the European Tour "will not be fully back to a steady state until 2023".

The figures also show that the organisation "acquired a £30m loan through Barclays and the CBILS (Coronavirus Business Interruption Loan Scheme) to provide additional financial headroom in the event of prolonged market uncertainty".

This may be prudent financial management but illustrates the precarious nature of international business at the moment.

Despite Pelley's vehement statement that the deal is not a PGA Tour takeover, a leading golf industry figure told BBC Sport: "This feels like the engagement before a marriage between the two tours."

Certainly with Monahan sitting on the European Tour board they can no longer be considered competitors. Collaboration will be the way forward, but detail on how that might work is in short supply.

The most likely scenario would be for some European events to be co-sanctioned with the PGA Tour. "That is a realistic possibility and that has been discussed in great depth," Pelley said.

This might mean more American-based stars playing in elite Rolex Series events such as the BMW PGA Championship and Scottish Open but that remains speculation.

Former Ryder Cup captain Paul McGinley, a European Tour Board member, wrote for Sky Sports: "This is the first real big step in tying everything together, which is something that golf needs."

The Irishman envisages a less American-centric feel to the golfing world, bearing in mind that three of the four men's majors are played in the US and the massive draw of the big money play-offs at the end of the PGA Tour season.

Indeed, this strategic alliance may work very well for players at the top of the game and that in turn makes men's professional golf more attractive to global sponsors and media organisations.

That's the potential upside. By contrast, how will it benefit up and coming players on Europe's Challenge Tour or those main tour competitors who may be squeezed out of bigger events?

It is an uncertain world and professional golf is not immune. The narrative suggests both tours are better together and this enhanced relationship might just be a required shot in the arm.

As Pelley said when the deal was unveiled: "The glass is definitely half-full, and I believe that we will look back at this day and look back at this partnership as something that has changed global golf."

But quite how it is altered remains to be seen.



- Anton Ferdinand: Football, Racism and Me: How the John Terry incident drove him to tackle the problem in the game
- Rugby League's Great British Lions: Follow a behind the scenes look at their return tour down under