# EXHIBIT 11

AMENDED AND RESTATED
BY-LAWS
of
PGA TOUR, INC.

## ARTICLE I

### Name; Offices; Corporate Seal

1.01.   Name.  The name of the Corporation is PGA TOUR, INC.  It is a Maryland non-profit corporation.

1.02.   Offices.   The Corporation shall maintain a registered office in the State of Maryland.  In addition to such registered offices the Corporation may have other offices either within or without the State of Maryland.  The principal business office of the Corporation shall be in the State of Florida, at Sawgrass, Ponte Vedra Beach, St. Johns County, Florida.

1.03.   Corporate Seal.   The corporate seal shall be circular in form and shall bear the name of the Corporation, the year of its incorporation (1974) and the words "Corporate Seal, Maryland". Such seal may be used by causing it or a facsimile thereof to be impressed or affixed or in any other manner reproduced.

## ARTICLE II

### Membership

2.01.   The Members of the Corporation shall be of two classes as follows:

2.02.   Board Members.   The Board Members of the Corporation shall consist of the individuals at the time serving as the directors of the Corporation.

2.03.   Player Members.   The Player Members of the Corporation shall consist of the individuals who are, at the time "Voting Members" of the PGA TOUR as provided in the PGA TOUR Tournament Regulations.

2.04.   Voting by Members.   Board Members are ex officio members of the Board of Directors of the Corporation and may vote in that capacity on any policy matter affecting the Corporation unless otherwise required by law.  Player Members shall be entitled to elect a total of four Board Members ("Player Directors") pursuant to the procedures contained herein and in the PGA TOUR Tournament Regulations, but shall not be entitled to vote on any matter by reason of their status as Player Members of the Corporation, except to the extent required by law or determined by the Board of Directors.

## ARTICLE III

### Meetings of Membership

3.01.   <u>Meetings of Board Members</u>.  Meetings of Board Members shall be as set forth in Article V herein ("Meetings of the Board of Directors").

3.02.   <u>Annual Meetings of Player Members</u>.   The Annual Meeting of the Player Members shall be held during October or November of each year on a date and at a place to be determined not less than 60 days prior to such meeting.

3.03.   <u>Special Meetings of Player Members</u>.  Special meetings of Player Members shall be held whenever called by the Commissioner upon the written request of two or more of the Player Directors of the Board or upon the filing with the Commissioner of a petition signed by not less than 25 percent of the Player Members.   Within 30 days of the receipt of such request or petition, the Commissioner shall schedule and give notice of such meeting.

3.04.   <u>Notice of Meetings of Player Members</u>.   Notice of each meeting of Player Members shall be mailed to each such Member, addressed to such Member at his address as it appears on the records of the Corporation, not less than ten nor more than 30 days before the scheduled date of such meeting.  Each such notice shall state the place, date and hour of the meeting, and the purpose or purposes for which the meeting is called.  No notice of any meeting need be given, however, to any Player Member who personally appears thereat or who signs a written waiver thereof, whether before or after such meeting.

3.05.   <u>Adjourned Player Member Meetings</u>.  No notice need be given of any adjourned meeting of Player Members if the time and place of such adjourned meeting are announced at the meeting at which the adjournment is taken, provided that the adjournment is not for more than 21 days.   Any business may be transacted at any adjourned meeting which might have been transacted at the meeting as originally scheduled.

3.06.   <u>Quorum for Meetings of Player Members</u>.  The presence in person at any meeting of Player Members of a majority of all such Members shall constitute a quorum for the transaction of business.

3.07.   <u>Voting by Player Members</u>.   At any meeting of Player Members at which the Board of Directors has determined to put a matter to a vote, or at which a vote is taken as required by law, each Player Member shall be entitled to one vote in person on all such matters that come before the meeting.  Except as may otherwise be provided by statute or herein, all such matters shall be decided by the vote of a majority of the Player Members present.   Absentee votes and proxies will not be permitted.

## ARTICLE IV

### Board of Directors

4.01.   <u>Name of Board</u>.  The Board of Directors also may be referred to, from time to time, as the "Tournament Policy Board of the PGA TOUR."

4.02.   Power of Board.  Except as otherwise required by statute, the Board shall have the power to determine the policies of the Corporation, to elect its officers and to supervise its management.

4.03.   Number and Categories of Directors.  The directors of the Corporation shall be as follows:

(a)   four Player Members elected from among their own number (the "Player Directors");

(b)   through December 31, 1992, three independent public figures with a demonstrated interest in golf ("Independent Directors"); commencing January 1, 1993, four Independent Directors; one of the Independent Directors shall serve as Chairman of the Board;

(c)   through December 31, 1992 the three officers of The Professional Golfers Association of America ("PGA") most recently elected as President, Vice President and Secretary of the PGA who shall be directors of the Corporation ("PGA Directors") during their incumbency as PGA officers; commencing January 1, 1993 and continuing through December 31, 1994, the two officers of the PGA most recently elected President and Vice President, respectively, who shall be PGA Directors during their incumbency as PGA officers; commencing January 1, 1995, the officer of the PGA most recently elected President who shall be a PGA Director during such person's incumbency as PGA President; provided, however, that in the event of a final, non-appealable judicial determination terminating the agreement between the Corporation and PGA dated December 3, 1991, due to a material breach thereof on the part of PGA, there shall cease to be any PGA Directors on the Board of Directors and the provisions of this Subsection (c) as it relates to the rights of PGA Directors to be directors of the Corporation shall cease.  In the event of a termination of PGA Directors as provided in the immediately preceding sentence of this Subsection (c) , notwithstanding any other provisions of this Section 4.03, the composition of the Board of Directors shall be four Player Directors and five Independent Directors and the Independent Directors then serving on the Board of Directors shall select such number of additional Independent Directors as shall be required so that there are five Independent Directors.

4.04.   Election and Term of Player and Independent Directors.  The procedures for the nomination and election of Player Directors shall be set forth from time to time in the PGA TOUR Tournament Regulations.  The original Independent Directors are as set forth in the Articles of Incorporation.  The Independent Directors shall be entitled to select successor Independent Directors and additional Independent Directors as provided in Subsection (b) and Subsection (c) of Section 4.03, after consultation with the then sitting Player Directors and PGA Directors, if any.  The terms of Player and Independent Directors shall be staggered to the extent possible.  The terms of Player and Independent Directors shall not exceed four years, provided that there shall be no limitation on the number of terms to which such a director may be re-elected.

S:\Corporate\Amended & Restated Bylaws of PGA TOUR Inc.doc

4.05.   Committees.  The following provisions shall be applicable to the appointment of committees by the Board of Directors:

(a)      The Board of Directors may appoint from among its members an executive committee, a compensation committee and other committees, composed of two or more directors, to serve at the pleasure of the Board of Directors;

(b)      The Board of Directors may delegate to committees appointed under subsection (a) of this Section 4.05 any of the powers of the Board of Directors, except as prohibited by law; and

(c)      In the absence of any member of any such committee, the members thereof present at any meeting, whether or not they constitute a quorum, may appoint a director to act in the place of any such absent director.

4.06   Champions Tour Division Board.

(a)      *Role, Composition and Selection Process.*  The Champions Tour Division Board is responsible for addressing issues and opportunities specifically relating to the Champions Tour and providing reports and recommendations to the Board for consideration and approval.  The Champions Tour Division Board consists of four (4) Player Directors who are members of the Champions Tour and are elected by the members of the Champions Tour through a process outlined in the Champions Tour Tournament Regulations, four (4) Independent Directors, who shall be the same Independent Directors then serving on the Board, and one (1) PGA Director, who shall be the Past President of the PGA of America.

(b)      *Functions and Meeting Schedule*  The Champions Tour Division Board meets on the same dates and at the same places as the Board meetings, at which times it reviews and discusses reports by management on the performance of the Champions Tour, its plans and prospects, as well as immediate issues facing the Champions Tour.  The Board may from time to time adopt resolutions addressing further specifics of the operation of the Champions Tour Division Board.

(c)      All actions of the Champion Tour Division Board must be approved and/or ratified by the Board of Directors.

## ARTICLE V

### Meetings of the Board of Directors

5.01.   Annual and Regular Meetings.  The annual meeting of the Board of Directors for the election of officers and for the transaction of such other business as may come before the meeting shall be held in October or November of each year at the time of the Regular Meeting of the Board for the fourth quarter of the year.  Regular meetings of the Board shall be held either with or without notice, at such times and places as shall be determined from time to time by resolution of the Board.  In addition, regular meetings of the Board shall be held without any management of the Corporation present, not less than annually, either with or without notice, at such times and places as shall be determined from time to time by resolution of the Board.

S:\Corporate\Amended & Restated Bylaws of PGA TOUR Inc.doc

5.02.   Special Meetings.   Special meetings of the Board of Directors shall be held whenever called by the Chairman or any three or more directors at such times and places as shall be specified in the notice of the meeting.   Notice of the time and place of any such special meeting shall be given to each director by not less than two days' notice of the same by cable, telegram, letter or personally and the notice shall state the purpose or purposes of such meeting. No notice of any meeting need be given to any director who shall attend such meeting or who waives notice thereof in writing before or after such meeting, and no notice need be given of any adjourned meeting.   Any business may be transacted at any adjourned meeting which might have been transacted at the meeting as originally scheduled.

5.03.   Quorum.   Unless otherwise provided by statute, the presence in person at any meeting of the Board of a majority of all the directors shall constitute a quorum for the transaction of business, provided that at least three Player Directors and one Independent Director are present.   Notwithstanding the foregoing, if at any regularly scheduled meeting there shall not be a quorum because of the failure of an appropriate number of Player Directors or Independent Directors to appear at that meeting, an adjourned session thereof may be scheduled for a date at least seven days subsequent to the date of the original meeting and, if all absent directors (i.e., not present when the adjourned date is fixed) shall have been promptly notified of such adjourned date by telegram or facsimile transmission, addressed to their last known address, then and in such event, the presence of any combination of six directors (if the Board shall then consist of ten directors), or five directors (if the Board shall then consist of nine directors), shall be sufficient for the valid transaction of business, provided that at least three Player Directors are present.

5.04   Voting.   At any meeting of the Board of Directors, each director shall be entitled to one vote in person on all matters that come before the meeting.   Except as may otherwise be provided by statute or by Article SEVENTH of the Articles of Incorporation and Article VIII of these By-Laws, relating respectively to the basic composition of the Corporation and the amendment of the By-Laws and of the Articles of Incorporation, all such matters shall be decided by a majority of the members present at such meeting (other than those abstaining from voting on the basis of a potential conflict of interest), which majority shall include a majority of the disinterested directors, a quorum of directors being present, except that changes to the PGA TOUR Tournament Regulations shall require the affirmative vote of a majority of the entire Board, including not less than three Player Directors; provided, however, that if any such member, including a Player Director, upon advice of PGA TOUR counsel or otherwise, abstains from participating in any vote to adopt, amend or repeal a provision of the Tournament Regulations because of an actual or potential conflict of interest, the Board nonetheless may adopt, amend or repeal such provision by a vote of a majority of the disinterested directors, even if (i) such majority is comprised of no Player Directors, and/or (ii) the disinterested directors constitute less than a quorum; provided, further, however, that if any Player Directors do vote on any such adoption, amendment or repeal, such majority shall include at least 75% of the Player Directors voting thereon.   There shall be no voting by proxy, except that, if a director of any category (i.e., Player, PGA or Independent Director) is absent from a meeting, then he may designate in writing a former director of like category, or in the case of Player Directors, a former director of like category or the current Chairman or a current Co-Chairman (in years in which there are Co-Chairmen) of the PGA TOUR Player Advisory Council, to attend the

meeting in his place and vote his proxy (to the extent authorized by such written designation). Matters may be adopted by unanimous consent as provided by applicable law.

ARTICLE VI

Officers

6.01    Titles.  The officers of the Corporation shall consist of a President, who shall be the director then serving as Chairman of the Board, one or more Vice Presidents, a Secretary, a Treasurer, a Commissioner and such other officers as the Board of Directors may from time to time elect or designate.

6.02    Election and Term of Office.  Officers shall be elected at the annual meetings of the Board of Directors and may elected at any other regular or special meeting thereof, provided that the Commissioner's term of office shall be as provided by the Board.  Each officer shall hold office until his successor shall have been elected and qualified or until his earlier resignation or removal.

6.03.    Removal.  Any officer may be removed by the Board of Directors by the vote of a majority of the total number of directors.

6.04.    Vacancies.  Any vacancies in any office arising from death, resignation, removal or otherwise may be filled by the Board of Directors at any regular or special meeting.

6.05.    Powers and Duties.  The officers of the Corporation shall have such powers and duties, except as otherwise provided by the Board of Directors and these By-Laws, as generally pertain to their respective offices and such other powers and duties as from time to time may be prescribed by the Board of Directors.  In furtherance and not in limitation of the generality of the foregoing, and subject to the direction of the Board of Directors, the powers and duties of the respective officers shall be as follows:

(a)    President.  The President shall preside at any meetings of members and of the Board of Directors of the Corporation and shall have such powers and duties as the Board of Directors shall from time to time prescribe.

(b)    Vice President.  A Vice President shall perform such duties as the Board of Directors shall from time to time prescribe.

(c)    Secretary.  The Secretary or his designee shall attend, and keep minutes of, all meetings of the members and Board of Directors.  He shall have custody of the records of the Corporation and its seal and shall affix such seal to any contract or other instrument when so authorized or directed by the Board of Directors.  He shall cause all notices to be duly given in accordance with the provisions of these By-Laws and as required by statute.  He shall keep a record of the names and addresses of the members and of the directors.  He shall perform such other duties as the Board of Directors shall prescribe.

(d)    Treasurer.  The Treasurer or his designee shall have the custody of the corporate funds and of the financial records of the Corporation.  He shall deposit all monies

S:\Corporate\Amended & Restated Bylaws of PGA TOUR Inc.doc

Page 6

received by him for the Corporation in such depositories as may be designated by the Board of Directors.  He shall have charge of the disbursement of funds of the Corporation in accordance with the directions of the Board of Directors.  He shall keep correct and complete records of account, including a record of receipts and disbursements of the Corporation and shall render to the Board of Directors, whenever requested, a report of the financial condition of the Corporation.

(e)     Commissioner.  The Commissioner shall be the chief executive officer of the Corporation and shall be generally responsible for operation and management of the Corporation, subject to the policies of the Board of Directors to whom the Commissioner shall report.

## ARTICLE VII

### Miscellaneous Provisions

7.01.   Fiscal Year.  The fiscal year of the Corporation shall be the calendar year.

7.02.   Audit.  The accounts of the Corporation shall be audited annually by independent public accountants selected by the Board of Directors.

## ARTICLE VIII

### Amendments

The Board of Directors may alter, amend or repeal these Bylaws at any meeting of the Board by the affirmative vote of two-thirds of the entire Board (except that any alteration, amendment or repeal of subsection (c) of Section 4.03 shall require the unanimous affirmative vote of the entire Board), provided that the notice of such meeting states the substance of the proposed alteration, amendment or repeal.

# EXHIBIT 12



# PGA TOUR

---

PLAYER HANDBOOK &
TOURNAMENT REGULATIONS

---

## 2021-2022

# 2021–2022 PLAYER HANDBOOK & TOURNAMENT REGULATIONS

PGA TOUR
1 PGA TOUR Boulevard
Ponte Vedra Beach, FL 32082
Telephone: 904-285-3700

Revised SEPTEMBER 2021



Dear PGA TOUR members,

Welcome to the PGA TOUR. This directory was compiled to assist you in your preparation for a season on the PGA TOUR.

The Player Handbook includes a 2021-2022 tournament schedule and covers such topics as special event eligibility and special awards.

The Tournament Regulations are the guide to specific rules pertaining to PGA TOUR play. We have incorporated changes made to the Tournament Regulations since last season into this season's book. In addition, the index provides quick reference. These Regulations are the final authority on the operations and policies of the PGA TOUR. I encourage every member to become familiar with these rules.

Best wishes for a successful 2021-2022 season!

Jay Monahan

Jay Monahan
Commissioner
PGA TOUR

# SIGNIFICANT CHANGES FOR THE 2021-2022 SEASON

During the 2019-2020 season, 14 events were cancelled or postponed due to the global threat posed by the Coronavirus (COVID-19) causing the 2019-2020 season to not be considered a full season for the purposes of eligibility. These cancellations significantly impacted the Tournament Regulations and many changes were implemented for the 2020-2021 season on a one-time only basis. For the 2021-2022 season, the one-time only changes (please see 2020-2021 Tournament Regulations for details) will revert back to the way they were pre-COVID.

The following changes were approved by the Policy Board beginning with the 2021-2022 season and beyond:

- The Mexico Championship is a new event with standard eligibility except that there will be an additional four (4) sponsor exemptions restricted to players from Latin America.

- The Genesis Scottish Open will be a co-sanctioned event with the European Tour which will award FedExCup Points and Race to Dubai Points.

  - 500 FedExCup points to the winner distribution table
  - Two-season winner's exemption on the PGA TOUR
  - Three-season winner's exemption on the European Tour
  - A purse breakdown similar to the World Golf Championships will be used

- The Barracuda Championship and the Barbasol Championship field will be expanded to 156 players to include the top 50 available players from the European Tour.

  - 300 FedExCup points to the winner distribution table
  - Two-season winner's exemption on the PGA TOUR for PGA TOUR members
  - One-season winner's exemption on PGA TOUR for Non-members
  - Two-season winner's exemption on the European Tour
  - Non-members will be ineligible to top 10 out of these events
  - A standard purse breakdown will be used

- The Bermuda Championship field size will be expanded from 120 to 132 players with standard full-field eligibility awarding 500 FedExCup points to the winner. (Note: this is only for the 2022 event due to the cancellation of WGC-HSBC).

- The winner of the Men's Olympic Golf Competition in the year following the Summer Olympic Games will be eligible for the Sentry Tournament of Champions, provided he is a regular member of the PGA TOUR at the time of his victory.

- The Hero World Challenge field size will increase to 20 players and will include a one-time addition of the prior year's Major Championship winners due to the cancellation of the 2020 event and, starting with the 2021 event and beyond, the addition of the winner of THE PLAYERS Championship and an additional sponsor exemption.

- In years when playing members of the U.S. and International Presidents Cup teams are eligible for the Memorial Tournament, there will be no reduction of unrestricted sponsor exemptions for non-member participants.

- The 2022 U.S. Presidents Cup Team will have a three-season qualification system based on official FedExCup points earned during the 2019-20 season (1 point = ½ point), the 2020-21 season (1 point = 1 point) and 2021-22 season (1 point = 3 points). The points system for qualification will include the top six players on the points list instead of the previous eight players. The remaining six players will be captain's selections.

- The 2022 International Presidents Cup Team qualification system will run from the 2021 Open Championship (July 2021) through the 2022 BMW Championship (August 2022) and will comprise of the top eight players from the Presidents Cup International Team Points List and four captain's picks. Presidents Cup International Team points earned from the 2022 PGA Championship through the 2022 BMW Championship will be multiplied by 1.25. The ranking will be determined by the average points awarded in the qualifying period.

- For invitational events which take winners prior to 2000 (the Arnold Palmer Invitational presented by Mastercard, RBC Heritage, the Memorial Tournament presented by Workday (winners prior to 1997) and the Charles Schwab Challenge, players must maintain a scoring average no greater than three strokes above the field average for the rounds of golf in which they have played in the season prior to be eligible in this category. A player who loses his exempt status for failing to meet the scoring average provision may regain exempt status immediately by finishing three strokes or less above the field average for the rounds of golf in which he has played in official money events during the current season, excluding official money team events.

- Life Members of the PGA TOUR may elect to perform an alternate sponsor function in lieu of playing in the pro-am if it is mutually agreed upon by the player and the host organization and approved by the TOUR. Life Members would have no restriction on the number of times they could request to perform an alternative function.

- The Opposite Event Policy was amended to include all PGA TOUR cosponsored events awarding full FedExCup point allocation.

- Language was added to the sponsor exemption regulations to outline for tournament organizations what is prohibited when awarding sponsor exemptions.

- Caddies may enter the locker room during the week to assist the player with retrieving items from his locker. Caddies may not enter the locker room at any other time.

# TABLE OF CONTENTS

**A NOTE FROM COMMISSIONER MONAHAN** ........................................................... **2**

**SIGNIFICANT CHANGES FOR THE 2021-2022 SEASON** ..................................... **3**

**2021–2022 TOURNAMENT SCHEDULE** ............................................................... **11**

**ELIGIBILITY AND COMMITMENTS** ....................................................................... **22**

## 2021–2022 PGA TOUR PLAYER HANDBOOK

**2021–2022 PGA TOUR DUES AND FEES** ............................................................ **24**

**PLAYER ELIGIBILITY FOR INVITATION AND SPECIAL EVENTS** ....................... **25**
    RYDER CUP ................................................................................................................ 25
    THE CJ CUP @ SUMMIT ........................................................................................... 25
    THE ZOZO CHAMPIONSHIP .................................................................................... 26
    BERMUDA CHAMPIONSHIP ................................................................................... 27
    WORLD WIDE TECHNOLOGY CHAMPIONSHIP AT MAYAKOBA ......................... 27
    HERO WORLD CHALLENGE ..................................................................................... 27
    QBE SHOOTOUT ...................................................................................................... 28
    SENTRY TOURNAMENT OF CHAMPIONS ............................................................ 28
    SONY OPEN IN HAWAII .......................................................................................... 28
    THE AMERICAN EXPRESS ....................................................................................... 29
    AT&T PEBBLE BEACH PRO-AM .............................................................................. 30
    WASTE MANAGEMENT PHOENIX OPEN .............................................................. 30
    THE GENESIS INVITATIONAL .................................................................................. 31
    ARNOLD PALMER INVITATIONAL PRESENTED BY MASTERCARD ..................... 32
    PUERTO RICO OPEN ................................................................................................ 33
    THE PLAYERS CHAMPIONSHIP .............................................................................. 33
    WORLD GOLF CHAMPIONSHIPS-DELL TECHNOLOGIES MATCH PLAY ............. 34
    CORALES PUNTACANA RESORT & CLUB CHAMPIONSHIP ................................. 36
    VALERO TEXAS OPEN .............................................................................................. 36
    MASTERS TOURNAMENT ....................................................................................... 36
    RBC HERITAGE .......................................................................................................... 37
    ZURICH CLASSIC OF NEW ORLEANS ................................................................... 38
    MEXICO CHAMPIONSHIP ....................................................................................... 40
    AT&T BYRON NELSON .............................................................................................. 41
    PGA CHAMPIONSHIP .............................................................................................. 41
    CHARLES SCHWAB CHALLENGE ........................................................................... 41
    THE MEMORIAL TOURNAMENT PRESENTED BY WORKDAY ............................. 43
    RBC CANADIAN OPEN ............................................................................................ 44
    U.S. OPEN ................................................................................................................. 44
    GENESIS SCOTTISH OPEN ..................................................................................... 44
    BARBASOL CHAMPIONSHIP .................................................................................. 45
    THE OPEN CHAMPIONSHIP ................................................................................... 45
    BARRACUDA CHAMPIONSHIP .............................................................................. 46
    FEDEX ST. JUDE CHAMPIONSHIP ......................................................................... 46
    BMW CHAMPIONSHIP ............................................................................................ 46

TOUR CHAMPIONSHIP ................................................................................. 47
PRESIDENTS CUP .......................................................................................... 47

**NATIONALITY POLICY** ............................................................................ **48**

**GENERAL ADMINISTRATIVE MATTERS** .......................................... **50**
PLAYER IDENTIFICATION .......................................................................... 50
OTHER CREDENTIALS ................................................................................ 50
DATA PROTECTION & PRIVACY ............................................................... 50

**TOURNAMENT ADMINISTRATION MATTERS** ............................ **51**
PURSE DISTRIBUTION FORMULAS .......................................................... 51
BAD WEATHER GUIDELINES ..................................................................... 52
EXTENDING PLAY TO MONDAY ............................................................... 52
EXTENDING PLAY BEYOND MONDAY .................................................... 52
ON-SITE COMMUNICATION ...................................................................... 53
OTHER FACTORS AND ISSUES ................................................................. 53
SUSPENSION OF PLAY DUE TO DANGEROUS SITUATIONS ................. 55
LOCKER ROOMS .......................................................................................... 55
PLAYER EQUIPMENT .................................................................................. 56
OPPOSITE EVENT POLICY ......................................................................... 56
CADDIE REGULATIONS .............................................................................. 56
PLAYER/FAMILY DINING POLICY ............................................................ 58
PROCEDURES FOR DUALLY-COMMITTED PLAYERS ............................ 58
MEASURING CONDITION OF PUTTING GREENS ................................... 59

**GOLF COURSE PREPARATION & SET-UP PHILOSOPHY** .......... **60**
GENERAL ....................................................................................................... 60
PREPARATION .............................................................................................. 60
SET-UP ........................................................................................................... 61

**ANTI-DOPING PROGRAM** ...................................................................... **61**

**PGA TOUR ALCOHOL POLICY** .............................................................. **61**

**INTEGRITY PROGRAM** .............................................................................. **62**

**PACE OF PLAY POLICY** ............................................................................. **62**
DEFINITION AND APPLICATION OF "OUT OF POSITION" ..................... 62
DEFINITION AND APPLICATION OF "OBSERVATION LIST" ................. 63
TIMING ........................................................................................................... 63
PENALTIES DURING TOURNAMENT ....................................................... 64
EXCESSIVE SHOT TIME .............................................................................. 64
FINES CUMULATIVE DURING SEASON ................................................... 65
REPEAT OFFENSES ..................................................................................... 66
APPEALS ........................................................................................................ 67

**POLICY FOR USE OF GOLF CARTS BY DISABLED INSTRUCTORS** ......... **67**

**AUTOGRAPH POLICY** ................................................................................ **68**

**PRACTICE AREA POLICY** ......................................................................... **68**

**INTERNET POLICY** ...................................................................................... **69**

**KORN FERRY TOUR EXEMPTION FOR FORMER FULLY EXEMPT PGA TOUR MEMBERS** .... **70**

**PGA TOUR POLICY FOR PAYMENT OF PRIZE MONEY TO PLAYERS WHO MAKE THE CUT BUT ARE UNABLE TO COMPLETE THE TOURNAMENT** ........................................................... 70

**MOBILE AND ELECTRONIC DEVICE POLICY FOR CONTESTANTS AND OTHERS WITH ACCESS TO PRACTICE AREAS** ........................................................................................ 71

**GUIDELINES FOR PLAYERS' USE OF SOCIAL MEDIA AT EVENTS** ..................................... 72

**PLAYER ENDORSEMENT POLICY** ..................................................................................... 72

**GUIDELINES FOR PAYMENTS TO PLAYERS** ..................................................................... 75

**PLAYER IMPACT PROGRAM** ........................................................................................... 75

**2021–2022 FEDEXCUP POINTS AND BONUS STRUCTURE** ............................................... 76
    FEDEXCUP POINTS STRUCTURE ............................................................................. 76
    FEDEXCUP POINT DISTRIBUTIONS .......................................................................... 77
    FEDEXCUP PLAYOFFS POINTS DISTRIBUTION FIRST TWO EVENTS ........................... 80
    TOUR CHAMPIONSHIP STARTING FEDEXCUP STROKES .............................................. 81

**FEDEXCUP BONUS STRUCTURE** ..................................................................................... 82
    CASH AND DEFERRED COMPENSATION ................................................................... 82

**FEDEXCUP BONUS STRUCTURE** ..................................................................................... 83
    CASH AND DEFERRED COMPENSATION ................................................................... 83
    BONUS DISTRIBUTION ............................................................................................ 83

**SPECIAL AWARDS** .......................................................................................................... 84
    PGA TOUR PLAYER OF THE YEAR/JACK NICKLAUS AWARD ....................................... 84
    PGA TOUR ROOKIE OF THE YEAR/ARNOLD PALMER AWARD ..................................... 84
    PGA TOUR COURAGE AWARD .................................................................................. 84
    BYRON NELSON AWARD .......................................................................................... 84
    VARDON TROPHY .................................................................................................... 84
    PGA TOUR LIFETIME ACHIEVEMENT AWARD............................................................ 85
    PAYNE STEWART AWARD........................................................................................ 85

## 2021–2022 PGA TOUR TOURNAMENT REGULATIONS

**PGA TOUR TOURNAMENT REGULATIONS** ......................................................................... 87

**I.   DEFINITIONS**............................................................................................................... 88

**II.  TOURNAMENT AGREEMENT**......................................................................................... 89

**III. ELIGIBILITY FOR TOURNAMENT PLAY** ....................................................................... 90
    A. PGA TOUR ....................................................................................................... 90
       1. ELIGIBLE PLAYERS......................................................................................... 90
       2. QUALIFYING.................................................................................................106
    B. OTHER ELIGIBILITY REQUIREMENTS.................................................................110
       1. ONE NEW EVENT PLAYED PER SEASON REQUIREMENT....................................110
       2. ENTRY FORM AND FEE ..................................................................................111
       3. PGA TOUR DUES; LIMITED DUES; AMATEUR ADMINISTRATIVE FEES.............111
       4. INSURANCE ..................................................................................................111

**IV. CONDUCT OF TOURNAMENTS** ..................................................................................112
    A. MATTERS RELATING TO PLAY...........................................................................112
       1. STARTING FIELDS..........................................................................................112

      2. COMMITMENTS AND PERSONAL REGISTRATION ..................................113
      3. GROUPINGS.................................................................................................113
      4. STARTING TIMES........................................................................................115
      5. REDUCTION OF FIELDS (CUTS) ...............................................................115
      6. SUBSTITUTIONS AND ALTERNATES........................................................116
      7. PROFESSIONAL-AMATEUR COMPETITIONS/TOURNAMENT SPONSOR
         FUNCTIONS .............................................................................................117
      8. BEST EFFORTS; WITHDRAWALS .............................................................121
      9. SUSPENSIONS, POSTPONEMENTS AND CANCELLATIONS....................122
    B. GENERAL PROVISIONS..................................................................................123
      1. ENTRY FORMS...........................................................................................123
      2. COURSE PREPARATION ............................................................................123
      3. PLAYOFFS .................................................................................................124
      4. DISTRIBUTION OF PURSES ......................................................................124
      5. OTHER PRIZES .........................................................................................124
      6. OFFICIAL MONEY......................................................................................124

**V.  CONFLICTING EVENTS; MEDIA AND MARKETING RIGHTS ................................. 125**
    A. CONFLICTING EVENTS..................................................................................125
      1. OBLIGATIONS OF PGA TOUR ..................................................................125
      2. OBLIGATIONS OF PGA TOUR MEMBERS.................................................125
      3. GUIDELINES FOR CONFLICTING EVENT RELEASE .................................127
    B. MEDIA AND MARKETING RIGHTS.................................................................128
      1. MEDIA RIGHTS..........................................................................................128
      2. MARKETING RIGHTS.................................................................................129

**VI. CONDUCT OF PLAYERS ........................................................................................ 129**
    A. ANTI-DOPING PROGRAM...............................................................................129
    B. NO GUARANTEE FOR APPEARANCE ...........................................................129
    C. INTEGRITY PROGRAM ...................................................................................130
    D. FINANCIAL INTEREST BY A PLAYER IN ANOTHER PLAYER; GAMBLING; DOPING .130
    E. PUBLIC COMMENTS, PUBLIC ATTACKS .....................................................130
    F. WORTHLESS CHECKS....................................................................................130
    G. USGA RULES OF GOLF .................................................................................131
    H. PRACTICING ..................................................................................................131
    I. CADDIES AND GOLF CARTS...........................................................................132
    J. LOCKER ROOM FEES.....................................................................................133
    K. APPEARANCE OF PLAYERS ..........................................................................133

**VII. DISCIPLINE, PENALTIES & APPEALS ................................................................. 133**
    A. NOTIFICATION OF DISCIPLINARY INQUIRY ................................................133
    B. USGA RULES OF GOLF .................................................................................134
    C. CONDUCT UNBECOMING A PROFESSIONAL ..............................................134
    D. CLASSES OF PENALTIES ..............................................................................135
      1. MINOR PENALTIES ...................................................................................135
      2. INTERMEDIATE PENALTIES......................................................................135
      3. MAJOR PENALTIES...................................................................................135
    E. APPEALS ........................................................................................................135
      1. MINOR PENALTIES ...................................................................................135
      2. INTERMEDIATE AND MAJOR PENALTIES ................................................135
      3. APPEALS COMMITTEE..............................................................................136

4.  ANTI-DOPING PROGRAM ........................................................................ 136
5.  INTEGRITY PROGRAM ........................................................................... 136

**VIII. RESPONSIBILITIES OF TOURNAMENTS** ............................................... **137**
A.  FINANCIAL RESPONSIBILITY .................................................................. 137
B.  NO GAMBLING ...................................................................................... 137
C.  SALE ON GROUNDS OF ALCOHOLIC BEVERAGES OTHER THAN WINE OR BEER ... 137
D.  SIGNS AND BANNERS ............................................................................ 137

**IX. MEMBERSHIP MATTERS** ........................................................................ **137**
A.  ELIGIBILITY FOR MEMBERSHIP .............................................................. 137
1.  REGULAR MEMBERS ............................................................................ 138
2.  ASSOCIATE REGULAR MEMBERS .......................................................... 138
3.  MINOR MEDICAL EXTENSION MEMBERS ............................................... 138
4.  LIFE MEMBERS .................................................................................... 139
5.  PAST CHAMPION MEMBERS .................................................................. 139
6.  SPECIAL TEMPORARY MEMBERS .......................................................... 139
7.  TEAM TOURNAMENT WINNERS ............................................................ 140
8.  VETERAN MEMBERS ............................................................................ 140
9.  TEMPORARY MEMBERS ....................................................................... 140
B.  VOTING MEMBERSHIP .......................................................................... 140
1.  ELIGIBILITY ......................................................................................... 140
2.  RETENTION OF VOTING MEMBERSHIP; REINSTATEMENT ...................... 141
3.  SPECIAL PRIVILEGES OF VOTING MEMBERS ......................................... 141
C.  DUES AND FEES .................................................................................... 141
D.  TERMINATION AND REINSTATEMENT OF MEMBERSHIP .......................... 141
1.  TERMINATION ..................................................................................... 141
2.  REINSTATEMENT ................................................................................. 142
E.  MEETINGS OF PLAYER MEMBERS .......................................................... 143
1.  ANNUAL MEETING .............................................................................. 143
2.  SPECIAL MEETINGS ............................................................................. 143
3.  GENERAL PROVISIONS ......................................................................... 143
F.  PGA TOUR POLICY BOARD .................................................................... 144
1.  MEMBERS ........................................................................................... 144
2.  RULES AND PROCEDURES .................................................................... 144
G.  PLAYER ADVISORY COUNCIL AND PLAYER DIRECTORS ........................... 144
1.  PLAYER ADVISORY COUNCIL ............................................................... 144
2.  TERM OF CHAIRMAN AND PLAYER DIRECTORS ..................................... 145
3.  VACANCIES AND REMOVAL OF PLAYER DIRECTORS .............................. 146
H.  AMENDMENTS .................................................................................... 146

**X.  COSTS & EXPENSES OF LITIGATION** ....................................................... **147**

**PGA TOUR POLICY BOARD MEMBERS** ............................................................ **148**

**FREQUENTLY USED TELEPHONE NUMBERS** .................................................... **148**

**NOTES** ......................................................................................................... **149**

**INDEX** ......................................................................................................... **150**

# 2021−2022 PGA TOUR TOURNAMENT SCHEDULE

# 2021–2022 TOURNAMENT SCHEDULE

> **NOTE:** The winner of a PGA TOUR cosponsored or approved tournament held in the immediately preceding week, or any professional who finishes among the top 10 finishers or tied for 10th, not otherwise exempt, excluding non-members in the 2022 Barbasol Championship, 2022 Barracuda Championship and World Golf Championship events, (see Article III, Section A-1(g) of *Tournament Regulations*), may commit to an on-site PGA TOUR media official for the next open PGA TOUR cosponsored tournament, within one-half hour after the conclusion of play.

**SEPT 13-19**   **FORTINET CHAMPIONSHIP (156 PLAYERS)**
Silverado Resort and Spa (North Course)
1600 Atlas Peak Road
Napa, CA 94558
Club: 707/257-5402          Office: 503/748-9973
Commit Deadline: 09/10/21, Friday, 5 p.m. EDT
Key Contact: Matt McEvoy, Executive Director
matt.mcevoy@sportfive.com

**SEPT 20-26**   **RYDER CUP (2 12-MAN TEAMS)**
Whistling Straits Golf Course
N8501 Lakeshore Rd
Sheboygan, WI 53083
Club: 855/444-2838          Office: 561/624-8525
Key Contact: David Charles
dcharles@pgahq.com

**SEPT 27-OCT 3**   **SANDERSON FARMS CHAMPIONSHIP (144 PLAYERS)**
Country Club of Jackson
345 St. Andrews Drive
Jackson, MS 39211
Club: 601/956-1411          Office: 601/898-4653
Commit Deadline: 09/24/21, Friday, 5 p.m. EDT
Key Contact: Steve Jent, Executive Director
steve@sandersonfarmschampionship.com

**OCT 4-10**   **SHRINERS CHILDREN'S OPEN (144 PLAYERS)**
TPC Summerlin
1700 Village Center Circle
Las Vegas, NV 89134
Club: 702/256-0111          Office: 702/873-1010
Commit Deadline: 10/01/21, Friday, 5 p.m. EDT, or 30 minutes after play
ends Friday at previous tournament
Key Contact: Patrick Lindsey, Tournament Director
plindsey@shrinerschildrensopen.com

**OCT 11-17**      **THE CJ CUP @ SUMMIT (78 PLAYERS)**
The Summit Club
10775 Summit Club Dr
Las Vegas, NV 89135
Club: 702/970-2207          Office: 904/273-2387
Commit Deadline: 10/08/21, Friday, 5 p.m. EDT, or 30 minutes after play
ends Friday at previous tournament
Key Contact: Andre da Silva, Executive Director
andredasilva@pgatourhq.com

**OCT 18-24**      **THE ZOZO CHAMPIONSHIP (78 PLAYERS)**
Narashino Country Club
7 Omori, Inzai city
Chiba, Japan, 270-1327
Club:+81 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
Commit Deadline: 09/22/21, Wednesday, 5 p.m. EDT
Key Contact: Travis Steiner, Executive Director
travissteiner@pgatourhq.com

**OCT25-31**      **BERMUDA CHAMPIONSHIP (132 PLAYERS)**
Port Royal Golf Course
P.O. Box SN189
Southhampton SN BX Bermuda
Club:411/234-0974          Office: 205/317-8105
Commit Deadline: 10/22/21, Friday, 5 p.m. EDT, or 30 minutes after play
ends Friday at previous tournament
Key Contact: Sean Sovacool, Tournament Director
sovacool@brunoeventteam.com

**NOV 1-7**      **WORLD WIDE TECHNOLOGY CHAMPIONSHIP AT MAYAKOBA
(132 PLAYERS)**
El Camaleon Golf Club at the Mayakoba Resort
Ctra. Federal Chetumal - Pto. Juarez Km. 298
Playa del Carmen, Solidaridad Quintana Roo, C.P. 77710, Mexico
Club: +52-984-877-2380          Office: +52-984-206-4652
Commit Deadline: 10/29/21, Friday, 5 p.m. EDT, or 30 minutes after play
ends Friday at the previous tournament
Key Contact: Joe Mazzeo, Tournament Director
Joe.mazzeo@mayakobagolfclassic.com

**NOV 8-14**      **HOUSTON OPEN (132 PLAYERS)**
Memorial Park Golf Course
1001 E Memorial Loop
Houston, TX 77007
Office: 832/699-9936
Commit Deadline: 11/05/21, Friday, 5 p.m. EST, or 30 minutes after play
ends Friday at previous tournament
Key Contact: Colby Callaway, Tournament Director
ccallaway@astrosgolf.com

**NOV 15-21**    **THE RSM CLASSIC (156 PLAYERS)**
Sea Island Golf Club (Seaside (host) & Plantation Course)
100 Retreat Avenue
Saint Simons Island, GA 31522
Club: 912/638-5118          Office: 912/634-3266
Commit Deadline: 11/12/21, Friday, 5 p.m. EST, or 30 minutes after play
ends Friday at previous tournament
Key Contact: Todd Thompson, Tournament Director
tthompson@dlovefoundation.com

**NOV 29 - DEC 5**  **HERO WORLD CHALLENGE (20 PLAYERS)**
Albany Bahamas
Albany Developer LTD
C/O Hero World Challenge
Nassau, Bahamas
Office: 949/725-3003
Commit Deadline: 10/01/21 Friday, 5 p.m. EDT to the tournament office
Key Contact: Mike Antolini, Vice President, Championships, TGR Foundation
mantolini@tgrfoundation.org

**DEC 6-12**     **QBE SHOOTOUT (12 2-MAN TEAMS)**
Tiburón Golf Club at the Ritz Carlton Resort Naples
2620 Tiburon Drive
Naples, FL 34109
Club: 239/593-2200          Office: 239/254-9770
Commit Deadline: 10/08/21, Friday, 5 p.m. EST
Key Contact: Taylor Ives, Executive Director
tives@teamwass.com

**JAN 3-9**      **SENTRY TOURNAMENT OF CHAMPIONS**
Plantation Course at Kapalua Resort
2000 Plantation Club Drive
Kapalua, Maui, HI 96761
Club: 808/665-9116          Office: 808/665-9160
Commit Deadline: 12/31/21, Friday, 5 p.m. EST
Key Contact: Alex Urban, Executive Director
alexurban@pgatourhq.com

**JAN 10-16**    **SONY OPEN IN HAWAII (144 PLAYERS)**
Waialae Country Club
4997 Kahala Avenue
Honolulu, HI 96816
Club: 808/734-2151          Office: 808/523-7888
Commit Deadline: 1/07/22, Friday, 5 p.m. EST, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Ray Stosik, Executive Director
rstosik@141hawaii.com

**JAN 17-23**       **THE AMERICAN EXPRESS (156 PLAYERS)**
Stadium Course at PGA West (host course)
56-150 PGA Boulevard
La Quinta, CA 92253
Club: 760/564-7101          Office: 760/346-8184
Commit Deadline: 1/14/22, Friday, 5 p.m. EST, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Pat McCabe, Tournament Director,
pat.mccabe@sportfive.com
**NOTE:** La Quinta CC and Nicklaus Tournament Course at PGA WEST also
used.

**JAN 24-30**       **FARMERS INSURANCE OPEN (156 PLAYERS)**
Torrey Pines Golf Course, South Course (host) & North Course
11480 Torrey Pines Road
La Jolla, CA 92037
Club: 858/452-3226          Office: 858/886-4653
Commit Deadline:1/21/22 Friday, 5 p.m. EST, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Marty Gorsich, Chief Executive Officer
mgorsich@centuryclubsd.org

**JAN 31-FEB 6**    **AT&T PEBBLE BEACH PRO-AM (156 PLAYERS)**
Pebble Beach Golf Links (host course)
17 Mile Drive
Pebble Beach, CA 93953
Club: 831/624-3811          Office: 831/649-1533
Commit Deadline: 1/28/22 Friday, 5 p.m. EST, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Steve John, CEO, sj@mpfca.org
**NOTE:** Monterey Peninsula Country Club (Shore Course) and Spyglass Hill
Golf Course also used.

**FEB 7-13**        **WASTE MANAGEMENT PHOENIX OPEN (132 PLAYERS)**
TPC Scottsdale (Stadium Course)
17020 North Hayden Road
Scottsdale, AZ 85255
Club: 480/585-4334          Office: 602/870-0163
Commit Deadline: 2/4/22, Friday, 5 p.m. EST, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Chance Cozby, Executive Director
ccozby@wmphoenixopen.com

**FEB 14-20      THE GENESIS INVITATIONAL (120 PLAYERS)**

Riviera Country Club
1250 Capri Drive
Pacific Palisades, CA 90272
Club: 310/454-6591          Office: 800/752-6736
Commit Deadline: 2/11/22, Friday, 5 p.m. EST, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Mike Antolini, Vice President, Championships
mantolini@tgrfoundation.org

**FEB 21-27      THE HONDA CLASSIC (144 PLAYERS)**

PGA National Resort & Spa (Champion Course)
400 Avenue of the Champions
Palm Beach Gardens, FL 33418
Club: 561/627-2000          Office: 561/799-2747
Commit Deadline: 2/18/22, Friday, 5 p.m. EST, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Andrew George, Tournament Director
andrew.george@img.com

**FEB 28-MAR 6   ARNOLD PALMER INVITATIONAL PRESENTED BY MASTERCARD (120 PLAYERS)**

Arnold Palmer's Bay Hill Club & Lodge
9000 Bay Hill Boulevard
Orlando, FL 32819
Club: 407/876-2429          Office: 407/876-7196
Commit Deadline: 2/25/22, Friday, 5 p.m. EST, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Joie Chitwood III, Tournament Director
chitwood@arnoldpalmerinvitational.com

**FEB 28-MAR 6   PUERTO RICO OPEN (120 PLAYERS)**

Grand Reserve Golf Club
100 Clubhouse Drive
Rio Grande, Puerto Rico 00745
Club: 787/657-2000          Office: 504/355-6662
Commit Deadline: 2/25/22 Friday, 5 p.m. EST, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Matt Truax, Tournament Director
mike@globalgolfmanagement.com

**MAR 7-13       THE PLAYERS CHAMPIONSHIP (144 PLAYERS)**

TPC Sawgrass (THE PLAYERS Stadium Course)
110 Championship Way
Ponte Vedra Beach, FL 32082
Club: 904/273-3374          Office: 904/273-3383
Commit Deadline: 3/04/22, Friday, 5 p.m. EST, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Jared Rice, Senior Vice President and Executive Director
jaredrice@pgatourhq.com

**MAR 14-20**   **VALSPAR CHAMPIONSHIP (144 PLAYERS)**
Innisbrook, a Salamander Golf and Spa Resort (Copperhead Course)
36750 U.S. Highway 19 North
Palm Harbor, FL 34684
Club: 727/942-2000        Office: 727/942-5566
Commit Deadline: 3/11/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Tracy West, Tournament Director
twest@thecopperheads.org

**MAR 21-27**   **WORLD GOLF CHAMPIONSHIPS - DELL TECHNOLOGIES MATCH PLAY (64 PLAYERS)**
Austin Country Club
4408 Long Champ Drive
Austin, TX 78746
Club: 512/328-0090        Office: 512/949-5881
Commit Deadline: 3/18/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Jordan Uppleger, Executive Director
jordanuppleger@pgatourhq.com

**MAR 21-27**   **CORALES PUNTACANA CHAMPIONSHIP (120 PLAYERS)**
Punta Cana Resort & Golf Club (Corales Golf Course)
Punta Cana, La Altagracia, Dominican Republic
Club: 809/959-2714        Office: 809/959-2714
Commit Deadline: 3/18/22 Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Jay Overton, Executive Director
joverton@puntacana.com

**MAR 28–APR 3**   **VALERO TEXAS OPEN (144 PLAYERS)**
TPC San Antonio (Oaks Course)
23808 Resort Parkway
San Antonio, TX 78261
Club: 210/507-4191        Office: 210/345-3818
Commit Deadline: 3/25/22, Friday, 5 p.m. EDT, or 30 minutes
after play ends Friday at previous tournament
Key Contact: Larson Segerdahl, Tournament Director
larson@valerotexasopen.com

**APR 4-10**   **MASTERS TOURNAMENT**
Augusta National Golf Club
2604 Washington Road
Augusta, GA 30904
Club: 706/667-6000        Office: 706/667-6000
Commitment: By Invitation Only
Key Contact: Steve Ethun, SPEthun@augustanational.com

**APR 11-17       RBC HERITAGE (132 PLAYERS)**
Harbour Town Golf Links
11 Lighthouse Lane
Hilton Head Island, SC 29928
Club: 843/363-4485          Office: 843/671-2448
Commit Deadline:4/8/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Steve Wilmot, President & Tournament Director
steve@heritageclassicfoundation.com

**APR 18-24       ZURICH CLASSIC OF NEW ORLEANS (160 PLAYERS / 80 TEAMS)**
TPC Louisiana
11001 Lapalco Blvd.
Avondale, LA 70094
Club: 504/436-8721          Office: 504/342-3000
Commit Deadline: 4/15/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Steve Worthy, Tournament Director
sworthy@forekidsfoundation.com

**APR 25-MAY 1   MEXICO CHAMPIONSHIP (132 PLAYERS)**
Course & Contact Information TBD
Commit Deadline: 4/22/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament

**MAY 2-8        WELLS FARGO CHAMPIONSHIP (156 PLAYERS)**
TPC Potomac at Avenel Farm
10000 Oaklyn Dr.
Potomac, MD 20854
Club: 301/469-3700          Office: 704/554-8101
Commit Deadline: 4/29/22 Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Gary Sobba, Tournament Director
gary@wellsfargochampionship.com

**MAY 9-15       AT&T BYRON NELSON (156 PLAYERS)**
TPC Craig Ranch
8000 Collin McKinney Pkwy
McKinney, TX 75070
Club: 972/747-9005          Office: 214/943-9700
Commit Deadline: 5/6/22 Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Jon Drago, Tournament Director
jdrago@salesmanshipclub.org

**MAY 16-22**      **PGA CHAMPIONSHIP (156 PLAYERS)**
Southern Hills Country Club
2636 East 61st Street
Tulsa, OK 74136
Club: 918-492-3351          Office: 561/624-8525
Commitment: Written Entry Only, Entry Deadline: TBD
Key Contact: David Charles, Sr. Director, PGA Championships
dcharles@pgahq.com

**MAY 23-29**      **CHARLES SCHWAB CHALLENGE (120 PLAYERS)**
Colonial Country Club
3735 Country Club Circle
Fort Worth, TX 76109
Club: 817/927-4200          Office: 817/927-4280
Commit Deadline: 5/20/22 Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at the previous tournament
Key Contact: Michael Tothe, Tournament Director
mtothe@colonialfw.com

**MAY 30-JUN 5**   **THE MEMORIAL TOURNAMENT PRESENTED BY WORKDAY
(120 PLAYERS)**
Muirfield Village Golf Club
5750 Memorial Drive
Dublin, OH 43017
Club: 614/889-6700          Office: 614/889-6819
Commit Deadline: 5/27/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Dan Sullivan, Executive Director
dsullivan@thememorialtournament.com

**JUN 6-12**       **RBC CANADIAN OPEN (156 PLAYERS)**
St. George's Golf and Country Club
1668 Islington Avenue
Etobicoke, Ontario M9A 3M9
Club: 416/231-3393          Office: 905/849-9700
Commit Deadline: 6/3/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Bryan Crawford, Tournament Director
bcrawford@golfcanada.ca

**JUN 13-19**      **U.S. OPEN (156 PLAYERS)**
The Country Club (Brookline, MA)
191 Clyde St.
Chestnut Hill, MA 02467
Club: 617/566-0240          Office: 908/234-2300
Entry deadline: TBD
Entry application must be filed at https://champs.usga.org
Key Contacts: Jeff Hall, Championship Director jhall@usga.org
Robbie Zalzneck, Player Services rzalzneck@usga.org

**JUN 20-26**    **TRAVELERS CHAMPIONSHIP (156 PLAYERS)**
TPC River Highlands
1 Golf Club Road
Cromwell, CT 06416
Club: 860/635-5000        Office: 860/502-6800
Commit Deadline: 6/17/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Nathan Grube, Tournament Director
ngrube@travelerschampionship.com

**JUN 27-JUL 3**    **JOHN DEERE CLASSIC (156 PLAYERS)**
TPC Deere Run
3100 Heather Knoll
Silvis, IL 61282
Club: 309/796-6000        Office: 309/762-4653
Commit Deadline: 6/24/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Clair Peterson, Tournament Director
clairp@jdclassic.com

**JUL 4-10**    **GENESIS SCOTTISH OPEN (156 PLAYERS)**
Course and contact TBD
Commit Deadline: TBD

**JUL 4-10**    **BARBASOL CHAMPIONSHIP (156 PLAYERS)**
Keene Trace Golf Club (Champions Trace)
20 Avenue of Champions
Nicholasville, KY 40356
Club: 859/224-4653        Office: 817/825-1375
Commit Deadline: 7/1/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Bryan Pettigrew, Tournament Director
bryanp@globalgolfmanagement.com

**JUL 11-17**    **THE OPEN CHAMPIONSHIP (156 PLAYERS)**
The Old Course at St. Andrews
W Sands Rd.
St Andrews KY16 9XL, United Kingdom
Commitment: Written Entry Only (Entry deadline: TBD)
Key Contact: TheOpen.com

**JUL 11-17    BARRACUDA CHAMPIONSHIP (156 PLAYERS)**
Old Greenwood Golf Course
13051 Fairway Dr.
Truckee, CA 96161
Course: 530/550-7010        Office: 775/322-3900
Commit Deadline: 7/8/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Chris Hoff, Executive Director
chris@barracudachampionship.com
**NOTE:** Modified Stableford Format will be used.

**JUL18-24    3M OPEN (156 PLAYERS)**
TPC Twin Cities
11444 Tournament Players Parkway
Blaine, MN 55449
Club: 763/795-0800        Office: 763/783-9000
Commit Deadline: 7/15/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Mike Welch, Tournament Director
mwelch@3mopen.com

**JUL 25-31    ROCKET MORTGAGE CLASSIC (156 PLAYERS)**
Detroit Golf Club
17911 Hamilton Road
Detroit, MI 48203
Club: 313/345-4400        Office: 404/788-4811
Commit Deadline: 7/22/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Jason Langwell, Executive Director
jlangwell@intersportnet.com

**AUG 1-7    WYNDHAM CHAMPIONSHIP (156 PLAYERS)**
Sedgefield Country Club
3201 Forsythe Drive
Greensboro, NC 27407
Club: 336/299-5324        Office: 336/379-1570
Commit Deadline: 7/29/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Mark Brazil, Tournament Director
mbrazil@wyndhamchampionship.com

**AUG 8-14    FEDEX ST. JUDE CHAMPIONSHIP (125 PLAYERS)**
TPC Southwind
3325 Club at Southwind
Memphis, TN 38125
Club: 901/748-0330        Office: 901-748-0534
Commit Deadline: 8/05/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Darrell Smith, Executive Director
darrellmsmith@pgatourhq.com

**AUG 15-21**          **BMW CHAMPIONSHIP (70 PLAYERS)**
Wilmington Country Club (South Course)
4825 Kennett Pike
Wilmington, Delaware 19807
Club: 302/655-6171          Office: 847/724-4600
Commit Deadline: 8/12/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Vince Pellegrino, Senior VP, Tournaments
pellegrino@wgaesf.org

**AUG 22-28**          **TOUR CHAMPIONSHIP (30 PLAYERS)**
East Lake Golf Club
2575 Alston Drive
Atlanta, GA 30317
Club: 404/373-5722          Office: 404/378-8687
Commit Deadline: 8/19/22, Friday, 5 p.m. EDT, or 30 minutes after play ends
Friday at previous tournament
Key Contact: Allison Fillmore, Executive Director
allisonfillmore@pgatourhq.com

# ELIGIBILITY AND COMMITMENTS

For eligibility information and commitments to PGA TOUR cosponsored or approved events, you may call the following staff members on the commitment line 800/742-2244 or 904/285-3700 and telephone extensions.

1.   **PGA TOUR ...........................................** Extension
     Kirsten Burgess ...........................................3306
     Katelyn DiCristofano...................................5715
     Jessica Zinz.................................................5294

2.   **KORN FERRY TOUR ..............................** Extension
     Kathy Mobley...............................................3291
     Jessica Zinz.................................................5294
     Taylor Shean ...............................................3514

3.   **QUALIFYING TOURNAMENT ...................** Extension
     Kelli Anderson.............................................3460

# 2021–2022 PGA TOUR PLAYER HANDBOOK

# 2021–2022 PGA TOUR DUES AND FEES

1. Initiation Fee ...................................................................................................................$100
2. Annual Dues....................................................................................................................$100
3. Tournament Entry Fee .........................................................................................................$0
4. Open Qualifying Fee*......................................................................................................$500
5. Limited Dues (nonmember)................................................................................................$50
6. Insurance Fee**.................................................................................................................$20
7. Mandatory Locker Room Fee ............................................................................................$50

Amateurs must pay an administration fee of $50 (instead of limited dues) on registration.

\* The open qualifying fee for PGA TOUR members is $0, and for PGA TOUR Champions (Regular Members only) and Korn Ferry Tour members is $100. Such players must commit to the Host PGA Section no later than 5 p.m. local time on the Friday preceding Open Qualifying.

\*\* Apprentices or members of the PGA of America need not pay the insurance fee. All other players, including amateurs, must provide proof of necessary level of liability coverage or pay this fee.

# PLAYER ELIGIBILITY FOR INVITATION AND SPECIAL EVENTS

## RYDER CUP
September 24-26
Whistling Straits Golf Course
Kohler, WI

### United States Team
- The top six U.S. players who have earned the most official PGA TOUR money from January 1, 2019, through August 29, 2021 (BMW Championship), weighted as follows:
  - $1,000 = 1 point for 2019 majors (Masters, U.S. Open, The Open Championship and PGA Championship)
  - $2,000 = 1 point for 2019 PLAYERS Championship, WGC-Mexico Championship, WGC-Dell Technologies Match Play, WGC-FedEx St. Jude Invitational, and WGC-HSBC Champions.
  - $1,000 = 2 points for the winner of 2020 majors (Masters, U.S. Open, and PGA Championship)
  - $1,000 = 1.5 points for all others who make the cut in the 2020 majors (Masters, US Open, and PGA Championship).
  - $1,000 = 1 point for official events from January 1, 2020 through December 6, 2020 (Mayakoba Golf Classic) (excluding majors and opposite field events)
  - $1,000 = 1.5 points for official events from January 10, 2021 (Sentry Tournament of Champions) through August 29, 2021 (BMW Championship) (excluding majors and opposite field events but including THE PLAYERS and WGC events)
  - $1,000 = 2 points for the 2021 majors (Masters, U.S. Open, The Open Championship and PGA Championship)
- Six Captain's selections-to be announced following the TOUR Championship.

### European Team
- The top four European Tour members on The Ryder Cup European Points List from the 2019 BMW PGA Championship through 2021 BMW PGA Championship.
- The top five European Tour members, not otherwise qualified, from The Ryder Cup World Points List from the 2019 BMW PGA Championship through 2021 BMW PGA Championship.
- Three Captains' selections to be named the week after the 2021 BMW Championship.

## THE CJ CUP @ SUMMIT
October 14-17
The Summit Club
Las Vegas, NV

Eligible players for the 78-player field are:
- Top 60 available players from the final 2020-21 FedExCup Points List, to a floor of 125th position
- Five players designated by the KPGA, as follows:
  - Winner of the 2021 KPGA Championship
  - Winner of the 2021 KPGA Genesis Championship
  - Top 3 available players from the KPGA Genesis Points List as of Monday, October 11, 2021

- • If necessary to complete the 5 players from the KPGA, players in priority order from the KPGA Genesis Points List as of Monday, October 11, 2021
- Top three available players of Korean nationality from the Official World Golf Ranking as of Monday, October 4, 2021
- Ten (10) sponsor exemptions (One designated for the defending champion, if needed)
  - • Six (6) from among the current season's PGA TOUR membership
  - • Four (4) "unrestricted"
- If necessary to fill the field to 78 players, those players in order of priority under Article III, Section A of the Tournament Regulations, except that the following shall not be eligible:
  - • Open Qualifying
  - • Past Champion of Respective Event
  - • PGA National Professional Champion
  - • Top 10 from Previous Tournament

**THE ZOZO CHAMPIONSHIP**
October 21-24
Narashino Country Club
Chiba, Japan

Eligible players for the 78-player field are:
- Top 60 available players from the final 2020-21 FedExCup Points List, to a floor of 125th position
- Ten players designated by the JGTO, as follows:
  - • Three players from the current year's Bridgestone Open, as follows:
    - • Winner of the Bridgestone Open
    - • The next available leading finishers from the Bridgestone Open (ties to be broken by priority order on the 2021 JGTO Prize Money List through the current year's Bridgestone Open)
  - • Seven players in priority order from the 2021 JGTO Prize Money List through the current year's Bridgestone Open
- Eight (8) sponsor exemptions, as follows: (one designated for defending champion, if needed)
  - • Four (4) from among the current season's PGA TOUR membership
  - • Three (3) from the current season's JGTO membership
  - • One (1) "unrestricted"
- If necessary to fill the field to 78 players, those players in order of priority under Article III, Section A of the Tournament Regulations, except that the following shall not be eligible:
  - • Open Qualifying
  - • Past Champion of respective Event
  - • PGA National Professional Champion
  - • Top 10 from Previous Tournament
- Withdrawals will be replaced by the highest ranking alternate on the PGA TOUR alternate list until the groupings are posted on-site Tuesday of tournament week (usually noon local time). After this time, if a member of the PGA TOUR alternate list is on site or en route he will retain his alternate position provided he has confirmed arrival information with PGA TOUR Competitions. Following any PGA TOUR alternates will be the next available player from the 2021 JGTO Prize Money List.

**BERMUDA CHAMPIONSHIP**
October 28-31
Port Royal Golf Club
Southampton, Bermuda

Eligible players in the 132-player field are those players listed in order of priority under Article III, Section A of the Tournament Regulations, except that the host has a total of 12 sponsor exemptions, as follows:
- • Two from among the current season's membership
- • Two from among the Top Finishers of the Korn Ferry Tour category
- • Eight "unrestricted"

**NOTE:** This will be a full FedExCup event awarding 500 points to the winner.
**NOTE:** The Government of Bermuda requires anyone traveling to Bermuda must be considered fully vaccinated or be subject to a 14-day quarantine when arriving in the country.

**WORLD WIDE TECHNOLOGY CHAMPIONSHIP AT MAYAKOBA**
November 4-7
El Camaleón Golf Club at the Mayakoba Resort
Riviera Maya, Mexico

Eligible players in the 132-player field are those players listed in order of priority under Article III, Section A of the Tournament Regulations, except that the following shall first be eligible:
- • Up to four sponsor exemptions, restricted to players of Spanish or Mexican heritage from Latin America, South America, Spain or Mexico.
- The following **shall not** be eligible:
  - • Current PGA National Professional Champion

**HERO WORLD CHALLENGE**
December 2-5
Albany, Bahamas

Eligible players for the 20-player field are:
- The winner of the previous Hero World Challenge.
- Winners of the 2020 PGA Championship, U.S. Open and Masters
- Current year winners of the Masters, U.S. Open, The Open Championship and PGA Championship
- Three sponsor exemptions, restricted to players ranked among the top 50 on the Official World Golf Ranking as of September 6, 2021, or the tournament host if not otherwise eligible.
- To complete a field of 20 players, the next available players from the Official World Golf Ranking through September 6, 2021 (TOUR Championship).

**NOTE:** The commitment deadline for all participants is Friday, 5 p.m. EDT, October 1, 2021 to the tournament office: Stacy Stark-Bloch, 949-725-3003 or sstark@TGRFoundation.org.

**QBE SHOOTOUT**
December 10-12
(Pro-ams Wednesday and Thursday, December 8-9)
Tiburón Golf Club
Naples, FL

Eligible players for the 12-team (24-player) field are:
- The 2020 winning team, playing as a team.
- The top 12 available players from the 2020-21 FedExCup Points List through the TOUR Championship.
- Ten (10) special exemptions, a minimum of four (4) must go to PGA TOUR Members.
- If necessary to complete the field, additional sponsor exemptions.

**NOTE:** The tournament shall assign players in teams.
**NOTE:** Commitment deadline is 5 p.m. EDT on Friday, October 8, 2021.


**SENTRY TOURNAMENT OF CHAMPIONS**
January 6-9
Kapalua Resort (The Plantation Course)
Kapalua, Maui, HI

Eligible players are:
- Winners of PGA TOUR cosponsored or approved tournaments in 2021 calendar year, whose victories are considered official
- Winner of the 2020–21 FedExCup
- Winner of the Men's Olympic Golf Competition in the year following the Summer Olympic Games, provided he is a regular member of the PGA TOUR at the time of his victory


**SONY OPEN IN HAWAII**
January 13-16
Waialae Country Club
Honolulu, HI

Eligible players in the 144-player field are those listed in order of priority under Article III, Section A of the Tournament Regulations, except that prior to such players, the following shall first be eligible:
- At the invitation of the host organization, up to three professional golfers from Japan, China, India, Brazil, Mexico, Russia or other emerging markets.

**THE AMERICAN EXPRESS**
January 20-23
PGA WEST—Stadium Course (Host Course), PGA WEST—Nicklaus Tournament Course, and La Quinta Country Club.
La Quinta, CA

Eligible players in the 156-player field are:
- Winners of THE PLAYERS Championship prior to 1996.
- Winners of Masters Tournament, THE PLAYERS Championship, U.S. Open, The Open Championship and PGA Championship in the last five years (2017–2021). *(Note: THE PLAYERS and The Open were not contested in 2020.)*
- Winners of WGC-Mexico Championship and WGC-FedEx St. Jude Invitational in the last three years (2019–2021).
- Winners of WGC-Dell Technologies Match Play from 2019 and 2021.
- Winners of WGC-HSBC Champions from 2019.
- Winners of the Arnold Palmer Invitational presented by Mastercard and the Memorial Tournament in the last three years (2019–2021).
- Winners of the Genesis Invitational from 2020 and 2021.
- The leader from the final FedExCup Points List in each of the last five seasons (2016/17–2020/21).
- Playing members of the last-named U.S. Ryder Cup team (2021).
- Current PGA TOUR members who were playing members from the last named European Ryder Cup team (2021).
- PGA TOUR members who use an exemption for the 2021–22 season as one of the leaders (either top 25 or top 50) from the Official PGA TOUR Career Money List.
- Winners of The American Express prior to 1999, and winners of The American Express in the last ten years (2012–2021).
- Either the current winner of the PGA Section Championship or the current PGA Section Player of the Year where the tournament is played, as determined by the Section.
- Eight sponsor exemptions, restricted as follows:
  - Two from among the current season's PGA TOUR membership
  - Two from among the current season's Top Finishers of the Korn Ferry Tour category
  - Four "unrestricted".
- Up to two foreign players designated by the Commissioner.
- Life members of the PGA TOUR.
- PGA TOUR members from the current Tournament Winners category.
- The top 125 players from the 2020–21 FedExCup Points List.
- If necessary to complete the field, PGA TOUR members from the 2021–22 priority ranking of eligible players after the top 125, in order of their positions on such list, including the top 10 from previous tournament category.

**AT&T PEBBLE BEACH PRO-AM**
February 3-6
Pebble Beach Golf Links (host course), Monterey Peninsula Country Club (Shore Course) and
Spyglass Hill Golf Course
Pebble Beach, CA

Eligible players in the 156-professional field are those players listed in order of priority under
Article III, Section A of the Tournament Regulations, except that prior to such players, the follow-
ing shall first be eligible:
- Winners of the AT&T Pebble Beach Pro-Am prior to 2000, and winners of the AT&T Pebble
  Beach Pro-Am in the last five years (2017–2021).
- Winners of Masters Tournament, THE PLAYERS Championship, U.S. Open, The Open Champi-
  onship and PGA Championship prior to 2000, and winners of these events in the last five years
  (2017–2021). *(Note: THE PLAYERS and The Open were not contested in 2020.)*

**NOTE:** Open Qualifying will not be held.

**NOTE:** The host organization will team each professional player with an amateur player. The PGA
TOUR shall group the professional players and assign starting times. After three rounds, the field
will be cut to the low 60 professionals and ties and exactly the low 25 pro-am teams. Profession-
als placing 61st to 65th and ties will receive FedExCup points and official prize money normally
distributed to those places.

**WASTE MANAGEMENT PHOENIX OPEN**
February 10-13
TPC Scottsdale (Stadium Course)
Scottsdale, AZ

Eligible players in the 132-player field are those players listed in order of priority under Article III,
Section A of the Tournament Regulations, except that the following **shall not** be eligible:
- One sponsor exemption from among the current season's Top Finishers of the Korn Ferry
  Tour category.
- One sponsor exemption from among the current season's membership.
- One "unrestricted" sponsor exemption.
- One open qualifier.
- Current PGA National Professional Champion

**NOTE:** The provision in the Tournament Regulations which states that the field size will be expanded
to include the entire Top 125 category does not apply to the Waste Management Phoenix Open.

**THE GENESIS INVITATIONAL**

February17-20
The Riviera Country Club
Pacific Palisades, California

Eligible players in the 120-player field are:

- Winners of The Genesis Invitational in the last five years (2017–2021).
- Winners of Masters Tournament, THE PLAYERS Championship, U.S. Open, The Open Championship and PGA Championship in the last five years (2017–2021). *(Note: THE PLAYERS and The Open were not contested in 2020.)*
- Winner of the FedExCup from the 2018/19–2020/21 seasons. (*Note: This became a five year exemption starting with the 2018/19 season.)*
- Winners of WGC-Mexico Championship and WGC-FedEx St. Jude Invitational in the last three years (2019–2021).
- Winners of WGC-Dell Technologies Match Play from 2019 and 2021.
- Winners of WGC-HSBC Champions from 2019.
- Winners of the Arnold Palmer Invitational presented by Mastercard and the Memorial Tournament in the last three years (2019–2021).
- Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, since the previous season's The Genesis Invitational.
- Winner of the 2021 U.S. Amateur Championship (*NOTE: Such player may turn professional and still be eligible for the exemption.*)
- Current PGA TOUR members who were playing members of the last named U.S. and European Ryder Cup teams (2021).
- The top 125 players from the 2020–21 FedExCup Points List.
- The top 10 players from the 2021–22 FedExCup Points List through the AT&T Pebble Beach Pro-Am
- 12 sponsor exemptions, restricted as follows:
    - Two from among the current season's Top Finishers of the Korn Ferry Tour category
    - Two from among the current season's PGA TOUR membership
    - Eight "unrestricted"
- If necessary to complete a field of 120 players, those players below 10th position from the current FedExCup Points List through the AT&T Pebble Beach Pro-Am, in order of their positions on such list.

**ARNOLD PALMER INVITATIONAL PRESENTED BY MASTERCARD**
March 3-6
Bay Hill Club and Lodge
Orlando, FL

Eligible players in the 120-player field are:

- Winners of the Arnold Palmer Invitational presented by Mastercard prior to 2000, and winners of the Arnold Palmer Invitational presented by Mastercard in the last five years (2017–2021).

**NOTE:** *Winners prior to 2000, who are not otherwise eligible for the event, will be added to the starting field and must maintain a scoring average no greater than three strokes above the field average for the rounds of golf in which they have played in the season prior to be eligible in this category. A player who loses his exempt status for failing to meet the scoring average provision may regain exempt status immediately by finishing three strokes or less above the field average for the rounds of golf in which he has played in official money events during the current season, excluding official money team events.*

- Winners of Masters Tournament, THE PLAYERS Championship, U.S. Open, The Open Championship and PGA Championship in the last five years (2017–2021). *(Note: THE PLAYERS and The Open were not contested in 2020.)*
- Winner of the FedExCup from the 2018/19–2020/21 seasons. (*Note: This became a five year exemption starting with the 2018/19 season.)*
- Winners of WGC-Mexico Championship from 2020 and 2021.
- Winners of the WGC-FedEx St. Jude Invitational in the last three years (2019–2021).
- Winners of WGC-Dell Technologies Match Play from 2019 and 2021.
- Winners of WGC-HSBC Champions from 2019.
- Winners of The Genesis Invitational in the last three years (2020–2022).
- Winners of the Memorial Tournament in the last three years (2019–2021).
- Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, since the previous season's Arnold Palmer Invitational presented by Mastercard.
- Playing members of the last-named U.S. Ryder Cup team (2021).
- Current PGA TOUR members who were playing members of the last named European Ryder Cup team (2021).
- The winner of the 2021 U.S. Amateur Championship. *(NOTE: Such player may turn professional and still be eligible for the exemption.)*
- Winner of the 2020–2021 Arnold Palmer Award (Rookie of the Year).
- The top 50 players from the Official World Golf Ranking through The Genesis Invitational (Monday, February 21, 2022).
- Life members of the PGA TOUR.
- 18 sponsor exemptions, restricted as follows:
    - Two from among the current season's Top Finishers of the Korn Ferry Tour category.
    - Eight from among the current season's PGA TOUR membership.
    - Eight "unrestricted".
- Up to two foreign players designated by the Commissioner.
- The top 70 players from the final 2020–21 FedExCup Points List.
- Members in the Top 125-Nonmembers category whose points on the non-WGC FedExCup Points List for Non-members for the previous season equals or exceeds the amount of FedExCup points earned by the player finishing in 70th position on the final 2020–21 FedExCup Points List.
- The top 70 players from the 2021–22 FedExCup Points List through The Genesis Invitational.
- Either the current winner of the PGA Section Championship or the current PGA Section Player of the Year where the tournament is played, as determined by the Section.

- If necessary to complete a field of 120 players, those players below 70th position from the 2021–22 FedExCup Points List through The Genesis Invitational, in order of their positions on such list.

## PUERTO RICO OPEN

March 3-6
Coco Beach Golf and Country Club
Rio Grande, Puerto Rico

Eligible players in the 120-player field are those players listed in order of priority under Article III, Section A of the Tournament Regulations, except that the following shall first be eligible:

- Up to four sponsor exemptions, restricted to players from Puerto Rico, the Caribbean, Central America and South America.
- The host organization has a total of 12 additional sponsor exemptions, as follows:
  - Two from among the current season's PGA TOUR membership.
  - 10 "unrestricted".

**NOTE:** The starting field size may be increased in order to include in the starting field those members listed in Section A-1(g) of Article III (Top Finishers from the Korn Ferry Tour).

## THE PLAYERS CHAMPIONSHIP

March 10-13
TPC Sawgrass (THE PLAYERS Stadium Course)
Ponte Vedra Beach, FL

Eligible players in the 144-player field are:

- Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, since the last played PLAYERS Championship.
- The top 125 players from the 2020-21 FedExCup Points List.
- Winners of Masters Tournament from the years 2017-2021.
- Winners of THE PLAYERS Championship and The Open Championship from the years 2016-2019 and 2021.
- Winners of the U.S. Open and PGA Championship from the years 2016-2021.
- Winner of the FedExCup from the 2018/19–2020/21 seasons. (*Note: This became a five year exemption starting with the 2018/19 season.)*
- Winners of WGC-Mexico Championship from the years 2019–2021.
- Winners of WGC-Dell Technologies Match Play from the years 2018, 2019 and 2021.
- Winners of WGC-FedEx St. Jude Invitational from the years 2018–2021.
- Winners of WGC-HSBC Champions from the years 2018 and 2019.
- Winners of The Genesis Invitational from the years 2020–2022.
- Winners of the Arnold Palmer Invitational presented by Mastercard from the years 2019-2022.
- Winners of the Memorial Tournament from the years 2018–2021.
- Current Men's Golf Olympic Gold Medalist (one-year only).
- The top 50 players from the Official World Golf Ranking through the Honda Classic (Monday, February 28, 2022.)
- The top 10 players from the 2021–22 FedExCup Points List through the Honda Classic.

- The winner of the previous year's Bridgestone SENIOR PLAYERS Championship.
- The leading points winner from the 2020-21 Top 25 Korn Ferry Tour Regular Season players using combined points earned on the Official Korn Ferry Tour Regular Season Points List and points earned in the Korn Ferry Tour Finals and the leading points winner from the 2021 Korn Ferry Tour Finals.
- If necessary to complete a field of 144 players, PGA TOUR members from the 2021–22 FedExCup Points List below 10th position through the Honda Classic, in order of their positions on such list.

**NOTE:** THE PLAYERS Championship was cancelled in 2020 due to COVID-19.

## WORLD GOLF CHAMPIONSHIPS-DELL TECHNOLOGIES MATCH PLAY
March 23-27
Austin Country Club
Austin, TX

Eligible players in the 64-player field are:
- The top 64 available players to a floor of 100 from the Official World Golf Ranking, as of the Monday one week prior to the week of the tournament (March 14, 2022).

**NOTE:** In the event of ties at any of the 64 starting positions, the ties will be broken by the following criteria, in order:
- Total Official World Golf Ranking points earned in the most recent 52-week period, ending with the Ranking released on the Monday one week prior to the week of the tournament (March 14, 2022).
- Total Official World Golf Ranking points earned in the most recent 13-week period, ending with the Ranking released on the Monday one week prior to the week of the tournament (March 14, 2022).

**FORMAT:**
Wednesday to Friday: A series of Group Stage matches will take place over the first 3 days with the field of 64 players split into 16 groups of 4 and each player playing the other 3 players in their group once. Points will be awarded as follows: Win = 1 point; Halved match – ½ point; Loss = 0 points. The player who has accumulated the most points* within each group at the end of the Group Stage matches will advance to the 16 player Knockout Stage matches where traditional match play will decide all subsequent matches.

The following process will be used to fill the 16 groups of four players:
- The top 16 ranked players from the OWGR as of Monday, March 21, 2022 will be placed in
- order in groups 1 to 16.
- The remaining 48 players will be split into three criteria:
  - Players with OWGR ranking 17–32
  - Players with OWGR ranking 33–48
  - Players with OWGR ranking 49–64
- To complete group 1, one player from each of the above 3 criteria will be selected by random draw. This process will be repeated for groups 2–16.

Saturday AM: 8 x elimination matches (16 players)
Saturday PM: 4 x quarter-finals
Sunday AM: 2 x semi-finals
Sunday PM: 18 hole final & consolation match for losing semi-finalists

*In the event of a tie between two or three players in a group at the conclusion of the Group Stage matches, a hole by hole play-off (to take place once all scheduled group matches have teed off on the final day of the Group Stage matches), will decide the player that will advance to the Knockout Stage matches.

## WITHDRAWALS & SUBSTITUTIONS POLICY:

After the commitment deadline and up to one hour prior to the telecast to determine the seed numbers, a Player who withdraws from the WGC - Dell Technologies Match Play will be replaced by the highest eligible Player from the list of eligible Players, provided such Player is ranked among the top 100 Players on the Official World Golf Ranking as of the eligibility cut-off for the tournament.

After one hour prior to the start of the telecast to determine the seed numbers, a Player who withdraws, or is disqualified prior to the start of his first Group Stage match will be replaced by the highest available Player from the list of eligible Players, provided such Player is ranked among the top 100 Players on the Official World Golf Ranking as of the eligibility cut-off for the tournament. The Player will take the place of the player who withdrew or was disqualified in the seed numbers.

In the event that another eligible Player is not available, the number of Players in the group that the Player has withdrawn from, will be reduced. The leading* Player from that group at the end of the Group Stage matches will still advance to the Knockout Stage matches as per all other groups.

After starting his first Group Stage match, a Player that concedes or is disqualified from a Group Stage match, is eligible to play in remaining Group Stage matches and advance to the Knockout Stage matches should he have the highest points total in his group or win a hole by hole playoff if one is required.

After starting his first Group Stage match, a player that withdraws from the tournament during the Group Stage matches is deemed to concede any of his Group Stage matches not played to a conclusion and the result of any of his Group Stage matches already played to a conclusion shall stand.

A player that qualifies for Knockout Stage matches who subsequently withdraws from the tournament concedes his Knockout State match that has not been played to a conclusion.

## PRIZE MONEY:

A player who withdraws or is disqualified prior to the start of his first Group Stage match at the WGC – Dell Technologies Match Play will be ineligible to receive prize money or FedExCup Points.

At any time after starting his first Group Stage match, a Player who withdraws from the WGC - Dell Technologies Match Play will receive official prize money based on the results of his Group Stage matches to that point or thereafter his finish position in the subsequent Knockout Stage matches.

**CORALES PUNTACANA RESORT & CLUB CHAMPIONSHIP**
March 24-27
Puntacana Resort & Golf Club
Punta Cana, Dominican Republic

Eligible players in the 120-player field are those players listed in order of priority under Article III, Section A of the Tournament Regulations, except that the following shall first be eligible:
- Up to four sponsor exemptions restricted to players from Latin America.
  - The host organization has 12 additional sponsor exemptions restricted, as follows
    - Two from among the current season's PGA TOUR membership
    - 10 "unrestricted".

**NOTE:** The starting field size may be expanded in order to include in the starting field those members listed in Section A-1(g) of Article III (Top Finishers from the Korn Ferry Tour).


**VALERO TEXAS OPEN**
March 31 - April 3
TPC San Antonio (AT&T Oaks Course)
San Antonio, TX

Eligible players in the 144-player field are those players listed in order of priority under Article III, Section A of the Tournament Regulations, except that the following shall first be eligible:
- Up to four sponsor exemptions, restricted to nonmember professionals who are qualified for the Masters Tournament and ranked among the top 100 players on the Official World Golf Ranking through the event scheduled to conclude four weeks prior to the final round of the Valero Texas Open (i.e. through the Arnold Palmer Invitational).


**MASTERS TOURNAMENT**
April 7-10
Augusta National Golf Club
Augusta, GA

Eligible players for invitation are:
- Former winners of the Masters Tournament.
- Winners of the U.S. Open, The Open Championship and PGA Championship in the last five years
- Winners of THE PLAYERS Championship in the last three years.
- Current Olympic Gold Medalist (one year exemption).
- Current winner and runner-up of the U.S. Amateur Championship, if still an amateur player.
- Current winner of The Amateur Championship conducted by the R&A, if still an amateur player.
- Current Asia-Pacific Amateur Champion, if still an amateur player.
- Current winner of the Latin America Amateur Championship, if still an amateur player.
- Current U.S. Mid-Amateur Champion, if still an amateur player.
- The top 12 finishers and ties from the previous year's Masters Tournament.
- The top 4 finishers and ties from the previous year's U.S. Open.
- The top 4 finishers and ties from the previous year's The Open Championship.
- The top 4 finishers and ties from the previous year's PGA Championship.

- Winners of PGA TOUR events whose victories are considered official since the previous year's Masters that award a full point allocation for the TOUR Championship (excluding team tournaments).
- Those players who qualified for the previous year's TOUR Championship.
- The top 50 players from the Official World Golf Ranking for the previous calendar year.
- The top 50 players from the Official World Golf Ranking published during the week prior to the current Masters Tournament.
- The Masters Tournament Committee, at its discretion, also invites international players not otherwise qualified.


**RBC HERITAGE**
April 14-17
Harbour Town Golf Links
Hilton Head Island, SC

Eligible players in the 132-player field are:
- Winners of RBC Heritage prior to 2000, and winners of RBC Heritage in the last five years (2017–2021).

**NOTE:** *Winners prior to 2000, who are not otherwise eligible for the event, will be added to the starting field and must maintain a scoring average no greater than three strokes above the field average for the rounds of golf in which they have played in the season prior to be eligible in this category. A player who loses his exempt status for failing to meet the scoring average provision may regain exempt status immediately by finishing three strokes or less above the field average for the rounds of golf in which he has played in official money events during the current season, excluding official money team events.*

- Winners of the U.S. Open or PGA Championship prior to 2005 who played in a minimum of 15 PGA TOUR cosponsored or approved tournaments in the 2020–2021 season, provided however the Commissioner shall have the discretion to waive such 15 event minimum if a player otherwise eligible pursuant to this eligibility criteria did not play 15 events in the prior season as a result of an injury and would have qualified for a medical extension if he had applied for one and Winners of the U.S. Open or PGA Championship in the last five years (2017–2021).
- Winners of the Masters Tournament in the last five years (2018–2022).
- Winners of THE PLAYERS Championship from the years 2017–2019 and 2021–2022.
- Winners of The Open Championship in the last five years (2017–2021).
- Winners of the WGC-Mexico Championship from 2020 and 2021.
- Winners of the WGC-Dell Technologies Match Play from 2021 and 2022.
- Winners of the WGC-FedEx St Jude Invitational in the last three years (2019–2021).
- Winner of the WGC-HSBC Champions in 2019.
- Winners of The Genesis Invitational and the Arnold Palmer Invitational presented by Mastercard in the last three years (2020–2022).
- Winner of the Memorial Tournament in the last three years (2019–2021).
- Winner of the 2021 U.S. Amateur Championship. *(NOTE: Such player may turn professional and still be eligible for the exemption.)*
- The leader from the final FedExCup Points List in each of the last five seasons (2016/17–2020/21).
- Playing members of the last-named U.S. Ryder Cup team (2021).
- Current PGA TOUR members who were playing members from the last-named European Ryder Cup team (2021).

- The top 50 players from the Official World Golf Ranking through the completion of the WGC-Dell Technologies Match Play/Corales Puntacana Championship (Monday, March 28, 2022).
- Eight sponsor exemptions, restricted as follows:
  - Two from among the current season's PGA TOUR membership.
  - Two from among the current season's Top Finishers of the Korn Ferry Tour.
  - Four "unrestricted".
- Up to two foreign players designated by the Commissioner.
- Either the current or prior year winner of the PGA Section Championship or current or prior year winner of the PGA Section Player of the Year where the tournament is played, as determined by the section.
- PGA TOUR members who use an exemption for the 2021–22 season as one of the leaders (either top 25 or top 50) on the Official PGA TOUR Career Money List.
- Life members of the PGA TOUR.
- The top 125 players from the 2020–21 FedExCup Points List.
- Members in the Top 125-Nonmembers category whose points on the Non-WGC FedExCup Points List for Non-Members for the previous season equal or exceed the amount of FedExCup points earned by the player finishing in 125th position on the 2020–21 FedExCup Points List.
- PGA TOUR members from the current Tournament Winners category.
- The 20 players who are leading on the 2021–22 FedExCup Points List through the Valero Texas Open.
- Five players, not otherwise eligible, who are leading on the 2021–22 FedExCup Points List through the Valero Texas Open.
- If necessary to complete a field of 132 players, PGA TOUR members from the 2021–22 priority ranking of eligible players, after the Top 125 Non-Member category, in order of their positions on such list, including the Top 10 from Previous Tournament category.

## ZURICH CLASSIC OF NEW ORLEANS
April 21-24
TPC Louisiana
New Orleans, LA

**FORMAT:** The tournament is a 72-hole stroke play team event with each team comprised of two professionals. The first and third rounds are four-ball (best ball) play and the second and final rounds are foursomes (alternate shot) play.

Eligible players for the 80-team (160 player) field are those players in priority order under Article III, Section A of the Tournament Regulations, except that the following **shall not** be eligible:
- Open Qualifying
- Top 10 from Previous Tournament
- The Current PGA National Professional Champion and the Local PGA Section exemption are only eligible if they both commit and play as a team

The host organization will have a total of 8 sponsor exemptions:
- Two from among the current season's membership
- Two from among the current season's Top Finishers of the Korn Ferry Tour category
- Four "unrestricted"

**NOTE:** The provision in the Tournament Regulations which states that the field size will be expanded to include the entire Top 125 prior season's FedExCup points category does not apply to the Zurich Classic of New Orleans.

**NOTE:** The Tournament Host Organization must ensure sponsor exemptions have a pre-defined teammate from among those players who can pick a partner or other sponsor exemptions prior to committing such player. No amateur will be allowed to accept a sponsor exemption. Sponsor exemptions cannot access the field off their own category position after the commitment deadline.

- The top available members will select a player of their choosing from among PGA TOUR Members eligible for tournament play as defined in the PGA TOUR Tournament Regulations. Both team members must be committed by the commitment deadline.
- Any players eligible for the field who have not confirmed a partner by the commitment deadline, will be assigned a partner based on priority order under Article III, Section A of Tournament Regulations (i.e. 1 and 2 partner, 3 and 4 partner, etc.)

Withdrawal Policy:
- For the purposes of this policy, the top available member who is eligible to select a partner shall be referred to as "exempt".

Exempt player withdrawal:
- In the event an exempt player withdraws prior to the commitment deadline and his partner would have otherwise been exempt, the partner remains in the field and may select a new partner as outlined in the regulations.
- In the event an exempt player withdraws prior to the commitment deadline and his partner would not have otherwise been exempt, the partner is also withdrawn from the field and is replaced by the highest ranking alternate who may then select a partner as outlined in the regulations.
- In the event an exempt player withdraws after the commitment deadline but before 12 noon (local time at the tournament site) Tuesday of tournament week and his partner would have otherwise been exempt, the partner remains in the field and may select a player of their choosing from among PGA TOUR Members eligible for tournament play as defined in the PGA TOUR Tournament Regulations regardless of commitment status.
- In the event an exempt player withdraws after the commitment deadline but before 12 noon (local time at the tournament site) Tuesday of tournament week and his partner would not have otherwise been exempt, the partner is also withdrawn from the field and is replaced by the highest ranking alternate who may select a player of his choosing from among PGA TOUR Members eligible for tournament play as defined in the PGA TOUR Tournament Regulations regardless of commitment status.
- In the event an exempt player withdraws after 12 noon (local time at the tournament site) Tuesday of tournament week and his partner would not have otherwise been exempt, the partner will remain in the field provided that the exempt player was on-site and registered for the event. The partner remaining in the field teams with the highest ranking alternate.

Partner withdrawal:
- If the exempt player's partner withdraws prior to the commitment deadline, he may select a new partner as outlined in the regulations.
- If the exempt player's partner withdraws after the commitment deadline but before 12 noon (local time at the tournament site) Tuesday of tournament week, he may select a player of his choosing from among PGA TOUR Members eligible for tournament play as defined in the PGA

TOUR Tournament Regulations regardless of commitment status.
- If the exempt player's partner withdraws after 12 noon (local time at the tournament site) Tuesday of tournament week, he remains in the field and teams with the highest ranking alternate.

Sponsor Exemption withdrawal:
- Prior to the commitment deadline should the exempt player who is the teammate of a sponsor exemption withdraw, the host organization must secure another teammate from among the exempt players.
- After the commitment deadline but before 12 noon (local time at the tournament site) Tuesday of tournament week should the exempt player who is the teammate of a sponsor exemption withdraw, the sponsor exemption is also withdrawn from the tournament unless the first alternate agrees to partner with the sponsor exemption.
- After 12 noon (local time at the tournament site) Tuesday of tournament week should the exempt player who is the teammate of a sponsor exemption withdraw, the sponsor exemption stays in the field and teams with the highest ranking alternate.
- If an unrestricted sponsor exemption withdraws, the host organization may replace that exemption with a player of their choosing up until the commencement of the tournament.
- If a sponsor exemption restricted to PGA TOUR members or restricted to the Korn Ferry Tour category withdraws, the host organization may replace that exemption with a player of their choosing before 12 noon (local time at tournament site) the Tuesday of tournament week. At or after 12 noon (local time at the tournament site) the Tuesday of tournament week, the sponsor exemption withdrawal will be replaced by the highest ranking alternate.

**NOTE:** Cut size will be 33 teams and any ties at 33rd position.
**NOTE:** FedExCup points and official prize money will use an alternate distribution whereby the corresponding finish positions from the standard distribution are combined and split in two (i.e. 500 points for 1st place and 300 points for 2nd place = 800 point for the team/400 points for each player and so on down the list for 3rd and 4th for the 2nd place team, etc.)
**NOTE:** The Top-5 finishing teams and ties will advance into the following open event.
**NOTE:** The official pro-am will consist of the professional team and three amateurs.
**NOTE:** A hole-by-hole (sudden death) playoff will be contested with the first hole played as foursomes, the second hole played as four-ball, then alternating formats every hole, thereafter, on a set rotation of holes. The rotation of holes will be determined by the Rules committee.

### MEXICO CHAMPIONSHIP
April 28 - May 1
Course TBD
Mexico City, Mexico

Eligible players in the 132-player field are those players listed in order of priority under Article III, Section A of the Tournament Regulations, except that the following shall first be eligible:
- Up to four sponsor exemptions, restricted to players from Latin America.
- The following **shall not** be eligible:
  - Current PGA National Professional Champion

**AT&T BYRON NELSON**
May 12-15
TPC Craig Ranch
McKinney, Texas

Eligible players in the 156-player field are those players listed in order of priority under Article III, Section A of the Tournament Regulations, except that the following shall first be eligible:
• The winner of the 2021 Byron Nelson Collegiate Golf Award


**PGA CHAMPIONSHIP**
May 19-22
Southern Hills Country Club
Tulsa, OK

**NOTE:** Eligibility subject to change. Please refer to the PGA Championship entry form.

**NOTE:** All contestants in the Championship (except international players) must be a PGA of America member in good standing.

Eligible players in the 156-player field are:
• All former winners of the PGA Championship.
• Winners of the last five Masters (2018-2022).
• Winners of the last five U.S. Opens (2017-2021).
• Winners of The Open Championship in the last five years (2017-2021).
• Winners of the THE PLAYERS Championship in the last three years (2020-2022).
• Winner of the 2021 KitchenAid Senior PGA Championship.
• The top 15 finishers and ties from the 2021 PGA Championship.
• The top 20 finishers from the 2022 PGA Professional Championship.
• The top 70 players who have earned the most official PGA TOUR prize money, from the 2021 AT&T Byron Nelson through the 2022 Wells Fargo Championship (ending May 8, 2022).
• Playing members of the last-named U.S. and European Ryder Cup teams (2021), provided they remain within the top 100 on the Official World Golf Ranking as of May 8, 2022.
• Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, from the 2021 Charles Schwab Challenge to the 2022 PGA Championship.
• Special exemptions selected by the PGA of America.
• If necessary to complete the field, those players beyond the top 70 players who have earned the most official PGA TOUR prize money, from the 2021 AT&T Byron Nelson through the 2022 Wells Fargo Championship, in order of their positions on such list.


**CHARLES SCHWAB CHALLENGE**
May 26-29
Colonial Country Club
Ft. Worth, TX

Eligible players in the 120-player field are:
• Winners of the Charles Schwab Challenge prior to 2000, winners of the Charles Schwab Challenge in the last five years (2017–2021), and all former winners from 2000 and beyond who

were among the top 150 finishers on the previous season's FedExCup Points List.

**NOTE:** *Winners prior to 2000, who are not otherwise eligible for the event, will be added to the starting field and must maintain a scoring average no greater than three strokes above the field average for the rounds of golf in which they have played in the season prior to be eligible in this category. A player who loses his exempt status for failing to meet the scoring average provision may regain exempt status immediately by finishing three strokes or less above the field average for the rounds of golf in which he has played in official money events during the current season, excluding official money team events.*

- Winners of THE PLAYERS Championship in the last five years (2018–2022). *(Note: THE PLAYERS wasn't contested in 2020.)*
- Winner's of the Masters Tournament in the last five years (2018–2022).
- Winners of the U.S. Open in the last five years (2017–2021).
- Winners of The Open Championship in the last five years (2017–2021). (*Note: The Open wasn't contested in 2020.)*
- Winners of the PGA Championship from 2017–2022.
- Winner of the FedExCup from the 2018/19–2020/21 seasons. (*Note: This became a five year exemption starting with the 2018/19 season.)*
- Winners of the WGC-Mexico Championship from the years 2020 and 2021.
- Winners of the WGC-Dell Techonologies Match Play from the years 2021 and 2022.
- Winners of the WGC-FedEx St Jude Invitational in the last three years (2019–2021).
- Winner of the WGC-HSBC Champions from 2019.
- Winners of The Genesis Invitational and the Arnold Palmer Invitational presented by Mastercard in the last three years (2020–2022).
- Winners of the Memorial Tournament in the last three years (2019–2021).
- Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, since the previous season's Charles Schwab Challenge.
- Playing members of the last-named U.S. Ryder Cup team (2021).
- Current PGA TOUR members who were playing members from the last-named European Ryder Cup team (2021).
- Two players selected by the current and former winners of the Charles Schwab Challenge.
- The top 15 finishers and ties (including PGA TOUR nonmembers) from the 2021 Charles Schwab Challenge.
- 12 sponsor exemptions, restricted as follows:
  - Two from among the current season's Top Finishers of the Korn Ferry Tour category.
  - Six from among the current season's PGA TOUR membership.
  - Four "unrestricted".
- Up to two foreign players designated by the Commissioner.
- The top 50 players from the Official World Golf Ranking through the completion of the Masters Tournament (Monday, April 11, 2022.)
- The top 80 players from the 2020–21 FedExCup Points List.
- Members in the Top 125-Nonmembers category whose points on the Non-WGC FedExCup Points List for Non-Members for the previous season equals or exceeds the amount of FedExCup points earned by the player finishing in 80th position on the 2020–21 FedExCup Points List.
- The top 80 players from the 2021–22 FedExCup Points List the AT&T Byron Nelson.
- If necessary to complete a field of 120 players, those players below 80th position from the 2021–22 FedExCup Points List through the AT&T Byron Nelson, in order of their positions on such list.

**THE MEMORIAL TOURNAMENT PRESENTED BY WORKDAY**
June 2-5
Muirfield Village Golf Club
Dublin, OH

Eligible players in the 120-player field are:
- Winners of the Memorial Tournament prior to 1997 and winners of the Memorial Tournament in the last five years (2017–2021).

**NOTE:** *Winners prior to 1997, who are not otherwise eligible for the event, will be added to the starting field and must maintain a scoring average no greater than three strokes above the field average for the rounds of golf in which they have played in the season prior to be eligible in this category. A player who loses his exempt status for failing to meet the scoring average provision may regain exempt status immediately by finishing three strokes or less above the field average for the rounds of golf in which he has played in official money events during the current season, excluding official money team events.*

- Winners of THE PLAYERS Championship in the last five years (2018–2022). *(Note: THE PLAYERS wasn't contested in 2020.)*
- Winner's of the Masters Tournament in the last five years (2018–2022).
- Winners of the U.S. Open in the last five years (2017–2021).
- Winners of The Open Championship in the last five years (2017–2021). (*Note: The Open wasn't contested in 2020.)*
- Winners of the PGA Championship from 2017–2022.
- Winner of the FedExCup from the 2018/19–2020/21 seasons. (*Note: This became a five year exemption starting with the 2018/19 season.)*
- Winners of the WGC-Mexico Championship from the years 2020 and 2021.
- Winners of the WGC-Dell Techonologies Match Play from the years 2021 and 2022.
- Winners of the WGC-FedEx St Jude Invitational in the last three years (2019–2021).
- Winner of the WGC-HSBC Champions from 2019.
- Winners of The Genesis Invitational and the Arnold Palmer Invitational presented by Mastercard in the last three years (2020–2022).
- Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, since the previous season's Memorial Tournament.
- Playing members of the last-named U.S. and European Ryder Cup teams (2021).
- Winner of the 2021 U.S. Amateur Championship. *(Note: Such player may turn professional and still be eligible for the exemption.)*
- Winner of The 2021 Amateur Championship conducted by the R&A. *(Note: Such player may turn professional and still be eligible for the exemption.)*
- Up to four players selected by the tournament from among the money leaders on the PGA European Tour, Asian Tour, Australasian Tour, Sunshine Tour and Japan Golf Tour official money lists.
- Up to fourteen sponsor exemptions, restricted as follows:
  - Six from among the current season's PGA TOUR membership.
  - Two from among the current season's Top Finishers of the Korn Ferry Tour category.
  - Six "unrestricted".
- The top 50 players from the Official World Golf Ranking through completion of the PGA Championship (Monday, May 23, 2022).
- The top 70 players from the 2020–2021 FedExCup Points List.
- Members in the Top 125-Nonmembers category whose points on the Non-WGC FedExCup Points List for Non-Members for the previous season equals or exceeds the amount of FedExCup points earned by the player finishing in 70th position on the 2020–2021 FedExCup Points List.

- The top 70 players from the 2021–2022 FedExCup Points List through the completion of the PGA Championship (Monday, May 23, 2022).
- The Division I College Player of the Year from 2021 (the Jack Nicklaus Award), as selected by the Golf Coaches Association of America. *(Note: Such player may turn professional and still be eligible for the exemption.)*
- If necessary to complete a field of 120 players, PGA TOUR members beyond 70th position from both the 2021–2022 FedExCup Points List through the PGA Championship and the 2020–2021 FedExCup Points List on an alternating basis beginning with the current season FedExCup Points List and in order of their positions on such FedExCup Points List (i.e., 71st player from current season's FedExCup Points List, 71st player from prior season's FedExCup Points List, 72nd player from current season's FedExCup Points List, and so on).

### RBC CANADIAN OPEN
June 9-12
St. George's Golf and Country Club
Toronto, Ontario, Canada

Eligible players in the 156-player field are those players listed in order of priority under Article III, Section A of the Tournament Regulations, except that the following shall first be eligible:
- 12 "unrestricted" sponsor exemptions
  - The host shall have a total of 20 sponsor exemptions, restricted as follows:
    - Two from among the current season's membership
    - Two from among the current season's Top Finishers from the Korn Ferry Tour category
    - 16 "unrestricted"

### U.S. OPEN
June 16-19
The Country Club
Brooksline, Massachusetts

Eligibility for the 2022 U.S. Open is still being determined and will be announced at a later date.

### GENESIS SCOTTISH OPEN
July 7-10
Course TBD
Location TBD

Eligible players in the 156-player field are:
- 72 players from the PGA TOUR
  - Top 30 players from the 2020-2021 FedExCup Points List
  - To complete the 72 players, those players from the 2021-2022 FedExCup Points List, as of date TBD
- 72 players from the European Tour eligibility ranking
  - Eligibility categories to be finalized

- 8 tournament invitations
  - One allocated to the winner of the 2021 KPGA Genesis Championship
  - Two from among the current season's PGA TOUR membership
  - Two from among the current season's European Tour membership
  - Three "unrestricted"
- The leading 2 available players from the KPGA Genesis Points List, as of date TBD
- 2 national spots *(Note: If National spots are eliminiated, PGA TOUR and European Tour eligible players will increase to 73.)*
- Any withdrawal from the PGA TOUR and European Tour ranking will be replaced by the next eligible and committed player within that category until 12 noon local tournament time Tuesday of tournament week. After this time, unless PGA TOUR has any reserves registered and on site, any withdrawals will be replaced by the next eligible and committed player from the European Tour ranking.

**NOTE:** A purse breakdown similar to World Golf Championship events will be used.
**NOTE:** Commitment deadline will be outside the normal deadline, to be determined.


### BARBASOL CHAMPIONSHIP
July 7-10
Keene Trace Golf Club (Champions Course)
Nicholasville, KY

Eligible players in the 156-player field are those players listed in order of priority under Article III, Section A of the Tournament Regulations, except that the following shall first be eligible:
- Top 50 available players from the European Tour category ranking to a floor of category 17
The host has a total of 8 sponsor exemptions:
- Two from among the current season's PGA TOUR membership
- Six "unrestricted"

**NOTE:** The starting field size may be increased in order to include in the starting field those members listed in Section A-1(g) of Article III (Top Finishers of the Korn Ferry Tour category).

**NOTE:** Non-members are ineligible to "Top 10" out of this event.

**NOTE:** Any withdrawal from the PGA TOUR and European Tour ranking will be replaced by the next eligible and committed player within that category until 12 noon local tournament time Tuesday of tournament week. After this time, unless European Tour has any reserves registered and on site, any withdrawals will be replaced by the next eligible and committed player from the PGA TOUR ranking.


### THE OPEN CHAMPIONSHIP
July 14-17
St. Andrews Links (Old Course)
St. Andrews, Fife, Scotland

Eligibility for The 150th Open at St. Andrews is still being determined and will be announced at a later date.

**BARRACUDA CHAMPIONSHIP**
July 14-17
Tahoe Mountain Club (Old Greenwood)
Truckee, CA

Eligible players in the 156-player field are those players listed in order of priority under Article III, Section A of the Tournament Regulations, except that the following shall first be eligible:

•      Top 50 available players from the European Tour category ranking to a floor of category 17
The host has a total of 8 sponsor exemptions:

•   Two from among the current season's PGA TOUR membership
•   Six "unrestricted"

**NOTE:** The starting field size may be increased in order to include in the starting field those members listed in Section A-1(g) of Article III (Top Finishers of the Korn Ferry Tour category).

**NOTE:** Non-members are ineligible to "Top 10" out of this event.

**NOTE:** Any withdrawal from the PGA TOUR and European Tour ranking will be replaced by the next eligible and committed player within that category until 12 noon local tournament time Tuesday of tournament week. After this time, unless European Tour has any reserves registered and on site, any withdrawals will be replaced by the next eligible and committed player from the PGA TOUR ranking.

**Modified Stableford Format will be used.**

| Score | Points | Score | Points |
|---|---|---|---|
| Double Eagle | +8 | Par | 0 |
| Eagle | +5 | Bogey | -1 |
| Birdie | +2 | Double Bogey or worse | -3 |

**FEDEX ST. JUDE CHAMPIONSHIP**
August 11-14
TPC Southwind
Memphis, TN

Eligible players are:
•   The top 125 players plus ties from the 2021–2022 FedExCup Points List through the Wyndham Championship.

**BMW CHAMPIONSHIP**
August 18-21
Wilmington Country Club (South Course)
Wilmington, DE

Eligible players are:
•   The top 70 players plus ties from the 2021–2022 FedExCup Points List through the FedEx St. Jude Championship.

**TOUR CHAMPIONSHIP**
August 25-28
East Lake Golf Club
Atlanta, GA

Eligible players are:
- The top 30 players plus ties from the 2021–2022 FedExCup Points List through the BMW Championship.

**PRESIDENTS CUP**
September 22-25, 2022
Quail Hollow Club
Charlotte, North Carolina

**United States Team**
- The top six (6) U.S. PGA TOUR members who have earned the most FedExCup points from the 2019 A Military Tribute at the Greenbrier through the 2022 BMW Championship, weighted as follows:
  - 2019 A Military Tribute at the Greenbrier through 2020 BMW Championship:
    - 1 FedExCup point = 0.5 point
  - 2020 Safeway Open through 2021 BMW Championship:
    - 1 FedExCup point = 1 points
  - 2021 Fortinet Championship through 2022 BMW Championship:
    - 1 FedExCup point = 3 points
- Six (6) Captain's selections, to be named on date(s) to be determined.

**NOTE:** Presidents Cup points for FedExCup Playoffs Events will be weighted the same as World Golf Championships.

**International Team**
- The top eight (8) international players (excluding those eligible for the European Ryder Cup team) from the Presidents Cup International Team points list who average the most Presidents Cup International Team points from July 15, 2021 (The Open Championship) through August 21, 2022 (BMW Championship), weighted as follows:
  - 2021 Open Championship through April 15, 2022 (AT&T Byron Nelson):
    - 1 International Team Point = 1 point
  - 2022 PGA Championship through August 21, 2022 (BMW Championship):
    - 1 International Team Point = 1.25 points
- Four (4) Captain's selections, to be named on date(s) to be determined.

**NOTE:** To be eligible from the Presidents Cup International Team Points List, a player must compete in 15 or more events awarding Official World Golf Ranking points during the qualification period.

# NATIONALITY POLICY

### I. General

Any Athlete in an International Golf Competition (Section II) must be a national of the country which the Athlete is representing or under which the Athlete is eligible for the competition.

The IGF publishes this policy ("Nationality Policy") as it pertains to matters relating to the determination of the country which an Athlete may represent in an International Golf Competition listed below, and from time-to-time will advise sanctioning organizations of International Golf Competitions as to guidelines and standards on making determinations on an Athlete's nationality.

Each sanctioning organization has adopted the Nationality Policy and shares decisions based on nationality with the IGF and other sanctioning organizations. All matters relating to the determination of the country which an Athlete may represent in an International Golf Competition listed below shall be resolved by the sanctioning organization for that event, in its sole discretion.

### II.  International Golf Competitions

For the purposes of this policy, International Golf Competitions are as follows:

| Women's Competitions | Sanctioning Organization |
| --- | --- |
| Espirito Santo Trophy | International Golf Federation |
| Solheim Cup | LPGA |
| International Crown | LPGA |
| Olympic Games | International Golf Federation |
| Youth Olympic Games | International Golf Federation |
| Men's Competitions | Sanctioning Organization |
| Eisenhower Trophy | International Golf Federation |
| Ryder Cup | European Tour & PGA of America |
| Presidents Cup | PGA TOUR |
| Olympic Games | International Golf Federation |
| Youth Olympic Games | International Golf Federation |
| World Cup | International Federation of PGA Tours |

### III. Nationality

An Athlete will be considered a national of a country if the Athlete is a citizen of the country, as defined by the laws of such country.

An Athlete who is a national of two or more countries at the same time may represent either one of them, as the Athlete may elect. However, after having represented one country in an International Golf Competition, the Athlete may not represent another country unless first meeting the conditions set forth below that apply to persons who have changed their nationality or acquired a new nationality.

An Athlete who has represented one country in an International Golf Competition, and who has changed nationality or acquired a new nationality, may participate in another International Golf Competition representing the new country provided that, as of the start of the qualification period for such event, at least four years have passed since the Athlete last represented his/her former

country. This period may be extended, reduced or even cancelled, with the agreement of the sanctioning organization, which takes into account the circumstances of each case and any applicable guidelines and standards provided by the IGF.

If an associated state, province or overseas department, a country or colony acquires independence, if a country becomes incorporated within another country by reason of a change of border, or if a country merges with another country, an Athlete may continue to represent the country to which the Athlete belongs or belonged. However, if the Athlete prefers, the Athlete may elect to represent the new country. This particular choice may be made only once for any other International Golf Event including future Olympic Games.

Furthermore, in all cases in which an Athlete would be eligible to participate in an International Golf Competition, either by representing another country than his/hers or by having the choice as to the country which such Athlete intends to represent, the sanctioning organization may take all decisions of a general or individual nature with regard to issues resulting from nationality, citizenship, domicile or residence of any Athlete, including the duration of any waiting period, taking into account the circumstances of each case and any applicable guidelines and standards provided by the IGF.

### IV. Countries and Continents

For the purposes of defining a country (or territory, if applicable) of which an Athlete is a national, the current list of National Olympic Committees as recognized by the International Olympic Committee will be used. For International Golf Competitions other than the Olympic Games and Youth Olympic Games, England, Scotland and Wales will be considered to be separate countries.

For the purposes of defining the continent of Europe as it relates only to certain International Golf Competitions which either include all countries within Europe as a team or exclude all countries within Europe from a team, the following countries will be considered to be within Europe and not part of regions other than Europe:

| | | | | |
|---|---|---|---|---|
| Albania | Cyprus | Ireland | Monaco | Republic |
| Andorra | Czech Republic | Israel | Montenegro | Slovenia |
| Armenia | Denmark | Italy | Norway | Spain |
| Austria | Estonia | Kazakhstan | Poland | Sweden |
| Azerbaijan | Finland | Latvia | Portugal | Switzerland |
| Belarus | France | Liechtenstein | Romania | The Netherlands |
| Belgium | Georgia | Lithuania | Russian | Turkey |
| Bosnia and | Germany | Luxembourg | Federation | Ukraine |
| Herzegovina | Greece | Macedonia | San Marino | United Kingdom |
| Bulgaria | Hungary | Malta | Serbia | |
| Croatia | Iceland | Moldova | Slovak | |

### V. Rankings

An Athlete should ensure that his/her nationality is correctly listed on the appropriate world golf ranking system. For women's International Golf Competitions, this shall be the Rolex Women's World Rankings. For men's International Golf Competitions, this shall be the Official World Golf Rankings. For the purposes of applying this policy, the Athlete will be presumed to be a national of the country listed on the appropriate world rankings system, subject to verification in accordance with this policy. Any decisions taken related to an Athlete's nationality in accordance with

this policy shall be referred by the IGF to the appropriate ranking system, who shall display the correct nationality of each Athlete within the rankings.

An Athlete eligible to participate in an International Golf Competition by representing another country to the one previously represented (by either changing nationality or acquiring a new nationality) in accordance with this policy will only be eligible for International Golf Competitions for which the qualification period has not yet started, unless otherwise allowed by the sanctioning organization.

An Athlete eligible to participate in an International Golf Competition by having the choice as to the country which such Athlete intends to represent in accordance with this policy will only be eligible for International Golf Competitions for which the qualification period has not yet started, unless otherwise allowed by the sanctioning organization.

An Athlete who changes his/her nationality for an International Golf Competition prior to the qualifications and eligibility period beginning for such event, yet subsequently fails to qualify for the competition, is subject to the provisions of this policy including the time periods prescribed herein.

# GENERAL ADMINISTRATIVE MATTERS

## PLAYER IDENTIFICATION

PGA TOUR members will receive a personal photo ID and family credentials, which serve as identification at all cosponsored tournaments. Players are responsible for their minor children and their conduct in the Player Family dining area and elsewhere on course. If lost, replacement credentials are available through PGA TOUR Headquarters at a cost of **$50 per family credential and photo ID card.**

## OTHER CREDENTIALS

Tournament sponsors provide complimentary daily admission credentials to any member and their immediate family (spouse/significant other, children and parents) of the PGA TOUR, PGA of America, LPGA, and the Golf Course Superintendents Association. Complimentary daily admission credentials will be provided to any member of the Golf Course Builders Association of America, Club Managers Association of America and the American Society of Golf Course Architects. Family members must accompany the player in person to obtain these credentials.

## DATA PROTECTION & PRIVACY

The protection of our players' personally identifiable information is of the utmost importance at the PGA TOUR. Such information is used by PGA TOUR to administer the tournaments operated and/or sanctioned by PGA TOUR, provide membership benefits, and provide PGA TOUR players with information relating to membership, products, services, news and promotions of PGA TOUR and its affiliates. In light of new laws coming into effect such as the European Union's General Data Protection Regulation, the PGA TOUR has developed a Data Protection & Privacy Compliance Working Group to focus on the safeguards and best practices for the collection and processing of personal data. If at any time, you would like to access or correct any of your personally identifiable information, please contact datacompliance@pgatourhq.com.

# TOURNAMENT ADMINISTRATION MATTERS

## PURSE DISTRIBUTION FORMULAS

The PGA TOUR Policy Board establishes distribution of purses for PGA TOUR tournaments. "Approved" tournaments and events with special or small fields may use other purse distribution formulas.

The standard formula for PGA TOUR events provides a first prize of 18 percent of the total purse. Following is the standard distribution formula for an event with a purse of $8.0 million:

| POSITION | PERCENT | PRIZE | POSITION | PERCENT | PRIZE |
|---|---|---|---|---|---|
| 1 | 18.000% | $1,440,000.00 | 34 | 0.570% | $45,600.00 |
| 2 | 10.900% | $872,000.00 | 35 | 0.545% | $43,600.00 |
| 3 | 6.900% | $552,000.00 | 36 | 0.520% | $41,600.00 |
| 4 | 4.900% | $392,000.00 | 37 | 0.495% | $39,600.00 |
| 5 | 4.100% | $328,000.00 | 38 | 0.475% | $38,000.00 |
| 6 | 3.625% | $290,000.00 | 39 | 0.455% | $36,400.00 |
| 7 | 3.375% | $270,000.00 | 40 | 0.435% | $34,800.00 |
| 8 | 3.125% | $250,000.00 | 41 | 0.415% | $33,200.00 |
| 9 | 2.925% | $234,000.00 | 42 | 0.395% | $31,600.00 |
| 10 | 2.725% | $218,000.00 | 43 | 0.375% | $30,000.00 |
| 11 | 2.525% | $202,000.00 | 44 | 0.355% | $28,400.00 |
| 12 | 2.325% | $186,000.00 | 45 | 0.335% | $26,800.00 |
| 13 | 2.125% | $170,000.00 | 46 | 0.315% | $25,200.00 |
| 14 | 1.925% | $154,000.00 | 47 | 0.295% | $23,600.00 |
| 15 | 1.825% | $146,000.00 | 48 | 0.279% | $22,320.00 |
| 16 | 1.725% | $138,000.00 | 49 | 0.265% | $21,200.00 |
| 17 | 1.625% | $130,000.00 | 50 | 0.257% | $20,560.00 |
| 18 | 1.525% | $122,000.00 | 51 | 0.251% | $20,080.00 |
| 19 | 1.425% | $114,000.00 | 52 | 0.245% | $19,600.00 |
| 20 | 1.325% | $106,000.00 | 53 | 0.241% | $19,280.00 |
| 21 | 1.225% | $98,000.00 | 54 | 0.237% | $18,960.00 |
| 22 | 1.125% | $90,000.00 | 55 | 0.235% | $18,800.00 |
| 23 | 1.045% | $83,600.00 | 56 | 0.233% | $18,640.00 |
| 24 | 0.965% | $77,200.00 | 57 | 0.231% | $18,480.00 |
| 25 | 0.885% | $70,800.00 | 58 | 0.229% | $18,320.00 |
| 26 | 0.805% | $64,400.00 | 59 | 0.227% | $18,160.00 |
| 27 | 0.775% | $62,000.00 | 60 | 0.225% | $18,000.00 |
| 28 | 0.745% | $59,600.00 | 61 | 0.223% | $17,840.00 |
| 29 | 0.715% | $57,200.00 | 62 | 0.221% | $17,680.00 |
| 30 | 0.685% | $54,800.00 | 63 | 0.219% | $17,520.00 |
| 31 | 0.655% | $52,400.00 | 64 | 0.217% | $17,360.00 |
| 32 | 0.625% | $50,000.00 | 65 | 0.215% | $17,200.00 |
| 33 | 0.595% | $47,600.00 | | | |

## BAD WEATHER GUIDELINES

In situations involving bad weather, our first priority is always the competition and completion of 72 holes. Every effort will be made to achieve this objective by Sunday which could include playing 36 holes on the final day. If this can not be accomplished, play will always be extended to Monday if conditions and the weather forecast permit.

In making decisions to extend play beyond Sunday or to reduce the tournament to fewer than 72 holes due to inclement weather, the on-site Tournament Director discusses the situation and conditions with a number of parties, including the host organization, title sponsor, host site (general manager and/or golf course superintendent), on-site weather forecaster, television representatives and the other members of the Rules Committee. Players are not included in these discussions as policy dictates it is inappropriate for the Rules Committee to discuss matters directly affecting the competition with contestants.

In an effort to provide more definitive guidelines for use in the decision-making process, the following Bad Weather Guidelines will be followed:

## EXTENDING PLAY TO MONDAY

1. Every effort will be made to finish each round as scheduled by Sunday. The first priority is always the competition and completion of 72 holes.

2. In an effort to achieve this objective by Sunday, 36 holes may be played on Sunday following a reduction of the field to the score which has the closest number of players (including amateurs) to 60. If an equal number of players are at scores above and below the 60th position, the higher score will be used. In the event of any such cut, professionals eliminated who otherwise would have played in the final 36 holes will receive the appropriate share of official prize money in accordance with their respective positions.

3. If conditions exist which prevent 72 holes from being completed by Sunday, play will always be extended to Monday if golf course conditions and the weather forecast permit. Play on Monday could include 36 holes and a reduction of the field to the score which has the closest number of players to 60.

4. If conditions exist which make the completion of 72 holes impossible, the next priority is to complete 54 holes, thereby the winner is credited with an official victory. Again, play in this situation will always be extended to Monday if golf course conditions and weather permit.

5. If conditions exist which make the completion of 54 holes impossible, the next priority is to complete 36 holes, thereby players receive official money although the winner is credited with an unofficial victory. Again, play in this situation may be extended to Monday.

## EXTENDING PLAY BEYOND MONDAY

1. Except for THE PLAYERS Championship and the FedExCup Playoff events, in the event of a suspension during a final round being played on Monday when at least half of the field has completed play, the final round will be completed on Tuesday, but no later. Further, in no situation would we resume play in order to have 50% or more of the field complete their round. If

play cannot be completed on Tuesday, scores will revert back to the last completed round and the competition will be considered closed.

2. Except for THE PLAYERS Championship and the FedExCup Playoff events, play will not extend past Tuesday under any circumstances unless the event can be rescheduled and replayed in its entirety. This scenario would occur only if no more than 18 holes had been completed and an acceptable open date were available.

3. For THE PLAYERS Championship and the FedExCup Playoff events, the Commissioner may, in his discretion, extend play as necessary in order to complete 72 holes of competition.

## ON-SITE COMMUNICATION

1. On Tuesday of Tournament Week, the PGA TOUR Tournament Director will meet with host organization and title sponsor representatives to review the Bad Weather Guidelines and discuss plans to extend the event to Monday if necessary. Also reviewed are the tournament's plans to reschedule or relocate any special events planned for the tournament course on Monday (i.e. title sponsor outing) if play is extended to Monday.

2. Also on Tuesday of Tournament Week, the PGA TOUR Tournament Director will meet with television representatives to review air times, requested finish times, playoff holes and plans if inclement weather is predicted or encountered during the tournament. At small field tournaments, or for rounds following the cut at full field events, a tape delay telecast will be discussed if play can be started early and completed before impending bad weather. Prior to the final round, the leaders may start on the back nine to provide the network an opportunity to telecast some amount of play by the leaders.

3. After receiving and heavily weighing input from the host organization, title sponsor, host site (general manager and/or golf course superintendent), on-site weather forecaster and television, the PGA TOUR shall make the final decision to play 36 holes on Sunday, extend play to Monday or reduce the tournament to fewer than 72 holes.

4. Once a decision is reached, the players, host organization, title sponsor and television, if applicable, shall be the first informed. Secondly, the PGA TOUR Tournament Director shall communicate the decision to the PGA TOUR's On-Site Media Official who will disseminate the information to the media, and then to the Advance Official at the following week's event who will immediately let the tournament know of the decision.

## OTHER FACTORS AND ISSUES

Factors/issues that are considered in making decisions to suspend, postpone or cancel play include the following:

### Competitions

1. Weather forecast: The likelihood of weather conditions allowing the golf course to be prepared for play and the competition to be completed.

2. Course conditions: The condition of the golf course must allow the competition to be conducted under the Rules of Golf. The lift, clean and place rule may be put into effect under extreme circumstances.

3. Cancellation of a started round: If some players begin a round under extremely adverse weather conditions, conditions subsequently worsen and further play that day is impossible, the round may be canceled and replayed in its entirety.

4. Tournament format: If the tournament utilizes a multiple course format, the number of rounds needed to have players complete one round on each course will be considered. In pro-am events, amateurs may be asked to discontinue once play resumes in an effort to complete play on schedule.

5. Following week's event: Decisions to extend play to Monday will not be influenced by the following week's scheduled event, even when the next event is a major championship.

**Host Organization/Title Sponsor**

1. Prize Money: When a tournament is shortened due to inclement weather or other occurrence beyond the reasonable control of PGA TOUR, the host organization will be obligated to pay prize money in accordance with the guidelines contained in Article IV, Section A.9 of the Tournament Regulations. At tournaments played on one or two courses, official prize money will be distributed in accordance with the standard purse distribution formula when two or more rounds have been completed. At tournaments played on three or more courses, official prize money will be paid in accordance with the standard purse distribution formula when all players have played each course at least once. If players have not played each of the courses at least once, prize money will be unofficial and will be paid out, when possible, based on the standings through the number of completed rounds. If this is not possible, the purse will be divided equally among all players in the starting field.

2. Financial impact: Tournaments and title sponsors want to avoid having to complete play on Mondays and Tuesdays except in extreme situations. Because of the additional costs and logistical problems associated with Monday play, host organizations clearly would prefer to shorten an event to 54 holes rather than extend to Monday to complete 72 holes. However, host organizations for the most part support an extension of play to Monday if required to complete 54 holes.

3. Monday Pro-Am: Many tournaments have Monday pro-ams during Tournament Week, in addition to the Official pro-am (normally held on Wednesday) and extending play beyond Sunday could have a negative impact on the following event's Monday pro-am. This pro-am could be moved to Tuesday at the host organization's request. However, another course would be required so that the pro-am does not interfere with normal practice rounds.

**Television:**

1. Air times: Every effort is made to conclude the tournament within the scheduled air times. In most cases, networks will extend coverage from 6:00 PM EST to 7:00 PM upon request. For obvious reasons, the networks prefer to conclude the event on Sunday by playing 36 holes instead of extending play to Monday. Host organizations are in favor of this as well.

2. Tee times: Tee times may be changed to accommodate television, and a two-tee start may also be utilized after the cut is made. Prior to the final round, the leaders may start on the back nine to provide the networks an opportunity to telecast some amount of play by the leaders.

3. Monday coverage: Networks are given the first option of telecasting play on Monday. In the event the network declines, cable television will telecast the event on Monday or Tuesday.

## SUSPENSION OF PLAY DUE TO DANGEROUS SITUATIONS

Play may be suspended for such dangerous situations as lightning, tornadoes, etc. If the players in a match or group are between two holes, they must not resume play until the Rules Committee so orders. Players who are playing a hole must discontinue immediately and not resume play until the Committee orders. THE PENALTY FOR BREACH OF THIS CONDITION IS DISQUALIFICATION.

All practice areas shall be closed during a suspension for a dangerous situation until the PGA TOUR Rules Committee has declared them open for use. Players who disregard such closing shall be subject to disciplinary action.

**NOTE:** One prolonged siren or horn note signals suspension for a dangerous situation. Several short intermittent horn or siren notes signal all other types of suspension.

## LOCKER ROOMS

Locker room access is limited to:
Tournament week:
    Players, player's sons when accompanied by the player, PGA TOUR staff, instructors, and working media and a limited number of the host organization's committeemen.

Practice and Pro-Am days:
    Tournament representatives, player managers, golf apparel and manufacturer representatives.

Weather delays:
    Players, essential locker room staff and PGA TOUR staff.

**NOTE:** Network television personnel are permitted locker room access for the purpose of set up and operation of a "Weather Studio".

A caddie may enter the locker room during the week to assist the player with retrieving items from his locker. Caddies are not allowed in the locker room at any other time. Players whose caddies enter locker rooms initially (not for reason provided above) will be fined $100. Subsequent fines during a season will be $250 and $500, respectively.

Except during weather suspensions, golf bags must be put away in lockers or appropriate bag storage areas provided by the tournament. Golf bags must be put away overnight and shall not be left in the locker room.

Players in the starting tournament field who use locker room facilities at the host clubhouse must pay the attendant a minimum of $50 for service.

Smoking is not permitted in the player locker room.

## PLAYER EQUIPMENT

To help ensure that players competing in PGA TOUR cosponsored tournaments use equipment which conforms with the USGA Rules of Golf, players are encouraged to:

1. Confirm with equipment manufacturers or the club maker that all equipment or samples have been submitted to and approved by the USGA. Any new equipment must be formally approved by the USGA prior to putting the equipment in play.

2. Confirm that driving clubs are on the USGA Conforming Driver List. Any modified club head or club face must conform as if new and may need to be re-tested.

3. Have any altered or unusual clubs checked by a PGA TOUR Rules Official before tournament use.

4. Verify that the ball chosen to be played is on the USGA's "Conforming Golf Balls" list.

5. Confirm that clubs conform to Model Local Rule G-2, regarding groove and punch mark specifications and are listed on the USGA Equipment Database. The Exception does not apply.

If a player fails to submit his equipment prior to competition, he assumes all risk of a ruling that equipment does not conform with the USGA Rules of Golf. Additionally, if required by a PGA TOUR official, a player is obligated to surrender any equipment if it is determined that additional off-site testing is necessary to rule on conformity. Failure to do so will result in withdrawal from the tournament and subsequent disciplinary action. From time to time, PGA TOUR, at the request of the USGA, collects golf balls and equipment samples on-site at events.

## OPPOSITE EVENT POLICY

A PGA TOUR member who qualifies, as of the commitment deadline, for a PGA TOUR cosponsored event awarding full FedExCup point allocation shall not be eligible to participate in an opposite PGA TOUR event should he elect not to play in the PGA TOUR cosponsored event awarding full FedExCup point allocation.

## CADDIE REGULATIONS

All players in PGA TOUR cosponsored tournaments shall employ caddies for all practice, Pro-Am and tournament rounds, though golf carts may occasionally be authorized by the PGA TOUR's Tournament Director for practice or Pro-Am rounds, whereby caddies are not required.

Caddies shall be paid promptly. The fee is to be resolved early in the week between the player and caddie. Players who wish to bring their own caddies to PGA TOUR cosponsored tournaments may do so. Players shall be responsible for the conduct and behavior of their caddies at tournaments.

The following shall be adhered to in all PGA TOUR cosponsored tournaments:
1. All caddies must complete the caddie registration form each week. The Caddie Chairman and/or Caddie Master will supervise caddies and provide an area for caddies to rest while not on duty, if the caddie van is not on site.

2.  Caddies shall wear uniforms and identification badges as prescribed by the host tournament and PGA TOUR. All caddies are required to wear solid-colored khaki-style long pants, which touch the top of the shoe, or solid-colored, knee-length tailored shorts or skorts, and a collared shirt while on club property. T-shirts, jeans, culottes, skirts, capris, cut-off shorts and cargo style shorts are not permitted. Acceptable colors shall be determined at the discretion of the PGA TOUR Tournament Director.

3.  Caddies shall wear smooth, rubber-sole plain-colored shoes preferably tennis or basketball shoes. Permissible colors are limited to white and earth tone such as navy, blue, black, brown, tan gray, dark green and the like. Bright colors that are intended to draw attention to a person's footwear are not acceptable. Footwear with a closed toe is required. Flip flops, open-toed sandals and other similar shoes are not permitted. Closed-toe Crocs are acceptable provided they conform with the colors described above. GOLF SPIKES are prohibited.

4.  Caddies must conform to the Player Endorsement Policy.

5.  Caddies may walk unaccompanied on putting greens during practice round days if play is not disrupted. Caddies may not walk on putting greens on any day, at any time, before or after a Pro-Am or official tournament round.

6.  Caddies credentials provide clubhouse access as designated by tournament host.

7.  A caddie may enter the locker room during the week to assist the player with retrieving items from his locker. Caddies may not enter the locker room at any other time.

8.  Caddies shall not be permitted on practice greens except to retrieve pitch and run shots or putts.

9.  Caddies shall assist in maintaining the course by REPLACING DIVOTS AND RAKING BUNKERS as soon as practical after their player has played.

10. Caddies shall not hit shots or putts anywhere on the practice areas or course except in specially approved competitions.

11. Caddies shall not falsely register for accommodations or leave unpaid bills.

12. Caddies shall not engage in any conduct that is prohibited for players under the PGA TOUR Anti-Doping Program.

13. Caddies shall not engage in any conduct that is prohibited under the PGA TOUR Integrity Program.

14. Caddies shall not engage in conduct unbecoming a professional caddie, as determined in the sole discretion of the PGA TOUR.

15. Caddies must carry their player's clubs. Pull carts or the like are not permitted.

Personal information collected from you will be used by PGA TOUR for the purpose of administering the tournaments on the tours operated and/or sanctioned by PGA TOUR and providing you with information relating to products, services, news and promotions of PGA TOUR and affiliates

of PGA TOUR. PGA TOUR shall not sell, share or otherwise disclose your personal information of applicants with third parties, other than to third parties engaged by PGA TOUR to fulfill the above purposes or as otherwise consented to by the applicant. To view PGA TOUR's Privacy Policy, visit www.pgatour.com/company/privacy.html.

A caddie who does not comply with these Caddie Regulations will be subject to losing the privilege to caddie on the PGA TOUR. Also, for any violation of these regulations, disciplinary action may be taken against the player for whom the caddie is providing services.

## PLAYER/FAMILY DINING POLICY

Player/family dining areas are provided by tournaments for use by players and their immediate family members only. Active PGA TOUR members may receive credentials with player/family dining access for their spouse/significant other, children, nanny, and up to four immediate family members. Immediate family is defined as parents of either adult, grandparents of either adult and siblings.

To access the player/family dining area, a player's spouse/significant other and immediate family members must present their Family Member ID card.

Tournaments have also been requested to provide, on a space available basis, a player only dining area, which in most cases is the player locker room.

If you wish to entertain a guest, such as an extended family member, friend, agent, instructor or equipment company representative, you should dine in another clubhouse dining area, with appropriate food and beverage charges applying to your guest(s).

Space in the player/family dining area is often limited during peak hours so your cooperation with this policy is greatly appreciated. Smoking is not permitted in player/family dining areas. Players are responsible for their minor children and their conduct in the player/family dining area.

## PROCEDURES FOR DUALLY-COMMITTED PLAYERS

PGA TOUR members in the "126 to 150" category and below may commit to both PGA TOUR and Korn Ferry Tour events scheduled for the same week. If a player is in the field of both events, he must notify PGA TOUR Headquarters by 3 p.m. Eastern Time on Monday of tournament week which tournament he intends to play. Failure to notify the PGA TOUR of his intention will cause the player to be placed in the PGA TOUR field and removed from the Korn Ferry Tour field.

PGA TOUR members in the "Top Finishers of the Korn Ferry Tour" category and above who may not be eligible for the PGA TOUR event may commit to both PGA TOUR and Korn Ferry Tour events scheduled for the same week. If a player is in the PGA TOUR event by 3 p.m. Eastern Time on Monday of tournament week, he must play the PGA TOUR event and will be removed from the Korn Ferry Tour field.

A player who is an alternate for the PGA TOUR event and is in the Korn Ferry Tour tournament must notify PGA TOUR Headquarters by 5 p.m. Eastern Time on Wednesday of tournament week of his intention to play the Korn Ferry Tour event. If he notifies the PGA TOUR that he intends to play the Korn Ferry Tour event (or if he fails to give such notification), then he shall cease to be an alternate for that week's PGA TOUR event and shall remain in the field of the Korn Ferry Tour event.

PGA TOUR members may commit to both PGA TOUR and PGA TOUR Champions events scheduled for the same week. If a player is in the field of both events, he must notify PGA TOUR Headquarters by 3p.m. Eastern Time on Monday of tournament week which tournament he intends to play. Failure to notify the PGA TOUR of his intention will cause the player to be placed in the PGA TOUR field and removed from the PGA TOUR Champions field.

A player who is an alternate for that week's PGA TOUR Champions event and is in the PGA TOUR tournament must notify PGA TOUR Headquarters by 5p.m. Eastern Time on Wednesday of tournament week of his intention to play the PGA TOUR event. If he notifies the PGA TOUR that he intends to play the PGA TOUR event (or if he fails to give such notification), then he shall cease to be an alternate for that week's PGA TOUR Champions event and shall remain in the field of the PGA TOUR events.

A player who is an alternate for the PGA TOUR event and is in the PGA TOUR Champions tournament must notify PGA TOUR Headquarters by 5p.m. Eastern Time on Wednesday of tournament week of his intention to play the PGA TOUR Champions event. If he notifies the PGA TOUR that he intends to play the PGA TOUR Champions event (or if he fails to give such notification), then he shall cease to be an alternate for that week's PGA TOUR event and shall remain in the field of the PGA TOUR Champions event.

PGA TOUR Champions members may commit to both PGA TOUR Champions and Korn Ferry Tour events scheduled for the same week. If a player is in the field of both events, he must notify PGA TOUR Headquarters by 3p.m. Eastern Time on Monday of tournament week which tournament he intends to play. Failure to notify the PGA TOUR of his intention will cause the player to be placed in the PGA TOUR Champions field and removed from the Korn Ferry Tour field.

A PGA TOUR Champions member who is an alternate for that week's PGA TOUR Champions event and is in the Korn Ferry Tour tournament must notify PGA TOUR Headquarters by 5 p.m. Eastern Time on Wednesday of tournament week of his intention to play the Korn Ferry Tour event. If he notifies the PGA TOUR that he intends to play the Korn Ferry Tour event (or if he fails to give such notification), then he shall cease to be an alternate for that week's PGA TOUR Champions event and shall remain in the field of the Korn Ferry Tour event.

## MEASURING CONDITION OF PUTTING GREENS

The Rules of Golf state that before a round or playoff on any day of a stroke play competition, a competitor must not practice on the competition course or test the surface of any putting green on the course by rolling a ball or roughing or scraping the surface.

The PGA TOUR has adopted the following policy which applies to PGA TOUR, PGA TOUR Champions and Korn Ferry Tour competitions:

Contestants and caddies ARE NOT permitted to use a device that measures the condition (i.e. slope, texture, firmness or moisture level) of any putting green on the course on any day of a stroke play or match play competition. The use of such device is only permitted on practice days.

A contestant or caddie who does not comply with this policy is subject to disciplinary action under Article VII. DISCIPLINE, PENALTIES & APPEALS, Section C: Conduct Unbecoming a Professional of the PGA TOUR Tournament Regulations.

# GOLF COURSE PREPARATION & SET-UP PHILOSOPHY

## GENERAL

Golf course preparation and set-up is critical to the PGA TOUR's core mission and has significant ramifications for our players, television partners, tournaments, sponsors and fans.

For each tournament, the objective is to provide a level of difficulty and excitement which identifies the world's best players while 1) maintaining fairness, 2) respecting the features and capabilities of the venue, and 3) providing a dramatic stage for the PGA TOUR. Throughout the season, the objective is to provide a variety of golf course set-ups, in conjunction with assessment of the TOUR's evolving business needs as well as monitoring of relevant statistics.

The PGA TOUR's Rules & Competitions and Agronomy Staff are responsible for golf course preparation and set-up, with the PGA TOUR Tournament Director having final authority. A Golf Course Review Committee, reporting to the Commissioner, will be maintained for the purpose of approving new venues and changes to existing venues, as well as reviewing relevant data and feedback on course preparation and set-up.

Course preparation and set-up is subjective, and situations will occur where objectives are unable to be met. Professional observations and constructive criticism on the preparation and set-up of courses is welcome, and should be directed to the Tournament Staff.

## PREPARATION

Although abnormal conditions, adverse weather, or venue capabilities will sometimes prevent establishing the desired course conditions, the following will normally be objectives for tournament sites:

*Tees*: Firm, closely-mown, level and adequately-sized (to the extent possible), in order to provide flexibility.

*Fairways:* Firm and closely-mown, varying in width according to course and year-long variety.

*Greens:* Closely mown with firmness and speed varying for contours, grass-type and conditions, and predicted weather.

*Rough:* Varying in length and penalty according to course and year-long variety.

*Bunkers:* Treated as hazards, but prepared each day in a timely manner with well-defined margins.

*Maintenance* & Irrigation: Undertaken to achieve the above, but modified as necessary for consistency, adverse conditions, and predicted weather.

## SET-UP

Tee placements and hole locations should take into account the following:

- Hole type, difficulty and length (including forced-carries)
- Design features
- Course conditions
- Predicted weather
- Variety of shot-making and shot-lengths required during the round
- Creation of excitement and drama for television partners, sponsors, and fans, particularly on the finishing holes.
- Weather Guidelines (with respect to completing the competition)
- Pace of play (this will not be a primary consideration)
- Tournament operations & logistics (this will not be a primary consideration)

On par-4's and par-5's, one or more teeing grounds may be used. Back tees will not necessarily be used every round or at all. Creation of drama will weigh heavily in identifying holes suitable for set-up as either reachable par-5's or drivable par-4's. On par-3 holes, tee marker placement should vary (if possible) to encourage broader shot selection both on all par-3's during each round and on each par-3 for the week.

Hole locations will generally be a reasonable distance from the green's edge and from contours. However, some hole locations may not be easily accessible, requiring judgement and skill.

# ANTI-DOPING PROGRAM

All contestants in PGA TOUR events are subject to the terms and conditions of the PGA TOUR Anti-Doping Program. The full terms of the Anti-Doping Program may be found at www.drugfreesport.com/rec or pgatourlinks.com. Questions regarding the Anti-Doping Program should be directed to Andy Levinson, Senior Vice President, Tournament Administration, at PGA TOUR Headquarters.

# PGA TOUR ALCOHOL POLICY

Any member found to have violated any of the following provisions relating to the use of alcohol shall be considered to have engaged in conduct unbecoming a professional and shall be subject to a significant penalty:

A. Consuming an alcoholic beverage during any practice round or tournament round (whether a pro-am round or a tournament competition round), on the practice tee or putting green.

B. Moderate, responsible consumption of alcoholic beverages after play or during social functions is permitted. But players should know that alcohol related unprofessional incidents will constitute conduct unbecoming a professional.

C. A PGA TOUR member's responsibility to conduct himself in a professional manner and lend credit to himself and his organization extends beyond the time that the member is engaging in tournament play at the tournament site. Accordingly, the Membership should be aware that, depending on the circumstances, being under the influence of alcohol at any time in a public place, whether at a tournament site or otherwise, may constitute conduct unbecoming a professional.

The Commissioner will conduct such inquiries and investigations as shall be appropriate to determine whether a member has violated the alcohol policy or any interpretations thereof.

# INTEGRITY PROGRAM

All contestants in PGA TOUR events are subject to the terms and conditions of the PGA TOUR Integrity Program. The Integrity Program among other things prohibits players from betting on professional golf and engaging in other betting-related activities and requires players to complete certain educational requirements, in an effort to maintain integrity and prevent betting-related corruption in PGA TOUR events. The full terms of the Integrity Program may be found at pgatourlinks.com. Questions regarding the Integrity Program should be directed to Andy Levinson, Senior Vice President, Tournament Administration, at PGA TOUR Headquarters.

# PACE OF PLAY POLICY

Rule 5.6b states, in part: "The player should play at a prompt pace throughout the round. To encourage and enforce prompt play, the Committee shall set a Pace of Play Policy." The following Pace of Play Policy, including penalties and fines, for stroke play competitions has been adopted. In the administration of this Pace of Play Policy, a member of the Rules Committee shall not tolerate abuse, oral or otherwise, by a player. Such abuse may constitute conduct unbecoming a professional.

## DEFINITION AND APPLICATION OF "OUT OF POSITION"

The first group to start will be considered out of position if, at any time during the round, they exceed the time allotted to play, as detailed on the applicable course's Pace of Play Chart.

Any subsequent group will be considered out of position if, at any time during the round, they (a) exceed the allotted time to play and (b) reach a par-3 hole that is open and free of play, reach a par-4 hole and have not played a stroke from the teeing ground before the hole is open and free of play, or reach a par–5 hole and all players have not played a stroke from the teeing ground before the hole is open and free of play.

**NOTE: The Committee reserves the right to time a group when the Committee deems it necessary. Further, if a player is determined by the Rules Committee to be unreasonably slow, he may be timed individually at the Rules Committee's discretion, regardless of whether his group is out of position.**

# DEFINITION AND APPLICATION OF "OBSERVATION LIST"

Any player with an overall average of 45 seconds or more per stroke over a 10-tournament rolling period in the current and prior seasons will be placed on the observation list.

The calculation of the overall average of 45 seconds or more per stroke over a 10-tournament rolling period is calculated, as follows:
- Each individual stroke's time is the amount of elapsed time from when the preceding player hits his shot to the time the player hits his shot.
- The following strokes are then removed from the calculation of the average:
  - All strokes in official pro-am tournament rounds (i.e. The American Express, AT&T Pebble Beach Pro-Am);
  - All drops, penalties, provisionals and all shots immediately following those shots in a group;
  - Each instance of the first player to play in a similar position (i.e. first tee shot, first putt, etc.);
  - All shots that require large spans of time; and
  - For each individual player, the top 10% slowest shots.

The observation list will be updated on a weekly basis. Any player on the observation list will be notified in writing and in person (if possible) by a member of the Rules Committee prior to the start of competition.

During competition rounds, the Rules Committee will monitor players on the observation list throughout their round. Players on the observation list must play each stroke throughout the round in under 60 seconds, in the absence of a valid reason for taking longer. If observed by an official to exceed 60 seconds without a valid reason, that player will be timed on an individual basis as soon as he can be notified. If the player does not exceed the applicable time to play a stroke within two holes, timing will cease.

The 45 second average will be reviewed by the Policy Board on an annual basis.

## TIMING

When the Rules Committee determines that a group is starting to fall behind, or is just out of position, the group (or certain players within the group) will receive an official warning. Such warning will be given as soon as possible, and given only once during a round. In some circumstances, the Rules Committee may commence timing without having given such a warning, including when a group has already fallen significantly behind and/or is affecting other groups.

Once a group (or certain players within the group) has been warned, the Rules Committee (if available to do so) will monitor the pace of individual players in the group to determine if any players should be timed individually, as opposed to the entire group, in the case the group does not regain its position on the course.

When the Rules Committee determines that a group or an individual out of position will be timed, all players in the group, or the specific individual, will be informed they are being timed. Such timing could occur on any hole, including the finishing holes of a round.

Other than on the putting green, the timing of a player's stroke will begin when it is his turn to play and he can play without interference or distraction. Time spent determining yardage will count

as time taken for the next stroke. On the putting green, timing will begin after a player has been allowed a reasonable amount of time to mark, lift, clean and replace his ball, repair his ball mark and other ball marks on his line of putt and remove loose impediments on his line of putt.

**NOTE:** A player is permitted 40 seconds to play a stroke, and an extra 10 seconds (for a total of 50 seconds) will be allowed for:

> (a) the first player to play a stroke on a par-3 hole;
> (b) the first player to play a second stroke on a par-4 or par-5 hole;
> (c) the first player to play a third stroke on a par-5 hole;
> (d) the first player to play around the putting green;
> (e) the first player to play on the putting green.

Any player in a group being timed, who exceeds the applicable time to play a stroke, will be informed as soon as practicable.

## PENALTIES DURING TOURNAMENT

First Offense:
> One (1) timing exceeding the applicable time to play a stroke (1 bad time) - no penalty.

Second Offense:
> One more timing (total of two) exceeding the applicable time to play a stroke (2 bad times) - a one (1) stroke penalty.

Third Offense:
> One more timing (total of three) exceeding the applicable time to play a stroke (3 bad times) - a two (2) stroke penalty.

Fourth Offense:
> One more timing (total of four) exceeding the applicable time to play a stroke (4 bad times) - disqualification.

**NOTE:** Any timing exceeding the applicable time to play a stroke (bad time) will be carried over throughout the tournament.

## EXCESSIVE SHOT TIME

If any player in the field is observed by a Rules Official to take more than 120 seconds on a shot in the absence of a good reason for doing so, he will be given an Excessive Shot Time.

If an Excessive Shot Time is observed by an official, the official will notify the player as soon as is practical. This could be immediately after a shot if on a tee shot or approach shot, or at the conclusion of the hole if around or on the green.

All timing of strokes will be done by the Rules Officials on-course and in-person. Television footage and/or ShotLink data will not be used other than to corroborate the individual stroke time recorded and only if the officials choose to use such information.

Any player who receives two Excessive Shot Times in a tournament will be also be placed on the

Observation List for subsequent rounds.

## FINES CUMULATIVE DURING SEASON

All warnings, bad times, excessive shot times and timings accumulate throughout the season.

### WARNINGS

First through Twenty-fourth (24th) Offense:

- First through Twenty-fourth (24th) occasion of being warned that your group is out of position - no fine

Twenty-fifth (25th) Offense:

- Twenty-fifth (25th) occasion of being warned that your group is out of position – a fine of $20,000 and an additional $5000 for each five (5) additional warnings received.

**NOTE 1:** Warnings will not be counted during official pro-am tournament rounds (i.e. AT&T Pebble Beach Pro-Am) or in Major Championships.

**NOTE 2:** Warnings will accumulate throughout the season. Warnings given to players in the lead groups will not count towards their cumulative warnings for the season.

### BAD TIMES AND EXCESSIVE SHOT TIMES

First Offense:

- First timing exceeding the applicable time to play a stroke (1 bad time) - no fine.
- One (1) timing exceeding 120 seconds to play a stroke (1 excessive shot time) – no penalty.

Second Offense:

- Second timing exceeding the applicable time to play a stroke (2 bad times) - a fine of $50,000.
- Second timing exceeding 120 seconds to play a stroke (2 excessive shot times) – a fine of $10,000

Third and Subsequent Offenses:

- Third and subsequent timings exceeding the applicable time to play a stroke (3 or more bad
- times) - a fine of $20,000 for each offense.
- Third and subsequent timings exceeding 120 seconds to play a stroke (3 or more excessive shot times) – a fine of $20,000 for each offense.

**NOTE 1:** Timings exceeding the applicable time to play a stroke (bad times) and timings exceeding 120 seconds to play a stroke (excessive shot times) will accumulate throughout the season.

**NOTE 2:** Timings exceeding the applicable time to play a stroke (bad times) and timings exceeding 120 seconds to play a stroke (excessive shot times) on the PGA TOUR; PGA TOUR Champions; and Korn Ferry Tour will be counted together for the purposes of determining the cumulative number of timings exceeding the applicable time to play a stroke during a season. Fines will be pro-rated based on the number of occurrences on each respective tour.

**NOTE 3:** Timings exceeding the applicable time to play a stroke (bad times) and timings exceeding 120 seconds to play a stroke (excessive shot times) at Major Championships and official money World Golf Championships will be counted for the purposes of determining the cumulative number of timings exceeding the applicable time to play a stroke during a season.

## TIMINGS

First through Ninth Offense:
• First through ninth occasion of being out of position and timed - no fine.

Tenth Offense:
• Tenth occasion of being out of position and timed - a fine of $50,000.

Eleventh and Subsequent Offenses:
• Eleventh and subsequent occasion of being out of position and timed - a fine of $5,000 for each offense.

**NOTE 1:** Timings will accumulate throughout the season.

**NOTE 2:** Timings which occur on the PGA TOUR, PGA TOUR Champions and Korn Ferry Tour will be counted together for the purposes of determining the cumulative number of timings during a season. Fines will be pro-rated based on the number of occurrences on each respective tour.

**NOTE 3:** Timings which occur at Major Championships and official money World Golf Championships will be counted for the purposes of determining the cumulative number of timings during a season.

**NOTE 4:** Upon reaching the tenth occasion of being timed during a season, a player shall immediately be placed within the Category 3 groupings for Rounds 1 and 2 (when applicable) for the remainder of that season.

## REPEAT OFFENSES

Any player that receives a fine under this policy for any reason will be subject to double the existing

fine structure the following season. For each consecutive season beyond one season in which the player is subject to fines under the policy, the fine amount will continue to double from the previous season. (NOTE: Any player who receives a fine under this policy on the Korn Ferry Tour will not be subject to double the existing fine structure in their first year on the PGA TOUR.)

In addition, a player who exceeds ten occasions of being timed in more than one season or who remains on the observation list and shows no improvement over the course of a season may be subject to sanction under the Conduct Unbecoming a Professional regulation, including but not limited to suspension and/or other measures designed to help the player improve his pace of play including mandatory education, changes in groupings category, additional fines or other requirements.

## APPEALS

Any appeal of a bad time or excessive shot time must be referred to the on-site Tournament Director immediately upon completion of the player in question's round. The Tournament Director's decision shall be final. **If the player in question does not appeal immediately upon conclusion of his round, any penalties and fines shall stand.**

For excessive shot times and observation list players, a provision has been added to account for "a valid reason for taking longer" on an individual shot. This is purposely broad in order to account for the wide range of situations a player can encounter on the course and will be interpreted in a fair way by the Rules Committee.

**NOTE: A player may not appeal an occasion of being warned or timed. A player may not appeal being placed on the Observation List.**

# POLICY FOR USE OF GOLF CARTS BY DISABLED INSTRUCTORS

PGA TOUR members have made requests that instructors with disabilities who are physically unable to walk the golf course be permitted to use golf carts while accompanying players during practice rounds.

While we will make every effort to accommodate disabled instructors who need golf carts, we remind the players that additional golf carts on site at tournaments create numerous logistical and safety concerns. As such, we have worked closely with television networks, local media, and the tournament organizations to reduce the overall number of carts.

Nonetheless, the following policy shall be applicable for members seeking to obtain the use of a golf cart for a disabled instructor.

- The request for the use of the cart must be made by the PGA TOUR member.

- In requesting the use of a cart for an instructor, the PGA TOUR member must indicate the name of the instructor, the nature of the instructor's disability, and if requested by PGA TOUR, provide medical reports or other data indicating the extent and nature of the instructor's disability.

- A request must be made for each individual tournament and must be made no later than 2 weeks prior to that tournament.

- The PGA TOUR Tournament Director after reviewing the request, documentation submitted with the request, and after further discussions with the member and/or the particular instructor, if necessary, will make a determination as to whether a cart should be issued to the instructor. Carts will be made available only to instructors who have a disability that prevents them from walking along with their players. The Tournament Director's decision shall be final.

- If a cart is issued to the instructor, the following rules relating to the use of the cart shall apply:

- • Carts will be issued only on designated practice rounds days (normally Monday, Tuesday and Wednesday) of tournament week.
- • Only the instructor (not the player) may ride in the cart.
- • Cart use shall be restricted to out-of-fairway areas as specifically designated by the Tournament Director.
- • Carts will not be permitted in designated practice areas (e.g., range, putting green, etc.) at any time.
- • If in the Tournament Director's opinion, use of the cart could potentially damage the playing surface of the golf course (e.g., due to wet conditions), the Tournament Director shall have the right to deny the use of a cart.
- • The cart shall be picked up from the location specified directed by the Tournament Director and returned to that location.
- No more than 3 carts may be utilized by instructors at any one time. To the extent that more than 3 carts are requested at any one time, the Tournament Director shall establish a schedule during practice rounds for the use of such carts.

We appreciate the membership's cooperation with these policies as we believe they strike the appropriate balance between the membership's need to accommodate their disabled instructors while, at the same time, not unfairly hindering practice rounds by other members or endangering the safety of spectators and others at tournament sites.

# AUTOGRAPH POLICY

In an effort to provide a more orderly and controlled environment for fans seeking autographs, and at the same time allow players to avoid interruptions and distractions while preparing for and competing in tournaments, the PGA TOUR has established the following guidelines:

1. The autograph policy is in effect for official competitive rounds only. A player may not sign autographs after the start of his round until it is completed, except, at his option, during a suspension of play.

2. An autograph area may be designated by the host tournament, though its use by players is optional.

3. Tournaments are required to enhance the use of the autograph area with marshaling assistance and security for marquee players.

# PRACTICE AREA POLICY

To provide contestants the ability to practice without distraction, the PGA TOUR Policy Board has adopted the following policy:

Only contestants, their caddies, instructors, managers, media, golf equipment manufacturers (when invited by contestants), tournament representatives and PGA TOUR staff are permitted onto

any area designated for practice, (e.g., range, practice putting green, chipping or pitching greens, bunkers and the tournament golf course) during practice rounds.

The use of permanent markers, paint or other similar products to create lines on the practice putting and chipping greens is not permitted. If marks or lines are created on these surfaces, they must be done with a non-permanent material, such as a chalk line, which will not damage the turf and will disappear in a short period of time.

**NOTE:** Family members and friends are not permitted inside the ropes on the golf course at any time. Family members are permitted on the other designated practice areas when accompanied by the player. Players are expected to use good judgement and discretion when inviting family members onto designated practice areas. Players are responsible for their minor children and their conduct. Only one tournament representative is allowed access to designated practice areas at a time.

On pro-am days, practice by professionals and amateurs not in the pro-am or without a mandatory sponsor function in designated practice areas is prohibited from 30 minutes prior to the first pro-am starting time through the final pro-am starting time, for each segment/wave of tee times. Tournaments using the 9&9 pro-am format may amend this policy and practice restrictions will be posted in the locker room during tournament week.

On pro-am days at tournaments played from the start of each season until the Masters Tournament, professionals and amateurs not in the pro-am are permitted to practice chipping and putting on course prior to the first pro-am starting time. Full shots on course are not permitted. On pro-am days at tournaments played after the Masters Tournament until the conclusion of the FedExCup Playoffs, professionals and amateurs not in the pro-am are permitted to practice all shots on course prior to the first pro-am starting time. Any practice taking place prior to the pro-am must not interfere with the pace of play of the pro-am and players shall not endanger persons preparing the golf course for the pro-am.

On practice days, after 8:30 a.m. all play must begin from the first tee unless expressly approved by a member of the Rules Committee. This rule does not apply to tournaments using the 9&9 pro-am format.

# INTERNET POLICY

The PGA TOUR creates a section within PGATOUR.COM with information about each member.

Each player's site consists of player photos, a biography consisting of data similar to the information found in the Media Guides, statistics, results from the current year's tournaments, a scorecard from the most recent tournament played, and related stories and content.

The PGA TOUR recognizes that in the age of the internet, PGA TOUR members may be launching or re-launching their own web sites to support their fans, their sponsors, and their personal business ventures.

At the written request of a PGA TOUR member, PGATOUR.COM will link to such player's "official player site" from that particular player's page on PGATOUR.COM so long as there is a reciprocal link back to PGATOUR.COM from the "official player site" home page.

Keep in mind that a PGA TOUR member's marketing rights have specific parameters regarding the use of the PGA TOUR name, marks, or logo. These parameters also apply to online usage.

In addition to linking capabilities and the use of TOUR marks, PGATOUR.COM will attempt to assist any member in his online ventures. Please contact the Player Relations Department or the PGA-TOUR.COM department (Scott Gutterman - x4892) with additional questions.

# KORN FERRY TOUR EXEMPTION FOR FORMER FULLY EXEMPT PGA TOUR MEMBERS

In accordance with Article III, Section A 1(h) of the Korn Ferry Tour Regulations, players who were fully exempt PGA TOUR members for at least the preceding five consecutive seasons, or if such player is not fully exempt he must have played in at least 25 events on the PGA TOUR in the respective season, or become exempt during the season by winning a PGA TOUR cosponsored or approved event will be eligible for a Korn Ferry Tour exemption in one of the first two seasons after the player fails to retain fully exempt status on the PGA TOUR provided that he notifies the PGA TOUR no later than 10 days after the conclusion of the Korn Ferry Tour Qualifying Tournament for the year preceding the season in which he desires to use this exemption. However, a player who was eligible for this exemption for the 2020 season may elect to use their one-time exemption for the remainder of the 2020-2021 season provided that he notifies PGA TOUR no later than 10 days prior to the first event back after the cancelled event period (Friday, May 29, 2020). (A player may not use a Special Medical Extension in accumulating his five season total unless, during the season, he achieves combined top 125 FedExCup points while playing under his Special Medical Extension. If a player receives a Special Medical Extension during this time, and does not achieve top 125 FedExCup points, such player would need to extend his exempt eligibility an additional season to qualify for this exemption.)

Any eligible player may use this exemption only one time in his career.

For additional information, please contact PGA TOUR or Korn Ferry Tour Membership Services.

# PGA TOUR POLICY FOR PAYMENT OF PRIZE MONEY TO PLAYERS WHO MAKE THE CUT BUT ARE UNABLE TO COMPLETE THE TOURNAMENT

Any professional who is disqualified or withdraws for any reason from an official money tournament after making the cut shall be paid last place, unofficial prize money as determined by the final cut the player made (i.e. the primary cut to the low 65 professionals plus ties after 36 holes,

or the secondary cut to the low 65 professionals plus ties). A professional who begins play at an official money event without a cut and is disqualified or withdraws for any reason shall be paid last place, unofficial money.

Any professional who has qualified for an official money event (excluding World Golf Championship events) without a cut or an alternate list, such as the Tournament of Champions or BMW Championship, but is unable to play due to a serious personal emergency, injury or other disability which requires ongoing medical attention will receive last place, unofficial money without being required to register on-site. The Commissioner, in his discretion, may require a player to provide medical reports or other documentation substantiating the seriousness of his injury or other medical disability.

Further, any professional who has qualified for an official money World Golf Championship event without a cut or an alternate list but who is unable to begin play due to an illness, injury or serious personal emergency is not entitled to any share of the prize money. Instead, he shall be permitted to designate last place, unofficial money for a charity of his choice.

FedExCup points are distributed to players earning official money. Only players who are regular members of the PGA TOUR or become regular members during the season (as defined by PGA TOUR tournament regulations) will be listed on the "FedExCup Points List." Special Temporary Members and non-members who earn FedExCup points will not appear on the "FedExCup Points List," but will be tracked on a "Non-Member FedExCup Points List".

Points will be awarded at official money PGA TOUR FedExCup events, as defined by the PGA TOUR Tournament Regulations.

Points won by non-members and Special Temporary Members who subsequently become regular PGA TOUR Members during the season will be counted on the FedExCup Points List, along with any FedExCup Points earned as a non-member (excluding those won at the 2022 Barbasol Championship, 2022 Barracuda Championship or World Golf Championship events as a non-member).

# MOBILE AND ELECTRONIC DEVICE POLICY FOR CONTESTANTS AND OTHERS WITH ACCESS TO PRACTICE AREAS

### On Practice Days

- Players may use a mobile device in designated practice areas or on the golf course for calls, data services and capturing content. As a courtesy to fellow competitors, players must step away from the hitting line on the range when using a mobile device and keep the device in the "vibrate" or "silent ring" mode.

- Other electronic devices (rangefinders, launch monitors, video cameras for instruction, heart monitors, pedometers, electronic watches with health monitoring sensors, etc.) may be used in designated practice areas and on the golf course, but only with proper etiquette and in a manner that does not distract or slow other players.

**During Pro-Ams**

- Players may use a mobile device in designated practice areas only. Players are prohibited from using a mobile device for calls on the golf course during any official pro-am round. Players may use a mobile device for data services and capturing content in designated practice areas and on the golf course.

- Other electronic devices, as defined above, may be used in designated practice areas but are prohibited on the golf course unless approved by the Rules Committee.

**During Official Competition**

- Mobile devices are strictly prohibited in all designated practice areas and on the golf course during official competition rounds. On designated practice areas only data services and capturing content area allowed if done in a courteous and silent manner.

- Mobile and other electronic devices are prohibited for all purposes on the golf course for use by players and caddies unless approved by the Rules Committee. In addition to being considered conduct unbecoming a professional, the use of such devices (or accessing certain types of data from such devices) may also be a violation of the Rules of Golf.

- Rule 4.3a(4) of the Rules of Golf states, in part: "Not Allowed: The use of equipment to listen to music or other audio to eliminate distractions or to help with swing tempo, or to view video showing play of a player during the competition that helps the player in choosing a club, making a stroke, or deciding how to play the round". Penalty for first breach is the General Penalty, for second breach penalty is Disqualification.

**NOTE:** The use of mobile devices by players for capturing and distributing social media content must comply with the PGA TOUR Official Policy for Players Posting/Streaming to Social Media On Site at Events.

# GUIDELINES FOR PLAYERS' USE OF SOCIAL MEDIA AT EVENTS

All contestants in PGA TOUR events are subject to the terms and conditions of the PGA TOUR Official Policy for Players Posting/Streaming to Social Media On Site at Events. The full terms of the Policy may be found at pgatourlinks.com.

# PLAYER ENDORSEMENT POLICY

All sponsorships, endorsements, name and likeness arrangements and promotional activities (collectively, "sponsorships") of members, whether during or outside PGA TOUR competitions, are subject to this policy. When playing in PGA TOUR co-sponsored, sanctioned or approved events, non-member contestants are subject to this policy as well. Generally, all sponsorships must be tasteful and in accordance with standards of decorum expected of professional golfers. Sponsorships

that may reflect adversely upon the image and reputation of the PGA TOUR, cast the PGA TOUR in an unfavorable light, insult or offend the community or any group within the community or be viewed as hateful, abusive, obscene or divisive, as reasonably determined by the PGA TOUR, are prohibited. Further, the following addresses categories of special concern:

*Season-Long Points Competition Sponsor FedEx.* In recognition of the unique standing of FedEx as the sole sponsor of a season-long points competition on the PGA TOUR, so long as FedEx is the season-long sponsor of the PGA TOUR, no sponsorships are allowed by FedEx competitors United Parcel Services ("UPS") or DHL Express ("DHL") that involve displaying the name, logo or any product likeness of either company on a player's apparel, headwear, golf bag or golf equipment. Such provision shall apply during PGA TOUR co-sponsored, sponsored and sanctioned events to members only. Players with existing sponsorship agreements as of January 1, 2017 with either UPS or DHL will be allowed to continue or extend such relationship but may not expand upon the contractual branding or endorsement obligations in such relationships.

*Tobacco / Marijuana.* No sponsorships of any sort are permitted by companies selling tobacco products (including, starting March 1, 2019, cigars and tobacco smoked in pipes), smokeless tobacco products (including e-cigarettes and vaping products) and marijuana products (recreational and medicinal). However, a player may make appearances for any such company as long as the appearances are private and not promoted or covered publicly. Players with existing sponsorships by companies selling cigars and tobacco smoked in pipes as of March 1, 2019 will be allowed to continue or extend such sponsorships after such date but may not expand such sponsorships after such date.

*Alcohol.* A player may have a sponsorship by a beer, wine, distilled spirit or other alcohol company, subject to the following terms and conditions:

- Any ads and other promotions (using a player's name or likeness) for any alcohol company must include a social responsibility message and cannot include a direct call to action (e.g. "Call 1-800-555-5555 or visit us at www.xyz.com" or "Drink XYZ Distilled Spirit").

- A player may not display more than one name, brand, logo or other mark or identifier of any alcohol company on the player's apparel, headwear, golf bag and golf equipment in the aggregate at any time.

- No visual representation of any alcohol product (e.g., liquor bottle, etc.) may appear on a player's headwear, apparel, golf bag or golf equipment.

*Gambling.* A player may have sponsorships by casinos, sports betting, daily fantasy and other legal gambling companies, subject to the following terms and conditions:

- All sponsorships by gambling companies require the prior approval of the PGA TOUR. All sponsorships must be submitted to the PGA TOUR Competitions department in advance for review and approval.

- The gambling company must be in compliance with all applicable gambling laws.

- A player may display on the player's apparel, headwear, golf bag or golf equipment any name, brand, logo or other identifier of a gambling company.

- No visual representation of any gambling-related product (e.g., cards or dice) may appear on a player's headwear, apparel, golf bag or golf equipment.

- A player may not display on the player's apparel, headwear, golf bag or golf equipment more than one gambling-related identifier in the aggregate at any time.

- A player may appear and otherwise be used in ads and other promotions for sports betting and daily fantasy generally, but not ads and promotions that promote betting on a specific player or making a specific bet. For example, a player could appear in an ad that says, "Download the DraftKings app and bet on PGA TOUR golf," but not, "Bet on me this week." Further, each ad or promotion requires the prior approval of the PGA TOUR and must be submitted to the PGA TOUR Competitions department in advance for review and approval. Each ad or promotion must include a responsible gambling or social responsibility message (e.g., "Please remember to bet responsibly").

- A player may not enter into any sponsorship or other agreement that provides compensation to the player based on any sports betting activity (e.g., a player may not receive a revenue share based on the "handle" or revenues from sports betting).

*Logo / Mark Size, Location and Quantity.* All names, brands, logos and other marks and identifiers ("marks") on a player's apparel, headwear, golf bag and golf equipment must be in good taste as to content, size, location and quantity, as reasonably determined by the PGA TOUR. Further, all marks must satisfy the following specific terms and conditions:

- A mark (other than a mark on a golf bag) may not exceed three by five inches (3"x5").

- Marks on upper torso apparel (including shirts, sweaters, outerwear and upper torso underwear, but excluding, for clarity, belts and headwear) may appear only at the following seven locations: right and left breast, right and left sleeve, right and left collar, and the yoke of the back (i.e., just below the collar). Only one mark may appear at each such location (i.e., seven logos total are permitted for upper torso apparel).

- Marks on belts may appear only on the buckle or front buckle area. Only one mark may appear on a belt.

- Marks on lower torso apparel (including pants and outerwear, but excluding, for clarity, belts and footwear) may appear only at the following locations: the right or left back pocket area (but not both back pocket areas) and below the right or left knee (but not below both knees). Only one mark may appear at each such location (i.e., two logos total are permitted for lower torso apparel).

- The location of marks is otherwise not restricted, but all marks must satisfy the good taste requirement set forth above.

*Golf Outings.* Golf outings for all companies are subject to the conflicting events terms set forth in Section A-2 of Article V.

# GUIDELINES FOR PAYMENTS TO PLAYERS

Any payments, other than official prize money and prize money paid for official tournament pro ams, made

*by:*    a host organization, title or presenting sponsor, or any person or entity acting on their behalf (collectively, "Tournament Sponsors")

*to:*    a player eligible to participate in the applicable tournament

*for:*    any event or activity conducted from Monday of tournament week through the day following the conclusion of the competition (the "Tournament Period"), or in general proximity to the Tournament Period

must be approved in writing by PGA TOUR no less than 45 days in advance of the applicable event.

TOUR will not approve payments it deems to (i) be designed to solicit a player's appearance in the tournament or (ii) give the appearance or perception that it is designed to solicit a player's appearance in the tournament.

Tournament Sponsors will be required to inform TOUR of all such player arrangements and all specifics of such arrangements, including player compensation, and will provide TOUR a copy of all applicable contracts.

Players not following these guidelines or accepting (directly or through an agent) payments from a Tournament Sponsor not in accordance with these guidelines, will be subject to disciplinary action, which could include a minimum fine equal to the amount of compensation received and suspension from tournament play.

These guidelines are issued as an interpretation of the Tournament Regulations relating to appearance fees and, as such, all Tournament Sponsors will be required to adhere to the guidelines as they would Tournament Regulations in accordance with their Tournament Agreement and/or Title Sponsor Agreement.

# PLAYER IMPACT PROGRAM

The PGA TOUR Policy Board has implemented the Player Impact Program to reward the PGA TOUR members who, through objective measurement criteria, generate the most interest in the PGA TOUR and as a result make the most significant impact on its business. This program allows top performers to become further invested in the PGA TOUR and its business, and as a result helps to amplify the brands and earning potential for all PGA TOUR members. Questions regarding the Player Impact Program should be directed to Dan Glod, Senior Vice President, Player Partnerships, at PGA TOUR Headquarters.

# 2021–2022 FEDEXCUP POINTS AND BONUS STRUCTURE

The FedExCup Points System shall be set forth annually by the PGA TOUR Policy Board.

## FEDEXCUP POINTS STRUCTURE

**Basic Outline**
The FedExCup is a season-long competition in which players accumulate points in each eligible FedExCup Points Event. At the end of the season, the winning player will be crowned the "PGA TOUR FedExCup Champion".

**Season**
The PGA TOUR's 2021-2022 FedExCup competition runs from the 2021 Fortinet Championship through the 2022 Wyndham Championship in Greensboro and concludes with the 2021-2022 FedExCup Playoffs, which will consist of the FedEx St. Jude Championship, BMW Championship and TOUR Championship.

**FedExCup Points Distribution**
• Official PGA TOUR events each award 500 FedExCup points to first place.

• THE PLAYERS Championship, The Masters Tournament, PGA Championship, U.S. Open Championship and The Open Championship will award 600 FedExCup points to first place.

• Each of the four World Golf Championships events and The Genesis Invitational, the Arnold Palmer Invitational presented by Mastercard and the Memorial Tournament presented by Workday will award 550 FedExCup points to first place.

• Additional events played during the FedExCup competition (those played the same week as a Major, World Golf Championship or full FedExCup event) will award 300 FedExCup points to first place.

FedExCup Points are awarded by finish position as defined in the point distribution tables. Limited field events during the FedExCup competition will not redistribute the points for places that do not play. For example, if the 2022 Sentry Tournament of Champions has a field of 30 players, the points awarded will be based on the points that would be awarded to each individual position in a full-field event from positions 1 to 30. This will result in the points that would have otherwise been awarded from positions 31–65 in a regular event not being awarded in the tournament.

Another example is the World Golf Championships–Dell Technologies Match Play, a 64-player field. In this limited-field event, points for positions 65 and beyond would not be awarded.

**Point Distribution by Finish Position**
The table below shows the rounded number of points awarded to each position in each of the four main types of FedExCup events.

## FEDEXCUP POINT DISTRIBUTIONS

| Position | PGA TOUR Events | World Golf Champ, Genesis, Arnold Palmer & Memorial | Masters, PLAYERS, US Open, Open Champ.& PGA Champ. | Additional Events |
|---|---|---|---|---|
| 1 | 500 | 550 | 600 | 300 |
| 2 | 300 | 315 | 330 | 165 |
| 3 | 190 | 200 | 210 | 105 |
| 4 | 135 | 140 | 150 | 80 |
| 5 | 110 | 115 | 120 | 65 |
| 6 | 100 | 105 | 110 | 60 |
| 7 | 90 | 95 | 100 | 55 |
| 8 | 85 | 89 | 94 | 50 |
| 9 | 80 | 83 | 88 | 45 |
| 10 | 75 | 78 | 82 | 40 |
| 11 | 70 | 73 | 77 | 37.5 |
| 12 | 65 | 69 | 72 | 35.0 |
| 13 | 60 | 65 | 68 | 32.5 |
| 14 | 57 | 62 | 64 | 31.0 |
| 15 | 55 | 59 | 61 | 30.5 |
| 16 | 53 | 57 | 59 | 30.0 |
| 17 | 51 | 55 | 57 | 29.5 |
| 18 | 49 | 53 | 55 | 29.0 |
| 19 | 47 | 52 | 53 | 28.5 |
| 20 | 45 | 51 | 51 | 28.0 |
| 21 | 43 | 48.733 | 48.733 | 26.756 |
| 22 | 41 | 46.467 | 46.467 | 25.511 |
| 23 | 39 | 44.2 | 44.2 | 24.267 |
| 24 | 37 | 41.933 | 41.933 | 23.022 |
| 25 | 35.5 | 40.233 | 40.233 | 22.089 |
| 26 | 34 | 38.533 | 38.533 | 21.156 |
| 27 | 32.5 | 36.833 | 36.833 | 20.222 |
| 28 | 31 | 35.133 | 35.133 | 19.289 |
| 29 | 29.5 | 33.433 | 33.433 | 18.356 |
| 30 | 28 | 31.733 | 31.733 | 17.422 |
| 31 | 26.5 | 30.033 | 30.033 | 16.489 |
| 32 | 25 | 28.333 | 28.333 | 15.556 |
| 33 | 23.5 | 26.633 | 26.633 | 14.622 |
| 34 | 22 | 24.933 | 24.933 | 13.689 |
| 35 | 21 | 23.8 | 23.8 | 13.067 |
| 36 | 20 | 22.667 | 22.667 | 12.444 |
| 37 | 19 | 21.533 | 21.533 | 11.822 |
| 38 | 18 | 20.4 | 20.4 | 11.2 |
| 39 | 17 | 19.267 | 19.267 | 10.578 |
| 40 | 16 | 18.133 | 18.133 | 9.956 |
| 41 | 15 | 17 | 17 | 9.333 |
| 42 | 14 | 15.867 | 15.867 | 8.711 |
| 43 | 13 | 14.733 | 14.733 | 8.089 |

| Position | PGA TOUR Events | World Golf Champ, Genesis, Arnold Palmer & Memorial | Masters, PLAYERS, US Open, Open Champ.& PGA Champ. | Additional Events |
|---|---|---|---|---|
| 44 | 12 | 13.6 | 13.6 | 7.467 |
| 45 | 11 | 12.467 | 12.467 | 6.844 |
| 46 | 10.5 | 11.9 | 11.9 | 6.533 |
| 47 | 10 | 11.333 | 11.333 | 6.222 |
| 48 | 9.5 | 10.767 | 10.767 | 5.911 |
| 49 | 9 | 10.2 | 10.2 | 5.6 |
| 50 | 8.5 | 9.633 | 9.633 | 5.289 |
| 51 | 8 | 9.067 | 9.067 | 4.978 |
| 52 | 7.5 | 8.5 | 8.5 | 4.667 |
| 53 | 7 | 7.933 | 7.933 | 4.356 |
| 54 | 6.5 | 7.367 | 7.367 | 4.044 |
| 55 | 6 | 6.8 | 6.8 | 3.733 |
| 56 | 5.8 | 6.573 | 6.573 | 3.609 |
| 57 | 5.6 | 6.347 | 6.347 | 3.484 |
| 58 | 5.4 | 6.12 | 6.12 | 3.36 |
| 59 | 5.2 | 5.893 | 5.893 | 3.236 |
| 60 | 5 | 5.667 | 5.667 | 3.111 |
| 61 | 4.8 | 5.44 | 5.44 | 2.987 |
| 62 | 4.6 | 5.213 | 5.213 | 2.862 |
| 63 | 4.4 | 4.987 | 4.987 | 2.738 |
| 64 | 4.2 | 4.76 | 4.76 | 2.613 |
| 65 | 4 | 4.533 | 4.533 | 2.489 |
| 66 | 3.8 | 4.307 | 4.307 | 2.364 |
| 67 | 3.6 | 4.08 | 4.08 | 2.24 |
| 68 | 3.4 | 3.853 | 3.853 | 2.116 |
| 69 | 3.2 | 3.627 | 3.627 | 1.991 |
| 70 | 3 | 3.4 | 3.4 | 1.867 |
| 71 | 2.9 | 3.287 | 3.287 | 1.804 |
| 72 | 2.8 | 3.173 | 3.173 | 1.742 |
| 73 | 2.7 | 3.06 | 3.06 | 1.68 |
| 74 | 2.6 | 2.947 | 2.947 | 1.618 |
| 75 | 2.5 | 2.833 | 2.833 | 1.556 |
| 76 | 2.4 | 2.72 | 2.72 | 1.493 |
| 77 | 2.3 | 2.607 | 2.607 | 1.431 |
| 78 | 2.2 | 2.493 | 2.493 | 1.369 |
| 79 | 2.1 | 2.38 | 2.38 | 1.307 |
| 80 | 2 | 2.267 | 2.267 | 1.244 |
| 81 | 1.9 | 2.153 | 2.153 | 1.182 |
| 82 | 1.8 | 2.04 | 2.04 | 1.12 |
| 83 | 1.7 | 1.927 | 1.927 | 1.058 |
| 84 | 1.6 | 1.813 | 1.813 | 0.996 |
| 85 | 1.5 | 1.7 | 1.7 | 0.933 |

**NOTE:** Positions 66–85 are shown to represent possible ties for 65th position.

Ties – Points will be distributed to those in tying positions using the same method currently used to distribute prize money when there is a tie. That is, the total points for each tying position will be averaged and that average will be distributed to each player in the tying position.

**FedExCup Playoffs**

At the conclusion of the season, the top 125 players in points plus ties will be eligible to play in the FedExCup Playoffs. At that point, each player will carry all points earned through the FedExCup competition through the first two playoff events. The first two events of the FedExCup Playoffs will award 2,000 points to the player finishing first with remaining points distributed as shown below.

| Position | Points Awarded | Position | Points Awarded |
|---|---|---|---|
| 1 | 2,000 | 37 | 76 |
| 2 | 1,200 | 38 | 72 |
| 3 | 760 | 39 | 68 |
| 4 | 540 | 40 | 64 |
| 5 | 440 | 41 | 60 |
| 6 | 400 | 42 | 56 |
| 7 | 360 | 43 | 52 |
| 8 | 340 | 44 | 48 |
| 9 | 320 | 45 | 44 |
| 10 | 300 | 46 | 42 |
| 11 | 280 | 47 | 40 |
| 12 | 260 | 48 | 38 |
| 13 | 240 | 49 | 36 |
| 14 | 228 | 50 | 34 |
| 15 | 220 | 51 | 32 |
| 16 | 212 | 52 | 30 |
| 17 | 204 | 53 | 28 |
| 18 | 196 | 54 | 26 |
| 19 | 188 | 55 | 24 |
| 20 | 180 | 56 | 23.2 |
| 21 | 172 | 57 | 22.4 |
| 22 | 164 | 58 | 21.6 |
| 23 | 156 | 59 | 20.8 |
| 24 | 148 | 60 | 20 |
| 25 | 142 | 61 | 19.2 |
| 26 | 136 | 62 | 18.4 |
| 27 | 130 | 63 | 17.6 |
| 28 | 124 | 64 | 16.8 |
| 29 | 118 | 65 | 16 |
| 30 | 112 | 66 | 15.2 |
| 31 | 106 | 67 | 14.4 |
| 32 | 100 | 68 | 13.6 |
| 33 | 94 | 69 | 12.8 |
| 34 | 88 | 70 | 12 |
| 35 | 84 | 71 | 11.6 |
| 36 | 80 | | |

| Position | Points Awarded |   | Position | Points Awarded |
|:---:|:---:|---|:---:|:---:|
| 72 | 11.2 |   | 79 | 8.4 |
| 73 | 10.8 |   | 80 | 8 |
| 74 | 10.4 |   | 81 | 7.6 |
| 75 | 10 |   | 82 | 7.2 |
| 76 | 9.6 |   | 83 | 6.8 |
| 77 | 9.2 |   | 84 | 6.4 |
| 78 | 8.8 |   | 85 | 6 |

## FEDEXCUP PLAYOFFS POINTS DISTRIBUTION FIRST TWO EVENTS

The top 125 players from the FedExCup competition, after the Wyndham Championship, will be eligible to play in the first playoff event. In the event that one of those players is unable or chooses not to play, the field will be shortened and no alternates will be added.

The FedExCup Playoffs will feature a progressive cut through the first two events to determine the final 30 players who qualify for the TOUR Championship. FedEx St. Jude Championship opens the FedExCup Playoffs with 125 players and ties, followed by the BMW Championship with 70 players and ties.

The top 30 players and ties earning points through the BMW Championship will be eligible to play in the TOUR Championship. In the event any of the 30 eligible players is unable or chooses not to play in the TOUR Championship, alternates will not be added to fill the field.

**TOUR Championship Starting FedExCup Strokes**
At the conclusion of the BMW Championship, the top 30 players and ties in the FedExCup Points standings will be eligible for the TOUR Championship and will be awarded starting strokes for Round 1 based on their position. The starting strokes awarded at the TOUR Championship are shown in the table below. The TOUR Championship will be played as a 72-hole stroke play event from the starting stroke positions. The player with the lowest stroke total including starting strokes in the TOUR Championship will be named winner of the FedExCup and will be awarded an official PGA TOUR victory.

In the event there are tied players at any position going into the TOUR Championship, tied players will be awarded the same number of starting strokes for Round 1. For example, if two players are tied for second position in the points standings going into the TOUR Championship, both players would receive − 8 starting strokes and the player in fourth position would receive − 6 starting strokes. − 7 starting strokes would not be awarded. Any professionals that are qualified for the TOUR Championship but are unable to participate will not be awarded starting strokes for Round 1 and starting stroke positions for the remaining players will not be reallocated. For example, if the player in position two is unable to participate, − 8 starting strokes would not be awarded, and the player in third position would be awarded − 7 starting strokes.

## TOUR CHAMPIONSHIP STARTING FEDEXCUP STROKES

| Position | TOUR Championship Round 1 Starting FedExCup Strokes |
|---|---|
| 1 | -10 |
| 2 | -8 |
| 3 | -7 |
| 4 | -6 |
| 5 | -5 |
| 6–10 | -4 |
| 11–15 | -3 |
| 16–20 | -2 |
| 21–25 | -1 |
| 26–30 | Even |

In the event of a tie for first place following the TOUR Championship, the FedExCup winner will be decided in a sudden-death playoff immediately following completion of competition. The sudden-death playoff will follow the same format that would be used in the event of a tie for first place at a PGA TOUR cosponsored stroke play tournament.

In the event of a tie for positions below first place following the TOUR Championship, the FedEx-Cup bonus distribution will be allocated using the same method currently used to distribute prize money when there is a tie. That is, the total money for each tying position will be averaged and that average will be distributed to each player in the tying position.

Any professional that is qualified for the TOUR Championship but unable to participate and/or any professional who is disqualified or withdraws for any reason will finish in last position for the TOUR Championship.

**Other Notes**

FedExCup points are distributed to players earning official money. Only players who are Regular Members of the PGA TOUR or become Regular Members during the season (as defined by PGA TOUR tournament regulations) will be listed on the "FedExCup Points List." Special Temporary Members and Non-Members who earn FedExCup points will not appear on the "FedExCup Points List," but will be tracked on a Non-Member FedExCup Points List. Amateurs will not be eligible to earn FedExCup points. For example, if an amateur finishes 3rd at an event and a regular PGA TOUR member finishes 4th, the PGA TOUR member will receive 4th place points – third place points will not be awarded at all.

Points will be awarded at official PGA TOUR FedExCup events where official money is earned. Please refer to Article IV, Section A.6 of the PGA TOUR Tournament Regulations for the definition of Official Money. For purposes of the PGA TOUR Tournament Regulations, the TOUR Champi-onship will be considered an official money event even though prize money is not distributed. FedExCup bonus money will be deemed not to be official money and will not be included on the Official PGA TOUR Money List.

Points won by Non-Members and Special Temporary Members who subsequently become Regular PGA TOUR Members during the season will be counted on the FedExCup Points List, along with any FedExCup Points earned as a Non-Member (excluding those won at the 2022 Barbasol Championship, 2022 Barracuda Championship and World Golf Championship events as a Non-Member).

All FedExCup point totals will be calculated and rounded to three decimals. As noted earlier, in the event that there is a tie to three decimal places, at one of the progressive cut levels during the FedExCup Playoffs, the tied players will be added to the field.

# FEDEXCUP BONUS STRUCTURE

## CASH AND DEFERRED COMPENSATION

**Comcast Business TOUR Top 10**
At the conclusion of the Regular Season, bonus money will be distributed to the top 10 players on the FedExCup Points List as shown below.

| Position | Amount |
|---|---|
| 1 | $2,000,000 |
| 2 | $1,500,000 |
| 3 | $1,200,000 |
| 4 | $1,100,000 |
| 5 | $1,000,000 |
| 6 | $850,000 |
| 7 | $700,000 |
| 8 | $600,000 |
| 9 | $550,000 |
| 10 | $500,000 |
| TOTAL | $10,000,000 |

# FEDEXCUP BONUS STRUCTURE

## CASH AND DEFERRED COMPENSATION

At the conclusion of the FedExCup, bonus money will be distributed as follows:

## BONUS DISTRIBUTION

| Place | Cash | Deferred | Total |
|---|---|---|---|
| 1 | $17,000,000 | $1,000,000 | $18,000,000 |
| 2 | 5,500,000 | 1,000,000 | 6,500,000 |
| 3 | 4,000,000 | 1,000,000 | 5,000,000 |
| 4 | 3,000,000 | 1,000,000 | 4,000,000 |
| 5 | 2,100,000 | 900,000 | 3,000,000 |
| 6 | 1,700,000 | 800,000 | 2,500,000 |
| 7 | 1,300,000 | 700,000 | 2,000,000 |
| 8 | 900,000 | 600,000 | 1,500,000 |
| 9 | 700,000 | 550,000 | 1,250,000 |
| 10 | 500,000 | 500,000 | 1,000,000 |
| 11 | 475,000 | 475,000 | 950,000 |
| 12 | 450,000 | 450,000 | 900,000 |
| 13 | 425,000 | 425,000 | 850,000 |
| 14 | 400,000 | 400,000 | 800,000 |
| 15 | 380,000 | 380,000 | 760,000 |
| 16 | 360,000 | 360,000 | 720,000 |
| 17 | 350,000 | 350,000 | 700,000 |
| 18 | 340,000 | 340,000 | 680,000 |
| 19 | 330,000 | 330,000 | 660,000 |
| 20 | 320,000 | 320,000 | 640,000 |
| 21 | 310,000 | 310,000 | 620,000 |
| 22 | 300,000 | 300,000 | 600,000 |
| 23 | 290,000 | 290,000 | 580,000 |
| 24 | 280,000 | 285,000 | 565,000 |
| 25 | 270,000 | 280,000 | 550,000 |
| 26 | 265,000 | 275,000 | 540,000 |
| 27 | 260,000 | 270,000 | 530,000 |
| 28 | 255,000 | 265,000 | 520,000 |
| 29 | 250,000 | 260,000 | 510,000 |
| 30 | 245,000 | 255,000 | 500,000 |

| Place | Deferred |
|---|---|
| 31 | $250,000 |
| 32 | 236,000 |
| 33 | 228,000 |
| 34 | 221,000 |
| 35 | 214,000 |
| 36 | 211,000 |
| 37 | 209,000 |
| 38 | 208,000 |
| 39 | 207,000 |
| 40 | 206,000 |
| 41 | 205,000 |
| 42 | 204,000 |
| 43 | 203,000 |
| 44 | 202,000 |
| 45 | 201,000 |
| 46 | 200,000 |
| 47 | 199,000 |
| 48 | 198,000 |
| 49 | 197,000 |
| 50 | 196,000 |
| 51 | 195,000 |
| 52 | 194,000 |
| 53 | 193,000 |
| 54 | 192,000 |
| 55 | 191,000 |
| 56 | 190,000 |
| 57 | 189,000 |
| 58 | 188,000 |
| 59 | 187,000 |
| 60 | 186,000 |
| 61-65 | 185,000 |
| 66-70 | 175,000 |
| 71-85 | 140,000 |
| 86-100 | 130,000 |
| 101-125 | 120,000 |
| 126-150 | 85,000 |
| Total Cash | $43,255,000 |
| Total Deferred | $31,745,000 |
| Grand Total | $75,000,000 |

# SPECIAL AWARDS

## PGA TOUR PLAYER OF THE YEAR/JACK NICKLAUS AWARD

The Player Advisory Council and the Player Directors annually nominate a list of players for the PGA TOUR Player of the Year. PGA TOUR members who have played in at least 10 official money tournaments during the season vote on this award. The player who receives the most votes will receive the Jack Nicklaus Award as the PGA TOUR Player of the Year.

## PGA TOUR ROOKIE OF THE YEAR/ARNOLD PALMER AWARD

The Player Advisory Council and the Player Directors nominate annually a list of first-season PGA TOUR members for the PGA TOUR Rookie of the Year. A player's rookie season ("Rookie Year") is defined as the season in which he becomes a PGA TOUR member (including Special Temporary Members) and plays in 10 or more events as a member or finishes in the Top 125 on the Official FedExCup Points List or qualifies as a Top 125 Non-member, whichever occurs first.

Further, for purposes of this definition, a new member (including Special Temporary Members) shall not be eligible to be a rookie if he has previously played in more than seven (7) Official PGA TOUR Money events as a professional in any prior season.

PGA TOUR members who have played in at least 10 official money tournaments vote on this award. The Ryder Cup, Presidents Cup and Olympic Games count as one of the 10.

## PGA TOUR COURAGE AWARD

Presented to an individual who, through courage and perseverance, has overcome extraordinary adversity (such as personal tragedy or a debilitating injury or illness) to make a significant and meaningful contribution to the game of golf. The recipient of the Award will be selected by the Commissioner and the Player Directors. In their discretion, the Commissioner and the Player Directors may determine that circumstances do not warrant the selection of an award recipient in a given year.

## BYRON NELSON AWARD

The player having the lowest adjusted scoring average will be awarded the Byron Nelson Award (minimum of 35 rounds required).

## VARDON TROPHY

The Vardon Trophy is awarded annually to the touring professional with the lowest adjusted scoring average. It is based on a minimum of 45 official rounds in events cosponsored or approved by the PGA TOUR, with no incomplete rounds (i.e., stipulated rounds as defined by the Rules of Golf, as approved by the USGA and the Royal & Ancient Golf Club of St. Andrews, Scotland). The adjusted score is computed from the average score of the field at each tournament. As a result, a player's adjusted score may be higher or lower than his actual score. For example, a player shoots 70 each day at a tournament, while the field average is 73. His 280 total would then be adjusted

to 268, since he actually played 12 shots better than the field did at the tournament. Any player with an incomplete round is ineligible to win the Vardon Trophy.

## PGA TOUR LIFETIME ACHIEVEMENT AWARD

This award is given to recognize individuals who have made outstanding contributions to the PGA TOUR over an extended period, through their performance on the golf course as well as by their actions off the golf course in serving as ambassadors of the game. The PGA TOUR Policy Board will select the person who receives this award.

## PAYNE STEWART AWARD

This award will be presented annually to a PGA TOUR player who shares:
• Payne Stewart's respect for the traditions of the game
• His commitment to uphold the game's heritage of charitable support
• His professional and meticulous presentation of himself and the integrity of the sport.

Award nominees and the winner will be selected by the Commissioner's Office, in consultation with a panel composed of the current chairman of the Player Advisory Council, one of the TOUR's independent directors, the president of the USGA, the president of the PGA of America, the current President of the PGA TOUR Tournaments Association and past winners of the Payne Stewart Award.

# 2021–2022 PGA TOUR TOURNAMENT REGULATIONS

# PGA TOUR TOURNAMENT REGULATIONS

These *Tournament Regulations* shall govern the operation and administration of cosponsored and coordinated PGA TOUR tournaments.

These *Regulations* may be amended or repealed from time to time as provided in Article IX, Section H of these *Regulations*.

The Commissioner of PGA TOUR shall interpret and apply these *Regulations* and, in the interim between meetings of the PGA TOUR Policy Board, if he deems it in the interest of the game of golf, the host organizations, the public or the players, may waive or suspend the application of any one or more of these *Regulations*.

No right or privilege pursuant to these *Regulations* shall be denied on the basis of race, religion, sex, gender, sexual orientation, or national origin.

---

\*    PGA TOUR is the trade name of PGA TOUR, Inc., a Maryland nonprofit corporation (formerly Tournament Players Association, Inc.)

# I.  DEFINITIONS

A.   A "PGA TOUR (Regular TOUR)" tournament means any tournament for which the eligible play-
ers are as described in Article III, Section A of these Regulations .

B.   A "cosponsored" tournament is a golf competition for which PGA TOUR contracts with a
cosponsor. The respective responsibilities of PGA TOUR and the cosponsor with respect to
such a tournament shall be as set forth in the Tournament Agreement for such tournament.

C.   An "approved" tournament is a golf competition endorsed by PGA TOUR but for which PGA
TOUR has no contract with the tournament's sponsor (Masters Tournament, U.S. Open, The
Open Championship, PGA Championship, The Presidents Cup, Ryder Cup and Olympic Games).

D.   An "open tournament" is a cosponsored tournament for which all players eligible under these
Regulations may apply to enter.

E.   An "invitation tournament" is a cosponsored tournament whose participants are invited by
the cosponsor in accordance with categories set forth in the Tournament Agreement with
PGA TOUR.

F.   A "coordinated" tournament is a PGA TOUR-sanctioned tournament for which a Tournament
Agreement exists, but for which (due to field size, time of season or other such special cir-
cumstance) the purse is not considered official money, and for which a conflicting event
release is not required.

G.   "Exempt" (e.g., an "exempt player") means automatically eligible to compete in particular
tournaments without any additional (i.e., tournament-by-tournament) qualifying, subject to
the availability of space in the field and to these Regulations.

H.   The "Official PGA TOUR Money List" is the list of PGA TOUR members ranked according to
the amount of official money (see Article IV, Section B-6 of these Regulations) each has won
in PGA TOUR cosponsored or approved tournaments in the applicable time period. Those
players who are members of the PGA TOUR as of the beginning of the applicable time period
and those who become Regular Members (as defined in Article IX, Section A.1 of these Regu-
lations) during the course of the applicable time period will be included on the "Official PGA
TOUR Money List." A player who ceases to be a member of the PGA TOUR during the appli-
cable time period shall be removed from the "Official PGA TOUR Money List." Prize money
earned by a nonmember or Special Temporary Member in the 2022 Barbasol Championship,
2022 Barracuda Championship and any offical money World Golf Championship events will be
deemed not to be official money and will not be included on the Official PGA TOUR Money List.

I.   The "Official PGA TOUR Career Money List" is the list of players ranked according to the
amount of official money (see Article IV, Section B-6 of these Regulations) each has won in
PGA TOUR (Regular TOUR) cosponsored or approved tournaments during the player's entire
career. Further, for PGA TOUR members only, the Official PGA TOUR Career Money List will
include official money won in the 2022 Barbasol Championship, 2022 Barracuda Championship

and World Golf Championship events, if such PGA TOUR member was a member, other than a Special Temporary Member, at such time he played in these event(s).

**NOTE:** However, money earned by a Special Temporary Member at the 1999 WGC NEC Invitational will be included on the Official PGA TOUR Career Money List.

J.  The "Official Korn Ferry Tour Points List" is the list of players ranked according to the amount of official points, as determined in accordance with the Korn Ferry Tour *Tournament Regulations,* each has won in Korn Ferry Tour cosponsored tournaments in the applicable time period.

K.  The "FedExCup Points List" is the list of PGA TOUR members ranked according to the amount of FedExCup Points each has won in PGA TOUR cosponsored or approved tournaments in the applicable time period. Those players who are members of the PGA TOUR as of the beginning of the applicable time period and those who become Regular Members (as defined in Article IX, Section A.1 of these Regulations) during the applicable time period are eligible to earn FedExCup Points and will be included on the "FedExCup Points List". FedExCup Points earned during a period when a player is not a Regular Member of PGA TOUR will not be listed on the "FedExCup Points List", but will be listed on a Non-Member FedExCup Points List. Points won by Non-Members and Special Temporary Members who subsequently become regular PGA TOUR Members during the season will be counted on the FedExCup Points List, along with any FedExCup Points earned as a non-member (excluding those won at the 2022 Barbasol Championship, 2022 Barracuda Championship and World Golf Championship events as a non-member). A player who ceases to be a member of the PGA TOUR during the applicable time period shall be removed from the "FedExCup Points List" and any points earned will be shown on the Non-Member FedExCup Points List. FedExCup Points earned by a Non-member or Special Temporary Member in the 2022 Barbasol Championship, 2022 Barracuda Championship and any official money World Golf Championship events will not be counted for the purposes of the "FedExCup Points List." The FedExCup Points System shall be determined annually by the PGA TOUR Policy Board, and may be amended from time to time by the PGA TOUR Policy Board.

# II.  TOURNAMENT AGREEMENT

All PGA TOUR cosponsored and coordinated tournaments shall be conducted pursuant to a written contract between PGA TOUR and the tournament host organization (the "Tournament Agreement"). The Commissioner of PGA TOUR as its chief executive officer, or his designated representative, is authorized to execute Tournament Agreements on behalf of PGA TOUR. The Tournament Agreements shall be in conformance with these *Regulations*, which shall be incorporated by reference therein and be a part thereof.

# III. ELIGIBILITY FOR TOURNAMENT PLAY

## A.  PGA TOUR

Subject to the approval of PGA TOUR and to the availability of places in particular tournament fields as determined by PGA TOUR, players eligible to compete in cosponsored tournaments shall be PGA TOUR members (including temporary members) and qualified amateurs in the following categories:

### 1.  ELIGIBLE PLAYERS

Eligible players, listed in order of the priority that shall be used to complete the starting field in open cosponsored tournaments:

### a.  Special Exemptions

(1)  Winners of PGA Championship or U.S. Open prior to 1970 or in the last six seasons and the current season.

**NOTE:** Winners of PGA Championship or U.S. Open prior to 1970 must have made at least one cut in a cosponsored or approved tournament within the five seasons preceding the tournament such member has entered in order to retain a normal spot in the starting field of such open cosponsored tournament. If such member has not made at least one such cut, the member shall be added to the field in any of the open tournaments in each season until the season immediately following the season in which the member last made a cut in a cosponsored or approved tournament.

(2)  Winners of THE PLAYERS Championship in the last six seasons and the current season.

(3)  Winners of the Masters Tournament in the last six seasons and the current season.

(4)  Winners of The Open Championship in the last six seasons and the current season.

(5)  Winner of the 2018 TOUR Championship.

(6)  Winners of official money World Golf Championship events in the last four seasons and the current season.

(7)  Winners of the Arnold Palmer Invitational presented by Mastercard, the Memorial Tournament presented by Nationwide and The Genesis Invitational (starting with the 2020 winner) in the last four seasons and the current season.

(8)  The winner of the FedExCup in each of the last six seasons.

(9)  The leader from the final Official PGA TOUR Money List from 2015/16.

(10) Winners of PGA TOUR cosponsored or approved tournaments (excluding winners of the 2022 Barbasol Championship and 2022 Barracuda Championship who were non-members at the time of their victory), whose victories are considered official, in the last three seasons and the current season.

**NOTE:** Winners are exempt for two seasons following the end of the season in which they win, except that:

(a) Winners of two cosponsored or approved tournaments in a season are exempt for three seasons following the end of the season in which they win their tournaments;

(b) Winners of three tournaments in a season are exempt for four seasons; and

(c) Winners of four or more tournaments in a season are exempt for five seasons.

**NOTE:** A player who earns a multiple season exemption for winning the FedExCup beginning with the 2018–2019 season, the Masters, THE PLAYERS Championship, U.S. Open, The Open Championship, PGA Championship (five season exemption), TOUR Championship, an official money World Golf Championship event, The Genesis Invitational, Arnold Palmer Invitational presented by Mastercard, the Memorial Tournament presented by Workday (three season exemption) or two or more cosponsored tournaments in a season shall have his multiple season tournament winner exemption extended by one season for each official victory in the subsequent season(s), but in no case shall it be extended beyond five seasons from the current season.

**NOTE:** A player who was eligible for tournament play under a multiple season exemption in the 2019-2020 season had his exemption extended by one season without restriction on a one-time only basis.

**NOTE:** If a player under 18 years of age wins a PGA TOUR cosponsored or approved event, such player, upon reaching age 18 and joining the PGA TOUR, would be entitled to the remainder of the exemption provided as a result of such win, which shall be determined as if it commenced on the date of such win.

(10a) Winners of the Barbasol Championship and Barracuda Championship in the current season who were non-members at the time of their victory.

**NOTE:** Winners of the opposite events which provide 50 playing opportunites for European Tour members, who were non-members at the time of thier victory, are exempt for one season following the end of the season in which they win. PGA TOUR members who win receive a standard two season exemption.

(11) Players on the Official PGA TOUR Career Money List or with a minimum of 300 career cuts made, as follows:

(a) The top 50 members on the Official PGA TOUR Career Money List following the conclusion of the event immediately preceding the first FedExCup Playoffs event (Wyndham Championship) may elect to use a one-time, one-season

special exemption for the next season, subject to the conditions set forth below and provided such a member has not previously used a 300 career cuts made exemption as outlined in (b) below or one or more seasons of Official PGA TOUR Career Money List exemptions, except as provided for in (c) below.

(b)   PGA TOUR Members who have accumulated 300 or more PGA TOUR career cuts made following the conclusion of the event immediately preceding the first FedExCup Playoffs event (Wyndham Championship) and have participated in 15 or more PGA TOUR events in the previous season or have participated in less than 15 events and otherwise qualify for a Medical/Family Crisis/Mandatory Obligation Extension may elect to use a one-time, one-season special exemption for the next season, subject to the conditions set forth below and provided such member has not previously used a Top-50 Career Money List exemption as provided for in (a) above.

Players utilizing a 300 career cuts made exemption will be placed in the last position within of the Top Finishers of the Korn Ferry Tour Category as provided in Section A-1g of this Article III ("Top Finishers of the Korn Ferry Tour") and ahead of players under a Major Medical/Family Crisis/Mandatory Obligation Extension who were eligible for tournaments as provided in Section A1-g of this Article III ("Top Finishers of the Korn Ferry Tour"). Players will be ranked based on total number of PGA TOUR career cuts. If two or more members are tied based on the number of PGA TOUR career cuts, the member who is highest on the Official PGA TOUR Career Money List shall be first eligible.

(c)   The top 25 members on the Official PGA TOUR Career Money List following the conclusion of the event immediately preceding the first FedExCup Playoffs event (Wyndham Championship) may elect to use this special one-time, one-season exemption for the next season, subject to the conditions set forth below and provided that the member may be eligible for both seasons of this exemption only if he: (i) is among the top 25 on the Official PGA TOUR Career Money List at the time of his first season of such exemption, and remains among the top 50 on the Official PGA TOUR Career Money List at the end of the FedExCup Season preceding the second season of such exemption; or (ii) accepts the first such exemption as one of the top 50 members on the Official PGA TOUR Career Money List as provided in (a) above, and then is among the top 25 on the Official PGA TOUR Career Money List as of the end of the FedExCup Season preceding the second season for which he requests such exemption.

(d)   Members intending to use the eligibility in this subsection in a season must so inform the Commissioner in writing within 10 days after the conclusion of the previous FedExCup Regular Season (August 17, 2021).

(e)   A member playing under the exemption provided in Subsection (a), (b) or (c) above, who experiences an injury or other medical disability sufficiently serious to prevent such member from competing in PGA TOUR tournaments for the remainder of such season, shall be entitled to play under the applicable exemption as provided in Subsection (a), (b) or (c) above in the following season, subject to the following terms and conditions:

(i)   The Commissioner, in his discretion and after review of such medical reports and examinations as he deems appropriate, determines that the applicable member has suffered an injury or medical disability sufficiently serious to prevent such member from competing in PGA TOUR tournaments for the remainder of the season;

(ii)  Such member has competed in five or fewer PGA TOUR tournaments in such season (**NOTE:** If a member has competed in more than five PGA TOUR tournaments in such season, he may be entitled to a special medical extension in accordance with Section A-1d of Article III of the Tournament Regulations);

(iii) Such member may not compete in PGA TOUR tournaments for the remainder of such season, with the exception of a maximum of five unofficial money tournaments and/or Korn Ferry Tour tournaments for which such member is otherwise eligible;

(iv)  Such member has not previously had his eligibility under subsection (a), (b) or (c) above extended to a subsequent season as a result of the same injury or medical disability.

(v)   No more than one full season shall have passed between the time such member has experienced such injury or other medical disability and the time such member resumes play under subsection (a), (b) or (c) above, unless, in the case of severe injury to a member, the Commissioner, in the exercise of his discretion, determines to permit a member to have additional recuperation time.

(12) On invitation of the tournament sponsor, a maximum of eight players (which may include amateurs with USGA handicaps of zero strokes or less), provided that:

(a)  If the tournament field is such that not all of the Top Finishers of the Korn Ferry Tour (see Section A-1g of this Article III) can otherwise be accommodated, then the sponsor shall utilize not less than two of its sponsor exemptions for such Top Finishers of the Korn Ferry Tour. For the purposes of sponsor invitation, players utilizing a 300 career cuts made exemption shall not be eligible for exemptions for such Top Finishers of the Korn Ferry Tour.

(b)  Not less than two of such sponsor exemptions shall be PGA TOUR members not otherwise exempt for the tournament.

(c)  Players shall be eligible for sponsor exemptions as follows: (i) PGA TOUR members — unlimited number of sponsor exemptions; and A-1d other players — such number of sponsor exemptions as are extended, provided that such number shall not exceed the provisions set forth in the NOTE at the conclusion of Section A-1a (17) of this Article III.

**NOTE:** At official money tournaments, a member who failed to commit to the tournament by the commitment deadline and who would not have been part of the eligible field at such deadline may accept an unrestricted sponsor exemption after the deadline.

**NOTE:** At unofficial money tournaments only, the sponsor may utilize "unrestricted" sponsor exemptions on any member or nonmember, regardless of his commitment status.

**NOTE:** A tournament sponsor may not (i) hold a fundraising qualifying event for the purpose of determining a sponsor exemption or (ii) directly or indirectly award, offer or sell a sponsor exemption in exchange for any cash, in-kind or other consideration from a player, agency, sponsor, intermediary or any other person or entity. Without limitation, a tournament sponsor may not offer or sell a sponsorship, including any local sponsorship, pro-am or hospitality package, that is conditioned (in writing or implicitly) on the sponsor having the authority to directly or indirectly award a sponsor exemption. Further, without limitation, a tournament sponsor may not facilitate or enter into any arrangement whereby a player directly or indirectly provides cash, in-kind assets (e.g., an appearance), a share of the player's prize money, a commitment from the player to engage the tournament sponsor for representation (where the tournament sponsor is also a player management group) or other consideration for a sponsor exemption. In the event of a potential violation, the PGA TOUR may request, and the tournament sponsor must provide, copies of contracts and other communications, financial reports, interviews and other information relating to the potential violation. A violation of the provisions of this paragraph will result in such sanctions determined by PGA TOUR, which will depend on the severity of the violation, whether the violation is a first or repeated offense and other factors. The sanctions may include a warning, loss of PGA TOUR accreditation for the Tournament Director, the loss of financial support from the PGA TOUR including loss of its annual cash contribution contingent on compliance and/or the loss of one or more sponsor exemptions for the current and/or future years. Further, a violation of these provisions would be a breach of the tournament agreement and could result in the termination of the tournament agreement. Further, a player who violates the provisions set forth in Article IV. Section B (No Guarantee for Appearance) of these Regulations will be deemed to have engaged in conduct unbecoming a professional and may be subject to a fine, suspension from play in PGA TOUR cosponsored or approved tournaments, permanent disbarment from such play, an appropriate combination thereof or other discipline.

(13) Two foreign players designated by the Commissioner.

**NOTE:** Foreign players wishing to apply for this exemption category must notify the Commissioner's office in writing not later than 30 days prior to the event in question.

**NOTE:** PGA TOUR, PGA TOUR Champions, Korn Ferry Tour, PGA TOUR Latinoamérica, PGA TOUR Canada, and PGA TOUR China members are not eligible for such an exemption.

(14) The current PGA National Professional Champion for a maximum of six open tournaments (three must be from open tournaments held opposite the Arnold Palmer Invitational presented by Mastercard, Genesis Scottish Open, The Open Championship and the World Golf Championships if available), in addition to any sponsor exemptions. This exemption does not apply to open, limited-field events.

(15) Either the current winner of the PGA Section Championship, the current PGA Section Player of the Year, or a PGA Section Member who wins a qualifying event for the applicable tournament that is conducted by the PGA Section in which the PGA TOUR tournament is played as determined by the Section.

(16) The top four finishers at open qualifying held in accordance with applicable PGA TOUR policies and procedures. Such open qualifying shall normally be held on Monday of the tournament week, and shall be open to all amateurs with USGA handicaps of two strokes or less and to all professional golfers, with no limit as to the number of attempts to qualify. In the event that conditions make it impractical to host open qualifying, no qualifying will be held, and these spots will revert back to the field.

**NOTE:** PGA TOUR members who have not committed to the tournament by the commitment deadline may enter open qualifying provided they have entered open qualifying by the required entry deadline, which currently is 5 p.m. local time the Friday before open qualifying.

**NOTE:** The entry fee for non-members in open qualifying shall be $500. The entry fee for PGA TOUR members in open qualifying shall be $0. The entry fee for PGA TOUR Champions (Regular Members only) and Korn Ferry Tour members in open qualifying shall be $100.

(17) For the particular tournaments won, previous winners of PGA TOUR cosponsored tournaments with the same tournament sponsor, except for team tournaments, as follows:

    (a) Winners prior to July 28, 1970: unlimited exemptions for such tournaments.

    **NOTE:** Winners prior to July 28, 1970 must have made at least one cut in a cosponsored or approved tournament within the five seasons preceding the tournament for which such member is exempt and has entered in order to retain a normal spot in the starting field of such tournament. If such member has not made at least one such cut, the member shall be added to the field of such tournament in each season until the season immediately following the season in which the member last made a cut in a cosponsored or approved tournament.

    (b) Winners after January 1, 2000: Five seasons of such exemptions for such tournaments, computed from the time of winning.

    **NOTE:** A player who is not a member of PGA TOUR shall be eligible to play in not more than twelve cosponsored or approved tournaments per season (which shall include THE PLAYERS Championship, Masters Tournament, U.S. Open,

The Open Championship, PGA Championship and official money World Golf Championship events but shall exclude any of the following events which he played via a "special invitation": THE PLAYERS Championship, Masters Tournament, U.S. Open, The Open Championship and PGA Championship) through such special exemptions as sponsor exemptions and foreign exemptions (up to a combined maximum of seven), top-10 finishers in previous tournament, meeting invitational criteria to invitational tournaments or official-money World Golf Championship events, sectional qualifying, or any combination thereof.

A player who is not a member of PGA TOUR shall be eligible to play in any tournament in which he qualifies to play through open qualifying, or in accordance with Section A-1q of this Article III (finishers beyond 150th place of the prior season's FedExCup Points List), without regard to such twelve-tournament limitation. Attempting to qualify for a tournament through open qualifying does not count as "playing in a tournament" for purposes of this section.

(18) Life Members (as defined in Section A-4, Article IX). To be eligible under this category, such Life Members must maintain a scoring average no greater than three strokes above the field average for the rounds of golf in which they have played during each season. Should any such member's scoring average exceed three strokes above the field average, such member shall lose such exempt position for the following season, and shall be placed in the highest eligibility category for which such player otherwise qualifies. If more than one full season has elapsed since a Life Member last played in a PGA TOUR cosponsored or approved tournament, such member shall not be eligible hereunder, and shall be placed in the next highest eligibility category for which that member qualifies for the next season. Should such member subsequently maintain the scoring average as required herein, such Life Member shall regain eligibility under this category for the following season.

**b.   Top 125 from FedExCup Points List**

If not otherwise exempt under Section A.1.a. of this Article III ("Special Exemptions"), the top 125 finishers on the previous season's FedExCup Points List in order of their positions on the list.

**c.   Top 125-Nonmembers**

If not otherwise exempt under Section A.1.a to Section A.1.d of this Article III, those nonmembers and Special Temporary Members in the previous season whose points on the Non-Member FedExCup Points List for the previous season equals or exceeds the amount of FedExCup points earned by the player finishing in 125th position on the previous season's FedExCup Points List following the conclusion of the event immediately proceeding the first FedEx Cup Playoff event (Wyndham Championship); provided, however, that points earned by a nonmember or Special Temporary Member in the 2022 Barbasol Championship, 2022 Barracuda Championship, and an official money World Golf Championship event will be deemed not to be official points and will not be included on the FedExCup Points List and further provided that such player joined the PGA TOUR in accordance with Section A.1.d of Article IX of these Regulations (i.e. within 10 days after the conclusion of the previous FedExCup Season (August 17, 2022). If more than one player is included in this category, players with the greater amount of combined points shall have priority access to tournaments.

**d. Major Medical/Family Crisis/Mandatory Obligation Extension**

(1)    A member who meets the requirements in (1)(a)(i), (1)(a)(ii) or(1)(a)(iii) and (1)(b) below shall be entitled to the Major Medical/Family Crisis/ Mandatory Obligation Extension for which he qualifies in accordance with Section A-1d(2) of this Article III, and shall be exempted into PGA TOUR tournaments prior to those players meeting the requirements of Section A-1e of this Article III; provided, however, if such member, at the time of his injury, the occurrence of the family crisis or mandatory obligation was eligible for tournaments as provided in Section A-1g of this Article III (the "Top Finishers of the Korn Ferry Tour" category), then such player's eligibility will be as provided in Section A-1g of this Article III. Such member will be placed in the last position within the Top Finishers of the Korn Ferry Tour category. Further, if such member finished as one of the 25 finishers below 125th place on the FedExCup Points List category in the season such player experienced such injury, family crisis, or mandatory obligation then such player's eligibility priority shall be as provided in Section A-lk of this Article III (i.e., after the 25 finishers beyond 125th place on the FedExCup Points List):

(a)(i)  In the discretion of the Commissioner after the review of such medical reports and examinations as the Commissioner deems appropriate, a member has experienced an injury or other medical disability sufficiently serious to prevent such member from competing on a regular basis in PGA TOUR tournaments for a minimum of four months from the date of the injury or other medical disability, (**NOTE:** if a member's injury is considered initially as not serious enough to prevent such member from competing for a minimum of four months but later proves to be, additional medical reports can be submitted to the Commissioner for purposes of allowing him to make such a determination) and

(a)(ii) In the discretion of the Commissioner and after a review of medical reports and examinations and any other information the Commissioner deems appropriate, a member's spouse or child has experienced a medical condition or other disability that prevents the member from competing on a regular basis in PGA TOUR tournaments for a minimum of four months from the date of the spouse or child's medical condition or other disability, (**NOTE:** if a spouse or child's medical condition or other disability is considered initially not serious enough to prevent the member from competing for a minimum of four months but later proves to be, additional medical reports can be submitted to the Commissioner for purposes of allowing him to make such a determination): and

(a)(iii) In the discretion of the Commissioner after a review of all information the Commissioner deems appropriate, an unavoidable circumstance, including but not limited to mandatory military service or religious obligation, prevents the member from competing in PGA TOUR tournaments for a minimum period of four months from the date of the beginning of the member's mandatory obligation.

(b)    Either (i) was a fully exempt player in an eligibility category through and including the Top Finishers of the Korn Ferry Tour category in the season such player experienced an event described in paragraph (1)(a)(i), (1)(a)(ii) or (1)(a)(iii) above (the "Extension Event") (without regard to the number of seasons such player

has been a member); or (ii)(A) has maintained an average finish position in the top 100 on the FedExCup Points List for the last five full previous seasons, if such member has played the PGA TOUR for five or more full seasons, or who has an average finish position in the top 100 on the FedExCup Points List for all the full seasons in which such member has played the PGA TOUR, if less than five full seasons, but not less than three, and (ii)(B) in the season such player experienced the Extension Event was not lower than the 25th finisher beyond 125th place in the FedExCup Points List category.

**NOTE:** Eligibility priority among members who qualify for a Major Medical/ Family Crisis/ Mandatory Obligation Extension shall be determined based upon the member's average finish positions on the FedExCup Points List for the last five full previous seasons, if such member has played the PGA TOUR for five or more full seasons, or for each full season such member has played the PGA TOUR if less than five full seasons.

(2) A member meeting the criteria set forth in Section A-1d(1) of this Article III shall be permitted to play in PGA TOUR tournaments as set forth below, provided that such member notifies the Commissioner in writing that he desires to take advantage of the Major Medical/Family Crisis/ Mandatory Obligation Extension no later than 30 days following the occurrence of the Extension Event which forms the basis of the request for the Major Medical/Family Crisis/ Mandatory Obligation Extension.

(a) A member who qualifies for a Major Medical/Family Crisis/ Mandatory Obligation Extension and during the season in which the Extension Event occurred was a fully exempt player in an eligibility category through and including the Top Finishers of the Korn Ferry Tour category shall be entitled to play in the number of PGA TOUR cosponsored or approved tournaments (the "Available Tournaments") that equal (i) the greater of the average number of PGA TOUR cosponsored or approved tournaments played by the member in the three seasons preceding the season in which the Extension Event occurred (or if the player has been a member for fewer than three seasons, the average number of events he has played in the season(s) he was a member), or the average number of PGA TOUR cosponsored or approved tournaments played by the Top 125 categories during the previous season; minus (ii) the number of PGA TOUR cosponsored or approved tournaments in which such member played in the season in which the Extension Event occurred (the "Tournaments Played"); provided, however, that the number of Available Tournaments in the season following the season that the Major Medical/Family Crisis/ Mandatory Obligation Extension was granted shall in no event exceed the number of official money tournaments for which such member is eligible remaining in the current season after the date of the Extension Event. (In the event of a player receiving Mandatory Obligation Extension during a multi-year exemption, the player would receive the total number of events available to him during his final year of eligibility.)

(b) A player who qualifies for a Major Medical/Family Crisis/ Mandatory Obligation Extension and during the season in which the Extension Event occurred was in the 25 finishers beyond 125th place on the FedExCup Points List category shall

be entitled to play in the number of PGA TOUR cosponsored or approved tournaments (the "Available Tournaments") that equal the average number played by the 25 finishers beyond 125th place category during the previous season; minus the number of PGA TOUR cosponsored or approved tournaments in which such member played in the season the Extension Event occurred (the "Tournaments Played"); provided, however, that the number of Available Tournaments shall not exceed the number of official money tournaments for which such member is eligible remaining in the current season after the date of the Extension Event.

Thereafter, if the amount of points earned by such member in the Available Tournaments, when combined with the amount of points earned by such member in the Tournaments Played, equals or exceeds the amount of points earned by the member finishing in 125th place on the FedExCup Points List following the conclusion of the event immediately preceding the first FedExCup Playoffs event (Wyndham Championship) for the preceding season; such member shall be entitled to a Major Medical/Family Crisis/ Mandatory Obligation Extension for the remainder of the current season. Players whose combined FedExCup points equal or exceed 125th place on the FedExCup Points List for the preceding season shall have the same eligibility with respect to Invitation Tournaments as members within the Top 125 FedExCup Points List category for the preceding season.

If the amount of points earned by such member in the Available Tournaments, when combined with the amount of points earned by such member in the Tournaments Played, equals or exceeds the amount of points earned by the member who finished in 125th place on the FedExCup Points List for the preceding season following the conclusion of the event immediately preceding the first FedExCup Playoffs event (Wyndham Championship); such member shall be placed in the first position within the Major Medical/Family Crisis/ Mandatory Obligation Extension category for the remainder of the current season; without regard to the priority order in effect from the beginning of the season; provided, however, if more than one member does so, as between or among said members, priority shall be established by the relative priority among said affected members as of the beginning of the season.

In the event that the amount of points earned by such member in the Available Tournaments, when combined with the amount of points earned by such member in the Tournaments Played, equals or exceeds the amount of points earned by the member who finished last in the 25 finishers beyond 125th place on the FedExCup Points List for the preceding season, such member shall retain the Major Medical/Family Crisis/ Mandatory Obligation Extension but shall be placed at the end of the 25 finishers beyond 125th place on the FedExCup Points List category.

If such amount of points does not equal or exceed the amount of points earned by the member who finished last in the 25 finishers beyond 125th place on the FedExCup Points List for the preceding season, such member shall not be entitled to any further Major Medical /Family Crisis/ Mandatory Obligation

Extension and shall be placed in his next highest eligibility category if applicable; however, in the event that the amount of points earned by such member in the tournaments played equals or exceeds the amount of points earned by the member who finished last in the 50 finishers beyond 150th place on the FedExCup Points List for the preceding season, such member shall be eligible for PGA TOUR tournaments pursuant to Article A-1q ("50 finishers beyond 150th place on FedExCup Points List") of this Article III, and for Korn Ferry Tour tournaments as described in Article III, Section A-1(r) ("50 finishers beyond 150th place on the FedExCup Points List") of the Korn Ferry Tour Tournament Regulations.

(c)  For the purposes of this Section A-1d, "Available Tournaments" shall include all tournaments in which a member plays while in the Major Medical/Family Crisis/ Mandatory Obligation Extension category, whether or not such member shall have gained access to a particular tournament pursuant to this Section A-1d, or any other eligibility category set forth in Section A-1 of this Article III.

(3)  A member shall be entitled to use a Major Medical/Family Crisis/ Mandatory Obligation Extension only once in his career for the same Extension Event.

(4)  A member shall not be entitled to a Major Medical/Family Crisis/ Mandatory Obligation Extension if one or more full seasons shall have passed between the time of the Extension Event and the time such member again is able to resume play, unless, in the case of severe injury to a member or a severe family crisis, the Commissioner, in the exercise of his discretion, determines to permit a member to have additional time not to exceed three seasons. If in the discretion of the Commissioner and after review of medical reports and examinations, it is determined that extreme circumstances exist, an extension beyond three seasons may be granted.

Furthermore, if during the season in which a member is playing under a Major Medical/Family Crisis/ Mandatory Obligation Extension such member determines that additional time is necessary and the Commissioner, in the exercise of his discretion, determines to permit a member to have additional time, such member would be entitled to play in PGA TOUR events under his Major Medical/Family Crisis/ Mandatory Obligation Extension in the subsequent season; provided that, in no case shall the total number of events to which such member is entitled access in the subsequent season exceed such member's Available Events in the season in which the Commissioner grants the additional time less the number of events actually played by such member during such season. Additional time will not be extended beyond the subsequent season. However, if the member playing under a Major Medical/Family Crisis/ Mandatory Obligation Extension sustains a separate Extension Event deemed to be sufficiently serious to prevent the member from competing on a regular basis in PGA TOUR tournaments for a minimum of four months, additional time may be extended for a maximum of one season.

Further, if at the time a member is able to resume play under his Major Medical/ Family Crisis/ Mandatory Obligation Extension there is an insufficient number of events remaining in the season for such member to play in all of his Available Events, the Commissioner, in the exercise of his discretion, may permit such member to

complete his Major Medical/Family Crisis/ Mandatory Obligation Extension in the subsequent season; provided that, in no case shall the total number of events to which such member is entitled access in the subsequent season exceed such member's Available Events in the season in which the Commissioner grants the extension less the number of events actually played by such member during such season. Additional time will not be extended beyond the subsequent season. However, if the member playing under a Major Medical/Family Crisis/ Mandatory Obligation Extension sustains a separate Extension Event deemed to be sufficiently serious to prevent the member from competing on a regular basis in PGA TOUR tournaments for a minimum of four months, additional time may be extended for a maximum of one season.

**NOTE:** For the purposes of medical extension carry-over, the 2019-2020 and 2020-2021 seasons are considered one season.

(5) After the time that a member applies for a Major Medical/Family Crisis/ Mandatory Obligation Extension and prior to beginning play in official money tournaments under the Major Medical/Family Crisis/ Mandatory Obligation Extension in the next season, such member, if otherwise exempt, shall be permitted to play in a maximum of five unofficial money tournaments, PGA TOUR Champions tournaments, Korn Ferry Tour tournaments and/or other Federation Tours (PGA European Tour, Japan Golf Tour, PGA Tour of Southern Africa, PGA TOUR of Australasia, Asian Tour) tournaments for which such member is otherwise eligible. If, prior to beginning play in official money tournaments under the Major Medical/Family Crisis/ Mandatory Obligation Extension in the next season, such member plays in any official money tournaments or in more than five such unofficial money tournaments, PGA TOUR Champions tournaments, (excluding major tournaments), Korn Ferry Tour tournaments, and/or other Federation Tours tournaments the number of his Available Tournaments shall be reduced by one for each such official money tournament, or unofficial money tournament, PGA TOUR Champions (excluding major tournaments), tournament, Korn Ferry Tour tournament, or other Federation Tours tournament in excess of five in which he plays. Once a player resumes a normal playing schedule on the PGA TOUR, the number of his Available Tournaments shall be reduced by one for each Korn Ferry Tour, PGA TOUR Champions (excluding major tournaments), or other Federation Tours tournament he plays when eligible for the PGA TOUR event the same week.

PGA TOUR Champions Major tournaments referenced above: Tradition, Senior PGA Championship, U.S. Senior Open Championship, SENIOR PLAYERS Championship and Senior Open Championship.

**NOTE:** All fully exempt members who are injured during the period of their exemption and are unable to fulfill the 15-tournament requirement for retention of Voting Membership, and who would otherwise qualify for a Major Medical/Family Crisis/ Mandatory Obligation Extension, or a Minor Medical extension will be considered to have played 15 events for purposes of retaining their Voting Member status and for purposes of FedExCup Player Bonus Plan distributions. However, under the terms of the Player Retirement Plan, unless a player is a Veteran Member, credits cannot be awarded to a participant in any season in which he plays fewer than 15 tournaments.

(Veteran Members may be eligible for credits if they play 5 or more tournaments.) Such members shall retain an exempt position in the highest eligibility category for which they qualify.

**e.   Leading Points Winner, Leading Finals Points Winner and Three-Time Winners from Korn Ferry Tour**

The leading points winner from the previous season's Top 25 Korn Ferry Tour Regular season players using combined points earned on the Official Korn Ferry Tour Regular Season Points List and points earned in the Korn Ferry Tour Finals; leading points winner from the previous season's Korn Ferry Tour Finals Points List; and those players, if any, from the previous season who won three Korn Ferry Tour events awarding official victory status, in chronological order of their third win.

**f.   Top 10 from Previous Tournament**

If not otherwise exempt under Section A-1a of this Article III ("Special Exemptions"), the top 10 finishing professionals and those tied for 10th place from each tournament awarding official victory status (excluding non-members in the 2022 Barbasol Championship, 2022 Barracuda Championship and World Golf Championship events) into the next open tournament awarding official victory status. Any professional not able to gain entry into the next open tournament awarding official victory status due to a full field shall be exempt pursuant to this Section A-1f into the next succeeding open tournament awarding official victory status in which there is sufficient space in the field, unless otherwise exempt into such open tournament. Any professional finishing in the top 10 or tied for 10th in the last tournament awarding official victory status (excluding non-members in the 2022 Barbasol Championship, 2022 Barracuda Championship and World Golf Championship events) in any season shall be exempt into the first open tournament in the subsequent season awarding official victory status and in which there is sufficient space in the field, unless otherwise exempt into such open tournament. Such professionals shall gain access to such tournament in priority order, based upon their total scores in the tournament in which they have finished in the top 10.

In cases of total-score ties, the priority order will be established by matching round scores, beginning with the final round of the tournament in which the players finished in the top 10 and working backward.

In the event of such an occurrence at a multi-course tournament in which all the players may not have played the same courses in the same order, any ties that still exist after matching final-round scores (on the same course) shall be broken by matching hole scores in the final round, starting with the 18th hole and working backward.

Should there be top 10 finishers from multiple tournaments, the top 10 finishers from the first event played will be exempt first in priority order followed by the top 10 finishers from the next event played and so forth, with each tournament's top 10 finishers ranked per above.

**NOTE:** Any professional finishing in the top 10 or tied for 10th not otherwise exempt, shall follow the commitment procedures as prescribed in Section A-2 of Article IV.

**NOTE:** A professional who does not gain entry to the next tournament via the Top 10 from Previous Tournament category due to a full field but gains entry via another manner such as sponsor exemption, open qualifying or other special eligibility shall be considered to have gained entry into the event and will not be exempt into the next succeeding open tournament.

**g.   Top Finishers of the Korn Ferry Tour**

Finishers 2–25 from the previous season's Top 25 Korn Ferry Tour Regular season players using combined points earned on the Korn Ferry Tour Regular Season Points List and points earned in the Korn Ferry Tour Finals; and the top 25 players on the Korn Ferry Tour Finals Points List at the conclusion of the Finals who are not already exempt. The leading points winner from the Korn Ferry Tour Finals Points List, if different than the leading points winner from the Top 25 Korn Ferry Tour Regular season players using combined points earned on the Korn Ferry Tour Regular Season Points List and points earned in the Korn Ferry Tour Finals, will be in category (e) above. The players from each list will be ranked, in alternating order, beginning with the second place finisher from the Korn Ferry Tour Top 25 Regular Season and Finals Combined Points List (followed by the second place finisher from the Korn Ferry Tour Finals Points List, third place finisher from the Korn Ferry Tour Top 25 Regular Season and Finals Combined Points List, etc.).

**NOTE:** Players finishing in the top 25 and ties on the Korn Ferry Tour Finals Points List who are under the age of 18, amateurs, and players that do not become members are included in the top 25 and ties. Players finishing in the top 25 and ties that finished in the top 25 on the Korn Ferry Tour Regular Season points list, are not included in the top 25 and ties on the Korn Ferry Tour Finals Points List.

In addition, the position of those members included in this category shall be periodically reordered based upon each member's position on the current season's FedExCup Points List at that time. In 2021-2022, such periodic reordering shall take place after the conclusion of The RSM Classic and The Genesis Invitational. Thereafter the reorder will occur on the Mondays of the Masters, the Memorial Tournament presented by Workday and The Open Championship.

**h.   Players Winning Three Korn Ferry Tour Events in the Current Season**

Those players who win three Korn Ferry Tour events awarding official victory status in the current season, in chronological order of their third win.

**i.   Minor Medical Extension**

(1)   A member who meets the requirements in Section (1)(a) and (1)(b) of Section A-1d of Article III [except that the injury or other medical disability experienced by such member does not require a cessation of competition by such member for a minimum of four (4) months] shall be eligible to apply to the Commissioner for a Minor Medical/Family Crisis/ Mandatory Obligation Extension, provided however, in order to be eligible to apply for a Minor Medical/Family Crisis/ Mandatory Obligation Extension pursuant to Section A.1.d(1)(a)(ii) (i.e., the Family Crisis basis) a member must be prevented from competing on a regular basis in PGA TOUR tournaments for a minimum of two (2) months.

(2) The maximum number of tournaments in which a member shall be eligible to participate under the category of Minor Medical Extension shall be determined in accordance with the provisions of Section A-1d(2)(a) or Section A-1d(2)(b) of Article III, as applicable to the specific member. However, actual access shall be on a space-available basis, and there shall be no carry-over of access into any subsequent season. Relative priority between or among members playing under a Minor Medical/Family Crisis/ Mandatory Obligation Extension shall be determined in the same manner as priority between or among members playing under a Major Medical/Family Crisis/ Mandatory Obligation Extension

(3) A member playing under the category of Minor Medical/Family Crisis/ Mandatory Obligation Extension shall have priority to participate in tournaments to the extent provided in Section A-1g of Article III (i.e., following Top Finishers of the Korn Ferry Tour).

(4) A member gaining access to tournaments pursuant to the Minor Medical/Family Crisis/ Mandatory Obligation Extension, who earns an amount of points in his Available Tournaments [as such term is defined in Section A-1d(2) of Article III] which when combined with the amount of points earned by such member in his Tournaments Played [as such term is defined in Section A-1d(2) of Article III] equals or exceeds the amount of points earned by the member finishing in 125th place or 150th place or 200th place on the FedExCup Points List following the conclusion of the event immediately preceding the first FedExCup Playoffs event (Wyndham Championship) for the preceding season shall be entitled to eligibility and priority to play in tournaments in accordance with the provisions of Section A-1(d)(2) of Article III [i.e., Major Medical/Family Crisis/ Mandatory Obligation Extension].

**j.   25 Finishers beyond 125th Place on FedExCup Points List**
If not otherwise eligible and if needed to fill the field, those PGA TOUR members within the next 25 positions after the top 125 points leaders on the previous season's FedExCup Points List, in order of their positions on such list.

In addition, the position of those members included in this category and those members in the Nonexempt, Major Medical/Family Crisis/ Mandatory Obligation Extension Holders category, shall be periodically reordered based upon each member's position on the current season's FedExCup Points List at that time. In 2021-2022, such periodic reordering shall take place after the conclusion of The RSM Classic and The Genesis Invitational. Thereafter the reorder will occur on the Mondays of the Masters, the Memorial Tournament presented by Workday and The Open Championship.

**k.   Nonexempt Medical/Family Crisis/ Mandatory Obligation Extension Holders**
If not otherwise eligible and if needed to fill the field, members who have qualified for a Medical/Family Crisis/Mandatory Obligation Extension pursuant to Section A-1d(1) or Section A-1i(1) of this Article III.

**l.   Past Champions, Team Tournament Winners, and Veteran Members not within the top 150 on FedExCup Points List**
If not otherwise eligible and if needed to fill the field, Past Champion Members (as defined in Section A.1.m of this Article III), Team Tournament Winners (as defined in Section

A.1.o of this Article III) and Veteran Members (as defined in Section A.1.p of this Article III) not within the top 150 on the previous season's FedExCup Points List, in order of their combined official PGA TOUR and Korn Ferry Tour earnings in the previous season.

In addition, the position of those members included in this category and those members in the Past Champions, Special Temporary Members, Team Tournament Winners, and Veteran Members categories, shall be periodically reordered based upon each member's position on the current season's FedExCup Points List (or in the case of a Special Temporary Member, the amount of official points earned) at that time. In 2021-2022, such periodic reordering shall take place after the conclusion of The RSM Classic and The Genesis Invitational. Thereafter the reorder will occur on the Mondays of the Masters, the Memorial Tournament presented by Workday and The Open Championship.

**m.  Past Champions**

If not otherwise eligible and if needed to fill the field, Past Champion Members, in order of the total number of PGA TOUR cosponsored or approved tournaments won, excluding team or other tournaments not awarding official victory status. If two or more members are tied based on the number of tournaments won, the member who is highest on the Official PGA TOUR Career Money List shall be eligible.

To be eligible for tournament play via this eligibility category, a player must have:

- Played in the Korn Ferry Tour or PGA TOUR Champions Annual Qualifying Tournament or Korn Ferry Tour Finals in the current season or within the previous three seasons, or,

- Made a cut on the PGA TOUR or Korn Ferry Tour during the current season or within the last three seasons, or,

- Played five or more combined events on the PGA TOUR, Korn Ferry Tour and PGA TOUR Champions during the current season or in the preceding two seasons.

**n.  Special Temporary Members**

If not otherwise eligible and if needed to fill the field, members who meet the conditions set in Section A-2b of this Article III and have paid annual dues to PGA TOUR, in order in which such members qualified for this membership.

**o.  Team Tournament Winners**

If not otherwise eligible and if needed to fill the field, winners of cosponsored team tournaments, in order of the total number of team tournaments won. If two or more members are tied based on the number of such tournaments won, the member who is highest on the Official PGA TOUR Career Money List shall be eligible.

To be eligible for tournament play via this eligibility category, a player must have:

- Played in the PGA TOUR or PGA TOUR Champions Annual Qualifying Tournament or Korn Ferry Tour Finals in the current season or within the previous threeeasons, or,

- Made a cut on the PGA TOUR or Korn Ferry Tour during the current season or within the last three seasons, or,

- Played five or more combined events on the PGA TOUR, Korn Ferry Tour and PGA TOUR Champions during the current season or in the preceding two seasons.

**p.   Veteran Members**

If not otherwise eligible and if needed to fill the field, Veteran Members (members who have made a minimum of 150 cuts in tournaments awarding official money during their careers), in order of their position on the Official PGA TOUR Career Money List.

To be eligible for tournament play via this eligibility category, a player must have:

- Played in the PGA TOUR or PGA TOUR Champions Annual Qualifying Tournament or Korn Ferry Tour Finals in the current season or within the previous three seasons, or,

- Made a cut on the PGA TOUR or Korn Ferry Tour during the current season or within the last three seasons, or,

- Played five or more combined events on the PGA TOUR, Korn Ferry Tour and PGA TOUR Champions during the current season or in the preceding two seasons.

**q.   50 Finishers beyond 150th place on FedExCup Points List**

If not otherwise eligible and if needed to fill the field in tournaments played opposite PGA TOUR cosponsored or approved tournaments, the next 50 players on the previous season's FedExCup Points List following those members referred to in Section A-1j of this Article III, in order of their positions on such list. To be eligible for play in the category, a player must commit to the event in accordance with Article IV, Section A.2 of these Regulations.

**2.   QUALIFYING**

**a.   Korn Ferry Tour Finals**

Players may gain PGA TOUR Regular Membership and playing eligibility for the subsequent season (see Section A-1e & g of this Article III) by finishing among the top 25 and ties from the final Official Korn Ferry Tour Regular Season Points List or the top 25 and ties on the Official Korn Ferry Tour Finals Points List, if not already exempt, as stated below.

The Korn Ferry Tour Finals will be conducted in accordance with the Korn Ferry Tour Tournament Regulations and in accordance with the following rules. 50 PGA TOUR cards will be awarded at the conclusion of each year's Korn Ferry Tour Season as follows:

- The Top 25 players from the final Official Korn Ferry Tour Regular Season Points List earn their PGA TOUR cards, but their final positioning for the following PGA TOUR season is determined via their combined points earned on the Official Korn Ferry Tour Regular Season Points List and points earned during the Korn Ferry Tour Finals. All other eligible players start the Finals with 0 points on the Official Korn Ferry Tour Finals Points List.

- The top 25 players on the Official Korn Ferry Tour Finals Points List at the conclusion of the Finals who do not already have an exempt card will also earn a PGA TOUR card. Final positioning for the following PGA TOUR season is determined via points earned during the Korn Ferry Tour Finals.

- The leading points winner from the Top 25 Korn Ferry Tour Regular Season players using combined points earned on the Korn Ferry Tour Regular Season Points List and points earned in the Korn Ferry Tour Finals, and the leading points winner from Official Korn Ferry Tour Finals Points List at the conclusion of the Finals (should they be different players) are exempt from reshuffle the following year via eligibility category A.1e (Leading Points Winner, Leading Finals Points Winner and Three-Time Winners from Korn Ferry Tour) and are also awarded an exemption into THE PLAYERS Championship via special eligibility criteria for that event.

- The remaining players from each list will be ranked, in alternating order, beginning with the second place finisher from the Korn Ferry Tour Top 25 Regular Season and Finals Combined Points List (followed by the second place finisher from the Korn Ferry Tour Finals Points List, third place finisher from the Korn Ferry Tour Top 25 Regular Season and Finals Combined Points List, etc.).

**NOTE:** Any player who is #1 to #25 on the Official Korn Ferry Tour Regular Season Points List as of the final regular season event who earns enough points solely as a result of his play in the Korn Ferry Tour Finals events such that he would have been #1 on the Korn Ferry Tour Finals Points List shall be placed in the #1 position on that list and shall be entitled to the benefits of that position. In such case, such player's other position on the #1 to #25 Regular Season and Finals Combined Points List shall be skipped and the ordering of players shall continue as identified above. In such case, the leading 25 players from the Official Korn Ferry Tour Finals Points List will still earn their PGA TOUR card.

**Eligibility:**
Players eligible to compete in the Korn Ferry Tour Finals are:

- The top-75 players (including any ties) on the Official Korn Ferry Tour Regular Season Points List through the conclusion of the Korn Ferry Tour event immediately preceding the first Finals event.

- Players #126 - #200 on the PGA TOUR's Official FedExCup Points List following the conclusion of the event immediately preceding the first FedExCup Playoffs event (Wyndham Championship).

- Non-members, who would have earned if they were members, enough FedExCup points from their performance in official money PGA TOUR events in the current season to place them within #126 - #200 on the official FedExCup Points List following the conclusion of the event immediately preceding the first FedExCup Playoffs event (Wyndham Championship).

**NOTE 1:** All players exempt for the PGA TOUR the following season via category A.1c (Top 125 Non-Members) and higher are not eligible to play in the Finals.

**NOTE 2:** PGA TOUR Members subject to Medical Extension Regulations as outlined in Section III.A.2 of the PGA TOUR Tournament Regulations may gain access to the Korn Ferry Tour Finals as a result of the provisions of those regulations.

**NOTE 3:** A professional under the age of 18 may play in the Korn Ferry Tour Finals, provided the player turns 18 on or before the first scheduled round of the final official money PGA TOUR tournament of the following season. If a player under the age of 18 earns a PGA TOUR card, the player would not become eligible for PGA TOUR membership until his 18th birthday. Similarly, a player under the age of 18 who qualifies for the Korn Ferry Tour as a result of his play in the Korn Ferry Tour Finals would not become eligible for Korn Ferry Tour membership until his 18th birthday.

**Format:** Each Finals event will be contested over 72-holes of stroke play with a standard 65 and ties cut and as otherwise in accordance with the Korn Ferry Tour Tournament Regulations.

**Ties:** In the event of a tie for the first position from the Top 25 Regular Season players using combined points earned on the Official Korn Ferry Tour Regular Season Points List and points earned in the Korn Ferry Tour Finals at the conclusion of the Finals events, no playoff will be conducted, and those players tied for the leading points winner position will receive exempt status for the following season.

In the event of a tie for the first position on the Official Korn Ferry Tour Finals Points List at the conclusion of the Finals events, no playoff will be conducted, and those players tied for the leading Points winner position will receive exempt status for the following season.

In the case of a tie for the last PGA TOUR card positions on either list which would affect the number of PGA TOUR cards awarded, no playoff will be conducted, and any players tied at the final position on either the Official Korn Ferry Tour Regular Season Points List or the Official Korn Ferry Tour Finals Points List will receive a PGA TOUR card for the following season.

For the purposes of breaking ties within the 50 card positions for eligibility for the following year's PGA TOUR season on either list, cumulative score in the last Finals event will be used. Should there still be a tie, round scores will be compared, beginning with the final round and working backwards. Should there still be a tie, hole-by-hole scores in the final round will be compared, beginning with the final hole and working backwards. In the event that multiple players from the top-25 of the Korn Ferry Tour Regular Season Points List do not make a cut in any Finals event, these players will be ranked in order of finish from the Regular Season.

**Pro-Am Eligibility:** Each tournament will have an official Pro-Am based on Korn Ferry Tour Tournament Regulations. For the first Finals event, eligibility for the Pro-Am will alternate in order between the Korn Ferry Tour Regular Season Points List and the PGA TOUR FedExCup Points List, beginning with #1 from the Korn Ferry Tour, followed by #126 from the FedExCup Points list and so on until the Pro-Am field is filled in its entirety, except for pro-am sponsors picks which shall be chosen in accordance with Korn Ferry Tour Tournament Regulations. The official Pro-Ams for the remaining Finals events will be filled based on the current week's standings from the Official Korn Ferry Tour Finals Points List, in order starting with #1 until the Pro-Am field is filled in its entirety, except for pro-am sponsor picks which shall be chosen in accordance with Korn Ferry Tour Tournament Regulations. Players selected for the Finals Pro-Ams, either by system or sponsor exemption, are required to play.

**NOTE:** Should a player who has earned an exemption into Korn Ferry Tour Finals as described in the preceding paragraphs present bona fide evidence of an injury or other medical disability sufficiently serious to prevent such player from playing in Korn Ferry Tour Finals in that

respective year, he shall be exempt to Korn Ferry Tour Finals in the subsequent calendar year. A player who begins play at Korn Ferry Tour Finals and subsequently withdraws due to injury or other reason prior to completion of Korn Ferry Tour Finals shall not be permitted to utilize the exemption in the following year's Korn Ferry Tour Finals.

A member eligible for tournaments as provided in Section A-1d (i.e. Major Medical Extension) Section A-1i (i.e. Minor Medical Extension) and Section A-1k (Non-exempt Medical Extension) of this Article III, whose FedExCup Points earned in his Available Tournaments, when combined with the amount of FedExCup Points earned in his Tournaments Played, equals or exceeds the amount of FedExCup Points earned by the member who finished last in the 50 finishers beyond 150th place on the FedExCup Points List for the preceding season shall be exempt into Korn Ferry Tour Finals in that season provided that the points earned in his Tournaments Played was less than the 200th finisher on the FedExCup Points List in the season of his injury and provided he has not utilized the medical provisions into the Korn Ferry Tour Finals as a result of the same injury/family crisis/mandatory obligation.

**Medical Provisions**

A PGA TOUR member who presents bona fide evidence of any injury or other medical disability that prevented him from playing in one or more PGA TOUR tournaments and who meets the following criteria shall be exempt into Korn Ferry Tour Finals:

(1)   Not more than one Korn Ferry Tour Finals has passed since such member has been prevented from playing in PGA TOUR events due to such injury or other medical disability; provided however that if a player's injury is sufficiently serious enough that it prevents him from playing in one or more Korn Ferry Tour Finals, he shall be considered to have satisfied this condition.

(2)   Such member has not played in 15 or more PGA TOUR cosponsored or approved tournaments in the season in which such injury or other medical disability occurred; and

(3)   Such member has had an average finish position in the top 150 on the FedExCup Points List for the last three seasons if such member has been a member of PGA TOUR for three seasons or more, or if such member has been a member of PGA TOUR for less than three seasons, has averaged 150th or better on the FedExCup Points List for those seasons such member has been a member of PGA TOUR.

**a.   Nonmember Qualifying**

Subject to the age requirement provision described in the note following Section A.1.a (10) of Article III, if a nonmember of the PGA TOUR who is a professional wins a PGA TOUR cosponsored or approved tournament then he shall be eligible to compete in PGA TOUR tournaments as provided in Section A-1a(10) of this Article III, provided that he joins the PGA TOUR as a Regular Member within 60 days after his victory. If he fails to do so, he forfeits the right to join the PGA TOUR either as a Regular or Special Temporary Member for the duration of that season. If a nonmember of the PGA TOUR who is an amateur wins a cosponsored or approved tournament, then he shall be eligible to compete in PGA TOUR events as provided in Section A.1a(10) of this Article III as an amateur or he may join the PGA TOUR as a regular member at anytime during the season in which the win occurred. Thereafter, such nonmember shall be entitled to join the PGA TOUR at the end of any season, provided he has at least one season remaining in his exempt period

and joins within 10 days after the conclusion of the FedExCup Season. Further, upon joining, he shall be entitled to the remaining portion of such multi-season exemption.

Subject to the provisions concerning notification to PGA TOUR as set forth below in this Section A-2b, if a nonmember of the PGA TOUR earns an amount of points when combined with points earned in the 2022 Barbasol Championship, 2022 Barracuda Championship and official money World Golf Championship events in the prior season (collectively, "combined points"), that equals or exceeds the amount of points earned by the player finishing in the 125th position on the previous season's FedExCup Points List (e.g., through tournament invitations, sponsor exemptions, foreign player exemptions, open qualifying, sectional qualifying, etc.), then he shall be eligible to compete in PGA TOUR tournaments for the following season, as provided in Section A-1c of this Article III ("Top 125 Nonmember"), provided that he joins the PGA TOUR as a Regular Member within 10 days after the conclusion of the FedExCup Season (August 17, 2022).

If, during the course of a PGA TOUR season, a nonmember of PGA TOUR wins an amount of points (e.g., by playing in PGA TOUR tournaments through tournament invitations, sponsor exemptions, foreign player exemptions, open qualifying, sectional qualifying, etc.), when combined with points earned in the 2022 Barbasol Championship, 2022 Barracuda Championship and official money World Golf Championship events (collectively "combined points"), equal to or greater than the amount won in the preceding season by the 150th finisher on the FedExCup Points List, as determined in accordance with Section A of Article III, then such player will become eligible to become a Special Temporary Member of PGA TOUR for the remainder of the season, provided that he joins PGA TOUR in such category within 60 days after becoming eligible. Upon payment of annual dues to PGA TOUR, such member shall be eligible for an unlimited number of sponsor exemptions for the remainder of the season.

## B.  OTHER ELIGIBILITY REQUIREMENTS

In any PGA TOUR cosponsored or coordinated tournaments, eligibility of a player to participate also shall be conditioned on the following:

### 1.  One New Event Played Per Season Requirement

During the current PGA TOUR season, any Regular Member of the PGA TOUR (as defined in Article IX, Section A.1.a. through e.) is required to play in at least one tournament he has not played in previously during any of the preceding four (4) seasons.

Tournaments eligible to fulfill such Regular Member's obligation under this regulation shall include all official money, co-sponsored and approved tournaments but shall not include The Masters Tournament, U.S. Open Championship, The Open Championship, PGA Championship, THE PLAYERS Championship, World Golf Championships, the FedExCup Playoff Events, Presidents Cup, Ryder Cup, Olympic Games, and any first-year official money event.

Any Regular Member of the PGA TOUR (as defined in Article IX, Section A.1.a. through d.) who meets any of the following criteria shall be exempt from the provisions of this Regulation in the current season:

a.   Played in 25 or more official money, co-sponsored or approved tournaments in the previous or current season.

b.   Life Members (as defined in Article IX, Section A.4.)

c.   Veteran Members (as defined in Article IX, Section A.8.) who are age 45 or older at any point during the current season

d.   Dual Members of both the PGA TOUR and PGA TOUR Champions.

Furthermore, a player who has been granted an eligibility extension pursuant to Article III, Section A.1.d. will not be subject to the requirements of this regulation in the season of the extension event.

Any player subject to this regulation that fails to meet the obligations set forth herein shall be subject to a Major Penalty under Article VII, Section D.3. (Discipline, Penalties and Appeals).

Notwithstanding the above, the Commissioner, upon application by a member subject to this regulation and for a serious medical condition or other extraordinary circumstances that the Commissioner, at his discretion, determines to be a valid reason for not meeting this requirement, may excuse a player from the regulation.

**NOTE:** Regular Members (as defined in Article IX, Section A.1.e. through g.) shall be exempt from the provisions of this Regulation in the current season.

**2.   Entry Form and Fee**

No player shall be eligible to participate in a PGA TOUR cosponsored or coordinated tournament unless he has signed an entry form as prescribed in Section B-1 of Article IV, and he has paid the required entry fee, the amount of which shall be set from time to time by the PGA TOUR Policy Board.

**3.   PGA TOUR Dues; Limited Dues; Amateur Administrative Fees**

Every professional player who applies to enter a PGA TOUR cosponsored or coordinated tournament shall be a fully paid member of PGA TOUR or, if not a member, shall pay $50 (or such other amount as the PGA TOUR Policy Board may set from time to time) as dues for limited PGA TOUR membership for the duration of the tournament. Any amateur who applies to enter a PGA TOUR cosponsored or coordinated tournament shall pay the same amount ($50 or such other amount set by the PGA TOUR Policy Board) as an administrative fee.

**4.   Insurance**

As a further condition of entry in any PGA TOUR cosponsored or coordinated tournament, each player must furnish evidence acceptable to PGA TOUR that he has obtained personal liability insurance covering any liability or claim that may arise from his participation in such tournament, in minimum amounts of $1,000,000 for each occurrence with PGA TOUR. Inc., the Professional Golfers' Association of America and such other affiliated entities as shall be designated from time to time by the PGA TOUR Policy Board, named as additional insureds

under such policy, indicating the name of the insurance company and the number of the policy by which he is insured. In addition, nonmembers of PGA TOUR or PGA who enter a PGA TOUR cosponsored or coordinated tournament may be required as a condition of entry to pay a fee to PGA TOUR for the cost of personal liability insurance covering their participation in such tournament.

# IV.  CONDUCT OF TOURNAMENTS

The management and conduct of all PGA TOUR cosponsored and coordinated tournaments, pro-ams and other golf events sanctioned by PGA TOUR shall be under the direction of PGA TOUR. Such tournaments, pro-ams or events shall be played in accordance with these Regulations and the tournament agreements applicable thereto.

### A.  MATTERS RELATING TO PLAY

### 1.  Starting Fields

#### a.  Open Tournaments

The starting field in PGA TOUR cosponsored open tournaments shall consist of those players listed in Section A of Article III (in the order in which listed). Except if specified otherwise in the tournament agreement, the number of players in the starting field of an open tournament shall be 156, provided that the Tournament Director may reduce the starting field to 144 players or such other lesser number as he determines in his discretion to be required by the circumstances (e.g., due to available daylight). In addition, the Tournament Director, in his discretion, may increase the starting field above the levels indicated in this Section A if necessary, in order to include in the starting field those members listed in Section A-1b of Article III (Top 125 from FedExCup Points List).

#### b.  Invitation Tournaments

PGA TOUR also may cosponsor or approve invitation tournaments. The starting field in such a tournament shall be that number specified in the tournament agreement. The tournament agreement for an invitation tournament also shall list the categories of players to be invited. All players within such categories who are "Eligible Players" under Section A-1 of Article III may apply to enter such tournaments.

#### c.  Special or Coordinated Tournaments

PGA TOUR may sanction special or coordinated tournaments that may combine any or all of the aspect of open, invitation and pro-am tournaments. Players eligible to participate in such tournaments shall meet the requirements of Article III of these Regulations. The conduct of special or coordinated tournaments shall be in accordance with tournament agreements entered into with respect thereto and with these Regulations.

**NOTE:** In the event that a player is incorrectly included in the starting field, he shall be removed as soon as practical, and be reimbursed for reasonable travel expensed by PGA TOUR.

### 2. Commitments and Personal Registration

Eligible players wishing to participate in a PGA TOUR cosponsored or coordinated tournament must commit in advance to PGA TOUR, either by 800-number telephone service to PGA TOUR Headquarters during business hours Monday through Friday (i.e. – 9 am to 5 pm Jacksonville, FL time), except for legal holidays, or by committing electronically via the player website.

While advance commitments may be made at any time, the deadline for all players to commit to PGA TOUR cosponsored or coordinated tournaments shall be 5 p.m. Eastern Time via the manners described in the preceding paragraph, or one-half hour after the conclusion of play to an onsite PGA TOUR Media Official, whichever is later, on the Friday immediately preceding the tournament applied for; provided, however, that the winner of a tournament held in the immediately preceding week or any professional finishing in the top 10 or tied for 10th place, not otherwise exempt, (see Section A-1f of Article III) in the tournament held in the immediately preceding week may commit to an onsite PGA TOUR Media Official within one-half hour after the conclusion of such immediately preceding tournament. Further, provided that a player who wins a Korn Ferry Tour tournament in the immediately preceding week and becomes eligible for PGA TOUR cosponsored or coordinated tournaments pursuant to Article III, Section A-1h (i.e., players winning three Korn Ferry Tour events in the current season) as a result may commit to the following week's PGA TOUR event to an on-site Korn Ferry Tour Media Official within one-half hour after the conclusion of such immediately preceding Korn Ferry Tour tournament.

**NOTE:** At tournaments with starting field sizes of 144 players or less, the sponsor shall have the option of inviting Past Champions (Article III, Section A.1.m), regardless of a provisional commitment being made, if there are no alternates for the event. With respect to those tournaments played opposite PGA TOUR cosponsored or approved tournaments, finishers from beyond 150th on the prior season's FedExCup Points List as provided in Section A-1q of Article III may fill such tournament fields to 132 players.

**NOTE:** At official money tournaments, a member who failed to commit to the tournament by the commitment deadline and who would not have been part of the eligible field at such deadline may accept an unrestricted sponsor exemption after the deadline.

**NOTE:** At unofficial tournaments only, the sponsor may utilize "unrestricted" sponsor exemptions on any member or nonmember, regardless of his commitment status.

A player, including alternates who are eligible to practice on the tournament course, must register personally at the tournament site prior to any pro-am round or practice at the tournament course. Failure to do so will result in disciplinary action. Furthermore, a player failing to register prior to his first official tournament round shall be ineligible to participate in the tournament unless satisfactory evidence of mitigating circumstance has been provided to the on-site Tournament Director.

### 3. Groupings

In PGA TOUR cosponsored and coordinated tournaments groupings shall be drawn in groups of three players. Following a reduction of field, groupings shall be drawn in pairs, or as otherwise determined by the Tournament Director due to existing circumstances (e.g., lack of

daylight). Groupings of players for the first two rounds shall be drawn in the following categories as approved by the Tournament Director:

**Category 1:**
- PGA TOUR members eligible to participate in tournaments to the extent provided in Sections A-1a(1) through (8) and Sections A-1a(10) of Article III (Tournament Winners).

- Nonmember tournament winners that, if they were a PGA TOUR member, would be eligible to participate in tournaments to the extent provided in Sections A-1a(1) through (7) and Section A-1a(10) of Article III.

- PGA TOUR Life Members, as defined in Section A-4 of Article IX.

- The top 25 on the Official PGA TOUR Career Money List through the end of the preceding season.

- Players within the top 20 positions on the current FedExCup Points List, starting with the event following the Masters.

- Players (including nonmembers) within the top 20 positions on the current Official World Golf Ranking.

- One player, on a weekly basis, not otherwise eligible for this category.

**Category 1A:**
- Tournament winners whose victories were considered official that no longer qualify for grouping category 1 and who played in 5 or more PGA TOUR cosponsored or approved events or 10 or more combined PGA TOUR, PGA TOUR Champions and Korn Ferry Tour cosponsored events in the current or prior season (qualifying rounds do not constitute "play" in such tournaments for purposes of this section).

- Former winners of THE PLAYERS Championship, Masters Tournament, U.S. Open, The Open Championship and PGA Championship who no longer qualify for grouping category 1.

**Category 2:**
- PGA TOUR members eligible to participate in tournaments to the extent provided in Sections A-1b (Top 125 FedExCup), and A-1c (Top 125-Nonmembers) of Article III .

- Players with 50 or more career cuts made in official money PGA TOUR cosponsored or approved tournaments and who played in 5 or more PGA TOUR cosponsored or approved events or 10 or more combined PGA TOUR, PGA TOUR Champions and Korn Ferry Tour cosponsored events in the current or prior season (qualifying rounds do not constitute "play" in such tournaments for purposes of this section).

- Players (including nonmembers) within the top 21–50 positions on the current Official World Golf Ranking.

**Category 3:**
- All others.

**NOTE:** PGA TOUR members eligible to participate in tournaments to the extent provided in Section A-1d of Article III, (Major Medical Extension) shall retain the grouping category they were assigned when they were injured.

During the draw when the number of players in a grouping category is not sufficient the necessary number of players will move up as follows:

Category 1A to category 1:
- In order on the previous season's FedExCup Points List.

Category 3 to category 2:
- The leading points winner from the previous season's Top 25 Korn Ferry Tour Regular season players using combined points earned on the Official Korn Ferry Tour Regular Season Points List and points earned in the Korn Ferry Tour Finals.

- The leading points winner on the previous season's Korn Ferry Tour Finals Points List.

- In order on the current season's FedExCup Points List.

During the season, players in category 3 will be eligible to move to category 2 as follows:
- Players within the top 60 on the current season's FedExCup Points List through the Farmers Insurance Open, and Special Temporary Members whose points equal or exceed 60th place on the FedExCup Points List through the Farmers Insurance Open.

- Players within the top 100 on the current season's FedExCup Points List through the Masters Tournament, and Special Temporary Members whose official points equal or exceed 100th place on the FedExCup Points List through the Masters Tournament.

- Players within the top 125 on the current season's FedExCup Points List through the U.S. Open, and Special Temporary Members whose official points equal or exceed 125th place on the FedExCup Points List through the U.S. Open.

4. **Starting Times**

   Starting times for the first and second rounds shall be assigned by draw, and shall be fixed for the rounds after a reduction of field on the basis of current standings at the conclusion of the preceding rounds, consistent with weather conditions and available daylight hours, with the highest scorers starting first and the lowest scorers starting last. However, in unusual circumstances, the Tournament Director in his discretion may change this sequence. All starting times shall be fixed under the supervision of the Tournament Director.

5. **Reduction of Fields (Cuts)**

   Unless otherwise provided in the tournament agreement or unless otherwise determined by the Tournament Director in his discretion (e.g., due to weather), the starting field shall be

reduced to the 65 players (including amateurs) having the lowest scores at the conclusion of 36 holes of tournament play, including any players tied for 65th place.

In the event of a postponement or cancellation of any of the first three rounds, the Tournament Director in his discretion may schedule the final 36 holes to be played in one day. If he schedules the final 36 holes in one day, he will reduce (cut) the field to the score which has the closest number of players (including amateurs) to the 60th position. Should there be an equal number at different scores at equal intervals above and below 60th position, the higher score shall be used. In the event of any such reduction (cut), professionals eliminated who otherwise would have played in the final 36 holes shall receive their appropriate share of the prize money in accordance with their respective positions.

Once a reduction of field has been made after 36 or 54 holes and the next round groupings have been approved by the Rules Committee, no withdrawal or disqualification will affect the calculation of the cut line.

6.   **Substitutions and Alternates**

After the commitment deadline but before 12 noon (local time at the tournament site) on the third day preceding the first scheduled day of official tournament competition (usually Monday), any player who withdraws or is elevated to a higher eligibility category (i.e. Top 10, becomes part of the eligible field, etc.) will be replaced by the highest ranking alternate on the applicable alternate list. At and after 12 noon (local time at the tournament site) on the third day preceding the first scheduled day of official tournament competition (usually Monday), any player who withdraws or is disqualified prior to starting will be replaced by the highest ranking alternate on the PGA TOUR alternate list, except that in a tournament awarding official money a player who withdraws and is one of the four sponsor exemptions not pursuant to Section A1a(12)(a) and (b) of Article III may be replaced, at the discretion of the sponsor, by another sponsor exemption, provided that the player either committed to the tournament in advance of the commitment deadline, is a member who failed to commit to the tournament by the commitment deadline and who would not have been part of the eligible field at such deadline, is a nonmember, or is a member of the PGA TOUR Champions who would normally not have committed to that particular PGA TOUR (Regular TOUR) tournament. Furthermore, in a tournament awarding unofficial money, any player who withdraws and is an "unrestricted" sponsor exemption may be replaced at the discretion of the sponsor, regardless of his commitment status.

**NOTE: When the previous week's tournament concludes on Monday, the deadline above shall be extended to 12:00 noon on the second day preceding the first scheduled round of official tournament competition (usually Tuesday).**

**NOTE: Concurrently with a withdrawal, the highest ranking alternate from the applicable alternate list automatically becomes a contestant in the tournament and is subject to the same rules, regulations and guidelines as other contestants in the tournament field, including the obligation to begin play at an assigned starting time.**

**NOTE: It is an alternate's responsibility to know his position on the PGA TOUR alternate list. It is the responsibility of the contestant or an alternate when he becomes a contestant to know his starting time. An alternate who is not available to replace the withdrawal is disqualified from that tournament.**

7. **Professional-Amateur Competitions/Tournament Sponsor Functions**

Unless otherwise provided in the tournament agreement, the host organization of any cosponsored or coordinated tournament may sponsor and conduct a professional-amateur competition (a "pro-am") in conjunction with the tournament, normally to be played on the day immediately preceding the tournament. The pro-am shall be played in groups no larger than five, and each group must include at least one professional.

A tournament hosting a pro-am with four amateurs may request to utilize an alternate format whereby one professional plays the first nine holes and a second professional plays the second nine holes (9&9 format). Professionals will have the option to request 18 holes (up until the commitment deadline) until all the first nine- hole positions are filled.

**NOTE:** The tournament also may request an unsanctioned pro-am be played on the tournament course on Monday. Schedules and formats for play of such pro-ams shall be subject to the written approval of the Commissioner or his designee no less than 45 days prior to the date, and PGA TOUR shall have no obligation with regard to providing professionals for such pro-ams. A maximum of 28 teams will be permitted for such pro-ams.

Amateur players shall be selected or approved by the tournament. Amateurs shall have up-to-date handicaps computed under the USGA handicap system. They shall use their full handicaps or 21 strokes, whichever is lower, except that a plus handicap shall be changed to zero. An amateur contestant in a PGA TOUR event, playing in the Pro-Am as an amateur, may play from the professional teeing ground.

At the option of the tournament, a second celebrity professional may occupy a spot normally held by an amateur with such second celebrity professional to play in the Pro-Am with his full handicap; provided, however, at least one amateur must be on each team. Host Organization agrees that any celebrity golf professional who competes in a PGA TOUR, PGA TOUR Champions or Korn Ferry Tour official event as a professional shall be unable to participate in a Pro-Am event as an amateur for a period of one year from the player's participation in the cosponsored TOUR official event. Such a professional player shall, however, remain eligible to participate as the professional in a Pro-Am group, if he is also a participant in the professional Competition. PGA of America Members may play from the same teeing ground as amateurs, however, their handicaps would be 0 and their scores cannot be counted in the Pro-Am team score.

At the option of the tournament, women amateur players may play from the forward teeing grounds, except where the Tournament Director determines that use of such teeing grounds would be inadvisable (e.g., due to roping problems). Where forward teeing grounds are not used, women amateur players shall have six strokes added to their handicap (with a maximum of 27 strokes), and shall play from the same teeing grounds as used by the men amateurs.

The field of amateurs shall be divided equally according to handicap into the same number of handicap classes as there are to be amateurs in each team. One amateur from each such handicap class will be drawn for each team. The draw will be blind, except that (i) the host organization may assign not more than one "celebrity" to a team, in which case the other amateurs in that team shall be drawn from the other handicap classes, and (ii) PGA TOUR may authorize in writing exceptions for a pro-am with only one amateur on each team.

A commitment to enter a tournament is also a commitment to play in a related pro-am at the tournament course or participate in a tournament sponsor function. The failure of a professional player to participate in a pro-am or tournament sponsor function after a commitment by such player to do so shall cause him to become ineligible for the tournament, unless the player is excused from the pro-am by the Commissioner or his designee or the on-site Tournament Director after registering on-site and presenting evidence of an injury or other disability which requires medical attention. Further, at the discretion of the Commissioner or his designee, a player may be excused from the pro-am or tournament sponsor function due to a serious personal emergency, such as the funeral or serious illness of a family member or close personal friend, or other extenuating circumstances. In determining whether a player is excused due to extenuating circumstances, the Commissioner or his designee will consider all factors, including the player's level of effort to satisfy his pro-am obligation. In the case of a player being excused due to a serious personal emergency or other extenuating circumstance such member may be excused without having registered on-site. Further, upon being excused from the pro-am or tournament sponsor function, the player is not permitted to practice at the tournament site the day of the pro-am. A player who is excused from the pro-am or tournament sponsor function for any reason will be required to perform a substitute tournament function and may be subject to disciplinary action for unbecoming conduct depending on the circumstances of his excused absence. A player who is late for his pro-am starting time may be required to complete play with his group if practical and perform an additional tournament sponsor function. In addition, the player may be subject to disciplinary action for conduct unbecoming a professional golfer, which could include a fine or suspension from tournament play. Repeated refusal by a professional player to participate in pro-ams or tournament sponsor functions shall be considered conduct unbecoming of a professional golfer subject to disciplinary action by PGA TOUR.

Each professional player in any pro-am shall have executed the official entry form for the host organization's tournament. At least 80 percent of the professional players shall be PGA TOUR members chosen from the previous season's FedExCup Points List to a floor of 125 (FedEx-Cup playoff events shall use the current FedExCup Points List through the previous week), and will be eligible in the order of their standings on such list. The host organization shall have the right to choose the remaining professional players, including any spots remaining from the 80 percent above that were below 125 on the previous season's FedExCup Points List without regard to the previous season's FedExCup Points List/current FedExCup Points List. Tournaments utilizing the "9&9" format shall have at least 90 percent of the professional tee times chosen from the previous season's FedExCup Points List to a floor of 150 and, thereafter, chosen from the current season's FedExCup points list as of two weeks prior to tournament week, and will be eligible in the order of their standings on such list. The host organization shall have the right to choose the remaining professional players. Players will be eligible in order of their standings on such lists until the first nine-hole positions are filled, thereafter, professionals will be assigned by taking the first player assigned to the second nine holes and pairing them with the highest ranked player assigned to the first nine holes

(i.e. #1 and #48 together, #2 and #49 together, etc.). When Hall of Fame eligible members and Life Members, who are currently active players, are in the Pro-Am as a result of their positions on the previous or current season's FedExCup Points List or being a sponsor selection, they will be assigned their preference first, in order of the previous season's FedExCup Points List. Following the assignment of Hall of Fame eligible members and Life Members, the host organization, upon mutual agreement by the player, may assign the Defending Champion a Pro-Am time prior to assigning other players to the pro-am as detailed above. A player may not decline a sponsor's exemption to play in the pro-am.

A total of 20 players shall perform a mandatory tournament sponsor function. The list will be determined by the next 18 highest ranked players in the field, as determined by their positions on the previous season's FedExCup Points List/current FedExCup Points List. Additionally, the host organization may have the option to select up to two (2) player exemptions to participate in a mandatory tournament sponsor function. Players eligible to be selected are those outside the pro-am and alternate lists. A player may not decline the sponsor's selection to participate, however, a player can only be selected a maximum of four (4) times. If the host organization chooses not to select such players, the next two (2) players in order of previous season's FedExCup Points List/current FedExCup Points List, will be added to the list. Consistent with the mandatory tournament sponsor function program, if a sponsor's selection withdraws after assignments are made, they will not be replaced. The host organization shall notify the PGA TOUR of the planned tournament sponsor functions, which shall be subject to the approval of the PGA TOUR. The PGA TOUR shall assign sponsor's exemptions to these functions first followed by the remainder of the list in order at their discretion.

**NOTE:** Pro-am alternates are PGA TOUR members entered in the tournament who are not among those assigned a starting time in the Pro-Am, and are listed in order of their position on the previous season's FedExCup Points List/current FedExCup Points List, (6 for FedExCup playoff events, THE CJ CUP, and The ZOZO Championship; 16 for the 9&9 format; 12 for 9&9 format at tournaments with a field of 120 or less and at multi-course Pro-Ams, and 10 for all others) preceding the 20 total players who must perform a mandatory tournament sponsor function. A professional who withdraws or is excused from the pro-am prior to 12 noon (local time at the tournament site) the day preceding the pro-am shall be replaced by the highest ranked pro-am alternate, except that a professional who is in the pro-am as a sponsor's exemption may be replaced by another sponsor's exemption. If the host organization elects not to choose another professional, the highest ranked pro-am alternate shall replace the withdrawal.

A professional, including sponsor's exemptions for the pro-am, who withdraws or is excused from the pro-am after 12 noon (local time at the tournament site) the day preceding the pro-am shall be replaced by the highest ranked alternate from the applicable morning or afternoon pro-am alternate list. For the purpose of replacing a professional withdrawing after 12 noon (local time at the tournament site) the day preceding the pro-am, the first six applicable pro-am alternates (12 for the 9&9 format) as of 12 noon (local time at the tournament site) the day preceding the pro-am shall be designated for replacement of late pro-am withdrawals. Pro-am alternates one, three and five (one, three, five, seven, nine and 11 for the 9&9 format; at multi-course pro-ams, alternates one, three, five at host course and two, four, six at secondary course) shall be designated for the morning and shall be available to play should a player with a morning pro-am starting time withdraw. The designated morning pro-am alternate's responsibility concludes when all players in the morning have started play.

Pro-am alternates two, four and six (two, four, six, eight, ten and 12 for the 9&9 format; at multi-course pro-ams alternates seven, nine, 11 at host course and eight, ten and 12 at secondary course) shall be designated for the afternoon and shall be available to play should a player with an afternoon pro-am starting time withdraw. The designated afternoon pro-am alternate's responsibility concludes when all players in the afternoon have started play. Should any of these six/12 designated pro-am alternates be unable to replace the applicable withdrawal, he shall become ineligible for the tournament, unless the player has registered on-site and is excused from the Pro-am by the Commissioner, his designee or the PGA TOUR Tournament Director after presenting evidence of an injury or other disability which requires medical attention. Further, at the discretion of the Office of the Commissioner, a player may be excused from the pro-am or tournament sponsor function due to a serious personal emergency, such as the funeral or serious illness of a family member or close personal friend. In the case of emergency, such member may be excused without having registered on site. Further, upon being excused from the pro-am or tournament sponsor function, the player is not permitted to practice at the tournament site the day of the pro-am. It is the players' responsibility to know his position on the pro-am alternate list as of 12 noon (local time at the tournament site) the day preceding the Pro-am.

If a pro-am afternoon starting time withdrawal occurs and the next applicable pro-am alternate is a morning designated player, that player shall have the option to replace the afternoon pro-am withdrawal, provided he has informed the Rules Committee of his desire to play by 12 noon (local time at the tournament site) the day preceding the pro-am.

Pro-am alternates seven and below (13 and below for the 9&9 format), as of 12 noon (local time at the tournament site) the day preceding the pro-am, will not become ineligible for the tournament if unable to replace the applicable pro-am withdrawal.

The tournament host organization, subject to mutual agreement of the player, may shift up to five players from the pro-am into an alternative sponsor function, subject to the review and approval of the PGA TOUR.

Similarly, the top 30 players on the previous season's FedExCup Points List and Life Members, subject to mutual agreement of the host organization as well as review and approval of the PGA TOUR, may elect to perform an alternative sponsor function in lieu of playing in the official pro-am up to two times per year (except for Life Members who have no limitation), provided the player submits his request no less than 30 days in advance of the tournament. No more than three players may make such an election for any one tournament, with priority assigned first to Life Members and then in order of their position on the previous season's FedExCup Points List. At the discretion of the Commissioner or his designee, the number of top 30 players or Life Members choosing to perform an alternative sponsor function at a particular tournament in lieu of playing in the official pro-am may be extended beyond three players.

Notwithstanding any other provision in these Regulations, a professional who is not in the starting field of a tournament is ineligible to compete in the pro-am at the tournament site unless expressly approved in writing by the Commissioner or his designee. In any pro-am, the number of teams shall be limited to 52 professional players or 104 professional players if using the 9&9 format and two, three or four amateur partners, except that pro-ams using shotgun starts shall be limited to 54 such teams.

**NOTE:** Eight amateur places in each pro-am will be reserved for use by PGA TOUR.

The prize monies specified in the tournament agreement shall be paid directly to a junior golf initiative on a weekly basis. The junior golf organization to receive the donation would be identified by the local Tournament Organization and would be required to have 501(c)3 status. The money would be donated from the PGA TOUR Player Prize Fund. Players would not be required to report the winnings as earnings. In the event no 501(c)3 organization promoting junior golf could be identified or the tournament is held outside the United States, money would be donated to the National First Tee program.

If, in the judgment of the Tournament Director, adverse weather conditions or any other occurrence or condition beyond the control of PGA TOUR or the tournament render commencement or continuation of the pro-am inadvisable in its originally scheduled format, the Tournament Director in his discretion may postpone, cancel or alter play therein. In the event of cancellation of the pro-am, prize monies shall be distributed as noted in previous paragraph. At the option of the tournament, the pro-am may be conducted using the scramble format. Other general terms and conditions of such pro-am as described herein shall be applied, provided that each professional player in the pro-am will play at stroke play and will not be a part of the amateur scramble competition other than the use of his score on a hole.

At the option of the tournament, the pro-am may be conducted using the scramble format. Other general terms and conditions of such pro-am as described herein shall be applied, provided that each professional player in the pro-am will play at stroke play and will not be a part of the amateur scramble competition other than the use of his score on a hole.

### 8.  Best Efforts; Withdrawals

In making a commitment to participate in a PGA TOUR cosponsored, coordinated or approved tournament, a player thereby obligates himself to attempt to exercise his maximum golf skill and to play in a professional manner.

After making a commitment to participate in a tournament, a player shall not withdraw, either before or after signing an entry form for such tournament, except that:

a.  Prior to the commitment deadline, a player may withdraw for any reason.

b.  After the commitment deadline and before the tournament has commenced, a player may withdraw because of injury or other disability which requires medical attention, or serious personal emergency, such as the funeral or serious illness of a family member or close personal friend. The player shall immediately notify PGA TOUR of his reason for withdrawal, and within a period of 14 days submit written evidence supporting such reason to the Commissioner. For withdrawals related to injury or illness, a player's letter must include additional documentation from a medical professional substantiating the nature of the ailment and the prescribed treatment.

**NOTE:** Fatigue will not be considered a valid reason for withdrawing.

c.  During a round, a player may withdraw because of injury or other disability which requires medical attention, or serious personal emergency. The player shall notify the PGA TOUR Tournament Director or a PGA TOUR Rules Official of his reason for withdrawal, and within a period of 14 days submit written evidence supporting such reason to the Commissioner.

d.  Upon completing any round of 18 holes a player may withdraw, upon notifying the PGA TOUR Tournament Director or a Rules Official and returning a signed scorecard. In this case, the player's round is complete and the withdraw will be taken for the subsequent round. Should the player's subsequent round for which he is being withdrawn occur after the reduction in field size, the player would remain eligible to make the cut but would not appear in the following rounds groupings.

A player who breaches the provisions in Section A-8 of this Article IV shall be subject to a fine or suspension from play, or both, in PGA TOUR cosponsored and coordinated tournaments.

## 9.  Suspensions, Postponements and Cancellations

If, in the judgment of the Tournament Director, adverse weather conditions or any other occurrence or condition beyond the control of PGA TOUR renders commencement or continuation of tournament play inadvisable, play shall be suspended or postponed until such time as the Tournament Director, after consultation with the host organization, determines that such weather conditions or other occurrence have improved sufficiently for play to commence or resume, provided that no such suspension or postponement shall extend the tournament beyond the Monday following the scheduled conclusion of the tournament, except that in the event of a suspension during a final round being played on Monday when at least half of that round's starting field has completed play, the final round will be completed on Tuesday, but no later.

In the event of cancellation of any part of a tournament, prize money shall be distributed among the lowest scorers after the last completed round of play in the same number, amounts and order as for the originally scheduled number of holes. If a tournament is shortened to less than 72 holes and there is a tie for first place, there will be a playoff at a convenient time, as determined by the Tournament Director. The tournament will be considered "official" for purposes of determining official money if at least two official rounds have been completed or, in the case of a tournament played over three or more courses, if players have completed at least one official round on each course. The tournament will be considered "official" for purposes of determining official wins if at least three official rounds have been completed or, in the case of a tournament played over four or more courses, if players have completed at least one official round on each course.

If less than one official round of the tournament is completed as the result of any cancellation, the host organization shall not be required to pay any prize money and shall refund any dues paid for limited PGA TOUR memberships by nonmember entrants. In an open tournament, the host organization shall refund all entry fees paid; in an invitational tournament, the host organization shall not be required to pay a service fee to PGA TOUR.

If, however, at least one official round is completed, the host organization shall pay the full amount of any service fee payable to PGA TOUR under the tournament agreement, and 50 percent of the purse. If at least two official rounds are completed, the host organization shall pay the full amount of the service fee payable to PGA TOUR and 100 percent of the purse.

## B.  GENERAL PROVISIONS

The following general provisions relating to the conduct of tournaments apply to PGA TOUR cosponsored and coordinated tournaments.

### 1.  Entry Forms

All entry forms for cosponsored and coordinated tournaments shall be prepared by PGA TOUR and furnished to the host organization.

All entries shall be subject to acceptance by the host organization and PGA TOUR, and may be rejected or revoked by either without liability at any time before or after commencement of tournament play if the entrant fails to meet the eligibility requirements set forth in the entry form and these Regulations, violates any of the regulations or otherwise conducts himself in a manner unbecoming a professional golfer. If a player's tournament entry is revoked, he shall not be entitled to share in the prize monies thereof.

All players in PGA TOUR cosponsored and coordinated tournaments shall grant and assign to PGA TOUR through their entry forms, without limitation, their individual television, radio, motion picture, photographic and similar rights (including all forms of television and other electronic media) with respect to their participation in such tournaments, provided that PGA TOUR's use thereof shall be limited to advertising, promoting or publicizing the PGA TOUR, PGA TOUR golf tournaments or broadcasts related thereto, and provided further that in no case shall such rights be used in any broadcast, motion picture or other program on an electronic medium that is for instructional purposes without the express written consent of the player(s) involved.

Players also shall agree in such entry forms to (i) refrain from any action that will interfere with PGA TOUR's ownership and exercise of the rights granted and assigned to it hereunder, including any use by other parties of such rights that are authorized by PGA TOUR; (ii) abide by these Regulations, including any amendments thereto as may be adopted from time to time; and (iii) abide by the USGA Rules of Golf, subject to any modifications thereof approved by PGA TOUR.

A professional who has incorporated may enter cosponsored and coordinated tournaments in the name of his corporation, and any money winnings will be paid directly to such corporation, provided that the beneficial interest in such corporation is owned entirely by the professional (and/or members of his immediate family). The professional shall give a personal guarantee of all obligations of the corporation on a form prescribed by PGA TOUR, and the player shall remain personally subject to all requirements applicable to professionals who enter such tournaments in their own names.

### 2.  Course Preparation

Preparation of the course shall be subject to approval of the Tournament Director. Locations of teeing grounds and hole positions on putting greens shall be selected by the Tournament Director.

The Tournament Director may direct growing, cutting and watering of grass as the Tournament Director may deem advisable to provide appropriate playing conditions. Unnatural substances, such as artificially colored sand-like material in bunkers, are prohibited.

3. **Playoffs**

In the event of a tie for first place at the conclusion of the scheduled number of holes in a PGA TOUR cosponsored or coordinated tournament at stroke play, a playoff shall be conducted for the purpose of determining the tournament winner. Such playoff shall be on a "hole-by-hole" basis immediately following the conclusion of the final round, or on the following day if the Tournament Director determines that darkness, weather or other conditions preclude conducting a playoff on the day of the final round. At the discretion of the Commissioner, a multiple-hole playoff format based on aggregate score may be implemented.

The winner of any playoff shall be deemed to have placed first in the tournament and his prize money determined accordingly. The loser of any playoff involving two players shall be deemed to have placed second and shall be entitled to second-place prize money. If a playoff involves more than two players, those other than the winner shall be deemed to have tied for second place regardless of their scores in the playoff, and their prize monies shall be apportioned accordingly. The determination of all prize monies shall be under the direction of the Tournament Director.

4. **Distribution of Purses**

The purses of all PGA TOUR cosponsored and coordinated tournaments, including the proceeds received from the sale of television rights allocated by PGA TOUR to such tournaments, shall be distributed to the low finishers therein, as determined or approved from time to time by the PGA TOUR Policy Board.

5. **Other Prizes**

Prizes of any nature for other than total score shall be subject to approval by the Commissioner.

6. **Official Money**

Official money shall be awarded to individual prize-winners in such PGA TOUR cosponsored or approved tournaments as the PGA TOUR Policy Board may designate, provided that at least two official rounds have been completed or, in the case of a tournament played over three or more courses, if players have completed at least one official round on each course, and provided that official money shall not be awarded in any pro-am (but official money will be awarded in a tournament for individuals even if held concurrently with a pro-am). The breakdown of official money will be determined from time to time by the PGA TOUR Policy Board.

**NOTE:** For purposes of determining official money standings, money won by a nonmember shall count the same as money won by a PGA TOUR member, provided that the nonmember satisfied the requirements of Section A-2b of Article III, except that prize money earned by a nonmember or Special Temporary Member in the 2022 Barbasol Championship, 2022 Barracuda Championship and official money World Golf Championships events will be deemed not to be official money and will not be included on the Official PGA TOUR Money List.

**NOTE:** The TOUR Championship will be considered an Official money event even though prize money is not distributed. FedExCup bonus money will be deemed not to be official money and will not be included on the Official PGA TOUR Money List.

# V.  CONFLICTING EVENTS; MEDIA AND MARKETING RIGHTS

## A.  CONFLICTING EVENTS

### 1.  Obligations of PGA TOUR

On a date on which any golf tournament or event cosponsored by PGA TOUR is being played, PGA TOUR will not cosponsor or approve any other similar golf tournament or event without the advance written consent of the tournament of the first scheduled PGA TOUR tournament or event, which consent shall not be unreasonably withheld. "Similar golf tournament or event" means a tournament or event of the same type (i.e., PGA TOUR/Regular TOUR tournament or event). For example, PGA TOUR shall not be prohibited under this section from holding a PGA TOUR Champions, Korn Ferry Tour, PGA TOUR Latinoamérica, PGA TOUR Canada, or PGA TOUR China tournament on the same dates as a PGA TOUR (regular tour) tournament or event.

### 2.  Obligations of PGA TOUR Members

To contribute to the success of a PGA TOUR tournament or event and to permit PGA TOUR to fulfill its contractual obligations concerning representative fields, no PGA TOUR member shall participate in any other golf tournament or event on a date when a PGA TOUR (Regular TOUR) cosponsored tournament or event for which such member is exempt is scheduled, except for the following tournaments or events:

a.  A tournament or event for which a member obtains an advance written release for his participation from the Commissioner (See "Guidelines for Conflicting Event Release" set forth below);

   **NOTE:** No conflicting event releases will be approved for tournaments held in North America.

b.  A tournament or event cosponsored or approved by and held in the territory of the PGA section with which the PGA TOUR member is affiliated or where he is then employed, provided that he is eligible for such sectional tournament under the constitution of the PGA;

c.  The PGA National Professional Championship, and PGA winter tournaments for professionals;

d.  Golf tournaments on the "home circuit" of a foreign player who is a PGA TOUR member.

**NOTE:** "Home circuit" is defined as the recognized professional golf tournament circuit which plays all or some portion of its schedule in the country of which the player is a citizen. Such foreign PGA TOUR member shall be eligible for this "home circuit" exception to provisions of these Regulations with regard to conflicting tournaments provided he has played, or committed to play, in a minimum of 15 PGA TOUR cosponsored or approved tournaments (as defined in paragraph C of Article I) in the season, or in the case of a Regular Member or Life Member (as defined in Section A.1 and 4 of this Article IX) who is age 45 or more and has made 150 cuts or more in tournaments awarding official prize money in his career, in a minimum of 12 PGA TOUR cosponsored or approved tournaments in the season. (See Section D-2 of Article IX, Membership Reinstatement Provisions.) In addition, a player who has played regularly on a recognized professional golf tournament circuit (i.e., meets membership requirements) for the past five seasons regardless of citizenship may designate this circuit as his "home circuit," provided he plays in a minimum of 20 PGA TOUR cosponsored or approved tournaments in the season, or in the case of a Regular Member or Life Member (as defined in Section A.1 and 4 of this Article IX) who is age 45 or more and has made 150 cuts or more in tournaments awarding official prize money in his career, in a minimum of 15 PGA TOUR cosponsored or approved tournaments in the season.

For purposes of the Tournament Regulations, the following professional golf tournament circuits, and the geographical area covered by each, are recognized as "home circuits":

| Home Circuit | Geographical Region |
|---|---|
| PGA European Tour | Countries within the continent of Europe plus Morocco and Tunisia |
| PGA Tour of Southern Africa | Countries within the continent of Africa |
| Japan Golf Tour | Japan |
| PGA Tour of Australasia | Australia, New Zealand, Singapore, Indonesia, Malaysia, Thailand, Philippines, Myanma, Vietnam, Guam, China, Hong Kong, Korea, Taiwan, India and Pakistan |
| Asian Tour | Singapore, Indonesia, Malaysia, Thailand, Philippines, Myanma, Vietnam, Guam, Taiwan, India, and Pakistan |

Any events sanctioned or cosanctioned by any of the above professional golf tours which are not within the geographical area listed for such professional golf tour shall not be considered events within the "home circuit" of a foreign player claiming such professional golf tour as his "home circuit."

Furthermore, the Commissioner, in the exercise of his discretion, may recognize additional "home circuits" and determine their geographical area.

e.   Masters Tournament, U.S. Open, The Open Championship or PGA Championship;

f.   Ryder Cup, Presidents Cup or Olympic Games;

g.  World Cup, provided that the dates have been approved in advance by PGA TOUR;

h.  PGA TOUR Champions cosponsored or approved tournaments; and

i.  Korn Ferry Tour tournaments, but only for those PGA TOUR members who gain eligibility to Korn Ferry Tour tournaments as a result of being Life Members of PGA TOUR (Section A-4 of Article IX), Past Champion Members of PGA TOUR (Section A-5 of Article IX), Special Temporary Members of PGA TOUR (Section A-6 of Article IX), Team Tournament Winners (Section A-7 of Article IX), Veteran Members of PGA TOUR (Section A-8 of Article IX), or any other member of PGA TOUR who is an alternate for a PGA TOUR (Regular TOUR) cosponsored tournament but who elects to play in a Korn Ferry Tour tournament opposite such PGA TOUR (Regular TOUR) cosponsored tournament.

In addition, in any week when a PGA TOUR, PGA TOUR Champions, Korn Ferry Tour, PGA TOUR Latinoamérica, PGA TOUR Canada, or PGA TOUR China cosponsored tournament is scheduled, no PGA TOUR member shall participate in any golf activity (including public exhibitions, clinics and pro-ams) in the same geographic area as such PGA TOUR, PGA TOUR Champions, Korn Ferry Tour, PGA TOUR Latinoamérica, PGA TOUR Canada, or PGA TOUR China tournament without the prior approval of the Commissioner. Nothing in the foregoing shall preclude PGA TOUR members from playing in "outings" during the week of a cosponsored tournament. As used herein, an "outing" refers to an event in which a player or players are invited by a company to entertain its customers, without any broadcast or other electronic portrayal of play and without public gallery.

**3.  Guidelines for Conflicting Event Release**

a.  Each Regular Member of PGA TOUR ordinarily shall be eligible for three releases per season based on participation in 15 PGA TOUR cosponsored or approved tournaments and, in addition, shall be eligible for one release for every five cosponsored or approved tournaments (as defined in paragraph C of Article I) in which he participates above 15 tournaments.

b.  Notwithstanding the above, the Commissioner may deny any particular release request if he determines that such a release would cause PGA TOUR to be in violation of a contractual commitment to a tournament sponsor, or would otherwise significantly and unreasonably harm PGA TOUR and such sponsors. Also, the Commissioner shall be entitled, but not obligated, to grant additional releases when he determines that to do so would not unreasonably harm PGA TOUR or the sponsor involved.

c.  In making the factual determinations contemplated in the preceding paragraph, the Commissioner shall consider, but shall not be limited to, the following factors:

(1)  The overall makeup of the field from which the member seeks to be released;

(2)  The member's standing on the current and previous season's FedExCup Points List;

(3)  The number of tournaments that the member has played in, or committed to play in, for the current season;

127

    (4)  The member's record of participation in the tournament from which he seeks to be released.

  d.  The Commissioner will consider conditional releases under the following circumstances:

    (1)  If the member has not played in the tournament for which he seeks to be released for an extended period of time, such release may be conditional upon his participation in the tournament the following season.

    (2)  After five releases have been granted for the same tournament, subsequent releases may be conditional upon the member playing in the tournament the next season.

    (3)  If a member has committed to the tournament and is subsequently granted a release, such a member may be required to play in the tournament the following season.

    All requests for conflicting event releases and/or television releases must be submitted no less than 45 days in advance of the first official round of competition of the tournaments for which such releases are requested. The Commissioner normally shall make decisions on release requests not later than 30 days in advance.

**NOTE:** No conflicting event releases will be approved for events held in North America.

## B.  MEDIA AND MARKETING RIGHTS

### 1.  Media Rights

  a.  The television, digital, radio, motion picture and all other media rights of all players participating in PGA TOUR cosponsored and coordinated tournaments, pro-ams or any other golf event conducted in conjunction with PGA TOUR cosponsored and coordinated tournaments (e.g., clinics, long-drive contests), or any portion thereof, are hereby granted and assigned to PGA TOUR. Based upon this grant and assignment, all such rights shall be the property of and expressly reserved by and to PGA TOUR, and any use thereof without the express written consent of PGA TOUR shall be forbidden.

  b.  No PGA TOUR member shall participate in any live or recorded golf program without the prior written approval of the Commissioner, except that this requirement shall not apply to PGA TOUR cosponsored, coordinated or approved tournaments, wholly instructional programs* or personal appearances on interview or guest shows. "Golf program" for purposes of this section means any golf contest, exhibition or play that is shown anywhere in the world in any form of media now known or hereinafter developed. The Commissioner's approval of any member(s) participating in any golf program covered by this rule may be subject, without limitation, to the sponsor, promoter, television producer and/or other parties involved in the golf program entering into a sanctioning or other agreement with PGA TOUR, including an acknowledgement of PGA TOUR's media rights and the payment of rights fees to the PGA TOUR, therefore, and to such other conditions as are designated by the Commissioner.

    *While wholly instructional programs have been exempted from the scope of this rule by the PGA TOUR Policy Board, any PGA TOUR member participating in such a program

is nonetheless required to obtain an agreement from the producer of the program or other appropriate party that the program will not be shown or distributed at the same time as any scheduled live coverage of a PGA TOUR cosponsored, approved or coordinated tournament. The "on demand" distribution of a wholly instructional program will not violate this rule as long as the program is not debuted during live coverage.

## 2.   Marketing Rights

a.   Aside from the assignment of individual television and similar rights provided for herein, nothing in these Regulations or in marketing programs adopted by PGA TOUR shall be deemed to restrict any member's individual marketing rights (e.g., promotions, endorsements, licensing, etc.).

b.   In addition, no person shall make any commercial use of the name, likeness or identity of any member of PGA TOUR without the advance written approval of such member.

c.   Similarly, no individual PGA TOUR member, tournament sponsor or other person or entity is authorized to make any commercial use of the PGA TOUR name, marks or logo without the advance written approval of PGA TOUR.

# VI. CONDUCT OF PLAYERS

Players participating in PGA TOUR cosponsored, approved or coordinated tournaments shall observe these Regulations and the applicable rules of play while engaged in tournament play, and at all times shall conduct themselves in a manner becoming professional golfers that will not reflect unfavorably on PGA TOUR, its members, officers or representatives, tournaments or sponsors.

To this end, players shall use their best efforts to play golf of the caliber and with the skill befitting professionals, and to show respect for the game of golf. Any player who violates any of the foregoing or any of the provisions of this Article VI and/or the Fair Way Manual or Tournament Courtesy Vehicle Agreement may be subject to a fine, suspension from play in PGA TOUR cosponsored and coordinated tournaments, permanent disbarment from such play or any appropriate combination thereof.

## A.   ANTI-DOPING PROGRAM

All players shall comply with the PGA TOUR Anti-Doping Program, as amended from time to time.

## B.   NO GUARANTEE FOR APPEARANCE

Neither players nor other individuals acting on such players' behalf shall solicit or accept any compensation, gratuity or other thing of value offered for the purpose of guaranteeing their appearance in any PGA TOUR cosponsored, approved or coordinated tournament, including any pro-am played in connection therewith, except as may be specifically authorized by the PGA TOUR Policy Board prior to the tournament.

Conversely, neither players nor other individuals acting on such players' behalf shall offer anything of value to a PGA TOUR cosponsored, approved or coordinated event in return for an invitation to the tournament as described in Section A-1a(12) of Article III (i.e., a sponsor exemption.)

Neither a player nor other individuals acting on player's behalf shall promise or guarantee such player's appearance in any PGA TOUR cosponsored, approved or coordinated event conditioned upon the grant of a sponsor's exemption to a different player.

## C.  INTEGRITY PROGRAM

All players shall comply with PGA TOUR Integrity Program as amended from time to time, which prohibits betting on professional golf and other betting-related activities, among other things.

## D.  FINANCIAL INTEREST BY A PLAYER IN ANOTHER PLAYER; GAMBLING; DOPING

A player shall not have any financial interest, either direct or indirect, in the performance or the winnings of another player in any event cosponsored, coordinated, approved or otherwise sanctioned by the PGA TOUR, whether through purse-splitting, prize money "insurance," financial assistance, bets or otherwise. Any player who violates the provisions of this paragraph shall be subject to a suspension from tournament play for a minimum period of two seasons.

Further, a player shall not do any of the following:

1.  Gamble or play cards on the premises where a PGA TOUR cosponsored or coordinated tournament is being played.

2.  Associate or having dealings with persons whose activities have involved trafficking or administration of substances or methods prohibited by the PGA TOUR Anti-Doping Program, or other forms of doping.

## E.  PUBLIC COMMENTS, PUBLIC ATTACKS

The favorable public reputation of PGA TOUR, its players and its tournaments are valuable assets and create tangible benefits for all PGA TOUR members. Accordingly, it is an obligation of membership to refrain from making comments that unreasonably attack or disparage others, including, but not limited to tournaments, sponsors, fellow members/players and/or PGA TOUR. Speech that could be reasonably viewed as hateful, abusive, obscene and/or divisive is expressly prohibited. Responsible expressions of legitimate disagreement with PGA TOUR policies are not prohibited. However, public comments that a member knows, or should reasonably know, will harm the reputation or financial best interest of PGA TOUR, a fellow member/player, a tournament sponsor or a charity are expressly covered by this section. Any violation of this section shall be considered conduct unbecoming a professional.

## F.  WORTHLESS CHECKS

If any player issues a worthless (dishonored) check in payment of entry fees or otherwise in connection with a PGA TOUR cosponsored, approved or coordinated tournament, he shall be fined and disciplined as follows:

| | |
|---|---|
| **First Offense**: | $200 fine. |
| **Second Offense:** | $200 fine and loss of check-cashing privileges for six months. |
| **Third Offense:** | $500 fine and loss of check-cashing privileges for one season. |

Repeated instances of the issuance of worthless checks by a member shall be grounds for suspension or permanent disbarment from tournament play, as may be determined by the PGA TOUR Policy Board.

## G.   USGA RULES OF GOLF

Play in all PGA TOUR cosponsored, approved or coordinated tournaments shall be conducted in accordance with the USGA Rules of Golf, as modified by PGA TOUR. A copy of such modifications, including Local Rules and Conditions of Competition for PGA TOUR, and a Notice to Competitors (Players), which shall describe any special Local Rules and Conditions, will be made available to players prior to their starting times.

## H.   PRACTICING

Only contestants, their caddies, instructors, managers, media, golf equipment manufacturers (when invited by contestants), tournament representatives and PGA TOUR staff are permitted onto any area designated for practice (e.g. range, practice putting greens, chipping or pitching greens, bunkers and the tournament golf course during practice rounds).

The use of permanent markers, paint or other similar products to create lines on the practice putting and chipping greens is not permitted. If marks or lines are created on these surfaces, they must be done with a non-permanent material, such as a chalk line, which will not damage the turf and will disappear in a short period of time.

**NOTE:** Family members and friends are not permitted inside the ropes on the golf course at any time. Family members are permitted on other designated practice areas when accompanied by the player. Players are expected to use good judgment and discretion when inviting family members onto designated practice areas. Players are responsible for their minor children and their conduct. Only one tournament representative is allowed access to designated practice areas at any time

Practicing shall be permitted only in areas specifically designated for practice. On pro-am days, practice by professionals and amateurs not in the pro-am or without a mandatory sponsor function pursuant to Article IV, Section 7 (Pro-Am/Tournament Sponsor Functions) in designated practice areas is prohibited from 30 minutes prior to the first pro-am starting time through the final pro-am starting time, for each segment/wave of tee times. Tournaments using the (9&9 pro-am format may amend this policy and practice restrictions will be posted in the locker room during tournament week.) On practice days, after 8:30 a.m., all play must start from the first tee, unless approved by a member of the Rules Committee. This rule doesn't apply to tournaments using the 9&9 pro-am format.

On pro-am days at tournaments played from the start of each season until the Masters Tournament, professionals and amateurs not in the pro-am are permitted to practice chipping and putting on course prior to the first pro-am starting time. Full shots on course are not permitted. On pro-am days at tournaments played after the Masters Tournament until

the conclusion of the FedExCup Playoffs, professionals and amateurs not in the pro-am are permitted to practice all shots on course prior to the first pro-am starting time. Any practice taking place prior to the pro-am must not interfere with the pace of play of the pro-am and players shall not endanger persons preparing the golf course for the pro-am.

During practice rounds, the following shall govern certain types of strokes:

1.  Only one stroke, including a stroke from a bunker, may be aimed for the putting green, except as follows:

    (a) If such stroke does not land or stop on the putting green, only one additional stroke may be played.

    (b) More than one chip shot outside a bunker may be played, provided such practice does not damage the course unduly.

2.  Not more than three bunker strokes may be played in directions other than toward the putting green, provided the bunker is not thereby damaged unduly.

3.  More than one stroke may be played on the putting green.

In any case, a player must not delay any following players. No practice strokes shall be permitted if a player of a group behind the player is waiting to play.

During tournament week, practice facilities and the tournament course are for qualified players and the first 10 alternates on the PGA TOUR alternate list or other eligible players as determined by the on-site PGA TOUR Tournament Director. Qualified players and the first 10 alternates on the PGA TOUR alternate list or other eligible players shall not practice with ineligible players.

## I.  CADDIES AND GOLF CARTS

Players in cosponsored and coordinated tournaments shall not use automotive transportation. Caddies must be employed for all practice, qualifying, pro-am and tournament rounds. Amateurs may use golf carts during pro-ams when approved in advance by the PGA TOUR Tournament Director.

Caddies shall be paid promptly. PGA TOUR shall determine who is eligible to be employed as a caddie and shall further determine uniforms to be worn by a caddie, including headwear, shirts and slacks. Caddies shall present a neat appearance in both clothing and personal grooming. A caddie may enter the locker room during the week to assist the player with retrieving items from his locker. Caddies are not allowed in the locker room at any other time. Players who wish to bring their own caddies to a PGA TOUR cosponsored or coordinated tournament shall so indicate at the time they commit to participate in such tournament, and shall be responsible for the conduct and behavior of such caddies at such tournaments, and the conformance of such caddies to these *Regulations*.

### J.  LOCKER ROOM FEES

Players in the starting field of the tournament who use locker room facilities at the host clubhouse shall pay a minimum fee of $50 to the locker room attendant for such service.

### K.  APPEARANCE OF PLAYERS

Players shall present a neat appearance in both clothing and personal grooming. Clothing worn by players shall be consistent with currently accepted golf fashion. The Tournament Director shall interpret this regulation, subject to the approval of the Commissioner.

# VII.  DISCIPLINE, PENALTIES & APPEALS

Each PGA TOUR member, by participating in cosponsored, coordinated or approved golf tournaments, acknowledges the right and authority of the PGA TOUR Policy Board, the Commissioner and the Appeals Committee to (i) fine and suspend the member from tournament play, and/or (ii) fine and permanently bar the member from play in PGA TOUR cosponsored, approved or coordinated tournaments for violation of the *Tournament Regulations*.

Any such participating member, if involved or affected in any manner whatsoever by a decision of the PGA TOUR Policy Board, the Commissioner or the Appeals Committee with respect to any such violation hereby releases the PGA TOUR Policy Board, the Commissioner or the Appeals Committee, PGA TOUR, Inc., the Professional Golfers' Association of America, and each director, officer, member, employee, agent or representative of any of the foregoing, jointly and severally, individually and in their official capacity, of and from any and all claims, demands, damages and causes of action whatsoever, in law or equity, arising out of or in connection with any such decision or action by the PGA TOUR Policy Board, the Commissioner or the Appeals Committee.

Fines are due and payable within 30 days unless the member has made a written appeal. Should the appeal be denied, the fine will be due and payable within 30 days of such denial of appeal and, notwithstanding such 30-day period, until such fine is paid the member will be ineligible for competition.

### A.  NOTIFICATION OF DISCIPLINARY INQUIRY

Except for penalties under the USGA Rules of Golf (including Slow Play, Local Rules and Conditions of Competition for PGA TOUR) and for minor penalties, any members subject to disciplinary action or penalties defined as intermediate or major penalties shall first be notified of such proposed action in writing. Such notice may be presented to the member by the Chief of Operations, PGA TOUR or his designee, except that any notice of a proposed major penalty shall be executed by the Commissioner.

Within 14 days of such notice of proposed disciplinary action or penalty, the member shall submit to the Commissioner such facts or evidence of mitigating circumstances as may apply.

Within 14 days of receipt of such information from the member, the Commissioner shall notify the member in writing of the imposition of the proposed disciplinary action or penalty, or that the proposed action has been dismissed. After imposition of any penalty hereunder, the member shall have the right of appeal as set forth in Section E of this Article VII.

## B.   USGA RULES OF GOLF

Any member who, while participating in any PGA TOUR cosponsored, coordinated or approved tournament, breaches the USGA Rules of Golf, Local Rules and Conditions of Competition for the PGA TOUR, Local Rules or Conditions in effect for the conduct of such tournament shall be subject to the penalties provided in such Rules or Conditions, as well as any other penalties determined by the PGA TOUR Policy Board. The decision of the PGA TOUR Rules Committee for the competition with respect of such breach(es) shall be final and conclusive.

## C.   CONDUCT UNBECOMING A PROFESSIONAL

Any member who shall be deemed guilty of conduct unbecoming a professional golfer while participating in a PGA TOUR cosponsored, approved or coordinated tournament, or activities related thereto (e.g., practice rounds, hospitality events, etc.), or who otherwise violates the provisions of Articles VI and VII of these Regulations and/or the PGA TOUR Anti-Doping Program relating to Drugs of Abuse shall be subject to fine, suspension and/or permanent disbarment from tournament play as provided in these Regulations.

In any instance where a member of PGA TOUR has for any reason been placed on probation for an infraction of any rule of PGA TOUR, then and in that event, if at any time during the probation period that member shall violate any rule of PGA TOUR, irrespective of whether that violation carries with it a penalty designated minor, intermediate or major as described under Sections D-1, D-2 and D-3 of this Article VII, the Commissioner may immediately suspend the member's playing privileges. The Commissioner shall inform the member of the decision to revoke the probation within 14 days.

Prior to imposition of any intermediate or major penalty (except under the Rules of Golf), the member shall be notified orally, if possible, and in writing signed by the PGA TOUR Tournament Director or the Commissioner or the Chief of Operations, PGA TOUR or his designee (in the case of an intermediate penalty). In the case of minor penalties, notification may be by the Chief of Operations, PGA TOUR or his designee. Such written notifications shall specify the precise charges or violations. To the extent practicable, such written notifications shall be given within seven days following such violation.

Any written notification required by this section to be given to a member shall be emailed, hand-delivered or sent to him via registered or certified mail, return receipt requested, to the address of the member as shown in the records of PGA TOUR, provided that delivery to a member's locker at a tournament site shall constitute hand delivery under this section.

### D.   CLASSES OF PENALTIES

#### 1.   Minor Penalties

A minor penalty is a fine of not more than $10,000. A minor penalty may be imposed by the Chief of Operations, PGA TOUR or his designee.

#### 2.   Intermediate Penalties

An intermediate penalty is a fine of between $10,001 and $20,000 and/or suspension from play for not more than three tournaments, including the tournament then in progress or scheduled for the calendar week in which the alleged violation occurred. For violations of the PGA TOUR Anti-Doping Program related to Drugs of Abuse, an approved plan of treatment and rehabilitation to be conducted at the player's expense, in addition to or in lieu of other penalties may be imposed. An intermediate penalty may be imposed by the Commissioner or, if the Commissioner is not readily available, by the Chief of Operations, PGA TOUR or his designee.

#### 3.   Major Penalties

A major penalty is a fine in excess of $20,000, suspension from tournament play for more than three tournaments and/or permanent disbarment from play in PGA TOUR cosponsored or coordinated events. For violations of the PGA TOUR Anti-Doping Program related to Drugs of Abuse, an approved plan of treatment and rehabilitation to be conducted at the player's expense, in addition to or in lieu of other penalties may be imposed. A major penalty may be imposed only by the Commissioner except as otherwise specified in these Regulations.

### E.   APPEALS

#### 1.   Minor Penalties

Appeals from minor penalties shall be to the Chief of Operations, PGA TOUR or his designee. Such appeal may be written or oral, and may include defenses or mitigating circumstances, including written statements of witnesses. Such appeal shall be received by the Chief of Operations, PGA TOUR, or his designee no later than 14 days after the date of the written notification of imposition of the penalty. The Chief of Operations, PGA TOUR or his designee shall render his decision on appeal, in writing, within 14 days of his receipt of the appeal, and such decision shall be final.

#### 2.   Intermediate and Major Penalties

Within 14 days of the date of notification of an intermediate or major penalty, the member may submit a written appeal to the Commissioner; provided, however, that if the initial penalty was imposed by the Commissioner and the Commissioner deems it in the best interest of PGA TOUR, any appeal to the Commissioner may be transferred by the Commissioner to the Appeals Committee. Such appeal may include statements from others having knowledge of the facts. Failure to file such an appeal shall be deemed conclusively to be an admission of the charges specified in the notification.

Thereafter, and within 14 days of receipt of such appeal, the Commissioner shall reach a decision and shall promptly notify the member in writing of his response, specifying the reason therefor. No member who has not appealed an intermediate or major penalty to the Commissioner shall have a right of further appeal to the Appeals Committee.

An appeal shall operate to stay the effective date of any penalty, except suspension from a tournament then in progress or scheduled for the calendar week in which the alleged violation occurred, until after the final decision on the appeal.

### 3.   Appeals Committee

There shall be an Appeals Committee consisting of three non-Player Directors designated by the Board. The Appeals Committee shall prescribe its own rules of procedure.

A member may appeal to the Appeals Committee from any decision by the Commissioner denying any initial appeal from the imposition of an intermediate or major penalty. The Appeals Committee shall also consider any appeal directed to it by the Commissioner, as provided in Section E-2 of this Article VII. The appellant shall give written notice of appeal, directed to the Appeals Committee (in care of the Commissioner) within 14 days of the notice from the Commissioner denying the player's initial appeal.

Within 14 days after giving notice of appeal to the Appeals Committee, the appellant and the Commissioner may submit to the Appeals Committee any and all written evidence, documentation, affidavits, witness statements, legal memoranda, or other materials relevant to the appeal or any penalties imposed on the appellant. The Appeals Committee will review and consider all such materials. The Appeals Committee may, in its discretion, request a member or a witness to respond to questions from the Appeals Committee.

As soon as practicable after considering the materials submitted to it, the Appeals Committee shall give appellant and the Commissioner written notice of its decision. Upon the evidence before it, including any evidence previously submitted to the Commissioner, the Appeals Committee may affirm, modify (increase or decrease) or reverse the decision of the Commissioner. The decision of the Appeals Committee shall constitute full, final and conclusive disposition of the matter.

### 4.   Anti-Doping Program

The provisions of this Article shall only be applicable to violations of the PGA TOUR Anti-Doping Program relating to Drugs of Abuse, as determined in the sole discretion of the Program Administrator for the PGA TOUR Anti-Doping Program. All other violations of the PGA TOUR Anti-Doping Program shall be subject to the disciplinary and appeals terms and processes set forth in the PGA TOUR Anti-Doping Program Manual.

### 5.   Integrity Program

The provisions of this Article shall not be applicable to violations of the PGA TOUR Integrity Program. Such violations shall be subject to the disciplinary and appeals terms and processes set forth in the PGA TOUR Integrity Program Manual.

# VIII. RESPONSIBILITIES OF TOURNAMENTS

### A.  FINANCIAL RESPONSIBILITY

The Commissioner may, at his option, require the host organization of any cosponsored or coordinated tournament to furnish evidence satisfactory to the Commissioner of the tournament's financial responsibility, either (i) by posting a bond in an amount equal to the sum of the prize monies for such event plus $10,000 to cover the entry fees or the service fee payable to PGA TOUR, guaranteeing such performance, or (ii) by providing some other form of financial guarantee or arrangement assuring the tournament's performance of its financial obligations under the tournament agreement.

### B.  NO GAMBLING

Neither the host organization of any cosponsored or coordinated tournament nor any of its employees, agents or representatives shall be associated with any form of organized or unorganized gambling at the time of the tournament or pro-am, if any, either at or removed from the site thereof. If such provision is violated, PGA TOUR shall have the right to terminate all or any portion of such tournaments without liability to the tournament, and any PGA TOUR member may withdraw from participation therein without liability to the tournament and without penalty under these Regulations or other PGA TOUR rules.

### C.  SALE ON GROUNDS OF ALCOHOLIC BEVERAGES OTHER THAN WINE OR BEER

The tournament will ensure that alcoholic beverages other than wine and beer will not be sold on the grounds (excluding the clubhouse and hospitality areas) without the prior written approval of PGA TOUR.

### D.  SIGNS AND BANNERS

The tournament will ensure that signs and banners will not be allowed on the course except as specifically approved by the Tournament Director.

# IX. MEMBERSHIP MATTERS

This article defines PGA TOUR membership categories, including the eligibility criteria, rights and privileges for each category. Nothing herein shall be deemed to be inconsistent with or to supersede the Articles of Incorporation or By-Laws of PGA TOUR, Inc., which reserves certain voting rights and responsibilities solely to the members of the PGA TOUR Policy Board.

### A.  ELIGIBILITY FOR MEMBERSHIP

The following players who are 18 years of age or older shall be eligible to apply to become Members of the PGA TOUR:

1. **Regular Members**

    a.   Players with special exemptions as defined in Section A-1a(1)-(11) and (18) of Article III

    b.   The top 125 finishers on the FedExCup Points List in a season, provided they apply for membership within the time specified by PGA TOUR.

    c.   Any nonmember of PGA TOUR who wins a PGA TOUR cosponsored or approved tournament provided he applies for membership within the time specified by PGA TOUR.

    d.   Any nonmember of PGA TOUR whose points on the Non-Member FedExCup Points List for the previous season equals or exceeds the amount of FedExCup points earned by the player finishing in 125th position on the previous season's FedExCup Points List following the conclusion of the Event immediately preceding the first FedExCup Playoffs event, provided he applies for membership within the time specified by PGA TOUR.

    e.   Any members who qualify for the Major Medical Extension as provided in Section A-1d of Article III, for so long as such member is entitled to the Major Medical Extension.

    f.   The top 25 finishers on the previous year's Official Korn Ferry Tour Regular Season Points List and top 25 finishers from the Korn Ferry Tour Finals, provided they apply for membership within the time specified by PGA TOUR.

    g.   Any player who wins three Korn Ferry Tour tournaments in the current season, provided he applies for membership within the time specified by PGA TOUR.

2. **Associate Regular Members**

    a.   The 25 finishers beyond 125th place on the FedExCup Points List in a season may apply to become Associate Regular Members for the next succeeding season, provided they declare in writing to PGA TOUR within 30 days after the last scheduled day of the final tournament awarding official prize money whether he desires to become a PGA TOUR member for the following season, or he shall forfeit his ability to become a PGA TOUR member for such season based upon his position on the FedExCup Points List.

    b.   Such members shall be able to participate in tournaments to the extent provided in Section A-1j of Article III.

    c.   Such members shall be subject to all applicable requirements and obligations of these Regulations.

3. **Minor Medical Extension Members**

    a.   Any members who qualify for the Minor Medical Extension as provided in Section A-1i of Article III, for so long as such member is entitled to the Minor Medical Extension.

    b.   Such members shall be subject to all applicable requirements and obligations of these Regulations.

### 4. Life Members

PGA TOUR Regular Members who meet the following criteria will automatically become Life Members:

a.  Eligibility
    A member must have:

    (l)   Minimum 15 seasons active tournament participation.

    (2)   Won at least 20 cosponsored or approved tournaments in his career.

b.  Benefits and Obligations
    A Life Member shall be:

    (l)   Exempt from the obligation to pay annual dues.

    (2)   Eligible to participate in tournaments to the extent provided in Section A-1a(18) of Article III.

    (3)   Subject to all applicable requirements and obligations of these Regulations.

### 5. Past Champion Members

a.  Eligibility:
    A former tournament winner of a PGA TOUR (or, before 1969, PGA) cosponsored or approved tournament.

b.  Benefits and Obligations:
    A Past Champion Member shall be:

    (l)   Eligible to participate in tournaments to the extent provided in Section A-1m of Article III.

    (2)   Subject to all applicable requirements and obligations of these Regulations.

### 6. Special Temporary Members

A Special Temporary Member shall be:

a.  Eligible to participate in tournaments to the extent provided in Section A-1n of Article III.

b.  Subject to all applicable requirements and obligations of these Regulations.

### 7.  Team Tournament Winners

A Team Tournament Winner shall be:

a.  Eligible to participate in tournaments to the extent provided in Section A-1o of Article III.

b.  Subject to all applicable requirements and obligations of these Regulations.

### 8.  Veteran Members

A Veteran Member shall be:

a.  Eligible to participate in tournaments to the extent provided in Section A-1p of Article III.

b.  Subject to all applicable requirements and obligations of these Regulations.

### 9.  Temporary Members

Any nonmember of PGA TOUR (except an amateur) who qualifies to participate in a PGA TOUR cosponsored or coordinated tournament or event shall be required to become a temporary member of PGA TOUR for the duration of such tournament.

## B.  VOTING MEMBERSHIP

### 1.  Eligibility

A nonvoting member can become a voting member by (i) playing in at least 15 PGA TOUR cosponsored or approved tournaments (as defined in paragraph C of Article I) in a season (qualifying rounds do not constitute "play" in such tournaments for purposes of this section); and (ii) attending at least one player meeting designated by PGA TOUR (a "mandatory meeting") or performing a substitute educational requirement established by the PGA TOUR Policy Board, including, without limitation, attending a makeup meeting or video presentation (an "educational requirement") in the season in which he first plays 15 events; and (iii) in the case of members playing their first full PGA TOUR season, having attended the New Member Orientation meeting (normally held at the conclusion of the Korn Ferry Tour Finals).

**NOTE:** Members playing their first full PGA TOUR season who are unable to attend the New Member Orientation meeting due to a serious personal emergency or, any such members gaining membership other than through the Korn Ferry Tour or Korn Ferry Tour Finals may perform a substitute educational requirement established by the PGA TOUR Policy Board, including, without limitation, attending a makeup meeting or video presentation.

**NOTE:** For the purpose of the player retirement plan, a nonvoting member who becomes a voting member as a result of fulfilling the conditions set forth in this Section B-1 of Article IX shall be entitled to begin accumulating retirement plan credits in the season following the season in which such nonvoting member first becomes a voting member.

**2. Retention of Voting Membership; Reinstatement**

A voting member shall play in at least 15 PGA TOUR cosponsored or approved tournaments (as defined in paragraph C of Article I), or any combination thereof equal to at least 15 PGA TOUR (Regular TOUR) cosponsored or approved tournaments, excluding qualifying rounds in each season; and shall further attend at least one mandatory meeting or perform an educational requirement. If he fails to do so, he shall cease to be a voting member.

Notwithstanding the above, any member who was a voting member at the time he became unable to play in PGA TOUR tournaments due to injury or medical disability and thereafter resumes play under the Major Medical Extension as provided in Section A-1d of Article III, or Minor Medical Extension as provided in Section A-1i of Article III, shall retain his voting membership while playing under such category, provided that while playing under such category such player attends at least one mandatory meeting or performs one educational requirement.

A former voting member who plays in at least 15 PGA TOUR (Regular TOUR) cosponsored or approved tournaments in a season, and attends at least one mandatory meeting or performs an educational requirement in such season, shall automatically be reinstated to Voting Membership retroactive to the beginning of such season in which he plays in a least 15 PGA TOUR cosponsored or approved tournaments and attends such mandatory meeting or performs such educational requirement.

**3. Special Privileges of Voting Members**

Besides their exclusive rights to vote for Player Directors of the PGA TOUR Policy Board (see Section G of this Article IX), only voting members shall be eligible to participate in the PGA TOUR Deferred Compensation Player Retirement Plan (the "Cuts" plan) unless the member has achieved Veteran Member status pursuant to Section A.1.p of Article III.

**C.  DUES AND FEES**

Members shall pay such dues and fees as may from time to time be prescribed by the PGA TOUR Policy Board.

A nonvoting member who becomes a Voting Member shall pay any differences between the initiation fee paid by him when he becomes a (nonvoting) member and the initiation fee required of a Voting Member as of the time he becomes eligible therefor.

A voting member who loses voting status shall not be required to pay an additional fee if he is reinstated to voting membership.

**D.  TERMINATION AND REINSTATEMENT OF MEMBERSHIP**

**1. Termination**

A player shall cease to be a member of the PGA TOUR:

a.   If he resigns;

b.   If he fails to pay required dues or fees within the time specified by PGA TOUR;

c.   If he loses his eligibility for membership under Section A of this Article IX; or

d.   If in the judgment of the PGA TOUR Policy Board he commits a serious breach of these Tournament Regulations, the USGA Rules of Golf, the PGA Code of Ethics or conducts himself in a manner unbecoming a professional golfer; or

e.   If he loses his eligibility for membership under the terms of the PGA TOUR Anti-Doping or PGA TOUR Integrity Program.

## 2.   Reinstatement

A player whose PGA TOUR membership is terminated for playing performance reasons (i.e., for failing to retain his exempt status) shall be eligible for reinstatement to such membership if he subsequently becomes eligible under Section A of this Article IX.

If a player's membership in PGA TOUR shall be terminated for any reason other than the foregoing, he shall not be eligible for reinstatement to membership for at least six months from such termination, except on the affirmative vote of two-thirds of the members of the PGA TOUR Policy Board.

Notwithstanding any other provisions of these Regulations, any PGA TOUR member who (i) resigns from membership or purposely allows his membership to lapse by nonpayment of dues and thereafter participates in a conflicting event (as defined herein), or (ii) in the case of a Regular Member or Life Member (as defined in Section A.1 and 4 of this Article IX) takes advantage of the provisions of Section A-2d of Article V ("home circuit exception") to the onflicting event rule for foreign members and thereafter fails to honor his commitment to play in at least 15 PGA TOUR cosponsored or approved tournaments (as defined in paragraph C of Article I), or in the case of a Regular Member or Life Member (as defined in Section A.1 and 4 of this Article IX) who is age 45 or more and has made 150 cuts or more in tournaments awarding official prize money in his career, in a minimum of 12 PGA TOUR cosponsored or approved tournaments in the season, shall lose his PGA TOUR membership as of the conclusion of the season in which he fails to play such 15 events (or 12 events as the case may be and shall not be eligible to apply for reinstatement to PGA TOUR membership for one season.

Notwithstanding the above, the Commissioner, upon application by a foreign member and for medical reasons or other extraordinary circumstances that the Commissioner, at his discretion, determines to be a valid reason for not playing in at least 15 PGA TOUR cosponsored or approved tournaments, may reduce the 15- minimum (or 12-minimum as the case may be) tournament requirement.

Any PGA TOUR member who resigns from membership while playing under a multi-season exemption (see Section A.1.a.(1)-(9) of Article III) and thereafter notifies PGA TOUR that he desires to rejoin as a member after having fulfilled the one (1) season waiting period, as applicable, referred to above in this Section D.2, shall be entitled to rejoin the TOUR at the beginning of any season remaining in his exempt period, and shall be entitled to the remaining portion of such multi-season exemption (with such remaining portion of the multi-season exemption determined as if such member had not resigned).

## E.   MEETINGS OF PLAYER MEMBERS

### 1.   Annual Meeting

The annual meeting of the members of PGA TOUR shall be held on a date and at a place to be determined by the Commissioner at least 60 days prior to the holding thereof. Players invited to attend shall include regular, Life, Past Champion and all voting members of PGA TOUR.

### 2.   Special Meetings

Special meetings of members of the PGA TOUR shall be held whenever called by the Commissioner upon the written request of two or more of the Player Directors of the PGA TOUR Policy Board, or upon the filing with the Commissioner of a petition signed by not less than 25 percent of the voting members of PGA TOUR. Within 30 days of the receipt of such request or petition, the Commissioner shall schedule and give notice of such meeting.

### 3.   General Provisions

a.   So far as is practicable, meetings shall be scheduled at a place and time convenient to the members, preferably at the site of and within two days of the commencement of a PGA TOUR cosponsored tournament.

b.   Notice of each meeting of the members shall be mailed to each member, addressed to such member at his address as it appears on the records of PGA TOUR, not less than 10 or more than 30 days before the scheduled date of such meeting. Each such notice shall state the place, date and hour of the meeting, and the purpose for which it has been called. No notice of any meeting need be given, however, to any member who personally appears thereat or signs a written waiver thereof, whether before or after such meeting, and no notice need be given of any adjourned meeting of the members if the time and place of such adjourned meeting are announced at the meeting at which the adjournment is taken, provided the adjournment is not for more than 21 days. Any business may be transacted at any adjourned meeting which might have been transacted at the meeting as originally scheduled.

c.   The presence, in person, at any meeting of the members of a majority of all the voting members shall constitute a quorum for the transaction of business. In the absence of a quorum, a majority of the voting members present or, if no voting member is present, any officer of PGA TOUR present, may adjourn the meeting for a period not exceeding 21 days in any one case.

d.   Each voting member present at meetings of members shall be entitled to one vote in person on all matters with respect to which voting members may vote. All matters voted upon by the voting members at any meeting of the members except the election or removal of a Player Director, as provided in Section G of this Article IX, shall be decided by the vote of a majority of the voting members present.

e.   Nothing herein shall preclude the scheduling by PGA TOUR of additional informal player meetings.

## F.  PGA TOUR POLICY BOARD

### 1.  Members

The members of the PGA TOUR Policy Board (Board of Directors of PGA TOUR, Inc.) shall consist of four Player Directors, one officer of the PGA of America ("PGA Director") and five public figures with a demonstrated interest in the game of golf ("Independent Directors").

### 2.  Rules and Procedures

The rules and procedures governing the meetings and other actions of the PGA TOUR Policy Board shall be as prescribed herein and in the corporate Articles of Incorporation and Bylaws of PGA TOUR, Inc.

## G.  PLAYER ADVISORY COUNCIL AND PLAYER DIRECTORS

### 1.  Player Advisory Council

a.  Eight members of PGA TOUR (Regular TOUR) shall be elected annually to serve on a PGA TOUR Player Advisory Council (the "Council") by voting members and fully exempt members of the PGA TOUR. For purposes of this section, fully exempt PGA TOUR members shall be defined as those players eligible for PGA TOUR cosponsored, open events in accordance with Article III, Section A.1.(a) through (g) of these regulations (i.e. through and including the Top Finishers of the Korn Ferry Tour category). The purpose of the Council is to advise and consult with the PGA TOUR Policy Board and Commissioner on matters affecting PGA TOUR (Regular TOUR) members.

b.  The members of the Council will be elected as follows:

(1)  Not later than ten days following the completion of the last official money event in each calendar year, the Commissioner shall mail to all eligible members a list of members of PGA TOUR finishing within the top 125 on the FedExCup Points List, Top Finishers of the Korn Ferry Tour and players eligible for tournament play pursuant to Sections A.1.a(1) through (11), A.1.a(18), A.1.b, A.1.c, A.1.d and A.1.i of Article III of these Regulations.

The list shall be arranged in seven groups of 25, in order of the FedExCup Points List followed by the Top Finishers of the Korn Ferry Tour. Players eligible for tournament play pursuant to Sections A.1.a(1) through (11), A.1.a(18), A.1.b, A.1.c A.1.d and A.1.i of Article III of these Regulations and not already listed will then be evenly distributed among these seven groups. Each eligible PGA TOUR member may vote for one player in each group of 25 who is not a Player Director of the PGA TOUR Policy Board.

(2)  Ballots shall be returned to the office of an outside auditor no later than 30 days following the date on which they are mailed to eligible members. The member who receives the greatest number of votes in each group of 25 shall be deemed elected. In addition, the player remaining with the highest number of votes from any of the seven categories will be elected as an at-large member of the Council.

The results of the election shall be announced as soon as practicable unless a tie vote in any group of 25 makes a runoff necessary, in which case the Commissioner shall promptly conduct a mail vote of all eligible members to resolve the tie and announce the results when voting is completed.

(3)   Upon completion of the election as provided above, the current Player Directors shall select eight additional members to serve on the Council. Thereafter, the current Player Directors shall nominate at least two and not more than three of the elected and appointed members of the Council to serve as Chairman. Every third year, beginning in 1992, the Player Directors shall nominate at least three and no more than five of the elected and appointed members of the Council for the purpose of serving as Co-Chairmen. Any member of the Council so selected by the current Player Directors shall be an actual voting member of PGA TOUR at the time such member is selected.

(4)   After the Player Directors have made their nominations for Chairman or Co-Chairmen of the Council as provided in Section 3 above, the Commissioner shall mail to all voting members of PGA TOUR the nominees for Chairman of the Council. Each such voting member of PGA TOUR may vote for one of the nominees for Chairman. Every third year, as referred to in Section 3, each voting member may vote for two of the nominees to serve as Co-Chairmen.

(5)   Ballots shall be returned to the office of an outside auditor no later than thirty (30) days after mailing by the Commissioner. The nominee for Chairman who receives the greatest number of votes shall be the Chairman, and the nominee who receives the second-greatest number of votes shall be the Vice-Chairman.

In those years when Co-Chairmen are to be elected, the two nominees who receive the most votes will share the position of Chairman. In those years, the Vice-Chairman shall be that member who receives the third- greatest number of votes. The results of the election shall be announced as soon as practicable unless a tie vote makes a runoff necessary, in which case the Commissioner shall promptly conduct a mail vote to resolve the tie and announce the results when the voting is completed.

c.   The Chairman (or Co-Chairmen in those years when there are Co-Chairmen) or, in his or their absence, the Vice-Chairman of the Council will be invited to attend meetings of the PGA TOUR Policy Board as an observer without a vote.

d.   A member of the Council shall hold office until December 31 of the year of his election or until he ceases to be a member of the PGA TOUR, whichever first occurs. A vacancy occurring during the year (other than a vacancy in the office of Chairman) will be filled by a vote of the Council for players in the category of FedExCup points of the retiring member. Members of the Council may be reelected from year to year.

**2.   Term of Chairman and Player Directors**

a.   A Chairman or the Co-Chairman of the Council shall hold office until December 31 of the year of his or their election. Thereafter, the Chairman, and every third

year each Co-Chairman, will automatically become a Player Director and will hold such office for a period of three years and until his successor is elected and qualified or until his earlier resignation or removal.

b.   Whenever the office of Chairman of the Council becomes vacant by reason of death, resignation, disqualification, removal or otherwise, or if the Chairman ceases to be a voting member of PGA TOUR, the Vice-Chairman of the Council (if then a voting member of PGA TOUR) shall assume the office of Chairman and shall serve for the unexpired term of his predecessor. If the Vice-Chairman of the Council is unable or unwilling to accept the office of Chairman, or is not then a voting member of PGA TOUR, the Player Directors then serving on the PGA TOUR Policy Board shall elect the Chairman from among those individuals then serving on the Council who are then voting members of PGA TOUR. The individual so selected shall serve the unexpired term of his predecessor. In such case, the new Chairman of the Council shall become a Player Director upon the expiration of his term as Chairman of the Council as provided in Section G-2a of this Article IX.

### 3.   Vacancies and Removal of Player Directors

a.   Whenever the office of any Player Director becomes vacant by reason of death, resignation, disqualification, removal or otherwise, or if such Player Director ceases to be a voting member of PGA TOUR, the remaining Player Directors shall elect a successor who shall serve for the unexpired term of his predecessor.

b.   Any Player Director may be removed at any time, with or without cause, by the vote of two-thirds of all the voting members of PGA TOUR at a regular or special meeting called for that purpose.

## H.   AMENDMENTS

These Tournament Regulations may be amended or repealed at any meeting of the PGA TOUR Policy Board by the affirmative vote of a majority of the Board, provided that at least three of such majority shall be Player Directors, provided, further, that if any member of the Board, including a Player Director, upon advice of PGA TOUR counsel or otherwise, abstains from participating in any vote to adopt, amend, or repeal any provision of these Tournament Regulations because of an actual or potential conflict of interest, the Board nonetheless may adopt, amend or repeal such provision by a vote of a majority of the disinterested directors, even if (i) such majority is comprised of no Player Directors, and/or (ii) the disinterested directors constitute less than a majority of the Board, and provided further that if any Player Directors do not vote on such change, such majority shall include at least 75 percent of the Player Directors voting thereon. The voting members of PGA TOUR shall have the power to reverse or repeal any such amendment pertaining to tournament matters by the affirmative vote of two-thirds of all the voting members.

# X.  COSTS & EXPENSES OF LITIGATION

If any member of PGA TOUR shall institute any legal action or other proceeding against PGA TOUR and such member does not obtain the relief requested in such action, such member shall reimburse PGA TOUR for all costs and expenses incurred by PGA TOUR in connection with such action, including without limitation, reasonable attorneys' fees, whether incurred in preparation of trial, at trial, on appeal or in bankruptcy proceedings.

If such member does obtain the relief requested in such action, PGA TOUR shall reimburse such member for all costs and expenses incurred by such member in connection with such action, including without limitation, reasonable attorneys' fees, whether incurred in preparation of trial, at trial, on appeal or in bankruptcy proceedings.

In the event any such action or proceeding is settled or resolved other than by a final determination of a court or other tribunal, such member shall not be entitled to recover costs, expenses or attorneys' fees against PGA TOUR unless PGA TOUR expressly agrees otherwise as part of such settlement or resolution.

# PGA TOUR POLICY BOARD MEMBERS

**Player Directors**
Jordan Spieth (2019-2021)
James Hahn (2020-2022)
Kevin Kisner (2020-2022)
Charley Hoffman (2021-2023)
Rory McIlroy (2022-2024)

**Independent Directors**
Edward Herlihy, Chair
Mark Flaherty
Victor Ganzi
Mary Meeker
Randall Stephenson

**PGA Director**
Jim Richerson, President, PGA of America

# FREQUENTLY USED TELEPHONE NUMBERS

| | |
|---|---|
| PGA TOUR Headquarters | 904/285-3700 |
| Player Commitment Line | 800/742-2244 |
| PGA TOUR Travel | 800/535-6058 |
| Tournament Players Clubs (Account Information) | 904/273-3281 |
| Tournament Players Clubs (Tee Times) | 888/877-9201 |
| PGA of America | 561/624-8400 |
| USGA | 908/234-2300 |
| LPGA | 386/274-6200 |

# NOTES

# INDEX

## A

Alchohol Policy ............................................. 61
Alcoholic Beverages, Sale by Tournament . 137
Alternates.................................................... 116
Amendments to PGA TOUR Regulations.... 146
Annual Meeting, Members .......................... 143
Anti-Doping Program ............................ 61, 129
Appeals ....................................................... 135
    Intermediate Penalties......................... 135
    Major Penalties.................................... 135
    Minor Penalties.................................... 135
Appeals Committee..................................... 136
Appearance Guarantee................................ 129
Appearance of Players ................................ 133
Arnold Palmer Award .................................... 84
Associate Regular Members........................ 138
Australasian, PGA Tour................................ 126
Autograph Policy........................................... 68

## B

Bad Weather Guidelines ............................... 52
Best Efforts................................................. 121
Byron Nelson Award ..................................... 84

## C

Caddie Regulations........................................ 56
Caddies ....................................................... 132
Cancellations .............................................. 122
Career Money List, PGA TOUR ..................... 88
Check Cashing Policy .................................... 84
Commitments........................................ 22, 113
Conduct of Players ...................................... 129
Conduct Unbecoming a Professional ......... 134
Conflicting Events........................................ 125
    Conflicting Event Release Guidelines ... 127
    Obligations of PGA TOUR..................... 125
    Obligations of TOUR Members ............. 125
Coordinated Tournament ....................... 88, 112
Courage Award .............................................. 84
Course Preparation...................................... 123
Credentials................................................... 50
Cuts, Reduction of Field ............................. 115

## D

Definitions..................................................... 88
    Approved Tournament ............................ 88
    Coordinated Tournaments...................... 88
    Cosponsored Tournament...................... 88
    Exempt Player ......................................... 88
    Invitation Tournament ............................ 88
    Official Money List, PGA TOUR .............. 88
    Open Tournament................................... 88
    PGA TOUR Tournament
    (Regular TOUR) ....................................... 88
Discipline, Penalties and Appeals .............. 133
    Appeals ................................................ 135
    Appeals Committee.............................. 136
    Classes of Penalties............................. 135
    Disciplinary Inquiry .............................. 133
Dual Commitments ....................................... 58
Dues and Fees ...................................... 24, 141
    Amateur Administrative Fees.......... 24, 111
    Annual Dues........................................... 24
    Entry Forms and Fees .................. 111, 123
    Initiation Fee .......................................... 24
    Insurance Fee ................................. 24, 111
    Limited Dues.................................. 24, 111
    Open Qualifying Fee............................... 24

## E

Eligibility for Membership........................... 137
    Life Members....................................... 139
    Minor Medical Extension...................... 138
    Past Champion Members..................... 139
    Regular Members ................................ 138
    Special Temporary Members ............... 139
    Team Tournament Winners.................. 140
    Temporary Members ........................... 140
    Veteran Members ................................ 140
Eligibility for Tournament Play ..................... 90
    Finishers beyond 125 .......................... 104
    Finishers beyond 150 .......................... 106
    Korn Ferry Tour Leading Points
    Winners ............................................... 102
    Major Medical Extension........................ 97
    Major Medical Extension, Nonexempt .. 104
    Minor Medical Extension...................... 103
    Past Champions ................................... 105

Special Exemptions ................................. 90
Special Temporary Members ................ 105
Team Tournament Winners ................. 105
Top 10 from Previous Tournament ....... 102
Top 125 ................................................. 96
Top 125-Nonmembers ............................ 96
Top Finishers of the Korn Ferry Tour .... 103
Veteran Members ................................ 106
Endorsement Policy ..................................... 72
Entry Fee ............................................ 24, 111
Entry Forms ................................... 111, 123
Equipment, Player ........................................ 56

**F**

FedExCup Points List ................................... 89
FedExCup Points System ............................. 76
Financial Interest by a Player in Another
Player ....................................................... 130

**G**

Gambling ............................................. 130, 137
Golf Cart Use ........................................ 67, 132
Grooves ......................................................... 56
Groupings ................................................... 113

**H**

Home Circuit ............................................... 125

**I**

Insurance .................................................... 111
Integrity Program .......................... 62, 130, 136
Internet Policy .............................................. 69
Invitation Tournaments .............................. 112

**J**

Jack Nicklaus Award (Player of the Year) .... 84

**K**

Korn Ferry Tour ............................................ 89
Points List, Official .................................. 89

**L**

Life Members ....................................... 96, 139
Lifetime Achievement Award ....................... 85
Litigation, Costs and Expenses .................. 147
Locker Room Fees ....................................... 133
Locker Rooms ............................................... 55

**M**

Marketing Rights ........................................ 129
Measuring Condition of Putting Greens ....... 59
Media Rights ............................................... 128
Medical Extension, Major ............................ 97
Medical Extension, Minor .......................... 103
Meetings, Player Members ......................... 143
Annual Meeting ..................................... 143
General Provisions ................................. 143
Special Meetings ................................... 143
Membership Matters ................................... 137
Mobile Device Policy .................................... 71
Money Lists ......................................... 88, 124

**N**

Nationality Policy ......................................... 48
Nonmember Qualifying .............................. 109

**O**

Obligations ................................................. 125
PGA TOUR .............................................. 125
Official Money ...................................... 88, 124
Official PGA TOUR Money List ..................... 88
One New Event Played Per Season
Requirement ............................................. 110
Open Tournaments .............................. 88, 112
Opposite Event Policy ................................... 56

**P**

Pace of Play Policy ....................................... 62
Past Champions ................................. 105, 139
Payments to Players ..................................... 75
Payne Stewart Award ................................... 85
Penalties, Classes of ................................... 135
PGA European Tour ..................................... 126
PGA Tour of Australasia ............................. 126
PGA Tour of Southern Africa ...................... 126
PGA TOUR Policy Board ............................. 144
Player Advisory Council .............................. 144
Player Directors .......................................... 145
Term ...................................................... 145
Player/Family Dining Policy .......................... 58
Player Identification ..................................... 50
Player of the Year ........................................ 84
Playoffs ...................................................... 124
Policy Board, PGA TOUR ............................ 144
Postponements .......................................... 122
Practice Area Policy ..................................... 68
Practicing ................................................... 131

Prize Money ..........................................70, 124
Pro-Am Events ............................................117
Public Attacks .............................................130
Public Comments .......................................130
Purse Distribution Formulas .................51, 124

## R

Reduction of Fields.....................................115
Registration, Personal ................................113
Regular Members ........................................138
Reinstatement of Membership ...................142
Rookie of the Year Award.............................84

## S

Signs and Banners.......................................137
Special Exemptions .......................................90
Special or Coordinated Events....................112
Special Temporary Members ..............105, 139
Sponsor Exemptions .....................................93
Sponsor Value Program ..............................117
Starting Fields.............................................112
Starting Strokes............................................80
Starting Times ............................................115
Substitutions and Alternates......................116
Suspension of Play...............................55, 122

## T

Team Tournament Winners.........................105
Telephone Numbers .............................22, 148
    Eligibility/Commitment...........................22
    Frequently Used....................................148
Temporary Members ...................................140
Termination of Membership........................141
Top 125 Players.............................................96
Tournament Responsibilities.......................137
    Alcoholic Beverages, Sale of ................137
    Financial Responsibility........................137
    No Gambling .........................................137
    Signs and Banners................................137
Tournament Responsibilities
Agreement ....................................................89

## U

USGA Rules of Golf.....................................131

## V

Vardon Trophy...............................................84
Veteran Members ...............................106, 140
Voting Membership .....................................140
    Eligibility ..............................................140
    Reinstatement.......................................142
    Retention of Voting Membership ..........141
    Special Privileges..................................141

## W

Withdrawals ................................................121
Worthless Checks........................................130
Wyndham Rewards Top 10 ...........................82

# EXHIBIT 13

# PGA TOUR POLICY BOARD
## INDEPENDENT DIRECTORS



# ED HERLIHY, CHAIRMAN

**Partner, Wachtell Lipton, Rosen & Katz**



# MARK FLAHERTY

**Former Vice Chairman, Wellington Management Company**



# VICTOR GANZI

**Former President & CEO of Hearst Corporation**



# MARY MEEKER

**Partner, Bond Capital**



# RANDALL STEPHENSON

**Executive Chairman, AT&T, Inc.**

## PLAYER DIRECTORS



# JAMES HAHN



# CHARLEY HOFFMAN



# KEVIN KISNER



# RORY MCILROY



**PGA OF AMERICA DIRECTOR**



# JIM RICHERSON

# PGA TOUR CHAMPIONS DIVISION BOARD

**PLAYER DIRECTORS**



# STEVE FLESCH



# JEFF MAGGERT





# SCOTT PAREL



# DAVID TOMS

# EXHIBIT 14

8/1/22, 4:57 PM
Bryson reveals the cut-off point on money list where players make an annual loss on Tour – GolfWRX
Case 5:22-cv-04486-BLF Document 2-4 Filed 08/03/22 Page 169 of 210





NEWS    EQUIPMENT    INSTRUCTION    WHATS IN THE BAG    FORUMS    CLASSIFIEDS

**19TH HOLE**

# Bryson reveals the cut-off point on money list where players make an annual loss on Tour

Published 10 months ago on Oct 8, 2021
By **Gianni Magliocco**



With the prize money on the PGA Tour rising all the time, the world's best take home more money than ever, but you may be surprised by just how thin a line it is from being comfortable to making an annual loss.

Speaking on the **Full Send podcast this week**, Bryson DeChambeau revealed that any player outside of the top 165 on the Tour's money list is losing money every year.

Asked to breakdown why that is, Bryson explained how as independent contractors, life is very costly on Tour:

> **"We're independent contractors. We've got to pay for all of our expenses—every hotel we have to pay on our own, food etc. You do everything yourself. And you've got a family to feed. And you're missing cuts. And when you miss a cut, you make nothing.**

Case 5:22-cv-04486-BLF Document 2-4 Filed 08/03/22 Page 170 of 210

## You think it's great (on Tour), but once you start getting into the nitty-gritty and it's your livelihood, it's a very interesting scenario."

Bryson added that players in the top-125 in the money list are having *"a great life"*, but that he feels *"so bad"* for the guys 165 and up, and those also on the Korn Ferry Tour.

The 28-year-old admitted that it *"depressed"* him when he missed his opening 14 cuts on Tour but that he was fortunate to have sponsors and explained what the gruelling process is for players struggling to find their best stuff on Tour.

*"When you go an do these three-week stints, and you miss all three cuts, and you're grinding Monday, Tuesday, Wednesday, and you go Thursday and Friday and miss the cut, and you got the weekend off, but you're still grinding Saturday, Sunday because you've got to get good for the next week. And you still can't find your game, and you're still not doing well because there are so many players that are way better than you, and you're still missing cuts."*

To put Bryson's statement into context, the 166th player on the 2020 PGA Tour money list made $486,337 in earnings, which shows that, if accurate, earning half a million dollars on Tour each year likely only allows a player to break even.

You can check out the entire episode of Bryson on the Full Send pod ***here.***

Your Reaction?



| LIKE | LEGIT | WOW | LOL | IDHT | FLOP |
|------|-------|-----|-----|------|------|
| 1264 | 253 | 233 | 86 | 50 | 45 |

| OB | SHANK |
|----|-------|
| 41 | 225 |

# EXHIBIT 15



| Rocket Mortgage Classic Detroit Golf Club | **1** 🇺🇸 Tony Finau  -26  4 -26 | **T2** 🇺🇸 Patrick Cantlay  -21  4 -21 | **T2** 🇺🇸 Cameron Young  -21  4 -21 | **T2** 🇨🇦 Taylor Pendrith  -21  4 -21 | **5** 🇩🇪 Stephan Jaeger  -20  4 -20 |
|---|---|---|---|---|---|

FULL LEADERBOARD ›

☰  **Golf Digest**                    🔍  **LOG IN**

NEWS & TOURS

# Pros, officials discuss PGA Tour's future in players meeting

By **Dan Rapaport**  |  *February 22, 2022*



Icon Sportswire

**P**GA Tour players and officials discussed a number of topics regarding the tour's future in a mandatory players meeting on Tuesday ahead of the Honda Classic at PGA National.

According to a player in attendance, commissioner Jay Monahan spent roughly the first 10 minutes discussing the rumored Saudi-backed golf league. In addition to reiterating the position that anyone who signs with the league would not be welcomed back to the tour, Monahan

continued to portray the upstart circuit as being focused just about money.

"He basically was talking like it's not going to happen, and that it's time to move on and stop talking about it," the source said.

**MORE: What Phil Mickelson gets wrong about the PGA Tour's media rights**

After Monahan spoke, other senior tour officials were made available for a question-and-answer session. Topics discussed included potential changes to the fall schedule, which could be put in place for 2023.

One proposal, **initially laid out at last week's Player Advisory Council meeting in Los Angeles**, would feature a series of events played internationally that would include the top 50 finishers in the prior season's FedEx Cup. Simultaneously, players outside the top 50 would be able to play in a separate group of tournaments, but these events would not count toward the following year's FedEx Cup points race.

Driving the conversation regarding a restructured fall schedule is the desire among top players to have a more defined offseason. The source said that the rank-and-file players generally agreed that golfers need a more extended break, and that separating any fall events from counting toward the FedEx Cup would allow players greater flexibility with setting their schedules.

"After Patrick Cantlay won the FedEx Cup, he and Xander Schauffele went to Napa just for fun—not to play in the tour event there," the source said. "Those are not good optics. Guys should want to play in tour events."

**MORE: Our picks for the top performers of the West Coast Swing**

A common theme throughout the meeting was players expressing their desire for more transparency as far as the tour's financials and dealings. Players were told that purses will continue to rise—the Players Championship will likely rise from $20 million to $25 million by 2025—and that they should expect major championships to keep pace with the Players' purse increases.

The upcoming Netflix documentary series was also brought up, with a number of players expressing concern over who and what will be shown. Players were told that they would not be recorded without their consent and that the tour plans to send a memo to players laying out guidelines for how the show will proceed.

Tour officials also told players that the results of the controversial Player Impact Program are close to being finalized.

One topic that was not discussed was **the statement from Phil Mickelson** in which he apologized for his Saudi golf league comments published last Thursday. The statement was released during the meeting. A question about it was asked to officials, but they had not seen Mickelson's statement and thus did not comment. The source said that once the question was asked, players immediately took to social media to read the six-paragraph statement.



# NEWS & TOURS

The sharpest analysis and best writing on golf's most important stories.

| Email Address * |

**SIGN UP**

Will be used in accordance with our **PRIVACY POLICY**

▍ TRENDING NOW



**NEWSLETTER**
Sign Up
**SECTIONS**                                                                    ⌄
**SUPPORT**                                                                     ⌄
**SERVICES**                                                                    ⌄
**SOCIAL**



**MAGAZINE**



USE OF AND/OR REGISTRATION ON ANY PORTION OF THIS SITE CONSTITUTES ACCEPTANCE OF OUR VISITOR AGREEMENT (UPDATED 1/1/20), PRIVACY AND COOKIES NOTICE (UPDATED 1/1/20) AND CALIFORNIA PRIVACY NOTICE. IF YOU ARE A CALIFORNIA RESIDENT AND WOULD LIKE TO EXERCISE YOUR RIGHT TO OPT-OUT OF THIRD-PARTY DATA SHARING, YOU MAY DO SO HERE: DO NOT SELL MY PERSONAL INFORMATION. GOLF DIGEST MAY EARN A PORTION OF SALES FROM PRODUCTS THAT ARE PURCHASED THROUGH OUR SITE AS PART OF OUR AFFILIATE PARTNERSHIPS WITH RETAILERS. THE MATERIAL ON THIS SITE MAY NOT BE REPRODUCED, DISTRIBUTED, TRANSMITTED, CACHED OR OTHERWISE USED, EXCEPT WITH THE PRIOR WRITTEN PERMISSION OF DISCOVERY GOLF, INC.

© 2022 DISCOVERY GOLF, INC. ALL RIGHTS RESERVED

# EXHIBIT 16

# Sources: Jay Monahan reacts to recent events in mandatory players' meeting

*By  Rex Hoggard February 23, 2022 at 7:52 AM*

Tuesday's mandatory players' meeting at the Honda Classic didn't exactly go as scripted for PGA Tour commissioner Jay Monahan, but he made his point in the 50-minute meeting.

"[Monahan] made it clear right off the top that if you're going to play [the Super Golf League] walk out that door now," said one player who requested anonymity. "He made the ban seem like it was in all capital letters."

According to another player, Monahan went on to explain that players who were considering playing the super league were being detrimental to the Tour and they would be "banned."



Monahan also told the players that his speech for the meeting had been changed by the events of the last few days. On Sunday, Dustin Johnson and Bryson DeChambeau – two of the most high-profile players who were reportedly considering playing the super league – announced their allegiance to the PGA Tour and Phil Mickelson appeared to box in himself with an interview with Alan Shipnuck on the Fire Pit Collective that included harsh criticism of both the Tour and super league.

Monahan was asked if he had seen Mickelson's statement that was released just before 4 p.m. ET on Tuesday. The meeting began at 4 p.m. and neither the commissioner nor any other Tour officials had seen the lengthy statement, which did not include any references to the PGA Tour and hinted at an extended break with Mickelson writing that he "desperately need some time away."

The commissioner was not asked any questions about the super league, according to multiple players.

# EXHIBIT 17



**Kirsten Burgess**
*Vice President, Competition Administration*

July 20, 2022

Mr. Henrik Stenson
10193 Tavistock Road
Orlando, FL 32827

Dear Henrik:

We have received your request for a conflicting event release and media release ("Release") to participate in the LIV Golf Invitational Bedminster event on July 29 - 31 in Bedminster, New Jersey, which is scheduled to be played the same week as the Rocket Mortgage Classic. The *PGA TOUR Handbook & Tournament Regulations* ("Regulations") explicitly states in Article V: "No conflicting event releases will be approved for events held in North America."

Accordingly, your request for a Release is denied, and participation in the event is not authorized under the Regulations.

Sincerely,

Kirsten Burgess

cc:     Commissioner Monahan



## <u>Conflicting Event / Media Release Request</u>

Member Name:                    Henrik Stenson

Name of PGA TOUR event:         Rocket Mortgage Classic

Name of Conflicting event:      LIV Golf Invitational Bedminster

---

ACTION TAKEN BY THE COMMISSIONER

The above request for a CONFLICTING EVENT RELEASE is:

___ (Home Circuit)     ____Approved          ____**X**_____ Denied

The above request for a MEDIA RELEASE is:

_____ Approved          ____ **X** ___ Denied

Signed:

Date:     <u>07/20/22</u>

(Commissioner or his designee) Conditions of approval if any:  <u>None</u>

# EXHIBIT 18



**Jay Monahan**
*Commissioner*

June 9, 2022

PGA TOUR members:

I wish to provide you with an update and share information regarding the current and former PGA TOUR players who are participating in the Saudi Golf League's event in London today. Thank you for your trust, patience and loyalty. We have followed the Tournament Regulations from start to finish in responding to those players who have decided to turn their backs on the PGA TOUR by willfully violating a regulation.

Simultaneous to you receiving this memo, the players (listed below) are being notified that they are suspended or otherwise no longer eligible to participate in PGA TOUR tournament play, including the Presidents Cup. This also applies to all tours sanctioned by the PGA TOUR: the Korn Ferry Tour, PGA TOUR Champions, PGA TOUR Canada and PGA TOUR *Latinoamérica*. As you know, players listed below did not receive the necessary conflicting event and media rights releases – or did not apply for releases at all – and their participation in the Saudi Golf League/LIV Golf event is in violation of our Tournament Regulations. The same fate holds true for any other players who participate in future Saudi Golf League events in violation of our Regulations.

Also in accordance with PGA TOUR Tournament Regulations, the players who have resigned their memberships will be removed from the FedExCup Points List when the official statistics following the RBC Canadian Open are posted on Sunday evening. To be clear, these players will not be permitted to play in PGA TOUR tournaments as a non-member via a sponsor exemption or any other eligibility category. For those who haven't yet resigned, we will ensure they will not negatively impact your tournament eligibility, your position in the Priority Rankings or your eligibility to compete in the FedExCup Playoffs. We will update you as we work through this process.

You probably have more questions. What's next? Can these players come back? Can they eventually play PGA TOUR Champions? Trust that we're prepared to deal with those questions, and we'll approach them in the same way we have this entire process: by being transparent and respecting the PGA TOUR regulations that you helped establish.

These players have made their choice for their own financial-based reasons. But they can't demand the same PGA TOUR membership benefits, considerations, opportunities and platform as

you. That expectation disrespects you, our fans and our partners. You have made a different choice, which is to abide by the Tournament Regulations you agreed to when you accomplished the dream of earning a PGA TOUR card and – more importantly – to compete as part of the preeminent organization in the world of professional golf.

I am certain our fans and partners – who are surely tired of all this talk of money, money and more money – will continue to be entertained and compelled by the world-class competition you display each and every week, where there are true consequences for every shot you take and your rightful place in history whenever you reach that elusive winner's circle.

You are the PGA TOUR, and this moment is about what we stand for: the PGA TOUR membership as a whole. It's about lifting up those who choose to not only benefit from the TOUR, but who also play an integral role in building it. I know you are with us, and vice versa. Our partners are with us, too. The fact that your former TOUR colleagues can't say the same should be telling.

This week, the RBC Canadian Open is a shining example of what you have created with the PGA TOUR: a star-studded field, a committed sponsor, sold-out hospitality offerings, record crowds and a global broadcast distribution. These elements are part of the TOUR's DNA, built by the likes of Jack and Arnie, furthered by Tiger and countless others – whose legacies are inextricably linked, with each other and with the PGA TOUR. This collective legacy can't be bought or sold.

Please reach out with any questions, and please know that we remain committed to you – our players – as well as our fans and our partners.

Sincerely,

*Jay Monahan*

Jay Monahan

| | | |
|---|---|---|
| Sergio Garcia* | Andy Ogletree | *Have informed the PGA TOUR that they have resigned their membership* |
| Talor Gooch | Louis Oosthuizen* | |
| Branden Grace* | Turk Pettit* | |
| Dustin Johnson* | Ian Poulter | |
| Matt Jones | Charl Schwartzel* | |
| Martin Kaymer* | Hudson Swafford | |
| Graeme McDowell* | Peter Uihlein | |
| Phil Mickelson | Lee Westwood* | |
| Kevin Na* | | |

# EXHIBIT 19

**Exhibit 19**

| | | | |
|---|---|---|---|
| **FRE 1006 Summary:  PGA Tour's Decision on Regulation Violations Was Predetermined** | | | |
| **Date** | **Speaker** | **Quote** | **Sources** |
| June 22, 2022 | Jay Monahan, PGA Tour Commissioner | "I laid out on June 9th our position on the players that had signed up for that first event, virtually all of whom made a long-term commitment to play in that series.  So one event has been played, more are to come, and I think our position there is very well-established as it relates to any players that are going to play in future events." | Transcript of "TPC River Highlands Press Conference." Brass Decl. Ex. 1a. |
| June 12, 2022 | Jay Monahan, PGA Tour Commissioner | "But we're not going to allow players to free ride off of our loyal members. . . .  The series is a group of events predominantly based in North America. So when you look at that. You realize that a player would not be able to fulfill their responsibilities as a member, and so there are two very distinctly different things, and again, I'll go to what I just said, in protecting our loyal Members, we can't allow players to free ride off of them. . . . [W]hat I'm saying is that we made a decision last week to suspend those players, and they're no longer eligible for tournament play, and that at this point is all we're prepared to talk to." | Transcript of Monahan interview at RBC Canadian Open.  Brass Decl. Ex. 19d. |
| June 9, 2022 | Jay Monahan, PGA Tour Commissioner | Tour members, including Player Plaintiffs and former members "are suspended or otherwise no longer eligible to participate in PGA Tour tournament play, including the Presidents Cup. . . .  [Tour members who played in LIV Golf] will not negatively impact your [other PGA Tour members] tournament eligibility, your position in Priority Rankings or your eligibility to compete in the FedEx Cup Playoffs." | Monahan's letter to PGA Tour Members.  Brass Decl. ¶ 26, Ex. 18. |
| May 10, 2022 | Jay Monahan, PGA Tour Commissioner | "While releases have been granted in limited circumstances for one off-events outside North America or for events outside of North America on tours based exclusively outside of North America, the event for which you have requested a release is the first in an | Letter from PGA Tour denying release request. Jones Decl. Ex. A. |

| FRE 1006 Summary:  PGA Tour's Decision on Regulation Violations Was Predetermined | | | |
|---|---|---|---|
| **Date** | **Speaker** | **Quote** | **Sources** |
| | | eight-event '2022 LIV Golf Invitational Series' season, and more than half of them will be held in the United States. In addition to the above, we simply cannot permit free riding on the investments made by the TOUR in establishing and promoting its members." | |
| Mar. 8, 2022 | Jay Monahan, PGA Tour Commissioner | "It's hard to respond to scenarios about a League that doesn't exist. And so you know, I think if a player were to-to join another league, they've made a choice to join that league and not participate on this tour.  And so you can't, I don't think it is reasonable to expect that you can cash in on the benefits of the PGA Tour while at the same time look to dismantle the organization from the inside.  So the specifics of our regs say that a player that causes financial reputational harm to the PGA Tour faces fine, suspension or disbarment. That's clear.  It's in black and white.  Those have been the rules for as long as our tour has been in existence." | Transcript of Monahan interview with Mike Tirico. Brass Decl. Ex. 19c. |
| Feb. 22, 2022 | Jay Monahan, PGA Tour Commissioner | Monahan informed PGA Tour members that any player who joined LIV Golf would receive a lifetime ban from the Tour. According to an anonymous player present at the meeting, Monahan told players that if they were going to play in the league operated by LIV Golf to "walk out that door now"  and "made the ban seem like it was in all capital letters." *See* Ex. 16. | Letter to Monahan regarding player ban; news articles reporting on player meeting. Brass Decl. Exs. 7, 15, 16. |
| Feb. 15, 2022 | Jay Monahan, PGA Tour Commissioner | PGA Tour representatives, including Monahan, informed player agents that players who play in the LIV Golf League will receive a lifetime ban from the PGA Tour. | Messages from Sergio Garcia and Kevin Canning. Brass Decl. Exs. 6, 8. |
| May 4, 2021 | Jay Monahan, PGA Tour Commissioner | Media reports that Monahan told the players that "anyone who agrees to play the new tour will be suspended immediately and 'likely' | News article reporting on player meeting. Brass Decl. Ex. 21. |

| FRE 1006 Summary:  PGA Tour's Decision on Regulation Violations Was Predetermined | | | |
|---|---|---|---|
| **Date** | **Speaker** | **Quote** | **Sources** |
| | | expelled from the PGA Tour, according to a player who attended the meeting." | |
| Mar. 10, 2020 | Jay Monahan, PGA Tour Commissioner | "Our governance system has been driven by our players and our board, and we have regulations in place that allow us to protect the interests of our media partners, our sponsors and all of our constituents, and if we got to that point in time, we would take measures to vigilantly protect this business model." | Transcript of Monahan's comments at Players Championship. Brass Decl. Ex. 19b. |
| Jan. 28, 2020 | Jay Monahan, PGA Tour Commissioner | "If the Team Golf Concept or another iteration of this structure becomes a reality in 2022 or at any time before or after, our members will have to decide whether they want to continue to be a member of the PGA Tour or play on a new series."<br><br>There will be "strict enforcement of the conflicting Event and Media Rights/Release rules" and the rules stipulating that "a member cannot have a financial interest in another player." | News article reporting on Monahan letter. Brass Decl. Ex. 19a. |
| Jan. 24, 2020 | Jay Monahan, PGA Tour Commissioner | "The impact that [the new league] could have on the PGA TOUR is dependent on the level of support it may receive from these players.  Without this support, [the new league's] ability to attract media and corporate partners will be significantly marginalized and its impact on the TOUR diminished."<br><br>"Our current Tournament Regulations provide a significant hurdle for PGA TOUR members with respect to contracting with Private Equity Golf under its proposed structure, because of the Regs prohibition against players having a financial interest in another player and its conflicting event provisions. In particular, the Tournament Regulations governing Conflicting Events | Memorandum from Monahan.  Brass Decl. Ex. 4. |

3

| FRE 1006 Summary:  PGA Tour's Decision on Regulation Violations Was Predetermined | | | |
|---|---|---|---|
| **Date** | **Speaker** | **Quote** | **Sources** |
| | | and Media Rights/Releases would be applicable. Additionally, our current Regulations prevent players from taking actions that would cause the TOUR harm (reputational or otherwise), as the Private Equity Golf structure would undoubtedly do. . . . [I]n November 2019 the Policy Board ratified a revised Media Rights/Release regulation to ensure that all golf events are unequivocally covered on a global basis, as the previous regulation was out of date with our global media presence." | |

# Jay Monahan to players regarding Premier Golf League: Us or them

*By Rex Hoggard January 28, 2020 at 2:26 PM*

The PGA Tour declined to publicly comment on reports of a potential new tour that is attempting to woo the game's stars last week, but in a detailed letter sent to players on Monday Tour commissioner Jay Monahan outlined the circuit's thoughts on the new tour.

In the letter, Monahan said the Tour has not been in contact with officials from the Team Golf Concept, which has been publicly identified as the Premier Golf League. The commissioner also made it clear that the league's proposed 18-event schedule would be a direct conflict with the PGA Tour.

"The schedule for the Team Golf Concept is designed to directly compete and conflict with the PGA Tour's FedExCup schedule, and to not conflict with [and would be in addition to] the Masters, PGA Championship, U.S. Open and The Open Championship," Monahan's statement read.

Players are limited to three conflicting event "releases" under the Tour's current regulations and the letter references "strict enforcement of the Conflicting Event and Media Rights/Release rules." The letter also warns players that under Tour regulations "a member cannot have a financial interest in another player," which is one of the fundamental features of the Premier Golf League's team ownership concept.



The topic came up at last week's players meeting at Torrey Pines and gained momentum following the release of a Q&A by Premier Golf League officials. According to the Q&A, each event would feature 48-player fields and will include $10 million purses. The league's first season could begin in 2022 or '23.

Although funding information for the Premier Golf League has been vague, Monahan's letter references "funding from Saudi interests" and adds, "We understand that Team Golf Concept is focused on securing player commitments first as they have no sponsorship or media offerings or rights."

At last week's player meeting, Monahan outlined "significant increases in prize money and comprehensive earnings over the next decade [on the PGA Tour]" as a result of new media rights deals and other revenue streams. He also appeared to draw a tough line for any players who may be interested in the Premier Golf League.

"If the Team Golf Concept or another iteration of this structure becomes a reality in 2022 or at any time before or after, our members will have to decide whether they want to continue to be a member of the PGA Tour or play on a new series," Monahan wrote.

home   jobs   contact us



about ASAP Sports    FastScripts archive    recent interviews    products

Our
Clients:                  

## Browse by Sport

- Auto Racing
- Baseball
- Basketball
- Boxing
- CoSIDA
- Cricket
- Equestrian
- Extreme
- Football
- Golf
- Hockey
- Lacrosse
- Soccer
- Swimming
- Tennis
- Track & Field
- Volleyball
- Wrestling

Find us on      


Subscribe to RSS

Click to go to
Asaptext.com   

# THE PLAYERS CHAMPIONSHIP

## March 10, 2020

### Jay Monahan

*Ponte Vedra Beach, Florida*

LAURA NEAL: Good morning, everyone. Welcome to THE PLAYERS Championship. I'd like to introduce our PGA TOUR commissioner Jay Monahan for his annual state of THE PLAYERS Championship Press Conference. I know you have some opening remarks and then we will open it up to the media for Q & A.

JAY MONAHAN: Good morning, everybody, and I do have some opening remarks. It's great to be with you today as we kick off THE PLAYERS Championship 2020. We have more than 900 credentialed media with us this week, and we certainly appreciate what you do in covering our sport and the PGA TOUR throughout the year.

I'd like to start by taking a moment to reflect on the brilliant life of Pete Dye, who designed this golf course with his wife Alice and helped elevate this championship into global prominence. When he passed away on January 9th, golf lost a visionary, a legend and a creative force. Pete's designs always challenged a player, perhaps more than any architect in history, between the ears, and his courses always demand your best efforts on every single shot.

I encourage you to take in the various tributes to Pete around the golf course this week as we pay our respects to his World Golf Hall of Fame legacy. And as we recognize Pete, I'd like to recognize several individuals here with us today, who were instrumental in the birth and growth of TPC Sawgrass and THE PLAYERS Championship.

Former PGA TOUR Commissioner Deane Beman, former PGA TOUR Commissioner Tim Finchem, Vernon Kelly, former president of PGA TOUR golf course properties, Bobby Weed, neighbor, protege and lifelong friend of Pete and the inaugural winner here of THE PLAYERS at TPC here in 1982, Jerry Pate. I'm sure you'll enjoy speaking with them today about Pete Dye and what he meant to the game of golf and their own lives.

So in preparing for today's press conference, I went back and I looked at the 2017 transcript from the first time I spoke with you here at THE PLAYERS as commissioner. At that time I spoke a lot about the path to securing the TOUR's foundation for the future, and many of you had questions about the future of our media rights, the FedExCup, the schedule, the stature of THE PLAYERS, and yes, pace of play.

In revisiting these topics, I'd like to remind you about our business model. This is a player-led organization, and as a membership organization, it's a great honor and it's awesome to have our members here back at TPC Sawgrass.


View our
e-Brochure

Our players are entrepreneurs, and they inject that spirit into everything we do as a TOUR. Yes, they have independence, but they are also world-class athletes who have a desire to bring their talents to a growing global fan base and impact the communities in which we play. That's how we're able to modernize the PGA TOUR at every turn, because of that entrepreneurial partnership and culture we've built with our members. We listen, we respond, and we grow the reach of our TOUR.

Our players want and expect us to listen, to not only them but as importantly, to our fans. What do they want from the TOUR and how do we deliver world-class golf to them in new and different ways.

Look no further than some of the changes we've made in recent years: The schedule, the FedExCup structure, the TOUR Championship format, our Discovery global media partnership, the domestic rights agreements we announced yesterday, the launch of PGA TOUR Live, every shot live this week at THE PLAYERS, gaming opportunities and our emergence on that front. These past few years have been transformative for our TOUR, our players and our fans, and we are not slowing down.

It's clear to me that we have a winning formula. It's worked for our players, our sponsors, our fans, communities, media partners for 51 years. We're growing in virtually every metric, and it's not because that winning formula remains the same. We listen, and we respond. That allows us to broaden our reach internationally, allows us to diversify our fan base, allows us to provide new and innovative ways to reach our fans, and allows us to showcase our great athletes to the world.

I'd like to address just how much progress we've made on these items and more give you an idea of where we're headed.

In 2017 year at THE PLAYERS, I was asked about the future of media rights and how this would help us better deliver the PGA TOUR to our fans. Yesterday we were thrilled to announce that we will continue our long-standing broadcast partnerships with CBS and NBC and with The Golf Channel while establishing a new relationship with Disney and ESPN+.

These partnerships put us in a position to significantly increase player earnings, deliver more value to our tournaments and sponsors, and ultimately allow us to grow our charitable footprint. It also should be viewed as a major victory for our fans, based on the elevated commitment from all four partners to help us grow and innovate that content and its delivery.

At the end of the day, when you add in our Discovery/GolfTV partnership, we now have domestic and international media rights secured through 2030, with unquestioned industry leaders. On behalf of our players and our team, thank you to these partners in responding to the PGA TOUR's desire to evolve and innovate.

We're also pleased to successfully negotiate media rights for our strategic partner, the LPGA, through 2030. With this new rights agreement, the LPGA will continue as anchor programming on The Golf Channel and will also receive expanded exposure on CBS and NBC.

Right here at THE PLAYERS in 2017, we announced a 10-year extension with our largest partner FedEx as we headed into the second decade of our season-ending FedExCup Playoffs. With this long-term agreement in place, we were able to make significant improvements in 2019 to our schedule, the FedExCup Playoff structure and the TOUR Championship scoring all to create a more compelling and engaging product for our fans, both new and existing.

It also allowed us to prioritize securing long-term relationships with our partners. We currently have 18 sponsors in place with agreements of seven or more years, and we anticipate that number will grow as we move forward. For our members, these additions meant significant growth in total compensation, with bonus money doubling from $35 million to $70 million.

We're pleased with our progress but by no means are we finished. Our existing partnerships combined with our new domestic rights agreements will allow for significant growth in our members' earnings, in the coming years, and deservedly so.

In 2017, I also outlined the many significant course and infrastructure changes to TPC Sawgrass already completed, and I detailed a multi-year plan of putting all the elements in place as we continue to elevate

ASAP Sports Transcript - 2020 - THE PLAYERS Championship - Jay Monahan

what is one of the most significant events in the world of golf. This plan included a continued growth in the purse, which we were pleased to announce at $15 million with $2.7 million awarded to our champion later this week.

THE PLAYERS Championship has the strongest field in golf, an iconic and fan-friendly venue in TPC Sawgrass that favors no particular style of player, evidenced by Rory McIlroy edging Jim Furyk by one stroke last year, and a finishing stretch that certainly ranks amongst the most exciting for fans.

Each year our PLAYERS Championship team led by executive director Jared Rice, TPC Sawgrass director of operations Jeff Plotts and the competitions pillar led by Mark Russell and Stephen Cox, continues to elevate this championship.

That elevation continues to positively affect lives in northeast Florida, evidenced by a record $9.3 record in charitable impact in 2019.

This impact is possible through the support from our players but also from our three proud partners: Optum, Morgan Stanley and Grant Thornton, and the more than 2,000 volunteers who work tirelessly throughout the year and as well as our incredible fans.

We have a fan-first mentality in everything we do as we strive to engage existing fans while creating a new and diverse group of PGA TOUR followers. Innovation through content and new ventures is a significant part of this process. This week at THE PLAYERS, every shot will be live-streamed on NBC Sports Gold to PGA TOUR Live subscribers, allowing fans to follow any player in the field for all four rounds. That's more than 32,000 shots over the course of the week, captured by more than 120 cameras throughout the course.

Our vision is to bring every shot and every PGA TOUR tournament live to our fans, and this is the first step in making that a reality.

Something else you'll see for the first time this week: The use of a drone-operated camera that will offer views of many of golf's most famous holes, giving fans a distinctly unique perspective on the action. I know NBC Sports legendary producer Tommy Roy will take full advantage of this technology, and our fans will be the beneficiaries.

Gaming: It certainly presents another significant opportunity to grow fan interest and engagement. With 21 states now having approved legalized gambling, we're ramping up engagement opportunities through our partnership with IMG Arena for data distribution globally, DraftKings for daily fantasy, DraftKings, by the way, is standing up a tiered products for PLAYERS the first time this week, and as well as our newest partner the Action Network through GolfBet, which serves to help educate and simulate the betting market throughout the U.S. and overseas.

You asked me in 2017 about pace of play and I appreciate you keeping me honest on this topic in 2018 and 2019, as well. While there was a lot of external discourse regarding pace of play during the FedExCup Playoffs last year, we had been in the process of reviewing this aspect of pace of play for the better part of 2019 and asking ourselves and our Player Advisory Council, is there a better way to do it.

We're very pleased with the additions to the policy that focus on the individual habits of players, aided by ShotLink technology, that will take effect at the RBC Heritage. Again, we listened and adapted. We think the policy will help keep the focus on our athletes and their incredible skill levels, and will present a better product for our fans, both onsite and on television.

Now, impacting lives in the communities in which we play and efforts to promote diversity, growth and health of the game, they are not side projects for us. They are part and parcel to our business, and we are committed to their success.

Charitable impact is part of the PGA TOUR's DNA and something we, our tournaments and our players take great pride in. To the tune of more than $203 million raised last year to more than 3,000 organizations. And in January we celebrated a $3 billion milestone thanks to the tournaments across our six tours.

On the participation front, the PGA TOUR has doubled down on its support of the First Tee, now in its 23rd year, as we continue to work towards ensuring those playing the game are a diverse and inclusive reflection of society. Our industry partners are doing the same with their own successful programs.

From a global perspective, we're at 93 international PGA TOUR members, from 28 countries and growing. We have highly successful PGA TOUR events in Asia, Mexico, Canada, Bermuda and the Dominican Republic, and our three international tours continue to flourish in Canada, China and Latin America. And building on the momentum of golf's return to the Olympic Games in 2016, we expect further international growth and interest with the playing of the Tokyo games this summer.

So with this winning formula, working in tandem with our players, we made a lot of progress in the last three years as we continue to build a more exciting product for our existing fans, and we're set up for success and growing and diversifying our fan base in the future. We will never stop pushing to improve all facets of our TOUR, but we're certainly proud of what we've accomplished.

Now, that was a lot more than you expected to hear from me, but I wanted to take this moment to share my thoughts in advance of answering any questions you have.

**Q. Could you address further the -- some of the things that will be changing on a weekly or daily basis -- the impact of the coronavirus on the future schedule? Do you have any plans to assist other organizations with possibly moving their championships to TOUR venues?**
JAY MONAHAN: Well, I think from our perspective, the way to look -- in asking that question, I would tell you that it started out as a task force. It's now essentially a business unit, where we have two leaders, Tom Hospel, our medical director, and Alison Keller, our chief administrative officer, who have organized a large team to fully understand the coronavirus and its implications on all facets of our business. I think it goes without saying that the health, safety, well being of our players, our fans, our tournaments, everybody that's involved in our ecosystem is of utmost importance.

So for us, we are relying heavily, as other leagues and sports and entertainment venues are, relying heavily on the World Health Organization, the CDC, but primarily given the fact that we're playing 175 tournaments over six tours, this really is about a market-to-market exercise and truly understanding what local public health officials, local government officials, what's happening on the ground through our tournament directors in every single market where we play.

Suffice it to say it's a very dynamic situation, but I'm really proud of the amount of effort and thought that's going into not only where we stand today but the commitment to continue to gain as much information as we can, and candidly the contingency plan for a lot of different scenarios, given that this is an unprecedented situation.

And as it relates to other tournaments and looking across our schedule, I would just say that we're working very closely with each of those organizations. They're part of the work that this team is undertaking, talking to those organizations every single day, on the same conference calls with various health organizations, and I think as it relates to any other tournaments and what other organizations are doing, I can't speak to it, you would have to speak to them, but at this point I think everybody is planning on moving forward full speed ahead, exercising their tournaments, but also keeping an open eye and an open mind to the information that's coming their way.

**Q. So much chatter the first few months of the year have been on this Premier Golf League. I'm just curious how many of the top players have you spoken to, can you characterize the feedback you've gotten, and can you say one way or another if a player verbally pledges support of this new league, would they be no longer TOUR members immediately?**
JAY MONAHAN: So three questions? Listen, I think it's my job and it's my responsibility to be talking to our players every single day, every single week. I do the best that I can. Being out at our tournaments and making myself accessible and listening and responding. That's what my predecessor did. That's what I do, and that's how I really -- that's my commitment as a leader of this organization.

And as it relates to the team golf concept, I certainly have talked to a number of our top players. I've talked to players across our membership, and as you recall, this is something that has been rumored for several years, so it hasn't just started of late, it's something that we've talked to our players about for several years.

If a player pledged -- you and I have a long history of hypotheticals and me not answering hypotheticals, but I would just tell you that we're encouraged by the response that our players have had in our discussions. I think that the value that we provide to our players, to our tournaments, to our fans, the news that we've just talked about, securing $12 billion in revenue through 2030, the strength and security and foundation of this TOUR has never been stronger, so that's what we're focused on. We're focused on the excellence that we want to continue to achieve with our players, and our commitment is always one to listen and to respond. That's a bridge we would cross when we get there, but going back to my earlier comments, this is a player-led organization, 51 years running. Our governance system has been driven by our players and our board, and we have regulations in place that allow us to protect the interests of our media partners, our sponsors and all of our constituents, and if we got to that point in time, we would take measures to vigilantly protect this business model.

Q. With the stuff that you've just announced obviously and the new TV deal and whatnot, how much do you feel like that strengthens you? You've talked about the fact that the PGL and the team golf thing has been around in the ether for the last few years, but it seems like it's gained momentum of late, and I wonder how much of a threat that has, for lack of a better word, that it has been to you guys, and to some degree how much does this new deal help you and guys like Rory coming out just the other day, what did that mean to you guys?
JAY MONAHAN: Well, listen, I think that it's flattering when any entity is looking at what's happening on the PGA TOUR and they see growth, they see momentum, they see a broadening reach to a larger fan base domestically and internationally, and it's no surprise that someone is coming to try and take a piece of that. That's the nature of business.

And so for us, I go back to the very point you're making, which is an astute one. When you think about free to air television, to have CBS and NBC, CBS covering 19 events through 2030 on average, NBC covering both of those partners, with a rotating commitment to cover the FedExCup Playoffs, when you have the home of golf 24/7 in the United States committing to the PGA TOUR, Korn Ferry, PGA TOUR Champions, LPGA Tour, and the great talent that sits at the Golf Channel making that commitment through 2030, and then when you add ESPN+ and the full support of the ESPN family, which when you step back and I talk of broadening our fan base, when you actually look at the numbers, the great reach that our current partners provide, with the addition of ESPN, you're talking about 50 million additional uniques that we're going to be reaching over the course of the year.

So we have the support and the commitment of those organizations through 2030, and we feel great about moving forward with them. And then to know, looking back, they happen on a one-off basis, our tournament extensions, but to have 18 tournaments with seven plus years, it gives the PGA TOUR an opportunity -- it gives us an opportunity to long-term plan. And coming back to our players and the original point I'm making, you look at the model of a player's independence and you think about what we've done here in the U.S. from a media rights standpoint, you think of what we've added with Discovery, the value of their platform in that independent model is also going to grow up significantly because we're going to be reaching a lot more people. So we feel really good about where we're going to go with purses, where we're going to go with the Wyndham Rewards Top 10, where we're going to go with the FedExCup, and our players have always had the opportunity to play for meaningful prize money and for meaningful consequence out here, and that's only going to continue to grow and will grow at a faster rate thanks to that great support that we have.

Q. Just going back to the earlier question about coronavirus, specifically is one of those organizations the PGA of America and a potential contingency of Sawgrass being able to host the PGA Championship should they have a need to move that event?
JAY MONAHAN: You know, I think -- I'll answer that question two ways. One, I've talked to Seth and Suzy a lot. Suzy is on our board. They are great partners. And like I said earlier, they are fully planning on proceeding with the PGA Championship at TPC Harding Park in San Francisco. But when you get in these extraordinary circumstances, you have to make yourself available to your partners, and you have to really work as closely together as you ever have to help each other get through this.

And so there is no plan at this point in time for the PGA Championship to be held here. It's going to be held at TPC Harding Park. But I would just pledge to you, as we've pledged to everybody else, that in all of our tournaments week to week that we've got to -- we've really got to listen and respond to the real information that we're receiving on the ground, and it's important for us to present a complete schedule,

FedExCup schedule this year. And if we can do that, that's what we're going to do as good partners to the game.

**Q. Have you spoken to Andy Gardner from the PGL?**
JAY MONAHAN: No.

**Q. Is there room for another tour in the bigger sort of world tour picture?**
JAY MONAHAN: Well, I think if -- listen, you look at the PGA TOUR and you look at what Keith Pelley and the European Tour have been able to accomplish, and you look at some of the other international tours, the professional game is performing at a very high level across the world.

We're about to get a lot stronger. We're going to continue to go strength to strength, and that's a question for you guys to answer. We need to stay focused on what it is that we can control. We think we've got a winning formula, or we know we have a winning formula, and that's something that we're now in a position to accentuate. We couldn't feel better about our position and our ability to get stronger in the decade ahead.

**Q. When Rory came out and spoke publicly, and I believe was one of the first to speak out about the league, what was your reaction? What do you think it told you about him?**
JAY MONAHAN: I would tell you that it just reminded us all of how thoughtful and thorough Rory McIlroy is. He's one of the top players in the world, and he had fully understood that model and what was being proposed, and he's lived this one.

I think his comments -- I wasn't surprised. I was certainly proud and pleased on that given day, and candidly, as I've talked to a lot of top players in my one-on-one conversations, I've heard a lot of the same. But I thought that was a moment of leadership, and that was a special time, special day.

**Q. Scott Piercy made some news recently for some social media posts. What was your reaction?**
JAY MONAHAN: My reaction was one of significant disappointment. You know, that post does not convey the values that we have as a TOUR, and certainly doesn't convey our interest in making certain that golf is inclusive for all, an inclusive sport for all, and the fact of the matter is that what -- that post itself is a violation of our policy. I'm not going to speak to the disciplinary action or the disciplinary side of this, but it's something that we take very seriously. He knows that. I think he at some point in time will address that, and the fact of the matter is that, again, it doesn't reflect who we are as an organization.

But when something like that happens, you need to use that as a teaching moment, and people need to get better and people need to understand the full consequence of something like that, and that's where our focus is on right now.

**Q. Specifically to two weeks from now in Austin, as you know they've canceled a fairly big festival there the week prior. Where does that stand? Is there any chance that that event would not go on? Can you just update us on how you're looking at that?**
JAY MONAHAN: I would say that right now, that's one of the tournaments that's on the focus list, given its proximity to where we sit right here. We are planning on -- we are fully planning on being in Austin, Texas, for the WGC Dell Match Play. We are working very closely with, on the ground, Jordan Uplegger, who is our executive director, meeting with the mayor, the mayor's staff, local public health officials, tied into our coronavirus task force. We feel like we have support to continue to move forward with the event, full support. But I would say, you used the word, any chance, or the expression, any chance. This thing is so dynamic that you just have to go hour-to-hour, day-to-day, but right now we've gotten -- we have every assurance that we'll be in Austin for the event.

And I also would add that -- you mentioned another event that was canceled, and when you see these cancellations, they happen for different factors and different reasons, some of which aren't applicable to us, and that's where, when you see that news, there was an immediate -- we started to get a number of phone calls from members of the media, from players, from our partners, and you step back and you actually look at the data, look at what's happening on the ground there, if your local public health officials feel confident that everybody can enter into a safe environment and that we're protecting the well-being of all folks on-site that we're going to move forward.

**Q. Would you describe some of the ways specifically that the viewer experience will be enhanced over the**

next nine years?

JAY MONAHAN: Yes. So you started to see a little bit of it this week with every player, every shot live. But one of the elements to yesterday's announcement that I think is very important beyond the incredible commitment we have from those partners is that, when you look at the PGA TOUR today and you look at how global our sport is, our athletes are and the media interest is, by working -- by taking greater control of the compound, by adding more feeds than we currently have on PGA TOUR Live today in the future, being able to not only provide more content here in the U.S. but also use that content internationally off of GolfTV with our Discovery partnership is one thing that I would point to and one of the things that excites us about that announcement is it's not just, we're moving to ESPN+, but we're also creating more content that can serve our global fan base.

So that's one. And then when you look at that, I talked about how we've set up where we are from a gaming standpoint and the strength of the ShotLink technology, that we invest tens of millions of dollars in each year. Now to be able to use that data and to be able to apply that not only to our platforms but potentially in the way that we stream and the way that we think about presenting our sport, again, these new deals start in 2022, we're working with our current partners now on that, but I would expect us to have more specifics on that front as we go forward.

But I just think when you look at our sport and the fact that we cover 20 percent of the shots that are out here and there are over 30,000 in a given week and we've got more and more stars representing more and more countries, it's just a chance for us to be able to showcase them more, and with new technologies emerging, it's going to be easier to do it, and we're going to have the infrastructure in place to be able to do it.

But when you -- one of the things that we've really liked about where we are is there's a spirit of -- these aren't unique deals. There's a spirit of collaboration across the partners. There's a commitment to evolve and innovating, and then there's the complete lack of complacency about where we are and where we can go, just given all the opportunities with that set of partners.

Q. You made the comment, "doubling down on the First Tee." What does that mean?
JAY MONAHAN: The First Tee -- it's actually hard to double down because it was maxed out under Commissioner Finchem as leadership from a TOUR standpoint. The one thing that we looked at was our partners in the industry have their own unique programs, but the governance of the First Tee was tied to the World Golf Foundation.

And so you had all of the golf organizations that were governing the First Tee. I think it's fair to say that the TOUR was the majority, the lead partner in the First Tee. What we've done is to take the First Tee out of the World Golf Foundation, set up the PGA TOUR First Tee Foundation, and now the First Tee is essentially a business unit. Every employee at the PGA TOUR is responsible and accountable to help grow the First Tee. We took Greg McLaughlin, who did a wonderful job running PGA TOUR Champions, he's now running the First Tee. He's built a great team. We're going to be embarking on a significant capital campaign that comes off the back of identifying what we think we need to do to change the curriculum or upgrade the curriculum and refresh it, what we need to be more technology centric with this younger generation and how we produce our content and a number of other steps that we're going to take that we think will take the First Tee with additional resources, to the next level.

Q. I just wonder what you made of Rory's thoughtful argument last week that there were too many tournaments in professional golf. That, in his words, we'd reached saturation points and were in danger of exhausting the fans.
JAY MONAHAN: Well, we have a wonderful PGA TOUR FedExCup schedule with 49 events this year, and there really are very few weaknesses on our schedule. And when you look at our model and the fact that players are independent contractors, for us putting the best tournaments forward week-in and week-out, recognizing that in our sport players like to play in certain conditions, certain markets, like to sequence their schedule differently, a lot of factors that go into the schedule that we have, and we've got great commitments from the markets where we play, and that's what's gotten us to here.

But I think when you look at -- when players -- this is not the first time we've heard this. When you're in Player Advisory Council meetings, when we're in board meetings, we're constantly looking at how our schedule is performing. I talked a lot about where we are and where we're headed, and it's been reinforced by the marketplace, but I would say that because the schedule is so dynamic for our players,

it's also as dynamic for us as leaders, and that's something that we'll continue to look at and say, what are the things that we can do to improve our schedule. But I would tell you, we feel really good about where we are today and the flexibility we have going forward.

Q. Last week Phil Mickelson was asked about Rory saying he was out of the Premier League, and Phil's response was, I don't know if I would want to give away my leverage right away like that. My question to you is, have you felt pressure from top players to use the Premier League as pressure to leverage more benefits for the top players?
JAY MONAHAN: I feel pressure from top players to continue to make sure our product is getting better and better and better, the playing opportunities they have are the best in the world, the platform we provide them is the single best platform in the world that's growing in value. So you always feel that pressure. It hasn't just started here over the last couple of months.

So I wouldn't say -- certainly this is a unique circumstance or situation, but you don't wake up and hear that and all of a sudden say, okay, we need to now start doing more. I'll take you back to where I started, which is we have a really -- we have such a great leadership team in here. We're so committed to where we are and where we're going. We're thinking multiple years down the road, and we're always thinking about our players and how we make things better for them, continue to make them better for them.

So long as we do that, I think we are going to continue to succeed.

Q. Once the dust settles on the health aspects of the coronavirus, the economic aspects are going to be long out there. Obviously you're a corporate-driven organization. How does that concern you over the short-term and the long-term, A; and B, the current sponsors you do have, if in fact there was a need in some way, shape or form for concessions from you, would you be willing to do that as a partner?
JAY MONAHAN: Well, I wasn't at the TOUR -- I joined the TOUR in 2009, and one of the most impressive things I experienced was the way Commissioner Finchem and the leadership team at the time assessed what was a deteriorating economic environment. And the strength of this organization, given the incredible impact that we have in the communities where we play, is not such that a tournament or a sponsor is looking generally to leave the marketplace or to leave their tournament. We have so many that have been there for 10 or more years.

But you have to always be aware of your surroundings. You always have to be aware of the environment. And so to answer your question, if a sponsor is challenged or a sponsor needs us to be open-minded relative to things that we can do to help them, we will always be that way.

But I point to the fact that one of the reasons that we've built up the reserves that we have, that we have the strong financial underpinning we have is that so when you get to a situation like that, we continue to proceed with the schedule that we have and the tournaments that we have, and we would get to the back end where we are today with even stronger partnerships than we currently have.

But hopefully that answers your question, that it would be -- in that situation, it's very dynamic and you take each conversation on a one-off basis.

Q. In regards to the Premier Golf League again, in the aftermath of all of this, there's been a lot of things proposed as ways of helping the so-called top-name players, the top-marketed players. Could you ever see appearance fees being allowed or some sort of a marketing pool used to sort of enhance their situation?
JAY MONAHAN: I would tell you that going back to the fact that we're in a position here where, starting in '22, you've got -- we've got a meaningful increase in the overall dollars that we're going to be allocating, that we're going to look at all facets of our business model, and I think that you look at where we're going to be from -- and I'm excited to one day share with you where we're going to be prize money-wise, Wyndham Rewards Top 10, where we're going to be with the FedExCup. But I think you have to be mindful of where do we need to be 10, 15 years from now, and to say that we're going to -- that we're looking at appearance fees at this time would be premature. We just had a board meeting last week where we finalized where we're going to be with our media rights and where we think we're going to go from an allocation standpoint and we'll rely quite heavily on our Player Advisory Council and our governance process to decide how to look at the next 10-plus years.

Q. Can you share where you think you're going to be?

JAY MONAHAN: I think we'll be –– listen, here we were excited to move to a $15 million purse. I see us getting to $25 million, and I see that certainly through the term, if not earlier in the term. I think when you look at the Cup, when we were here in '18 we were at $35, we move it to $70, 60 plus the 10 with the Wyndham Rewards Top 10. There's a day in the not–too–distant future where that Cup will be worth significantly more, perhaps $100 million or more. That's not a commitment, but that's, generally speaking, the kind of growth that I expected for us to see for our athletes.

Q. I also wanted to ask you what you see as the future of the Hall of Fame, specifically the building structure.
JAY MONAHAN: Well, we have a big meeting tomorrow from 10:00 to 12:00 where we'll select the 2021 class, and then as it relates to the building and the structure, we are committed to being in that building through 2021. We are looking at, with Greg McLaughlin's leadership and my industry partners or our industry partners, what life looks like continuing in that building, and then what all of our options are as we go forward.

I think that building has served the Hall of Fame exceedingly well in St. Augustine and may continue to be the case, but with the world changing and the world, the way people consume media, consume content, we want to make certain that we come out the back end of this that we've done everything we can to celebrate the incredible accomplishments of everybody that's in that Hall of Fame, so we're looking at a lot of different options, and we haven't settled on where we're going to be at this point.

Q. Everyone is going to be driving by the new headquarters building on the way in this week. Can you just update on the status of that, when you expect to be moving in and also when you might be adding some of the jobs that were promised with that?
JAY MONAHAN: We will be in that building on January 1st, maybe 2nd or 3rd, whenever we come back in the new year. I would tell you that we don't start adding jobs when we go into the new building. We've been adding jobs to grow and diversify our fan base and our technology business and platforms, adding jobs in our tournament business affairs group to support the work we do with all of our tournaments across all of our tours. We've done that over the last couple years. We're going to continue to do that as we go forward, and we feel very confident that the commitments that we made to the community will be honored. And we're really excited to go from 17 buildings in this town, and you think of the moment that Deane came down here and played across the street in the Father–Son, did not –– had an opportunity with Sawgrass Country Club, he and the board decided that wasn't the right opportunity, and then he negotiated long and hard for the dollar that he spent to have the opportunity to build this unbelievable property. But they started in a condo, which led to three condos, and now that three condos has gone to 17 different locations in Ponte Vedra.

When you think of a global organization with all the resources that we have, everybody being in the same building, one culture, it's such an exciting time for the organization, it's something we can't wait to get to, and Deane, Tim, thank you for getting us here.

Q. There's a great picture of Tiger from last year over your right shoulder, and I know it's great to have his participation, but given the great young influx of talent and all the different names that are a part of the game now, how has the TOUR's dependence on his participation changed?
JAY MONAHAN: Well, listen, any time you have Tiger playing, not only does it make an impact on golf fans and core golf fans, it makes –– it reaches all tentacles of the sports marketplace worldwide. He is a global icon. As we sit here today, his presence, his excellence, what he's been able to accomplish over the last couple years, obviously we're disappointed he's not here this week, but he told you all, I think the expression was the new normal, and he used it 18 to 24 months ago. And I think him being smart about understanding his body and only playing when he thinks he can win is the new normal.

But in terms of our dependence, Ben Crane said it best: He said, when Tiger Woods –– when young kids started watching Tiger Woods, they stopped playing baseball, football, hockey, and they started playing golf, and now he's out here and he's competing against the very athletes he created. And so his presence is here, literally, even if he's not here playing in the tournament.

And the way I look at Tiger is that will always be the case. His legacy is something that will always be celebrated the next 30, 40, 50 years or in perpetuity, and his impact, it's all around this property.

Q. We have quite some presence and partnership in countries like China, Korea and Japan where the

coronavirus is highly affecting them. Has it ever been on your agenda to start some initiative and charitable campaign to help the local government and the people, especially we've seen some other sports and organizations, like NBA, they have done a lot to help them and also like growing the presence in international markets is one of the things you talk about a lot.

JAY MONAHAN: Yes. Well, you know, obviously one of the things that we did right away was to postpone the start of our PGA TOUR China Series Qualifying School and the start of that season. I think for us, recognizing that we're going to be in the marketplace later this year hopefully, and with our people on the ground, there are a number of things that we're doing to support our employees and there are a number of things that we'll be doing to support everybody on the ground. That's part of the DNA of this organization.

So I feel really good about where we are and what we'll continue to do to be supportive on that front, and any time you get into a situation like this where there's a worldwide -- you've got worldwide impact, generally speaking, we feel really good about the story we can tell when everything is said and done. We're less vocal about what we've done up front, but I feel very good about what we're doing.

Q. Going back to the TV deal for a second, one of the elements of that was the TOUR taking on production responsibilities. Two questions about that. Why, and secondly, what that means for golf on television, sort of what it looks like going forward.

JAY MONAHAN: I think the simplest way for me to answer it is, a couple years ago, we were in business with NBC, The Golf Channel and with CBS. We had Discovery and you built a direct-to-consumer platform in every market ex–U.S. and now we're placing our rights as they come up market to market. We're producing a lot more content than we've ever produced internationally.

You add the expanded partnerships with CBS, NBC, Golf Channel, you add ESPN+, and you add the fact that our fans are seeking more content, what we decided, and Rick Anderson and his team did a wonderful job of identifying this, and candidly our partners have been great in responding and adapting to it, is that we're going to need to produce more content, and we need to have a singular look at how we do that, given the commitments we have across a number of partners, including our own platforms.

So that's why we've done that. It gives us a greater ability to effect that and honor the commitments we have in this extraordinary period of time that we're in.

Q. One of the most recent major discussions has been on the bifurcation of the golf ball. It's been discussed for over 10 years by the USGA and the PGA. Now, this weekend we're going to have warm weather and we're going to have firm fairways, and your TV announcers are going to say the ball just went 340 yards. The USGA is going to come back and say, the ball is going too far. Do you have any thoughts on that?

JAY MONAHAN: Do I have any thoughts? I would say, first of all, the USGA and the R&A, I commend the work that they did, stepping back and fully assessing the subject of distance. We are, as an industry partner, we're committed to the process that they've outlined. And not only committed, we're fully invested in it, and we want to make certain that, not only are we invested in it and understanding all the various options that they're thinking about, but we're also looking at it selfishly from the perspective of what's in the best interest of PGA TOUR and also what's in the best interest of the game.

So for me to take a position before that process has started and before we've been into more formal discussions I think would be getting ahead of the process itself. But I think it's pretty obvious, when they sent out the report and they introduced the concept of exploring a local rule, that spooked a few people out. So we need to all get together, get in a room and really understand this subject, all of its implications and be good industry partners, and that's what we plan on doing.

Q. Does that include the ball manufacturers and the cost it's going to be to a ball manufacturer to change --

JAY MONAHAN: Well, the Vancouver protocol very specifically states that it will. We've got great partnerships with all the manufacturers, and they're going to be a part of the process. We're also going to continue to talk to as many people that are impacted and affected by this industry, so that we're as fully knowledgeable as we can be.

Q. If the tournament can't be held in Austin, would the WGC just be canceled or is there a backup place in plan now?

JAY MONAHAN: Well, as I said earlier, we fully expect that the tournament will be held in Austin. That tournament is two weeks away. We're all in and making certain that we're able to operate that event.

Now, there are various iterations or there are different ways of operating an event based on the circumstances in terms of fan involvement and how we operate the event, but we're still confident that we'd be able to operate the event.

LAURA NEAL: Any parting thoughts before we head out?

JAY MONAHAN: Well, I would just say thank you, as I said up front, to everybody in this room. I think about how our organization continues to evolve. I think about the strength of our membership and the strength of our athletes and our tournaments and where we are, and I just couldn't be more excited to walk forward into the next decade with all of you here and to work to grow the greatest game on the planet. So thank you very much.

**FastScripts Transcript by ASAP Sports**



**About ASAP Sports** • **FastScripts Archive** • **Recent Interviews** • **Captioning** • **Upcoming Events** • **Contact Us**
FastScripts | Events Covered | Our Clients | Other Services | ASAP in the News | Site Map | Job Opportunities | Links

**ASAP Sports, Inc.** | T: 1.212 385 0297

**Exhibit 19c**

**Transcript of "On Norman, Phil and bans: Monahan talks with Tirico"[1]**

**March 08, 2022**

| | |
|---|---|
| Mike Tirico | [00:01] The Greg Norman letter were 12 days removed from Norman, sending it. What was your first reaction when you saw it? |
| Jay Monahan | [00:07] Well, I received the letter at the same time that everyone else received the letter, and I thought that was an interesting way to go about it. But-but to me, you know read-read the contents of the letter and I think it's important for everyone to know that the PGA Tour, which is 50 plus years in existence, the rules and regulations of the PGA Tour have been written by the players for the players. And we know our regs inside and out. We're confident in them and I'm confident in my ability to administer them. So to me it was. You know, I'm focused on our business and the things that we control. And couldn't be more excited about where we are and where we're headed. |
| Mike Tirico | [00:53] Have you spoken whether formally or informally with Greg? |
| Jay Monahan | [00:56] I've not. |
| Mike Tirico | [00:58] Would you like to? |
| Jay Monahan | [01:01] Uh, no- no, I-I think I think we're both going down our-our-our own paths I'm-I'm focused on the PGA Tour and-and what we can do to continue to grow, you know, grow our business and they're going about things trying to accomplish what they're trying to accomplish. |
| Mike Tirico | [01:18] Question of the letter and the first paragraph, it-it says. Lifetime bans in there. Lee Westwood said in the players meeting that you didn't use that term, can you set the record straight? What would the punishment be if a player defected? |
| Jay Monahan | [01:36] Well, Mike, it's hard to respond to scenarios about a league that doesn't exist. And so you know, I think if a player were to-to join another league, they've made a choice to join that league and not participate on this tour. And so you can't. I don't think it's reasonable to expect that you could cash in on the benefits of the PGA Tour while at the same time look to dismantle your organization from the inside. So the specifics of our regs say that a player that causes financial reputational harm to the PGA Tour faces |

[1] *On Norman, Phil and bans: Monahan talks with Tirico* (Golf Channel television broadcast Mar. 8, 2022), available at https://www.golfchannel.com/video/jay-monahan-addresses-greg-norman-phil-mickelson-super-golf-league.

fine, suspension or disbarment. That's clear. It's in black and white. Those have been the rules for as long as the tour has been in existence.

Mike Tirico       [02:18] is that at your discretion as Commissioner?

Jay Monahan    [02:19] It is.

Mike Tirico       [02:21] There was one line in the letter that said this is just the beginning. It's certainly not the end. How did you take that?

Jay Monahan    [02:27] It's just, it's just the beginning for the PGA Tour. I mean, I look at the future that we have and. You know, as we come into 22, the fact that NBC Golf Channel, CBS, ESPN Plus, Discovery and we've gone through the record number of title sponsor renewals over the past two years. Extended longer term than we've ever been before. Our players have spoken and they have expressed their loyalty and commitment to this organization. And with all that as backdrop to me, it's all about what are we going to create going forward as good as things are today. I have a vision and a purview into what they can be in the future, and that's what excites me.

Mike Tirico       [03:06] Can you give me a sense of what that player meeting was like at Honda? Because obviously there's been so much conversation. Are you with us or you're with them? You, from what I've heard, gave a very direct message to the guys. Essentially saying that what was the reaction you got from the members of the PGA Tour in the room?

Jay Monahan    [03:27] We got a round of applause. And. You know the message was it's-it's time to move on. We've had enough distractions. There's too much momentum behind the tour, too much for us to accomplish, to be distracted. And it's been going on a long time. And here we are. You know we're at the Honda Classic, moving into the Arnold Palmer Invitational. Come into players moving into our season of championships. The game is as strong as it's ever been. And we need to. We need to continue to drive forward to support this tour and support this game together. And-and that was the message. And it's a message I've delivered in a lot of one on one conversations, but I just felt like it was the right time to deliver it to the membership. And candidly so many of our players had already spoken. And-and had made their loyalty and made their commitments known. And so to me. Having the support of our players and-and also recognizing that let's it's time to move on, it was the right message to deliver on that night.

Mike Tirico       [04:38] When the ties to Saudi Arabia with Phil Mickelson's quotes and I'll get to Phil in a minute, when those came up, there entered the conversation. The term sports washing entered the conversation, and that's something that we became very familiar with in China, right? And using sports to cover up other things that are happening in the geopolitical space for our country, I know the PGA Tour. Had a China tour PGA Tour China. I know that has

been dormant with COVID a lot of the sports have stopped over there. Will you look at the PGA Tour's relationship with China as you go forward here in the next six twelve, eighteen months?

Jay Monahan [05:16] Well, we haven't to the point we haven't been able to play in China for two years because of health and safety as well as travel restrictions and so and-and right now it's unclear when we would be able to return and the way that we've been present in China is with. WGC HSBC champions and PGA Tour. China, and so. When it's clear that we can play, I think you have to look at the overall geopolitical environment and take that into account as you think about where you're going to play in the manner in which you're going to do it. But at-at this point, we don't have that possibility in China.

Mike Tirico [05:53] So Tiger is going in the Hall of Fame on Wednesday. There's no question that Tiger is the biggest impact guy of his generation. Phil Mickelson, second. Reached with the fans success on the golf course. All of that, when Phil made his statement. How did you react to seeing somebody who's been such a big part of the tour? Have those direct comments about the tour and its leadership?

Jay Monahan [06:21] Well, I was disappointed. Was very disappointed. Then several days later he came out and-and he said that. He wanted to step away and he wanted to take time to reflect. And I'm going to honor and respect that. That request and honor and respect the statement that he made. And at some point in time when he's ready to return to the PGA Tour, we'll have a conversation. But again, I think it's important that he has the time that he needs to get there, and so that's. You know, that's kind of where that's how I look at it.

Mike Tirico [07:01] If he wanted to play here this week, could he have played?

Jay Monahan [07:06] No, he chose to step away. To be able to spend the time to reflect so it's moot.

Mike Tirico [07:15] But that's not something that the tour had a stop sign up that you can't play here this week.

Jay Monahan [07:22] There's no stop sign up.

Mike Tirico [07:24] Is there a place for him to come back?

Jay Monahan [07:27] There's always a place Mark. And I look at. I look at Phil as a player who. Over 30 plus years, won 45 times out here. Is, a players champion is a World Golf Hall of Famer. Then again, when he's ready to have a conversation, we'll have a conversation, but I would never close the door. On anybody. And while I might be very disappointed in what he said at the end of the day, he's also given an awful lot to this organization and this game, I have to always be open to that conversation.

3

| Mike Tirico | [08:04] This has not been an easy stretch. Two very recognizable names in the game have challenged what the-what you represent here as a tour. What's your message to the golf fan out there who wonders, what's the health and state of the PGA Tour? As we get set for your flagship tournament here. |
|---|---|
| Jay Monahan | [08:26] PGA Tour is the strongest it's ever been, and it's going to grow faster over the next 10 years, than it has than any other point in its history, and we got the greatest players in the world who are committed to this tour. And there is no limit to what can be accomplished, not only as a PGA Tour, but for this game. |
| Mike Tirico | [08:45] And you believe they're committed to this tour? |
| Jay Monahan | [08:46] I-I-I believe it, and I know it. And couldn't be more excited to-to move forward with them and to take the PGA Tour to new heights, and to have our fans come along for an incredible journey. |

**[End of transcription (0:09:00)]**

**Exhibit 19d**

**Transcript of "Jay Monahan joins CBS booth to discuss state of PGA TOUR at RBC Canadian"[1]**

**June 12, 2022**

Jay Monahan:     [00:20] It's been an unfortunate week, that was created by some unfortunate decisions.  Those decisions being players choosing to violate our tournament regulations. And me then sending out a communication or communicating to our Members, something that I never want to communicate to our Members, but it's my job to protect, defend and celebrate our loyal PGA Tour members, our partners and our fans. And that's exactly what I did, and I don't think it was a surprise to anybody given how clear I had been about how we were going to handle this situation.

Jim Nantz:     [00:59] with the suspensions that you issued on Thursday, I think. There's so many questions here. People have one of the most prominently is some people don't understand why the players can't do both. Why can't they play on the PGA Tour and at the same time play the live golf events? If they're a member or otherwise?

Jay Monahan:     [01:16] Like I guess I would answer the question by asking a question and that is why do they need us so badly?  Because those players have chosen to sign multi year lucrative contracts to play in a series of exhibition matches against the same players over and over again. You look at that versus what we see here today and that's why they need us so badly.  You've got. true pure competition, the best players in the world here at the RBC Canadian Open.  With millions of fans watching and in this game it's true and pure competition that creates the profile and the presence of the world's greatest players. And that's why they need us. That's what we do. But we're not going to allow players to free ride off of our loyal members, The best players in the world.

Jim Nantz:     [02:15] OK, some would say then why, as recently as February, there was an event in Saudi Arabia and you granted permission for players to be able to compete in that event. And can you explain why this is any different than that?

Jay Monahan:     [02:29] Well, they are two different things that the Saudi International was an individual event recognized by a sanctioned tour. The series is a group of events predominantly based in North America. So when you look at that. You realize that a player would not be able to fulfill their responsibilities as a member, and so there are two very distinctly different things, and again, I'll go to what I just said, in protecting our loyal Members, we can't allow

[1] *Jay Monahan joins CBS booth to discuss state of PGA TOUR at RBC Canadian* (PGA Tour video Jun. 12, 2022), available at https://www.pgatour.com/video/2022/06/12/jay-monahan-joins-cbs-booth-to-discuss-state-of-pga-tour-at-rbc-.html.

players to free ride off of them.

| | |
|---|---|
| Jim Nantz: | [03:05] OK, some have called it the Saudi Golf League instead of the live golf series is is how big of an issue is it where the money is coming from? As far as that tour? |
| Jay Monahan: | [03:16] It's not an issue for me because I don't work for the Saudi Arabian government. But it probably is an issue for players that chose to go and take that money. And. I think you have to ask yourself the question Jim. Why? Why is this group spending so much money? Billions of dollars, recruiting players and chasing a concept with no possibility of a return? At the same time, there's been a lot of questions. A lot of comments about. Growth of the game. And I ask how is this good for the game that we love? |
| Jim Nantz: | [04:06] There is no vehicle for these players that have defected to ever come back to the PGA Tour. You're saying? |
| Jay Monahan: | [04:13] no, what I'm saying is that we made a decision last week to suspend those players, and they're no longer eligible for tournament play, and that at this point is all we're prepared to talk to. We'll see how things continue to develop as we go down the road here. |
| Jim Nantz: | [04:30] I'm going to ask about this. There was a story that was first reported, In the New York Post yesterday by Brian Wacker about a 9/11 coalition of families and survivors of the 2001 terrorist attacks. 9/11 Families United sent a letter to the representatives of Phil Dustin, Bryson Reed and others quote expressing their outrage towards the golfers for participating in the new league and accusing them of sports washing and betraying the United States in quote, that's gotten a lot of steam over the last 24 hours. That story first reported again in the New York Post. How much did you talk to your players about the possible ramifications if they sign on with the new league? |
| Jay Monahan: | [05:15] Well I've talked to players. I've talked at a player meeting and I've and I've talked to a number of players individually for a long period of time. And I think you'd have to be living under a rock to not know that there are significant implications. And as it relates to the families of 9/11, I have two families that are close to me that lost loved ones and so my heart goes out to them. And I would ask, you know, any player that has left or any player that would ever consider leaving, Have you ever had to apologize for being a member of the PGA Tour? |
| Jim Nantz: | [05:56] How about the four majors? I know you're in contact with them. What do you expect they're going to do? |
| Jay Monahan: | [06:03] Well the major championships are operated independently from the PGA Tour, the PGA Championship has made its position known, and from my standpoint, I'm going to spend all my time focused on our membership and our broader tournament schedule. Those decisions are up to them. |

Jim Nantz:           [06:22] Another thing is going to be, I think, really critical here is official World Golf ranking points right now. The Liv Golf series does not get any points, which of course, Down the line could cost these players that think they're going to be playing in majors down the road, It could cost them that opportunity. Where do you think that's headed?

Jay Monahan:        [06:42] Well, You know when you look at the World Golf ranking, yes there are no points on that series. There's a process that you go the process you go through. There's specific criteria. And that's adjudicated by the official World Golf Ranking Board, but those ranking points are, you know, a critical element to why the best players in the world are out here playing in this pure and true competition against the depth of field that we have.

Jim Nantz:           [07:17] Just where does the PGA Tour go from here on this day is it seems to change by the hour. What's happening?

Jay Monahan:        [07:25] We're constantly evolving and I couldn't be more excited about where we go from here, Jim. You know, I've talked about the fact that we're going to grow faster over the next 10 years, and we have at any point. In our history, you look at this incredible group of young, talented international emerging members playing at the highest level of the game to a cadre of supporters from our media partners to our corporate partners to our community partners. The fact that we're welcomed in every single community that that we go to, the volunteers out there and additionally I just look at life is all about meaning and purpose and we're an organization with meaning and purpose. And the best players in the world make wonderful things happen on this platform day in and day out, week in and week out. And this organization is going to continue to evolve in the face and shape of the great members that we have here. And we're going to continue to advocate and grow this game in the right way and continue to make meaningful contributions as an organization. I couldn't be more excited about the future, the future we all have together.

**[End of transcription (0:07:56)]**

# EXHIBIT 20

5/11/22, 5:31 PM
Case 5:22-cv-04486-BLF Document 2-4 Filed 08/03/22 Page 209 of 210
Though 'everybody's entitled to do what they want,' Justin Thomas hopes PGA Tour's decision to deny releases for L...

   

**ESPN.com:** Golf                              [Print without images]

Wednesday, May 11, 2022

## Though 'everybody's entitled to do what they want,' Justin Thomas hopes PGA Tour's decision to deny releases for London LIV event prevents players from going

By Mark Schlabach
ESPN Senior Writer

McKINNEY, Texas -- With players facing potential suspensions and/or lifetime bans, Justin Thomas said he hopes the PGA Tour's decision to deny conflicting-events releases for the first event of the Saudi Arabian-backed LIV Golf Invitational Series will prevent players from going to London next month.

"I would hope it would deter them from going over there," Thomas said Wednesday during a news conference ahead of this week's AT&T Byron Nelson at TPC Craig Ranch.

"I think [PGA commissioner Jay Monahan] made it very clear from the start of what would happen. I think a lot of people are probably like, 'I can't believe you did this,' or, 'Wow, you went through with it.' But this is what he said was going to happen all along. And, yeah, it's one of those things to where he just doesn't want the competing tour, the back-and-forth."

On Tuesday, the PGA Tour sent a memo to players in which it denied a release for anyone who wanted to compete in the first LIV Golf Invitational Series event, scheduled for June 9-11 at Centurion Club outside London. The tournament conflicts with the RBC Canadian Open, which will be played that week in Ontario.

Because of the conflicting event, any PGA Tour player would need a release from the PGA Tour to play in London. Those who competed in London without one would face discipline.

Phil Mickelson, Sergio Garcia and Lee Westwood are among the players who requested a release.

"It's like, 'Look, if you want to go, go,'" Thomas said. "There's been plenty of guys that have been advocates of it and have just talked it up all the time, and there have been guys behind the scenes that are saying, 'I'm going, I'm doing this.' And like my whole thing is, like, just go then.

"Like, stop going back and forth or like you say you're going to do this. Everybody's entitled to do what they want, you know what I mean? Like, if I wanted to go play that tour, I could go play that tour. But I'm loyal to the PGA Tour, and I've said that."

World No. 1 Scottie Scheffler said protecting the PGA Tour, its tournaments and sponsors was the right thing for the tour to do.

"I guess first thoughts would be I kind of figured that was something that would happen," he said. "If you're playing here on the PGA Tour, playing in something that could be a rival series to the PGA Tour, being a member of our tour, it's definitely not something where we want our membership to do because it's going to harm the tournament that we have opposite that."

Will Zalatoris, currently 28th in the world, also agreed with the tour's decision.

"I thought it was the perfect response from the tour," said Zalatoris, a member of the PGA Tour Player Advisory Council. "The tour is in the best spot it's ever been, it's only going to get better, and why would we encourage

Case 5:22-cv-04486-BLF   Document 2-4   Filed 08/03/22   Page 210 of 210

our players to get releases for those events when essentially we have all these sponsors that are involved with the tour and are only making it better and better?

"So we're trying to promote our best product possible, and if you want to be a part of this where it's getting better and better, then you shouldn't have it both ways. You have a choice. You really do. You can go if you'd like, but it is what it is."