# EXHIBIT 21

# Phil Mickelson still intrigued by Super Golf League, while Rory McIlroy, Justin Thomas adamantly oppose it

*By  Rex Hoggard May 5, 2021 at 11:46 AM*

CHARLOTTE, N.C. – While much of the concept that promises a global tour with the game's biggest stars remains shrouded in mystery, the battle lines between those who are open to the concept and those who have no interest are becoming clear.

Rory McIlroy, who was the first star player to stand against the Saudi Arabian-led effort to create a breakaway circuit last year, doubled down on Wednesday at the Wells Fargo Championship.

"People can see it for what it is, which is a money grab, which is fine if that's what you're playing golf for is to make as much money as possible. Totally fine, then go and do that if that's what makes you happy," McIlroy said. "But I think the top players in the game, I'm just speaking my own personal beliefs, like I'm playing this game to try to cement my place in history and my legacy and to win major championships and to win the biggest tournaments in the world."



On Tuesday at Quail Hollow Club, PGA Tour commissioner Jay Monahan also left no room for ambiguity for those who might be considering a lucrative jump to the new circuit, which is currently called the Super League Golf, telling his members in a meeting that anyone who agrees to play the new tour will be suspended immediately and "likely" expelled from the PGA Tour, according to a player who attended the meeting.

That warning did little to dissuade Phil Mickelson, who has been named in various reports as one of the top players being targeted by the SLG with bonuses of $30 million or more.

"It's interesting. I think it's very interesting. What's interesting is the players would be giving up control of their schedule and then compete against each other 14 times or 15 times or whatever the final number is," Mickelson said following his pro-am at Quail Hollow.

---

[Wells Fargo Championship: Full-field tee times](#) | [Full coverage](#)

---

Mickelson went on to explain that he has been contacted by representatives from the SLG but added that he doesn't know when or if he will have to make a choice between the new circuit or the PGA Tour.

"We all make a lot of money and do very well and we control our own schedule and I don't know if guys would be willing to do that," Mickelson said. "I think it would be a selfless act. Even though their schedules are being appreciated financially, it would take a lot to give up control of that even though the entire sport would benefit.

"Even though the fans would love it and get to see the best guys play more often and there would be global events. Imagine all the best players having to go global what that would do for the game."

Along with Mickelson, 50, world No. 1 Dustin Johnson, Brooks Koepka, Bryson DeChambeau, Justin Rose, Henrik Stenson, Adam Scott, Rickie Fowler and Patrick Reed have all been targeted as a potential "franchise owner" by the SLG, which will feature F1-style teams with 15-18 events played each year.

---

**PGA Tour stars share thoughts on Super League Golf**



One top-10 player who is currently not tied to the SGL is world No. 2 Justin Thomas, who made his thoughts on the breakaway league clear on Wednesday.

"I don't know where it's going to go because everybody feels differently and everybody's in different places in their career," Thomas said. "For me, I personally am about being No. 1 in the world and winning as many majors as I can and winning as many tournaments as I can and doing historical things on the PGA Tour. If I was to go do that, then all those things go down the drain and I can't do that."

The European Tour also clarified its stance on the SLG with chief executive Keith Pelley saying in a statement, "We are aligned with the PGA Tour in opposing, in the strongest possible terms, any proposal for an alternative golf league."

Among the other members of the professional golf community that would be impacted by a potential breakaway tour, the Official World Golf Ranking declined to comment "on matters outside of the ranking."

"As I have made clear previously we have longstanding and deep relationships with the European Tour and the PGA Tour. We are fully supportive of them and indeed continue to provide significant financial backing to the European Tour's efforts to develop the pathway for men's professional golfers through the Challenge Tour," R&A chief executive Martin Slumbers said in a statement.

USGA chief executive Mike Davis said in a statement: "The USGA is very proud of its long-standing partnership with the PGA Tour. We greatly appreciate everything the Tour does to create a global platform for the game's elite players, which introduces millions of fans to the game worldwide."

"The PGA Tour and European Tour have each served the global game of golf with honor and distinction," a statement from Augusta National read. "As it has for many decades, the Masters Tournament proudly supports both organizations in their pursuit to promote the game and world's best players."

PGA of America CEO Seth Waugh left no ambiguity as to which side his association has chosen. "We are in full support of the PGA Tour and the European Tour regarding the current ecosystem of the professional game. We strongly believe the current structure is both highly functional and in the best long term interest of the game that our members work so hard to grow every day," he said in a statement.

"We will be putting the final touches on the strongest field in golf next Monday and look forward to showcasing the best in the world alongside the PGA 'Team of 20' that so proudly represent our 28,000 PGA professionals at Kiawah in two weeks."

# EXHIBIT 22

Exhibit 22

| FRE 1006 – Summary of PGA Tour's Agreement with European Tour to Coordinate Against Competition for Elite Professional Golfers' Services | | |
|---|---|---|
| **Date** | **Event** | **Source** |
| Jan. 31 – Feb. 3, 2019 | First Saudi International held as an official European Tour event.  In a panel discussion in 2019, European Tour CEO Keith Pelley states that Saudi Arabia is "at the forefront of helping us develop the game." | Brass Decl. Ex. 22a |
| Jan. 24, 2020 | Tour Commissioner Monahan writes memo to PGA Tour Policy Board outlining action plan to defeat entry by "Private Equity Golf" funded by Saudi Arabia investment fund. One of the steps in the "action plan" in the memo is: "We have continued discussions with the European Tour about the potential to work more closely together, thereby removing the European Tour as a potential partner of Private Equity Golf." | Brass Decl. Ex. 4 |
| Jan. 28, 2020 | European Tour CEO Keith Pelley writes message to European Tour which includes the following:<br>o ET believes private equity golf is "not conducive to the long-term health and prosperity of the European Tour.  In fact, we believe they are complete opposite, ie: they are detrimental to our future."<br>o We "agree wholeheartedly with the sentiment expressed in" Tour Commissioner Monahan's message to Tour members against private equity golf<br>o "We continue to have a strong relationship with the PGA Tour and the dialogue on finding new ways to work closer together to the benefit of both our memberships is ongoing."<br>o "We have protection within our Regulations to deal with these types of scenarios [competitive threats] and will be reviewing these, in conjunction with our Board and our Tournament Committee, as we deem necessary." | Brass Decl. Ex. 22b |
| Jan. 30 – Feb. 2, 2020 | Second Saudi International held as an official European Tour event.  At 2020 Saudi International, Premier Golf League, in which Golf Saudi is then an investor, makes offers to golfers. | N/A |
| Nov. 2020 | European Tour rejects offer to partner with Premier Golf League and enters Strategic Alliance with PGA Tour after PGA Tour threatens European Tour with consequences if it partners with Premier Golf League.  PGA Tour Commissioner Jay Monahan assumes position on the Board of the European Tour giving him the ability to coordinate with a buyer of professional golfers services and to impose the PGA Tour's authority on the European Tour.<br>Premier Golf League's standalone commercial viability suffers as a result. | Brass Decl. Ex. 10 |
| Early 2021 | European Tour, which rebranded to the DP World Tour, amends its Regulations to give the European Tour Commissioner authority to issue suspensions and large fines for players who breach the European Tour's Conflicting Events Regulation. | Brass Decl. Ex. 57 |
| Feb. 2021 | Third Saudi International held as an official European Tour event.  At 2021 Saudi International, representatives of the league that would become LIV Golf make first pitches to players | N/A |
| Apr.–May 2021 | LIV Golf makes offers to golfers. | Compl. ¶¶ 101-108 |

| **FRE 1006 – Summary of PGA Tour's Agreement with European Tour to Coordinate Against Competition for Elite Professional Golfers' Services** | | |
|---|---|---|
| **Date** | **Event** | **Source** |
| May 4, 2021 | Tour Commissioner Jay Monahan threatens lifetime ban for any members who plays in LIV Golf (then called Super Golf League) | Brass Decl. Ex. 21 |
| May 5, 2021 | Mr. Pelley issues statement, "We are aligned with the PGA Tour in opposing, in the strongest possible terms, any proposal for an alternative golf league." | Brass Decl. Ex. 21 |
| May 12, 2021 | Mr. Pelley sends email to Majed al Sorour (of Golf Saudi) stating that in order for European Tour and Golf Saudi to continue their relationship and the Saudi International to continue as a European Tour event, Golf Saudi must publicly denounce new golf league (which Pelley describes as a "rebel enterprise"). Mr. Pelley also says, "I know PGA Tour Commissioner Jay Monahan feels the same." Mr. Pelley concludes: "We would therefore encourage you in the strongest possible terms to publicly denounce the SGL as soon as possible which would allow us to reopen dialogue about the Saudi International and how Golf Saudi, operating inside the ecosystem, could resume the joint vision we began in 2017." | Brass Decl. Ex. 22c |
| May 12, 2021 | The same day, Mr. Pelley has his officers send threats with European Tour and PGA Tour logos to the CEO of the Asian Tour with a list of "consequences" if Asian Tour supports Golf Saudi and the predecessor to LIV Golf.  Slide 7 of the presentation lists "consequences" if Asian Tour partners with LIV Golf, including removing "Pathway for Asian Tour members onto European Tour," refusing to co-sanction tournaments with the Asian Tour, and removing the Asian Tour's "Position within existing global golf ecosystem." | Brass Decl. Ex. 22d |
| May 19, 2021 | PGA of America CEO Seth Waugh makes clear European Tour will join the PGA of America and ban players from the Ryder Cup if they join LIV Golf. He says:  "I believe the Europeans feel the same way.  And so I don't know that we can be more clear than that." | Brass Decl. Ex. 22e |
| July 5, 2021 | Representatives of LIV Golf meet in Malta with leaders of the European Tour. There, LIV Golf presents a partnership opportunity with European Tour worth up to US$1 billion. As reflected in the meeting minutes provided by European Tour, the representatives from European Tour were "[g]rateful for the detailed work and preparation" and "[c]onfirmed" the LIV Golf series had "appeal." However, European Tour representatives "stated main issue is US PGA mighty power and need to avoid a collision course between ET and PGA." | Brass Decl. Ex. 5 |
| July 2021 | Press reports that European Tour and PGA Tour will deny conflicting event releases for 2022 Saudi International. | Brass Decl. Ex. 22f |
| Aug. 2021 | European Tour and PGA Tour announce details of Strategic Alliance including co-sanctioning of Scottish Open and two other events. | Brass Decl. Ex. 22g |
| Dec. 2021 | PGA Tour grants conflicting events releases for Saudi International on condition that players play in AT&T Pebble Beach Pro-Am in future years. | Brass Decl. Ex. 22h |
| Early 2022 | European Tour amends the Tour's Conflicting Events Regulation again, giving the Commissioner authority to condition releases. | Brass Decl. Ex. 57 |

| **FRE 1006 – Summary of PGA Tour's Agreement with European Tour to Coordinate Against Competition for Elite Professional Golfers' Services** | | |
|---|---|---|
| **Date** | **Event** | **Source** |
| Jan. 5, 2022 | DP World Tour grants releases for Saudi International.  But in the letter granting releases, DP World Tour CEO Keith Pelley writes:<br><br>• "[W]e now have a clear existential threat {LIV} which could significantly damage your tour."<br>• "[Y]ou should know that we have done everything we can to encourage the Asian Tour and LIV Investments to play within our ecosystem, in particular the DP World Tour."<br>• "[A]fter multiple efforts they have repeatedly rejected our proposals and are tenacious in their pursuit of a rival tour which, if successful, will have monumental consequences for your Tour, including but not limited to interfering with established events and partner relationships."<br>• "It was widely felt that if pressed between granting a release or refusing a request for release, then I would be left with little option but to not release players, based on the damage to our Tour that a release would cause."<br>• "[Y]ou should be granted a release . . . subject to the fulfilment of certain conditions [participate in 5 specific events for 3 years] that would offset the damage from you competing in a conflicting tournament."<br>• "We want the best for our members but at the same time will vehemently do everything we can to protect your Tour." | Brass Decl. Ex. 22i |
| Mar. 16, 2022 | LIV GOLF Invitational Series announced. | Brass Decl. Ex. 22j |
| Apr. 19, 2022 | Keith Pelley, DP World Tour CEO, writes message to DP World Tour membership:<br><br>• Keith Pelley reminds golfers about Conflicting Events Regulation<br>• Conflicting events might benefit you, but could hurt the Tour<br>• "We are unwavering in our belief that working together with PGA Tour . . . will make our sport less fractured and benefit global golf." | Brass Decl. Ex. 22k |
| May 10, 2022 | PGA Tour denies players releases to play in LIV Golf London Invitational Series event. | Jones Decl. Ex. A |
| May 16, 2022 | DP World Tour denies players releases to play in LIV Golf International Series (Asian Tour event) if they qualified for the DP World Tour event the same week. | Brass Decl. Ex. 22l |
| May 17, 2022 | DP World Tour denies players releases to play in LIV Golf Invitational Series (LIV Golf event) with $25M purse in London (Centurion) if they qualified for the DP World Tour event the same week. | Brass Decl. Ex. 22m |
| June 2–5, 2022 | LIV Golf International London | N/A |
| June 9–11, 2022 | LIV Golf Invitational London | N/A |

| **FRE 1006 – Summary of PGA Tour's Agreement with European Tour to Coordinate Against Competition for Elite Professional Golfers' Services** | | |
|---|---|---|
| **Date** | **Event** | **Source** |
| June 14, 2022 | Keith Pelley, DP World Tour CEO, writes message to DP World Tour membership:<br>• Players ignored the release denials and will be punished<br>• "I remind you all that although we work closely with the PGA Tour, we are different organisations and our rules and regulations are therefore different too."<br>• We will allow golfers to play in BMW International Open even though they broke the Regulations. | Brass Decl. Ex. 22n |
| June 24, 2022 | DP World Tour issues Sanctions letters fining violators for the Slaley Hall tournament 12,000 pounds sterling and fining violators for the Centurion tournament 100,000 pounds sterling and suspending them for co-sanctioned events with the PGA Tour with threats of increased punishment for further violations.  DP World Tour issues this letter after the sign-up for the Irish Open had closed and the LIV Golf Portland field announced, so the players had no choice to withdraw and re-enroll. | Brass Decl. Ex. 22o |
| June 28, 2022 | PGA Tour and DP World Tour announce joint venture that includes increased PGA Tour investment in European Tour Productions, entry into the PGA Tour for DP World Tour top performing members, further scheduling coordination between the PGA Tour and DP World Tour in response to LIV Golf.  In the announcement, DP World Tour CEO Keith Pelley refers again to LIV Golf as an "existential threat" and that he doesn't think that next year there will be the "problem" of LIV-allied golfers being eligible to compete in PGA Tour–DP World Tour events.  PGA Tour Commissioner Monahan agrees with silence. | Brass Decl. Ex. 22p |
| June 29, 2022 | PGA Tour issues long-term suspension of all golfers who participated in LIV Golf events. | Swafford Decl. ¶ 30, Ex. D |
| July 1, 2022 | Three DP World Tour golfers challenge the DP World Tour sanctions on procedural grounds and on the grounds the DP World Tour was doing the bidding of the PGA Tour. | Brass Decl. Ex. 22q |
| July 4, 2022 | Sports Resolution (UK) judge issues stay of the DP World Tour's suspensions from the co-sanctioned events.  Specifically, the tribunal found that Mr. Pelley "was on record as having made strong adverse public statements on LIV, and clearly as Chief Executive he had a vested interest in promoting the interests of [DP World Tour] over the interests of LIV."  Indeed, "[c]ounsel for [the DP World Tour] made it clear that he was not suggesting that [Mr. Pelley] is independent and went so far as to say that [Mr. Pelley] is necessary partial." | Brass Decl. Ex. 22r |
| July 2022 | DP World Tour CEO Keith Pelley says that "with [European Tour] co-sanctioning three events this year [with the PGA Tour], we are no longer competing for top players….  Everything changed after November 2020.  It was a mindset shift for both of our organizations to work as closely together as we could and share all facets of our businesses.  We went from competitors to partners." | Brass Decl. Ex. 22s |

4

| FRE 1006 – Summary of PGA Tour's Agreement with European Tour to Coordinate Against Competition for Elite Professional Golfers' Services | | |
|---|---|---|
| **Date** | **Event** | **Source** |
| July 20, 2022 | In furtherance of its agreement with the Tour to boycott LIV Golf and those who associate with it, the European Tour removes Henrik Stenson as the European Team's 2023 Ryder Cup Captain because he joined LIV Golf. | Brass Decl. Ex. 22t |

# EXHIBIT 22a

**Exhibit 22a**

**Transcript of "What's Next for Golf – Future Investment Initiative 2019 – Day 3"[1]**

**January 20, 2020**

| | |
|---|---|
| Female Speaker: | [00:01]  Ladies and gentlemen, please welcome to the stage the founding editor of Golf Digest Middle East, Mr. Robbie Greenfield, and his panelists. |
| Robbie Greenfield: | [00:32]  Distinguished guests, ladies and gentlemen.  Welcome to this very special panel entitled "A New Course: What's Next for the Game of Golf?"  Well, I can tell you in the Kingdom of Saudi Arabia, the answer to that question is an awful lot, because we are sitting in quite simply the most exciting emerging market for the world of golf and sport in general in the world today, it's my absolute pleasure and delight to introduce you, the panelists, the esteemed panelists who will be joining me in the discussion and painting a picture for you as to what's going to happen in the world of golf over the course of the next 11-12 years as we build up to Vision 2030.  To my direct left, I'm delighted to introduce Majed Al Sorour.  He's the CEO of Golf Saudi and the CEO, also of the Saudi Golf Federation.  The man next to Majed needs no introduction.  He's a living golfing legend.  He's a four time major champion, a winner of 71 worldwide tournaments, an esteemed course designer, it's the one and only Ernie Els. |
| Ernie Els: | [01:34]  Thank you. |
| Robbie Greenfield: | [01:37]  And to Ernie's left we have the CEO of the European Tour, a man who's laid out the bold new vision for that tour.  It's the one and only Keith Pelley.  And last but not least, we have an ambassador for Golf Saudi, a winner on the Ladies European Tour.  Please give a round of applause to Camilla Lennarth.  Let's start with Majed.  As we enter into this discussion, Majed and we know -- I mean, anyone who's been paying attention to sporting headlines in the Kingdom of Saudi Arabia knows that there's an awful lot happening here at the moment, and golf is an integral part of that.  Can you start by perhaps just describing the vision for golf in Saudi Arabia going forward? |

---

[1] *What's Next for Golf – Future Investment Initiative 2019 – Day 3* (Future Investment Initiative Jan. 20, 2020), available at https://www.youtube.com/watch?v=ioEeyCzQFIQ.

| | |
|---|---|
| Majed Al Sorour: | [02:21]  First of all, thank you for attending this session.  Who would think golf is going to be part of FII.  Thank you to the Crown Prince.  Thank you to His Excellency, Mr. Yasser Ramayan allowing us to actually unveil the vision and the progress of golf in Saudi Arabia.  As we all know that the Division 2030 is not only a vision of transformation, but it's much more bigger than that, golf takes very integral part and important part in the world.  And when we look at it, it's just changing the lifestyle of the human.  We are building an ecosystem building infrastructure, building a mass participation.  We are making tourism part of it and we're just introducing the whole vision by making it transformation.  Having people such as Ernie Els being an ambassador, with us Camilla and having Keith Pelley in the in the Kingdom is a desire that we all wanted to have.  And thank you guys for being here.  Thank you. |
| Robbie Greenfield: | [03:33]  Let's talk if we can to Keith, because it's been a huge moment, Keith for the European Tour and Saudi Arabia coming together.  We saw in January the Saudi International won so brilliantly by the American former world number one Dustin Johnson.  How did that come together?  Put that into your own words and what kind of I suppose springboard has that, given the European Tour for future golf -- future growth in the Kingdom. |
| Keith Pelley: | [03:57]  Sure.  Well, we play in 31 different countries in the and the Middle East has always been a very important part of our schedule.  Based on the fact that you can't play in Europe in January or in February, and if you do, it's going to be pretty cold Ernie.  So we back in 1989 we developed a relationship with Dubai.  I think Ernie won the first tournament there in 1994 and the Race to Dubai became synonymous with our tour.  It culminates the end of the year and the reason why the Middle East is so important is the climate is terrific.  The amenities are always first rate and the golf courses are sensational.  And so when we started to talk to His Excellency and Majed, you know they wanted to say they wanted to use Golf to help the transformation of the country like Dubai did and as a Canadian the thought of the Race to Dubai was my first touch point with Dubai and that will happen now with the ambition that Majed and the country has with golf and we're excited about it because there is no question they're at the forefront of helping us develop the game.  It's a very important region for it, they want to do everything first class.  To bring the likes of Camilla and Ernie here showcases that they're really serious about the game and of course, the game is so much about inclusivity and is so much about innovative innovation, and it's so much about globalizing.  And that's what the tour is all about.  And that's what the Saudi Arabian Gulf Federation has, the same vision that we have.  So it was a terrific tournament last year, but we're |

just in the infancy of developing a really strong relationship with the Kingdom and growing golf and growing this wonderful game together.

Robbie Greenfield:    [06:01]  We've seen Majed, how Professional Golf is a driver for the entire golfing industry.  Seeing stars like we have up on stage here will encourage young kids to get involved in the game that will inspire them  What did you feel about introducing the Saudi International? What was the thinking behind that and what's the ultimate vision for a golf event component in Saudi Arabia?

Majed Al Sorour:    [06:23]  You know it covers multiple different aspects of not only the game itself, but actually the introduction of Saudi Arabia that the Kingdom is open for business.  That's the first thought, but then it builds up on all of our pillars.  You know we have we have multiple pillars that we build when you build an ecosystem.  Having to do the tournament itself is actually raised an awareness to the rest of the Kingdom.  That golf is something really beautiful.  You know, everybody was worried what is it going to look like until people came and visited the greenery around you.  They see the beautiful setting always is a captivating things for the golfer and golf audience.

Robbie Greenfield:    [07:03]  And what about ladies golf? Because I know you have plans for that.  The Ladies European Tour Camilla Lennarth here as an ambassador for obviously --

Majed Al Sorour:    [07:09]  Before we get there -- We have one of our junior his name is Ali Batain [spelled phonetically] and he just won the under 16 years old and this is from just a small part that we've been working in the development of the of the golf industry.  So the mass participation. The Ladies European Tour has been working with us very closely and I you know I think we need to announce that one -- for the first time that we will host a Ladies European Tour this upcoming March.  You know, I'm really thankful for His Excellency and our board members.  We have a really great board when it comes to the Saudi Golf Federation or the company that we created is called Golf Saudi.  We work tirelessly.  They've been working very closely, getting assessment, getting more information.  So we will welcome you Camilla and your team hopefully very soon here in March and we're looking forward to actually serve one part of our ecosystem to bring golf for the ladies in Saudi Arabia.

Robbie Greenfield:    [08:10]  Camilla, can I can I get your reaction to that?  I mean, the opportunity we've seen the huge plans that Saudi Arabia has for

3

golf, the opportunity for the Ladies European Tour and for ladies professional golfers to be a part of that.  What are your thoughts?

Camilla Lennarth:     [08:21]  Well, with Saudi Arabia just expanding in golf, I think it's absolutely great to have an event here.  There are -- it's a positive change and I love being part of that and I actually can't wait to come over here and play and hopefully just help growing the game for women and get them more involved and just -- it's just really positive to be over here playing next year.

Robbie Greenfield:     [08:49]  Fantastic and let's bring Ernie into the conversation only because you've been coming out to the Middle East for, as I think Keith mentioned, so long now 25 years that you --

Ernie Els:     [08:57]  '93 yeah.

Robbie Greenfield:     [08:58]  [unintelligible] classic of which you've won three, of course.  When you've seen an emerging golf market like the UAE and Dubai come up and you've traveled the world, you've won 71 events worldwide.  If you were asked to give your advice for Saudi Arabia as it begins to build these blocks to emerge as a golf market, what would you say?

Ernie Els:     [09:20]  Well, thank you.  Thanks for having us.  Yeah, as you mentioned, you know I've been coming to the Middle East since 1993.  And my first stop here was in Dubai.  And there wasn't much there at that time.  You know, I remember flying into the airport, it was really just a two lane highway, two lane road.  From there all the way out to the golf course which was about 30 kilometres outside.  And that road continued, I think, to Abu Dhabi, I'm not sure. But today when you go there, it's a very different story and that's in 25 years.  Can you imagine what can happen here in the Kingdom? You know it's my first visit here to Riyadh and I'm blown away.  Truly, it's a -- I had to check the statistics of how many people in Riyadh you know this this almost 8 million people in Riyadh and that's amazing.  I have been to Jeddah.  We played in the Saudi event this year at Royal Greens and I thought it was an amazing place.  Going to be a lot of growth here.  What I've seen through my experiences is golf is a really integral part of development.  You know, a lot of places I've been to, they've used golf to really get the message out, and I think here in Saudi it's going to be an amazing message.  Already this year the Saudi Open, Saudi International, a great player won the tournament already.  You get very positive media coverage for that.  Golf can be a unifier.  I come from South Africa and grew up through the apartheid days in South Africa through the 80s.  Went through military there in '89 and right after there, there was a huge

4

transformation that happened in South Africa.  And our President, our then President, President Mandela used sport as a bringing together a tool for our nation.  And it worked unbelievably well.  And now we're going to play rugby against the English this Saturday in the World Cup Final, but rugby was a huge part of the success of bringing our nation together.  Bringing the people together.  In 1995, I was at the World Cup Final, and all people of South Africa got together.  Rugby was really, if I can call it that, the white man's sport in South Africa.  But on that particular day the whole of South Africa came together and that's the power of sport.  Sport can really, really change things in the rapid fashion because all of us are sports fans.  Whether you like yachting, tennis, horse racing or golf.  You know you have a favorite that you root for, and hopefully you get that favorite to come and play sport in your area.  And really, that's how you bring people together, whether you're rooting for the guy or not.  So I've seen the power of sport and especially golf, you know work its magic around the world.

Robbie Greenfield:   [12:56]  I'm not going to waste my time asking for your prediction of the Rugby World Cup final, Ernie.  But speaking of the rugby, I mean, Japan is a great example of an emerging rugby nation that's been inspired by hosting the World Cup, and Majed, in terms of the infrastructure, if the top professional events are the pinnacle of the top of the tree, there are so many more layers that you need to build to ensure a successful and a commercially successful golf business,

Majed Al Sorour:   [13:19]  Right.

Robbie Greenfield:   [13:20]  Can you give us an example of maybe how that might look? Because the game has changed as well.  It's not just about 18-hole golf courses now, is it? There's so many more different options and components,

Majed Al Sorour:   [13:30]  So again, you know, we've done -- we can't do it in ourselves, so we started to work with experts and our ambassadors such as Mr. Ernie or Keith Bailey [spelled phonetically] or any of the industry leaders.  And we thought to transform golf as we are actually coming from our infancy.  We thought that all traditional way of playing golf 18-hole, it's an amazing -- it's a beautiful thing but you really have to have the time, you have to have the energy.  Then you have to have the knowledge.  So we thought that we can build multiple different layers of golf itself.  So 6-hole golf course, 9-hole golf course, 12-hole golf course is actually adaptable.  Short greens, you know, par threes.  Now we have the idea of the top goal, such as stop the other one's name, name, and in particular.

5

But all the technology that has transformed golf now, you can actually play golf in a simulator where you enjoy it. You can play golf just in a driving range where you can actually pretend your shots, you know, by trace trackers or stuff like that. The game is changing and we are introducing this game to the Kingdom from all different levels, so the infrastructure hopefully is going to stop very soon. Our kickoff for the first announcement is probably going to be day of tomorrow. We heard the announcement of the Diriyah Gates and Greg Norman, which is really great. We have multiple announcements. We have a [unintelligible], we have [unintelligible], the Red Sea, the Al Amala [spelled phonetically]. We work really closely with them also as well and we can't wait until we have such, you know, person as Ernie Els also comes design golf courses in here. Most of the golf courses that we're going to be building is going to be branded but yet technology is going to take part, like a big part of that transformation and goal.

Robbie Greenfield:        [15:15]  Golf in Saudi Arabia evolving at such an amazing pace and Keith, golf as a as a consumer, as a product is also evolving at an amazing pace as well. We're delighted to be joined with these incredible trophies both held, I should add, by the European teams. The Ryder Cup, and the Solheim Cup, and Keith, those types of events, stop the world. The world stops to watch for those events. But yeah, it's an ever competitive and ever more challenging marketplace, isn't it? The world of professional sport? And I know you guys have been very innovative in the way that you've approached staying ahead of that curve. Can you kind of describe how you've gone about doing that?

Keith Pelley:        [15:53]  Sure, and I think what Majed said is, in terms of the innovation and the different formats, is critical. You know obviously everything is about globalization, everything's about technology, and people are living to 100 and if you look at those particular segments that can lead you to your actual strategy. So when we talk about technology, we've been talking about the collection of data points, but technology is -- the world that we are living in now is an era of concentration decline, so the millennials have a have a concentration span of 12 seconds and the Gen Z have a concentration span of eight seconds. Now in order for them to love the game and the 72 hole tournament, the 18 hole magical tournaments are still going to be the core of what we do. But to get the younger people, to get different people involved in our game, different formats are critical. And Majed mentioned top golf. He mentioned golf sixes. We created a golf sixes tournament with the pros and last week the Scottish Government said this is a way forward. They have 70 leagues right now in Scotland with the kids getting involved. They're going to move to 100, you know.

6

France, France during the Ryder Cup, built 100 short game facilities and short 9 hole golf courses.  So once you get people into this game, boy, you fall in love with it.  And once you understand the benefits for the youth, it teaches you life skills, it teaches you how to control your emotions or lack thereof.  It teaches you discipline.  It is the most inclusive game.  It's the only game where an 80 year old can play with a 10 year old and based on the handicap system have the most wonderful competitive match.  And the health benefits it has as the generation even grows older is enormous.  You know, walking 18 holes is 10,000 steps and we don't celebrate the unique selling positions of this wonderful game, which is in fact, it is the most inclusive game.  However, having said that, at the core of everything we do at the European Tour is about innovation and about building the audience and building participation of this wonderful game.  And once you get a chance to play it, and even if it's in a short game facility, you'll fall in love with it, and the aspiration to play an 18 old course like Royal Greens with the backdrop of the Red Sea is really a phenomenal dream to have.

Robbie Greenfield:        [18:49]  It's amazing to think that out there right now there's so much untapped potential Ernie in terms of there's a lot of Saudi Arabian kids out there who have never heard of golf.  They've never touched a golf club, but yet they could be a future superstar.  Can you talk briefly about how you were inspired to take up the game, and also how critical it is to not only stage these huge tournaments, but also to work at a grassroots level to inspire the young kids of today to take up the game and ensure that talent comes through?

Ernie Els:                [19:17]  Well, it's great listening to these guys and Camilla.  I mean, the game is magic, but you got to get introduced to the game.  It's quite a difficult game.  You talk about the millennials.  I've got a millennial daughter who's 20 years old.  And I tried to get her into the game at an early age, and she got into it a little bit, but the game was really difficult for her, so she kind of gave it up.  She would hit one good shot out of 10 and you know the emotions take over and she's like no, I'll go do something that's a little easier.  But now she's 20 years old, okay, she kind of gets it a little bit better and she enjoys the game.  But what I'm trying to say is that an early age, if you can get that particular kid, girl or boy to get hooked to the game where the game's a little bit easier as they start, they're going to really enjoy the game.  And then they're going to get the benefits as Keith is talking about, what the game really teaches you, the integrity of the game, the rules of the game, the etiquette of the game really goes into life and you talk about life skills.  You know we have a foundation in South Africa where

7

we do exactly that, and I think that's what we need to do in emerging markets like Saudi, is really get it right for the foundation of the game.  So where these kids come in, I'm a little bit more of a traditionalist.  I like 18 holes of golf, but I get it that these kids, especially people that's new to the game, they want to be out there for five hours, some of them.  So you need to get an initiative to get them involved with the game.  Whether it's a golf ball that's a little bit bigger, a little bit lighter so that they can develop a swing with the equipment that's suitable to their size, they get the ball in the air.  They can start swinging the club properly, and then I feel like I can get to grips with the game, and then later on get them to develop their games and get into the traditional way of playing the game.  But I think we got tools to do that.  Via academies -- you can get kids involved with academies with schooling involved at the academies.  These are things that we can discuss and take further, but I think in the Kingdom there's going to be just an influx of golf right throughout and get involvement from the young kids from a young age and this thing will start growing.  It's not going to take -- and it's going to take a bit of time, but you got to start it right with the right foundation.

Robbie Greenfield:  [22:01]  Maybe a word from you on that note, Majed, on the Saudi Gulf Federation and the works that that you guys are doing on the grassroots level right now.

Majed Al Sorour:  [22:08]  So like I said, you know we just pleasantly got the news that Ali Batain won the Junior club in Spain, which is really great.  We've been building a lot of mass participation for the girls and boys altogether where we're developing a much bigger plan, you know, for the Kingdom moving forward.  If I were to sit down here and in 2030, and people tell me what is a successful story, like if we sit, you and I, hopefully will have the same panel in 2030.  And when I look back I want to know that I've developed or we've developed as a collective effort between the company and everybody that's been working with us closely or from far away players, ambassadors Keith, Billy and the Robin [spelled phonetically] Tour that we can create a numerous jobs for the Kingdom, where actually the people can be your trainers, your golf caddies, your green keepers and these are the names that that golfers know.  We don't have that just yet, but you know who's growing the grass, who's managing the clubhouse and all that stuff.  So we look at this story back and we can have an Olympic winner.  You can have somebody who's playing in the European Tour or a winner of European Tour.  Winner of the PGA Tour.  This will become a bigger story to us, you know, moving forward and I hope this accomplishments has been given to us from the highest vision

and we need to fulfill that vision to the to the better way that we can move forward with it.

Robbie Greenfield:  [23:44]  We've talked about the importance of huge international golf tournaments which we've already seen come into the to the Kingdom.  We've talked about, the grassroots.  Camilla, another important component is tourism.  It's the it's the man and woman on the street who just come and they love to play the golf courses that the pros play.  They love to build a holiday destination around playing golf and as much golf as possible.  From what you've seen of your brief visits to Saudi Arabia thus far is the Kingdom in a good position with the courses that they have right now, and the courses that are planned in the pipeline, do you feel, to start capitalizing on that proposition?

Camilla Lennarth:  [24:21]  Yeah, just this is only my second time here, but I've been really impressed by the golf courses I've seen.  And like you said Keith, Royal Greens is really, really impressive and beautiful, and it's sitting stunningly just on the Red Sea.  And I've been really fortunate to have been here for two days now and been taking around to some really beautiful locations, and yesterday I was brought to the Kedaya [spelled phonetically] project and we shot some really good content for golf, and it's I think that's just it's going to be really good out there just bringing the golf and the tourism attraction and the beautiful locations.  It's going to be great and I think it's going to attract a lot of people, so I sort of see that the sky is the limit here.

Robbie Greenfield:  [25:12]  Ernie, you've become a an esteemed course designer.  You've built courses around the world, from Dubai to Mauritius to Malaysia.  How excited are you by the prospect of what is essentially a blank canvas? There's so much to work with.  Sand is like I know, an important prospect for any golf course, and there's plenty of that here.  So in terms of what the potential would be to make some incredible world-class golf courses, what are your thoughts on where Saudi's at right now?

Ernie Els:  [25:39]  Well, the cost will come down because you don't have to worry about drainage too much.  You know, a lot of the golf courses, you know, we build in the rainforest and so on, you really got to think about drainage, but yeah, we got a lot of sand and so forth.  But as a lot of on the panel I haven't been to Riyadh, and just driving around the topography of this place is amazing.  It's not just sand.  If you just drive out your -- I mean, it almost looks like you're going through the Grand Canyon when you just drive out of town.  Yeah, so, for a golfer.  As a dreamer than I am, I can just imagine this most amazing golf holes that we can build here in

9

the Kingdom.  So the golf from an architectural point of view can be really stunning.  And working with sand, as you know, you know you can move it around.  You can basically build whatever you want.  You know we can go link style.  We can bring in a lot of water, you know, depending on the client's need, we can do that and even the playability of the golf course -- we talk about bringing the game to the people.  So some of the golf we need to be very careful with that, the level of play that we have to cater for and then obviously for the tournament player, we want to really challenge them.  But I believe we can build whatever you need to see, we can build in a Kingdom.  Yeah, it's going to be very exciting.

Robbie Greenfield:       [27:07]  Hopefully we we've painted a picture of what golf in the Kingdom is going to look like over the course of the next decade.  If you turn your eyes to the big screen, hopefully that picture will become even more vivid.

Female Speaker:          [27:18]  Golf Saudi is on a transformational journey to the top of the world's sporting stage.  Introducing exciting new opportunities for the people of Saudi Arabia.  Partnering with global industry experts to implement international best practice and deliver truly world class facilities.  Golf Saudi will work with the biggest names in golf to create a dynamic new marketplace for the game.  Built at the heart of [unintelligible] City developments, iconic names will design the courses of the future.  Sustainably built and forward thinking to create iconic global destinations.  First class coaching will discover national talent, produce regional stars and international champions will be born.  State of the art facilities will be accessible for everyone from beginners to families, young and old, to create a nation of beaming smiles.  Inspired by the world's best talent at first-class events like the Saudi International, the people of the Kingdom will be drawn to the game.  Attracting tourists and visitors from all over the globe to experience the Kingdom like never before.  This is Saudi Arabia.  A true golfing destination.  That is the power of the game.

Robbie Greenfield:       [30:05]  Next step.  Thank you.  A new course then what's next for the game of golf? Hopefully we've given you a little insight into that, and I'd like to conclude this session by saying a massive thank you to our four incredible panelists to Majed, to Ernie, to Keith, and to Camilla.  Please put your hands together and show a round of applause.

**[End of transcription (0:30:34)]**

# EXHIBIT 22b

**From:** Keith Pelley <KPelley@europeantour.com>
**Date:** January 28, 2020 at 21:04:49 GMT+3
**Subject: Message from CEO Keith Pelley**



**STRICTLY CONFIDENTIAL**

**THIS MESSAGE IS FOR THE INTENDED RECIPIENT ONLY AND SHOULD NOT BE SHARED OUTSIDE OF THE EUROPEAN TOUR AND ITS MEMBERSHIP. PLEASE DO NOT FORWARD OR OTHERWISE DISTRIBUTE.**

Dear Member,

There have been multiple media reports this week centring on a proposed new professional golf Tour operating under the umbrella name of 'Premier Golf League Limited (PGL)', one which would come into operation in 2022.

As has been already stated, the proposed PGL structure includes 12 teams, each comprised of four players, and would grant team ownership/equity rights to leading players, with guaranteed money to individual top players. Reportedly each season would be comprised of 18 tournaments, on yet to be identified golf courses, with players from each team required to play every event.

Speculation around this entity has been on-going for the past eight years and this is the third name to have been associated with this group, having previously been referred to as 'Tour de Force' and the 'World Golf Series'.

We have been consistent, and remain so, in our stance in not engaging with PGL as we believe, being a members' organisation, that their plans are not conducive to the long-term health and prosperity of the European Tour. In fact, we believe they are the complete opposite, ie: they are detrimental to our future.

Following many dormant months, PGL re-emerged recently with a new strategy, a seeming sense of urgency and financial backing. Their representatives reportedly had discussions with several of our leading players and their agents, leading to their plans being leaked through a US-based website, the link to which I include below for your reference.

https://www.geoffshackelford.com/homepage/2020/1/23/potential-world-tour-takes-aim-at-pga-tour-with-lucrative-individual-and-team-concept

Understandably, this led to further speculation and to PGL issuing a Q&A document they conducted with themselves to select media in the US which, in the opinion of many, created more questions than answers. A sample of the Q&A is below:

----

**Q: What is the League?**
**PGL: It's a new, improved format, designed, simply, to be the best product golf is capable of producing. An individual and team league format – only the best, playing against the best *[48 players only]* each week.**

**Q: What makes you think the game needs a new format?**
**PGL: If you want the world to watch, you have to showcase your best product, week-in-week-out. Golf doesn't do that currently. If you had the chance to start again you wouldn't create professional golf as it exists today. The League is that chance.**

**Q: Will the top players really leave their existing Tours to join?**
**PGL: There are a number of reasons we believe they will – the first being money.**

**Q: Have you spoken to the players? Are they supportive?**
**PGL: Apologies, we aren't in a position to discuss any players.**

**Q: So, no players have committed?**
**PGL: Unfortunately, we cannot discuss at this stage.**

------

PGL state in their summary that they are interested in working with the other Tours to make their proposal a reality. Although that might sound theoretically plausible on paper, the reality is very different.

We are in regular conversation with global leaders in the game including the PGA Tour who remain an important and strategic partner for us in events like the World Golf Championships, and who share a similar view on the viability of the PGL.

Some of you will be aware that the PGA Tour has already taken a firm stance on the issue as a whole, issuing a strongly worded note to their membership yesterday. We have seen a copy of the note and we agree wholeheartedly with the sentiment expressed within it.

We continue to have a strong relationship with the PGA Tour and the dialogue on finding ways to work closer together to the benefit of both our memberships is on-going.

At the European Tour, we see PGL as a threat to the very fabric of professional golf as it stands and also a threat to your many rights, benefits and opportunities as a member of the European Tour.

We have protection within our Regulations to deal with these types of scenarios and will be reviewing these, in conjunction with our Board and our Tournament Committee, as we deem necessary.

We therefore vehemently oppose any launch of the PGL as another entrant into our sport. As stated above, we feel it will be detrimental to the long-term health and prosperity of the European Tour which has seen us post record prize-money totals and playing opportunity numbers for our entire membership over the past five years. We look forward to continuing that upward momentum in future years.


Regards,

Keith

Keith Pelley Signature


**Keith Pelley**
**Chief Executive**
**The European Tour**

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error please notify the originator of the message. This footer also confirms that this e-mail message has been scanned for the presence of computer viruses. Any views expressed in

this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of European Tour. Scanning of this message and addition of this footer is performed by our E-mail Filter software in conjunction with virus detection software. European Tour Registered office: European Tour Building, Wentworth Drive, Virginia Water, Surrey, GU25 4LX Registered in England No.1867610.

# EXHIBIT 22c

**From:** Keith Pelley <KPelley@europeantour.com>
**Sent:** Wednesday, May 12, 2021 10:22 AM
**To:** Majed Al Sorour; majed Alsorour
**Cc:** Guy Kinnings
**Subject:** Saudi International Proposal

Dear Majed,

I received Mike's email regarding  your offer in relation to the continuation of the Saudi International on the European Tour as a co-sanctioned tournament with the Asian Tour. We believe, however, it would be wholly inappropriate to discuss such a proposal.

We say that for two reasons: (i) Golf Saudi appears to be leading the current pursuit of a new golfing enterprise, referred to widely as the Super Golf League or SGL, and (ii) is talking to our members about joining this rebel  enterprise.

We are disheartened and disappointed about this for several reasons but largely because we played such an integral part in introducing Golf Saudi, and indeed Saudi Arabia itself, to a global golfing audience in 2017.  We took the step of sanctioning the Saudi International, knowing we would face criticism, because we shared your desire to grow the game., But we now find we are under attack from our own partner in terms of this new enterprise which threatens the very fabric of golf we were working on together.

Furthermore, in February 2020 when rumors of your involvement surfaced regarding the previous identity of this proposed enterprise – the PGL – Guy and I travelled to meet with you and His Excellency at the Saudi International.

We could not have been clearer in terms of our position in relation to the PGL and explained just how damaging it would be to the ecosystem of professional golf that has been built over the past 50 years. We left that meeting believing you agreed with us, having stated that you would not do anything to hurt the European Tour.

We had a follow-up meeting with His Excellency in London later that year where we outlined the PGL offer made to us versus the PGA TOUR discussions we were having at that point, and again believed that if we made the decision to align with the PGA TOUR, then that would be accepted.  As you know, we made the decision to partner with the PGA TOUR, and, despite assurances to the contrary, Golf Saudi's next step was to begin directly promoting SGL.

We had, and indeed still have, aspirations of working with Golf Saudi in continuing to build the Saudi International into a world class event, and indeed look for other opportunities and have shared this view with our Strategic Alliance partners at the PGA TOUR.

It is, however, impossible for us to continue those discussions while Golf Saudi is championing an alternative Tour that we believe is detrimental to both the European Tour, the PGA TOUR and global professional golf. I know PGA TOUR Commissioner Jay Monahan feels the same.

We would therefore encourage you in the strongest possible terms to publicly denounce the SGL as soon as possible which would allow us to reopen dialogue about the Saudi International and how Golf Saudi, operating **inside** the ecosystem, could resume the joint vision we began in 2017.

Sincerely

Keith

**Keith Pelley**
Chief Executive



#DrivingGolfFurther

Wentworth Drive | Virginia Water | Surrey | GU25 4LX | UK

Tel:    **+44 (0) 1344 840492**
Mob:   **+44 (0) 7469 855321**
Email:  **kpelley@europeantour.com**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error please notify the originator of the message. This footer also confirms that this e-mail message has been scanned for the presence of computer viruses. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of European Tour. Scanning of this message and addition of this footer is performed by our E-mail Filter software in conjunction with virus detection software. European Tour Registered office: European Tour Building, Wentworth Drive, Virginia Water, Surrey, GU25 4LX Registered in England No.1867610.

# EXHIBIT 22d

Begin forwarded message:

> **From:** Cho Minn Thant <cho.thant@asiantour.com>
> **Date:** August 2, 2021 at 21:38:52 EDT
> **To:** Jed Moore <jed.moore@performance54.com>
> **Subject: FW: ET/PGAT Proposal**

---

**From:** Ben Cowen <bcowen@europeantour.com>
**Sent:** Wednesday, 12 May 2021 5:49 pm
**To:** Cho Minn Thant <cho.thant@asiantour.com>
**Subject:** ET/PGAT Proposal

Hi Cho,

Please find attached a revised "best and final" offer from us and the PGAT, following our recent calls and messages.

We have increased the full field Asian Tour events to 2 and the co-sanctioned events to 2 each year for 5 years from 2022.  In return ET will receive a 15% stake in ATM.  We have removed the Challenge Tour events and the US based events in 2021.

We believe that the full cost to underwrite these 4 events is over US$50million across the term and then there is at least another US$10million of potential lost prize money from co-sanctioned events should you decide to do a deal with Golf Saudi & SGL.  On top of this you have the intangible value of the pathway and place within the current global ecosystem, plus the knowledge and expertise that we can bring to ATM, that we believe places the total value of this offer in the region of US$100million over the 5 years.

I hope you and your Board look favourably on this proposal and hopefully we can discuss any questions you may have on our call tomorrow.  No doubt you will be able to meet the PGAT and Guy next week at the US PGA Championship as well.

I hope all is well in San Francisco.

Kind regards,

Ben

**Ben Cowen**
**Deputy COO International**

Wentworth Drive | Virginia Water | Surrey | GU25 4LX | UK
Tel:    **+44 (0) 1344 840 469**
Mob:   **+44 (0) 7764 209021**
Email:  **bcowen@europeantour.com**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error please notify the originator of the message. This footer also confirms that this e-mail message has been scanned for the presence of computer viruses. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of European Tour. Scanning of this message and addition of this footer is performed by our E-mail Filter software in conjunction with virus detection software. European Tour Registered office: European Tour Building, Wentworth Drive, Virginia Water, Surrey, GU25 4LX Registered in England No.1867610.

May 2021

# Asian Tour Proposal

(Subject to Board Approval)




INTRODUCTION

# We want to continue being your partners, and want to keep Asian Tour in the new ecosystem with the European Tour & PGA TOUR



**3** ASIAN TOUR PROPOSAL

OVERVIEW

# A renewed agreement to also include the PGA TOUR will provide significant on-going benefits to the Asian Tour

- Retention of existing playing opportunities and prize funds

- Further increased earning opportunities at all levels

- Increased playing opportunities at all levels

- Commitments on number of events and prize fund in Asia

- Commitment to future pathway for Asian Tour members



THE OPPORTUNITY

# We will continue the following…

## Pathway



1. Winner of Asian Tour OOM gains a Cat 17 exemption on ET the following season

2. Next 5 from AT OOM secure cards in Cat 18 the following season

3. Next 20 from AT OOM secure cards in Cat 23 the following season

4. Q-School: Final Stage – Leading 5 within top 15 of OOM; 2nd Stage – Leading 6th – 15th entrants within top 25 of OOM

5. Winners of co-sanctioned events secure winner's category on ET

## Partnership



6. European Tour will agree to co-sanction any new tournaments we secure in SE Asia

7. Asian media rights will sit with the Asian Tour at the existing co-sanctioned events and any new co-sanctioned events in SE Asia

8. Asian Tour Media to continue to contribute 25% of the production costs



THE OPPORTUNITY

# What's new for 2022-26:

| | 2 new full field Asian Tour events | 2 new co-sanctioned events in SE Asia | Asian Tour Media |
|---|---|---|---|
| **Overview** | 2 new full field Asian Tour events | 2 new co-sanctioned events in SE Asia | Asian Tour Media |
| **Detail** | ▪ Underwrite 2 new full field Asian Tour events in SE Asia<br>▪ Live TV coverage | ▪ Underwrite 2 new co-sanctioned events in SE Asia<br>▪ Live TV coverage | European Tour to receive 15% stake in Asian Tour Media, and 2 Board seats for the European Tour in return for the tournament investment. |
| **New playing opportunities for Asian Tour**<br>Term = 5 years | 156 per event<br>312 each year<br>1,560 across term | 72 per event<br>144 each year<br>720 across term | |
| **Prize money for Asian Tour**<br>(Annual increase TBC) | US$750,000 per event<br><br>US$7,500,000 across term | US$2,000,000 per event<br><br>US$20,000,000 across term | |

Note: Full underwrite of staging costs in addition to prize fund

SUMMARY

# We believe the new ecosystem provides the most significant benefit to the Asian Tour:



- Opportunity to ensure involvement in the single largest professional golf ecosystem's events in Asia

- Financial underwrites for events including significant prize funds

- Membership and event opportunities for Asian Tour members (including current & future events)

- Secured developmental pathway to the top of the men's professional game for members

- Total value to Asian Tour of over US$60 million across the term plus the benefit of the pathway and being part of the ecosystem

**7** ASIAN TOUR PROPOSAL



SUMMARY

# Roll-up



## Consequences

❌ Pathway for Asian Tour members onto European Tour

❌ Existing tournaments we co-sanction, totalling in excess of US$10m of prize money and c. 250 playing opportunities

❌ There will be no co-sanctioned tournaments between the European Tour/PGA TOUR and Asian Tour

❌ Position within existing global golf ecosystem

## Gains

✅ 4 new events starting in 2022 through 2026 in Asia (20 events over 5 years)

✅ US$27.5m of additional prize money across the 5-year term

✅ Over US$50m of investment in these tournaments across the 5-year term (total underwrite)

✅ 2,280 additional playing opportunities across the 5-year term

✅ Collaboration with PGA TOUR China Series on any events outside of Mainland China




# EXHIBIT 22e

WEATHER ALERT

3 MORE ALERTS

**GOLF PGA**

# Waugh leaves no room for misinterpretation on super league

Posted: May 18, 2021 / 07:24 PM MDT
Updated: May 18, 2021 / 07:24 PM MDT

**SHARE**

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

KIAWAH ISLAND, S.C. (AP)The PGA of America joined with other organizations with statements of support for the PGA Tour and European Tour in response to a Saudi-backed "Super Golf League" trying to lure top players with massive amounts of money.

Seth Waugh, the CEO of the PGA of America, left no doubt about his position.

To chase the money is to give up on the Ryder Cup.

"If someone wants to play on a Ryder Cup for the U.S., they're going to need to be a member

of the PGA of America, and they get that membership through being a member of the tour," Waugh said Tuesday. "I believe the Europeans feel the same way. And so I don't know that we can be more clear than that."

Waugh brings a different perspective from his previous job as CEO of Deutsche Bank Americas, a world he says he all about "disruption."

"Should it be a hostile takeover of the game I think is way too far," Waugh said. "I struggle with what they're solving for. The game is not in a crisis. … I think the players have never been better served than they are right now."

Please wait a moment while we launch our security service.

He said players tempted by the money – reports put some offers at $50 million – should "be careful what you wish for."

"I don't think anything is hugely broken, so I'm not sure what the solve is for totally, other than an outside body trying to disrupt and get into the game in a way that I don't think is in the best long-term interest of the game," he said.

Lee Westwood said no one has offered him $50 million to join the league, but if he was offered that at age 48, "it's a no-brainer."

"I think they've obviously got a lot of money and they've come out and sent a few shockwaves about and people feel threatened," Westwood said. "The people that feel threatened are trying to combat it."

Waugh also was asked if players considering the proposal should be morally concerned about the source of the money, in this case the Public Investment Fund of Saudi Arabia.

"Yeah, I think very mindful. I think enough said. But I think very mindful," he said. "Money is money, right? And so money needs to have a return and have all those things associated with it. But some money is better than the other money. If the only weapon you have is money, that's what you're going to leave with. I think that's what's going on."

RYDER CUP

The PGA Championship was the first major to return after the COVID-19 pandemic with no spectators, as was the case with the U.S. Open and Masters.

Please wait a moment while we launch our security service.

Crowds are slowly coming back as vaccinations gain momentum, with 10,000 allowed this week at Kiawah Island.

For the Ryder Cup at Whistling Straits the final weekend in September, the PGA of America is hopeful of a full house.

"Our plan is to … have it be the greatest Ryder Cup in history. I think the world as we've seen is ready to have a party," CEO Seth Waugh said Tuesday. "The Olympics is going to happen, it looks like, but not in the way that you would hope it would. And so this is really going to be the first time to cheer for your country, to have that sort of tribal … atmosphere that is so important.

"We're hopeful that September will be one of the great events in golf and a great sort of exclamation point to the end of this thing."


Kerry Haigh, the chief championships officer for the PGA, said the Ryder Cup was a sellout long before it had to be canceled last year. Corporate sponsors and spectators had the option of hanging onto the tickets or asking for a refund, and Haigh said a "vast majority" of them kept their place in line.

"We're hopeful that by September, we will be able to have full attendance," Haigh said. "If it were today we could not based on where COVID numbers are, but certainly with the vaccine and the numbers coming down, we are very hopeful and optimistic that we will be able to have a full attendance."

He did not say how many fans would be expected at full attendance, only that it's a sellout.

WESTWOOD OUT OF OLYMPICS

Lee Westwood has a chance to qualify for the Tokyo Olympics, but he says he won't be playing.

The 48-year-old Westwood is ranked 21st in the world, which is fourth best among players from England. Up to four players from one country can qualify for the Olympics provided they are in the top 15.

Westwood says the Olympics don't fit into his busy summer schedule. He says he needs time off between the British Open and the World Golf Championship in Tennessee, and a trip to Japan would be draining.

"I have a few family commitments, and I already proved a few weeks ago that playing seven in eight weeks is not good for me," Westwood said. "I'm of an age where I need to make a plan and stick to that going forward, else my game suffers."

RYDER CUP PAIRING?

It's not unusual for U.S. Ryder Cup captains to work with the PGA Tour during the year to

orchestrate groupings of potential team members. That appears to be the case at the PGA Championship, too, with Steve Stricker playing alongside Match Play winner Billy Horschel and Pebble Beach winner Daniel Berger.

As for the European captain? Padraig Harrington is playing with former PGA champions Phil Mickelson and Jason Day. Harrington won the PGA in 2008 at Oakland Hills.

"I can guarantee if this was the BMW PGA Championship in Britain I would be playing with two potential qualifiers, so I would expect nothing else," Harrington said.

The Irishman said he would have wanted to play with Stricker, except the PGA Championship tends to group its champions together.

Besides, Harrington doesn't want the Ryder Cup on the mind of potential players. He wants them to try to win a major.

DIVOTS

Jim "Bones" Mackay, the longtime caddie for Phil Mickelson who now works on NBC telecasts, is back to work this week on the bag for Max Homa. Homa's regular looper, Joe Greiner, qualified for the U.S. Amateur Four-Ball Championship at Chambers Bay. … Sergio Garcia has returned to TaylorMade with a new equipment contract. Garcia left the company after winning the Masters in 2017 and had been with Callaway. … The PGA of America stuck to its tradition by having the reigning major champions in the same group – PGA champion Collin Morikawa, U.S. Open champion Bryson DeChambeau and Masters champion Hideki Matsuyama.

—

More AP golf: https://apnews.com/hub/golf and https://twitter.com/AP-Sports

Copyright 2022 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.



Subscribe to push notifications

# EXHIBIT 22f

# Golfweek

Menu

## Exclusive: PGA Tour will deny stars permission to play controversial Saudi International



Photo by Ross Kinnaird/Getty Images



**Eamon Lynch**

July 28, 2021 5:42 pm ET

The PGA Tour will refuse to allow some of its biggest stars to play in the controversial Saudi International tournament next year, *Golfweek* has learned. PGA Tour members must obtain a waiver to compete on other circuits and the Tour has signaled to managers that permission will not be granted because the Saudi event is no longer sanctioned by the European Tour, which also plans to deny permits for its members to compete.

The move will be seen as an escalation in a battle for the future of professional golf that pits the PGA and European tours against the Saudi government, which has been pushing a Super Golf League concept that would lure elite players to a breakaway tour with guaranteed paydays of up to $30 million.

Asked to confirm that releases will not be given to players for the Saudi tournament, a PGA Tour spokesperson replied: "You are correct. This follows a PGA Tour longstanding policy of not granting releases to unsanctioned events."

Since its inception in 2019, the Saudi International has been widely criticized as an effort by the regime in Riyadh to 'sportswash' its human rights record by leveraging golf to improve its image. Despite the controversy, the event has attracted many star players thanks to lavish appearance fees — up to several million dollars in some cases — and chartered private aircraft to and from the Middle East. World No. 2 Dustin Johnson has won the tournament twice while Phil Mickelson, Bryson DeChambeau and Brooks Koepka are also among those who have been paid to play.

"There is lots of rumor and speculation floating about as it relates to the Tour's position on the 2022 Saudi International. It would be premature for me to comment on it, given that we have not yet applied for a release from the Tour," said Johnson's manager, David Winkle. "However, given that Dustin has played in the event the past three years and would be returning as their defending champion, I have no doubt he would be quite disappointed if the Tour potentially denied his release."

"I also think it is important to note that he is in a unique position, having played in the tournament since its inception and has, without question, helped put golf on the map in the Kingdom," Winkle added. "In doing so, I hope he has helped grow the game in a region where golf is still a relatively new thing."

The European Tour officially sanctioned the first three editions of the Saudi International, but a spokesman declined to comment on whether its members would be permitted to play the fourth staging, saying the 2022 schedule and player regulations had not yet been published. However, two senior figures with knowledge of decision-making at the European Tour confirmed to *Golfweek* that waivers will also be denied to its players.

The Saudi International is typically held in early February at Royal Greens Golf and Country Club in King Abdullah Economic City. Tournament organizers have previously announced high-profile commitments to the field up to three months in advance, suggesting that the timeframe when players would be seeking waivers from either tour to compete is imminent. PGA Tour members who play the Saudi stop without receiving a waiver would be subject to

disciplinary proceedings. One Tour source said any punishment would likely be a monetary fine rather than a suspension.

Multiple sources told *Golfweek* that the 2022 Saudi International could be conducted under the aegis of the Asian Tour, which is headquartered in Singapore. The Saudis recently made a significant investment in the Asian Tour — ball-parked by two sources at $100 million — in an effort to gain traction for their global ambitions in golf. When asked if waivers would be granted to players if the Saudi International is officially sanctioned by the Asian Tour, a PGA Tour spokesperson responded, "We'd prefer not to speak to hypotheticals on matters pertaining to PGA Tour regulations."

Specifics on the Saudi investment in the Asian Tour have not been announced by either party. One golf industry executive with extensive ties to the Asian market believes the deal will likely involve guaranteeing purses at a number of regular Asian Tour stops (the prize funds of which are typically around $1 million) with the goal of eventually holding several highly lucrative events for elite stars, with purses in the $15-$20 million range.

The Asian Tour deal weds the Saudis to a global tour with access to the Official World Golf Ranking, opening the door to potentially conferring valuable ranking points on any Saudi-backed tournaments. The Super Golf League concept would not qualify for ranking points without an affiliation with a major tour. World rankings are one of the criteria by which players can gain admission to compete in major championships regardless of whether they play in PGA Tour or European Tour events.

It's unclear if the Asian Tour partnership signals a potential abandonment of the Super Golf League idea in favor of an attempt to corral golf's elite stars on a more limited basis, or if it's merely a staging post toward the ultimate goal of creating the League. While the Super League has been pitched in various forms for at least seven years, it has thus far failed to entice a single golfer to commit. Rory McIlroy and Jon Rahm have both publicly rejected the splinter tour idea and PGA Tour commissioner Jay Monahan has made clear that any member who commits to the Saudi-backed scheme risks a lifetime ban.

Despite the threatened consequences, players continue to flirt with the concept. As recently as the Open Championship two weeks ago, at least five players — all of whom have won majors — had written offers from the Saudis, according to a well-placed agency executive familiar with the discussions.

None of those players have yet opted to publicly commit to the League and risk being benched by the PGA Tour while the legality of such a ban is litigated. That in turn has led

some seasoned observers to suggest players are using the rival League threat as leverage to secure a greater share of revenue from the PGA Tour.



ADVERTISEMENT

---

## Share this article

↗ 14k shares

More Stories



## Bryson DeChambeau's former caddie on their untimely split: 'Bryson is very demanding'

**Tim Schmitt** / July 28, 2021 ET

Read the full article ❯



## 16-year-old Alexa Pano is entering next month's LPGA Tour Q-School

**Craig Dolch, Special to The Post** / July 28, 2021 ET

Alexa Pano made a bunch of birdies Tuesday at the 45th Girls Junior PGA Championship – and some news after the round.

After shooting a 7-under 66 at Valhalla Golf Club in Louisville, Kentucky, to take a two-shot lead, the 16-year-old Pano said she is entering next month's LPGA Tour Q-School.

Read the full article >



## Hank Lebioda explains his mysterious WD from 3M Open

**Adam Schupak** / July 28, 2021 ET

Read the full article ›

More Professional

# Golfweek

© Copyright Golfweek 2021



Terms of Service

Privacy Policy

Your California Privacy Rights/Privacy Policy

Do Not Sell My Info/Cookie Policy

About Us

Contact Us

App and FAQs

Road to Grayhawk blog

*Powered by WordPress.com VIP*

# EXHIBIT 22g



GMT
15:21

YOUR TIME
10:21

News  &gt;  All Articles  &gt;  PGA TOUR and European Tour announce details of historic Strategic Alliance

NEWS

# PGA TOUR and European Tour announce details of historic Strategic Alliance

  

Tuesday, August 3, 2021

·        As part of Strategic Alliance, Genesis Scottish Open, Barbasol Championship and Barracuda Championship will be included in both FedExCup and Race to Dubai, while Irish Open will see a significant increase in prize money

·        PGA TOUR's schedule of 48 events includes the move of the first FedExCup Playoffs event to TPC Southwind in Memphis, Tennessee, sponsored by FedEx

 

Case 5:22-cv-04486-BLF Document 2-5 Filed 08/03/22 Page 59 of 381

**PONTE VEDRA BEACH, Florida, USA, and VIRGINIA WATER, Surrey, England** – The PGA TOUR and European Tour today unveiled new details around their Strategic Alliance, with the PGA TOUR also releasing its 2021-22 PGA TOUR Season schedule.

The landmark agreement, announced in November 2020, further enhances and connects the ecosystem of men's professional golf through a number of areas, including global scheduling, prize funds and playing opportunities for the respective memberships.

In terms of scheduling, the most significant piece of collaboration is the fact that three tournaments will be co-sanctioned in 2022 and therefore count on both the PGA TOUR's FedExCup and the European Tour's Race to Dubai next season: the Barbasol Championship; the Barracuda Championship; and the Genesis Scottish Open.

The latter event also has a new title sponsor in Genesis, the luxury automotive brand from South Korea, who will now title sponsor two tournaments on the PGA TOUR, with the Genesis Scottish Open joining The Genesis Invitational, which Genesis has titled since 2017; The Genesis Invitational will once again be played at The Riviera Country Club next year (February 14-20).

The Genesis Scottish Open (July 4-10), which is part of the European Tour's Rolex Series, retains its place in golf's global calendar the week ahead of The Open Championship (July 11-17), a date confirmed through to 2025. The player field will be a split between members of both Tours.

The tournament will also benefit from the continued commitment of the Scottish Government, managed by Visit Scotland – the agreement also running through 2025.

"We are delighted to welcome Genesis as a title sponsor of a European Tour event for the first time," said European Tour Chief Executive Keith Pelley. "Genesis has a strong history of sponsorship on the PGA TOUR through The Genesis Invitational, and their commitment to the Scottish Open will further enhance one of our premier events of the season."

Although it will be on the PGA TOUR's official schedule for the first time, the Genesis Scottish Open has a rich history on the European Tour, appearing in the Tour's first two official seasons (1972 and 1973) and as part of the Tour's International Schedule since 1986. It has also been part of the Rolex Series – the European Tour's premium series of events – since the Series' inception in 2017.

"Adding an existing, strong title sponsor in Genesis to our Strategic Alliance in the form of the Genesis Scottish Open – to be sanctioned by both Tours – is a significant step for the global game," said PGA TOUR Commissioner Jay Monahan. "Coupled with their support of The Genesis Invitational at Riviera, we're incredibly proud to forge a deeper relationship with this premier brand across the global game."

Genesis will take over the title sponsorship of the event from abrdn, who are exploring ways for the decade-long partnership with the European Tour to continue moving forward. The venue for the 2022 Genesis Scottish Open will be confirmed at a later date.

"We are extremely excited to become title sponsor of the Scottish Open at this historic moment, as the PGA TOUR and European Tour announce details on their Strategic Alliance," said Jay Chang, Global head of Genesis. "Genesis and golf share a culture centered on respect, mutual admiration and innovation. We will

Center. "Genesis and golf share a culture centered on respect, mutual admiration and innovation. We will continue to strengthen our partnership with both Tours to deliver this spirit to golfers, communities and individuals around the world through successful tournaments."

Paul Bush, Director of Events at VisitScotland, said, "We are thrilled the European Tour and PGA TOUR have identified the Genesis Scottish Open to further develop their Strategic Alliance, and there is no more fitting stage than Scotland, the Home of Golf, on which to embark on such a historic journey."

In addition to the Genesis Scottish Open being co-sanctioned, there will also be access for 50 European Tour members to each of two PGA TOUR events in 2022 for the first time – the Barbasol Championship, which will be played concurrently with the Genesis Scottish Open, and the Barracuda Championship, which will be played alongside the following week's 150th Open Championship at St. Andrews. Both events will be added to the Race to Dubai for European Tour members.



It was also confirmed today that as part of the Strategic Alliance and collaboration between the two Tours, the Irish Open will see a significant increase in prize money for its annual European Tour event – to $6 million, starting in 2022 – nearly double the amount on offer at Mount Juliet last month. In addition, the PGA TOUR will continue to work with the European Tour on commercial opportunities for the event.

"When we announced the Strategic Alliance at the end of last year, we said it was a landmark moment for global golf's ecosystem that would benefit all members of both Tours," said Pelley. "Today's announcement underlines that promise, with further enhancements to the Genesis Scottish Open, a strengthening of the Irish Open for our members, and direct access for European Tour members to two PGA TOUR events.

"There has been considerable collaboration behind the scenes between our two Tours since November's Alliance was unveiled, and we are delighted to share these initial developments, which demonstrate our commitment to working together for the betterment of our sport globally. We will have more to announce

Case 5:22-cv-04486-BLF    Document 2-5    Filed 08/03/22    Page 61 of 381

in the coming months – this is most definitely just the beginning."





and with our ever-strengthening partnership with the European Tour, to take the global game to the heights we all know it is capable of."



### PGA TOUR Schedule Highlights

The 2021-22 PGA TOUR Schedule includes several significant enhancements and features a total of 48 official events – 45 during the FedExCup Regular Season along with three 2022 FedExCup Playoffs events.

The 2022 portion of the schedule will kick off the PGA TOUR's new, nine-year domestic media rights agreements with ViacomCBS, Comcast/NBC and ESPN. As part of the agreement, all three 2022 FedExCup Playoffs events will be broadcast domestically on NBC network television, beginning a rotation that continues with CBS hosting all three events in 2023.

Headline news includes the change in location and venue for the kickoff of the FedExCup Playoffs to TPC Southwind in Memphis, Tennessee, starting in 2022, replacing the Regular Season event that has been held in Memphis since 1958. FedEx will serve as the title sponsor of the event, to be known as the FedEx St. Jude Championship (August 8-14), replacing existing title sponsor Northern Trust after this year's playing of THE NORTHERN TRUST at Liberty National Golf Club in Jersey City, New Jersey.

"FedEx is excited that the first event of the 2022 FedExCup Playoffs will be hosted in our hometown of

Memphis, Tennessee," said Raj Subramaniam, President and Chief Operating Officer of FedEx Corporation. "We are proud of our history and the community impact we've had since becoming title sponsor of our hometown TOUR stop in 1986. We look forward to the impact it will bring to our local community and will

continue to use it as a platform to showcase the groundbreaking work being done by St. Jude Children's Research Hospital to golf fans around the world."

"Since the inception of the FedExCup in 2007, we have made a number of changes to enhance the quality of the FedExCup Playoffs for our players, fans and partners," said Monahan. "Thanks to the continued support from FedEx as the TOUR's umbrella partner, we're proud to bring the start of the FedExCup to Memphis and a course loved by our players. Not only will it be a great test worthy of Playoff golf, but we also anticipate tremendous enthusiasm from a community that has steadfastly supported the PGA TOUR for more than 60 years. And, of course, the important work of St. Jude Children's Research Hospital will continue to be front and center.

"In totality, the 2021-22 PGA TOUR Schedule, combined with the momentum we have with our now-entrenched partnership with the European Tour, puts the PGA TOUR in a position of strength within professional golf like never before. We're confident this schedule will give the world's best players the opportunity to do what they do best – inspire and entertain our fans around the globe while helping our tournaments make a significant impact in their respective communities."

The 2022 FedExCup Playoffs will continue to include the BMW Championship (August 15-21), which rotates next year to Wilmington Country Club in Wilmington, Delaware, and the FedExCup Playoffs finale, the TOUR Championship (August 22-28), once again slated for East Lake Golf Club.

The PGA TOUR's flagship event, THE PLAYERS Championship (March 7-13), will anchor a true Florida Swing in 2022, which features four consecutive events through The Sunshine State in the spring, including the Valspar Championship, which was played in April/May this past year. THE PLAYERS will be in year three of its March date and as a kickoff to the Season of Championships, with Justin Thomas returning as defending champion.

The Memorial Tournament presented by Workday (May 30-June 5) enters the first year of a 10-year agreement in 2022 with new presenting sponsor, Workday. Founded in 1976 by golf legend Jack Nicklaus and held annually at Muirfield Village Golf Club in Dublin, Ohio, the tournament partners for the first time with three-time NBA champion and two-time MVP Stephen Curry of the Golden State Warriors, and Ayesha Curry, an entrepreneur, host and *New York Times* bestselling author.

After a two-year hiatus due to the pandemic, the RBC Canadian Open (June 6-12) in Toronto, Ontario, Canada, returns to the schedule in 2022 at St. George's Golf and Country Club. Rory McIlroy won the last RBC Canadian Open, played in 2019.

Other notable items and changes to the 2021-22 PGA TOUR Schedule include (in chronological order):

## 2021

· As previously announced, the Fortinet Championship (September 13-19), with new title sponsor Fortinet, kicks off the 2021-22 FedExCup Regular Season at Silverado Resort and Spa in Napa, California.

· The Ryder Cup will be played the week following the Fortinet Championship, with nine official events

played during the balance of 2021 for a total of 10 events to be played in the fall.

· The reconfigured Asia Swing will begin with THE CJ CUP @ SUMMIT (October 11-17), which moves to the United States for the second year in a row and will be staged at The Summit Club in Las Vegas, Nevada, delivering back-to-back weeks of PGA TOUR golf in Las Vegas, as the Shriners Children's Open will be contested October 4-10.

· Following THE CJ CUP @ SUMMIT will be the ZOZO CHAMPIONSHIP and World Golf Championships-HSBC Champions, with additional details to be available in the near future.

· As previously announced, World Wide Technology embarks on its first year of title sponsorship of the TOUR's original event in Mexico, the World Wide Technology Championship at Mayakoba (November 1-7).

## 2022

· The Sentry Tournament of Champions – a PGA TOUR winners-only event – leads off the 2022 calendar year (January 3-9).

· The AT&T Pebble Beach Pro-Am (January 31-February 6) and the Waste Management Phoenix Open (February 7-13) trade spots in the schedule, as the TOUR's event at TPC Scottsdale remains in its traditional date of Super Bowl week.

· The Puerto Rico Open (February 28-March 6) will be played as an additional event alongside the Arnold Palmer Invitational presented by Mastercard.

· The Corales Puntacana Championship (March 21-27), in its first year under an extended term, will be played as an additional event alongside the World Golf Championships-Dell Technologies Match Play.

· The Mexico Championship (April 25-May 1) returns to the calendar as a PGA TOUR co-sponsored event, no longer under the World Golf Championships umbrella. With the field of 132 players, there is an anticipation of additional Mexican golfers in the field to help in inspire and grow the game in one of golf's key emerging markets.

· With the biennial Presidents Cup being held at the Quail Hollow Club in Charlotte in 2022, the Wells Fargo Championship (May 2-8) will be contested for one year at TPC Potomac at Avenel Farm in Potomac, Maryland.

· The John Deere Classic (June 27-July 3), traditionally played the week prior to The Open Championship, moves one week earlier.

· Following The Open Championship, the 3M Open (July 18-24), Rocket Mortgage Classic (July 25-31) and Wyndham Championship (August 1-7) close out the FedExCup Regular Season.

The European Tour will announce the initial portion of its 2022 schedule later this month, with the full season announcement to follow in due course.

  

# Read next



NEWS

## TV times: Challenge Tour Series Episode Six

Highlights from the Euram Bank Open and the Italian Challenge will be shown worldwide and here's where you can watch it in your territory.

Aug, 03 2021

## DP World Tour Partners



BMW_Grey-Colour_RGB

Callaway-Logo-PNG

dp world logo 2021 new

4 emirates

Fortinet

velocity global

zoom logo

DP World Tour Partners

DP World Tour Suppliers

FAQs

Competition T&Cs

Ground Regs

Governance

Modern Slavery Statement

DP World Tour Media Hub

Green Drive

Benevolent Trust

European Tour Productions

European Golf Design

Careers

Volunteering

Fantasy DP World Tour

Contact Us

Terms of use    Privacy Policy    Cookies

Case 5:22-cv-04486-BLF   Document 2-5   Filed 08/03/22   Page 66 of 381

This website is © The PGA European Tour 1997 - 2020. PGA European Tour, Wentworth Drive, Virginia Water, Surrey, GU25 4LX. Registered in England No. 1867610. All rights reserved. No reproduction, distribution or transmission of any information, part or parts of this website by any means whatsoever is permitted without the prior written permission of the PGA European Tour.

# EXHIBIT 22h



**Kirsten Burgess**
*Vice President, Competition Administration*

December 20, 2021

Mr. Jason Kokrak
6943 Hunting Hollow Lane E
Hudson, OH 44236

Dear Jason:

I am writing in follow up to your request for a Conflicting Event Release for the Saudi International, played the same week as the AT&T Pebble Beach Pro-Am, February 3-6, 2022. The *PGA TOUR Player Handbook & Tournament Regulations*, as noted below, fully supports the denial of this request. However, to allow you the opportunity to play in a single sanctioned tournament outside North America on a recognized Tour, your release has been approved with conditions to help contribute to the success of AT&T Pebble Beach Pro-Am in future years, as well as the PGA TOUR more generally.

As stated in the *PGA TOUR Player Handbook & Tournament Regulations*, the "Commissioner may deny any particular release request if he determines that such a release would cause PGA TOUR to be in violation of a contractual commitment to a tournament sponsor . . . or would otherwise significantly and unreasonably harm PGA TOUR and its partners."  When determining whether to grant a release or not from a particular TOUR event, a number of factors are considered including, but not limited to the following:

- the player's history of prior participation in that event,
- the overall field quality of that event,
- the player's ranking on the current and previous year's FedExCup Points List, and
- the number of tournaments played by the member that season.

Page **2** of **3**

Further, the "Commissioner may attach conditions to a granted release" under certain circumstances, such as:

- when a player has not played in the PGA TOUR event for which he seeks to be released for an extended period of time,
- when more than five releases have been requested for the same event, or
- when a player is committed to a PGA TOUR event but then subsequently seeks a release from that event.

As a player who has participated in the AT&T Pebble Beach Pro-Am at least once in the last five years, the Commissioner will release you to participate in the 2022 Saudi International subject to your commitment to participate in the AT&T Pebble Beach Pro-Am at least once in the next two years (2023 & 2024).

Please do not consider the decision to grant your release as precedent setting. We will evaluate all future release requests (for this event and other events) individually and decisions will be based on the facts and circumstances in accordance with the *Regulations.*

Sincerely,

Kirsten Burgess

cc:     Commissioner Monahan
         Andy Pazder
         Tyler Dennis



## Conflicting Event / TV Release Request

Member Name:                Jason Kokrak

Name of PGA TOUR event:  AT&T Pebble Beach Pro-Am

Name of Conflicting event:  Saudi International

ACTION TAKEN BY THE COMMISSIONER

The above request for a CONFLICTING EVENT RELEASE is:

X __Approved            _____ Denied

The above request for a TELEVISION RELEASE is:

X_____ Approved _____ Denied

Signed:

Date:        12/20/21

(Commissioner or his designee) Conditions of approval if any:  Must play AT&T Pebble Beach Pro-Am at least once in the next two years (2023 & 2024).

# EXHIBIT 22i

**PRIVATE AND CONFIDENTIAL**                                          **SENT BY EMAIL ONLY**

5 January 2022

Dear Justin,

Thank you for your request for a release from the 2022 edition of the Ras al Khaimah Championship presented by Phoenix Capital, a tournament on the DP World Tour schedule, in order to participate in the 2022 edition of the Saudi International between 3rd – 6th February 2022 (the "**Release**").

I have carefully considered your request, trying delicately to balance the challenge of providing our members the opportunity to play in a conflicting tournament while ensuring protection for our Tour, all its members and our relationship with our stakeholders that provide the revenue which will enable all of you to play for a record prize fund in 2022. Over the past couple of years, despite a worldwide pandemic, we have continued our growth trajectory but we now have a clear existential threat which could significantly damage your Tour. I ask that you not take that fact lightly and hope that you appreciate the difficult predicament we are faced with.

I understand and respect your situation, but you should know that we have done everything we can to encourage the Asian Tour and LIV Investments to play within our ecosystem, in particular the DP World Tour, which will celebrate its 50th anniversary this year. However, after multiple efforts they have repeatedly rejected our proposals and are tenacious in their pursuit of a rival tour which, if successful, will have monumental consequences for your Tour, including but not limited to interfering with established events and partner relationships.  If the Saudi International or Asian Tour events were working inside the ecosystem as opposed to against it then our position would change, but as I said at the outset, my role as Chief Executive is to protect your Tour while balancing your wish to be released to participate in a conflicting tournament.

Having received a significant number of requests for release, this has been soundly debated by PGA European Tour's Board of Directors. It was widely felt that if pressed between granting a release or refusing a request for release, then I would be left with little option but to not release players, based on the damage to our Tour that a release would cause. However, I have, in consultation with the Board, determined that in these particular circumstances you should be granted a release under the Member Regulations, subject to the fulfilment of certain conditions that would offset the damage from you competing in a conflicting tournament.

I am therefore pleased to inform you that your Release will be granted, subject to and in consideration of you accepting (in accordance with the instructions below) and subsequently fulfilling the following conditions (the "**Conditions**"):

1. You will play in each Rolex Series tournament (for which you qualify for entry) in each of 2022, 2023 and 2024 and (for free): (a) provide certain 'sponsor added value' services and participate in certain social/digital content creation and media activities as are requested by our Player Relations team at those Rolex Series tournaments, and (b) permit the use of your name and likeness in relation to the promotion of those Rolex Series tournaments.



PGA European Tour (a company limited by guarantee)
Registered in England and Wales under No. 1867610
VAT No: GB413 545179

Registered Office: Wentworth Drive, Virginia Water,
Surrey GU25 4LX United Kingdom

+44 (0) 1344 840 400
info@europeantourgroup.com
europeantour.com

**PRIVATE AND CONFIDENTIAL**                              **SENT BY EMAIL ONLY**

If you wish to accept the Conditions, please sign and return this letter as indicated below, by no later than 5pm (UK) on Friday 21st January 2022. Upon receipt by us of your signed letter confirming your unconditional acceptance of the Conditions by no later than Friday 21st January 2022, we shall acknowledge receipt by return email and the Release shall automatically be granted.

Alternatively, if you do not wish to accept the Conditions (or do not do so by Friday 21st January 2022, **for reasons stated above,** I confirm that the Release will not be granted.

Whilst I endeavour to maintain a reasonably consistent approach in relation to my response to each request for a release, each request is assessed on its own merits and in the context of what, in my reasonable discretion, I consider to be all relevant factors relating to the Member's specific request (including those factors that are referred to in Sections E1 and E2 of the Members' General Regulations Handbook). I do not consider this decision to be precedent-setting and I will evaluate all future release requests individually, basing my decision on the specific facts and circumstances in accordance with the Members' General Regulations Handbook.

Please also be aware that the fact you have been granted this Release may be taken into account should you request any future release(s), as will the nature of the Conditions imposed under this Release and your performance of them.

I wish to highlight that, if you accept the Conditions but subsequently fail to fulfil them, I would consider such conduct to be a breach of the terms of this letter agreement and of the Members' General Regulations Handbook (pursuant to which you have submitted your request for the Release). In that instance, I would therefore reserve the right (without prejudice to any other rights and remedies available to PGA European Tour) to impose sanctions in accordance therewith.

This letter and (should you choose to accept the Conditions) your acceptance and performance of the Conditions, together with any disputes or claims relating to contractual or non-contractual obligations arising out of or in connection with them or this letter, are governed by and construed in accordance with English law.

In closing, I want to reiterate that this is a difficult time and one of potential change in our industry, but we are all in this together. We want the best for our members but at the same time will vehemently do everything we can to protect your Tour. I am always available to discuss directly with you my rationale and how I have come to my decisions.

Thank you for your continued support of the DP World Tour.



PGA European Tour (a company limited by guarantee)
Registered in England and Wales under No. 1867610
VAT No: GB413 545179

Registered Office: Wentworth Drive, Virginia Water,
Surrey GU25 4LX United Kingdom

+44 (0) 1344 840 400
info@europeantourgroup.com
europeantour.com

**PRIVATE AND CONFIDENTIAL**                              **SENT BY EMAIL ONLY**

Yours sincerely,

Keith Pelley
**Chief Executive Officer**
for and on behalf of
**PGA European Tour**

By countersigning below I confirm that I have read, understood and accept the Conditions set out above and acknowledge and agree that the Release will be granted subject to my fulfilment of such Conditions.

………………………………
**Justin Harding**



PGA European Tour (a company limited by guarantee)        +44 (0) 1344 840 400
Registered in England and Wales under No. 1867610          info@europeantourgroup.com
VAT No: GB413 545179                                       europeantour.com

Registered Office: Wentworth Drive, Virginia Water,
Surrey GU25 4LX United Kingdom

# EXHIBIT 22j

6/27/22, 3:29 PM

Case 5:22-cv-04486-BLF Document 2-5 Filed 08/03/22 Page 76 of 381

LIV Golf Invitational Series Set to Launch in June 2022 with New Formats, Teams, and More Than $250,000 in Prize Purses | LIV ...

ABOUT

EVENTS

TEAMS AND PLAYERS

TICKET INFORMATION

NEWS

WATCH

LEADERBOARD

# LIV GOLF INVITATIONAL SERIES SET TO LAUNCH IN JUNE 2022 WITH NEW FORMATS, TEAMS, AND MORE THAN $250MM IN PRIZE PURSES

Case 5:22-cv-04486-BLF   Document 2-5   Filed 08/03/22   Page 77 of 381

# WRITTEN BY LIV GOLF

MARCH 16, 2022

**London and West Palm Beach** (March 16, 2022) – LIV Golf Invitational Series (www.livgolf.com) launched today with the mission to modernize and supercharge the game of golf via expanded golf opportunities for fans and players alike. The eight-event series will showcase an innovative new golf format starting in June 2022 featuring teams playing for more than $250MM in prize purses.

LIV Golf Investments is providing more than $400MM in seed money to launch the series which will be the building blocks of a next generation golf experience. Each event will consist of three rounds with 54 holes and no cut, as well as shotgun starts to ensure a faster and more exciting pace. As a result, players will consistently play head-to-head against their rivals throughout the year, providing fans with an unmatched experience.

Fan research indicates a significant number of new fans would be enticed by a faster paced and shorter variation and non-traditional format of play. With smaller fields, fewer rounds, fewer events, shorter playing windows and modified shotgun starts, these events have been designed with fans as the top priority.

"I want golf to grow, players to have additional opportunities, and fans to have more fun. My mission is to help the game reach its full potential and we know the role of golf as an entertainment product is critical to overall participation in the sport," said Greg Norman, CEO of LIV Golf

6/27/22, 3:29 PM
Case 5:22-cv-04486-BLF Document 2-5 Filed 08/03/22 Page 78 of 381
LIV Golf Invitational Series Set to Launch in June 2022 with New Formats and More Than $250 Million Prize Purses | LIV …

Investments. "In many ways, we are a start-up. We have a long-term vision and aim to grow. I believe we have a very bright and exciting future."

In this first year, the series will develop this new golf experience over seven regular season events culminating in a Team Championship match play grand finale. Four events are slated to take place in the United States and three events are to be staged internationally with the Team Championship venue to be announced at a later date. The schedule will not compete with the Majors, international team events or heritage events so players, who are independent contractors, will always be able to make their own choices about where to play.

Team golf has proven it has the ability to produce many of the game's most exciting moments, and it is at the heart of the new structure. In year one, there will be a max of 48 players on 12 four-man teams and a truly global field with golfers invited from all tours around the world to beta test the new format. Each event will have teams comprised of different players determined by a draft the week of the event.

"Our events are truly additive to the world of golf. We have done our best to create a schedule that allows players to play elsewhere, while still participating in our events. I believe players will increasingly make progress in achieving their right to play where they want. We will help in any way possible and will provide golfers with opportunities to achieve their full potential," said Norman.



Total prize purse for the eight events will reach an unprecedented $255MM. The first seven regular season events will carry a total purse of $25MM comprised of $20MM in individual prizes (all players in the field earn a share) and $5MM for the top three teams. Following the first seven events, an Individual Champion will be crowned offering a total purse of $30MM for the top three individuals of the season. The season-ending eighth event will be a Team Championship that will provide $50MM in total prize funds.

The LIV Golf Invitational 2022 schedule will visit the following dates and locations:

- June 9 – 11: Centurion Golf Club – London

- July 1 – 3: Pumpkin Ridge Golf Club – Portland

- July 29 – 31: Trump National Golf Club Bedminster – New Jersey

- Sept 2 – 4: The International – Boston

- Sept 16 – 18: Rich Harvest Farms – Chicago

- Oct 7 – 9: Stonehill – Bangkok

- Oct 14 – 16: Royal Greens Golf Club – Jeddah

- Oct 28 – 30: Team Championship

As part of LIV's commitment to the game, plans include a major charitable contribution as part of the organization's corporate social

6/27/22, 3:29 PM    LIV Golf Invitational Series Set to Launch in June 2022 with New Formats and More Than $250 Million in Prize Purses | LIV …

Case 5:22-cv-04486-BLF Document 2-5 Filed 08/03/22 Page 80 of 381

responsibility program.

LIV Golf Invitational Series is owned and operated by LIV Golf Investments whose vision and mission is centered around making holistic and sustainable investments to enhance the global golf ecosystem and unlock the sport's untapped worldwide potential.

Additional announcements forthcoming. LIV Golf Invitational logo files available for download <u>HERE</u>.

###

## **About LIV Golf Investments**

LIV Golf Investments is a newly formed company, with group companies in the USA and UK, and with Asian offices to follow. Its purpose is to holistically improve the health of professional golf on a global scale to help unlock the sports' untapped potential. Greg Norman is the first and founding CEO of LIV Golf Investments. PIF, one of the world's largest wealth funds, with a diverse international investment portfolio, is the majority shareholder in LIV Golf Investments.

## **Media Contacts:**

Jane MacNeille, LIV Golf Investments

<u>media@livgolf.com</u>



6/27/22, 3:29 PM
LIV Golf Invitational Series Set to Launch in June 2022 with New Formats, Teams and More Than $250 Million in Prize Purses | LIV ...

Case 5:22-cv-04486-BLF Document 2-5 Filed 08/03/22 Page 81 of 381

**RETURN TO NEWS**

PRIVACY POLICY     MEDIA & PRESS     SUBSCRIBE

© 2022 LIV Golf, Inc. All Rights Reserved. LIV GOLF and the L design are trademarks of the LIV Golf Group of Companies.



# EXHIBIT 22k

**From:** Keith Pelley <kpelley@europeantourgroup.com>
**Date:** 19 April 2022 at 12:28:42 BST
**Subject: UPDATE FROM CEO KEITH PELLEY**

image002.jpg



## STRICTLY CONFIDENTIAL

**THIS MESSAGE IS FOR THE INTENDED RECIPIENT ONLY AND SHOULD NOT BE SHARED OUTSIDE OF THE EUROPEAN TOUR AND ITS MEMBERSHIP. PLEASE DO NOT FORWARD OR OTHERWISE DISTRIBUTE.**

### UPDATE FROM CEO KEITH PELLEY

Good afternoon everyone,

This week's ISPS Handa Championship – Spain at Infinitum marks the first of 26 tournaments on the 2022 DP World Tour schedule which will be played in Europe.

It is also the start of our double-header in Spain, as well as our first tournament since we marked the 50th anniversary of the European Tour group one week ago today, commemorating the 1972 Open de España which was our first official event.

Hopefully you enjoyed the video we produced to mark that special anniversary, celebrating the proud history of your Tour and all that has been achieved over the past half a century. If you are yet to watch it, please click here.

I have just arrived in Spain for this week's tournament and I therefore look forward to catching up with many of you in person over the next few days. As always, if you would like speak to me about anything at all, please come to see me, or contact me.

One topic some of you have already asked me about is our release protocol for conflicting events. With a busy summer of golf ahead of us, I would like to take this opportunity to remind you that members of the DP World Tour, including those who are dual members with other Tours, are subject to the 'Protocol for Release for a Conflicting Tournament' which is outlined in our Members' General Regulations Handbook.

Please note the following section from the Members' General Regulations Handbook

which refers to this protocol:

*"All applications by a Member for the above permission must be made in writing to the Chief Executive – kpelley@europeantourgroup.com and copied to releases@europeantourgroup.com – as soon as reasonably practicable and before any advance Promotion of a Member's Participation in any such Conflicting Tournament, and in any event must be received by the Chief Executive at least 30 days before the Conflicting Tournament."*

For clarity, releases are not required for events on your 'Home Tour' and the definition of 'Home Tour' is not where you are a member or play the most - it is based on your nationality.

Our position continues to be that I, along with my Executive Leadership Team, will evaluate and review each request received on a case-by-case basis and on its own merits.  We may have dialogue with relevant members ahead of arriving at a decision, which will then be communicated to the individual concerned in due course.

I would also like to take this opportunity to remind you this protocol was specifically designed in the best interests of you, your tournaments and your Tour, ensuring sponsors, promoters and broadcasters partners continue to get a strong return on their investments, thereby safeguarding vital revenue streams which ultimately provide your prize funds and playing opportunities.

Conflicting events, regardless of how attractive they might appear to you personally, potentially compromise our efforts in these areas and could significantly hurt your Tour in both the short and long term.

Please, therefore, continue to bear this bigger picture in mind, particularly considering some of these conflicting events in 2022 are scheduled directly opposite some of our most prestigious 'heritage events', including the Horizon Irish Open, the DS Automobiles Italian Open and the acciona Open de España – three national Opens which combined have more than 300 years of history.

Finally, I would like to address one more point. I have heard through multiple sources that rumours are swirling that the PGA European Tour turned down an offer worth millions of dollars from Golf Saudi.

Although we had discussions with Golf Saudi about extending our relationship beyond just the Saudi International tournament, we never received a formal written offer from them. I can emphatically say that if such an offer had ever been made, as your Executive Leadership team we would have had a responsibility to bring it to the Tour's Board of Directors.

As we have previously informed you, we did receive a formal written offer from Raine Capital in 2020 which was thoroughly reviewed by the Board, and, after detailed analysis, was rejected. Instead, we opted to form our Strategic Alliance with the PGA TOUR, a deal which has continued to provide many benefits to the DP World Tour and European Tour group, and which has considerable potential for future growth.

We are unwavering in our belief that working together with PGA TOUR - and with our

other partners including the Sunshine Tour and ISPS Handa PGA Tour of Australasia - will make our sport less fractured and benefit global golf.

I look forward to catching up with some of you either this week, or in the weeks ahead.

Regards,
**Keith**

Keith Pelley Signature



**Keith Pelley**

**Chief Executive**

**European Tour group**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error please notify the originator of the message. This footer also confirms that this e-mail message has been scanned for the presence of computer viruses. Any views expressed in this message are those of the individual sender, except where the sender specifies and with authority, states them to be the views of the European Tour Group. Scanning of this message and addition of this footer is performed by our E-mail Filter software in conjunction with virus detection software. European Tour Group Registered office: European Tour Group Building, Wentworth Drive, Virginia Water, Surrey, GU25 4LX Registered in England No.1867610.

# EXHIBIT 22l

**PRIVATE AND CONFIDENTIAL**                                    **SENT BY EMAIL ONLY**

16 May 2022

Dear Graeme,

Thank you for your request for a release from the 2022 edition of the Porsche European Open, a tournament on the DP World Tour schedule, in order to participate in the 2022 edition of The International Series at Slaley Hall between $2^{nd} – 5^{th}$ June 2022 (the "**Release**").

I have carefully considered your request, in light of the factors that are referred to in Sections E1 and E2 of the Members' General Regulations Handbook (the "**Handbook**"), but have come to the conclusion that if your 2022 DP World Tour membership category and rank is **above** the cut-off line for entry into the 2022 edition of the Porsche European Open as at close of entries on 19th May 2022, I hereby inform you that your Release is **not** granted.

This is our position for a number of important reasons, including the following:

(i) While trying to balance the challenge of allowing our members the opportunity to play in a conflicting tournament, we have, at the same time, to ensure protection for our Tour, all its members and our relationship with our stakeholders that provide the revenue which will enable all of you to continue to play for the levels of prize fund currently established.
(ii) We announced the Porsche European Open last November. The Asian Tour subsequently scheduled their International Series event on the same dates.
(iii) The tournament in England is only one hour time difference from Hamburg so there will be a direct clash with live TV coverage of the DP World Tour event.
(iv) The general media coverage, social media coverage and TV audience numbers could well be impacted as the tournaments will be played concurrently.

If, however, your 2022 DP World Tour membership category and rank is **below** the cut-off line for entry into the 2022 edition of the Porsche European Open as at close of entries on 19th May 2022, I hereby inform you that your Release **is** granted.

Whilst I endeavour to maintain a reasonably consistent approach in relation to my response to each request for a release, each request is assessed on its own merits and in the context of what, in my reasonable discretion, I consider to be relevant factors relating to the Member's specific request. I do not consider this decision to be precedent-setting and I will evaluate all future release requests individually, basing my decision on the specific facts and circumstances in accordance with the Handbook.

If your Release has not been granted, but you choose to participate (or allow or agree to the promotion of your participation or expected participation) in the 2022 edition of The International Series at Slaley Hall anyway, this would constitute a breach of the Handbook (pursuant to which you have submitted your request for the Release). In that instance, I would therefore reserve the right (without prejudice to any other rights and remedies available to PGA European Tour) to impose sanctions in accordance therewith.

Yours sincerely,

**Keith Pelley, Chief Executive Officer** for and on behalf of **PGA European Tour**



PGA European Tour (a company limited by guarantee)
Registered in England and Wales under No. 1867610
VAT No: GB413 545179          +44 (0) 1344 840 400
                              info@europeantourgroup.com
                              europeantour.com

Registered Office: Wentworth Drive, Virginia Water,
Surrey GU25 4LX United Kingdom

# EXHIBIT 22m

**PRIVATE AND CONFIDENTIAL**                                    **SENT BY EMAIL ONLY**

17ᵗʰ May 2022

Dear Ian,

Thank you for your request for a release from the 2022 edition of the Volvo Car Scandinavian Mixed, a tournament on the DP World Tour schedule, in order to participate in the 2022 edition of the LIV Golf Invitational London between 9ᵗʰ-11ᵗʰ June 2022 (the "**Release**").

I have carefully considered your request, in light of the factors that are referred to in Sections E1 and E2 of the Members' General Regulations Handbook (the "**Handbook**"), but have come to the conclusion that if your 2022 DP World Tour membership category and rank is **above** the cut-off line for entry into the 2022 edition of the Volvo Car Scandinavian Mixed as at close of entries on 26ᵗʰ May 2022, I hereby inform you that your Release is **not** granted.

This is our position for a number of important reasons, including the following:

(i) While trying to balance the challenge of allowing our members the opportunity to play in a conflicting tournament, we have, at the same time, to ensure protection for our Tour, all its members and our relationship with our stakeholders that provide the revenue which will enable all of you to continue to play for the levels of prize fund currently established.
(ii) We announced the Volvo Car Scandinavian Mixed last November. The LIV Golf Invitational London was subsequently scheduled on the same dates.
(iii) The tournament in England is only one hour time difference from Sweden so there will be a direct clash with live TV coverage of the DP World Tour event.
(iv) The general media coverage, social media coverage and TV audience numbers could well be impacted as the tournaments will be played concurrently.

If, however, your 2022 DP World Tour membership category and rank is **below** the cut-off line for entry into the 2022 edition of the Volvo Car Scandinavian Mixed as at close of entries on 26ᵗʰ May 2022, I hereby inform you that your Release **is** granted.

Whilst I endeavour to maintain a reasonably consistent approach in relation to my response to each request for a release, each request is assessed on its own merits and in the context of what, in my reasonable discretion, I consider to be relevant factors relating to the Member's specific request. I do not consider this decision to be precedent-setting and I will evaluate all future release requests individually, basing my decision on the specific facts and circumstances in accordance with the Handbook.

If your Release has not been granted, but you choose to participate (or allow or agree to the promotion of your participation or expected participation) in the 2022 edition of the LIV Golf Invitational London anyway, this would constitute a breach of the Handbook (pursuant to which you have submitted your request for the Release). In that instance, I would therefore reserve the right (without prejudice to any other rights and remedies available to PGA European Tour) to impose sanctions in accordance therewith.

Yours sincerely,

**Keith Pelley, Chief Executive Officer,** for and on behalf of  **PGA European Tour**



PGA European Tour (a company limited by guarantee)
Registered in England and Wales under No. 1867610
VAT No: GB413 545179

+44 (0) 1344 840 400
info@europeantourgroup.com
europeantour.com

Registered Office: Wentworth Drive, Virginia Water,
Surrey GU25 4LX United Kingdom

# EXHIBIT 22n

## UPDATE FROM CEO KEITH PELLEY

Good afternoon,

Over the past two weeks, in discussion with many of you at our tournaments in Germany and Sweden, I have been asked countless times to give an update on our position in relation to our members who chose to play in both the Asian Tour event at Slaley Hall from June 2-5 and last week's LIV Golf event at the Centurion Club without releases.

Before I comment on that, let me remind you of a few facts.

During the week commencing May 23, 2022, I wrote individually to all the players who submitted release requests for each tournament.

In those letters, I informed them that if they were above the cut-off line at close of entries for our tournaments scheduled in the same weeks, we would refuse their requests for a release or releases to play in these conflicting events, something we firmly reserve the right to do in accordance with the regulations all members sign up to in our Members' General Regulations Handbook.

While some members respected this decision and subsequently retracted their requests, a number of members chose to ignore it by playing at either Slaley Hall or Centurion Club or, in some cases, at both.

As I reminded all members in my message dated April 19, 2022, our conflicting event protocol was specifically designed in the best interests of your Tour, ensuring our sponsors, promoters and broadcast partners continue to get a strong return on their investments, thereby safeguarding vital revenue streams which ultimately provide your prize funds and playing opportunities.

During discussions in Sweden last week, and through additional private correspondence, some members asked me why we simply do not follow what the PGA TOUR have done and immediately suspend these players. While I understand the frustration, I remind you all that although we work closely with the PGA TOUR, we are different organisations and our rules and regulations are therefore different too.

From many of your messages and my conversations, I know that many of you share the same viewpoint that Jay Monahan expressed in his note to PGA TOUR members, namely that the players who have chosen this route have disrespected the vast majority of the members of this Tour.

As for what we are going to do, because of the complexity of our situation we are still evaluating an overall course of action. We will use the next seven days to continue to assess the impact the two conflicting events in the UK had on our own tournaments played in those weeks (the Porsche European Open and the Volvo Car Scandinavian Mixed) as well as on your Tour overall.

Part of this assessment will be discussions with our Board about the precise nature of any potential sanctions to be imposed on members who have breached our regulations. We will clarify our position next Thursday, June 23, the day entries close for the Genesis Scottish Open.

As a result of this timeline, the field for next week's BMW International Open will not be affected, but please be aware that entry lists and fields for tournaments thereafter might well be.

I will close by taking this opportunity to thank those members who have reached out to express their continued support of and their commitment to the DP World Tour. Should anyone else wish to discuss any element of this topic, please do not hesitate to get in touch with me.

Regards,

Keith

Keith Pelley

# EXHIBIT 22o

**PRIVATE AND CONFIDENTIAL**                                    **SENT BY EMAIL ONLY**

24th June 2022

Dear Ian,

I note that you played in the 2022 edition of the LIV Golf Invitational (London), despite your release request not having been granted.

As outlined in the letter sent to you (by email) on 15 June 2022 by Deputy Director of Tour Operations, David Probyn, you will be aware from Section E of the Members' General Regulations Handbook (the "**Regulations**") that this is a breach of the Regulations.  As outlined in those Regulations (and as we set out when we informed you that your request for a release to participate in the 2022 edition of the LIV Golf Invitational (London) was not granted), a breach of this nature may also be deemed to be a serious breach of the Code of Behaviour set out within Section F of the Regulations (the "**Code of Behaviour**").

In this case, having had regard to all relevant factors set out in the Code of Behaviour, including but not limited to the non-exhaustive, illustrative categorisations of behaviours set out therein, and having considered your response (dated 22 June 2022) to David Probyn's letter to you of 15 June 2022, I hereby inform you (having elected to determine this matter myself in accordance with paragraph 3(f) of section II of the Code of Behaviour) that I consider the aforementioned breach to be a serious breach of the Code of Behaviour.

Accordingly, I have decided to impose the following sanctions upon you, with immediate effect:

1.  a fine of £100,000 (one hundred thousand pounds Sterling), payable within 14 days of the date of this letter in the manner described in the Appendix to this letter; and

2.  suspension from participation in the 2022 edition of (i) the Genesis Scottish Open and the Barbasol Championship each taking place on 7-10 July (inclusive) and (ii) the Barracuda Championship on 14-17 July (inclusive), meaning that you are ineligible to participate in such tournaments in any capacity and where applicable you have duly been removed from the entry lists for these tournaments.

In accordance with paragraph 3(f)(vi) of section II of the Code of Behaviour, you may appeal the above determinations to an Appeal Panel by submitting a written notice of appeal to me (kpelley@europeantourgroup.com), copying the Deputy Director of Tour Operations (dprobyn@europeantourgroup.com), within 14 days of the date of this letter.

Whilst any similar future breach of the Regulations and/or the Code of Behaviour will be evaluated on an individual basis and in light of the specific context and circumstances of each case, it is likely that (without prejudice to my discretion to act on a case-by-case basis), repeatedly breaching the Regulations and/or Code of Behaviour in a similar manner may result in an escalation of the sanctions imposed upon you (such as higher fines or longer suspensions).

Yours sincerely,

**Keith Pelley, Chief Executive Officer,** for and on behalf of  **PGA European Tour**



PGA European Tour (a company limited by guarantee)
Registered in England and Wales under No. 1867610
VAT No: GB413 545179

+44 (0) 1344 840 400
info@europeantourgroup.com
europeantour.com

Registered Office: Wentworth Drive, Virginia Water,
Surrey GU25 4LX United Kingdom

**PRIVATE AND CONFIDENTIAL**                                    **SENT BY EMAIL ONLY**

## Appendix

Please pay the amount specified in this letter via a bank transfer to the following account with the following reference: [*your name*]/sanction

*Bank Name: Barclays Bank Plc*
*Account Name: PGA European Tour*
*Address: Leicester, Leicestershire, United Kingdom, LE87 2BB*



Redacted to Protect Confidential Banking Information



PGA European Tour (a company limited by guarantee)
Registered in England and Wales under No. 1867610
VAT No: GB413 545179

+44 (0) 1344 840 400
info@europeantourgroup.com
europeantour.com

Registered Office: Wentworth Drive, Virginia Water,
Surrey GU25 4LX United Kingdom

# EXHIBIT 22p

**Exhibit 22p**

**Transcript of "Jay Monahan, Keith Pelley explain union of PGA Tour and DP World Tour"[1]**

**June 28, 2022**

| | |
|---|---|
| Jimmy Roberts: | [00:07]  And hi again everyone, Jimmy Roberts here and this is your Golf Central update. The big news of the day coming from the PGA and DP World Tours, announcing a strengthening of their alliance, which began in November of 2020. Some of the key points announced today, a new 13-year operational joint Venture Partnership, PGA Tour increases its stake in European Tour Productions from 15 to 40%, DP World Tour guarantees growth in annual prize funds to members for the next five years, Sunshine Tour and the PGA Tour of Australasia now enjoy a formal pathway to the DP World Tour.  And starting in 2023, the top ten players at the end of the season, the DP World Tour ranking in addition to those already exempt, will earn PGA Tour cards.  Keith Pelley and Jay Monahan join Matt Adams and Eamonn Lynch on Golf Central to discuss. |
| Matt Damon: | [01:04]  Jimmy, thank you very much, with the Commissioner of the PGA Tour, Jay Monahan and the Chief executive of the DP World Tour, Keith Pelley. Uh gents, this is a question for both of you, but if I may, let's start first of all with Jay, was it always a part of the evolutionary plan of your tours that you would see the alignment going this way? Or is this in reaction to the flow of current events in the world of golf? |
| Jay Monahan: | [01:33]  Well, Matt and Eamon, thanks for having both of us today and, you know, to answer your question, I would just go back in time and for a long period of time. Decades in fact, a moment like this, a historic moment like this has long been talked about but hasn't quite happened. And when you think about the process and I'll just speak to it from our end.  You go back to November of 2020, that's when we announced our strategic alliance. As we were making our way back through COVID and learning to live and play through a COVID environment, I had tasked our team recognizing that we were entering into our new media deals at the beginning of 2022 with you, NBC Golf Channel, CBS, ESPN that we should really be thinking about what is the next evolution in our schedule? How do we continue to create a stronger product and schedule for the top players in the world for all of our members and for fans and our partners? And it was at that time frame that we actually went to our board with this concept. The concept that I talked about last week of shortening our season in the FedEx Cup from January through August, elevating -- we |

[1] *Jay Monahan, Keith Pelley explain union of PGA Tour and DP World Tour* (Golf Central broadcast Jun. 28, 2022), available at https://www.youtube.com/watch?v=FSchVcz_8jg.

ended up elevating certain events getting into the fall, transitioning to a small number of international series events, and having players play through the fall for positioning and for eligibility the following year. As you can imagine, as a membership organization those are complex changes and as we went through 21 and into 22 had a lot of conversations with our Player Advisory Council, at the same time we were having an impact on the DP World Tour, not just from a media standpoint and the investment we had made on European Tour productions but also in the commercial side and also in identifying co-sanctioning opportunities with the Genesis Scottish Open, the Barracuda and the Barbasol.  Long way of saying we get to last week at Hartford, we had our policy board meeting, the changes I just referenced were approved as was this next step, this operational joint venture with Keith and the DP World Tour. So we've been talking about it for a long period of time, debating all the elements of it, and without those changes to our schedule, we wouldn't be in a position to take this step forward and by that, more specifically, be able to provide those ten cards and also be able to invest even more in the business in terms of productions as well as the resources we're going to put behind it. So that's how we got to this point in time, and I couldn't be more excited about being here and all the opportunity it creates for us going forward for our members, Keith's members, and for the great fans of the PGA Tour.

Keith Pelley:            [04:23]  Wow.  I can tell you that that was a great summary, but there is no doubt that we've been talking about this for some time. I would say to answer your question, gents, that it has been escalated during the existential threat, but it was always a plan from some time ago.  Jay and I've been talking about working closer together and vertically taking our silos and horizontally integrating them together for a number of years since he took over as Commissioner, then we had the opportunity to do it in 2020. And I can tell you the strategic alliance in 2020, has far exceeded our expectations, and the PGA Tour of Act far greater than somebody owns a percentage of your production company. When you look at -- I'm here at the Horizon Irish Open and they were instrumental in bringing Horizon as the title partner to the Irish Open and now doubled the prize purse. The Genesis Scottish Open will be the biggest tournament on our tour in its history with 14 of the top 15 players, a strength of field of some 670 with 70 world ranking points to the winner. Partners like Velocity Global, partners like Fortinet that this alliances have allowed us to work closer together. We're sharing ideas on gaming, on E-sports, on digital content, so it was the natural evolution that I believe was escalated by the existential threat.

Eamon Lynch:          [05:59]  Jay, you hinted earlier about golf's history of having a somewhat protectionist outlook in terms of how it does business, and in this agreement there are very clearly a lot of great benefits for the DP World

2

Tour. But presumably your Members are going to ask you what's in it for them. What will your answer be to them when that question comes?

Jay Monahan:  [06:19]  Listen, I think a stronger global golf ecosystem is better for and best for, you know, every member of the PGA Tour. Certainly that would be the same for every member of the DP World Tour. And when I look at our opportunities ahead of us, you know, my whole focus and the thing that you have heard me consistently say is we need to focus on creating the best, most efficient, most competitive platform in the form of our schedule that creates the moments in our sport that the players aspire to live up to that they grew up thinking about. And now that they're out here, they're going to continue to pursue and the changes that we made last week certainly add to that. And the addition of a stronger relationship in the form of an operational joint venture with the DP World Tour, I think ultimately for the impact we're going to have on the DP World Tour, the access those players are going to have on the PGA Tour. We're strengthening the system. This is pro-competitive and ultimately the more pro-competitive we are, the greater resources we can generate for our respective memberships. And if we didn't do this, I would tell you that we would miss an enormous opportunity to do that and that's what we're going to prove as we go forward here in the coming months and years, Eamon.

Matt Adams:  [07:53]  Keith Pelley, the chief executive of the DP World Tour.  In the announcement that you put out today, the joint announcement was the following.  "I'm quoting with today's announcement DP World Tour members will now have direct and formal access to the very pinnacle of the men's professional game on the PGA Tour."  I know that you had an opportunity to meet with your Members at the Irish Open today. Was there any reaction from members in terms of where the DP World Tour is positioned now as a global tour?

Keith Pelley:  [08:25]  To be honest, the early feedback and it was only an hour ago and I've gone on to media calls and media interviews so I haven't had a chance to talk to players directly, but only between interviews has been incredibly positive and the feeling in the room was very energized as people understood the possibility that could happen with the DP World Tour, and it's, gents, it's not just the clear pathway to the PGA Tour, that is one component of it, a very big component, but one component of it. We have guaranteed prize funds that we are going to be able to use with the additional investment that we'll be able to -- the DPA world will be able to commit to our players for the next five years, and we're going to spend a significant amount of time with our tournament committee and with the members of the PGA Tour and the PGA Tour Executive in shaping what our 2024 schedule will look like.  We'll refine it and improve it. But I can tell you emphatically that this is one component of our tour. We are not a

3

feeder tour into the PGA Tour. We're a vibrant, independent strong tour with incredible tournaments with and you're seeing one this week with a rise in Irish Open.  You'll see the Genesis Scottish Open next week, which will be spectacular. Our national opens like the open of France, the Italian, the BMW PGA Tour at BMW PGA Championship at Wentworth in Abu Dhabi and Dubai at the beginning of the year, the DP World Tour Championship. So there is one component which is of our new deal which is a massive component for our players to be able to get access to the PGA Tour, the world's greatest and largest tour but it's one component of it and I think I just want to be careful with people calling us a feeder tour. We do have a feeder tour and that is something that is just aspirational to get to the next level and that is our challenge tour, but for this, this is a momentous day. It's pretty exciting for us.  Jay and his team have been spectacular and for us to align and get to the next level with the PGA Tour is something that we're excited about and I think the members will be incredibly delighted as they start to digest what has happened over the last couple of hours.

Eamon Lynch:          [10:58]  A question for both of you –

Jay Monahan:          [10:59]  If I could –

Eamon Lynch:          [11:00]  Sorry, go ahead Jay.

Jay Monahan:          [11:02]  If I could I just -- I wanna go back to your question and just make a couple other points. You know, number one, when you think about the changes that, you know, that we announced last week and the extension -- natural extension of our partnership with DP World Tour here today. Every single player has an opportunity to be the best player in the world, and they're going to have access and opportunities that are greater when you look at the whole calendar year at the same or greater than they've been in the past. And the consequence of what we're playing for is growing. And I think that's an important point. The other thing I'll say is that when you take a broader look at this and you think about the Korn Ferry Tour, now, is going to move to a January through October schedule allows us to create, you know, to create, take advantage of better economic conditions, create strategic breaks in the course of the Korn Ferry Tour season, have one card and have so much at stake. We obviously have the ten cards from the DP World Tour and then we'll be reinstituting Qualifying School, something that we haven't done since 2013, so making a number of changes here that are going to allow the best players in the world to continue to emerge. And you know our work's not done, we're going to continue to push and think along those lines.

Eamon Lynch:          [12:23]  On that subject of pathways, Jay, Keith just spoke about the importance of for DP World Tour members of making their way to the

PGA Tour through the points standings at the end of the year. As of right now, two of the top ten in that point standings, Pablo Larrazabal and Richard Bland, are allied with the LIV golf series. What parameters will both of you put in place to ensure that you don't face a situation where players who are allied with the LIV tour actually are eligible for those cards.

Jay Monahan:       [12:56]  Well, Eamon, I mean, I think time to –

Keith:                   [12:57]  Go ahead, Jay, you go.

Jay Monahan:       [13:02]  No, no you go right ahead.

Keith Pelley:         [13:04]  Okay, Eamon, I think time takes care of a lot of things. This won't come in place til next year and I honestly don't think we'll have that problem by then.

Matt Adams:         [13:16]  Okay.  Alright, Keith, I wonder if I could ask you this question, too. I'm aware of the fact that you are at the Horizon Irish Open and we're hearing great reports. The depth of field at the Genesis Scottish Open coming up. Given all of these developments, is there any possibility in the horizon of the Irish Open also becoming an event that can be played both on the PGA Tour and the DP World Tour at the same time?

Keith Pelley:         [13:44]  Well, I think anything is possible, but at this particular time we're looking forward to next week and we're not getting too far ahead of ourselves of what exactly this alliance could mean down the road. I can tell you that we made and took the decision to stay with a proven partner today that is creative and innovative and want to work as closely as possible with us on all kinds of different concepts, so, I think I would say similar to what Jay has said, that the aspirational goal is for the best players in the world to play on the most competitive platform and if that means that Jay and his team feel down the road at some particular time that could mean an event in Ireland, then that is something that we would explore, but at this particular time that hasn't been discussed in great depth.

Eamon Lynch:       [14:36]  Jay, what is the end game of this alliance? Is it a global tour operating under one umbrella? And if that is the goal, what's the next stage to get in there? Where do you see this in 5, 10 years?

Jay Monahan:       [14:50]  Yeah, Eamon, I think that again this is this was the right step in our alliance and this is a this is a big step.  And there has been, you know this discussion about consolidation, merging, becoming one entity. To us we've been focused on what can we do to again make the changes to our schedule, to do it in concert with the DP World Tour and for us to

5

continue to prove to the membership of the DP World Tour and to the membership of the PGA Tour that we can add value that has benefit to both memberships and we can continue to prove that ultimately something like that which is a possibility might one day become a reality and but that's a day that's off into the future. Right now, we've got a focus on the task at hand and we've made a lot of commitments to Keith and his team, and vice versa. And we need to get to the work at hand, which we're going to do straightaway.

Jay Monahan:            [16:02]  Listen. This is a global game. We have a global membership. The best players in the world. We're continuing to make really positive adjustments and enhancements to our overall season and it's flow, and we're going to continue to look at everything, that's the nature of who we are, and we're going to do it with and through the eyes of the best players in the world, working very closely with them.

Matt Adams:             [16:25]  Jay Monahan, the Commissioner of the PGA Tour, and Keith Pelley, the chief executive of the DP World Tour.  Gents, congratulations, thank you very much for spending some time with us tonight.

Jay and Keith:          [16:35]  Thank you gentlemen.

Jimmy Roberts:          [16:37]  Also beginning next year an unprecedented 30 PGA Tour cards will be awarded to the top players on the Korn Ferry Tour points list at seasons end, reaffirming the quality of the competition on the circuit and the importance of rewarding season long performance, giving players an additional five PGA Tour cards for next year. This has been the Golf central update.

**[End of transcription (0:17:03)]**

# EXHIBIT 22q

Case 5:22-cv-04486-BLF   Document 25   Filed 08/03/22   Page 104 of 381

 **ESPN.com:** Golf                    [Print without images]        

Monday, July 4, 2022

# Judge issues stay allowing LIV Golf's Ian Poulter, Adrian Otaegui, Justin Harding to play in this week's Scottish Open

Associated Press

VIRGINIA WATER, England -- Ian Poulter and two other players who signed up for the Saudi-funded LIV Golf series won a stay Monday from a British court that allows them to play in the Scottish Open.

Poulter, Adrian Otaegui of Spain and Justin Harding of South Africa challenged their suspension from the Scottish Open and two other tournaments, the penalty for playing a LIV Golf event outside London without a release from the European tour.

They will be added to the field this week at The Renaissance Club for the Scottish Open, the first European tour event co-sanctioned by the PGA Tour.

The PGA Tour suspended its members who signed up for the Saudi-backed series run by Greg Norman. Poulter is also a PGA Tour member.

Poulter was among 16 players who hinted at legal action over European tour penalties, though the temporary stay after a hearing before Judge Phillip Sycamore, who was appointed by Sports Resolutions (UK), applied only to the three players.

"I will simply say we are disappointed by the outcome of today's hearing, but will abide by the decision," European tour CEO Keith Pelley said in a statement. "It is important to remember, however, this is only a stay of the sanctions imposed, pending the hearing of the players' appeal as to whether those sanctions were appropriate."

Pelley was at the JP McManus Pro-Am in Ireland and said he would withhold a more detailed response until the charity event was over, out of respect to the hosts. McManus has attracted a world-class field that includes Tiger Woods, Rory McIlroy, Jordan Spieth, Justin Thomas, Scottie Scheffler and a host of other major champions.

Poulter also is playing the two-day event in Ireland.

Earlier in the day, he told BBC Sports he was fighting for his right to play golf.

"My commitment to the European Tour has been there since day one," he said. "And it's still there today. I'm proud of playing so often, when it was to the detriment of world ranking points and FedEx Cup points I could have earned playing more in America."

Along with the suspension, players who competed in LIV Golf without permission were fined $121,000, roughly the amount of last-place money in the $20 million LIV events.

# EXHIBIT 22r



SR/165/2022

IN THE MATTER OF A REFERENCE UNDER THE DP WORLD TOUR MEMBERS' GENERAL REGULATIONS HANDBOOK 2022 BEFORE A PANEL APPOINTED UNDER REGULATION F3(d)

**Before: His Honour Phillip Sycamore CBE**

**B E T W E E N:**

**(1) IAN JAMES POULTER**
**(2) ADRIAN OTAEGUI JAUREGUI**
**(3) JUSTIN HARDING**

**– and –**

**PGA EUROPEAN TOUR**

**Appellants**

**Respondent**

---

**DECISION OF THE APPEAL PANEL ON THE STAY APPLICATION**

---

**Appearances: James Segan QC, David Lowe and Tom Mountford instructed by Gibson Dunn & Crutcher LLP on behalf of Messrs Poulter, Otaegui and Harding**

**Adam Lewis QC, Ravi Mehta and Emmeline Plews instructed by Farrer & Co LLP on behalf of the PGA European Tour**

1. This is an application for a stay of sanctions arising from disciplinary appeals brought by Ian James Poulter, Adrian Otaegui Jauregui and Justin Harding against the decision on the 24th of June 2022 by PGA European Tour under the rules in the DP World Tour Members General Regulations Handbook ("The Regulations") to suspend each of the Appellants from participation in three golf tournaments known as the Genesis Scottish

**THE INDEPENDENT EXPERTS**

Open (due to commence on Thursday of this week, 7th July and to run to 10th July), the Barbasol Championship (also 7th to 10th July) and the Barracuda Championship (14th to 17th July). The decision arose from the participation of the Appellants, all of whom are self-employed professional golfers, in golf events run by LIV Golf Investments, known as the LIV Tour, which offers significant financial incentives for participation.

Although the decision is in relation to each Appellant, in reality in the case of Mr Poulter and Mr Harding the suspension effectively only affects their participation in the Scottish Open, which I have observed is due to commence on Thursday of this week.   Adrian Otaegui Jauregui is also affected by the ban from the Barracuda Championship to be held the following week (at the same time as the British Open, in respect of which Mr Poulter and Mr Harding have already qualified).

2.   I have been appointed by Sport Resolutions to chair the Appeal Panel pursuant to the Regulations, which provide at page 85 that:

> "In exceptional circumstances, the PGA European Tour may, in its sole discretion, before an appeal has been finally determined by an Appeal Panel, request that Sport Resolutions (UK) appoint an Appeal Panel (from the panel members referred to at paragraph 3(a), above, or other impartial persons, as appropriate) and/or administer the appeal otherwise in accordance with the provisions of Regulation F."

The Appellants had originally intended to make an application in the High Court for interim relief in relation to the suspensions, but in the event the parties agreed that: (1) as Chair, I could deal with the matter sitting alone; and (2) that as Chair I could, and should, deal with the application for a stay.  I was referred to an email – an inter partes email dated the 1st of July 2022 – to this effect. This is an email from the Respondent's solicitors to the Appellants' solicitors:

> " …I can confirm that my client (a) accepts and will not dispute that the Appeal Panel Chair has power in his or her discretion to impose a stay of the sanction pending determination of the underlying appeals, and (b) agrees to confer such power on the Appeal Panel Chair to the extent that might be required…"

3. The same email also contained confirmation from the Respondent's solicitors that the Respondent would cooperate in any arrangements that may be necessary to ensure that the Appellants can play in the Scottish Open.  That part of the email reads as follows:

> "…On the basis that this is intended to refer to the provision of access to the usual practice facilities and the player lounge on-site, and otherwise to recognise your clients' accreditation and to allow them to play, I can confirm that my client does not have an issue with this and intends to cooperate. Of course that would not extend to arrangements for which players are usually personally responsible, such as courtesy cars, accommodation and any other travel. I also note for completeness that this is also subject to any appeal against the Appeal Chair's decision…"

It was made clear during the course of submissions that this did not amount to a concession that the Respondent agreed to the stay or indeed the participation of the Appellants in the Scottish Open.

4. The skeleton arguments covered a considerable amount of ground, including issues relating to restraint of trade and the availability of remedies in damages. I have found it helpful to concentrate – as is appropriate at this stage of the proceedings – on issues relating to the approach to the Regulations and to the question of procedural fairness. I will not embark on an exercise which might in any way impact on the issues to be determined at the substantive hearing in due course.

5. It is important first to recognise that the substantive appeal will be by way of a de novo hearing (I will explain why that is in a moment) which will be determined by a full panel of three members. In determining this application, I have in mind what will be the best outcome to enable the Panel to carry out that function effectively.

6. Essentially the Appellants said that it would be manifestly unfair for them to have served the suspensions before the appeal takes place and they point out that, in the event of a finding on the appeal which is adverse to them, it will still be open to the Appeal Panel to impose future suspensions should that be considered appropriate. They say that the balance of justice lies in their favour.

7. The Respondent takes the opposite position and maintains that the impact of a stay would be adverse not only for the Tour but for third parties, including competitors, commercial

partners and others. Both parties recognise that in many sports it is quite usual for a suspension to be served before an appeal is heard, but the Appellants sought to distinguish the particular features of this case.

8.  I will turn now to the relevant Regulations which have been referred to during the course of submissions today.

The relevant part of the section (F. Code of Behaviour and Disciplinary Procedure) begins at the paragraph numbered 3 – Serious Breach Procedure (page 82) – which sets out the approach to be adopted when such a breach is being dealt with.

First of all, it deals with a composition of a disciplinary panel to determine such a matter and it sets out the requirement for three members (a legally qualified person, an ex-member of the DP World Tour and an experienced sports administrator and provides that the legally qualified person shall chair the panel).

It continues:

'  … No person who was involved in the events relating to, or the investigation of, the alleged breach or who has a clear vested interest in the outcome of the disciplinary hearing, or who has made strong statements either way on a directly relevant matter, should sit on the Disciplinary Panel…'  It then sets out the procedure which the panel is to adopt.

It next deals with appeals, to which I will return. I now move forward to sub-paragraph (f) which is headed 'Discretion of the Chief Executive' which provides:

'If the Disciplinary Officer has decided, pursuant to paragraph 3 above, that a Serious Breach of the Code may have occurred and the matter has been referred to the Chief Executive for consideration, then the Chief Executive may elect to himself to determine whether or not a Serious Breach of the Code was committed by the Member, and (if it is determined that a Serious Breach of the Code was committed by the Member), what the appropriate sanction or sanction(s) should be. The Chief Executive will make the above election (i.e. whether or not to himself determine whether or not a Serious Breach was committed and, if so, what the sanction should be) in his absolute discretion.'

It then goes on to set out what the Chief Executive is required to take into account and provides a process for an appeal and the provisions for appeal from that decision. The appeal is required to be held de novo.

9.  Paragraph (d) (page 85) deals with appeals against decisions of the Disciplinary Panel and includes the provision for appointment of a Panel by Sport Resolutions (UK) Ltd. It also specifies that where the appeal is heard de novo the same process as before the Disciplinary Panel will be followed.

I pause to observe that it is provided that the starting point in respect of the process pending an appeal is that whilst provision is made for fines, compensation or costs orders to be stayed pending determination of the appeal other sanctions, including suspension, are not stayed.

10. I was invited by counsel for the Respondent to conclude that there is no serious issue to be tried. That cannot be a correct approach at this stage. By definition, as I have just explained, a de novo hearing following the same process as before the Disciplinary Panel is required. I have already indicated that I do not intend to do anything in dealing with this application which might impact on the Panel's appellate function in due course.

11. The position is this. The de novo appeal will be the first opportunity for the Appellants to go through a formal hearing process as opposed to being sanctioned as a consequence of a decision made by the Chief Executive under paragraph 3(f), without there having been any hearing or the normal elements of a process which could be described as judicial or quasi-judicial. There was no process by which the Chief Executive came at all close to replicating the guidelines for a disciplinary hearing. It was unfortunate that he was on record as having made strong adverse public statements on LIV, and clearly as Chief Executive he had a vested interest in promoting the interests of the Respondent over the interests of LIV.

12. I conclude that the position in relation to this application is that it is very different as to how it would have been had there been a hearing by an impartial disciplinary panel which had reached a similar conclusion. Counsel for the Respondent made it clear that he was not suggesting that the Executive is independent and went so far as to say that The Chief Executive is necessarily partial. There, I feel, lies the difficulty and the justification for the

Appellants' application. It is noteworthy that the Regulations specifically provide that in relation to appointment to a Disciplinary Panel no person who was involved in the events relating to, or the investigation of, the alleged breach or who has a clear vested interest in the outcome of the disciplinary hearing, or who has made strong statements either way on a directly relevant matter, should sit on the Disciplinary Panel. By analogy the same principles should apply to the Chief Executive.

13. Although it is recognised that the Tour is not the regulator in this sport, and that the rules and regulations are created by the members (which include the Appellants), and that the Appellants appear to have made a deliberate decision to participate notwithstanding that a release had not been granted, it is the case that there is yet to be a determination by a hearing de novo in which the Appellants will be able for the first time to participate in a meaningful way.

14. In those circumstances, I am satisfied that the balance of convenience and justice lies with granting the stay so that the question of sanction, if there is a finding by the appeal panel which is adverse to the Appellants, can be considered after that process has taken place (mirroring the process for the Disciplinary Panel).

I therefore direct that, in respect of each of the named Appellants, the suspensions imposed are stayed pending the hearing of the substantive appeal.

His Honour Phillip Sycamore CBE

05 July 2022

1 Paternoster Lane, St Paul's London EC4M 7BQ resolve@sportresolutions.com 020 7036 1966

Company no: 03351039 Limited by guarantee in England and Wales
Sport Resolutions is the trading name of Sports Dispute Resolution Panel Limited

www.sportresolutions.com



# EXHIBIT 22s

Case 5:22-cv-04486-BLF Document 21-5 Filed 08/03/22 Page 113 of 381

**The New York Times** | https://www.nytimes.com/2022/07/06/sports/golf/pga-dp-world-tour-liv-golf.html

# The PGA and DP World Tours Allied. Then LIV Golf Happened.

The alliance made it easier for players to compete in more tournaments, but the new golf tour is testing the partnership.

**By Paul Sullivan**

July 6, 2022

Fabrizio Zanotti had been waiting to hear where he'd be this week.

Ranked 38th on the DP World Tour, he was on the cusp of getting into the Genesis Scottish Open. But as of last summer, an alliance between the PGA Tour and the DP tour means that he had a spot in the PGA Tour's Barbasol Championship, nearly 4,000 miles away in Nicholasville, Ky., if he didn't get into the Scottish Open.

Zanotti, who is from Paraguay, wasn't complaining. "It's really good," he said. "The partnership is nice for us here in Europe to have the opportunity to get there."

Just a few months ago, the PGA Tour and the European Tour, which oversees the DP World Tour, had an alliance that looked fruitful. After competing for players for several decades, the tours came together in the early months of the Covid-19 pandemic and by November 2020 they had formalized a partnership.

Last August, the tours announced that they were co-sanctioning three events: the Scottish Open and the Barbasol, which run Thursday through Sunday, and the Barracuda Championship next week in Reno, Nev., opposite the British Open.

This meant players on the PGA and DP World Tours could compete in either event if their ranking was sufficient to get in. But mostly it meant if they didn't get into the Scottish or British Opens, they had a great consolation prize in playing lesser tournaments on the more prestigious PGA Tour.



Fabrizio Zanotti of Paraguay said an alliance between the PGA Tour and the DP World Tour should mean more opportunities for him to play and compete. Murad Sezer/Reuters

When this deal was announced in August, it was heralded as a sign of the deepening cooperation between the tours and sold as a benefit to both tours' members.

"With us co-sanctioning three events this year, we are no longer competing for top players," Keith Pelley, the European Tour commissioner, said in an interview earlier this year.

"Everything changed after November 2020. It was a mind-set shift for both of our organizations to work as closely together as we could and share all facets of our businesses. We went from competitors to partners."

Those were the days. That alliance is being tested publicly and politically by the new Saudi-backed LIV Golf Tour. The high-dollar invitational series has lured a group of PGA and DP World Tour players away and sent more established tours scrambling to make changes.

Case 5:22-cv-04486-BLF Document 2-5 Filed 08/03/22 Page 114 of 381

In the first event, the winner took home $4 million, but there was guaranteed money for every player, including the last-place finisher, Andy Ogletree, who won the U.S. Amateur in 2019. (He didn't make the field at the first LIV event in the United States, at Pumpkin Ridge in Oregon, throwing into doubt his professional future.)

For golfers trying to play their way up the rankings and into tournaments, money surely matters, but it's the Official World Golf Ranking points that matter the most. They're what determines how much control players have over their schedules.

**Sign up for the Sports Newsletter** Get our most ambitious projects, stories and analysis delivered to your inbox every week. Get it sent to your inbox.

"The playing opportunities with the merger are great," said Maverick Antcliff, who played in college at Augusta State University in Georgia and is ranked 171st on the DP tour. "If you have a good week in that opposite field event, you have an opportunity to transfer to the U.S. That's the avenue I want to go. That strategic alliance has given us a clearer pathway."

Before the alliance, the way players in Europe got invites onto the PGA Tour and into the majors was by being ranked in the top 50 in the world — not just on a particular tour — or by qualifying for the United States or British Opens through their qualifying process. The strategic alliance has given talented but lower-ranked players a chance to compete on the PGA Tour and possibly finish high enough to gain more control over their schedule.

While it presents larger, existential questions for professional golf, it has more practical week-to-week consequences for players trying to get into tournaments like the Scottish Open. Will defectors to the LIV Golf being excluded from events give other players a chance to compete? And that's another way of players on the cusp asking if they have a spot in events after remaining loyal to the tour where they've been playing.

The answers aren't clear. For one, the two tours are structured differently. The PGA Tour is a nonprofit. The European Tour is essentially a union of its members. So their punishments have differed because their members ostensibly have a say.

Jay Monahan, commissioner of the PGA Tour, has threatened to suspend or bar players who go to the LIV tour (with a number of players like Dustin Johnson and Kevin Na resigning their memberships upon moving to LIV).



The LIV Golf Invitational Series presents existential questions for professional golf and has also changed the week-to-week dynamics for players trying to get into tournaments like the Scottish Open. Troy Wayrynen/EPA, via Shutterstock

Pelley, the European Tour commissioner, had to take a different tact with his players: They were fined $120,000 for playing in the first LIV event in London and barred from playing in the three co-sanctioned events. Pablo Larrazabal and Oliver Bekker paid their fines and were back playing on the European Tour at the recent Horizon Irish Open.

Yet the LIV Tour, which set out to challenge the existing tours, is doing so at the cost of upcoming players. Consider Ogletree, who has struggled on the PGA Tour but had his U.S. Amateur champion status to fall back on. Now the question remains what his defection to the LIV Tour means for his professional career.

The tours announced significant enhancements to their partnership at the end of June. Among them is the PGA Tour increasing its stake in the European Tour to 40 percent, from 15 percent, which will lead to higher prize money on the DP World Tour. It also gives players on that tour a route to get onto the PGA Tour, with the top 10 European players at the end of the season getting playing privileges in the United States.

"The involvement of the DP World Tour and those players will just help expand our tournament, and it's great for our sponsor, Barracuda Networks," said Chris Hoff, tournament director of the Barracuda Championship, noting there will be 50 DP World Tour players in addition to 106 from the PGA Tour.

"There are plenty of guys who want to come over. It's a middle- to upper-middle tournament when it comes to the amount of Race to Dubai points available in addition to the monetary purse."



Andy Ogletree struggled on the PGA Tour but had his United States Amateur champion status to fall back on. Now, after finishing last in the first event of the LIV Golf Tour, it's unclear what his defection means for his professional career.  Cliff Hawkins/Getty Images

Those points are important, and since none of the players who went to the LIV Tour are able to play in the three co-sanctioned events this season, it gives an opportunity to other players who remained on the tours.

For a player like Antcliff, whose 550 world ranking sometimes makes getting into tournaments difficult, the alternative field events give him hope. "For myself, it is nice when there's an event and you have the opportunity to play that same week," he said. "It's a long season. Your best week is just around the corner. It's another opportunity to play a PGA Tour event."

The co-sanctioning changes haven't been great for all tournaments. The recent John Deere Classic used to be played opposite the Scottish Open. Its claim to fame was having a jet waiting to fly the winner to the British Open.

Zanotti will play this week at the Scottish Open. Next week, though, he had planned to play in the Barracuda Championship on the PGA Tour, but his fourth place finish in the Irish Open got him into the British Open.

"It's not very easy to go through the world rankings to play on the PGA Tour if you're not a top-50 player," said Zanotti, whose world ranking is 237. "That's why I think it's great to have these two opportunities. You can always win or have a good week."

Paul Sullivan is the Wealth Matters columnist. He is also the author of The Thin Green Line: The Money Secrets of the Super Wealthy and Clutch: Why Some People Excel Under Pressure and Others Don't.  @sullivanpaul

A version of this article appears in print on , Section A, Page 10 in The New York Times International Edition

# EXHIBIT 22t



Henrik Stenson
10193 Tavistock Road
Orlando
Florida 32827
United States of America


BY EMAIL ONLY


20th July 2022


Dear Henrik,

I write further to our recent conversations and written exchanges with you and your management team.

For the reasons discussed, on behalf of Ryder Cup Europe LLP, your appointment as captain of Team Europe for the 2023 Ryder Cup is hereby formally terminated. As agreed in our correspondence, the cessation of your appointment will take effect immediately.

Yours sincerely,


Guy Kinnings
Ryder Cup Director


cc. Rob Maxfield, The Professional Golfers' Association Limited
cc. Ian Randell, Ryder Cup European Development Limited
cc. Keith Pelley, PGA European Tour

**Ryder Cup Europe** Wentworth Drive, Virginia Water, Surrey GU25 4LX
**T** +44 (0)1344 840400  **F** +44 (0)1344 840490  rydercup@europeantour.com
100% RECYCLED PAPER

Ryder Cup Europe LLP
Registered in England and Wales No OC 307452
Registered Office as left
VAT GB: 927 241 233

# EXHIBIT 23

# 2017–2018

# PLAYER HANDBOOK &

# TOURNAMENT REGULATIONS

PGA TOUR

112 PGA TOUR Boulevard

Ponte Vedra Beach, FL 32082

Telephone: 904/285–3700



Dear PGA TOUR members,

Welcome to the PGA TOUR. This directory was compiled to assist you in your preparation for a season on the PGA TOUR.

The *Player Handbook* includes a 2017−2018 tournament schedule and covers such top−ics as special event eligibility and special awards.

The *Tournament Regulations* are the guide to specific rules pertaining to PGA TOUR play. We have incorporated changes made to the *Tournament Regulations* since last season into this season's book. In addition, the index provides quick reference. These *Regulations* are the final authority on the operations and policies of the PGA TOUR. I encourage every member to become familiar with these rules.

Best wishes for a successful 2017−2018 season!

Jay Monahan
Commissioner
PGA TOUR

# SIGNIFICANT CHANGES FOR THE 2017–2018 SEASON

- Elimination of the Official Money List Leader exemption beginning with the leader of the 2016−2017 season.
- The Top 125 Official Money List category has been eliminated.
- Introduction of PGA TOUR Integrity program which among other things prohibits players from betting on professional golf.
- Amendments to the Pace of Play Policy.
- Amendments to the Player Endorsement Policy to exclude sponsorships by FedEx competitors.
- Addition of an official pro−am format whereby one professional plays the first nine holes and a second professional plays the second nine holes.
- Changes to the One New Event Played Per Season Requirement to exclude any first−year official money event.
- Changes to the Ryder Cup points structure.
- For a player under a PGA TOUR Major Medical Extension participating in a PGA TOUR Champions "major" event will not reduce his number of available events.
- Zurich Classic of New Orleans became an official money team event in the 2016−2017 season.
- Modifications to the CIMB Classic alternate policy.
- THE CJ CUP @ NINE BRIDGES is a new event played in Korea with special eligibility.
- Corales Puntacana Resort & Club Championship is a new event in the Dominican Republic played opposite the WGC−Dell Technologies Match Play.
- Changes to the QBE Shootout eligibility.

# TABLE OF CONTENTS

**2017-2018 PGA TOUR TOURNAMENT SCHEDULE** .................. **12-24**

**ELIGIBILITY & COMMITMENTS (PHONE CONTACTS)** .............. **25**

## PGA TOUR PLAYER HANDBOOK

**PGA TOUR DUES AND FEES** ....................................................... **27**
    Initiation Fee.................................................................27
    Annual Dues ................................................................27
    Entry Fees ....................................................................27
    Open Qualifying Fees ...................................................27

**PLAYER ELIGIBILITY: INVITATION & SPECIAL EVENTS....... 28-53**
    CIMB Classic.................................................................28
    THE CJ CUP @ NINE BRIDGES ................................ 28-29
    WGC-HSBC Champions ........................................29-30
    Sanderson Farms Championship...................................... 31
    OHL Classic at Mayakoba ............................................. 31
    Hero World Challenge .............................................31-32
    QBE Shootout............................................................. 32
    Sentry Tournament of Champions...................................32
    Sony Open in Hawaii ...................................................32
    CareerBuilder Challenge ...............................................33
    Waste Management Phoenix Open .................................34
    AT&T Pebble Beach Pro-Am .......................................34
    WGC-Mexico Championship.........................................35
    Puerto Rico Open........................................................35
    Arnold Palmer Invitational presented by Mastercard .......... 36-37
    WGC-Dell Technologies Match Play .............................37
    Corales Puntacana Resort & Club-Championship...................37
    Houston Open.......................................................... 37-38
    Masters Tournament .....................................................38
    RBC Heritage ........................................................ 38-40
    Zurich Classic of New Orleans ..................................... 40-42
    THE PLAYERS Championship...................................... 42-43
    DEAN & DELUCA Invitational.................................... 43-44

the Memorial Tournament presented by Nationwide.......................... 44–45

U.S. Open ..............................................................................46

The National ...........................................................................47

The Open Championship ....................................................... 47–48

Barbasol Championship ...........................................................49

RBC Canadian Open ..............................................................49

WGC–Bridgestone Invitational ......................................... 49–50

Barracuda Championship ..........................................................50

PGA Championship ............................................................. 50–51

THE NORTHERN TRUST .......................................................51

Dell Technologies Championship ...........................................51

BMW Championship...............................................................51

TOUR Championship...............................................................51

Ryder Cup ............................................................................52

The Presidents Cup............................................................. 52–53

Tokyo 2020 Olympic Games...................................................53

**NATIONALITY POLICY** ......................................................... **54-56**

**GENERAL ADMINISTRATIVE MATTERS**.....................................**57**

Player Identification ................................................................57

Other Credentials....................................................................57

**TOURNAMENT ADMINISTRATION MATTERS** ...................... **58-70**

Purse Distribution Formulas...................................................58

Bad Weather Guidelines .................................................... 59–62

Suspension of Play Due to Dangerous Situations ....................62

Locker Rooms ........................................................................63

Player Equipment............................................................. 63–64

Opposite Event Policy.............................................................64

Caddie Regulations.......................................................... 64–66

Player/Family Dining Policy ..................................................66

Procedures for Dually–Committed Players...................... 66–68

Measuring Condition of Putting Greens...................................68

Golf Course Preparation & Set–Up Philosophy ................ 68–70

**ANTI-DOPING PROGRAM** ......................................................... **70**

**PGA TOUR ALCOHOL POLICY** ................................................**70-71**

**INTEGRITY PROGRAM**............................................................. **71**

**PACE OF PLAY POLICY** ...................................................... **71-75**

**POLICY FOR USE OF GOLF CARTS**
**BY DISABLED INSTRUCTORS**................................................. **76–77**

**AUTOGRAPH POLICY** .................................................................**78**

**PRACTICE AREA POLICY**..........................................................**79**

**INTERNET POLICY** ....................................................................**80**

**WEB.COM TOUR**
**(FORMER FULLY EXEMPT) EXEMPTION** ....................................**81**

**POLICY FOR PAYMENT OF PRIZE MONEY TO**
**PLAYERS WHO MAKE THE CUT BUT ARE UNABLE**
**TO COMPLETE THE TOURNAMENT**...........................................**82**

**MOBILE AND ELECTRONIC DEVICE POLICY**
**FOR CONTESTANTS AND OTHERS**
**WITH ACCESS TO THE PRACTICE AREAS** ...................................**83**

**GUIDELINES FOR PLAYERS' USE OF**
**SOCIAL MEDIA AT EVENTS** ........................................................**84**

**PLAYER ENDORSEMENT POLICY**...........................................**84–86**

**GUIDELINES FOR PAYMENTS TO PLAYERS**...............................**87**

**FEDEXCUP POINTS AND BONUS STRUCTURE**......................**88–96**

**CHECK CASHING POLICY**...........................................................**97**

**SPECIAL AWARDS**....................................................................**97–99**
    PGA TOUR Player of the Year/Jack Nicklaus Award ................................97
    PGA TOUR Rookie of the Year................................................................97
    PGA TOUR Courage Award ....................................................................98
    Statistics Awards/Byron Nelson Award.....................................................98
    Arnold Palmer Award ..............................................................................98
    Vardon Trophy........................................................................................98
    PGA TOUR Lifetime Achievement Award...............................................98
    Payne Stewart Award ..............................................................................99

# PGA TOUR REGULATIONS

INTRODUCTION ........................................................................ 101

I.   DEFINITIONS.............................................................. 102–104

II.  TOURNAMENT AGREEMENT ............................................ 104

III. ELIGIBILITY FOR TOURNAMENT PLAY ..................... 105–130
     A. PGA TOUR
        1. Eligible Players ...................................................105−123
        2. Qualifying .........................................................124−128
     B. Other Eligibility Requirements
        1. One New Event Played Per Season Requirement......................129
        2. Entry Form and Fee ................................................130
        3. PGA TOUR Dues; Limited Dues; Amateur
           Administration Fees ...............................................130
        4. Insurance ..........................................................130

IV.  CONDUCT OF TOURNAMENTS .................................. 131–145
     A. Matters Relating to Play
        1. Starting Fields .................................................... 131
        2. Commitments and Personal Registration ...........................131−132
        3. Groupings...........................................................132−134
        4. Starting Times ....................................................134−135
        5. Reduction of Fields (Cuts) .......................................135
        6. Substitutions and Alternates .....................................135−136
        7. Professional−Amateur Competitions/
           Sponsor Value Program  ............................................136−141
        8. Best Efforts; Withdrawals..........................................141−142
        9. Suspensions, Postponements and Cancellations.....................142−143
     B. General Provisions
        1. Entry Forms .......................................................143−144
        2. Course Preparation.................................................144
        3. Playoffs ...........................................................144
        4. Distribution of Purses.............................................144−145
        5. Other Prizes .......................................................145
        6. Official Money .....................................................145

V.   **CONFLICTING EVENTS; MEDIA & MARKETING RIGHTS**......................................................... **145–151**
   A.  Conflicting Events
      1.  Obligations of PGA TOUR .....................................145
      2.  Obligations of PGA TOUR Members................................146–147
      3.  Guidelines for Conflicting Event Release ..........................148–149
   B.  Media and Marketing Rights
      1.  Media Rights .........................................................150
      2.  Marketing Rights .............................................150–151

VI.   **CONDUCT OF PLAYERS**............................................. **151–155**
   A.  Anti–Doping Program..................................................151
   B.  No Guarantee for Appearance................................151–152
   C.  Financial Interest by a Player in another Player; Gambling, Doping ................................................152
   D.  Media Comments; Public Attacks....................................152
   E.  Worthless Checks...................................................152–153
   F.  USGA Rules of Golf...................................................153
   G.  Practicing.......................................................153–154
   H.  Caddies and Golf Carts..........................................154–155
   I.  Locker Room Fees ....................................................155
   J.  Appearance of Players ...............................................155

VII.   **DISCIPLINE, PENALTIES AND APPEALS**....................... **155–159**
   A.  Notification of Disciplinary Inquiry................................156
   B.  USGA Rules of Golf...................................................156
   C.  Conduct Unbecoming a Professional ........................156–157
   D.  Classes of Penalties
      1.  Minor Penalties ...................................................157
      2.  Intermediate Penalties.............................................157
      3.  Major Penalties ...................................................157
   E.  Appeals
      1.  Minor Penalties ...................................................158
      2.  Intermediate and Major Penalties................................158
      3.  Appeals Committee ..........................................158–159
      4.  Anti–Doping Program .............................................159
      5.  Integrity Program ..................................................159

VIII.   **RESPONSIBILITIES OF TOURNAMENTS** .......................... **160**
   A.  Financial Responsibility ..............................................160
   B.  No Gambling ..........................................................160
   C.  Sale on Grounds of Alcoholic Beverages other than Wine or Beer..........................................................160
   D.  Signs and Banners....................................................160

**IX.   MEMBERSHIP MATTERS** ............................................. **161–172**
 A. Eligibility for Membership
  1. Regular Members.................................................161
  2. Associate Regular Members.................................162
  3. Minor Medical Extension Members ........................162
  4. Life Members ...................................................162
  5. Past Champion Members..............................162–163
  6. Special Temporary Members ...............................163
  7. Team Tournament Winners ...................................163
  8. Veteran Members ..............................................163
  9. Temporary Members ..........................................163
 B. Voting Membership
  1. Eligibility...............................................163–164
  2. Retention of Voting Membership; Reinstatement.....................164
  3. Special Privileges of Voting Members.................164–165
 C. Dues and Fees...................................................165
 D. Termination and Reinstatement of Membership
  1. Termination.................................................165
  2. Reinstatement ..........................................165–166
 E. Meetings of Player Members
  1. Annual Meeting ...............................................166
  2. Special Meetings...............................................167
  3. General Provisions ............................................167
 F. PGA TOUR Policy Board
  1. Members .......................................................168
  2. Rules and Procedures ........................................168
 G. Player Advisory Council and Player Directors
  1. Player Advisory Council .................................168–170
  2. Term of Chairman and Player Directors ...................170
  3. Vacancies and Removal of Player Directors.......................170–171
 H. Amendments....................................................172

**X. COSTS AND EXPENSES OF LITIGATION** ......................... **172**

**PGA TOUR POLICY BOARD MEMBERS** .................................... **173**

**FREQUENTLY USED PHONE NUMBERS**................................... **173**

**INDEX** ............................................................. **174–176**

# NOTES

# 2017–2018 PGA TOUR TOURNAMENT SCHEDULE

# 2017–2018 TOURNAMENT SCHEDULE

> **NOTE:** The winner of a PGA TOUR cosponsored or approved tournament held in the immediately preceding week, or any professional who finishes among the top 10 finishers or tied for 10th, not otherwise exempt, excluding World Golf Championship events, (see Article III, Section A–1g of *Tournament Regulations),* may commit to an on–site PGA TOUR media official for the next open PGA TOUR cosponsored tournament, within one–half hour after the conclusion of play.

**Oct 2–8**   **SAFEWAY OPEN (144 players)**
Silverado Resort and Spa (North Course)
1600 Atlas Peak Road
Napa, CA 94558
Club: 707/257–5402          Office: 503/207–5647
Commit Deadline: 9/29/17, Friday, 5 p.m. EDST, or 30 minutes after play ends Friday at previous tournament
Commitment No. _____
Key Contact: David Babcock, Tournament Director
**NOTE: The commit deadline for players who become eligible for the event after the 9/29/17 commitment deadline, is 10/02/17, Monday, 5 p.m. EDST**

**Oct 9–15**   **CIMB CLASSIC (78 players)**
TPC Kuala Lumpur (West Course)
No. 10, Jalan 1/70D, off Jalan Bukit Kiara
60000 Kuala Lumpur, Malaysia
Club: +60–32–093–1111      Office: +60–12–370–4653
Commit Deadline: 9/20/17, Wednesday 5 p.m. EDST
Commitment No. _____
Key Contact: Todd Rhinehart, Executive Director

**Oct 16–22**   **THE CJ CUP @ NINE BRIDGES (78 players)**
The Club at Nine Bridges
34–156, Kwangpyong–ro, Anduk–myon,
Seowipo–si, jeju Island
Club: +064–793–9999          Office: +82(2)6740–1644
Commit Deadline: 9/20/17, Wednesday 5 p.m. EDST
Commitment No. _____
Key Contact: Travis Steiner, Executive Director

**Oct 23-29**  **WORLD GOLF CHAMPIONSHIPS-HSBC CHAMPIONS (78 players)**
Sheshan International Golf Club
Lane 288 New Linyin Avenue
Sheshan National Tourism Resort, Songjang District
Shanghai 201602 China
Club: +86−21−376−58−888  Office: +44−208−233−5300
Commit Deadline: 10/12/17, Thursday, 5 p.m. EDST
Commitment No. _____
Key Contact: Marc Webster, Executive Director
**NOTE: The commit deadline for players who become eligible for the event after the 10/12/17 commit deadline is 10/16/17 Monday, 5 p.m. EDST**

**Oct 23-29**  **SANDERSON FARMS CHAMPIONSHIP (132 players)**
Country Club of Jackson
345 St. Andrews Drive
Jackson, MS 39211
Club: 601/956−1411          Office: 601/898−4653
Commit Deadline: 10/20/17, Friday, 5 p.m. EDST
Commitment No. _____
Key Contact: Steve Jent, Executive Director

**Oct 30-Nov 5**  **SHRINERS HOSPITALS FOR CHILDREN OPEN (144 players)**
TPC Summerlin
1700 Village Center Circle
Las Vegas, NV 89134
Club: 702/256−0111          Office: 702/873−1010
Commit Deadline: 10/27/17, Friday, 5 p.m. EDST, or 30 minutes after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Patrick Lindsey, Tournament Director

**Nov 6-12**  **OHL CLASSIC AT MAYAKOBA (132 players)**
Mayakoba Resort (El Camaleón Course)
Ctra. Federal Chetumal − Pto. Juarez Km. 298
Playa del Carmen, Solidaridad Quintana Roo, C.P. 77710, Mexico
Club: +52−984−877−2380    Office: +52−984−877−2380
Commit Deadline: 11/3/17, Friday, 5 p.m. EDST, or 30 minutes after play ends Friday at previous tournament.
Commitment No. _____
Key Contact: Joe Mazzeo, Tournament Director

**Nov 13–19**    **THE RSM CLASSIC (156 players)**
Sea Island Resort (Seaside Course) (host course)
100 Retreat Avenue,
Saint Simons Island, GA 31522
Club: 912/638−5118      Office: 912/634−3266
Commit Deadline: 11/10/17 Friday, 5 p.m. EST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Todd Thompson, Tournament Director
**NOTE: Plantation Course at Sea Island Resort also used.**

**Nov 27–**
**Dec 3**    **HERO WORLD CHALLENGE (18 players)**
Albany, New Providence, Bahamas
Club: 242−676−6010      Office: 949−725−3003
Commit Deadline: 9/29/17, Friday, 5 p.m. EDST
to the tournament office.
Key Contact: Mike Antolini, Vice President, Championships

**Dec 4–10**    **QBE SHOOTOUT (12 2-man teams)**
Tiburón Golf Club at the Ritz Carlton Resort Naples
2620 Tiburon Drive
Naples, FL 34109
Club: 239/593−2200      Office: 239/254−9770
Commit Deadline: 10/6/17, Friday, 5 p.m. EDST
Commitment No. _____
Key Contact: Taylor Ives, Tournament Director

**Jan 1–7**    **SENTRY TOURNAMENT OF CHAMPIONS**
Kapalua Resort (Plantation Course)
2000 Plantation Club Drive
Kapalua, Maui, HI 96761
Club: 808/665−9116      Office: 808/665−9160
Commit Deadline: 12/29/17, Friday, 5 p.m. EST
Commitment No. _____
Key Contact: Nancy Cross, Executive Director

**Jan 8–14**    **SONY OPEN IN HAWAII (144 players)**
Waialae Country Club
4997 Kahala Avenue
Honolulu, HI 96816
Club: 808/734−2151      Office: 808/523−7888
Commit Deadline: 1/5/18, Friday, 5 p.m. EST, or 30 minutes after
play ends Friday at previous tournament
Commitment No. _____
Key Contact: Ray Stosik, Executive Director

**Jan 15–21**  **CAREERBUILDER CHALLENGE (156 PLAYERS)**
TPC Stadium Course at PGA WEST (host course)
56–150 PGA Boulevard
La Quinta, CA 92253
Club: 760/564–7111          Office: 503/924–6207
Commit Deadline: 1/12/18, Friday, 5 p.m. EST, or 30 minutes after
play ends Friday at previous tournament
Commitment No. _____
Key Contact: Pat McCabe, Tournament Director
**NOTE: La Quinta CC and Nicklaus Tournament Course
at PGA WEST also used.**

**Jan 22–28**  **FARMERS INSURANCE OPEN (156 players)**
Torrey Pines South Course (host course)
11480 Torrey Pines Road
La Jolla, CA 92037
Club: 858/452–3226          Office: 858/886–4653
Commit Deadline: 1/19/18, Friday, 5 p.m. EST, or 30 minutes after
play ends Friday at previous tournament
Commitment No. _____
Key Contact: Peter Ripa, Chief Executive Officer
**NOTE: Torrey Pines North Course also used.**

**Jan 29–**  **WASTE MANAGEMENT PHOENIX OPEN (132 players)**
**Feb 4**  TPC Scottsdale (Stadium Course)
17020 North Hayden Road
Scottsdale, AZ 85255
Club: 480/585–4334          Office: 602/870–0163
Commit Deadline: 1/26/18, Friday, 5 p.m. EST, or 30 minutes after
play ends Friday at previous tournament
Commitment No. _____
Key Contact: John Bridger, Executive Director

**Feb 5–11**  **AT&T PEBBLE BEACH PRO-AM (156 players)**
Pebble Beach Golf Links (host course)
17 Mile Drive
Pebble Beach, CA 93953
Club: 831/624–3811          Office: 831/649–1533
Commit Deadline: 2/2/18, Friday, 5 p.m. EST, or 30 minutes after
play ends Friday at previous tournament
Commitment No. _____
Key Contact: Steve John, CEO
**NOTE: Monterey Peninsula CC (Shore Course) and Spyglass
Hill GC also used.**

**Feb 12-18**   **GENESIS OPEN (144 players)**
Riviera Country Club
1250 Capri Drive
Pacific Palisades, CA 90272
Club: 310/454−6591         Office: 310/573−5808, 800/752−OPEN
Commit Deadline: 2/9/18, Friday, 5 p.m. EST, or 30 minutes after
play ends Friday at previous tournament
Commitment No. _____
Key Contact: Mike Antolini, Vice President, Championships

**Feb 19-25**   **THE HONDA CLASSIC (144 players)**
PGA National (Champion Course)
400 Avenue of the Champions
Palm Beach Gardens, FL 33418
Club: 561/627−2000          Office: 561/799−2747
Commit Deadline: 2/16/18, Friday, 5 p.m. EST, or 30 minutes after
play ends Friday at previous tournament
Commitment No. _____
Key Contact: Andrew George, Tournament Director

**Feb 26–**   **WORLD GOLF CHAMPIONSHIPS-MEXICO**
**Mar 4**     **CHAMPIONSHIP**
Club de Golf Chapultepec
Conscripto 425, Lomas Hipodromo
53900 Naucalpan de Juarez
Mexico City, Mexico
Club: +52−55−5589−1200
Commit Deadline: 2/23/18, Friday, 5 p.m. EST, or 30 minutes
after play ends Friday at previous tournament (NOTE: The commit
deadline for players who become eligible for the event after the
2/23/18 commit deadline is 2/26/18, Monday, 5 p.m. EST.)
Commitment No. _____
Key Contact: Gerald Goodman, Executive Director

**Feb 26–**   **PUERTO RICO OPEN (132 players)**
**Mar 4**     Coco Beach Golf & Country Club
100 Clubhouse Drive
Rio Grande, Puerto Rico 00745
Club: 787/657−2000          Office: 787/467−8399, 888/774−6531
Commit Deadline: 2/23/18, Friday, 5 p.m. EST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Mike Harmon, Tournament Director

**Mar 5–11**  **VALSPAR CHAMPIONSHIP (144 players)**
Innisbrook Resort & GC (Copperhead Course)
36750 U.S. Highway 19 North
Palm Harbor, FL 34684
Club: 727/942−2000          Office: 727/942−5566
Commit Deadline: 3/2/18, Friday, 5 p.m. EST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Tracy West, Tournament Director

**Mar 12–18**  **ARNOLD PALMER INVITATIONAL presented
by Mastercard (120 players)**
Bay Hill Golf Club and Lodge
9000 Bay Hill Boulevard
Orlando, FL 32819
Club: 407/876−2429          Office: 407/876−2888
Commit Deadline: 3/9/18, Friday, 5 p.m. EST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Marci Doyle, Chief Operating Officer

**Mar 19–25**  **WORLD GOLF CHAMPIONSHIPS – DELL
TECHNOLOGIES MATCH PLAY (64 players)**
Austin Country Club
4408 Long Champ Drive
Austin, TX 78746
Club: 512/328−0090          Office: 512/949−5881
Commit Deadline: 3/16/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Jordan Uppleger, Executive Director

**Mar 19 – 25**  **CORALES PUNTACANA RESORT & CLUB
CHAMPIONSHIP (132 players)**
Punta Cana Resort & Golf Club
Punta Cana 23000, Dominican Republic
Club: 809/959−4653          Office: 809/959−2714
Commit Deadline: 3/16/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Manuel Sajour, Tournament Director

| | |
|---|---|
| **Mar 26–**<br>**Apr 1** | **HOUSTON OPEN (144 players)**<br>Golf Club Of Houston (Tournament Course)<br>5860 Wilson Road<br>Humble, TX 77396<br>Club: 281/454−6590          Office: 281/454−7000<br>Commit Deadline: 3/23/18, Friday, 5 p.m. EDST, or 30 minutes<br>after play ends Friday at previous tournament<br>Commitment No. _____<br>Key Contact: Steve Timms, President & CEO |

**Apr 2–8**    **MASTERS TOURNAMENT**
Augusta National Golf Club
2604 Washington Road
Augusta, GA 30904
Club: 706/667−6000          Office: 706/667−6000
Commitment: By Invitation Only
Key Contact: Walton L. Johnson, Senior Director

**Apr 9–15**    **RBC HERITAGE (132 players)**
Harbour Town Golf Links
11 Lighthouse Lane
Hilton Head Island, SC 29928
Club: 843/363−4485          Office: 843/671−2448
Commit Deadline: 4/6/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Steve Wilmot, President, Tournament Director

**Apr 16–22**    **VALERO TEXAS OPEN (156 players)**
TPC San Antonio (AT&T Oaks Course)
23808 Resort Parkway
San Antonio, TX 78261
Club: 210/507−4191          Office: 210/345−3818
Commit Deadline: 4/13/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Larson Segerdahl, Tournament Director

**Apr 23–29**    **ZURICH CLASSIC OF NEW ORLEANS**
**(160 players/80 teams)**
TPC Louisiana
11001 Lapalco Blvd.
Avondale, LA 70094
Club: 504/436−8721          Office: 504/342−3000
Commit Deadline: 4/20/18, Friday, 5 p.m. EDST
Commitment No. _____
Key Contact: Steve Worthy, Tournament Director

**Apr 30–**
**May 6**
**WELLS FARGO CHAMPIONSHIP (156 players)**
Quail Hollow Club
3700 Gleneagles Lane
Charlotte, NC 28210
Club: 704/552−1800          Office: 704/554−8101
Commit Deadline: 4/27/18 Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Gary Sobba, Tournament Director

**May 7-13**
**THE PLAYERS CHAMPIONSHIP (144 players)**
TPC Sawgrass (THE PLAYERS Stadium Course)
110 Championship Way
Ponte Vedra Beach, FL 32082
Club: 904/273−3374          Office: 904/273−3383
Commit Deadline: 5/4/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Jared Rice, Senior Vice President and Executive Director

**May 14-20**
**AT&T BYRON NELSON (156 players)**
Trinty Forest Golf Club
5000 Great Trinity Forest Way
Dallas, TX 75217
Club: 214/646−3570          Office: 214/943−9700
Commit Deadline: 5/11/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Jon Drago, Tournament Director

**May 21-27**
**DEAN & DELUCA INVITATIONAL (120 players)**
Colonial Country Club
3735 Country Club Circle
Fort Worth, TX 76109
Club: 817/927−4200          Office: 817/927−4280
Commit Deadline: 5/18/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Michael Tothe, Tournament Director

| | |
|---|---|
| **May 28–**<br>**Jun 3** | **the MEMORIAL TOURNAMENT presented**<br>**by Nationwide (120 players)**<br>Muirfield Village Golf Club<br>5750 Memorial Drive<br>Dublin, OH 43017<br>Club: 614/889−6700          Office: 614/889−6819<br>Commit Deadline: 5/25/18, Friday, 5 p.m. EDST, or 30 minutes<br>after play ends Friday at previous tournament<br>Commitment No. _____<br>Key Contact: Dan Sullivan, Executive Director |
| **Jun 4–10** | **FEDEX ST. JUDE CLASSIC (156 players)**<br>TPC Southwind<br>3325 Club at Southwind<br>Memphis, TN 38125<br>Club: 901/748−0330          Office: 901/748−0534<br>Commit Deadline: 6/1/18, Friday, 5 p.m. EDST, or 30 minutes<br>after play ends Friday at previous tournament<br>Commitment No. _____<br>Key Contact: Darrell Smith, Tournament Director |
| **Jun 11–17** | **U.S. OPEN CHAMPIONSHIP (156 players)**<br>Shinnecock Hills Golf Club<br>200 Tuckahoe Road<br>Southampton, NY 11968<br>Club: 631/283−1310          Office: 908/234−2300<br>Entry deadline: April 25, 2018<br>Entry application must be filed at https://champs.usga.org<br>Key Contact: Mike Davis, Executive Director |
| **Jun 18–24** | **TRAVELERS CHAMPIONSHIP (156 players)**<br>TPC River Highlands<br>1 Golf Club Road<br>Cromwell, CT 06416<br>Club: 860/635−5000          Office: 860/502−6800<br>Commit Deadline: 6/15/18, Friday, 5 p.m. EDST, or 30 minutes<br>after play ends Friday at previous tournament<br>Commitment No. _____<br>Key Contact: Nathan Grube, Tournament Director |

| | |
|---|---|
| **Jun 25–**<br>**Jul 1** | **THE NATIONAL (120 players)**<br>TBD<br>Commit Deadline: 6/22/18, Friday, 5 p.m. EDST, or 30 minutes after play ends Friday at previous tournament<br>Commitment No. _____<br>Key Contact: Mike Antolini, Vice President, Championships |

**Jul 2-8**    **THE GREENBRIER CLASSIC (156 players)**
The Greenbrier Resort (The Old White TPC)
300 W. Main Street
White Sulphur Springs, WV 24986
Club: 304/536−1110      Office: 304/536−5322
Commit Deadline: 6/29/18, Friday, 5 p.m. EDST, or 30 minutes after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Habibi Said Mamone, Executive Tournament Director

**Jul 9-15**    **JOHN DEERE CLASSIC (156 players)**
TPC Deere Run
3100 Heather Knoll
Silvis, IL 61282
Club: 309/796−6000      Office: 309/762−4653
Commit Deadline: 7/6/18, Friday, 5 p.m. EDST, or 30 minutes after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Clair Peterson, Tournament Director

**Jul 16-22**    **THE OPEN CHAMPIONSHIP (156 players)**
Carnoustie Golf Links
Carnoustie Golf Centre
Links Parade
Carnoustie, Angus, DD7 7JE
Office: 011−44−1704−552020
Commitment: Written Entry Only (Entry deadline: May 31, 2018)
Key Contact: TheOpen.com

**Jul 16–22**  **BARBASOL CHAMPIONSHIP (132 players)**
TBD
Club: 334/749−9042          Office: 205/942−0444
Commit Deadline: 7/13/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Jonathan Romeo, Tournament Director

**Jul 23–29**  **RBC CANADIAN OPEN (156 players)**
Glen Abbey Golf Club
1333 Dorval Drive
Oakville, Ontario, Canada, L6M 4G2
Club: 905/844−1800          Office: 905/849−9700
Commit Deadline: 7/20/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Bill Paul, Chief Championship Officer

**Jul 30–**  **WORLD GOLF CHAMPIONSHIPS-**
**Aug 5**   **BRIDGESTONE INVITATIONAL**
Firestone Country Club (South Course)
452 East Warner Road
Akron, OH 44319
Club: 330/644−8441          Office: 330/644−2299
Commit Deadline: 7/27/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament (NOTE: The com−
mit deadline for players who become eligible for the event after
the 7/27/18 commit deadline is 7/30/18, Monday, 5 p.m. EDST.)
Commitment No. _____
Key Contact: Don Padgett, Executive Director

**Jul 30–**  **BARRACUDA CHAMPIONSHIP (132 players)**
**Aug 5**   Montrêux Golf and Country Club
18077 Bordeaux Drive
Reno, NV 89511
Club: 775/849−9496          Office: 775/322−3900
Commit Deadline: 7/27/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Chris Hoff, Executive Director
**NOTE: Modified Stableford Format will be used.**

**Aug 6–12**    **PGA CHAMPIONSHIP (156 players)**

Bellerive Country Club
12925 Ladue Road
St. Louis, MO 63141
Club: 314/424–4400       Office: 314/433–9300
Commitment: Written Entry Only, Entry Deadline: Friday, July 13, 2018
Key Contact: Barry Deach, Tournament Director

**Aug 13–19**    **WYNDHAM CHAMPIONSHIP (156 players)**

Sedgefield Country Club
3201 Forsythe Drive
Greensboro, NC 27407
Club: 336/299–5324       Office: 336/379–1570
Commit Deadline: 8/10/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Mark Brazil, Tournament Director

**Aug 20–26**    **THE NORTHERN TRUST (125 players)**

Ridgewood Country Club
96 W Midland Avenue
Paramus, NJ 07652
Club: 201/599–3900       Office: 201/444–5356
Commit Deadline: 8/17/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Peter Mele, Executive Director

**Aug 27–**
**Sep 3**    **DELL TECHNOLOGIES CHAMPIONSHIP (100 players)**
**(Fri.–Mon.)**

TPC Boston
405 Arnold Palmer Boulevard
Norton, MA 02766
Club: 508/285–3200       Office: 508/285–8333
Commit Deadline: 8/24/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament.
Commitment No. _____
Key Contact: Rich Brady,  Executive Director
**NOTE: Tournament is scheduled to finish on Monday,**
**September 3, 2018(Labor Day).**

**Sep 3–9**    **BMW CHAMPIONSHIP (70 players)**

Aronimink Golf Club
3600 St. Davids Road
Newton Square, PA 19073
Club: 610/356–8000       Office: 847/724–4600
Commit Deadline: 8/31/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Vince Pellegrino, Senior VP, Tournaments

**Sep 17–23**   **TOUR CHAMPIONSHIP (30 players)**
East Lake Golf Club
2575 Alston Drive
Atlanta, GA 30317
Club: 404/373−5722          Office: 404/378−8687
Commit Deadline: 9/14/18, Friday, 5 p.m. EDST, or 30 minutes
after play ends Friday at previous tournament
Commitment No. _____
Key Contact: Tom Clark, Executive Director

**Sept 24–30**   **RYDER CUP**
Le Golf National (Albatros Course)
2, Avenue du Golf
CS40549
78286 Guyancourt Cedex, France
Club: +331/30433600          Office: 561−624−8493
Key Contact: Susan Martin, PGA of America

# ELIGIBILITY AND COMMITMENTS

For eligibility information and commitments to PGA TOUR cosponsored or approved events, you may call the following staff members on the commitment line 800/742−2244 or 904/285−3700 and telephone extensions.

1. **PGA TOUR**

|  | Extension |
| --- | --- |
| Kirsten Burgess | 3306 |
| Katelyn DiCristofano | 5715 |
| Kathy Mobley | 3291 |

2. **WEB.COM TOUR**

|  | Extension |
| --- | --- |
| Kathy Mobley | 3291 |
| Kelli Anderson | 3460 |

3. **QUALIFYING TOURNAMENT**

|  | Extension |
| --- | --- |
| Kelli Anderson | 3460 |

# 2017–2018 PGA TOUR PLAYER HANDBOOK

# 2017–2018 PGA TOUR DUES AND FEES

1. Initiation Fee ...................................................................... $100
2. Annual Dues ...................................................................... $100
3. Tournament Entry Fee ........................................................ $0
4. Open  Qualifying Fee★ ....................................................... $450
5. Limited Dues (nonmember) ................................................ $50
6. Insurance Fee★★ ................................................................ $20
7. Mandatory Locker Room Fee .............................................. $50

Amateurs must pay an administration fee of $50 (instead of limited dues) on registration.

★   The open qualifying fee for PGA TOUR members is $0, and for PGA TOUR Champions (Regular Members only) and Web.com Tour members is $100. Such players must commit to the Host PGA Section no later than 5 p.m. local time on the Friday preceding Open Qualifying.

★★   Apprentices or members of the PGA of America need not pay the insurance fee. All other players, including amateurs, must provide proof of necessary level of liability coverage or pay this fee.

# PLAYER ELIGIBILITY FOR INVITATION AND SPECIAL EVENTS

## CIMB CLASSIC

*October 12-15*
TPC Kuala Lumpur
Malaysia

Eligible players for the 78−player field are:
- The top 60 available players from the final 2016−2017 FedExCup Points List, to a floor of 125th position.
- The top 10 available money leaders from the Asian Tour Order of Merit as of Monday October 9, 2017.
- Eight sponsor exemptions. (One designated for defending champion, if needed.)
  - Five from among the current season's PGA TOUR membership
  - Three "unrestricted"
- If necessary to fill the field to 78 players, those players in order of priority under section III−A of the Tournament Regulations, except that the following shall not be eligible:
  - Open qualifying
  - Past Champion of Respective Event
  - PGA National Professional Champion
  - Top 10 from Previous Tournament
- Withdrawals will be replaced by the highest ranking alternate on the PGA TOUR alternate list until the groupings are posted on the site Tuesday of tournament week (usually noon local time). After this time, if a member of the PGA TOUR alternate list is on site or en route he will retain his alternate position provided he has confirmed arrival information with PGA TOUR Competitions. Following any PGA TOUR alternates will be the next available payer from the Asian Tour Order of Merit.

## THE CJ CUP @ NINE BRIDGES

*October 19-22*
The Club at Nine Bridges
jeju Island, Korea

Eligible players for the 78−player field are:
- Top 60 available players from the final 2016−17 FedExCup Points List, to a floor of 125th position
- Five players designated by the KPGA, as follows:
  - Winner of the 2017 KPGA Championship

- Winner of the 2017 KPGA Genesis Championship
- Top 3 available players from the KPGA Genesis Points List as of October 9, 2017
- If necessary to complete the 5 players from the KPGA, players in priority order from the KPGA Genesis Points List as of October 9, 2017
- Two players from the Asian Tour, as follows:
  - The leading available player from the Asian Tour Order of Merit as of October 9, 2017
  - The next highest ranked available player of KOR nationality from the Asian Tour Order of Merit as of October 9, 2017
- Top three available players of Korean nationality from the Official World Golf Ranking as of Monday, October 9, 2017.
- Eight sponsor exemptions (One designated for the defending champion, if needed)
  - Five from among the current season's PGA TOUR membership
  - Three "unrestricted"
- If necessary to fill the field to 78 players, those players in order of priority under section III−A of the Tournament Regulations, except that the following shall not be eligible:
  - Open Qualifying
  - Past Champion of respective Event
  - PGA National Professional Champion
  - Top 10 from Previous Tournament
- Withdrawals will be replaced by the highest ranking alternate on the PGA TOUR alternate list until the groupings are posted on−site Tuesday of tournament week (usually noon local time).  After this time, if a member of the PGA TOUR alternate list is on site or en route he will retain his alternate position provided he has confirmed arrival information with PGA TOUR Competitions.   Following any PGA TOUR alternates will be the next available player from the KPGA Genesis Points List.

## WORLD GOLF CHAMPIONSHIPS−HSBC CHAMPIONS

*October 26-29*
Sheshan International Golf Club
Shanghai, China

Eligible players are:
1. Winners of the 2017 Masters, THE PLAYERS Championship, U.S. Open, The Open Championship and PGA Championship.
2. Winners of the 2016 WGC−HSBC Champions and 2017 WGC−Mexico Championship, WGC−Dell Technologies Match Play and WGC− Bridgestone Invitational.
3. Players ranked within the top 50 of the Official World Golf Ranking as of Monday, October 9, 2017.
4. Players ranked within the top 30 of the final 2016−2017 FedExCup Points List.  If

there are less than 5 such available players from within the top 30, further available players from 31st position onwards will be selected in ranking order so that there are 5 players entered through this category.

5. Players ranked within the top 30 of the 2017 Race to Dubai Rankings as of Monday, October 16, 2017.

6. The leading 4 available players not otherwise exempt in 1–5 above from the 2017 Asian Tour Order of Merit as of Monday, October 16, 2017. (Must have participated in the Asian Tour's notified minimum number of Order of Merit events to be eligible for this event, by the cut–off date.)

7. The leading 2 available players not otherwise exempt in 1–5 above from the 2017 Japan Golf Tour Order of Merit as of Monday, October 16, 2017.

8. The leading 2 available players not otherwise exempt in 1–5 above from the final 2016 PGA Tour of Australasia Order of Merit.

9. The leading 2 available players not otherwise exempt in 1–5 above from the final 2016 Sunshine Tour Order of Merit.

10. 6 Chinese Players not otherwise exempt above.

Alternates: If there are less than 78 players entered through Categories 1–10 above, then further players who are not otherwise exempt will be selected in order from the alternates category below.

(i) The first four alternates will consist of the next highest ranked and committed player not otherwise exempt on each of the Orders of Merit specified in 6–9 above. The order of these 4 alternates will be determined by their OWGR ranking as of Monday, October 9, 2017.
**NOTE:** Once this order has been established and any reserve has been selected from this criteria, the order of selection from the respective Orders of Merit of the remaining reserves is fixed.

(ii) The next highest ranked and committed player from the Race to Dubai Rankings as of Monday, October 16, 2017.

(iii) The next highest ranked and committed player from the Official World Golf Ranking as of Monday, October 9, 2017.

(iv) The next highest ranked and committed player from the final 2016–2017 FedExCup Points List.

Criteria (i) – (iv) will then be repeated as required to fill the field

Alternate Policy:

Any withdrawal from categories 4–10 will be replaced by the next eligible and committed player within that category up until the publication of the first round draw on Tuesday of the tournament week. After this time any withdrawals will be replaced by the next eligible and available player from within the alternates category.

**SANDERSON FARMS CHAMPIONSHIP**

*October 26-29*
Country Club of Jackson
Jackson, MS

Eligible players in the 132−player field are:
- Those players listed in order of priority under Section III−A of the Tournament Regulations, except that the following shall first be eligible:
  −Four "unrestricted" sponsor exemptions.
- The host has a total of 12 sponsor exemptions
  −Two from among the current season's membership
  −Two from among the 2017 Top Finishers of the Web.com Tour
  −Eight "unrestricted"

**OHL CLASSIC AT MAYAKOBA**

*November 9-12*
Mayakoba Resort (El Camaleon Course)
Riviera Maya, Mexico

Eligible players in the 132−player field are:
- Those players listed in order of priority under Section III−A of the Tournament Regulations, except that the following shall first be eligible:
  — Up to four sponsor exemptions, restricted to players of Spanish or Mexican heritage from Latin America, South America, Spain or Mexico.
- The following **shall not** be eligible:
  − Current PGA National Professional Champion

**HERO WORLD CHALLENGE**

*November 30-Dec 3*
Albany, New Providence, Bahamas

Eligible players for the 18−player field are:
- The winner of the previous year's World Challenge.
- Current year winners of the Masters, U.S. Open, The Open Championship and PGA Championship.
- The top 11 available players from the Official World Golf Ranking through September 25, 2017. (TOUR Championship)
- Two sponsor exemptions, restricted to players ranked among the top 50 on the Official World Golf Ranking as of September 25, 2017, or the tournament host if not otherwise eligible.
- If necessary to complete a field of 18 players, the next available players from the Official World Golf Ranking through September 25, 2017.

**NOTE:** The commitment deadline for all participants is Friday, 5 p.m. EDST, September 29, 2017 to the tournament office: Stacy Stark−Bloch, 949−725−3003 or sstark@tigerwoodsfoundation.org.

## QBE SHOOTOUT
*December 8-10*
(Pro−ams Wednesday and Thursday, December 6−7)
Tiburón Golf Club
Naples, FL

Eligible players for the 12−team (24−player) field are:
- The 2016 winning team, playing as a team.
- The top 12 available players from the 2017 FedExCup Points List through the TOUR Championship.
- Ten (10) special exemptions, a minimum of four (4) must go to players ranked in the top 40 on the Career Money List through the TOUR Championship.
- If necessary to complete the field, additional sponsor exemptions.

The tournament shall assign players in teams.

**NOTE:** Commitment deadline is 5 p.m. EDST on Friday, October 6, 2017.

## SENTRY TOURNAMENT OF CHAMPIONS
*January 4-7*
Kapalua Resort (Plantation Course)
Kapalua, Maui, HI

Eligible players are:
- Winners of PGA TOUR cosponsored or approved tournaments in 2017 calendar year, whose victories are considered official.
- Winner of the 2017 FedExCup

## SONY OPEN IN HAWAII
*January 11-14*
Waialae Country Club
Honolulu, HI

Eligible players in the 144−player field are those listed in order of priority under Section III−A of the Tournament Regulations, except that prior to such players, the following shall first be eligible:
- At the invitation of the host organization, up to three professional golfers from Japan, China, India, Brazil, Mexico, Russia or other emerging markets.

**CAREERBUILDER CHALLENGE**

> *January 18-21*
> PGA WEST—Stadium Course (Host Course), PGA WEST—Nicklaus
> Tournament Course, and La Quinta Country Club.
> La Quinta, CA

Eligible players in the 156−player field are:

- Winners of THE PLAYERS Championship prior to 1996.
- Winners of Masters Tournament, THE PLAYERS Championship, U.S. Open, The Open Championship and PGA Championship from 2013 to 2017.
- Winners of the TOUR Championship in the last three seasons (2015−2017).
- Winners of official money World Golf Championship events in the last three seasons (2015−2017). WGC−HSBC Champions winners in seasons 2016−2018.
- Winners of the Arnold Palmer Invitational presented by Mastercard and the Memorial Tournament in the last three seasons beginning with the 2015 winners.
- The leader from the final FedExCup Points List in each of the last five seasons (2013−2017).
- The leader from the final Official PGA TOUR Money List from 2013−2016.
- Playing members of the last−named U.S. Ryder Cup team (2016).
- Current PGA TOUR members who were playing members from the last named European Ryder Cup team (2016), U.S. and International Presidents Cup teams (2017).
- PGA TOUR members who use an exemption for 2017−2018 as one of the leaders (either top 25 or top 50) from the Official PGA TOUR Career Money List.
- Winners of the CareerBuilder Challenge prior to 1999, and winners of the CareerBuilder Challenge in the last ten seasons (2008−2017).
- Either the current winner of the PGA Section Championship or the current PGA Section Player of the Year where the tournament is played, as determined by the Section.
- Eight sponsor exemptions, restricted as follows:
  - Two from among the current season's PGA TOUR membership
  - Two from among the 2017 Top Finishers of the Web.com Tour.
  - Four "unrestricted".
- Up to two foreign players designated by the Commissioner.
- Life members of the PGA TOUR.
- PGA TOUR members from the current Tournament Winners category.
- The top 125 players from the 2016−2017 FedExCup Points List.
- If necessary to complete the field, PGA TOUR members from the 2017−2018 priority ranking of eligible players after the top 125, in order of their positions on such list, including the top 10 from previous tournament category.

**NOTE:** Cut size is 70+ ties.  In the event a 70+ ties cut results in a Sunday field of more than 78 professionals, the cut would then be made to 60+ ties.  FedExCup points and official prize money would be awarded to 70+ ties.

**WASTE MANAGEMENT PHOENIX OPEN**
> *February 1-4*
> TPC Scottsdale (Stadium Course)
> Scottsdale, AZ

Eligible players in the 132−player field are:
- Those players listed in order of priority under Section III−A of the *Tournament Regulations*, except that the following **shall not** be eligible:
  — One sponsor exemption from among the 2017 Top Finishers of the Web.com Tour.
  — One sponsor exemption from among the current season's membership.
  — One "unrestricted" sponsor exemption.
  — One open qualifier.
  — Current PGA National Professional Champion

**NOTE:** The provision in the Tournament Regulations which states that the field size will be expanded to include the entire Top 125 category does not apply to the Waste Management Phoenix Open.

**AT&T PEBBLE BEACH PRO-AM**
> *February 8-11*
> Pebble Beach Golf Links (host course), Monterey Peninsula Country Club (Shore Course) and Spyglass Hill Golf Course
> Pebble Beach, CA

Eligible players in the 156−professional field are those players listed in order of priority under Section III−A of the *Tournament Regulations*, except that prior to such players, the following shall first be eligible:
- Winners of the AT&T Pebble Beach Pro−Am prior to 2000, and winners of the AT&T Pebble Beach Pro−Am in the last five seasons (2013−2017).
- Winners of Masters Tournament, THE PLAYERS Championship, U.S. Open, The Open Championship and PGA Championship prior to 2000, and winners of these events in the last five seasons (2013−2017).

**NOTE:** Open Qualifying will not be held.

**NOTE:** The host organization will team each professional player with an amateur player. The PGA TOUR shall group the professional players and assign starting times. After three rounds, the field will be cut to the low 60 professionals and ties and exactly the low 25 pro−am teams. Professionals placing 61st to 70th and ties will receive FedExCup points and official prize money normally distributed to those places.

**WORLD GOLF CHAMPIONSHIPS–MEXICO CHAMPIONSHIP**

> *March 1-4*
> Club de Golf Chapultepec
> Mexico City, Mexico

Eligible players are:
- The top 50 players, including any players tied for 50th place, from the Official World Golf Ranking as of February 19, 2018.
- The top 50 players, including any players tied for 50th place, from the Official World Golf Ranking as of February 26, 2018.
- The top 30 players from the final 2016−2017 FedExCup Points List.
- The top 10 players from the FedExCup Points List as of February 26, 2018.
- The top 20 players from the final 2017 European Tour Order of Merit.
- The top 10 players from the European Tour Order of Merit as of February 19, 2018.
- The top 2 players from the final 2017 Japan Golf Tour Order of Merit, not otherwise exempt.
- The top 2 players from the final 2017 Australasian Tour Order of Merit, not otherwise exempt.
- The top 2 players from the final 2016/2017 Sunshine Tour Order of Merit, not otherwise exempt.
- The top 2 players from the final 2017 Asian Tour Order of Merit, not otherwise exempt.
- The highest ranked available player from Mexico from the Official World Golf Ranking as of February 19, 2018, if not otherwise eligible.

**PUERTO RICO OPEN**

> *March 1-4*
> Coco Beach Golf and Country Club
> Rio Grande, Puerto Rico

Eligible players in the 132−player field are:
- Those players listed in order of priority under Section III−A of the Tournament Regulations, except that the following shall first be eligible:
  — Up to four sponsor exemptions, restricted to players from Puerto Rico, the Caribbean, Central America and South America.
- The host organization has 12 additional sponsor exemptions, restricted as follows:
  — Two from among the current season's PGA TOUR membership.
  — Two from among the 2017 Top Finishers of the Web.com Tour.
    — Eight "unrestricted".

**ARNOLD PALMER INVITATIONAL presented by Mastercard**

> *March 15-18*
> Bay Hill Club and Lodge
> Orlando, FL

Eligible players in the 120–player field are:

- Winners of the Arnold Palmer Invitational presented by Mastercard prior to 2000, and winners of the Arnold Palmer Invitational presented by Mastercard in the last five seasons (2013–2017).
- Winners of Masters Tournament, THE PLAYERS Championship, U.S. Open, The Open Championship and PGA Championship in the last five seasons (2013–2017).
- Winners of the TOUR Championship in the last three seasons (2015–2017).
- Winners of the WGC–Mexico Championship in the last three seasons (2016–2018).
- Winners of the WGC–Dell Technologies Match Play and the WGC–Bridgestone Invitational in the last three seasons (2015–2017).
- Winners of the WGC–HSBC Champions in the last three seasons (2015–2017)
- Winners of the Memorial Tournament in the last three seasons beginning with the 2015 winner (2015–2017).
- Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, since the previous season's Arnold Palmer Invitational presented by Mastercard.
- Playing members of the last–named U.S. Ryder Cup team (2016).
- Current PGA TOUR members who were playing members of the last named European Ryder Cup team (2016) and the U.S. and International Presidents Cup teams (2017).
- The winner of the 2017 U.S. Amateur Championship, if still an amateur player.
- The top 50 players from the Official World Golf Ranking through the WGC–Mexico Championship.
- Life members of the PGA TOUR.
- 18 sponsor exemptions, restricted as follows:
  - Two from among the 2017 Top Finishers of the Web.com Tour.
  - Eight from among the current season's PGA TOUR membership.
  - Eight "unrestricted".
- Up to two foreign players designated by the Commissioner.
- The top 70 players from the final 2016–2017 FedExCup Points List.
- Members in the Top 125–Nonmembers category whose points on the non–WGC FedExCup Points List for Non–members for the previous season equals or exceeds the amount of FedExCup points earned by the player finishing in 70th position on the final 2016–2017 FedExCup Points List.
- The top 70 players from the 2017–2018 FedExCup Points List through the WGC–Mexico Championship.
- Either the current winner of the PGA Section Championship or the current PGA Section Player of the Year where the tournament is played, as determined by the Section.

- If necessary to complete a field of 120 players, those players below 70th position from the 2017–2018 FedExCup Points List through the WGC–Mexico Championship, in order of their positions on such list.

## WORLD GOLF CHAMPIONSHIPS-
## DELL TECHNOLOGIES MATCH PLAY

*March 21-25*
*Austin Country Club*
*Austin, TX*

Eligible players in the 64–player field are:
- The top 64 available players to a floor of 100 from the Official World Golf Ranking, as of the Monday one week prior to the week of the tournament (March 12, 2018).

**NOTE**: In the event of ties at any of the 64 starting positions, the ties will be broken by the following criteria, in order:
— Total Official World Golf Ranking points earned in the most recent 52–week period, ending  with the Ranking released on the Monday one week prior to the week of the tournament (March 12, 2018).
— Total Official World Golf Ranking points earned in the most recent 13–week period, ending with the Ranking released on the Monday one week prior to the week of the tournament (March 12, 2018).

## CORALES PUNTACANA RESORT & CLUB CHAMPIONSHIP

*March 22-25*
Punta Cana Resort & Golf Club
Punta Cana, Dominican Republic

Eligible players in the 132–player field are:
- Those players listed in order of priority under Section III–A of the Tournament Regulations, except that the following shall first be eligible:
  - Up to four sponsor exemptions restricted to players from Latin America
- The host organization has 12 additional sponsor exemptions restricted, as follows:
  - Two from among the current season's PGA TOUR membership
  - Two from among the 2017 Top Finishers of the Web.com Tour
  - Eight "unrestricted"

## HOUSTON OPEN

*March 29- April 1*
Golf Club Of Houston (Tournament Course)
Humble, TX

Eligible players in the 144–player field are:
- Those players listed in order of priority under Section III–A of the *Tournament Regulations*, except that the following shall first be eligible:

— Up to four sponsor exemptions, restricted to nonmember professionals who are qualified for the Masters Tournament and ranked among the top 100 players on the Official World Golf Ranking through the event scheduled to conclude four weeks prior to the final round of the Houston Open (i.e. through the WGC–Mexico Championship).

## MASTERS TOURNAMENT
*April 5-8*
Augusta National Golf Club
Augusta, GA

Eligible players for invitation are:
- Former winners of the Masters Tournament.
- Winners of the U.S. Open, The Open Championship and PGA Championship in the last five years (2013–2017).
- Winners of THE PLAYERS Championship in the last three years (2015 to 2017).
- Winner and runner–up of the 2017 U.S. Amateur Championship, if still an amateur player.
- Winner of the 2017 British Amateur Championship, if still an amateur player.
- Winner of the 2017 U.S. Mid–Amateur Championship, if still an amateur player.
- Winner of the 2017 Asia–Pacific Amateur Champion, if still an amateur player.
- Winner of the 2018 Latin America Amateur Championship, if still an amateur player.
- The top 12 finishers and ties from the 2017 Masters Tournament.
- The top 4 finishers and ties from the 2017 U.S. Open.
- The top 4 finishers and ties from the 2017 The Open Championship.
- The top 4 finishers and ties from the 2017 PGA Championship.
- Winners of PGA TOUR events whose victories are considered official since the previous year's Masters that award a full point allocation for the TOUR Championship (excluding team tournaments).
- Those players who qualified for the 2017 TOUR Championship.
- The top 50 players from the Official World Golf Ranking as of December 31, 2017.
- The top 50 players from the Official World Golf Ranking through completion of the WGC–Dell Technologies Match Play/Corales Puntacanta Resort & Club Championship.
- The Masters Tournament Committee, at its discretion, also invites international players not otherwise qualified.

## RBC HERITAGE
*April 12-15*
Harbour Town Golf Links
Hilton Head Island, SC

Eligible players in the 132–player field are:
- Winners of RBC Heritage prior to 2000, and winners of RBC Heritage in the last five seasons (2013–2017).

- Winners of the U.S. Open or PGA Championship prior to 2005 who played in a minimum of 15 PGA TOUR cosponsored or approved tournaments in 2016–2017 season, provided however the Commissioner shall have the discretion to waive such 15 event minimum if a player otherwise eligible pursuant to this eligibility criteria did not play 15 events in the prior season as a result of an injury and would have qualified for a medical extension if he had applied for one. Winners of these events in the last five seasons (2013–2017).
- Winners of the Masters Tournament in the last five seasons (2014–2018).
- Winners of THE PLAYERS Championship in the last five seasons (2013–2017).
- Winners of The Open Championship in the last five seasons (2013–2017).
- Winners of the TOUR Championship in the last three seasons (2015–2017).
- Winners of the WGC–Dell Technologies Match Play in the last three seasons (2016–2018).
- Winners of the WGC–Mexico Championship in the last three seasons (2016–2018).
- Winners of the WGC–Bridgestone Invitational in the last three seasons (2015–2017).
- Winners of the WGC–HSBC Champions in the last three seasons (2015–2017).
- Winners of the Arnold Palmer Invitational presented by Mastercard (2016–2018) and the Memorial Tournament (2015–2017) in the last three seasons.
- Winner of the 2017 U.S. Amateur Championship, if still an amateur player.
- The leader from the final FedExCup Points List in each of the last five seasons (2013–2017).
- The leader from the final Official PGA TOUR Money List from 2013 to 2016.
- Playing members of the last–named U.S. Ryder Cup team (2016).
- Current PGA TOUR members who were playing members from the last–named European Ryder Cup team (2016) and the U.S. and International Presidents Cup teams (2017).
- The top 50 players from the Official World Golf Ranking through completion of the WGC–Dell Technologies Match Play/Corales Puntacana Resort & Club Championship.
- Eight sponsor exemptions, restricted as follows:
  - Two from among the current season's PGA TOUR membership.
  - Two from among the 2017 Top Finishers of the Web.com Tour.
  - Four "unrestricted".
- Up to two foreign players designated by the Commissioner.
- Either the current winner of the PGA Section Championship or the current PGA Section Player of the Year where the tournament is played, as determined by the Section.
- PGA TOUR members who use an exemption for 2017–2018 season as one of the leaders (either top 25 or top 50) on the Official PGA TOUR Career Money List.
- Life members of the PGA TOUR.
- The top 125 players from the 2016–2017 FedExCup Points List.
- Members in the Top 125–Nonmembers category whose points on the Non–WGC FedExCup Points List for Non–Members for the previous season equal or exceed the amount of FedExCup points earned by the player finishing in 125th position

on the 2016–2017 FedExCup Points List.
- PGA TOUR members from the current Tournament Winners category.
- The 20 players who are leading on the 2017–2018 FedExCup Points List through the Houston Open.
- Five players not otherwise eligible who are leading on the 2017–2018 FedExCup Points List through the Houston Open.
- If necessary to complete a field of 132 players, PGA TOUR members from the 2017–2018 priority ranking of eligible players, after the top 125 Non–Member category, in order of their positions on such list, including the Top 10 from previous tournament category.

## ZURICH CLASSIC OF NEW ORLEANS
> *April 26-29*
> TPC Louisiana
> New Orleans, LA

FORMAT:  The tournament is a 72–hole stroke play team event with each team comprised of two professionals.  The first and third rounds are four–ball (best ball) play and the second and final rounds are foursomes (alternate shot) play.

Eligible players for the 80–team (160 player) field are:
- Those players in priority order under Section III–A of *Tournament Regulations,* except that the following **shall not** be eligible:
  - Open Qualifying
  - Top 10 from Previous Tournament
  - The Current PGA National Professional Champion and the Local PGA Section exemption are only eligible if they both commit and play as a team

**NOTE**: The provision in the Tournament Regulations which states that the field size will be expanded to include the entire Top 125 prior season's FedExCup points category does not apply to the Zurich Classic of New Orleans.
- The host organization will have a total of 8 sponsor exemptions
  - Two from among the current season's membership
  - Two from among the 2017 Top Finishers of the Web.com Tour Finals category
  - Four "unrestricted"

**NOTE**: The Tournament Host Organization must ensure such exemptions have a pre–defined teammate from among those players who can pick a partner or other sponsor exemptions prior to committing such player.  No amateur will be allowed to accept a sponsor exemption. Sponsor exemptions cannot access the field off their own category position after the commitment deadline.

- The top available members will select a player of their choosing from among PGA TOUR Members eligible for tournament play as defined in the PGA TOUR *Tournament Regulations.*  Both team members must be committed by the commitment deadline.
- Any players eligible for the field who have not confirmed a partner by the

commitment deadline, will be assigned a partner based on priority order under Section III−A of *Tournament Regulations* (i.e. 1 and 2 partner, 3 and 4 partner, etc.)

Withdrawal Policy:
- For the purposes of this policy, the top available member who is eligible to select a partner shall be referred to as "exempt".

Exempt player withdrawal:
- In the event an exempt player withdraws prior to the commitment deadline and his partner would have otherwise been exempt, the partner remains in the field and may select a new partner as outlined in the regulations.
- In the event an exempt player withdraws prior to the commitment deadline and his partner would not have otherwise been exempt, the partner is also withdrawn from the field and is replaced by the highest ranking alternate who may then select a partner as outlined in the regulations.
- In the event an exempt player withdraws after the commitment deadline but before 12 noon (local time at the tournament site) Tuesday of tournament week and his partner would have otherwise been exempt, the partner remains in the field and may select a player of their choosing from among PGA TOUR Members eligible for tournament play as defined in the PGA TOUR *Tournament Regulations* regardless of commitment status.
- In the event an exempt player withdraws after the commitment deadline but before 12 noon (local time at the tournament site) Tuesday of tournament week and his partner would not have otherwise been exempt, the partner is also withdrawn from the field and is replaced by the highest ranking alternate who may select a player of his choosing from among PGA TOUR Members eligible for tournament play as defined in the PGA TOUR *Tournament Regulations* regardless of commitment status.
- In the event an exempt player withdraws after 12 noon (local time at the tournament site) Tuesday of tournament week and his partner would not have otherwise been exempt, the partner will remain in the field provided that the exempt player was on−site and registered for the event. The partner remaining in the field teams with the highest ranking alternate.

Partner withdrawal:
- If the exempt player's partner withdraws prior to the commitment deadline, he may select a new partner as outlined in the regulations.
- If the exempt player's partner withdraws after the commitment deadline but before 12 noon (local time at the tournament site) Tuesday of tournament week, he may select a player of his choosing from among PGA TOUR Members eligible for tournament play as defined in the PGA TOUR *Tournament Regulation*s regardless of commitment status.
- If the exempt player's partner withdraws after 12 noon (local time at the tournament site) Tuesday of tournament week, he remains in the field and teams with the highest ranking alternate.

Sponsor Exemption withdrawal:

- Prior to the commitment deadline should the exempt player who is the teammate of a sponsor exemption withdraw, the host organization must secure another teammate from among the exempt players.
- After the commitment deadline but before 12 noon (local time at the tournament site) Tuesday of tournament week should the exempt player who is the teammate of a sponsor exemption withdraw, the sponsor exemption is also withdrawn from the tournament unless the first alternate agrees to partner with the sponsor exemption.
- After 12 noon (local time at the tournament site) Tuesday of tournament week should the exempt player who is the teammate of a sponsor exemption withdraw, the sponsor exemption stays in the field and teams with the highest ranking alternate.
- If an unrestricted sponsor exemption withdraws, the host organization may replace that exemption with a player of their choosing up until the commencement of the tournament.
- If a sponsor exemption restricted to PGA TOUR members or restricted to the Web. com Tour category withdraws, the host organization may replace that exemption with a player of their choosing before 12 noon (local time at tournament site) the Tuesday of tournament week.  At or after 12 noon (local time at the tournament site) the Tuesday of tournament week, the sponsor exemption withdrawal will be replaced by the highest ranking alternate.

**NOTE**: Cut size will be 35 teams and any ties at 35th position.  There will be no secondary cut.

**NOTE**: FedExCup points and official prize money will use an alternate distribution whereby the corresponding finish positions from the standard distribution are combined and split in two (i.e. 500 points for 1st place and 300 points for 2nd place = 800 point for the team/400 points for each player and so on down the list for 3rd and 4th for the 2nd place team, etc.)

**NOTE**: The Top−5 finishing teams and ties will advance into the following open event.

**NOTE**:  The official pro−am will consist of the professional team and three amateurs.

**NOTE**:  A hole−by−hole (sudden death) playoff will be contested with the first hole played as foursomes, the second hole played as four−ball the alternating formats every , thereafter, on a set rotation of holes. The rotation of holes will be determined by the Rules committee.

## THE PLAYERS CHAMPIONSHIP

*May 10-13*
TPC Sawgrass (THE PLAYERS Stadium Course)
Ponte Vedra Beach, FL

Eligible players are:

- Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, since the previous season's PLAYERS Championship.
- The top 125 players from the 2016−2017 FedExCup Points List.

- Winners of the Masters Tournament in the last five seasons (2014−2018).
- Winners of THE PLAYERS Championship, U.S. Open, The Open Championship and PGA Championship in the last five seasons (2013−2017).
- Winners of the TOUR Championship in the last three seasons (2015−2017).
- Winners of the WGC−Dell Technologies Match Play and WGC−Mexico Championship in the last three seasons (2016−2018).
- Winners of the WGC−Bridgestone Invitational in the last three seasons (2015−2017).
- Winners of the WGC−HSBC Champions in the last three seasons (2015−2017).
- The top 50 players from the Official World Golf Ranking through the Zurich Classic.
- The top 10 players from the 2017−2018 FedExCup Points List through the Zurich Classic.
- Winners of the Arnold Palmer Invitational presented by Mastercard (2016−2018)and the Memorial Tournament (2015−2017) in the last three seasons.
- The winner of the previous year's Constellation SENIOR PLAYERS Championship.
- The leading money winner from the 2017 Top 25 Web.com Tour Regular season players using combined money earned on the Official Web.com Tour Regular Season Money List and money earned in the Web.com Tour Finals and leading money winner from the 2017 Web.com Tour Finals.
- If necessary to complete a field of 144 players, PGA TOUR members from the 2017−2018 FedExCup Points List below 10th position through the Zurich Classic, in order of their positions on such list.

## DEAN & DELUCA INVITATIONAL
*May 24-27*
Colonial Country Club
Ft. Worth, TX

Eligible players in the 120−player field are:
- Winners of the DEAN & DELUCA Invitational prior to 2000, winners of the DEAN & DELUCA Invitational in the last five seasons (2013−2017), and all former winners from 2000 and beyond who were among the top 150 finishers on the previous season's FedExCup Points List.
  **NOTE**: Winners of the DEAN & DELUCA Invitational prior to 2000 who are not otherwise eligible for the event will be added to the starting field of 120 players.
- Winners of THE PLAYERS Championship and Masters Tournament in the last five seasons (2014 to 2018).
- Winners of the U.S. Open, The Open Championship and PGA Championship in the last five seasons (2013−2017).
- Winners of the TOUR Championship in the last three seasons (2015−2017).
- Winners of the WGC−Dell Technologies Match Play and WGC−Mexico Championship in the last three seasons (2016−2018).
- Winners of the WGC−Bridgestone Invitational in the last three seasons (2015−2017).
- Winners of the WGC−HSBC Champions in the last three seasons (2015−2017).
- Winners of the Arnold Palmer Invitational presented by Mastercard and the

Memorial Tournament in the last three seasons beginning with the 2015 winners.

- Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, since the previous season's DEAN & DELUCA Invitational.
- Playing members of the last−named U.S. Ryder Cup team (2016).
- Current PGA TOUR members who were playing members from the last−named European Ryder Cup team (2016) and the U.S. and International Presidents Cup teams (2017).
- Two players selected by the current and former winners of the DEAN & DELUCA Invitational .
- The top 15 finishers and ties (including PGA TOUR nonmembers) from the 2017 DEAN & DELUCA Invitational .
- 12 sponsor exemptions, restricted as follows:
    - — Two from among the 2017 Top Finishers of the Web.com Tour.
    - — Six from among the current season's PGA TOUR membership.
    - — Four "unrestricted".
- Up to two foreign players designated by the Commissioner.
- The top 50 players from the Official World Golf Ranking through completion of the Masters Tournament.
- The top 80 players from the 2016−2018 FedExCup Points List.
- Members in the Top 125−Nonmembers category whose points on the Non−WGC FedExCup Points List for Non−Members for the previous season equals or exceeds the amount of FedExCup points earned by the player finishing in 80th position on the 2016−2017 FedExcup Points List.
- The top 80 players from the 2017−2018 FedExCup Points List through THE PLAYERS Championship.
- If necessary to complete a field of 120 players, those players below 80th position from the 2017−2018 FedExCup Points List through THE PLAYERS Championship, in order of their positions on such list.

**the MEMORIAL TOURNAMENT presented by Nationwide**

*May 31- June 3*
Muirfield Village Golf Club
Dublin, OH

Eligible players in the 120−player field are:
- Winners of the Memorial Tournament prior to 1997 and winners of the Memorial Tournament in the last five seasons (2013−2017)
- Winners of THE PLAYERS Championship and Masters Tournament in the last five seasons (2014 to 2018).
- Winners of the U.S. Open, The Open Championship and PGA Championship in the last five seasons (2013−2017).
- Winners of the TOUR Championship in the last three seasons (2015−2017).
- Winners of the WGC− Dell Technologies Match Play and WGC−Mexico Championship in the last three seasons (2016−2018).
- Winners of the WGC−Bridgestone Invitational in the last three seasons (2015−2017).

- Winners of the WGC−HSBC Champions in the last three seasons (2015−2017).
- Winner of the Arnold Palmer Invitational presented by Mastercard in the last three seasons (2016−2018).
- Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, since the previous season's Memorial Tournament.
- Playing members of the last−named U.S. and European Ryder Cup teams (2016).
- Playing members of the last−named U.S. and International Presidents Cup teams (2017). NOTE: Unrestricted sponsor exemptions will be reduced by an equal number for each nonmember that qualifies for the event via this category.
- Winner of the 2017 U.S. Amateur Championship. (Note: Such player may turn professional and still be eligible for the exemption.)
- Winner of the 2017 British Amateur Championship. (Note: Such player may turn professional and still be eligible for the exemption.)
- Up to four players selected by the tournament from among the money leaders on the PGA European Tour, Asian Tour, Australasian Tour, Sunshine Tour and Japan Golf Tour official money lists.
- Up to fourteen sponsor exemptions, restricted as follows:
  — Six from among the current season's PGA TOUR membership.
  — Two from among the 2017 Top Finishers of the Web.com Tour.
  — Six "unrestricted".
  **NOTE:** Players requesting sponsor exemptions should do so by March 31.
- The top 50 players from the Official World Golf Ranking through completion of the AT&T Byron Nelson
- The top 70 players from the 2016−2017 FedExCup Points List.
- Members in the Top 125−Nonmembers category whose points on the Non−WGC FedExCup Points List for Non−Members for the previous season equals or exceeds the amount of FedExCup points earned by the player finishing in 70th position on the 2016−2017 FedExCup Points List.
- The top 70 players from the 2017−2018 FedExCup Points List through the completion of the AT&T Byron Nelson.
- The Division I College Player of the Year from 2017 (the Jack Nicklaus Award), as selected by the Golf Coaches Association of America. (Note: Such player may turn professional and still be eligible for the exemption.)
- If necessary to complete a field of 120 players, PGA TOUR members beyond 70th position from both the 2017−2018 FedExCup Points List through the AT&T Byron Nelson and the 2016−2017 FedExCup Points List on an alternating basis beginning with the current season FedExCup Points List and in order of their positions on such FedExCup Points List (i.e., 71st player from current season's FedExCup Points List, 71st player from prior season's FedExCup Points List, 72nd player from current season's FedExCup Points List, and so on).

**U.S. OPEN**

> *June 14-17*
> *(Practice Rounds June 11-13)*
> Shinnecock Hills Golf Club
> Southampton, NY

## ENTRY DEADLINE: April 25, 2018

Entries are open to professional golfers and amateur golfers and applicants for reinstatement. Amateurs and applicants for reinstatement must have an up−to−date Handicap Index based on rating for men not exceeding 1.4 under the USGA Handicap System. Entries are subject to approval or rejection at any time by the USGA Executive Committee.

Competition will be in three stages at stroke play:

(a) Local Qualifying—18 holes. For all except exempt players. Entrants will compete for a total of 525 qualifying places.
(b) Sectional Qualifying—36 holes. The eligible field for sectional qualifying will consist of 525 players from Local Qualifying and those players exempt from Local Qualifying.
(c) Championship Rounds —72 holes. 156 players eligible, comprising place winners in sectional qualifying and those exempt from both qualifying stages.

**NOTE:**Eligibility subject to change

Players exempt from both qualifying stages are:

- Winners of the U.S. Open in the last 10 years (2008−2017).
- Winner and runner−up of the 2017 U.S. Amateur Championship, must be an amateur.
- Winner of the 2017 British Amateur Championship, must be an amateur.
- Winner of the 2017 Mark H. McCormack Medal (Men's World Amateur Golf Rankings), must be an amateur.
- Winners of the Masters Tournament in the last five years (2014−2018).
- Winners of The Open Championship conducted by the R&A and PGA Championship in the last five years (2013−2017).
- Winner of the 2017 U.S. Senior Open.
- Winner of THE PLAYERS Championship in the last three years (2016−2018).
- Winner of the 2018 European Tour BMW PGA Championship.
- The top 10 finishers and ties from the 2017 U.S. Open Championship.
- Those players qualifying for the season−ending 2017 TOUR Championship.
- The top 60 players and ties from the Official World Golf Ranking as of May 21, 2018
- The top 60 players and ties from the Official World Golf Ranking as of June 4, 2018
- Special exemptions selected by the USGA. Deadline for submission of request: May 17, 2018.

**THE NATIONAL**
> *June 28-July 1*
> Location TBD

Eligible players in the 120−player field are:
- Winners of the The National in the last five seasons (2013−2017).
- Winners of Masters Tournament (2014−2018), THE PLAYERS Championship (2014−2018), U.S. Open (2014−2018), The Open Championship (2013−2017) and PGA Championship (2013−2017) in the last five seasons.
- Winners of the TOUR Championship in the last three seasons (2015−2017).
- Winners of the WGC− Dell Technologies Match Play and WGC−Mexico Championship in the last three seasons (2016−2018).
- Winners of the WGC−Bridgestone Invitational in the last three seasons (2015−2017).
- Winners of the WGC−HSBC Champions in the last three seasons (2015−2017)
- Winners of the Arnold Palmer Invitational presented by Mastercard and the Memorial Tournament in the last three seasons (2016−2018).
- Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, in the twelve months preceding the tournament.
- Winner of the previous year's U.S. Amateur (2017). (Note: Such player may turn professional and still be eligible for the exemption.)
- Current PGA TOUR members who were playing members of the last named U.S. and European Ryder Cup teams (2016) and the U.S. and International Presidents Cup teams (2017).
- The top 125 players from the 2016−2017 FedExCup Points List.
- The top 10 players from the 2017−2018 FedExCup Points List through the U.S. Open
- 8 sponsor exemptions, restricted as follows:
  - — Two from among the 2017 Top Finishers of the Web.com Tour.
  - — Two from among the current season's PGA TOUR membership.
  - — Four "unrestricted".
- If necessary to complete a field of 120 players, those players below 10th position from the 2017−2018 FedExCup Points List through the U.S. Open in order of their positions on such list.

**THE OPEN CHAMPIONSHIP**
> *July 19-22*
> Carnoustie Golf Links
> Carnoustie, Angus, Scotland

**ENTRY DEADLINES:**
> All Entries: Date May 31, 2018

**NOTE: Eligibility subject to change**
Players exempt from all qualifying:
- The top 10 finishers and ties from the 2017 Open Championship.

- Former winners of the The Open Championship who are aged 60 or under on July 22, 2018.
- Winners of The Open Championship in the last ten years (2008−2017).
- The top 50 players from the Official World Golf Ranking as of May 28, 2018.
- The top 30 players from the final 2017 Race to Dubai.
- Winners of the BMW Championship in the last three years (2016−2018).
- The top 5 European Tour members and ties, not otherwise exempt, in the top 20 of the Race to Dubai on completion of the 2018 European Tour event to be determined.
- The leading four players, not otherwise exempt, in the top 10 and ties from each of the 2018 European Tour events to be determined.
- The leading player, not otherwise exempt, in the top 5 and ties from and a 2018 European Tour event to be determined.
- Winners of the U.S. Open in the last five years (2014−2018).
- Winners of the Masters in the last five years (2014−2018).
- Winners of the PGA Championship in the last five years (2013−2017).
- Winners of THE PLAYERS Championship in the last three years (2016−2018).
- The top 30 players from the 2017 TOUR Championship.
- The top five players and ties, not otherwise exempt, from among the top 20 players on the 2017−18 FedExCup Points List through completion of the 2018 PGA TOUR event to be determined.
- The leading four players, not otherwise exempt, in the top 12 and ties from each of the 2018 PGA TOUR events to be determined. The leading player, not otherwise exempt, in the top 5 and ties from the 2018 PGA TOUR event to be determined.
- The leading three players, not otherwise exempt, in the top 10 from the Australasian Tour event to be determined.
- The leading three players, not otherwise exempt, in the top 10 from the South Africa Sunshine Tour event to be determined.
- Playing members of the 2017 Presidents Cup teams.
- Winner of the 2017 VISA Open de Argentina.
- Winner of the 2017 Japan Open.
- The leading player from the 2017 Asian Tour Official Money List.
- The leading player from the 2017 Australasian Tour Official Money List.
- The top two players from the 2017 Japan Golf Tour Official Money List.
- The leading player from the 2016/2017 Sunshine Tour Official Money List.
- The top two players and ties, not otherwise exempt, who have earned the most Japan Golf Tour official prize money from the 2018 Japan Golf Tour official events through the Japan Tour Championship.
- Winner of the 2017 Senior Open Championship.
- Winner of the 2018 British Amateur, if still an amateur.
- Winner of the 2017 U.S. Amateur, if still an amateur.
- Winner of the 2017 International European Amateur Championship, if still an amateur.
- The 2017 Mark H. McCormack Medal (Men's World Amateur Golf Ranking) winner, if still an amateur.

- The leading four players, not otherwise exempt, in the top 12 from an Asian Tour event to be determined.
- The leading four players, not otherwise exempt, in the top 12 and ties from the Japan Tour event to be determined.

## BARBASOL CHAMPIONSHIP
   *July 19-22*
   Location TBD

Eligible players in the 132−player field are:
- Those players listed in order of priority under Section III−A of the Tournament Regulations, except that the following shall first be eligible:
   −Four "unrestricted" sponsor exemptions.
- The host has a total of 12 sponsor exemptions
   −Two from among the current season's membership
   −Two from among the 2017 Top Finishers of the Web.com Tour
   −Eight "unrestricted"

## RBC CANADIAN OPEN
   *July 26-29*
   Glen Abbey Golf Club
   Oakville, ON, Canada

Eligible players in the 156−player field are those players listed in order of priority under Article III, Section A of the *Tournament Regulations*, except that prior to such players, the following shall first be eligible:
- 20 sponsor exemptions, restricted as follows:
   −Two from among the current season's membership.
   −Two from among the 2017 Top Finishers of the Web.com Tour.
   −16 "unrestricted".

## WORLD GOLF CHAMPIONSHIPS-BRIDGESTONE INVITATIONAL
   *August 2-5*
   Firestone Country Club (South Course)
   Akron, OH

Eligible players are:
- Playing members of the 2017 U.S. and International Presidents Cup teams.
- The top 50 players, including any tied for 50th place, from the Official World Golf Ranking as of Monday, July 23, 2018 (i.e. through completion of the The Open Championship/Barbasol Championship).
- The top 50 players, including any tied for 50th place, from the Official World Golf Ranking as of Monday, July 30, 2018 (i.e. through completion of the RBC Canadian Open).
- Tournament winners, whose victories are considered official, of tournaments from the Federation Tours since the prior season's WGC−Bridgestone Invitational

with an Official World Golf Ranking Strength of Field (SOF) Rating of 115 or more.
- The winner of the following tournament from each of the following Tours:
  –Japan Golf Tour: Japan Golf Tour Championship (2018) and Bridgestone Open (2017)
  –Australasian Tour: Australian PGA Championship (2017)
  –Southern Africa Tour: TBD
  –Asian Tour: Indonesian Masters (2017)

## BARRACUDA CHAMPIONSHIP
*August 2-5*
Montreux Golf and Country Club
Reno, NV

Eligible players in the 132−player field are:
- Those players listed in order of priority under Section III−A of the Tournament Regulations, except that the following shall first be eligible:
  −Four "unrestricted" sponsor exemptions.
- The host has a total of 12 sponsor exemptions
  −Two from among the current season's membership
  −Two from among the 2017 Top Finishers of the Web.com Tour
  −Eight "unrestricted"

Modified Stableford Format will be used.

| Score | Points |
|-------|--------|
| Double Eagle | +8 |
| Eagle | +5 |
| Birdie | +2 |
| Par | 0 |
| Bogey | −1 |
| Double Bogey or worse | −3 |

## PGA CHAMPIONSHIP
*August 9-12*
Bellerive Country Club
St. Louis, MO

**NOTE:** All contestants in the Championship (except international players) must be a PGA of America member in good standing.

Eligible players in the 156−player field are:
- All former winners of the PGA Championship.
- Winners of the Masters Tournament, U.S. Open and The Open Championship in the last five years (2014−2018).
- Winner of the 2018 PGA Seniors' Championship.
- The top 15 finishers and ties from the 2017 PGA Championship.
- The top 20 finishers from the 2018 PGA Professional Championship.
- The top 70 players who have earned the most official PGA TOUR prize money, from the 2017 WGC−Bridgestone Invitational/Barracuda Championship through

the 2018 RBC Canadian Open.
- Playing members of the last−named U.S. and European Ryder Cup teams (2016), provided they remain within the top 100 on the Official World Golf Ranking as of Friday, July 13, 2018.
- Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, since the previous year's PGA Championship.
- Special exemptions selected by the PGA of America.
- If necessary to complete the field, those players beyond the top 70 players who have earned the most official PGA TOUR prize money, from the 2017 WGC−Bridgestone Invitational/Barracuda Championship through the 2018 RBC Canadian Open in order of their positions on such list.

## THE NORTHERN TRUST

*August 23-26*
Ridegewood Country Club
Paramus, NJ

Eligible players are:
- The top 125 players plus ties from the 2017−2018 FedExCup Points List through the Wyndham Championship.

## DELL TECHNOLOGIES CHAMPIONSHIP

*August 31-September 3 (Monday finish)*
TPC Boston
Norton, MA

Eligible players are:
- The top 100 players plus ties from the 2017−2018 FedExCup Points List through THE NORTHERN TRUST.

## BMW CHAMPIONSHIP

*September 6-9*
Aronimink Golf Club
Newtown Square, PA

Eligible players are:
- The top 70 players plus ties from the 2017−2018 FedExCup Points List through the  Dell Technologies Championship.

## TOUR CHAMPIONSHIP

*September 20-23*
East Lake Golf Club
Atlanta, GA

Eligible players are:

- The top 30 players plus ties from the 2017−2018 FedExCup Points List through the BMW Championship.

**RYDER CUP**

*September 28-30*
Le Golf National
Paris, France

United States Team

- The top eight U.S. players who have earned the most official PGA TOUR money from January 1, 2017, through August 12, 2018 (2018 PGA Championship), weighted as follows:
  • $1,000 = 1 point for 2017 majors (Masters, U.S. Open, The Open Championship and PGA Championship)
  • $2,000 = 1 point for 2017 PLAYERS Championship, WGC−Mexico Championship, WGC−Dell Technologies Match Play, WGC−Bridgestone Invitational, and WGC−HSBC Champions.
  • $1,000 = 2 points for the winner of 2018 majors (Masters, U.S. Open, The Open Championship and PGA Championship)
- $1,000 = 1.5 points for all others who make the cut in the 2018 majors (Masters, US Open, The Open Championship and PGA Championship).
- $1,000 = 1 point for official events from 2018 Sentry Tournament of Champions through 2018 PGA Championship (excluding majors, events played opposite majors and events played opposite World Golf Championship events).
- Four Captain's selections−three named after Dell Technologies Championship (September 3, 2018) and one named after the BMW Championship (September 9, 2018).

European Team

- The top four European Tour members on The Ryder Cup European Points List on Sunday, September 2, 2018.
- The top four European Tour members, not otherwise qualified, from The Ryder Cup World Points List on Sunday, September 2, 2018.
- Four Captains' selections named the week commencing Monday, September 10, 2018.

**THE PRESIDENTS CUP**

*Criteria for 2019 teams (subject to change)*
*December 12-15, 2019*
Royal Melbourne Golf Club
Victoria, Australia

United States Team

- The top ten U.S. PGA TOUR members who have earned the most FedExCup

points from September 11, 2017 through date TBD, weighted as follows:
— 2017 BMW Championship through 2018 date TBD FedExCup point = 1 point
— Date TBD: 1 FedExCup point = 2 points
• Two Captain's selections, to be named on date TBD.

NOTE: Presidents Cup points for FedExCup Playoffs Events will be weighted the same as World Golf Championships.

International Team
• The top ten international players (excluding those eligible for the European Ryder Cup team) from the Official World Golf Ranking as of date TBD.
• Two Captain's selections, to be named on date TBD.

**TOKYO 2020 OLYMPIC GAMES**
       Men's Golf Competition
       Kasumigaseki Country Club
       Tokyo, Japan

60 positions available will be allocated through an Olympic Golf Ranking (OGR) list published on the IGF website, based on the player's respective official world golf ranking as follows:
• Players within the top−15 on the men's official world golf rankings as of TBD date in 2020 will be eligible, except that there will be no more than four players from any one country eligible within the top−15.
• The balance of the field will be selected in order from 16th place onwards on the official world golf rankings as of TBD date in 2020, up to a maximum of 2 players per country for those countries not already having more than 2 players within the top−15.
• A provision has been included for the host country, Japan, which will guarantee that at least one Japanese golfer will compete in the Games if not otherwise eligible, based on position within the official world golf rankings.
• Another provision has also been included that each of the five continents of the Olympic Movement (Africa, Americas, Asia, Europe and Oceania) will be guaranteed at least one athlete in the event, if not otherwise eligible, based on position within the respective official world golf rankings.
• These provisions will not increase the field size beyond 60 athletes in the competition.

The two−year qualification period for the Olympic Golf Ranking will run from TBD date in 2018 to TBD date in 2020. Throughout that time, an OGR list will be published each week using the current official world golf rankings at http://www.igfgolf.org. The IGF will publish the final OGR list as of TBD date in 2020 following the conclusion of all eligible events.

For more information http://www.igfgolf.org/

# NATIONALITY POLICY

I.  General

Any competitor in an International Golf Competition (Section II) must be a National of the country which the competitor is representing or under which the competitor is eligible for the competition.

The IGF publishes this Nationality Policy as it pertains to matters relating to the determination of the country which a competitor may represent in an International Golf Competition listed below, and from time−to−time will advise sanctioning organizations of International Golf Competitions as to guidelines and standards on making determinations on a competitor's Nationality.

Each sanctioning organization has adopted the IGF Nationality Policy and shares decisions based on nationality with the IGF and other sanctioning organizations. All matters relating to the determination of the country which a competitor may represent in an International Golf Competition listed below shall be resolved by the sanctioning organization for that event, in its sole discretion.

II.  **International Golf Competitions**

For the purposes of this policy, International Golf Competitions are as follows:

| Women's Competitions | Sanctioning Organization |
|---|---|
| Espirito Santo Trophy | International Golf Federation |
| Solheim Cup | LPGA |
| International Crown | LPGA |
| Olympic Games | International Golf Federation |
| Youth Olympic Games | International Golf Federation |
| Men's Competitions | Sanctioning Organization |
| Eisenhower Trophy | International Golf Federation |
| Ryder Cup | European Tour & PGA of America |
| Presidents Cup | PGA TOUR |
| Olympic Games | International Golf Federation |
| Youth Olympic Games | International Golf Federation |
| World Cup | International Federation of PGA Tours |

III.  **Nationality**

A competitor will be considered a National of a country if the competitor is a citizen of the country, as defined by the laws of such country.

A competitor who is a National of two or more countries at the same time may represent either one of them, as the competitor may elect. However, after having represented one country in an International Golf Competition, the competitor may not represent another country unless first meeting the conditions set forth below that apply to persons who have changed their nationality or acquired a new nationality.

A competitor who has represented one country in an International Golf Competition,

and who has changed nationality or acquired a new nationality, may participate in another International Golf Competition representing the new country provided that, as of the start of the qualification period for such event, at least four years have passed since the competitor last represented his/her former country. This period may be extended, reduced or even cancelled, with the agreement of the sanctioning organization, which takes into account the circumstances of each case and any applicable guidelines and standards provided by the IGF.

If an associated State, province or overseas department, a country or colony acquires independence, if a country becomes incorporated within another country by reason of a change of border, or if a country merges with another country, a competitor may continue to represent the country to which the competitor belongs or belonged. However, if the competitor prefers, the competitor may elect to represent the new country. This particular choice may be made only once.

Furthermore, in all cases in which a competitor would be eligible to participate in an International Golf Competition, either by representing another country than his/hers or by having the choice as to the country which such competitor intends to represent, the sanctioning organization may take all decisions of a general or individual nature with regard to issues resulting from nationality, citizenship, domicile or residence of any competitor, including the duration of any waiting period, taking into account the circumstances of each case and any applicable guidelines and standards provided by the IGF.

## IV. Countries and Continents

For the purposes of defining a country (or territory, if applicable) of which a competitor is a National, the current list of National Olympic Committees as recognized by the International Olympic Committee will be used. For International Golf Competitions other than the Olympic Games and Youth Olympic Games, England, Scotland and Wales will be considered to be separate countries.

For the purposes of defining the continent of Europe as it relates only to certain International Golf Competitions which either include all countries within Europe as a team or exclude all countries within Europe from a team, the following countries will be considered to be within Europe and not part of regions other than Europe:

| | | | | |
|---|---|---|---|---|
| Albania | Cyprus | Iceland | Moldova | Slovak |
| Andorra | Czech | Ireland | Monaco | Republic |
| Armenia | Republic | Israel | Montenegro | Slovenia |
| Austria | Denmark | Italy | Norway | Spain |
| Azerbaijan | Estonia | Kazakhstan | Poland | Sweden |
| Belarus | Finland | Latvia | Portugal | Switzerland |
| Belgium | France | Liechtenstein | Romania | The |
| Bosnia and | Georgia | Lithuania | Russian | Netherlands |
| Herzegovina | Germany | Luxembourg | Federation | Turkey |
| Bulgaria | Greece | Macedonia | San Marino | Ukraine |
| Croatia | Hungary | Malta | Serbia | United |
| | | | | Kingdom |

**V.  Rankings**

A competitor should ensure that his/her nationality is correctly listed on the appropriate world golf ranking system.  For women's International Golf Competitions, this shall be the Rolex Women's World Rankings.  For men's International Golf Competitions, this shall be the Official World Golf Rankings.  For the purposes of applying this policy, the competitor will be presumed to be a National of the country listed on the appropriate world rankings system, subject to verification in accordance with this policy.  Any decisions taken related to a competitor's nationality in accordance with this policy shall be referred by the IGF to the appropriate ranking system, who shall display the correct nationality of each player within the rankings.

A competitor eligible to participate in an International Golf Competition by representing another country to the one previously represented (by either changing nationality or acquiring a new nationality) in accordance with this policy will only be eligible for International Golf Competitions for which the qualification period has not yet started, unless otherwise allowed by the sanctioning organization.

A competitor eligible to participate in an International Golf Competition by having the choice as to the country which such competitor intends to represent in accordance with this policy will only be eligible for International Golf Competitions for which the qualification period has not yet started, unless otherwise allowed by the sanctioning organization.

A competitor who changes his nationality for an International Golf Competition prior to the qualifications and eligibility period beginning for such event, yet subsequently fails to qualify for the competition, is subject to the provisions of this policy including the time periods prescribed herein.

# GENERAL
# ADMINISTRATIVE MATTERS

## PLAYER IDENTIFICATION

PGA TOUR members will receive a personal photo ID and family credentials, which serve as identification at all cosponsored tournaments. Players are responsible for thier minor children and their conduct in the Player Family dining area and elsewhere on course. If lost, replacement credentials are available through PGA TOUR Headquarters at a cost of **$50 per family credential and photo ID card.** In addition, a player will receive a personal money clip. However, the money clip will not be recognized as a credential at PGA TOUR cosponsored events. If lost, a replacement money clip is available at a cost of $100.

## OTHER CREDENTIALS

Tournament sponsors provide complimentary daily admission credentials to any member and their immediate family (spouse, children and parents) of the PGA TOUR, PGA of America, LPGA, and the Golf Course Superintendents Association. Complimentary daily admission credentials will be provided to any member of the Golf Course Builders Association of America, Club Managers Association of America and the American Society of Golf Course Architects. Family members must accompany the player in person to obtain these credentials.

# TOURNAMENT ADMINISTRATION MATTERS

## PURSE DISTRIBUTION FORMULAS

The PGA TOUR Policy Board establishes distribution of purses for PGA TOUR tournaments. "Approved" tournaments and events with special or small fields may use other purse distribution formulas.

The standard formula for PGA TOUR events provides a first prize of 18 percent of the total purse. Following is the standard distribution formula for an event with a purse of $6.0 million:

| POSITION | PERCENT | PRIZE | POSITION | PERCENT | PRIZE |
|---|---|---|---|---|---|
| 1 | 18.000% | $1,080,000.00 | 36 | 0.515% | $30,900.00 |
| 2 | 10.800% | $648,000.00 | 37 | 0.490% | $29,400.00 |
| 3 | 6.800% | $408,000.00 | 38 | 0.470% | $28,200.00 |
| 4 | 4.800% | $288,000.00 | 39 | 0.450% | $27,000.00 |
| 5 | 4.000% | $240,000.00 | 40 | 0.430% | $25,800.00 |
| 6 | 3.600% | $216,000.00 | 41 | 0.410% | $24,600.00 |
| 7 | 3.350% | $201,000.00 | 42 | 0.390% | $23,400.00 |
| 8 | 3.100% | $186,000.00 | 43 | 0.370% | $22,200.00 |
| 9 | 2.900% | $174,000.00 | 44 | 0.350% | $21,000.00 |
| 10 | 2.700% | $162,000.00 | 45 | 0.330% | $19,800.00 |
| 11 | 2.500% | $150,000.00 | 46 | 0.310% | $18,600.00 |
| 12 | 2.300% | $138,000.00 | 47 | 0.290% | $17,400.00 |
| 13 | 2.100% | $126,000.00 | 48 | 0.274% | $16,440.00 |
| 14 | 1.900% | $114,000.00 | 49 | 0.260% | $15,600.00 |
| 15 | 1.800% | $108,000.00 | 50 | 0.252% | $15,120.00 |
| 16 | 1.700% | $102,000.00 | 51 | 0.246% | $14,760.00 |
| 17 | 1.600% | $96,000.00 | 52 | 0.240% | $14,400.00 |
| 18 | 1.500% | $90,000.00 | 53 | 0.236% | $14,160.00 |
| 19 | 1.400% | $84,000.00 | 54 | 0.232% | $13,920.00 |
| 20 | 1.300% | $78,000.00 | 55 | 0.230% | $13,800.00 |
| 21 | 1.200% | $72,000.00 | 56 | 0.228% | $13,680.00 |
| 22 | 1.120% | $67,200.00 | 57 | 0.226% | $13,560.00 |
| 23 | 1.040% | $62,400.00 | 58 | 0.224% | $13,440.00 |
| 24 | 0.960% | $57,600.00 | 59 | 0.222% | $13,320.00 |
| 25 | 0.880% | $52,800.00 | 60 | 0.220% | $13,200.00 |
| 26 | 0.800% | $48,000.00 | 61 | 0.218% | $13,080.00 |
| 27 | 0.770% | $46,200.00 | 62 | 0.216% | $12,960.00 |
| 28 | 0.740% | $44,400.00 | 63 | 0.214% | $12,840.00 |
| 29 | 0.710% | $42,600.00 | 64 | 0.212% | $12,720.00 |
| 30 | 0.680% | $40,800.00 | 65 | 0.210% | $12,600.00 |
| 31 | 0.650% | $39,000.00 | 66 | 0.208% | $12,480.00 |
| 32 | 0.620% | $37,200.00 | 67 | 0.206% | $12,360.00 |
| 33 | 0.590% | $35,400.00 | 68 | 0.204% | $12,240.00 |
| 34 | 0.565% | $33,900.00 | 69 | 0.202% | $12,120.00 |
| 35 | 0.540% | $32,400.00 | 70 | 0.200% | $12,000.00 |

# BAD WEATHER GUIDELINES

In situations involving bad weather, our first priority is always the competition and completion of 72 holes. Every effort will be made to achieve this objective by Sunday which could include playing 36 holes on the final day. If this can not be accomplished, play will always be extended to Monday if conditions and the weather forecast permit.

In making decisions to extend play beyond Sunday or to reduce the tournament to fewer than 72 holes due to inclement weather, the on−site Tournament Director discusses the situation and conditions with a number of parties, including the host organization, title sponsor, host site (general manager and/or golf course superintendent), on−site weather forecaster, television representatives and the other members of the Rules Committee. Players are not included in these discussions as policy dictates it is inappropriate for the Rules Committee to discuss matters directly affecting the competition with contestants.

In an effort to provide more definitive guidelines for use in the decision−making process, the following Bad Weather Guidelines will be followed:

## EXTENDING PLAY TO MONDAY

1. Every effort will be made to finish each round as scheduled by Sunday. The first priority is always the competition and completion of 72 holes.

2. In an effort to achieve this objective by Sunday, 36 holes may be played on Sunday following a reduction of the field to the score which has the closest number of professionals to 60. If an equal number of professionals are at scores above and below the 60th position, the higher score will be used. In the event of any such cut, professionals eliminated who otherwise would have played in the final 36 holes will receive the appropriate share of official prize money in accordance with their respective positions.

3. If conditions exist which prevent 72 holes from being completed by Sunday, play will always be extended to Monday if golf course conditions and the weather forecast permit. Play on Monday could include 36 holes and a reduction of the field to the score which has the closest number of professionals to 60.

4. If conditions exist which make the completion of 72 holes impossible, the next priority is to complete 54 holes, thereby the winner is credited with an official victory. Again, play in this situation will always be extended to Monday if golf course conditions and weather permit.

5. If conditions exist which make the completion of 54 holes impossible, the next priority is to complete 36 holes, thereby players receive official money although the winner is credited with an unofficial victory. Again, play in this situation may be extended to Monday.

## EXTENDING PLAY BEYOND MONDAY

1. Except for THE PLAYERS Championship, in the event of a suspension during a final round being played on Monday when at least half of the field has completed play, the final round will be completed on Tuesday, but no later. Further, in no situation would we resume play in order to have 50% or more of the field complete their round. If play cannot be completed on Tuesday, scores will revert back to the last completed round and the competition will be considered closed.

2. Except for THE PLAYERS Championship, play will not extend past Tuesday under any circumstances unless the event can be rescheduled and replayed in its entirety. This scenario would occur only if no more than 18 holes had been completed and an acceptable open date were available.

3. For THE PLAYERS Championship, the Commissioner may, in his discretion, extend play as necessary in order to complete 72 holes of competition.

## ON–SITE COMMUNICATION

1. On Tuesday of Tournament Week, the PGA TOUR Tournament Director will meet with host organization and title sponsor representatives to review the Bad Weather Guidelines and discuss plans to extend the event to Monday if necessary. Also reviewed are the tournament's plans to reschedule or relocate any special events planned for the tournament course on Monday (i.e. title sponsor outing) if play is extended to Monday.

2. Also on Tuesday of Tournament Week, the PGA TOUR Tournament Director will meet with television representatives to review air times, requested finish times, playoff holes and plans if inclement weather is predicted or encountered during the tournament. At small field tournaments, or for rounds following the cut at full field events, a tape delay telecast will be discussed if play can be started early and completed before impending bad weather. Prior to the final round, the leaders may start on the back nine to provide the network an opportunity to telecast some amount of play by the leaders.

3. After receiving and heavily weighing input from the host organization, title sponsor, host site (general manager and/or golf course superintendent), on–site weather forecaster and television, the PGA TOUR shall make the final decision to play 36 holes on Sunday, extend play to Monday or reduce the tournament to fewer than 72 holes.

4. Once a decision is reached, the players, host organization, title sponsor and television, if applicable, shall be the first informed. Secondly, the PGA TOUR Tournament Director shall communicate the decision to the PGA TOUR's On–Site Media Official who will disseminate the information to the media, and then to the Advance Official at the following week's event who will immediately let the tournament know of the decision.

## OTHER FACTORS AND ISSUES

Factors/issues that are considered in making decisions to suspend, postpone or cancel play include the following:

### Competitions

1. Weather forecast: The likelihood of weather conditions allowing the golf course to be prepared for play and the competition to be completed.

2. Course conditions: The condition of the golf course must allow the competition to be conducted under the Rules of Golf. The lift, clean and place rule may be put into effect under extreme circumstances.

3. Cancellation of a started round: If some players begin a round under extremely adverse weather conditions, conditions subsequently worsen and further play that day is impossible, the round may be canceled and replayed in its entirety.

4. Tournament format: If the tournament utilizes a multiple course format, the number of rounds needed to have players complete one round on each course will be considered. In pro−am events, amateurs may be asked to discontinue once play resumes in an effort to complete play on schedule.

5. Following week's event: Decisions to extend play to Monday will not be influenced by the following week's scheduled event, even when the next event is a major championship.

### Host Organization/Title Sponsor

1. Prize Money: When a tournament is shortened due to inclement weather or other occurrence beyond the reasonable control of PGA TOUR, the host organization will be obligated to pay prize money in accordance with the guidelines contained in Article IV, Section A.9 of the *Tournament Regulations*. At tournaments played on one or two courses, official prize money will be distributed in accordance with the standard purse distribution formula when two or more rounds have been completed. At tournaments played on three or more courses, official prize money will be paid in accordance with the standard purse distribution formula when all players have played each course at least once. If players have not played each of the courses at least once, prize money will be unofficial and will be paid out, when possible, based on the standings through the number of completed rounds. If this is not possible, the purse will be divided equally among all players in the starting field.

2. Financial impact: Tournaments and title sponsors want to avoid having to complete play on Mondays and Tuesdays except in extreme situations. Because

of the additional costs and logistical problems associated with Monday play, host organizations clearly would prefer to shorten an event to 54 holes rather than extend to Monday to complete 72 holes. However, host organizations for the most part support an extension of play to Monday if required to complete 54 holes.

3.　　Monday Pro−Am: Many tournaments have Monday pro−ams during Tournament Week, in addition to the Official pro−am (normally held on Wednesday) and extending play beyond Sunday could have a negative impact on the following event's Monday pro−am. This pro−am could be moved to Tuesday at the host organization's request. However, another course would be required so that the pro−am does not interfere with normal practice rounds.

**Television:**

1.　　Air times: Every effort is made to conclude the tournament within the scheduled air times. In most cases, networks will extend coverage from 6:00 PM EST to 7:00 PM upon request. For obvious reasons, the networks prefer to conclude the event on Sunday by playing 36 holes instead of extending play to Monday. Host organizations are in favor of this as well.

2.　　Tee times: Tee times may be changed to accommodate television, and a two−tee start may also be utilized after the cut is made. Prior to the final round, the leaders may start on the back nine to provide the networks an opportunity to telecast some amount of play by the leaders.

3.　　Monday coverage: Networks are given the first option of telecasting play on Monday. In the event the network declines, cable television will telecast the event on Monday or Tuesday.

## SUSPENSION OF PLAY DUE TO DANGEROUS SITUATIONS

Play may be suspended for such dangerous situations as lightning, tornadoes, etc. If the players in a match or group are between two holes, they must not resume play until the Rules Committee so orders. Players who are playing a hole must discontinue immediately and not resume play until the Committee orders. **THE PENALTY FOR BREACH OF THIS CONDITION IS DISQUALIFICATION.**

All practice areas shall be closed during a suspension for a dangerous situation until the PGA TOUR Rules Committee has declared them open for use. Players who disregard such closing shall be subject to disciplinary action.

**NOTE:** One prolonged siren or horn note signals suspension for a dangerous situation. Several short intermittent horn or siren notes signal all other types of suspension.

# LOCKER ROOMS

Locker room access is limited to:

Tournament week:

> Players, player's sons when accompanied by the player, PGA TOUR staff, instructors, and working media and a limited number of the host organization's committeemen.

Practice and Pro−Am days:

> Tournament representatives, player managers, golf apparel and manufacturer representatives.

Weather delays:

> Players, essential locker room staff and PGA TOUR staff.

**NOTE:** Network television personnel are permitted locker room access for the purpose of set up and operation of a "Weather Studio".

**When accompanied by his player, a caddie may enter the locker room at the end of the player's week (i.e. after a missed cut or completion of the event) to assist the player in loading the player's golf bag with contents from his locker. Caddies are not allowed in the locker room at any other time. Players whose caddies enter locker rooms initially (not within the designated times listed above) will be fined $100. Subsequent fines during a season will be $250 and $500, respectively.**

Except during weather suspensions, golf bags must be put away in lockers or appropriate bag storage areas provided by the tournament. Golf bags must be put away overnight and shall not be left in the locker room.

**Players in the starting tournament field who use locker room facilities at the host clubhouse must pay the attendant a minimum of $50 for service.**

Smoking is not permitted in the player locker room.

# PLAYER EQUIPMENT

To help ensure that players competing in PGA TOUR cosponsored tournaments use equipment which conforms with the USGA Rules of Golf, players are encouraged to:

1. Confirm with equipment manufacturers that new equipment or samples have been approved by the USGA.

2. Confirm that driving clubs are on the USGA Conforming Driver List.

3.      Have any altered or unusual clubs checked by a PGA TOUR Rules Official before tournament use.

4.      Verify that the ball chosen to be played is on the USGA's "Conforming Golf Balls" list.

5.      Confirm that clubs conform to the 2016−2017 Condition of Competition for Groove Specifications.

If a player fails to submit his equipment prior to competition, he assumes all risk of a ruling that equipment does not conform with the USGA Rules of Golf. Additionally, if required by a PGA TOUR official, a player is obligated to surrender any equipment if it is determined that additional off−site testing is necessary to rule on conformity. Failure to do so will result in disciplinary action. From time to time, PGA TOUR, at the request of the USGA, collects golf balls and equipment samples on−site at events.

## OPPOSITE EVENT POLICY

A PGA TOUR member who qualifies, as of the commitment deadline, for a limited field, no cut, special tournament awarding official money shall not be eligible to participate in an opposite PGA TOUR event should he elect not to play in the limited field, no cut special tournament for which he has qualified.

## CADDIE REGULATIONS

All players in PGA TOUR cosponsored tournaments shall employ caddies for all practice, Pro−Am and tournament rounds, though golf carts may occasionally be authorized by the PGA TOUR's Tournament Director for practice or Pro−Am rounds, whereby caddies are not required.

Caddies shall be paid promptly. The fee is to be resolved early in the week between the player and caddie. Players who wish to bring their own caddies to PGA TOUR cosponsored tournaments may do so. Players shall be responsible for the conduct and behavior of their caddies at tournaments.

The following shall be adhered to in all PGA TOUR cosponsored tournaments.

1.      All caddies must complete the caddie registration form each week. The Caddie Chairman and/or Caddie Master will supervise caddies and provide an area for caddies to rest while not on duty, if the caddie van is not on site.

2.      Caddies shall wear uniforms and identification badges as prescribed by the host tournament and PGA TOUR. All caddies are required to wear solid−colored khaki−style long pants, which touch the top of the shoe, or solid−colored, knee−length tailored shorts or skorts, and a collared shirt while on club property.

T−shirts, jeans, culottes, skirts, capris, cut−off shorts and cargo style shorts are not permitted. Acceptable colors shall be determined at the discretion of the PGA TOUR Tournament Director.

3.  Caddies shall wear smooth, rubber−sole plain−colored shoes preferably tennis or basketball shoes. Permissible colors are limited to white and earth tone such as navy, blue, black, brown, tan gray, dark green and the like. Bright colors that are intended to draw attention to a person's footwear are not acceptable. Footwear with a closed toe is required. Flip flops, open−toed sandals and other similar shoes are not permitted. Closed−toe Crocs are acceptable provided they conform with the colors described above. GOLF SPIKES are prohibited.

4.  Caddies' clothing must conform to the Player Endorsement Policy.

5.  Caddies may walk unaccompanied on putting greens during practice round days if play is not disrupted. Caddies may not walk on putting greens on any day, at any time, before or after a Pro−Am or official tournament round.

6.  Caddies credentials provide clubhouse access as designated by tournament host.

7.  When accompanied by his player, a caddie may enter the locker room at the end of the player's week (i.e. after a missed cut or completion of the event) to assist the player in loading the player's golf bag with contents from his locker. Caddies are not allowed in the locker room at any other time.

8.  Caddies shall not be permitted on practice greens except to retrieve pitch and run shots or putts.

9.  Caddies shall assist in maintaining the course by REPLACING DIVOTS AND RAKING BUNKERS as soon as practical after their player has played.

10.  Caddies shall not hit shots or putts anywhere on the practice areas or course except in specially approved competitions.

11.  Caddies shall not falsely register for accommodations or leave unpaid bills.

12.  Caddies shall not engage in any conduct that is prohibited for players under the PGA TOUR Anti−Doping Program.

13.  Caddies shall not engage in any conduct that is prohibited under the PGA TOUR Integrity Program.

14.  Caddies shall not engage in conduct unbecoming a professional caddie, as

determined in the sole discretion of the PGA TOUR.

15.     Caddies must carry their player's clubs. Pull carts or the like are not permitted.

A caddie who does not comply with these Caddie Regulations will be subject to losing the privilege to caddie on the PGA TOUR. Also, for any violation of these regulations, disciplinary action may be taken against the player for whom the caddie is providing services.

## <u>PLAYER/FAMILY DINING POLICY</u>

Player/family dining areas are provided by tournaments for use by players and their immediate family members only. Immediate family is defined as the wife and children of the player, and parents of either adult. If a player is single, in addition to his parents, he may request from the PGA TOUR an additional Family Member Identification card for his significant other (i.e. girlfriend).

To access the player/family dining area, a player's wife or significant other must present her Family Member ID card and immediate family members must present their Family Member ID card.

Tournaments have also been requested to provide, on a space available basis, a player only dining area, which in most cases is the player locker room.

If you wish to entertain a guest, such as an extended family member, friend, agent, instructor or equipment company representative, you should dine in another clubhouse dining area, with appropriate food and beverage charges applying to your guest(s).

Space in the player/family dining area is often limited during peak hours so your cooperation with this policy is greatly appreciated. Smoking is not permitted in player/family dining areas. Players are responsible for their minor children and their conduct in the player/family dining area.

## <u>PROCEDURES FOR DUALLY-COMMITTED PLAYERS</u>

PGA TOUR members in the "126 to 150" category and below may commit to both PGA TOUR and Web.com Tour events scheduled for the same week. If a player is in the field of both events, he must notify PGA TOUR Headquarters by 3 p.m. Eastern Time on Monday of tournament week which tournament he intends to play. Failure to notify the PGA TOUR of his intention will cause the player to be placed in the PGA TOUR field and removed from the Web.com Tour field.

PGA TOUR members in the "Top Finishers of the Web.com Tour" category and above who may not be eligible for the PGA TOUR event may commit to both PGA

TOUR and Web.com Tour events scheduled for the same week. If a player is in the PGA TOUR event by 3 p.m. Eastern Time on Monday of tournament week, he must play the PGA TOUR event and will be removed from the Web.com Tour field.

A player who is an alternate for the PGA TOUR event and is in the Web.com Tour tournament must notify PGA TOUR Headquarters by 5 p.m. Eastern Time on Wednesday of tournament week of his intention to play the Web.com Tour event. If he notifies the PGA TOUR that he intends to play the Web.com Tour event (or if he fails to give such notification), then he shall cease to be an alternate for that week's PGA TOUR event and shall remain in the field of the Web.com Tour event.

PGA TOUR members may commit to both PGA TOUR and PGA TOUR Champions events scheduled for the same week. If a player is in the field of both events, he must notify PGA TOUR Headquarters by 3p.m. Eastern Time on Monday of tournament week which tournament he intends to play. Failure to notify the PGA TOUR of his intention will cause the player to be placed in the PGA TOUR field and removed from the PGA TOUR Champions field.

A player who is an alternate for that week's PGA TOUR Champions event and is in the PGA TOUR tournament must notify PGA TOUR Headquarters by 5p.m. Eastern Time on Wednesday of tournament week of his intention to play the PGA TOUR event. If he notifies the PGA TOUR that he intends to play the PGA TOUR event (or if he fails to give such notification), then he shall cease to be an alternate for that week's PGA TOUR Champions event and shall remain in the field of the PGA TOUR events.

A player who is an alternate for the PGA TOUR event and is in the PGA TOUR Champions tournament must notify PGA TOUR Headquarters by 5p.m. Eastern Time on Wednesday of tournament week of his intention to play the PGA TOUR Champions event. If he notifies the PGA TOUR that he intends to play the PGA TOUR Champions event (or if he fails to give such notification), then he shall cease to be an alternate for that week's PGA TOUR event and shall remain in the field of the PGA TOUR Champions event.

PGA TOUR Champions members may commit to both PGA TOUR Champions and Web.com Tour events scheduled for the same week. If a player is in the field of both events, he must notify PGA TOUR Headquarters by 3p.m. Eastern Time on Monday of tournament week which tournament he intends to play. Failure to notify the PGA TOUR of his intention will cause the player to be placed in the PGA TOUR Champions field and removed from the Web.com Tour field.

A PGA TOUR Champions member who is an alternate for that week's PGA TOUR Champions event and is in the Web.com Tour tournament must notify PGA TOUR Headquarters by 5 p.m. Eastern Time on Wednesday of tournament

week of his intention to play the Web.com Tour event. If he notifies the PGA TOUR that he intends to play the Web.com Tour event (or if he fails to give such notification), then he shall cease to be an alternate for that week's PGA TOUR Champions event and shall remain in the field of the Web.com Tour event.

## MEASURING CONDITION OF PUTTING GREENS

The Rules of Golf state that before a round or playoff on any day of a stroke play competition, a competitor must not practice on the competition course or test the surface of any putting green on the course by rolling a ball or roughing or scraping the surface.

The PGA TOUR has adopted the following policy which applies to PGA TOUR, PGA TOUR Champions and Web.com Tour competitions:

Contestants and caddies ARE NOT permitted to use a device that measures the condition (i.e. slope, texture, firmness or moisture level) of any putting green on the course on any day of a stroke play or match play competition. The use of such device is only permitted on practice days.

A contestant or caddie who does not comply with this policy is subject to disciplinary action under Article VII. DISCIPLINE, PENALTIES & APPEALS, Section C: Conduct Unbecoming a Professional of the PGA TOUR Tournament Regulations.

# GOLF COURSE PREPARATION & SET-UP PHILOSOPHY

## GENERAL

Golf course preparation and set−up is critical to the PGA TOUR's core mission and has significant ramifications for our players, television partners, tournaments, sponsors and fans.

For each tournament, the objective is to provide a level of difficulty and excitement which identifies the world's best players while 1) maintaining fairness, 2) respecting the features and capabilities of the venue, and 3) providing a dramatic stage for the PGA TOUR. Throughout the season, the objective is to provide a variety of golf course set−ups, in conjunction with assessment of the TOUR's evolving business needs as well as monitoring of relevant statistics.

The PGA TOUR's Rules & Competitions and Agronomy Staff are responsible for

golf course preparation and set−up, with the PGA TOUR Tournament Director having final authority. A Golf Course Review Committee, reporting to the Commissioner, will be maintained for the purpose of approving new venues and changes to existing venues, as well as reviewing relevant data and feedback on course preparation and set−up.

Course preparation and set−up is subjective, and situations will occur where objectives are unable to be met. Professional observations and constructive criticism on the preparation and set−up of courses is welcome, and should be directed to the Tournament Staff.

## <u>PREPARATION</u>

Although abnormal conditions, adverse weather, or venue capabilities will sometimes prevent establishing the desired course conditions, the following will normally be objectives for tournament sites:

| | |
|---|---|
| *Tees*: | Firm, closely−mown, level and adequately−sized (to the extent possible), in order to provide flexibility. |
| *Fairways*: | Firm and closely−mown, varying in width according to course and year−long variety. |
| *Greens*: | Closely mown with firmness and speed varying for contours, grass−type and conditions, and predicted weather. |
| *Rough*: | Varying in length and penalty according to course and year−long variety. |
| *Bunkers*: | Treated as hazards, but prepared each day in a timely manner with well−defined margins. |
| *Maintenance & Irrigation*: | Undertaken to achieve the above, but modified as necessary for consistency, adverse conditions, and predicted weather. |

## <u>SET-UP</u>

Tee placements and hole locations should take into account the following:

- Hole type, difficulty and length (including forced−carries)
- Design features
- Course conditions
- Predicted weather
- Variety of shot−making and shot−lengths required during the round
- Creation of excitement and drama for television partners, sponsors, and fans, particularly on the finishing holes.
- Weather Guidelines (with respect to completing the competition)
- Pace of play (this will not be a primary consideration)

- Tournament operations & logistics (this will not be a primary consideration)

On par−4's and par−5's, one or more teeing grounds may be used. Back tees will not necessarily be used every round or at all. Creation of drama will weigh heavily in identifying holes suitable for set−up as either reachable par−5's or drivable par−4's. On par−3 holes, tee marker placement should vary (if possible) to encourage broader shot selection both on all par−3's during each round and on each par−3 for the week.

Hole locations will generally be a reasonable distance from the green's edge and from contours. However, some hole locations may not be easily accessible, requiring judgement and skill.

# ANTI-DOPING PROGRAM

All contestants in PGA TOUR events are subject to the terms and conditions of the PGA TOUR Anti−Doping Program. The full terms of the Anti−Doping Program may be found at www.drugfreesport.com/rec or pgatourlinks.com. Questions regarding the Anti−Doping Program should be directed to Andy Levinson, Senior Vice President, Tournament Administration, at PGA TOUR Headquarters.

# PGA TOUR ALCOHOL POLICY

Any member found to have violated any of the following provisions relating to the use of alcohol shall be considered to have engaged in conduct unbecoming a professional and shall be subject to a significant penalty:

A. Consuming an alcoholic beverage during any practice round or tournament round (whether a pro−am round or a tournament competition round), on the practice tee or putting green.

B. Moderate, responsible consumption of alcoholic beverages after play or during social functions is permitted.  But players should know that alcohol related unprofessional incidents will constitute conduct unbecoming a professional.

C. A PGA TOUR member's responsibility to conduct himself in a professional manner and lend credit to himself and his organization extends beyond the time that the member is engaging in tournament play at the tournament site.  Accordingly, the Membership should be aware that,

depending on the circumstances, being under the influence of alcohol at any time in a public place, whether at a tournament site or otherwise, may constitute conduct unbecoming a professional.

The Commissioner will conduct such inquiries and investigations as shall be appropriate to determine whether a member has violated the alcohol policy or any interpretations thereof.

# INTEGRITY PROGRAM

All contestants in PGA TOUR events are subject to the terms and conditions of the PGA TOUR Integrity Program. The Integrity Program among other things prohibits players from betting on professional golf and engaging in other betting–related activities and requires players to complete certain educational requirements, in an effort to maintain integrity and prevent betting–related corruption in PGA TOUR events. The full terms of the Integrity Program may be found at pgatourlinks.com. Questions regarding the Integrity Program should be directed to Andy Levinson, Senior Vice President, Tournament Administration, at PGA TOUR Headquarters.

# PACE OF PLAY POLICY

Rule 6–7 states, in part: "The player must play without undue delay and in accordance with any pace of play guidelines that the Committee may establish." The following pace of play guidelines, penalties and fines, for stroke play competitions have been adopted. In the administration of these pace of play guidelines, a member of the Rules Committee shall not tolerate abuse, oral or otherwise, by a player. Such abuse may constitute conduct unbecoming a professional.

### DEFINITION OF "OUT OF POSITION"

The first group to start will be considered out of position if, at any time during the round, they exceed the time allotted to play, as detailed on the applicable course's Pace of Play Chart.

Any subsequent group will be considered out of position if, at any time during the round, they (a) exceed the allotted time to play and (b) reach a par–3 hole that is open and free of play, reach a par–4 hole and have not played a stroke from the teeing ground before the hole is open and free of play, or reach a par–5 hole and all players have not

played a stroke from the teeing ground before the hole is open and free of play.

**NOTE: The Committee reserves the right to time a group when the Committee deems it necessary. Further, if a player is determined by the Rules Committee to be unreasonably slow, he may be timed individually at the Rules Committee's discretion, regardless of whether his group is out of position.**

## TIMING

When the Rules Committee determines that a group is starting to fall behind, or is just out of position, the group will receive a warning. Such warning will be given as soon as possible, and given only once during a round. In some circumstances, the Rules Committee may commence timing without having given such a warning, including when a group has already fallen significantly behind and/or is affecting other groups.

Once a group has been warned, the Rules Committee (if available to do so) will monitor the pace of individual players in the group to determine if any players should be timed individually, as opposed to the entire group, in the case the group does not regain its position on the course.

When the Rules Committee determines that a group or an individual out of position will be timed, all players in the group, or the specific individual, will be informed they are being timed. Such timing could occur on any hole, including the finishing holes of a round, and as soon as the next hole after a warning has been given.

Other than on the putting green, the timing of a player's stroke will begin when it is his turn to play and he can play without interference or distraction. Time spent determining yardage will count as time taken for the next stroke. On the putting green, timing will begin after a player has been allowed a reasonable amount of time to mark, lift, clean and replace his ball, repair his ball mark and other ball marks on his line of putt and remove loose impediments on his line of putt.

**NOTE:** A player is permitted 40 seconds to play a stroke, and an extra 10 seconds (for a total of 50 seconds) will be allowed for:

(a) the first player to play a stroke on a par−3 hole;
(b) the first player to play a second stroke on a par−4 or par−5 hole;
(c) the first player to play a third stroke on a par−5 hole;
(d) the first player to play around the putting green;
(e) the first player to play on the putting green.

Any player in a group being timed, who exceeds the applicable time to play a stroke, will be informed as soon as practicable.

## PENALTIES DURING ROUND

First Offense:

One (1) timing exceeding the applicable time to play a stroke (1 bad time) − no penalty.

Second Offense:

One more timing (total of two) exceeding the applicable time to play a stroke (2 bad times) − a one (1) stroke penalty.

Third Offense:

One more timing (total of three) exceeding the applicable time to play a stroke (3 bad times) − a two (2) stroke penalty.

Fourth Offense:

One more timing (total of four) exceeding the applicable time to play a stroke (4 bad times) − disqualification.

**NOTE:** Any timing exceeding the applicable time to play a stroke (bad time) will be carried over throughout the round.

## FINES CUMULATIVE DURING SEASON

First Offense:

First timing exceeding the applicable time to play a stroke (1 bad time) − no fine.

Second Offense:

Second timing exceeding the applicable time to play a stroke (2 bad times) − a fine of $5,000.

Third and Subsequent Offenses:

Third and subsequent timings exceeding the applicable time to play a stroke (3 or more bad times) − a fine of $10,000 for each offense.

**NOTE 1:** Timings exceeding the applicable time to play a stroke (bad times) will accumulate throughout the season.

**NOTE 2:** Timings exceeding the applicable time to play a stroke (bad times) on the PGA TOUR, PGA TOUR Champions and Web.com Tour will be counted together for the purposes of determining the cumulative number of timings exceeding the applicable time to play a stroke during a season. Fines will be pro−rated based on the number of occurrences on each respective tour.

**NOTE 3:** Timings exceeding the applicable time to play a stroke (bad times) at Major Championships and official money World Golf Championships will be counted for the purposes of determining the cumulative number of timings exceeding the applicable time to play a stroke during a season.

## TIMINGS CUMULATIVE DURING SEASON

First through Ninth Offense:

First through ninth occasion of being out of position and timed − no fine.

Tenth Offense:

Tenth occasion of being out of position and timed − a fine of $25,000.

Eleventh and Subsequent Offenses:

Eleventh and subsequent occasion of being out of position and timed − a fine of $5,000 for each offense.

**NOTE 1:** Timings will accumulate throughout the season.

**NOTE 2:** Timings which occur on the PGA TOUR, PGA TOUR Champions and Web.com Tour will be counted together for the purposes of determining the cumulative number of timings during a season. Fines will be pro−rated based on the number of occurrences on each respective tour.

**NOTE 3:** Timings which occur at Major Championships and official money World Golf Championships will be counted for the purposes of determining the cumulative number of timings during a season.

**NOTE 4:** Upon reaching the tenth occasion of being timed during a season, a player shall immediately be placed within the Category 3 groupings for Rounds 1 and 2 (when applicable) for the remainder of that season.

## REPEAT OFFENSES

Any player that receives a fine under this policy for either cumulative number of timings exceeding the applicable time to play a stroke in a season or cumulative number of timings in a season will be subject to double the existing fine structure the following season. For each consecutive season beyond one season in which the player is subject to fines under the policy, the fine amount will continue to double from the previous season.

In addition, a player who exceeds ten occasions of being timed in more than one season may be subject to sanction under the Conduct Unbecoming a Professional regulation, including but not limited to suspension and/or other measures designed

to help the player improve his pace of play including mandatory education, changes in groupings category, additional fines or other requirements

## APPEALS

Any appeal of a bad time, penalty or fine must be referred to the on–site Tournament Director immediately upon completion of the player in question's round. The Tournament Director's decision shall be final. **If the player in question does not appeal immediately upon conclusion of his round, any penalties and fines shall stand.**

**Note: A player may not appeal an occasion of being out of position and timed.**

# POLICY FOR USE OF GOLF CARTS BY DISABLED INSTRUCTORS

PGA TOUR members have made requests that instructors with disabilities who are physically unable to walk the golf course be permitted to use golf carts while accompanying players during practice rounds.

While we will make every effort to accommodate disabled instructors who need golf carts, we remind the players that additional golf carts on site at tournaments create numerous logistical and safety concerns. As such, we have worked closely with television networks, local media, and the tournament organizations to reduce the overall number of carts.

Nonetheless, the following policy shall be applicable for members seeking to obtain the use of a golf cart for a disabled instructor.

- The request for the use of the cart must be made by the PGA TOUR member.

- In requesting the use of a cart for an instructor, the PGA TOUR member must indicate the name of the instructor, the nature of the instructor's disability, and if requested by PGA TOUR, provide medical reports or other data indicating the extent and nature of the instructor's disability.

- A request must be made for each individual tournament and must be made no later than 2 weeks prior to that tournament.

- The PGA TOUR Tournament Director after reviewing the request, documentation submitted with the request, and after further discussions with the member and/or the particular instructor, if necessary, will make a determination as to whether a cart should be issued to the instructor. Carts will be made available only to instructors who have a disability that prevents them from walking along with their players. The Tournament Director's decision shall be final.

- If a cart is issued to the instructor, the following rules relating to the use of the cart shall apply:

  — Carts will be issued only on designated practice rounds days (normally Monday, Tuesday and Wednesday) of tournament week.

  — Only the instructor (not the player) may ride in the cart.

— Cart use shall be restricted to out–of–fairway areas as specifically designated by the Tournament Director.

— Carts will not be permitted in designated practice areas (e.g., range, putting green, etc.) at any time.

— If in the Tournament Director's opinion, use of the cart could potentially damage the playing surface of the golf course (e.g., due to wet conditions), the Tournament Director shall have the right to deny the use of a cart.

— The cart shall be picked up from the location specified directed by the Tournament Director and returned to that location.

• No more than 3 carts may be utilized by instructors at any one time. To the extent that more than 3 carts are requested at any one time, the Tournament Director shall establish a schedule during practice rounds for the use of such carts.

We appreciate the membership's cooperation with these policies as we believe they strike the appropriate balance between the membership's need to accommodate their disabled instructors while, at the same time, not unfairly hindering practice rounds by other members or endangering the safety of spectators and others at tournament sites.

# AUTOGRAPH POLICY

In an effort to provide a more orderly and controlled environment for fans seeking autographs, and at the same time allow players to avoid interruptions and distractions while preparing for and competing in tournaments, the PGA TOUR has established the following guidelines:

1. The autograph policy is in effect for official competitive rounds only. A player may not sign autographs after the start of his round until it is completed, except, at his option, during a suspension of play.

2. An autograph area may be designated by the host tournament, though its use by players is optional.

3. Tournaments are required to enhance the use of the autograph area with marshaling assistance and security for marquee players.

# PRACTICE AREA POLICY

To provide contestants the ability to practice without distraction, the PGA TOUR Policy Board has adopted the following policy:

Only contestants, their caddies, instructors, managers, media, golf equipment manufacturers (when invited by contestants), tournament representatives and PGA TOUR staff are permitted onto any area designated for practice, (e.g., range, practice putting green, chipping or pitching greens, bunkers and the tournament golf course) during practice rounds.

The use of permanent markers, paint or other similar products to create lines on the practice putting and chipping greens is not permitted.  If marks or lines are created on these surfaces, they must be done with a non−permanent material, such as a chalk line, which will not damage the turf and will disappear in a short period of time.

**NOTE: Family members and friends are not permitted inside the ropes on the golf course at any time.** Family members are permitted on the other designated practice areas when accompanied by the player. Players are expected to use good judgement and discretion when inviting family members onto designated practice areas. Players are responsible for thier minor children and their conduct. Only one tournament representative is allowed access to designated practice areas at a time.

On pro−am days, practice by professionals and amateurs not in the pro−am or without a mandatory sponsor function in designated practice areas is prohibited from 30 minutes prior to the first pro−am starting time through the final pro−am starting time, for each segment/wave of tee times. Tournaments using the 9&9 pro−am format may amend this policy and practice restrictions will be posted in the locker room during tournament week.

On practice days, after 8:30 a.m. all play must begin from the first tee unless expressly approved by a member of the Rules Committee. This rule does not apply to tournaments using the 9&9 pro−am format.

# INTERNET POLICY

The PGA TOUR creates a section within PGATOUR.COM with information about each member.

Each player's site consists of player photos, a biography consisting of data similar to the information found in the Media Guides, statistics, results from the current year's tournaments, a scorecard from the most recent tournament played, and related stories and content.

The PGA TOUR recognizes that in the age of the internet, PGA TOUR members may be launching or re−launching their own web sites to support their fans, their sponsors, and their personal business ventures.

At the written request of a PGA TOUR member, PGATOUR.COM will link to such player's "official player site" from that particular player's page on PGATOUR.COM so long as there is a reciprocal link back to PGATOUR.COM from the "official player site" home page.

Keep in mind that a PGA TOUR member's marketing rights have specific parameters regarding the use of the PGA TOUR name, marks, or logo. These parameters also apply to online usage.

In addition to linking capabilities and the use of TOUR marks, PGATOUR.COM will attempt to assist any member in his online ventures. Please contact the Player Relations Department or the PGATOUR.COM department (Scott Gutterman − x4892) with additional questions.

# WEB.COM TOUR EXEMPTION FOR FORMER FULLY EXEMPT PGA TOUR MEMBERS

In accordance with Article III, Section A 1(i) of the Web.com Tour Regulations, players who were fully exempt PGA TOUR members for at least the preceding five consecutive seasons, or if such player is not fully exempt he must have played in at least 25 events on the PGA TOUR in the respective season, or become exempt during the season by winning a PGA TOUR cosponsored or approved event will be eligible for a Web.com Tour exemption in one of the first two seasons after the player fails to retain fully exempt status on the PGA TOUR provided that he notifies the PGA TOUR no later than 10 days after the conclusion of the Web.com Tour Qualifying Tournament for the year preceding the season in which he desires to use this exemption. (A player may not use a Special Medical Extension in accumulating his five season total unless, during the season, he achieves combined top 125 FedExCup points or official money while playing under his Special Medical Extension.  If a player receives a Special Medical Extension during this time, and does not achieve top 125 FedExCup points or official money, such player would need to extend his exempt eligibility an additional season to qualify for this exemption.)

Any eligible player may use this exemption only one time in his career.

For additional information, please contact PGA TOUR or Web.com Tour Membership Services.

# PGA TOUR POLICY FOR PAYMENT OF PRIZE MONEY TO PLAYERS WHO MAKE THE CUT BUT ARE UNABLE TO COMPLETE THE TOURNAMENT

Any professional who is disqualified or withdraws for any reason from an official money tournament after making the cut shall be paid last place, unofficial prize money as determined by the final cut the player made (i.e. the primary cut to the low 70 professionals plus ties after 36 holes, or the secondary cut to the low 70 professionals plus ties). A professional who begins play at an official money event without a cut and is disqualified or withdraws for any reason shall be paid last place, unofficial money.

Any professional who has qualified for an official money event (excluding World Golf Championship events) without a cut or an alternate list, such as the Tournament of Champions, BMW Championship or the TOUR Championship, but is unable to play due to a serious personal emergency, injury or other disability which requires ongoing medical attention will receive last place, unofficial money without being required to register on−site. The Commissioner, in his discretion, may require a player to provide medical reports or other documentation substantiating the seriousness of his injury or other medical disability.

Further, any professional who has qualified for an official money World Golf Championship event without a cut or an alternate list but who is unable to begin play due to an illness, injury or serious personal emergency is not entitled to any share of the prize money. Instead, he shall be permitted to designate last place, unofficial money for a charity of his choice.

FedExCup points are distributed to players earning official money. Only players who are regular members of the PGA TOUR or become regular members during the season (as defined by PGA TOUR tournament regulations) will be listed on the "FedExCup Points List." Special Temporary Members and non−members who earn FedExCup points will not appear on the "FedExCup Points List," but will be tracked on a "Non−Member FedExCup Points List".

Points will be awarded at official money PGA TOUR FedExCup events, as defined by the PGA TOUR Tournament Regulations.

Points won by non−members and Special Temporary Members who subsequently become regular PGA TOUR Members during the season will be counted on the FedExCup Points List, along with any FedExCup Points earned as a non−member (excluding those won at World Golf Championship events as a non−member).

# MOBILE AND ELECTRONIC DEVICE POLICY FOR CONTESTANTS AND OTHERS WITH ACCESS TO PRACTICE AREAS

### On Practice Days
- Players may use a mobile device in designated practice areas or on the golf course for calls, data services and capturing content. As a courtesy to fellow competitors, players must step away from the hitting line on the range when using a mobile device and keep the device in the "vibrate" or "silent ring" mode.
- Other electronic devices (rangefinders, launch monitors, video cameras for instruction, heart monitors, pedometers, electronic watches with health monitoring sensors, etc.) may be used in designated practice areas and on the golf course, but only with proper etiquette and in a manner that does not distract or slow other players.

### During Pro-Ams
- Players may use a mobile device in designated practice areas only. Players are prohibited from using a mobile device for calls on the golf course during any official pro-am round. Players may use a mobile device for data services and capturing content in designated practice areas and on the golf course.
- Other electronic devices, as defined above, may be used in designated practice areas but are prohibited on the golf course unless approved by the Rules Committee.

### During Official Competition
- Mobile devices are strictly prohibited in all designated practice areas and on the golf course during official competition rounds. On designated practice areas only data services and capturing content area allowed if done in a courteous and silent manner.
- Mobile and other electronic devices are prohibited for all purposes on the golf course for use by players and caddies unless approved by the Rules Committee. In addition to being considered conduct unbecoming a professional, the use of such devices (or accessing certain types of data from such devices) may also be a violation of the Rules of Golf.
- Under Decision 14-3/17 of the Rules of Golf, the use of an artificial device to listen to music or a broadcast, whether or not through headphones, while making a stroke or for a prolonged period of time during a stipulated round is a breach of Rule 14-3 and subject to disqualification.

**NOTE:** The use of mobile devices by players for capturing and distributing social media content must comply with the PGA TOUR Official Policy for Players Posting/ Streaming to Social Media On Site at Events.

# GUIDELINES FOR PLAYERS' USE OF SOCIAL MEDIA AT EVENTS

All contestants in PGA TOUR events are subject to the terms and conditions of the PGA TOUR Official Policy for Players Posting/Streaming to Social Media On Site at Events. The full terms of the Policy may be found at pgatourlinks.com.

# PLAYER ENDORSEMENT POLICY

To ensure that all members and contestants clearly understand the applicable parameters covering sponsorship and endorsement contracts, the PGA TOUR Policy Board has adopted the following policy:

All sponsorships, endorsements and promotional activities by members, whether during or outside PGA TOUR competitions, are subject to the approval of the PGA TOUR. (For purposes of this policy, all such promotional activity is referred to as "sponsorship".) When playing in PGA TOUR co-sponsored, sanctioned or approved events, non-member contestants are subject to this policy as well. Generally, all sponsorships must be tasteful and in accordance with standards of decorum expected of professional golfers. Sponsorships by companies whose business reputation or ongoing business activities may reflect adversely upon the image and reputation of the PGA TOUR will not be approved. The following addresses categories of special concern:

*Season-Long Points Competition Sponsor FedEx:* In recognition of the unique standing of FedEx as the sole sponsor of a season-long points competition on the PGA TOUR, so long as FedEx is the season-long sponsor of the PGA TOUR, no sponsorships are allowed by FedEx competitors United Parcel Services ("UPS") or DHL Express ("DHL") which involve displaying the name, logo or any product likeness of either company on a player's apparel, headwear, golf bag or golf equipment.  Such provision shall apply to all members during PGA TOUR co-sponsored, sponsored and sanctioned events. Players with existing sponsorship agreements as of January 1, 2017 with either UPS or DHL will be allowed to continue or extend such relationship but may not expand such relationships upon the contractual branding or endorsement obligations.

*Tobacco.* No sponsorships of any sort are permitted with companies selling tobacco products, other than cigars and tobacco smoked in pipes.

*Distilled Spirits.* A player may enter into a name and/or likeness agreement with a distilled spirit company. The ads or promotions (name or likeness) must include a social responsibility message and cannot include a direct call to action (e.g. "Call 1−800−555−5555 or visit us at www.xyz.com" or "Drink XYZ Distilled Spirit." Further, use of a player's likeness on primary (e.g. bottle label) or secondary (i.e. box or wrapping) distilled spirit packaging is not permitted. A player may not display a distilled spirit name, logo or product likeness on his apparel, headwear, golf bag or golf equipment. Sponsorships with legitimate apparel businesses owned or operated by distilled spirits companies are permitted, subject to the following limitations:

- Any identifier for the apparel line on players' apparel, head wear, or golf equipment must include language relating specifically to the apparel line (e.g., Johnnie Walker Collection, not "Johnnie Walker").

- Any identifier must be limited to one location only per item on any apparel, head wear or golf equipment.

- No visual representation of any distilled spirits product (e.g., liquor bottle, etc.) may appear on head wear, apparel, or golf bag of a player.

*Beer and Wine.* Beer and wine sponsorships are permitted. However, any ads or promotions (using a player's name or likeness) must include a social responsibility message and cannot include a direct call to action about the product(s) (e.g. "Call 1−800−555−5555" or "www.xyz.com" or "Special 6−pack offer").

*Gambling and Casinos.* Sponsorships by casinos or gambling concerns of any sort, including on−line gaming sites, are not permitted, with the following exception: Sponsorship by a resort that includes a casino is permitted if the sponsorship focuses on non−gambling aspects of the resort. Such sponsorship may not include the word "casino" (e.g., "Foxwoods" or "Foxwoods Resort" is permitted; "Foxwoods Resort and Casino" is not) or any graphic or verbal depiction of gambling (e.g., cards or dice) in any identifier on the player's clothing or equipment or in any advertising. All sponsorships with resorts that include casinos or gambling concerns require prior approval of PGA TOUR.

*Logo Size, Location and Quantity.* Logos on a player's clothing and headwear must be in good taste as to size, location and quantity. As a guideline, logos which do not exceed three by five inches (3"x5") are considered reasonable. Generally accepted locations are as follows: right and left breast of shirt, right and left sleeve of shirt, right and left collar of shirt, yoke of the shirt and front, back and sides of

headwear. Examples of unacceptable locations include: across the back of a shirt, down the length of either sleeve, down the length of a players pant legs and rear−end area of a player's pants. As a guideline, no more than four different sponsor logos should appear on a player's clothing and headwear. In addition, hat, shirt and pants designs may incorporate the apparel maker's logo, other corporate logos, words, slogans, or the like provided they do not exceed the 3" x 5" size guideline.

*Outings and Appearances.* Outings and appearances by players are permitted on behalf of any company including distilled spirits, tobacco and gambling companies, as well as FedEx competitors UPS and DHL, provided that such outing or appearance is private, limited to invited guests, not televised or covered in any other media and not promoted to the public.

# GUIDELINES FOR PAYMENTS TO PLAYERS

Any payments, other than official prize money and prize money paid for official tournament pro ams, made

**by:**   a host organization, title or presenting sponsor, or any person or entity acting on their behalf (collectively, "Tournament Sponsors")

**to:**   a player eligible to participate in the applicable tournament

**for:**   any event or activity conducted from Monday of tournament week through the day following the conclusion of the competition (the "Tournament Period"), or in general proximity to the Tournament Period

must be approved in writing by PGA TOUR no less than 45 days in advance of the applicable event.

TOUR will not approve payments it deems to (i) be designed to solicit a player's appearance in the tournament or (ii) give the appearance or perception that it is designed to solicit a player's appearance in the tournament.

Tournament Sponsors will be required to inform TOUR of all such player arrangements and all specifics of such arrangements, including player compensation, and will provide TOUR a copy of all applicable contracts.

Players not following these guidelines or accepting (directly or through an agent) payments from a Tournament Sponsor not in accordance with these guidelines, will be subject to disciplinary action, which could include a minimum fine equal to the amount of compensation received and suspension from tournament play.

These guidelines are issued as an interpretation of the *Tournament Regulations* relating to appearance fees and, as such, all Tournament Sponsors will be required to adhere to the guidelines as they would *Tournament Regulations* in accordance with their Tournament Agreement and/or Title Sponsor Agreement.

# 2017–2018 FEDEXCUP POINTS AND BONUS STRUCTURE

The FedExCup Points System shall be set forth annually by the PGA TOUR Policy Board.

## FEDEXCUP POINTS STRUCTURE

### Basic Outline

The FedExCup is a season−long competition in which players accumulate points in each eligible FedExCup Points Event. At the end of the season, the winning player will be crowned the "PGA TOUR FedExCup Champion".

### Season

The PGA TOUR's 2017−2018 FedExCup competition runs from the 2017 Safeway Open through the 2018 Wyndham Championship in Greensboro and concludes with the 2017−2018 FedExCup Playoffs, which will consist of THE NORTHERN TRUST, Dell Technologies Championship, BMW Championship and TOUR Championship.

### FedExCup Points Distribution

- Official PGA TOUR events each award 500 FedExCup points to first place.
- The Masters Tournament, THE PLAYERS Championship, US Open Championship, The Open Championship and the PGA Championship will award 600 FedExCup points to first place.
- Each of the four World Golf Championships events will award 550 FedExCup points to first place.
- Additional events played during the FedExCup competition (those played the same week as a Major or World Golf Championships) will award 300 FedExCup points to first place.

Limited field events during the FedExCup competition will not redistribute the points for places that do not play. Those points are not awarded to the field and the total points distributed will be slightly less than the total points as defined above. For example, if the 2018 Sentry Tournament of Champions has a field of 30 players, the points awarded will be based on the points that would be awarded to each individual position in a full−field event from positions 1 to 30. This will result in the points that would have otherwise been awarded from positions 31−70 in a regular event not being awarded in the tournament.

Another example is the World Golf Championships−Dell Technologies Match Play, a 64−player field. In this limited−field event, points for positions 65 and beyond would not be awarded.

**Point Distribution by Finish Position**

The table below shows the specific number of points awarded to each position in each of the four main types of FedExCup events.

| Position | PGA TOUR Events | World Golf Championships | Masters, PLAYERS, US Open, Open Champ. & PGA Champ. | Additional Events |
|---|---|---|---|---|
| 1 | 500 | 550 | 600 | 300 |
| 2 | 300 | 315 | 330 | 165 |
| 3 | 190 | 200 | 210 | 105 |
| 4 | 135 | 140 | 150 | 80 |
| 5 | 110 | 115 | 120 | 65 |
| 6 | 100 | 105 | 110 | 60 |
| 7 | 90 | 95 | 100 | 55 |
| 8 | 85 | 89 | 94 | 50 |
| 9 | 80 | 83 | 88 | 45 |
| 10 | 75 | 78 | 82 | 40 |
| 11 | 70 | 73 | 77 | 37.5 |
| 12 | 65 | 69 | 72 | 35.0 |
| 13 | 60 | 65 | 68 | 32.5 |
| 14 | 57 | 62 | 64 | 31.0 |
| 15 | 55 | 59 | 61 | 30.5 |
| 16 | 53 | 57 | 59 | 30.0 |
| 17 | 51 | 55 | 57 | 29.5 |
| 18 | 49 | 53 | 55 | 29.0 |
| 19 | 47 | 52 | 53 | 28.5 |
| 20 | 45 | 51 | 51 | 28.0 |
| 21 | 43 | 48.73 | 48.73 | 26.76 |
| 22 | 41 | 46.47 | 46.47 | 25.51 |
| 23 | 39 | 44.2 | 44.2 | 24.27 |
| 24 | 37 | 41.93 | 41.93 | 23.02 |
| 25 | 35.5 | 40.23 | 40.23 | 22.09 |
| 26 | 34 | 38.53 | 38.53 | 21.16 |

| Position | PGA TOUR Events | World Golf Championships | Masters, PLAYERS, US Open, Open Champ. & PGA Champ. | Additional Events |
|---|---|---|---|---|
| 27 | 32.5 | 36.83 | 36.83 | 20.22 |
| 28 | 31 | 35.13 | 35.13 | 19.29 |
| 29 | 29.5 | 33.43 | 33.43 | 18.36 |
| 30 | 28 | 31.73 | 31.73 | 17.42 |
| 31 | 26.5 | 30.03 | 30.03 | 16.49 |
| 32 | 25 | 28.33 | 28.33 | 15.56 |
| 33 | 23.5 | 26.63 | 26.63 | 14.62 |
| 34 | 22 | 24.93 | 24.93 | 13.69 |
| 35 | 21 | 23.8 | 23.8 | 13.07 |
| 36 | 20 | 22.67 | 22.67 | 12.44 |
| 37 | 19 | 21.53 | 21.53 | 11.82 |
| 38 | 18 | 20.4 | 20.4 | 11.2 |
| 39 | 17 | 19.27 | 19.27 | 10.58 |
| 40 | 16 | 18.13 | 18.13 | 9.96 |
| 41 | 15 | 17 | 17 | 9.33 |
| 42 | 14 | 15.87 | 15.87 | 8.71 |
| 43 | 13 | 14.73 | 14.73 | 8.09 |
| 44 | 12 | 13.6 | 13.6 | 7.47 |
| 45 | 11 | 12.47 | 12.47 | 6.84 |
| 46 | 10.5 | 11.9 | 11.9 | 6.53 |
| 47 | 10 | 11.33 | 11.33 | 6.22 |
| 48 | 9.5 | 10.77 | 10.77 | 5.91 |
| 49 | 9 | 10.2 | 10.2 | 5.6 |
| 50 | 8.5 | 9.63 | 9.63 | 5.29 |
| 51 | 8 | 9.07 | 9.07 | 4.98 |
| 52 | 7.5 | 8.5 | 8.5 | 4.67 |
| 53 | 7 | 7.93 | 7.93 | 4.36 |
| 54 | 6.5 | 7.37 | 7.37 | 4.04 |
| 55 | 6 | 6.8 | 6.8 | 3.73 |

| Position | PGA TOUR Events | World Golf Championships | Masters, PLAYERS, US Open, Open Champ. & PGA Champ. | Additional Events |
|---|---|---|---|---|
| 56 | 5.8 | 6.57 | 6.57 | 3.61 |
| 57 | 5.6 | 6.35 | 6.35 | 3.48 |
| 58 | 5.4 | 6.12 | 6.12 | 3.36 |
| 59 | 5.2 | 5.89 | 5.89 | 3.24 |
| 60 | 5 | 5.67 | 5.67 | 3.11 |
| 61 | 4.8 | 5.44 | 5.44 | 2.99 |
| 62 | 4.6 | 5.21 | 5.21 | 2.86 |
| 63 | 4.4 | 4.99 | 4.99 | 2.74 |
| 64 | 4.2 | 4.76 | 4.76 | 2.61 |
| 65 | 4 | 4.53 | 4.53 | 2.49 |
| 66 | 3.8 | 4.31 | 4.31 | 2.36 |
| 67 | 3.6 | 4.08 | 4.08 | 2.24 |
| 68 | 3.4 | 3.85 | 3.85 | 2.12 |
| 69 | 3.2 | 3.63 | 3.63 | 1.99 |
| 70 | 3 | 3.4 | 3.4 | 1.87 |
| 71 | 2.9 | 3.29 | 3.29 | 1.8 |
| 72 | 2.8 | 3.17 | 3.17 | 1.74 |
| 73 | 2.7 | 3.06 | 3.06 | 1.68 |
| 74 | 2.6 | 2.95 | 2.95 | 1.62 |
| 75 | 2.5 | 2.83 | 2.83 | 1.56 |
| 76 | 2.4 | 2.72 | 2.72 | 1.49 |
| 77 | 2.3 | 2.61 | 2.61 | 1.43 |
| 78 | 2.2 | 2.49 | 2.49 | 1.37 |
| 79 | 2.1 | 2.38 | 2.38 | 1.31 |
| 80 | 2 | 2.27 | 2.27 | 1.24 |
| 81 | 1.9 | 2.15 | 2.15 | 1.18 |
| 82 | 1.8 | 2.04 | 2.04 | 1.12 |
| 83 | 1.7 | 1.93 | 1.93 | 1.06 |
| 84 | 1.6 | 1.81 | 1.81 | 1 |
| 85 | 1.5 | 1.7 | 1.7 | 0.93 |

**Note:  Positions 71–85 are shown to represent possible ties for 70th position.**

Ties – Points will be distributed to those in tying positions using the same method currently used to distribute prize money when there is a tie.  That is, the total points for each tying position will be averaged and that average will be distributed to each player in the tying position.

**FedExCup Playoffs**

At the conclusion of the season, the top 125 players in points plus ties will be eligible to play in the FedExCup Playoffs.  At that point, each player will carry all points earned through the FedExCup competition through the first three playoff events.  The first three events of the FedExCup Playoffs will award 2,000 points to the player finishing first with remaining points distributed as shown below.

**FedExCup Playoffs Points Distribution First Three Events**

| Position | Points Awarded | Position | Points Awarded |
|----------|----------------|----------|----------------|
| 1 | 2,000 | 44 | 48 |
| 2 | 1,200 | 45 | 44 |
| 3 | 760 | 46 | 42 |
| 4 | 540 | 47 | 40 |
| 5 | 440 | 48 | 38 |
| 6 | 400 | 49 | 36 |
| 7 | 360 | 50 | 34 |
| 8 | 340 | 51 | 32 |
| 9 | 320 | 52 | 30 |
| 10 | 300 | 53 | 28 |
| 11 | 280 | 54 | 26 |
| 12 | 260 | 55 | 24 |
| 13 | 240 | 56 | 23.2 |
| 14 | 228 | 57 | 22.4 |
| 15 | 220 | 58 | 21.6 |
| 16 | 212 | 59 | 20.8 |
| 17 | 204 | 60 | 20 |
| 18 | 196 | 61 | 19.2 |
| 19 | 188 | 62 | 18.4 |

**FedExCup Playoffs Points Distribution First Three Events (cont.)**

| 20 | 180 | 63 | 17.6 |
|---|---|---|---|
| 21 | 172 | 64 | 16.8 |
| 22 | 164 | 65 | 16 |
| 23 | 156 | 66 | 15.2 |
| 24 | 148 | 67 | 14.4 |
| 25 | 142 | 68 | 13.6 |
| 26 | 136 | 69 | 12.8 |
| 27 | 130 | 70 | 12 |
| 28 | 124 | 71 | 11.6 |
| 29 | 118 | 72 | 11.2 |
| 30 | 112 | 73 | 10.8 |
| 31 | 106 | 74 | 10.4 |
| 32 | 100 | 75 | 10 |
| 33 | 94 | 76 | 9.6 |
| 34 | 88 | 77 | 9.2 |
| 35 | 84 | 78 | 8.8 |
| 36 | 80 | 79 | 8.4 |
| 37 | 76 | 80 | 8 |
| 38 | 72 | 81 | 7.6 |
| 39 | 68 | 82 | 7.2 |
| 40 | 64 | 83 | 6.8 |
| 41 | 60 | 84 | 6.4 |
| 42 | 56 | 85 | 6 |
| 43 | 52 | | |

The top 125 players from the FedExCup competition, after the Wyndham Championship, will be eligible to play in the first playoff event. In the event that one of those players is unable or chooses not to play, the field will be shortened and no alternates will be added.

The FedExCup Playoffs will feature a progressive cut through the first three events to determine the final 30 players who qualify for the TOUR Championship. THE NORTHERN TRUST opens the FedExCup Playoffs with 125 players and ties, followed by the Dell Technologies Championship with 100 players and ties and the BMW Championship with 70 players and ties.

The top 30 players earning points through the BMW Championship will be eligible to play in the TOUR Championship.  In the event any of the 30 eligible players is unable or chooses not to play in the TOUR Championship, alternates will not be added to fill the field.  Points from the missing positions will not be awarded.

**TOUR Championship Reseed**

At the conclusion of the BMW Championship, the top 30 players in the FedExCup Points standings will be eligible for the TOUR Championship and will be reseeded based on their position.  The reseeded points and the points awarded at the TOUR Championship are shown in the table below.  Following the TOUR Championship, the total points each player earns based on his finish at the TOUR Championship will be added to his reseeded points, and the player with the highest point total will be named winner of the FedExCup.

In the event of a tie in FedExCup points following the TOUR Championship, the winner will be decided in a sudden−death playoff immediately following completion of competition. The sudden−death playoff will follow the same format that would be used in the event of a tie for first place at the TOUR Championship.

**TOUR Championship Points Distribution**

| Position | TOUR Championship Reseed Points | TOUR Championship Points Distribution | Position | TOUR Championship Reseed Points | TOUR Championship Points Distribution |
|---|---|---|---|---|---|
| 1 | 2,000 | 2,000 | 16 | 293 | 212 |
| 2 | 1,800 | 1,200 | 17 | 272 | 204 |
| 3 | 1,520 | 760 | 18 | 251 | 196 |
| 4 | 1,296 | 540 | 19 | 231 | 188 |
| 5 | 1,280 | 440 | 20 | 219 | 180 |
| 6 | 1,120 | 400 | 21 | 206 | 172 |
| 7 | 960 | 360 | 22 | 194 | 164 |
| 8 | 800 | 340 | 23 | 182 | 156 |
| 9 | 640 | 320 | 24 | 170 | 148 |
| 10 | 480 | 300 | 25 | 161 | 142 |
| 11 | 384 | 280 | 26 | 151 | 136 |
| 12 | 368 | 260 | 27 | 142 | 130 |
| 13 | 352 | 240 | 28 | 133 | 124 |
| 14 | 336 | 228 | 29 | 124 | 118 |
| 15 | 314 | 220 | 30 | 115 | 112 |

**FEDEXCUP BONUS STRUCTURE**

Cash and Deferred Compensation

At the conclusion of the FedExCup, bonus money will be distributed as shown below.

| Place | Cash | Deferred | Total | Place | Deferred |
|-------|------|----------|-------|-------|----------|
| 1 | $9,000,000 | $1,000,000 | $10,000,000 | 31 | $165,000 |
| 2 | 2,500,000 | 500,000 | 3,000,000 | 32 | 155,000 |
| 3 | 1,550,000 | 450,000 | 2,000,000 | 33 | 150,000 |
| 4 | 1,150,000 | 350,000 | 1,500,000 | 34 | 145,000 |
| 5 | 650,000 | 350,000 | 1,000,000 | 35 | 142,000 |
| 6 | 500,000 | 300,000 | 800,000 | 36 | 140,000 |
| 7 | 400,000 | 300,000 | 700,000 | 37 | 138,000 |
| 8 | 300,000 | 300,000 | 600,000 | 38 | 137,000 |
| 9 | 250,000 | 300,000 | 550,000 | 39 | 136,000 |
| 10 | 200,000 | 300,000 | 500,000 | 40 | 135,000 |
| 11 | | 300,000 | 300,000 | 41 | 134,000 |
| 12 | | 290,000 | 290,000 | 42 | 133,000 |
| 13 | | 280,000 | 280,000 | 43 | 132,000 |
| 14 | | 270,000 | 270,000 | 44 | 131,000 |
| 15 | | 250,000 | 250,000 | 45 | 130,000 |
| 16 | | 245,000 | 245,000 | 46 | 129,000 |
| 17 | | 240,000 | 240,000 | 47 | 128,000 |
| 18 | | 235,000 | 235,000 | 48 | 127,000 |
| 19 | | 230,000 | 230,000 | 49 | 126,000 |
| 20 | | 225,000 | 225,000 | 50 | 125,000 |
| 21 | | 220,000 | 220,000 | 51 | 120,000 |
| 22 | | 215,000 | 215,000 | 52 | 115,000 |
| 23 | | 210,000 | 210,000 | 53 | 114,000 |
| 24 | | 205,000 | 205,000 | 54 | 113,000 |
| 25 | | 200,000 | 200,000 | 55-70 | 110,000 |
| 26 | | 195,000 | 195,000 | 71-80 | 80,000 |
| 27 | | 190,000 | 190,000 | 81-100 | 75,000 |
| 28 | | 185,000 | 185,000 | 101-125 | 70,000 |
| 29 | | 180,000 | 180,000 | 126-150 | 32,000 |
| 30 | | 175,000 | 175,000 | | |
| | | | | Total Cash | $16,500,000 |
| | | | | Total Deferred | $18,500,000 |
| | | | | Grand Total | $35,000,000 |

**Other Notes**

FedExCup points are distributed to players earning official money. Only players who are Regular Members of the PGA TOUR or become Regular Members during the season (as defined by PGA TOUR tournament regulations) will be listed on the "FedExCup Points List." Special Temporary Members and Non−Members who earn FedExCup points will not appear on the "FedExCup Points List," but will be tracked on a Non−Member FedExCup Points List. Amateurs will not be eligible to earn FedExCup points. For example, if an amateur finishes 3rd at an event and a regular PGA TOUR member finishes 4th, the PGA TOUR member will receive 4th place points − third place points will not be awarded at all.

Points will be awarded at official PGA TOUR FedExCup events where official money is earned. For example, the 2005 Northern Trust Open, which was shortened to 36 holes, is listed as an unofficial victory but awarded official money. This event would award FedExCup points.

Points won by Non−Members and Special Temporary Members who subsequently become Regular PGA TOUR Members during the season will be counted on the FedExCup Points List, along with any FedExCup Points earned as a Non−Member (excluding those won at World Golf Championship events as a Non−Member).

All FedExCup point totals will be calculated to three decimals. As noted earlier, in the event that there is a tie to three decimal places, at one of the progressive cut levels during the FedExCup Playoffs, the tied players will be added to the field. In the event there is a tie for 30th position going into the TOUR Championship, reseed points will decrease in eight point intervals for each player that is tied and those points would be divided equally between the tied players. For example, two players tied for 30th position in the points standings going into the TOUR Championship would take 30th place points (115), and theoretical 31st place points (107), add them and divide by two. This would yield 111 reseed points for each player.

At the TOUR Championship, tied players for every position will have their reseed points split in the same way. For example, if two players tie for 2nd place in the standings going into TOUR Championship, 2nd place (1,800) and 3rd place (1,520) will be added and divided by two, yielding 1,660 reseed points for each player.

# CHECK CASHING POLICY

PGA TOUR members may cash personal checks, or checks which bear their name, up to $2,000 with the Finance Office. Checks in excess of $2,000 must be approved by an authorized PGA TOUR official (Rules Official, Operations Staff or Media Official).

Any person, including caddies, seeking to cash a player's check in excess of $2,000 or a check of any amount not embossed with the member's name, must obtain approval from an authorized PGA TOUR official <u>and</u> present photo identification.

A tournament may choose to cash checks for others, but PGA TOUR assumes responsibility only for its members and for checks approved by an authorized PGA TOUR official.

# SPECIAL AWARDS

## PGA TOUR PLAYER OF THE YEAR /JACK NICKLAUS AWARD

The Player Advisory Council and the Player Directors annually nominate a list of players for the PGA TOUR Player of the Year. PGA TOUR members who have played in at least 15 official money tournaments during the season vote on this award. The player who receives the most votes will receive the Jack Nicklaus Award as the PGA TOUR Player of the Year.

## PGA TOUR ROOKIE OF THE YEAR

The Player Advisory Council and the Player Directors nominate annually a list of first–season PGA TOUR members for the PGA TOUR Rookie of the Year. A player's rookie season ("Rookie Year") is defined as the season in which he becomes a PGA TOUR member (including Special Temporary Members) and plays in 10 or more events as a member or finishes in the Top 125 on the Official FedExCup Points List or qualifies as a Top 125 Non–member, whichever occurs first.

Further, for purposes of this definition, a new member (including Special Temporary Members) shall not be eligible to be a rookie if he has previously played in more than seven (7) Official PGA TOUR Money events as a professional in any prior season.

PGA TOUR members who have played in at least 15 official money tournaments vote on this award. The Ryder Cup, Presidents Cup and Olympic Games count as one of the 15.

## PGA TOUR COURAGE AWARD

Presented to a player who, through courage and perseverance, has overcome extraordinary adversity (such as personal tragedy or a debilitating injury or illness) to make a significant and meaningful contribution to the game of golf. The recipient of the Award will be selected by the Commissioner and the Player Directors. In their discretion, the Commissioner and the Player Directors may determine that circumstances do not warrant the selection of an award recipient in a given year.

## STATISTICS AWARDS/BYRON NELSON AWARD

The PGA TOUR keeps individual player statistics during all PGA TOUR cosponsored or approved tournaments awarding official prize money, except for The Open Championship and WGC− Dell Match Play. The leader of each of the 10 statistical categories receives a medal at the end of the season. The player having the lowest adjusted scoring average will be awarded the Byron Nelson Award (minimum of 50 rounds required).

## ARNOLD PALMER AWARD

The Arnold Palmer Award is presented to the leader of the Official PGA TOUR Money List at the conclusion of the last tournament of the season awarding official prize money.

## VARDON TROPHY

The Vardon Trophy is awarded annually to the touring professional with the lowest adjusted scoring average. It is based on a minimum of 60 official rounds in events cosponsored or approved by the PGA TOUR, with no incomplete rounds (i.e., stipulated rounds as defined by the Rules of Golf, as approved by the USGA and the Royal & Ancient Golf Club of St. Andrews, Scotland). The adjusted score is computed from the average score of the field at each tournament. As a result, a player's adjusted score may be higher or lower than his actual score. For example, a player shoots 70 each day at a tournament, while the field average is 73. His 280 total would then be adjusted to 268, since he actually played 12 shots better than the field did at the tournament. Any player with an incomplete round is ineligible to win the Vardon Trophy.

## PGA TOUR LIFETIME ACHIEVEMENT AWARD

This award is given to recognize individuals who have made outstanding contributions to the PGA TOUR over an extended period, through their performance on the golf course as well as by their actions off the golf course in serving as ambassadors of the game. The PGA TOUR Policy Board will select the person who receives this award.

# PAYNE STEWART AWARD

This award will be presented annually to a PGA TOUR player who shares:

- Payne Stewart's respect for the traditions of the game
- His commitment to uphold the game's heritage of charitable support
- His professional and meticulous presentation of himself and the integrity of the sport.

Award nominees and the winner will be selected by the Commissioner's Office, in consultation with a panel composed of the current chairman of the Player Advisory Council, one of the TOUR's independent directors, the president of the USGA, the president of the PGA of America, the current President of the PGA TOUR Tournaments Association and past winners of the Payne Stewart Award.

# 2017–2018 PGA TOUR TOURNAMENT REGULATIONS

# PGA TOUR
# TOURNAMENT REGULATIONS

These *Tournament Regulations* shall govern the operation and administration of cosponsored and coordinated PGA TOUR tournaments.

These *Regulations* may be amended or repealed from time to time as provided in Article IX, Section H of these *Regulations*.

The Commissioner of PGA TOUR shall interpret and apply these *Regulations* and, in the interim between meetings of the PGA TOUR Policy Board, if he deems it in the interest of the game of golf, the host organizations, the public or the players, may waive or suspend the application of any one or more of these *Regulations*.

No right or privilege pursuant to these *Regulations* shall be denied on the basis of race, religion, sex, sexual orientation, or national origin.

---

★ PGA TOUR is the trade name of PGA TOUR, Inc., a Maryland nonprofit corporation (formerly Tournament Players Association, Inc.)

---

# I. DEFINITIONS

A.  "PGA TOUR (Regular TOUR)" tournament means any tournament for which the eligible players are as described in Article III, Section A of these *Regulations* .

B.  A "cosponsored" tournament is a golf competition for which PGA TOUR contracts with a cosponsor. The respective responsibilities of PGA TOUR and the cosponsor with respect to such a tournament shall be as set forth in the Tournament Agreement for such tournament.

C.  An "approved" tournament is a golf competition endorsed by PGA TOUR but for which PGA TOUR has no contract with the tournament's sponsor (Masters Tournament, U.S. Open, The Open Championship, PGA Championship, The Presidents Cup, Ryder Cup and Olympic Games).

D.  An "open tournament " is a cosponsored tournament for which all players eligible under these *Regulations* may apply to enter.

E.  An "invitation tournament" is a cosponsored tournament whose participants are invited by the cosponsor in accordance with categories set forth in the Tournament Agreement with PGA TOUR.

F.  A "coordinated" tournament is a PGA TOUR−sanctioned tournament for which a Tournament Agreement exists, but for which (due to field size, time of season or other such special circumstance) the purse is not considered official money, and for which a conflicting event release is not required.

G.  "Exempt" (e.g., an "exempt player") means automatically eligible to compete in particular tournaments without any additional (i.e., tournament−by−tournament) qualifying, subject to the availability of space in the field and to these *Regulations*.

H.  The "Official PGA TOUR Money List" is the list of PGA TOUR members ranked according to the amount of official money (see Article IV, Section B–6 of these *Regulations*) each has won in PGA TOUR cosponsored or approved tournaments in the applicable time period. Those players who are members of the PGA TOUR as of the beginning of the applicable time period and those who become Regular Members (as defined in Article IX, Section A.1 of these Regulations) during the course of the applicable time period will be included on the "Official PGA TOUR Money List." A player who ceases to be a member of the PGA TOUR during the applicable time period shall be removed from the "Official PGA TOUR Money List." Prize money earned by a nonmember or Special Temporary Member in an official money World Golf Championship event will be deemed not to be official money and will not be included on the Official PGA TOUR Money List.

I.  The "Official PGA TOUR Career Money List" is the list of players ranked according to the amount of official money (see Article IV, Section B–6 of these *Regulations*) each has won in PGA TOUR (Regular TOUR) cosponsored or approved tournaments during the player's entire career. Further, for PGA TOUR members only, the Official PGA TOUR Career Money List will include official money won in World Golf Championship events, if such PGA TOUR member was a member, other than a Special Temporary Member, at such time he played in the World Golf Championship event(s).

    **NOTE:** However, money earned by a Special Temporary Member at the 1999 WGC NEC Invitational will be included on the Official PGA TOUR Career Money List.

J.  The "Official Web.com Tour Money List" is the list of players ranked according to the amount of official money, as determined in accordance with the Web.com Tour *Tournament Regulations*, each has won in Web.com Tour cosponsored tournaments in the applicable time period.

K.   The "FedExCup Points List" is the list of PGA TOUR members ranked according to the amount of FedExCup Points each has won in PGA TOUR cosponsored or approved tournaments in the applicable time period. Those players who are members of the PGA TOUR as of the beginning of the applicable time period and those who become Regular Members (as defined in Article IX, Section A.1 of these Regulations) during the applicable time period are eligible to earn FedExCup Points and will be included on the "FedExCup Points List". FedExCup Points earned during a period when a player is not a Regular Member of PGA TOUR will not be listed on the "FedExCup Points List", but will be listed on a Non–Member FedExCup Points List. Points won by Non–members and Special Temporary Members who subsequently become regular PGA TOUR Members during the season will be counted on the FedExCup Points List, along with any FedExCup Points earned as a non–member (excluding those won at World Golf Championship events as a non–member). A player who ceases to be a member of the PGA TOUR during the applicable time period shall be removed from the "FedExCup Points List" and any points earned will be shown on the Non–Member FedExCup Points List. FedExCup Points earned by a Nonmember or Special Temporary Member in an official money World Golf Championship event will not be counted for the purposes of the "FedExCup Points List." The FedExCup Points System shall be determined annually by the PGA TOUR Policy Board, and may be amended from time to time by the PGA TOUR Policy Board.

# II. TOURNAMENT AGREEMENT

All PGA TOUR cosponsored and coordinated tournaments shall be conducted pursuant to a written contract between PGA TOUR and the tournament host organization (the "Tournament Agreement"). The Commissioner of PGA TOUR as its chief executive officer, or his designated representative, is authorized to execute Tournament Agreements on behalf of PGA TOUR. The Tournament Agreements shall be in conformance with these *Regulations*, which shall be incorporated by reference therein and be a part thereof.

# III. ELIGIBILITY FOR TOURNAMENT PLAY

A.   **PGA TOUR**

Subject to the approval of PGA TOUR and to the availability of places in particular tournament fields as determined by PGA TOUR, players eligible to compete in cosponsored tournaments shall be PGA TOUR members (including temporary members) and qualified amateurs in the following categories:

1.   **Eligible Players**, listed in order of the priority that shall be used to complete the starting field in open cosponsored tournaments:

a.   **Special Exemptions**

(1)   Winners of PGA Championship or U.S. Open prior to 1970 or in the last five seasons and the current season.

**NOTE:** Winners of PGA Championship or U.S. Open prior to 1970 must have made at least one cut in a cosponsored or approved tourna−ment within the five seasons preceding the tournament such member has entered in order to retain a normal spot in the starting field of such open cosponsored tournament. If such member has not made at least one such cut, the member shall be added to the field in any of the open tourna−ments in each season until the season immediately following the season in which the member last made a cut in a cosponsored or approved tournament.

(2)   Winners of THE PLAYERS Championship in the last five seasons and the current season.

(3)   Winners of the Masters Tournament in the last five seasons and the cur−rent season.

(4)   Winners of The Open Championship in the last five seasons and the current season.

(5)   Winners of the TOUR Championship in the last three seasons and the current season.

(6)   Winners of official money World Golf Championship events in the last three seasons and the current season

(7)   Winners of the Arnold Palmer Invitational presented by Mastercard and the Memorial Tournament in the last three seasons and the current sea−son, beginning with the 2015 winners.

(8)   The leader from the final FedExCup Points List in each of the last five seasons.

(9)   The leader from the final Official PGA TOUR Money List from 2013–2016.

(10)  Winners of PGA TOUR cosponsored or approved tournaments, whose victories are considered official, in the last two seasons and the current season.

**NOTE:** Winners are exempt for two seasons following the end of the season in which they win, except that:

(a)   Winners of two cosponsored or approved tournaments in a season are exempt for three seasons following the end of the season in which they win their tournaments;

(b)   Winners of three tournaments in a season are exempt for four seasons; and

(c)   Winners of four or more tournaments in a season are exempt for five seasons.

**NOTE:** A player who earns a multiple season exemption for winning the Masters, THE PLAYERS Championship, U.S. Open, The Open Championship, PGA Championship, TOUR Championship, an official money World Golf Championship event, Arnold Palmer Invitational presented by Mastercard, the Memorial Tournament or two or more cosponsored tournaments in a season shall have his multiple season tournament winner exemption extended by one season for each official victory in the subsequent season(s), but in no case shall it be extended beyond five seasons from the current season.

**NOTE**: If a player under 18 years of age wins a PGA TOUR cosponsored or approved event, such player, upon reaching age 18 and joining the PGA TOUR, would be entitled to the remainder of the exemption provided as a result of such win, which shall be determined as if it commenced on the date of such win.

(11)  Players on the Official PGA TOUR Career Money List, as follows:

(a)   The top 50 members on the Official PGA TOUR Career Money List following the conclusion of the event immedi–

ately preceeding the first FedExCup Playoffs event (Wyndham Championship) may elect to use a one–time, one–season special exemption for the next season, subject to the conditions set forth below and provided such a member has not previously used one or more seasons of Official PGA TOUR Career Money List exemptions, except as provided for in (b) below.

(b) The top 25 members on the Official PGA TOUR Career Money List following the conclusion of the event immedi–ately preceeding the first FedExCup Playoffs event (Wyndham Championship) may elect to use this special one–time, one–season exemption for the next season, subject to the conditions set forth below and provided that the member may be eligible for both seasons of this exemption only if he: (i) is among the top 25 on the Official PGA TOUR Career Money List at the time of his first season of such exemption, and remains among the top 50 on the Official PGA TOUR Career Money List at the end of the FedExCup Season preceding the second season of such exemption; or (ii) accepts the first such exemption as one of the top 50 members on the Official PGA TOUR Career Money List as provided in (a) above, and then is among the top 25 on the Official PGA TOUR Career Money List as of the end of the FedExCup Season preceding the second season for which he requests such exemption.

(c) Members intending to use the eligibility in this subsection in a season must so inform the Commissioner in writing within 10 days after the conclusion of the previous FedExCup Season (August 29, 2018).

(d) A member playing under the exemption provided in Subsection (a) or (b) above, who experiences an injury or other medical disability sufficiently serious to prevent such member from com–peting in PGA TOUR tournaments for the remainder of such season, shall be entitled to play under the applicable exemption as provided in Subsection (a) or (b) above in the following season, subject to the following terms and conditions:

(i) The Commissioner, in his discretion and after review of such medical reports and examinations as he deems appro–priate, determines that the applicable member has suffered an injury or medical disability sufficiently serious to prevent such member from competing in PGA TOUR tourna–

ments for the remainder of the season;

(ii)   Such member has competed in five or fewer PGA TOUR tournaments in such season (Note: If a member has competed in more than five PGA TOUR tournaments in such season, he may be entitled to a special medical extension in accordance with Section A−1d of Article III of the *Tournament Regulations);*

(iii)   Such member may not compete in PGA TOUR tournaments for the remainder of such season, with the exception of a maximum of five unofficial money tournaments and/or Web.com Tour tournaments for which such member is otherwise eligible;

(iv)   Such member has not previously had his eligibility under subsection (a) or (b) above extended to a subsequent season as a result of the same injury or medical disability.

(v)   No more than one full season shall have passed between the time such member has experienced such injury or other medical disability and the time such member resumes play under subsection (a) or (b) above, unless, in the case of severe injury to a member, the Commissioner, in the exercise of his discretion, determines to permit a member to have additional recuperation time.

(12)   On invitation of the tournament sponsor, a maximum of eight players (which may include amateurs with USGA handicaps of zero strokes or less), provided that:

(a)   If the tournament field is such that not all of the Top Finishers of the Web.com Tour (see Section A−1g of this Article III) can otherwise be accommodated, then the sponsor shall utilize not less than two of its sponsor exemptions for such Top Finishers of the Web.com Tour.

(b)   Not less than two of such sponsor exemptions shall be PGA TOUR members not otherwise exempt for the tournament.

(c)   Players shall be eligible for sponsor exemptions as follows: (i) PGA TOUR members — unlimited number of sponsor exemptions; and A−1d other players — such number of sponsor exemptions as are extended, provided that such number shall not

exceed the provisions set forth in the NOTE at the conclusion of Section A–1a (17) of this Article III.

**NOTE:** At official money tournaments, a member who failed to commit to the tournament by the commitment deadline and who would not have been part of the eligible field at such deadline may accept an unrestricted sponsor exemption after the deadline.

**NOTE:** At unofficial money tournaments only, the sponsor may utilize "unrestricted" sponsor exemptions on any member or nonmember, regardless of his commitment status.

(13)  Two foreign players designated by the Commissioner.

**NOTE:** Foreign players wishing to apply for this exemption category must notify the Commissioner's office in writing not later than 30 days prior to the event in question.

**NOTE:** PGA TOUR, PGA TOUR Champions, Web.com Tour, PGA TOUR Latinoamérica, PGA TOUR Canada, and PGA TOUR China members are not eligible for such an exemption.

(14)  The current PGA National Professional Champion for a maximum of six open tournaments (three must be from open tournaments held opposite The Open Championship and the World Golf Championships if avail–able), in addition to any sponsor exemptions. This exemption does not apply to open, limited–field events.

(15)  Either the current winner of the PGA Section Championship, the current PGA Section Player of the Year, or a PGA Section Member who wins a qualifying event for the applicable tournament that is conducted by the PGA Section in which the PGA TOUR tournament is played, as determined by the Section.

(16)  The top four finishers at open qualifying held in accordance with appli–cable PGA TOUR policies and procedures. Such open qualifying shall normally be held on Monday of the tournament week, and shall be open to all amateurs with USGA handicaps of two strokes or less and to all professional golfers, with no limit as to the number of attempts to qualify.

**NOTE:** PGA TOUR members who have not committed to the tourna–ment by the commitment deadline may enter open qualifying provided

they have entered open qualifying by the required entry deadline, which currently is 5 p.m. local time the Friday before open qualifying.

**NOTE:** The entry fee for non−members in open qualifying shall be $450. The entry fee for PGA TOUR members in open qualifying shall be $0. The entry fee for PGA TOUR Champions (Regular Members only) and Web.com Tour members in open qualifying shall be $100.

(17) For the particular tournaments won, previous winners of PGA TOUR cosponsored tournaments with the same tournament sponsor, except for team tournaments, as follows:

    (a) Winners prior to July 28, 1970: unlimited exemptions for such tournaments.

        **NOTE:** Winners prior to July 28, 1970 must have made at least one cut in a cosponsored or approved tournament within the five seasons preceding the tournament for which such member is exempt and has entered in order to retain a normal spot in the starting field of such tournament. If such member has not made at least one such cut, the member shall be added to the field of such tournament in each season until the season immediately following the season in which the member last made a cut in a cosponsored or approved tournament.

    (b) Winners after January 1, 2000: Five seasons of such exemptions for such tournaments, computed from the time of winning.

        **NOTE:** A player who is not a member of PGA TOUR shall be eligible to play in not more than twelve cosponsored or approved tournaments per season (which shall include THE PLAYERS Championship, Masters Tournament, U.S. Open, The Open Championship, PGA Championship and official money World Golf Championship events but shall exclude any of the following events which he played via a "special invitation": THE PLAYERS Championship, Masters Tournament, U.S. Open, The Open Championship and PGA Championship) through such special exemptions as sponsor exemptions and foreign exemp−tions (up to a combined maximum of seven), top−10 finishers in previous tournament, meeting invitational criteria to invitational tournaments or official−money World Golf Championship events, sectional qualifying, or any combination thereof.

A player who is not a member of PGA TOUR shall be eligible to play in any tournament in which he qualifies to play through open qualifying, or in accordance with Section A–1q of this Article III (finishers beyond 150th place of the prior season's FedEx Cup Points List), without regard to such twelve–tournament limitation. Attempting to qualify for a tournament through open qualifying does not count as "playing in a tournament" for purposes of this section.

(18)  Life Members (as defined in Section A–4, Article IX). To be eligible under this category, such Life Members must maintain a scoring average no greater than three strokes above the field average for the rounds of golf in which they have played during each season. Should any such member's scoring average exceed three strokes above the field average, such member shall lose such exempt position for the following season, and shall be placed in the highest eligibility category for which such player otherwise qualifies. If more than one full season has elapsed since a Life Member last played in a PGA TOUR cosponsored or approved tournament, such member shall not be eligible hereunder, and shall be placed in the next highest eligibility category for which that member qualifies for the next season. Should such member subsequently maintain the scoring average as required herein, such Life Member shall regain eligibility under this category for the following season.

b.  **Top 125 from FedExCup Points List**
If not otherwise exempt under Section A.1.a. of this Article III ("Special Exemptions"), the top 125 finishers on the previous season's FedExCup Points List in order of their positions on the list.

c.  **Top 125–Nonmembers**
If not otherwise exempt under Section A.1.a to Section A.1.d of this Article III, those nonmembers and Special Temporary Members in the previous season whose points on the Non–Member FedExCup Points List for the previous season equals or exceeds the amount of FedExCup points earned by the player finishing in 125th position on the previous season's FedExCup Points List following the conclusion of the event immediately proceeding the first FedEx Cup Playoff event (Wyndham Championship); provided, however, that points earned by a nonmember or Special Temporary Member in an official money World Golf Championship event will be deemed not to be official points and will not be included on the FedExCup Points List and further provided that such player joined the PGA TOUR in accordance with Section A.1.e of Article IX of these Regulations (i.e. within 10 days after the conclusion of the previous FedExCup Season (August 29, 2018). If more than one player is included

in this category, players with the greater amount of combined points shall have priority access to tournaments.

d.   **Major Medical/Family Crisis/Mandatory Obligation Extension**

(1)   A member who meets the requirements in (1)(a)(i), (1)(a)(ii) or(1)(a)(iii) and (1)(b) below shall be entitled to the Major Medical/Family Crisis/ Mandatory Obligation Extension for which he qualifies in accordance with Section A−1d(2) of this Article III, and shall be exempted into PGA TOUR tournaments prior to those players meeting the requirements of Section A−1e of this Article III; provided, however, if such member, at the time of his injury, the occurrence of the family crisis or mandatory obli− gation was eligible for tournaments as provided in Section A−1h of this Article III (the "Top Finishers of the Web.com Tour" category), then such player's eligibility will be as provided in Section A−1g of this Article III. Such member will be placed in the last position within the Top Finishers of the Web.com Tour category. Further, if such member finished as one of the 25 finishers below 125th place on the FedExCup Points List category in the season such player experienced such injury, family crisis, or manda− tory obligation then such player's eligibility priority shall be as provided in Section A−lk of this Article III (i.e., after the 25 finishers beyond 125th place on the FedExCup Points List):

(a)(i)   In the discretion of the Commissioner after the review of such medical reports and examinations as the Commissioner deems appropriate, a member has experienced an injury or other medi− cal disability sufficiently serious to prevent such member from competing on a regular basis in PGA TOUR tournaments for a minimum of four months from the date of the injury or other medical disability, (NOTE: if a member's injury is considered initially as not serious enough to prevent such member from competing for a minimum of four months but later proves to be, additional medical reports can be submitted to the Commissioner for purposes of allowing him to make such a determination) and

(a)(ii)   In the discretion of the Commissioner and after a review of medical reports and examinations and any other information the Commissioner deems appropriate, a member's spouse or child has experienced a medical condition or other disability that prevents the member from competing on a regular basis in PGA TOUR tournaments for a minimum of four months from the date of the spouse or child's medical condition or other dis− ability, (NOTE: if a spouse or child's medical condition or other disability is considered initially not serious enough to prevent

the member from competing for a minimum of four months but later proves to be, additional medical reports can be submitted to the Commissioner for purposes of allowing him to make such a determination): and

(a)(iii)   In the discretion of the Commissioner after a review of all information the Commissioner deems appropriate, an unavoid−able circumstance, including but not limited to mandatory mili−tary service or religious obligation, prevents the member from competing in PGA TOUR tournaments for a minimum period of four months from the date of the beginning of the member's mandatory obligation.

(b)   Either (i) was a fully exempt player in an eligibility category through and including the Top Finishers of the Web.com Tour category in the season such player experienced an event described in paragraph (1)(a)(i), (1)(a)(ii) or (1)(a)(iii) above (the "Extension Event") (without regard to the number of seasons such player has been a member); or (ii)(A) has maintained an average finish position in the top 100 on the FedExCup Points List for the last five full previous seasons, if such member has played the PGA TOUR for five or more full seasons, or who has an average finish position in the top 100 on the FedExCup Points List for all the full seasons in which such member has played the PGA TOUR, if less than five full seasons, but not less than three, and (ii)(B) in the season such player experienced the Extension Event was not lower than the 25th finisher beyond 125th place in the FedExCup Points List category.

**NOTE:** Eligibility priority among members who qualify for a Major Medical/Family Crisis/ Mandatory Obligation Extension shall be determined based upon the member's average finish posi−tions on the FedExCup Points List for the last five full previous seasons, if such member has played the PGA TOUR for five or more full seasons, or for each full season such member has played the PGA TOUR if less than five full seasons.

(2)   A member meeting the criteria set forth in Section A−1d(1) of this Article III shall be permitted to play in PGA TOUR tournaments as set forth below, provided that such member notifies the Commissioner in writing that he desires to take advantage of the Major Medical/Family Crisis/ Mandatory Obligation Extension no later than 30 days follow−ing the occurrence of the Extension Event which forms the basis of the

request for the Major Medical/Family Crisis/ Mandatory Obligation Extension.

    (a)  A member who qualifies for a Major Medical/Family Crisis/ Mandatory Obligation Extension and during the season in which the Extension Event occurred was a fully exempt player in an eligibility category through and including the Top Finishers of the Web.com Tour category shall be entitled to play in the number of PGA TOUR cosponsored or approved tournaments (the "Available Tournaments") that equal (i) the greater of the average number of PGA TOUR cosponsored or approved tournaments played by the member in the three seasons preceding the season in which the Extension Event occurred (or if the player has been a member for fewer than three seasons, the average number of events he has played in the season(s) he was a member), or the average number of PGA TOUR cosponsored or approved tournaments played by the Top 125 categories during the previous season; minus (ii) the number of PGA TOUR cosponsored or approved tournaments in which such member played in the season in which the Extension Event occurred (the "Tournaments Played"); provided, however, that the number of Available Tournaments in the season following the season that the Major Medical/Family Crisis/ Mandatory Obligation Extension was granted shall in no event exceed the number of official money tournaments for which such member is eligible remaining in the current season after the date of the Extension Event. (In the event of a player receiving Mandatory Obligation Extension during a multi-year exemption, the player would receive the total number of events available to him during his final year of eligibility.)

    (b)  A player who qualifies for a Major Medical/Family Crisis/ Mandatory Obligation  Extension and during the season in which the Extension Event occurred was in the 25 finishers beyond 125th place on the FedExCup Points List category shall be entitled to play in the number of PGA TOUR cosponsored or approved tournaments (the "Available Tournaments") that equal the average number played by the 25 finishers beyond 125th place category during the previous season; minus the number of PGA TOUR cosponsored or approved tournaments in which such member played in the season the Extension Event occurred (the "Tournaments Played"); provided, however, that the number of Available Tournaments shall not exceed the

number of official money tournaments for which such member is eligible remaining in the current season after the date of the Extension Event.

Thereafter, if the amount of points earned by such member in the Available Tournaments, when combined with the amount of points earned by such member in the Tournaments Played, equals or exceeds the amount of points earned by the member finishing in 125th place on the FedExCup Points List follow‐ing the conclusion of the event immediately preceding the first FedExCup Playoffs event (Wyndham Championship) for the preceding season; such member shall be entitled to a Major Medical/Family Crisis/ Mandatory Obligation  Extension for the remainder of the current season. Players whose combined FedExCup points equal or exceed 125th place on the FedExCup Points List for the preceding season shall have the same eligibil‐ity with respect to Invitation Tournaments as members within the Top 125 FedExCup Points List category for the preceding season.

If the amount of points earned by such member in the Available Tournaments, when combined with the amount of points earned by such member in the Tournaments Played, equals or exceeds the amount of points earned by the member who finished in 125th place on the FedExCup Points List for the preceding season following the conclusion of the event imme‐diately preceding the first FedExCup Playoffs event (Wyndham Championship); such member shall be placed in the first position within the Major Medical/Family Crisis/ Mandatory Obligation Extension category for the remainder of the current season; with‐out regard to the priority order in effect from the beginning of the season; provided, however, if more than one member does so, as between or among said members, priority shall be established by the relative priority among said affected members as of the begin‐ning of the season.

In the event that the amount of points earned by such member in the Available Tournaments, when combined with the amount of points earned by such member in the Tournaments Played, equals or exceeds the amount of points earned by the member who finished last in the 25 finishers beyond 125th place on the FedExCup Points List for the preceding season, such member shall retain the Major Medical/ Family Crisis/ Mandatory Obligation  Extension but shall be placed

at the end of the 25 finishers beyond 125th place on the FedExCup Points List category and shall be exempt into Web.com Tour Finals in that season.

If such amount of points does not equal or exceed the amount of points earned by the member who finished last in the 25 finishers beyond 125th place on the FedExCup Points List for the preceding season, such member shall not be entitled to any further Major Medical /Family Crisis/ Mandatory Obligation  Extension and shall be placed in his next highest eligibility category if applicable; however, in the event that the amount of points earned by such member in the tournaments played equals or exceeds the amount of points earned by the member who finished last in the 50 finishers beyond 150th place on the FedExCup Points List for the preceding season, such member shall be eligible for PGA TOUR tournaments pursuant to Article A−1q ("50 finishers beyond 150th place on FedExCup Points List") of this Article III, and for Web.com Tour tournaments as described in Article III, Section A−1(p) ("50 finishers beyond 150th place on the FedExCup Points List") of the *Web.com Tour Tournament Regulations*.

(c) For the purposes of this Section A−1d, "Available Tournaments" shall include all tournaments in which a member plays while in the Major Medical/Family Crisis/ Mandatory Obligation Extension category, whether or not such member shall have gained access to a particular tournament pursuant to this Section A−1d, or any other eligibility category set forth in Section A−1 of this Article III.

(3)   A member shall be entitled to use a Major Medical/Family Crisis/ Mandatory Obligation Extension only once in his career for the same Extension Event.

(4)   A member shall not be entitled to a Major Medical/Family Crisis/ Mandatory Obligation Extension if one or more full seasons shall have passed between the time of the Extension Event and the time such member again is able to resume play, unless, in the case of severe injury to a member or a severe family crisis, the Commissioner, in the exercise of his discretion, determines to permit a member to have additional time not to exceed three seasons. If in the discretion of the Commissioner and after review of medical reports and examinations, it is determined that extreme circumstances exist, an extension beyond three seasons may be granted.

Furthermore, if during the season in which a member is playing under a Major Medical/Family Crisis/ Mandatory Obligation Extension such member determines that additional time is necessary and the Commissioner, in the exercise of his discretion, determines to permit a member to have additional time, such member would be entitled to play in PGA TOUR events under his Major Medical/Family Crisis/ Mandatory Obligation Extension in the subsequent season; provided that, in no case shall the total number of events to which such member is entitled access in the subsequent season exceed such member's Available Events in the season in which the Commissioner grants the additional time less the number of events actually played by such member during such season. Additional time will not be extended beyond the subsequent season.

Further, if at the time a member is able to resume play under his Major Medical/Family Crisis/ Mandatory Obligation Extension there is an insufficient number of events remaining in the season for such member to play in all of his Available Events, the Commissioner, in the exercise of his discretion, may permit such member to complete his Major Medical/Family Crisis/ Mandatory Obligation Extension in the subsequent season; provided that, in no case shall the total number of events to which such member is entitled access in the subsequent season exceed such member's Available Events in the season in which the Commissioner grants the extension less the number of events actually played by such member during such season. Additional time will not be extended beyond the subsequent season.

(5)   After the time that a member applies for a Major Medical/Family Crisis/ Mandatory Obligation Extension and prior to beginning play in official money tournaments under the Major Medical/Family Crisis/ Mandatory Obligation Extension in the next season, such member, if otherwise exempt, shall be permitted to play in a maximum of five unofficial money tournaments, PGA TOUR Champions tournaments, Web.com Tour tournaments and/or other Federation Tours (PGA European Tour, Japan Golf Tour, PGA TOUR of Southern Africa, PGA TOUR of Australasia, Asian Tour) tournaments for which such member is otherwise eligible. If, prior to beginning play in official money tournaments under the Major Medical/Family Crisis/ Mandatory Obligation Extension in the next season, such member plays in any official money tournaments or in more than five such unofficial money tournaments, PGA TOUR Champions tournaments, (excluding major tournaments), Web.com Tour tournaments, and/or other Federation Tours tournaments the number of his Available Tournaments shall be reduced by one for each such official money tournament, or unofficial money tournament, PGA TOUR Champions (excluding major tournaments), tournament, Web.com Tour tournament, or other

Federation Tours tournament in excess of five in which he plays. Once a player resumes a normal playing schedule on the PGA TOUR, the number of his Available Tournaments shall be reduced by one for each Web.com Tour, PGA TOUR Champions (excluding major tournaments), or other Federation Tours tournament he plays when eligible for the PGA TOUR event the same week.

PGA TOUR Champions Major tournaments referenced above: Tradition, Senior PGA Championship, U.S. Senior Open Championship, SENIOR PLAYERS Championship and Senior Open Championship.

**NOTE:** All fully exempt members who are injured during the period of their exemption and are unable to fulfill the 15–tournament requirement for retention of Voting Membership, and who would otherwise qualify for a Major Medical/Family Crisis/ Mandatory Obligation Extension, or a Minor Medical extension will be considered to have played 15 events for purposes of retaining their Voting Member status and for purposes of FedExCup Player Bonus Plan distributions. However, under the terms of the Player Retirement Plan, unless a player is a Veteran Member, credits cannot be awarded to a participant in any season in which he plays fewer than 15 tournaments. (Veteran Members may be eligible for credits if they play 5 or more tournaments.) Such members shall retain an exempt position in the highest eligibility category for which they qualify.

e. **Leading Money Winner, Leading Finals Money Winner and Three–Time Winners from Web.com Tour**
The leading money winner from the previous season's Top 25 Web.com Tour Regular season players using combined money earned on the Official Web.com Tour Regular Season Money List and money earned in the Web.com Tour Finals; leading money winner from the previous season's Web.com Tour Finals Money List; and those players, if any, from the previous season who won three Web.com Tour events awarding official victory status, in chronological order of their third win.

f. **Top 10 from Previous Tournament**
If not otherwise exempt under Section A–1a of this Article III ("Special Exemptions"), the top 10 finishing professionals and those tied for 10th place from each tournament awarding official victory status (excluding World Golf Championship events) into the next open tournament awarding official victory status. Any professional not able to gain entry into the next open tournament awarding official victory status due to a full field shall be exempt pursuant to this Section A–1f into the next succeeding open tournament awarding official victory status in which there is sufficient space in the

field, unless otherwise exempt into such open tournament. Any professional finishing in the top 10 or tied for 10th in the last tournament awarding official victory status (excluding World Golf Championship events) in any season shall be exempt into the first open tournament in the subsequent season awarding official victory status and in which there is sufficient space in the field, unless otherwise exempt into such open tournament. Such professionals shall gain access to such tournament in priority order, based upon their total scores in the tournament in which they have finished in the top 10.

In cases of total—score ties, the priority order will be established by matching round scores, beginning with the final round of the tournament in which the players finished in the top 10 and working backward.

In the event of such an occurrence at a multi—course tournament in which all the players may not have played the same courses in the same order, any ties that still exist after matching final—round scores (on the same course) shall be broken by matching hole scores in the final round, starting with the 18th hole and working backward.

Should there be top 10 finishers from multiple tournaments, the top 10 finish—ers from the first event played will be exempt first in priority order followed by the top 10 finishers from the next event played and so forth, with each tourna—ment's top 10 finishers ranked per above.

**NOTE:** Any professional finishing in the top 10 or tied for 10th not otherwise exempt, shall follow the commitment procedures as prescribed in Section A—2 of Article IV.

g.    **Top Finishers of the Web.com Tour**
Finishers 2—25 from the previous season's Top 25 Web.com Tour Regular season players using combined money earned on the Web.com Tour Regular Season Money List and money earned in the Web.com Tour Finals; and the top 25 players on the Web.com Tour Finals Money List at the conclusion of the Finals who are not already exempt. The leading money winner from the Web.com Tour Finals Money List, if different than the leading money winner from the Top 25 Web.com Tour Regular season players using combined money earned on the Web.com Tour Regular Season Money List and money earned in the Web.com Tour Finals, will be in category f above. The players from each list will be ranked, in alternating order, beginning with the second place finisher from the Web.com Tour Top 25 Regular Season and Finals Combined Money List (followed by the second place finisher from the Web.com Tour Finals Money List, third place finisher from the Web.com Tour Top 25 Regular Season and Finals Combined Money List, etc.).

**NOTE:** Players finishing in the top 25 and ties on the Web.com Tour Finals Money List who are under the age of 18, amateurs, and players that do not become members are included in the top 25 and ties. Players finishing in the top 25 and ties that finished in the top 25 on the Web.com Tour money list, are not included in the top 25 and ties on the Web.com Tour Finals Money List.

In addition, the position of those members included in this category shall be periodically reordered based upon each member's position on the current season's FedExCup Points List at that time. In 2017–18, such periodic reordering shall take place after the conclusion of the RSM Classic and Genesis Open. Thereafter the reorder will occur on the Mondays of the Masters, THE PLAYERS Championship, U.S. Open and The Open Championship.

h.   **Players Winning Three Web.com Tour Events in the Current Season**
Those players who win three Web.com Tour events awarding official victory status in the current season, in chronological order of their third win.

i.   **Minor Medical Extension**

(1)   A member who meets the requirements in Section (1)(a) and (1)(b) of Section A–1d of Article III [except that the injury or other medical disability experienced by such member does not require a cessation of competition by such member for a minimum of four (4) months] shall be eligible to apply to the Commissioner for a Minor Medical/Family Crisis/ Mandatory Obligation Extension, provided however, in order to be eligible to apply for a Minor Medical/Family Crisis/ Mandatory Obligation Extension pursuant to Section A.1.d(1)(a)(ii) (i.e., the Family Crisis basis) a member must be prevented from competing on a regular basis in PGA TOUR tournaments for a minimum of two (2) months.

(2)   The maximum number of tournaments in which a member shall be eligible to participate under the category of Minor Medical Extension shall be determined in accordance with the provisions of Section A–1d(2)(a) or Section A–1d(2)(b) of Article III, as applicable to the specific member. However, actual access shall be on a space–available basis, and there shall be no carry–over of access into any subsequent season. Relative priority between or among members playing under a Minor Medical/Family Crisis/ Mandatory Obligation Extension shall be determined in the same manner as priority between or among members playing under a Major Medical/Family Crisis/ Mandatory Obligation Extension

(3)   A member playing under the category of Minor Medical/Family Crisis/ Mandatory Obligation Extension shall have priority to participate in tournaments to the extent provided in Section A–1g of Article III (i.e.,

following Top Finishers of the Web.com Tour).

(4)  A member gaining access to tournaments pursuant to the Minor Medical/ Family Crisis/ Mandatory Obligation Extension, who earns an amount of points in his Available Tournaments [as such term is defined in Section A−1d(2) of Article III] which when combined with the amount of points earned by such member in his Tournaments Played [as such term is defined in Section A−1d(2) of Article III] equals or exceeds the amount of points earned by the member finishing in 125th place or 150th place or 200th place on the FedExCup Points List following the conclusion of the event immediately pre− ceeding the first FedExCup Playoffs event (Wyndham Championship) for the preceding season shall be entitled to eligibility and priority to play in tourna− ments in accordance with the provisions of Section A−1(d)(2) of Article III [i.e., Major Medical/Family Crisis/ Mandatory Obligation Extension].

j.     **25 Finishers beyond 125th Place on FedExCup Points List**
If not otherwise eligible and if needed to fill the field, those PGA TOUR members within the next 25 positions after the top 125 points leaders on the previous season's FedExCup Points List, in order of their positions on such list.

In addition, the position of those members included in this category and those members in the Nonexempt, Major Medical/Family Crisis/ Mandatory Obligation Extension Holders category, shall be periodically reordered based upon each member's position on the current season's FedExCup Points List at that time.  In 2017−18, such periodic reordering shall take place after the conclusion of the RSM Classic and Genesis Open.  Thereafter the reorder will occur on the Mondays of the Masters, THE PLAYERS Championship, U.S. Open and The Open Championship.

k.     **Nonexempt, Major Medical/Family Crisis/ Mandatory Obligation Extension Holders**
If not otherwise eligible and if needed to fill the field, members who have qualified for a Medical/Family Crisis/Mandatory Obligation Extension pursu− ant to Section A−1d(1)(b)(ii) of this Article III.

l.     **Past Champions, Team Tournament Winners, and Veteran Members not within the top 150 on FedExCup Points List**
If not otherwise eligible and if needed to fill the field, Past Champion Members (as defined in Section A.1.m of this Article III), Team Tournament Winners (as defined in Section A.1.o of this Article III) and Veteran Members (as defined in Section A.1.p of this Article III) not within the top 150 on the previous season's FedExCup Points List, in order of their combined official PGA TOUR and Web.com Tour earnings in the previous season.

In addition, the position of those members included in this category and those members in the Past Champions, Special Temporary Members, Team Tournament Winners, and Veteran Members categories, shall be periodically reordered based upon each member's position on the current season's FedExCup Points List (or in the case of a Special Temporary Member, the amount of official points earned) at that time. In 2017–2018, such periodic reordering shall take place after the conclusion of the RSM Classic and Genesis Open. Thereafter the reorder will occur on the Mondays of the Masters, THE PLAYERS Championship, U.S. Open and The Open Championship.

m. **Past Champions**

If not otherwise eligible and if needed to fill the field, Past Champion Members, in order of the total number of PGA TOUR cosponsored or approved tournaments won, excluding team or other tournaments not awarding official victory status. If two or more members are tied based on the number of tournaments won, the member who is highest on the Official PGA TOUR Career Money List shall be eligible.

To be eligible for tournament play via this eligibility category, a player must have:

— Played in the Web.com Tour or PGA TOUR Champions Annual Qualifying Tournament or Web.com Tour Finals in the current season or within the previous two seasons, or,

— Made a cut on the PGA TOUR or Web.com Tour during the current season or within the last two seasons, or,

— Played five or more combined events on the PGA TOUR, Web.com Tour and PGA TOUR Champions during the current season or in the preceding season.

n. **Special Temporary Members**

If not otherwise eligible and if needed to fill the field, members who meet the conditions set in Section A–2b of this Article III and have paid annual dues to PGA TOUR, in order in which such members qualified for this membership.

o. **Team Tournament Winners**

If not otherwise eligible and if needed to fill the field, winners of cosponsored team tournaments, in order of the total number of team tournaments won. If two or more members are tied based on the number of such tournaments won, the member who is highest on the Official PGA TOUR Career Money List shall be eligible.

To be eligible for tournament play via this eligibility category, a player must have:

— Played in the PGA TOUR or PGA TOUR Champions Annual Qualifying Tournament or Web.com Tour Finals in the current season or within the previous two seasons, or,

— Made a cut on the PGA TOUR or Web.com Tour during the current season or within the last two seasons, or,

— Played five or more combined events on the PGA TOUR, Web.com Tour and PGA TOUR Champions during the current season or in the preced‐ing season.

p.  **Veteran Members**
If not otherwise eligible and if needed to fill the field, Veteran Members (members who have made a minimum of 150 cuts in tournaments awarding official money during their careers), in order of their position on the Official PGA TOUR Career Money List.

To be eligible for tournament play via this eligibility category, a player must have:

— Played in the PGA TOUR or PGA TOUR Champions Annual Qualifying Tournament or Web.com Tour Finals in the current season or within the previous two seasons, or,

— Made a cut on the PGA TOUR or Web.com Tour during the current season or within the last two seasons, or,

— Played five or more combined events on the PGA TOUR, Web.com Tour and PGA TOUR Champions during the current season or in the pre‐ceding season.

q.  **50 Finishers beyond 150th place on FedExCup Points List**
If not otherwise eligible and if needed to fill the field to 144 players (or, to the number of players in the starting field if the starting field is less than 144 players) in tournaments played opposite PGA TOUR cosponsored or approved tournaments, the next 50 players on the previous season's FedExCup Points List following those members referred to in Section A−1k of this Article III, in order of their positions on such list. To be eligible for play in the category, a player must commit to the event in accordance with Article IV, Section A.2 of these Regulations.

2.     **QUALIFYING**

a.     **Web.comTour Finals**

Players may gain PGA TOUR Regular Membership and playing eligibility for the subsequent season (see Section A−1e & g of this Article III) by finish−ing among the top 25 and ties from the final Official Web.com Tour Regular Season Money List or the top 25 and ties on the Official Web.com Tour Finals Money List, if not already exempt, as stated below.

The Web.com Tour Finals will be conducted in accordance with the Web.com Tour Tournament Regulations and in accordance with the following rules.

50 PGA TOUR cards will be awarded at the conclusion of each year's Web.com Tour Season as follows:

•   The Top 25 players from the final Official Web.com Tour Regular Season Money List earn their PGA TOUR cards, but their final positioning for the following PGA TOUR season is determined via their combined money earned on the Official Web.com Tour Regular Season Money List and money earned during the Web.com Tour Finals. All other eligible players start the Finals with $0 on the Official Web.com Tour Finals Money List.

•   The top 25 players on the Official Web.com Tour Finals Money List at the conclusion of the Finals who do not already have an exempt card will also earn a PGA TOUR Card. Final positioning for the following PGA TOUR season is determined via money earned during the Web.com Tour Finals

•   The leading money winner from the Top 25 Web.com Tour Regular Season players using combined money earned on the Web.com Tour Regular Season Money List and money earned in the Web.com Tour Finals, and the leading money winner from Official Web.com Tour Finals Money List at the conclu−sion of the Finals (should they be different players) are exempt from reshuffle the following year via eligibility category A.1e (Leading Money Winner, Leading Finals Money Winner and Three−Time Winners from Web.com Tour) and are also awarded an exemption into THE PLAYERS Championship via special eligibility criteria for that event.

•   The remaining players from each list will be ranked, in alternating order, begin−ning with the second place finisher from the Web.com Tour Top 25 Regular Season and Finals Combined Money List (followed by the second place fin−isher from the Web.com Tour Finals Money List, third place finisher from the Web.com Tour Top 25 Regular Season and Finals Combined Money List, etc.).

**NOTE:**  Any player who is #1 to #25 on the Official Web.com Tour Regular

Season Money List as of the final regular season event who earns enough money solely as a result of his play in the Web.com Tour Finals events such that he would have been #1 on the Web.com Tour Finals Money List shall be placed in the #1 position on that list and shall be entitled to the benefits of that position. In such case, such player's other position on the #1 to #25 Regular Season and Finals Combined Money List shall be skipped and the ordering of players shall continue as identified above. In such case, the leading 25 players from the Official Web.com Tour Finals Money List will still earn their PGA TOUR card.

**Eligibility:**

Players eligible to compete in the Web.com Tour Finals are:

- The top−75 players (including any ties) on the Official Web.com Tour Regular Season Money List through the conclusion of the Web.com Tour event immediately preceding the first Finals event.

- Players #126 − #200 on the PGA TOUR's Official FedExCup Points List following the conclusion of the event immediately preceding the first FedExCup Playoffs event (Wyndham Championship).

- Non−members, who would have earned if they were members, enough FedExCup points from their performance in official money PGA TOUR events in the current season to place them within #126 − #200 on the official FedExCup Points List following the conclusion of the event immediately preceding the first FedExCup Playoffs event (Wyndham Championship).

**NOTE 1:** All players exempt for the PGA TOUR the following season via category A.1c (Top−125 Non−Members) and higher are not eligible to play in the Finals.

**NOTE 2:** PGA TOUR Members subject to Medical Extension Regulations as outlined in Section III.A.2 of the PGA TOUR Tournament Regulations may gain access to the Web.com Tour Finals as a result of the provisions of those regulations.

**NOTE 3:** A professional under the age of 18 may play in the Web.com Tour Finals, provided the player turns 18 on or before the first scheduled round of the final official money PGA TOUR tournament of the following season. If a player under the age of 18 earns a PGA TOUR card, the player would not become eligible for PGA TOUR membership until his 18th birthday. Similarly, a player under the age of 18 who qualifies for the Web.com Tour as a result of his play in the Web.com Tour Finals would not become eligible for Web.com Tour membership until his 18th birthday.

**Format:** Each Finals event will be contested over 72−holes of stroke play with a standard 65 and ties cut and as otherwise in accordance with the Web.com Tour Tournament Regulations.

**Ties:** In the event of a tie for the first position from the Top 25 Regular Season players using combined money earned on the Official Web.com Tour Regular Season Money List and money earned in the Web.com Tour Finals at the conclu−sion of the Finals events, no playoff will be conducted and those players tied for the leading money winner position will receive exempt status for the following season.

In the event of a tie for the first position on the Official Web.com Tour Finals Money List at the conclusion of the Finals events, no playoff will be conducted and those players tied for the leading money winner position will receive exempt status for the following season.

In the case of a tie for the last PGA TOUR card positions on either list which would affect the number of PGA TOUR Cards awarded, no playoff will be con−ducted and any players tied at the final position on either the Official Web.com Tour Regular Season Money List or the Official Web.com Tour Finals Money List will receive a PGA TOUR card for the following season.

For the purposes of breaking ties within the 50 card positions for eligibility for the following year's PGA TOUR season on either list, cumulative score in the last Finals event will be used. Should there still be a tie, round scores will be compared, beginning with the final round and working backwards. Should there still be a tie, hole−by−hole scores in the final round will be compared, beginning with the final hole and working backwards. In the event that multiple players from the top−25 of the Web.com Tour Regular Season Money List do not make a cut in any Finals event, these players will be ranked in order of finish from the Regular Season.

**Pro–Am Eligibility:** Each tournament will have an official Pro−Am based on Web.com Tour Tournament Regulations. For the first Finals event, eligibility for the Pro−Am will alternate in order between the Web.com Tour Regular Season Money List and the PGA TOUR FedExCup Points List, beginning with #1 from the Web.com Tour, followed by #126 from the FedExCup Points list and so on until the Pro−Am field is filled in its entirety, except for pro−am sponsors picks which shall be chosen in accordance with Web.com Tour Touranment Regulations. The official Pro−Ams for the remaining Finals events will be filled based on the current week's standings from the Official Web.com Tour Finals Money List, in order starting with #1 until the Pro−Am field is filled in its entirety, except for pro−am sponsor picks which shall be chosen in accordance with Web.com Tour Tournament Regulations. Players selected for the Finals Pro−Ams, either by system or sponsor exemption, are required to play.

**NOTE**: Should a player who has earned an exemption into Web.com Tour Finals as described in the preceding paragraphs present bona fide evidence of an injury or other medical disability sufficiently serious to prevent such player from playing in Web.com Tour Finals in that respective year, he shall be exempt to Web.com Tour Finals in the subsequent calendar year. A player who begins play at Web.com Tour Finals and subsequently withdraws due to injury or other reason prior to completion of Web.com Tour Finals shall not be permitted to utilize the exemption in the following year's Web.com Tour Finals.

A member eligible for tournaments as provided in Section A–1d (i.e. Major Medical Extension) Section A–1i (i.e. Minor Medical Extension) and Section A–1k (Non exempt, Major Medical Extension) of this Article III, whose FedExCup Points earned in his Available Tournaments, when combined with the amount of FedExCup Points earned in his Tournaments Played, equals or exceeds the amount of FedExCup Points earned by the member who finished last in the 25 finishers beyond 125th place on the FedExCup Points List for the preceding season shall be exempt into Web.com Tour Finals in that season provided that the points earned in his Tournaments Played was less than the 150th finisher on the FedExCup Points List in the season of his injury.

## Medical Provisions

A PGA TOUR member who presents bona fide evidence of any injury or other medical disability that prevented him from playing in one or more PGA TOUR tournaments and who meets the following criteria shall be exempt into Web.com Tour Finals:

(1)  Not more than one Web.com Tour Finals has passed since such member has been prevented from playing in PGA TOUR events due to such injury or other medical disability; provided however that if a player's injury is sufficiently serious enough that it prevents him from playing in one or more Web.com Tour Finals, he shall be considered to have satisfied this condition.

(2)  Such member has not played in 15 or more PGA TOUR cosponsored or approved tournaments in the season in which such injury or other medical disability occurred; and

(3)  Such member has had an average finish position in the top 150 on the FedExCup Points List for the last three seasons if such member has been a member of PGA TOUR for three seasons or more, or if such member has been a member of PGA TOUR for less than three seasons, has averaged 150th or better on the FedExCup Points List for those seasons such member has been a member of PGA TOUR.

b.    **Nonmember Qualifying**

Subject to the age requirement provision described in the note following Section A.1.a (10) of Article III, if a nonmember of the PGA TOUR who is a professional wins a PGA TOUR cosponsored or approved tournament then he shall be eligible to compete in PGA TOUR tournaments as provided in Section A−1a(10) of this Article III, provided that he joins the PGA TOUR as a Regular Member within 60 days after his victory. If he fails to do so, he forfeits the right to join the PGA TOUR either as a Regular or Special Temporary Member for the duration of that season. If a nonmember of the PGA TOUR who is an amateur wins a cosponsored or approved tournament, then he shall be eligible to compete in PGA TOUR events as provided in Section A.1a(10) of this Article III as an amateur or he may join the PGA TOUR as a regular member at anytime during the season in which the win occurred. Thereafter, such nonmember shall be entitled to join the PGA TOUR at the end of any season, provided he has at least one season remaining in his exempt period and joins within 10 days after the conclusion of the FedExCup Season. Further, upon joining, he shall be entitled to the remaining portion of such multi−season exemption.

Subject to the provisions concerning notification to PGA TOUR as set forth below in this Section A−2b, if a nonmember of the PGA TOUR earns an amount of points when combined with points earned in official money World Golf Championship events in the prior season (collectively, "combined points"), that equals or exceeds the amount of points earned by the player finishing in the 125th position on the previous season's FedExCup Points List(e.g., through sponsor exemptions, foreign player exemptions, open qualifying, sectional quali−fying, etc.), then he shall be eligible to compete in PGA TOUR tournaments for the following season, as provided in Section A−1c of this Article III ("Top 125 Nonmember"), provided that he joins the PGA TOUR as a Regular Member within 10 days after the conclusion of the FedExCup Season.

If, during the course of a PGA TOUR season, a nonmember of PGA TOUR wins an amount of points (e.g., by playing in PGA TOUR tournaments through sponsor exemptions, foreign player exemptions, open qualifying, sectional quali−fying, etc.), when combined with points earned in official money World Golf Championship events (collectively "combined points"), equal to or greater than the amount won in the preceding season by the 150th finisher on the FedExCup Points List, as determined in accordance with Section A of Article III, then such player will become eligible to become a Special Temporary Member of PGA TOUR for the remainder of the season, provided that he joins PGA TOUR in such category within 60 days after becoming eligible. Upon payment of annual dues to PGA TOUR, such member shall be eligible for an unlimited number of sponsor exemptions for the remainder of the season.

B.      **OTHER ELIGIBILITY REQUIREMENTS**

In any PGA TOUR cosponsored or coordinated tournaments, eligibility of a player to participate also shall be conditioned on the following:

1.      **One New Event Played Per Season Requirement**

During the current PGA TOUR season, any Regular Member of the PGA TOUR (as defined in Article IX, Section A.1.a. through e.) is required to play in at least one tournament he has not played in previously during any of the preceding four (4) seasons.

Tournaments eligible to fulfill such Regular Member's obligation under this regulation shall include all official money, co−sponsored and approved tournaments but shall not include The Masters Tournament, U.S. Open Championship, The Open Championship, PGA Championship, THE PLAYERS Championship, World Golf Championships, the FedExCup Playoff Events, The Presidents Cup, Ryder Cup, Olympic Games, and any first−year offical money event.

Any Regular Member of the PGA TOUR (as defined in Article IX, Section A.1.a. through e.) who meets any of the following criteria shall be exempt from the provisions of this Regulation in the current season:

a.      Played in 25 or more official money, co−sponsored or approved tournaments in the previous or current season.

b.      Life Members (as defined in Article IX, Section A.4.)

c.      Veteran Members (as defined in Article IX, Section A.8.) who are age 45 or older at any point during the current season

d.      Dual Members of both the PGA TOUR and PGA TOUR Champions. Furthermore, a player who has been granted an eligibility extension pursuant to Article III, Section A.1.e. will not be subject to the requirements of this regulation in the season of the extension event.

Any player subject to this regulation that fails to meet the obligations set forth herein shall be subject to a Major Penalty under Article VII, Section D.3. (Discipline, Penalties and Appeals).

Notwithstanding the above, the Commissioner, upon application by a member subject to this regulation and for a serious medical condition or other extraordinary circumstances that the Commissioner, at his discretion, determines to be a valid reason for not meeting this requirement, may excuse a player from the regulation.

**NOTE:**  Regular Members (as defined in Article IX, Section A.1.f. through h.)

shall be exempt from the provisions of this Regulation in the current season.

2.   **Entry Form and Fee**

No player shall be eligible to participate in a PGA TOUR cosponsored or coordinated tournament unless he has signed an entry form as prescribed in Section B−1 of Article IV, and he has paid the required entry fee, the amount of which shall be set from time to time by the PGA TOUR Policy Board.

3.   **PGA TOUR Dues; Limited Dues; Amateur Administrative Fees**

Every professional player who applies to enter a PGA TOUR cosponsored or coordinated tournament shall be a fully paid member of PGA TOUR or, if not a member, shall pay $50 (or such other amount as the PGA TOUR Policy Board may set from time to time) as dues for limited PGA TOUR membership for the duration of the tournament. Any amateur who applies to enter a PGA TOUR cosponsored or coordinated tournament shall pay the same amount ($50 or such other amount set by the PGA TOUR Policy Board) as an administrative fee.

4.   **Insurance**

As a further condition of entry in any PGA TOUR cosponsored or coordinated tournament, each player must furnish evidence acceptable to PGA TOUR that he has obtained personal liability insurance covering any liability or claim that may arise from his participation in such tournament, in mini− mum amounts of $1,00,000 for each occurrence with PGA TOUR. Inc., the Professional Golfers' Association of America and such other affiliated entities as shall be designated from time to time by the PGA TOUR Policy Board, named as additional insureds under such policy, indicating the name of the insurance company and the number of the policy by which he is insured. In addition, nonmembers of PGA TOUR or PGA who enter a PGA TOUR cosponsored or coordinated tournament may be required as a condition of entry to pay a fee to PGA TOUR for the cost of personal liability insurance covering their participation in such tournament.

# IV.   CONDUCT OF TOURNAMENTS

The management and conduct of all PGA TOUR cosponsored and coordinated tournaments, pro−ams and other golf events sanctioned by PGA TOUR shall be under the direction of PGA TOUR. Such tournaments, pro−ams or events shall be played in accordance with these *Regulations* and the tournament agreements applicable thereto.

A.   **MATTERS RELATING TO PLAY**

1.   **Starting Fields**

   a.   **Open Tournaments**
   The starting field in PGA TOUR cosponsored open tournaments shall consist of those players listed in Section A of Article III (in the order in which listed). Except if specified otherwise in the tournament agree−ment, the number of players in the starting field of an open tournament shall be 156, provided that the Tournament Director may reduce the starting field to 144 players or such other lesser number as he deter−mines in his discretion to be required by the circumstances (e.g., due to available daylight). In addition, the Tournament Director, in his discre−tion, may increase the starting field above the levels indicated in this Section A if necessary, in order to include in the starting field those members listed in Section A−1b of Article III (top 125 from FedExCup Points List).

   b.   **Invitation Tournaments**
   PGA TOUR also may cosponsor or approve invitation tournaments. The starting field in such a tournament shall be that number specified in the tournament agreement. The tournament agreement for an invitation tournament also shall list the categories of players to be invited. All players within such categories who are "Eligible Players" under Section A−1 of Article III may apply to enter such tournaments.

   c.   **Special or Coordinated Tournaments**
   PGA TOUR may sanction special or coordinated tournaments that may combine any or all of the aspect of open, invitation and pro−am tournaments. Players eligible to participate in such tournaments shall meet the requirements of Article III of these Regulations. The conduct of special or coordinated tournaments shall be in accordance with tournament agreements entered into with respect thereto and with these Regulations.

2.   **Commitments and Personal Registration**
   Eligible players wishing to participate in a PGA TOUR cosponsored or coordinated tournament must commit in advance to PGA TOUR, either by 800−number telephone service to PGA TOUR Headquarters during busi−

ness hours Monday through Friday (i.e. – 9 am to 5 pm Jacksonville, FL time), except for legal holidays, or by committing electronically via the player website.

While advance commitments may be made at any time, the deadline for all players to commit to PGA TOUR cosponsored or coordinated tournaments shall be 5 p.m. Eastern Time via the manners described in the preceding paragraph, or one–half hour after the conclusion of play to an onsite PGA TOUR Media Official, whichever is later, on the Friday immediately preceding the tournament applied for; provided, however, that the winner of a tournament held in the immediately preceding week or any professional finishing in the top 10 or tied for 10th place, not otherwise exempt, (see Section A–1f of Article III) in the tournament held in the immediately preceding week may commit to an onsite PGA TOUR Media Official within one–half hour after the conclusion of such immediately preceding tournament. Further, provided that a player who wins a Web.com Tour tournament in the immediately preceding week and becomes eligible for PGA TOUR cosponsored or coordinated tournaments pursuant to Article III, Section A–1h (i.e., players winning three Web.com Tour events in the current season) as a result may commit to the following week's PGA TOUR event to an on–site Web.com Tour Media Official within one–half hour after the conclusion of such immediately preceding Web.com Tour tournament.

**NOTE:** At tournaments with starting field sizes of 144 players or less, the spon–sor shall have the option of inviting Past Champions (Article III, Section A.1.m), regardless of a provisional commitment being made, if there are no alternates for the event. With respect to those tournaments played opposite PGA TOUR cosponsored or approved tournaments, finishers from beyond 150th on the prior season's FedExCup Points List as provided in Section A–1q of Article III may fill such tournament fields to 144 players.

**NOTE:** At official money tournaments, a member who failed to commit to the tournament by the commitment deadline and who would not have been part of the eligible field at such deadline may accept an unrestricted sponsor exemption after the deadline.

**NOTE:** At unofficial tournaments only, the sponsor may utilize "unre–stricted" sponsor exemptions on any member or nonmember, regardless of his commitment status.

A player, including alternates who are eligible to practice on the tournament course, must register personally at the tournament site prior to any pro–am round or practice at the tournament course. Failure to do so will result in disciplinary action. Furthermore, a player failing to register prior to his first official tournament round shall be ineligible to participate in the tournament unless satisfactory evidence of mitigating circumstance has been provided to the on–site Tournament Director.

3. **Groupings**
In PGA TOUR cosponsored and coordinated tournaments groupings shall be drawn in groups of three players. Following a reduction of field, groupings shall be drawn in pairs, or as otherwise determined by the Tournament Director due

to existing circumstances (e.g., lack of daylight). Groupings of players for the first two rounds shall be drawn in the following categories as approved by the Tournament Director:

**Category 1:**
- PGA TOUR members eligible to participate in tournaments to the extent provided in Sections A−1a(1) through (6) and Sections A−1a(9) of Article III (Tournament Winners).

- Nonmember tournament winners that, if they were a PGA TOUR member, would be eligible to participate in tournaments to the extent provided in Sections A−1a(1) through (6) and Section A−1a(9) of Article III.

- PGA TOUR Life Members, as defined in Section A−4 of Article IX.

- The top 25 on the Official PGA TOUR Career Money List through the end of the preceding season.

- Players within the top 20 positions on the current FedExCup Points List, starting with the event following the Masters.

- Players (including nonmembers) within the top 20 positions on the current Official World Golf Ranking.

- One player, on a weekly basis, not otherwise eligible for this category.

**Category 1A:**
- Tournament winners whose victories were considered official that no longer qualify for grouping category 1 and who played in 5 or more PGA TOUR cosponsored or approved events or 10 or more combined PGA TOUR, PGA TOUR Champions and Web.com Tour cosponsored events in the current or prior season (qualifying rounds do not constitute "play" in such tournaments for purposes of this section).

- Former winners of THE PLAYERS Championship, Masters Tournament, U.S. Open, The Open Championship and PGA Championship who no longer qualify for grouping category 1.

**Category 2:**
- PGA TOUR members eligible to participate in tournaments to the extent provided in Sections A−1b (Top 125 FedExCup), and A−1c (Top 125−Nonmembers) of Article III .

- Players with 50 or more career cuts made in official money PGA TOUR cosponsored or approved tournaments and who played in 5 or more PGA TOUR cosponsored or approved events or 10 or more combined PGA TOUR, PGA TOUR Champions and Web.com Tour cosponsored events in the current or prior season (qualifying rounds do not constitute "play" in such tournaments for purposes of

this section).

- Players (including nonmembers) within the top 21–50 positions on the current Official World Golf Ranking.

**Category 3:**
- All others.

**NOTE:** PGA TOUR members eligible to participate in tournaments to the extent provided in Section A–1d of Article III, (Major Medical Extension) shall retain the grouping category they were assigned when they were injured.

During the draw when the number of players in a grouping category is not sufficient the necessary number of players will move up as follows:

Category 1A to category 1:
- In order on the previous season's FedExCup Points List.

Category 3 to category 2:
- The leading money winner from the previous season's Top 25 Web. com Tour Regular season players using combined money earned on the Official Web.com Tour Regular Season Money List and money earned in the Web.com Tour Finals.
- The leading money winner on the previous season's Web.com Tour Finals Money List.
- In order on the current season's FedExCup Points List.

During the season, players in category 3 will be eligible to move to category 2 as follows:

- Players within the top 60 on the current seasons's FedExCup Points List through the Farmers Insurance Open, and Special Temporary Members whose points equal or exceed 60th place on the FedExCup Points List through the Farmers Insurance Open.

- Players within the top 100 on the current season's FedExCup Points List through the Masters Tournament, and Special Temporary Members whose official points equal or exceed 100th place on the FedExCup Points List through the Masters Tournament.

- Players within the top 125 on the current season's FedExCup Points List through the U.S. Open, and Special Temporary Members whose official points equal or exceed 125th place on the FedExCup Points List through the U.S. Open.

4. **Starting Times**
   Starting times for the first and second rounds shall be assigned by draw, and shall be fixed for the rounds after a reduction of field on the basis of current standings at the conclusion of the preceding rounds, consistent with weather conditions

and available daylight hours, with the highest scorers starting first and the low-est scorers starting last. However, in unusual circumstances, the Tournament Director in his discretion may change this sequence. All starting times shall be fixed under the supervision of the Tournament Director.

5.   **Reduction of Fields (Cuts)**

Unless otherwise provided in the tournament agreement or unless otherwise deter-mined by the Tournament Director in his discretion (e.g., due to weather), the start-ing field shall be reduced to the 70 players (including amateurs) having the lowest scores at the conclusion of 36 holes of tournament play, including any players tied for 70th place, provided however that should such a cut include more than 78 players (including amateurs), the field shall be reduced again to the 70 play-ers (including amateurs) having the lowest scores at the conclusion of 54 holes of tournament play, including any players tied for 70th place.  In the event of any such reduction (cut), professionals eliminated who otherwise would have played in the final 18 holes shall receive their appropriate share of the official prize money in accordance with their respective positions. A second reduction will not be applied to any events in the FedExCup Playoffs or the Zurich Classic of New Orleans team format.

If circumstances exist which preclude players from being grouped for the final round based on 54-hole scores (such as when the final round begins before the third round ends, in an effort to conclude the final round by the scheduled finish time), the second reduction of the field will not occur.

In the event of a postponement or cancellation of any of the first three rounds, the Tournament Director in his discretion may schedule the final 36 holes to be played in one day. If he schedules the final 36 holes in one day, he will reduce (cut) the field to the score which has the closest number of players (including amateurs) to the 60th position. Should there be an equal number at different scores at equal intervals above and below 60th position, the higher score shall be used. In the event of any such reduction (cut), professionals eliminated who otherwise would have played in the final 36 holes shall receive their appropriate share of the prize money in accordance with their respective positions.

Once a reduction of field has been made after 36 or 54 holes and the next round groupings have been approved by the Rules Committee, no withdrawal or dis-qualification will affect the calculation of the cut line.

6.   **Substitutions and Alternates**

After the commitment deadline but before 12 noon (local time at the tourna-ment site) on the third day preceding the first scheduled day of official tourna-ment competition (usually Monday), any player who withdraws or is elevated to a higher eligibility category (i.e. Top 10, becomes part of the eligible field, etc.) will be replaced by the highest ranking alternate on the applicable alternate list. At and after 12 noon (local time at the tournament site) on the third day preced-ing the first scheduled day of official tournament competition (usually Monday), any player who withdraws or is disqualified prior to starting will be replaced

by the highest ranking alternate on the PGA TOUR alternate list, except that in a tournament awarding official money a player who withdraws and is one of the four sponsor exemptions not pursuant to Section A1a(12)(a) and (b) of Article III may be replaced, at the discretion of the sponsor, by another spon‐ sor exemption, provided that the player either committed to the tournament in advance of the commitment deadline, is a member who failed to commit to the tournament by the commitment deadline and who would not have been part of the eligible field at such deadline, is a nonmember, or is a member of the PGA TOUR Champions who would normally not have committed to that particular PGA TOUR (Regular TOUR) tournament. Furthermore, in a tournament awarding unofficial money, any player who withdraws and is an "unrestricted" sponsor exemption may be replaced at the discretion of the sponsor, regardless of his commitment status.

Once a reduction of field has been made after 36 or 54 holes and the next round groupings have been posted by the Rules Committee, no withdrawal or dis‐ qualification will affect the calculation of the cut line.

**NOTE: When the previous week's tournament concludes on Monday, the deadline above shall be extended to 12:00 noon on the second day preceding the first scheduled round of official tournament competition (usually Tuesday).**

**NOTE: Concurrently with a withdrawal, the highest ranking alternate from the applicable alternate list automatically becomes a contestant in the tournament and is subject to the same rules, regulations and guidelines as other contestants in the tournament field, including the obligation to begin play at an assigned starting time.**

**NOTE: It is an alternate's responsibility to know his position on the PGA TOUR alternate list. It is the responsibility of the contestant or an alternate when he becomes a contestant to know his starting time. An alternate who is not available to replace the withdrawal is disqualified from that tournament.**

7. **Professional–Amateur Competitions/Tournament Sponsor Functions**
Unless otherwise provided in the tournament agreement, the host organiza‐ tion of any cosponsored or coordinated tournament may sponsor and conduct a professional–amateur competition (a "pro–am") in conjunction with the tournament, normally to be played on the day immediately preceding the tournament. The pro–am shall be played in groups no larger than five, and each group must include at least one professional.

A tournament hosting a pro–am with four amateurs may request to utilize an alternate format whereby one professional plays the first nine holes and a second professional plays the second nine holes (9&9 format).   Professionals will have the option to request 18 holes (up until the commitment deadline) until all the first nine– hole positions are filled.

**NOTE:** The tournament also may request an unsanctioned pro−am be played on the tournament course on Monday. Schedules and formats for play of such pro−ams shall be subject to the written approval of the Commissioner or his designee no less than 45 days prior to the date, and PGA TOUR shall have no obligation with regard to providing professionals for such pro−ams. A maximum of 28 teams will be permitted for such pro−ams.

Amateur players shall be selected or approved by the tournament. Amateurs shall have up−to−date handicaps computed under the USGA handicap system. They shall use their full handicaps or 21 strokes, whichever is lower, except that a plus handicap shall be changed to zero. An amateur contestant in a PGA TOUR event, playing in the Pro−Am as an amateur, may play from the professional teeing ground.

At the option of the tournament, a second celebrity professional may occupy a spot normally held by an amateur with such second celebrity professional to play in the Pro−Am with his full handicap; provided, however, at least one amateur must be on each team. Host Organization agrees that any celebrity golf profes−sional who competes in a PGA TOUR, PGA TOUR Champions or Web.com Tour official event as a professional shall be unable to participate in a Pro−Am event as an amateur for a period of one year from the player's participation in the cosponsored TOUR official event. Such a professional player shall, however, remain eligible to participate as the professional in a Pro−Am group, if he is also a participant in the professional Competition. PGA of America Members may play from the same teeing ground as amateurs, however, their handicaps would be 0 and their scores cannot be counted in the Pro−Am team score.

At the option of the tournament, women amateur players may play from the forward teeing grounds, except where the Tournament Director determines that use of such teeing grounds would be inadvisable (e.g., due to roping problems). Where forward teeing grounds are not used, women amateur players shall have six strokes added to their handicap (with a maximum of 27 strokes), and shall play from the same teeing grounds as used by the men amateurs.

The field of amateurs shall be divided equally according to handicap into the same number of handicap classes as there are to be amateurs in each team. One amateur from each such handicap class will be drawn for each team. The draw will be blind, except that (i) the host organization may assign not more than one "celebrity" to a team, in which case the other amateurs in that team shall be drawn from the other handicap classes, and (ii) PGA TOUR may authorize in writing exceptions for a pro−am with only one amateur on each team.

A commitment to enter a tournament is also a commitment to play in a related pro−am at the tournament course or participate in a tournament sponsor func−tion. The failure of a professional player to participate in a pro−am or tournament sponsor function after a commitment by such player to do so shall cause him to become ineligible for the tournament, unless the player is excused from the pro−am by the Commissioner or his designee or the on−site Tournament Director

after registering on−site and presenting evidence of an injury or other disability which requires medical attention. Further, at the discretion of the Commissioner or his designee, a player may be excused from the pro−am or tournament sponsor function due to a serious personal emergency, such as the funeral or serious illness of a family member or close personal friend, or other extenuating circumstances. In determining whether a player is excused due to extenuating circumstances, the Commissioner or his designee will consider all factors, including the player's level of effort to satisfy his pro−am obligation. In the case of a player being excused due to a serious personal emergency or other extenuating circumstance such member may be excused without having registered on−site. Further, upon being excused from the pro−am or tournament sponsor function, the player is not permitted to practice at the tournament site the day of the pro−am. A player who is excused from the pro−am or tournament sponsor function for any reason will be required to perform a substitute tournament function and may be subject to disciplinary action for unbecoming conduct depending on the circumstances of his excused absence. A player who is late for his pro−am starting time may be required to complete play with his group if practical and perform an additional tournament sponsor function. In addition, the player may be subject to disciplinary action for conduct unbecom−ing a professional golfer, which could include a fine or suspension from tournament play. Repeated refusal by a professional player to participate in pro−ams or tourna−ment sponsor functions shall be considered conduct unbecoming of a professional golfer subject to disciplinary action by PGA TOUR.

Each professional player in any pro−am shall have executed the official entry form for the host organization's tournament. At least 80 percent of the professional play−ers shall be PGA TOUR members chosen from the previous season's FedExCup Points List to a floor of 125 (FedExCup playoff events shall use the current FedExCup Points List through the previous week), and will be eligible in the order of their standings on such list. The host organization shall have the right to choose the remaining professional players, including any spots remaining from the 80 per−cent above that were below 125 on the previous season's FedExCup Points List without regard to the previous season's FedExCup Points List/current FedExCup Points List. Tournaments utilizing the "9&9" format shall have at least 90 percent of the professional tee times chosen from the previous season's FedExCup Points List to a floor of 150 and, thereafter, chosen from the current season's FedExCup points list as of two weeks prior to tournament week, and will be eligible in the order of their standings on such list.  The host organization shall have the right to choose the remaining professional players. Players will be eligible in order of their standings on such lists until the first nine−hole positions are filled, thereafter, professionals will be assigned by taking the first player assigned to the second nine holes and pairing them with the highest ranked player assigned to the first nine holes (i.e. #1 and #48 together, #2 and #49 together, etc.).  When Hall of Fame eligible members and Life Members, who are currently active players, are in the Pro−Am as a result of their positions on the previous or current season's FedExCup Points List or being a sponsor selection, they will be assigned their preference first, in order of the previous season's FedExCup Points List.  Following the assignment of Hall of Fame eligible members and Life Members, the host organization, upon

mutual agreement by the player, may assign the Defending Champion a Pro–Am time prior to assigning other players to the pro–am as detailed above. A player may not decline a sponsor's exemption to play in the pro–am.

A total of 20 players shall perform a mandatory tournament sponsor function. The list will be determined by the next 18 highest ranked players in the field, as determined by their positions on the previous season's FedExCup Points List/current FedExCup Points List. Additionally, the host organization may have the option to select up to two (2) players exemptions to participate in a mandatory tournament sponsor function. Players eligible to be selected are those outside the pro–am and alternate lists. A player may not decline the sponsor's selection to participate, however, a player can only be selected a maximum of four (4) times. If the host organization chooses not to select such players, the next two (2) players in order of previous season's FedExCup Points List/current FedExCup Points List, will be added to the list. Consistent with the mandatory tournament sponsor function program, if a sponsor's selection withdraws after assignments are made, they will not be replaced. The host organization shall notify the PGA TOUR of the planned tournament sponsor functions, which shall be subject to the approval of the PGA TOUR. The PGA TOUR shall assign sponsor's exemptions to these functions first followed by the remainder of the list in order at their discretion.

**NOTE:** Pro–am alternates are PGA TOUR members entered in the tournament who are not among those assigned a starting time in the Pro–Am, and are listed in order of their position on the previous season's FedExCup Points List/current FedExCup Points List, (6 for FedExCup playoff events, CIMB Classic, and THE CJ CUP; 16 for the 9&9 format; and 10 for all others) preceding the 20 total players who must perform a mandatory tournament sponsor function. A professional who withdraws or is excused from the pro–am prior to 12 noon (local time at the tournament site) the day preceding the pro–am shall be replaced by the highest ranked pro–am alternate, except that a professional who is in the pro–am as a sponsor's exemption may be replaced by another sponsor's exemption. If the host organization elects not to choose another professional, the highest ranked pro–am alternate shall replace the withdrawal.

A professional, including sponsor's exemptions for the pro–am, who withdraws or is excused from the pro–am after 12 noon (local time at the tournament site) the day preceding the pro–am shall be replaced by the highest ranked alternate from the applicable morning or afternoon pro–am alternate list. For the purpose of replacing a professional withdrawing after 12 noon (local time at the tournament site) the day preceding the pro–am, the first six applicable pro–am alternates (12 for the 9&9 format) as of 12 noon (local time at the tournament site) the day preceding the pro–am shall be designated for replacement of late pro–am withdrawals. Pro–am alternates one, three and five (one, three, five, seven, nine and 11 for the 9&9 format) shall be designated for the morning and shall be available to play should a player with a morning pro–am starting time withdraw. The designated morning pro–am alternate's responsibility concludes when all players in the morning have started play. Pro–am alternates two, four and six (two, four, six,

eight, ten and 12 for the 9&9 format) shall be designated for the afternoon and shall be available to play should a player with an afternoon pro−am starting time withdraw. The designated afternoon pro−am alternate's responsibility concludes when all players in the afternoon have started play. Should any of these six/12 designated pro−am alternates be unable to replace the applicable withdrawal, he shall become ineligible for the tournament, unless the player has registered on−site and is excused from the Pro−am by the Commissioner, his designee or the PGA TOUR Tournament Director after presenting evidence of an injury or other dis− ability which requires medical attention. Further, at the discretion of the Office of the Commissioner, a player may be excused from the pro−am or tournament sponsor function due to a serious personal emergency, such as the funeral or seri− ous illness of a family member or close personal friend. In the case of emergency, such member may be excused without having registered on site. Further, upon being excused from the pro−am or tournament sponsor function, the player is not permitted to practice at the tournament site the day of the pro−am. It is the players' responsibility to know his position on the pro−am alternate list as of 12 noon (local time at the tournament site) the day preceding the Pro−am.

If a pro−am afternoon starting time withdrawal occurs and the next applicable pro−am alternate is a morning designated player, that player shall have the option to replace the afternoon pro−am withdrawal, provided he has informed the Rules Committee of his desire to play by 12 noon (local time at the tournament site) the day preceding the pro−am.

Pro−am alternates seven and below (13 and below for the 9&9 format), as of 12 noon (local time at the tournament site) the day preceding the pro−am, will not become ineligible for the tournament if unable to replace the applicable pro−am withdrawal.

The tournament host organization, subject to mutual agreement of the player, may shift up to five players from the pro−am into an alternative sponsor function, subject to the review and approval of the PGA TOUR. The tournament host organization must submit the names of the players to be shifted from the pro−am and the list of alternative sponsor functions no less than 30 days in advance of the tournament.

Similarly, the top 30 players on the previous season's FedExCup Points List, sub− ject to mutual agreement of the host organization as well as review and approval of the PGA TOUR, may elect to perform an alternative sponsor function in lieu of playing in the official pro−am up to two times per year, provided the player sub− mits his request no less than 30 days in advance of the tournament. No more than three players may make such an election for any one tournament, with priority assigned in order of their position on the previous season's FedExCup Points List. At the discretion of the Commissioner or his designee, the number of top 30 play− ers choosing to perform an alternative sponsor function at a particular tournament in lieu of playing in the official pro−am may be extended beyond three players.

Notwithstanding any other provision in these Regulations, a professional who is not in the starting field of a tournament is ineligible to compete in the pro–am at the tournament site unless expressly approved in writing by the Commissioner or his designee. In any pro–am, the number of teams shall be limited to 52 professional players or 104 professional players if using the 9&9 format and two, three or four amateur partners, except that pro–ams using shotgun starts shall be limited to 54 such teams.

**NOTE:** Eight amateur places in each pro–am will be reserved for use by PGA TOUR.

The prize monies specified in the tournament agreement shall be paid directly to a junior golf initiative on a weekly basis. The junior golf organization to receive the donation would be identified by the local Tournament Organization and would be required to have 501(c)3 status. The money would be donated from the PGA TOUR Player Prize Fund. Players would not be required to report the winnings as earnings. In the event no 501(2)3 organization promoting junior golf could be identified or the tournament is held outside the United States, money would be donated to the National First Tee program.

If, in the judgment of the Tournament Director, adverse weather conditions or any other occurrence or condition beyond the control of PGA TOUR or the tournament render commencement or continuation of the pro–am inadvisable in its originally scheduled format, the Tournament Director in his discretion may postpone, cancel or alter play therein. In the event of cancellation of the pro–am, prize monies shall be distributed as noted in previous paragraph. At the option of the tournament, the pro–am may be conducted using the scramble format. Other general terms and conditions of such pro–am as described herein shall be applied, provided that each professional player in the pro–am will play at stroke play and will not be a part of the amateur scramble competition other than the use of his score on a hole.

.

At the option of the tournament, the pro–am may be conducted using the scramble format. Other general terms and conditions of such pro–am as described herein shall be applied, provided that each professional player in the pro–am will play at stroke play and will not be a part of the amateur scramble competition other than the use of his score on a hole.

8. **Best Efforts; Withdrawals**
   In making a commitment to participate in a PGA TOUR cosponsored, coordinated or approved tournament, a player thereby obligates himself to attempt to exercise his maximum golf skill and to play in a professional manner.

   After making a commitment to participate in a tournament, a player shall not withdraw, either before or after signing an entry form for such tournament, except that:

   a.   Prior to the commitment deadline, a player may withdraw for any reason.

b.  After the commitment deadline and before the tournament has commenced, a player may withdraw because of injury or other disability which requires medical attention, or serious personal emergency, such as the funeral or serious illness of a family member or close personal friend. The player shall immediately notify PGA TOUR of his reason for withdrawal, and within a period of 14 days submit written evidence supporting such reason to the Commissioner. For withdrawals related to injury or illness, a player's letter must include additional documentation from a medical professional substantiating the nature of the ailment and the prescribed treatment.

**NOTE:** Fatigue will not be considered a valid reason for withdrawing.

c.  During a round, a player may withdraw because of injury or other disability which requires medical attention, or serious personal emergency. The player shall notify the PGA TOUR Tournament Director or a PGA TOUR Rules Official of his reason for withdrawal, and within a period of 14 days submit written evidence supporting such reason to the Commissioner.

d.  Upon completing any round of 18 holes a player may withdraw, upon notifying the PGA TOUR Tournament Director or a Rules Official and returning a signed score card.

A player who breaches the provisions in Section A–8 of this Article IV shall be subject to a fine or suspension from play, or both, in PGA TOUR cosponsored and coordinated tournaments.

9.  **Suspensions, Postponements and Cancellations**

If, in the judgment of the Tournament Director, adverse weather conditions or any other occurrence or condition beyond the control of PGA TOUR renders commencement or continuation of tournament play inadvisable, play shall be suspended or postponed until such time as the Tournament Director, after consultation with the host organization, determines that such weather conditions or other occurrence have improved sufficiently for play to commence or resume, provided that no such suspension or postponement shall extend the tournament beyond the Monday following the scheduled conclusion of the tournament, except that in the event of a suspension during a final round being played on Monday when at least half of that round's starting field has completed play, the final round will be completed on Tuesday, but no later.

In the event of cancellation of any part of a tournament, prize money shall be distributed among the lowest scorers after the last completed round of play in the same number, amounts and order as for the originally scheduled number of holes. If a tournament is shortened to less than 72 holes and there is a tie for first place, there will be a playoff at a convenient time, as determined by the Tournament Director. The tournament will be considered "official" for purposes of determining official money if at least two official rounds have been completed or, in the case of a tournament played over three or more courses, if players have completed at least one official round on each course. The tournament will be considered "official" for purposes of determining official

wins if at least three official rounds have been completed or, in the case of a tournament played over four or more courses, if players have completed at least one official round on each course.

If less than one official round of the tournament is completed as the result of any cancellation, the host organization shall not be required to pay any prize money and shall refund any dues paid for limited PGA TOUR memberships by nonmember entrants. In an open tournament, the host organization shall refund all entry fees paid; in an invitational tournament, the host organization shall not be required to pay a service fee to PGA TOUR.

If, however, at least one official round is completed, the host organization shall pay the full amount of any service fee payable to PGA TOUR under the tournament agreement, and 50 percent of the purse. If at least two official rounds are completed, the host organization shall pay the full amount of the service fee payable to PGA TOUR and 100 percent of the purse.

B.   **GENERAL PROVISIONS**

The following general provisions relating to the conduct of tournaments apply to PGA TOUR cosponsored and coordinated tournaments.

1.   **Entry Forms**

All entry forms for cosponsored and coordinated tournaments shall be prepared by PGA TOUR and furnished to the host organization not less than 30 days prior to the tournament.

All entries shall be subject to acceptance by the host organization and PGA TOUR, and may be rejected or revoked by either without liability at any time before or after commencement of tournament play if the entrant fails to meet the eligibility requirements set forth in the entry form and these *Regulations*, violates any of the regulations or otherwise conducts himself in a manner unbecoming a professional golfer. If a player's tournament entry is revoked, he shall not be entitled to share in the prize monies thereof.

All players in PGA TOUR cosponsored and coordinated tournaments shall grant and assign to PGA TOUR through their entry forms, without limita‐ tion, their individual television, radio, motion picture, photographic and similar rights (including all forms of television and other electronic media) with respect to their participation in such tournaments, provided that PGA TOUR's use thereof shall be limited to advertising, promoting or publicizing the PGA TOUR, PGA TOUR golf tournaments or broadcasts related thereto, and provided further that in no case shall such rights be used in any broadcast, motion picture or other program on an electronic medium that is for instructional purposes without the express written consent of the player(s) involved.

Players also shall agree in such entry forms to (i) refrain from any action that will interfere with PGA TOUR's ownership and exercise of the rights granted and assigned to it hereunder, including any use by other parties of such rights that

are authorized by PGA TOUR; (ii) abide by these *Regulations*, including any amendments thereto as may be adopted from time to time; and (iii) abide by the USGA Rules of Golf, subject to any modifications thereof approved by PGA TOUR.

A professional who has incorporated may enter cosponsored and coordinated tournaments in the name of his corporation, and any money winnings will be paid directly to such corporation, provided that the beneficial interest in such corporation is owned entirely by the professional (and/or members of his immediate family). The professional shall give a personal guarantee of all obligations of the corporation on a form prescribed by PGA TOUR, and the player shall remain personally subject to all requirements applicable to professionals who enter such tournaments in their own names.

2. **Course Preparation**
   Preparation of the course shall be subject to approval of the Tournament Director. Locations of teeing grounds and hole positions on putting greens shall be selected by the Tournament Director.

   The Tournament Director may direct growing, cutting and watering of grass as the Tournament Director may deem advisable to provide appropriate playing conditions. Unnatural substances, such as artificially colored sand–like material in bunkers, are prohibited.

3. **Playoffs**
   In the event of a tie for first place at the conclusion of the scheduled number of holes in a PGA TOUR cosponsored or coordinated tournament at stroke play, a playoff shall be conducted for the purpose of determining the tournament winner. Such playoff shall be on a "hole–by–hole" basis immediately following the conclusion of the final round, or on the following day if the Tournament Director determines that darkness, weather or other conditions preclude conducting a playoff on the day of the final round. At the discretion of the Commissioner, a multiple–hole playoff format based on aggregate score may be implemented.

   The winner of any playoff shall be deemed to have placed first in the tournament and his prize money determined accordingly. The loser of any playoff involving two players shall be deemed to have placed second and shall be entitled to second–place prize money. If a playoff involves more than two players, those other than the winner shall be deemed to have tied for second place regardless of their scores in the playoff, and their prize monies shall be apportioned accordingly. The determination of all prize monies shall be under the direction of the Tournament Director.

4. **Distribution of Purses**
   The purses of all PGA TOUR cosponsored and coordinated tournaments, including the proceeds received from the sale of television rights allocated by PGA TOUR to such tournaments, shall be distributed to the low finishers

therein, as determined or approved from time to time by the PGA TOUR Policy Board.

5. **Other Prizes**

Prizes of any nature for other than total score shall be subject to approval by the Commissioner.

6. **Official Money**

Official money shall be awarded to individual prize−winners in such PGA TOUR cosponsored or approved tournaments as the PGA TOUR Policy Board may designate, provided that at least two official rounds have been com−pleted or, in the case of a tournament played over three or more courses, if players have completed at least one official round on each course, and provided that official money shall not be awarded in any pro−am (but official money will be awarded in a tournament for individuals even if held concurrently with a pro−am). The breakdown of official money will be determined from time to time by the PGA TOUR Policy Board.

**NOTE:** For purposes of determining official money standings, money won by a nonmember shall count the same as money won by a PGA TOUR mem−ber, provided that the nonmember satisfied the requirements of Section A−2b of Article III, except that prize money earned by a nonmember or Special Temporary Member in official money World Golf Championships events will be deemed not to be official money and will not be included on the Official PGA TOUR Money List.

# V.  CONFLICTING EVENTS; MEDIA AND MARKETING RIGHTS

A. **CONFLICTING EVENTS**

1. **Obligations of PGA TOUR**

On a date on which any golf tournament or event cosponsored by PGA TOUR is being played, PGA TOUR will not cosponsor or approve any other similar golf tournament or event without the advance written consent of the tourna−ment of the first scheduled PGA TOUR tournament or event, which consent shall not be unreasonably withheld. "Similar golf tournament or event" means a tournament or event of the same type (i.e., PGA TOUR/Regular TOUR tournament or event). For example, PGA TOUR shall not be prohibited under this section from holding a PGA TOUR Champions, Web.com Tour, PGA TOUR Latinoamérica, PGA TOUR Canada, or PGA TOUR China tourna−ment on the same dates as a PGA TOUR (regular tour) tournament or event.

2.   **Obligations of PGA TOUR Members**

To contribute to the success of a PGA TOUR tournament or event and to permit PGA TOUR to fulfill its contractual obligations concerning representative fields, no PGA TOUR member shall participate in any other golf tournament or event on a date when a PGA TOUR (Regular TOUR) cosponsored tournament or event for which such member is exempt is scheduled, except for the following tournaments or events:

a.   A tournament or event for which a member obtains an advance written release for his participation from the Commissioner (See "Guidelines for Conflicting Event Release" set forth below);

**Note:** No conflicting event releases will be approved for tournaments held in North America.

b.   A tournament or event cosponsored or approved by and held in the territory of the PGA section with which the PGA TOUR member is affiliated or where he is then employed, provided that he is eligible for such sectional tournament under the constitution of the PGA;

c.   The PGA National Professional Championship, and PGA winter tournaments for professionals;

d.   Golf tournaments on the "home circuit" of a foreign player who is a PGA TOUR member.

**NOTE:** "Home circuit" is defined as the recognized professional golf tournament circuit which plays all or some portion of its schedule in the country of which the player is a citizen. Such foreign PGA TOUR member shall be eligible for this "home circuit" exception to provi‑ sions of these *Regulations* with regard to conflicting tournaments pro‑ vided he has played, or committed to play, in a minimum of 15 PGA TOUR cosponsored or approved tournaments (as defined in paragraph C of Article I) in the season, or in the case of a Regular Member or Life Member (as defined in Section A.1 and 4 of this Article IX) who is age 45 or more and has made 150 cuts or more in tournaments awarding official prize money in his career, in a minimum of 12 PGA TOUR cosponsored or approved tournaments in the season. (See Section D‑2 of Article IX, Membership Reinstatement Provisions.) In addition, a player who has played regularly on a recognized professional golf tournament circuit (i.e., meets membership requirements) for the past five seasons regardless of citizenship may designate this circuit as his "home circuit," provided he plays in a

minimum of 20 PGA TOUR cosponsored or approved tournaments in the season, or in the case of a Regular Member or Life Member (as defined in Section A.1 and 4 of this Article IX) who is age 45 or more and has made 150 cuts or more in tournaments awarding official prize money in his career, in a minimum of 15 PGA TOUR cosponsored or approved tournaments in the season.

For purposes of the *Tournament Regulations*, the following professional golf tournament circuits, and the geographical area covered by each, are recognized as "home circuits":

| **Home Circuit** | **Geographical Region** |
| --- | --- |
| PGA European Tour | Countries within the continent of Europe plus Morocco and Tunisia |
| PGA Tour of Southern Africa | Countries within the continent of Africa |
| Japan Golf Tour | Japan |
| PGA Tour of Australasia | Australia, New Zealand, Singapore, Indonesia, Malaysia, Thailand, Philippines, Myanma, Vietnam, Guam, China, Hong Kong, Korea, Taiwan, India and Pakistan |
| Asian Tour | Singapore, Indonesia, Malaysia, Thailand, Philippines, Myanma, Vietnam, Guam, Taiwan, India, and Pakistan |

Any events sanctioned or cosanctioned by any of the above professional golf tours which are not within the geographical area listed for such professional golf tour shall not be considered events within the "home circuit" of a foreign player claiming such professional golf tour as his "home circuit."

Furthermore, the Commissioner, in the exercise of his discretion, may recognize additional "home circuits" and determine their geographical area.

e.   Masters Tournament, U.S. Open, The Open Championship or PGA Championship;

f.      Ryder Cup, The Presidents Cup or Olympic Games;

g.      World Cup, provided that the dates have been approved in advance by PGA TOUR;

h.      PGA TOUR Champions cosponsored or approved tournaments; and

i.      Web.com Tour tournaments, but only for those PGA TOUR members who gain eligibility to Web.com Tour tournaments as a result of being Life Members of PGA TOUR (Section A−4 of Article IX), Past Champion Members of PGA TOUR (Section A−5 of Article IX), Special Temporary Members of PGA TOUR (Section A−6 of Article IX), Team Tournament Winners (Section A−7 of Article IX), Veteran Members of PGA TOUR (Section A−8 of Article IX), or any other member of PGA TOUR who is an alternate for a PGA TOUR (Regular TOUR) cosponsored tournament but who elects to play in a Web.com Tour tournament opposite such PGA TOUR (Regular TOUR) cosponsored tournament.

In addition, in any week when a PGA TOUR, PGA TOUR Champions, Web.com Tour, PGA TOUR Latinoamérica, PGA TOUR Canada, or PGA TOUR China cosponsored tournament is scheduled, no PGA TOUR member shall participate in any golf activity (including public exhibitions, clinics and pro−ams) in the same geographic area as such PGA TOUR, PGA TOUR Champions, Web.com Tour, PGA TOUR Latinoamérica, PGA TOUR Canada, or PGA TOUR China tournament without the prior approval of the Commissioner. Nothing in the foregoing shall preclude PGA TOUR members from playing in "outings" during the week of a cospon−sored tournament. As used herein, an "outing" refers to an event in which a player or players are invited by a company to entertain its customers, without any broadcast or other electronic portrayal of play and without public gallery.

3.   **Guidelines for Conflicting Event Release**

a.      Each Regular Member of PGA TOUR ordinarily shall be eligible for three releases per season based on participation in 15 PGA TOUR cosponsored or approved tournaments and, in addition, shall be eligible for one release for every five cosponsored or approved tournaments (as defined in paragraph C of Article I) in which he participates above 15 tournaments.

b.      Notwithstanding the above, the Commissioner may deny any particular release request if he determines that such a release would cause PGA TOUR to be in violation of a contractual commitment to a tournament sponsor, or would otherwise significantly and unreasonably harm PGA TOUR and such sponsors. Also, the Commissioner shall be entitled, but

not obligated, to grant additional releases when he determines that to do so would not unreasonably harm PGA TOUR or the sponsor involved.

c.  In making the factual determinations contemplated in the preceding paragraph, the Commissioner shall consider, but shall not be limited to, the following factors:

(1)  The overall makeup of the field from which the member seeks to be released;

(2)  The member's standing on the current and previous season's FedExCup Points List;

(3)  The number of tournaments that the member has played in, or committed to play in, for the current season;

(4)  The member's record of participation in the tournament from which he seeks to be released.

d.  The Commissioner will consider conditional releases under the following circumstances:

(1)  If the member has not played in the tournament for which he seeks to be released for an extended period of time, such release may be conditional upon his participation in the tournament the following season.

(2)  After five releases have been granted for the same tournament, subsequent releases may be conditional upon the member playing in the tournament the next season.

(3)  If a member has committed to the tournament and is subsequently granted a release, such a member may be required to play in the tournament the following season.

All requests for conflicting event releases and/or television releases must be submitted no less than 45 days in advance of the first official round of competition of the tournaments for which such releases are requested. The Commissioner normally shall make decisions on release requests not later than 30 days in advance.

**Note:** No conflicting event releases will be approved for events held in North America.

B.      **MEDIA AND MARKETING RIGHTS**

1.      **Media Rights**

   a.      The television, radio, motion picture and all other media rights of all players participating in PGA TOUR cosponsored and coordinated tournaments, pro−ams or any other golf event conducted in conjunc−tion with PGA TOUR cosponsored and coordinated tournaments (e.g., clinics, long−drive contests), or any portion thereof, shall be granted and assigned to PGA TOUR. Based upon this grant and assignment, all such rights shall be the property of and expressly reserved by and to PGA TOUR, and any use thereof without the express written consent of PGA TOUR shall be forbidden.

   b.      No PGA TOUR member shall participate in any live or recorded television golf program without the prior written approval of the Commissioner, except that this requirement shall not apply to PGA TOUR cosponsored, coordinated or approved tournaments, wholly instructional programs★ or personal appearances on interview or guest shows. "Television golf program" for purposes of this section means any golf contest, exhibition or play that is shown in the United States on any form of television or other electronic medium. Members partici−pating in any tournament or program covered by this rule that may be shown in the United States (e.g., a foreign tournament not PGA TOUR cosponsored, approved or coordinated) may be required by the Commissioner, as a condition of appearance, to obtain in advance binding written assurances from the sponsor, promoter, television producer and/or other parties involved that the event or program will not be shown in the United States or will be shown only on such conditions as are approved by the Commissioner.

───────────────────────────────────────────────────────

★      While wholly instructional programs have been exempted from the scope of this rule by the PGA TOUR Policy Board, any PGA TOUR member participating in such a program is nonetheless required to obtain an agreement from the producer of the program or other appropri−ate party that the program will not be shown at the same time as any scheduled broadcast (e.g., major network, cable network, syndication) of a PGA TOUR cosponsored, approved or coordinated tournament.

───────────────────────────────────────────────────────

2.      **Marketing Rights**

   a.      Aside from the assignment of individual television and similar rights provided for herein, nothing in these *Regulations* or in marketing programs adopted by PGA TOUR shall be deemed to restrict any

member's individual marketing rights (e.g., promotions, endorsements, licensing, etc.).

b.  In addition, no person shall make any commercial use of the name, likeness or identity of any member of PGA TOUR without the advance written approval of such member.

c.  Similarly, no individual PGA TOUR member, tournament sponsor or other person or entity is authorized to make any commercial use of the PGA TOUR name, marks or logo without the advance written approval of PGA TOUR.

# VI. CONDUCT OF PLAYERS

Players participating in PGA TOUR cosponsored, approved or coordinated tournaments shall observe these *Regulations* and the applicable rules of play while engaged in tournament play, and at all times shall conduct themselves in a manner becoming professional golfers that will not reflect unfavorably on PGA TOUR, its members, officers or representatives, tournaments or sponsors.

To this end, players shall use their best efforts to play golf of the caliber and with the skill befitting professionals, and to show respect for the game of golf. Any player who violates any of the foregoing or any of the provisions of this Article VI may be subject to a fine, suspension from play in PGA TOUR cosponsored and coordinated tournaments, permanent disbarment from such play or any appropriate combination thereof.

A.  **ANTI-DOPING PROGRAM**
All players shall comply with the PGA TOUR Anti–Doping Program, as amended from time to time.

B.  **NO GUARANTEE FOR APPEARANCE**
Neither players nor other individuals acting on such players' behalf shall solicit or accept any compensation, gratuity or other thing of value offered for the purpose of guaranteeing their appearance in any PGA TOUR cosponsored, approved or coordinated tournament, including any pro–am played in connection therewith, except as may be specifically authorized by the PGA TOUR Policy Board prior to the tournament.

Conversely, neither players nor other individuals acting on such players' behalf

shall offer anything of value to a PGA TOUR cosponsored, approved or coordinated event in return for an invitation to the tournament as described in Section A−1a(11) of Article III (i.e., a sponsor exemption.)

Neither a player nor other individuals acting on player's behalf shall promise or guarantee such player's appearance in any PGA TOUR cosponsored, approved or coordinated event conditioned upon the grant of a sponsor's exemption to a different player.

C.   **INTEGRITY PROGRAM**

All players shall comply with PGA TOUR Integrity Program as amended from time to time, which prohibits betting on professional golf and other betting−related activities, among other things.

D.   **FINANCIAL INTEREST BY A PLAYER IN ANOTHER PLAYER; GAMBLING; DOPING**

A player shall not have any financial interest, either direct or indirect, in the performance or the winnings of another player in any event cosponsored, coordinated, approved or otherwise sanctioned by the PGA TOUR, whether through purse−splitting, prize money "insurance," financial assistance, bets or otherwise. Any player who violates the provisions of this paragraph shall be subject to a suspension from tournament play for a minimum period of two seasons. Further, a player shall not do any of the following:

1.   Gamble or play cards on the premises where a PGA TOUR cosponsored or coordinated tournament is being played.

2.   Associate or having dealings with persons whose activities have involved trafficking or administration of substances or methods prohibited by the PGA TOUR Anti−Doping Program, or other forms of doping.

E.   **MEDIA COMMENTS, PUBLIC ATTACKS**

The favorable public reputation of PGA TOUR and its tournaments are valuable assets and create tangible benefits for all PGA TOUR members. Accordingly, it is an obligation of membership to refrain from comments to the news media that unreasonably attack or disparage tournaments, sponsors, fellow members, players or PGA TOUR. Responsible expressions of legitimate disagreement with PGA TOUR policies are not prohibited. However, pub−lic comments that a member knows, or should reasonably know, will harm the reputation or financial best interests of a tournament sponsor or char−ity are expressly covered by this section. Any violation of this section shall be considered conduct unbecoming a professional.

F.   **WORTHLESS CHECKS**

If any player issues a worthless (dishonored) check in payment of entry fees

or otherwise in connection with a PGA TOUR cosponsored, approved or coordinated tournament, he shall be fined and disciplined as follows:

| | |
|---|---|
| **First Offense:** | $200 fine. |
| **Second Offense:** | $200 fine and loss of check–cashing privileges for six months. |
| **Third Offense:** | $500 fine and loss of check–cashing privileges for one season. |

Repeated instances of the issuance of worthless checks by a member shall be grounds for suspension or permanent disbarment from tournament play, as may be determined by the PGA TOUR Policy Board.

G.  **USGA RULES OF GOLF**

Play in all PGA TOUR cosponsored, approved or coordinated tournaments shall be conducted in accordance with the USGA Rules of Golf, as modified by PGA TOUR. A copy of such modifications, including Local Rules and Conditions of Competition for PGA TOUR, and a Notice to Competitors (Players), which shall describe any special Local Rules and Conditions, will be made available to players prior to their starting times.

H.  **PRACTICING**

Only contestants, their caddies, instructors, managers, media, golf equipment manufacturers (when invited by contestants), tournament representatives and PGA TOUR staff are permitted onto any area designated for practice (e.g. range, practice putting greens, chipping or pitching greens, bunkers and the tournament golf course during practice rounds).

The use of permanent markers, paint or other similar products to create lines on the practice putting and chipping greens is not permitted. If marks or lines are created on these surfaces, they must be done with a non–permanent mate–rial, such as a chalk line, which will not damage the turf and will disappear in a short period of time.

**NOTE: Family members and friends are not permitted inside the ropes on the golf course at any time.** Family members are permitted on other designated practice areas when accompanied by the player. Players are expected to use good judgment and discretion when inviting family members onto designated practice areas. Players are responsible for their minor children and their conduct. Only one tournament representative is allowed access to designated practice areas at any time

Practicing shall be permitted only in areas specifically designated for practice. On pro–am days, practice by professionals and amateurs not in the pro–am or without a mandatory sponsor function pursuant to Article IV, Section 7 (Pro–Am/Tournament Sponsor Functions) in des–

ignated practice areas is prohibited from 30 minutes prior to the first pro–am starting time through the final pro–am starting time, for each segment/wave of tee times. On practice days, after 8:30 a.m., all play must start from the first tee, unless approved by a member of the Rules Committee.

During practice rounds, the following shall govern certain types of strokes:

1.   Only one stroke, including a stroke from a bunker, may be aimed for the putting green, except as follows:

 (a)  If such stroke does not land or stop on the putting green, only one additional stroke may be played.

 (b)  More than one chip shot outside a bunker may be played, provided such practice does not damage the course unduly.

2.   Not more than three bunker strokes may be played in directions other than toward the putting green, provided the bunker is not thereby damaged unduly.

3.   More than one stroke may be played on the putting green.

In any case, a player must not delay any following players. No practice strokes shall be permitted if a player of a group behind the player is waiting to play.

During tournament week, practice facilities and the tournament course are for qualified players and the first 10 alternates on the PGA TOUR alternate list or other eligible players as determined by the on–stie PGA TOUR Tournament Director. Qualified players and the first 10 alternates on the PGA TOUR alternate list or other eligible players shall not practice with ineligible players.

I.   **CADDIES AND GOLF CARTS**

Players in cosponsored and coordinated tournaments shall not use automotive transportation. Caddies must be employed for all practice, qualifying, pro–am and tournament rounds. Amateurs may use golf carts during pro–ams when approved in advance by the PGA TOUR Tournament Director.

Caddies shall be paid promptly. PGA TOUR shall determine who is eligible to be employed as a caddie and shall further determine uniforms to be worn by a caddie, including headwear, shirts and slacks. Caddies shall present a neat appearance in both clothing and personal grooming. When accompanied by his player, a caddie may enter the locker room at the end of the player's week (i.e. after a missed cut or completion of the event) to assist the player in loading the player's golf bag with contents from his locker.  Caddies are not allowed in the locker room at any other time. Players who wish to bring their own caddies

to a PGA TOUR cosponsored or coordinated tournament shall so indicate at the time they commit to participate in such tournament, and shall be responsible for the conduct and behavior of such caddies at such tournaments, and the conformance of such caddies to these *Regulations*.

J.   **LOCKER ROOM FEES**
Players in the starting field of the tournament who use locker room facili−ties at the host clubhouse shall pay a minimum fee of $50 to the locker room attendant for such service.

K.   **APPEARANCE OF PLAYERS**
Players shall present a neat appearance in both clothing and personal groom−ing. Clothing worn by players shall be consistent with currently accepted golf fashion. The Tournament Director shall interpret this regulation, subject to the approval of the Commissioner.

# VII.   DISCIPLINE, PENALTIES & APPEALS

Each PGA TOUR member, by participating in cosponsored, coordinated or approved golf tournaments, acknowledges the right and authority of the PGA TOUR Policy Board, the Commissioner and the Appeals Committee to (i) fine and suspend the member from tournament play, and/or (ii) fine and permanently bar the member from play in PGA TOUR cosponsored, approved or coordinated tournaments for violation of the *Tournament Regulations*.

Any such participating member, if involved or affected in any manner whatsoever by a decision of the PGA TOUR Policy Board, the Commissioner or the Appeals Committee with respect to any such violation hereby releases the PGA TOUR Policy Board, the Commissioner or the Appeals Committee, PGA TOUR, Inc., the Professional Golfers' Association of America, and each director, officer, mem−ber, employee, agent or representative of any of the foregoing, jointly and severally, individually and in their official capacity, of and from any and all claims, demands, damages and causes of action whatsoever, in law or equity, arising out of or in connection with any such decision or action by the PGA TOUR Policy Board, the Commissioner or the Appeals Committee.

Fines are due and payable within 30 days unless the member has made a written appeal. Should the appeal be denied, the fine will be due and payable within 30 days of such denial of appeal and, notwithstanding such 30−day period, until such fine is paid the member will be ineligible for competition.

A.  **NOTIFICATION OF DISCIPLINARY INQUIRY**

Except for penalties under the USGA Rules of Golf (including Slow Play, Local Rules and Conditions of Competition for PGA TOUR) and for minor penalties, any members subject to disciplinary action or penalties defined as intermediate or major penalties shall first be notified of such proposed action in writing. Such notice may be presented to the member by the Chief of Operations, PGA TOUR or his designee, except that any notice of a proposed major penalty shall be executed by the Commissioner.

Within 14 days of such notice of proposed disciplinary action or penalty, the member shall submit to the Commissioner such facts or evidence of mitigating circumstances as may apply.

Within 14 days of receipt of such information from the member, the Commissioner shall notify the member in writing of the imposition of the proposed disciplinary action or penalty, or that the proposed action has been dismissed. After imposition of any penalty hereunder, the member shall have the right of appeal as set forth in Section E of this Article VII.

B.  **USGA RULES OF GOLF**

Any member who, while participating in any PGA TOUR cosponsored, coordinated or approved tournament, breaches the USGA Rules of Golf, Local Rules and Conditions of Competition for the PGA TOUR, Local Rules or Conditions in effect for the conduct of such tournament shall be subject to the penalties provided in such Rules or Conditions, as well as any other penalties determined by the PGA TOUR Policy Board. The decision of the PGA TOUR Rules Committee for the competition with respect of such breach(es) shall be final and conclusive.

C.  **CONDUCT UNBECOMING A PROFESSIONAL**

Any member who shall be deemed guilty of conduct unbecoming a professional golfer while participating in a PGA TOUR cosponsored, approved or coordinated tournament, or activities related thereto (e.g., practice rounds, hospitality events, etc.), or who otherwise violates the provisions of Articles VI and VII of these *Regulations* and/or the PGA TOUR AntiDoping Program relating to Drugs of Abuse shall be subject to fine, suspension and/or permanent disbarment from tournament play as provided in these *Regulations*.

In any instance where a member of PGA TOUR has for any reason been placed on probation for an infraction of any rule of PGA TOUR, then and in that event, if at any time during the probation period that member shall violate any rule of PGA TOUR, irrespective of whether that violation carries with it a penalty designated minor, intermediate or major as described under Sections D1, D2 and D3 of this Article VII, the Commissioner may immediately suspend the member's playing privileges. The Commissioner shall

inform the member of the decision to revoke the probation within 14 days.

Prior to imposition of any intermediate or major penalty (except under the Rules of Golf), the member shall be notified orally, if possible, and in writing signed by the PGA TOUR Tournament Director or the Commissioner or the Chief of Operations, PGA TOUR or his designee (in the case of an intermediate penalty). In the case of minor penalties, notification may be by the Chief of Operations, PGA TOUR or his designee. Such written notifications shall specify the precise charges or violations. To the extent practicable, such written notifications shall be given within seven days following such violation.

Any written notification required by this section to be given to a member shall be hand−delivered or sent to him via registered or certified mail, return receipt requested, to the address of the member as shown in the records of PGA TOUR, provided that delivery to a member's locker at a tournament site shall constitute hand delivery under this section.

D.   **CLASSES OF PENALTIES**

1.   **Minor Penalties**
     A minor penalty is a fine of not more than $10,000. A minor penalty may be imposed by the Chief of Operations, PGA TOUR or his designee.

2.   **Intermediate Penalties**
     An intermediate penalty is a fine of between $10,001 and $20,000 and/or suspension from play for not more than three tournaments, including the tournament then in progress or scheduled for the calendar week in which the alleged violation occurred. For violations of the PGA TOUR Anti−Doping Program related to Drugs of Abuse, an approved plan of treatment and rehabilitation to be conducted at the player's expense, in addition to or in lieu of other penalties may be imposed. An intermediate penalty may be imposed by the Commissioner or, if the Commissioner is not readily available, by the Chief of Operations, PGA TOUR or his designee.

3.   **Major Penalties**
     A major penalty is a fine in excess of $20,000, suspension from tournament play for more than three tournaments and/or permanent disbarment from play in PGA TOUR cosponsored or coordinated events. For violations of the PGA TOUR Anti−Doping Program related to Drugs of Abuse, an approved plan of treatment and rehabilitation to be conducted at the player's expense, in addition to or in lieu of other penalties may be imposed. A major penalty may be imposed only by the Commissioner except as otherwise specified in these *Regulations.*

E.    **APPEALS**

1.    **Minor Penalties**

Appeals from minor penalties shall be to the Chief of Operations, PGA TOUR or his designee. Such appeal may be written or oral, and may include defenses or mitigating circumstances, including written statements of witnesses. Such appeal shall be received by the Chief of Operations, PGA TOUR, or his designee no later than 14 days after the date of the written notification of imposition of the penalty. The Chief of Operations, PGA TOUR or his designee shall render his decision on appeal, in writing, within 14 days of his receipt of the appeal, and such decision shall be final.

2.    **Intermediate and Major Penalties**

Within 14 days of the date of notification of an intermediate or major penalty, the member may submit a written appeal to the Commissioner; provided, however, that if the initial penalty was imposed by the Commissioner and the Commissioner deems it in the best interest of PGA TOUR, any appeal to the Commissioner may be transferred by the Commissioner to the Appeals Committee. Such appeal may include statements from others having knowledge of the facts. Failure to file such an appeal shall be deemed conclusively to be an admission of the charges specified in the notification.

Thereafter, and within 14 days of receipt of such appeal, the Commissioner shall reach a decision and shall promptly notify the member in writing of his response, specifying the reason therefor. No member who has not appealed an intermediate or major penalty to the Commissioner shall have a right of further appeal to the Appeals Committee.

An appeal shall operate to stay the effective date of any penalty, except suspension from a tournament then in progress or scheduled for the calendar week in which the alleged violation occurred, until after the final decision on the appeal.

3.    **Appeals Committee**

There shall be an Appeals Committee consisting of three non−Play−er Directors designated by the Board. The Appeals Committee shall prescribe its own rules of procedure.

A member may appeal to the Appeals Committee from any decision by the Commissioner denying any initial appeal from the imposition of an inter−mediate or major penalty. The Appeals Committee shall also consider any appeal directed to it by the Commissioner, as provided in Section E−2 of this Article VII. The appellant shall give written notice of appeal, directed to the Appeals Committee (in care of the Commissioner) within 14 days of the

notice from the Commissioner denying the player's initial appeal.

Within 14 days after giving notice of appeal to the Appeals Committee, the appellant and the Commissioner may submit to the Appeals Committee any and all written evidence, documentation, affidavits, witness statements, legal memoranda, or other materials relevant to the appeal or any penalties imposed on the appellant. The Appeals Committee will review and consider all such materials. The Appeals Committee may, in its discretion, request a member or a witness to respond to questions from the Appeals Committee.

As soon as practicable after considering the materials submitted to it, the Appeals Committee shall give appellant and the Commissioner written notice of its decision. Upon the evidence before it, including any evidence previously submitted to the Commissioner, the Appeals Committee may affirm, modify (increase or decrease) or reverse the decision of the Commissioner. The decision of the Appeals Committee shall constitute full, final and conclusive disposition of the matter.

4.  **Anti–Doping Program**

The provisions of this Article shall only be applicable to violations of the PGA TOUR Anti−Doping Program relating to Drugs of Abuse, as deter− mined in the sole discretion of the Program Administrator for the PGA TOUR Anti−Doping Program. All other violations of the PGA TOUR Anti−Doping Program shall be subject to the disciplinary and appeals terms and processes set forth in the PGA TOUR Anti−Doping Program Manual.

5.  **Integrity Program**

The provisions of this Article shall not be applicable to violations of the PGA TOUR Integrity Program. Such violations shall be subject to the disciplinary and appeals terms and processes set forth in the PGA TOUR Integrity Program Manual.

# VIII. RESPONSIBILITIES OF TOURNAMENTS

A. **FINANCIAL RESPONSIBILITY**

The Commissioner may, at his option, require the host organization of any cosponsored or coordinated tournament to furnish evidence satisfactory to the Commissioner of the tournament's financial responsibility, either (i) by posting a bond in an amount equal to the sum of the prize monies for such event plus $10,000 to cover the entry fees or the service fee payable to PGA TOUR, guaranteeing such performance, or (ii) by providing some other form of financial guarantee or arrangement assuring the tournament's performance of its financial obligations under the tournament agreement.

B. **NO GAMBLING**

Neither the host organization of any cosponsored or coordinated tournament nor any of its employees, agents or representatives shall be associated with any form of organized or unorganized gambling at the time of the tournament or pro–am, if any, either at or removed from the site thereof. If such provision is violated, PGA TOUR shall have the right to terminate all or any portion of such tournaments without liability to the tournament, and any PGA TOUR member may withdraw from participation therein without liability to the tournament and without penalty under these *Regulations* or other PGA TOUR rules.

C. **SALE ON GROUNDS OF ALCOHOLIC BEVERAGES OTHER THAN WINE OR BEER**

The tournament will ensure that alcoholic beverages other than wine and beer will not be sold on the grounds (excluding the clubhouse and hospitality areas) without the prior written approval of PGA TOUR.

D. **SIGNS AND BANNERS**

The tournament will ensure that signs and banners will not be allowed on the course except as specifically approved by the Tournament Director.

# IX. MEMBERSHIP MATTERS

This article defines PGA TOUR membership categories, including the eligibility criteria, rights and privileges for each category. Nothing herein shall be deemed to be inconsistent with or to supersede the Articles of Incorporation or By−Laws of PGA TOUR, Inc., which reserves certain voting rights and responsibilities solely to the members of the PGA TOUR Policy Board.

A.   **ELIGIBILITY FOR MEMBERSHIP**
The following players who are 18 years of age or older shall be eligible to apply to become Members of the PGA TOUR:

1.   **Regular Members**
a.   Players with special exemptions as defined in Section A−1a(1)−(11) and (18) of Article III

b.   The top 125 finishers on the FedExCup Points List in a season, provided they apply for membership within the time specified by PGA TOUR.

c.   Any nonmember of PGA TOUR who wins a PGA TOUR cosponsored or approved tournament provided he applies for membership within the time specified by PGA TOUR.

d.   Any nonmember of PGA TOUR whose points on the Non−Member FedExCup Points List for the previous season equals or exceeds the amount of FedExCup points earned by the player finishing in 125th position on the previous season's FedExCup Points List following the conclusion of the Event immediately preceding the first FedExCup Playoffs event, provided he applies for membership within the time speci−fied by PGA TOUR.

e.   Any members who qualify for the Major Medical Extension as provided in Section A−1d of Article III, for so long as such member is entitled to the Major Medical Extension.

f.   The top 25 finishers on the previous year's Official Web.com Tour Regular Season Money List and top 25 finishers from the Web.com Tour Finals, provided they apply for membership within the time specified by PGA TOUR.

g.   Any player who wins three Web.com Tour tournaments in the current season, provided he applies for membership within the time specified by

PGA TOUR.

2. **Associate Regular Members**

    a.     The 25 finishers beyond 125th place on the FedExCup Points List in a season may apply to become Associate Regular Members for the next succeeding season, provided they declare in writing to PGA TOUR within 30 days after the last scheduled day of the final tournament awarding official prize money whether he desires to become a PGA TOUR member for the following season, or he shall forfeit his ability to become a PGA TOUR member for such season based upon his position on the FedExCup Points List.

    b.     Such members shall be able to participate in tournaments to the extent provided in Section A−1j of Article III.

    c.     Such members shall be subject to all applicable requirements and obligations of these *Regulations*.

3. **Minor Medical Extension Members**

    a.     Any members who qualify for the Minor Medical Extension as provided in Section A−1i of Article III, for so long as such member is entitled to the Minor Medical Extension.

    b.     Such members shall be subject to all applicable requirements and obligations of these *Regulations*.

4. **Life Members**

PGA TOUR Regular Members who meet the following criteria will automatically become Life Members:

    a.   Eligibility

    A member must have:

    (l)   Minimum 15 seasons active tournament participation.

    (2)   Won at least 20 cosponsored or approved tournaments in his career.

    b.   Benefits and Obligations

    A Life Member shall be:

    (l)   Exempt from the obligation to pay annual dues.

    (2)   Eligible to participate in tournaments to the extent provided in Section A−1a(18) of Article III.

    (3)   Subject to all applicable requirements and obligations of these *Regulations*.

5. **Past Champion Members**

    a.   Eligibility:

    A former tournament winner of a PGA TOUR (or, before 1969, PGA) cosponsored or approved tournament.

b.  Benefits and Obligations:
A Past Champion Member shall be:

(l)  Eligible to participate in tournaments to the extent provided in Section A−1m of Article III.

(2)  Subject to all applicable requirements and obligations of these *Regulations*.

6.  **Special Temporary Members**

A Special Temporary Member shall be:

a.  Eligible to participate in tournaments to the extent provided in Section A−1n of Article III.

b.  Subject to all applicable requirements and obligations of these *Regulations*.

7.  **Team Tournament Winners**

A Team Tournament Winner shall be:

a.  Eligible to participate in tournaments to the extent provided in Section A−1p of Article III.

b.  Subject to all applicable requirements and obligations of these *Regulations*.

8.  **Veteran Members**

A Veteran Member shall be:

a.  Eligible to participate in tournaments to the extent provided in Section A−1p of Article III.

b.  Subject to all applicable requirements and obligations of these *Regulations*.

9.  **Temporary Members**

Any nonmember of PGA TOUR (except an amateur) who qualifies to participate in a PGA TOUR cosponsored or coordinated tournament or event shall be required to become a temporary member of PGA TOUR for the duration of such tournament.

B.  **VOTING MEMBERSHIP**

1.  **Eligibility**

A nonvoting member can become a voting member by (i) playing in at least 15 PGA TOUR cosponsored or approved tournaments (as defined in paragraph C of Article I) in a season (qualifying rounds do not constitute "play" in such tournaments for purposes of this section); and (ii) attending at least one player meeting designated by PGA TOUR (a "mandatory meeting") or performing a substitute educational requirement established by the PGA TOUR Policy Board, including, without limitation, attending a makeup meeting or video presentation (an "educational requirement") in the season in which he first plays 15 events; and (iii) in

the case of members playing their first full PGA TOUR season, having attended the New Member Orientation meeting (normally held at the conclusion of the Web.com Tour Finals).

**NOTE:** Members playing their first full PGA TOUR season who are unable to attend the New Member Orientation meeting due to a serious personal emergency or, any such members gaining membership other than through the Web.com Tour or Web.com Tour Finals may perform a substitute educational requirement established by the PGA TOUR Policy Board, including, without limitation, attending a makeup meeting or video presentation.

**NOTE:** For the purpose of the player retirement plan, a nonvoting member who becomes a voting member as a result of fulfilling the conditions set forth in this Section B–1 of Article IX shall be entitled to begin accumulating retirement plan credits in the season following the season in which such nonvoting member first becomes a voting member.

2.   **Retention of Voting Membership; Reinstatement**
A voting member shall play in at least 15 PGA TOUR cosponsored or approved tournaments (as defined in paragraph C of Article I), or any combination thereof equal to at least 15 PGA TOUR (Regular TOUR) cosponsored or approved tournaments, excluding qualifying rounds in each season; and shall further attend at least one mandatory meeting or perform an educational requirement. If he fails to do so, he shall cease to be a voting member.

Notwithstanding the above, any member who was a voting member at the time he became unable to play in PGA TOUR tournaments due to injury or medical disability and thereafter resumes play under the Major Medical Extension as provided in Section A–1d of Article III, or Minor Medical Extension as provided in Section A–1i of Article III, shall retain his voting membership while playing under such category, provided that while playing under such category such player attends at least one mandatory meeting or performs one educational requirement.

A former voting member who plays in at least 15 PGA TOUR (Regular TOUR) cosponsored or approved tournaments in a season, and attends at least one mandatory meeting or performs an educational requirement in such season, shall automatically be reinstated to Voting Membership retroactive to the beginning of such season in which he plays in a least 15 PGA TOUR cosponsored or approved tournaments and attends such mandatory meeting or performs such educational requirement.

3.   **Special Privileges of Voting Members**
Besides their exclusive rights to vote for Player Directors of the PGA TOUR Policy Board (see Section G of this Article IX), only voting members shall

be eligible to participate in the PGA TOUR Deferred Compensation Player Retirement Plan (the "Cuts" plan) unless the member has achieved Veteran Member status pursuant to Section A.1.q of Article III.

C. **DUES AND FEES**

Members shall pay such dues and fees as may from time to time be prescribed by the PGA TOUR Policy Board.

A nonvoting member who becomes a Voting Member shall pay any differences between the initiation fee paid by him when he becomes a (nonvoting) member and the initiation fee required of a Voting Member as of the time he becomes eligible therefor.

A voting member who loses voting status shall not be required to pay an additional fee if he is reinstated to voting membership.

D. **TERMINATION AND REINSTATEMENT OF MEMBERSHIP**

1. **Termination**

A player shall cease to be a member of the PGA TOUR:

a. If he resigns;

b. If he fails to pay required dues or fees within the time specified by PGA TOUR;

c. If he loses his eligibility for membership under Section A of this Article IX; or

d. If in the judgment of the PGA TOUR Policy Board he commits a serious breach of these *Tournament Regulations*, the USGA Rules of Golf, the PGA Code of Ethics or conducts himself in a manner unbecoming a professional golfer; or

e. If he loses his eligibility for membership under the terms of the PGA TOUR Anti-Doping or PGA TOUR Integrity Program.

2. **Reinstatement**

A player whose PGA TOUR membership is terminated for playing performance reasons (i.e., for failing to retain his exempt status) shall be eligible for reinstatement to such membership if he subsequently becomes eligible under Section A of this Article IX.

If a player's membership in PGA TOUR shall be terminated for any reason other

than the foregoing, he shall not be eligible for reinstatement to membership for at least six months from such termination, except on the affirmative vote of two-thirds of the members of the PGA TOUR Policy Board.

Notwithstanding any other provisions of these *Regulations*, any PGA TOUR member who (i) resigns from membership or purposely allows his membership to lapse by nonpayment of dues and thereafter participates in a conflicting event (as defined herein), or (ii) in the case of a Regular Member or Life Member (as defined in Section A.1 and 4 of this Article IX) takes advantage of the provisions of Section A-2d of Article V ("home circuit exception") to the conflicting event rule for foreign members and thereafter fails to honor his commitment to play in at least 15 PGA TOUR cosponsored or approved tournaments (as defined in paragraph C of Article I), or in the case of a Regular Member or Life Member (as defined in Section A.1 and 4 of this Article IX) who is age 45 or more and has made 150 cuts or more in tournaments awarding official prize money in his career, in a minimum of 12 PGA TOUR cosponsored or approved tournaments in the season, shall lose his PGA TOUR membership as of the conclusion of the season in which he fails to play such 15 events (or 12 events as the case may be) and shall not be eligible to apply for reinstatement to PGA TOUR membership for one season.

Notwithstanding the above, the Commissioner, upon application by a foreign member and for medical reasons or other extraordinary circumstances that the Commissioner, at his discretion, determines to be a valid reason for not playing in at least 15 PGA TOUR cosponsored or approved tournaments, may reduce the 15- minimum (or 12-minimum as the case may be) tournament requirement.

Any PGA TOUR member who resigns from membership while playing under a multi-season exemption (see Section A.1.a.(1)-(9) of Article III) and thereafter notifies PGA TOUR that he desires to rejoin as a member after having fulfilled the one (1) season waiting period, as applicable, referred to above in this Section D.2, shall be entitled to rejoin the TOUR at the beginning of any season remaining in his exempt period, and shall be entitled to the remaining portion of such multi-season exemption (with such remaining portion of the multi-season exemption determined as if such member had not resigned).

E.   **MEETINGS OF PLAYER MEMBERS**

1.   **Annual Meeting**
     The annual meeting of the members of PGA TOUR shall be held on a date and at a place to be determined by the Commissioner at least 60 days prior to the holding thereof. Players invited to attend shall include regular, Life, Past Champion and all voting members of PGA TOUR.

2.     **Special Meetings**

Special meetings of members of the PGA TOUR shall be held whenever called by the Commissioner upon the written request of two or more of the Player Directors of the PGA TOUR Policy Board, or upon the filing with the Commissioner of a petition signed by not less than 25 percent of the voting members of PGA TOUR. Within 30 days of the receipt of such request or petition, the Commissioner shall schedule and give notice of such meeting.

3.     **General Provisions**

a.   So far as is practicable, meetings shall be scheduled at a place and time convenient to the members, preferably at the site of and within two days of the commencement of a PGA TOUR cosponsored tournament.

b.   Notice of each meeting of the members shall be mailed to each member, addressed to such member at his address as it appears on the records of PGA TOUR, not less than 10 or more than 30 days before the scheduled date of such meeting. Each such notice shall state the place, date and hour of the meeting, and the purpose for which it has been called. No notice of any meeting need be given, however, to any member who personally appears thereat or signs a written waiver thereof, whether before or after such meeting, and no notice need be given of any adjourned meeting of the members if the time and place of such adjourned meeting are announced at the meeting at which the adjournment is taken, provided the adjourn-ment is not for more than 21 days. Any business may be transacted at any adjourned meeting which might have been transacted at the meeting as originally scheduled.

c.   The presence, in person, at any meeting of the members of a majority of all the voting members shall constitute a quorum for the transaction of business. In the absence of a quorum, a majority of the voting members present or, if no voting member is present, any officer of PGA TOUR present, may adjourn the meeting for a period not exceeding 21 days in any one case.

d.   Each voting member present at meetings of members shall be entitled to one vote in person on all matters with respect to which voting members may vote. All matters voted upon by the voting members at any meeting of the members except the election or removal of a Player Director, as provided in Section G of this Article IX, shall be decided by the vote of a majority of the voting members present.

e.   Nothing herein shall preclude the scheduling by PGA TOUR of additional informal player meetings.

F.     **PGA TOUR POLICY BOARD**

1.     **Members**
The members of the PGA TOUR Policy Board (Board of Directors of PGA TOUR, Inc.) shall consist of four Player Directors, one officer of the PGA of America ("PGA Director") and four public figures with a demonstrated interest in the game of golf ("Independent Directors").

2.     **Rules and Procedures**
The rules and procedures governing the meetings and other actions of the PGA TOUR Policy Board shall be as prescribed herein and in the corporate Articles of Incorporation and Bylaws of PGA TOUR, Inc.

G.     **PLAYER ADVISORY COUNCIL AND PLAYER DIRECTORS**

1.     **Player Advisory Council**
a.     Eight members of PGA TOUR (Regular TOUR) shall be elected annually to serve on a PGA TOUR Player Advisory Council (the "Council") by voting members and fully exempt members of the PGA TOUR. For purposes of this section, fully exempt PGA TOUR members shall be defined as those players eligible for PGA TOUR cosponsored, open events in accordance with Article III, Section A.1.(a) through (g) of these regulations (i.e. through and including the Top Finishers of the Web.com Tour category). The purpose of the Council is to advise and consult with the PGA TOUR Policy Board and Commissioner on matters affecting PGA TOUR (Regular TOUR) members.

b.     The members of the Council will be elected as follows:

(1)     Not later than ten days following the completion of the last official money event in each calendar year, the Commissioner shall mail to all eligible members a list of members of PGA TOUR finishing within the top 125 on the FedExCup Points List, Top Finishers of the Web.com Tour and players eligible for tournament play pursuant to Sections A.1.a(1) through (11), A.1.a(18), A.1.b, A.1.c, A.1.d and A.1.i of Article III of these Regulations.

The list shall be arranged in seven groups of 25, in order of the FedExCup Points List followed by the Top Finishers of the Web.com Tour. Players eligible for tournament play pursuant to Sections A.1.a(1) through (11), A.1.a(18), A.1.b, A.1.c A.1.d and A.1.i of Article III of these Regulations and not already listed will then be evenly distributed among these seven groups. Each eligible PGA TOUR member may vote for one player in each group of 25 who is not a Player Director of the PGA TOUR Policy

Board.

(2) Ballots shall be returned to the office of an outside auditor no later than 30 days following the date on which they are mailed to eligible members. The member who receives the greatest number of votes in each group of 25 shall be deemed elected. In addition, the player remaining with the highest number of votes from any of the seven categories will be elected as an at−large member of the Council.

The results of the election shall be announced as soon as practicable unless a tie vote in any group of 25 makes a runoff necessary, in which case the Commissioner shall promptly conduct a mail vote of all eligible members to resolve the tie and announce the results when voting is completed.

(3) Upon completion of the election as provided above, the current Player Directors shall select eight additional members to serve on the Council. Thereafter, the current Player Directors shall nominate at least two and not more than three of the elected and appointed members of the Council to serve as Chairman. Every third year, beginning in 1992, the Player Directors shall nominate at least three and no more than five of the elected and appointed members of the Council for the purpose of serving as Co−Chairmen. Any member of the Council so selected by the current Player Directors shall be an actual voting member of PGA TOUR at the time such member is selected.

(4) After the Player Directors have made their nominations for Chairman or Co−Chairmen of the Council as provided in Section 3 above, the Commissioner shall mail to all voting members of PGA TOUR the nominees for Chairman of the Council. Each such voting member of PGA TOUR may vote for one of the nominees for Chairman. Every third year, as referred to in Section 3, each voting member may vote for two of the nominees to serve as Co−Chairmen.

(5) Ballots shall be returned to the office of an outside auditor no later than thirty (30) days after mailing by the Commissioner. The nominee for Chairman who receives the greatest number of votes shall be the Chairman, and the nominee who receives the second−greatest number of votes shall be the Vice−Chairman.

In those years when Co−Chairmen are to be elected, the two nominees who receive the most votes will share the position of Chairman. In those years, the Vice−Chairman shall be that member who receives the third− greatest number of votes. The results of the election shall be announced as soon as practicable unless a tie vote makes a run−

off necessary, in which case the Commissioner shall promptly conduct a mail vote to resolve the tie and announce the results when the voting is completed.

c. The Chairman (or Co−Chairmen in those years when there are Co−Chairmen) or, in his or their absence, the Vice−Chairman of the Council will be invited to attend meetings of the PGA TOUR Policy Board as an observer without a vote.

d. A member of the Council shall hold office until December 31 of the year of his election or until he ceases to be a member of the PGA TOUR, which−ever first occurs. A vacancy occurring during the year (other than a vacancy in the office of Chairman) will be filled by a vote of the Council for players in the category of FedExCup points of the retiring member. Members of the Council may be reelected from year to year.

2. **Term of Chairman and Player Directors**

a. A Chairman or the Co−Chairman of the Council shall hold office until December 31 of the year of his or their election. Thereafter, the Chairman, and every third year each Co−Chairman, will automatically become a Player Director and will hold such office for a period of three years and until his successor is elected and qualified or until his earlier resignation or removal.

b. Whenever the office of Chairman of the Council becomes vacant by reason of death, resignation, disqualification, removal or otherwise, or if the Chairman ceases to be a voting member of PGA TOUR, the Vice−Chairman of the Council (if then a voting member of PGA TOUR) shall assume the office of Chairman and shall serve for the unexpired term of his predecessor. If the Vice−Chairman of the Council is unable or unwilling to accept the office of Chairman, or is not then a voting member of PGA TOUR, the Player Directors then serving on the PGA TOUR Policy Board shall elect the Chairman from among those individuals then serving on the Council who are then voting members of PGA TOUR. The individual so selected shall serve the unexpired term of his predecessor. In such case, the new Chairman of the Council shall become a Player Director upon the expiration of his term as Chairman of the Council as provided in Section G−2a of this Article IX.

3. **Vacancies and Removal of Player Directors**

a. Whenever the office of any Player Director becomes vacant by reason of death, resignation, disqualification, removal or otherwise, or if such Player Director ceases to be a voting member of PGA TOUR, the remaining Player Directors shall elect a successor who shall serve for the unexpired term of his predecessor.

    b.   Any Player Director may be removed at any time, with or without cause, by the vote of two−thirds of all the voting members of PGA TOUR at a regular or special meeting called for that purpose.

H.   **AMENDMENTS**

These *Tournament Regulations* may be amended or repealed at any meeting of the PGA TOUR Policy Board by the affirmative vote of a majority of the Board, provided that at least three of such majority shall be Player Directors, provided, further, that if any member of the Board, including a Player Director, upon advice of PGA TOUR counsel or otherwise, abstains from participating in any vote to adopt, amend, or repeal any provision of these *Tournament Regulations* because of an actual or potential conflict of interest, the Board nonetheless may adopt, amend or repeal such provision by a vote of a majority of the disinterested direc−tors, even if (i) such majority is comprised of no Player Directors, and/or (ii) the disinterested directors constitute less than a majority of the Board, and provided further that if any Player Directors do not vote on such change, such majority shall include at least 75 percent of the Player Directors voting thereon. The vot−ing members of PGA TOUR shall have the power to reverse or repeal any such amendment pertaining to tournament matters by the affirmative vote of two−thirds of all the voting members.

# X. COSTS & EXPENSES OF LITIGATION

If any member of PGA TOUR shall institute any legal action or other proceeding against PGA TOUR and such member does not obtain the relief requested in such action, such member shall reimburse PGA TOUR for all costs and expenses incurred by PGA TOUR in connection with such action, including without limitation, reason-able attorneys' fees, whether incurred in preparation of trial, at trial, on appeal or in bankruptcy proceedings.

If such member does obtain the relief requested in such action, PGA TOUR shall reimburse such member for all costs and expenses incurred by such member in con-nection with such action, including without limitation, reasonable attorneys' fees, whether incurred in preparation of trial, at trial, on appeal or in bankruptcy proceed-ings.

In the event any such action or proceeding is settled or resolved other than by a final determination of a court or other tribunal, such member shall not be entitled to recover costs, expenses or attorneys' fees against PGA TOUR unless PGA TOUR expressly agrees otherwise as part of such settlement or resolution.

# PGA TOUR POLICY BOARD MEMBERS

### Player Directors
Jason Bohn (2015−2017)
Charley Hoffman (2017−2019)
Davis Love III (2016−2018)
Kevin Streelman (2017−2019)
Johnson Wagner (2018−2020)

### Independent Directors
John B. McCoy, Chairman
Victor J. Ganzi
Edward Herliny
Mary Meeker
Randall L. Stephenson

### PGA Director
Paul Levy, President, PGA of America

# FREQUENTLY USED TELEPHONE NUMBERS

PGA TOUR Headquarters ................................................ 904/285−3700
Player Commitment Line .................................................. 800/742−2244
PGA TOUR Travel.......................................................... 800/535−6058
Tournament Players Clubs (Account Information) ............. 904/273−3281
Tournament Players Clubs (Tee Times) ............................ 888/877−9201
PGA of America .............................................................. 561/624−8400
USGA............................................................................. 908/234−2300
LPGA ............................................................................. 386/274−6200

# INDEX

## A

Alcoholic Beverages,
     Sale by Tournament ...........................160
Alchohol Policy...........................................70
Alternates ..................................................135
Amendments to PGA TOUR
     Regulations...........................................171
Annual Meeting, Members........................166
Anti−Doping Program ....................... 70, 151
Appeals......................................................155
     Intermediate Penalties.......................157
     Major Penalties ..................................157
     Minor Penalties..................................157
Appeals Committee...................................158
Appearance Guarantee...............................151
Appearance of Players...............................155
Arnold Palmer Award ..................................98
Associate Regular Members .....................162
Australasian PGA Tour..............................147
Autograph Policy .......................................78

## B

Bad Weather Guidelines...............................59
Best Efforts................................................141
Byron Nelson Award ...................................98

## C

Caddie Regulations......................................64
Caddies .....................................................154
Cancellations.............................................142
Career Money List, PGA TOUR ..............103
Check Cashing Policy .................................97
Commitments .................................... 25, 131
Conduct of Players....................................151
Conduct Unbecoming a Professional .......156
Conflicting Events.....................................145
     Conflicting Event Release
     Guidelines...........................................148
     Obligations of PGA TOUR...............146
     Obligations of TOUR Members.......146
Coordinated Tournament ................. 102, 131
Courage Award............................................98
Course Preparation.............................. 68, 144
Credentials ..................................................57

## D

Definitions ...............................................102
     Approved Tournament ......................102
     Coordinated Tournaments................102
     Cosponsored Tournament .................102
     Exempt Player....................................102
     Invitation Tournament ......................102
     Official Money List, PGA TOUR.....103
     Open Tournament .............................102
     PGA TOUR Tournament
     (Regular TOUR)..............................102
Discipline, Penalties and Appeals
     Appeals ..............................................158
     Appeals Committee ...........................157
     Classes of Penalties............................156
     Disciplinary Inquiry..........................156
Dual Commitments.....................................66
Dues and Fees .................................... 27, 165
     Amateur Administrative Fees........ 27, 130
     Annual Dues........................................27
     Entry Forms and Fees............... 126, 138
     Initiation Fee ......................................26
     Insurance Fee.............................. 27, 130
     Limited Dues.............................. 27, 130
     Open Qualifying Fee ...........................27

## E

Eligibility for Membership ........................161
     Associate Regular Members..............162
     Life Members ....................................162
     Minor Medical Extension .................162
     Past Champion Members...................162
     Regular Members...............................161
     Special Temporary Members .............163
     Team Tournament Winners ...............163
     Temporary Members .........................163
     Veteran Members...............................163
Eligibility for Tournament Play.................105
     Finishers beyond 125 ........................121
     Finishers beyond 150 ........................123
     Major Medical Extension...................112
     Minor Medical Extension .................120
     Major Medical Extension,
     Nonexempt........................................121

Past Champions ................................122
Special Exemptions .............................105
Special Temporary Members .............122
Team Tournament Winners ...............122
Top 10 from Previous Tournament....118
Top 125 ...........................................111
Top 125−Nonmembers ....................111
Top Finishers Web.com Tour.............119
Veteran Members............................123
Web.com Tour Leading
Money Winners ............................118
Endorsement Policy ...................................84
Entry Fee .......................................... 27, 130
Entry Forms................................... 130, 143
Equipment, Player ......................................63

**F**

FedExCup Points List...............................104
FedExCup Points System ...........................88
Financial Interest by a Player
in Another Player .............................152

**G**

Gambling .................................................152
Golf Cart Use .................................... 76, 154
Grooves ....................................................64
Groupings .................................................132

**H**

Home Circuit............................................146

**I**

Insurance .................................................130
Integrity Program........................ 71, 152, 159
Internet Policy ...........................................80
Invitation Tournaments.............................131

**J**

Jack Nicklaus Award (Player of the Year).....97

**L**

Life Members.................................... 111, 162
Lifetime Achievement Award......................98
Litigation, Costs and Expenses..................172
Locker Room Fees....................................155
Locker Rooms ...........................................63

**M**

Major Medical Extension ..........................112
Marketing Rights .....................................150

Measuring Condition of Putting Greens ....68
Media Comments......................................152
Media Rights ...........................................150
Medical Extension, Major.........................112
Medical Extension, Minor................ 120, 162
Medical Provisions,
Web.com Tour Finals .........................127
Meetings, Player Members........................166
Annual Meeting...............................166
General Provisions ...........................167
Special Meetings ..............................167
Membership Matters ................................161
Mobile Device Policy................................83
Money Lists...................................... 103, 145

**N**

Nationality Policy.......................................54
Nonmember Qualifying............................128

**O**

Obligations
PGA TOUR....................................145
PGA TOUR Members.....................146
Official Money..........................................145
Official PGA TOUR Money List.............103
Olympic Games .........................................53
One New Event Played Per Season
Requirement............................................129
Open Tournaments........................... 105, 131
Opposite Event Policy................................64

**P**

Pace of Play Policy ....................................71
Past Champions............................... 121, 162
Payments to Players ....................................87
Payne Stewart Award ..................................99
Penalties, Classes of..................................157
PGA European Tour.................................147
PGA Tour of Australasia............................147
PGA Tour of Southern Africa....................147
PGA TOUR Policy Board .............. 168, 173
Player Advisory Council............................168
Player Directors
Removal ...........................................170
Term.................................................170
Vacancies..........................................170
Player/Family Dining Policy.......................66
Player Identification....................................57
Player of the Year........................................97
Playoffs....................................................144

Policy Board, PGA TOUR................ 168, 173
Postponements ............................................142
Practice Area Policy.....................................79
Practicing ...................................................153
Prize Money ........................................ 82, 145
Pro–Am Events.........................................136
Public Attacks............................................152
Purse Distribution Formulas.............. 58, 144

**R**

Reduction of Fields....................................135
Registration, Personal................................131
Regular Members ......................................161
Reinstatement of Membership ..................165
Rookie of the Year Award...........................97

**S**

Signs and Banners .....................................160
Special Exemptions.....................................105
Special or Coordinated Events....................131
Special Temporary Members............. 122, 163
Sponsor Exemptions................................. 108
Sponsor Value Program.............................132
Starting Fields............................................131
Starting Times ...........................................134
Statistics Awards..........................................98
Substitutions and Alternates.......................135
Suspension of Play.............................. 62, 142

**T**

Team Tournament Winners............... 122, 163

Telephone Numbers
    Eligibility/Commitment .....................25
    General.............................................173
Temporary Members......................... 122, 163
Termination of Membership.....................165
Top 10 from Previous Tournament ...........118
Top 125 Players .........................................111
Tournament Responsibilities
    Agreement, Tournament....................104
    Alcoholic Beverages, Sale of..............160
    Financial Responsibility ....................160
    No Gambling.....................................160
    Signs and Banners.............................160

**U**

USGA Rules of Golf......................... 153, 156

**V**

Vardon Trophy.............................................98
Veteran Members .............................. 123, 163
Voting Membership...................................163
    Eligibility ..........................................163
    Reinstatement...................................165
    Retention of Voting Membership......164
    Special Privileges ..............................164

**W**

Web.com Tour
    Leading Money Winners...................118
    Money List, Official .........................103
    Three–Time Winners........................118
    Top Finishers ...................................119
Web.com Tour Finals.................................124
Withdrawals ..............................................141
Worthless Checks ......................................152

# EXHIBIT 24

  

Coach,

Please be advised that PGA TOUR University has made two amendments to its Rules and Regulations, effective immediately.

**Violations of Eligibility:**

- All collegiate players and those who finish in the top-15 of the final Velocity Global Ranking will be ineligible for PGA TOUR University and may not accept the performance benefits associated with a top-15 finish (in the current season and subsequent seasons) if such player competes in any professional golf tournament that is not ranked by the Official World Golf Ranking, excluding such events that have been previously approved by the PGA TOUR.

**Performance Benefits:**

- Performance benefits will only be provided to the top-15 eligible players. If a player becomes ineligible or otherwise chooses not to accept his benefits, his benefits will be forfeited and offered to the next eligible player in the final 2022 Velocity Global Ranking.

# EXHIBIT 25

home   jobs   contact us



about ASAP Sports    FastScripts archive    recent interviews    products

Our Clients:        

## Browse by Sport

- Auto Racing
- Baseball
- Basketball
- Boxing
- CoSIDA
- Cricket
- Equestrian
- Extreme
- Football
- Golf
- Hockey
- Lacrosse
- Soccer
- Swimming
- Tennis
- Track & Field
- Volleyball
- Wrestling

**Find us on**  



 **Subscribe to RSS**

**Click to go to Asaptext.com** 

# THE 150TH OPEN

## July 12, 2022

### Tiger Woods

*St Andrews, Fife, Scotland, UK*

## Press Conference

MIKE WOODCOCK: Very pleased to welcome to the interview room the 15-time major champion and three-time Champion Golfer of the Year Tiger Woods.

Tiger, after all you've achieved at St Andrews in The Open and playing here, how much does it mean to you to be here competing in The 150th Open this week?

TIGER WOODS: It means a lot. This is where it all began for me as an amateur. My first chance to play in The Open Championship was here. I'll never forget I played with Ernie Els and Peter Jacobsen the first two days.

We had a chance to play with some greats in practise rounds -- Freddie, Raymond, Ollie, Langer. I had a great time as a young little kid, and they showed me the ropes of how to play this golf course and how many different options there were.

It was eye opening how this golf course can play as easily as it can be played and also as difficult it can play just by the wind changing. Obviously when the tide changes as well.

Just being here, I think this is my sixth Open Championship here, I think. Just to have that experience and have the ability to play here at the home of golf is always quite special. Then to have won it twice makes it that much more special.

**Q. How are you feeling in terms of your body? And how close are you to this being kind of as good as it gets?**

TIGER WOODS: Well, my body certainly can get better, but realistically, not a whole lot. It's been through a lot, and at 46 you don't quite heal as well as you do at 26.

So it is what it is. Just lucky enough to, in our sport, to be able to play as long as we are able to play late into the 40s, especially on links golf courses like this, you can continue into your 50s. We saw Tom have it on his putter to win late in his 50s.

So it can be done. It just takes a lot of knowledge and understanding of how to play this type of golf. And with the fairways being fast and firm, it allows players who are older to run the ball out there and have a chance.

Case 5:22-cv-04486-BLF Document 21-5 Filed 08/03/22 Page 299 of 381



View our
e-Brochure

Q. Tiger, just how different does it feel this time around, it being The 150th Open and with so much emphasis on history this week?

TIGER WOODS: It really does. It feels more historic than it normally has. And it's hard to believe that because we are coming back to the home of golf. It is history every time we get a chance to play here.

But there's so much that's going on this week that to be able to play yesterday with Lee Buck and to hear him chatting the entire time over every shot as he's hitting the shot, and just to be able to have that type of experience. And tonight we're going to have our Champion's Dinner, because we only do it here.

It's hard to believe, it's been 150 years we've played this tournament. And it's incredible, the history behind it, the champions that have won here. As I said, it's hard to believe it's more historic, but it really is. It does feel like that. This does feel like it's the biggest Open Championship we've ever had.

Q. Just to follow up on that, obviously as a two-time Open winner, Greg Norman wasn't invited to all that is going on at the moment. I just wonder what your reaction to that decision was, Tiger.

TIGER WOODS: The R&A obviously have their opinions and their rulings and their decision. Greg has done some things that I don't think is in the best interest of our game, and we're coming back to probably the most historic and traditional place in our sport. I believe it's the right thing.

Q. Tiger, you've always said that this golf course is probably one of your most favourite golf courses.

TIGER WOODS: It is my favourite, yeah.

Q. It is?

TIGER WOODS: Yeah.

Q. Over the years and now, when you're playing, does that still give you that kind of challenge given all the advances with the ball, the equipment, or is it posing some new challenges?

TIGER WOODS: They've lengthened a few holes since I first played here in '95. And obviously they lengthened 8 this year. Yeah, I think every pot bunker has gotten a little bit deeper.

I remember, it's kind of funny when I look back at some of the historic videos of the guys playing out of the Road Hole bunker, and it really wasn't that deep. Now you can't see the grandstands when you get in there. All you see is clear, blue sky.

Yes, even with the advancements in technology, this golf course still stands the test of time. It's still very difficult, and it's obviously weather dependent. You get the winds like we did today, it's a helluva test.

On 10, I hit a 6-iron from 120 yards. It was blowing so hard. So you just don't get -- you just don't have opportunities to hit shots like that anywhere else. Then again, if you get a calm day on this golf course, you can see some players probably have four to five eagle putts.

It is weather dependent. The fairways, I think right now, are faster than the greens. So it's funny, when you hit some of the chip shots and some of the bump-and-runs, you have to allow more speed early, then play for breaks when they hit the green.

Again, with the amount of slope that's on these greens, if they get them too fast, it's unplayable when the wind gets up. We saw that when Louis won. We had a wind-out. We don't want that to happen. And it's understandable why they're a little bit on the slower side.

Q. After your accident, did you ever think that it would ever be possible that you'd be back here playing in The Open Championship at the home of golf? And because of that, does it make this the most special one yet?

TIGER WOODS: For the most part of my rehab I was just I was hoping that I could walk again, you know, walk normal and have a normal life and maybe play a little hit-and-giggle golf with my son or my friends at home.

But lo and behold, I've played championship golf this year. And once I realised that I could possibly play at a high level, my focus was to get back here at St Andrews to play in this championship being, as I said, it's the most historic one we've ever had. I just didn't want to miss this Open here at the home of golf.

This has meant so much to me. This is where I completed the career grand slam. At the time I had the record in scoring in all four major championships. So it meant a lot to me. This venue has meant a lot.

I remember coming around here, my very first practise round, I couldn't believe how stupidly hard this place is because I played every hole into the wind. I happened to have the tide change, and I played every hole into the wind. Where do you drive some of these par-4s? This is not what people say it is. All of a sudden it changes, and I see, no, these bunkers are now in play.

It's amazing the ingenuity that they had then that this golf course has stood the test of time to the best players. And as long as we've gotten collectively as a field, this golf course is still a challenge.

Q. Tiger, you've played a lot of practise this week. Have you learned anything new about the golf course? And is there anything in particular you're trying to get dialled in out there?

TIGER WOODS: I'm just trying to get used to the speed of the fairways and getting used to hitting the ball down and also giving more wide berth on shots, allowing for more drift on the wind. The ball just gets eaten up here when you play on links courses and seaside courses. The air is heavier, and you've just got to give it more room.

And sometimes it's just hard to see that and hard to understand. You've got to give it a little more 30 yards because obviously it's going to bounce, it's going to roll and then it's going to roll out another 40 yards once it lands. And that's just with a 7-iron in your hand.

So trying to get my mind right for that, I've been trying to do that, but the only way you can truly do it actually is to get out here and experience it. Today was good. It was good to play in this much wind because I know the forecast isn't for this much wind for the rest of the week, but it was good to get my mind opened up for these type of golf shots that potentially I'm going to have to play.

Q. Tiger, there's been a lot of photos on the bridge yesterday with the gang and today with Erica and whatnot. Has it felt at all different because of where you've come from and because of the fact that we may not be here for another however many years when you go over that bridge? Secondly, what do you think your anticipation is of how you'll feel when you do walk over it for the last time on Sunday, for the week?

TIGER WOODS: I have a photo in my office when I first played my first practise round, and I have that in my office, me sitting there, and it means a lot. I mean, the history and the people that have walked over that bridge.

I tell you what, honestly, now I've got to be a little more careful with spikes on that bridge. I don't quite have the agility that I used to. I almost ate it today.

Yesterday, to have Lee and Rory and Jack, and just stand there with them, that's history right there. Those guys are -- I watched them play this Open Championship, waking up, the telecast would come on at 5:00 a.m. on the West Coast to get a chance to watch them play and to see them hit the shots, and listen to Lee Buck talking about the small ball playing over here and what he used to do with it.

These are things -- and tonight, we're going to have these opportunities to talk about things like that, and that's what makes it so special.

Everyone has seemed to have made their farewell there. I got a chance to watch Arnold do it. Sorry. I watched Arnold hit his first tee shot on the second day in '95, and that was quite special. I was going on the range and just right down to time it up. Next thing you hear, I hear on the tee Ivor, I think he was announcing at the time -- "from USA, Arnold Palmer."

He gets up there and gives it the big ol' waggle and hits it up the middle of the fairway and his head is bobbing all over the place.

And seeing that, and I played probably about four or five holes behind Jack and Tom when Jack retired in '05. And hearing the roars get louder and louder and louder as we came towards the finish. You could hear the fans and the ovations that Jack got coming up 18 for the last time. And then the roar because obviously he made the putt. I mean, he wasn't going to miss that putt. We were talking about that yesterday. He claims he's never missed a putt. And I said, well -- that he can recall.

So it's great to be a part of this Open Championship. As I said, it feels more historic. And I'm looking forward to the challenge.

**Q. Do you think you'll feel any different on Sunday? It could be seven years, six years until we're back here.**

TIGER WOODS: Who knows? I don't know, if it is that long, whether I will be able to physically compete at this level by then. It's also one of the reasons why I wanted to play in this championship. I don't know what my career is going to be like.

As I told you, I'm not going to play a full schedule ever again. My body just won't allow me to do that. I don't know how many Open Championships I have left here at St Andrews, but I wanted this one. It started here for me in '95, and if it ends here in '22, it does. If it doesn't, it doesn't. If I get the chance to play one more, it would be great, but there's no guarantee.

**Q. Tiger, if I may just come back to what you said about Greg. You said in your belief he has done things that are not in the best interest of the game. Can I ask what you mean by that? What falls under that criteria to you?**

TIGER WOODS: I know what the PGA TOUR stands for and what we have done and what the TOUR has given us, the ability to chase after our careers and to earn what we get and the trophies we have been able to play for and the history that has been a part of this game.

I know Greg tried to do this back in the early '90s. It didn't work then, and he's trying to make it work now. I still don't see how that's in the best interests of the game. What the European Tour and what the PGA TOUR stands for and what they've done, and also all the professional –– all the governing bodies of the game of golf and all the major championships, how they run it. I think they see it differently than what Greg sees it.

**Q. Tiger, it's been such a weird time in professional golf. I'm wondering if you're optimistic about the future of the game.**

TIGER WOODS: I am. I'm very optimistic. We're in the greatest golf boom ever right now because of COVID. It's allowed us as a sport to get outside and be outside and to participate and do some physical activity and get out of the house and still not worry about COVID.

And so because of that, golf has been on an incline and on a boost that we've never seen before, and I hope it continues that way.

There's so many new, young golfers that are coming up. Just look at the TOUR, the average age is getting younger and younger, and they're just getting better earlier and faster and they're winning at earlier ages. I was always told that you don't peak until your late 20s, early 30s, but you're seeing guys win championships in early 20s now and doing it consistently.

So the game has gotten better, and it's only going to continue to get that way. I hope that we all understand that and continue the growth of the game in a positive way.

**Q. Tiger, your run-up here this week has been pretty ambitious, certainly compared to the first two majors. What was your strategy coming in, and also what's the balance you have to maintain in terms of overdoing it or not preparing enough?**

TIGER WOODS: Well, the difference is that I came here Saturday, and I didn't hit any balls. I just chipped and putted and walked. So really was no stress there. It was just try to get a feel, and J.T. and I went out there after dinner.

It's one of the neat things about coming out here. I stay at the Old Course Hotel, and I've gone out and putted a lot at 9:00 at night. I just go out to one of the greens, and I just putt.

It's neat to experience that, and to go out there with J.T., he's like my little brother. We just went out there and just had a great time.

Then Sunday I played 18. Yesterday I played nine. Today I played nine. So that was going to be it for me. I'll take tomorrow off. I'll practise, keep my feels. But I wanted to get a good sense of how the golf course is going to be playing but also conserve my energy, so that's why I'm taking tomorrow off.

**Q. A two-parter for me, if I may. Firstly, on a personal level, I remember writing a story about you some years ago on The Open where you'd moved into your accommodation, and I think the only demand you'd made was for a plank of wood to go in your bed to help your back. I'm wondering with everything that's gone on since then whether there's anything else you're having to do these days because obviously the**

rest times to get you up and ready to get out on the course must be quite sophisticated now, perhaps. Secondly, just following on from the LIV and the Greg story, what's your perception of the guys who are being tempted to go over and play for the LIV? What is your message for them, or what do you think of those guys who are being tempted?

TIGER WOODS: Okay. That's a lot of questions.

(Laughter).

First one, right? Plank of wood, right? Yes, I prefer sleeping on firm mattresses for my back. Only difference is I just ask for a lot more ice now.

As far as the second part of your question about the players who have chosen to go to LIV and to play on –– to play there, I disagree with it. I think that what they've done is they've turned their back on what has allowed them to get to this position.

Some players have never got a chance to even experience it. They've gone right from the amateur ranks right into that organisation and never really got a chance to play out here and what it feels like to play a TOUR schedule or to play in some big events.

And who knows what's going to happen in the near future with world-ranking points, the criteria for entering major championships. The governing body is going to have to figure that out.

Some of these players may not ever get a chance to play in major championships. That is a possibility. We don't know that for sure yet. It's up to all the major championship bodies to make that determination. But that is a possibility, that some players will never, ever get a chance to play in a major championship, never a chance to experience this right here, walk down the fairways at Augusta National.

That, to me, I just don't understand it. I understand what Jack and Arnold did because playing professional golf at a TOUR level versus a club pro is different, and I understand that transition and that move and the recognition that a touring pro versus a club pro is.

But what these players are doing for guaranteed money, what is the incentive to practise? What is the incentive to go out there and earn it in the dirt? You're just getting paid a lot of money up front and playing a few events and playing 54 holes. They're playing blaring music and have all these atmospheres that are different.

I just don't see how, out of 54 holes –– I can understand 54 holes is almost like a mandate when you get to the Senior Tour. The guys are little bit older and a little more banged up. But when you're at this young age and some of these kids –– they really are kids who have gone from amateur golf into that organisation –– 72-hole tests are part of it. We used to have 36-hole playoffs for major championships. That's how it used to be –– 18-hole U.S. Open playoffs.

I just don't see how that move is positive in the long term for a lot of these players, especially if the LIV organisation doesn't get world-ranking points and the major championships change their criteria for entering the events.

It would be sad to see some of these young kids never get a chance to experience it and experience what we've got a chance to experience and walk these hallowed grounds and play in these championships.

**Q. Tiger, you've said throughout this comeback that golf is not the hard part, it's walking. Obviously Augusta is a super tough walk, and you struggled physically at Southern Hills. How are you finding your body responding to this walk compared to those two?**

TIGER WOODS: It's still not easy. Granted the inclines are not steep in any way. They're not –– the declines are not steep. But it's the unevenness that is still difficult on me. I have a lot of hardware in my leg. So it is what it is. It's going to be difficult.

Yes, the walk is certainly a lot easier than those two championships that I played in before this year. I'm able to walk a lot more holes. Also, then again, I've gotten a lot stronger since then. I spend more time now that I've gotten a chance to work in the weight room and get stronger and get the endurance better in my leg.

Playing Augusta, I didn't know. My leg was not in any condition to play 72 holes. It just ran out of gas. But it's different now. It's gotten a lot stronger, a lot better. Hopefully it will continue to get that way. But again, as I said, having a lot of hardware in there makes it a little bit of a challenge.

**Q. Tiger, understanding your physical state and, as you say, the very limited schedule going forward, what have you learned this year about the challenge of playing so little? In terms of sharpness, in terms of TOUR golf, month off, playing again. What's been the biggest challenge?**

TIGER WOODS: The biggest challenge is I'm not playing tournament golf to get tournament ready for the majors. I'm not hitting shots in tournaments to know what works and what doesn't work. I've had to do that at home. Yes, I can do that. I can do that at home to a certain extent, but it certainly is a lot better when I'm able to play tournament golf to feel tournament hardened coming into these big events.

But that's no longer my future. I'm not going to be able to do that again. So this is what my future is, a very limited schedule. I'm going to have to somehow figure out a way to practise in game efficiently and come to these events maybe just a little bit earlier and get more looks and try to get a better feel for it, and really trust what I'm doing because I hadn't proven it to myself in any other tournaments prior to this.

Hey, just the fact that I was able to play Augusta when I just started weight bearing six weeks prior to the event, that to me was quite an accomplishment. Then Tulsa was another accomplishment. So this whole year has been something that I'm very proud of that I'm able to have gotten to this point with my team to get here to where I've been able to play in these tournaments when it looked like I would never have this opportunity ever again.

**Q. The history of the game has always been a very important part of your golfing development, I feel, because you've always appreciated it. Do you think that young kids who are planning to be the next Tiger on the golf course take this into account, or are they just too much all about golf?**

TIGER WOODS: In what way? I'm trying to understand.

**Q. The fact that you love the history of the game, and the modern kid probably couldn't tell you the first thing about who won what before Tiger.**

TIGER WOODS: Well, I think it's different. I guess nowadays you can just look it up on your phone. And you don't have to go to the library and try and figure out who won what. You can just look it up on your phone, and the world has changed dramatically.

The history of the game is certainly something that I've taken to heart. I think it's a very important part of understanding the development of our game, where we've come from, especially for me, for a person who's had to struggle at times for admittance into clubhouses or onto golf courses.

So I understand it from a different historical side too as well. But you have to appreciate everything about this game, how it's developed, and the people who have paved the way to allow us to play in these events, who created the energy behind it.

The first time golf was ever on TV was Arnold Palmer making a birdie-birdie finish to win. What he did for our sport TV-wise was incredible. Then I came along right when the Internet hit, so that took it to another level.

Now these kids are dealing with so much information at a younger age. I hope they appreciate it, and I hope they do understand it.

There's so many great champions, like yesterday for instance, that were out there, that I hope a lot of these -- some of these kids who were watching at home got a chance to appreciate that, to see them playing out there.

I saw Bob Charles out there on 18 hitting. I think he won in '63 or something like that. Just to be able to see that in person, live, God, it was just so special. I just hope the kids appreciate that.

Q. Does your son appreciate the past?

TIGER WOODS: He does. He understands the history of the game because I make it important to understand where this game has come from and also his heritage, where he's come from. He's come from a very mixed background. So just understanding where you come from and understanding this game, how hard I had to work to get to where I was at. I had to earn it every step of the way.

Nothing's ever given to you. You have to go out there and earn it, and I earned it through the dirt. I'm very proud of that.



**About ASAP Sports** · **FastScripts Archive** · **Recent Interviews** · **Captioning** · **Upcoming Events** · **Contact Us**

FastScripts | Events Covered | Our Clients | Other Services | ASAP in the News | Site Map | Job Opportunities | Links

**ASAP Sports, Inc.** | T: 1.212 385 0297

# EXHIBIT 26

# Legal Source: Tiger Woods Just Helped DOJ's Anti-Trust Probe of PGA Tour

By Jeff Smith  -  JULY 12, 2022



*Tiger Woods speaks to the media in a press conference during a practice round prior to The 150th Open at St Andrews Old Course on July 12, 2022 in St Andrews, Scotland.(Posterize by Pro Golf Weekly. Photos by Harry How via Getty Images)*

A Boston attorney emailed me this afternoon and asked, "Did you see Tiger Woods' statements today? He stepped in it big time relative to DOJ's anti-trust probe."

I emailed my source and asked to clarify.

He replied as follows (full email thread):

From: Redacted
Sent: Tuesday, July 12, 2022 1:23 PM
To: Jeff Smith
Subject: RE: Tiger Woods/PGA Tour Collusion

Tiger attempted to intimidate college golfers, saying that by signing on with LIV Golf these young prospects would be forfeiting the chance to play in major championships.

He also rather unwisely expounded on the "governing bodies" possibly changing "the criteria" that would effectively ban LIV golfers from major championships.

Here's Tiger's key quote from the open's website:

*"Some players have never got a chance to even experience it. They've gone right from the amateur ranks right into that organization and never really got a chance to play out here and*

*what it feels like to play a TOUR schedule or to play in some big events.*

*"And who knows what's going to happen in the near future with world-ranking points, the criteria for entering major championships.*

*"The governing body is going to have to figure that out.*

*"Some of these players may not ever get a chance to play in major championships. That is a possibility.*

*"We don't know that for sure yet. It's up to all the major championship bodies to make that determination.*

*"But that is a possibility, that some players will never, ever get a chance to play in a major championship – never get a chance to experience this right here, walk down the fairways at Augusta National."*

I sent the above statement to [email redacted] at the DOJ's Anti-Trust Division in DC.

This is straight up mob talk: "Nice golf swing you got there. Be a shame if you never got a chance to play in a major – never got to experience the Open at St Andrews, or a walk down the fairways at Augusta National."

Bottomline, this a clear-cut violation of the Sherman Antitrust Act, which states, "When competing firms get together to divide business between them, or to make other anticompetitive arrangements that provide no benefits to the consumers, the Government will act promptly to protect the interests of the American consumer."

Does not offering world-ranking points to the LIV Tour, which has stronger fields than every worldwide tour on the planet, other than the PGA Tour, benefit the consumer? Of course not.

Does banning the best players in the world from majors (because they play on a different tour) "benefit the consumer?" Of course not. It benefits only the monopoly known as the PGA Tour and its allies in the governing boards.

As we've discussed, without world ranking points, the LIV Tour dies rather quickly. With world-ranking points, the PGA Tour dies slowly.

From: Jeff Smith
Sent: Tuesday, July 12, 2022 12:56 PM
To: Redacted
Subject: RE: Tiger Woods/PGA Tour Collusion

Context... clarify?

From: Redacted
Sent: Tuesday, July 12, 2022 12:39 PM
To: Jeff Smith
Subject: Tiger Woods/PGA Tour Collusion

7/30/22, 6:56 PM
Legal Source: Tiger Woods Just Helped DOJ's Anti-Trust Probe of PGA Tour | Pro Golf Weekly

Did you see Tiger Woods' statements today? He stepped in it big time relative to DOJ's anti-trust probe.

*Tiger Woods speaks to the media in a press conference during a practice round prior to The 150th Open at St Andrews Old Course on July 12, 2022 in St Andrews, Scotland.(Photo by Keyur Khamar for PGA Tour via Getty Images)*

### Jeff Smith

*https://www.progolfweekly.com/author/jeff/*

Jeff is a writer and content producer for Pro Golf Weekly. He is working on a new book, GOLF'S WORLD WAR, documenting the battle for tour supremacy that pits the monopolistic PGA Tour against its upstart rival, LIV Golf - the Greg Norman-led breakaway tour. Jeff can be reached by mail: jeff at progolfweekly dot com

✉

# EXHIBIT 27

5/2/22, 10:20 PM      Sports Media: NEP close to Liv Golf deal; could it be costly?

Case 5:22-cv-04486-BLF    Document 2-5    Filed 08/03/22    Page 310 of 381





## Sports Media: NEP close to LIV Golf deal; could it be costly?

5.2.2022



BY JOHN OURAND

**N**EP Group is close to signing a deal with LIV Golf — a move that has the potential to create some upheaval in the television production world.

That's because NEP already has a deep relationship with the **PGA Tour**, which has been dissuading its corporate partners from working with the Saudi-backed upstart league.

Essentially, the PGA Tour's partners have to decide whether it's worth the risk of angering tour executives in order to grow their business — and presumably cash a big check — with LIV Golf.

For the most part, the PGA Tour's messaging has been delivered. If NEP signs a deal, it would become one of the only companies to work with both the PGA Tour and LIV Golf.

But conversations with several executives say that NEP was one of a handful of production companies that officially bid on the rights to handle the TV production for LIV Golf tournaments, which start June 9 from the Centurion Golf Club near London.

At the beginning of April, LIV Golf chose NEP's bid over ones from companies including **Game Creek Video** and **Gravity Media**, according to several sources.

Nothing has been signed yet. The two sides still are negotiating to see if a deal can be had.

That's where the intrigue comes into play. Most of the companies that have relationships with the PGA Tour have not engaged LIV Golf. Sports media has long been described as a relationship business, and these companies have little interest in potentially angering a longtime partner in the PGA Tour.

Just this year, the PGA Tour started nine-year media rights deals with **CBS**, **ESPN** and **NBC** that run through 2030.

As part of these deals, the PGA Tour took the lead on the television compounds at their events. That means that instead of CBS and NBC rolling production trucks to the events they carry, the

0 All Access articles remaining | **SUBSCRIBE TODAY** ▶



PGA Tour is responsible for setting up the compound.

The idea is that such a move would make the quality of the telecasts more consistent through the tournaments.

The PGA Tour hired NEP and is using its trucks for those compounds. Should it cut a deal with LIV Golf, it's unlikely that the PGA Tour would stop working with NEP. But it appears likely that

their relationship would become more strained, at least in the beginning.

The other big question is who will carry the LIV Golf events in the U.S., considering that most of the big U.S.-based media companies already have deep relationships with the PGA Tour. Sources said LIV Golf had discussions about doing a deal with Fox, but those talks died down weeks ago.

*John Ourand can be reached at jourand@sportsbusinessjournal.com. Follow him on Twitter @Ourand_SBJ and read his weekly newsletter and listen to his weekly podcast.*



;

© 2022 Leaders Group. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Leaders Group.

0 All Access articles remaining  |  **SUBSCRIBE TODAY**  ▶



# EXHIBIT 28

Exhibit 28

| Date | Event | Source |
|------|-------|--------|
| **FRE 1006 – Summary of PGA Tour Leaning on Major Organizations to Do Its Bidding** | | |
| | | |
| **The Majors** | | |
| Jan. 2020 | PGA Tour Commissioner Jay Monahan said to the PGA Tour Policy Board, "We have liaised with each [Major] organization to learn of its position regarding Private Equity Golf." | Brass Decl. Ex. 4 |
| July 2022 | Presidents Cup Captain and Hall of Fame Golfer, Davis Love III states, "Well, here's the biggest lever; and it's not the nice lever . . . . But if a group of veterans and a group of top current players align with 150 guys on the Tour, and we say, 'Guess what? We're not playing,' that solves it, right?  If LIV guys play in the U.S. Open, we're not playing.  If they sue in court, and they win, well, we're not playing.  You know, there won't be a U.S. Open.  It's just like a baseball strike." | Brass Decl. Ex. 33 |
| **PGA of America** | | |
| May 2021 | Within 24 hours of PGA Tour Commissioner Jay Monahan's threats to ban for life from the PGA Tour golfers who join LIV Golf, PGA of America CEO Seth Waugh publicly indicated the PGA of America's support for the PGA Tour and the European Tour:  "We are in full support of the PGA Tour and the European Tour regarding the current ecosystem of the professional game." | Brass Decl. Ex. 21 |
| May 2021 | At the PGA Championship, CEO Waugh said that the PGA of America would ban players from future PGA Championships and the Ryder Cup if they joined LIV Golf.  Specifically, he said, "If someone wants to play on a Ryder Cup for the U.S., they're going to need to be a member of the PGA TOUR -- excuse me, a member of the PGA of America, and they get that membership through being a member of the TOUR . . . . It's a little murkier in our championship, but to play from a U.S. perspective you also have to be a member of the TOUR and the PGA of America to play in our championship, and we don't see that changing."  Mr. Waugh also indicated consensus with the European Tour: "I believe the Europeans feel the same way, and so I don't know that we can be more clear kind of than that." | Brass Decl. Ex. 28a |
| Sept. 2021 | At the Ryder Cup, PGA of America representatives privately threatened golfers and their representatives with bans from future Ryder Cups and the PGA Championship if they joined LIV Golf. | Compl. ¶ 154 |
| May 2022 | Mr. Waugh repeated the threat a year later at the 2022 PGA Championship, saying: "As I said, we're a fan of the current ecosystem and world golf ranking system and everything else that goes into creating the best field in golf.  Right now we really -- I don't know what it'll look like next year.  We don't think this [LIV Golf] is good for the game and we are supportive of that ecosystem.  We have our own bylaws that we will follow towards those fields."  He was then asked by the media, "I'm sorry, do your bylaws preclude letting those players [players who played in LIV Golf] play?"  Mr. Waugh responded, "Not specifically, but our bylaws do say that you have to be a recognized member of a recognized Tour in order to be a PGA member somewhere, and therefore eligible to play." | Brass Decl. Ex. 28b |

| Date | Event | Source |
|---|---|---|
| **FRE 1006 – Summary of PGA Tour Leaning on Major Organizations to Do Its Bidding** | | |
| June 2022 | In June 2022, the 2023 PGA of America Ryder Cup Captain Zach Johnson repeated the same unfounded threat and expanded it to suggest that Player Plaintiffs will not be eligible for the 2023 Ryder Cup.  When he was asked by the media whether a player who plays in LIV Golf will be eligible for his 2023 Captain Picks, he responded, "The way that we're members of the PGA of America is through the PGA Tour.  I'll let you connect the dots from there." | Brass Decl. Ex. 28c |
| **Royal & Ancient (R&A)** | | |
| May 2021 | Within 24 hours of PGA Tour Commissioner Jay Monahan's threats to ban for life from the PGA Tour golfers who join LIV Golf, the CEO for the R&A, Martin Slumbers, which sponsors The Open, stated, "we have longstanding and deep relationships with the European Tour and the PGA Tour" and are "supportive of them." | Brass Decl. Ex. 21 |
| Dec. 2021 | The R&A rescinded the Asian Tour's Order of Merit winner's entry into the Open Championship in order to deter the Asian Tour from partnering with LIV Golf. | Brass Decl. Exs. 28d, 28e |
| Mar. 2022 | The CEO of the R&A, Martin Slumbers, and the Chairman of Augusta National, Fred Ridley, called the CEO of the Asian Tour, Cho Minn Thant, to threaten consequences relating to the Asian Tour's position in the current "ecosystem" if the Asian Tour continued to support LIV Golf and its LIV Golf Invitational Series. | Compl. ¶ 157 |
| July 2022 | In July 2022, the R&A demonstrated its alignment with the PGA Tour by publicly disinviting two-time Open Championship winner Greg Norman from champions events at the 150th Open Championship because he is the CEO of LIV Golf.  The R&A also discouraged Mr. Mickelson, who is playing with LIV Golf, from joining champions events. | Brass Decl. Exs. 28f, 28g. |
| July 2022 | At the Open Championship in July 2022, R&A CEO Martin Slumbers suggested the R&A may revise its eligibility criteria in light of players' decision to join LIV Golf. | Brass Decl. Ex. 28h |
| **August National (The Masters)** | | |
| May 2021 | Within 24 hours of PGA Tour Commissioner Jay Monahan's threatening to ban for life from the PGA Tour golfers who join LIV Golf, Augusta National issued a statement that "[t]he PGA Tour and European Tour have each served the global game of golf with honor and distinction . . . . As it has for many decades, the Masters Tournament proudly supports both organizations in their pursuit to promote the game and world's best players." | Brass Decl. Ex. 21 |
| Feb. 2022 | The Augusta National representatives threatened to disinvite golfers from The Masters if they joined LIV Golf. | Compl. ¶ 158 |
| Apr. 2022 | Mr. Ridley personally instructed a number of participants in the 2022 Masters not to play in the LIV Golf events. | Brass Decl. Ex. 28i |
| May 2022 | The PGA Tour also encouraged Augusta National representatives to attend Tour Player Advisory Council meetings to discuss ramifications of players participating in LIV Golf events, further demonstrating how the Tour has leaned on Augusta National to aid it in dissuading golfers from joining LIV Golf. | Compl. ¶ 159 |

# EXHIBIT 28a

Case 5:22-cv-04486-BLF   Document 45-5   Filed 09/03/22   Page 316 of 381



about ASAP Sports    FastScripts archive    recent interviews    products

Our Clients:      

## Browse by Sport



- Auto Racing
- Baseball
- Basketball
- Boxing
- CoSIDA
- Cricket
- Equestrian
- Extreme
- Football
- Golf
- Hockey
- Lacrosse
- Soccer
- Swimming
- Tennis
- Track & Field
- Volleyball
- Wrestling

## Find us on  

 Subscribe to RSS

 Click to go to
Asaptext.com

# PGA CHAMPIONSHIP

## May 18, 2021

### Jim Richerson
### Seth Waugh
### Kerry Haigh

*Kiawah Island, South Carolina, USA*

**The Ocean Course at Kiawah Island**
**Press Conference**

JULIUS MASON: Good morning, everyone, and thank you very much for being with us this week for the playing of the 2021 PGA Championship, as we get back to our regular May date. Before we tee off on Thursday morning at 7:00 we want to make sure you have some quality time with the PGA of America president, Jim Richerson, CEO Seth Waugh, and chief championships officer, Kerry Haigh.

Jim, this is always a very special week in golf and the sports world, but there's a little something different about this year's championship, isn't there?

JIM RICHERSON: Yeah, thanks, Julius. Obviously the last year has been really challenging for everyone in the country. This event is our championship, and we like to treat it as our 28,000 are like family and our players and our champions are like family.

First and foremost we're missing two of our champions this year, two-time PGA champion Vijay Singh had to pull out, and four-time PGA champion Tiger Woods won't be here. We wish them both a speedy recovery. Hopefully Vijay feels well enough to play next week in the KitchenAid Senior PGA in Tulsa.

We all hope that Tiger has a speedy recovery and gets back to being 100 percent as a father and hopefully we see him back out on the TOUR and our events later this year.

Last year was a big challenge for the entire industry. 2020 at Harding Park was a really interesting PGA Championship. Kerry Haigh and his team did an unbelievable job in a lot of respects. It may have been our most successful PGA Championship, being able to pull it off in the way that Kerry and the team and the PGA did in that type of environment.

Fast forwarding to today, we're here at the Ocean Course at Kiawah. Unbelievable amount of work and the team that put it together. Really have to thank the owner, Bill Goodwin here, of Kiawah Island Golf Resort; Roger Warren, who's the president of the resort and a PGA member, past president of our association; Brian Gerard, the director of golf operations; Jeff Stone, the superintendent who's just got the golf course in phenomenal condition.


View our
e-Brochure

I think you've heard that from players already this week, how firm and fast and what a test the Ocean Course is going to be this week.

And our Carolinas PGA, the section here that covers the state, both North and South Carolina, almost 1,800 PGA members and the job that they're doing as part of this championship and all the work that they're doing to grow the game has been unbelievable.

Even though we had to adjust like everybody did this past year, we saw golf really kind of bounce back in record numbers. Rounds of golf were up 14 percent year over year. We had over a half a million new juniors that got introduced to the game, and our 28,000 men and women around the country were at the forefront of that introducing and inviting new players into the game and keeping them engaged as we move forward into 2021.

There was a lot that we had to deal with as an association, as an industry this past year. A lot to be proud of. And then we are now here today for the 2021 PGA back in May, and we've got some exciting things.

Our week kicked off yesterday with our PGA HOPE Secretary's Cup, which if you're not aware, HOPE stands for Helping Our Patriots Everywhere. We've got hundreds of PGA members around the country that are involved in that program. It's the only golf program for veterans that actually is approved by the VA as rehabilitation.

So it's not just teaching them golf but it's helping with life skills and kind of acclimating back into society. When you hear those veterans talk about how much that program means to them, how it saved their life, how it saved their relationships and their marriages, it's pretty powerful to think that the game of golf is utilizing a way to do that is pretty special.

And then of course this week it's about our championship, our major, and part of that is our team of 20, our 20 PGA club professionals that qualified for this championship. We're very proud of the work that they do in representing all 28,000, not only operating and teaching and coaching the game at the highest level, but playing the game at the highest level.

Kind of led by our champion, Omar Uresti, and we've got some other really skilled players, Danny Balin for instance, or Rob Labritz are both playing in their eighth PGA Championship. They're great players. Rob made the cut at Bethpage Black a couple years ago, so we're looking forward to cheering that team of 20 on and hopefully seeing them play on the weekend, as well.

We've had a lot that's gone on the last year. The entire staff of the PGA of America led by Seth and the championship team led by Kerry and really our 28,000 men and women have bounced back and I think really helped drive the industry forward, and we're seeing those rounds continue to be at record numbers into 2021.

Hopefully we'll be able to shine a spotlight this week not only on the greatest players in the game, but also on some of the great work that's being done by PGA members around the country.

JULIUS MASON: Jim, I also know you're really excited about a new programming element that we're launching this week. Can you talk about that?

JIM RICHERSON: Yeah, the PGA Coaching Live and the Coaching Channel, for the first time we have it on the driving range. From today through Friday that'll be on PGA.com as well as ESPN+, but some of the best coaches in the country really analyzing the best players in the world, but also how to help the recreational golfer, the everyday golfer.

We have our teacher of the year, Mark Blackburn. We've got professionals like Joanna Coe, Joe Hallett, Rich Jones, and then Collin Morikawa's coach who helped him to a major victory; Rick Sessinghaus is here, too.

He's been splitting time between the golf course with Collin, obviously getting him ready to defend this year, but also giving tips to the recreational golfer but also analyzing the best players in the world.

This is something we've already gotten a lot of positive response back from our PGA members, from members of clubs and golfers around the country talking about how this is going to help them in their everyday games.

Hopefully they'll be able to watch the best players in the world this week but also get some tips that'll help their game, as well.

Case 5:22-cv-04486-BLF Document 24-5 Filed 08/03/22 Page 318 of 381

JULIUS MASON: Jim, golf has seen a huge rise in popularity and rounds played over the last year as a result of the pandemic. That increase has raised a huge demand for more employees within the industry. How can the PGA of America help?

JIM RICHERSON: Well, it is a large industry. $84 billion industry. Over two million jobs are created by the golf industry. We've seen -- we talked about record numbers this past year, not only in rounds of golf, but club sales and the industry as a whole is in a really positive place.

Now it's really our job to keep those new golfers engaged, keep them playing the game, but it's also a great thing to get involved with.

We have 18 PGM universities and colleges around the country that offer a professional golf management program, and it's a great time to get into golf as an industry. People that are involved in the industry are very passionate about golf, very passionate about growing the game, and right now it's a great time to get involved.

The industry is thriving. We're looking to hire very qualified young men and women or those that are looking for second careers. We'd love nothing better if somebody is excited about the game and wants to get involved and make it a career, we have opportunities either through our partnerships with the university programs or just through PGA of America itself.

It's a great industry with a lot of great people and a lot of really passionate people, and the PGA professional is a big part of that.

So we'd love to invite those that are interested in getting involved in the game to play it, interested in going into it as a career or interested in being involved in any way possible, we've got opportunities and options for them.

We've got our own career services department at the PGA of America, led by Scott Kmiec and the team, and they're doing great work in elevating the status of PGA members into? General managers positions, executive positions in the industry.

We have PGA members going into the media, so all aspects. Our career services department has worked really hard over the last couple years to offer that to different companies and golf courses around the country.

But we'd like to invite anybody from any type of background, if you're interested in getting into the game to play it or as a business or as a job, welcome aboard.

JULIUS MASON: Thanks very much, Jim. Seth, as Jim pointed out, it's been a very busy year already up to this point, not to mention a Ryder Cup coming at us in September. I know there's another initiative that you're very proud of.

SETH WAUGH: Yeah, first of all, I just want to say hello. It's kind of nice to be back with human beings in this beautiful place. I think we're all sort of smiling a little extra.

As I said earlier, it's sort of a coming out party if you will for the game. We're excited about that.

As Jim said, we're really proud of what we pulled off last year, and I think we were smart about how we did a lot of things.

As an industry as well as us.

And we want to be smart on the way back out. You saw that we've tried to be as responsive to literally situations that are changing every day in terms of CDC recommendations, et cetera, et cetera, to have here.

It's going to be -- this is an amazing site. As Jim said, we have great friends here. All you've got to do is walk on and it's like a happy pill.

Last year when we put tickets on sale here we sold out in a week. Monday after Harding Park, and we were out of tickets by the end of the week. We were disappointed we couldn't fulfill all those requests, but we're proud of what Kerry and the team are pulling off.

It looks like we're going to have amazing weather. The golf course, as Jim said, I've talked to 25, 30 players, all of whom are gushing about what Jeff and Kerry and his team have put together here, and now my job is just to stay out of the way and let Kerry do his thing.

We know, again, as Jim said last year was maybe his finest moment and our most significant championship in the sense that we were the first major back, really the first sporting event that mattered, and what he pulled off on Sunday was amazing.

Obviously the players helped, but we hope to have that same sort of theater again this year and hopefully a playoff, right, Kerry, if we can pull that off.

As I said, it was a long, hard year, but we entered the crisis, if you will, with a concept that if we could be both smart and human and sort of try to get everybody to the other side of this thing, that we could actually come out of it stronger in a variety of ways. Not necessarily financially, though we've done well there to shore up things, but more importantly with our brand and our relationships and our culture.

I'd say that that is not only true across the PGA of America, but I think across the industry because of how we worked together, which I'll really get to Julius' question in a second.

By the way, if everybody thought I was going to talk less because you had me stand up, it's not working.

We started out with sort of Jim talked about the members. We're so proud of what they did. If you think about it, and I don't want to be overly dramatic, but they were the front line workers. We had this concept that golf could be part of the solution rather than part of the problem, and we had -- working with Jeff Price in the back and John Easterbrook, head of membership, we had Back-to-Golf program which followed CDC guidelines. We approached the CDC and said, We think we can be part of the solution here, which they totally agreed with, and reintroduced golf through the industry back to playing.

And then I'm really proud of the industry in terms of what Jay did in terms of being the first sport really back and on television. When he was talking about playing in June and May, I think everybody thought he was crazy, and yet he pulled it off. We pulled it off as an industry and worked together to create a schedule.

We tried to help the most in need and we created an emergency relief fund, which gave about $8 million to those in the industry that were most in need.

We also wanted to approach every one of our partners and say, Okay, what problems do you have? How can we help? And they were great partners to us and we think we were great partners to them in creating generational relationships.

Every one of those partners has stuck with us. Every one of them is here in some form this week. And we've added some. Notably Rolex has come back into the family.

Not only did we take advantage of a crisis, if you will, but we've come out of it sort of stronger than we went into it.

The other thing that's really happened is the industry has come together. We've sort of coined the phrase "Golf, Inc.," and we can accomplish a whole lot more together. We're sort of the board of directors of the game, if you will. There's lots of things that we can do together.

So last June as golf was sort of coming back and as Jim said, we were starting to see this kind of wild participation growth fueled by our members, I made a call to Jay and to Mike Whan and said, Look, we have both an opportunity and an obligation to do two things. One is let's assume Tiger bursts on the scene now. What would we do differently that we didn't do 20 years ago to make sure that was generational growth as opposed to six months of fame, right.

So how do we grow it -- how do we sustain this growth. How do we make it not a year of golf but a decade of golf, if you will.

And then number two is how do we make the golf look different than it has. How do we make it look more like the world so maybe the world will behave a little bit more like the game. It was right in the height of the social justice sort of movement that has sprung.

Since then we've convened a call with all sorts of industry players, club manufacturers, management companies, all the other golf bodies, and from that we've created six workstreams that are looking at everything in the game to make it both grow and get more inclusive, as well.

There's procurement, there's employment, there's a marketing campaign, there's all sorts of things. From that, a number of things have happened. Last week or two weeks ago, we held what is called our PGA Collegiate Works Championship. It is the old essentially HBCU National Championship. We have owned it

for 20 years or so. When it struggled we took it on and we've done really good things with it. Created a job fair. Kept it alive. Hosted it at our home in Port St. Lucie. But we thought we could elevate it.

We talked to our friends at Comcast who's come in as a partner both on the broadcast side as well as financially, and the TOUR, as well, who hosted it at TPC Sawgrass. So these kids got that opportunity. They had a job fair at the new world headquarters of the TOUR.

We're opening eyes to what Jim referred to, which is an $85 billion industry with two million jobs. You don't have to play it to be in it. There's all sorts of other things you can do. The idea there is to elevate it around this event to ultimately hopefully do a lot towards endowing HBCU golf programs around the country.

Exciting stuff that's going on. The industry is working hugely well together. We have a marketing campaign that you'll see soon, which is called Make Golf Your Thing. We think that will also kind of elevate how to play the game in all forms. It's not 18 holes as a measurement anymore. It's sort of -- if you went to Top Golf and you played three holes or nine holes or swung in a mirror, that's golf. And how do you do it in whatever sort of digestible form that there is.

So we're excited about where we're going. We think the industry, again, has never been more aligned towards doing this together. We obviously have our mission is to serve our members and grow the game. But now we've got a lot of company doing it, and hugely excited about it.

From a Ryder Cup perspective, we're excited about -- obviously we worked with the industry last year to postpone it for a year. We have every hope and every desire and we're working very hard to make it an absolute full fan experience.

We're working obviously with the state and local governments to have all those conversations. It'll be fluid. But our plan is to have a Ryder Cup in a way -- have it be the greatest Ryder Cup in history. I think the world as we've seen is ready to have a party.

The Olympics is going to happen it looks like, but not in the way that you would hope it would. And so this is really going to be the first time to cheer for your country, to have that sort of tribal -- in-person anyway -- to have that sort of tribal atmosphere that is so important.

We're hopeful that September will be one of the great events in golf and a great sort of exclamation point to the end of this thing. We think it's all going to happen fast from here, certainly from a U.S. perspective. I realize the world still has a lot of challenges out there, but from a U.S. perspective we're really hopeful we'll be able to pull it off.

JULIUS MASON: Thank you very much, Seth. Kerry, you were here 30 years ago setting up this golf course for the Ryder Cup. Since then a lot of other major championships. The one thing that remained constant was the discussion about the wind out here. What can the best men's players in the world expect this week?

KERRY HAIGH: Yeah, well, thanks, Julius, and firstly, it's an honor to have returned to the Ocean Course. Some great memories here starting with the Ryder Cup. We've had our PGA Professional Championship here, KitchenAid Senior PGA Championship, and two PGA Championships.

What a great golf course. I think it's probably one of the most difficult golf courses in the country. Pete and Alice Dye did an unbelievable job designing it, and I'm sure Pete is looking down on us and excited for what is coming ahead this week.

I can't tell you how excited I am. I think the golf course is just in beautiful condition. Jeff Stone, superintendent, and all his team, have done an unbelievable job preparing this golf course for what I hope and we hope will be one of the most interesting, challenging, and exciting championships we've ever had.

The forecast, obviously we've got a pretty good forecast, and hopefully that remains. One of the fun things or potentially good things about that is we're going to have this -- potentially this east wind for a couple of days and then it may switch to the west, totally 180-degree switch.

Which if it does, again, Pete and Alice will be just lapping it up. That's in part why they designed this golf course as they did. 7800 yards is certainly the longest golf course in championship history, but they designed it for that reason. So because of the wind and the effects it has downwind, Pete was the first to

say, Yeah, you need plenty of length. But into the wind you have that ability, they built enough tees, enough teeing options for us to give some variety and make it playable for the players.

Could not be more excited.

As we have in previous championships, the sandy areas will not be bunkers, and we've notified all the players of that. So players will be able to take practice swings out of the sand areas. It's part of the general area. But if a ball is embedded in that sand, there is no relief from the loose sand.

We've notified the players and the caddies of that, and hopefully they're plenty aware of it as they were at our previous championships.

Distance measuring devices we are allowing for the first time in the PGA Championship. We have allowed them for a number of years in our other championships. We feel potentially here it can certainly help if you hit the ball off line, which occasionally could happen. That potentially will help the speed of play in those circumstances.

But obviously we realize the yardage book and the other information that the caddies and the players learn over the practice rounds will still be just as important as it ever was.

Now it's part of the rules of golf to be able to use them. We think now is the time to allow it at the PGA Championship.

Finally, we're proud of the strength of our field. 99 of the top 100 players in the world once again are playing here in the championship, and it's something we pride ourselves on at the PGA Championship, that we have the strongest field as measured by the Official World Golf Ranking.

It's a great field. Hopefully we can set the golf course up in a way that challenges the best players in the world, and I can't wait for Thursday morning to start and see how the best players in the world play this magnificent golf course.

JULIUS MASON: Kerry, thank you very much. We'll go ahead and go to the Q&A right now.

**Q. Kerry, you talk about the difficulty of this golf course. Could you address a little bit of the difficulty of setting it up and just the many challenges that come here with the shifting conditions?**

KERRY HAIGH: Yeah, well, great question. Yeah, I'd say I certainly get to know our weather team who are onsite very well and talk with them every night before we sort of set up for the next day and then every morning because, as you know, these winds can shift around during the day.

All you can do is make your best effort and best estimate on how you're going to set it up based on the information that we have. That's exactly how we always do it. We'll try and do it fairly with all the information that we have.

To your point, you've got to take into consideration every aspect that's out there.

Part of Pete's design, as I say, he has tees that are there and available for us to use based on those forecasts.

**Q. Seth, I appreciate you entered a statement two weeks ago, but the super league topic has still rumbled on as we've approached this tournament. Could you please expand and articulate on why that project is troublesome for the game or bad for the game and what your wider thoughts are?**

SETH WAUGH: Yeah, sure, let me just reiterate our statement first and then I'll talk a little bit personally. I probably have a little bit different perspective than some who have been in the game forever.

First of all, I think we were pretty clear, but our view is that the ecosystem of the game works very well. It's never worked better. The partnerships that exist with ourselves, with the TOUR, with the European Tour and really all the golf bodies are strong.

It's not perfect. I don't think you design -- if you were doing it today you wouldn't have all these bodies, but it doesn't mean you can't make it very functional and work well.

If someone wants to play on a Ryder Cup for the U.S., they're going to need to be a member of the PGA TOUR -- excuse me, a member of the PGA of America, and they get that membership through being a member of the TOUR.

Case 5:22-cv-04486-BLF Document 215 Filed 09/03/22 Page 323 of 381

I believe the Europeans feel the same way, and so I don't know that we can be more clear kind of than that. It's a little murkier in our championship, but to play from a U.S. perspective you also have to be a member of the TOUR and the PGA of America to play in our championship, and we don't see that changing.

The majors and the Ryder Cup are obviously a huge part of the ecosystem in the game. I think that's part of their design, and we think it's a flawed part of their design, to assume that that would be the case, because in our case, it's not the case.

That's hopefully pretty clear.

I think, look, I come from a world of disruption, and I think it's inevitable -- I actually think it's healthy. You either disrupt or you get disrupted. That's what this is.

You know, should it be a hostile takeover of the game I think is way too far. They've created this conversation, which by the way isn't new. It's been around since 2014 in different forms, has created change. It's created an alliance of the European Tour and the PGA TOUR which we think is really healthy for the game.

We encourage that, and I personally did, you know, had a lot of conversations with both sides, and we think that's healthy to be even more coordinated than we even have. It's created the Player Impact Program, which is a direct result of that.

I think -- so change is happening, and I think it's healthy change. Is it enough? I'm not sure yet. I don't know -- I struggle with what they're solving for. The game is not in crisis. Like the players -- the game has never been better from a participation standpoint. I think the players have never been better served than they are right now.

If you think about, this is a member-owned Tour, both of them are. And so they're for the benefit of the players. That's how it's designed. That's how we're designed. Like that's my job, is to be a fiduciary for the game and a fiduciary for our members and leave the room better than I found it, and that's exactly with a Jay and Keith and the guy who is standing behind you are doing every day.

If you think about what they've done over the years, whether it be the FedExCup and back to Deane Beman in creating the best pension plan on the planet, and then FedExCup, those are all designed with the players in mind.

So you're going to have a great life if you can get here. You're going to have a great life with a body that cares about you that is going to do everything they can to deliver that.

If you introduce a financial element, that all changes. I've, again, lived in that world. There has to be an exit. There has to be a profit. There has to be shareholders. There has to be a lot of things that change that dynamic of not-for-profits doing the right thing and always thinking about the game first, and their players.

I think you've just got to be careful sort of what you wish for. If that's a better way to watch a game, if a team format or less players -- we should talk about that sort of -- they should talk about it as an industry and think about whether there's better ways to conduct tournaments.

But I don't think anything is hugely broken, so I'm not sure what the solve is for totally, other than an outside body trying to disrupt and get into the game in a way that I don't think is in the best interest -- long-term interest of the game.

Q. Should we also be careful or mindful of where the money is coming from?

SETH WAUGH: Yeah, I think very mindful. I think enough said. But I think very mindful.

Money is money, right, and so money needs to have a return and have all those things that are associated with it, but some money is better than other money.

If the only weapon you have is money, you're going to keep -- that's what you're going to leave with, right. I think that's what's going on.

I don't think, particularly for younger players that are going to have a 20-year career out here, I just don't think they're going to be better off in that format than they already are. I honestly look -- I've talked to a

bunch of them. As you can imagine, you look them in the eye and you just say, Be careful what you wish for, because short-term gain feels good for a little while, but long-term gain is what makes lives.

**Q. You said about disruption, you guys just signed a deal with IMG Arena, which is gambling. Of course we're at a state where we are having the PGA Championship and we can't gamble here, so we can't bet this week. Are you looking at states where you've picked championships to go and working towards getting that changed to support what your efforts are on the gambling side?**

SETH WAUGH: Well, I'd say two things. I should have mentioned in my opening we're really excited about that partnership with IMG Arena and the TOUR who is doing a lot of data. I think personally and we all think it's going to be great for the game.

We talk about new entries from a participation perspective but also from viewership, and if you look at -- just look at what's happened in Fantasy Football and DraftKings and all these things that are creating games within a game. You look at cricket internationally which a lot of it is around the betting part of it which creates a lot of that interest.

I'm for anything that grows the game. I'm for anything that makes it better. Obviously we want it to be regulated. We want it done well, which is why we have great partners. We're excited about it, and I think it can really be a growth engine for viewership and hopefully participation, as well.

I've seen it firsthand in my 20 somethings, my kids and their friends. That that's what they like to do. It's happening in the stock market right now, right? It's also what gamification is already happening.

So I think it's all good. In terms of finding states, it's all happening pretty fluidly, and frankly we're committed pretty far out on our championships, not our -- certainly our men's majors, so we really don't have a lot of flexibility.

If we did, I'm not sure that would be a huge factor in what we're doing. I think it's -- again, this is a personal opinion, not the PGA, but I think it's going to happen state by state. It's too valuable to a state to not do it, and I think it will become the norm as opposed to the exception as states figure it out.

To predict 10 years out which states are going to have it or not, that's pretty hard. That's beyond my pay grade. We're not picking states by that, but we're excited about the trend.

**Q. Could you see the PGA of America lobbying legislatures in places where you are having tournaments to try to get this changed?**

SETH WAUGH: Probably a bridge too far. That's not our job. We hold championships and we grow the game and serve our members. If we thought it added something to our members by adding something to our championships I guess we could get our head around it.

If there was an industry effort we'd be a part of it, but I don't think we'd drive that.

**Q. Do you agree with that, Jim?**

JIM RICHERSON: Yeah, absolutely. I think we've got bigger regulatory things we're looking at that affect the golf industry.

Water rights on the West Coast and relief efforts for different golf courses have been left out of different relief bills in the past and things of that nature. Our efforts from a lobbying standpoint are a little more concentrated on those areas.

But absolutely, Seth is right. If it is a push for the industry and our other partners and other associations, it's absolutely something we'd look into. Just not a high priority right now.

**Q. Seth, obviously last year was a one off, but how has the move to May strengthened this championship?**

SETH WAUGH: That's a great question. Look where we are. We think this is a very different experience in May frankly than it would have been in August. Kerry should speak to that.

But we had a great event here in August, but you do get some rain and probably a little less wind; course conditions probably aren't quite as good.

We think -- I'll let Kerry jump in because he's lived it. It obviously shuts out certain parts of the country which is disappointing, but there's no perfect date for that, and we think it opens more than it closes.

Case 5:22-cv-04486-BLF Document 2-5 Filed 08/03/22 Page 324 of 381

And we think the cadence of the schedule is just better. If it's better for fans, I think it's better for players. Obviously it's exhausting for them to go April, May, June, July, and then if this year you've got an Olympics and then you've got a Ryder Cup and you've got a FedExCup in there, that's a long grind.

But as far as creating fan and engagement and how it should work and how it's given some breathing room to the Ryder Cup -- and Olympic years are a little different -- but to the Ryder Cup and to Presidents Cup and to FedExCup, we think it's a better schedule for the players.

Kerry, you may want to --

KERRY HAIGH: A hundred percent. I think Seth touched on everything, but certainly in warmer climates it's more temperate for spectators and for all of us to be here. Golf course conditioning-wise it's the start of the season in most parts of the country, so that really helps our PGA members to promote the game and get their clubs excited about golf.

Yeah, we love it. You've got a bit more breeze in May than we do in August, so what's not to like?

SETH WAUGH: Kerry made a great point. It's a great chance for us to tell our story, as Jim talked about, our 20 and sort of what we do. We do this one week a year. We do the rest 52 weeks a year. Our chance to kind of light the fire for the game in May is pretty significant.

JIM RICHERSON: Yeah, Seth is right. It's shining a spotlight on the work that our 28,000 members are doing through junior programs, our PGA HOPE program, and Make Golf Your Thing. It's kicking off -- as Kerry and Seth both said, a lot of the country is just opening up to golf because of the weather in April and May, so it's a great opportunity for us to really promote the game and promote the programs that our PGA members are running throughout the country.

Q. Kerry, given how long and difficult this course is, what's a realistic time to get threesomes and twosomes around? And what steps will you be taking to make sure players keep moving along?

KERRY HAIGH: Yeah, I think pace of play is always a concern. 156-player field, but we do have 11-minute intervals as we did at Harding Park last year, which certainly helped the flow of play.

I think the length of the course itself on its own I don't think is that big of an issue as if the wind blows. Obviously then it takes a little more time to determine clubs, et cetera, but the distance measuring devices will certainly help that potentially.

But no, we have a PGA of America rules committee, including some PGA TOUR rules officials, and we'll be out monitoring the pace of play as we do every PGA Championship, and very hopeful that the pace will be reasonable.

Q. What's the time par?

KERRY HAIGH: The time par is 4:47, I think. And again, with a full field you have two hours and 12 minutes of tee times, so 2:20 is about the quickest a lead group can play, so that's 4:40, so I feel very comfortable.

Q. Is there a chance you'll play the course at the full length or do you plan to move some of the tees up every day?

KERRY HAIGH: It'll totally depend on Mother Nature. We'll make that decision each morning as we set it up. Hopefully it'll be fun and fair.

Q. Kerry, you've got three of your biggest championships, Ryder Cup notwithstanding, in a six-week period. Is that too much to take on? How much stress does that create?

KERRY HAIGH: Having the three --

JULIUS MASON: Nothing is too much for Kerry.

KERRY HAIGH: Having our three major championships, certainly we've had to adjust our staffing model a little bit, but we have such a fantastic staff who work for us at each of the championship venues, both the KPMG Women's PGA, the KitchenAid Senior PGA, and our PGA Championship, that we're a team and everyone gets into it, and we go straight from here to Tulsa next week and we're ready, we're up, we have a daily call with Tulsa.

Yes, it's challenging, but that's our job, and we expect each of them to be the very best championships we can make, and hopefully the players will enjoy all three of them just as much as we enjoy putting them on.

**Q. Seth, maybe I've missed the memo or didn't pay attention to this, but when you talk about this exclamation point hopefully for the Ryder Cup, have you begun ticket sales, and how do you mesh that with the confidence level of being a full spectator venue?**

KERRY HAIGH: Yeah, I'll try and answer that question. So the ticket sales, we were sold out as of a year ago, which was great news. Obviously then we postponed it and we offered all ticket holders and corporate purchases the opportunity to either stay in or not for 2021, for the playing of it in 2021.

So the vast majority of the ticket holders and the corporates remained in and ready to go with the PGA Championship. We are working with the county and the state of Wisconsin and have submitted our COVID protocol plan, which as Seth mentioned continues to change and evolve every day.

We're hopeful that by September we will be able to have full attendance. If it were today we could not based on where COVID numbers are, but certainly with the vaccine and the numbers coming down, we are very hopeful and optimistic that we will be able to have a full attendance.

**Q. Did you ever put a number on that full attendance?**

KERRY HAIGH: No.

**Q. Are you going to?**

KERRY HAIGH: We're sold out, which is good news. (Laughter.)

**Q. I was going to ask about range finders, allowing range finders for the first time. What went into that decision, and do you really think it does speed up play?**

KERRY HAIGH: Yeah, distance measuring devices, two years ago the USGA and the R&A made it part of the rules of golf that they were allowed. For a number of years we've been using it as a local rule for our PGA member championships.

We just felt -- the board talked about it at length, actually for about 18 months at least, talking about using it, and we feel it's the right time for the game to use them.

All the information that you can get from a distance measuring device, including some that you're not allowed to use this week, the players have and the caddies have in their yardage book.

The gradient changes, they're already in the yardage book, so they're not getting any more information than they don't already have. But hopefully for balls that may be hit astray, being able to use it would save time of the caddie having to walk into the middle of the fairway, find a sprinkler, pace back just to get the yardage to the hole.

We do think -- I'm hopeful that balls hit wide will save time, but for the general balls in the fairway, probably won't. It's new to the players and new to the caddies, so any improvement may not be seen this year or in the first few weeks of trying it or few years of trying it if we're the only ones, but ultimately or hopefully I think down the line it could show an improvement in pace.

**Q. Something you'll use going forward every year?**

KERRY HAIGH: I think that's every intent.

JIM RICHERSON: When the board made that decision the intent was for this to stay as a rule, not to try it for one year or just a couple of events.

Our intent is this will be introduced and be part of our championships moving forward.

SETH WAUGH: The only other thing I'd add is the generations are growing up using them. It wasn't necessarily the case, and it is now. So it makes a lot of sense in my view.

**Q. Kerry, the captains' agreement between the two captains for the Ryder Cup, when does that get negotiated and signed?**

KERRY HAIGH: It's an ongoing process. Hopefully probably the next few weeks I would say. There's a couple of things. The order of play has to be determined by the home captain, which is included in the

Case 5:22-cv-04486-BLF   Document 25   Filed 08/03/22   Page 326 of 381

captains' agreement, so I think once -- we're sort of encouraging Steve to make that decisions so we can operationally make some decisions and that's incorporated into the captains' agreement.

So hopefully the next few weeks.

Q. Are alternates in that discussion?

KERRY HAIGH: Talking about the whole COVID situation, we have not agreed on what the solution will be, but we are potentially going to put some wording in the captains' agreement in the event of COVID, but that's not final. That's also a little bit some of the holdup for it.

Q. Seth, about the championship being a little bit more difficult to deal with with this whole premier golf league kind of thing versus the Ryder Cup, could you see a situation where you would specifically exclude past champions in the criteria for getting into the PGA Championship if a premier golf league got off the ground?

SETH WAUGH: Well, it's not specific to that, but if you're not a member of the PGA of America and you're U.S., you're not eligible. Kerry, I believe that's right, right?

KERRY HAIGH: Mm-hmm.

Q. If you're a past champion?

KERRY HAIGH: Yeah, you have to be a PGA of America member for a U.S. citizen.

SETH WAUGH: So it's not like we put it in to combat it. It's our bylaw.

Q. Kerry, when I was speaking earlier this year with Jeff Stone, he told me that there's now rye rough in May instead of the normal rough that you had last time you were there in 2012. Can you please tell us a little bit how differently the rough will play, and what do you think the cost of rough is going to be for somebody who hits it in there?

KERRY HAIGH: So I think every year here at the Ocean Course they overseed during the winter with ryegrass. Obviously in May some of that ryegrass is still present in what is now predominantly paspalum grass.

To be honest, the rough is not growing that quickly. I think Jeff has not mown it for over three weeks, and it's not growing that quickly. But our hope and intent is that -- and I think we're seeing that you're getting a mixture of lies but there's a lot of balls that are sitting up, which will potentially give you sort of a flier lie, which is obviously difficult to control, and in an ideal world, that's what we would like to see.

The intent is not to make it so thick and so deep that the player just has to hack it out, and yes, there may be one or two lies that get that, but I've thrown balls this morning, last night, and it's just about where we want it to be.

Could not be happier. And as I said, Jeff Stone and his crew have done an unbelievable job in preparing what is just a fantastic golf course.

SETH WAUGH: I had dinner with a major champion last night and I said, How's the rough, and he said, oh, it's rough. So it's a factor.

JULIUS MASON: Ladies and gentlemen, have a terrific week. Thanks for joining us.

**FastScripts Transcript by ASAP Sports**



**About ASAP Sports** • **FastScripts Archive** • **Recent Interviews** • **Captioning** • **Upcoming Events** • **Contact Us**

FastScripts | Events Covered | Our Clients | Other Services | ASAP in the News | Site Map | Job Opportunities | Links

**ASAP Sports, Inc.** | T: 1.212 385 0297

www.asapsports.com/show_interview.php?id=165095      11/11

# EXHIBIT 28b

7/14/22, 5:01 PM ASAP Sports - Transcripts - Golf - 2022 - PGA CHAMPIONSHIP - May 17 - Seth Waugh, Kerry Haigh, Jim Richerson

Case 5:22-cv-04486-BLF Document 2-5 Filed 08/03/22 Page 328 of 381

home    jobs    contact us



about ASAP Sports    FastScripts archive    recent interviews    products

Our
Clients:      

## Browse by Sport

- Auto Racing
- Baseball
- Basketball
- Boxing
- CoSIDA
- Cricket
- Equestrian
- Extreme
- Football
- Golf
- Hockey
- Lacrosse
- Soccer
- Swimming
- Tennis
- Track & Field
- Volleyball
- Wrestling

**Find us on**   



 **Click to go to
Asaptext.com**

# PGA CHAMPIONSHIP

## May 17, 2022

**Seth Waugh**
**Kerry Haigh**
**Jim Richerson**

*Tulsa, Oklahoma, USA*

## Southern Hills Country Club
## Flash Quotes

JULIUS MASON: Good Tuesday morning, everyone. Before the strongest field in golf tees of Thursday morning at 7:00 a.m. central time, we want to make sure you have some quality time with the PGA of America's leadership, and that would be the PGA of America's president, Jim Richerson, our CEO, Seth Waugh, and our chief championships officer, Kerry Haigh.

Let's go ahead and begin with you, Jim. You are pretty excited to be back at Southern Hills, bottom line, aren't you?

JIM RICHERSON: Yeah, it's an unbelievable facility. After being here last year for the KitchenAid Senior PGA Championship, the club here, the community, Tulsa loves its golf. Obviously the PGA loves Southern Hills. It's our fifth PGA Championship that we've hosted here. It's great to be back and see PGA professionals and friends from the south central PGA section.

One of those representatives of that section is the host professional right here, Kerry could see by. What he means to this community from a golf standpoint, you see the connection with the membership here, you see a bunch of players that know Kerry personally, and he's just a great representative of our membership, the 28,000 men and women around the country.

We're really excited to be back at Southern Hills, but seeing friends from South Central PGA and just getting ready for PGA Championship week.

JULIUS MASON: There are a lot of really cool sidebar stories to go along with this week.

JIM RICHERSON: We kicked off yesterday with our PGA Hope Secretary's Cup at the golf club at Indian Springs, not too far from here.

And seeing how the South Central PGA section and how the membership there really got behind that event, if you're not aware PGA Hope, it's helping our Patriots everywhere. It's our veterans program that we do with golf as part of one of the pillars of our foundation, PGA Reach.

Case 5:22-cv-04486-BLF Document 24-5 Filed 08/03/22 Page 329 of 381



View our
e-Brochure

There's a lot of really cool things in the game of golf that really are enhancing opportunities for people that are in the game, whether they're from different backgrounds, a lot of things we're doing on inclusion, whether it's through places to play, junior league golf.

But PGA Hope, when you talk to those veterans about how golf really saved their life, how it brought them back into communities is really pretty special. To start off that week is really pretty cool.

Obviously this week is all about the best players in the world, and we've got 96 out of the top 100 that are here. For us what's really special is the Team of 20. It's the 20 PGA club professionals that are representing the 28,000, but those individuals that have kept their games at an extremely high level, that some of our professionals that have made the cut in this championship in the past.

We've got individuals who have a played in the Championship multiple times, but they also are the ones that are living out our mission on a daily basis of elevating the status of PGA members around the country and the role that they have in the game and growing the game.

They're out there in junior programs. They're out there in beginner adult programs. They're out there in leagues. They're growing the game on a daily basis.

To see that Team of 20 led by our professional champions this year, Jesse Miller out of Grand Canyon University where he's a volunteer coach at the course there in Phoenix. It's unbelievable to see the way they play and how they represent our association.

It's all about the best players in the world this week, but for us it's also about what we do as an association with this week to promote our members and the job that they do. Our members have been out there and are on the front lines during the last two years when the world and our country was really going through an unprecedented time. The way that they kind of stepped up for the game, and not only what you could do from a physical standpoint and everybody was at home and they could get out and play the game, but our members had to be there at the front line to greet those people, invite them into the game, welcome them into the game, teach them how to play the game.

That's what our PGA members do on a daily basis. Thursday through Sunday it's about the best players in the world, but this week is also about us being able to tell the story of what our PGA members do on a daily basis.

JULIUS MASON: Not too far from here, five hours or so away, some exciting things happening at PGA Frisco, right?

JIM RICHERSON: Yeah. We're excited about the new home of the PGA of America. We're going to have this championship and others in Frisco, Texas, in the future. Next year's KitchenAid Senior PGA Championship will be there in May and kind of introduce that facility to the world, and our partners with Omni who have some great facilities and have hosted some other great tournaments. We'll kick that off next year.

But we're excited to have our staff there. We're excited to be in that community. We're excited to partner with the North Texas PGA and all the things we just kind of talked about and touched on, all the player development and junior golf and everything that will take place there.

It's great. It's in the hub of the country, kind of the central time zone. A lot of our members from around the country will be able to utilize it more. Hopefully a lot of fans watching on TV will get down there to play the golf course, because it'll be a world-class resort, and they'll come out and spectate at some of the championships we'll have there in the future.

JULIUS MASON: Seth, you have some exciting news to share about the PGA of America making an impact on the game of golf, not only today, but well into the future for the city of Tulsa. Can you talk a little bit about a place to play?

SETH WAUGH: Yeah, thanks, Julius. Thanks, everybody for coming. It's great to see everybody. Here we go again.

Yeah, we added a pillar to our foundation called PGA Reach, which Jim referred to, and got our leaders Kennie Sims and Todd Alfred in the back there, and Jeff Price who run it every day. We have decided that we really want to leave a legacy everywhere we hold our most important championships in the town that we do.

We kind of come in for a week and then disappear, if you will, and come back potentially down the line.

As Jim said, this is our fifth time here, and so no better place for us to leave that legacy than Tulsa, Oklahoma. We added a leg to our foundation called A Place to Play, the idea that we're creating all these golfers through our other programs, but if there's no access, if there's not accessible, welcoming access, that's not going to do much good.

So we added a leg called A Place to Play, which is meant to help public golf, municipal golf and public golf around the country, and we wanted to recognize that. It came really from our good friend Nick Sidorakis who is the general manager here at Southern Hills, his idea of us putting a lead donation to help restore the municipal courses here in Tulsa.

So we're going to donate $250,000. The city has put up a million dollars, and I'm sure there will be some more fundraising around that. We're excited to be a part of, again, creating places to play here and everywhere around the country.

JULIUS MASON: Another championship that you recently attended and is very, very close to your heart is the PGA WORKS Collegiate Championship, and I think you have some news about that.

SETH WAUGH: Yeah, Jim talked about how we're here one week of the year, right, and all the eyes of the world are on us. But the other 365 days our members and professionals are out there doing what they do to grow the game.

The idea is that if we can kind of make 28,000 lives better, we can make millions of lives better through this game. We have been a steward of what we now call the PGA WORKS Collegiate Championship. It started out in 1986 as the HBCU National Championship. They hadn't had one and we became the stewards a couple decades ago.

It's an amazing event. It does have some media coverage, but doesn't obviously have all the eyes on it that it does here. It's a way to raise awareness of the quality of the play, but also from our perspective, educating the 140 players that were there, they're all great players, about the industry. That it's an $85 billion industry, it's got two million jobs, and we want it to look more like the rest of the world, if you will.

This is a great opportunity for us to do that. We just came fresh off of, as you said, Julius, our last championship, which was in Philadelphia at the historic Union League Club. We've done an unbelievable job of raising the bar.

And this morning we announced through our good friends at Shoal Creek and Garrett Price, who's my friend and is really in some ways the author of this idea that we're going to go to Shoal Creek next year. The membership has been incredibly excited about this.

They approached us with the idea of bringing it back, and it's a little bit -- there's some elegance in this given that we were around in 1990, obviously, and helped integrate Shoal Creek, and now to host what is essentially the HBCU National Championship is amazing.

They've committed to help us, and our goal with this championship is over time to really endow scholarships for every man, woman who we can possibly within the HBCU community. They've committed to raise significant dollars towards that, so we thank them, and we're excited about raising the bar yet again next year at our PWCC.

JULIUS MASON: Seth, for the first time since 2008, we do not have our defending champion at the PGA Championship. Would you like to offer some thoughts on that?

SETH WAUGH: Yeah, look, Julius, I'm glad you asked, right, because it's the elephant in the room obviously getting a lot of attention. It's probably why we've got pretty good attendance today in some ways.

Look, no one was more excited than us last year when Phil had his epic win, right? It's amazing. He's done something nobody else has ever done and win a major at 50. It was one of the great moments in golf, and we'll never sort of forget it. We certainly looked forward to him defending.

He's not here. It's at his choice. He and I have had some conversations before, during, and after, and I can really say that on Friday his camp called and said he's not ready to play. Obviously we respect that. We understand it.

We wish nothing but the best for him and Amy. He's going through a lot. I don't really have a whole lot more to say. It's been parsed pretty well by everybody. We're disappointed he's not here, and again, wish him all the best.

JULIUS MASON: Kerry, Southern Hills Country Club, you were here in 2007 for Tiger's win; you were here in 1994 for Nick Price's win. What can the best players in the world expect this week?

KERRY HAIGH: Yeah, thanks, Julius. Obviously Southern Hills is a wonderful test of golf. Always has been. And now with the redesign or the transformation that Gil Hanse and Jim Wagner performed on the golf course, along with the incredible work of Russ Myers, the superintendent, and his team who are -- no detail is missed. He is incredible.

That team together have produced what I think could be one of the greatest tests of golf in the country. I'm really excited to see it. The conditioning is unbelievable, May, creating the golf course -- the playing conditions here in May for warm season grasses, the fairways, the roughs, it's just immaculate. I could not be happier.

We've told the players there's four or five holes we may use different tees, give a bit of variety. Mother Nature looks like it may be sending some things our way, and we want to just simply test the best players in the world on one of the best golf courses in the world.

I cannot tell you how excited I am, and thank the support of Southern Hills Country Club and their membership who have closed the course for the last three weeks and walked through the winter months, did not use a golf cart for six months. That shows the dedication, the pride, and the support that not only Southern Hills Country Club, but Tulsa, the city, and Oklahoma as a state.

It's just wonderful to be back here, and I can't wait for Thursday.

JULIUS MASON: Thank you, Kerry. Ladies and gentlemen, if you have any questions, please get yourself to a microphone and we'll take them.

**Q. Kerry, if you look back during two previous PGAs here, how has the historic restoration that Gil did, how does it change your task in setting up the golf course?**

KERRY HAIGH: I think they did an incredible job. They did a lot of different things, widened the landing areas of the fairways. They moved some of the bunkers back. They added five or six new tees for the back. State-of-the-art hygronics on the greens for cool season grasses here in the hot heat of the summer, and all of that just gives us more sort of canvas to test the best players.

It provides them a lot more shot options, a lot more shot variety, a lot more options to hit woods or drivers offer the tee, which in certainly in '07 there was a lot more lay-up holes than there are this week, or at least players have the option.

I think those factors, if I'm a player, I'm going to enjoy playing what it offers.

**Q. Seth, how stressful were the weeks leading into this PGA Championship based on the Phil scenario?**

SETH WAUGH: You know, they're always stressful, right, because we want to run -- it's our most important week of the year, and so we're doing a lot of details.

But you know, it was a lot more stressful for him than us, right. He was trying to decide, I think, what he wanted to do, and we were waiting for him to figure that out.

Did it add some uncertainty? Yeah, sure. But it didn't add a huge amount of stress.

**Q. Seth, you've been there or your team has been there two or three weeks now; just wondering, how is the new PGA headquarters in Frisco turned out as opposed to your years of playing how you thought it would turn out? And also, have you had a chance to play the Hanse course yet?**

SETH WAUGH: So the answer to the first one is that the reality is better than the dream. Our own people are blown away by what's been created there, certainly with our building, and it's had immediate sort of cultural impact frankly in the sense that people are just -- sometimes physical spaces make a big difference, and it really has.

I think we've already begun to do our education sessions there and they're rolling through now. Everybody that's come by to tour it is kind of blown away by it and what is happening in Frisco writ large, right? The whole campus is going to be one of the great destinations.

It's our home. We think it could end up being somewhat of a commercial home and a destination home for golf in the country. We're excited about that. It's a lot of things that we've talked about, as you've seen

from the beginning, a laboratory for golf, a Silicon Valley for golf, all sorts of things are possible there, and we're going to do everything we can with it.

I've walked the Hanse course and the Bose course a number of times. Unfortunately I haven't hit a shot there yet. We did do some kind of outings over the last couple weeks, and the reviews there are, again, off the charts.

I think everybody is going to be just really shocked with the piece of property and what's happened there, so we couldn't be more excited.

**Q. We're a year on from what we talked about last year with the Saudi stuff. I'm not sure how much more clarity we have, but we're coming up to a significant crossroads. I'm curious how you see this shaking out, and do you have any idea what kind of impact it would have on either the PGA Championship or even the Ryder Cup?**

SETH WAUGH: Yeah, so look, it's a great question. I would stand by our comments last year, right, which we are big supporters of the ecosystem as it stands. We think the structure of -- I don't know if it's a league -- it's not a league at this point, but the league structure is somewhat flawed.

We do think that for a lot of reasons, bringing outside money into the game is going to change it forever, if that, in fact, happens. The Tour is owned by the players, and that means that everything ultimately flows back to the players, and as soon as you put any money into it, it's going to create a need for return, a need for exit, and a lot of things that change the dynamics of it, which we don't think is necessarily good for the ecosystem.

We do think -- and I've lived in a world of disruption my whole life, or whole career I should say, and it was inevitable. Golf has never been hotter in every way, from a participation standpoint, from a viewership standpoint.

Golf for the first time ever is cool, and that is going to bring more and more eyeballs to it, which I think is ultimately great for the game.

It'll cause disruption, but the disruption is happening already internally. It's not us, but the purses are obviously up, there's lots of money going on, the affiliation between the European Tour and the PGA Tour is very real.

So all of that disruption is kind of happening but happening internally, which we think is good.

We're going to watch it obviously very closely. We're going to have a great championship this week. We've got 96 of the top 100 on earth are here.

We expect to have a great championship at Oak Hill next year, and we're at a perfect venue. The club couldn't be more welcoming.

We're very happy to be in Tulsa, in terms of the town. Couldn't be more excited about what's going on. We're going to have a great championship, and we, like a lot of you, will watch what happens over the next months and see where that all plays out.

**Q. Secondly, we saw a pretty significant spike in the purse at the Masters; what can we expect this week, and what is the correlation to beer sales?**

SETH WAUGH: You can see they go in opposite directions, right? But you will see a very significant spike, as well, in our purse.

**Q. Do you have a number or are we waiting on that?**

KERRY HAIGH: We'll announce that later in the week.

**Q. For whoever wants to take it, did LIV Golf or the PGL or whatever these people are calling themselves, ever approach the PGA of America and want to partner, acquire, sponsor the PGA, Ryder Cup, or the ladies PGA Championship? Were you ever contacted about that?**

SETH WAUGH: No. I usually give long answers, but no, we have not been contacted. I certainly haven't.

**Q. Question for Kerry first and then one for Seth. Kerry, a few of the players have talked about some of the situations with the tees, and I'm curious how you're monitoring the practice rounds for that, how**

you're discussing it with the players, and then also the role perhaps of marshals and those on the tees to kind of do the traffic work out there, maybe particularly thinking of 3 and 6 and 7.

KERRY HAIGH: Yeah, there's obviously a couple -- with the new tees that we've added, a lot of them are close to the existing green, so there are situations, which we have at our venues. The 1st and 10th hole at Atlanta, alternating shots.

Even on 6, if we use the forward tee on 7, the players in '07 waited while the players were hitting in.

It's not something that I think the players are unfamiliar with. There are probably a few more occasions it's going to happen. We have made adjustments to the pace of play timing chart on those couple of holes where a group may have to wait while the group ahead tees off on 7, for example.

But the players will generally work, and they're used to it, and we have rules and referees on each hole and they will help manage it if it's a question of who should be hitting.

We do want to use the new tees that have been added. We think they're great additions to the golf course, and I think we'll be able to manage that just fine.

Q. Seth, there's been a little bit of unhappiness about the price of water being more than a soda and then the price of beer. Is that something you've heard, and do you have any thoughts on the subject?

KERRY HAIGH: I'm happy to take that. We do have a new concession area, but we also have a new ticketing pricing offering for all the spectators this year, which includes basically as much food and non-alcoholic beverage as they want included in the price of the ticket.

Starting Thursday, spectators will be able to drink non-alcoholic beverages and as much food as they want for the price of their ticket.

For those on the practice days, all spectators can bring in bottled water, and starting Thursday we'll have refills on water. The pricing of the product is sort of comparable to stadium events.

We're comfortable with where we are, and we hope spectators will come out and have a great time and a great experience.

SETH WAUGH: It's a new model for us, right, so at the end of it we'll go back and, like we always do, try to figure out if it worked or didn't work and what we can do better and raise the bar.

Q. That's all tickets?

SETH WAUGH: I think it's 95 percent.

KERRY HAIGH: It's all paid general admission tickets.

SETH WAUGH: And it's not unique to sports but it's unique to us, so we're giving it a shot, and hopefully people love it. That's the idea.

Q. Jim, assuming you've seen the story in Golf Digest about PGA professionals and their lives and how they're not exactly what they should be. I could go on with a litany. I'd like to get your thoughts on that being a PGA professional for years, and not only today, but what your guidelines are and what you're trying to do for the future for these guys.

JIM RICHERSON: Yeah, thanks for that. And obviously the article talked about we have the same challenges that some of the other industries have right now. We're a business and an industry that obviously we have to be there.

It's tough to be a golf professional by the phone or by a Zoom call. We greet the members. We greet the guests. We teach lessons typically on the range or on the golf course.

We know that. I think when I started in the business it was a little bit more along the lines of some things in that article. The expectation was to work a lot of hours and weekends and holidays, and quite frankly, the new individuals that we have coming into the game and into the workforce just won't work under those conditions.

We've got a full staff led been John Easterbrook our chief membership officer. Our career consultants, we doubled that group that are working with the 41 sections around the country.

7/14/22, 5:01 PM                    ASAP Sports - Transcripts - Golf - 2022 - PGA CHAMPIONSHIP - May 18 - Seth Waugh & Jerry Tarde & Jim Richerson

Case 5:22-cv-04486-BLF Document 215 Filed 08/03/22 Page 334 of 381

So we used to help you maybe find a job. Now our career consultants are actually helping you create a career. So they're out working hand to hand with golf professionals, whether you're an assistant or head pro looking for other opportunities.

It's going to take some time, but we need to get with the owners of golf courses, we the multi-course operators, get with the boards of courses around the country and really explain the benefit of PGA professionals.

Some look at it and have looked at it for a long time as just a line item on your expense sheet, but if you put a golf professional in the right role with the right support, they're a huge return on the investment. You get people that are excited about the game. You get them improving their game of golf. They're going to play more golf.

I don't know a single person that enjoys the game of golf that doesn't play more when they're playing better. You want to play more golf. You need to get with your local PGA professionals and they'll help you at whatever level you're at. We're seeing it here at the highest level.

Scottie Scheffler, maybe one of the hottest players planet over the last decade, and he's been led by PGA professional Randy Smith is his coach since he's been in his teens.

Jamie Mulligan who's out in my area out in LA, at this point he's here with Patrick Cantlay and Francesco Molinari and Luke List and others. The list goes on and on of PGA professionals that help individuals whether they're beginning in the game or they're playing at the highest level.

I think the clubs that get it, that are understanding that, and a lot are starting to get it because of the work of the PGA of America's career consultants and the work that the 41 sections do.

You get a PGA professional in the right environment with the right support, they're a huge ROI to the golf club. You see that here with Cary Cozby; you see that with other professionals.

We've got work to do in that regard. We've got some of the same challenges that other industries have, and we've got to flip that script. And we're doing it. We've got a lot of people working hard at it, but we also know it's not going to be a fix overnight.

**Q. Seth, talking to players that are trying to make a decision if they want to play in these LIV events or not, one of the things they say is we don't really know what's going to happen down the road. We don't know what the PGA of America's position will be on us next year if we qualify for a PGA Championship or even if you're a Senior PGA player, because it still would affect them, as well. Will you embrace these guys next year if they actually play in LIV events?**

SETH WAUGH: Well, again, I think we've got a lot of time between now and Oak Hill, and I think we all have to sort of take a deep breath, see how it plays out, and what the ecosystem looks like at that point.

As I said, we're a fan of the current ecosystem and world golf ranking system and everything else that goes into creating the best field in golf.

Right now we really -- I don't know what it'll look like next year. We don't think this is good for the game and we are supportive of that ecosystem. We have our own bylaws that we will follow towards those fields.

**Q. I'm sorry, do your bylaws preclude letting those players play?**

SETH WAUGH: Not specifically, but our bylaws do say that you have to be a recognized member of a recognized Tour in order to be a PGA member somewhere, and therefore eligible to play.

If that becomes -- if something else became one of those, obviously we'd have to recognize it.

**Q. Seth, back in the early days of Tiger's career he spent a considerable amount of time each year putting on clinics for the inner city kids in markets where there was not really a PGA Tour stop. The success of those clinics were extraordinary in generating interest, notwithstanding the success of the First Tee program. But would there be an interest in perhaps talking to some of the Tour stars, not just one, to put on a clinic so that these kids can touch their hero once every two or three months in order to grow the game in areas where there is not that much of a presence right now?**

SETH WAUGH: Well -- and Jim may have a better answer for this than me. Look, we do things like that all the time. I can't say it's with Tiger, but everybody -- a lot of these players out here are giving back all the

time. Certainly our PGA professionals are. We have a program called Beyond the Green which we'll hold tomorrow here and hold at all our events, which is welcoming in, inviting in, seeking kids at risk and bringing them into the game.

We do it through junior league every day, everywhere. We want to be able to provide a scholarship for every kid that wants to play over time.

We have a series of clinics for women that we run all the time.

We're doing things 24/7 on it. I can't say it's as visible as Tiger holding a clinic in all cases or in any case in the sense of him, but yeah, we're doing everything we can to do exactly what you're talking about.

By the way, I'd say the good news is that the game is obviously growing, but the two fastest cohorts in the game -- well, three fastest. Juniors and beginners are up sort of 20 percent, and the two fastest growing cohorts within that are kids of color and girls. Something is changing, which is great.

JIM RICHERSON: I'd say, too, the 41 PGA sections around the country all have different junior programs, teaching programs, and golf and school type programs. A lot of them have relationships with those Tour stars, whether they be on the men's tour or the women's tour or the Champions Tour, and they've reached out to those individuals.

A lot of them have involvement in our charities as Seth said, or other junior type tours like Justin Thomas is involved with, and those individuals are usually working with the local communities for that relationship and those connections.

Then at a lot of different Tour stops along the way, I know at our event at Riviera Country Club this February Cameron Champ and Tony Finau did a local clinic for kids. PGA Championship, Masters, U.S. Open, the Open Championship, the players are obviously really focused on the majors.

It's a little bit different week, but there's a lot going on in and around the championship from the South Central PGA in Oklahoma with all those types of programs you've talked about, and on an ongoing basis there's a lot of Tour players on several tours that are involved in that type of giving back to the communities.

Q. Kerry, what have you seen -- I'm sure you and Russ have been scouting it out closely; what have you seen in the effort to get driver back in their hands on 3, 7, 10, and what have you seen on 13 as far as percentage of people going for that green in two from the tee behind 12?

KERRY HAIGH: Yeah, that's the great thing that Jim and Gil did. They have created a lot of options. To answer specifically your question, 13, I'm not sure any or many have been going for it so far, but it's obviously wind dependent.

And based on the forecast, it looks like we could have a 180-degree shift in the wind from Thursday and Friday to the weekend.

We'll adjust each day as we try and do every championship and make it a fun, interesting challenge for the best players in the world and the golf course is speaking for itself, and hopefully we're not in the way of that.

Q. Drivers on 3 on the new tee --

KERRY HAIGH: Significantly more drivers are available, yes, on 3; certainly 7 I think is probably the most significant change from '07 and '94, the difficulty of that hole now with the green -- the only new green that was built 50 yards further back and the new tee 40 yards further back has created what was sort of a 4-iron and a wedge, probably one of the easiest holes on the course, to now probably one of the most difficult on the course.

I think that is certainly worth watching.

17 is a beautiful par-4, great short par-4, a two shotter. But if we choose to push the tee up on a day or so then it should be fun to watch. I cannot wait for Thursday.

Q. Do you know how many times you'll do that yet?

KERRY HAIGH: Depends on the weather.

JULIUS MASON: Jim Richerson, Seth Waugh, Kerry Haigh, have a terrific week.

**FastScripts Transcript by ASAP Sports**



**About ASAP Sports** • **FastScripts Archive** • **Recent Interviews** • **Captioning** • **Upcoming Events** • **Contact Us**

FastScripts | Events Covered | Our Clients | Other Services | ASAP in the News | Site Map | Job Opportunities | Links

**ASAP Sports, Inc.** | T: 1.212 385 0297

# EXHIBIT 28c

home  jobs  contact us



about ASAP Sports    FastScripts archive    recent interviews    products

Our Clients:       

## Browse by Sport

- Auto Racing
- Baseball
- Basketball
- Boxing
- CoSIDA
- Cricket
- Equestrian
- Extreme
- Football
- Golf
- Hockey
- Lacrosse
- Soccer
- Swimming
- Tennis
- Track & Field
- Volleyball
- Wrestling

**Find us on**  

 **Subscribe to RSS**

**Click to go to Asaptext.com** 

# JOHN DEERE CLASSIC

## June 28, 2022

### Zach Johnson

*Silvis, Illinois, USA*

**TPC Deere Run**
**Press Conference**

THE MODERATOR: We would like to welcome Zach Johnson to the interview room here at the 2022 John Deere Classic. Thanks for joining us. Had Clair in a few minutes ago, certainly I want to get your thoughts on all he has done, but was looking and see that this marks your 20th consecutive start at the John Deere Classic. Past winner, three runner-ups and if I did my math right, you have posted rounds of par or better in 63 of 70 rounds totalling 210-under in your career at the John Deere Classic.

ZACH JOHNSON: No, I got a question. It's not a statement. When was the last time I shot over par? In 18 holes. Is that still going?

THE MODERATOR: Here?

ZACH JOHNSON: Yes.

THE MODERATOR: Last time you shot over par?

ZACH JOHNSON: Never mind.

THE MODERATOR: I think it was round 2 of last year. Is that right?

ZACH JOHNSON: I shot over par last year? I think I had an even par last year. I think it's been a long time.

THE MODERATOR: I'm selling you short.

ZACH JOHNSON: That's okay. I am short. (Laughing.)

THE MODERATOR: With all that said, point being, you have wonderful history here.

ZACH JOHNSON: 2019? Dadgum it. Shoot. All right. Anyway.

THE MODERATOR: Yeah, just a wonderful history here at the John Deere Classic, obviously one that means a lot to you as does many people. So with that, just some thoughts on being back here.

ZACH JOHNSON: Yeah, I love coming back. I mean every time I'm able to get to this area to go work is special. I mean I feel like I'm able to wear a number of different hats this week. Clearly one is representing eastern Iowa, which I adore and then I think you couple that with the hat of representing


View our
e-Brochure

this great company and John Deere is very special. And then in that same vein I piggyback it off, I certainly represent this tournament. So that has given me so much. I think they gave me two, may have been three sponsor exemptions. I think it's two. I would have to really think about it. But when I didn't have status. So the experience that I was able to get from those two starts, even though I didn't particularly play that well was huge. As a young pro, as a young guy trying to find his way on TOUR or any TOUR for that matter. I love coming back. It's just a special, special week. I know my family would say the same thing.

THE MODERATOR: And I know you'll get asked about it, but obviously a milestone coming to an end of sorts with Clair, his final year as tournament director. Just a thought or two on -- I know you could probably go on all day like the rest of us in here, but just some thoughts on Clair.

ZACH JOHNSON: Well it's obviously going to get a lot better from here on out, right? (Laughing) he's passing off the torch to Andrew, which Andrew will do great. But no, in all seriousness, Clair's one of my dear friends. I'm happy for him. No. 1. He's put a lot of, well, as the tee shirts say here, a lot of grunt work into this tournament and put his last 20 some years, right? No. How many, 20 years? 20 years. 19 tournaments? Technically. Into this community. Every time I talk to him when it comes to this week it seems the topic of giving away all those monies to local organizations comes up. That's what it's about. John Deere obviously gets that and they had Clair lead them in that. I think that's more than special. There's been times where he told me, yeah, we dropped some checks off today, drop some more off tomorrow. And I read some articles, some of those monies that are raised this week, I mean really support these organizations more than we know. Probably some to the fullest. So that's why we do what we do. That's the beauty of the PGA TOUR, right? There's no other entity like us in sports. Every week is special to that venue, to that community, to that area. Clair Peterson is very special to the Quad Cities. He's not going away, I'm not going to say good-bye, it's a new chapter. So congratulations and thank you I think are in order.

THE MODERATOR: Okay, we'll take questions.

Q. Can you talk about the respect that Clair engenders out on TOUR. It's probably beyond the level of respect that -- a lot of players don't think about the John Deere Classic, but they do know Clair and they do respect him, right?

ZACH JOHNSON: 1,000 percent. It's almost rhetorical in the sense that when it comes to tournament directors and you see a gentlemen wearing either a white or a green shirt walking around with the John Deere emblem on there, they know that's Clair. They know -- I mean he, you know, he's got a lot of work to do here, but he also makes time to go out on the road. Whether it's Arizona or Florida or the East Coast. He works his way around and promotes this event and promotes this community. So I don't like speaking of hypotheticals and speaking for somebody else, but I do know when it comes to my peers they're like, Man, I wish I could play this year because I love Clair. And just the opposite too, but along the same line, Yeah, I'm going to come this year because Clair keeps getting on me. It kind of goes both ways. There's just distinct respect. When you have somebody that's passionate about what he does or she does it's attractive and Clair always had that. He's always represented I would say his role in the highest of integrity and character of ways and we see that. So we're spoiled too. We got other great tournaments. This one is just a little bit different, I think. I'm biased, but it starts with the people.

Q. I read in a book somewhere that you made a comment about the relationship Clair's history with John Deere and the symbiosis, the way that he was able to, how that model works uniquely for this tournament.

ZACH JOHNSON: I'm sorry, I don't understand what you're referring to.

Q. Your relationship between Clair's history with John Deere as having come from John Deere.

ZACH JOHNSON: Sorry. Yeah, I think it is. I think it's unique. I guess I don't know the ins and outs of the constructs of other tours entirely or, other tours, other events entirely, but this one's unique. When you have somebody that actually understands and knows the title sponsor intimately and knows what they're all about and what the company's all about and how they go about their work, and has been given the reins on something that really, I would say, magnifies or manifests what that company's all about, it's unique. I don't know if we have any -- I mean how many events do we have on TOUR where I guess from 2 green you could, you can walk to the headquarters, right, of your title sponsor. There's actual true ownership there. There's actual just a unique sense of title sponsor community. I don't know how else to phrase it. It's just a unique week. The players know that. Shoot, the wives know that, the families know

that, we know that. That won't stop. Clair's laid the template down and it's just a matter of handing it off to the next individual, which fortunately is Andrew.

**Q. Congrats on the Ryder Cup thing.**

ZACH JOHNSON: Thank you.

**Q. So I want to ask you about that. I'll try and get as much of this question in in one take as I can. Do you have any idea how you're going to be able to make captains picks and who will be eligible and who won't with this LIV thing, what do you think of this LIV thing and do you think it affects the John Deere Classic at all?**

ZACH JOHNSON: Well, okay, let's start with the first one. The first one was my picks? So what I know is this: In order to play on the Ryder Cup team whether you're top 6 or a pick, you must garner Ryder Cup points through the PGA of America. In order to garner Ryder Cup points through the PGA of America you have to be a member of the PGA of America. The way that we're members of the PGA of America is through the PGA TOUR. I'll let you connect the dots from there.

So what was the second part of the question?

**Q. What do you think of this LIV Tour and the people that have gone to it?**

ZACH JOHNSON: Well, I mean, where do you go on this one? First and foremost, I mean I got some friends that have decided to go that route. A lot of individuals that I'm for. I mean these are my friends. I'm for them. I want them to do well. I want them to, you know, find contentment or happiness in whatever it may be. It's not for me to say how that develops or how they find that. I will say I have the utmost respect for them individually. I would hope, and I'm not concerned about this, that they would have the respect for me and who I stand for and what I stand for. And I don't think it very secretive or outlandish in saying that I'm for the PGA TOUR. I'm for the individuals that paved the way for me in this great TOUR, this way of, this platform in order to entertain, compete and I would say utilize for the betterment of others, not just my family. I'm for that.

I'm for -- how many weeks are we on the TOUR, Doug? 47. There's some overlapping tournaments there. But 40 plus weeks a year I'm for those venues. I'm for those cities that pour in basically 358 days a year for that one week. I'm for them. Because these tournaments do so much to the communities we stop. And it may be seven days to us, but it's not, it's a full year. And that's the beauty of the PGA TOUR. So I am for the PGA TOUR, I am for the growth of the game through the PGA TOUR.

**Q. Do you think it affects this tournament at all and, secondly, I've heard a lot, I mean I've heard Justin Thomas and Jon Rahm, etcetera, which you just said, but I haven't heard PGA TOUR players condemn people going to the LIV because of who sponsors and pays for that. I was wondering if you had any public feelings about that too.**

ZACH JOHNSON: Do I think it affects this tournament? I think it's so raw and so new it's hard for me, it's hard for anybody to say that it's going to have a massive impact here or there. My hope is that it does not and my ever optimist brain of mine says it will not because of what's already established here. I think players are starting to see that, you know what, it's pretty darn good where we are right here. We're starting to see some young guys even come out and say, that aren't even on the PGA TOUR, and say, you know what, I had a dream of playing on the PGA TOUR and that's the route I'm going to go. So I'm encouraged by that. I'm encouraged by our leadership of the PGA TOUR and how they're continually sticking to their guns, knowing that the product we have, the people we have, because we are the product, obviously, it's our TOUR, are really good. Not only will sustain will you about continue to grow. So I'm encouraged. Was that it? Forgive me.

**Q. I asked about --**

ZACH JOHNSON: Oh, yeah, yeah. I haven't heard any fodder in that regard. I don't, it's not fair for me to make a judgment call on that. I don't know everybody's situation, so it's not fair for me to know why they do or do not go.

**Q. This kind of piggybacks off that a little. You kind of answered it, but you might not remember this, but when the tournament was cancelled a few years ago because of the pandemic we got to do a Zoom kind of talking about the 50-year celebration. I don't know if you remember doing that. We talked about the future of the John Deere Classic and obviously everything was exciting and bright. And I'm not saying it's not, but it seems like golf -- that was two years ago -- seems like golf and life is changing week by**

week. So here we sit a couple years later with the LIV Tour, with the fact that PGA TOUR events are getting more money, getting people here is difficult. What's your thoughts today of where the John Deere Classic is at and where it's moving towards the future?

ZACH JOHNSON: Sure. Well I think the state of the game, because we were talking about that too, the state of the game is really good right now. I mean if there's anything that's directly positive since 2020 is the growth of the game. I mean I'm not trying to make light of COVID, but it got people out. And, I mean, is it cyclical? Perhaps. I mean, will it come back down? Perhaps. But right now it's healthy. Yeah, I mean, I think we've always been kind of the face of the game, right, and I think the PGA TOUR in general or professional golf in general, and I think the John Deere Classic, I think the potential is still there to grow more. I mean I really do. Seeing and hearing and listening and obviously some of it has been given to the public about where we're going as a TOUR, I'm encouraged, I mean I really, really am. Not just trying to be PC, I think it's special. New date this year for this tournament, you know, which in time could be a benefit I think. It's just how we navigate that, how John Deere navigates that, certainly Andrew and his staff navigates that. But, yeah, I don't, I think when things start to settle down, I think the PGA TOUR's going to be stronger -- I'm not suggesting it's perfect, I mean, shoot, it's not. I mean it's a -- the PGA TOUR are the players and we're a bunch of imperfect people that look pretty good at playing golf. So it can get better and we will get better. I've heard, Man, that's too reactionary. Well a lot of things that have happened in the past week have been in the process for years. I get that. But when you have threats, you have to have some sort of reaction too. So it's both sides of that. But I love what Jay's done, I love what our board's done. I've sat on that seat as a player director and that's a lot of work. I had three meetings a year. I think they're having three meetings a week almost now. So a little bit -- I think I was around the inception of the FedExCup, that dates me, when I sat on it. But I'm grateful for those guys that are really putting a lot of work in right now and I think every event will grow and we're seeing that. The projections are that. Growth.

**Q. About your self coming into this week and we talked about how you've done all right here, done pretty good. Where is your game at? I talked to you on the range and then the game feels good and then you knocked on your head a little bit.**

ZACH JOHNSON: I saw you yesterday and I was really encouraged by what happened on Saturday and Sunday, even though I didn't make the weekend last week in Hartford. I had two weeks, three weeks off going into Hartford. I played a lot. That was my, that was what I was told to do, that was my recipe. I played really good. So I kind of came into Hartford thinking, you know what, I'm just going to put away everything and just I'm going to play. No mechanical thoughts, no like really no swing thoughts whatsoever. I really have never done that. I always had a couple keys and I didn't have anything and man, my scorecard was indicative of someone that had nothing. Because it was awful. I played so bad. And I actually putted okay, which was, oh, man, that's how bad I played. My point is in those three weeks I didn't think fundamentals, I just played. And I got off. Once I got into a little bit more wind than what I was playing in, it kind of grabbed me and showed me what golf's all about. But we had some good sessions Saturday, had a really good session Sunday and then another good one yesterday with my coach. So sometimes it feels like it's miles apart but it's really about that far away and I think that's where I'm at right now. I don't know what's going to happen this week, I just know that from this point on we've made some decisions as a team that are, it's not like it's revolutionary, it's just commitment on what to do and what not to do and I love the direction. So I'm very encouraged. Typically in years past I've kind of been able to figure things out on my own a little bit more, so maybe, I don't know, I asked this question to my coach Mike Bender yesterday, maybe I'm just getting to the point with my feels at 46 that I just can't -- 46? 46. That I just can't feel like I used to. I mean I don't know. But the hunger is there, the mentality of wanting to compete and fight and claw is still there. Whether it's to make the cut or win, I still really relish those opportunities.

**Q. 10 years ago you won here. Does it feel like 10 years ago?**

ZACH JOHNSON: In some regards it feels like one, some regards it feels like 20.

**Q. Would it be pretty cool to maybe go 2012, 2022?**

ZACH JOHNSON: It would be amazing. Two different decades would be amazing. I would love for my kids to see me win again. Fortunately they were all around when I won my last event, but they weren't there, so or last two, maybe two or three events. Irrelevant. I don't know if my daughter remembers anything. So right now it's, I come home and my son's like, Yeah, I got another trophy. Where's yours? You know, that kind of thing. So he gets his -- well whatever you want to call it. Smart, whatever, from his dad, so touche. I deserve it.

Q. You kind of touched on it a little bit with the state of in tournament. A lot of people are looking at the field this week seeing know top-50 players here. This tournament has been through tough dates before, before the British, after the British, now it seems like even two weeks ahead of the British with the Scottish next week has proved to be a tough landing spot for this tournament. What do you tell the fans about the field to keep them excited about this tournament and what can be done in the future to maybe draw some higher-ranked players here to the Quad Cities?

ZACH JOHNSON: Well I think there's a lot of factors there. I was talking to a couple of buddies of mine not too long ago like, hey the cliche question is, Hey, what you got coming up? Where are you playing? What's going on. How is the family. That kind of stuff. And a couple of them were like, Well I'm playing anything and everything I can get into. And the other one is like, Well I think I need to keep playing but I got to take a week off. It's just hard. Every week's so good that you got to take time off, one, and then two this time of year a lot of guys, especially the ones that can knock on the door in a major championship, are planning their schedule around a major championship. That's just what happens. I mean obviously I've shown that you can play here and still win and I get that and maybe even a couple other guys have shown you can have success playing here. I think that's noted. But scheduling weeks off depending upon your situation, because everybody's different, married, kids, or none of the above or all of the above. Scheduling off weeks sometimes is just as if not more important than scheduling your on weeks and rest, especially in the summer. So there's a lot on the horizon with obviously The Open Championship and then you throw in the FedExCup playoffs and then the Presidents Cup and that sort of thing. So there's still a lot out there. The individuals we're talking about, I'm not saying they won't ever come here, but time off is needed. That's the simple way of putting that. Now I think you're going to get some guys here every now and again come back here or showcase or actually appear and play. What would I say to the fans? Is the next guys that are playing on some of these cup teams are probably in the field right now. That's what I would say. Whether they're young pros or even some veteran guys that have been there before. I think we'll see some guys surface and make headlines in major championships and on teams. I mean it just happens. I think if you were to ask the golfing public out there that is somewhat golf literate, two and a half years ago did they really know who Scottie Scheffler was? I mean you know, we picked him at the Ryder Cup last year. For all intents and purposes he might have been our 12th pick or 6th pick, but 12th man. I don't think we have to question who he is now. So that would be my response. There's a number of Scottie Schefflers out there and my guess is there could be a few in the field.

Q. Going back the question about Clair, you've got a unique perspective with him, you've seen how he handles and how he represents the John Deere Classic. Give us some insight as to what he does differently than other TOUR directors that has elevated his status.

ZACH JOHNSON: Sure. Well I don't work intimately with other tournament directors so it's maybe not fair for me to actually sit here and critique the others. But what I can say is Clair is passionate, has been passionate about his work. He is passionate about why he does his work. Maybe it's a poor analogy, but I don't necessarily feel like I ever really have had a true job since I graduated from college. When you're around Clair it doesn't seem like a job to him too. He loves -- it's a labor of love. That's kind of how I would equate what I do too. I thoroughly enjoy practicing. My body doesn't, but I enjoy it. Seeing Clair out there on the road or whether it's on a Zoom call or a conference call or whatever, there's not a stone that's not, that he doesn't turn over to see if we can make it better, to make it more efficient, more effective or just better. You can see that with the people he surrounds himself with and how he goes about his day-to-day operations. So I'm going to assume it's a unique leadership role he's taken over and taken to the next level, and again it's not fair for me to say relative to other tournaments. They're all good tournaments and we got great tournament directors. But I'm partial to this one. I thoroughly enjoy it. I've been honored, it's an honor for me to be, to have more than just a player in the field to be associated. I thoroughly enjoy it.

Q. Realizing Ryder Cup is more than a year away how much does it pervade your thoughts and what do you anticipate the next year being like for yourself?

ZACH JOHNSON: Yeah, I mean it enters my thoughts a little bit. Honestly probably as of late -- well the last so many odd months -- I mean right now there's not a whole lot I'm doing. There's e-mails and mundane things that I'm kind of checking the box. My wife might be more busy than I am. Right now my focus is helping Davis in Charlotte. If you really want to get down to it. I think we've got good synergy now year to year from cup to cup and we've got a guy that's sat in my see the twice as our leader for Charlotte in Davis Love. So that's where my emphasis is.

Now, once October hits I'm heading over to Italy in early October, it's the one year advance I think they call it and once that hits and things start, things will start to escalate, pick up, speed up, whatever you want to call it, but I'll be ready, I mean, that I didn't know this before but it's just become so effect, so very obvious, the PGA of America's Ryder Cup team, technically their championship team, starting with Kerry Haigh and branching down from there, the individuals that I communicate with on a weekly basis, if you will, are just amazing. They're amazing. They will do anything and everything to try to make my experience as a captain, well, fantastic. So far they have succeeded. It's special. But, I mean, yeah, if I have thoughts that get in there, it's, you know, I try to keep my feet right where they are, but it's hard, it's hard. I mean, because it is so special. I said it and I'll say it again, it's been the best thing that I've ever been associated within side the ropes. And I could go on and on as to reasons why. But I'm excited, I'm trying to pump the brakes on that and let things just -- I want to stay right where I'm at right now and then we'll get to that eventually. But next year will be busy, but good busy.

Q. Are there different challenges now at age 46 of trying to compete and win out here compared to maybe four, five years ago and part two, going back to St. Andrews in a couple weeks, just kind of the memories that kind of flood back to you from that win.

ZACH JOHNSON: Sure, I mean, yeah, I think there's differences. I mean I'm still trying to -- I mean I learned a lot last week, I'm still learning as I go. I appreciate that. That's not any different since five or six years ago. I think the more emphasis I can put just on my body, the better outcomes I can have. And I give it, I mean I'm doing something every day and it may be 30 minutes, it may be two hours, it just depends on where I'm at and what I'm doing. But I cannot play golf, practice or compete without doing something. I just can't. Part of it is mental but most of it is just, I can't physically do it without doing something. So the common denominator there from four years ago or 10 years ago is that I surrounded myself with great people, like-minded people that push me, encourage me, frustrated me in a good way, make me uncomfortable in a good way and as a result I think I can still compete out here.

There's so many factors involved there. But one thing I have now that I didn't have four years ago was four more years experience. So, I mean, my finishes haven't shown that, but I'm still encouraged that they will. I still, call me demented, I don't think it's demented, but I'm the ever optimist. Like I said, I am, I still feel like some of my best golf's in front of me. I'm not just saying that, because I really believe it.

Q. Going back to St. Andrews.

ZACH JOHNSON: Oh, sorry. Yeah. I can't wait. I can't wait. I am so ecstatic about getting back. That's obviously one of my favorite events. We haven't played there since 2015 and I'm actually bringing my coach, he's never been there, which is kind of weird. Yeah, strange. But it will be fun. I'm ready to go compete there too. I'll be ready. And I didn't get to play last year, so that stung. So I'm ready to get back.

Q. These have been friendly confines to you and a year ago Lucas Glover won for the first time in a decade. Do you have some special feelings coming back here where you know you've had success and it's a pleasant distraction, a lot of questions today, not about the TPC at Deere Run and I'm just curious about your feelings.

ZACH JOHNSON: Yeah, man, I have not felt distractions or distracted here in years. I really haven't. I feel it's almost like a routine here. I know what I'm going to do when I get here. I got a good plan of attack. I know what I'm going to do on the golf course. Although there are some change, some subtle, some not so subtle, which is kind of cool. But the integrity of the golf course has not wavered. I think D.A. did a great job in that regard. So, yeah, I love this golf course, the canvas, I love the character of it, I love what it demands. This time of year because of the heat, because of the humidity and in some senses at times well today and yesterday were gorgeous -- you know you got to push the accelerator down and make some birdies. I want to say the first year I played -- well I know the first year I played here was in the fall and I think Vijay won at like 11- or 12-under. My point is this place can have teeth it's just we're in the middle of summer when the wind drops a lot and the humidity comes up and the ball goes a lot further and it becomes a little bit easier, especially with all these guys in the field. So if I got to push the accelerator, I'll do it. I know you got to be somewhat aggressive and make some birdies out here. But that's fine. This place still has teeth.

Q. Talking about the changes on the course and the renovations. What is that going to do to, how does that affect the play?

ZACH JOHNSON: Well, I haven't seen the back nine, I'm actually going to go play it this afternoon. I think most -- well I'm sure the bunkering is altered on the back as well, I know it is. Well, what does it do? It

Case 5:22-cv-04486-BLF   Document 252   Filed 08/03/23   Page 344 of 381

helps the grounds crew a lot because the square footage of bunkers have gone down dramatically, even though there's more bunkers, if that makes sense. There's just a lot less sand.

**Q.** There's four fewer bunkers.

ZACH JOHNSON: Okay. Well less square footage. Yeah. So that's going to help a lot. The sand is fantastic. I went in the sand on the front nine a couple days ago and just hit some sand shots and it was awesome. Like you can kind of see it -- it probably shocks a lot of amateurs when they're watching us on TV, maybe it's a par-4 or a par-5, but oftentimes we aim for sand traps, just because we know we can control it if we get in there around the green. There's some pin placements here on some of these holes where if you hit it in the bunker you can get it up-and-down. You can generate some spin on bent grass and we'll take advantage of that. Especially on par-5s. Now, they're different. I knew where the old ones used to be, I knew the nuances of the old ones, I got to get used to the new ones. Some of the fall offs are a little bit more extreme so I would say that's going to be harder. The 8th hole looks awesome from the fairway especially. There's a little bit of fairway to the left, to the left of the bunker. And it looks awesome. I think, I actually Clair and I were talking about it, I think it's about a year away from looking really pristine. Because it's brand new. Some of the rough turf was put down I think at the beginning of the year. So it's still maturing. But it's subtle to the eye. But it's there. I think it's really good. First tee's a little longer, but I don't think that's that big of a deal, so.

THE MODERATOR: All right. Thank you.

**FastScripts Transcript by ASAP Sports**



**About ASAP Sports** • **FastScripts Archive** • **Recent Interviews** • **Captioning** • **Upcoming Events** • **Contact Us**

FastScripts | Events Covered | Our Clients | Other Services | ASAP in the News | Site Map | Job Opportunities | Links

**ASAP Sports, Inc.** | T: 1.212 385 0297

# EXHIBIT 28d



| Rocket Mortgage Classic Detroit Golf Club | **1** 🇺🇸 Tony Finau **-26** 4 -26 | **T2** 🇺🇸 Patrick Cantlay **-21** 4 -21 | **T2** 🇺🇸 Cameron Young **-21** 4 -21 | **T2** 🇨🇦 Taylor Pendrith **-21** 4 -21 | **5** 🇩🇪 Stephan Jaeger **-20** 4 -20 |

FULL LEADERBOARD ›

☰ **GolfDigest**                🔍 LOG IN

MAJORS

# R&A drops Open Championship exemption for Asian Tour's top money winner

**By Ryan Herrington** | December 18, 2021



Mark Runnacles

The R&A has dropped an annual exemption into the Open Championship given to the winner of the Asian Tour's Order of Merit, a spokesperson confirmed to Golf Digest.

Wade Ormsby, a member of the DP World Tour (formerly the European Tour), currently sits at No. 1 on the Asian Tour's money list with two events to play in the counting season. The 41-year-old Australian was hoping this would lock up a spot in the field into the 150th Open at St. Andrews in July, but now will have to gain entry another way.



The timing of the R&A decision draws into question whether it was connected at all to the Asian Tour's recent alignment with the Saudi-backed LIV Golf Investment, headed by Greg Norman, and the potential for that group to create a rival series of events to compete against the PGA Tour and DP World Tour. When asked why the R&A decided to drop the exemption, which had been in place since at least 2002, the spokesperson offered only the following comment:

"We review and update our exemptions from time to time and any changes are considered carefully by our championships committee."

The Asian Tour is hosting **the controversial Saudi International in February**, in which several top-ranked players on the PGA Tour and DP World Tour, including Dustin Johnson, Bryson DeChambeau, Xander Schauffele, Phil Mickelson and Lee Westwood, are listed being the field. However, the PGA Tour has not yet granted releases to these players to compete in the event.

**MORE: Rory McIlroy, PGA Tour PAC chair, believes players should get releases for Saudi event**

The R&A still is offering exemptions into the 150th Open for top finishes in three tournaments listed on the Asian Tour schedule: the SMBC Singapore Open (co-sanctioned with Japan Tour), the Kolon Korea Open (Korean Golf Association) and New Zealand Open (PGA Tour of Australasia), which was just added to the list of qualifying tournaments this week.







NEWS & TOURS

HERE'S THE PRIZE MONEY PAYOUT FOR EACH GOLFER AT THE 2022 LIV GOLF INVITATIONAL BEDMINSTER



NEWS & TOURS

**Henrik Stenson made millions with a LIV Golf win. But it came with a cost, too**



NEWS & TOURS

**The good, bad and ugly of being on the ground for the LIV Golf circus**



NEWS & TOURS

**Here's the prize money payout for each golfer at the 2022 Rocket Mortgage Classic**



THE LOOP

**Jason Day shares his text messages from Tiger Woods, reveals they are both huge golf nerds**



**NEWSLETTER**

Sign Up

**SECTIONS**

**SUPPORT**

**SERVICES**



USE OF AND/OR REGISTRATION ON ANY PORTION OF THIS SITE CONSTITUTES ACCEPTANCE OF OUR VISITOR AGREEMENT (UPDATED 1/1/20), PRIVACY AND COOKIES NOTICE (UPDATED 1/1/20) AND CALIFORNIA PRIVACY NOTICE. IF YOU ARE A CALIFORNIA RESIDENT AND WOULD LIKE TO EXERCISE YOUR RIGHT TO OPT-OUT OF THIRD-PARTY DATA SHARING, YOU MAY DO SO HERE: DO NOT SELL MY PERSONAL INFORMATION. GOLF DIGEST MAY EARN A PORTION OF SALES FROM PRODUCTS THAT ARE PURCHASED THROUGH OUR SITE AS PART OF OUR AFFILIATE PARTNERSHIPS WITH RETAILERS. THE MATERIAL ON THIS SITE MAY NOT BE REPRODUCED, DISTRIBUTED, TRANSMITTED, CACHED OR OTHERWISE USED, EXCEPT WITH THE PRIOR WRITTEN PERMISSION OF DISCOVERY GOLF, INC.

© 2022 DISCOVERY GOLF, INC. ALL RIGHTS RESERVED

# EXHIBIT 28e

LIV Golf Investments
222 Lakeview Ave.
West Palm Beach
Florida, USA
33401

The R&A
Links House
13 The Links
St. Andrews
KY16 9JD

18.12.21

Dear Martin,

**Re: LIV Golf Investments (LIV) and collaboration with The R&A**

I trust this finds you well.

I wanted to reach out directly, to convey my desire to meet and share our long-term plans for LIV and shed more light on our ongoing efforts to cooperate within the current ecosystem. I am conscious of how market noise might be detracting from the facts and skewing the reality of how our past attempts to partner with professional bodies have resulted in actions designed to hamper our long-term commercial and developmental interests.

I want to address the news that The R&A has withdrawn the exemption for the Asian Tour's Order of Merit Winner to The Open Championship. As a 40-year veteran of professional golf, past Open Champion, and staunch supporter of global golf development, I want to express my surprise and disappointment. It is not only the negative impact on the Asian Tour's member constituents, but it is removing a spot that may produce another major champion from Asia. The magnitude of an Asian win at The Home of Golf would be unequalled in impact. The rationale for the decision seems to unfairly and unnecessarily single out the Asian Tour and we would urge you reconsider and reinstate the qualification opportunity, given the discretion of your office, to select and control The Open Championship field.

As you heard in person earlier this year, LIV has made every attempt to collaborate with the game's current stakeholders, as a new member of the ecosystem. You yourself were asked to highlight any concerns or issues that you felt may result from our investment strategy. We remain open to hearing any of these and as you expressed in your letter to our chairman this summer, we will work to ensure we add value to professional golf's current framework (as we have done thus far with the Asian Tour) and act consistently within the current structures and interdependencies that support player pathways and the game's evolution.

For clarity, investment opportunities were made available to the PGA and European Tours, one eliciting no response and the other being rejected in favour of the trans-Atlantic strategic alliance. The inability for us to reach any sort of partnership agreement (despite our best efforts) should not detrimentally impact either parties ability to operate or compete, nor should it see our investments penalised or jeopardised. We don't want to see any undue negative impact on either Tour – one of which I am a lifetime member.

The commercial and developmental opportunity we have structured, as a partner of the Asian Tour, should be cause for celebration and coming together. United we can more quickly unlock the untapped potential, building around the work of The R&A and Augusta National, in the most important frontier market in the game's future. The preventative measures being taken are not serving the best interests of the game, the players, stakeholders, or the fans. We see no true cause or rationale for these measures, especially seeing as all parties were given the opportunity to consider optimal LIV relationships.

Golf will be unable to curtail the necessity for evolution, and we will not cease to pursue that opportunity. Neither will the world's best players. Healthy competition is a fundamental right in every industry. Mainstream sport deals in it every day. Open competition in golf stands to have far greater benefits than any of us can imagine. It is not up to anyone to stand in its way, but to unite to ensure the core values and governance stand the test of time and the game of golf finds its way equally into as many people's lives as possible.

I request the chance to meet and discuss how we might remedy the current position and provide assurances, as was done in London, that LIV is here as a force for *good* in the sport and will only ever act in the best interests of the game. And will do so as a willing and supportive ally of The R&A.

I look forward to hearing from you.

Yours Sincerely,

Greg Norman
Chief Executive Officer
LIV Golf Investments

# EXHIBIT 28f

ABOUT | THE MAGAZINE | FAQ | LOGIN 🔍



SUBSCRIBE 

July 13th, 2022

# Adam Scott: Greg Norman should have been invited to past Open champions exhibition

By Evin Priest

**Adam Scott says Greg Norman should have been allowed to play in to a past champions exhibition at the 150th Open Championship, after the Shark was snubbed by the Royal and Ancient Golf Club.**

## AUSTRALIAN COURSES



**Top 100 spotlight: Pacific Dunes Golf Club**



**Eternal links**



**Course review: Yarra Yarra Golf Club**



**Portsea Golf Club: A successful seachange**

Norman, a two-time winner of the Open, was not invited to the Celebration of Champions exhibition on Monday at the famed Old Course. Past Open champions such as Tiger Woods, Louis Oosthuizen and Rory McIlroy played in the exhibition.

The R&A said the reason for not inviting Norman, now the chief executive of LIV Golf, was to allow the focus to be on the 150th staging of golf's oldest Major and not Saudi Arabia-financed rival tour.

While the R&A were justified to not want Norman present due to a potential media circus and questions about his breakaway tour, Scott said Norman should still have taken part.

"I tend to think yes (Norman should have been here), is my first instinct," Scott said on the 18th green at St Andrews on Wednesday. "I know everyone's bent out of shape a little bit about what's going on but I tend to think yes overall. It's a never ending discussion and I'm not going to give you my reasons for why I think that, but that's my first instinct. He may have upset some upset the golfing world (but he should've been invited)."

When Norman, who won the Open in 1986 and 1993, was informed he was not welcome via a letter last week, the former world No.1 released a statement to this publication that the move was "petty" and that the R&A should have risen above the controversy.

Scott said Norman's reaction was accurate.

"That's a fair comment, yeah ... I guess we're dealing with something that we've not dealt with before and everyone's learning this (as we go along)," he said.

Scott is one of 11 Australians in the field for the Open Championship.





**The great Aussie golf weekend away: The Melbourne Sandbelt**



### PGA LEADERBOARD

**3M Open - 2022**

| Pos | Player | Tot | Thru | Rnd |
|-----|--------|-----|------|-----|
| 1 | Tony Finau | -17 | F | 4 |
| T2 | Emiliano Grillo | -14 | F | 4 |
| T2 | Sungjae Im | -14 | F | 4 |
| T4 | James Hahn | -13 | F | 4 |
| T4 | Tom Hoge | -13 | F | 4 |
| T4 | Scott Piercy | -13 | F | 4 |
| T7 | Greyson Sigg | -10 | F | 4 |
| T7 | Callum Tarren | -10 | F | 4 |
| T7 | Danny Willett | -10 | F | 4 |
| 10 | Chesson Hadley | -9 | F | 4 |

**SHOW MORE**

### LATEST ARTICLES

Muirfield's long, bumpy and often tense road to hosting its first Women's British Open

LIV Golf's application for world ranking points is in. But the hurdles to earn approval remain numerous

PGA Tour releases 2022-2023 schedule, including major changes to the FedEx Cup

Henrik Stenson made millions with a LIV Golf win. But it came with a cost, too

Two weeks, two wins, 43-under par. Tony Finau is proving his doubters wrong



**SEARCH**

| Type something... | **SEARCH** |

**COME JOIN US**

4,279   99,145   8,240

1,230



Advertise With Us

Editorial Guidelines

Complaints Handling Policy



Contact

Privacy Policy

Terms and Conditions



© 2022 AUSTRALIAN GOLF DIGEST. ALL RIGHTS RESERVED.

Website by 

# EXHIBIT 28g

Case 5:22-cv-04486-BLF   Document 2-5   Filed 08/03/22   Page 360 of 381

# Phil Mickelson was asked to skip British Open champions events over LIV Golf controversy

By Mark Cannizzaro

July 14, 2022 9:51am  Updated

---

Up Next - Phil Mickelson was asked to skip British Open champions events over LIV Golf controversy

**MORE ON:**
**BRITISH OPEN**

Brooks Koepka's model wife gives tantalizing peek at honeymoon

---

LIV Golf, PGA Tour better learn how to coexist

---

Inside British Open champion Cameron Smith's Florida home

---

Meet British Open champ's new girlfriend after splitting with golfing hopeful

---

ST. ANDREWS, Scotland — Phil Mickelson revealed Thursday that the R&A advised him not to partake in activities for past champions this week at St. Andrews.

The R&A, the governing body for the British Open, conducted the Celebration of Champions, a four-hole exhibition featuring past champions on Monday, and there was a champions dinner on Tuesday night.

Much the way LIV Golf leader Greg Norman was uninvited from coming to St. Andrews this week, Mickelson was informed the R&A would prefer he stay away – other than playing the tournament.

"The R&A contacted me a couple weeks before and said, 'Look, we don't think it's a great idea you go, but if you want to, you can,' " Mickelson said Thursday after shooting an even-par opening round on the Old Course. "I just didn't want to make a big deal about it, so I said, 'Fine.' We both kind of agreed that it would be best if I didn't."

8/2/22, 9:15 AM
Phil Mickelson asked to skip British Open events over LIV Golf
Case 5:22-cv-04486-BLF Document 3-5 Filed 08/03/22 Page 361 of 381

When asked a third time about not being invited to the festivities, Mickelson bristled and said: "Let it go, dude. Let it go. That's three times you've asked the same question. I don't know what to tell you. I couldn't be happier."



Phil Mickelson
Getty Images

An R&A official confirmed Mickelson's account of the contact, that the organization wanted him to stay away for fear that it would bring an unwanted distraction to their celebration of the 150th Open.

Mickelson, 52, has been the face of the Norman-led, Saudi-backed LIV Golf tour and has received the most backlash over it. That includes from Tiger Woods, who on Tuesday was vocal in his disdain for players involved with LIV.

"I have a lot of respect for him. I respect his opinion," Mickelson said of Woods. "I think everybody's going to have strong emotions and opinions about it, and I certainly respect his."

Mickelson, who was paid a reported $200 million by the Saudis, defended his choice to play for LIV Golf.



Phil Mickelson tees off at St. Andrews

Reuters

"I made the right decision for me," he said. "And I'm excited about having the opportunity to play competitive golf and have it in my life in a more moderate scale to where I can do some things outside of that, too. I freed up a lot of time as well. I couldn't be happier. I think it's been really good. I can't wait to get to New Jersey and play another event there [in two weeks at Trump National in Bedminster].

"The player experience, the experience of those events from a player standpoint is a 10. You can't get it any better. Look, it's not my job to explain or help you understand or whatever. I couldn't be more excited and ecstatic with where I'm at. I love the events. I get to have golf in my life and competitive golf in my life on a scale that is fun, exciting, different, and lets me play and compete but still do the things outside that I want to do."

Asked about the impact the fallout has had on him personally, Mickelson said: "It's all going to play out in time. I think it's all going to play out and end up where it should be in time."

**26**

**What do you think? Post a comment.**

On the golf course, though, Mickelson looks like a player searching for his form after taking four months away from the game. The Open is his seventh event in 2022 (three PGA Tour events, two LIV Golf events and the Saudi Invitational). In the previous six, he was a combined 37-over, missed three cuts, made one and played in the two LIV Golf events in which there is no cut.

"I had four months off, [and] obviously when I came back I wasn't really sharp," Mickelson said. "I thought I was playing a little bit better than I was. My game doesn't feel far off at all. I let a few strokes slide [Thursday], but for the most part, I actually feel pretty good with the parts. I've just got to bring them together to make the whole.

"I actually think I have some good rounds in me. I think I'm going to play really well the next few days."

FILED UNDER   **BRITISH OPEN**   **LIV GOLF**   **PGA TOUR**   **PHIL MICKELSON**   **7/14/22**

# EXHIBIT 28h

Case 5:22-cv-04486-BLF Document 22-5 Filed 08/03/22 Page 365 of 381



home   jobs   contact us

about ASAP Sports     FastScripts archive     recent interviews     products

Our Clients:            

## Browse by Sport

 Auto Racing
Baseball
Basketball
Boxing
CoSIDA
Cricket
Equestrian
Extreme
Football
Golf
Hockey
Lacrosse
Soccer
Swimming
Tennis
Track & Field
Volleyball
Wrestling

**Find us on**  

 **Subscribe to RSS**

**Click to go to Asaptext.com** ➡

# THE 150TH OPEN

## July 13, 2022

### Martin Slumbers
### The R&A

*St Andrews, Fife, Scotland, UK*

## Press Conference

MIKE WOODCOCK: Okay. Well, good morning, everyone. We'll make a start. Welcome to The R&A press conference here at the The 150th Open. I'm joined here by Martin Slumbers, the chief executive of the R&A. We are very happy to answer any questions you might have this morning. But Martin has some opening remarks. I'll ask him to begin.

Martin, would you like to lead us off.

MARTIN SLUMBERS: Thank you, Mike. And good morning, everyone.

I know that most of you have covered The Open for many years, and I'm sure you're every bit as thrilled and honoured as I am to be part of this very special week in the history of golf.

The 150th Open is a true milestone for our sport, and it calls for celebration in so many ways. I'm delighted to welcome you to St Andrews, and I look forward to reading some of the stories I expect you'll write during this outstanding championship.

You know, at heart I'm a golf fan, and I would be lying if I said that I'm not feeling goosebumps on the eve of the first day. I don't think I can wait to see Paul Lawrie hit that first tee shot tomorrow morning and finally, after a lot of -- three or four years of very hard work, we'll finally get underway four days of world-class golf.

It's a pleasure to welcome so many fans, 290,000 in all from around the world, to the home of golf. Particularly, the 20,000 children and young people who will be attending for free.

We should not forget that The 150th Open is as much as about looking to the future as it is about celebrating the past.

Before we get the press conference underway, I would like to briefly address a topic which is no doubt on most of your minds.

We all know the disruption that men's professional golf is facing and the potential impact it could have on the structure of the game. We've been saying for some time now that our purpose of the R&A is to ensure


View our
e-Brochure

that golf is thriving in 50 years' time and that it remains strong at all levels, from grassroots through to the professional game.

We've seen significant growth in the sport over recent years. The R&A invests the proceeds from The Open, this championship, in developing, nurturing and strengthening golf around the world and ensuring that talented players have pathways to progress as far as they can in golf based simply on their own ability.

I firmly believe that the existing golf ecosystem has successfully provided stable pathways for golfers to enter the sport and develop and realize their full potential.

Professional golfers are entitled to choose where they want to play and to accept the prize money that's offered to them. I have absolutely no issue with that at all.

But there is no such thing as a free lunch. I believe the model we've seen at Centurion and Pumpkin Ridge is not in the best long-term interests of the sport as a whole and is entirely driven by money. We believe it undermines the merit-based culture and the spirit of open competition that makes golf so special.

I would also like to say that in my opinion the continued commentary that this is about growing the game is just not credible and if anything, is harming the perception of our sport which we are working so hard to improve.

We believe the game needs to focus on increasing participation, achieving greater diversity, and making sure that golf is truly open to all, rather than this narrow debate involving a small number of players.

As importantly, it detracts from what makes golf, as Arnold Palmer stated, the greatest sport that mankind ever invented. Golf is far more than just professional golf, and we should all remember that.

I have often talked about the 99 percent who play golf for love. And I believe that the vast majority of the 70 million-plus golfers do so because of the values of golf, which to me are integrity, personal responsibility, and respect.

Looking ahead to The Open next year, we have been asked quite frequently about banning players. Let me be very clear. That's not on our agenda. But what is on our agenda is that we will review our exemptions and qualifications criteria for The Open.

And whilst we do that every year, we absolutely reserve the right to make changes as our Open Championships Committee deems appropriate. Players have to earn their place in The Open, and that is fundamental to its ethos and its unique global appeal.

With that, I'd like to get back to what we are all here for, The 150th Open. As you've seen already, this week's a celebration of the incredible history of golf's original championship and the remarkable impact it has had on the sport we all love.

As part of that celebration, I'm delighted to announce that three of our most renowned champions have accepted invitations to become honorary members of the Royal & Ancient Golf Club of St Andrews. Tiger Woods, Rory McIlroy and Paul Lawrie have achieved great success and have been hugely influential figures in golf over many years. We could not be more thrilled to recognize them in this special year and to welcome them to the club. A news release is being sent to you as we speak.

Let me finish as follows: On Sunday night, it will be my privilege to announce the Champion Golfer of the Year in the 150th staging of this wonderful championship. That player will have his name carved in history on the Claret Jug, and what could be more special than that?

I would urge you all to keep that in mind and enjoy The Open as much as we will. It will certainly be an occasion to tell your children and your grandchildren about for many years to come. Thank you.

**Q. Martin, given what you've just said in the opening remarks, the fact that Greg Norman was asked to stay away, it seems like contradictory that you didn't look at the qualification criteria for this year. I mean, is this something that happened perhaps too late for you to have looked at those criteria this time?**

MARTIN SLUMBERS: I mean, we always ensure that we follow the integrity of what we've said in the media and the press and the announcements about the championship.

We published the conditions of competition for The Open back in January/February. Everyone knew how you were going to get in the field for this week, and we stick by that.

I think that's a completely different issue. That's an exemptions and qualification in the championship. It's a completely different issue to an invitation to a celebration dinner.

**Q. Martin, when you said that you reserve the right to review the qualification criteria in future years, did you mean that as a threat? And are you worried The Open brand will be devalued in the future if the best golfers can't play here just because they're with LIV or a rival tour that the golfing establishment don't agree with?**

MARTIN SLUMBERS: I never said the best golfers will not be able to play. We will hold totally true to The Open being open to anybody. But we may well look at how you get into that, whether it's an exemption or a need to qualify through our qualifying process.

**Q. Martin, on a technical point, do you believe LIV should be afforded World Ranking points?**

MARTIN SLUMBERS: I'm here as the CEO of the R&A. I'm also a board member of the OWGR -- and the board meeting was yesterday, by the way. And that question will need to be addressed to the chairman of the OWGR.

And the OWGR made a statement late last night, I think, about the application from LIV. And I have nothing further to add to that point and will not add to anything more on that point.

**Q. You talk about the exemptions. Can you expand a little bit as to how these may change? And will they be designed in a way to ensure that as members of the PGA TOUR, members of the DP World Tour, that they will be allowed access to play? And will the exemptions possibly be looking at ways of how LIV golfers can't get access?**

MARTIN SLUMBERS: So I think you need to step back quite a long way in history. And despite what I just answered to you, and remember that the OWGR was formed -- I mean Mark McCormack was instrumental in creating the OWGR for the majors to be able to identify the best players in the world.

And when we will look at exemptions and qualifications, we will do so in the context of what is going on in the men's professional game, how is the men's professional game being structured, and how do we create the right balance of exemptions and qualifications to enable the best players in the world to be teeing it up next year at Hoylake.

**Q. Martin, Greg Norman had not been invited to the celebrations. Have you thought it might take away from the 150th celebration? Can you tell me what were your fears and what you would expect him to do in return?**

MARTIN SLUMBERS: I come back to the point, this is a very important week for golf. This is the oldest championship. It's the original championship. I keep going back to remembering why in 1860 we played it, and that was because of the death of Allan Robertson, who was the best golfer in the world in 1859. And for 149 times it's been the Champion Golfer of the Year on Sunday.

We are absolutely determined to ensure that this goes down in history as about The 150th Open. We decided that there would be, based on noise that I was receiving from multiple sources, that that was going to be potentially unlikely.

We decided that we didn't want the distraction. We wanted to ensure that the conversation was all about this week and playing golf and balls in the air tomorrow and the Champion Golfer on Sunday.

Greg hasn't been here since 2010. He didn't come in 2015. In fact, it's many years since he's even been to The Open. So there would have been another reason for that. So it was very clear to protect the integrity of this week.

**Q. Martin, on the much lighter topic of distance, could you give us some feedback at least on what you've gotten from messaging from the manufacturers at this point? And how much does The Old Course and the way it plays this week influence The R&A's position and thinking on the topic?**

MARTIN SLUMBERS: I thought you might bring that up. So, you know, we have published the area of interest. This is a very technical process we're in, that some may be familiar with and some aren't familiar with. And in that area of interest, we've laid out the areas to do with the golf ball and to do with the driver that we are now interested in.

More importantly, as you've picked up in many of your articles, it's the interests that we're not interested in pursuing. I always said we wanted to work this through in a collaborative and broad dialogue with all

stakeholders, of which equipment manufacturers are just one piece of that. And we are working through that. And I have to admit that has been a very good, challenging, thoughtful, intellectually stimulating series of discussions.

I think I've said before, this is a serious time on a serious problem, and it needs serious discourse. And I think we're definitely getting that.

We will receive in September, which is when the period for the area of interest closes -- I think we are very clear in the area of interest what we're interested in. And we will then take some time to review, analyse, consider the feedback we get, and then we'll move to the next stage.

Q. The impact this week of just kind of how the course plays, is that any part of the thinking?

MARTIN SLUMBERS: I'm not sure how many times I can say it. We're agnostic on one golf course. We're not building equipment regulation for the oldest golf course in the world. We're trying to build equipment regulation for our sport.

There's lots of other courses that could be categorised that way -- this is not about the Old Course.

Q. I know that there are serious discussions and topics going on in the world of golf. But coming from the area that I come from, from the Asian countries, who depend so much on the R&A and The Open and that this is the tournament for them. Not only you being the world governing party for all those countries but the kinds of grants that you give to the countries, what kind of messages have you received from these smaller nations on the eve of the The 150th Open? What are they looking for? What are they asking from an organisation like yours?

MARTIN SLUMBERS: You know, the most important thing that nearly all the affiliates we work for look for from us is leadership and guidance and advice. And that's what we spend a lot of time doing.

Let's be positive about it. Golf is in a really good place at the moment. We have benefited from the pandemic in the very terrible couple of years the world has had. But golf's in a really good place. And I'm passionate about making sure that we capitalise on that really good space, keep driving it.

And let's not also forget that the area you live in is probably the biggest growth area. And, by the way, it's growing. And there's massive opportunities, particularly in India and China, for very large-scale growth in our sport.

So, you know, we spend -- the best thing about COVID being over for me is I can get back on the road and spend more time in Asia, and spend more time with the people who are driving this game in various countries. And we will do everything we can to ensure that we're able to support both intellectually, with coaching and with money, all the countries around the world that are affiliated to The R&A.

Q. Martin, there's been talk and buildup to this event about 59 potentially being on the cards. Do you feel that's a possibility, or has Mother Nature given us a course that's going to make that difficult for someone to shoot?

MARTIN SLUMBERS: I'm going to deal with that in a couple of ways, if I may. We've spent three years getting this golf course to where we are today. The one thing I've learned in the last seven years is you need two things to be happening Open week.

One is very skilled green-keeping staff and very hardworking staff, and we're privileged to have that team here.

And the second bit is luck and luck with Mother Nature.

And I think the golf course is exactly where we want it to be. If you go out there today, it's a lot firmer than it was yesterday. We've been holding the greens back because we had very hot weather early part of this week. We wanted to make sure that the grass was good come Sunday.

The fairways are firmer than the greens, and they're running really hard. And Mother Nature at the moment is not destined to give us any rain and probably not going to give us as much wind as we like. But we've got other ways of being able to set up the golf course. And my philosophy has always been I want to set up the golf course fair, challenging, and let these guys show us how good they are.

Now, let me make a comment about 59 because I'll put that back to you. 59 is 13-under par around this golf course. There's 7,300 yards. It's got greens that are running at 10 1/2 to 11. It's got fairways where

the ball is bouncing 50 yards if it's hit and more if it catches the downslope.

13-under par around that, I'll tell you what, if someone shoots that, I will be the first person on the 18th green to shake their hand because they have played outstanding golf.

**Q. Martin, you were very emphatic that you wanted the focus this week to be all about the The 150th Open and the Champion Golfer on Sunday. There's clearly a distinct possibility that Champion Golfer could be one of the defectors to LIV given two of them are former Open winners. Would that in some ways be the R&A's worst nightmare?**

MARTIN SLUMBERS: I think if -- whoever wins on Sunday is going to have their name carved in history. And I'll welcome them onto the 18th green. This is a golf tournament. The Open is about having the best players in the world playing, and I want to see who shoots the lowest score come Sunday night.

**Q. We're talking about growing the game. Everybody seems to be wanting to grow the game. But how is -- it's something that we, in the other part of the world, in Asia, where it's actually growing a lot, we lost three crucial years because of COVID. A lot of tournaments didn't play. The amateurs, many amateurs actually gave up the sport because they didn't have an avenue to play. The R&A and the Masters have given us two amazing tournaments in that part of the world, the Asian Amateurs and the Women's Amateurs. When we talk about growing the game now, is R&A going to do something to make up for the lost time for 2 1/2 years that we had in terms of paucity of funds, paucity of tournaments, even clinics for rules and regulations, which that part of the world desperately needs? Anything out that would actually be very beneficial for countries like India, Thailand, Singapore, whatever, and that whole area.**

MARTIN SLUMBERS: I think catching up on 2 1/2 years is going to be a real challenge, if we're honest with ourselves. But we will not back off from all the work we used to do and hopefully business as usual.

But to pick up your point, where do I think the growth of the game is? I think the growth of the game is driven by three things.

One is perception, and primarily a perception that this is a game for the people and it's a game that is good for your mental health and your physical health.

Two is it's about getting families to play golf. And many of you have watched over the last seven years what I've been driving from the R&A. If you look at it and put it all together into a puzzle, it's about families. It's about mothers, fathers, children, grandchildren all playing golf together. That's the future.

And thirdly, it's about short-course facilities, public facilities, open to the public, relatively low cost, and introduce people to the game. Because all the research that we do shows that our problem is getting people to try out our sport often because of perception and often because of cost.

But once they try it out, the hit rate on them staying with the game is huge. Our problem is getting them through the door. And that's the problem for golf.

**Q. Martin, you mentioned earlier that obviously you're the chief executive of the R&A but also a board member of the Official World Rankings. Is that not a conflict of interest? And will you therefore have to recuse yourself from the process of deciding the World Ranking points for LIV?**

MARTIN SLUMBERS: I think I said earlier I'm not willing to answer any more questions on OWGR. Sorry.

**Q. It's not a conflict of interest? It lays you open to the accusation from LIV, if not just from me?**

MARTIN SLUMBERS: The question of conflict of interest will be a matter decided by the UK Companies Act.

**Q. Martin, you keep mentioning the ecosystem and that it's in peril obviously from the insurgency. Outside the fact that they're pumping large amounts of money into golf, which is what's being done by all the organisations that are in the ecosystem, what other issues do you have with the ecosystem and the concern about the ecosystem with this new group?**

MARTIN SLUMBERS: My primary concern about the ecosystem is we spend multimillions every year, the proceeds from this championship on grassroots and amateur golf, from bottom, bringing people into the sport and playing elite golf.

I know that I can look you in the eye -- because this is men's golf we're talking about at this point -- I can look in the eye of any boy or any parent of that boy and know that, if he comes into the game and

wants to get to the top, wants to play this game, that there is a pathway to the top totally based on his ability and his willingness to work hard.

And that has been fought for by our sport for 100 years, that pathway from picking up a golf club to playing at the top level. And I think that is something that is fantastic about our sport. And I think it's worth fighting for. And that pathway is the biggest piece of the ecosystem for me.

**Q. And the perils?**

MARTIN SLUMBERS: I think the pathway that we have today works extremely well. It doesn't need to be changed.

**Q. Will it be in peril?**

MARTIN SLUMBERS: Possibly. Let's see how it develops.

**Q. Given your opposite number at the USGA said, at the United States Open, that he conceived that there would be a time when they would consider excluding LIV golf members from the United States Open. Is this a coordinated approach? Are your remarks made today purely by The R&A, or is there a coalition of forces involved here where you are consulting about this -- and obviously the two main world tours, DP World Tour and the PGA TOUR with their position? Is it a coalition of forces?**

MARTIN SLUMBERS: No.

**Q. It's purely individual?**

MARTIN SLUMBERS: We have great relationships. We have a common objective about improving the game and developing the game. But we all have our own independent agendas.

**Q. It's a question about free-to-air television coverage of golf, this championship. There's now no live coverage of free-to-air television. In fact, there's pretty much no live coverage of any golf on free-to-air television. Is that not a concern that the next generation of sports fan, potential sports fans just aren't seeing enough of this game?**

MARTIN SLUMBERS: We've been having that debate for about 25 years. I think that it is not as simple as being free to air to actually get people to play golf. I think it's a much more complex and multifaceted problem and the solution in what we do.

We do have highlights on the BBC, and the BBC play a fantastic role in being able to show that. They have a brilliant radio station, which if you can't watch TV, is about the best way you can cover golf. And I think it is being able to hit and cover our sport in so many different ways.

The world is very different now to what it was 20 years ago. People don't sit down and watch golf for six hours. They just don't do it. They've got all the social media. All the other ways and channels -- I always laugh when I watch my sons. They've got at least three devices on their lap when they're watching any sport.

So I don't think that just pure free to air is as important as it was 25 years ago, and actually I'm very happy with the balance we have. I think our Open is being covered brilliantly. We get an enormous amount more coverage, and I think we're in a really good place.

**Q. You say that, but over 7 million people watched Novak Djokovic win Wimbledon. You're going to get a small fraction of that in terms of television figures in the UK for this tournament. And if I look at the television schedules for this coming weekend and highlights of the third round on the BBC are at 10:00 p.m., that's not a very family friendly time as I can see it. Is that too late for you?**

MARTIN SLUMBERS: I think you're making an overly simplistic point about number of people watching and number of people who are going to then play the sport. I think it's a much more complex piece on that. And I think we get our coverage, if you look at it in terms of broad digital and linear coverage, on a global basis, I'm very happy where we are.

**Q. Aside from the political implications around LIV, do you have a position on the morality argument with Saudi Arabia and the human rights record?**

MARTIN SLUMBERS: Let me be very clear: Abuses of human rights, acts of terrorism cannot be condoned in my mind in any shape or form. They're abhorrent and unacceptable. I totally understand why you're asking the question, but I'm very clear on that part of it.

But for us, I'm looking at it in terms of the broader picture about how the game grows and how many of the positive things that are happening in golf.

**Q. But do you think golf should be welcoming money from Saudi Arabia and given what we know about sports watching?**

MARTIN SLUMBERS: I think that's a too simplistic way of looking at it. And if you look around the world, we have a responsibility to work with many countries around the world that are affiliated to the R&A and are responsible for golf in their country. And we will continue to work with those countries all around the world.

**Q. Can you just clarify, what's simplistic about it? It's fairly clear-cut. We know the situation in Saudi Arabia, sport, not just golf, sort of F1 for all we've seen, this rush to Saudi Arabian money. We know why they're doing it. What's your position there?**

MARTIN SLUMBERS: I think my position on human rights is very clear, and I just made it, which is at the heart behind your question. So on that matter, I've answered your question.

**Q. But you're comfortable with golf taking that money?**

MARTIN SLUMBERS: I'm very comfortable in golf globally growing in terms of more and more people growing and the sport being a force for good, yes.

**Q. The purse increased 22 percent this year. How much concern do you have, if any concern, about the kind of purse growth we're seeing around the world? And how much of that is attributable to responding to LIV versus just inflation?**

MARTIN SLUMBERS: Well, the purse is up 22 percent year over year and up 60 percent since 2016. So it's a big increase. What I'm concerned about on purse growth is that The R&A's responsibility is much broader than just a purse in the championship.

And I spend a lot of time trying to balance up how do I make enough revenues to be able to move with the times on how the sport's growing and also continue to invest and increase the investment into amateur golf, the AIG Women's Open, bringing up equality of pay, and being able to balance all of those is an increasing challenge.

MIKE WOODCOCK: Martin, thank you for your time this morning. Thank you for joining us for the press conference.

**FastScripts Transcript by ASAP Sports**



**About ASAP Sports • FastScripts Archive • Recent Interviews • Captioning • Upcoming Events • Contact Us**

FastScripts | Events Covered | Our Clients | Other Services | ASAP in the News | Site Map | Job Opportunities | Links

**ASAP Sports, Inc.** | T: 1.212 385 0297

# EXHIBIT 28i

**From:** James Corrigan <james.corrigan@telegraph.co.uk>
**Sent:** Friday, April 22, 2022 8:45 AM
**To:** Jane MacNeille <jane.macneille@livgolf.com>
**Subject:** Re: LIV

Been told that Fred Ridley went round the players at the Masters telling them not to play LIV events!! That's mental

# EXHIBIT 28j

6/1/22, 1:17 PM
Case 5:22-cv-04486-BLF Document 3-5 Filed 08/03/22 Page 375 of 381
ESPN.com: Sources: PGA commish draws line in sand on LIV

 **ESPN.com:** Golf
[Print without images] 

Wednesday, June 1, 2022
# Sources: PGA commish draws line in sand on LIV

By Mark Schlabach
ESPN

COLUMBUS, Ohio -- PGA Tour commissioner Jay Monahan met with several agents of tour players at Muirfield Village Golf Club on Wednesday, and his message to them was once again clear, according to sources. Choose the PGA Tour or the LIV Golf Invitational Series; players won't be allowed to play on both circuits.

After LIV Golf released the names of 42 players who will compete in its first event outside London next week, the PGA Tour released a statement on Wednesday that reiterated Monahan's warning that players would face discipline for defying the tour's position, including potential fines, suspensions and/or bans.

"As communicated to our entire membership on May 10, PGA Tour members have not been authorized to participate in the Saudi Golf League's London event, under PGA Tour Tournament Regulations," the tour's statement Wednesday said. "Members who violate the Tournament Regulations are subject to disciplinary action."

The PGA Tour denied conflicting-event releases to players who had requested them on May 10. The first LIV Golf event coincides with the RBC Canadian Open in Ontario next week.

The 42-player list that was released by LIV Golf on Tuesday night includes two-time major winners Dustin Johnson and Martin Kaymer and four other major winners: Sergio Garcia (2017 Masters), Charl Schwartzel (2011 Masters), Graeme McDowell (2010 U.S. Open) and Louis Oosthuizen (2010 Open Championship).

Rory McIlroy, speaking during a news conference ahead of the Memorial, which begins Thursday, said that there were a couple of surprises but that he wasn't particularly impressed with the strength of the LIV field.

"I certainly don't think the field is anything to jump up and down about," McIlroy said. "Look at the field this week. Look at the field next week in Canada. They are proper golf tournaments."

When ESPN asked McIlroy whether the tour should severely discipline its players who compete in the LIV events to dissuade others from doing so in the future, he took a softer stance on the threat of the breakaway circuit than he had in the past.

"I certainly don't think they should drop the hammer," McIlroy said. "Look, they are well within their rights to enforce the rules and regulations that have been set. But it's going to end up being an argument about what those rules and regulations are. I have some very close friends that are playing in this event in London, and I certainly wouldn't want to stand in their way for them to do what they feel is right for themselves.

"It's not something that I would do personally. But I certainly understand why some of the guys have [decided to play in London], and it's something that we are all just going to keep an eye on and see what happens over these next few weeks."

Australia's Matt Jones, who is among the PGA Tour players in the LIV field, said Wednesday that "it was a good business opportunity for me and my family."

"I like the concept, the idea of the three-day tournaments, [and] the team format aspect of things is great," Jones said.

Jones, a two-time PGA Tour winner, said he hoped the tour doesn't ban players because they compete in the LIV Golf series, which is being fronted by Greg Norman, a two-time Open winner and former No. 1 golfer, and financed by Saudi Arabia's Public Investment Fund.

"I have thought about that, which is something I had to weigh up," Jones said. "I don't think banning players is a good look for the PGA Tour, or for golf in general. I hope there is a way we can work around it. But I'm very comfortable with my decision and I'm looking forward to it. I think it's going to be good. I'm just excited to go and play golf. I love to compete. And I've always enjoyed playing golf courses all around the world."

# EXHIBIT 29


# Conflicting Event/TV Release Request

Decision by the Commissioner will be made no later than 30 days in advance of the event.

**Date of Request** *

**Member Name** *

**Email address for Reply** *

## Conflicting Event Release Request

**Name of PGA TOUR / PGA TOUR Champions event**

**Title and place of conflicting event**

**Date of conflicting event**

## Television Release Request

Note: If the conflicting event will appear on television in the United States in any form (e.g., live, tape delay, post-event highlight package, etc.), you must also complete the TELEVISION RELEASE REQUEST below.

**Name of PGA TOUR/PGA TOUR Champions Event**

**Title and place of televised event**

**Date of televised event**

Rule: Article V, Section B (Paragraph 1.b) of the Tournament Regulations provides that:

No PGA TOUR member shall participate in any live or recorded golf program without the prior written approval of the Commissioner, except that this requirement shall not apply to PGA TOUR cosponsored, coordinated or approved tournaments, wholly instructional programs* or personal appearances on interview or guest shows. "Golf program" for purposes of this section means any golf contest, exhibition or play that is shown anywhere in the world in any form of media now known or hereinafter developed. The Commissioner's approval of any member(s) participating in any golf program covered by this rule may be subject, without limitation, to the sponsor, promoter, television producer and/or other parties involved in the golf program entering into a sanctioning or other agreement with PGA TOUR, including an acknowledgement of PGA TOUR's media rights and the payment of rights fees to the PGA TOUR, therefore, and to such other conditions as are designated by the Commissioner.

Should the program or event in question change its time shown than that which was previously approved, it is the member's obligation to resubmit another Television Release Request and have it approved. Failure to do so will result in cancellation of the member's Television Release.

Information: I hereby request written approval of my participation in a Television Golf Program (as defined above), and state that information provided below is correct:

Contractual Assurances: By clicking the checkbox below, I certify that I have obtained/I will obtain, as a condition of my participation, binding written assurance from the sponsor promoter, television producer and/or other appropriate parties involved in the above described program or event that it will not be shown in the United States on any form of television or other electronic medium without the prior written approval of the Commissioner of the PGA TOUR, or will be shown in the United States on such conditions as are specifically approved by the Commissioner

☐ **Contractual Assurance Confirmation** *

☐ Send me a copy of my responses

Submit

Privacy Notice | Report Abuse

# EXHIBIT 30



Jay Monahan, right, was on hand at the AT&T Byron Nelson, but Ian Poulter said, "Don't even start with me," when asked to comment on the PGA Tour commissioner's visit.



# Monahan Assures PGA Tour Players

### BY ART STRICKLIN

**McKINNEY, TEXAS |** Wearing a white Presidents Cup-logoed golf shirt and gray slacks, PGA Tour commissioner Jay Monahan easily fit in among the swing instructors, agents and fitness gurus on the range Wednesday morning at the AT&T Byron Nelson.

But when he emerged entourage-free from the player tunnel next to the practice green at TPC Craig Ranch, Monahan exhibited a stronger vibe. He clearly meant business. Less than 12 hours after he issued a statement denying releases to players who sought to compete in the inaugural LIV Golf Invitational Series event next month near London, Monahan doubled down on his PGA Tour edict.

He offered quick handshakes to Matthew Wolff and his caddie and a few nods to players who seemed startled to see the PGA Tour's top boss in person on a practice day.

"Our players get it," Monahan said in a brief interview with *Global Golf Post*. "They know we have a good thing, and they want to build on their legacy. Not everybody is going to stay, and we can't keep them, but the (tournament) sponsors are with us and the player agents are here, and their sponsors are loyal to the tour."

## "We were talking on the range as players: If you want to leave, then just go. Take off. Nobody is keeping you here."

### RYAN PALMER

David Winkle, whose Hambric Sports Management represents major champions Brooks Koepka, Dustin Johnson and world No. 1 Scottie Scheffler, among others, said the surprise onsite visit by Monahan was a calculated and savvy move.

"The commissioner is a smart man, very smart to be here," Winkle said after an animated conversation with Monahan and others.

"I don't know if it was a flex or not, but it was a good move for him," said Ryan Palmer, a native Texan and a four-time tour winner, after his discussion on the range with Monahan. "After what happened with Sergio (García), saying that he couldn't wait to leave the PGA Tour) last week, and his statement denying the releases, I think he wanted to come out and see everybody and see if they had any questions. It was pretty clear. We were talking on the range as players: If you want to leave, then just go. Take off. Nobody is keeping you here."

Though Monahan spent close to an hour talking with players as they prepared for their pro-am rounds, not everybody was thrilled to see the PGA Tour boss.

"Don't even start with that," England's Ian Poulter, a reputed recruit for the new tour, said with both hands up in the air, when asked to comment about Monahan's visit. "Don't even start with me. I want to read his entire statement formally before I react."

Poulter later declined further comment, as did countryman Lee Westwood, who also has been linked to the new tour.



Xander Schauffele was non-committal, saying, "Wherever I am playing at the time. All I can control is how I react and how I do on the course."

"I understand their stance and see where they're coming from, but I'm a little disappointed to see they didn't grant a few releases at least for the first event," said Kelly Kraft, another Texan and a former U.S. Amateur champion. "Nobody asked me to play, but $25 million (the purse for each of the eight LIV Golf events) is a nice payday. If somebody did, then you have a decision to make.

"We are independent contractors, after all; that's what it's called."

Xander Schauffele, standing about 30 feet from where Monahan was conducting his one-man charm offensive, was non-committal about his stance on the PGA Tour and any rival tour.

"All I can do at the end of the day is play good golf and increase my stock as a player," Schauffele said.

Asked whether he meant on the PGA Tour, Schauffele added, "Wherever I'm playing at the time. All I can control is how I react and how I do on the course. That's all I'm concentrating on at the time."

Monahan, who was on his way to visit the PGA of America's new headquarters about 10 miles west in Frisco, said he received "good response from the players so far."

"We're going to be just fine."