# EXHIBIT 31




# APPLICATION FOR MEMBERSHIP

I hereby apply for membership in the PGA TOUR. In consideration of acceptance of this application and admission to such membership, I remit $100 as initiation fee plus annual dues in the amount of $100. (Note: If applying for reinstatement, the initiation fee is waived.)

In further consideration of such membership, I agree to abide by the respective Tournament Regulations of the PGA TOUR including any amendments thereto that may be adopted from time to time by the PGA TOUR Policy Board. Further, with respect to rules and regulations pertaining to eligibility and competition on the PGA TOUR, I understand that it is my responsibility to understand how the Tournament Regulations and related policies affect my membership status and participation in PGA TOUR tournaments.

Name _____
　　　　　(First)　　　　　　　　　　　　　　　　(Middle)　　　　　　　　　　　　　(Last)

Home Phone _____ Cell Phone _____ E-mail _____

Name (for tournament listing) _____ Playing Location _____ Pro-Am Preference: ___ Eam ___ Lam ___ Epm ___ Lpm
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(city/state)

Member of PGA of America? _____ Yes _____ No (see below)　　　　　Home Circuit _____

If "No," you may purchase liability insurance for $175 through the PGA TOUR, which would cover you for PGA TOUR cosponsored events during the current year, or you may pay $20 at each tournament for liability insurance coverage for that particular week. If you wish to purchase insurance, please initial _____ and enclose an additional $175.

If "Yes," I certify that I have personal liability insurance covering liability which may arise from participation in tournaments in an amount not less than $1,000,000 which provides for the PGA TOUR, Inc., Professional Golfers' Association of America, and such other entities as PGA TOUR, Inc., may designate from time to time, as co-insureds in such policy.

I HEREBY APPLY FOR PGA TOUR MEMBERSHIP:

_____ Initiation Fee: $100 (waived if application is for reinstatement of any former member)

_____ Dues: $100 per year

_____ Liability Insurance for Nonmembers of PGA of America: $175 per year

_____ TOTAL DUE (Make checks payable to PGA TOUR, Inc.)

　　　In further consideration of PGA TOUR's acceptance of this application, I hereby grant and assign to PGA TOUR, Inc., without limitation, my individual television, radio, motion picture, photographic, electronic, internet "Interactive Applications" (as defined below) and all other media rights with respect to my participation in the PGA TOUR co-sponsored or approved tournaments, Pro-Ams or any other golf events conducted in conjunction with the PGA TOUR co-sponsored and coordinated tournaments (e.g., clinics, long-drive contests) or any portion thereof (i.e., at all times onsite during Tournament Week and during any Tournament-related activities), or any other footage of me that may be captured by or on behalf of PGA TOUR with my permission, with the understanding that PGA TOUR's use thereof shall be limited to the following: (1) advertising, promoting or publicizing the PGA TOUR, PGA TOUR charitable initiatives, the Tournaments or any broadcasts thereof; (2) live broadcasts during the Tournaments, (3) broadcasts or exhibitions on a recorded basis as part of a program or motion picture of the Tournaments or year-end summaries of sports award programs or any news of sports news programs; provided, that in no case shall the rights granted hereunder be used in any program or motion picture designed for instructional purposes without the express written consent of the player(s) involved; (4) live or taped non-exclusive updates and (5) any other live or recorded telecast, transmission, reproduction or photography of any Tournament in any and all media now known or hereafter developed. "Interactive Applications" shall mean the presentation in any medium in a way that permits the viewer to interact with or manipulate the presentation or access other relevant information during the presentation.

　　　I agree to refrain from any action which will interfere with PGA TOUR's ownership of the rights hereunder granted and assigned to PGA TOUR or with any authorized use thereof. I also agree to abide by and be governed by the PGA TOUR Tournament Regulations currently in effect (and, if a member of PGA TOUR, attest that a copy thereof has been furnished to me) and by the Rules of Golf of the United States Golf Association, subject to any modifications thereof approved by PGA TOUR.

　　　I hereby declare that I have the financial capacity to support myself on the PGA TOUR for one full year and that the foregoing information provided in this application is true and complete. I understand that any material false statement herein furnished by me may result in my expulsion from the PGA TOUR and the suspension or termination of playing privileges in tournaments cosponsored, coordinated or approved by PGA TOUR.

　　　**DRUG TESTING:** I understand that drug testing may be conducted on players pursuant to the PGA TOUR Anti-Doping Program ("the Program"). As a member of the PGA TOUR, I consent to and agree to be bound by all requirements of the Program specifically including but not limited to: my agreement: blood and/or urine sample, as specified by PGA TOUR, to any testing agency authorized by the PGA TOUR at any time or place without advance notice; that refusal to provide the type of sample required by PGA TOUR, if requested, will constitute an anti-doping rule violation; that any sample collected shall become the property of the PGA TOUR; that the PGA TOUR may disseminate information pertaining to me relevant to the Program, as permitted by the Program; and that the Results Management provisions of the Program shall provide the sole and exclusive method for resolving any dispute related to the Anti-Doping Program.

　　　**INTEGRITY PROGRAM:** The PGA TOUR Integrity Program is intended to maintain integrity and prevent betting-related corruption in PGA TOUR competitions. As a member of the PGA TOUR, I consent and agree to be bound by all terms of the PGA TOUR Integrity Program Manual (the "Integrity Program Manual"). The Integrity Program Manual, among other things: prohibits me from betting on any Tournament and providing inside information to third parties for purposes of betting on any Tournament; requires me to report any violations of the Integrity Program Manual to PGA TOUR; and establishes a process for the monitoring, investigation, sanctioning and disclosure of violations of the Integrity Program Manual.

　　　Personal information collected from applicants will be used by PGA TOUR for the purpose of administering the tournaments on the tours operated and/or sanctioned by PGA TOUR, providing membership benefits, and providing applicants with information relating to membership, products, services, news and promotions of PGA TOUR and affiliates of PGA TOUR. PGA TOUR shall not sell, share or otherwise disclose personal information of applicants with third parties, other than to third parties engaged by PGA TOUR to fulfill the above purposes or as otherwise consented to by the applicant. To view PGA TOUR's Privacy Policy, visit www.pgatour.com/company/privacy.html.

Date _____　　　　Signature _____

**Please return to:** Katelyn DiCristofano • PGA TOUR Competitions • 1 PGA TOUR Boulevard • Ponte Vedra Beach, FL 32082 • 904.543.5715

## PLAYER INFORMATION QUESTIONNAIRE

Name _____

Mailing Address _____
    (Street)                                         (City)              (State)      (Zip Code)

Date of Birth _____ Place of Birth _____
    (MM/DD/YYYY)

Citizenship* _____ Dual Citizenship _____
    *Provide copy of passport (Substantial Presence Test may be required to exclude U.S. income tax withholding on prize payments)

Height _____ Weight _____

College _____ Graduation Date, Degree or Major _____

Year Turned Professional _____ First Year on Tour _____

Name of Club _____ Phone _____

Address _____

Wife's Name _____

Child(ren)'s Name(s) and Date(s) of Birth (for internal purposes only)

