# EXHIBIT 41

7/30/22, 3:25 PM
What Is LIV Golf? It Depends Whom You Ask. - The New York Times

Case 5:22-cv-04486-BLF Document 2-7 Filed 08/03/22 Page 2 of 56

The New York Times | https://www.nytimes.com/article/liv-golf-saudi-arabia-pga.html

# What Is LIV Golf? It Depends Whom You Ask.

Bold new project or crass money grab? Even golf's best players (and former President Donald Trump) disagree on the merits of the new Saudi-financed golf tour. But as it announces an expansion for 2023, here's what you need to know.

 

**By Tariq Panja and Andrew Das**

July 28, 2022

The new Saudi-financed, controversy-trailed LIV Golf series, which this week will make the first of two scheduled stops at courses owned by former President Donald J. Trump, is the talk of golf. Not always, though, in the ways its organizers had hoped.

But what is it? Who is playing it? What's all the hubbub, and how can you watch it? Here's what you need to know.

## What is LIV Golf?

The new series, bankrolled by Saudi Arabia's sovereign wealth fund, has billed itself as "an opportunity to reinvigorate golf" through rich paydays, star players and slick marketing. "Golf but louder," goes one of its slogans.

LIV Golf's organizers hope to position it as a player-power-focused alternative to the PGA Tour, which has been the highest level of pro golf for nearly a century.

Its critics, which include some of the world's best players, have labeled it an unseemly money grab.

## How much money are we talking about?

The LIV Golf events are the richest tournaments in golf history — each regular-season event's total purse is $25 million, with a $20 million pot for the individual event and $5 million more to split in the team competition. The winner's share at each stop is $4 million, and the last-place finisher is guaranteed $120,000.

And that is on top of the appearance fees and signing-on payouts individual players have accepted. Phil Mickelson is being paid a reported $200 million to take part, and Dustin Johnson, the highest-ranked player to sign up to date, was said to have been tempted by an offer worth $150 million. Bryson DeChambeau and Patrick Reed, two other top stars who signed on before the recent LIV series event in Oregon, almost certainly received similar inducements to surrender their PGA Tour careers.

## Who are the players?

The 48 players in the initial LIV Golf event were not exactly a who's who of golf. There were, of course, big names and former major champions familiar to regular watchers of pro golf: Phil Mickelson, Dustin Johnson, Sergio García, Ian Poulter, Louis Oosthuizen, Graeme McDowell. And new names continue to trickle in: In mid-July, the European Ryder Cup captain Henrik Stenson was stripped of that role only hours before announcing that he, too, had agreed to join the series.

7/30/22, 3:25 PM
Case 5:22-cv-04486-BLF  Document 2-7  Filed 08/03/22  Page 3 of 56
What Is LIV Golf? Here's What to Know About the New Golf Series



Sergio García eagerly renounced his PGA Tour membership to join the LIV Golf series.  Paul Childs/Action Images Via Reuters

But many of the biggest names in golf stayed away: Tiger Woods said no despite an offer of nearly $1 billion, per Forbes, and Rory McIlroy has publicly — and repeatedly rejected the idea and decried the entire concept.

And a large number of the LIV players are probably strangers to even deeply committed golf fans: The American James Piot, for example, had only ever played in one of golf's four majors before joining, and missed the cut in it. David Puig is a 20-year-old Spanish amateur. Ratchanon Chantananuwat of Thailand is only 15.

Not everyone is (or, rather, was) a PGA Tour member, either, which was why only 17 members of the LIV Golf Series were suspended by the tour when it cast out all of the rebels in June.

## Why did the PGA Tour suspend them?

The PGA Tour suspended the players because it requires members to request and receive a release to play in events that conflict with those on its schedule.

The punishments were not a surprise: The PGA Tour had clearly signaled months ago that it would take action against any of its players who joined. So moments after the players hit their first shots in the debut event on Thursday, the tour dropped the hammer.

"In accordance with the PGA Tour's tournament regulations, the players competing this week without releases are suspended or otherwise no longer eligible to participate in PGA Tour tournament play, including the Presidents Cup," the tour said in a statement to its members. It said the suspensions also applied to any PGA Tour affiliates — circuits like the lower-tier Korn Ferry Tour, tours in Canada and Latin America and, notably for the older players who joined the LIV series, the PGA Tour Champions series for golfers over 50.

In addition, the PGA Tour said, the players who resigned their memberships in the tour would be removed from the FedEx Cup points list — essentially ruling them out of the multimillion-dollar season-ending championship series — and were ineligible to use side doors like sponsor's exemptions or past champion status to get into tour events in the future.

But in a letter explaining the suspensions to other pros, the tour's commissioner, Jay Monahan, also included a direct warning to any players weighing offers to play in LIV Golf events when the series shifts to the United States later this month.

"The same fate," Monahan said of the bans, "holds true for any other players who participate in future Saudi Golf League events in violation of our regulations."



**Eamon Lynch** ✔
@eamonlynch · **Follow**

PGA Tour suspends current and future LIV players.

8:39 AM · Jun 9, 2022 ⓘ

♡ 6K      💬 Reply      ⬆ Share

Read 753 replies

## How did the players react?

With a mix of caginess, disappointment and disdain. While the bans were announced almost as soon as the players hit their first shots, a few did not learn about the suspensions until they had completed their rounds.

Phil Mickelson, whose participation has aroused the most interest, refused to comment, and the former U.S. Open champion Graeme McDowell said he had expected the punishment, and had already been in contact with lawyers.

Ian Poulter insisted that he and the others in the field had not done anything wrong, and said he would appeal. "It makes no sense how I've played the game of golf for all this time, I've had two tour cards and the ability to play all over the world," Poulter told reporters. "What's wrong with that?"

Sergio García, the Spanish player who had renounced his tour membership when he joined the LIV series, essentially said he didn't care. "I resigned a week and a half ago," he said, "so whatever the PGA Tour says doesn't — doesn't go with me because I'm not a member."



Phil Mickelson was the biggest name to join the new series, but his comments about its Saudi backers have raised eyebrows, and led him into at least one apology. Matthew Lewis/Getty Images

## Do the players have genuine grievances?

Some of the players who have signed up to the LIV series, and even many that have not, believe they are getting a raw deal from the PGA Tour. The biggest stars contend their earnings should be more commensurate with their status in the game, and they have pointed out how the best players in other sports earn far more than golfers do.

> **Sign up for the Sports Newsletter** Get our most ambitious projects, stories and analysis delivered to your inbox every week. Get it sent to your inbox.

Players and their representatives have often pointed out how golf's main tours are able to secure hundreds of millions in television rights fees thanks to the star power of a handful of top tour professionals. But the money they make, however famous they are, has to be earned in the same way: through prize money. The career prize-money earnings of golf's highest achievers, top stars like Woods or McIlroy, are equivalent to what the world's best soccer players or an elite N.B.A. stars can earn from their teams in a single year. (To be clear: Both Woods and McIlroy have been able to make multiples of those on-course earnings through personal endorsements; Woods is reportedly now a billionaire.) Both also have earned sizable bonuses from the PGA Tour's new program meant to measure a player's appeal and popularity across the calendar year.

But anger and action are different things: McIlroy is arguably the most high-profile opponent of the breakaway event among current tour players, and he has made several pronouncements that money should not be the main driver of golf's development. And Woods also has spoken up in favor of the PGA Tour, reminding the world that much of his global fame is thanks to his achievements at tour events.

## How do the LIV Golf events work?

LIV Golf has set up what are essentially shorter tournaments with smaller fields — three rounds instead of four, and with only 48 players competing instead of the rosters on the PGA Tour, which can be three times as large some weeks — and featuring concurrent individual and team play events.

With the small field, there is no cut midway through the event to lop off the stragglers, and every round starts with a shotgun start, meaning players tee off from each hole on the course simultaneously and then proceed around the course's layout from there.

The LIV Golf individual competition will feel, in many ways, like a traditional golf event: three rounds, lowest score wins. The team event will see the players drafted by captains into four-man squads (teams with odd names, let's be honest, like Fireballs and Majesticks) that will contest a separate competition, and for a separate prize pot, each week.

This week's leaderboard, for example, lists individual scores and team affiliations.

## How is that different from the PGA Tour?

With rare exceptions, PGA Tour events generally consist of four rounds of stroke play, in which players compete against one another to post the lowest score. And while the LIV Golf format might feel unusual for players and viewers, the ultimate goal — circle the 18-hole course in as few shots as possible — is the same.

## How many events are there?

Eight this year, but series organizers already have announced plan to expand to 14 next year. The first seven events this year make up what LIV Golf is calling its regular season. The eighth will be the team championship and include a four-day, four-round seeded match-play event at another Trump-owned course in Florida.

Those season-ending championships all include their own multimillion-dollar paydays for eligible players.