_____ Date of Birth _____
                                                        (MM/DD/YYYY)

_____ Date of Birth _____
                                                        (MM/DD/YYYY)

_____ Date of Birth _____
                                                        (MM/DD/YYYY)

Previous Qualifying Tournament attended: _____

How you got started in golf/age: _____

Golf instructors you have used: _____

Interests or hobbies other than golf? _____

What do you consider the strongest parts of your game? _____

List any outstanding achievements in golf: _____

Were you proficient at other sports before golf? If so, which? Any honors? _____

_____

Your biggest thrill in golf: _____

Name of your manager: _____

_____
    (Manager's email address)                              (Phone)

# EXHIBIT 32




# 2021-2022 MEMBERSHIP RENEWAL

1.  2021-2022 PGA TOUR Membership Dues and Liability Insurance - **check one and see starred notes below**

    ____* Member of PGA of America (PGA of America Member #_____): please pay **$100** - Membership Dues
    
    or
    
    ____** Non-Member of PGA of America:  please pay **$275** - Membership Dues ($100) + Liability Insurance ($175)
    
    or
    
    ____ Non-Member of PGA of America playing less than 10 events: please pay **$100** - Membership Dues (will pay $20 on site for Insurance)

-------------------------------------------------------------------------------------------------------------------------

\* I certify that I have personal liability insurance covering liability which may arise from participation in tournaments in an amount not less than $1,000,000 which provides for the PGA TOUR, Inc., Professional Golfers' Association of America, and such other entities as PGA TOUR, Inc., may designate from time to time, as co-insureds in such policy.

\*\* You may purchase liability insurance for $175 through the PGA TOUR, which would cover you only for PGA TOUR cosponsored events during the current year. **Members of PGA of America do not need this insurance.**

-------------------------------------------------------------------------------------------------------------------------

## PLEASE NOTE ANY CHANGES

2.  Name: _____

    Mailing Address: _____

    Telephone No.: _____     Cell Phone No.: _____

    State of Residence for Tax Purposes _____     e-mail address: _____

3.  Preference for Pro-Am Playing Times: Eam ___ Lam ___ Epm ___ Lpm ___   Playing Location: _____
                                                                                                                City, State

4.  Manager: _____

-------------------------------------------------------------------------------------------------------------------------

## PLEASE READ AND SIGN BELOW

In further consideration of PGA TOUR's acceptance of this application, I hereby grant and assign to PGA TOUR, Inc., without limitation, my individual television, radio, motion picture, photographic, electronic, internet "Interactive Applications" (as defined below) and all other media rights with respect to my participation in the PGA TOUR co-sponsored or approved tournaments, Pro-Ams or any other golf events conducted in conjunction with the PGA TOUR co-sponsored and coordinated tournaments (e.g., clinics, long-drive contests) or any portion thereof (i.e., at all times on-site during Tournament Week and during any Tournament-related activities), or any other footage of me that may be captured by or on behalf of PGA TOUR with my permission, with the understanding that PGA TOUR's use thereof shall be limited to the following: (1) advertising, promoting or publicizing the PGA TOUR, PGA TOUR charitable initiatives, the Tournaments or any broadcasts thereof; (2) live broadcasts during the Tournaments, (3) broadcasts or exhibitions on a recorded basis as part of a program or motion picture of the Tournaments or year-end summaries of sports award programs or any news of sports news programs; provided, that in no case shall the rights granted hereunder be used in any program or motion picture designed for instructional purposes without the express written consent of the player(s) involved; (4) live or taped non-exclusive updates; (5) any other live or recorded telecast, transmission, reproduction, recording or photograph of any Tournament in any and all media known or hereafter developed. "Interactive Applications" shall mean the presentation in any medium in a way that permits the viewer to interact with or manipulate the presentation or access other relevant information during the presentation.

I agree to refrain from any action which will interfere with PGA TOUR's ownership of the rights hereunder granted and assigned to PGA TOUR or with any authorized use thereof. I also agree to abide by and be governed by the PGA TOUR Tournament Regulations currently in effect (and, if a member of PGA TOUR, attest that a copy thereof has been furnished to me) and by the Rules of Golf of the United States Golf Association, subject to any modifications thereof approved by PGA TOUR.

I hereby declare that I have the financial capacity to support myself on the PGA TOUR for one full year and that the foregoing information provided in this application is true and complete. I understand that any material false statement herein furnished by me may result in my expulsion from the PGA TOUR and the suspension or termination of playing privileges in tournaments cosponsored, coordinated or approved by PGA TOUR.

**DRUG TESTING:** I understand that drug testing may be conducted on players pursuant to the PGA TOUR Anti-Doping Program ("the Anti-Doping Program").  As a member of the PGA TOUR, I consent to and agree to be bound by all requirements of the Anti-Doping Program specifically including but not limited to my agreement: to provide a urine and/or blood sample, as specified by PGA TOUR, to any testing agency authorized by the PGA TOUR at any time or place without advance notice; that refusal to provide the type of sample required by PGA TOUR, if requested, will constitute an anti-doping rule violation; that any sample collected shall become the property of the PGA TOUR; that the PGA TOUR may disseminate information pertaining to me relevant to the Anti-Doping Program, as permitted by the Anti-Doping Program; and that the Results Management provisions of the Anti-Doping Program shall provide the sole and exclusive method for resolving any dispute related to the Anti-Doping Program.

**INTEGRITY PROGRAM:** The PGA TOUR Integrity Program is intended to maintain integrity and prevent betting-related corruption in PGA TOUR competitions. As a member of the PGA TOUR, I consent and agree to be bound by all terms of the PGA TOUR Integrity Program Manual (the "Integrity Program Manual").  The Integrity Program Manual, among other things: prohibits me from betting on any Tournament and providing inside information to third parties for purposes of betting on any Tournament; requires me to report any violations of the Integrity Program Manual to PGA TOUR; and establishes a process for the monitoring, investigation, sanctioning and disclosure of violations of the Integrity Program Manual.

Personal information collected from applicants will be used by PGA TOUR for the purpose of administering the tournaments on the tours operated and/or sanctioned by PGA TOUR, providing membership benefits, and providing applicants with information relating to membership, products, services, news and promotions of PGA TOUR and affiliates of PGA TOUR.  PGA TOUR shall not sell, share or otherwise disclose personal information of applicants with third parties, other than to third parties engaged by PGA TOUR to fulfill the above purposes or as otherwise consented to by the applicant. To view PGA TOUR's Privacy Policy, visit www.pgatour.com/company/privacy.html.

_____     _____
Signature                                                                  Date

**Please return to:  Katelyn DiCristofano, PGA TOUR, 1 PGA TOUR Boulevard, Ponte Vedra Beach, FL 32082 or kated@pgatourhq.com**

# EXHIBIT 33

Case 5:22-cv-04486-BLF Document 26 Filed 08/03/22 Page 7 of 49

# Might Players Boycott a Major In Response to LIV? Davis Love III Could See It

The captain of the U.S. Presidents Cup team is frustrated at how LIV Golf is taking players and throwing the game into flux, and outlined a drastic measure to Michael Rosenberg of Sports Illustrated.

BOB HARIG • 6 HOURS AGO

BEDMINSTER, N.J. – Davis Love III is frustrated about what the new LIV Golf Invitational Series could be doing to both the Ryder Cup and Presidents Cup, and he believes PGA Tour players might have recourse if the new entity continues to be disruptive.

Love, 58, a World Golf Hall of Famer, told *Sports Illustrated*'s Michael Rosenberg at this week's Rocket Mortgage Classic that he could foresee players banding together to boycott a major championship if the various governing bodies don't step in to ban LIV players from competing in them.