And next year there will be more of them: LIV Golf says it will expand to 14 events in 2023, and an even bigger prize-money pool. It was perhaps notable, though, that its announcement about next year's new league schedule would steer clear of events during golf's four majors, international team events (a clear reference to the 2023 Ryder Cup) and other so-called heritage events. LIV Golf framed those scheduling choices as an opening for prospective recruits and players who have already signed on to have it both ways, "so the best players in the game will always be able to make their own choices about where to play."

It's unclear if the majors, or the Ryder Cup, will be so welcoming to the Saudi tour's pros.


Fans at the first LIV Golf event paid more than $80 each for the lowest-priced grounds passes.  Matthew Lewis/Getty Images

## What's with that name?

LIV (rhymes with give) Golf chose Roman numerals for its name. If it's been a while since you studied those in school, LIV translates to 54, which is the number of holes each player will complete in each event's three-round format. That is one fewer round than a typical PGA Tour workweek, but it pays a *lot* more money.

(Before you ask: The most recent N.F.L. championship game was Super Bowl LVI, or 56.)

## How can I watch?

Despite its high-profile golfers and its big-money backing, LIV Golf has not yet secured a broadcast rights agreement in the United States — the most lucrative market for televised sports — and will be shown on lesser-watched streaming services in much of the world. (Here's a full list of non-U.S. options.) That doesn't mean you can't watch in the United States, though: This week's tournament will again be available via live streams on LIVGolf.com, YouTube and Facebook.

Normally, television networks would have jumped at the chance to show live sports during slow times on the calendar; witness yet another spring football league being shown on television. But ESPN, CBS, NBC and Amazon are in the first year of a nine-year agreement that has them collectively paying hundreds of millions of dollars annually to the PGA Tour to show tournaments. Those networks may have their fill of golf. They may also not want to court controversy, nor anger their business partner, the PGA Tour.

History suggests, however, that if LIV Golf does prove to be a success, major rights agreements won't be far behind. With consumers continuing to slowly abandon pay television, live sports is just about the only type of programming that delivers large, and lucrative, audiences anymore. And the streaming services that are luring those consumers away know that live sports is one of the best ways to get new customers, and keep old ones.

## So is this just a vanity project for Saudi Arabia?

Not exactly. We asked Ben Hubbard, who covers the Middle East as the Beirut bureau chief for The Times and has written a book on Saudi Arabia's crown prince, to explain the kingdom's motivations in a bit more depth. His response:

Saudi Arabia's backing of the new series is the latest example of the way oil-rich Gulf monarchies use their vast wealth to invest in sports and cultural institutions in hopes of raising their countries' international profiles and shifting how they are viewed by people in Western countries.

Saudi Arabia's investments in international sports and culture have accelerated rapidly since 2015, when Crown Prince Mohammed bin Salman began his ascent to become the kingdom's de facto ruler and spearheaded a massive overhaul aimed at opening up its economy and culture.

For more that a decade, that effort has included governments hosting Formula One races and professional boxing and wrestling matches; opening branches of world-class museums and universities like the Louvre Abu Dhabi and Georgetown University in Qatar; and buying up European soccer clubs. (Saudi Arabia's sovereign wealth fund, which the crown prince leads as chairman, acquired the Premier League club Newcastle United last year.)



Yasir Al-Rumayyan, in blue jacket, on Thursday. He is a governor of Saudi Arabia's Public Investment Fund, which is financing the LIV Golf series, and the chairman of the Saudi-owned Premier League club Newcastle United.  Matthew Lewis/Getty Images

In investing in golf, though, it appears that the Saudis are seeking to win over a different category of sports fan, according to Kristian Coates Ulrichsen, who studies Gulf politics at the Baker Institute for Public Policy at Rice University.

"They are looking for an older, more professional market to try to make inroads to, a wealthier demographic," Ulrichsen said.

That group includes fans of former President Donald Trump, and perhaps even Trump himself, with whom the crown prince enjoys a close relationship. Trump has in recent weeks been a vocal supporter of the Saudi series in interviews and posts on his social media website.

"All of those golfers that remain 'loyal' to the very disloyal PGA, in all of its different forms, will pay a big price when the inevitable MERGER with LIV comes," Trump wrote on the site, Truth Social, earlier this month. He said a merger between LIV Golf and the PGA Tour was "inevitable."

"If you don't take the money now," Trump wrote, "you will get nothing after the merger takes place, and only say how smart the original signees were."

Two of the LIV Golf Series events will be at Trump-owned courses: first in July, at the Trump National Golf Club in Bedminster, N.J., and then the season-ending team championship in October, at Trump National Doral Miami.

## How has the Saudi initiative gone over?

Not always well. One of LIV Golf's biggest signings, Mickelson, provoked outrage in February when he praised the series as a "once-in-a-lifetime opportunity" even as he called Saudi Arabia's record on human rights "horrible" and used an expletive to describe the country's leaders as "scary." The project's main architect, the former player Greg Norman, made things worse a few weeks later when he dismissed Saudi Arabia's murder and dismemberment of the journalist Jamal Khashoggi by saying, "Look, we've all made mistakes."

Not that the pro golf's existing power structures, including the PGA Tour, hold the moral high ground.

## What's next?

The tour is in the midst of a four-event swing in the United States, with stops in Portland, Ore., New Jersey, Boston and Chicago. Trips to Thailand and Saudi Arabia follow, before the season-ending event in Florida. The full schedule is here.

Kevin Draper contributed reporting.

Tariq Panja covers some of the darker corners of the global sports industry. He is also a co-author of "Football's Secret Trade," an exposé on soccer's multibillion-dollar player trading industry.  @tariqpanja

Andrew Das joined The Times in 2006. An assistant editor in Sports, he helps direct coverage of soccer, the Olympics and international sports.  @AndrewDasNYT

A version of this article appears in print on , Section B, Page 9 of the New York edition with the headline: Player Power or Money Grab? An LIV Primer.

# EXHIBIT 42

# LIV Golf Invitational Series Schedule And Prize Money

*Mike Hall*

Golf Monthly Newsletter

Golf tips and expert instruction, golf club reviews and the latest golf equipment.

Thank you for signing up to . You will receive a verification email shortly.

There was a problem. Please refresh the page and try again.

The LIV Golf Invitational Series moves to Trump National Golf Club Bedminster in New Jersey for the third tournament, as players in the 48-man field look to emulate Charl Schwartzel and Branden Grace and claim the individual prize of $4m from the $25m purse.

In the previous tournament at Pumpkin Ridge in Portland, Oregon, Grace claimed a total of $4.375m courtesy of his individual success and finishing as part of the second-placed team, Stinger GC. That was by far the most lucrative tournament of his career to date, pushing the $1.1m he won at the 2017 Nedbank Challenge into a distant second place.

Once again, players will compete for a $25m purse in the event being held between 29 and 31 July, with $20m distributed in individual prize money and the remaining $5m shared between the top three teams. The Series has been gaining momentum since the opener at London's Centurion Club, with Paul Casey the latest high-profile player to sign up. As a result, the event will feature at least 10 Major champions and four former World No.1s.

One of the initial controversies of the Series was its scheduling, with several tournaments clashing with PGA Tour events, and that's the case for the third tournament in the Greg Norman-fronted Series. So, while players tee it up in New Jersey, the PGA Tour's Rocket Mortgage Classic gets under way in Michigan.

RECOMMENDED VIDEOS FOR YOU...



CLOSE ✖



How To Arrange Your Golf Bag

In this video, Neil Tappin offers an insight into how you can arrange your golf bag to ensure you have everything you need for 18 holes!

0 seconds of 3 minutes, 55 secondsVolume 0%

Following the third tournament, the Series remains in the USA, moving to Boston and Chicago before tournaments in Thailand and Saudi Arabia conclude the regular season. At that point, an Individual Champion will be crowned, with $30m on offer for the top three individuals of the season. The winning player will receive $18m, the player in second $8m and the third-placed player $4m. This is only available to participants who have played in a minimum of four events.

The inaugural season concludes with the Team Championship at Trump National Doral in Florida, which has double the purse at $50m. As its name suggests, that's a team-only affair, with the prize money shared between all 12 teams. The winning team will receive $16m and the team finishing last will receive $1m. Each player will receive a 25% cut of team earnings.

Below is the schedule and the breakdown of prize money for the remaining regular Series events.