"Well, here's the biggest lever; and it's not the nice lever," Love said. "But if a group of veterans and a group of top current players align with 150 guys on the Tour, and we say, "Guess what? We're not playing,' that solves it, right? *If LIV guys play in the U.S. Open, we're not playing. If they sue in court, and they win, well, we're not playing.* You know, there won't be a U.S. Open. It's just like a baseball strike."

The PGA Tour has given indefinite suspensions to players who are participating in LIV events, thus making them ineligible for this year's Presidents Cup and severely impacting their ability to play in the Ryder Cup because they need to earn qualification points through Tour events and also be a PGA of America member.

So far, three of the major championships – the PGA, U.S. Open and the British Open – have expressed their concern over the disruption that LIV Golf has caused but have stopped short of denying players who are qualified entry to their championships. The Masters has yet to make an official comment on the matter, although chairman Fred Ridley said at the Masters in April that Phil Mickelson – who at the time was in the midst of a lengthy leave and eventually signed with LIV Golf – was not prohibited from playing as a past champion.

Scroll to Continue



## What's not to Love about CBS move? Plenty



## David Feherty Is Leaving NBC For LIV Golf, and That's No Laughing Matter



## PGA Tour Lets Pros Play in Saudi Invite, But There's a Catch

The major championships find themselves in a precarious position not of their making. Do they want all of the top players? Do they want to ban past champions, who at the Masters and Opens especially, are a big part of the tradition? Do they forego existing exemptions that see major winners typically get a five-year invite to the other majors?

Love, who is this year's U.S. Presidents Cup captain and captained the U.S. Ryder Cup team in 2012 and 2016, has been frustrated in seeking out players who have either defected to LIV Golf or considered it.

He had numerous text messages with Mickelson, one of the first players to go. Love also tried to convince some that they could be making a long-term mistake. He's asked others if they are comfortable with the idea of never playing in a Ryder Cup or Presidents Cup again.

"Some of them understood it," Love said. "Some of them think they are going to court or whatever and are going to prevail, and they're gonna get to come back. What they don't seem to understand is that players make the rules. So we can strengthen the rules rather than loosening the rules, right?"

Some players, including Rory McIlroy and Jon Rahm, have wondered if perhaps the two sides need to have a discussion and see if something can be worked out.

Love has just a few weeks before he is to make his captain's selections for the U.S. Presidents Cup team that takes on an international team in late September at Quail Hollow in Charlotte. Players for both teams could potentially leave prior to then and after the FedEx Cup; LIV has two September events prior to the Presidents Cup.

Love said he's asked some players if they are leaving. "You know … I've been lied to already. Why would you say, "Yes, I'm going after the FedEx Cup?' No, they're not gonna tell me that."

# EXHIBIT 34



**Tyler Dennis**
*Executive Vice President and President, PGA TOUR*

May 10, 2022

*Sent via email to PGA TOUR Membership*

Dear PGA TOUR Member,

I would like to share the PGA TOUR's decision regarding conflicting event and media release requests for the Saudi Golf League's event to be played in London during the week of the RBC Canadian Open.  We have notified those who have applied that their request has been declined in accordance with the PGA TOUR Tournament Regulations.  As such, TOUR members are not authorized to participate in the Saudi Golf League's London event under our Regulations.

As a membership organization, we believe this decision is in the best interest of the PGA TOUR and its players.

Please contact me or a member of the Player Relations team should you have further questions.

Sincerely,

Tyler Dennis

# EXHIBIT 35

HOME  /  MORNING READ  /  NEWS

# Dustin Johnson Headlines Field for Inaugural LIV Golf Tournament

Names announced so far for next week's 54-hole, no-cut, $25 million event in London include 16 of the world's top 100 and six former major champions.

BOB HARIG • 1 HOUR AGO

Dustin Johnson will headline the field for the inaugural LIV Golf Invitational Series next week, a last-minute change in thinking having occurred this week as the two-time major champion had originally said he was sticking with the PGA Tour.

Johnson, 37, who will be one of two top-20 ranked players in the world who participate in the 54-hole tournament to be played at the Centurion Golf Club outside of London, along with Louis Oosthuizen. There are 16 of the top 100-ranked players in the world.

Phil Mickelson's name is not on the list of participants announced Tuesday, but the 51-year-old Hall of Famer who shook up the golf world due to his explosive comments about the PGA Tour and also the Saudi regime that is backing the LIV Golf circuit is believed to still be in play for the event to be played June 9-11 at Centurion Golf Club.

There were 42 players announced, leaving room for Mickelson and five players who will qualify via an International Series event this week being played in London.

Johnson came as a surprise after saying in February he would not be part of the new endeavor.

The tournament will have a purse of $25 million, with $20 million earmarked for the individual portion of the event and $4 million going to the winner.

Former Masters champion Sergio Garcia, who let his disdain for the PGA Tour come out several weeks ago at the Wells Fargo Championship when he got an unfavorable ruling, is among several former major winners to participate.

Johnson was asked about LIV Golf two weeks ago at the PGA Championship and said: "I think golf is in a good spot, and I think what they're doing ... could potentially be good for the game of golf. I'm excited to see what happens here in a few weeks."

He later added that he'd "be watching," but now will apparently be playing.

Case 5:22-cv-04486-BLF Document 2-6 Filed 08/03/22 Page 13 of 49

It is expected that players such as Johnson and Garcia are receiving hefty appearance fees or even contracts to compete in a specified number of events on top of the prize money.

Johnson's agent, David Winkle, issued a statement Tuesday night.

"Dustin has been contemplating this opportunity off-and-on for the past couple of years. Ultimately, he decided it was in his and his family's best interest to pursue it. Dustin has never had any issue with the PGA Tour and is grateful for all it has given him, but in the end felt this was too compelling to pass up."

Johnson also has an endorsement with RBC, the Canadian financial services company, and will miss next week's RBC Canadian Open though he is listed as being in the field.

Others who have joined the field are former Masters winner Charl Schwartzel, former British Open champion and world No. 20 Oosthuizen, former U.S. Open champions Graeme McDowell and Martin Kaymer, who also won a PGA Championship and the Players Championship.

Englishmen Lee Westwood, Ian Poulter and Richard Bland are also participating, along with Americans Kevin Na, Hudson Swafford and Talor Gooch, who won earlier this year on the PGA Tour. Australian Matt Jones is also part of the field, as is South African Branden Grace.

Former U.S. Amateur champions Peter Uihlein and Andy Ogletree are entered, as are three current amateurs: James Piot, the 2021 U.S. Amateur champion, David Puig and Thailand's Ratchanon Chantananuwat, who earlier this year at age 15 became the youngest player to win an Official World Golf Ranking event at the Trust Golf Asian Mixed Cup.

Among some DP World (formerly European) Tour players to enter are Laurie Canter, Oliver Fisher, Sam Horsfield, Pablo Larrazabal, Shaun Norris, Wayne Ormsby and Bernd Wiesberger.

The field of 48 will be completed with five players who qualify based on their finishes at this week's International Series event in England that is sanctioned by the Asian as part of an agreement with LIV Golf Investments.

"The desire shown by the players to participate in LIV Golf demonstrates their emphatic believe in our model and confidence in what we're building for the future," LIV Golf Commissioner and CEO Greg Norman said.

"We couldn't be happier at the diversity of our field, featuring players from around the world including major champions and those making their debut with us, competing in their first professional event. We can't wait to start that journey at Centurion Club with this group of first movers who are committed to growing the game in new and exciting ways."