## LIV Golf Invitational Series Schedule

- 29-31 July: Trump National Golf Club Bedminster – New Jersey, USA
- 2-4 September: The International – Boston, USA
- 16-18 September: Rich Harvest Farms – Chicago, USA
- 7-9 October: Stonehill Golf Club – Bangkok, Thailand

- 14-16 October: Royal Greens Golf Club – Jeddah, Saudi Arabia
- 27-30 October: Team Championship, Trump National Doral, Miami, USA

**Individual Prize Money - Regular Season Events**

| Position | Prize Money |
|----------|-------------|
| 1st | $4,000,000 |
| 2nd | $2,125,000 |
| 3rd | $1,500,000 |
| 4th | $1,050,000 |
| 5th | $975,000 |
| 6th | $800,000 |
| 7th | $675,000 |
| 8th | $625,000 |
| 9th | $580,000 |
| 10th | $560,000 |
| 11th | $540,000 |
| 12th | $450,000 |
| 13th | $360,000 |
| 14th | $270,000 |
| 15th | $250,000 |
| 16th | $240,000 |
| 17th | $232,000 |
| 18th | $226,200 |
| 19th | $220,000 |
| 20th | $200,000 |
| 21st | $180,000 |
| 22nd | $172,000 |
| 23rd | $170,000 |
| 24th | $168,000 |
| 25th | $166,000 |
| 26th | $164,000 |
| 27th | $162,000 |
| 28th | $160,000 |
| 29th | $158,000 |
| 30th | $156,000 |
| 31st | $154,000 |
| 32nd | $152,000 |
| 33rd | $150,000 |
| 34th | $148,000 |
| 35th | $146,000 |

| Position | Prize Money |
|----------|-------------|
| 36th | $144,000 |
| 37th | $142,000 |
| 38th | $140,000 |
| 39th | $138,000 |
| 40th | $136,000 |
| 41st | $134,000 |
| 42nd | $132,000 |
| 43rd | $130,000 |
| 44th | $128,000 |
| 45th | $126,000 |
| 46th | $124,000 |
| 47th | $122,000 |
| 48th | $120,000 |

**Team Prize Money - Regular Season Events**

| Position | Prize Money |
|----------|-------------|
| 1st | $3,000,000 |
| 2nd | $1,500,000 |
| 3rd | $500,000 |





Mike has 25 years of experience in journalism, including writing on sports such as golf, football and cricket. Now a

Mike has 25 years of experience in journalism, including writing on sports such as golf, football and cricket, now a freelance writer for Golf Monthly, he is dedicated to covering the sport's most newsworthy stories. Originally from East Yorkshire, Mike now resides in Canada, where the nearest course is less than a mile from his home. It's there where he remains confident that, one of these days, he'll play the 17th without finding the water. Kevin Cook's acclaimed 2007 biography, Tommy's Honour, about golf's founding father and son, remains one of his all-time favourite sports books.

# EXHIBIT 43

Case 5:22-cv-04486-BLF   Document 27   Filed 08/03/22   Page 19 of 56

HOME / MORNING READ / NEWS

# 2022 John Deere Classic Results, Final Payouts: J.T. Poston Wins $1,278,000

J.T. Poston picked up his second PGA Tour win at TPC Deere Run, the midsummer stop between the U.S. Open and British Open.

MORNING READ STAFF • JUL 3, 2022

TPC Deere Run is this week's stop on the PGA Tour for the John Deere Classic, a mainstay on the schedule since 1971.

J.T. Poston won wire-to-wire, claiming $1,278,000 from a total purse of $7.1 million.

## Final Payouts

**1. $1,278,000, 21 under:** J.T. Poston

**T2. $631,900, 18 under:** Christiaan Bezuidenhout, Emiliano Grillo

**T4. $319,500, 17 under:** Christopher Gotterup, Scott Stallings

**T6. $248,500, 16 under:** Callum Tarren, Denny McCarthy

**T8. $214,775, 15 under:** Maverick McNealy, Cam Davis

**T10. $179,275, 14 under:** Chesson Hadley, Patrick Flavin, Michael Gligic

**T13. $139,041.67, 13 under:** Charles Howell III, Adam Long, Mark Hubbard

**T16. $97,802.50, 12 under:** Alex Smalley, Austin Cook, Sahith Theegala, Greyson Sigg, Patton Kizzire, Matthias Schwab, Chris Naegel, Bo Hoag

**T24. $57,865, 11 under:** Ryan Moore, Taylor Moore, David Lipsky, C.T Pan, Adam Svensson, Kelly Kraft

**T30. $39,082.27, 10 under:** Nick Hardey, Stephan Jaeger, Brandon Wu, Hayden Buckley, Andrew Novak, Martin Laird, Peter Malnati, Patrick Rodgers, Dylan Frittelli, Vaughn Taylor,

Satoshi Kodaira

Scroll to Continue

## RECOMMENDED ARTICLES







### LIV Golf Invitational Portland: Full Field, Purse, Payouts



### Fred Couples Strongly Rebukes LIV, Phil Mickelson: 'I Don't Think I'll Ever Talk to Him Again'

### Report: Charles Barkley Will Not Be Joining LIV Golf After All

**T41. $28,755, 9 under:** Kevin Streelman, Andrew Putnam

**T43. $21,974.50, 8 under:** Dylan Wu, Fabian Gomez, Jonathan Byrd, Brendon Todd, Lee Hodges, Vince Whaley, Seung Yul-No, Hank Lebioda

**T51. $16,680.25, 7 under:** Anirban Lahiri, Derek Ernst, Morgan Hoffmann, Aaron Baddeley, Justin Lower, Preston Stanley, Tommy Gainey, Curtis Thompson

**59. $16,117, 6 under:** Michael Thompson

**T60. $15,904, 5 under:** Sam Ryder, Zach Johnson

**62. $15,961, 3 under:** Kramer Hickok

**T63. $15,407, 2 under:** Martin Trainer, Rory Sabbatini, Branden Hagy

**66. $15,123, 1 under:** Seth Reeves

**T67. $14,910, Even:** James Hahn, Omar Uresti

**69. $14,697, 1 over:** Ricky Barnes

Case 5:22-cv-04486-BLF Document 2-7 Filed 08/03/22 Page 21 of 56
2022 John Deere Classic Results, Final Payouts: Sunday Quick Six, 2022 Morning Read

## Full Field

*156 players*

Armour, Ryan
Atwal, Arjun
Baddeley, Aaron
Barjon, Paul
Barnes, Ricky
Bezuidenhout, Christiaan
Blixt, Jonas
Bramlett, Joseph
Brehm, Ryan
Brown, Scott
Bryan, Wesley
Buckley, Hayden
Byrd, Jonathan
Chalmers, Greg
Champ, Cameron
Chappell, Kevin
Cook, Austin
Crane, Ben
Creel, Joshua
Davis, Brian
Davis, Cam
Day, Jason
Drewitt, Brett
Dufner, Jason
Duncan, Tyler
Ernst, Derek
Every, Matt
Flavin, Patrick +
Frittelli, Dylan
Gainey, Tommy
Gannon, Luke +
Garnett, Brice
Garrigus, Robert
Gay, Brian
Ghim, Doug
Gligic, Michael
Glover, Lucas
Gómez, Fabián
Gotterup, Christopher +
Griffin, Lanto
Grillo, Emiliano
Gutschewski, Scott
Haas, Bill
Hadley, Chesson
Hadwin, Adam
Hagy, Brandon
Hahn, James
Hardy, Nick

Hearn, David
Hensby, Mark
Hickok, Kramer
Higgs, Harry
Hoag, Bo
Hodges, Lee
Hoffman, Charley
Hoffmann, Morgan
Howell III, Charles
Hubbard, Mark
Huh, John
Imada, Ryuji
Jaeger, Stephan
Jahn, Charles *
Johnson, Richard S.
Johnson, Zach
Kang, Sung
Kizzire, Patton
Knous, Jim
Kodaira, Satoshi
Kohles, Ben
Kraft, Kelly
Lahiri, Anirban
Laird, Martin
Landry, Andrew
Lashley, Nate
Lebioda, Hank
Lingmerth, David
Lipsky, David
Long, Adam
Lower, Justin
Malnati, Peter
Martin, Ben
McCarthy, Denny
McCarty, Sean #
McGirt, William
McGreevy, Max
McLachlin, Parker +
McNealy, Maverick
Merrick, John
Moore, Ryan
Moore, Taylor
Mullinax, Trey
Murray, Grayson
Naegel, Chris *
Noh, Seung-Yul
Norlander, Henrik
Novak, Andrew
O'Hair, Sean
Pan, C.T.
Pendrith, Taylor
Percy, Cameron
Petronzio, Nathan *