The PGA Tour and commissioner Jay Monahan have denied conflicting-event releases to the tournament, which will likely lead to fines and possibility suspensions. Previously, Monahan had threatened PGA Tour bans for players who joined the new league.

Scroll to Continue

## RECOMMENDED ARTICLES



### The Eight Most Stylish Tour Pros of 2021



### Norman's Khashoggi Remark a Reminder of Endless Greed Baked Into LIV Golf



### Tiger Woods might have been asleep at wheel, report says

But for now, LIV Golf is not a league. Norman pivoted in the wake of Mickelson's February comments that painted the PGA Tour as "greedy" and acknowledged that human rights issues of Saudi Arabia that have caused controversy for many involved.

The backlash against Mickelson caused many to back off, including Johnson, who at the time said he felt "now is the time to put such speculation to rest. I am fully committed to the PGA Tour."

Mickelson lost several sponsors in the wake of his comments, including long-time club endorser Callaway as well as Workday and KPMG.

Several other players were critical of Mickelson, including Rory McIlroy, who said the concept was "dead in the water" and added "who's left? Who's left to go? I just can't see any reason why anyone would go."

At the time, McIlroy's views were shared by many. He was among the first to speak out against the concept. Jon Rahm and Brooks Koepka joined him, as did Bryson DeChambeau.

But Norman and LIV Golf regrouped, coming back with a new plan that would see eight events played this year, none required. The original concept was to be a 14-tournament

league with 12 four-man teams competing each week alongside the individual competition.

While the new concept still calls for teams, they will change by the tournament, with an eight-event schedule this year – final tournament is a full team event with a $50 million purse – and 10 scheduled for 2023. Norman said the plan is for the League to launch in 2024. Five of the tournaments will be played in the United States, with next week's in England, another in Thailand and the other in Saudi Arabia.

On May 10, SI.com/Morning Read reported that the first event expected to have 19 of the top 100 players in the world, with six that were ranked in the top 50 at that time. LIV Golf received 170 entries, with 36 ranked among the top 50 in the Official World Ranking.

Several amateurs were also expected to be in the field, having worked out NIL (name, image and likeness) deals.

But those numbers were bound to take a hit when the PGA Tour (and later DP World Tour) announced that they would not be granting their members conflicting-event releases to play.

"We have notified those who have applied that their request has been declined in accordance with the PGA Tour Tournament regulations," said Tyler Dennis, PGA Tour senior vice president, in a memo to players. "As such, Tour members are not authorized to participate in the Saudi Golf League's London event under our Regulations. As a membership organization, we believe this decision is in the best interest of the PGA Tour and its players."

The Tour's Saudi reference was to the funding of LIV Golf Investments, which is backed by the Public Investment Fund, Saudi Arabia's autonomous sovereign wealth fund.

When the Saudi International tournament began in 2019, it was sanctioned by the European (now DP World) Tour, which was criticized for its involvement. The Tour dropped its alliance starting this year and that tournament is now an Asian Tour event.

The LIV Golf events will have $25 million purses, with $20 million going to individuals and $5 million paid out to a team portion. Each event will have 48 players, with 12 four-man teams.

The winner will receive $4 million and last place gets $120,000. There is no cut and the events are just 54 holes.

The first seven of these tournaments will operate in this manner, with the final tournament a team competition and a $5 million purse with the last place team guaranteed $1 million, or $250,000 each.

Norman was announced as CEO of LIV Golf Investments and commissioner of a league that was expected to begin play this year. A winner of two major championships and a member of the World Golf Hall of Fame, Norman has since said that there will be another series of 10 events next year followed by the launch of the league in 2024 – expected to be comprised of 14 tournaments.

While Norman will not have an abundance of top-ranked players as originally envisioned when attempting to put together a 14-tournament schedule for this year, the numbers are better than expected. LIV Golf organizers believe there are weak spots on the PGA Tour schedule that present an opportunity.

The recent Mexico Open, for example, had just 31 of the top 100 players in the world, with winner Rahm the only player ranked among the top 15. Rory McIlroy was the only top-10 player at the Wells Fargo Championship won by Max Homa.

The first LIV Golf event will be played opposite the RBC Canadian Open, which his expected to have a strong field as it is played for the first time in three years due to the coronavirus pandemic. It is the week prior to the U.S. Open.

But Norman and LIV Golf organizers are banking on the fact that the enormous prize money, a 54-hole, no-cut concept with shotgun starts and only 48-player fields and an added team format will be enticing.

Mickelson, who won the PGA Championship last year for his sixth major title, has not played since early February and was severely criticized for his association with the league. He skipped both the Masters and defense of his PGA Championship title and his return to golf remains unclear.

The Tour's decision to not grant releases came as a mild surprise. It typically grants such permission for overseas events, usually up to three per season. The issue was going to become more acute when the first event is played in North America starting on July 1 outside of Portland.

By not granting any, the Tour is effectively pushing back on what it views as a threat. Players face fines or suspensions if they do participate but no sanctions will be levied until after a player competes.

## Field

(42 of 48 players announced)

Oliver Bekker, South Africa
Richard Bland, England
Laurie Canter, England
Ratchanon Chantananuwat (amateur), Thailand
Hennie Du Plessis, South Africa

Oliver Fisher, England
Sergio Garcia, Spain
Talor Gooch, USA
Branden Grace, South Africa
Justin Harding, South Africa
Sam Horsfield, England
Dustin Johnson, USA
Matt Jones, Australia
Sadom Kaewkanjana, Thailand
Martin Kaymer, Germany
Phachara Khongwatmai, Thailand
Sihwan Kim, USA
Ryosuke Kinoshita, Japan
Chase Koepka, USA
Jinichiro Kozuma, Japan
Pablo Larrazabal, Spain
Graeme McDowell, Northern Ireland
Jediah Morgan, Australia
Kevin Na, USA
Shaun Norris, South Africa
Andy Ogletree, USA
Louis Oosthuizen, South Africa
Wade Ormsby, Australia
Adrian Otaegui, Spain
Turk Pettit, USA
James Piot (amateur), USA
Ian Poulter, England
David Puig (amateur), Spain
JC Ritchie, South Africa
Charl Schwartzel, South Africa
Hudson Swafford, USA
Hideto Tanihara, Japan
Peter Uihlein, USA
Scott Vincent, Zimbabwe
Lee Westwood, England
Bernd Wiesberger, Austria
Blake Windred, Australia

# EXHIBIT 36

Begin forwarded message:

On Saturday, June 4, 2022, 7:55 PM, Kirsten Burgess
<KirstenBurgess@pgatourhq.com> wrote:

Andy,

The Commissioner evaluates all release requests based on their individual circumstances. Releases have been granted for one-off events outside North America or for events outside of North America on  tours based exclusively outside of North America, as is the case with your request for a release for the International Series London event.  The LIV Golf Invitational London event for which you have requested a release is the first in an eight-event "2022 LIV Golf Invitational Series" season, and more than half of them will be held in the United States.

In addition to the above, we simply cannot permit free riding on the investments made by the TOUR in establishing and promoting its members.

Sincerely,

**Kirsten Burgess**
Vice President, Competition Administration

PGA TOUR
1 PGA TOUR Blvd.