Piercy, Scott
Points, D.A.
Poston, J.T.
Putnam, Andrew
Ramey, Chad
Reavie, Chez
Redman, Doc
Reeves, Seth
Riley, Quinn +
Rodgers, Patrick
Ryder, Sam
Sabbatini, Rory
Schenk, Adam
Schwab, Matthias
Seiffert, Chase
Senden, John
Sigg, Greyson
Simpson, Webb
Skinns, David
Sloan, Roger
Smalley, Alex
Smotherman, Austin
Snedeker, Brandt
Stadler, Kevin
Stallings, Scott
Stanley, Preston *
Stefani, Shawn +
Streb, Robert
Streelman, Kevin
Stroud, Chris
Stuard, Brian
Svensson, Adam
Tarren, Callum
Taylor, Nick
Taylor, Vaughn
Theegala, Sahith
Thompson, Curtis
Thompson, Michael
Todd, Brendon
Trahan, D.J.
Trainer, Martin
Tway, Kevin
Uresti, Omar
van der Walt, Dawie
Van Pelt, Bo
Villegas, Camilo
Wagner, Johnson
Wallace, Matt
Watney, Nick
Weekley, Boo +
Werenski, Richy
Whaley, Vince
Wolfe, Jared

Case 5:22-cv-04486-BLF Document 2-7 Filed 08/03/22 Page 24 of 56

Wu, Brandon
Wu, Dylan


\* - Open Qualifier
\+ - Sponsor Exemption
\# - Section Champion

# EXHIBIT 44



- GOLFNOW

×

Log In / Create Account

- SCORES
- NEWS
- INSTRUCTION
- EQUIPMENT
- WATCH
- PODCASTS

# RBC Canadian Open purse: Rory McIlroy banks over $1.5 million in second win of season



By **Golf Channel Digital**
June 12, 2022 at 6:15 PM

The RBC Canadian Open offered up an $8.7 million purse this week, and Rory McIlroy left with more than $1.5 million of it.

McIlroy prevailed at St. George's Golf & Country Club for his 21st PGA Tour victory, adding $1,566,000 to his season earnings, which stood at $4,954,511 entering this week, thanks to also winning the CJ Cup in October. Here's the entire purse and FedExCup breakdown for the Northern Irishman and the rest of the players who made the cut in Etobicoke, Ontario, Canada:

| Finish | Player | FedEx | Earnings ($) |
|--------|--------|-------|--------------|
| 1 | Rory McIlroy | 500.00 | 1,566,000.00 |
| 2 | Tony Finau | 300.00 | 948,300.00 |
| 3 | Justin Thomas | 190.00 | 600,300.00 |
| T4 | Sam Burns | 122.50 | 391,500.00 |
| T4 | Justin Rose | 122.50 | 391,500.00 |
| 6 | Corey Conners | 100.00 | 315,375.00 |
| T7 | Wyndham Clark | 85.00 | 273,325.00 |
| T7 | Chris Kirk | 85.00 | 273,325.00 |
| T7 | Keith Mitchell | 85.00 | 273,325.00 |
| T10 | Matt Fitzpatrick | 70.00 | 219,675.00 |
| T10 | Danny Lee | 70.00 | 219,675.00 |
| T10 | Shane Lowry | 70.00 | 219,675.00 |
| T13 | Austin Cook | 55.20 | 160,515.00 |
| T13 | Kelly Kraft | 55.20 | 160,515.00 |
| T13 | Aaron Rai | 55.20 | 160,515.00 |
| T13 | Brendon Todd | 55.20 | 160,515.00 |
| T13 | Harold Varner III | 55.20 | 160,515.00 |
| T18 | Doug Ghim | 47.00 | 123,975.00 |
| T18 | Patrick Rodgers | 47.00 | 123,975.00 |
| T18 | Scottie Scheffler | 47.00 | 123,975.00 |
| T21 | Adam Long | 40.00 | 94,830.00 |
| T21 | Scott Piercy | 40.00 | 94,830.00 |
| T21 | Alex Smalley | 40.00 | 94,830.00 |
| T21 | Adam Svensson | 40.00 | 94,830.00 |
| T25 | John Huh | 34.00 | 71,485.00 |
| T25 | Jim Knous | 34.00 | 71,485.00 |
| T25 | Sebastián Muñoz | 34.00 | 71,485.00 |

| Finish | Player | FedEx | Earnings ($) |
|--------|--------|-------|--------------|
| T28 | Emiliano Grillo | 26.50 | 57,047.15 |
| T28 | Mackenzie Hughes | 26.50 | 57,047.15 |
| T28 | Jonas Blixt | 26.50 | 57,047.14 |
| T28 | Hank Lebioda | 26.50 | 57,047.14 |
| T28 | Chase Seiffert | 26.50 | 57,047.14 |
| T28 | Nick Taylor | 26.50 | 57,047.14 |
| T28 | Danny Willett | 26.50 | 57,047.14 |
| T35 | Ryan Armour | 17.00 | 39,730.00 |
| T35 | Adam Hadwin | 17.00 | 39,730.00 |
| T35 | Nick Hardy | 17.00 | 39,730.00 |
| T35 | Charley Hoffman | 17.00 | 39,730.00 |
| T35 | Justin Lower | 17.00 | 39,730.00 |
| T35 | Ryan Moore | 17.00 | 39,730.00 |
| T35 | Seung-Yul Noh | 17.00 | 39,730.00 |
| T35 | Matt Wallace | 17.00 | 39,730.00 |
| T35 | Vince Whaley | 17.00 | 39,730.00 |
| T44 | Mark Hubbard | 11.50 | 30,015.00 |
| T44 | Austin Smotherman | 11.50 | 30,015.00 |
| T46 | Paul Barjon | 10.25 | 26,535.00 |
| T46 | Carlos Ortiz | 10.25 | 26,535.00 |
| T48 | Aaron Cockerill | - | 22,567.80 |
| T48 | Lee Hodges | 8.50 | 22,567.80 |
| T48 | Cameron Smith | 8.50 | 22,567.80 |
| T48 | Brandt Snedeker | 8.50 | 22,567.80 |
| T48 | Vaughn Taylor | 8.50 | 22,567.80 |
| T53 | Brett Drewitt | 6.05 | 20,387.00 |
| T53 | Ben Martin | 6.05 | 20,387.00 |

| Finish | Player | FedEx | Earnings ($) |
|--------|--------|-------|--------------|
| T53 | Robert Streb | 6.05 | 20,387.00 |
| T53 | Sahith Theegala | 6.05 | 20,387.00 |
| T53 | Bo Van Pelt | 6.05 | 20,387.00 |
| T53 | Jhonattan Vegas | 6.05 | 20,387.00 |
| T59 | J.J. Henry | 5.10 | 19,662.00 |
| T59 | Cameron Percy | 5.10 | 19,662.00 |
| T61 | Dylan Frittelli | 4.70 | 19,314.00 |
| T61 | Kramer Hickok | 4.70 | 19,314.00 |
| 63 | Ben Crane | 4.40 | 19,053.00 |
| T64 | Rafa Cabrera Bello | - | 18,531.00 |
| T64 | Brandon Hagy | 3.80 | 18,531.00 |
| T64 | Andrew Novak | 3.80 | 18,531.00 |
| T64 | Sean O'Hair | 3.80 | 18,531.00 |
| T64 | David Skinns | 3.80 | 18,531.00 |
| 69 | Trey Mullinax | 3.20 | 18,009.00 |
| 70 | Dawie van der Walt | 3.00 | 17,835.00 |

# EXHIBIT 45

# PGA Tour's Suspension of LIV Players 'Reeks of Antitrust, Anti-competition'

N **newsmax.com**/platinum/pga-tour-suspension-liv-players/2022/06/21/id/1075292

By Marisa Herman                                                                                    June 21, 2022



The debate over who to tee off for — the storied PGA Tour or the new LIV Golf — is driving a wedge between professional golfers, as players across the sport decide if it's best to stick with tradition or take a swing at a potential gold mine.

A civil war is emerging between players who are sticking with their tour cards and others who are ripping them up to play for the Saudi Arabia-backed LIV Golf Invitational Series, led by former world No. 1 golfer Greg Norman. With the sides already divided, the biggest drama is surrounding players who are looking to play in tournaments organized by both the PGA and LIV.

Ahead of LIV's inaugural outing, which took place just outside London, the PGA Tour suspended the 17 members who committed to competing in the 54-hole event that boasted a total prize of $25 million.

Players who resigned their PGA membership rather than face suspension were told they were no longer eligible to compete in tour events or the Presidents Cup.

PGA Tour Commissioner Jay Monahan issued a memo accusing the players who agreed to play in the LIV event of making a choice for their "own financial-based reasons" and warned any players who participate in future LIV Golf events that they will face the same punishment.

Phil Mickelson reportedly received $200 million to join LIV Golf, a contract that would pay him about double what he earned during his 30-year PGA Tour career. It is estimated that he earned roughly $95 million.

And Mickelson isn't the only prominent star to be enticed via a hefty deal.

Dustin Johnson, who has won 24 PGA Tour titles, including two Majors and six World Golf Championships, was purportedly offered $125 million.

Norman, who also serves as the CEO of LIV Golf, ripped the PGA Tour for essentially banning members from participating in LIV golf events.