Ponte Vedra Beach, FL 32082
Office: 904.273.3306
Mobile: 904.755.5759
Fax: 904.543.2347

The information contained in this transmission and any attachments may contain privileged and confidential information. It is intended only for the use of the

person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** andy ogletree <andy.ogletree@yahoo.com>
**Sent:** Tuesday, May 31, 2022 2:21 PM
**To:** Kirsten Burgess <KirstenBurgess@pgatourhq.com>
**Subject:** Conflicting event denial

**This Message Is From an External Sender**
This message came from outside your organization.

Hi,

I wanted to reach out regarding my denied media rights release for the event next week. I genuinely do not understand how it is possible for that to be denied.

I am 40 spots out of the event next week on the Korn Ferry Tour. I am out on my number, and there is no Monday qualifier to allow me a chance to get into the event. I have not gotten into a single event all year. I have spent thousands and thousands of dollars at qualifying school and Monday qualifiers. I have spent countless hours contacting tournament directors, writing letters, emails, phone calls, etc. I have written a Korn Ferry Tour representative who decides who gets the one spot per week selected by the tour.

I have exhausted all options in order to be able to play the Korn Ferry Tour. If I was in the events and chose LIV Golf events over the Korn Ferry Tour events, I would understand your position. However, I have done all but that.

I do not know what the Korn Ferry Tour would like me to do. Should I just sit at home on my couch next week and not make any money? It seems like this is your stance.

I am curious as to how you gave me a release for this week to play on the Asian tour international series which is sponsored by the same entity. I would love some clarity as to how that makes any sense.


Andy Ogletree,

Korn Ferry Tour Member


Sent from Yahoo Mail for iPhone

# EXHIBIT 37

Case 5:22-cv-04486-BLF Document 26 Filed 08/03/22 Page 23 of 49

HOME / MORNING READ / NEWS

# Dustin Johnson Surrenders PGA Tour Membership, Likely Also Ryder Cup Status

The world No. 15 met the media at the LIV Golf opener and is one of several players now believed to have given up their PGA Tour membership.

BOB HARIG • 10 MINUTES AGO

HERTFORDSHIRE, England – Dustin Johnson is on the verge of becoming a lifetime member of the PGA Tour, the required 15 years of time just months away, while the requisite 20 tournament wins were already in the record books a few years ago.

But Johnson is in England this week instead of Canada, where the PGA Tour's RBC Canadian Open is taking place and where he would otherwise be expected to be competing as an RBC ambassador.

He will be competing in the first LIV Golf Invitational Series event at the Centurion Club, and said he has given up his PGA Tour membership – which means that lifetime membership distinction will not occur.

"I've resigned my membership of the Tour and I'm going to play here for now, that's the plan,'' Johnson said.

That is despite the fact that it likely means Johnson won't be able to play in the Presidents Cup or Ryder Cup, and his status for the major championships remains murky, with no official word from the majors' governing organizations.

With 24 victories, Johnson has more PGA Tour wins than any player under the age of 50 who is not named Tiger Woods. Two years ago he won the Masters, and as recently as four months ago was ranked fifth in the world.

Now 15th, Johnson held a lengthy stint at No. 1 until the 2021 U.S. Open. He was also a key member of the U.S. Ryder Cup team last fall.

His decision to join LIV Golf did not come without some consternation. On Feb. 20, Johnson, 37, released a statement through the PGA Tour pledging his allegiance to the circuit after considerable conjecture about his intentions.

But there was a good bit of wavering in the last two weeks, and Johnson admitted it was back and forth. He's been offered a reported $125 million just to sign on, which is likely for five years and doesn't include the potential to earn millions more in prize money, and became the first big name to be part of the series when the field was announced last week. Phil Mickelson, a six-time major winner, joined him on Monday.

Johnson admitted the potential of missing the Ryder Cup gave him pause.

"Obviously, all things are subject to change and hopefully at some point they will but, ultimately, I decided to come do this and play out here. I'm excited about it.

"The Ryder Cup is unbelievable and is something that has definitely meant a lot to me. I'm proud to say that I've played and represented my country. Hopefully, I'll get a chance to do that again but I don't make the rules."

Scroll to Continue

## RECOMMENDED ARTICLES



### Dustin Johnson's Decision to Play LIV Golf Event is Now the PGA Tour's Problem



### Mickelson, USGA disgrace U.S. Open



### Media Buffet: As Contenders Fell Short Sunday at PGA, So Did Insightful Commentary from CBS

To be a member of the U.S. Ryder Cup team, you need to first be a member of the PGA of America, the organization that oversees club professionals, who are required to go through a PGA Club Management program. PGA Tour players, however, are granted PGA of America membership.

You can't earn points for qualification if you are not playing the PGA Tour, and there has been no precedent for captain's picks selecting non-members.

Johnson has joined Kevin Na and Oosthuizen in giving up PGA Tour membership. The Associated Press reported that Sergio Garcia, Branden Grace and Charl Schwartzel had

also done so.

These are certainly not normal times in golf, and that was evident Tuesday when Johnson joined Oosthuizen, Graeme McDowell and 15-year-old amateur Ratchanon Chantananuwat for a news conference that was moderated by Ari Fleischer, the former White House press secretary to President George W. Bush.

Fleischer is well-schooled in political matters, so it was fitting when the subject of Saudi Arabia and the country's Public Investment Fund became part of the questioning. The PIF is the funding source of for LIV Golf, and Saudi's human rights record and "sportswashing efforts" are a big part of the angst associated with the new venture.

McDowell, who won the 2010 U.S. Open, was clearly uncomfortable with the topic and admitted it is not easy.

"This has been incredibly polarizing," he said. "I think we all agree up here, take the (Jamal) Khashoggi situation; we all agree that's reprehensible. Nobody is going to argue that fact.

"But we are golfers. Speaking personally, I really feel like golf is a force for good in the world. I just try to be a great role model to kids. I know what the game of golf has taught me. I love using the game of golf as something to kind of help grow around the world. That's pretty much what we've been for the last 20 years, being role models for kids and try to use this game, like I say, as a force of good really.

"We are not politicians. I know you guys hate that expression, but we are really not, unfortunately. We are professional golfers. If Saudi Arabia wanted to use the game of golf as a way for them to get to where they want to be and they have the resources to accelerate that experience, I think we are proud to help them on that journey using the game of golf and the abilities that we have to help grow the sport and take them to where they want to be."

Chantananuwat might be excused if the discussion is one that is difficult for him. Earlier this year, he became the youngest player to ever win a sanctioned Official World Golf Ranking event when he won on the Asian Tour.

He joked about the tests he has to take in school and getting to meet some of his golf idols.

Undoubtedly, he will learn more about it as the issue is unlikely to go away anytime soon as players compete for $25 million in each of the first seven events, with $50 million at a season-ending event in October.

"I think as golfers, if we tried to cure geopolitical situations in every country in the world that we play golf in, we wouldn't play a lot of golf," McDowell said. "It's a really hard question to answer. We're just here to focus on the golf and kind of what it does globally for the role models that these guys are. It's a really hard question to get into it."

# EXHIBIT 38



Kirsten Burgess
Vice President, Competition Administration

June 9, 2022

Mr. Kevin Na
38 Pebble Dunes Ct
Las Vegas, NV 89141

Dear Kevin:

I am writing in follow up to your request to resign your PGA TOUR membership.

Your resignation will go into effect immediately, and you no longer have any voting privileges. You will be removed from the Official FedExCup Points List and placed on the Nonmember FedExCup Points List effective Sunday, June 12 following the conclusion of the RBC Canadian Open.