"Sadly, the PGA Tour seems intent on denying professional golfers their right to play golf, unless it's exclusively in a PGA Tour tournament," he said in a statement.

He called out the PGA Tour for "perpetuating its illegal monopoly of what should be a free and open market" and argued the suspensions are "anti-golfer, anti-fan, and anti-competitive."

Sports attorneys say that Norman may have a valid argument if any of the suspended players choose to legally challenge the PGA on their suspension.

"I think the PGA has a real problem if a golfer chose to bring forward a claim," said Michael Elkins, a labor and employment and sports law attorney who also hosts the "Quarter Four" podcast.

He said the PGA's decision to tell golfers that they can no longer participate in their events if they play for a competitor "reeks of antitrust and anti-competition."

While the PGA and media are focusing on LIV golf being funded by Saudi Arabia and reporters have peppered players with questions about Saudi Arabia's human rights record, treatment of women and members of the LGBTQ community, and involvement in the 9/11 attacks, Elkins said the reason the PGA is putting up such a fight when it comes to players participating in LIV golf is because "it's a true competitor."

"They can say it's because the Saudis are funding it and there's a moral side to it, but the reason they don't want them playing in it is because it's a true competitor," he said.

Elkins added that players look to earn top dollar in nearly every professional sport.

"I certainly don't think they care about geopolitical issues," he said. "It's about the money. They don't care where the money is coming from. They want to get paid. That's why they are there."

Ivan Parron, a sports attorney, said it has been "fascinating" to watch the media coverage on the LIV Tour as corporate outlets rush to take a virtue-signaling angle regarding Saudi Arabia's involvement.

He pointed out that the media is making Saudi Arabia's involvement out to be such a "big deal" but they refuse to report on the NBA's controversial relationship with China, a nation that's also committed grave human rights abuses.

When it comes to the PGA's handling of its new rival, he said it is interesting to see the coverage being so politically driven considering that, historically, the PGA has been a "more conservative organization."

While MLB caved to activists in 2021 and moved its All-Star Game to Colorado from Georgia due to controversy over a voting bill, that same year, the Masters went ahead as planned in the Peach State at Augusta.

Still, the PGA moved its 2022 PGA Championship away from Trump Bedminster in New Jersey following the Jan. 6 breach of the Capitol.

Parron pointed out that the last tournament in LIV's season will "ironically" take place at Trump National Doral in Miami with a $50 million purse.

In issuing the suspensions, Parron said the PGA fired a "big shot across the bow" and will have to tread carefully because it is subject to antitrust scrutiny.

He said he will be watching to see whether the PGA remains firm in its stance to ice LIV players out of tournaments, especially the four majors that the organization controls.

If a suspended player were to challenge the PGA in court, Elkins said the PGA would have to prove that it has "legitimate business interests to protect in telling golfers they can't play" for LIV.

He believes the PGA would have a tough time convincing a court that it has trade secrets to protect. Other possible arguments the PGA could make in order to enforce a noncompete agreement include protecting customer relations or an extraordinary investment in an employee's education or training.

Elkins pointed out that the current business environment is trending away from noncompete agreements with major companies like Microsoft excluding them from employment agreements and certain states banning them from being enforced.

If a legal challenge were to be mounted, he said the PGA would have a "tough legal battle."

When it comes to determining just how much of a competitor LIV will be to the PGA, Elkins said it will likely all boil down to money — something LIV seems to have no shortage of as it dangles staggering signing bonuses and large payouts to winners of its competitions.

"The LIV tournament is the first real competitive group that is funded well enough to outlast the PGA," he said.

While the PGA Tour has lucrative TV deals with NBC, CBS, and ESPN PLUS, agreements that provide players with massive amounts of exposure, Parron said technology and streaming has allowed competitors to enter the market without having to ink deals with the gatekeepers of traditional media.

While in the past, it was "very easy to control professional sports," he said that, now, "competitors are starting to appear and mount challenges that were never possible."

Elkins said LIV has the staying power to figure out ways to make it successful in drawing an audience, and if the PGA Tour continues to keep so-called defectors off its tournaments' greens, he said fans simply will stop watching.

"Nobody is tuning in to watch Joe Schmo golfer who just got his tour card two months ago because Dustin Johnson is out," he said. "What's the PGA going to do if it doesn't have the players for the majors?"

# EXHIBIT 46



[IS] OPINIONS
 Politics
(https://insidesources.com/category/politics/)

# Calling the PGA Tour's Bluff



Posted to Politics
(https://insidesources.com/category/politics/) February 21,
2022 by Alden Abbott
(https://insidesources.com/author/alden-abbott/)

Bluffing and misdirection are commonplace in professional sports.
Bill Belichick's defenses are famous for making quarterbacks see ghosts. Countless batters geared up for
fastballs from Randy Johnson and Pedro Martinez, only to wave helplessly at their breaking balls. And NFL
general managers feed misinformation to the media leading up to the draft in hopes of landing the player they
truly desire.

Perhaps the most brazen bluff unfolding in the professional sports world today is the claim that the PGA Tour
will impose a lifetime ban on any professional golfer who associates with LIV Golf, the new league led by all-
time great Greg Norman.

Let's be clear: A lifetime ban is never going to happen. PGA Tour Commissioner Jay Monahan is no doubt being
advised by high-priced lawyers who—if they are worth even a fraction of their lofty rates—have surely advised
him of the legal consequences that will blow up in the PGA Tour's face if it imposes lifetime bans on
independent contractors who choose to associate with a competitor.

Most notably, imposing a lifetime ban on players would trigger a slam-dunk antitrust lawsuit by Norman's
upstart league, the players, or even federal antitrust enforcers who have made it a priority to protect workers'
ability to ply their trade for whomever they please without interference from corporate giants.

The U.S. Supreme Court made clear in Lorain Journal Co. v. United States in 1951 that it is an antitrust
violation for a monopolist to attack competition by coercing third parties—such as independent contractors—
not to deal with a rival. Other dominant sports leagues employed similar blacklisting tactics in the past but
abandoned them decades ago under antitrust pressure. For example, in the 1940s and 1950s, the NFL
blacklisted players for playing with rival leagues. One of those players, William Radovich, asserted an antitrust
claim against the NFL and its commissioner based on his ban. The NFL claimed it was immune from the
antitrust laws under baseball's antitrust exemption, but when the Supreme Court rejected that defense, the
NFL quickly settled Radovich's claim.

When the NFL was unsuccessful in lobbying Congress to grant it an antitrust exemption, the league abandoned
its blacklisting practices. The result was the launch of the AFL in 1960, and the explosion of competition
transformed the landscape of professional football. Surely Monahan's lawyers are aware of the lesson learned
by the NFL more than 60 years ago.

Monahan's lawyers have also surely informed him that the antitrust laws have real teeth. Imposing a ban on
players would not only expose the PGA Tour to judicial oversight through an injunction, but successful
antitrust plaintiffs are also automatically entitled to triple damages. Press reports indicate Norman's LIV Golf

has already invested hundreds of millions of dollars in the new league, which suggests that an antitrust damage award against the PGA Tour for wrongfully squelching competition might result in a nine- or ten-figure judgment.

Monahan's lawyers have also likely informed him that he might potentially be personally liable for antitrust damages if he is found to have overstepped his role—as Commissioner of a non-profit organization whose Articles of Incorporation state that its purpose is "[t]o promote the common interests of professional tournament golfers"—by imposing lifetime bans on professional golfers for the offense of playing in professional golf tournaments that compete with the tour that pays Monahan's multimillion-dollar salary. A sobering proposition, no doubt.

In addition to the antitrust consequences, the grenade blowing up in the PGA Tour's face would also likely result in the loss of the PGA Tour's tax-exempt status under Section 501(c)(6) of the Internal Revenue Code, which requires that an exempt entity must be directed at the improvement of business conditions for an entire "line of business." The Supreme Court has held that a business association loses its tax-exempt status if activities are no longer aimed at benefiting all competitors in the marketplace. As the high court explained in National Muffler Dealers Association v. United States, the tax exemption "is not available to aid one group in competition with another within an industry." A lifetime ban on all players who affiliate with a competing tour is difficult to square with this requirement.

Some have suggested Monahan could impose a ban on golfers pursuant to PGA Tour regulations that authorize the commissioner to impose punishments on golfers who engage in "conduct unbecoming a professional golfer." It is difficult to understand, however, how playing in a professional golf tournament could plausibly be interpreted as conduct unbecoming a professional golfer.

Unless, that is, Monahan's interpretation of the rules is that playing for any tour that competes with the PGA Tour is "conduct unbecoming a professional golfer." That interpretation, however, would walk the PGA Tour squarely into the antitrust and tax-exemption buzzsaw.