Any membership benefits for which you are eligible cease on your resignation date including, but not limited to, the PGA TOUR Group Health Disability Plan and PGA TOUR Health Insurance.

Please be aware that you remain subject to disciplinary action for violations prior to the date of resignation. In addition, you should not expect that you will be able to rejoin membership or play in any events without membership at any particular time, as such matters would be governed by the Regulations and event registration requirements in effect at the time, which may be amended from time to time.

Sincerely,

Kirsten Burgess

cc:      Commissioner Monahan

# EXHIBIT 39

# OVERVIEW



**FEDEXCUP 101**

## What you need to know

• The 2021-22 PGA TOUR Season marks the 16th edition of the FedExCup

• The FedExCup is a season-long points competition which culminates with the FedExCup Playoffs, a series of three events to determine the FedExCup Champion

• The top 125 players in the FedExCup standings are eligible for the FedExCup Playoffs with the three events featuring a progressive cut with fields of 125, 70 and 30

• The FedExCup Playoffs finale, the TOUR Championship, features FedExCup Starting Strokes, a staggered, strokes-based system which represents the final FedExCup standings, recognizing players for their Regular Season performance, as well as their play in the first two FedExCup Playoffs events

• The total bonus pool for the FedExCup Playoffs is $75 million, with the FedExCup Champion earning $18 million

**OVERVIEW**

Established in 2007, the FedExCup is a season-long points competition offering $75 million in bonus money and culminating with the FedExCup Playoffs in August. Players vie to become the FedExCup Champion, which distinguishes the one player who not only performs well during the FedExCup Regular Season, but also excels through the pressure of the FedExCup Playoffs. Players to hoist the FedExCup trophy include Tiger Woods (2007 and 2009), Vijay Singh (2008), Jim Furyk (2010), Bill Haas (2011), Brandt Snedeker (2012), Henrik Stenson (2013), Billy Horschel (2014), Jordan Spieth (2015), Rory McIlroy (2016 and 2019), Justin Thomas (2017), Justin Rose (2018), Dustin Johnson (2020) and Patrick Cantlay (2021).

## FEDEXCUP REGULAR SEASON

The 2021-22 FedExCup Regular Season features 47 official FedExCup events beginning with the 2021 Fortinet Championship and running through the 2022 Wyndham Championship. TOUR members earn FedExCup points based on their finish at each tournament, with an emphasis placed on wins and high finishes.

FedExCup Points Distribution

• Official PGA TOUR events award 500 FedExCup points to first place

• THE PLAYERS Championship, Masters Tournament, PGA Championship, U.S. Open and The Open Championship award 600 FedExCup points to first place

• World Golf Championships events and The Genesis Invitational, Arnold Palmer Invitational presented by Mastercard, and the Memorial Tournament presented by Workday award 550 FedExCup points to first place

• Additional events award 300 FedExCup points to first place

• For the first time, three tournaments will be co-sanctioned during the 2021-22 season and therefore count on both the PGA TOUR's FedExCup and the European Tour's Race to Dubai: the Barbasol Championship and the Barracuda Championship award 300 FedExCup points to first place; the Genesis Scottish Open awards 500 FedExCup points to first place

FedExCup Points are awarded by finish position as defined in the point distribution tables. Limited field events during the FedExCup competition will not redistribute the points for places that do not play. For example, if the Sentry Tournament of Champions has a field of 30 players, the points awarded will be based on the points that would be awarded to each individual position in a full-field event from positions 1 to 30. This will result in the points that would have otherwise been awarded from positions 31–65 in a regular event not being awarded in the tournament.

Another example is the World Golf Championships-Dell Technologies Match Play, a 64-player field. In this limited-field event, points for positions 65 and beyond would not be awarded.

Ties – Points will be distributed to those in tying positions using the same method currently used to distribute prize money when there is a tie. That is, the total points for each tying position will be averaged and that average will be distributed to each player in the tying position.

## FEDEXCUP PLAYOFFS

At the conclusion of the Regular Season (following the 2022 Wyndham Championship), the top 125 players in the FedExCup standings will be eligible to play in the FedExCup Playoffs, a series of three events over the month of August (prior to 2019, the FedExCup Playoffs included four events). Points earned during the FedExCup Regular Season carry over to the first two Playoffs events. Players will compete in the FedExCup Playoffs for their share of the $75 million total in bonus money, with the FedExCup Champion taking home $18 million.

The FedExCup Playoffs feature a progressive cut, with fields of 125 for the FedEx St. Jude Championship (TPC Southwind, Memphis, Tennessee), 70 for the BMW Championship (Wilmington Country Club, Wilmington, Delaware) and 30 for the TOUR Championship (East Lake Golf Club, Atlanta, Georgia), where the FedExCup Champion will be determined. In the event an eligible player is unable or chooses not to play, the field will be shortened and no alternates will be added.

The FedEx St. Jude Championship will cut the field to low 65 and ties after 36 holes, while the BMW Championship and TOUR Championship are no-cut events.

The first two Playoffs events award 2,000 points to the winner (quadruple points of Regular Season events), while the Playoffs Finale, the TOUR Championship, features a strokes-based system (FedExCup Starting Strokes) instituted for the first time in 2019.

**TOUR Championship and FedExCup Starting Strokes**

At the TOUR Championship, the player with the lowest stroke total over 72 holes when combined with his FedExCup Starting Strokes will be crowned the FedExCup Champion, be credited with an official victory at the TOUR Championship, earn a bonus of $18 million and a five-year PGA TOUR exemption.

The FedExCup points leader after the first two Playoffs events will begin the TOUR Championship at 10-under par. The No. 2 player will start at 8 under. The No. 3 player starts at 7 under; the No. 4 player starts at 6 under; the No. 5 player starts at 5 under. Players 6-10 start at 4 under; players 11-15 start at 3 under; players 16-20 start at 2 under; players 21-25 start at 1 under; and players 26-30 start at even par.

In the event there are tied players at any position going into the TOUR Championship, tied players will be awarded the same number of Starting Strokes for round one. For example, if two players are tied for second position, both players would start at 8 under and the No. 4 player would start at 6 under.

Any professional that is qualified for the TOUR Championship but unable to participate will not be awarded Starting Strokes and Starting Stroke positions for the remaining players will not be reallocated. Any professional who is unable to play, is disqualified or withdraws for any reason will finish in last position for the TOUR Championship.

**Other Notes**

FedExCup points are distributed to players earning official money. Only players who are PGA TOUR Members or become members during the season will be listed on the FedExCup Points List. Special Temporary Members and Non-Members who earn FedExCup points will not appear on the FedExCup Points List, but will be tracked on a Non-Member FedExCup Points List. Amateurs will not be eligible to earn FedExCup points.

Points won by Non-Members and Special Temporary Members who subsequently become PGA TOUR Members during the season will be counted on the FedExCup Points List, along with any FedExCup Points earned as a Non-Member (excluding those won at the 2022 Barbasol Championship, 2022 Barracuda Championship and World Golf Championships events as a Non-Member).