There is also the matter, not to be underestimated, of the immediate and lasting damage a ban would do to relations between the PGA Tour and professional golfers. The opportunity for Norman's league arose in the first place because professional golfers are recognizing they are paid far less than what they are worth and are dissatisfied that they are guaranteed no earnings, must go out of pocket for substantial expenses, and the great bulk of the revenues generated on their shoulders goes to pay for the bloated bureaucracy of the PGA Tour and the multimillion-dollar salaries that Monahan and his colleagues give themselves.

If Monahan—the beneficiary of $7.4 million in payments in 2018, the last year for which public disclosures are available—dishes out lifetime bans to players for the offense of plying their trade where they choose and trying to make the best living possible for themselves and their families, that would undermine any remaining trust the players have in the PGA. Recent statements by golfers to the press—even those who assert loyalty to the PGA Tour—make clear they take great pride in their independent contractor status, and are unlikely to react well to efforts by the PGA to claim total control over them.

For all of these reasons, it is perhaps not surprising that there are no reports of Monahan himself threatening player bans since he stood in front of a group of PGA Tour players in early 2021. Perhaps Monahan began listening to his lawyers when he recognized the potential consequences. But whatever the reason, Monahan has been notably silent lately when it comes to threats of bans. Similarly, it was reported that the PGA Tour might decline requests for exemptions or impose bans on players who played in the Saudi International, which is affiliated with the Asian Tour and LIV Golf, but when 30 PGA Tour players sought releases for the tournament, Monahan backed down and granted them.

Nonetheless, talk of lifetime bans still wafts about in the press and apparently is whispered to players and their agents. The PGA Tour doubtless hopes the lingering effect from Monahan's threatened ban will dissuade golfers from signing up with Norman's tour. But it is difficult to imagine this bluff will cause an entire industry

to cower in fear. Indeed, reports emerge almost daily about the number of golfers who have already signed up with Norman's competing tour.

At this point, the PGA Tour surely has enough information to identify at least some of the golfers who have signed up with LIV Golf. Any reader of the press can put this together. Greg Norman himself proudly proclaims that he is a lifetime member of the PGA Tour. The clearest sign that the PGA Tour's threat is no more than a bluff is the PGA Tour has not banned anyone for affiliating with LIV Golf.

As more players call Monahan's bluff and follow their own best interests, we should not hold our breath waiting for bans to be issued. Monahan and his lawyers presumably know better than this. They only hope the players don't realize it.

---

## About the Author



## **Alden Abbott (https://insidesources.com/author/alden-abbott/)**

Alden Abbott is the former general counsel of the Federal Trade Commission. He wrote this for InsideSources.com.

## More from Inside Sources

# EXHIBIT 47

# The Washington Post

*Democracy Dies in Darkness*

# LIV Golf is already vexing the PGA Tour and its sleepless players

By Chuck Culpepper and Ben Strauss
June 15, 2022 at 5:30 a.m. EDT

BROOKLINE, Mass. — In an age when pro golfers have grown increasingly distant from their audiences, two-time major winner Justin Thomas took listeners right smack into his middle-of-the-nights Monday. In a news conference ahead of this week's U.S. Open, he talked of having "tossed and turned and lost a lot of sleep last week thinking about what could potentially happen" to the tour of his lifelong dreams.

As an honors graduate of a top-10 business school, two-time major winner Collin Morikawa looked into the future and spotted ... murk. "It's so tough because Justin is right," he said. "We don't want to be worrying about this a year or two years down the road."

With one of the rarer perspectives going, former 15-year PGA Tour player and current capital-management whiz Joe Ogilvie saw newborn rival LIV Golf as doing a Netflix on the PGA Tour. Netflix "shot a money cannon through Hollywood," Ogilvie wrote in a tweet last month, which "also unbundled the TV/cable package." This looks like an unbundling time, he surmised.

"The PGA Tour is in a pickle," he wrote.

The Saudi Arabia-backed LIV Golf Invitational Series, controversial and lavish beyond lavish, figures to present some level of harm to the stately old PGA Tour for some time barring some unforeseen global rejection of fossil fuels. "I don't think anyone can see where this thing will be in five years' time or 10 years' time," four-time major winner Rory McIlroy said.

So far, LIV Golf has held one event near London last weekend. Nineteen of the world's top 100 players either played in that or have confirmed they'll play in others, swathed in the cushiness such as the $2.125 million Hennie du Plessis got for finishing second or the $120,000 Andy Ogletree got for finishing 48th among 48. Seventeen players got suspensions from the PGA Tour as Commissioner Jay Monahan started grappling with the threat.

"I feel for Jay Monahan," said Jon Rahm, the defending U.S. Open champion ranked No. 2 in the world. "If you see his time as a commissioner, he had to deal with covid and now this."

With novelties such as tournaments of 54 holes rather than 72, shotgun starts, the lack of a cut and a striking non-lack of money, LIV Golf aiming to polish the reputation of a disreputable country poses some great unknowns. How might its poaching affect TV contracts, individual PGA Tour events, the PGA Tour's side in courtrooms?

The PGA Tour announced lucrative new TV deals in 2020. Those agreements, with NBC and CBS, are for nine years and, according to reports, worth more than $650 million per year. The tour also inked a separate broadcast deal with streaming service ESPN Plus.

The impact on those deals if golfers abandon the tour is unclear. Several current and former media executives, who were not involved in the PGA Tour's recent negotiations, disagreed on what kind of protection the networks could have. Two suggested the networks probably would have a "strength of field" clause, which could mandate a certain percentage of the top-100-ranked golfers make a certain number of appearances in PGA Tour events.

But two others, who have been involved in TV rights discussions with the PGA Tour and have seen previous tour broadcast contracts, said that often in media deals there will be general language that holds a TV property to past standards of quality but that it would be unusual to have specific metrics.

One former TV executive added that any remedy to such a clause, such as voiding the contract, would be difficult to achieve absent a lawsuit.

NBC, CBS and ESPN declined to comment.

The pain could spread beyond the Tour's broadcast partners. The Washington Post contacted eight title sponsors of PGA Tour events, including John Deere, Charles Schwab, Travelers, Wells Fargo and AT&T. None responded to requests for comments on whether prominent golfers leaving the PGA Tour would impact their sponsorships.

The first U.S.-based LIV Golf event outside Portland, Ore., will compete directly with the John Deere Classic, a traditional stop on the PGA Tour in Illinois. Clair Peterson, the tournament's executive director, said he viewed the LIV circuit as a greater long-term problem, potentially, than short-term, because he is always scrambling for top players to attend.

"We don't feel it's going to affect us immediately," he said. "We're certainly watching with interest, but we've had players come and go. We had Tiger Woods in 1996, and he never made it back."

He added: "This is such volatile business, quite honestly. Each year has different challenges and hurdles — change of venue, different field, weather. We're used to being faced with and getting past hurdles. This is certainly a big hurdle, but we have a lot of experience."

Peterson said he had not had any conversations with the PGA Tour about LIV Golf.

Michael Hausfeld, the lawyer who represented college athletes in a successful federal antitrust lawsuit against the NCAA, said that the legal questions at play were separate from the moral questions and that he believed golfers had a strong antitrust case against the PGA Tour.

"The PGA [Tour] has crossed a line, legally, because they've basically decided that no player with whom they contract can play outside of their contracts," he said. "Those players are foreclosed from participating in the sport for other potential competitor organizations. That's an antitrust violation."

Hausfeld said players banned from the tour had two legal courses of action. They could ask a court for an injunction to allow them to continue competing on the tour, but they also could ask for monetary damages. The banned players could, for example, tally the money they've earned over the past five years and say they are now prohibited from the opportunity to earn that amount over the next five years. With the number of golfers who have joined the LIV circuit and U.S. law mandating that all antitrust damages be tripled, the PGA Tour could have significant liability, Hausfeld said.

Amid the fresh noise and the ravenous public appetite for it, the PGA Tour clings to invaluable strengths, some outlined Tuesday as Rahm, 27, offered his customary wealth of insight. He said he frets most about the Ryder Cup, should some stars wind up barred. He wondered how extensive the damage can be when the LIV circuit has 48-man tournaments but the world has "other hundreds" of boffo players. He mentioned the age factor of LIV Golf's freshman class, with its 13 players over 35 and two so far under 30, including 28-year-old 2020 U.S. Open champion Bryson DeChambeau.

"For a lot of people, I'm not going to lie," Rahm said, "those next three, four years are worth basically their retirement plan they're giving them. It's a very nice compensation to then retire and sail off into the sunset. If that's what you want, that's fine."

As for the young, McIlroy said: "I just think for a lot of the guys that are going to play [in LIV Golf] that are younger, sort of similar age to me [33] or a little younger than me, it seems quite short-term thinking, and they're not really looking at the big picture. Again, I've just tried to sort of see this with a wider lens from the start."