## FEDEXCUP STARTING STROKES FOR TOUR CHAMPIONSHIP

| TOUR CHAMPIONSHIP SEED | FEDEXCUP STARTING STROKES |
|:---:|:---:|
| 1 | -10 |
| 2 | -8 |
| 3 | -7 |
| 4 | -6 |
| 5 | -5 |
| 6-10 | -4 |
| 11-15 | -3 |
| 16-20 | -2 |
| 21-25 | -1 |
| 26-30 | Even |

## POINT DISTRIBUTION FOR THE FEDEXCUP PLAYOFFS

| POSITION | POINTS | POSITION | POINTS |
|:---:|:---:|:---:|:---:|

| 1 | 2,000 | 5 | 440 | 320 | 240 |
|---|-------|---|-----|-----|-----|
| 2 | 1,200 | 6 | 400 | 300 | 228 |
| 3 | 760 | 7 | 360 | 280 | 220 |
| 4 | 540 | 8 | 340 | 260 | 212 |

SEE FULL PLAYOFF POINT BREAKDOWN

## FEDEXCUP BONUS STRUCTURE

| POSITION | PAYOUT |
|----------|--------|
| 1 | $18,000,000 |
| 2 | $6,500,000 |
| 3 | $5,000,000 |
| 4 | $4,000,000 |
| 5 | $3,000,000 |
| 6 | $2,500,000 |
| 7 | $2,000,000 |
| 8 | $1,500,000 |
| 9 | $1,250,000 |
| 10 | $1,000,000 |

> SEE FULL BONUS MONEY BREAKDOWN

## COMCAST BUSINESS TOUR TOP 10 BONUS STRUCTURE

| POSITION | PAYOUT |
|----------|--------|
| 1 | $2,000,000 |
| 2 | $1,500,000 |
| 3 | $1,200,000 |
| 4 | $1,100,000 |
| 5 | $1,000,000 |
| 6 | $850,000 |
| 7 | $700,000 |
| 8 | $600,000 |
| 9 | $550,000 |
| 10 | $500,000 |

# EXHIBIT 40

## 2022 FEDEXCUP SEASON STANDINGS

Y-T-D statistics through: FedExCup Standings for Jul 31, 2022

| RANK THIS WEEK | PLAYER NAME | POINTS BEHIND LEAD |
|:---:|:---:|:---:|
| 1 | Scottie Scheffler | 0 |
| 2 | Cameron Smith | 1,221 |
| 3 | Sam Burns | 1,281 |
| 4 | Xander Schauffele | 1,403 |
| 5 | Patrick Cantlay | 1,448 |
| 6 | Rory McIlroy | 1,452 |
| 7 | Tony Finau | 1,644 |
| 8 | Justin Thomas | 1,773 |
| 9 | Cameron Young | 1,782 |
| 10 | Hideki Matsuyama | 1,859 |
| TOP 10: COMCAST BUSINESS TOUR TOP 10 | | |
| 11 | Will Zalatoris | 1,914 |
| 12 | Max Homa | 1,931 |
| 13 | Matt Fitzpatrick | 1,960 |
| 14 | Jordan Spieth | 1,982 |
| 15 | Sungjae Im | 2,068 |
| 16 | Jon Rahm | 2,107 |

| 17 | Tom Hoge | 2,132 |
|----|----------|-------|
| 18 | Billy Horschel | 2,179 |
| 19 | Viktor Hovland | 2,242 |
| 20 | Talor Gooch | 2,254 |
| 21 | Joaquin Niemann | 2,328 |
| 22 | J.T. Poston | 2,448 |
| 23 | Collin Morikawa | 2,467 |
| 24 | Davis Riley | 2,563 |
| 25 | Seamus Power | 2,566 |
| 26 | J.J. Spaun | 2,571 |
| 27 | Cameron Tringale | 2,599 |
| 28 | Shane Lowry | 2,616 |
| 29 | Luke List | 2,618 |
| 30 | Maverick McNealy | 2,620 |
| 31 | Keegan Bradley | 2,631 |
| 32 | Sepp Straka | 2,647 |
| 33 | Kevin Kisner | 2,650 |
| 34 | Aaron Wise | 2,656 |
| 35 | Corey Conners | 2,658 |
| 36 | Mito Pereira | 2,668 |

| 37 | Sahith Theegala | 2,670 |
|----|-----------------|-------|
| 38 | Keith Mitchell | 2,673 |
| 39 | K.H. Lee | 2,707 |
| 40 | Denny McCarthy | 2,714 |
| 41 | Kurt Kitayama | 2,717 |
| 42 | Russell Henley | 2,722 |
| 43 | Jason Kokrak | 2,755 |
| 44 | Scott Stallings | 2,756 |
| 45 | Lucas Herbert | 2,760 |
| 46 | Sebastián Muñoz | 2,761 |
| 47 | Mackenzie Hughes | 2,773 |
| 48 | Tommy Fleetwood | 2,790 |
| 49 | Si Woo Kim | 2,805 |
| 50 | Adam Hadwin | 2,835 |
| 51 | Chez Reavie | 2,849 |
| 52 | Chris Kirk | 2,849 |
| 53 | Matt Kuchar | 2,860 |
| 54 | Emiliano Grillo | 2,865 |
| 55 | Brian Harman | 2,865 |
| 56 | Christiaan Bezuidenhout | 2,866 |

| 57 | Brendan Steele | 2,867 |
| 58 | Harold Varner III | 2,874 |
| 59 | Alex Noren | 2,875 |
| 60 | Tyrrell Hatton | 2,882 |
| 61 | Marc Leishman | 2,900 |
| 62 | Matt Jones | 2,903 |
| 63 | Hudson Swafford | 2,916 |
| 64 | Troy Merritt | 2,917 |
| 65 | Cam Davis | 2,942 |
| 66 | Taylor Pendrith | 2,945 |
| 67 | Alex Smalley | 2,950 |
| 68 | Lanto Griffin | 2,964 |
| 69 | Trey Mullinax | 2,966 |
| 70 | Brendon Todd | 2,979 |
| 71 | Gary Woodland | 2,983 |
| 72 | Matthew Wolff | 2,984 |
| 73 | Beau Hossler | 2,984 |
| 74 | Chad Ramey | 2,988 |
| 75 | Anirban Lahiri | 2,989 |
| 76 | Adam Long | 2,992 |

| 77 | Matthew NeSmith | 2,995 |
| 78 | Adam Scott | 3,008 |
| 79 | Daniel Berger | 3,027 |
| 80 | Wyndham Clark | 3,029 |
| 81 | Taylor Moore | 3,033 |
| 82 | Joel Dahmen | 3,034 |
| 83 | Brandon Wu | 3,045 |
| 84 | Abraham Ancer | 3,046 |
| 85 | Kevin Streelman | 3,047 |
| 86 | Mark Hubbard | 3,052 |
| 87 | Patrick Rodgers | 3,054 |
| 88 | Danny Lee | 3,066 |
| 89 | Aaron Rai | 3,067 |
| 90 | Adam Svensson | 3,075 |
| 91 | David Lipsky | 3,078 |
| 92 | Russell Knox | 3,080 |
| 93 | Peter Malnati | 3,082 |
| 94 | C.T. Pan | 3,083 |
| 95 | Andrew Putnam | 3,084 |
| 96 | Adam Schenk | 3,095 |