That wider lens focuses on appreciating Jack Nicklaus, Arnold Palmer and the tour they built, which McIlroy emphasizes, and legacies, which Woods stressed last month at the PGA Championship.

"There's meaning when you win the Memorial Championship," Rahm said. "There's meaning when you win Arnold Palmer's event at Bay Hill."

He added: "Shotgun three days to me is not a golf tournament. No cut. It's that simple. I want to play against the best in the world in a format that's been going on for hundreds of years."

He watched some of the LIV event online, "and to me the only thing they had to talk about is the fact that if Charl Schwartzel won he was going to make $4.7 million, right?" He noted that nobody ever talks purses when speaking of Seve Ballesteros or Nicklaus or golf lore.

Rahm and his wife, Kelley, had a chat: "We started talking about it, and we're like, 'Will our lifestyle change if I got $400 million?' No, it will not change one bit."

Such sentiments have held on so far for the entire top 10 and 19 of the top 20 — excepting Dustin Johnson, ranked No. 16 — but for how long? Not even a stellar student three years out of the University of California's Haas School of Business would guess.

"Some guys that have resigned, I think, that have joined LIV, have fully grasped the idea that they're okay without playing [the PGA Tour], and they're at peace," said Morikawa, ranked No. 7. "Everyone else isn't at peace. Some guys want to come back. Some guys maybe want to join. We don't want to go, and we want [the distraction] to end. There are so many things up in the air that you're not really at peace because you don't know what the world is going to bring you the next day. I guess that's life, right?"

# EXHIBIT 48

8/1/22, 6:29 PM                Is the PGA's Suspension of 17 Players Out of Bounds Under the Federal Antitrust Laws? — Antitrust Attorney Blog — June 16…

Case 5:22-cv-04486-BLF   Document 27   Filed 08/03/22   Page 44 of 56

## Is the PGA's Suspension of 17 Players Out of Bounds Under the Federal Antitrust Laws?

by Bona Law PC

   



Authors: **Luke Hasskamp** and **Molly Donovan**

We often write about **sports and antitrust** and have previously written about professional golf, and, specifically, the legal implications of a competitor golf league trying to break onto the scene:

- **The PGA Tour faces off with the Premier Golf League: An Antitrust Problem?**
- **Is Antitrust Litigation the Next Stop in the PGA Tour's Battle with the Upstart LIV Golf League?**

The new league, **LIV Golf**, seeks to compete with the PGA Tour, as well as the European tour (known as the DP World Tour). Indeed, LIV Golf held its first event this past weekend in London, which included 48 participants. Of those, 17 players were members of the PGA Tour. **Charl Schwartzel emerged as the winner of the "richest tournament in golf history," taking home $4.75 million in prize money, which was more than he won during the last four years combined.**

In response, the PGA Tour handed down harsh discipline to those 17 players who joined LIV Golf, **suspending them indefinitely**. The PGA Tour also promised to suspend any other players that participate in future LIV Golf events. It's a dramatic step, and surely not the last word on the matter.

Now, let's say you're one of those 17 players who has been suspended, or you're a member of the PGA Tour considering playing for LIV Golf but you're facing such a ban. There are many things to consider, of course. But let's focus on your legal options. Would the PGA Tour's ban of a player that chooses to participate in a competitor's event be lawful? Do the federal antitrust laws in the United States provide you any remedies? Potentially. Let's take a closer look.

## Section 2 of the Sherman Act – Monopolization

Federal antitrust laws make it illegal for **a monopolist to preserve its dominant market position through anticompetitive conduct**. Here, the PGA Tour sure looks like a **monopoly**. It's the dominant actor in the professional golf market in the United States, with revenues well exceeding $1 billion per year. If you are an elite professional golfer in the United States, it's pretty much the only place to play. (Actually, the PGA Tour, in this context, looks more like a monopsony, as it's the dominant purchaser of labor in the professional golf market.)

But being a monopoly is not illegal by itself. Instead, there must be some anticompetitive or exclusionary conduct that harms competition in the market.

Typical examples of procompetitive conduct include lowering prices, improving quality, enhancing services, or, in the labor market, raising wages and improving benefits. Antitrust laws like these types of behavior because they enhance competition and are good for consumers. A monopoly that holds onto its dominant market position by offering the lowest prices and the best product is generally a good thing and something antitrust laws seek to encourage. Similarly, a monopsony employer that attracts and retains the best employees by paying the highest wages, offering the best benefits, and otherwise creating the most attractive work environment is the type of outcome that is perfectly acceptable from an antitrust perspective.

Anticompetitive conduct can be harder to define, but can include things like threatening customers or employees, **an exclusionary boycott**, **bundling**, **tying**, **exclusive dealing**, disparagement, sham litigation, tortious misconduct, and fraud. We're looking for improper attempts by a monopolist to box out a competitor.

When we look at the current PGA Tour dispute and its decision to suspend players who play for LIV Golf, it seems at least arguable that the PGA Tour's conduct is anticompetitive. They are not attempting to retain the best golfers by raising compensation, creating more opportunities, or otherwise enhancing the work environment for its players. Instead, the PGA Tour is punishing players who choose to participate in a rival's events. The conduct appears designed to stifle a would-be competitor.

## Section 1 of the Sherman Act – Agreements

Federal antitrust laws also analyze agreements by two or more parties that restrain trade in the market. And agreements between horizontal competitors are closely scrutinized **under the per se standard**.

Consider **professional baseball's long and storied antitrust history**. Those antitrust disputes started (more than 100 years ago) because teams had collectively agreed not to sign each other's players. Back then, baseball contracts included a "reserve clause," which reserved a team's right to a player in perpetuity. Thus, once a player signed with that team, he was only able to re-sign in following years with that same team (unless the team released him). All teams agreed to honor each other's reserve clauses by agreeing to not sign another team's players, even if his contract had expired. The reserve clause intentionally suppressed competition by, in essence, preventing free agency. It suppressed players' salaries. With only one team competing for a player's services, rather than a full league, teams avoided bidding wars and players had little recourse but to accept the amount offered by their team.

Here, we'd ask whether the PGA Tour has entered into any agreements (formal or otherwise) with another party that restrain trade in the market for professional golf services. There is at least some indicia of such agreements. The European tour (the DP World Tour) has hinted that it may follow the PGA Tour's approach to dealing with members would participate in LIV Golf. This may stem from **the PGA Tour's "strategic alliance" with the DP World Tour**. This sure looks like it could be a horizontal agreement between competitors. Other entities may also be considering similar agreements with the PGA Tour, including the PGA of America, which runs the PGA Championship, one of golf's four majors, as well as the Ryder Cup, a wildly popular team competition between players from the United States and Europe. The PGA of America, a separate entity from the PGA Tour, **has suggested that it is likely to not permit LIV Golf players to participate in the PGA Championship or Ryder Cup**.

Of course, sometimes competitors will follow each other's policies, prices, or practices without an agreement of any sort. That is called conscious parallelism and is not an agreement in restraint of trade because there is no agreement. We don't know whether

there is an agreement here or the European Tour is merely following the PGA Tour in a round of conscious parallelism.

# Remedies

A plaintiff prevailing on an antitrust claim has a right to treble damages, which is three times their actual damages, as well as attorney fees.

Plaintiffs can also seek injunctions—which may be necessary for a professional golfer who's been suspended during the prime of his career and who wants to get back on the course (with the PGA Tour) as soon as possible.

For example, consider the recent case of *O.M. v. Nat'l Women's Soccer League, LLC*, 544 F. Supp. 3d 1063 (D. Or. 2021). There, the plaintiff, Olivia Moultrie, a 15-year-old female soccer player, challenged under federal antitrust laws the National Women's Soccer League's age rule that prevented women under the age of 18 from playing professional soccer. **The court enjoined enforcement of the age rule, agreeing it likely violated federal antitrust laws.**

The court found concerted action between the NWSL and its member teams to enforce the age rule, which restricted the market for players in which the member teams compete. The court also found that the age rule was causing irreparable harm to the plaintiff, who had the requisite skills and was ready to play professional soccer, but was impeded from developing as a soccer player in an irreversible manner since the career of a professional soccer player is short, and there were no reasonable substitutes.

We can see the same type of analysis applying to a professional golfer here.

It's an exciting time for golf, though a potentially stressful time for professional golfers, who may be about to spend more time with **antitrust attorneys** than they ever imagined.

Image by **Kevin Phillips** from **Pixabay**

# EXHIBIT 49



Feb 2, 2022,10:59am EST

# How Long Will The PGA Handicap Its Golfers?

**Ike Brannon**
Contributor

Policy

*Ike Brannon is a senior fellow at the Jack Kemp Foundation*

A half-century ago, a talented centerfielder for the St. Louis Cardinals named Curt Flood upended the reserve clause of Major League Baseball, which treated players as chattel to be bought and sold. At the time, the average baseball salary was about $25,000; today, it is more than $4 million, with a guaranteed minimum of $564,000 that will doubtless increase substantially within the next few years.