| 97 | Hayden Buckley | 3,100 |
| 98 | Justin Rose | 3,104 |
| 99 | Vince Whaley | 3,118 |
| 100 | Stephan Jaeger | 3,128 |
| 101 | Jhonattan Vegas | 3,128 |
| 102 | Nate Lashley | 3,129 |
| 103 | Lee Hodges | 3,140 |
| 104 | Carlos Ortiz | 3,142 |
| 105 | Martin Laird | 3,144 |
| 106 | Brooks Koepka | 3,144 |
| 107 | Sam Ryder | 3,148 |
| 108 | Michael Thompson | 3,150 |
| 109 | Dylan Frittelli | 3,155 |
| 110 | Charles Howell III | 3,156 |
| 111 | Greyson Sigg | 3,159 |
| 112 | Ryan Palmer | 3,165 |
| 113 | James Hahn | 3,165 |
| 114 | Nick Watney | 3,169 |
| 115 | Jason Day | 3,171 |
| 116 | Doug Ghim | 3,171 |

| 117 | Scott Piercy | 3,172 |
| 118 | Callum Tarren | 3,178 |
| 119 | Robert Streb | 3,186 |
| 120 | John Huh | 3,189 |
| 121 | Ryan Brehm | 3,197 |
| 122 | Tyler Duncan | 3,201 |
| 123 | Matthias Schwab | 3,203 |
| 124 | Patton Kizzire | 3,205 |
| 125 | Stewart Cink | 3,206 |
| 126 | Webb Simpson | 3,210 |
| 127 | Pat Perez | 3,211 |
| 128 | Lucas Glover | 3,213 |
| 129 | Kevin Tway | 3,221 |
| 130 | Nick Taylor | 3,224 |
| 131 | Chesson Hadley | 3,227 |
| 132 | Kramer Hickok | 3,231 |
| 133 | Rickie Fowler | 3,232 |
| 134 | Matt Wallace | 3,240 |
| 135 | Austin Smotherman | 3,241 |
| 136 | Paul Casey | 3,246 |

| 137 | Max McGreevy | 3,252 |
|-----|--------------|-------|
| 138 | Danny Willett | 3,252 |
| 139 | Justin Lower | 3,260 |
| 140 | Nick Hardy | 3,268 |
| 141 | Cameron Champ | 3,268 |
| 142 | Kelly Kraft | 3,273 |
| 143 | Michael Gligic | 3,277 |
| 144 | Francesco Molinari | 3,284 |
| 145 | Erik van Rooyen | 3,287 |
| 146 | Martin Trainer | 3,289 |
| 147 | Doc Redman | 3,290 |
| 148 | Brian Stuard | 3,298 |
| 149 | Harry Higgs | 3,299 |
| 150 | Hank Lebioda | 3,315 |
| 151 | Rory Sabbatini | 3,316 |
| 152 | Andrew Novak | 3,323 |
| 153 | Zach Johnson | 3,326 |
| 154 | Garrick Higgo | 3,327 |
| 155 | Brice Garnett | 3,328 |
| 156 | Henrik Norlander | 3,330 |

| 157 | Jonathan Byrd | 3,336 |
| 158 | Austin Cook | 3,343 |
| 159 | Charley Hoffman | 3,352 |
| 160 | Bubba Watson | 3,357 |
| 161 | Ben Martin | 3,359 |
| 162 | Bill Haas | 3,362 |
| 163 | Andrew Landry | 3,365 |
| 164 | Ryan Armour | 3,370 |
| 165 | Satoshi Kodaira | 3,374 |
| 166 | Ian Poulter | 3,377 |
| 167 | Dylan Wu | 3,381 |
| 168 | Chase Seiffert | 3,383 |
| 169 | Paul Barjon | 3,388 |
| 170 | Cameron Percy | 3,391 |
| 171 | Luke Donald | 3,392 |
| 172 | Sung Kang | 3,393 |
| 173 | Joseph Bramlett | 3,397 |
| 174 | Scott Gutschewski | 3,398 |
| 175 | Seth Reeves | 3,404 |
| 176 | Roger Sloan | 3,405 |

| 177 | Sean O'Hair | 3,410 |
| 178 | William McGirt | 3,412 |
| 179 | Vaughn Taylor | 3,413 |
| 180 | Brandt Snedeker | 3,415 |
| 181 | Ben Kohles | 3,416 |
| 182 | Kevin Chappell | 3,417 |
| 183 | Curtis Thompson | 3,420 |
| 184 | Bryson DeChambeau | 3,422 |
| 185 | Seung-Yul Noh | 3,428 |
| 186 | Camilo Villegas | 3,429 |
| 187 | Jim Knous | 3,431 |
| 188 | Tyler McCumber | 3,443 |
| 189 | Richy Werenski | 3,445 |
| 190 | Brandon Hagy | 3,450 |
| 191 | Tommy Gainey | 3,451 |
| 192 | Scott Brown | 3,460 |
| 193 | Aaron Baddeley | 3,460 |
| 194 | David Skinns | 3,464 |
| 195 | Harris English | 3,465 |
| 196 | Ryan Moore | 3,465 |

| 197 | Brian Gay | 3,466 |
| 198 | Wesley Bryan | 3,466 |
| 199 | Bo Hoag | 3,467 |
| 200 | Michael Kim | 3,472 |
| 201 | Jimmy Walker | 3,473 |
| 202 | Bronson Burgoon | 3,476 |
| 203 | Kyle Stanley | 3,476 |
| 204 | David Lingmerth | 3,476 |
| 205 | Robert Garrigus | 3,477 |
| 206 | Jared Wolfe | 3,477 |
| 207 | Henrik Stenson | 3,478 |
| 208 | Dawie van der Walt | 3,478 |
| 209 | Jim Herman | 3,480 |
| 210 | Grayson Murray | 3,486 |
| 211 | Kiradech Aphibarnrat | 3,486 |
| 212 | Bo Van Pelt | 3,487 |
| 213 | Peter Uihlein | 3,494 |
| 214 | Jason Dufner | 3,499 |
| 215 | Jonas Blixt | 3,506 |
| 216 | Joshua Creel | 3,508 |

| 217 | Phil Mickelson | 3,512 |
| 218 | Chris Stroud | 3,516 |
| 219 | Mark Hensby | 3,516 |
| 220 | Ricky Barnes | 3,517 |
| 221 | Brett Drewitt | 3,518 |
| 222 | Greg Chalmers | 3,524 |
| 223 | David Hearn | 3,528 |
| 224 | Fabián Gómez | 3,536 |
| 225 | D.A. Points | 3,543 |
| 226 | Padraig Harrington | 3,544 |
| 227 | Jim Furyk | 3,544 |
| 228 | Johnson Wagner | 3,544 |
| 229 | Tiger Woods | 3,545 |
| 230 | D.J. Trahan | 3,545 |
| 231 | Ben Crane | 3,546 |
| 232 | J.J. Henry | 3,547 |
| 233 | Derek Ernst | 3,547 |
| 234 | Sangmoon Bae | 3,547 |
| 235 | Arjun Atwal | 3,551 |
| 236 | Paul Goydos | 3,551 |

| 236 | George McNeill | 3,551 |
| 238 | Richard Johnson | 3,551 |
| 239 | John Merrick | 3,552 |
| 240 | Omar Uresti | 3,552 |
| 241 | Davis Love III | 3,553 |
| 242 | John Senden | 3,553 |
| 243 | Jay Haas | 3,553 |
| 244 | Brian Davis | 3,553 |
| 245 | Kevin Stadler | 3,554 |
| 246 | Ryuji Imada | 3,554 |
| 247 | Matt Every | 3,554 |

The current cumulative points for the year that the player has earned in the FedExCup points race. The points for the players that have made it to the final playoff event are reset based on their standings prior to the final playoff event. (2671)