Similar changes have occurred in the National Basketball Association, where the minimum salary is nearly $1 million, and in the National Football League, where the minimum salary is $660,000 and will equal $1 million at the conclusion of the current collective bargaining agreement.

However, even above-average players in the Professional Golf Association Tour struggle merely to support themselves.  It's not for want of money—the PGA's most recent television contract pays it $700 million a year, and it receives millions more from endorsements, licenses, and new partnerships with various gambling establishments. Its 2019 revenue was $1.5 billion.

Unlike the NBA, MLB and NFL, the PGA Tour considers golfers to be independent contractors, and they have to pay their own expenses, including extensive travel, caddy and coaching costs, entry fees, and even a $50 charge to use a tournament locker room.

Golfers mainly get paid — not for participating in events, as most other professional athletes do — but via prize fees. For example, in the recent American Express tournament, 156 golf pros teed off, but four days later, just 70 of them received prize money, and only 33 of those made more than $27,000. By contrast, John Wall of the Houston Rockets will receive over $90 million this season and next despite the fact that he will almost surely not play another game for them.

Golfers have little income security and are paid solely by performance in events. At the same time, the Tour requires its independent contractors to accept a long list of rules that limit their autonomy.

For example, page 129 of the incredibly detailed PGA Tour Player Handbook states that "No PGA TOUR members shall participate in any other golf tournament or event on a date when a PGA TOUR cosponsored tournament or event for which such member is exempt is scheduled." And those PGA events are scheduled 47 weeks a year.

There is an exception if the player gets an "advanced written release…from the Commissioner," but no player can receive more than three such releases per season, and never for tournaments held in North America.

In addition, the Tour forbids its members to be paid fees by sponsors for appearing in its tournaments, and it prohibits PGA golfers from participating

"in any live or recorded golf program without the prior written approval of the Commissioner."

These restrictions call to mind *NCAA v. Alston*, the case that a unanimous Supreme Court decided in favor of college athletes who complained that the National Collegiate Athletic Association violated antitrust law by concocting rules intended to limit compensation.

It also may run afoul of the federal government's rules delineating an independent contractor from a bona fide employee — a source of contention for over a decade. The Biden Administration rescinded rules issued by the Trump Administration to make it easier for someone to work as an independent contractor. In fact, one of the current rules used to discern an employee versus an independent contractor states that independent contractors must be allowed to seek out other business opportunities. What's true for Uber drivers should hold for professional golfers.

"To the extent that tournament organizers limit the golfers' ability to seek competition opportunities,…the golfers' economic opportunities may suffer," argued Tad Lipsky, a professor at the Antonin Scalia Law School at George Mason University at George Mason University.

That is an understatement. The results of the PGA Tour's policies can be seen in the earnings of pro golfers compared with other professional athletes. While marginal athletes in other sports earn a comfortable wage, golfers who are at the bottom of the tour struggle to earn a basic living. The 200th rated golfer made $175,000 in PGA earnings, and the 250th made just $6,000.

Of course, golfers also receive endorsements, and some make most of their money from them: Phil Mickelson earned $40 million in off-course income

from such companies as Rolex and Amgen and just $1 million for tournament winnings. But golfers new to the Tour earn little or nothing from endorsements, and top golfers like Mickelson draw crowds to tournaments and to television even when they aren't winning, generating revenue for the PGA far in excess of what they receive. And while golf may not be the draw of the big three sports either in person or on TV, their fans have higher average incomes than viewers of NFL, MLB and NBA games. The PGA ought to pay them accordingly.

But that won't happen unless the Tour is forced to change its rules to permit golfers to act as true independent contractors, so they can choose for themselves where they play and who compensates them.

**Ike Brannon**

*Ike Brannon is a former senior economist for the United States Treasury and U.S. Congress.*

# EXHIBIT 50

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/articles/pga-tour-antitrust-liv-department-of-justice-investigation-11657557177

◆ **WSJ NEWS EXCLUSIVE** GOLF

# Justice Department Is Investigating PGA Tour Over Potential Antitrust Violations in LIV Golf Battle

The probe shows that the DOJ is watching the PGA Tour's fight to retain players in the face of new competition from the Saudi-backed LIV Golf circuit



*By Louise Radnofsky* [Follow] *and Andrew Beaton* [Follow]
July 11, 2022 12:33 pm ET

The Department of Justice is investigating whether the PGA Tour engaged in anticompetitive behavior as it battles the upstart, Saudi-backed LIV Golf circuit, the PGA Tour confirmed to The Wall Street Journal.

Players' agents have received inquiries from the DOJ's antitrust division involving both the PGA Tour's bylaws governing players' participation in other golf events, and the PGA Tour's actions in recent months relating to LIV Golf, according to a person familiar with those inquiries.

The questions send a clear signal that the Justice Department is watching the fight that has divided professional golf, which both sides expect to end up in U.S. courts at some point. Such

an investigation would ordinarily include the subject being instructed to freeze all relevant communications, both internal and with third parties.

A spokesman for the PGA Tour said it was aware of the investigation—and was confident it would prevail. The Department of Justice declined to comment.

Since the debut of LIV Golf, which is financed by Saudi Arabia's sovereign-wealth fund, the PGA Tour has suspended players who have chosen to participate—a punishment that LIV has assailed as anticompetitive. Some of those players have opted to resign from the PGA Tour.

This isn't the first federal probe into the PGA Tour's practices. In 1994, the Federal Trade Commission was pursuing two PGA rules—one barring golfers from playing in a non-PGA event without the commissioner's permission, and the other relating to their appearance on televised golf programs. By 1995, the FTC had backed off.

"This was not unexpected," the PGA Tour spokesman said of the new probe. "We went through this in 1994 and we are confident in a similar outcome."



The scrutiny over the Tour's policies has typically focused on the areas that were examined back in the mid-1990s—both of which relate to the current battle with LIV. The PGA Tour's bylaws suggest that players are still not allowed to participate in other televised golf events without the approval of the commissioner.

There is also the set of rules that requires players to request a release to play in tournaments that conflict with PGA Tour events. Players are eligible for up to three such releases a season, and no such releases are granted for events in North America. When players requested those

releases to play in the first LIV event outside of London last month, they were denied—leading to the suspensions of those who participated nonetheless.

Critics have called those practices anticompetitive. And LIV Golf CEO and commissioner Greg Norman has boasted of bringing "free agency" to golf. A LIV spokeswoman didn't have an immediate comment.

As LIV Golf has tried to woo players, it also raised the possibility of a scenario such as this one. Earlier this year, LIV had sent a letter to players and agents accusing the PGA Tour of monopolistic behavior, writing that if the PGA Tour followed through on banning players who joined LIV that it would "likely cause the federal government to investigate and punish the PGA Tour's unlawful practices."

"There is simply no recognized justification for banning independent contractor professional golfers for simply contracting to play professional golf," the letter said.

The DOJ's investigation presages what may become a prolonged and multi-pronged legal battle inside professional golf. The LIV Golf circuit, or the players who left the PGA Tour, could bring an antitrust suit in the U.S. The Justice Department could weigh in with a statement of interest in such a case, or keep pursuing its own action.



One of the notable developments in that space unfolded just last week when a handful of LIV golfers challenged their suspensions from an event—and won a stay. The DP World Tour, also known as the European tour, had suspended LIV players from participating in the Genesis Scottish Open, which it co-sanctions with the PGA Tour.

Case 5:22-cv-04486-BLF Document 2-7 Filed 08/03/22 Page 56 of 56

But days before the event, a judge hearing the golfers' complaint through a dispute resolution service said those bans should be temporarily enjoined.

LIV Golf—and the money behind it—has generated considerable controversy and tumult inside the sport this year. The circuit has offered record prize money, in addition to lucrative appearance fees, in order to attract top pros.

Superstar Phil Mickelson faced considerable backlash earlier this year after the publication of comments in which he said he would be willing to do business with the Saudis despite the country's record on human rights, because of his dissatisfaction with how the PGA Tour operates.

Mickelson spent months away from golf following the firestorm. When he re-emerged, it was at LIV's debut event outside London.

He is one of a growing list of big names who have signed on with LIV, including Dustin Johnson, Bryson DeChambeau, Brooks Koepka and Patrick Reed. Many of these players have faced consequences from not just the PGA Tour, which suspended them, but also their own sponsors who have in some instances stopped working with them.

Their involvement with the Saudis has also drawn the criticism of activists, including the families of 9/11 victims.

*—Mark Maremont contributed to this article.*

Write to Louise Radnofsky at louise.radnofsky@wsj.com and Andrew Beaton at andrew.beaton@wsj.com

