# EXHIBIT 51

**FEDEXCUP**

## Updated FedExCup standings reflect Playoffs eligibility

July 26, 2022
By **Staff** ,  PGATOUR.COM

Follow @PGATOUR

HARE ON



The FedExCup Playoffs will begin on Aug. 11 at the FedEx St. Jude Championship. (Ben Jared/PGA TOUR)

With two weeks remaining in the Regular Season, the FedExCup Playoffs and Eligibility Points List has been released to provide players, fans and media an accurate picture of who is in line to qualify for the FedExCup Playoffs.

In a June memo to the TOUR's membership, Commissioner Jay Monahan affirmed that players who are suspended for competing in unauthorized events will not negatively impact members' eligibility for tournaments or their status on the TOUR. Consistent with that statement, the Policy Board approved the creation of the FedExCup Playoffs and Eligibility Points List, which does not include the suspended players. The top 125

players from the new list will qualify for the FedEx St. Jude Championship on Aug. 11-14 at TPC Southwind in Germantown, Tennessee.

The top 70 eligible players will qualify for the following week's BMW Championship at Wilmington (Delaware) Country Club, with the top 30 after the BMW earning spots in the field for the season-ending TOUR Championship at Atlanta's East Lake Golf Club.

While the FedExCup Playoffs and Eligibility Points List will not replace the Official FedExCup Standings, the eligibility list will also be used to determine members' FedExCup bonus payments (suspended players will be paid bonuses based on their position on the Official FedExCup Standings), players' status for next season and their eligibility for the Korn Ferry Tour Finals. The top 125 on the FedExCup Playoffs and Eligibility Points List will retain full membership for next season and Nos. 126-200 will retain the corresponding status and be eligible for the Korn Ferry Tour Finals.

The U.S. and International Team Presidents Cup standings also will be updated to reflect players who are eligible for participation. The Presidents Cup is limited to players who are eligible for tournament play.

Below is the FedExCup Playoffs and Eligibility Points List through the 3M Open:

### FedExCup Playoffs and Eligibility Points List through 3M Open

| Rank | Player | Points w/Decimal |
|------|--------|------------------|
| 1 | Scottie Scheffler | 3,555.980 |
| 2 | Cameron Smith | 2,335.000 |
| 3 | Sam Burns | 2,275.010 |
| 4 | Xander Schauffele | 2,153.340 |
| 5 | Rory McIlroy | 2,103.880 |
| 6 | Patrick Cantlay | 1,899.820 |
| 7 | Justin Thomas | 1,783.060 |
| 8 | Hideki Matsuyama | 1,697.240 |
| 9 | Will Zalatoris | 1,599.850 |
| 10 | Matt Fitzpatrick | 1,595.940 |
| 11 | Max Homa | 1,592.040 |
| 12 | Jordan Spieth | 1,574.230 |
| 13 | Cameron Young | 1,565.340 |
| 14 | Sungjae Im | 1,487.500 |
| 15 | Jon Rahm | 1,449.230 |
| 16 | Tom Hoge | 1,424.420 |
| 17 | Tony Finau | 1,412.130 |
| 18 | Billy Horschel | 1,376.660 |
| 19 | Viktor Hovland | 1,313.890 |
| 20 | Joaquin Niemann | 1,227.540 |
| 21 | J.T. Poston | 1,107.790 |
| 22 | Collin Morikawa | 1,088.940 |
| 23 | Davis Riley | 992.815 |

| 24 | Seamus Power | 990.479 |
|----|-------------|---------|
| 25 | Cameron Tringale | 952.173 |
| 26 | Shane Lowry | 939.977 |
| 27 | Luke List | 937.820 |
| 28 | Maverick McNealy | 935.570 |
| 29 | Keegan Bradley | 914.349 |
| 30 | Sepp Straka | 909.303 |
| 31 | Kevin Kisner | 906.236 |
| 32 | J.J. Spaun | 902.584 |
| 33 | Aaron Wise | 899.579 |
| 34 | Corey Conners | 898.053 |
| 35 | Mito Pereira | 888.155 |
| 36 | Keith Mitchell | 882.620 |
| 37 | Sahith Theegala | 881.387 |
| 38 | K.H. Lee | 848.699 |
| 39 | Denny McCarthy | 842.178 |
| 40 | Jason Kokrak | 800.973 |
| 41 | Kurt Kitayama | 796.627 |
| 42 | Lucas Herbert | 796.457 |
| 43 | Sebastién Muioz | 794.608 |
| 44 | Mackenzie Hughes | 782.679 |
| 45 | Russell Henley | 766.909 |
| 46 | Tommy Fleetwood | 766.407 |
| 47 | Scott Stallings | 732.155 |
| 48 | Chez Reavie | 706.528 |
| 49 | Adam Hadwin | 704.713 |
| 50 | Matt Kuchar | 695.997 |
| 51 | Si Woo Kim | 695.729 |
| 52 | Emiliano Grillo | 691.242 |
| 53 | Brian Harman | 690.961 |
| 54 | Christiaan Bezuidenhout | 689.567 |
| 55 | Harold Varner III | 682.077 |
| 56 | Alex Noren | 681.096 |
| 57 | Tyrrell Hatton | 673.883 |
| 58 | Brendan Steele | 665.020 |
| 59 | Chris Kirk | 657.519 |
| 60 | Marc Leishman | 656.356 |
| 61 | Alex Smalley | 605.540 |
| 62 | Lanto Griffin | 592.114 |
| 63 | Troy Merritt | 583.559 |
| 64 | Brendon Todd | 577.086 |
| 65 | Trey Mullinax | 573.859 |
| 66 | Gary Woodland | 573.366 |
| 67 | Beau Hossler | 568.682 |

| 68 | Chad Ramey | 567.789 |
| 69 | Anirban Lahiri | 567.125 |
| 70 | Adam Long | 563.622 |
| 71 | Matthew NeSmith | 560.946 |
| 72 | Cam Davis | 559.099 |
| 73 | Adam Scott | 532.256 |
| 74 | Daniel Berger | 528.939 |
| 75 | Joel Dahmen | 522.394 |
| 76 | Mark Hubbard | 503.607 |
| 77 | Kevin Streelman | 501.776 |
| 78 | Patrick Rodgers | 490.986 |
| 79 | Danny Lee | 490.481 |
| 80 | Aaron Rai | 488.575 |
| 81 | Brandon Wu | 487.365 |
| 82 | C.T. Pan | 472.605 |
| 83 | Andrew Putnam | 471.604 |
| 84 | Peter Malnati | 471.402 |
| 85 | David Lipsky | 461.983 |
| 86 | Adam Schenk | 460.953 |
| 87 | Russell Knox | 459.844 |
| 88 | Justin Rose | 452.275 |
| 89 | Adam Svensson | 447.910 |
| 90 | Wyndham Clark | 444.697 |
| 91 | Taylor Moore | 423.023 |
| 92 | Hayden Buckley | 422.532 |
| 93 | Nate Lashley | 421.816 |
| 94 | Jhonattan Vegas | 420.355 |
| 95 | Martin Laird | 412.153 |
| 96 | Lee Hodges | 405.168 |
| 97 | Taylor Pendrith | 402.695 |
| 98 | Dylan Frittelli | 400.679 |
| 99 | Charles Howell III | 400.306 |
| 100 | Greyson Sigg | 396.810 |
| 101 | Ryan Palmer | 391.192 |
| 102 | James Hahn | 391.067 |
| 103 | Vince Whaley | 389.098 |
| 104 | Doug Ghim | 384.687 |
| 105 | Scott Piercy | 383.751 |
| 106 | Sam Ryder | 374.333 |
| 107 | Michael Thompson | 373.028 |
| 108 | Robert Streb | 370.300 |
| 109 | Nick Watney | 363.720 |
| 110 | John Huh | 362.249 |
| 111 | Ryan Brehm | 354.499 |

| 112 | Matthias Schwab | 352.546 |
| 113 | Patton Kizzire | 348.241 |
| 114 | Stewart Cink | 344.847 |
| 115 | Tyler Duncan | 344.334 |
| 116 | Lucas Glover | 343.238 |
| 117 | Webb Simpson | 343.215 |
| 118 | Callum Tarren | 336.406 |
| 119 | Jason Day | 335.805 |
| 120 | Kevin Tway | 334.775 |
| 121 | Nick Taylor | 331.698 |
| 122 | Chesson Hadley | 328.776 |
| 123 | Kramer Hickok | 325.334 |
| 124 | Rickie Fowler | 323.797 |
| 125 | Stephan Jaeger | 317.886 |
| 126 | Austin Smotherman | 311.622 |
| 127 | Paul Casey | 310.346 |
| 128 | Max McGreevy | 304.357 |
| 129 | Danny Willett | 300.000 |
| 130 | Nick Hardy | 288.280 |
| 131 | Kelly Kraft | 283.173 |
| 132 | Michael Gligic | 279.101 |
| 133 | Justin Lower | 272.713 |
| 134 | Francesco Molinari | 272.347 |
| 135 | Erik van Rooyen | 268.764 |
| 136 | Martin Trainer | 267.093 |
| 137 | Doc Redman | 260.979 |
| 138 | Brian Stuard | 258.281 |
| 139 | Harry Higgs | 257.405 |
| 140 | Matt Wallace | 248.320 |
| 141 | Cameron Champ | 245.500 |
| 142 | Hank Lebioda | 241.485 |
| 143 | Andrew Novak | 233.341 |
| 144 | Rory Sabbatini | 232.235 |
| 145 | Garrick Higgo | 228.696 |
| 146 | Brice Garnett | 227.967 |
| 147 | Zach Johnson | 223.182 |
| 148 | Jonathan Byrd | 220.385 |
| 149 | Austin Cook | 208.238 |
| 150 | Henrik Norlander | 202.686 |
| 151 | Bubba Watson | 199.056 |
| 152 | Bill Haas | 194.007 |
| 153 | Andrew Landry | 191.250 |
| 154 | Ryan Armour | 186.287 |
| 155 | Satoshi Kodaira | 181.577 |

| 156 | Dylan Wu | 175.228 |
|-----|----------|---------|
| 157 | Chase Seiffert | 173.138 |
| 158 | Paul Barjon | 168.257 |
| 159 | Cameron Percy | 164.808 |
| 160 | Ben Martin | 163.550 |
| 161 | Joseph Bramlett | 158.695 |
| 162 | Scott Gutschewski | 158.187 |
| 163 | Luke Donald | 156.923 |
| 164 | Sung Kang | 146.982 |
| 165 | Sean O'Hair | 145.542 |
| 166 | Roger Sloan | 143.530 |
| 167 | Vaughn Taylor | 143.172 |
| 168 | William McGirt | 141.679 |
| 169 | Brandt Snedeker | 140.732 |
| 170 | Ben Kohles | 140.386 |
| 171 | Kevin Chappell | 138.946 |
| 172 | Charley Hoffman | 136.535 |
| 173 | Curtis Thompson | 135.850 |
| 174 | Seth Reeves | 135.581 |
| 175 | Seung-Yul Noh | 128.025 |
| 176 | Camilo Villegas | 126.887 |
| 177 | Jim Knous | 125.242 |
| 178 | Tyler McCumber | 113.050 |
| 179 | Brandon Hagy | 105.900 |
| 180 | Tommy Gainey | 105.450 |
| 181 | Scott Brown | 96.404 |
| 182 | Aaron Baddeley | 95.749 |
| 183 | David Skinns | 92.155 |
| 184 | Harris English | 91.427 |
| 185 | Ryan Moore | 91.407 |
| 186 | Brian Gay | 90.321 |
| 187 | Richy Werenski | 87.506 |
| 188 | Wesley Bryan | 85.356 |
| 189 | Michael Kim | 83.626 |
| 190 | Jimmy Walker | 82.903 |
| 191 | Bronson Burgoon | 80.300 |
| 192 | Kyle Stanley | 80.232 |
| 193 | Robert Garrigus | 78.902 |
| 194 | Jared Wolfe | 78.860 |
| 195 | Henrik Stenson | 78.155 |
| 196 | Dawie van der Walt | 78.096 |
| 197 | Jim Herman | 76.468 |
| 198 | David Lingmerth | 75.369 |
| 199 | Grayson Murray | 70.302 |

Case 5:22-cv-04486-BLF    Document 2-8    Filed 08/03/22    Page 8 of 278

| 200 | Bo Van Pelt | 65.538 |
| 201 | Bo Hoag | 65.366 |
| 202 | Kiradech Aphibarnrat | 62.286 |
| 203 | Jason Dufner | 57.107 |
| 204 | Jonas Blixt | 49.679 |
| 205 | Joshua Creel | 47.871 |
| 206 | Chris Stroud | 40.052 |
| 207 | Mark Hensby | 39.611 |
| 208 | Ricky Barnes | 39.086 |
| 209 | Brett Drewitt | 38.117 |
| 210 | Greg Chalmers | 32.112 |
| 211 | David Hearn | 28.215 |
| 212 | Fabian Gomez | 19.772 |
| 213 | D.A. Points | 12.805 |
| 214 | Padraig Harrington | 11.957 |
| 215 | Jim Furyk | 11.750 |
| 216 | Johnson Wagner | 11.700 |
| 217 | Tiger Woods | 11.333 |
| 218 | D.J. Trahan | 11.012 |
| 219 | Ben Crane | 10.189 |
| 220 | J.J. Henry | 9.306 |
| 221 | Derek Ernst | 9.213 |
| 222 | Sangmoon Bae | 8.567 |
| 223 | Arjun Atwal | 5.289 |
| 224 | Paul Goydos | 4.900 |
| 225 | George McNeill | 4.900 |
| 226 | Richard S. Johnson | 4.605 |
| 227 | John Merrick | 3.620 |
| 228 | Omar Uresti | 3.500 |
| 229 | Davis Love III | 3.400 |
| 230 | John Senden | 3.300 |
| 231 | Jay Haas | 2.750 |
| 232 | Brian Davis | 2.738 |
| 233 | Kevin Stadler | 2.489 |
| 234 | Ryuji Imada | 2.300 |
| 235 | Matt Every | 1.860 |

## RELATED TO THIS STORY



**News**
James Hahn's 'magical' Sunday at 3M Open boosts FedExCup Playoffs push



**News**

Race to FedExCup Playoffs takes center stage at 3M Open



**News**

Determined Finau perseveres to meaningful 3M Open victory



**FedExCup**

Jeff Overton makes emotional return at 3M Open



**FedExCup**

Tennis pro Mardy Fish makes TOUR debut at 3M Open

**SHOW MORE**

# EXHIBIT 52

**NUCLR GOLF**
@NUCLRGOLF

🚨 #OFFICIAL: The full field for the JP McManus Pro am hs been released, headlined by Tiger Woods and 10 of the world top 11 ranked golfers. TV coverage of this event will be provided on Golf Channel & Sky Sports per a press release in Ireland released today.

| | | | |
|---|---|---|---|
| Cameron Smith | 7 | Rickie Fowler | 142 |
| Sam Burns | 9 | Henrik Stenson | 153 |
| Matt Fitzpatrick | 10 | Rafa Cabrera-Bello | 155 |
| Jordan Spieth | 11 | Pat Perez | 170 |
| Xander Schauffele | 15 | Thorbjorn Olesen | 180 |
| Dustin Johnson | 16 | Padraig Harrington | 196 |
| Leona Maguire | 17 | Martin Kaymer | 224 |
| Brooks Koepka | 19 | Brandon Stone | 235 |
| Shane Lowry | 24 | Graeme McDowell | 372 |
| Tyrrell Hatton | 26 | Luke Donald | 496 |
| Paul Casey | 27 | John Murphy | 612 |
| Bryson DeChambeau | 30 | Tiger Woods | 921 |
| Jason Kokrak | 33 | Cormac Sharvin | 1259 |
| Seamus Power | 36 | Thomas Bjorn | 1404 |
| Harold Varner III | 37 | Paul Dunne | 1785= |
| Adam Scott | 40 | Ian Woosnam | 1785= |

7:32 AM · Jun 22, 2022 · Twitter for iPhone

| Scottie Scheffler | 1 |
| Rory McIlroy | 2 |
| Jon Rahm | 3 |
| Collin Morikawa | 4 |
| Justin Thomas | 5 |
| Patrick Cantlay | 6 |
| Cameron Smith | 7 |
| Sam Burns | 9 |
| Matt Fitzpatrick | 10 |
| Jordan Spieth | 11 |
| Xander Schauffele | 15 |
| Dustin Johnson | 16 |
| Leona Maguire | 17 |
| Brooks Koepka | 19 |
| Shane Lowry | 24 |
| Tyrrell Hatton | 26 |
| Paul Casey | 27 |
| Bryson DeChambeau | 30 |
| Jason Kokrak | 33 |
| Seamus Power | 36 |
| Harold Varner III | 37 |
| Adam Scott | 40 |
| Tom Hoge | 41 |
| Tommy Fleetwood | 42 |
| Justin Rose | 47 |
| Alex Noren | 62 |
| Matt Kuchar | 73 |
| Lee Westwood | 85 |

| | |
|---|---|
| Bernd Wiesberger | 97 |
| Ian Poulter | 98 |
| Danny Willett | 138 |
| Rickie Fowler | 142 |
| Henrik Stenson | 153 |
| Rafa Cabrera-Bello | 155 |
| Pat Perez | 170 |
| Thorbjorn Olesen | 180 |
| Padraig Harrington | 196 |
| Martin Kaymer | 224 |
| Brandon Stone | 235 |
| Graeme McDowell | 372 |
| Luke Donald | 496 |
| John Murphy | 612 |
| Tiger Woods | 921 |
| Cormac Sharvin | 1259 |
| Thomas Bjorn | 1404 |
| Paul Dunne | 1785= |
| Ian Woosnam | 1785= |
| Paul McGinley | 1785= |
| Mark O'Meara | N/A |

# EXHIBIT 53

# PGA TOUR announces landmark domestic media rights portfolio

Nine-year deals with ViacomCBS, Comcast/NBC Sports Group, The Walt Disney Company's ESPN+ will allow TOUR to significantly expand its content offerings; LPGA to receive expanded exposure through first-ever joint negotiations

March 09, 2020

Follow @PGATOUR

SHARE ON



CBS and NBC will maintain weekend coverage of most FedExCup tournaments, with CBS averaging 19 events and NBC eight events each season through the life of the agreements. (Ben Jared/PGA TOUR)

PONTE VEDRA BEACH, Fla. – Marking the culmination of a long-term strategic planning process designed to best serve fans through traditional broadcast, Over-the-Top streaming (OTT) and emerging technologies, the PGA TOUR today announced its new nine-year domestic media rights portfolio for 2022-2030.

"Following a comprehensive process of studying the market, talking to all interested parties and analyzing our various options, we're excited to announce that we have entered into new agreements with our existing partners ViacomCBS and Comcast/NBC Sports Group, while establishing a new long-term relationship with Disney and ESPN+," said PGA TOUR Commissioner Jay Monahan. "We were extremely pleased with the interest we received from the market – both with incumbents and other media companies – and are excited that our current partners shared our vision for the future, and we are equally excited to be back in business with Disney and ESPN+.  These new deals will be a major win for our fans, bringing an elevated commitment from all three partners to help us expand and innovate our content and its delivery."

Financial details will not be disclosed, but Monahan continued, "The nine-year deals will put us in a position to significantly increase player earnings, deliver more value to our tournaments and sponsors, and ultimately allow us to continue to grow our charitable footprint. Additionally, we are now able to reinvest in our sport in a way never before possible, including production, personnel and technology, and are well positioned to best serve and grow our fanbase in the years to come."

**Broadcast & Cable Television**

CBS and NBC will maintain weekend coverage of most FedExCup tournaments, with CBS averaging 19 events and NBC eight events each season through the life of the agreements. Under the new schedule, one network will televise all three FedExCup Playoffs events each year, starting with NBC in 2022 and generally alternating with CBS, creating powerful, three-week coverage of the conclusion of the race for the FedExCup.

NBC Sports Group also will continue as the TOUR's cable partner, with GOLF Channel providing all early-round coverage and early weekend coverage of every FedExCup event each season, along with PGA TOUR Champions and the Korn Ferry Tour. Further strengthening the ties, the TOUR and NBC Sports will expand their collaborative content and programming relationship.

Another central component of the new agreements will see the PGA TOUR assume responsibility of the onsite production area and technical infrastructure each week, enabling the TOUR to more efficiently aggregate, distribute and develop content for its various platforms worldwide. CBS and NBC will still use their own production and announce teams, led by their producers, directors and production personnel.

Additionally, the TOUR and its media partners will collaborate on creating more sponsorship and marketing opportunities, inside and outside PGA TOUR golf coverage, including access to the vast resources of ViacomCBS, Comcast/NBC Sports Group and Disney and ESPN+.

"We're excited to extend NBC Sports' historic partnership with the PGA TOUR as its foundational media partner.  We will continue to utilize our extensive platforms to showcase golf with unparalleled live tournament coverage, comprehensive news and high-quality content. Golf is a part of NBCUniversal's DNA across our broadcast, cable, streaming and digital properties – nowhere more so than GOLF Channel," said Pete Bevacqua, President, NBC Sports Group. "With more live golf coverage than all other U.S. media companies combined, our relationship with the PGA TOUR also includes THE PLAYERS and Presidents Cup, as well as elevating the PGA TOUR Champions, Korn Ferry TOUR and LPGA Tour via our world-class coverage."

5/4/22, 4:39 PM
Case 5:22-cv-04486-BLF Document 2-8 Filed 08/03/22 Page 17 of 278
PGA TOUR announces landmark domestic media rights portfolio

"Extending our successful long-standing relationship with the PGA TOUR was a top priority, and we are thrilled to add nine more years to this terrific partnership," said Sean McManus, Chairman, CBS Sports. "As the PGA TOUR's primary broadcast network, we are excited to showcase over two-thirds of all broadcast network coverage of the PGA TOUR, expand our schedule with all three FedExCup Playoffs events in alternate years, and to increase our use of PGA TOUR content across all CBS Sports platforms, with even more expansive content exclusivity. For over 60 years the PGA TOUR, its tournaments and sponsors have been outstanding partners. We look forward to many more years of growth and success together."

**PGA TOUR LIVE on ESPN+**

For the first time, the TOUR's digital rights were negotiated concurrently with its linear offering and will have a new, exciting, direct-to-consumer home: ESPN+. As a result of the new agreement, PGA TOUR LIVE – the TOUR's subscription video service that was launched in 2015 – will live exclusively on ESPN+ beginning in 2022 and will be dramatically expanded to include multiple live content channels nearly every week of the FedExCup season.

Jimmy Pitaro, President, ESPN and co-Chairman, Disney Media Networks said, "We are looking forward to working with the PGA TOUR to bring current and future golf fans the next generation of TOUR coverage. ESPN+ will offer golf fans unprecedented access and storytelling at an incredible value on the industry's leading sports streaming platform."

Rick Anderson, Chief Media Officer, PGA TOUR added, "The relationship with Disney and ESPN+ gives the TOUR the opportunity to expand and diversify audiences, and the TOUR and ESPN will work together to bring new and unique content to our fans."

ESPN+, the leading sports streaming service from Disney's Direct-to-Consumer and International (DTCI) segment and ESPN, has grown quickly to reach 7.6 million subscribers (as of February 3, 2020) and the new relationship will provide a significant growth opportunity for PGA TOUR content via ESPN+'s digital reach, innovative platform and young and diverse audience.

PGA TOUR LIVE on ESPN+ will bring fans more access to the 30,000-plus golf shots hit each week on the PGA TOUR by delivering more than 4,000 hours of live streaming coverage annually. PGA TOUR LIVE on ESPN+ will include live coverage from 36 tournaments – from the TOUR's Hawaii events in January all the way through the year – with at least 28 events having four full days of coverage, with four simultaneous live feeds each day. PGA TOUR LIVE on ESPN+ will also feature on-demand replays of PGA TOUR events, original golf programs, edited speed round recaps and more.

All of this will be available to ESPN+ subscribers as part of the base subscription, alongside more than 12,000 other live sporting events, an unmatched lineup of studio programs, original series and documentaries, along with a library of other, on-demand programming.

ESPN+ is available through the ESPN App, (on mobile and connected devices), ESPN.com or ESPNplus.com. It is also available as part of a bundle offer that gives subscribers access to **Disney+, Hulu (ad-supported), and ESPN+** at a discounted price.

Case 5:22-cv-04486-BLF Document 2-8 Filed 08/03/22 Page 18 of 278

## LPGA

As part of its Strategic Alliance with the LPGA, the PGA TOUR also successfully negotiated rights agreements that will see the LPGA Tour continue as anchor programming on GOLF Channel, along with expanded exposure for LPGA Tour events on NBC and CBS each year, beyond the U.S. Women's Open, KPMG Women's PGA Championship and AIG Women's British Open, which are already on network.

Specifically, the TOUR secured the long-term extension of the LPGA/GOLF Channel partnership (2022-2030) with ancillary programming, including a season preview, season review and *Road to the CME Group Tour Championship*. In addition, GOLF Channel will provide dedicated programming for the Symetra Tour each year, as well as enhanced marketing and promotional assets and expanded benefits for LPGA sponsors.

As part of the agreement, the LPGA maintains control of all of its media rights outside the United States and receives expanded digital content rights.

"This agreement is an important milestone in the strategic partnership between the LPGA and the PGA TOUR and a great example of the collaboration happening among golf's biggest stakeholders," said LPGA Tour Commissioner Mike Whan. "Thanks to the enhanced agreement with GOLF Channel and increased network coverage on NBC and CBS, more viewers in the U.S. and around the globe will experience the quality and diversity of the LPGA Tour. This gives us a domestic broadcast partner to help deliver another decade of unprecedented growth and provides a foundation that will springboard the women's game into the future."

"The LPGA is a very important industry partner, and we are proud that our strategic alliance has enabled these results," said Monahan. "I'm so impressed with Mike Whan's leadership and the world-class talent of the LPGA's athletes, and it's exciting to know that when fans want to watch professional golf at the highest level, they are going to see both Tours on the same platforms – with the same partners – for the foreseeable future."

Evolution Media Capital, a division of Creative Artists Agency (CAA), served as the media advisor to PGA TOUR.

### Get the latest happenings on TOUR with WiretoWire

Sign up for WiretoWire newsletter

Your email address

SIGN UP

By signing up you agree to the PGA TOUR Terms of Service and Privacy Policy

## RELATED TO THIS STORY

Case 5:22-cv-04486-BLF Document 2-8 Filed 08/03/22 Page 19 of 278



**PGA TOUR – The CUT**
The history of TPC Potomac at Avenel Farm



**PGA TOUR – The CUT**
Chad Ramey breaks down his golf swing



**PGA TOUR – The CUT**
Get to know the Ortiz brothers



Rory McIlroy soaks up good D.C. vibes on birthday



**Interviews**
Webb Simpson on playing TPC Potomac instead of Quail Hollow

**SHOW MORE**

# EXHIBIT 54

5/4/22, 4:43 PM
Case 5:22-cv-04486-BLF    Document 2-8    Filed 08/03/22    Page 21 of 278
CBS, NBC renew PGA Tour golf for nine more years

TECH

# CBS, NBC renew PGA Tour golf for nine more years

PUBLISHED MON, MAR 9 2020·7:01 AM EDT    UPDATED MON, MAR 9 2020·7:53 AM EDT


**Alex Sherman**
**@SHERMAN4949**

WATCH LIVE

## KEY POINTS

CBS and NBC have renewed TV rights to carry PGA Tour golf until 2030.

The deal will value rights at about $700 million, according to a source familiar with the matter.

Both ViacomCBS and NBC Universal now turn their attention to renewing NFL rights.





   

**Tiger Woods of the United States celebrates after sinking his putt to win on the 18th green during the final round of the 2019 Masters**
*Kevin C. Cox | Getty Images Sport | Getty Images*

................................................................

The PGA Tour has struck a new, nine-year domestic media rights deal with ViacomCBS and Comcast's NBCUniversal that will keep weekend coverage of most tournaments on CBS and NBC.

The deal will value the total package of rights at about $700 million per year, more than a 70 percent increase over the PGA's prior rights agreement, said one of the people, who asked not to be named because the discussions are private.

CBS will broadcast an average of 19 tour events per year over the course of the deal and NBC will average eight. The new deal begins in 2022 and ends in 2030. Either CBS or NBC will televise all three FedExCup Playoffs events each year, starting with NBC in 2022 and generally alternating with CBS. The FedExCup is a season-long points competition culminating in three events to determine the FedExCup champion, who wins $15 million.

The PGA set up its cable, broadcast and digital rights to renew at the same time so that it could maximize revenue by negotiating with traditional media and digital players about rights renewal, said Rick Anderson, the PGA Tour's chief media officer. But after talking to the entire market, the PGA decided to stay with incumbent partners, Anderson said.

"Golf is a foundational sport for us," said Sean McManus, chairman of CBS Sports. "From the time we finish broadcasting college basketball to the time college football and the NFL begins, PGA golf is really our primary programming. To try to replace that with something anywhere close to as prestigious is really difficult."

The rights agreement is particularly important for ViacomCBS, which is stockpiling valuable sports rights while it looks to compete against much larger players including Disney, Comcast and Amazon. Both ViacomCBS and NBCUniversal are also interested in renewing their National Football League rights. Preliminary discussions on those renewals have already begun and will likely heat up after the NFL and players agree on a collective bargaining agreement.

"Sports programming becomes more and more valuable because of the audience it generates," McManus said. "We got our PGA Tour deal done. The NFL rights will be our next really big negotiation. It's a really big deal that we'll try to consummate."



   

The rights renewal also comes as a new golf league — the Premier Golf League — tries to recruit the biggest names in golf away from the PGA Tour, including Tiger Woods. Rory McIlroy has publicly stated he won't leave the PGA Tour for the new league. Brooks Koepka said last month that even huge pay packages from the PGL wouldn't be enough to take him away from the PGA unless many of his fellow top golfers also left.



**VIDEO** 06:51
**PGA Tour commissioner on media rights, how tour will handle coronavirus**

## New digital rights package

For the first time ever, the PGA Tour carved out a separate digital rights package for Disney's ESPN+. The tour's subscription video service PGA Tour Live, first launched in 2015, will now be a part of ESPN+. Disney paid about $75 million annually for the digital rights, according to two people familiar with the matter.

That service, which previously cost $9.99 per month or $64.99 per year as an a la carte offering, will now come standard for anyone with an ESPN+ subscription — a $4.99 per month service. ESPN+ subscribers will be able to watch four separate live feeds of various playing groups in 28 tournaments throughout the year, though live content will be limited when events are broadcasting live on CBS and NBC. ESPN's deal also includes highlights rights for use across ESPN platforms and other on-demand video for ESPN+.

    

"Credit to the PGA Tour for putting a stake down in the direct-to-consumer game early," said Burke Magnus, ESPN's executive vice president of programming acquisitions and scheduling. As streaming services have added more content for prices largely under $10 per month, the PGA realized its standalone product was probably no longer a viable option, Magnus said.

NBCUniversal, which owns Golf Channel, will continue carrying all early-round coverage and early weekend coverage of every FedExCup event as the tour's sole cable partner. LPGA tournaments will continue to be aired on Golf Channel with expanded coverage for at least seven events on CBS and NBC annually. The LPGA maintains control of all of its international media rights.

"It was a priority to retain the broadcast package with cable exclusivity," said NBC Sports president Pete Bevacqua.

The agreement doesn't include the four major tournaments, which are negotiated separately. Augusta National handles the Masters rights, PGA of America negotiates the PGA Championship, the USGA is in charge of the US Open, and the R&A manages The Open (The British Open).

*Disclosure: Comcast is the owner of NBCUniversal, parent company of CNBC.*

**WATCH: Here are the biggest challenges facing the sports industry now**



VIDEO  04:43



   

# EXHIBIT 55

INSIDEGOLF delivers $100 in value for $20    **LEARN MORE! (HTTPS://GOLF.SOCIAL/3FSNXE8)**

.

## PGA Tour 2021-2022

/    SEPTEMBER 8, 2021

## More News



**Is it time for PGA To[ur to] call their local repre[sentative] (https://golf.com/ne[ws/] golf-league-letter-[pga-] tour-players-call-[local-] representatives/)**



**Why Rory McIlroy h[as a] 'selfish' problem wit[h the] proposed PGA Tour schedule changes (https://golf.com/ne[ws/rory-] mcilroy-selfish-prob[lem-] schedule-changes/)**



**Premier Golf League [in] letter to Tour pros c[ites] $10 billion value, den[ies] evaluation (https://golf.com/ne[ws/pgl-] letter-pga-tour-liv-[golf-] alternative/)**



**'Best thing for me': [Not] losing his PGA Tour [card] fueled J.J. Spaun (https://golf.com/ne[ws/] pga-tour-card-fuele[d-jj-] spaun/)**



**Lee Westwood defen[ds] decision to play LIV [Golf] Invitational Series e[vent] (https://golf.com/ne[ws/lee-] westwood-defends-[liv-golf-] decision-play-liv-go[lf/)]**

NEW YORK (AP) – Discovery Inc. signed a $2 billion agreement that gives it media rights to PGA Tour programming for its 220 markets outside the United States.

The deal announced Monday is designed to allow Discovery to deliver golf around the world on every screen and device. It's the PGA Tour's latest effort to expand its fan base around the world.

The 12-year deals starts next year and runs through 2030.

The PGA Tour has U.S. television deals with NBC Sports and CBS Sports for weekend coverage, and with Comcast-owned Golf Channel for weekday and some full tournaments in the fall and in January.



The tour said the agreement gives Discovery live rights outside the U.S. to some 2,000 hours of PGA Tour content. That includes all six circuits the PGA Tour runs, such as the PGA Tour Champions and smaller tours in China, Canada and Latin America.

The four majors have separates broadcast deals with CBS (Masters and PGA Championship), NBC (British Open) and Fox Sports (U.S. Open).

Along with live linear rights to its global markets, the partnership with Discovery includes creating a dedicated, PGA Tour-branded video streaming service using Discovery's direct-to-consumer product and its platform as home to the Eurosport Player.

Eurosport Player offers unlimited access to sports content available from where a subscriber is connecting.

The tour said Discovery expects to invest more than $2 billion over 12 years, which would include licensing of PGA Tour international media rights and building a live stream platform outside the U.S.

David Zaslav, president and CEO of Discovery, said the relationship will create "the new global Home of Golf."

Alex Kaplan, a former NBA media executive who most recently worked for Eurosport Digital, will be in charge of Discovery's partnership with the tour.

Newsletter

## Categories

**NEWS (HTTPS://GOLF.COM/NEWS/)**

**INSTRUCTION (HTTPS://GOLF.COM/INSTRUCTION/)**

**GEAR (HTTPS://GOLF.COM/GEAR/)**

**LIFESTYLE (HTTPS://GOLF.COM/LIFESTYLE/)**

**TRAVEL (HTTPS://GOLF.COM/TRAVEL/)**

## Services

**CUSTOMER SERVICE (HTTPS://GOLF.COM/CUSTOMER-SERVICE/)**

**GOLF MEDIA KIT (HTTPS://GOLF.COM/MEDIAKIT/)**

**TERMS AND CONDITIONS (HTTPS://GOLF.COM/TERMS-AND-CONDITIONS/)**

**EB GOLF MEDIA LLC WEBSITE PRIVACY POLICY (HTTPS://GOLF.COM/PRIVACY-POLICY/)**

**MASTHEAD (HTTPS://GOLF.COM/MASTHEAD/)**

**FAQ AND RETURNS (HTTPS://PROSHOP.GOLF.COM/PAGES/FAQS-RETURNS)**

## Social

**FACEBOOK (HTTPS://WWW.FACEBOOK.COM/GOLF)**

**TWITTER (HTTPS://WWW.TWITTER.COM/GOLF_COM)**

**INSTAGRAM (HTTPS://WWW.INSTAGRAM.COM/GOLF_COM)**

**YOUTUBE (HTTPS://WWW.YOUTUBE.COM/CHANNEL/UCZDMQRWZDF0JUJRIVA-DGDW)**

## Magazine

(https://w1.buysub.com/pubs/EB/GFM/ab-btmbanner.jsp?cds_mag_code=GFM)

GOLF.com and GOLF Magazine are published by EB GOLF MEDIA LLC, a division of 8AM GOLF

# EXHIBIT 56

# Sports Media: NEP close to LIV Golf deal; could it be costly?

**5.2.2022**



BY JOHN OURAND

**NEP Group** is close to signing a deal with LIV Golf — a move that has the potential to create some upheaval in the television production world.

That's because NEP already has a deep relationship with the **PGA Tour**, which has been dissuading its corporate partners from working with the Saudi-backed upstart league.

Essentially, the PGA Tour's partners have to decide whether it's worth the risk of angering tour executives in order to grow their business — and presumably cash a big check — with LIV Golf.

For the most part, the PGA Tour's messaging has been delivered. If NEP signs a deal, it would become one of the only companies to work with both the PGA Tour and LIV Golf.

But conversations with several executives say that NEP was one of a handful of production companies that officially bid on the rights to handle the TV production for LIV Golf tournaments, which start June 9 from the Centurion Golf Club near London.

At the beginning of April, LIV Golf chose NEP's bid over ones from companies including **Game Creek Video** and **Gravity Media**, according to several sources.

Nothing has been signed yet. The two sides still are negotiating to see if a deal can be had.

That's where the intrigue comes into play. Most of the companies that have relationships with the PGA Tour have not engaged LIV Golf. Sports media has long been described as a relationship business, and these companies have little interest in potentially angering a longtime partner in the PGA Tour.

Just this year, the PGA Tour started nine-year media rights deals with **CBS**, **ESPN** and **NBC** that run through 2030.

As part of these deals, the PGA Tour took the lead on the television compounds at their events. That means that instead of CBS and NBC rolling production trucks to the events they carry, the PGA Tour is responsible for setting up the compound.

The idea is that such a move would make the quality of the telecasts more consistent through the tournaments.

The PGA Tour hired NEP and is using its trucks for those compounds. Should it cut a deal with LIV Golf, it's unlikely that the PGA Tour would stop working with NEP. But it appears likely that their relationship would become more strained, at least in the beginning.

The other big question is who will carry the LIV Golf events in the U.S., considering that most of the big U.S.-based media companies already have deep relationships with the PGA Tour. Sources said LIV Golf had discussions about doing a deal with Fox, but those talks died down weeks ago.

*John Ourand can be reached at jourand@sportsbusinessjournal.com. Follow him on Twitter @Ourand_SBJ and read his weekly newsletter and listen to his weekly podcast.*

# EXHIBIT 57

# 2022
# Members General
# Regulations Handbook



# 2022 DP World Tour

## Directors

David Williams, Chairman
Penny Avis
Thomas Bjorn
Martha Brass
Paul Eales
Martin Gilbert
Chris Hanell
David Howell
Paul Lawrie
Rob Lee
Paul McGinley
Eric Nicoli
Mark Roe
Ove Sellberg

## Tournament Committee

David Howell (Chairman)
Steven Brown
Nicolas Colsaerts
Nacho Elvira
Ryan Fox
Stephen Gallacher
Sebastian Heisele
Hugo Leon
Richard McEvoy
Joel Sjoholm
Justin Walters

## Executive Leadership Team

| | |
|---|---|
| Chief Executive Officer | Keith Pelley |
| Managing Director ETP | Richard Bunn |
| Chief Technology Officer | Michael Cole |
| Chief Tournament Business Officer | Ben Cowen |
| Media Communications Director | Scott Crockett |
| Chief Financial Officer | Claire Giacometto |
| Deputy CEO & Ryder Cup and Commercial Director | Guy Kinnings |
| Chief People Officer | Fran Merrylees |
| Chief Operating Officer | Keith Waters |

## Company Secretarial

| | |
|---|---|
| General Counsel and Company Secretary | Ben Bye |
| Company Secretarial Lawyer | Anna Gibson |

# Contents

| | | |
|---|---|---|
| Major Changes for the 2022 Official Season | | 5 |
| Preamble | | 7 |
| General Regulations | | 8 |

**A – CHIEF EXECUTIVE AND TOURNAMENT COMMITTEE** — **13**

**B – MEMBERSHIP REGULATIONS** — **13**

| | | |
|---|---|---|
| 1. | (a) General | 13 |
| | (b) Membership deadlines | 13 |
| | (c) Minimum Counting Tournament Regulation | 13 |
| | (d) Top 50 OWGR Ranked Members-Criteria to count in the DP World Tour Rankings | 14 |
| | (e) Removal from the DP World Tour Rankings | 15 |
| | (f) Challenge Tour Members counting on DP World Tour Rankings | 15 |
| | (g) Winners in Current Official Season | 16 |
| | (h) Voting rights | 18 |
| 2. | (a) Eligibility for Ranked Membership | 18 |
| | (b) Past Champion or other members of distinction eligibility | 24 |
| | (c) Honorary Life Membership | 24 |
| | (d) Affiliate Membership | 25 |
| | (e) Extensions to Membership | 27 |
| 3. | Termination of Membership | 31 |
| 4. | International Golf Federation (IGF)-Nationality Policy | 32 |
| 5. | Player Awards | 34 |

**C – ADMINISTRATION AND CONDUCT OF TOURNAMENTS** — **36**

| | |
|---|---|
| 1. Tournament Administration | 36 |
| 2. Starting Fields | 36 |
| 3. Entry Regulations and Procedures | 41 |
| 4. Opportunity to Play and Response Deadline | 42 |
| 5. Tournament First Reserve | 43 |
| 6. Withdrawals | 43 |
| 7. Registration | 45 |
| 8. Practice Regulations | 45 |
| 9. Practice Range regulations - use by players missing the Cut | 46 |
| 10. Pre-tournament Professional/Amateur Events | 46 |
| 11. Sponsor Added Value Activity (SAVA) | 49 |
| 12. Terms of competition and Local Rules | 49 |
| 13. Player Equipment | 50 |
| 14. Pace of Play | 52 |
| 15. Play Foreshortened, Suspended or Cancelled | 54 |
| 16. Use of Tournament Facilities by Non-Participants | 56 |
| 17. Official Recorders and Performance Data | 56 |
| 18. Media and Public Relations | 56 |
| 19. Standard of Dress | 57 |
| 20. Caddie Regulations | 57 |
| 21. Mobile Phone & other Electronic Device Policy | 59 |

22. Guidelines for Players' use of Streaming Applications 60
23. Prize Presentation 61
24. Independent One-Day Tournaments 61

**D – INTEGRITY** **62**
1. Anti Doping Policy 62
2. Integrity Policy 62

**E – COMMERCIAL & LEGAL** **65**
1. Conflicting Tournaments 65
2. Protocol for Release for a Conflicting Tournament 68
3. Player Endorsements & Non-Golfing Attachments 69
4. No Guarantee for Appearance 71
5. Film, Media and Other Property Rights 72
6. Limitation of Liability 74
7. Enforcement 74
8. Governing Law 74

**F – CODE OF BEHAVIOUR AND DISCIPLINARY PROCEDURE** **75**
I    Code of Behaviour 75
II   Disciplinary Procedure 78

**G – HEALTH AND SAFETY AND INSURANCE** **90**

**H – DATA PROTECTION POLICY – PGA EUROPEAN TOUR** **95**

**I  – PGA EUROPEAN TOUR PRIVACY NOTICE** **102**

**J – MEMBERSHIP LISTINGS AND RANKINGS** **111**
1. 2022 Alphabetical list of Ranked Members 111
2. 2022 DP World Tour Exemption Categories 118
3. 2021 Final DP World Tour Rankings 135

**K – TOURNAMENT INFORMATION AND CONDITIONS** **141**
1. 2022 DP World Tournaments 142
2. 2022 DP World Tour Rankings Bonus Pool 143
3. Re-Ranking for Category 16(c) 144
4. Tournament Conditions 146
5. Approved Official Prize Money Breakdowns 151
6. DP World Tour Rankings Points Banding 153
7. Approved DP World Tour Rankings breakdowns 154
8. 2022 DP World Tour Tournament Calender 158
9. 2022 DP World Tour Qualifying School Calendar 202
10. Useful Telephone Numbers 206

# Major Changes for the 2022 Official Season

**(All such changes are also highlighted in grey throughout this handbook)**

## General: Temporary Covid Regulations

**Where relevant, these remain in the handbook (in red text) and will continue until further notice in the 2022 Official Season. These include:**

- Financial support to Players and Caddies following a positive test on site. (Page 148)
- Where a Covid19 test is required on site, the need for a negative result to be received by 5PM on the day prior to the first round. (Page 43)
- Covid Membership Extension Regulation (Page 30)

## A. Board and Committee

**Page 2     Board of Directors**
Please note the recent addition of Paul Lawrie to your board. David J Russell and David Jones will be retiring from the board at the end of this year

**Page 2     Tournament Committee**
As previously communicated, the elections for the Tournament Committee have been deferred until January next year. We will be updating the membership on any changes to this process during December.

## B. Membership

**Page 18: B2(a) (xiii) – (xix) – Eligibility**

- 2023 Official Season Membership eligibility is defined within these Categories where this differs from the 2022 Official Season.
- Generically the 2023 Season will see a return to the previous Category structure as opposed to the safety net structure also defined in this section for 2022.
- The following are the exceptions:

  o Eligibilities (xvii) and (xix)/Categories 19 and 21 will be merged for 2023 (this was previously communicated to come into force for 2022 prior to the decision to operate a safety net), with players from the respective rankings being alternated within this Category.
  o Eligibility (xviii)/Category 20 will be removed from the Category list in 2023 (this was previously communicated to come into force for 2022 prior to the decision to operate a safety net), as these players are expected to be exempt under (xiii) now.
  o Eligibility from the Asian Tour Rankings (previously in Categories 16,18 and 23 has been removed).

- A new note (iv) that clarifies that winners of multiple tournaments in the same Official Season will have their exemption extended by one Official Season.

**Page 30:  B2 (e)  Temporary Covid Membership extension**

- A new note to clarify that a Player who has made a personal choice not be be vaccinated against Covid19 and is denied an opportunity to Participate because of this will NOT be covered under this Regulation.

## C. Conduct and Administration of Tournaments

**Page 36:  C2  1-23: - Starting fields**

- The new Category definitions are listed here that take account of the 2022 Safety net
- Category 7 has been revised to detail in full the return to the existing Top 10 and Top 5 Regulation after a temporary regulation was operated in 2021.

**Page 46:  C8  - Practice Regulations**

- A new regulation (e) within this section that **prohibits the use of artificial devices** when testing the surface of putting greens on the course during official practice rounds, starting January 1st 2022.

**Page 50:  C13  - Player Equipment**

- A new regulation within this section requiring players to ensure that all their clubs (other than putters) conform to the new local rule limiting their length to a maximum of 46", starting January 1st 2022.

**Page 59:  C20 (xv) Caddie Regulations**

- Revised wording that **prohibits the use of artificial devices** when testing the surface of putting greens on the course during official practice rounds, starting January 1st 2022.

## E. Commercial and Legal

**Pages 65- 68:  E1 & 2 Conflicting events Regulation**

- Amendments to this Regulation clarifying that it now applies to all Ranked Members, that the Chief Executive may make releases conditional on other requirements on the Member and clarification on whom release requests should be sent to.

## K. Tournament information and conditions

**Page 143:  Re-Rank of Category 16(c)**

- This section which normally details the re-rank of the Qualifying School Category (17) now details the re-rank of the new safety net Category 16(c).

# General Regulations

## Preamble

1.   **Extract from Memorandum of Association of The PGA European Tour**
     "The objects for which the Tour is established are to promote, manage and administer golf tournaments for the benefit of professional golfers who are Members of the Tour."

2.   **Statement of Policy from the Board of Directors of The PGA European Tour**
     "For a tournament to qualify as an Approved Tournament it has to be approved by the Board of Directors of the PGA European Tour. Normally no tournament will qualify to be DP World Tour approved when admittance to participate in that tournament is based on criteria other than proven golf ability. Exclusions on grounds of nationality, race, religion, sexual orientation or political belief are deemed as unacceptable, subject to authorisation by national governments."

# General Regulations

## These Regulations are made pursuant to the PGA European Tour's Articles of Association and shall govern:

**A**   The powers of the Chief Executive, Tournament Directors and the Tournament Committee in respect of the Regulations.

**B**   Membership of the DP World Tour.

**C**   The administration and conduct of all golf tournaments run under the auspices of the DP World Tour .

**D**   The conduct and responsibilities of members of the DP World Tour .

## Definitions

### Affiliate Member
shall have the meaning set out in Regulation B2(d).

### Approved Tournaments
shall mean all those tournaments run under the auspices of the PGA European Tour, which includes: (i) DP World Tour Ranking Tournaments; and (ii) those tournaments for which the prize money available does not count as Official Money.

### Career Money List
shall mean a list of Players who are, or who have at any time in their careers been Members of the DP World Tour  and (a) the total prize money earned by such Players during their careers up to and including 31st December 1984 in Approved Tournaments and (b) thereafter the total Official Money earned in DP World Tour Ranking Tournaments. This specifically excludes Bonus Pool earnings from the 2016 Official Season onwards. NB. Effective from the start of the 2005 Official Season, a Player must be in Membership and feature in the final DP World Tour Rankings of that Official Season for Official Money earned during that Official Season to be credited to him within this list.

### Category
shall mean the category of Membership as set out in Regulation C2(a)(1-23)  (Starting Fields for DP World Tour Tournaments 2022).

### Challenge Tour
shall mean a division of the PGA European Tour which organises professional golf tournaments on the Challenge Tour schedule primarily for its members and other eligible Players aspiring to play on the DP World Tour. Challenge Tour Ranked Member shall mean any Challenge Tour member ranked within Challenge Tour categories 1-20 (and references to "Challenge Tour Ranked Membership" shall be construed accordingly).

### Challenge Tour Rankings

shall mean the final rankings in each official season's schedule of tournaments which form part of the Challenge Tour (and a reference to a "Challenge Tour Ranking tournament" shall be construed accordingly).

### Conflicting Tournament

shall mean any golf tournament or match referred to in Regulation E1(c).

### Counting Tournament

shall mean any golf tournament or match that will be counted towards a member's obligation to Participate in a minimum number of tournaments as defined in Regulation B1(c)(i).

### DP World Tour

shall mean a division of the PGA European Tour which organises professional golf tournaments on the DP World Tour Schedule primarily for its Members.

### DP World Tour Ranking Points

shall be those points won by Players Participating in DP World Tour Ranking Tournaments. Each DP World Tour Ranking tournament will be allocated a total DP World Tour Ranking Points value of between 2,000 & 12,000 points (and references to "DP World Tour Ranking Points" shall be deemed to include those ranking points which were known historically as European Tour Order of Merit Points or Race to Dubai Points). The total points value for any one tournament will be determined in accordance with a banding system based on the US$ purse for all tournaments other than WGCs and Majors where all WGCs will have a total value of 8,000 points and all Majors will have a total value of 10,000 points. Where DP World Tour Ranking Tournaments have prize money in another currency, the total prize money will be converted to US Dollars using the "Mid" exchange rates on Monday 15th November 2021 as published at: - https://www.oanda.com/fx-for-business/historical-rates

One standard DP World Tour Ranking Points Breakdown has been created for each total points value.

Full details of the banding system and related breakdowns can be found on page 152 of this handbook.

### DP World Tour Ranking Tournaments

shall mean those Approved Tournaments which are nominated by the Tournament Committee and at which the prize money available shall be regarded as Official Money and the applicable DP World Tour Ranking Points shall count on the current Official Season's DP World Tour Rankings (and references to "DP World Tour Ranking Tournaments" shall be deemed to include those Approved Tournaments which were known historically as European Tour Order of Merit Tournaments or Race to Dubai Tournaments).

### DP World Tour Rankings

Shall mean a points table listing Ranked Members, Challenge Tour Ranked Members and Affiliate Members in order of priority according to the DP World Tour Ranking Points won in each Official Season by them (whilst a Member of the DP World Tour) in DP World Tour Ranking Tournaments and from the DP World Tour Bonus Pool in those Official Seasons when so defined (and references to "DP World Tour Rankings" shall be deemed to include those rankings which were known historically as the European Tour Order of Merit or the Race to Dubai Rankings). Each DP World Tour Ranking tournament will be allocated a total DP World Tour Ranking Points value of between 2,000 & 12,000 points. The total points value for any one tournament will be determined in accordance with a banding system based on the US$ purse for all tournaments other than WGCs and Majors where all WGCs will have a total value of 8,000 points and all Majors will have a total value of 10,000 points.

Where DP World Tour Ranking Tournaments have prize money in another currency, the total prize money will be converted to US Dollars using the "Mid" exchange rates on Monday 15th November 2021 as published at: - https://www.oanda.com/fx-for-business/historical-rates

One standard DP World Tour Rankings Points Breakdown has been created for each total points value.

Full details of the banding system and related breakdowns can be found on page 152 of this handbook.

### DP World Tour Qualifying School

shall mean the tournament or tournaments which will be held each year in accordance with Regulations made by the PGA European Tour at which Players may gain the right to become eligible for Membership of the DP World Tour and/or Challenge Tour.

### DP World Tour Schedule

shall mean the annual schedule of Approved Tournaments.

### Exemption

shall mean the period of time during which a Player can automatically take up Membership of the DP World Tour in one or more Official Seasons as set out in Regulation B2(a) below (and references to a Player being "Exempt" shall be construed accordingly).

### Full Field Tournaments

shall have the meaning given to it under the "Tournament Conditions" section of these Regulations.

### Handbook

shall mean this DP World Tour Members' General Regulations Handbook.

### Home Country

shall mean in relation to any Member the  country of his Nationality as declared on his Membership form for the current Official Season.

## Home Tour

shall mean, in relation to any Member, the Major Golf Tour which sanctions the majority of golf tournaments in the country which the Member has declared as his Nationality on his Membership form as well as golf tournaments in the surrounding countries or territories (and if there is more than one Major Golf Tour which sanctions tournaments in such territories, then the Home Tour shall be the Major Golf Tour nominated by the Member on his Membership form).

## Honorary Life Member

shall mean any Member who is granted honorary life membership of the PGA European Tour and who shall benefit from the rights and exemptions set out in Regulation B2(c).

## Legends Tour

shall mean the series of tournaments for golf professionals who are over the age of 50 that is governed and sanctioned by European Legends Tour Limited, a partly owned subsidiary of PGA European Tour.

## Major Golf Tour

shall mean any full or associate member of the International Federation of PGA Tours.

## Member / you

shall mean a Ranked Member, "Past Champion or other Member of distinction", Affiliate Member or Honorary Life Member (as applicable) and any reference in these Regulations to a "Member" shall include a Player for the period during which he Participates in an Approved Tournament.

## Members' Website

shall mean the website specifically created for Members for administrative purposes relating to the PGA European Tour, the current website which is located at the URL https://members.europeantour.com or such other URL as the PGA European Tour shall notify to the Members from time to time.

## Membership

shall mean any form of membership of the DP World Tour including as a Ranked Member, "Past Champion or other Member of distinction", Honorary Life Member or Affiliate Member.

## Membership Extension

shall mean an extension to a Member's playing rights where the Member has been prevented from Participating in DP World Ranking tournaments due to a serious injury, illness, family crisis or mandatory obligation.

## Membership Extension Category

shall mean a Category as extended by the grant of a Membership Extension from time to time.

## Non-Member

shall mean any Player who is not a Member or Challenge Tour Ranked Member or Legends Tour Member.

### Official Money

shall be calculated in euro and is the prize money won at each DP World Tour Ranking Tournament that is eligible for inclusion within the Career Money list. Where prize money is contracted in another currency, the euro equivalent will be calculated using the opening exchange rate on the Friday of the tournament week in question as generated via the FXloader platform which provides a market average from all leading fx providers.

### Official Season

shall commence with the first DP World Tour Ranking Tournament on that season's DP World Tour Schedule and conclude on the day following the final DP World Tour Ranking Tournament on that season's DP World Tour Schedule.

### Participate / Participating

shall mean that a Member must compete in a tournament and for the avoidance of doubt a Member who is unable for any reason (by way of disqualification, withdrawal or otherwise) to hit his first tee shot in the 1st round of a tournament shall be deemed not to have "Participated" in that tournament (and references to "Participating" and "Participation" shall be construed accordingly).

### Past Champion or other Member of distinction

Shall mean any Player who fulfils any of the criteria set out in regulations B2(b)(i-v) inclusive below

### PGA European Tour

shall mean a company limited by guarantee incorporated in England under registration number 1867610. The company comprises of two separate Professional Golf Tours known as the DP World Tour and the Challenge Tour and holds a stake in Legends Tour Limited, the entity that governs and sanctions the Legends Tour.

### Player

shall mean anyone who Participates in an Approved Tournament.

### Ranked Member

shall mean any Player who fulfils any of the criteria set out in Regulation B2(a)(i) to (xxi) (inclusive) below.

### Regular DP World Tour Tournaments

shall mean any full field DP World Tour Ranking Tournament which has standard eligibility criteria and format (not including match play tournaments).

### Regulations

shall mean these DP World Tour Members Regulations.

# A. Chief Executive and Tournament Committee

The board of directors of the PGA European Tour has delegated to the Tournament Committee or the Chief Executive its power to make, vary and revoke these Regulations and has delegated to the Tournament Committee its power to administer issues relating to Membership and the playing of professional golf by Members.

---

# B. Membership Regulations

## 1. General

**(a)** A Player eligible for Membership of the DP World Tour will be regarded as a Member for the current and sequential Official Seasons upon completion of the Membership application process and payment of any related Membership fee, subject to the provisions of Regulation B(3) (Termination of Membership).

**(b)** To obtain Membership rights, each Player who is eligible for Membership for an Official Season must have complied with the requirements of Regulation B1(a) (submission of application and fee) as follows:

**(i)**   **Membership deadline - Ranked Members:**
By the final day of the last DP World Tour Ranking Tournament of the 2021 Official Season

**(ii)**   **Membership deadline - "Past Champions or other Members of Distinction":**
By Thursday 13th January 2022

**(iii)**   **Membership deadline - Late Membership:**
In exceptional circumstance the DP World Tour may consider a late application for Membership up until  May 1st in the current Official Season. Players should note that Official Money, DP World Tour Ranking Points and Counting Tournaments, as referred to in Regulation B1(c) will only count from the date the Player becomes a Member.

**(c) Minimum Counting Tournament Regulation:**
To obtain inclusion in the final 2022 DP World Tour Rankings and to Participate in the benefits derived from such inclusion, a Ranked Member in Categories 1-14 inclusive must:

(i)   Participate in a minimum of four Counting Tournaments in the 2022 Official Season. A Counting Tournament includes the following - : 1.) All 2022 DP World Tour Ranking Tournaments excluding the following: the WGC – Dell Technologies Match Play, the Masters, the US Open Championship, the Open Championship, the US PGA Championship and the WGC – HSBC Champions. 2.) A Member may

count one of the following team events only  - The President's Cup; The Ryder Cup, The Mens Olympics Golf tournament.

(ii) If at least one **full field** DP World Tour Ranking Tournament, (that is also a Counting Tournament), is staged in a Member's Home Country, then the Member is required to **either** Participate in a minimum of one such tournament in the current Official Season (if eligible at close of entries), **or** Participate in a minimum of 3 Rolex Series tournaments in the current Official Season.

*Exception:* Ranked Members aged 50 or over or whose 50th birthday is during the current Official Season are not required to comply with Regulation B1(c) above.

### NOTE:

(i) If a Member who is required to fulfil the requirements of Regulation B1(c) (ii) above fails to do so, the minimum number of Counting Tournaments in which he will be required to Participate as set out in Regulation B1(c) (i) above will automatically be increased by two to **six** Counting Tournaments in the current Official Season. In such circumstances, the Chief Executive will have the right to nominate at his sole discretion, one of the additional Counting Tournaments in which the Member is required to Participate.

(ii) Should an Affiliate Member qualify for the Ryder Cup in any Official Season and be moved into Category 9 immediately after that Ryder Cup, he will be required to comply with the minimum Tournament Regulation as defined in B1 (g) for an Affiliate Member winner during the Season and where such regulation refers to the Tournament won, in the case of such player this will refer to his Participation in the Ryder Cup.

(iii) Any Member who will still be under the age of 50 at the conclusion of any one Official Season and who fails to comply with the minimum Counting Tournament Regulation in any one Official Season or who does not take up Ranked Membership in an Official Season in which he is so eligible will be ineligible thereafter to be selected as the European Ryder Cup Captain or vice Captain. Exception: (i) If the Chief Executive has amended an individual Member's minimum Counting Tournament Regulation (as permitted under exception (iii) to B1(e)) and such Member Participates in this amended minimum or; (ii) The Chief executive has waived the termination of Membership regulation (as permitted under B1(3b)) for failure to comply with the minimum Counting Tournament Regulation for all Ranked Members in any Official Season.

There is no requirement under Regulation B1(c) (ii) above to play a DP World Tour Ranking Tournament that is scheduled against a Major Championship or WGC tournament.

### (d) Top 50 OWGR Ranked Members - criteria to "count" in the DP World Tour Rankings

The following applies to Ranked Members who are also ranked within the top 50 of the Official World Golf Rankings (OWGR)*

Any such Member who has not played 6 or more Counting Tournaments prior to the WGC - HSBC Champions in the current Official Season, will be treated as "in addition

to" on the DP World Tour Rankings for the purpose of defining those Categories based on the DP World Tour Rankings for the following Official Season.

*Top 50 OWGR definition is defined as featuring within the top 50 of the OWGR rankings as published from Week 1 up to and including Week 28 in the current Official Season.

Exception: Any Member who has played 25 or more DP World Tour Ranking Tournaments excluding Majors and WGCs prior to the start of the current Official Season.

**(e) Removal from DP World Tour Rankings: -**
Any Ranked Member from within Categories 1-14  will be removed from the current DP World Tour Rankings, at that time when it becomes impossible for him to Participate, by the end of the current Official Season in the minimum number of Counting Tournaments required under Regulation B1(c).

Exceptions:
(i) The provisions of this Regulation B1(d) shall not apply to any  Member aged 50 or over or whose 50th birthday is during the current Official Season. The inclusion of such Members in the DP World Tour Rankings will however be in addition to all other Ranked Members and Challenge Tour Ranked Members for the purposes of defining those Categories based on positions within the Final DP World Tour Rankings of the current Official Season.
(ii) The provisions of this Regulation B1(e) shall not apply to any Member who has had an extension to his Membership confirmed in writing to him by the DP World Tour for the following Official Season, before the time when he can no longer Participate in the minimum number of Counting Tournaments in the current Official Season. Such Member will remain in the DP World Tour Rankings until the end of the current Official Season, but will be removed from the final DP World Tour Rankings unless his ranking or other resulting Category of Membership is higher than he would have otherwise been granted under his Membership extension.
(iii) If the Chief Executive in his sole discretion determines that serious personal or medical circumstances have prevented a Member from fulfilling his minimum Counting Tournament obligation required under Regulation B1(c), the Chief Executive may amend such Member's minimum Counting Tournament obligation as he considers appropriate in the circumstances.

**(f) Challenge Tour Members Counting on the DP World Tour Rankings:**
Any Player eligible for Challenge Tour Ranked Membership only who wishes to be included in the current DP World Tour Rankings, must take up his Challenge Tour Ranked Membership in accordance with the procedure set out in Section BI of the Challenge Tour General Regulations Handbook and prior to Participating in the first DP World Tour Ranking Tournament from which he wishes his prize money earned to count towards the DP World Tour Rankings or by the Challenge Tour Ranked Membership deadline in the current Official Season whichever is the sooner. To remain in the DP World Tour Rankings and appear in the final Rankings of the current Official Season, such Challenge Tour Ranked Member must fulfil the minimum events obligation* applicable to his category of Challenge Tour Ranked Membership as defined in the Challenge Tour General Regulations. *NB. This minimum tournament

obligation on the Challenge Tour to remain on the DP World Tour Rankings does not apply to those Challenge Tour Ranked Members who are also Ranked Members.

Exception: See Regulation B2(d)(i)(C) regarding Challenge Tour Ranked Members who may become eligible for Affiliate Membership at any stage during the current Official Season.

**(g) Winners in the current Official Season:**

Where a tournament has less than 1 million Euro in Official Prize Money, only **existing Ranked DP World Tour Members or Challenge Tour members** will earn the related winner's exemption. Affiliate Member winners of such tournaments will benefit from the related amount of DP World Tour Ranking Points being credited to their DP World Tour Ranking. Non-Member winners of such tournaments may immediately (i.e. before their next DP World Tour Ranking Tournament or within 14 days of their win, whichever is the sooner), retrospectively take up Affiliate Membership and similarly have the related amount of DP World Tour Ranking Points credited to their DP World Tour Ranking. Exception:  For certain events where the Official Prize money total is impacted by local currency fluctuation such that it is confirmed as being marginally below this amount, the Chief Executive may authorise that a full one year exemption in Category 4 is granted to any winner of such an event.

In the event of a Player winning any other DP World Tour Ranking Tournament and becoming immediately eligible for Ranked Membership in Categories 1 - 4, the following will apply: -

A Ranked Member, Challenge Tour Ranked Member, or "Past Champion or other Member of distinction" will automatically be moved into his new Category.

An Affiliate Member will immediately be moved into his new Category. Exception:  An Affiliate Member winner of a DP World Tour Ranking Tournament after 7th November 2022 will not be moved into Ranked Membership until the following Official Season.

If a Non-Member wishes to take up this Membership for the current Official Season, he must do so either within 14 days of the end of the DP World Tour Ranking Tournament he has won (Exception: An amateur will be given 14 days from the date of turning professional to make this decision), or before the computation of the DP World Tour Rankings following the DP World Tour Ranking tournament scheduled to conclude on the 6th November 2022* or before competing in his next DP World Tour Ranking Tournament, whichever is the sooner.
*i.e. A Non-Member winning a DP World Tour Ranking Tournament in the current Official Season after this date will therefore not be permitted to take up Membership until the following Official Season. If he fails to do so, he still retains the right to commit to Membership by the last day of any Official Season for the following Official Season, provided he still has at least one year of Exemption remaining.

NOTE: If a Non-Member who was already eligible for but had previously declined DP World Tour Membership in the current Official Season, wins a DP World Tour

Ranking Tournament in the current Official Season and now wishes to take up the resultant Ranked Membership, he will be permitted to do so taking account of the time-frames defined above.

A Non-Member will not be included in the DP World Tour Rankings. A Player will only be included in the DP World Tour Rankings for the current Official Season once he has taken up Membership and his DP World Tour Ranking will reflect only his DP World Tour Ranking Points earned from and including the DP World Tour Ranking Tournament which he has won. The exception is where the Player is already an Affiliate Member, in which case DP World Tour Ranking Points earned from DP World Tour Ranking Tournaments prior to the DP World Tour Ranking Tournament which he has won will be credited to his DP World Tour Ranking for that Official Season.

To be eligible to Participate in the final tournament in the DP World Tour Ranking (currently the DP World Tour Championship, Dubai), and be included in the final DP World Tour Rankings in the current Official Season, the following will apply: -

(i) any such non-member winner will be required to Participate in at least 1/3 (one third) of the total number of remaining Counting Tournaments** from the time of his victory, (or in the case of an amateur from the date of turning professional). If this amounts to more than 3 Counting Tournaments, 3 will be the requirement as this will then total 4 with the tournament he won.
*Exception:* If the tournament that he won was not a "Counting Tournament" but 1/3 of the remaining Counting Tournaments amounts to more than 4, then he will be required to Participate in 4 further Counting Tournaments.

(ii) In the case of a winner who was previously a Ranked Member in Categories 16-23*, an Affiliate Member, a Challenge Tour Ranked Member or a "Past Champion or other Member of distinction," such Member will be required to play the lesser of; the number of Counting Tournaments required to comply with the provisions of (i) above or the number of Counting Tournaments that when added to the number such Member has already played under his existing Membership will ensure that he complies with the provisions of B1(c)(i) above and B1(c)(ii) where applicable.

With regard to the requirements of Regulation B1(c)(ii), the following will apply: -

If a new winner becomes eligible by the Monday of the tournament week to Participate in a Full Field DP World Tour Ranking Tournament in his home country that is scheduled to be staged after the date of the tournament he won, he will be required to Participate in that tournament.

(*A Ranked Member in Categories 1-14 will already be bound by the minimum Counting Tournaments requirement set out in Regulation B1(c) (i.e. the requirement to Participate in a minimum of 4 Counting Tournaments), and his win does not alter his obligations under this Regulation).

(**For the purposes of calculating the remaining number of Counting Tournaments, only one tournament per calendar week will be counted and

the final two tournaments of the Official Season will be excluded from this calculation. When calculating whether or not such winner has Participated in 1/3 of this number, fractions will always be rounded down to the lowest whole number of tournaments).

**(h) Voting rights:**

Only those Members who are eligible for Ranked Membership or "Past Champion or other Member of distinction" Membership as specified in Regulation B2(a) and (b) and have paid their Membership fee* are entitled to attend and vote at Annual General Meetings and Extraordinary General Meetings of the PGA European Tour.

(*Honorary Life Members within either of these Categories are not required to pay a Membership fee).

## 2 Eligibility

**(a) Ranked Membership**

**Ranked Membership shall be for the duration of the 2022 Official Season unless otherwise stipulated below.**

(i)     Winners of the DP World Tour Rankings; winners of the Open Championship, the US Open, the US PGA Championship and the US Masters. For winners of the aforementioned in the 2010-2018 Official Seasons - for the remainder of the Official Season in which the Player's win in such tournaments took place and for the following seven Official Seasons. For winners from the 2019 Official Season onwards, for the remainder of the Official Season in which the Player's win takes place and for the following five** Official Seasons.

(ii)    Winners of the PGA Championship up to and including 2016; winners of the DP World Tour Championship, Dubai, up to and including 2019 for the remainder of the Official Season in which the Player's win takes place and for the following five** Official Seasons.

(iii)   Winners of World Golf Championships and winners of Rolex Series Tournaments including from 2020 onwards the DP World Tour Championship – for the remainder of the Official Season in which the Player's win takes place and for the following three** Official Seasons.

(iv)    Winners of DP World Tour Ranking Tournaments with a prize fund equal to or above 1.75 million US Dollars* and the winner of the Gold Medal at the men's Olympic Golf Tournament for the remainder of the Official Season in which the Player's win takes place and for the following two** Official Seasons.

(*For the purpose of this provision the "Mid" exchange rates on Monday 15th November 2021 will be used as published at: - https://www.oanda.com/fx-for-business/historical-rates, for prize funds contracted with the tournament promoter in other currencies).

(v)     Winners of DP World Tour Ranking Tournaments with a prize fund below 1.75 million US Dollars* for the remainder of the Official Season in which the Player's win takes place and for the following** Official Season.

(*For the purpose of this provision, the "Mid" exchange rates on Monday 15th November 2021 will be used as published at: - https://www.oanda.com/fx-for-business/historical-rates, for prize funds contracted with the tournament promoter in other currencies).

(vi)   Winners of current Official Season DP World Tour Ranking Tournaments with a prize fund below 1 million Euro who were already Ranked DP World Tour or Ranked Challenge Tour Members at the time of the win, followed by winners of current Official Season DP World Tour/Challenge Tour Dual Ranking tournaments, for the remainder of the Official Season in which the Player's win takes place.

(*For the purpose of this provision, the "Mid" exchange rates on Monday 15th November 2021 will be used as published at: - https://www.oanda.com/fx-for-business/historical-rates for prize funds contracted with the tournament promoter in other currencies).

(vii)   Legends Category:  The top 40 Members on the  Previous Official Season's Career Money list who also meet 4 or more of the additional qualifying Criteria below. The qualifying top 40 Career Money list Ranking will be based on the Career Money list as at each of the following cut offs; (a) The conclusion of the DP World Tour Ranking Tournament in the previous Official Season after which Categories defined by specific positions on the DP World Tour Rankings are confirmed for the current Official Season;
(b) The conclusion of the final DP World Tour Ranking Tournament of the previous Official Season; (c) The 1st May (late membership deadline) in the current Official Season.

Membership is available in this Category for one** Official Season for being Ranked in the Top 40 of the Career Money list and for one further Official Season for each additional criterion below that is satisfied.

Membership in this Category in such Official Season(s) does not need to be taken in consecutive Official Seasons.

1. Multiple (i.e. 2 or more) Ryder Cup Appearances; 2. Major Champion; 3. 8-time DP World Tour Ranking Tournament Winner; 4. 15-time DP World Tour Ranking Tournament winner; 5. Winner of the DP World Tour Rankings in any one Official Season; 6. 15 Official Seasons ranked within the top 110 of the final DP World Tour Rankings (or top 100 or top 10 of the Access List in 2017; top 115 between 1996 and 2012; Top 120 prior to 1996); 7. Achieved World Number one status in the OWGR during one or more Official Seasons.

Note:
(a) Use of the Career Money list exemption B2(a)(x) by a Member in any prior Official Season will be deducted from his total period of exemption earned in this Category.
(b) If a Member using this Category in any one Official Season is also exempt through B2(a)(viii) or (ix) below in the same Official Season then his period of eligibility will not be reduced by that Official Season.

(viii)   Members of the last named European Ryder Cup Team - for the remainder of the Official Season in which the team is announced and for the following two Official Seasons** followed by the Ryder Cup Captain in the Official Season in which he is Captain only if he is not otherwise eligible for Membership in (i-vi) above in that Official Season.

(ix)    The top 110 Ranked Members* or Challenge Tour Ranked Members and those Affiliate Members finishing within these positions in the final DP World Tour Rankings from the previous Official Season.
*Exception: The following members will be treated as "in addition" similar to Affiliate Members when determining the top 110 Ranked Members.
(a)  Ranked Members aged 50 or over in the current Official Season.
(b) Ranked Members within the top 50 of the OWGR** who have not played a minimum of 6 Counting Tournaments prior to the WGC-HSBC Champions in the current Official Season. (** Top 50 OWGR definition is for a player who features in the Top 50 in any of those OWGR rankings published from Week 1 to week 28 in the current Official Season).

**NOTE:** Exception (b) does not apply however to any such Member who has played 25 or more DP World Tour Ranking Tournaments, excluding Majors and WGCs in his career.

(x)    The top 40 Members on the Previous Official Season's Career Money list who meet less than 4 of the additional qualifying Criteria below. The qualifying top 40 Career Money list Ranking will be based on the Career Money list as at each of the following cut offs; (a) The conclusion of the DP World Tour Ranking Tournament in the previous Official Season after which Categories defined by specific positions on the DP World Tour Rankings are confirmed for the current Official Season; (b) The conclusion of the final DP World Tour Ranking Tournament of the previous Official Season; (c) The 1st May (late membership deadline) in the current Official Season.

A Member shall only be entitled to make use of this Membership once in his career.

Exception: - If a member at any time in his career meets any one or more of the following criteria; -

1. Multiple (i.e. 2 or more) Ryder Cup Appearances; 2. Major Champion; 3. 8-time DP World Tour Ranking Tournament Winner; 4. 15-time DP World Tour Ranking Tournament winner; 5. Winner of the DP World Tour Rankings in any one Official Season; 6. 15 Official Seasons ranked within the top 110 of the final DP World Tour Rankings (or top 100 or top 10 of the Access List in 2017; top 115 between 1996 and 2012; Top 120 prior to 1996); 7. Achieved World Number one status in the OWGR during one or more Official Seasons, then the Member shall qualify for one additional Official Season in this Category of Membership for each additional criterion that he satisfies. Membership in this Category in such Official Season(s) does not need to be taken in consecutive Official Seasons.

**Note:** If a Member has already taken up Membership in this Category in one or more Official Seasons, then his additional period of eligibility will be reduced by the number of Official Seasons in which he has previously taken up this Membership.

(xi)      Winners of three Challenge Tour Ranking tournaments in one Official Season - for the remainder of the Official Season in which the wins take place and for the following\*\* Official Season.

(xii)     Winners of previous Official Season DP World Tour Ranking tournaments with less than 1 million Euro prize fund who were already Ranked Members or Challenge Tour Ranked Members at the time of their win, followed by winners of Dual Ranked DP World Tour/Challenge Tour tournaments for the Official Season\*\* following their win.

(xiii)    The top 20 Players not otherwise Exempt in (i) - (x) or (xii) above from the final Challenge Tour Rankings of the previous Official Season.

(xiv)    **2022 Official Season:**  Players from 2021 Categories 1-16 ranked between 122-138 on the final DP World Tour Rankings not otherwise exempt in (i) - (xiii) above.

          **2023 Official Season:** The leading twenty-five Players and ties from the last played DP World Tour Qualifying School and the leading 3 players from each of the nominated Season's Order of Merit from the PGA Tour of Australasia and Sunshine Tour and the leading player from each of the nominated Season's Order of Merit from the CGA, KPGA and JGT.

(xiv) (b) **2022 Official Season only:** Players from 2021 Categories 1-16 ranked between 139 - 161 on the final 2021 DP World Tour Rankings not otherwise exempt in (i) - (xiii) above

(xiv) (c) **2022 Official Season only:** Players in 2021 Categories 1-16 ranked 162 and below on the final 2021 DP World Tour Rankings, not otherwise exempt in (i) - (xiii) above.

(xv)     **2022 Official Season:** Leading player from each of the nominated Season's Order of Merit from the PGA Tour of Australasia, Sunshine Tour, CGA and KPGA followed by players not otherwise in (i-xiv) above from 2021 Category 17 and the leading 5 players from the 2020 Challenge Tour Rankings, Ranked 122 and below on the final 2021 DP World Tour Rankings.

(xvi)    **2022 Official Season:** All other players not otherwise exempt in (i) - (xv) above Ranked 122-138 on the final 2021 DP World Tour Rankings alternating with those players Ranked 21-30 on the final 2021 Challenge Tour Rankings followed by players not otherwise in (i-xv) above in 2021 Category 18 Ranked 139 and below on the final 2021 DP World Tour Rankings.

**2023 Official Season:** Players will be ranked within this Category by alternately selecting one Player at a time in ranking order from (a) and (b) below and using the following order of selection. (a) The 111th to 125th placed Ranked Members*, or Challenge Tour Ranked Members and those Affiliate Members finishing within these positions in the final 2022 DP World Tour Rankings (b) Players finishing within positions 21 to 30 in the final 2022 Challenge Tour Rankings

*Exception: The following members will be treated as "in addition" similar to Affiliate Members when determining the 111th -125th Ranked Members. (a) Ranked Members aged 50 or over within the current Official Season. (b) Ranked Members within the top 50 of the OWGR** who have not played a minimum of 6 Counting Tournaments prior to the WGC-HSBC Champions in the current Official Season. (** Top 50 OWGR definition is for a player who features in the Top 50 in any of those OWGR rankings published from Week 1 to week 28 in the current Official Season)).

**NOTE:** Exception (b) does not apply however to any such Member who has played 25 or more DP World Tour Ranking Tournaments, excluding Majors and WGCs in his career.

(xvii)   **2022 Official Season:** All other players not otherwise exempt in (i-xvi) Ranked 139-161 on the final 2021 DP World Tour Rankings followed by players not otherwise in (i-xvi) above in 2021 Category 19 Ranked 162 and below on the final 2021 DP World Tour Rankings.

**2023 Official Season:** Players will be ranked within this Category by alternately selecting one Player at a time in ranking order from (a) and (b) below using the following order of selection:-  (a) The 126th -145th placed Ranked Members or Challenge Tour Ranked Members and those Affiliate Members finishing within these positions in the final 2022 DP World Tour Rankings; (b) Players finishing within positions 31-45 of the final Challenge Tour Rankings of the 2022 Official Season.

**\*Exception:** The following members will be treated as "in addition" similar to Affiliate Members when determining the 126th -145th Ranked Members. (a) Ranked Members aged 50 or over within the current Official Season (b) Ranked Members within the top 50 of the OWGR** who have not played a minimum of 6 Counting Tournaments prior to the WGC-HSBC Champions in the current Official Season. (** Top 50 OWGR definition is for a player who features in the Top 50 in any of those OWGR rankings published from Week 1 to week 28 in the current Official Season).

**NOTE:** Exception (b) does not apply however to any such Member who has played 25 or more DP World Tour Ranking Tournaments, excluding Majors and WGCs in his career.

(xviii)   **2022 Official Season:**  Players not otherwise Exempt in (i-xvii) above in 2021 Category 20 Ranked 162 and below on the final 2021 DP World Tour Rankings.

**2023 Official Season:** Challenge Tour Winners exemption will not exist for the 2023 Official Season.

(xix) **2022 Official Season:** Players Ranked 31-45 on the final 2021 Challenge Tour Rankings,followed by players not otherwise in (i-xviii) above in 2021 Category 21 Ranked 162 and below on the final 2021 DP World Tour Rankings.

**2023 Official Season:** 31-45 on the final Challenge Tour Rankings will be incorporated within (xvii) above such that this eligibility will no longer exist.

(xx) **2022 Official Season:** Players not otherwise in (i-xix) above in 2021 Category 22 Ranked 162 and below on the final 2021 DP World Tour Rankings.

**2023 Official Season:** Players who make the 72-hole cut but finish below 25th place and ties in the last played DP World Tour Qualifying School.

(xxi) **2022 Official Season:** Players not otherwise in (i-xx) above in 2021 Category 23 Ranked 162 and below on the final DP World Tour Rankings.

**2023 Official Season:** This Category no longer exists.

(xxii) Players who have been unable to fulfil the obligations of Membership or Members whose playing opportunities have been adversely affected due to serious illness, injury, family crisis or mandatory obligation as determined by the Tournament Committee in accordance with the provisions of Regulation B2(e) (Extensions to Membership). The duration of such Extension shall be determined by the Tournament Committee in accordance with the guidelines set out within this Regulation.

**\*\* NOTE**

(i) Non-Member tournament winners in these Categories who do not take up their Membership in either the Official Season in which their win took place or by the late Membership deadline in the following Official Season will have their Exemption period reduced by one Official Season. This reduction will still apply even if they should go on to win another DP World Tour Ranking Tournament in the following Official Season and subsequently take up Membership in that Official Season in accordance with the Note to B1(g) above. Their Exemption period will be reduced by a further one Official Season for every successive Official Season that they do not take up their Membership thereafter.

(ii) Winners of any of these tournaments that are determined over 36 holes, shall only earn an exemption for the remainder of the Official Season in which their win takes place and for one Official Season thereafter.

(iii) Should the Ryder Cup Captain in any Official Season be eligible for

Membership in B2(a) (i-vii) during the Official Season in which he is Captain, he will have his Membership under such eligibility extended by one Official Season. NOTE:  If this is not the case, he will be granted an exemption in B2(a) (viii) for the following Official Season.

(iv)     Any such winners who win more than one DP World Tour Ranking Tournament in the same Official Season will have their winner's Exemption extended by one Official Season.

**(b) "Past Champions or other Members of Distinction"**
**For the remainder of the Player's lifetime unless otherwise stated below.\*\***
(i)      Former winners of DP World Tour Ranking Tournaments and the World Cup\*.
(ii)     Former members of European Ryder Cup teams.
(iii)    Members who have earned DP World Tour Ranking Points in 150 or more DP World Tour Ranking Tournaments as of the conclusion of the previous Official Season.
(iv)    Members of the World Cup, Hennessy Cognac Cup, Double Diamond International and Alfred Dunhill Cup teams in those tournaments concluded prior to 31st December 2011.
(v)     Members who earned a final top 115 DP World Tour Ranking position at the end of an Official Season between 1996 and 2011 or a top 120 DP World Tour Ranking position prior to 1996) on a minimum of ten past occasions up to and including the 2011 Official Season only.

**(Note 1)**
**Membership through fulfilment of the criteria set out in (b) (i) or (iv) above is only available to those Players who in addition have held Ranked Membership of the DP World Tour for a minimum of 2 Official Seasons or who qualified for this Category of Membership prior to the DP World Tour's inception in 1971.**

**\*\*(Note 2)**
**Any Player eligible for such Membership whose Membership lapses for more than two successive Official Seasons, will cease to be eligible for this Membership thereafter. The exception to this will be Players who having so ceased to be Members, gain a Ranked Membership in Categories 1-23 in a subsequent Official Season. They will again be eligible for "Past Champion or other Member of distinction" Membership, the next time they cease to be a Ranked Member.**

**(c) Honorary Life Membership,** for the remainder of the Player's lifetime.

**NOTE:** Honorary Life Members are exempt from Regulations B3(a)(ii) and B3(b) ("Termination of Membership") requiring a Ranked Member to Participate in the minimum number of DP World Tour Ranking Tournaments in any one Official Season. However if an Honorary Life Member does not Participate in the minimum number of DP World Tour Ranking Tournaments pursuant to Regulation B1(c) he; (i) will not remain in the final DP World Tour Rankings for the then current Official Season; (ii) will have any points he has earned in the current Official Season removed from the then current Ryder Cup points table; and (iii) will not be eligible for inclusion in the following Official Season's DP World Tour Rankings or Ryder Cup Points table unless he is aged 50 or over at any

point within the current Official Season.
Exception: The Chief Executive in his sole discretion and only in exceptional circumstances may waive the provisions of regulation B2(c)(iii) above.

**(d) Affiliate Membership**

(i)    Affiliate Membership is available to those Non-Members or "Past Champion or other members of distinction" who wish to obtain the rights to Participate in any season ending events in the current Official Season, where eligibility is based on that Season's DP World Tour Rankings, if their DP World Tour Ranking in that current Official Season Exempts them and wish to earn a Ranked Membership for the following Official Season and who fulfil the criteria set out in any of the sub-categories (A) to (C) below.
**NOTE:** If an Affiliate Member earns sufficient DP World Tour Ranking points in the current Official Season to qualify for Ranked Membership in the following Official Season but declines this Ranked Membership, he will be ineligible for Affiliate Membership in the Official Season following the one in which he declined such Ranked Membership.
Exception: The Chief Executive in his sole discretion and only in exceptional circumstances may waive the provisions of this NOTE to Regulation B2(d)(i)

(A)    Any Non-Member or "Past Champion or other Member of distinction" who is not (and has not been at any time in the current Official Season[1]), otherwise eligible for Ranked Membership or Challenge Tour Ranked Membership. Any Non-Member or "Past Champion or other Member of distinction" wishing to become an Affiliate Member must indicate in writing on the appropriate form his intention to take up such rights and pay the applicable Membership fee before the registration deadline of the first DP World Tour Ranking Tournament from which he wishes his DP World Tour Ranking Points to count towards the current Official Season's DP World Tour Rankings.

Exception: A player eligible for Affiliate Membership "A" who wins a tournament sanctioned by the DP World Tour where such win is only regarded as Official for existing Ranked Members or ranked Challenge Tour members, may take up Affiliate Membership immediately after his win, (i.e. Prior to his next DP World Tour Ranking Tournament or within 14 days whichever is the sooner) and have the earnings from his win count towards the current Official Season's DP World Tour Rankings.

    The fee for this Affiliate Membership in the 2022 Official Season is as follows:
(i) £3,250 for Non-Members
(ii) £1,500 for Past Champion or other Members of distinction.

[1] Exception: Those amateurs Participating in the last played
DP World Tour Qualifying School but missing the May 1st deadline for Ranked Membership or Challenge Tour Ranked Membership due to a delay in turning professional, may still apply for Affiliate Membership after this date.

(B)  Any Player eligible for Challenge Tour Ranked Membership in the current Official Season who declines such membership and takes up Affiliate Membership prior to the Challenge Tour Membership deadline or prior to the registration deadline of his first DP World Tour Ranking Tournament in that Official Season whichever is the sooner. Any such Player wishing to become an Affiliate Member must indicate in writing on the appropriate form his intention to take up such rights and pay a fee of £1,500, before the Challenge Tour Membership deadline or prior to the registration deadline of his first DP World Tour Ranking Tournament whichever is the sooner.

**NOTE:** By taking up this Affiliate Membership, such a Player agrees to waive his rights to Challenge Tour Ranked Membership for the current Official Season unless he subsequently wins a Challenge Ranking tournament, in which case he will be entitled to take up Challenge Tour Ranked Membership in the applicable category if he so wishes. If he takes up such Challenge Tour Ranked Membership, his Affiliate Membership will be cancelled with immediate effect. In such event any DP World Tour Ranking Points that the Player had already earned on the DP World Tour Rankings as an Affiliate Member will be added to any future Official DP World Tour Ranking Points that he earns as a Challenge Tour Ranked Member when calculating his DP World Tour Ranking for the remainder of that Official Season.

(C)  Any Challenge Tour Ranked Member who in the 2022 Official Season has earned at least 380.5 DP World Tour Ranking Points. (Being the amount earned by the player securing the lowest ranked position in Category 10 in the 2021 Official Season). Any such Challenge Tour Ranked Member wishing to become an Affiliate Member (because he will not fulfil his minimum events obligation on the Challenge Tour) must indicate in writing on the appropriate form his intention to take up such rights and pay a fee of £1,500 before such time as he becomes unable to fulfil his Challenge Tour minimum events obligation. In such case, any DP World Tour Ranking Points that the Player had already earned as a Challenge Tour Ranked Member on the DP World Tour Rankings in that Official Season, will be added to any future Official DP World Tour Ranking Points that he earns as an Affiliate Member when calculating his DP World Tour Ranking for the remainder of that Official Season.

(ii)  An Affiliate Member will from the date on which he becomes an Affiliate Member be included in the current Official Season's DP World Tour Rankings and his position at the end of the Official Season will, where applicable, make him eligible for the relevant Category of Membership for the following Official Season or will, where applicable, earn him exemption from the relevant stage of pre-qualifying for the next DP World Tour Qualifying School.
The inclusion of such Players in the DP World Tour Rankings will be in addition to[2] Ranked Members and Challenge Tour Ranked Members for the purposes of determining Categories that are defined by specific positions on the DP World Tour Rankings.

**[2] NOTE:** Those Ranked Challenge Tour Members who take up Affiliate Membership under Regulation B2(d)(i)(C) above shall continue to be included in the DP World Tour Rankings as Ranked Challenge Tour Members unless and until they are no longer able to fulfil their minimum tournaments obligation on the Challenge Tour. At this point they

will be removed from the Challenge Tour Rankings and their Membership status will be amended such that they are Affiliate Members on the DP World Tour Rankings.

(iii) No** Affiliate Member may receive more than 7 invitations to DP World Tour Ranking Tournaments in any one Official Season. However an Affiliate Member who has played in 7 DP World Tour Ranking Tournaments by invitation may continue to receive invitations, provided he has earned at least 380.5 DP World Tour Ranking Points. (Being the amount earned by the player securing the lowest ranked position in Category 10 in the 2021 Official Season).

**Exception: Affiliate Members who also qualify for Membership as "Past Champion or other Members of distinction" have no restriction on the number of invitations that they may receive.

### (e) Membership Extensions - for serious injury, illness, family crisis or mandatory obligation

For the purposes of this Regulation; - a mandatory obligation includes but is not limited to, mandatory armed service or religious obligation; a family crisis refers to a serious injury, illness or disability affecting a family member. The Tournament Committee will however consider such a family crisis involving a non-family member, where the impact on the Member clearly warrants such consideration.

Where a Member has been prevented from Participating[1] due to serious injury, illness, family crisis or mandatory obligation, the Tournament Committee may in its absolute discretion grant a Membership Extension.

In reaching its decision, the Tournament Committee shall be entitled to take into account the nature, extent and duration of the illness, injury, family crisis or mandatory obligation, length of Membership, contribution to the game, Category and any other factor(s) that the Committee shall consider relevant.

In determining the period of a Membership Extension, when granted, the following guidelines will be used by the Tournament Committee.

### (i) Members with one Official Season Exemption only

(A) In any Official Season in which a serious illness, injury, family crisis or mandatory obligation, prevented a Member Ranked within Categories 4,10 and 13-14 from Participating[1] in the minimum number of Counting Tournaments required for Membership (currently 4 in the 2022 Official Season), such Member will be granted a Membership Extension for the entire following Official Season  in the Membership Extension Category immediately below the Category in which he was a Member in the Official Season in which such injury, illness, family crisis or mandatory obligation arose.

(B) If a Member Ranked in Categories 4,10 and 13-14 in any Official Season Participated[1] in at least the minimum number of Counting Tournaments required for Membership, such Member will be granted a Membership Extension in the following Official Season for the number of tournaments equal to the difference between: -

1)  The number of DP World Tour Ranking Tournaments in which he Participated[1] in the Official Season in which such injury, illness, family crisis or mandatory obligation arose; and

2)  The average number of DP World Tour Ranking tournaments in which those Ranked Members (excluding dual PGA Tour Members) in the top 110 of the final DP World Tour Rankings Participated[1] in the previous 3 Official Seasons (excluding 2020). For any Member applying for a Membership Extension in the 2023 Official Season for an injury, illness, family crisis or mandatory obligation during the 2022 Official Season, this average (based on 2018, 2019 and 2021) is calculated at 24 tournaments.

Such Membership Extension will be granted for the following Official Season in the Membership Extension Category immediately below the Category in which he was a Member in the Official Season in which such injury, illness, family crisis or mandatory obligation occurred.

In the following Official Season, once such a Member has Participated[1] in the number of tournaments granted under his Membership Extension[3], his DP World Tour Ranking Points earned during these tournaments will be added to the DP World Tour Ranking Points he earned in the Official Season in which he was prevented from Participating[1] due to injury, illness, family crisis or mandatory obligation.

He will then be ranked for the remainder of the following Official Season in the Membership Extension Category immediately below the Category of Membership that such a DP World Tour Ranking Points total would have earned him, based on the DP World Tour Ranking Points earned by the lowest ranked Member in that Category.

The principles set out in (i) above shall be applied accordingly in the case of a Member Ranked within Categories 16-23, subject to the following additional criteria:

(a)  The average[2] number of tournaments used to determine the length of his Membership Extension will be the average[2] number of DP World Tour Ranking tournaments in which all those other Members, who were Ranked in the same Category as such Member in the relevant Official Season Participated[1]

(b)  If such a Member Participated[1] in at least 80% of this average[2] number of tournaments, he will not be granted a Membership Extension.

### (ii) Members with a multiple Official Season Exemption

All the principles set out in (i) above that apply to a Member with a single Official Season Exemption also apply to a Member with a multiple Official Season Exemption with the exception of the following:

(a)  As opposed to such Member's Membership Extension being granted in the following Official Season, his current* multiple year Exemption will be extended by either one Official Season (in accordance with (i)(A) above) or by the applicable number of tournaments (in accordance with (i)(B )above).

*i.e. If such Member, prior to the Official Season of his Membership Extension

earns a further multiple year Exemption that expires after the Official Season of his Membership Extension, his Membership Extension will no longer apply.

(b) With regards to the provisions of (i)(B) above, he will only be entitled to a Membership Extension at the end of his multiple year Exemption, if he did not qualify for Membership in Category 10 or higher for the Official Season following the Season in which was prevented from Participating[1] due to injury, illness, family crisis or mandatory obligation.

(c) To address the impact of growth or decline in the number of DP World Tour Ranking Points available, when there are one or more Official Seasons between the Official Season of a Member's injury, illness, family crisis or mandatory obligation and the Official Season of his Membership Extension, the following will apply:

   i. The average DP World Tour Ranking Points** available per tournament in the Official Season in which the Member was prevented from Participating[1] due to illness, injury, family crisis or mandatory obligation, will be compared to the average DP World Tour Ranking Points** available per tournament in the Official Season prior to the one in which he is being granted a Membership Extension.

   ii. Whatever the factor of difference is, this will be applied to the DP World Tour Ranking Points he earned in the Official Season in which he was prevented from Participating[1]. These revised points will then be added to the DP World Tour Ranking Points he earns during his Membership Extension.

   iii. He will then be ranked for the remainder of the Official Season of his Membership Extension in the Membership Extension Category immediately below the Category of Membership that such a DP World Tour Ranking Points total would have earned him, based on the DP World Tour Ranking Points earned by the lowest ranked Member in that Category.

   ** This average will exclude DP World Tour Ranking points available at the WGC's and Majors.

**NOTES:**

[1] If a Member hits his first tee shot in the first round of a Counting Tournament, he has declared himself "fit to play" and irrespective of whether he then has to withdraw during that tournament due to illness or injury, such tournament will count towards the number of tournaments in which he has Participated for the purposes of this Regulation.

[2] When calculating this average, the 5 Members from the relevant Category of Membership who have Participated in the highest number of tournaments and the 5 Members from the relevant Category of Membership who have Participated in the lowest number of tournaments in that Official Season will be excluded to ensure that the

average is the most representative of the Category of Membership in respect of which this average is being calculated.

**³Any** Counting Tournament in which such a Member Participates in the following Official Season, either through his Membership Extension Category or through **any other exemption** including Tournament invitation), will count as one of the tournaments granted under his Membership Extension.

Participation by a Member in tournaments that are not DP World Tour sanctioned tournaments during the Official Season in which he was seriously ill, injured, had a family crisis or mandatory obligation, will be taken into account when considering whether a Membership Extension will be granted.

If a continuing serious illness, injury, family crisis or mandatory obligation  prevents a Member from Participating for a part or all of the Official Season for which he has been granted a Membership Extension, a further Membership Extension may be granted in the following Official Season. In such a case, where there will now be one or more Official Seasons between the Official Season when such Member was prevented from Participating and the Season of this further Membership Extension, the provisions of (ii) (c) above will apply to address any differential in DP World Tour Ranking Points available in the respective Official Seasons.

**Temporary Covid Membership Extension Regulation**
(Applicable only until further notice in the 2022 Official Season and may be removed with immediate effect following such notification. ).

Any Member who is eligible and is prevented from Participating in one or more DP World Tour Ranking Tournaments for any of the following  Qualifying criteria, will be awarded a Covid Membership extension in the 2023 Official Season, however the first 2 such tournaments impacted will be disregarded  in the calculation of this Membership Extension.

**Exception**
(i)      Members who already have or secure a 2023 Exemption in Category 10 or above will not be eligible for a Covid Membership Extension.

(ii)     Members who Participate in 24 or more DP World Tour Ranking tournaments in the 2022 Official Season (being the average number that those finishing in the top 110 of the DP World Tour Rankings over the last 3 Counting Seasons (2018,2019 and 2021)   (excluding dual PGA Tour Members) have Participated in, will not be eligible for such a Membership Extension.

**Qualifying Criteria**
(i)      A positive Covid test or being a direct contact to a positive Covid test.
(ii)     A Covid related travel restriction
(iii)    A Member required to quarantine/isolate prior to a DP World Tour Ranking Tournament.
(iv)    A Member spending time in managed quarantine**
(**Also applies to home quarantine if a Member is prevented from leaving such quarantine to travel to his next DP World Tour Ranking Tournament).

NOTE:  A Player who has made a **personal choice not to be vaccinated** against Covid19 and is denied an opportunity to Participate because of this will NOT be covered under this Regulation.

**Calculation of Membership Extensions**

If a Member eligible for such a Membership Extension plays less than 24 DP World Tour Ranking Tournaments, he will be given a Membership Extension equal to the number of DP World Tour Ranking Tournaments he was prevented from Participating in minus the first 2 such Tournaments impacted.  This will however (like all Membership Extensions) be capped to a maximum of the difference between the number in which he Participated and 24.

If a Member is so badly impacted that he Participates in less than the minimum Tournament Regulation of four DP World Tour Ranking Tournaments, he will be granted a Covid Membership Extension for the whole of the 2023 Official Season.

As with all other Membership Extensions, a Member's DP World Tour Ranking Points earned in the 2022 Official Season and those earned during his  Membership extension in the 2023 Official Season, will be added together and this points total will then be compared against the Category cut offs on the DP World Tour Rankings at the end of the 2022 Official Season. A Member's points total relative to these cut-offs  will define his Category for the  remainder of the 2023 Official Season. If his points total means that he has retained a Category on the DP World Tour, he will be placed in a Category immediately below the last ranked Member in that Category.

**NOTE:** In all cases, applications for Membership extensions for the 2023 Official Season must be submitted in writing to the Director of Tour Operations prior to the final deadline for entry to the final stage of the Qualifying School.

## 3 Termination of Membership

(a) A Player who is a Member shall cease to be a Member on the occurrence of one or more of the following:

  (i)   The Member no longer being eligible for Membership to the DP World Tour under Regulation B2 above.

  (ii)  The Member failing to Participate in the minimum number of Counting Tournaments for inclusion in that Official Season's DP World Tour Rankings. For clarification, a Member will immediately cease to be a Member at that time when it becomes impossible for him to Participate in the minimum number of Counting Tournaments by the end of that Official Season.
  (Exception: Honorary Life Members or those Members meeting the provisions of Exceptions (i) - (iii)  to Regulation B1(d)  (that relate to Members who are over the age of 50 or who have their 50th birthday during the current Official Season or Members in receipt of a medical extension or whom have had an amendment to their minimum Counting Tournament obligation authorised by the Chief Executive).

  (iii) Resignation by the Member.

(iv) Expulsion by the Tournament Committee or the Board of Directors of the PGA European Tour as a result of a breach of the DP World Tour's Code of Behaviour.

(b) Notwithstanding any other provisions of these Regulations, any Member who fails to Participate in the minimum number of Counting Tournaments to qualify for inclusion in the final DP World Tour Rankings, (Exception: Honorary life Members or those Members meeting the provisions of Exceptions (i)-(iii) to Regulation B1(d)) shall not be eligible for reinstatement as a Member, without the written permission of the Chief Executive, which may be withheld in his sole discretion until the expiry of 24 calendar months from the date of termination of his Membership.

## 4. International Golf Federation (IGF) - Nationality Policy

Certain changes have been made to the IGF's Nationality Policy as it appears in these Regulations to ensure it is consistent with the language used in these Regulations and the nature of the DP World Tour and Challenge Tour (for example, references to 'Athlete' have been changed to 'Player' and sections relating to female Players have been removed). A full copy of the policy can be found at:-
https://gsites.brightspotcdn.com/31/b3/8c2b83ac47959a3c1eee820dcd41/igf-nationality-policy-jan-2020.pdf

and in the event of any dispute in respect of the same, the IGF's full unabridged version shall prevail over the version in these Regulations.

### (a) General
Any Player in an International Golf Competition (Section (b)) must be a National of the country which the Player is representing or under which the Player is eligible for the competition.

The IGF publishes this Nationality Policy as it pertains to matters relating to the determination of the country which a Player may represent in an International Golf Competition listed below, and from time-to-time will advise sanctioning organisations of International Golf Competitions as to guidelines and standards on making determinations on a Player's Nationality.

Each sanctioning organisation has adopted the IGF Nationality Policy and shares decisions based on nationality with the IGF and other sanctioning organisations.  All matters relating to the determination of the country which a Player may represent in an International Golf Competition listed below shall be resolved by the sanctioning organisation for that event, in its sole discretion.

### (b) International Golf Competitions
For the purposes of this policy, International Golf Competitions are as follows:

| Men's Competitions | Sanctioning Organisation |
|---|---|
| Eisenhower Trophy | International Golf Federation |
| Ryder Cup | PGA European Tour & PGA of America |
| Presidents Cup | PGA TOUR |
| Olympic Games | International Golf Federation |
| Youth Olympic Games | International Golf Federation |
| World Cup | PGA International Federation of PGA Tours |

**(c) Nationality**
A Player will be considered a National of a country if the Player is a citizen of the country, as defined by the laws of such country.

A Player who is a National of two or more countries at the same time may represent either one of them, as the Player may elect. However, after having represented one country in an International Golf Competition, the Player may not represent another country unless first meeting the conditions set forth below that apply to persons who have changed their nationality or acquired a new nationality.

A Player who has represented one country in an International Golf Competition, and who has changed nationality or acquired a new nationality, may Participate in another International Golf Competition representing the new country provided that, as of the start of the qualification period for such event, at least four years have passed since the Player last represented his/her former country. This period may be extended, reduced or even cancelled, with the agreement of the sanctioning organisation, which takes into account the circumstances of each case and any applicable guidelines and standards provided by the IGF.

If an associated State, province or overseas department, a country or colony acquires independence, if a country becomes incorporated within another country by reason of a change of border, or if a country merges with another country, a Player may continue to represent the country to which the Player belongs or belonged. However, if the Player prefers, the Player may elect to represent the new country. This particular choice may be made only once for any other International Golf Event including future Olympic Games.

Furthermore, in all cases in which a Player would be eligible to Participate in an International Golf Competition, either by representing another country than his or by having the choice as to the country which such Player intends to represent, the sanctioning organisation may take all decisions of a general or individual nature with regard to issues resulting from nationality, citizenship, domicile or residence of any Player, including the duration of any waiting period, taking into account the circumstances of each case and any applicable guidelines and standards provided by the IGF.

**(d) Countries and Continents**
For the purposes of defining a country (or territory, if applicable) of which a Player is a National, the current list of National Olympic Committees as recognised by the International Olympic Committee will be used.  For International Golf Competitions other than the Olympic Games and Youth Olympic Games, England, Scotland and Wales will be considered to be separate countries.

For the purposes of defining the continent of Europe as it relates only to certain International Golf  Competitions which either include all countries within Europe as a team or exclude all countries within Europe from a team, the following countries will be considered to be within Europe and not part of regions other than Europe:

| | | | |
|---|---|---|---|
| Albania | Estonia | Liechtenstein | Russian Federation |
| Andorra | Finland | Lithuania | San Marino |
| Armenia | France | Luxembourg | Serbia |

| | | | |
|---|---|---|---|
| Austria | Georgia | North Macedonia | Slovak Republic |
| Azerbaijan | Germany | Malta | Slovenia |
| Belarus | Greece | Moldova | Spain |
| Belgium | Hungary | Monaco | Sweden |
| Bosnia and Herzegovina | Iceland | Montenegro | Switzerland |
| Bulgaria | Ireland | The Netherlands | Turkey |
| Croatia | Israel | Norway | Ukraine |
| Cyprus | Italy | Poland | United Kingdom |
| Czech Republic | Kazakhstan | Portugal | |
| Denmark | Latvia | Romania | |

### (e) Rankings

A Player should ensure that his nationality is correctly listed on the Official World Golf Rankings (OWGR).  For the purposes of applying this policy, the Player will be presumed to be a National of the country listed on the OWGR, subject to verification in accordance with this policy.  Any decisions taken related to a Player's nationality in accordance with this policy shall be referred by the IGF to the OWGR, who shall display the correct nationality of each Player within the rankings.

A Player eligible to Participate in an International Golf Competition by representing another country to the one previously represented (by either changing nationality or acquiring a new nationality) in accordance with this policy will only be eligible for International Golf Competitions for which the qualification period has not yet started, unless otherwise allowed by the sanctioning organisation.

A Player eligible to Participate in an International Golf Competition by having the choice as to the country which such Player intends to represent in accordance with this policy will only be eligible for International Golf Competitions for which the qualification period has not yet started, unless otherwise allowed by the sanctioning organisation.

A Player who changes his nationality for an International Golf Competition prior to the qualifications and eligibility period beginning for such event, yet subsequently fails to qualify for the competition, is subject to the provisions of this policy including the time periods prescribed herein.

## 5. Player Awards

### (a) Seve Ballesteros Award (For the Players' Player of the Year)

Will be awarded to the Member receiving the most votes from the following process:

- At the conclusion of each Official Season, all DP World Tour Ranked Members will be sent a voting form in which to nominate their Player of the year.
- The Member receiving the most votes, will be announced as the Players' Player of the Year and the recipient of the Seve Ballesteros Award

**(b) Sir Henry Cotton - Rookie of the Year award**

A panel consisting of at least 2 Tournament Committee Members and at least 2 members of the PGA European Tour Executive will meet following the conclusion of each Official Season to determine the recipient of this award. Whilst the panel will have absolute discretion in determining the recipient, the Final DP World Tour Ranking of any player **deemed to be eligible by the panel** will be the main (but may not be the only) criteria used to select the recipient.

**(c) DP World Tour Golfer of the Year Award**

At the conclusion of each Official Season, this award is determined by a panel made up of selected members of the media.

**(d) Challenge Tour Graduate of the Year award**

Awarded to the highest ranked Challenge Tour graduate* in the current Official Season's DP World Tour Rankings.

*(3 time Challenge Tour winners ranked in Category 13 and all Members ranked in Category 14).

# C. Administration and Conduct of Tournaments

## 1. Tournament Administration

The Tournament Director shall administer each Approved Tournament in accordance with the Regulations laid down in this Handbook or as supplemented or amended by any subsequent regulation of, or made by, the PGA European Tour. He may refer any matters to the Tournament Committee. Any Player has the right to appeal against a decision of the Tournament Director at the next Tournament Committee meeting on matters other than decisions given under the R&A Rules of Golf, current DP World Tour Conditions of Competition and Local Rules, and the local rules of the host club as approved by the DP World Tour Tournament Director or Chief Referee and the PGA European Tour Anti-Doping Policy (and if such decision is a disciplinary-related decision it will be dealt with in accordance with the Disciplinary Procedure
set out under Regulation F, Part II).

## 2. Starting Fields for DP World Tour Ranking Tournaments 2022 (Categories)

(a)  The Categories of persons listed below (who shall be Ranked Members unless otherwise stated) shall be eligible to enter DP World Tour Ranking Tournaments and in the event that the maximum number of places available to Players wishing to enter the relevant tournament is exceeded then priority will be given sequentially from the following Categories and, within individual Categories; in accordance with the stipulated ranking system for each Category (if any):-

(1)      Winner of the Open Championship in 2014-2022; winners of the DP World Tour Rankings in 2014-2021; winners of the US Open, US PGA Championship and US Masters in 2014-2022.

(2)      Winner of the PGA Championship in 2016; winner of the 2016 DP World Tour Championship, Dubai; winners of 2018-2022 Rolex Series tournaments; winners of the 2018-2022 WGC-Dell Technologies Match Play; winners of the 2018-2021 WGC - Mexico Championship; winners of the WGC-HSBC Champions in 2018-2022; winner of the WGC -Bridgestone Invitational in 2018 & winner of the Fedex St Jude Invitational in 2019-2021.

(3)      Winners of DP World Tour Ranking Tournaments in the 2019 Official Season that had 1.75 million or more DP World Tour Ranking Points available. Winners of DP World Tour Ranking Tournaments in the 2020 (up to and including the Qatar Masters), 2021 and 2022 Official Seasons that had or have a prize fund of 1.75 million US Dollars* and above. The winner of the Gold Medal at the 2021 men's Olympic Golf Tournament. Members are ranked within this Category based on the date of their most recent eligible win, with the most recent winner being ranked No 1 in this Category.

(4)      Winners of DP World Tour Ranking Tournaments in the  2020 (up to and including the Qatar Masters), 2021 and 2022 Official Seasons which had or have a prize fund below 1.75 million US Dollars* , followed by winners of dual ranking DP World Tour/Challenge Tour tournaments in the 2022 Official Season. Winners of 2020 - 2022 Official Season tournaments below 1.75 million US Dollars are ranked based on the date of their most recent eligible DP World Tour Ranking Tournament win,

with the most recent winner being ranked No 1 amongst them. The same ranking criteria applies separately to winners of dual ranking DP World Tour/Challenge Tour tournaments.

* For the purpose of defining Categories (3) and (4) for those tournament wins in the 2022 Official Season, the following exchange rates were set on Monday 15th November 2021. Euro to USD: 1.167; GBP to USD: 1.352; CNY to USD: 0.1566; SA Rand to USD: 0.0655

For the purpose of defining Categories (3) and (4) for those tournament winners from the 2020 Official Season, the following exchange rates were set on Monday 18th November 2019: Euro to USD: 1.167;  CNY to USD: 0.1423; SA Rand to USD: 0.0675; Australian Dollar to USD: 0.6811.

(5)     Legends Category: The top 40 Members on the 2021 Career Money list who also satisfy 4 or more of the additional criteria defined under eligibility B2(a)(vii) for this Category.

(6a)    A maximum of six* tournament invitations to **professional golfers,** two of whom must be Ranked Members and four of whom may be Non-Members. (NOTE: The requirement for two Ranked Members to be included is not applicable if the exemption cut off for the relevant DP World Ranking Tournament goes below Category 23.) Players to be entered into this Category must be confirmed to the DP World Tour by no later than 12 noon local time two days prior to the first round. Invitations may be substituted by other invitations provided that the above condition is complied with, up until 1800 hours local time on the day prior to the first round of the tournament. After such time any withdrawals will be replaced by the tournament's first available reserve in order of eligibility.

(6b)    A maximum of six tournament invitations in National Opens to amateur golfers, with a handicap of scratch or better, under the relevant governing body's handicap scheme. This number is reduced to a maximum of two such amateur invitations for tournaments which are not National Opens. Players to be entered into this Category must be confirmed to the DP World Tour by no later than 12 noon local time two days prior to the first round.
Note: No professional Non-Member or Affiliate Member may receive more than 7 such invitations to DP World Tour Ranking Tournaments in any one Official Season. However, an Affiliate Member who has played in seven tournaments within an Official Season by invitation, may continue to receive invitations, provided he has won DP World Tour Ranking Points in the 2022 Official Season equivalent to the DP World Tour Ranking Points earned by the lowest ranked Member in Category 10 in the 2021 Official Season.

**\*NOTE.** This number may be higher for tournaments where an existing contract stipulates this. In either case when the Tournament Director implements a reduction in field size due to the amount of available daylight, the DP World Tour reserves the right to reduce the number of places in this Category on a pro-rata basis.

(7)     The leading 5 and tied available professionals (who are not otherwise Exempt* or are otherwise Exempt but not entered into the next fully sanctioned or co-sanctioned DP World Tour Ranking Tournament within the same Official Season), finishing within positions 2-10 only in a fully sanctioned DP World Tour Ranking Tournament will qualify to play in the next fully sanctioned or co-sanctioned DP World Tour Ranking Tournament within the same Official Season.

For all tournaments co-sanctioned with other Major Golf Tours, this Exemption will apply to DP World Tour Members  only finishing in positions 2-5 and those tying for 5th place.

(8)     National/Regional Orders of Merit. (Non-Members may be entered in this Category). Players to be entered into this Category must be confirmed to the DP World Tour by no later than 12 noon local time two days prior to the first round.

   (i)    For Full Field Tournaments outside the British Isles a maximum of six* professionals from the top 25 of the relevant national Order of Merit. For the purposes of determining the top 25 positions, Members in Categories 1-4 shall not be included. In the event of a withdrawal in this Category, the place may be taken by a national or regional professional, provided that the above conditions are complied with, up until 1800 hours local time on the day* prior to the first round of the tournament. After such time any withdrawals will be replaced by the tournament's first available reserve in order of eligibility. *Note:  For tournaments co-sanctioned with the Challenge Tour, this deadline is 1700hrs local time two days prior to the first round.

   (ii)   For Regular DP World Tour Tournaments in the British Isles, a maximum of four* Players as nominated by the PGA of Great Britain and Ireland. (This excludes the BMW PGA Championship, The Irish Open, the Scottish Open and the British Masters where different criteria are in place).

**\*NOTE.** This number may be higher for tournaments where an existing contract stipulates this. In either case when the Tournament Director implements a reduction in field size due to the amount of available daylight, the DP World Tour reserves the right to reduce the number of places in this Category on a pro-rata basis.

(9)     Members of the last named European Ryder Cup Team. Members are ranked within this Category based on their qualifying position within the 2021 European Ryder Cup Rankings. (This ranking reflects the order of selection set out in the 2021 Ryder Cup qualification criteria, namely, firstly those Members who qualified through the European Ryder Cup Points List and secondly, those Members who qualified through the World Ryder Cup Points List followed by the Ryder Cup Captain in the Official Season of his Captaincy and the following Official Season, if he not otherwise exempt in Categories 1-5 above.

(10)    The top 121 placed Players from the final 2021 DP World Tour Rankings.

(11)    The top 40 Members on the 2021 Career Money List who satisfy less than 4 of the additional criteria for this Category defined under eligibility B2(a)(x)

(12)    Past winners of the tournament* in question under 50 years of age on the first day of said tournament who are Ranked Members or Ranked Challenge Tour Members. Players are ranked within this Category based on the year in which they won the tournament in question, with the most recent winner of such tournament being ranked No 1 in this Category.

**\*NOTE** (i)   This Exemption only applies to winners in those years when the tournament in question has been a DP World Tour Ranking Tournament.

        (ii)  This Exemption does NOT apply to any Rolex Series Tournament.

(13)    Winners of 3 Challenge Tour Ranking tournaments during the 2021 Official Season. Members are ranked within this criteria based on the date on which they achieved their 3rd eligible Challenge Tour Ranking tournament win, with the Member who first achieved this being ranked No 1 amongst them.

(14)    Players finishing within positions 1-20 on the final 2021 Challenge Tour Rankings.

(15)    Winners of 3 Challenge Tour Ranking tournaments during the 2022 Official Season. Members are ranked within this Category according to the date on which

they achieved their 3rd eligible Challenge Tour Ranking tournament win, with the Member who first achieved this being ranked No 1 in this Category.

(16)    Players in 2021 Categories 1-16 ranked between 122 and 138 on the final 2021 DP World Tour Rankings, not otherwise exempt in Categories 1-15 above.

(16)(b) Players in 2021 Categories 1-16 ranked between 139-161 on the final 2021 DP World Tour Rankings, not otherwise exempt in Categories 1-15 above.

(16)(c) Players in 2021 Categories 1-16 ranked 162 and below on the final 2021 DP World Tour Rankings, not otherwise exempt in Categories 1-15 above. This Category will be re-ranked once during the 2022 Official Season.  Full details can be found on page 143.

(17)    The Leading Player from each of the nominated Season's Order of Merit from the PGA Tour of Australasia, Sunshine Tour, CGA and KPGA followed by players (not otherwise exempt in Categories 1-15 above) from 2021 Category 17 and the leading 5 players from the final 2020 Challenge Tour Rankings, ranked 122 and below on the final 2021 DP World Tour Rankings.

(18)    All other Players (not otherwise exempt in Categories 1-17 above), Ranked 121-138 on the final 2021 DP World Tour Rankings alternating with those Players Ranked 21-30 on the final 2021 Challenge Tour Rankings; followed by players not otherwise Exempt in Categories 1-17 above) in 2021 Category 18 Ranked 139 and below on the final 2021 DP World Tour Rankings.

(19)    All other Players (not otherwise exempt in Categories 1-18 above), Ranked 139-161 on the final 2021 DP World Tour Rankings followed by Players (not otherwise exempt in Categories 1-18 above)  in 2021 Category 19 Ranked 162 and below on the final 2021 DP World Tour Rankings.

(20)    Players (not otherwise exempt in Categories 1-19 above) in 2021 Category 20 Ranked 162 and below on the final 2021 DP World Tour Rankings.

(21)    Players Ranked 31-45 on the final 2021 Challenge Tour Rankings, followed by players (not otherwise exempt in Categories 1-20 above) in 2021 Category 21 Ranked 162 and below on the final 2021 DP World Tour Rankings.

(22)    Players (not otherwise exempt in Categories 1-21 above) in 2021 Category 22 Ranked 162 and below on the final 2021 DP World Tour Rankings.

(23)    Players (not otherwise exempt in Categories 1-22 above) in 2021 Category 23 Ranked 162 and below on the final 2021 DP World Tour Rankings.

**NOTE:** (a) Any Member who is granted a Membership Extension in Categories 1-15 will appear within a Category (a) at the bottom of the relevant Category. Membership extensions for those Players who were in Categories 16-23 in the 2021 Official Season will be granted in a 2022 Overall Category Ranking (OCR) which is immediately below the 2021 OCR of the lowest ranked Player from their 2021 Category.

Members appearing within such Categories shall be ranked in order according to the most recent Category (and ranking within such Category) which they held immediately prior to receiving such extension, with the Member who had the highest Category and ranking immediately prior to receiving such extension being ranked No 1 in such Membership Extension Category.

(b) For certain fully sanctioned tournaments where there are insufficient entries in the above Categories to complete the agreed field size, the following procedure will take place: -

(i) So long as all Members in Categories 1-23 are given the opportunity to Participate, the field size may be reduced down to a minimum of 144.

(ii) If further Players are required to complete the field, one or more of the following will take place at the sole discretion of the DP World Tour: -

    (a) Additional tournament invitations (Category 6) and national and regional spots (Category 8) will be issued alternately, (starting with an additional tournament invitation).

    (b) In exceptional circumstance the field may be further reduced at the sole discretion of the DP World Tour.

(c)    **Notes on Category 7 above (Top 5/Top 10 Regulation): -**

(i) Players wishing to take up this opportunity must confirm their intention to do so either by writing to a relevant Tour official (Tournament Director or Tournament Office Manager) or the Entries Department or by contacting them by phone or appearing before them in person by 12 noon UK time on the day following completion of the tournament from which they have qualified.

(ii) This Regulation does not apply to: (i) the four Major Championships; (ii) the four World Golf Championships; (iii) The Four Rolex Series Tournaments. In each case this will be clarified within the tournament eligibility as published on the Members' website.

(iii) With respect to co-sanctioned tournaments with a prize fund less than 1 million Euro, this will also include an Affiliate Member winner or a non-member winner who takes up Affiliate Membership retrospectively by 12 noon UK time on the day following his win, as such a winner does not earn a winner's exemption.

(iv) Players who have been invited to play via Category 6 and who then secure a top 5 or top 10 Exemption from the previous DP World Ranking Tournament (where applicable) will be moved into Category 7 as they are deemed not to be "otherwise Exempt". Players already Exempt through any other Category will not be so moved.

(v) After 12 noon on the Monday of a DP World Tour Ranking Tournament, no other Players can be moved into this Category following withdrawals.

(d) (i) A Player entered in Category 6,7 or 8 who subsequently becomes eligible in a lower Category following withdrawals, will be moved into his ranking position within that lower Category up until 12 noon UK time of the Monday* of the relevant tournament week.

**\*Note:** For tournaments co-sanctioned with the Challenge Tour, this deadline is 12 noon UK time on the Saturday prior to the relevant tournament week.

(e) If a Player is incorrectly advised that he is Exempt into a Starting Field due to an administrative error, as soon as is practical he will be removed from that Starting Field and advised accordingly.

**NOTE:** If such Player has incurred irrecoverable costs based on him being advised that he was Exempt into such Starting Field, and does not subsequently become Exempt, these costs will be re-imbursed* by the PGA European Tour.

\*Exception: If such Player is now ranked in the entry list as First Reserve, and agrees at any point to commit to travel in this position, as required by Regulation C5 he will not have such costs re-imbursed. If however the second reserve has incurred irrecoverable costs due to being incorrectly advised that he was First Reserve (and committed to travel) and does not subsequently become First Reserve or Exempt into the Starting

field, he will have these costs re-imbursed by the PGA European Tour.

(f)  Please refer to the Members' information site for the exact and most up to date eligibility Regulations for all tournaments. (https://members.europeantour.com)

## 3.  Entry Regulations and Procedures

(a)  Entry Procedures
Any Ranked Member  wishing to enter an Approved Tournament shall be required to enter via the Online Entries Portal for which they will have been sent unique log in credentials. Any Member not in possession of such log in credentials should contact the Entries Department via email to: entries@europeantourgroup.com so such a login can be created for them.

(b)  Confirmation of Entry
A confirmation of entry will be emailed to the Member at the email address as detailed on his Membership application, or any updated email address as may be advised to the PGA European Tour and will contain:
Written details of the particular entry plus a statement of entry or withdrawal for tournaments to be subsequently played.

(c)  Entry Closing Date
Entries must be received by the PGA European Tour by 12 noon UK time on the closing date listed in the DP World Tour calendar and conditions section (normally Thursday, 14 days before the start of the tournament) in these Regulations.

**NOTE** (i) New tournament winners in any one Official Season will be required to commit to any tournament to which they have now become Exempt scheduled in the following week, by 12 Noon UK time on the day following their win. For any other tournaments to which they have now become Exempt and for which entries have already closed, they will be required to commit by 12 Noon UK time on the Saturday following their win.
  (ii) Members qualifying through the "Leading Ranked Member or Ranked Challenge Tour Member not otherwise Exempt ranked within the top 110 of the current DP World Tour Rankings are required to commit to the tournament to which they have now become Exempt by 12 Noon UK time on the Monday of that tournament.

(d)  Conflicting Internal Competition
When a Player is Exempt into both an Approved Tournament and a Challenge Tour tournament which are scheduled to take place in the same week, the Player must decide in which tournament he will Participate and must notify the Entries Department of his decision by 1700hrs UK time on the Thursday prior to the week in which both the tournaments are scheduled unless otherwise communicated by the Membership and Entries Department as may be the case towards the end of the Challenge Tour Season.

The Player will then be removed from the entry list of the other tournament.
Any Player who becomes exempt into two tournaments which are scheduled to take place in the same week (as referred to above) after the above mentioned deadline will be given 3 hours from being notified of this "conflicting exemption" to notify the Entries Department of the tournament in which he will Participate. (Exception: If the

Tournament Director for either tournament at any time imposes a shorter general response deadline in accordance with Regulation 4(b), this shorter deadline will apply).

Any Member in Categories 1-16(c) failing to notify the Entries Department of the tournament in which he will Participate by the relevant deadline will be removed from the Challenge Tour tournament and will remain entered into the European Tour Approved Tournament which is scheduled to take place in that week. Any Member in Categories 17-23 failing to notify the Entries Department of the tournament in which he will Participate by the relevant deadline will be removed from the Approved Tournament and will remain entered into the Challenge Tour tournament which is scheduled to take place that week.

(e) Entry Fee

The entry fee of £95 for any member of the DP World Tour, Challenge Tour or Legends Tour and £150 for any non-member or the amateur administration fee of £60, **must be paid before the registration deadline of the tournament in which the Player wishes to Participate.**

For Members:- Failure to pay the entry fee (or to provide accurate details of a credit card from which the PGA European Tour can deduct such fee) by this deadline will result in the entry fee being doubled. Non-Members or amateurs will not be permitted to Participate in a tournament if the entry fee or amateur administration fee has not been paid by this deadline.

**Note 1:**     In extenuating circumstance deemed reasonable by the Tournament Director, he has the sole authority to waive this Regulation.

**Note 2:**     For tournaments co-sanctioned with the Challenge Tour, all participants will be required to pay the applicable fee as detailed above.

(f) Pre-Tournament Pro-Am

Entries for tournaments with a preceding pro-am will commit the Member to Participate in the pro-am (if invited) unless prior release is granted by the Tournament Director, in consultation with the tournament promoter.

The entry list for each of these pre-tournament pro-ams will be published on the DP World Tour Event Portal and the Members' Website. Members will only be contacted directly if subsequent withdrawals change their exempt status into such pro-am otherwise THE ONUS IS ON THE MEMBER TO DETERMINE WHETHER HE HAS BEEN SELECTED TO PLAY.

(g) **PLAYERS' RESPONSIBILITY**
**THE ONUS IS ON THE PLAYER TO MAKE SURE HIS ENTRY HAS BEEN RECEIVED BY THE PGA EUROPEAN TOUR BY THE CLOSING DATE, AND TO CHECK HIS CURRENT QUALIFICATION STATUS FOR EACH TOURNAMENT.**

## 4. Opportunity to play

(a) A Player who is entered for a tournament but only becomes Exempt after close of entries and therefore eligible to play in such tournament will be contacted directly or left a message by the Entries Department or a member of the field staff on his contact telephone number(s) provided on his Membership application. The Player is

then responsible for confirming as soon as possible whether or not he is taking up this opportunity to play by contacting the Entries Department or the mobile office.

(b) Response Deadline: At any time after 12 noon UK time on the Monday of a tournament week the Tournament Director (having consulted with the Membership and Entries team and taken into consideration all relevant factors including travel times to the host country and venue), may impose a response deadline to an opportunity to play which will range from "immediate response required" to 3 hours subject to the timing of the opportunity to play becoming available. Any Player not responding to such a telephone call or message within these time frames will be removed from the entry list and the next eligible Player given the opportunity to play.

| | | |
|---|---|---|
| **Note 1:** | | For the above Players, this response deadline (when imposed) will override the registration deadline detailed in Regulation 7(a) below. |
| **Note 2:** | | The above Players are still required to conform with Regulation 7(b) below. |
| **Note 3:** | | Given the provisions of Regulation 4(b) above it is of UTMOST IMPORTANCE that any Player electing to travel AS A RESERVE to a tournament venue advises the entries department of his intentions in case the period of travel coincides with his becoming Exempt and the Entries Department attempt to make contact accordingly. |

## 5. Tournament First Reserve

When the Tournament Director imposes a response deadline on an opportunity to play (see Regulation 4b), the first reserve will be required to commit to travel to the tournament and to be on site for the first tee time until the last tee time of the first round.

If a Player in this position is not prepared to travel he will be removed from the entry list and replaced as first reserve by the next eligible Player.

A Player who commits to travel as first reserve but then fails to register his presence with the DP World Tour office on site before the first tee time of the first round will be fined £1,200 under the Regulation 6(b)(i) (Absent on the tee).

### TEMPORARY REGULATION UNDER COVID19

Where **on-site** Covid19 testing protocols are in place at any tournament, i.e. As a requirement to access the tournament venue itself, any Player required to take such a test must have done so and received a negative result prior to 1700hrs local time on the day before the tournament to be eligible to Participate.

## 6. Withdrawals

Prior to close of entries, all withdrawals from Approved Tournaments must be made via the online entries portal. After close of entries all withdrawals must be notified direct to the PGA European Tour Entries Department by phoning +44 1344 840471 or direct to the mobile office. Players withdrawing by telephone must speak directly to the Entries Department staff (and not leave a voicemail) in order to receive a withdrawal confirmation code which confirms their effective withdrawal from the tournament.

(a) Pre-Tournament, after close of entries
    (i) Any communication received to withdraw a Player from a **Rolex Series Tournament** will not be treated as an official withdrawal until such intention to withdraw has been discussed between a member of the Player Relations team and either the Player or his nominated manager.

        So as not to impact the next reserve, should this discussion not be able to be facilitated immediately, the Membership and Entries Department will seek guidance from either the Director or Deputy Director of Tour Operations or the Tournament Director as to how long to delay processing this withdrawal whilst awaiting the outcome of such discussion.

        With respect to the application of any fine relating to a late withdrawal as defined in (ii) below, these will be applied in accordance with the date and time of the initially communicated intention to withdraw.

    (ii) Any Member, who is entered and Exempt into an Approved Tournament in any Category other than 6 or 8 and who subsequently withdraws, will automatically forfeit his entry fee.

Note: If a Member (who is Exempt) has to withdraw from two or more successive Approved Tournaments after close of entries for such tournaments and notifies the DP World Tour of all these withdrawals at the same time, he will only forfeit one entry fee. If such withdrawals (which may be for the same reason) are notified on separate occasions, the Member will forfeit the entry fee in respect of each Approved Tournament from which he withdraws.

    (iii) A Player who is entered and Exempt into a DP World Tour Ranking Tournament and whose communication to withdraw him from such tournament is received after 12 noon, on the Monday of the week prior to the tournament will be fined as follows: -
        1. Before 12 noon UK time on the Saturday prior to the tournament - £250. Subsequent withdrawals prior to the Saturday deadline will result in a further fine or fines of this amount.
        2. After 12 noon UK time on the Saturday prior to the relevant tournament and before 12 noon UK time on the Monday of the tournament week - £500.
        3. After 12 noon UK time on the Monday of the tournament week - £1,000.

Note: Subsequent withdrawals after the Saturday deadline will be treated separately to subsequent withdrawals under 1. above. If a player who has already been fined under 2 or 3 **above**, has a second withdrawal **after the Saturday deadline** in the same Official Season, this will result in a fine of £1,500. This fine will double for each subsequent withdrawal **after the Saturday deadline** in that Official Season.

Exceptions:
    (a) A Player who becomes Exempt after 12 noon UK time on the Saturday prior to the relevant tournament will only forfeit his entry fee and shall not be fined under this Regulation should he subsequently withdraw (but see further exception (b) below).
    (b) A Player who is presented with an opportunity to play, after 1800hrs UK time on the Monday of a tournament week, will not be fined or forfeit his entry fee should he subsequently withdraw (on the grounds of there potentially being insufficient time for such Player to travel to take up such an opportunity).

(c) If a Challenge Tour dual member who is on the reserve list of an Approved Tournament after close of entries subsequently becomes Exempt into the Challenge Tour tournament being staged in that week and withdraws from the Approved Tournament in order to play in such Challenge Tour tournament he will not be fined even if he subsequently becomes Exempt into the Approved Tournament.

(d) With respect to (ii) above only, emergency reasons or medical circumstances deemed reasonable by the Tournament Director. Written evidence of medical circumstances must be forwarded to the Tournament Director or Entries Department **within 21 days following the withdrawal,** for the DP World Tour to consider and determine the reasonableness of, otherwise the applicable fine will be imposed automatically. A Player withdrawing for this reason who was Exempt will still forfeit his entry fee. NB. Fatigue will not be considered a valid reason for withdrawing.

(b) During Tournament

    (i) A Player who is absent on the tee or has failed to register by the registration deadline may be fined £1,200. It is emphasised that the only exception to this rule is for extreme personal circumstances as determined by the Tournament Director (in his sole discretion).

    (ii) A Player is entitled to withdraw from a tournament at the conclusion of his 2nd or 3rd round provided that he informs the Tournament Director before close of play on the relevant day.

    (iii) A Player is not entitled to withdraw at the conclusion of the 1st round or during the play of any round of a tournament. Exception: emergency reasons or medical circumstances deemed reasonable by the Tournament Director. Written evidence of medical circumstance must be forwarded to the Tournament Director or the Entries Department within 21 days following the withdrawal. A Player not observing this Regulation will be fined £600, doubling up for subsequent offences.

(c) Independent One Day Tournaments

    (i) A Player whose withdrawal is notified after 12 noon UK time on the Saturday prior to the tournament may be fined £350, doubling up for subsequent offences.

    (ii) A Player who is absent on the tee may be fined £1,200.

## 7. Registration

(a) All Players are required to register for each tournament using the DP World Tour Event Portal by 1400 hours local time or by the last pre-tournament pro-am tee time whichever is the later, on the day prior to the 1st round. Participation in the pre-tournament pro-am will also be recognised as registration.

(b) Players who fail to meet the registration deadline will be removed from the draw and replaced with the first available reserve in order of eligibility.

## 8. Practice Regulations (On Course)

(a) Practice shall be permitted in designated practice areas only and at designated times.

    (i) Unless posted, practice starting lists will not operate on the main practice days but will operate where practice is available on the pro-am day. First & last practice times will be notified however **and players are not at any time permitted to**

**tee off before or after these times.** Unless otherwise stipulated all groups must start from the 1st tee.

(ii) For the first 90 minutes of published practice times on the main practice days, (when either a 1 tee or a 2 tee start is in operation), only 2 balls will be permitted.

(iii) If play is suspended for a dangerous situation or in the event that such a situation (as signalled by the Chief Referee or Tournament Director) occurs outside the hours of play, Players must cease from using all practice facilities immediately. Notification of all practice facilities re-opening after closure will be issued either by a member of the DP World Tour field staff or through the official notice board.

(b) During practice rounds only one ball shall be in play with the following exceptions:

(i) If a Player misses the green with his shot to the green, he may play one additional shot.

(ii) Not more than three chip shots may be played from beside the green provided such practice does not damage the course.

(iii) Only one bunker shot may be played towards the green from a greenside bunker. All other practice bunker shots must be played away from the green.

(iv) Only three practice putts are permitted.

(c) In any case notwithstanding the above Regulations no additional practice strokes shall be played if the group behind is waiting to play.

(d) Practice chipping/putting on the course in between groups on pro-am day by Players not competing in the pro-am is prohibited.

The penalty for breach of any of the above Regulations is £300, doubling for subsequent offences.

(e) **NEW 2022**: When testing the surfaces of putting greens on the course during official practice rounds, Players are PROHIBITED from using any artificial device.

## 9. Practice Range regulations - use by players missing the Cut

(a) Players missing the cut are required to comply with the following policy** and irrespective of this should **at all times give priority** to those Players preparing for their rounds on the weekend, if the range is full.

**Saturday:**
Practice permitted until 2 & ½ hours prior to the last tee time and then not until after the final group has teed off.

**Sunday:**
Practice permitted until 2 & ½ hours prior to the last tee time. Practice after last tee time permitted in accordance with published range opening times but in most cases the range will close after the last tee time.

**NOTE:**

(i) If a 3 ball 2 tee start is in operation on either day, then no practice for Players missing the cut is permitted before the last tee time.

(ii) **The Tournament Director has sole authority to amend this policy to take account of any local factors such as range size, expected use by such Players etc. and may designate an area specifically for such Players in addition to or as an alternative to the above.

## 10. Pre-tournament Professional/Amateur Events

(a) **Practice:**
Practice strokes are NOT permitted during a pro-am (Rule 7-2) Exception: Practice chipping and putting around the green of the hole last played is permitted **ONCE THE HOLE HAS BEEN COMPLETED BY ALL PLAYERS IN THE TEAM BUT ONLY IF THE TEAM BEHIND IS NOT WAITING TO PLAY.** Penalty for non-observance: £600 doubling for subsequent offences.

(b) **General conduct and coaches inside the ropes:**
Given the importance to Tournament sponsors of the pre-tournament pro-ams, Players are at all times expected to engage with their amateur partners in a manner that will ensure a positive experience for them on the day. If a Player's coach walks inside the ropes with his Player, both the Player and his coach are required to comply with this regulation and the Player shall be responsible for the coach with respect to his compliance with this Regulation.
Failure to comply with this Regulation shall be a breach of the Code of Behaviour.

(c) **Releases:**
A release may be requested from a pre-tournament pro-am, as long as it is submitted to the Tournament Director by **close of entries for that tournament.** Maximum number of releases per season is two. All release requests however **will require the approval** of the relevant tournament promoter in discussion with the Tournament Director and will generally only be given in exceptional circumstances.

**Note:** This Regulation applies to all Players whether they are exempt into the pro-am via the selection criteria or are "invited" by the tournament promoter.

(d) **Withdrawals:**
  (i) Any Player who withdraws from a pre-tournament pro-am, without an approved release, after the close of entries for that tournament will incur an **automatic fine** of £600, doubling for subsequent offences. Exception: If the reason for such a withdrawal leads to a withdrawal from the tournament itself prior to the first round.
  (ii) Any Player withdrawing from a pre- tournament pro- am will not be permitted to use any practice facility or practice on any course/piece of land at the tournament venue for the entire day of the pro-am, irrespective of whether that Player has been fined for his withdrawal from the pro-am. Penalty for non-observance £600, doubling for subsequent offences.
  (iii) A Player who is absent on the tee will be fined £1,200. It is emphasised that the only exception to this rule is for extreme personal circumstances as determined by the Tournament Director (in his sole discretion).
**NOTE:** Nothing in this Regulation precludes a Player from being fined for a late withdrawal from a tournament under the terms of Regulation C6.

(e) **Reserves:**
For **Wednesday** pro-ams, the following will be published at **1700hrs local time** on the **Monday** of the tournament week. For **Tuesday** pro-ams this will be published at **Monday 12 noon** local time.
  (i) **On Site Reserves**
      Two "On Site Reserves" will be nominated for each section/shotgun. These will be

the highest ranked reserves who have not already been an "On Site Reserve" during the Official Season, or if all reserves have been an "On site Reserve during the Official Season then this will be the highest ranked reserves who have only fulfilled this role once during that Official Season. Where there are morning and afternoon sections/shotguns, "On Site Reserves 1 and 3 will be allocated to the morning section/shotgun and On Site Reserves 2 and 4 will be allocated to the afternoon section/shotgun. They will stay in this role irrespective of withdrawals* before the pro-am. (*Exception: any withdrawal taking place after 1800hrs on the evening before an AM section/shotgun or within one hour of the start of a PM section/shotgun, when such a withdrawal will be replaced by the highest ranked "On Site Reserve").

The "On Site Reserves" must be ready to play if required from the first tee time of their section until all groups in their section have played 9 holes. For a shotgun start, the requirement will be for the "On Site Reserves" to be in position twenty minutes before the shotgun and for the first two and a half hours of play following the shotgun.

**NOTE:** No Player will be asked to act as an "On Site Reserve", more than twice during an Official Season, (unless all other Members below them on the reserve list have also acted in this capacity twice during the Official Season). Additionally any "On Site Reserve" will be paid the same fee (if applicable) as the other Players participating in the pro-am irrespective of whether he plays or does not play.  Any player withdrawing either prior to or during the pro-am will not be paid any such fee.

(ii) **Leading 6 Reserves**
Having allocated the "On Site Reserves" as defined above, the remaining 6 highest ranked reserves will then be allocated. Where there are morning and afternoon sections/shotguns, reserves 1, 3 and 5 will be allocated to the morning section/shotgun and reserves 2, 4 and 6 will be allocated to the afternoon section/shotgun. Any Player can appear within these 6 reserve positions, irrespective of whether they have already been an "On Site Reserve" earlier in the season. All such reserves will be required to replace withdrawals as necessary in their allocated section of the draw up until 1800hrs on the evening prior to an AM section/shotgun and up until one hour before the start of a PM section/shotgun, after which any withdrawal will be replaced by the highest ranked "On Site Reserve". Failure to fulfil the obligations as laid out in (i) and (ii) above will result in a fine of £600. It is the Player's responsibility to know his place on the reserve list at any time.

(f) **Practice Range:**
For a period of one hour prior to transportation for any shotgun start pro-am, the use of all practice facilities is restricted to competitors in that pro-am only (professional and amateur).
For all other pro-am formats, the Tournament Director is authorised to either close or restrict access to the practice range for non-pro-am competitors in his absolute discretion to ensure that all pro-am competitors (professional and amateur) have sufficient opportunity to practice before their tee time.

(g) **Pro-am Lunch or Breakfast:**
If invited to do so by the promoter and proper notification through either the official

notice board or individual invitation has been given, all participating professionals are expected to attend either the pro-am breakfast or lunch with their amateur partners.

**TEMPORARY REGULATION UNDER COVID19**
Players are not required to attend pro-am lunches or breakfasts, unless these are held outdoors and Social distancing is in operation.

(h) **Prize Giving:**

    (i) **For prize givings conducted prior to 1700hrs:** (e.g. For AM shotgun starts or for AM sections of 2 tee start pro- ams with 2 separate prize givings). Only the leading Player in the team event shall be required to attend.

    (ii) **For prize-givings conducted after 1700hrs:**
If professional representation is required by the tournament promoter at such prize-giving function, when the first entry list is published for the pro-am, one of the pro-am professionals in the PM section will be nominated to attend the prize giving and shall be required to represent the professionals. In these instances, the leading professional will not be required to attend (although his attendance will nevertheless be appreciated). No professional will be asked to fulfil this role more than once in an Official Season and in each case (with the exception of a Tuesday pro-am) such nominated professional will be allocated a PM starting time for the first round of that week's tournament.
Penalty for non-attendance at the prize-giving function is £600, doubling for subsequent offences in the same Official Season.

**TEMPORARY REGULATION UNDER COVID19**
Players are not required to attend any pro-am prize-givings, unless these are held outdoors and Social distancing is in operation.

## 11. Sponsor Added Value Activity (SAVA)

When requested to do so by a member of the Player Relations Department, Players are required to participate in SAVAs on the following basis:

    (i) No Player will be required to participate in more than 5 hours of SAVA in any one Official Season.

    (ii) Players will be advised of their obligation under this regulation as follows:
**Monday or Tuesday activity** – 2 weeks prior to the tournament
**Wednesday activity** – the week prior to the tournament
**Thursday & Friday activity** – within 4 hours of the 1st & 2nd Round Tournament Draw being published
**Saturday activity** – within 2 hours of the 3rd Round Draw being published

    (ii) Attendance at functions for Official Pro-ams or activities for which a Player is receiving payment or any other benefit in kind do not constitute a SAVA.

The penalty for failure to attend or for late attendance at a SAVA session is £600, doubling for subsequent breaches in the same Official Season.

## 12. Terms of competition and Local Rules

All Players should secure a copy of the DP World Tour Terms of Competition and Local Rules card. (Copies are available on the Members' website or on the starting tees at all

DP World Tour Ranking Tournaments). This explains any rule that affects or modifies a Rule of Golf. They are not reprinted herein as they are subject to change and alteration.

(a) Rules governing play shall be:
    (i) The current R&A Rules of Golf.
    (ii) The current DP World Tour Terms of Competition and Local Rules.
    (iii) The Local Rules of the host club, as approved by the Tournament Director or Chief Referee.

(b) In exceptional circumstances the Chief Referee or Tournament Director may declare part of the competition course as a practice area.

## 13. Player Equipment

(a)    To help ensure that Players competing in Approved Tournaments use equipment which conforms to the Rules of Golf, Players are encouraged to:

- Confirm with equipment manufacturers or the club maker that all equipment or samples have been submitted to and ruled to be conforming by The R&A and, where appropriate, included on the conforming lists (taking care that the loft and model exactly match the version on the list).

- Confirm that driving clubs are on The R&A's "List of Conforming Driver Heads". Any modified clubhead or club face must conform as if new and may need to be re-tested.

- Have any altered or unusual clubs checked by a DP World Tour Rules Official before tournament use.

- Verify that the ball chosen to be played is on the R&A's "List of Conforming Golf Balls". Verify that all balls to be played in the same round have identical markings as per Model local rule G-4 (the "One Ball Rule") and that they are the same colour.

- Confirm that clubs conform to the groove and punch mark specifications that took effect on 1 January 2010 and are listed on the R&A Equipment Database. Clubs which do not meet the specifications cannot be used in competition as per Model Local Rule G-2.

- From 1st January 2022, ensure that all clubs (other than putters) chosen to be used in competition conform to the new Model Local Rule G–10 which limits their length to a maximum of 46".

If a Player fails to check whether his equipment has been submitted prior to competition, he assumes all risk of a ruling that equipment does not conform to the Rules of Golf (for those items not covered by the conforming lists). Additionally, if required by a DP World Tour Rules official, a Player is obligated to surrender any equipment if it is determined that additional off-site testing is necessary to rule on conformity. Failure to do so will be regarded as a breach of this Regulation.

**(b) Driver Testing Program**

**All Players are required to comply with the below Testing Programme as a condition of entry into the tournament where testing is taking place. If a Player is selected for testing but declines to provide the required driver(s) for testing, he will be removed from the entry list/draw for such tournament.**

- This Testing Programme is in place in order to check the conformity of driver heads by measuring the spring effect of the heads.
- All testing will be carried out by R&A Equipment Standards Staff, (on behalf of the PGA European Tour), using a pendulum device in accordance with published R&A test protocols.
- Testing will only be carried out on non-competition days.
- Player selection will be primarily based on current data surveys in order to obtain a representative sample of drivers currently in regular use on the DP World Tour.
- Clubs will generally only be tested where the relevant manufacturer has an equipment truck present.
- Any Player in the field for a tournament is liable to be selected, although testing is likely to be spread across a broad section of the DP World Tour membership during the course of the season.
- Players will be advised that the driver(s) that they intend to use for that event has been selected for testing as soon as possible after their arrival at the tournament. This notification may be done through the Player's caddie and/or relevant equipment supplier. (Testing of a club normally takes around 15 minutes.)
- If a player carries more than one driver (or driver head), each should be submitted for testing if there is a possibility that any one of them will be used during the tournament.
- The R&A will record the result of the testing (Characteristic Time) and provide this to the PGA European Tour who will advise the Player in accordance with the below. (The Player's caddie and/or equipment manufacturer may be asked to communicate the result to the Player.)
- Actual Characteristic Time values as measured in microseconds (µs) will not be provided to the Player, but results will be delivered in accordance with one of the following categories:
  1. The club is conforming and may be used in subsequent rounds. (239 µs or less)
  2. The club is conforming and may be used in subsequent rounds, **but the result is within the published tolerance.** This means that during any subsequent testing there is a higher likelihood that the club, when tested, may exceed the limit plus tolerance. Continued usage of the club could further increase the likelihood that the club will exceed the limit plus tolerance. (more than 239 µs but not in excess of 257 µs)
  3. The club is deemed to have been damaged into a non-conforming state and as such **may not be used** in subsequent rounds. (more than 257 µs)
- The serial number of each club will also be recorded.
- The CT value recorded will be treated as the "official" test result and any previous results on the same pendulum device or any other device will be disregarded. There is no appeal for any club that is deemed to have been damaged into a non-conforming state.
- A player whose driver head is deemed to have been damaged into a non-conforming state and who intends to replace that club, will be required to submit any such replacement for testing. Failure to do so will be regarded as failure to comply with the Testing Programme.
- Driver heads which are deemed to be damaged into a non-conforming state will be

retained and the relevant manufacturer will be notified accordingly. The R&A may also assist in communicating directly with the manufacturer (on site or otherwise) in order to resolve any issues which arise.

- At the conclusion of all testing at any given tournament, The R&A will provide the PGA European Tour with a summary of all testing completed that week. This will remain strictly confidential and will not be published or posted in any way.

## 14. Pace of Play

The following apply for the duration of any one Official Season unless section (i) at the bottom of this Regulation applies.

### (a) Time allowed to make a stroke

| Stroke | Time Allowed |
|---|---|
| First to play Par 4 or Par 5 Tee Shot | 40 seconds |
| First to play Par 3 Tee Shot | 50 seconds |
| First to play approach shot, chipping or putting | 50 seconds |
| Second or third to play tee shot, approach shot, chipping or putting | 40 seconds |

**NOTE:  An allowance of up to 10% will be given on all the above timings.**

### (b) Monitoring

i. Any group which is found to be out of position, for any reason will be subject to monitoring.  Monitoring of a group is the individual timing of all Players' strokes to prevent Players from exceeding the time limits detailed in (a) above and to assist a group to regain its position on the course.

ii. Monitoring for up to 4 holes in a round will not be recorded on a Player's record.

iii. If Monitoring goes beyond 4 holes in a round, at the beginning of the 5th hole, that session will automatically be changed to timing and recorded as an official timing session on the season long cumulative list for all players in the group.

iv. At the discretion of the referee or timing official, at any point prior to the 5th hole, the group or individuals within that group can be moved from monitoring to official timing. Additionally either of the following in any round will result in a player being **officially timed thereafter: -**
   - A player who is in excess of the time allowed to play a stroke (as in (a) above) whilst being monitored and is assessed a **Bad time.**
   - A player who whilst being monitored, records two individual stroke timings that exceed the time allowed to play a stroke but are within the 10% allowance (as in (a) above).

v. At the discretion of the referee or timing official, a monitoring session may be temporarily suspended, however, if the group is not in position on completion of that hole or when leaving the teeing ground of the next hole, the monitoring session will then continue.

vi. A Player who during a round, records three individual stroke timings whilst being monitored that exceed the time allowed to play a stroke but are within the 10% allowance (as in (a) above), will be assessed a **Bad Time.**

vii. Any group that has been monitored once in a round, will not be monitored for a second time in the same round.  If a group falls out of position for a second time,

either the group or individuals (at the discretion of the referee or timing official) within that group will be officially timed.

**(c) Timing**

i. Any group during any round can be officially timed at the discretion of the referee or timing official, without previously being monitored.

ii. At the discretion of the referee or timing official, a timing session MAY be temporarily suspended, however, if the group is not in position on completion of that hole or when leaving the teeing ground of the next hole, the timing session will then continue.

iii. Players in a group which has regained position after being timed, but subsequently has to be timed again in the same round, will have that count as a further session of timing.

**(d) Bad Time (BT)**

i. A BT is when a Player exceeds the time allowed to play a stroke (as in (a) above). A BT can only be incurred by Players in a group that have been advised by the referee or timing official that they are being monitored or timed.

ii. Any BTs will be carried forward for the remainder of the Tournament and if a Player receives **TWO or more BTs in one tournament, he will incur 1 or more penalty strokes** under the Terms of Competition. Refer to "Pace of Play" (Section 11) of the Local Rules and Terms of Competition **Hard Card** for full details.

iii. A player who has been timed under the pace of play conditions in force at any DP World Tour Ranking Tournament, will incur a fine of **£3,000** on his **2nd BT** of the Official Season and will be required to attend a pace of play educational session with one of the senior referees.

iv. Each **subsequent BT** in that Official Season will incur a fine of **£3,000 more** than the previous fine.

**(e) Time Extension**

i. Whilst being timed (includes whilst being monitored), a Player may request **one Time Extension** per round.

ii. This extension entitles a Player to a further **30** seconds over and above the time allowed for a stroke (as in (a) above).

iii. A clear signal requesting such time extension MUST be made to the referee or timing official prior to the expiration of the time allowed for the stroke concerned. i.e. The request cannot be made retrospectively.

iv. The player will not receive a 10% allowance on any stroke when the time extension is used.

**(f) Multiple sessions of timing in an Official Season**

The following season long fine structure applies for Players who have been **Timed on multiple occasions** during the same Official Season.

| Timings | Fine |
|---|---|
| 8 | £5,000 |
| 12 | £9,000 |
| 15 | £12,000 |
| 17 | £15,000 |
| 19 | £18,000 |
| 20 | £21,000 |
| 21 | £25,000 |
| Subsequent Timings | £5,000 more than the previous fine for each timing session |

### (g) Excessive Shot Time (EST)

    i.   An EST can be issued to a Player **whose group is in position.**

    ii.   If a referee observes a Player (from anywhere on the course) exceed **80 seconds** for a first to play stroke or **70 seconds** for a second or third to play stroke, the Player will receive an EST.  This EST is not a Bad Time (BT) as defined in this Regulation and will **not** count towards any stroke penalties issued under the Terms of Competition as referenced in (d)(ii) above.

    iii.   It will however count on a **separate** cumulative season long list of EST's

    iv.   A player will incur a fine of **£1,000** on his **2nd EST** of the Official Season

    v.   Each **subsequent EST** will incur a fine of **£1,000 more than the previous fine.**

    vi.   Should a group fall out of position because of an EST, the player who has been assessed such EST will be officially timed thereafter.

### (h) Appeals:

Any Player wishing to appeal a BT or EST must do so with the Chief Referee or Tournament Director no later than **30 minutes** after the completion of his round.  After this time the BT or EST will stand.

### (i)  Carry forward financial penalties

If a player who is in breach of section (f) of this Regulation was also fined under this section in the previous Official Season, the fine structure for him under section (f) will be double that which applied to him in the previous Official Season.

## 15. Play Foreshortened, Suspended or Cancelled – Guidelines

(a) If, in the judgement of the Tournament Director or Chief Referee, adverse weather conditions or any other occurrence beyond the control of the PGA European Tour renders the commencement or continuation of the tournament impracticable, play shall be postponed until such time as the Tournament Director or Chief Referee, after consultation with the tournament sponsor(s), considers that play can be continued. The Tournament Director has absolute discretion to implement whatever procedures he considers necessary in order to ensure the continuation and completion of the tournament. Where possible, the following **guidelines** will be considered:

(i)  Rounds 1, 2 and 3

As a general principle, once a stroke has been played it shall count towards the calculation of final scores.

(ii)  Final Round

(a) If the final round cannot be finished by all Players then a result will be declared over that number of rounds completed by all Players.

(b) Play may be **continued** to a fifth day if it is practicable.

(c) In exceptional circumstances the final round may be scheduled on the fifth day.

(iii) (a) Bearing in mind that the prime objective on all occasions is to complete the stipulated 72 holes within the four days, the 36 hole cut may be reduced based on the following guidelines: If the only format possible to complete the remaining 36 holes within the four days is a two tee start, then the cut may, if necessary be adjusted to achieve a maximum of 78 Players. If however the remaining 36 holes are required to be played on the final day, then the cut will be reduced to the Players who are ranked within the first 50 professionals and ties after the conclusion of the first 36 holes.

**NB.** As the above decision cannot be taken until the number of Players making the cut has been confirmed, the Tournament Director is not required to give any advance notice of such a reduction in the cut.

(b) In the event that 72 holes is deemed unattainable in the time available, then completion of 54 holes will become the prime objective. To achieve this, a cut may be introduced after 18 holes based on the guidelines in paragraph (iii) (a) above.

(c) In the event of any such reduction in the cut, professionals eliminated who otherwise would have played in the final 36 holes shall receive official prize money only (i.e. no reserve money) in accordance with their respective positions.

(b) Suspension of Play

(i) If during a tournament it becomes necessary to suspend play, 3 short blasts will be sounded on a klaxon or notification will otherwise be communicated to the Players. On being advised of suspension, Players may either cease play immediately OR complete the hole they are playing. Players must not play any shot from the teeing ground unless any Player in his group has commenced play on the hole.

(ii) If during play it becomes necessary to suspend for a dangerous situation (e.g. lightning), Players must discontinue play immediately. A suspension for a dangerous situation will be signalled by a prolonged note of the klaxon.

(c) Resumption of Play

As soon as conditions allow play to be resumed, 2 short blasts on the klaxon will be sounded or notification otherwise communicated to the Players. On being advised of resumption, play will be resumed immediately by all Players on the course.

(d) Prize money & DP World Tour Ranking Points

In the event of the curtailment or cancellation of a tournament, prize money distribution shall be at the sole discretion of the PGA European Tour. DP World Tour Ranking Points distribution will be as follows:

| | |
|---|---|
| Less than 36 holes: | no points |
| 36 holes: | 75% of points |
| 54 holes: | 100% of points |

(e) Status of cancelled or postponed tournament

When a tournament is cancelled or postponed for any reason, after the close of entries only, it will be regarded as a Counting Tournament for all Members appearing on the entry list within the cut-off point at time of cancellation or

postponement. For such Members, if a postponed tournament is re-scheduled during the same Official Season, it will not be regarded as a further Counting Tournament for those such Members who Participate in the re-scheduled tournament. If a cancelled or postponed tournament was originally scheduled in the same week as another DP World Tour Tournament, any such affected Member who instead participates in the other tournament scheduled in that same week, will not have the cancelled or postponed tournament count as a Counting Tournament.

## 16. Use of Tournament Facilities by Non Participants

Any Player (other than an immediate tournament reserve), not Participating in the tournament in question will not be entitled to use the tournament facilities e.g. practice range, Players' lounge, other than in exceptional circumstances, and as authorised by the Tournament Director.

## 17. Official Recorders and Performance Data

(a) Players must co-operate when asked for details of their scores by the official recorders on the course. Official recorders include scoring officials, live scorers and television recorders on the course.

(b) Players must co-operate with the performance data programme (being the PGA European Tour's official statistics programme), if no other parties are available. (see also Regulation C21(vi)). Penalty for non-co-operation: £600, doubling up for subsequent offences.

## 18. Media and Public Relations

(a) The favourable public reputation of the PGA European Tour and its tournaments are valuable assets and create tangible benefits for all Members. Accordingly, it is an obligation of Membership for each Member to refrain from making any statement or comment in any language, which is or may become public, whether via television, radio, newspaper, magazine, periodical, book, the internet (including social networking websites such as Twitter and Facebook) or any other medium or means which the Member knows, or ought reasonably to know, will or is likely to:

   (i) constitute an attack on, disparage, harm or be otherwise prejudicial to the reputation or interests of any tournament sponsor, promoter, fellow competitor, the PGA European Tour (or any division of it), or any of its officials or the game of golf in general;

   (ii) be an unapproved disclosure of any confidential information of any tournament sponsor, promoter, fellow competitor, the PGA European Tour (or any division of it), or any of its officials; or

   (iii) prejudice or implicate any fellow competitor in disciplinary or legal proceedings. For the avoidance of doubt, responsible expressions of legitimate disagreement with PGA European Tour policies are not prohibited.
   Any contravention of this Regulation shall be a breach of the Code of Behaviour.

(b) To ensure maximum goodwill, it is essential that Members make every effort to support all public relations and media activities which among other things include compliance with reasonable requests from the tournament press officer to attend the press/media centre to co-operate with the media immediately following completion of a tournament round.

## 19. Standard of Dress

(a) During any Approved Tournament, when engaged in any official activity at the venue including but not limited to; competing, practicing, media obligation, fan engagement, SAVA obligation, pro-am or tournament prize-giving, Players clothing shall conform to the following guidelines.

(i) Shirts:

Collarless, sleeveless, shirts of a transparent material/design or shirts worn outside trousers are **NOT** acceptable.

(ii) Trousers:

Jeans of any colour are **NOT** acceptable. Furthermore trousers may not be worn tucked into socks.

(iii) Shorts:

When permitted as below, only knee- length, tailored shorts predominantly of one colour and without "Cargo Style" pockets must be worn.

    (a) Practice rounds, Pro-ams and Independent one day pro-ams: - PERMITTED

    (b) Players missing the cut and using practice facilities at the weekend: - NOT PERMITTED

    (c) Competition rounds where extreme Temperature/humidity is forecast or where shorts are otherwise requested to be worn by the host organising committee/ Tour: - PERMITTED in accordance with the NOTE below.

**NOTE:** Only permitted as follows in Asia, Africa (including Mauritius) and Australia (not the Middle East) and only where agreed with the host co-sanctioning Tour as applicable.

Where the "Heat Index" is forecast to be in excess of 100 degrees Fahrenheit, (38 degrees Celsius) for any of the 4 rounds - shorts for Players will be permitted for **all** rounds**.

**At co-sanctioned events, where the host Tour may operate a different definition for when shorts can be worn, either this policy or the above heat index policy will apply by advance mutual agreement with the co-sanctioning Tour.

(iv) Footwear:

Flip-flops or similar are **NOT** acceptable.

(b) At other times e.g. when using the Player Lounge, the above guidelines do not apply.

In all cases the Tournament Director will have final authority on interpreting the guidelines in (a) above or amending the provisions of (b) above should local custom or similar require such amendment.

Penalty for non-observance: £600, doubling up for subsequent offences.

## 20. Caddie Regulations

Caddies are the responsibility of the Player employing them. Any breach of the following Regulations by a caddie will be deemed to be a breach by the Player employing him at the time. Such a Player may be required to pay a minimum penalty of £300 doubling up for subsequent offences:

(i)      Caddies are not permitted to wear jeans or sandals, and when wearing shorts must observe the regulations agreed between the PGA European Tour and the European Tour Caddies Association. Caddies must also wear shirts with collars or polo/turtle necks. Caddies, who intend to walk on the greens during

practice or competition rounds are not permitted to wear spiked (including pimple/traction bar style) golf shoes or indeed any type of footwear that it is evident is disturbing the surface of the greens".

(ii)     Caddies shall not engage in conduct unbecoming a professional caddie on the DP World Tour as determined at the sole discretion of the PGA European Tour.

(iii)    (a) Caddies will normally be permitted to display similar advertising to their Player.

(b) Taking into account the provisions of Regulation C21(iii)(a) above, two (2) or more caddies may not wear the branding of the same sponsor unless such branding is the branding of the tournament sponsor or a corporate sponsor of the PGA European Tour and the PGA European Tour has formally approved such sponsorship. Caddies shall not during a tournament wear or display any advertising material which, in the opinion of the relevant Tournament Director, may embarrass a sponsor or place in jeopardy the conduct of a tournament.

(c) Note – Caddies are required to wear and display the appropriate caddie "bib" or uniform for the duration of each round of the tournament. NB. For the purposes of this Regulation, a round is not deemed to have been completed until all Players in the group have completed the final hole and left the final green.

(iv)     The Media Rights (as defined in Regulation E5) are owned by and vest in the PGA European Tour.

(v)      The Media Rights include the irrevocable right to use any caddie's image, performance footage, interview or verbal contribution captured as part of the Media Rights in the relevant Tournament to the extent and howsoever necessary for PGA European Tour to exploit the Media Rights as anticipated by this Regulation C21 and/or E5 (but for the avoidance of doubt does not otherwise affect the caddie's rights as an independent contractor in respect of their own image except as set out in these Regulations, including Regulation E5 below).

(vi)     The use or exploitation of any Media Rights by caddies without the express prior written approval of the PGA European Tour is forbidden. To the extent that any such Media Rights are produced or created by any caddie, he or she shall assign or shall procure the  irrevocable assignment of, such Media Rights to the PGA European Tour at no cost to the PGA European Tour.

(vii)    No caddie shall enter into any agreement that has the effect or purported effect of assigning or licensing Media Rights to any party other than PGA European Tour or which in any way interferes with the PGA European Tour's ability to collect and exploit the Media Rights in any territory.

(viii)   No caddie is authorised to make any use, commercial or otherwise, of the DP World Tour name or logo without the express prior written approval of the PGA European Tour.

(xix)    The caddie shall procure that his representatives and commercial partners comply with the provisions of this Regulation C21, and that each (together with the caddie) shall provide any and all reasonable assistance and execute such documents as may be required by PGA European Tour to ensure the

effective assignment of and/or enable its exploitation or enforcement of the Media Rights.

(x)     No Ranked Member may caddie for any competitor in an Approved Tournament.

(xi)    Caddies are not permitted to mark Players' scorecards.

(xii)   Caddies are permitted to complete Players' performance cards.

(xiii)  All Players are required to use a caddie for all four rounds of every DP World Tour Ranking Tournament unless otherwise notified by the Tournament Director.

(xiv)   The use of a trolley during any round of a DP World Tour Ranking Tournament (by a Player or caddie) is not permitted, unless otherwise notified by the Tournament Director.

(xv)    Caddies are NOT PERMITTED to test the surface of putting greens on the course, except during official practice rounds, when the use of artificial devices in any such testing is PROHIBITED.

(xvi)   During pre-tournament pro-ams, caddies who are not participating in the pro-am are not permitted to walk on greens or in any other way interfere with the playing of the pro-am.

(xvii)  Caddies shall not stand on practice putting greens unless they are assisting their player with his putting.

(xviii) Caddies shall not hit shots or putts anywhere on the practice areas or course except in specially approved competitions.

(xix)   Caddies shall not engage in any conduct which is prohibited for players under the PGA European Tour's Anti-Doping Policy.

(xx)    Caddies are subject to the Integrity Policy (see section E2 of these Regulations) and, in addition to engaging in any conduct which is prohibited under the Policy, also have a positive obligation to report corrupt approaches or incidents.

(xxi)   Caddies shall refrain from making any statement or comment in any language, which is or may become public, whether via television, radio, newspaper, magazine, periodical book, the internet (including social networking websites such as Twitter and Facebook) or any other medium or means which the caddie knows or ought reasonably to know, will or is likely to constitute an attack on, disparage, harm or be otherwise prejudicial to the reputation or interests of any Tournament sponsor, promoter, players, fellow caddies, the PGA European Tour (or any division of it), or any of its officials or the game of golf in general.

(xxii)  The consumption of alcohol on the course during any round of a tournament is not permitted.

## 21. Mobile Phone & Other Electronic Device Policy
For Players, Caddies & Other Persons with Access To Practice Areas

When use of a mobile phone is authorised in the below, then such mobile phone must be kept on **silent** at all times and all persons must be mindful of disturbing other Players.

**Practice Days:**
- Players, caddies and other persons may use **all** applications of a mobile phone in **practice areas** or **on the golf course.** At all times however, Players, caddies and other persons should be mindful of disturbing other players.

- **Other electronic devices,** (rangefinders, launch monitors, video cameras for instruction, electronic watches with sensors etc.) may also be used in **practice areas** and **on the golf course** but in a manner that does not distract or slow other Players.

**Pro-Ams:**
- Players and other persons may use all applications of a mobile phone in **practice areas.**

- **On the course, players & caddies** may use mobile phones for social media activity specifically related to the pro-am day and/or current tournament. They are however prohibited from using any mobile phone applications that breach the rules of golf or DP World Tour Conditions of Competition such as measuring elevation change. Players & caddies are also prohibited from **making or receiving phone calls** other than to assist with a public emergency or in other exceptional circumstances specifically authorised **in advance** by the Tournament Director.

- **On the course, all other persons** must comply with the spectator mobile phone policy.

- **Other electronic devices** as defined above may be used in designated practice areas but are prohibited on the golf course unless approved by the Rules Committee.

**Official Competition:**
- **On the course,** the use of Mobile phones by **Players and caddies** is strictly prohibited **during** official competition rounds unless assisting with a public emergency or in other exceptional circumstances specifically authorised in advance by the Tournament Director.  A breach of this regulation could be a breach of the rules and incur a golfing penalty as well.

- **On the course,** other persons must comply with the spectator mobile phone policy.

- The use of **other electronic devices** is prohibited unless approved by the Rules Committee.

**Summary of Regulation showing permitted areas.**

| Category | Practice days | Pro-am | Tournament |
|---|---|---|---|
| Player/caddie | Range + course | Range + course with restrictions | Range + Emergency only & MPZ on course |
| Other persons | Range + course in line with spectator policy | Range + course in line with spectator policy | Range + In line with spectator policy on course. |

MPZ = Mobile Phone Zone

## 22. Guidelines For Players' Use Of Streaming Applications
- **Practice rounds** - Players may stream video from practice areas and from the course.
- **Competition rounds** - Players are not permitted to stream video.

- Players (themselves or through third parties) are prohibited from using streaming applications for commercial purposes.
- Players may only stream video through their "normal" platform (e.g. their existing facebook or Twitter account).
  Finally as is the case with all media captured at and/or emanating from the site of a DP World Tour tournament, such video streams shall be owned by the PGA European Tour.

## 23. Prize Presentation

(a) The winner of the tournament and, if requested by the tournament promoter and/ or sponsor, the Players in 2nd and 3rd places (and ties) must be present at the prize presentation. In DP World Tour approved one day pro- ams (i.e. those set out in the "Approved Pro-Am" section of this Handbook) and pro-ams which precede Approved Tournaments only the leading Player in the team event shall be required to be present subject to the provisions of Regulation C9(h). Penalty for non-observance: £600 doubling up for subsequent offences.

(b) Where a tournament sponsor offers a branded prize to a Player which is a product or service that may conflict with any product or service which is endorsed by that Player, the rights of the tournament sponsor shall prevail i.e. the Player shall not have the right to refuse a formal presentation of the prize and must comply with any reasonable media coverage connected with the presentation of such prize, provided that the manner of acceptance of that prize and the media coverage connected with the presentation of it could not reasonably be considered to be an endorsement by the Player of that prize or brand.

## 24. Independent One-Day Tournaments

(a) Unless otherwise stipulated in the Tournament Conditions section of this Handbook, the field will be made up as follows:
    (i) The defending champion.
    (ii) Tournament winners from the current Official Season
    (iii) A maximum of 6 professional tournament invitations.
    (iv) The balance from the previous Official Season's DP World Tour Rankings, up to and including the lowest ranked Member in Category 10, and thereafter in Exemption Category list order.

(b) Any Player from Categories 1-15 will not be permitted to play within a 100 mile radius on the date of the independent one day tournament without the written permission of the Chief Executive.

(c) Each Player will have an entry fee of £95 deducted from his prize money.

# D. Integrity

## 1. Anti Doping Policy

All Players Participating in Approved Tournaments shall be subject to the terms and conditions of the PGA European Tour Anti-Doping policy, (The DP World Tour Anti-Doping Policy). The full terms of the DP World Tour Anti-Doping policy may be viewed on the Members' Website within the section; - "Anti-Doping Policy" and its sub section; - "Anti-Doping information". Questions regarding the DP World Tour Anti-Doping policy should be directed to

Michele Verroken, Anti-Doping Programme Administrator:
Email: michele@sportingintegrity.com
Tel: + 44 (0) 7785 326569
SKYPE ID: michelev0510

## 2. Integrity Policy

**Definitions:**

**A Covered Person** - means any Member, Player, Related Personnel and/or employee of the PGA European Tour.

**Related Personnel** - means any individual who is associated with a Member or Player including a Player's manager, agent, caddie, coach, physio, spouse, partner, back room staff, personal sponsor or any other person (including a family member) who receives accreditation at a PGA European Tour Sanctioned Tournament or any other professional golf tournament at the request of the Member or Player or any other Related Personnel.

(a) **Corruption Offences:**
   (i)     No Covered Person shall either directly or indirectly bet or instruct any other person to bet on the result, progress, conduct or any other aspect of any professional or elite amateur golf tournament (or any part thereof) anywhere in the world.
   (ii)    No Covered Person shall, directly or indirectly, solicit or facilitate any other person to bet on the outcome or any other aspect of any professional or elite amateur golf tournament (or any part thereof) anywhere in the world. For the avoidance of doubt, to solicit or facilitate to bet shall include displaying live golf betting odds on the website or social media platform of a Covered Person.
   (iii)   No Member or Player shall have any financial interest, either direct or indirect, in the performance or winnings of any Other Player whether through purse-splitting, prize money "insurance", financial assistance, bets or otherwise.
   (iv)    No Covered Person shall directly or indirectly provide, offer, give, request or receive any money, benefit or consideration in circumstances that the Covered Person might reasonably have expected could bring him, the PGA European Tour or the sport of golf into disrepute.
   (v)     A Member or Player shall not fail to give his best efforts, and a Covered Person shall not either directly or indirectly induce or encourage any Other Player to fail to give his best efforts, in any professional or elite amateur golf tournament (or any part thereof) anywhere in the world.

(vi)     No Covered Person shall directly or indirectly use or provide to any other person any information relating to any aspect of any professional or elite amateur golf tournament (or any part thereof) anywhere in the world, which they have by virtue of their position within the game and which is not publicly available and which information could reasonably be anticipated to be used for, or in relation to, betting.

(vii)    No Covered Person shall directly or indirectly contrive or attempt to contrive any aspect of any professional or elite amateur golf tournament (or any part thereof) anywhere in the world.

(viii)   Each Member and Player shall be responsible (to the extent that it is reasonably possible for him to be so) for any actions of his Related Personnel. Therefore any proven breach of those Regulations by such "Related Personnel" shall be considered as a breach of these Regulations by the Member or Player himself.

(ix)     If a Covered Person knowingly assists or is a party to 'covering up' conduct which is prohibited by these Regulations, that Covered Person will be treated as having engaged in such conduct personally.

**(b) Reporting Obligations:**

(i)      Any Covered Person shall inform the PGA European Tour Integrity Officer (ETIO) without delay, on a confidential basis, of any incident or activity, including approaches from any person or third party, which he/she believes may or will contravene or may or will lead to the contravention of the Integrity Policy.

(ii)     In the event that any Covered Person is approached by any person who offers or provides any type of money, benefit or consideration to that Covered Person to (i) influence the outcome or any other aspect of any professional or elite amateur golf event (or any part thereof) anywhere in the world, or (ii) provide information as described in (a)(vi) above, it shall be the Covered Person's obligation to report such incident to the ETIO as soon as possible.

(iii)    Any attempt by a Covered Person, or any agreement by a Covered Person with any other person, to engage in conduct that would culminate in the breach of any of the Regulations shall be treated as if a breach of the Regulations has been committed, whether or not such attempt or agreement in fact resulted in such breach of the Regulations. However, there shall be no breach of the Regulations under this Regulation where the Covered Person renounces his attempt or agreement prior to it being discovered by a third party not involved in the attempt or agreement.

(iv)     Any Covered Person, whether accused of a breach of these Regulations or not, shall provide the ETIO, or the Investigation Unit with full access to and copies of any documents or information which the ETIO, or the Investigation Unit requests if a breach of the Integrity Policy, whether by the Covered Person or a different person, has been alleged to have occurred and shall cooperate in full with any investigation and/or any disciplinary procedure that is carried out in relation to an alleged breach of these Regulations.

(v)      Any Covered Person, whether accused of a breach of these Regulations or not, shall cooperate in any disciplinary or other formal hearing related to an alleged breach of these Regulations, including, but not limited to, appearing as a witness and/or providing a witness statement and/or answering questions put to them by the Disciplinary Panel and the representatives of the

prosecution and defence in the matter before the hearing.

(vi) For a breach of these Regulations to be committed, it is sufficient that an offer or enticement was made, regardless of whether any money, benefit or consideration was actually paid or received.

Any alleged breach of these Regulations shall initially be subject to the investigations procedure set out in the full "Integrity Programme" and may then be subject to the Disciplinary Procedures also set out in this Programme. The full programme is available under the Integrity section of the Members' website

# E. Commercial & Legal

## Definitions

## For the purposes of this Regulation E:

**"Promotion of"** means entering into any oral or written arrangement or agreement with a golf tour, tournament organiser, promoter, sponsor or agent under which the Member agrees to (a) Participate in any Conflicting Tournament and/or (b) carry out any personal appearance, participate in any press conference or interview, make any positive public statement in connection with such Conflicting Tournament (including confirming that he will Participate in it) or grant the right for the Member's image to be used to advertise, promote or endorse such Conflicting Tournament and

**"Tournament Week"** means in relation to an Approved Tournament, the period beginning on the day (normally Tuesday) that is two days in advance of the first round of such Approved Tournament, up to and including the day of the final round of such Approved Tournament (normally Sunday);

## 1. Conflicting Tournaments (including Guidelines for release)

### (a) General
The PGA European Tour recognises the individual rights of all Members operating as independent contractors. The PGA European Tour therefore confirms to all Members that at no time will it hold out to tournament sponsors or promoters the guaranteed appearance or entry of any individual Member. As a general principle, the PGA European Tour will not unreasonably seek to restrain its Members from Participating in certain golf tournaments or events which are not sanctioned by the PGA European Tour, nor from engaging in independent commercial activities provided that these do not risk unreasonably interfering with the commercial interests or reputation of the PGA European Tour, nor affect the Member's Participation in Counting Tournaments.

### (b) Legitimate Aim
Notwithstanding the above, the PGA European Tour requires those Members referred to in Regulation E1(c) below to comply with the Conflicting Tournaments Regulations set out in this Regulation E1. Compliance with this Regulation E1 by Members is required to ensure that the PGA European Tour will remain in a position to fulfil, at all times, the expectations of its tournament sponsors, promoters and broadcast partners who support the PGA European Tour and its Members by providing playing opportunities and financial opportunities to enhance Members' professional golfing careers. In particular each Member acknowledges the collective obligations of the PGA European Tour to provide representative fields to encourage promoters to provide competitive prize funds and playing opportunities for the benefit of Members.

### (c) Application for Permission
Members listed in paragraphs (i)-(xxii) of Regulation B2(a) above (and in relation to those specific weeks in any one Official Season when the Nedbank Golf Challenge

and DP World Tour Championship, Dubai are due to be staged, any Members) who are eligible to Participate in one or more DP World Tour Tournaments, shall not Participate (or allow or agree to the [1]Promotion of their Participation in) any of the following tournaments or matches without first applying in writing for and obtaining the prior written permission of the Chief Executive in accordance with Regulation E2 below:

(i)   any tournament or exhibition match, whether private or public, that is not an Approved Tournament, scheduled to be staged against the Tournament Week or any part of it; or

(ii)  any tournament or exhibition match, whether private or public, that is not an Approved Tournament, scheduled to be staged against or within seven days prior to the [2]Tournament Week and which tournament or exhibition match is either:

(A) within 50 miles of the venue of the Approved Tournament scheduled that Tournament Week; or

(B) in the same country as the Approved Tournament scheduled in that Tournament Week, if the Member is eligible, but does not intend to play in such Approved Tournament.


**(d) Exceptions**

The following are the exceptions to the above requirements.

(i)   Any Member Participating in the US Masters, US Open, US PGA or the WGC - Dell Technologies Match Play, or the WGC - HSBC Champions.

(ii)  Any non-European Member Participating in a tournament on his own Home Tour; and

(iii) Any Member who is also a member of the PGA Tour and Participates in a tournament which is being sanctioned by the PGA Tour, provided that:-

- such Member has Participated, or it is possible for him to Participate in, the minimum number of Counting Tournaments in the then current DP World Tour Schedule in accordance with Regulation B1(c); or
- the PGA Tour sanctioned tournament offers larger prize money and World Ranking points than the corresponding DP World Tour Ranking Tournament;
- the Member is not the defending Champion of the corresponding DP World Tour Ranking Tournament;
- the corresponding DP World Tour Ranking Tournament is not to be staged in the country of which the Member is a national. (for the avoidance of doubt this requirement applies irrespective of the provisions in Regulation B1(c)); or
- the PGA Tour sanctioned tournament is not in the same geographical region or a similar time zone (+/- 1 hour) as the corresponding DP World Tour Ranking Tournament; or
- the PGA Tour sanctioned tournament does not have similar or simultaneous live television coverage to the corresponding DP World Tour Ranking Tournament.

If a Member has any concerns as to whether a PGA Tour sanctioned tournament falls within an exception under this Regulation E1(d), the Member should refer the question to the Chief Executive for clarification.

**Guidelines for Release for Conflicting Tournaments**

References to "the Tournament" in the following Guidelines mean the Approved Tournament against which the Conflicting Tournament is scheduled.

When considering whether or not to grant a Member's request for a release from a Tournament to Participate in any Conflicting Tournament, the Chief Executive shall consider a number of general factors including the following:

- The overall make-up of the field of the Tournament.
- The Member's standing in the current DP World Tour Rankings and in the DP World Tour Rankings in previous Official Seasons.
- The number of Counting Tournaments that the Member has Participated in, or has committed to Participate in, in the current Official Season and in previous Official Seasons.
- The Member's record of Participation in the Tournament (or, if the Tournament is new, the Member's record of Participation in other Approved Tournaments which are similar to the new Tournament).

In addition, the Chief Executive may give weight to a number of additional specific factors including the following:

- Whether the request is to Participate in the Member's home Open golf tournament. (Normally released if so)
- Whether the Member's participation in the Conflicting Tournament will significantly harm the PGA European Tour's relationship with the sponsor or promoter of the Tournament. (Not normally released if so)
- Whether the Member is the defending Champion of the Tournament. (Not normally released if so)
- Whether the Tournament is being staged in the country in which the Member is a national. (Not normally released if so)
- Whether the sponsors of the Conflicting Tournament conflict with the sponsors of the Tournament. (Not normally released if so)
- Whether there is any broadcast coverage of both the Conflicting Tournament and the Tournament which can be viewed in:
  o the country in which the Tournament is being staged; and/or
  o any country which is within the same time zone as the country in which the Tournament is being staged, and in either case, as a result of such coverage, the media exposure of the Tournament may be damaged.
  (Not normally released in either case)
- Whether the Conflicting Tournament offers a prize fund or World Ranking points significantly higher than the Tournament. (Normally released if so)

The Chief Executive may also consider the wider interests of the PGA European Tour in exercising judgment about a requested release, for example if (in the opinion of the Chief Executive):

- The Tournament is co-sanctioned and the relationship between the PGA European Tour and the co-sanctioning golf tour may be damaged if the Member is released from the Tournament. (Not normally released if so)

- There is a likelihood of the public assuming that the Conflicting Tournament is sanctioned by PGA European Tour, whether on account of the Member's Participation or otherwise. (Not normally released if so)
- Any refusal to grant a Member's request to Participate in a Conflicting Tournament will materially prejudice the Member's chances of gaining the right to become eligible for Membership of the DP World Tour for the next Official Season. (Normally released if it will do so)

Whilst the PGA European Tour endeavours to maintain a reasonably consistent approach in relation to the granting or withholding of any permission for a Member to Participate in a Conflicting Tournament, each request will be assessed on its own merits and in the context of all relevant factors relating to the  Member's specific request. The Chief Executive's past decisions do not form a binding precedent and whether a Member might normally be released in certain or equivalent circumstances does not mean the Chief Executive is required to the release the Member pursuant to any particular request. The Chief Executive shall be entitled (but not obliged) to make any release granted to a Member subject to the acceptance and subsequent fulfilment by the Member of conditions, determined in the discretion of the Chief Executive and with reference to the relevant factors referred to in this Regulation E1 and Regulation E2. If such conditions are stipulated by the Chief Executive and the Member does not wish to accept and subsequently fulfil the conditions, the release will not be granted.

In considering whether or not to grant a Member's request to Participate in any Conflicting Tournament, and whether or not to make any release granted to a Member subject to the acceptance and fulfilment of conditions by that Member, the Chief Executive shall apply his discretion but will act reasonably at all times when considering the relevant factors including the above factors and balancing the legitimate interests of the Member against the best interests of all Members and the PGA European Tour itself.

## 2. Protocol for Release for a Conflicting Tournament

**(a) Release Procedure**

All applications by a Member for the above permission must be made in writing to the Chief Executive - kpelley@europeantourgroup.com and copied to releases@europeantourgroup.com as soon as reasonably practicable and before any advance Promotion of a Member's Participation in any such Conflicting Tournament and in any event must be received by the Chief Executive at least 30 days before the Conflicting Tournament.

**(b) Consequences of non-compliance.**

It shall be a breach of the  Regulations for any  Member who either: (i) fails to comply with Regulation E2(a); or (ii) who, having complied with  Regulation E2(a), Participates (or allows or agrees to the [1]Promotion of his Participation or expected Participation in) any Conflicting Tournament in circumstances where he has not  received the  prior written approval of the Chief Executive; or (iii) having complied with Regulation E2(a), fails to fulfil to the Chief Executive's reasonable satisfaction (whether in whole or in part) any conditions accepted by the Member in consideration for permission from the Chief Executive to Participate in any Conflicting Tournament.

In any and all such circumstances such Member will not receive any Ryder Cup points for his performance in the relevant Conflicting Tournament(s).

Members who are in breach of this Regulation E2 may also be deemed to have committed a serious breach of the Code of Behaviour in Regulation F, including without limitation injurious conduct (within the meaning of paragraph 6 of Part I of Regulation F) as it is acknowledged that any failure by the Member to comply with this Regulation E2 may cause considerable damage to the relationship between the PGA European Tour and the promoter or sponsor of any affected Approved Tournament.

[1]For the purposes of this Regulation E2, Promotion of has the same meaning as set out at the top of this Regulation E.

## 3. Player Endorsements & Non-Golfing Attachments

### (a) Player Endorsements

### (i) Logo Size, Location and Quantity

Logos on a Player's clothing and headwear must be in good taste as to size, location and quantity. The overall area occupied by a single logo on any item must not exceed 3"x 5" (75 x 130mm).

As a guideline, the following are considered reasonable and are generally acceptable:

**Hat:**
1 logo front or back and 2 smaller logos each side, where the overall area of any one logo does not exceed 3"x 5" (75 x 130mm).

**Shirts, Jumpers, Waterproof tops:**
Chest: 1 logo not exceeding 3"x 2" (75 x 50mm) on each of right and left breast
Sleeve: 1 logo not exceeding 3"x 2" (75 x 50mm) on each of right and left sleeve
Collar: 1 logo on each of right and left collar
Yoke: 1 centrally positioned logo not exceeding 3"x 5" (75 x 130mm).

Examples of unacceptable size/locations include across the back of a shirt, jumper or waterproof top, down the length of either sleeve, down the length of a Player's trouser legs and rear-end area of a Player's trousers, (including waterproof trousers).

### (ii) Permissible Product Categories for Player Endorsements

For the purposes of clarity, Player endorsements (and therefore the logos referred to in (i) above) are permitted in the following product categories:
- Betting
- Alcohol products

but are prohibited in the following product categories
- Tobacco
- E-cigarettes

However, the PGA European Tour reserves the right to withdraw permission (generally, or in respect of any Tournament or territory) in respect of any permitted product categories going forwards, including as a result of any integrity review or change in policy, or if otherwise in its opinion such action would be in the best interests of the PGA European Tour and/or its Members.  Individual Members must also be mindful of their obligations in respect of not damaging the integrity or reputation of the sport or the PGA European Tour, bearing in mind all the circumstances of the endorsement (including the reputation and conduct of the product partner and the relevance of any disciplinary or Code of Behaviour issues of the Member to the endorsement).

If a Player considers that an endorsement could cause an issue for any reason, whether or not it falls under a permissible product category above, he should contact the Director or Deputy Director of Tour Operations for clarification prior to proceeding with such endorsement. Notwithstanding the foregoing, it is the Player's sole responsibility to ensure that the display of logos for the purposes of Player endorsement comply with  all applicable laws in all relevant territories, including in the jurisdiction in which a tournament is taking  place (it being acknowledged that in certain  territories, for example, the display of betting- related or alcohol-related logos for commercial advertising purposes is prohibited). Should the display of any Player endorsement not previously approved by the Director or Deputy Director of Tour Operations subject the Tour to any liability to a fine, penalty or similar from the relevant authorities in any jurisdiction, the Player shall fully indemnify the PGA European Tour, on demand, in relation to the same.

Players should not enter into endorsement arrangements with betting companies that require, as part of the agreement, the provision of tips or predictions to the betting company's clients. For clarity, under the Integrity Policy, Players must not provide inside information that could be abused for betting purposes and this is likely to include providing exclusive insight, via any medium (e.g. blog or vlog post or column) accessible only to clients or an exclusive group of clients of the betting company, into how the Player or any Player in the tournament might play or where they might place in the tournament.

### (iii) Conflicting advertising

No Player, or his caddie, during the playing of an Approved Tournament will be permitted to wear or display any advertising material which, in the opinion of the Tournament Director, may compromise a title sponsor or otherwise place in jeopardy the conduct of a tournament. In all cases, a Player must obtain the approval of the Chief Executive or the Tournament Director prior to the commencement of the relevant tournament to wear advertising material which conflicts with the tournament's commercial partners. As a guideline, a clear distinction will be made between primary (front of visor or shirt collar) and secondary (clothing and golf bag) advertising. Secondary advertising will normally be permitted but may be assessed on a case by case basis, but any conflicting primary advertising will only  be permitted if

printed tone-on-tone, i.e. in a similar colour. The interests of the title sponsor will be considered paramount.

**(b)  Non-Golfing Attachments**

Applications for non-golfing attachments may be subject to approval by the Tournament Committee. Tournament Committee approval will be given on the basis of one brand name only  to one Member. The Tournament Committee may seek binding assurances from the Member that such non-golfing attachments will not conflict or compete with any commitments to the PGA European Tour including minimum participation in Counting Tournaments or media and/or publicity commitments for Approved Tournaments in which the Member is participating, especially (but not exclusively) during Tournament Week. The Tournament Committee shall also have reference to the reputation, integrity and best interests of the PGA European Tour generally in giving or withholding approval for such non-golfing attachments.

## 4. No Guarantee for Appearance

Neither Players nor other individuals acting on such Players' behalf shall solicit or accept any  compensation, gratuity or other value in kind offered for the  purpose of guaranteeing their appearance in any tournament which is sanctioned by the  PGA European Tour or any Approved Tournament, including any  pro-am event played in connection therewith, except as may be specifically authorised in writing by the Chief Executive prior to the relevant tournament.

The PGA European Tour has issued notification to promoters and sponsors that the  rule will be applied using the  following guidelines:-

(a)  Tournament promoters and major sponsors may consider the  promotion of a special event (Skins, Shoot-out, Champions Challenge etc.) where a separate prize  fund could be provided to a maximum of 25% of the  tournament purse. Participation of Players therein shall be determined by PGA European Tour  qualification and invitations agreed with  the  PGA European Tour.  Similarly television arrangements (if any) of such special tournaments should be agreed in advance by promoters with the  PGA European Tour.

(b)  Tournament promoters and major sponsors may accept entries from Players with specific individual contracts with  either the  tournament's major sponsor or official co- sponsors for genuine business purposes beyond simply the  act of performing in the  major sponsor or official  co- sponsors' golf tournament. This would include the business purpose of advertising or general promotional activity for the sponsor/co-sponsor.

(c)  Tournament promoters and major sponsors may similarly accept Players' entries where such Player has a beneficial relationship with the  host venue through golf course design or a business relationship.

(d)  Bonus pools: The operation of season-long bonus pools or bonus pools related to one or more tournaments may be operated – provided the basis relates to performance in tournaments.

These guidelines are not exhaustive but generally representative and anyone requiring further clarification should contact the Chief Executive prior to agreeing to participate in any such activity.

## 5. Film, Media and Other Property Rights

For the purposes of this Regulation E5 only:

**"Relevant Tournament"** means any competition, tournament, event or exhibition in which at any time the PGA European Tour (or any group company including European Tour Productions Limited) owns or controls the relevant rights anywhere in the world. This includes any such competition, tournament, event or exhibition that is sanctioned by the PGA European Tour and/or which is an Approved Tournament at any time.

**"Media Rights"** means television, radio, film, audio, broadcast, digital and photographic content, statistical data and information (including media, performance, scoring, ball tracking, gaming and betting data and all related data feeds), including any forms of audio, video, or data streaming (including digital and online in any format), whether or not live, and all other electronic media rights of all Members and their respective caddies Participating in any Relevant Tournament or any portion thereof, including the right to broadcast, copy and exploit the same by all means in any territory and in any format, including by audio, visual and audio-visual media, whether broadcast, online or on-demand, or as part of any digital product, download, game or application, and or for any device or platform known or hereafter invented, and including all internet, interactive, "over-the-top" and all other multi-media rights.

For the purposes of Regulations C21(iv) to (vi), inclusive and this Regulation E5 only, a Member and/or his caddie is 'Participating' at a Relevant Tournament while he is: (i) competing in the tournament (that is after hitting his first tee shot); and (ii) otherwise at the Venue at which the Relevant Tournament is being staged (whether: (A) partaking in tournament related activities such as practice rounds, pro-ams, official functions or media conferences; (B) waiting to start or having finished a round; or (C) in any other capacity during the Tournament Week).

### (a) Media Rights

The Media Rights are owned by and vest in the PGA European Tour and (as necessary) are assigned to the PGA European Tour by its Members, Players, their respective caddies or media partners, and shall be the property of and expressly reserved by the PGA European Tour.

The Media Rights include the irrevocable right to use any Member or Player's image, performance footage, interview or verbal contribution captured as part of the Media Rights in the relevant Tournament to the extent and howsoever necessary for PGA European Tour to exploit the Media Rights as anticipated by this Regulation E5 (but for the avoidance of doubt does not otherwise affect the Member's rights as an independent contractor in respect of their own image except as set out in these Regulations, including Regulation E5(c) below).

**(b) Responsibilities of Members in respect of Media Rights**

The use or exploitation of any Media Rights by any Member, his caddie or any other person without the express prior written approval of the PGA European Tour is forbidden. To the extent that any such Media Rights are produced or created by any Member, his caddie, his representative or commercial partner, the Member shall assign or shall procure the irrevocable assignment of such Media Rights to the PGA European Tour at no cost to the PGA European Tour.

No Member (nor his caddie, representative nor any of his commercial partners) shall enter into any agreement that has the effect or purported effect of assigning or licensing these Media Rights to any party other than PGA European Tour or which in any way interferes with the PGA European Tour's ability to collect and exploit the Media Rights in any territory.
No Member (nor his caddie, representative nor any of his commercial partners) is authorised to make any use, commercial or otherwise, of the DP World Tour name or logo without the express prior written approval of the  PGA European Tour.

The Member shall procure that his caddie, representatives and commercial partners comply with  the  provisions of this  Regulation E5(b), and that each (together with the Member) shall provide any and all reasonable assistance and execute such documents as may be required by PGA European Tour to ensure the effective assignment of and/or enable its exploitation or enforcement of the Media Rights.

**(c) Ryder Cup**

The PGA European Tour (whether itself or through Ryder Cup Limited, European Tour Productions Limited or other appropriate group company) may procure and use:

(i) the collective images of Players (meaning at least two Players in any one image) eligible to Participate in the Ryder Cup Matches; and/or

(ii) the image of the appointed captain

to represent an official endorsement by the  PGA European Tour  (or Ryder Cup Limited, European Tour Productions Limited or other appropriate group company) of a sponsor(s), supplier(s) or another entity's product or service associated with the  Ryder Cup, to exploit in any media in any territory in perpetuity, without further reference or payment to the Member or Player (the "Ryder Cup Image Rights").

No Member (nor his caddie, representative nor any of his commercial partners) shall enter into any agreement that has the effect or purported effect of limiting the PGA European Tour's ability to procure and exploit the Ryder Cup Image Rights in any territory.

No Member (nor his caddie, representative nor any of his commercial partners) is authorised to make any use, commercial or otherwise, of the Ryder Cup name or logo without the express prior written approval of both the  PGA European Tour and Ryder Cup Limited.

The Member shall procure that his caddie, representatives and commercial partners

comply with the provisions of this Regulation E5(c), and that each (together with the Member) shall provide any and all reasonable assistance and execute such documents as may be required by Ryder Cup Limited or PGA European Tour to ensure the effective assignment of and/or enable their exploitation or enforcement of the Ryder Cup Image Rights.

## 6. Limitation of Liability

The PGA European Tour's aggregate liability to any Member whether in contract, tort or otherwise (including any liability for any negligent act or omission) shall in no circumstance exceed Twenty Million Pounds (£20,000,000). Nothing in these Regulations is intended and nor shall it be construed as an attempt by the PGA European Tour to exclude or limit its liability to any Member for fraud or fraudulent misrepresentation, death or personal injury caused by its negligence or for any other liability which cannot be excluded by law.

## 7. Enforcement

It is acknowledged by Members that certain failures by any Member to comply with this Regulation E has the potential to cause considerable damage to the integrity, reputation and/or rights of the PGA European Tour, to the value of the PGA European Tour's brand and its key commercial assets, and/or to the relationship between the PGA European Tour and its sponsors and broadcast partners, or the promoter or sponsor of any affected Approved DP World Tour Tournament.

Therefore in certain circumstances Members who are in breach of any part of this Regulation E may also be deemed to have committed a serious breach of the Code of Behaviour as set out in Regulation F, including without limitation injurious conduct (within the meaning of paragraph 6 of Part I of Regulation F).

The PGA European Tour is committed as a general principle to acting in the best interests of both the PGA European Tour itself and its Members as a whole, and to acting reasonably and proportionately in respect of any action taken against individual Members. However, all Members acknowledge the importance and value of the rights and regulations set out under this Regulation E to the integrity, reputation and ongoing success of the PGA European Tour. In addition to actions taken under the Code of Behaviour, the PGA European Tour reserves all its rights and remedies under law and contract as against its Members for breaches of this Regulation E, including in respect of its intellectual property rights.

## 8. Governing Law

These Regulations (together with any disputes or claims relating to contractual or non-contractual obligations arising out of or in connection with them) are governed by and construed in accordance with English law.

# F. Code of Behaviour and Disciplinary Procedure

This Regulation F is comprised of: Part I, a code of behaviour ("Code") designed to help the management of the PGA European Tour and its Members identify the conduct and standards of ethics that are expected from the Members, and; Part II, the disciplinary procedure ("Disciplinary Procedure"), which sets out the procedure to be followed where there may have been a breach of the Code.

## I.  Code of Behaviour

## 1.  General

On becoming a Member, each person voluntarily submits himself to standards of behaviour and ethical conduct beyond those required of amateur/recreational golfers and members of the public. The DP World Tour has been the hallmark of honesty, fair dealings, courtesy, and sportsmanship and each Member must honour and uphold that tradition at all times whether on or off the golf course.

It would be impossible to define exactly the standard of conduct expected from Members in all circumstances or to definitively and exhaustively list every act that would amount to a breach of the Code (and for which disciplinary sanctions might be imposed). Paragraph 2, below, contains a non-exhaustive, illustrative list of acts and omissions that will be considered breaches of the Code, but in most cases common sense should tell the Member the standard of behaviour that is required. If a Member has any doubt as to the conduct expected of him (in general or in specific circumstances), he should contact the PGA European Tour's headquarters for advice.

## 2.  Breaches of this Code

Notwithstanding the conduct requirements set out at paragraph 1, above, each of the following acts or omissions by a Member will be a breach of the Code:

### (a) Best Efforts
Failure to give his best efforts in competition or to play in a professional manner.

### (b) Etiquette
Failure to comply with normally accepted standards of courtesy and golf etiquette.

### (c) Crime
Conviction of a criminal offence by a court of law.

### (d) Misbehaviour
Misbehaviour or misconduct (on or off the course) that is generally unacceptable by normal social standards.

### (e) Abuse/harassment of Tournament Officials, Volunteers, DP World Tour Staff.

(i)     During competition:
        A Player and/or their caddies not acting respectfully towards tournament officials and volunteers and/or using offensive language or gestures, or making comments likely to injure or discredit the reputation of any such official, volunteer or their respective governing body).

(ii)    During and outside of competition:
        A Player, his family, caddies or other representatives abusing or harassing its officials, volunteers or any other staff (including oral, physical or other abuse/harassment). Any behaviour which creates an intimidating, hostile, degrading, humiliating or offensive environment will not be tolerated.

NOTE: For the purposes of paragraph 1(e) above, please note the following:

**Principles**

- We are committed to a working environment that is free from verbal, physical or online harassment and abuse.
- All officials, volunteers and DP World Tour employees have the right to be treated, with courtesy, dignity and respect.
- They have the right to carry out their role without fear of being harassed, abused, discriminated against or victimised.
- We will not tolerate abuse or harassment of any kind. All allegations of abuse, bullying or harassment will be investigated and where determined as such will be considered a breach of this regulation.
- Harassment and bullying can have very serious consequences for both victims and perpetrators, as well as for our business.

**What is abuse and harassment?**

**Abuse** - is offensive, intimidating, malicious or insulting behaviour, and/or an abuse or misuse of power, that is meant to undermine, humiliate or injure the person on the receiving end.

**Harassment** is unwanted conduct related to relevant protected characteristics, such as sex, gender identity or expression, race (which includes colour, nationality and ethnic or national origins), marital or civil partnership status, disability, pregnancy or maternity, sexual orientation, religion or belief and age, that either has the purpose of violating a person's dignity or creating an intimidating, hostile, degrading, humiliating or offensive environment for that person; or is reasonably considered by that person to do so, even if this effect was not intended by the person responsible for the conduct.

The difference between abuse and harassment, is that harassment relates to protected characteristics and is unlawful under the Equality Act 2010, whereas abuse does not relate to protected characteristics and is not against the law.

Legitimate, reasonable and constructive criticism of performance or behaviour will not amount to abuse or harassment.

**It's about what an individual thinks is unacceptable**

Everyone has the right to decide what behaviour is acceptable to them and to have their feelings respected by others. Behaviour which any reasonable person would realise would be likely to offend, intimidate or humiliate will be treated as abuse or harassment without the recipient having to make it clear in advance that behaviour of that type is not acceptable to them.

DP World Tour Staff have been advised that in such a circumstance they are to make it clear if they find any behaviour unacceptable and that if this does not cease immediately, they are to walk away and report the incident to the Tournament Director.

**Implications of abuse or harassment**

Abuse or harassment can damage the health, confidence, morale and performance of employees who are affected by it. As well as being a breach of this Regulation, abuse or harassment may also be a civil or criminal offence, and harassment is unlawful under equality legislation.

**(f) Injurious Conduct**
Conduct likely to injure or discredit the reputation of the PGA European Tour or any of its Members or conduct that is contrary to the PGA European Tour's constitution, rules or Regulations.

**(g) Failure to Report a Breach of the Code**
Failure by a Member:
    (i)   To report a breach of the Code by another Member when the breach is known to that Member or in circumstances where he should reasonably have realised that a breach of the Code may have occurred; or
    (ii)  To fully co-operate with any investigations, inquiry or proceedings relating to a breach or suspected breach of the Code.

**(h) Rules of Golf**
Failure to comply with the Rules of Golf as amended by local rules in force at any tournament or any conditions of competition, regulations or other rules, by-laws, directions or instructions as specified by the PGA European Tour from time to time.

**(i) Goodwill**
Failure by a Member to act at all times in the best interests of, and trying to enhance the goodwill which attaches to, the PGA European Tour and the game of golf.

**(j) Breach of Regulations**
Breach of the Regulations as in force from time to time (including the confidentiality provisions) (other than the PGA European Tour Anti-Doping Policy or Integrity Policy, a breach of which will be resolved in accordance with its terms).

## 3. Governing Law
This Code and each dispute or claim arising out of or in connection with it (including non-contractual disputes and claims) will be governed by and construed in accordance with English Law.

## II. DISCIPLINARY PROCEDURE

## 1. Preliminary Investigations

If the Chief Executive has reasonable grounds to conclude that a Member may have committed a breach of the Code, he may cause to be carried out a preliminary investigation of the circumstances of such potential breach by a "Disciplinary Officer", who will be the relevant Tournament Director, the Chief Referee or such other person nominated by the Chief Executive.

The Disciplinary Officer will have full power and exclusive authority to consider and investigate all matters that constitute or are capable of constituting a breach of the Code, and is entitled to undertake such investigations as he may deem necessary, including: (a) requiring the provision of information, documentation, written statements and/or answers, and other material that he considers relevant, and/or (b) requiring attendance at meetings to answer questions in person, and/or (c) requiring the provision of relevant login details and passwords and/or facilitate access by (or on behalf of) the Disciplinary Officer to computers, telephones and/or other communication devices, betting accounts, computer records, telephone records, social media and email accounts, and (d) in respect of investigations into any possible breach of the 'best efforts' requirements or other corrupt activities, requiring provision of relevant login details and passwords and otherwise facilitate access by (or on behalf of) the Disciplinary Officer to bank and building society accounts and similar. Each Member must, when so requested, cooperate fully with any investigation (and provide comprehensive, honest and accurate information and responses). A failure or refusal by a Member to so cooperate will itself constitute a breach of the Code (and any Disciplinary Panel or Appeal Panel will be entitled to draw adverse inferences from such failure or refusal).

Following the preliminary investigation, the Disciplinary Officer (in conjunction with the Director of Tour Operations and, if necessary, the Chief Operating Officer) will determine whether (a) there is a case to answer for breach of the Code; (b) the alleged breach of the Code should be considered a Nominal Breach, a Minor Breach or a Serious Breach of the Code (as described below), and; (c) if such breach is considered a Minor Breach, whether that alleged breach warrants the imposition of a sanction. While categorisation of the breach as set out above will depend on all the circumstances, the following is a non-exhaustive, illustrative list of what ordinarily will be considered to be a Nominal Breach, Minor Breach or Serious Breach (as applicable) of the Code:

### (a) Nominal Breach

A technical, insignificant and/or nominal breach of the Code that (in the sole discretion of the Disciplinary Officer) does not warrant any further sanction against the Member who has committed the breach, other than any sanction that may have already been imposed on the Member under the Rules of Golf or the conditions of competition of the relevant Approved Tournament or by another sports organisation or law enforcement agency.

**(b) Minor Breach**

**Best efforts:** failure to compete professionally (with no evidence of ulterior motive) in a manner that either creates negative exposure for the DP World Tour or upsets fellow competitors.

**Etiquette:** non-raking of a bunker, dropping litter on the course, lack of oral warning if hitting a ball close to spectators.

**Misbehaviour:** club abuse, use of audible obscenities, minor incidents resulting from drunken or otherwise unprovoked socially unacceptable behaviour by a Member or his caddie.

**Injurious conduct:** actions or comments that may harm or discredit officials, fellow Members, sponsors, promoters, volunteers, third party contractors or the PGA European Tour but which does not or is unlikely to create significant negative media or long term damage to any of the aforementioned persons.

**Failure to report a breach of the Code:** a failure to report a breach of the Code by a fellow Member or to fully and properly assist in an enquiry regarding such a breach.

**Rules of Golf:** a careless or negligent infringement of the Rules of Golf for which it is considered that disqualification from the tournament at which such breach took place is not a sufficient sanction on the Member.

**(c) Serious Breach**

**Best efforts:** failure to give best efforts in an attempt to contrive a result (whether or not for personal or an associate's financial or other gain or benefit and, if such failure if part of a scheme, whether or not such scheme was successful).

**Etiquette:** dangerous play leading to, or which could have led to, serious injury.

**Crime:** any conviction by a court of law of a criminal offence (which offence would, under English law, be indictable or triable either way).

**Injurious conduct:** actions or comments that may harm or discredit officials, fellow Members, sponsors, promoters, volunteers, third party contractors or the PGA European Tour and that does cause or is likely to cause significant negative media or long term damage to any of the aforementioned persons.

**Rules of Golf:** a reckless or intentional infringement of the Rules of Golf

As stated above, these lists are for guidance and illustrative purposes only and shall not prejudice the PGA European Tour's discretion to determine the seriousness of an alleged breach of the Code on a case by case basis in accordance with the relevant facts and evidence obtained.

In addition, where the same or a similar Minor Breach is repeated by a Member, or where

the PGA European Tour finds that a Member is persistently committing Minor Breaches, the PGA European Tour may determine that an alleged breach, which might otherwise be considered to be a Minor Breach, will be considered to be an alleged Serious Breach, and the matter dealt with accordingly,.

In the event that any evidence (such as video footage or testimony from officials, Players or spectators at the relevant tournament) is discovered by, or brought to the attention of, the PGA European Tour subsequent to the preliminary investigation and/or the decision as to whether an alleged breach is to be considered as a Nominal Breach, Minor Breach or Serious Breach for the purposes of this Disciplinary Procedure, then the PGA European Tour will be entitled to re-categorise the breach as it considers appropriate taking into account such evidence and, if appropriate, the Minor Breach procedure or Serious Breach procedure (as is then applicable) will be applied.

## 2. Minor Breach Procedure

### (a) Decision of the Disciplinary Officer (fines)

If at the conclusion of a preliminary investigation the Disciplinary Officer determines that a Minor Breach of the Code has occurred, he may impose a fine of not less than three hundred pounds (£300) and not greater than twelve thousand pounds (£12,000).

Subsequent Minor Breaches of the Code by a Member will in most cases, result in a fine being imposed on that Member that is twice the amount of the fine for the previous Minor Breach of the Code, unless the Director of Tour Operations decides that a different fine should be imposed. For the avoidance of doubt, for second and additional Minor Breaches of the Code by a Member, the maximum level of fine set out in the preceding paragraph will not apply.

On receiving written notification of such a fine, the Member is responsible for advising the PGA European Tour's accounts department of how he wishes to pay the amount. If the Member has not appealed against the imposition of, or the amount of, the fine and no such written notification has been received within thirty (30) days of the date of the letter notifying the Member of such fine then the fine will be automatically deducted from the Member's nominated credit card.

If a Minor Breach occurs at a tournament that is co-sanctioned by the PGA European Tour and one or more of the other Major Golf Tours, the Member will be fined by the Major Golf Tour through which he finally gained exemption into that tournament and in line with that Major Golf Tour's applicable policies/regulations (a dual member entered through a tournament invitation will be fined by the Major Golf Tour considered to be his Home Tour based primarily on his nationality).

If such a Minor Breach occurs at a tournament that is co-sanctioned by the DP World Tour and the Challenge Tour, Members in Categories 1-15 (DP World Tour eligibility only) will be subject to and fined by the relevant Disciplinary Officer in accordance with this Disciplinary Procedure. All other players will be subject to and fined in accordance with the disciplinary procedure set out in the Challenge Tour Regulations.

**(b) Appeals against decisions of the Disciplinary Officer**

If a Member is dissatisfied with the decision of, or the fine imposed by, the Disciplinary Officer, he may appeal to the Tournament Committee by giving written notice to the Director of Tour Operations within seven (7) days after receiving notice of the fine or decision. The procedure for an appeal will be governed by the provisions of paragraph 2(c) below.

Unless as otherwise provided for in this Disciplinary Procedure, an appeal against a decision of a Disciplinary Officer may be made only on one or more of the following grounds:

    (i)  the decision of the Disciplinary Officer was based on an inaccurate representation of the facts or was a decision that could not reasonably have been reached by the Disciplinary Officer when faced with the evidence before him; and/or

    (ii)  there was injustice because of a serious procedural or other irregularity in the proceedings before the Disciplinary Officer; and/or

    (iii)  significant and relevant new evidence has come to light that was not available, and could not have become available on the making of reasonable enquiries, before the conclusion of the Disciplinary Officer's investigations; and/or

    (iv)  the sanction imposed by the Disciplinary Officer was grossly disproportionate to the seriousness of the breach of the Code committed.

**(c) Procedure at Tournament Committee Hearing**

An appeal hearing before the Tournament Committee is an informal internal inquiry. There are no fixed rules of procedure, and professional or other representation of the Member concerned is not permitted. The purpose of the hearing before the Tournament Committee is to dispose of the matter as speedily and as informally as possible while providing a fair hearing and complying with the rules of natural justice. A decision of the Tournament Committee will be final and binding on the Member.

The hearing will take place before no fewer than seven (7) members of the Tournament Committee and any number upwards of that depending on how many Tournament Committee members are in attendance at the relevant Tournament Committee meeting at which the hearing takes place.

If a Member wishes to appeal against a decision to impose a fine of up to (and including) six thousand pounds (£6,000) the Member will not be entitled to appear in person before the Tournament Committee but may submit a written statement setting out the basis of the appeal and the Member's version of the relevant incident and any mitigating circumstances that the Member would like the Tournament Committee to take into consideration.

If a Member wishes to appeal against a decision to impose a fine that exceeds six thousand pounds (£6,000) the Member has the right to appear in person before the Tournament Committee and put forward his own explanation of the events surrounding the alleged breach of the Code. The Member will be entitled to present his own case in an appropriate manner. The members of the Tournament Committee may question

the Member as to his explanation of the events surrounding the alleged breach of the Code. Alternatively (at the Member's election), the Member may submit a written statement setting out the Member's version of the relevant incident and any mitigating circumstances that the Member would like the Tournament Committee to take into consideration. Witnesses will not ordinarily be called but if the Member feels that he cannot do justice to his case unless a particular witness or witnesses are present at the hearing before the Tournament Committee, he must apply by written notice to the PGA European Tour for permission to have such witnesses attend the hearing (and explaining why justice cannot be done without the witness(es) attendance) not later than fourteen (14) days prior to the date of the hearing. If the PGA European Tour agrees to such request the Member shall be responsible for procuring the attendance of such witness or witnesses to give evidence before the Tournament Committee in the presence of the Member at the hearing.

The witnesses will be subject to questioning by the members of the Tournament Committee. The Member will be given the opportunity to propose questions to be put by the Tournament Committee to any of the witnesses present.

The Tournament Committee will determine the appeal by majority decision and on the balance of probabilities. The Tournament Committee may give its decision at the conclusion of the hearing or at such time following the hearing as it may consider appropriate. In either case the decision will be confirmed in writing as soon as reasonably practicable.

The Director of Tour Operations (or such other person as may be nominated by the Chief Executive) will attend the Tournament Committee hearing in an administrative capacity to advise the Tournament Committee on procedure and other matters but will not take part in the decision making of the Tournament Committee.

The Tournament Committee will at any time be entitled to request that the Disciplinary Panel (constituted in accordance with paragraph 3(a) below) consider and determine the appeal if the Tournament Committee decides that the case is sufficiently serious or otherwise should not be determined by the Tournament Committee.

Any costs incurred by the Member in relation to preparing for and attending a hearing before the Tournament Committee, as well as any costs arising in connection with the attendance of any witnesses requested by the Member at such a Tournament Committee hearing, will be borne by the Member unless otherwise agreed in writing in advance by the PGA European Tour.

## 3.  Serious Breach Procedure

If at the conclusion of the preliminary investigation into an alleged breach of the Code by a Member the Disciplinary Officer decides that a Serious Breach of the Code may have occurred, then the matter will be referred to the Chief Executive for consideration and then (subject to the Chief Executive electing to himself determine whether or not the Serious Breach occurred and if it did occur what the appropriate sanction(s) should be in accordance with paragraph 3(f) below) a disciplinary hearing will take place before an impartial disciplinary panel, which shall be formed in accordance with paragraph 3(a) below (the "Disciplinary Panel") and will hear and determine the matter.

**(a) Composition of the Disciplinary Panel**

The Disciplinary Panel will be an impartial three (3) person panel made up of the following:

(i)   a legally qualified person (of at least 6 years post-qualification experience, appointed by the PGA European Tour from a pool of lawyers with the requisite experience, such pool to be appointed annually by the PGA European Tour and which shall consist of up to two (2) eligible persons);

(ii)  an ex-member of the DP World Tour or current player on the Legends Tour (appointed by the Member subject to the disciplinary proceedings from a pool of such ex-members/players to be appointed annually by the PGA European Tour and which will consist of up to five (5) eligible persons); and

(iii) an experienced sports administrator (appointed by the PGA European Tour from a pool of sports administrators with the requisite experience, such pool to be appointed annually by the PGA European Tour and which will consist of up to five (5) eligible persons).

The legally qualified person selected by the PGA European Tour shall be the chairman of the Disciplinary Panel. Where the chairman of the Disciplinary Panel considers it necessary, the Disciplinary Panel shall be entitled to appoint external experts or lawyers to advise the Disciplinary Panel, subject to the prior written approval of the PGA European Tour as to the cost of obtaining such external advice.

No person who was involved in the events relating to, or the investigation of, the alleged breach or who has a clear vested interest in the outcome of the disciplinary hearing, or who has made strong statements either way on a directly relevant matter, should sit on the Disciplinary Panel. Each person who is approached to sit on the Disciplinary Panel shall be required to make a declaration of any vested interest or involvement in the alleged breach or the investigation of the alleged breach prior to sitting on the Disciplinary Panel.

**(b) Procedure at a hearing before the Disciplinary Panel**

The Disciplinary Officer will prepare a file of documentation and evidence that the PGA European Tour will rely upon to support the charge that the Member has breached the Code and will send that file to the relevant Member and the Disciplinary Panel (subject to the Disciplinary Panel's power to vary the deadline, if appropriate) no later than twenty one (21) days prior to the disciplinary hearing. The file will include:

(i)   notification of the date, time and location of the disciplinary hearing;

(ii)  details of the alleged breach of the Code by the Member; and

(iii) copies of the documentation and evidence that the PGA European Tour will rely on in support of the charge that the Member has breached the Code (including, but not limited to, written statements and relevant video footage where applicable).

The Member may be represented and/or assisted at the disciplinary hearing by one person of his choosing (who may be a lawyer, agent, manager, or another such person).

At the disciplinary hearing, if the charge is not admitted, the Disciplinary Officer (or a lawyer appointed by the PGA European Tour) will present details of the alleged breach of the Code  and the evidence in support of the charge, make submissions as to whether

the charge should be upheld. The Member (or his representative) will then present any other evidence and make submissions as to whether the charge should be upheld. The Disciplinary Panel will adjourn to consider whether the charge should be upheld, and reconvene the hearing to orally deliver its decision on whether the charge should be upheld to the parties.

Then (or if the charge is admitted), the Disciplinary Officer (or a lawyer appointed by the PGA European Tour) will present any relevant evidence and make submissions on the appropriate sanction. The Member (or his representative) will then present any relevant evidence and make submissions on the appropriate sanction (including any mitigating circumstances that the Member would like the Disciplinary Panel to take into consideration).

All relevant evidence (including, without limitation, video footage) will be admissible (i.e., the Disciplinary Panel will not be bound to apply formal rules of evidence and will not be bound by any enactment or rule of law relating to the admissibility of evidence in proceedings before a court of law, but the Disciplinary Panel will be entitled to determine how much weight to attribute to any evidence before it).

The PGA European Tour will be entitled to call witnesses to give evidence at the hearing in support of the charge. The Member will be entitled to call a reasonable number of witnesses to attend the hearing provided that he provides written notice to the Disciplinary Panel and the PGA European Tour to that effect (subject to the Disciplinary Panel's power to vary the deadline, if appropriate) not later than fourteen (14) days prior to the date of the disciplinary hearing. The Member will be responsible for procuring the attendance of such witnesses to give evidence before the Disciplinary Panel, in the presence of the Member, at the disciplinary hearing. At the disciplinary hearing each party will be entitled to put questions to any of the witnesses, who may also be subject to questioning by the members of the Disciplinary Panel.

The burden of proof will be on the PGA European Tour to establish on the balance of probabilities that the Member committed the charged breach of the Code. If the Member seeks to establish any fact or circumstances, he must do so on the balance of probabilities.

The Disciplinary Panel may after hearing all the evidence either give its decision at the conclusion of the hearing or at such time following the hearing as it considers appropriate. In either case its decision shall be conveyed to the PGA European Tour and the Member in writing and with reasons as soon as reasonably practicable following the conclusion of the hearing. The Disciplinary Panel may determine the charge (and if the charge is upheld, the appropriate sanction) by majority decision. Unless appealed in accordance with paragraph 3(d), below, the decision of the Disciplinary Panel will be final and binding on the PGA European Tour and the Member(s) concerned.

The Disciplinary Panel has the power to regulate its own procedure, including (without limitation) the power: to extend or vary any time limit or in exceptional circumstances modify any procedural rule set out in this Code; to make appropriate directions (in advance of the hearing and/or at the start of or during the hearing) with respect to the conduct of proceedings before it; to expedite, adjourn or postpone proceedings as it sees fit; to consolidate a matter with any other matter (and/or order concurrent hearings)

where the proceedings arise out of the same incident or set of facts, or where there is a clear link between separate incidents; to order a Participant to appear at the hearing as a witness; and to proceed in the absence of a party at a hearing before the Committee or Appeal Committee, provided that the Committee or Appeal Committee is satisfied that the party received notice of the hearing.

**(c) Sanctions**

If the Disciplinary Panel finds that a breach of the Code has been established it will impose such sanction(s) as it considers appropriate having regard to all of the circumstances. Such sanctions may include (without limitation) a reprimand, censure, fine, suspension of Membership, suspension from participation in one or more tournaments or for a given period, expulsion from the PGA European Tour.

**(d) Appeals against decisions of the Disciplinary Panel**

Each of the PGA European Tour and the Member may appeal the final substantive decision of the Disciplinary Panel (i.e., not any procedural decision) or any aspect of it by giving written notice of that appeal to the other party within twenty eight (28) days of receipt of the written reasoned decision.

The appeal will be heard by an "Appeal Panel" constituted from the same panel as the Disciplinary Panel as set out in and otherwise in accordance with paragraph 3(a), above. For the avoidance of doubt, no person who sat on the Disciplinary Panel in relation to the initial disciplinary hearing will sit on the Appeal Panel.

Unless as otherwise provided for in this Disciplinary Procedure, an appeal against a decision of a Disciplinary Panel can be made only on one or more of the following grounds:

(v)      the decision of the Disciplinary Panel was based on an inaccurate representation of the facts or was a decision that could not reasonably have been reached by the Disciplinary Panel when faced with the evidence before it; and/or

(vi)     there was injustice because of a serious procedural or other irregularity in the proceedings before the Disciplinary Panel; and/or

(vii)    significant and relevant new evidence has come to light that was not available, and could not have become available on the making of reasonable enquiries, before the conclusion of the Disciplinary Panel hearing; and/or

(viii)   the sanction imposed by the Disciplinary Panel was grossly disproportionate to the seriousness of the breach of the Code committed.

The appeal will be limited to the four grounds set out above and will not take the form of a de novo hearing (i.e. the Appeal Panel will not hear the matter as if it were a Disciplinary Panel re-hearing the case at first instance) unless:

(i)      the appellant demonstrates a compelling reason why the appeal ought to be heard de novo; or

(ii)     the parties agree that the appeal ought to be heard de novo

(iii)    the appeal is made pursuant to paragraph 3(f)(vi), below.

In exceptional circumstances the PGA European Tour may, in its sole discretion, before an appeal has been finally determined by an Appeal Panel, request that Sport Resolutions (UK) appoint an Appeal Panel (from the panel members referred to at paragraph

3(a), above, or other impartial persons, as appropriate) and/or administer the appeal otherwise in accordance with the provisions of this Regulation F.

If the appeal is heard de novo, the same process as before the Disciplinary Panel will be followed (i.e., in accordance with the procedure set out in paragraphs 3(b), above).

If the appeal is not heard de novo, the same process as before the Disciplinary Panel will be followed, save for any changes required by the context or set out in this paragraph 3(d) and save that:

(i)     At the disciplinary hearing, the appellant (or a lawyer/representative on behalf of the appellant) will make submissions as to why the appeal should be upheld and present the evidence in support of the appeal. The respondent (or a lawyer/representative on behalf of the respondent) will then make submissions as to whether the appeal should be upheld and present any evidence in support of that position.

(ii)    The Appeal Panel will not admit new evidence unless such evidence is (a) significant and relevant and (b) it was not available, and could not have become available on the making of reasonable enquiries, before the conclusion of the Disciplinary Panel hearing.

(iii)   The burden of proof will be on the appellant to establish on the balance of probabilities that the appeal should be upheld on one of the four listed grounds. If the respondent seeks to establish any fact or circumstances, he/it must do so on the balance of probabilities.

If an appeal is validly made, all fines, compensation or costs orders made by the Disciplinary Panel will be stayed pending determination of the appeal (and if the Appeal Panel does not in its decision set aside or vary such fine, compensation or costs order, the fine, compensation or costs will be payable within 30 days after the date of the Appeal Panel's decision); and all other sanctions imposed by the Disciplinary Panel, including suspensions, will remain in full force and effect pending determination of the appeal (for the avoidance of doubt, if the sanction imposed by the Disciplinary Panel included a suspension and that has been served in full prior to the time that the appeal is heard, the Member will be eligible to Participate again immediately after the expiry of the suspension).

The Appeal Panel may after hearing all the evidence either give its decision at the conclusion of the hearing or at such time following the hearing as it considers appropriate. In either case its decision shall be conveyed to the PGA European Tour and the Member in writing and with reasons as soon as reasonably practicable following the conclusion of the hearing.

In arriving at its decision the Appeal Panel may either uphold the decision of the Disciplinary Panel and disallow the appeal or it may allow the appeal in whole or in part. The Appeal Panel may in its absolute discretion reduce, increase or otherwise vary any sanction imposed by the Disciplinary Panel. The Appeal Panel may determine the appeal by majority decision. A decision of the Appeal Panel will be final and binding on the PGA European Tour and on the Member(s) concerned.

**(e) Costs**
Any costs incurred by the Member in relation to preparing for and attending a hearing

before a Disciplinary Panel or an Appeal Panel, as well as any costs arising in connection with the attendance of any witnesses requested by the Member at any such hearing, will be borne by the Member unless otherwise agreed in writing in advance by the PGA European Tour. Notwithstanding the foregoing or that it will not ordinarily be the case that the Disciplinary Panel or Appeal Panel makes a costs award, the Disciplinary Panel and/or the Appeal Panel may in its absolute discretion award costs to a successful Member out of the PGA European Tour's funds (although the Disciplinary Panel or Appeal Panel should take into account the PGA European Tour's regulatory responsibility to bring cases in the best interests of the sport) or award costs to the PGA European Tour to be paid by the unsuccessful Member in such amount and on such terms as it considers appropriate.

**(f)  Discretion of the Chief Executive**
If the Disciplinary Officer has decided, pursuant to paragraph 3 above, that a Serious Breach of the Code may have occurred and the matter has been referred to the Chief Executive for consideration, then the Chief Executive may elect to himself determine whether or not a Serious Breach of the Code was committed by the Member, and (if it is determined that a Serious Breach of the Code was committed by the Member), what the appropriate sanction(s) should be. The Chief Executive will make the above election (i.e. whether or not to himself determine whether or not a Serious Breach was committed and, if so, what the sanction should be) in his absolute discretion.

If the Chief Executive elects to himself make the determinations:

(i)     he will have a wide discretion as to the evidence that he may consider before making those determinations (which might include communications with the Member and/or making documentary requests of the Member);

(ii)    as soon as reasonably practicable after making the determinations, the Chief Executive will inform the Member in writing of his determinations (as to whether or not a Serious Breach of the Code was committed by the Member, and if it is determined that the Serious Breach of the Code was committed by the Member, what sanction(s) will be imposed for that Serious Breach of the Code);

(iii)   if the Chief Executive determines that the Member committed a Serious Breach of the Code, the PGA European Tour may issue a written statement confirming the relevant Member's commission of a Serious Breach of the Code and the imposition of the relevant sanction(s);

(iv)    the range of possible sanctions that may be imposed by the Chief Executive will be the same as those available to a Disciplinary Panel under paragraph 3(c) above;

(v)     unless the Chief Executive determines otherwise, any sanction(s) will be imposed immediately as if they had been determined by a Disciplinary Panel;

(vi)    the Member may appeal the determinations of the Chief Executive to an Appeal Panel by submitting a notice of appeal in accordance with paragraph 3(d) above (the appeal will proceed in accordance with paragraph 3(d) above, save that: (A) the time limit for such appeal will be fourteen (14) days from the date of receipt of the decision of the Chief Executive, and (B) any reference in paragraph 3(d) above to the Disciplinary Panel will be regarded as a reference to the Chief Executive, and (C) the appeal will be heard de

novo; and

(vii)    if the determinations of the Chief Executive are not appealed within the 14-day time limit set out in paragraph 3(f)(vi) above, they will be final and binding on both the Member and the PGA European Tour.

If the Chief Executive elects not to himself make the determinations (and he will be deemed to have so elected if he has not communicated his election to the Member in writing within ten days of the Serious Breach having been referred to him), a disciplinary hearing shall take place before an independent disciplinary panel pursuant to paragraph 3(a) above.

## 4. Enforcement of Payment

Any fines and/or costs imposed by the Tournament Committee, the Disciplinary Panel, the Appeal Panel or the Chief Executive shall be payable within the time stipulated (except that in the case of an appeal against a decision of the Disciplinary Panel, the payment of any such fines and/or costs shall be suspended pending the hearing of that appeal) and in default of such payment on its due date the Member shall be liable to immediate suspension or expulsion from the DP World Tour.

## 5. Variation

The PGA European Tour may from time to time and in its absolute discretion amend the Disciplinary Procedure, and any such amendments shall come into force on the date determined by the PGA European Tour and notified to the Members in writing.

## 6. Waiver of Minor Procedural Irregularities

In the event that there is a breach of procedure by the PGA European Tour, the Disciplinary Officer, the Chief Executive, the Director of Tour Operations, the Tournament Committee, the Disciplinary Panel or the Appeal Panel during the course of any disciplinary proceedings carried out pursuant to the Disciplinary Procedure, such breach will not invalidate the proceedings (or any part of them) unless any such breach is shown to render the proceedings unreliable or to prejudice seriously and irredeemably the position of the Member involved.

## 7. Nature of Proceedings

Proceedings pursuant to this Disciplinary Procedure are private and disciplinary in nature rather than arbitral.

## 8. Governing Law

The Disciplinary Procedure and each dispute or claim arising out of or in connection with it (including non-contractual disputes and claims) will be governed by and construed in accordance with English law.

## 9. Confidentiality

The existence of proceedings pursuant to this Disciplinary Procedure, and all oral or written representations, submissions, evidence and documents made/provided during the course of such Disciplinary Procedure are confidential, save that the PGA European Tour:

(i)    is entitled to issue press releases and make comments (identifying, for example, the parties involved, the nature of the case, as well as the time, date

and venue for the hearing);

(ii)     will not ordinarily comment publicly on the specific facts of a pending case but will be entitled to do so, including in response to public comments attributed to a party or a party's representative(s) and that will be without prejudice to any other action that may be taken by the PGA European Tour;

(iii)    is entitled to publish any Disciplinary Panel or Appeal Panel decision or summary of it or any other decision made pursuant to this Disciplinary Procedure after the relevant decision has been communicated to the parties; and

(iv)    is entitled, at its discretion (i.e., it is under no obligation to do so, unless obliged to do so by applicable law) to disclose to third parties (including any relevant Member(s), other interested or affected persons, other sports governing bodies, statutory bodies and law enforcement agencies) information and/or materials regarding investigations, proceedings or matters in accordance with this Regulation F (including any decision made pursuant to this Disciplinary Procedure) as necessary and/or appropriate, including in order to: (a) notify the third party of any such decision and/or sanction; (b) enforce any such decision and/or sanction; (c) protect the integrity of the sport; and/or (d) protect the wellbeing of a participant or other person.

# G. Health and Safety and Insurance

## 1.  Health and Safety - Roles & Responsibilities

This policy is prepared on behalf of the PGA European Tour in an effort to meet best practice health and safety standards.

**Members**

All Members have a personal obligation and general 'duty of care' to take reasonable care for the health and safety of themselves and other persons who may be affected by their actions (or omissions) and to co-operate with the PGA European Tour and/or the tournament promoter or host venue to enable any such duty to be complied with.

This general 'duty of care' exists at all times, including during times of play. Maintaining appropriate etiquette associated with the game of golf will help Members to meet their personal obligations with regard to protecting the safety of themselves and others.

In particular, Members are reminded that:
- The use of the word "fore" remains the traditional and expected warning/etiquette when there is a danger of hitting someone, and that Regulation F I (2b) requires you to 'comply with the normally accepted standards of golf etiquette.'
- PGA European Tour reserves the right from time-to-time to issue ad hoc extraordinary measures to protect the health and safety of any/all persons attending tournaments they sanction. For the avoidance of doubt, such ad hoc measures shall be deemed to form part of these Regulations hence failure to comply may be considered tantamount to a breach of the Code of Behaviour.

**TEMPORARY REGULATION UNDER COVID19**

With regards to the above statement relating to "extraordinary measures", the PGA European Tour currently require Players, caddies (and other accredited personnel where specified) to comply with certain Covid-19 related measures as will be defined on an event-by-event basis.  Such measures may include: -

- Pre-tournament and on site Covid-19 testing
- Tournament protocols including, but not limited to, implementation of "Tournament bubble" environments, as they might relate to tournament locations, on and off course, exclusive accommodation arrangements and "buddy systems" within such bubbles.

Please be aware these protocols may differ from tournament to tournament to address local regulations and practices.

Regulations in certain countries/tournaments now permit Players, caddies and other personnel to continue to work despite testing positive for Covid19, (dependent on factors such as their role/working environment and whether they are asymptomatic).

The Covid Officer, in conjunction with the European Tour Group's Chief Medical Officer, shall however, notwithstanding any such regulations, retain complete authority to determine if this is acceptable in any given situation, especially where such person

is symptomatic and therefore poses a high risk to others with whom they will be interacting.

All Players, caddies and other accredited personnel have a collective obligation to notify the Covid Officer or Medical team on site if they are experiencing known Covid related symptoms - a new persistent cough, fever, or shortness of breath.

Failure to do so will be regarded as a breach of these regulations and where it is deemed reasonable to do so, a Player will be held responsible for the actions of his caddie and other team members in this regard.

**Promoters & Host Venues**
Whilst the PGA European Tour strives to enhance the tournaments' exposure worldwide, a number of tournaments are staged and managed by independent tournament promoters who have ultimate responsibility for the health and safety of Members and visitors. These promoters enter into contracts with owners of golf courses for the use of the premises and facilities to stage the tournament.

The tour promoters therefore owe a legal duty of care to take reasonable steps to see that Members will be reasonably safe in using the premises and facilities at the event. In practice, this means that tour promoters are responsible for the below-mentioned aspects of health and safety. (For tournaments where the PGA European Tour acts as the tour promoter, these responsibilities will normally also apply to the PGA European Tour).

**Risk Assessments**
Tour promoters are responsible for creating a risk assessment of the premises, facilities and the event, so as to identify measures that are needed to comply with the health and safety requirements applicable. The assessment should be reviewed when necessary and recorded. Tour promoters should also make, and give effect to, adequate health and safety arrangements, including the effective planning, organisation, control, monitoring and review of the preventative and protective measures. Risk assessments should be held in accessible locations.

**Facilities/infrastructure**
Tour promoters are responsible for the provision of all facilities required to stage the tournament: for example, grandstands, scoreboards, catering outlets, hospitality facilities and merchandising units etc. This includes pre-event assembly works and post- event dismantling and site clearance.

Tour promoters must ensure that facilities are supported with appropriate and adequate infrastructure including toilets, car parking and utilities/services (electricity, water, gas, sewerage, communication etc.). Infrastructure that is often obtained from specialist suppliers includes (but is not limited to) marquees, temporary footbridges, event signage and scoreboards etc. These should be 'fit for purpose' and have a system of safety inspection and maintenance work that ensures they remain safe to use.

Tour promoters will often engage with specialist suppliers and/or contractors for the design and provision of temporary infrastructure. Whilst each supplier and/or contractor will have health and safety obligations for the services or infrastructure they provide, the tour promoter will retain an overall duty of care and responsibility to ensure that each

contracted organisation is competent; adequately resourced; that work is properly being done and the contractor is appropriately insured.

**Equipment**
The PGA European Tour and the tour promoter shall ensure that any equipment supplied is suitable for the purposes for which it is used or provided. This includes ensuring that equipment is adequately inspected and maintained. Steps should be taken to avoid danger in the use of equipment where it is reasonably foreseeable that it will be exposed to adverse or hazardous environments.

Members are expected to use any equipment provided by the PGA European Tour or the Tour promoter in accordance with the instructions respecting that use, which have been provided to him. Members should notify the same of any identifiable or suspected defect within the equipment immediately.

**Communication**
Each tournament promoter must communicate, co-operate and co-ordinate work activities with the PGA European Tour to ensure that tournament administration requirements are met. Where appropriate, they must liaise also with broadcasting production companies to accommodate the infrastructure and arrangements necessary to enable the tournament to be broadcast.

The PGA European Tour accepts no responsibility for any accidents, death or injury suffered by any individual during the course of, in preparation for or in connection with a tournament unless the same occurs as a direct result of the negligence of the PGA European Tour or its employees whilst they are acting in the course of their employment.

If any Members require assistance in this respect we recommend they contact the PGA European Tour health and safety advisors Fairhurst, contact details as below:

**Stephen McCarron**
Email: Stephen.mccarron@fairhurst.co.uk
Tel: +44 (0) 141 204 8800 / DDI: 0141 204 8886
Mobile: +44 (0) 7801 271968
Address: 225 Bath Street, Glasgow, G2 4GZ

## 2. Health & Safety Overseas
Standards of health and safety differ from country to country. Members are advised to take additional care for their own safety and the safety of any companions (caddies, family, agents etc.) when travelling to and competing in PGA European Tour sanctioned tournaments or when staying away from home in connection with such tournaments.

Regrettably, terrorism, civil unrest and crime (including violent crime) are facts of life in many countries and destinations where tournaments are held. Political, religious and social situations and stability can change at very short notice. Vigilance needs to be maintained in all areas and in some areas particular protection against endemic disease, such as malaria should be taken.

Members are responsible for ensuring that they have all relevant up-to-date information about health and safety considerations, or other threats, concerning their travel

arrangements or destinations, and about the potential for harmful events to occur.

The PGA European Tour accepts no responsibility for the consequences of such matters, and further, accepts no responsibility for advising or informing Members of the potential for, or existence of such matters. Members and their companions should check up to date information before deciding whether or not to travel.

Appropriate information is available from a number of sources including:
- The UK government departments' website: www.gov.uk/knowbeforeyougo
- The National Travel and Health Network Centre: www.travelhealthpro.org.uk/
- Other national government advisory services.

Members are reminded that they may need to plan their travels well in advance. Those intending to visit some destinations may require inoculations or a course of other preventative medication (e.g. malaria tablets). Members should consult with their medical adviser well in advance of travel and leave enough time to complete any recommended course of treatment prior to the date of travel.

Lead times are likely to apply to other safety and security measures.

## 3. Insurance
All Members must have adequate insurance in place prior to Participating in any tournament on the DP World Tour or the Challenge Tour. The PGA European Tour's Public Liability Insurance, which covers all its Members and their caddies, provides (subject to its terms and conditions) an indemnity up to £5 million per occurrence for their negligence leading to third party injury or property damage whilst playing on/participating in DP World Tour or Challenge Tour tournaments only.

PGA European Tour accepts no responsibility for arranging any personal insurances for its Members, including insurance for travel, medical, or personal accidents. This includes personal liability insurance when playing away from the DP World Tour or Challenge Tour, which Members should ensure they arrange for themselves.

If any Member requires assistance in this respect we recommend they contact the PGA European Tour's Risk and Compliance Officer, contact details as below:

**Risk and Compliance**
**Email:** riskandcompliance@europeantourgroup.com
**T:** 01344 840400

PGA European Tour Legal Team
**Email:** legal@europeantourgroup.com

Members should ensure that all companions travelling with them are also covered by a comprehensive policy of insurance.

## 4. Compliance with Local Law and Customs

Members and their companions should familiarise themselves with local laws and customs before travelling to a tournament. Members must ensure compliance with the law at all times and respect religious, cultural and ethnic differences in the host country.

In some countries, consumption of alcohol is either forbidden or is culturally unacceptable. Whilst the use of illicit and recreational or performance enhancing drugs by Members is strictly prohibited under PGA European Tour's Anti-Doping Policy, Members should also be aware that the importation and/or use of such substances is illegal in some jurisdictions. Members who are taking medication and in doubt as to their clinical status, may wish to seek advice from:

**Dr Andrew Murray**
**Email:** amurray@europeantourgroup.com
**T:** +44 (0) 7791 303980

**Michele Verroken**
**Email:** michele@sportingintegrity.com
**T:** + 44 (0) 7785 326569

# H. Data Protection Policy - PGA European Tour

## 1. Policy statement

1.1 Everyone has rights with regard to the way in which their personal data is handled. During the course of our activities we will collect, store and process personal data about our Members and we recognise that the correct and lawful treatment of this data will maintain confidence in the organisation and will provide for successful business operations.

1.2 The General Data Protection Regulation (GDPR) and Data Protection Act 2018 (together, "Data Protection Law") place additional expectations on organisations such as ours to be transparent about how we use personal data, and accountable for the uses we make of it. This means a greater emphasis on good record keeping, and raising standards of training and policy awareness among data users (namely, those working within the organisation who are responsible for handling data).

1.3 Data users are obliged to comply with this policy when processing personal data on our behalf. Any breach of this policy may result in disciplinary action.

## 2. About this policy

2.1 The types of personal data that PGA European Tour ("We/Us") may be required to handle include contact details (including home address, home and mobile telephone numbers, email addresses), bank account information, credit card information (where provided), details of any discipline matters and such other information as is disclosed by a Member to us. The personal data, which may be held on paper or on a computer or other media, is subject to certain legal safeguards specified in Data Protection Law and related legislation.

2.2 This policy and any other documents referred to in it sets out the basis on which we will process any personal data we collect from Members, or that is provided to us by Members or other sources.

2.3 This policy has been approved by PGA European Tour's Tournament Committee. It sets out rules on data protection and the legal conditions that must be satisfied when we obtain, handle, process, transfer and store personal data.

2.4 The Data Protection Officer is responsible for ensuring compliance with Data Protection Law and with this policy. That post is held Michael Cole, Chief Technology Officer, PGA European Tour. Any questions about the operation of this policy or any concerns that the policy has not been followed should be referred in the first instance to the Data Protection Officer.

## 3.  Definition of data protection terms

3.1   Data is information which is stored electronically, on a computer, or in certain paper-based filing systems.

3.2   Data subjects for the purpose of this policy include all Members about whom we hold personal data. A Member need not be a UK or EU national or resident. All Members have the same legal rights under GDPR in relation to their personal information.

3.3   Personal data means data relating to a Member who can be identified from that data (or from that data and other information in our possession). Personal data can be factual (for example, a name, address or date of birth) or it can be an opinion about that person, their actions and behaviour. Fully anonymised data is not personal data, but data which is pseudonymised will still be personal data if we as an organisation are able to re-identify it.

3.4   Data controllers are the people or organisations who determine the purposes for which, and the manner in which, any personal data is processed. They are responsible for establishing practices and policies in line with Data Protection Law. We are the data controller of all personal data used in our business for all our own commercial and other purposes.

3.5   Data users are those of our employees whose work involves processing personal data. Data users must protect the data they handle in accordance with this data protection policy and any applicable data security procedures at all times.

3.6   Data processors include any person or organisation that is not a data user that processes personal data on our behalf and on our instructions. Employees of data controllers are excluded from this definition but it could include suppliers which handle personal data on PGA European Tour's behalf.

3.7   Processing is any activity that involves use of the data. It includes obtaining, recording or holding the data, or carrying out any operation or set of operations on the data including organising, amending, retrieving, using, disclosing, erasing or destroying it. Processing also includes transferring personal data to third parties. Wherever a third party processes data on behalf of PGA European Tour, a data processing agreement will be in place that is compliant with Data Protection Law.

3.8   Personal data relating to racial or ethnic origins, political opinions, religious or philosophical beliefs, trade union membership, health and medical conditions, sex life or sexual orientation, genetic or biometric data used to identify an individual, all qualifies as "Special Category Personal Data." This requires that stricter conditions are satisfied before it can be processed, including (but not limited to) the explicit consent of the data subject. Relevant grounds also include safeguarding of children or adults at risk, anti-doping in sport, and the protection of integrity and standards of behaviour in sport (or at sporting

events), in accordance with our relevant policies in those areas. There are also similar rules for the processing of personal data relating to criminal convictions and offences.

## 4.    Data protection principles

4.1    Data Protection law sets out six principles relating to the processing of personal data which must be adhered to by data controllers (and data processors). These require that personal data must be:

(a) Processed lawfully, fairly and in a transparent manner;
(b) Collected for specific purposes and only used for those purposes (or compatible ones);
(c) Relevant and limited to what is necessary for the purposes it is processed;
(d) Accurate and kept up to date;
(e) Kept for no longer than is necessary for the purposes for which it is processed; and
(f) Processed in a manner that ensures appropriate security of the personal data.

4.2    The GDPR's 'accountability' principle also requires that we not only process personal data in a fair and legal manner but that we are also able to demonstrate that our processing is lawful. This involves, among other things:

(a) keeping records of our data processing activities, including by way of logs and policies;
(b) documenting significant decisions and assessments about how we use personal data; and
(c) having an 'audit trail' for personal data, including for example when and how our Privacy Notice(s) were updated, how breaches were dealt with, and a record of how and when any consents were obtained (where relevant).

4.3    Data Protection Law also requires that personal data is not transferred to countries which are not within the European Economic Area (other than the United Kingdom) without adequate protection.

## 5.    Fair and lawful processing

5.1    Data Protection Law is not intended to prevent the processing of personal data, but to ensure that it is done fairly and without adversely affecting the rights of the data subject.

5.2    For personal data to be processed lawfully, they must be processed on the basis of one of the legal grounds set out in Data Protection Law. These include, among other things, the Member's consent to the processing, or that the processing is necessary for the administration of professional golf tournaments (including Membership and entry administration purposes (such as the collection of Membership fees, mailing of all Membership communications and payment of tournament prize funds), any disciplinary actions and investigations, the performance of a contract with the Member, for the compliance with a legal obligation to which PGA European Tour is subject, or for the legitimate interest

of PGA European Tour or the party to whom the data is disclosed. When special category sensitive personal data is being processed, additional conditions must be met. These may be purposes in the public interest (as set out in 3.8 above), or where it is necessary for an individual's vital interests (such as health and safety of Members, including medical support at events); or it may be that the data is processed with the explicit consent of that person. Whenever processing personal data as data controllers in the course of our business or otherwise, we will ensure that those requirements are met.

## 6.   Processing for limited purposes

6.1   In the course of our business, we may collect and process the personal data. This may include data we receive directly from a Member (for example, by completing forms or by corresponding with us by mail, phone, email or otherwise) and data we receive from other sources (including, for example, business partners, management companies, agents and others).

6.2   We will only process personal data for the specific purposes as noted in Clause 5.2 or for any other purposes specifically permitted by Data Protection Law. We will notify those purposes to the Member when we first collect the data or as soon as possible thereafter.

## 7.   Notifying data subjects

7.1   When we collect personal data directly from Members, we will inform them at the point of collection:
   (a) who we are and how to contact us, including via our Data Protection Officer;
   (b) the purposes for which we process their personal data;
   (c) the legal basis for the processing, including our legitimate interests;
   (d) who we share personal data with, or at least categories of recipients;
   (e) whether we transfer personal data outside the EEA, and on what basis;
   (f) the period for which the personal data will be stored, or if that is not possible, the criteria used to determine that period;
   (g) what their rights are in respect of personal data, including the right to lodge a complaint with the Information Commissioner; and
   (h) if we need to collect their data as a requirement under contract or regulation.

7.2   If we receive personal data about a Member from other sources, we will provide the Member with this information, as well as any information we have about the source of the personal data, as soon as possible thereafter (and in any event within one month), unless it is impossible or unreasonable for us to do so.

7.3   We will also inform Members whose personal data we process that we are the data controller with regard to that data.

## 8.   Adequate, relevant and non-excessive processing

We will only collect personal data to the extent that it is required for the specific purpose

notified to the Member.

## 9.   Accurate data

9.1    We will ensure that personal data we hold is accurate and kept up to date. We will check the accuracy of any personal data at the point of collection and at regular intervals afterwards. We will take all reasonable steps to destroy or amend inaccurate or out of date data.

## 10.   Timely processing

We will not keep personal data longer than is necessary for the purpose or purposes for which they were collected. We will take all reasonable steps to destroy, or erase from our systems, all data which is no longer required.

## 11.   Processing in line with data subject's rights

11.1    We will process all personal data in line with Member's rights, in particular their right to:

(a) access data – the right to access a copy of the information that we hold about them and to obtain information about how we process it;

(b) rectification – the right to request that we correct data that we hold if it is inaccurate or incomplete;

(c) be forgotten – the right to ask that data be erased in certain circumstances;

(d) restriction of processing – where certain conditions apply;

(e) portability – the right to have the data we hold provided in an electronic format and/or to request that it is transferred to another organisation;

(f) object to certain types of processing – such as direct marketing and automated decision making or profiling, or where data is being processed unlawfully;

(g) withdraw consent where previously provided – although this will not affect the lawfulness of processing already carried out, or based on other grounds; and

(h) complain to their local regulatory authority.

## 12.   Data security

12.1    We will take appropriate security measures against unlawful or unauthorised processing of personal data, and against the accidental loss of, or damage to, personal data.

12.2    We will put in place procedures and technologies to maintain the security of all personal data from the point of collection to the point of destruction.

12.3    We will maintain data security by protecting the confidentiality, integrity and availability of the personal data, defined as follows:

(a) Confidentiality means that only people who are authorised to use the data can access it.

(b) Integrity means that personal data should be accurate and suitable for the purpose for which it is processed.

(c) Availability means that authorised users should be able to access the data if they need it for authorised purposes. Personal data should therefore be stored on PGA European Tour's central computer system instead of individual PCs.

12.4    Security procedures include:

(a) Entry controls. Any stranger seen in entry controlled areas should be reported.

(b) Secure lockable desks and cupboards. Desks and cupboards should be kept locked if they hold confidential information of any kind. (Personal information is always considered confidential.)

(c) Methods of disposal. Paper documents should be shredded. Digital storage devices should be physically destroyed when they are no longer required.

(d) Equipment. Data users must ensure that individual monitors do not show confidential information to passers by and that they log off from their PC when it is left unattended.

## 13.    Transferring personal data to a country outside the united kingdom and eea

13.1    We may transfer any personal data we hold to a country outside the United Kingdom and the European Economic Area ("EEA"), provided that one of the following conditions applies:

(a) The country to which the personal data is transferred ensures an adequate level of protection for the data subjects' rights and freedoms.

(b) The data subject has given his explicit consent.

(c) The transfer is necessary for one of the reasons set out in Data Protection Law, including the performance of a contract between us and the data subject, or to protect the vital interests of the data subject.

(d) The transfer is legally required on important public interest grounds or for the establishment, exercise or defence of legal claims.

(e) The transfer is authorised by the relevant data protection authority where we have adduced adequate safeguards with respect to the protection of the data subjects' privacy, their fundamental rights and freedoms, and the exercise of their rights.

(f) We have in place contract clauses in a form approved by the European Commission and binding on the recipient.

13.2    Subject to the requirements in Clause 13.1 above, personal data we hold may also be processed by staff operating outside the United Kingdom and the EEA who work for us. That staff maybe engaged in, among other things, the fulfilment of entries to our events, the processing of payment details and the provision of administrative services.

## 14.    Disclosure and sharing of personal information

14.1    We may share personal data we hold with any member of our group, which means our subsidiaries, as defined in section 1159 of the UK Companies Act 2006 for any lawful reason set out in this policy or any applicable privacy notice.

14.2    We may also share personal data if we are under a duty to disclose or share a Member's personal data in order to comply with any legal obligation, or in order to enforce or apply any contract with the Member or other agreements; or to protect our rights, property, or safety of our employees, customers, or others. This includes exchanging information with other companies and organisations for the purposes of fraud protection and credit risk reduction.

14.3    Otherwise we will only share personal data where lawful for a reason set out in an applicable policy or notice provided to the Member.

## 15.    Dealing with subject access requests

15.1    Members must make a formal request for information we hold about them. This must be made in writing. Employees who receive a written request should forward it to the Data Protection Officer immediately.

15.2    Subject access requests may only be made in writing. When receiving telephone enquiries, only relevant personal data shall be disclosed by data users, and only if the following conditions are met:

   (a) We will check the caller's identity to make sure that information is only given to a person who is entitled to it.
   (b) We will suggest that the caller put their request in writing if we are not sure about the caller's identity and where their identity cannot be checked.

## 16.    This policy

16.1    We may update this Policy from time to time. Any changes materially affecting the rights of data subjects or the obligations of data users will be notified accordingly.

16.2    This Policy concerns the processing of personal data by the PGA European Tour of its Members in a commercial, administrative and governance context. It does not concern the publication of player news, results, order of play, money lists, sports data, and the broadcasting and promotion of events, which the PGA European Tour considers all fall within the public interest exemption to Data Protection Law available for the publication of sports news, journalism, arts and entertainment.

**Updated December 2021**

# I. PGA European Tour Privacy Notice

## PGA European Tour Privacy Notice

**Introduction**

The General Data Protection Regulation (GDPR) seeks to protect and enhance the rights of data subjects. These rights cover the safeguarding of personal data, protection against the unlawful processing of personal data and the unrestricted movement of personal data within the EU. GDPR does not apply to information already in the public domain. PGA European Tour (PGAET) takes your privacy seriously and we are committed to protecting your personal information. The address for PGAET (a company incorporated in England and Wales under number 1867610) is PGA European Tour, Wentworth Drive, Virginia Water, Surrey GU25 4LX. If you would like to get in touch with us, you can also find contact details in the 'How to Contact Us' section below.

**This Notice**

This Privacy Notice applies to personal data (i.e. information concerning any living person (Data Subject)) held by members of the PGAET group of companies (PGAET Group) as data controllers that is not already in the public domain. It explains what personal information we collect, how we collect and use that personal information, with whom we will share it, why and in what circumstances.

The PGAET Group is pleased to provide the following Privacy Notice which covers the PGAET Group, its websites, mobile applications and mobile websites (Platforms). Where you are notified of another privacy notice or policy by the specific PGAET Group entity which collects your personal information, (whether as a customer, official, partner, player or Member of the DP World Tour), this Privacy Notice sits alongside any specific data protection notice or form provided to you unless such document specifies that this Privacy Notice does not apply to you.

You might find external links to third party websites on our Platforms and those websites may have their own privacy and cookie notices which are different to this Privacy Notice. Our Privacy Notice does not apply to your use of a third party site and you should therefore make sure that you are comfortable with their privacy notices prior to using those sites.

**Personal Data**

The PGAET Group uses the information collected from you to provide such organisational services as you request from us. In using our services you consent to the PGAET Group maintaining a dialogue with you until you either opt out (which you can do at any stage) or we decide to desist from promoting our services.

The type of information that we may collect will differ depending on the type of service we are offering or the request you make of us. Such information may include your:

- name
- title
- date of birth
- address
- contact details (including email address and/or telephone/mobile number)
- gender
- booking reference

- payment card details

For its customers, the PGAET Group will only collect such customer information as is necessary to provide you with and keep you informed about its services.

For Members and officials, PGAET will notify you separately of its processing activities involving your data via the relevant form and/or Handbook.

We may also analyse the personal information you have provided to create a profile of your interests, preferences, online activity and socioeconomic and age groups, so that we can better understand you and aim to build future communications and products which are more relevant for you. These profiles can help us define fan groups, so that we can sometimes personalise and target our communications to provide you with the most relevant information, content, products and services.

**Disclosure**

We do not broker or pass on information gained from your engagement with us without your specific consent to do so. Notwithstanding the foregoing, we may disclose your personal information to meet our legal obligations; to comply with applicable regulations or a valid governmental request or court order; in order to enforce or apply the terms of use of any of the Platforms or other agreements; to protect the rights, property or safety of the members of the PGAET Group, our partners, customers and/or others; or to protect the integrity of the sport.

**Who will we share your data with?**

Your personal data may be shared with our third party service providers, who will process it on our behalf to facilitate the particular purposes for which we are using your data. These third parties could include:

- our ticket and merchandise retailers;
- payment processors;
- software providers, multimedia application providers, website hosting service providers and providers of social media platforms;
- operators of venues at which our tournaments are held;
- promoters organising tournaments sanctioned by us; and
- other suppliers and service providers, such as our accreditation service provider(s), caterers and transport providers.

We ensure that each such third party processor is contractually committed to GDPR compliance and adequate data security standards and to only using your data under our instructions (and not for other purposes). If you require further information regarding these third parties, please get in touch using the contact details at the bottom of this Privacy Notice.

Your personal data may also be shared with government authorities and/or law enforcement officials and/or pursuant to a court order if mandated by law or if required for the legal protection of our legitimate interests in compliance with applicable laws. We may also disclose your personal data as necessary to help us meet our legal and contractual obligations, to enforce our terms of use and to protect the rights, property and/or safety of members of the PGAET Group, our partners customers and/or others and to protect the integrity of the sport of golf.

We will only share your personal data with a third party for the purpose of them directly

marketing to you where you have consented to such data sharing (for example, if you consent to receiving our partner offers and news when participating in a competition run in conjunction with one of our partners).

In addition, where we process your personal data in your capacity as a contractor, supplier, promoter, venue or partner (or as an employee, worker or other representative of any of the aforementioned), we may share your personal data with third parties for operational purposes in connection with the role performed by such contractor, supplier, promoter, venue or partner. For example, if, as a representative of a promoter, your contact details are provided to us, we may pass these on to:

- third party service providers who will be providing services in connection with the tournament(s) which the promoter is organising for the purpose of facilitating the provision of such services; and/or
- players (and their managers) who will be attending such tournament(s) in order to facilitate communication with you.

In addition, where we process your personal data in your capacity as a member, manager of a member, caddy or official, we may share your personal data with third parties as required to facilitate your participation in the DP World Tour or Challenge Tour. For example:

- where you are participating in a tournament organised by one of our promoters, we may pass your personal data to such promoter for the purpose of facilitating your participation in such tournament;
- where we are assisting with your visa application in connection with your participation in a tournament, we may pass your personal data to visa authorities.

We may also need to transfer (or store) your personal information to (or in) countries outside the European Economic Area (EEA), some of which do not protect privacy rights as extensively as in the United Kingdom. However, we have taken appropriate safeguards to require that your personal information will remain protected in accordance with this Privacy Notice. Further details of these safeguards can be provided for your review on request by getting in touch using the contact details at the bottom of this Privacy Notice. In the event that any part of our business is sold or integrated with another business, your details will be disclosed to our advisers and any prospective purchaser's adviser and will be passed to the new owners of the business.

How we use your personal data may also be explained in further specific privacy notices drawn to your attention (such as Member notices in the Handbook or accreditation notices as part of the accreditation application process). These notices supplement this over-arching privacy notice.

**Cookies**
Our Platforms use cookies. A "cookie" is a small computer file that is downloaded to your device that enables a web server to collect information from your web browser. It collects information as to how you navigate our Platforms and helps us to identify you, to make your visit to our Platforms more enjoyable by personalising your visit by customising our web pages for you, and to build up a demographic profile. For more information on cookies and how to manage cookie settings, please go to our Cookie Policy.

**Legal Basis for Processing Personal Data**

We will only collect, process, use, share and store your personal information where we are satisfied that we have an appropriate legal basis for doing so. This may be because:

1. we need to use your personal information to take steps to enter into a contract with you or to meet our contractual obligations to you
2. we need to use your personal information to respond to marketing or other enquiries from you
3. we need to use your personal information to pursue our legitimate interests as a commercial organisation
4. we have your consent to using your personal information for a particular activity (for example, where you have consented to us sharing with you marketing or promotional communications from members of the PGAET Group and/or its official partners, sponsors, suppliers or licensees which we think may be of interest).

Our legitimate interests as a commercial organisation include the administration and promotion of the DP World Tour and the sport of golf, and the fulfilling of services to its fans and our customers.

**Consent**

Where we are relying on your consent, you may withdraw your consent to the processing of your personal information at any time by contacting our Data Protection Officer (see the 'How to Contact Us' section below).

**Retention Policy**

Members of the PGAET Group will only retain your personal information for as long as is reasonably necessary for the purposes for which it was collected and in line with our data retention policy. For example, we will normally keep contractual information for a period of ten years after the expiry of any such contract so that, if we need to establish, exercise or defend our legal interests, we may deal with any dispute or concerns that may arise.

**Your Rights as a Data Subject**

At any point whilst a member of the PGAET Group holds your personal information, you have a number of rights available to you, including the following:

1. Right of access – you have the right to access a copy of the information that we hold about you and to obtain information about how we process it
2. Right of rectification – you have a right to request that we correct data that we hold about you if it is inaccurate or incomplete
3. Right to be forgotten – in certain circumstances, you can ask for the data we hold about you to be erased from our records
4. Right to restriction of processing – where certain conditions apply you have a right to request that we restrict the processing of your information
5. Right of portability – you have the right to have the data we hold about you provided to you in an electronic format and/or to request that it is transferred to another organisation

6. Right to object – you have the right to object to certain types of processing such as direct marketing
7. Right to object to automated processing, including profiling – you also have the right not to be subject to a decision based solely on automated processing (including profiling) which adversely affects your legal rights

You can exercise these rights in the first instance by contacting our Data Protection Officer (see 'How to Contact Us' section below). Should you wish to do so, we will require you to provide additional information to confirm your identity as follows:

One piece of photographic identification (e.g. passport, other national identity card or photocard driving licence) and

One proof of address (e.g. utility bill dated within the last 3 months)

We will advise you promptly if we require further information in order to fulfil your request. Please be aware that these rights are, in the most part, not absolute and are subject to exceptions; for example, if we have a necessary and lawful basis on which to continue processing your personal data, we may refuse your request to delete it,

Further to the rights set out above, you can request the following information from us:
1. The identity and the contact details of the person or organisation that has determined how and why to process your data
2. Contact details of our Data Protection Officer
3. The purpose of the processing as well as the legal basis for processing
4. If the processing is based on the legitimate interests of PGAET or a third party such as one of its clients, information about those interests
5. The categories of personal data collected, stored and processed
6. Recipient(s) or categories of recipients that your data is/will be disclosed/ transferred to
7. How long your data will be stored for
8. Details of your rights to correct or erase your personal data and your rights to restrict or object to the processing of your data
9. Information about your right to withdraw consent at any time
10. How to lodge a complaint with the data protection regulator in the country where you live
11. The source of personal data if it was not collected directly from you
12. Any details and information of automated decision making, such as profiling, and any meaningful information about the logic involved, as well as the significance and expected consequences of such processing

**Updates**
We may amend this Privacy Notice from time to time to keep it up to date with legal requirements, best practice and/or the way we operate our business. If we decide to change our Privacy Notice we will place any updates on this webpage and the privacy sections of any relevant Platforms.

Please therefore check this page and the privacy sections of any relevant Platforms periodically in order to view the latest version of our Privacy Notice; however, any substantial changes affecting how your personal data will be notified to you.

**How to Contact Us**

The primary point of contact for all issues arising from this Privacy Notice is our Data Protection Officer, who can be contacted by email at:
dataprotection@europeantourgroup.com
or by post at:

Data Protection Officer
PGA European Tour
Wentworth Drive
Virginia Water
Surrey
GU25 4LX

In the event that you have any questions, concerns or wish to make a complaint about how your personal data is being processed or regarding our compliance with this Privacy Notice, we would encourage you to contact our Data Protection Officer in the first instance. We will investigate and attempt to resolve complaints and disputes as quickly as possible. If you do not get a response within 30 days you can complain to the Data Protection Regulator (the Information Commissioner's Office or ICO). You can refer matters to the ICO at any time, but the ICO recommends that individuals always seek to resolve matters through the data controller's usual processes at first instance.

**Supplementary PGA European Tour Player Privacy Notice – 2021 Season**

PGAET needs to collect and process Member data to allow it to conduct the requirements of its business. This may include data collected directly from Members alongside data PGAET gathers from other sources, including those acting on Members' behalf (including, for example, business partners, management companies, agents etc).

Such data will only be used for the purposes outlined in this notice, the above PGA European Tour privacy notice, any further supplemental privacy notice made available to me and/or any applicable terms of Membership of the DP World Tour, and any significant changes in how PGAET uses my personal data will be notified to me.

There may be circumstances in which PGAET is under a duty to disclose or share Member personal data in order to comply with any legal obligation; or where necessary in connection with welfare, safeguarding, integrity or anti-doping. PGAET may also share Member personal data with governmental authorities (such as border control and/or health authorities) where reasonably necessary for the purposes of processing set out in this privacy notice.

PGAET may also need to process Member personal data in order to enforce or apply the terms of Membership (or any other agreement with the Member).

PGAET will collect, use and disclose Member personal data lawfully and in accordance with Members' rights as set out in the PGA European Tour privacy notice.

**Specific Information Categories**

In addition to the data and purposes set out in the PGA European Tour privacy notice, PGAET will need to hold and process certain specific information for the purposes of administering Member participation on the DP World Tour and/or Challenge Tour. This

includes:

Member passport information (including a photocopy of the passport) for the purposes of:

- Facilitating entry into tournaments (and entry into the country in which the tournament is held) by assisting in travel or visa acquisition
- Facilitating the payment of prize money at the end of a given (applicable) tournament where proof of ID is required.

Certain financial information in the form of Member bank account details or payment card details for the purposes of:

- Facilitating the payment of the annual membership fee
- Fulfilling tournament entry requirements regarding fee payment
- Facilitating the payment of prize money
- Facilitating the payment of any fines accrued whilst competing

Where PGAET needs to supply this information to third parties in order to achieve these purposes, it will only do so under suitable terms of security and confidentiality.

Official World Golf Rankings, Ryder Cup etc.

This form does not concern the lawful publication of Member personal performance data and image for the purposes of sports and journalism coverage in any media.

However PGAET will need to share some personal information (in the form of Members' full name, country of origin, date of birth and tournament performance data) with the Official World Golf Rankings for the purposes of maintaining the Official Golf World Rankings.

Should a Member qualify for Ryder Cup team selection, PGAET will need to share such Members' personal data with required authorities for the purposes of:

- Visa provisioning
- Travel provisioning
- Accreditation
- Live scoring
- Other fulfilment activities as reasonably required and notified to the relevant Member(s).

### Supplementary PGA European Tour Privacy Notice – Covid 19

### Introduction

This notice applies in respect of personal data to be collected by PGA European Tour (PGAET), from individuals attending DP World Tour and Challenge Tour tournaments, in connection with its screening for Covid-19.

This notice is supplementary to and should be read in conjunction with the DP World Tour's general privacy notice, a copy of which is set out above.

**Personal Data collected**

In order to gain access to a DP World Tour or Challenge Tour tournament you will need to hold the correct accreditation. As part of the accreditation application process, you will be asked to answer certain questions that are designed to determine if you may be displaying symptoms of Covid-19 or if you could have been recently exposed to Covid-19. You may have already been asked to submit a test before leaving home and once on-site at the venue of the relevant tournament you will also be required to undergo testing for Covid-19.

The data collected during the above application and testing procedures will include: (i) any Covid-19 related symptoms you may be suffering (that is, a persistent cough, high temperature, loss of taste or smell and/or shortness of breath); and (ii) your test results.

**Use of Personal Data**

The legal basis for our use of your personal data, collected as set out above, is as follows:

**Legitimate Interest:** in order to safely stage tournaments in accordance with government guidelines, we need to ensure we minimise the risk posed by Covid-19. One of the key ways we will do this is to create a 'bubble' in respect of which, as far as is reasonably possible, each individual granted access is free of Covid-19. We will use your personal data to assess your suitability for entry into the 'bubble' in order to: (i) protect the integrity of the bubble and the health and safety of each individual attending tournaments; and (ii) ensure that we can resume our primary business operations.

**Public Health:** processing of health related data is generally prohibited unless an exemption applies under GDPR. The exemption we will be relying on for these purposes is Public Health. Given the international nature of our tournaments, the processing of such sensitive data is necessary to protect against serious cross-border threats to health.

**Third parties**

Certain third party suppliers have been engaged by us in the creation of a bubble at each tournament (for example, Cignpost, Let's Get Checked and our medical advisers who will be involved in the testing of players and attendees at each tournament).
PGAET will ensure that any third party who collects or otherwise processes your personal data on our behalf is contractually committed to GDPR compliance and adequate data security standards. Third party contractors who process data on our behalf do so strictly under our instructions and are not permitted to make other uses of your personal data.

We may also share the symptom and test result data described above with governmental authorities where required to do so by the laws and/or governmental authorities of the relevant territory.

**Retention Policy**

Members of the PGAET Group will only retain personal information collected in accordance with this Covid-19 supplementary notice for as long as is reasonably necessary for the purposes for which it was collected.

**How to Contact Us**

The primary point of contact for all issues arising from this Privacy Notice is our Data Protection Officer, who can be contacted by email at:

dataprotection@europeantourgroup.com

or by post at:

Data Protection Officer
PGA European Tour, Wentworth Drive, Virginia Water, Surrey
GU25 4LX

In the event that you have any questions, concerns or wish to make a complaint about how your personal data is being processed or regarding our compliance with this Covid-19 supplementary Privacy Notice, we would encourage you to contact our Data Protection Officer in the first instance. We will investigate and attempt to resolve complaints and disputes as quickly as possible. If you do not get a response within 30 days you can complain to the Data Protection Regulator (the Information Commissioner's Office or ICO). You can refer matters to the ICO at any time, but the ICO recommends that individuals always seek to resolve matters through the data controller's usual processes at first instance.

# J. Membership Listings & Rankings

## Alphabetical List of 2022 Ranked Members
## (As of the start of the 2022 Official Season (24/11/21))

| First Name | Last Name | Nationality | Category | Rank |
|---|---|---|---|---|
| Thomas | AIKEN | RSA | 18 | 21 |
| Abraham | ANCER | MEX | 2 | 2 |
| Pep | ANGLES | ESP | 17 | 5 |
| Maverick | ANTCLIFF | AUS | 10 | 85 |
| Kiradech | APHIBARNRAT | THA | 10 | 72 |
| Marcus | ARMITAGE | ENG | 4 | 10 |
| Adri | ARNAUS | ESP | 10 | 33 |
| Zheng-kai | BAI | CHN | 20 | 3 |
| Matthew | BALDWIN | ENG | 21 | 16 |
| Oliver | BEKKER | RSA | 14 | 7 |
| Nino | BERTASIO | ITA | 10 | 92 |
| Wil | BESSELING | NED | 10 | 91 |
| Christiaan | BEZUIDENHOUT | RSA | 3 | 12 |
| Gaganjeet | BHULLAR | IND | 16b | 6 |
| Lucas | BJERREGAARD | DEN | 10 | 99 |
| Alexander | BJÖRK | SWE | 10 | 12 |
| Thomas | BJØRN | DEN | 5 | 16 |
| Jacques | BLAAUW | RSA | 21 | 8 |
| Richard | BLAND | ENG | 3 | 7 |
| Kristoffer | BROBERG | SWE | 4 | 3 |
| Steven | BROWN | ENG | 3 | 18 |
| Julien | BRUN | FRA | 14 | 4 |
| Dean | BURMESTER | RSA | 3 | 9 |
| Rafa | CABRERA BELLO | ESP | 3 | 2 |
| Jonathan | CALDWELL | NIR | 4 | 9 |
| Michael | CAMPBELL | NZL | 16c | 19 |
| Jorge | CAMPILLO | ESP | 3 | 13 |
| Alejandro | CAÑIZARES | ESP | 10 | 98 |
| Laurie | CANTER | ENG | 10 | 24 |
| Ivan | CANTERO GUTIERREZ | ESP | 21 | 13 |
| Paul | CASEY | ENG | 3 | 10 |
| John | CATLIN | USA | 4 | 11 |
| Yikeun | CHANG | KOR | 18 | 13 |
| S.S.P. | CHAWRASIA | IND | 16c | 9 |
| Ashley | CHESTERS | ENG | 16 | 2 |
| Jinho | CHOI | KOR | 17 | 29 |
| Stewart | CINK | USA | 18 | 5 |
| Darren | CLARKE | NIR | 5 | 17 |
| Aaron | COCKERILL | CAN | 17 | 9 |
| George | COETZEE | RSA | 10 | 103 |
| Nicolas | COLSAERTS | BEL | 3 | 19 |
| Dave | COUPLAND | ENG | 17 | 6 |

| | | | | |
|---|---|---|---|---|
| Ugo | COUSSAUD | FRA | 18 | 8 |
| Sean | CROCKER | USA | 10 | 48 |
| Emilio | CUARTERO BLANCO | ESP | 20 | 1 |
| Jens | DANTORP | SWE | 18 | 11 |
| Adilson | DA SILVA | BRA | 23 | 8 |
| Louis | DE JAGER | RSA | 17 | 20 |
| Eduardo | DE LA RIVA | ESP | 19 | 5 |
| Thomas | DETRY | BEL | 10 | 25 |
| David | DIXON | ENG | 22 | 8 |
| Luke | DONALD | ENG | 5 | 28 |
| Jamie | DONALDSON | WAL | 10 | 38 |
| Bradley | DREDGE | WAL | 16c | 10 |
| David | DRYSDALE | SCO | 10 | 121 |
| Victor | DUBUISSON | FRA | 10 | 111 |
| Paul | DUNNE | IRL | 18 | 22 |
| Hennie | DU PLESSIS | RSA | 18 | 10 |
| Bryce | EASTON | RSA | 17 | 17 |
| Ernie | ELS | RSA | 5 | 6 |
| Nacho | ELVIRA | ESP | 4 | 8 |
| Rhys | ENOCH | WAL | 18 | 14 |
| Philip | ERIKSSON | SWE | 22 | 9 |
| Ben | EVANS | ENG | 19 | 4 |
| Jens | FAHRBRING | SWE | 18 | 26 |
| Oliver | FARR | WAL | 16b | 5 |
| Gonzalo | FDEZ-CASTAÑO | ESP | 18 | 18 |
| Jarryd | FELTON | AUS | 20 | 4 |
| Mathieu | FENASSE | FRA | 21 | 20 |
| Ewen | FERGUSON | SCO | 14 | 8 |
| Darren | FICHARDT | RSA | 10 | 117 |
| Pedro | FIGUEIREDO | POR | 17 | 22 |
| Oliver | FISHER | ENG | 16c | 6 |
| Ross | FISHER | ENG | 11 | 20 |
| Matt | FITZPATRICK | ENG | 2 | 5 |
| Tommy | FLEETWOOD | ENG | 1 | 5 |
| Matt | FORD | ENG | 17 | 25 |
| Grant | FORREST | SCO | 4 | 6 |
| Ryan | FOX | NZL | 10 | 82 |
| Lorenzo | GAGLI | ITA | 16c | 7 |
| Stephen | GALLACHER | SCO | 3 | 26 |
| Tom | GANDY | IMN | 22 | 6 |
| Sergio | GARCIA | ESP | 1 | 18 |
| Alfredo | GARCIA-HEREDIA | ESP | 14 | 6 |
| Sebastian | GARCIA RODRIGUEZ | ESP | 10 | 120 |
| Daniel | GAVINS | ENG | 4 | 7 |
| Josh | GEARY | NZL | 17 | 19 |
| Jean-Baptiste | GONNET | FRA | 17 | 11 |
| Retief | GOOSEN | RSA | 5 | 12 |
| Ricardo | GOUVEIA | POR | 14 | 2 |
| Branden | GRACE | RSA | 3 | 16 |
| Gavin | GREEN | MAS | 16c | 4 |

| | | | | |
|---|---|---|---|---|
| Julien | GUERRIER | FRA | 10 | 101 |
| Chase | HANNA | USA | 14 | 13 |
| Joachim B. | HANSEN | DEN | 4 | 1 |
| Peter | HANSON | SWE | 11a | 1 |
| Justin | HARDING | RSA | 3 | 28 |
| Padraig | HARRINGTON | IRL | 5 | 7 |
| Tyrrell | HATTON | ENG | 2 | 4 |
| Grégory | HAVRET | FRA | 17 | 27 |
| Benjamin | HEBERT | FRA | 16 | 1 |
| Sebastian | HEISELE | GER | 14a | 1 |
| Björn | HELLGREN | SWE | 21 | 12 |
| Marcus | HELLIGKILDE | DEN | 13 | 1 |
| Scott | HEND | AUS | 3 | 27 |
| Berry | HENSON | USA | 22 | 1 |
| Lucas | HERBERT | AUS | 3 | 5 |
| Angel | HIDALGO | ESP | 18 | 4 |
| Garrick | HIGGO | RSA | 3 | 8 |
| Calum | HILL | SCO | 4 | 5 |
| Daniel | HILLIER | NZL | 18 | 6 |
| Michael | HOEY | NIR | 21 | 9 |
| Billy | HORSCHEL | USA | 2 | 1 |
| David | HORSEY | ENG | 10 | 79 |
| Sam | HORSFIELD | ENG | 10 | 46 |
| Viktor | HOVLAND | NOR | 3 | 6 |
| David | HOWELL | ENG | 16c | 11 |
| Craig | HOWIE | SCO | 14 | 19 |
| Daan | HUIZING | NED | 14 | 20 |
| Rasmus | HØJGAARD | DEN | 3 | 4 |
| Nicolai | HØJGAARD | DEN | 3 | 3 |
| Sungjae | IM | KOR | 18 | 1 |
| Raphaël | JACQUELIN | FRA | 16c | 12 |
| Thongchai | JAIDEE | THA | 11 | 35 |
| Scott | JAMIESON | SCO | 10 | 108 |
| Jazz | JANEWATTANANOND | THA | 10 | 77 |
| Miguel Ángel | JIMÉNEZ | ESP | 5 | 10 |
| Kristian Krogh | JOHANNESSEN | NOR | 18 | 7 |
| Liam | JOHNSTON | SCO | 19 | 7 |
| Andrew | JOHNSTON | ENG | 10 | 64 |
| Matthew | JORDAN | ENG | 10 | 76 |
| Shiv | KAPUR | IND | 23 | 3 |
| Rikard | KARLBERG | SWE | 10 | 90 |
| Anton | KARLSSON | SWE | 19 | 8 |
| Robert | KARLSSON | SWE | 5 | 24 |
| Masahiro | KAWAMURA | JPN | 10 | 50 |
| Martin | KAYMER | GER | 1 | 11 |
| Niall | KEARNEY | IRL | 18 | 3 |
| Brad | KENNEDY | AUS | 17 | 2 |
| Jesper | KENNEGARD | SWE | 18 | 9 |
| Maximilian | KIEFFER | GER | 10 | 52 |
| Joohyung | KIM | KOR | 23 | 11 |

| | | | | |
|---|---|---|---|---|
| Taehoon | KIM | KOR | 17 | 3 |
| Sihwan | KIM | USA | 17 | 7 |
| Marcus | KINHULT | SWE | 3 | 24 |
| Kurt | KITAYAMA | USA | 3 | 29 |
| Søren | KJELDSEN | DEN | 11 | 30 |
| Alexander | KNAPPE | GER | 21 | 21 |
| Russell | KNOX | SCO | 2 | 11 |
| Espen | KOFSTAD | NOR | 14 | 12 |
| Tyler | KOIVISTO | USA | 20 | 2 |
| Mikko | KORHONEN | FIN | 3 | 25 |
| Nicolai | KRISTENSEN | DEN | 21 | 4 |
| Jbe | KRUGER | RSA | 18 | 28 |
| Jacques | KRUYSWIJK | RSA | 10 | 116 |
| Frederic | LACROIX | FRA | 14 | 5 |
| Joakim | LAGERGREN | SWE | 10 | 51 |
| Jérôme | LANDO CASANOVA | FRA | 21 | 14 |
| Romain | LANGASQUE | FRA | 10 | 110 |
| Francesco | LAPORTA | ITA | 10 | 41 |
| Pablo | LARRAZÁBAL | ESP | 3 | 17 |
| David | LAW | SCO | 10 | 100 |
| Paul | LAWRIE | SCO | 16c | 18 |
| Deyen | LAWSON | AUS | 22 | 2 |
| Taehee | LEE | KOR | 16c | 16 |
| Min Woo | LEE | AUS | 2 | 3 |
| Niklas | LEMKE | SWE | 16c | 8 |
| Oscar | LENGDEN | SWE | 18 | 16 |
| Hugo | LEON | CHI | 14 | 14 |
| Alexander | LEVY | FRA | 10 | 58 |
| Tom | LEWIS | ENG | 16c | 15 |
| Haotong | LI | CHN | 3a | 3 |
| Ondrej | LIESER | CZE | 17 | 24 |
| José-Filipe | LIMA | POR | 18 | 27 |
| David | LIPSKY | USA | 3 | 30 |
| Zander | LOMBARD | RSA | 16b | 7 |
| Hurly | LONG | GER | 14 | 17 |
| Mike | LORENZO-VERA | FRA | 16b | 3 |
| Shane | LOWRY | IRL | 1 | 8 |
| Joost | LUITEN | NED | 10 | 89 |
| Robert | MACINTYRE | SCO | 10 | 9 |
| Matteo | MANASSERO | ITA | 21 | 3 |
| Stuart | MANLEY | WAL | 20 | 7 |
| Richard | MANSELL | ENG | 17 | 10 |
| Stanislav | MATUS | CZE | 22 | 13 |
| Graeme | MCDOWELL | NIR | 3 | 15 |
| Richard | MCEVOY | ENG | 16c | 3 |
| Ross | McGOWAN | ENG | 16c | 1 |
| Rory | MCILROY | NIR | 1 | 7 |
| Jake | MCLEOD | AUS | 17 | 28 |
| Prom | MEESAWAT | THA | 23 | 6 |
| Adrian | MERONK | POL | 10 | 39 |

| | | | | |
|---|---|---|---|---|
| Guido | MIGLIOZZI | ITA | 10 | 16 |
| Edoardo | MOLINARI | ITA | 10 | 59 |
| Francesco | MOLINARI | ITA | 1 | 4 |
| Colin | MONTGOMERIE | SCO | 5 | 9 |
| Kyongjun | MOON | KOR | 16c | 17 |
| Collin | MORIKAWA | USA | 1 | 1 |
| James | MORRISON | ENG | 10 | 54 |
| Félix | MORY | FRA | 20 | 9 |
| Gavin | MOYNIHAN | IRL | 19 | 10 |
| Zach | MURRAY | AUS | 14a | 2 |
| Niklas Nørgaard | MØLLER | DEN | 14 | 16 |
| Lukas | NEMECZ | AUT | 14 | 10 |
| Joaquin | NIEMANN | CHI | 10 | 93 |
| Wilco | NIENABER | RSA | 18 | 2 |
| Alex | NOREN | SWE | 2 | 12 |
| Thorbjørn | OLESEN | DEN | 2 | 13 |
| Louis | OOSTHUIZEN | RSA | 11 | 19 |
| Pedro | ORIOL | ESP | 20 | 5 |
| Wade | ORMSBY | AUS | 10 | 83 |
| Carlos | ORTIZ | MEX | 19 | 2 |
| Adrian | OTAEGUI | ESP | 10 | 60 |
| Chris | PAISLEY | ENG | 10 | 118 |
| Dimitrios | PAPADATOS | AUS | 22 | 5 |
| Renato | PARATORE | ITA | 16 | 3 |
| Yannik | PAUL | GER | 14 | 9 |
| Andrea | PAVAN | ITA | 3 | 23 |
| Matthieu | PAVON | FRA | 10 | 66 |
| Eddie | PEPPERELL | ENG | 16b | 1 |
| Victor | PEREZ | FRA | 3 | 20 |
| Damien | PERRIER | FRA | 21 | 17 |
| Paul | PETERSON | USA | 23 | 1 |
| Robin | PETERSSON | SWE | 22 | 11 |
| Thomas | PIETERS | BEL | 3 | 1 |
| Carlos | PIGEM | ESP | 17 | 26 |
| Terry | PILKADARIS | AUS | 23 | 14 |
| Alfie | PLANT | ENG | 20 | 6 |
| Benjamin | POKE | DEN | 17 | 21 |
| Haydn | PORTEOUS | RSA | 16c | 14 |
| Garrick | PORTEOUS | ENG | 17 | 8 |
| Ian | POULTER | ENG | 9 | 1 |
| Tapio | PULKKANEN | FIN | 10 | 53 |
| Alvaro | QUIROS | ESP | 16b | 2 |
| Jon | RAHM | ESP | 1 | 3 |
| Siddikur | RAHMAN | BAN | 23 | 10 |
| Aaron | RAI | ENG | 2 | 6 |
| Richie | RAMSAY | SCO | 10 | 74 |
| Patrick | REED | USA | 1 | 17 |
| Niklas | REGNER | AUT | 21 | 7 |
| Kristoffer | REITAN | NOR | 19 | 6 |
| JC | RITCHIE | RSA | 17 | 1 |

| | | | | |
|---|---|---|---|---|
| Bernd | RITTHAMMER | GER | 18 | 19 |
| Robert | ROCK | ENG | 10a | 2 |
| Andres | ROMERO | ARG | 18 | 23 |
| Justin | ROSE | ENG | 2 | 9 |
| Robin | ROUSSEL | FRA | 16c | 5 |
| Antoine | ROZNER | FRA | 4 | 13 |
| Adrien | SADDIER | FRA | 17 | 13 |
| Kalle | SAMOOJA | FIN | 10 | 73 |
| Jesper | SANDBORG | SWE | 22 | 14 |
| Ajeetesh | SANDHU | IND | 23 | 2 |
| Ricardo | SANTOS | POR | 16b | 9 |
| Lorenzo | SCALISE | ITA | 18 | 24 |
| Matti | SCHMID | GER | 10 | 114 |
| Max | SCHMITT | GER | 18 | 20 |
| Marcel | SCHNEIDER | GER | 14 | 11 |
| Matthias | SCHWAB | AUT | 10 | 67 |
| Charl | SCHWARTZEL | RSA | 11 | 22 |
| Robin | SCIOT-SIEGRIST | FRA | 17 | 12 |
| Adam | SCOTT | AUS | 4 | 14 |
| Jason | SCRIVENER | AUS | 10 | 21 |
| Jack | SENIOR | ENG | 10 | 81 |
| Shubhankar | SHARMA | IND | 10 | 68 |
| Cormac | SHARVIN | NIR | 16c | 2 |
| Callum | SHINKWIN | ENG | 10 | 102 |
| Marcel | SIEM | GER | 14 | 15 |
| Martin | SIMONSEN | DEN | 21 | 19 |
| Jack | SINGH BRAR | ENG | 10a | 3 |
| Joel | SJÖHOLM | SWE | 17 | 18 |
| Lee | SLATTERY | ENG | 18 | 17 |
| Jordan | SMITH | ENG | 10 | 70 |
| Sebastian | SODERBERG | SWE | 3 | 21 |
| Clément | SORDET | FRA | 18 | 15 |
| Matthew | SOUTHGATE | ENG | 10 | 96 |
| Gary | STAL | FRA | 22 | 10 |
| Joël | STALTER | FRA | 16c | 13 |
| Henrik | STENSON | SWE | 1 | 6 |
| Richard | STERNE | RSA | 10a | 1 |
| Brandon | STONE | RSA | 2 | 10 |
| Graeme | STORM | ENG | 16c | 20 |
| Ben | STOW | ENG | 17 | 15 |
| Henric | STUREHED | SWE | 21 | 1 |
| Andy | SULLIVAN | ENG | 10 | 55 |
| Julian | SURI | USA | 16b | 8 |
| Jesper | SVENSSON | SWE | 21 | 6 |
| Connor | SYME | SCO | 10 | 104 |
| Miguel | TABUENA | PHI | 23 | 4 |
| Pavit | TANGKAMOLPRASERT | THA | 23 | 7 |
| Santiago | TARRIO | ESP | 14 | 3 |
| Justin | THOMAS | USA | 2 | 7 |
| Jonathan | THOMSON | ENG | 18 | 12 |

| | | | | |
|---|---|---|---|---|
| Toby | TREE | ENG | 17 | 23 |
| Kristof | ULENAERS | BEL | 20 | 8 |
| Sami | VÄLIMÄKI | FIN | 3 | 14 |
| Darius | VAN DRIEL | NED | 10 | 97 |
| Lars | VAN MEIJEL | NED | 17 | 14 |
| Erik | VAN ROOYEN | RSA | 3 | 22 |
| Daniel | VAN TONDER | RSA | 4 | 12 |
| Robbie | VAN WEST | NED | 22 | 12 |
| Johannes | VEERMAN | USA | 4 | 4 |
| Scott | VINCENT | ZIM | 18 | 25 |
| Nicolai | VON DELLINGSHAUSEN | GER | 10 | 119 |
| Euan | WALKER | SCO | 22 | 7 |
| Matt | WALLACE | ENG | 10 | 84 |
| Justin | WALTERS | RSA | 10 | 105 |
| Paul | WARING | ENG | 3a | 2 |
| Marc | WARREN | SCO | 10 | 109 |
| Romain | WATTEL | FRA | 19 | 9 |
| Lee | WESTWOOD | ENG | 1 | 2 |
| Dale | WHITNELL | ENG | 10 | 106 |
| Bernd | WIESBERGER | AUT | 2 | 8 |
| Danny | WILLETT | ENG | 1 | 19 |
| Andrew | WILSON | ENG | 14 | 18 |
| Oliver | WILSON | ENG | 16b | 4 |
| Blake | WINDRED | AUS | 21 | 11 |
| Jeff | WINTHER | DEN | 4 | 2 |
| Chris | WOOD | ENG | 2 | 14 |
| Jordan | WRISDALE | ENG | 22 | 3 |
| Ashun | WU | CHN | 3a | 1 |
| Suradit | YONGCHAROENCHAI | THA | 17 | 16 |
| Daniel | YOUNG | SCO | 22 | 4 |
| Will | ZALATORIS | USA | 10 | 14 |
| Fabrizio | ZANOTTI | PAR | 10 | 62 |
| Aron | ZEMMER | ITA | 22 | 15 |

# 2022 Official Season - DP World Tour Exemption Categories

## (As of the start of the 2022 Official Season (24/11/21))

### Category 1

| | | Eligible start of Official Season | Expires end of |
|---|---|---|---|

**Winners of the DP World Tour Rankings**

**OCR**

| | | Eligible start of Official Season | Expires end of |
|---|---|---|---|
| 1 | Collin Morikawa* (USA) | 2022 | 2026 |
| 2 | Lee Westwood* (ENG) | 2021 | 2023 |
| 3 | Jon Rahm (ESP) | 2020 | 2025 |
| 4 | Francesco Molinari* (ITA) | 2019 | 2026 |
| 5 | Tommy Fleetwood (ENG) | 2018 | 2025 |
| 6 | Henrik Stenson* (SWE) | 2017 | 2024 |
| 7 | Rory McIlroy* (NIR) | 2016 | 2023 |

**Winners of The Open Championship**

| | | | |
|---|---|---|---|
| 8 | Shane Lowry* (IRL) | 2020 | 2025 |

**Winners of the US Open Championship**

| | | | |
|---|---|---|---|
| | *(Jon Rahm (ESP))* | *(2022* | *2026)* |
| 9 | Martin Kaymer* (GER) | 2015 | 2022 |

**Winners of the US PGA Championship**

**Winners of the Masters Tournament**

| | | | |
|---|---|---|---|
| 10 | Patrick Reed* (USA) | 2019 | 2026 |
| 11 | Sergio Garcia* (ESP) | 2018 | 2025 |
| 12 | Danny Willett* (ENG) | 2017 | 2024 |

**No. in Category – 12**

\* Honorary Life Member

## Category 2

| | | Eligible start of Official Season | Expires end of |
|---|---|---|---|

**Winners of Rolex Series Tournaments, winners of World Golf Championships**

**OCR**

| | | | |
|---|---|---|---|
| 13 | Billy Horschel (USA) | 2022 | 2024 |
| 14 | Abraham Ancer (MEX) | 2022 | 2024 |
| 15 | Min Woo Lee (AUS) | 2022 | 2024 |
| 16 | Tyrrell Hatton (ENG) | 2022 | 2024 |
| 17 | Matt Fitzpatrick (ENG) | 2021 | 2023 |
| 18 | Aaron Rai (ENG) | 2021 | 2023 |
| 19 | Justin Thomas (USA) | 2021 | 2023 |
| | *(Lee Westwood* (ENG))* | *(2021* | *2024)* |
| 20 | Bernd Wiesberger (AUT) | 2020 | 2023 |
| 21 | Justin Rose* (ENG) | 2019 | 2022 |
| 22 | Brandon Stone (RSA) | 2019 | 2022 |
| 23 | Russell Knox (SCO) | 2019 | 2022 |
| 24 | Alex Noren (SWE) | 2019 | 2022 |
| 25 | Thorbjørn Olesen (DEN) | 2019 | 2022 |
| 26 | Chris Wood (ENG) | 2017 | 2022 |

**No. in Category – 13**

* Honorary Life Member

## Category 3

**Winners of 2019, 2020 (up to and including Qatar Masters), 2021 and 2022 DP World Tour Ranking Tournaments with a Prize fund of $US1.75 Million or above and the winner of the Gold Medal At the 2021 men's Olympic Tournament**

**OCR**

| | | | |
|---|---|---|---|
| 27 | Thomas Pieters (BEL) | 2022 | 2023 |
| 28 | Rafa Cabrera Bello (ESP) | 2022 | 2023 |
| 29 | Nicolai Højgaard (DEN) | 2022 | 2023 |
| 30 | Rasmus Højgaard (DEN) | 2022 | 2023 |
| 31 | Lucas Herbert (AUS) | 2022 | 2023 |
| 32 | Viktor Hovland (NOR) | 2022 | 2023 |
| 33 | Richard Bland (ENG) | 2022 | 2023 |
| 34 | Garrick Higgo (RSA) | 2022 | 2023 |
| 35 | Dean Burmester (RSA) | 2022 | 2023 |
| 36 | Paul Casey (ENG) | 2022 | 2023 |
| 37 | Christiaan Bezuidenhout (RSA) | 2020 | 2022 |
| | | | |
| 38 | Jorge Campillo (ESP) | 2021 | 2023 |
| 39 | Sami Välimäki (FIN) | 2021 | 2023 |
| 40 | Graeme McDowell* (NIR) | 2021 | 2023 |
| 41 | Branden Grace | 2021 | 2023 |
| 42 | Pablo Larrazabal (ESP) | 2021 | 2023 |
| | | | |
| 43 | Steven Brown (ENG) | 2020 | 2022 |
| 44 | Nicolas Colsaerts (BEL) | 2020 | 2022 |
| 45 | Victor Perez (FRA) | 2020 | 2022 |
| 46 | Sebastian Soderberg (SWE) | 2020 | 2022 |
| 47 | Erik Van Rooyen (RSA) | 2020 | 2022 |
| 48 | Andrea Pavan (ITA) | 2020 | 2022 |
| 49 | Marcus Kinhult (SWE) | 2020 | 2022 |
| 50 | Mikko Korhonen (FIN) | 2020 | 2022 |
| 51 | Stephen Gallacher (SCO) | 2020 | 2022 |
| 52 | Scott Hend (AUS) | 2020 | 2022 |
| 53 | Justin Harding (RSA) | 2020 | 2022 |
| 54 | Kurt Kitayama (USA) | 2020 | 2022 |
| 55 | David Lipsky (USA) | 2020 | 2022 |

**No. in Category – 29**

\* Honorary Life Member

## Category 3a

Eligible start of
Official Season

Expires end of

### Membership Extension Category

**OCR**

| | | |
|---|---|---|
| 56 | Ashun Wu (CHN) | First 8 tournaments |
| 57 | Paul Waring (ENG) | First 5 tournaments |
| 58 | Haotong Li (CHN) | First 4 tournaments |

**No. in Category – 3**

---

## Category 4

Eligible start of
Official Season

Expires end of

**Winners of 2020 (up to and including Qatar Masters), 2021 and 2022 DP World Tour Ranking Tournaments with a prize fund less than $1.75 Million, followed by winners of 2022 Dual Ranking DP World Tour/ Challenge Tour Tournaments**

**OCR**

| | | | |
|---|---|---|---|
| 59 | Joachim B. Hansen (DEN) | 2022 | 2022 |
| 60 | Jeff Winther (DEN) | 2022 | 2022 |
| 61 | Kristoffer Broberg (SWE) | 2022 | 2022 |
| 62 | Johannes Veerman (USA) | 2022 | 2022 |
| 63 | Calum Hill (SCO) | 2022 | 2022 |
| 64 | Grant Forrest (SCO) | 2022 | 2022 |
| 65 | Daniel Gavins (ENG) | 2022 | 2022 |
| 66 | Nacho Elvira (ESP) | 2022 | 2022 |
| 67 | Jonathan Caldwell (NIR) | 2022 | 2022 |
| 68 | Marcus Armitage (ENG) | 2022 | 2022 |
| 69 | John Catlin (USA) | 2022 | 2022 |
| 70 | Daniel Van Tonder (RSA) | 2022 | 2022 |
| 71 | Antoine Rozner (FRA) | 2022 | 2022 |
| 72 | Adam Scott (AUS) | 2021 | 2022 |

**No. in Category - 14**

## Category 5

|  |  | Eligible start of Official Season | Expires end of |
|---|---|---|---|

**Legends Category – Players ranked within the top 40 of the 2021 Career Money List who meet 4 or more of the additional qualifying criteria for this Category**

**OCR**

| | | | | |
|---|---|---|---|---|
| 73 | Ernie Els* (RSA) | (6) | 7 | 5 |
| 74 | Padraig Harrington* (IRL) | (7) | 7 | 7 |
| 75 | Colin Montgomerie* (SCO) | (9) | 6 | 0 |
| 76 | Miguel Ángel Jiménez (ESP) | (10) | 5 | 1 |
| 77 | Retief Goosen* (RSA) | (12) | 5 | 2 |
| 78 | Thomas Bjørn (DEN) | (16) | 5 | 1 |
| 79 | Darren Clarke* (NIR) | (17) | 5 | 2 |
| 80 | Robert Karlsson (SWE) | (24) | 5 | 2 |
| 81 | Luke Donald* (ENG) | (28) | 5 | 3 |

**No. in Category – 9**

---

## Category 6a
**Professional Invites**

## Category 6b
**Amateur Invites**

## Category 7
**Players qualifying through the top 5 or top 10 regulation (as applicable) from the previous DP World Tour tournament**

## Category 8
**National/Regional Orders of Merit**

\* Honorary Life Member

## Category 9

| | | Eligible start of Official Season | Expires end of |
|---|---|---|---|

**Members of the last named European Ryder Cup Team followed by the Ryder Cup Captain in the Official Season of his captaincy and the following Official Season, if he is not otherwise exempt in Categories 1–5 above**

**OCR**

| 82 | Ian Poulter (ENG) | | 2022 | 2022 |
|---|---|---|---|---|

**No. in Category - 1**

---

## Category 10

| | | Eligible start of Official Season | Expires end of |
|---|---|---|---|

**Players finishing within positions 1-121 on the final 2021 DP World Tour Rankings**

**OCR**

| 83 | Robert MacIntyre (SCO) | (9) | 2022 | 2022 |
|---|---|---|---|---|
| 84 | Alexander Björk (SWE) | (12) | 2022 | 2022 |
| 85 | Will Zalatoris (USA) | (14) | 2022 | 2022 |
| 86 | Guido Migliozzi (ITA) | (16) | 2022 | 2022 |
| 87 | Jason Scrivener (AUS) | (21) | 2022 | 2022 |
| 88 | Laurie Canter (ENG) | (24) | 2022 | 2022 |
| 89 | Thomas Detry (BEL) | (25) | 2022 | 2022 |
| 90 | Adri Arnaus (ESP) | (33) | 2022 | 2022 |
| 91 | Jamie Donaldson (WAL) | (38) | 2022 | 2022 |
| 92 | Adrian Meronk (POL) | (39) | 2022 | 2022 |
| 93 | Francesco Laporta (ITA) | (41) | 2022 | 2022 |
| 94 | Sam Horsfield (ENG) | (46) | 2022 | 2022 |
| 95 | Sean Crocker (USA) | (48) | 2022 | 2022 |
| 96 | Masahiro Kawamura (JPN) | (50) | 2022 | 2022 |
| 97 | Joakim Lagergren (SWE) | (51) | 2022 | 2022 |
| 98 | Maximilian Kieffer (GER) | (52) | 2022 | 2022 |
| 99 | Tapio Pulkkanen (FIN) | (53) | 2022 | 2022 |
| 100 | James Morrison (ENG) | (54) | 2022 | 2022 |
| 101 | Andy Sullivan (ENG) | (55) | 2022 | 2022 |
| 102 | Alexander Levy (FRA) | (58) | 2022 | 2022 |
| 103 | Edoardo Molinari (ITA) | (59) | 2022 | 2022 |
| 104 | Adrian Otaegui (ESP) | (60) | 2022 | 2022 |
| 105 | Fabrizio Zanotti (PAR) | (62) | 2022 | 2022 |
| 106 | Andrew Johnston (ENG) | (64) | 2022 | 2022 |
| 107 | Matthieu Pavon (FRA) | (66) | 2022 | 2022 |
| 108 | Matthias Schwab (AUT) | (67) | 2022 | 2022 |
| 110 | Shubhankar Sharma (IND) | (68) | 2022 | 2022 |
| 110 | Jordan Smith (ENG) | (70) | 2022 | 2022 |

| | | | | |
|---|---|---|---|---|
| 111 | Kiradech Aphibarnrat (THA) | (72) | 2022 | 2022 |
| 112 | Kalle Samooja (FIN) | (73) | 2022 | 2022 |
| 113 | Richie Ramsay (SCO) | (74) | 2022 | 2022 |
| 114 | Matthew Jordan (ENG) | (76) | 2022 | 2022 |
| 115 | Jazz Janewattananond (THA) | (77) | 2022 | 2022 |
| 116 | David Horsey (ENG) | (79) | 2022 | 2022 |
| 117 | Jack Senior (ENG) | (81) | 2022 | 2022 |
| 118 | Ryan Fox (NZL) | (82) | 2022 | 2022 |
| 119 | Wade Ormsby (AUS) | (83) | 2022 | 2022 |
| 120 | Matt Wallace (ENG) | (84) | 2022 | 2022 |
| 121 | Maverick Antcliff (AUS) | (85) | 2022 | 2022 |
| 122 | Joost Luiten (NED) | (89) | 2022 | 2022 |
| 123 | Rikard Karlberg (SWE) | (90) | 2022 | 2022 |
| 124 | Wil Besseling (NED) | (91) | 2022 | 2022 |
| 125 | Nino Bertasio (ITA) | (92) | 2022 | 2022 |
| 126 | Joaquin Niemann (CHI) | (93) | 2022 | 2022 |
| 127 | Matthew Southgate (ENG) | (96) | 2022 | 2022 |
| 128 | Darius Van Driel (NED) | (97) | 2022 | 2022 |
| 129 | Alejandro Cañizares (ESP) | (98) | 2022 | 2022 |
| 130 | Lucas Bjerregaard (DEN) | (99) | 2022 | 2022 |
| 131 | David Law (SCO) | (100) | 2022 | 2022 |
| 132 | Julien Guerrier (FRA) | (101) | 2022 | 2022 |
| 133 | Callum Shinkwin (ENG) | (102) | 2022 | 2022 |
| 134 | George Coetzee (RSA) | (103) | 2022 | 2022 |
| 135 | Connor Syme (SCO) | (104) | 2022 | 2022 |
| 136 | Justin Walters (RSA) | (105) | 2022 | 2022 |
| 137 | Dale Whitnell (ENG) | (106) | 2022 | 2022 |
| 138 | Scott Jamieson (SCO) | (108) | 2022 | 2022 |
| 139 | Marc Warren (SCO) | (109) | 2022 | 2022 |
| 140 | Romain Langasque (FRA) | (110) | 2022 | 2022 |
| 141 | Victor Dubuisson (FRA) | (111) | 2022 | 2022 |
| 142 | Matti Schmid (GER) | (114) | 2022 | 2022 |
| 143 | Jacques Kruyswijk (RSA) | (116) | 2022 | 2022 |
| 144 | Darren Fichardt (RSA) | (117) | 2022 | 2022 |
| 145 | Chris Paisley (ENG) | (118) | 2022 | 2022 |
| 146 | Nicolai Von Dellingshausen (GER) | (119) | 2022 | 2022 |
| 147 | Sebastian Garcia Rodriguez (ESP) | (120) | 2022 | 2022 |
| 148 | David Drysdale (SCO) | (121) | 2022 | 2022 |

**No. in Category - 66**

## Category 10a

**Eligible start of Official Season**   **Expires end of**

### Membership Extension Category

**OCR**

| 149 | Richard Sterne (RSA) | 2022 | 2022 |
|-----|----------------------|------|------|
| 150 | Robert Rock (ENG) | First 4 tournaments | |
| 151 | Jack Singh Brar (ENG) | 2022 | 2022 |

**No. in Category – 3**

---

## Category 11

**Eligible start of Official Season**   **Expires end of**

### Top 40 from the 2021 Career Money List who meet less than 4 of the additional qualifying criteria for this Category

**OCR**

| 152 | Louis Oosthuizen* (RSA) | (19) | 3 | 2 |
|-----|-------------------------|------|---|---|
| 153 | Ross Fisher (ENG) | (20) | 2 | 1 |
| 154 | Charl Schwartzel* (RSA) | (22) | 4 | 3 |
| 155 | Søren Kjeldsen (DEN) | (30) | 2 | 1 |
| 156 | Thongchai Jaidee (THA) | (35) | 3 | 1 |

**No. in Category – 5**

## Category 11a

**Eligible start of Official Season**   **Expires end of**

### Membership Extension Category

**OCR**

| 157 | Peter Hanson (SWE) | First 4 tournaments |
|-----|--------------------|--------------------|

**No. in Category – 1**

* Honorary Life Member

## Category 12

Eligible start of Official Season | Expires end of

Past winners of the tournament in question under 50 years of age on the first day of said tournament who are Ranked Members of the DP World Tour and/or Challenge Tour

---

## Category 13

Eligible start of Official Season | Expires end of

Winners of 3 Challenge Tour Tournaments in the 2021 Official Season

**OCR**

| | | Eligible start of Official Season | Expires end of |
|---|---|---|---|
| 158 | Marcus Helligkilde (DEN) | 2022 | 2022 |

**No. in Category – 1**

---

## Category 14

Eligible start of Official Season | Expires end of

Players finishing within positions 1-20 on the final 2021 Challenge Tour Road to Mallorca Rankings

**OCR**

| | | | Eligible start of Official Season | Expires end of |
|---|---|---|---|---|
| 159 | Ricardo Gouveia (POR) | (2) | 2022 | 2022 |
| 160 | Santiago Tarrio (ESP) | (3) | 2022 | 2022 |
| 161 | Julien Brun (FRA) | (4) | 2022 | 2022 |
| 162 | Frederic Lacroix (FRA) | (5) | 2022 | 2022 |
| 163 | Alfred Garcia-Heredia (ESP) | (6) | 2022 | 2022 |
| 164 | Oliver Bekker (RSA) | (7) | 2022 | 2022 |
| 165 | Ewen Ferguson (SCO) | (8) | 2022 | 2022 |
| 166 | Yannik Paul (GER) | (9) | 2022 | 2022 |
| 167 | Lukas Nemecz (AUT) | (10) | 2022 | 2022 |
| 168 | Marcel Schneider (GER) | (11) | 2022 | 2022 |
| 169 | Espen Kofstad (NOR) | (12) | 2022 | 2022 |
| 170 | Chase Hanna (USA) | (13) | 2022 | 2022 |
| 171 | Hugo Leon (CHI) | (14) | 2022 | 2022 |
| 172 | Marcel Siem (GER) | (15) | 2022 | 2022 |
| 173 | Niklas Nørgaard Møller (DEN) | (16) | 2022 | 2022 |

| | | | |
|---|---|---|---|
| 174 | Hurly Long (GER) | (17) | 2022 | 2022 |
| 175 | Andrew Wilson (ENG) | (18) | 2022 | 2022 |
| 176 | Craig Howie (SCO) | (19) | 2022 | 2022 |
| 177 | Daan Huizing (NED) | (20) | 2022 | 2022 |

**No. in Category – 19**

## Category 14a

| | Eligible start of | Expires end of |
|---|---|---|
| | Official Season | |

**Membership Extension Category**

**OCR**

| | | | | |
|---|---|---|---|---|
| 178 | Sebastian Heisele (GER) | (Medical) | First 8 tournaments |
| 179 | Zach Murray (NZL) | (Medical) | 2022 | 2022 |

**No. in Category – 2**

---

## Category 15

| | Eligible start of | Expires end of |
|---|---|---|
| | Official Season | |

**Winners of 3 Challenge Tour Tournaments in the 2022 Official Season**

**No. in Category - 0**

---

## Category 16

| | Eligible start of | Expires end of |
|---|---|---|
| | Official Season | |

**Players in 2021 Categories 1-16 ranked between 122-138 on the final 2021 DP World Tour Rankings, not otherwise exempt in Categories 1-15 above**

**OCR**

| | | | | |
|---|---|---|---|---|
| 180 | Benjamin Hebert (FRA) | (122) | 2022 | 2022 |
| 181 | Ashley Chesters (ENG) | (124) | 2022 | 2022 |
| 182 | Renato Paratore (ITA) | (126) | 2022 | 2022 |

**No. in Category - 3**

## Category 16b

| | | Eligible start of Official Season | Expires end of |
|---|---|---|---|

**Players in 2021 Categories 1-16 ranked between 139-161 on the final 2021 DP World Tour Rankings, not otherwise exempt in Categories 1-15 above**

**OCR**

| | | | | |
|---|---|---|---|---|
| 183 | Eddie Pepperell (ENG) | (139) | 2022 | 2022 |
| 184 | Alvaro Quiros (ESP) | (141) | 2022 | 2022 |
| 185 | Mike Lorenzo-Vera (FRA) | (142) | 2022 | 2022 |
| 186 | Oliver Wilson (ENG) | (144) | 2022 | 2022 |
| 187 | Oliver Farr (WAL) | (146) | 2022 | 2022 |
| 188 | Gaganjeet Bhullar (IND) | (148) | 2022 | 2022 |
| 189 | Zander Lombard (RSA) | (156) | 2022 | 2022 |
| 190 | Julian Suri (USA) | (157) | 2022 | 2022 |
| 191 | Ricardo Santos (POR) | (161) | 2022 | 2022 |

**No. in Category – 9**

## Category 16c

| | | Eligible start of Official Season | Expires end of |
|---|---|---|---|

**Players in 2021 Categories 1-16 ranked 162 and below on the final 2021 DP World Tour Rankings, not otherwise exempt in Categories 1-15 above**

**OCR**

| | | | | |
|---|---|---|---|---|
| 192 | Ross McGowan (ENG)[1] | (164) | 2022 | 2022 |
| 193 | Cormac Sharvin (NIR)[1] | (166) | 2022 | 2022 |
| 194 | Richard McEvoy (ENG)[1] | (167) | 2022 | 2022 |
| 195 | Gavin Green (MAS)[1] | (168) | 2022 | 2022 |
| 196 | Robin Roussel (FRA)[1] | (180) | 2022 | 2022 |
| 197 | Oliver Fisher (ENG)[1] | (189) | 2022 | 2022 |
| 198 | Lorenzo Gagli (ITA)[1] | (192) | 2022 | 2022 |
| 199 | Niklas Lemke (SWE) | (Covid) | First 3 tournaments | |
| 200 | S.S.P. Chawrasia (IND) | (Covid) | First 5 tournaments | |
| 201 | Bradley Dredge (WAL) | (Medical) | 2022 | 2022 |
| 202 | David Howell (ENG)[1] | (201) | 2022 | 2022 |
| 203 | Raphaël Jacquelin (FRA)[1] | (203) | 2022 | 2022 |
| 204 | Joël Stalter (FRA)[1] | (206) | 2022 | 2022 |
| 205 | Haydn Porteous (RSA)[1] | (217) | 2022 | 2022 |
| 206 | Tom Lewis (ENG)[1] | (234) | 2022 | 2022 |
| 207 | Taehee Lee (KOR)[1] | (263) | 2022 | 2022 |
| 208 | Kyongjun Moon (KOR)[1] | (284) | 2022 | 2022 |
| 209 | Paul Lawrie* (SCO)[2] | | 2022 | 2022 |

* Honorary Life Member

| 210 | Michael Campbell* (NZL)[2] | | 2022 | 2022 |
| 211 | Graeme Storm (ENG)[3] | | 2022 | 2022 |

**No. in Category – 20**

[1] These players have been ranked in 2021 DP World Tour Ranking order
[2] These players have been ranked in their 2021 Category and Rank order as they have no DP World Tour Ranking
[3] This Player has been ranked at the bottom of this Category under the terms of his Membership extension

---

## Category 17

Eligible start of Official Season          Expires end of

**Leading player of each of the nominated Season's Order of Merit from the PGA Tour of Australasia, Sunshine Tour, KPGA and CGA followed by players from 2021 Category 17 and leading 5 players from 2020 Road to Mallorca Rankings not otherwise exempt in Categories 1-15 above Ranked 122 and below on the final 2021 DP World Tour Rankings**

**OCR**

| 212 | JC Ritchie (RSA)[3] | (Sunshine Tour) | 2022 | 2022 |
| 213 | Brad Kennedy (AUS)[3] | (PGA Tour of Australasia) | 2022 | 2022 |
| 214 | Taehoon Kim (KOR)[3] | (KPGA) | 2022 | 2022 |
| 215 | TBC | (CGA) | 2022 | 2022 |
| 216 | Pep Angles (ESP)[1] | (Top 5 CT) | 2022 | 2022 |
| 217 | Dave Coupland (ENG)[1] | (2021 Cat 17) | 2022 | 2022 |
| 218 | Sihwan Kim (USA)[1] | (2021 Cat 17) | 2022 | 2022 |
| 219 | Garrick Porteous (ENG)[1] | (2021 Cat 17) | 2022 | 2022 |
| 220 | Aaron Cockerill (CAN)[1] | (2021 Cat 17) | 2022 | 2022 |
| 221 | Richard Mansell (ENG)[1] | (Top 5 CT) | 2022 | 2022 |
| 222 | Jean-Baptiste Gonnet (FRA)[1] | (2021 Cat 17) | 2022 | 2022 |
| 223 | Robin Sciot-Siegrist (FRA)[1] | (2021 Cat 17) | 2022 | 2022 |
| 224 | Adrien Saddier (FRA)[1] | (2021 Cat 17) | 2022 | 2022 |
| 225 | Lars Van Meijel (NED)[1] | (2021 Cat 17) | 2022 | 2022 |
| 226 | Ben Stow (ENG) | (Medical) | 2022 | 2022 |
| 227 | Suradit Yongcharoenchai (THA) | (Covid) | First 4 tournaments | |
| 228 | Bryce Easton (RSA) | (Covid) | First 4 tournaments | |
| 229 | Joel Sjöholm (SWE) | (Medical) | First 13 tournaments | |
| 230 | Josh Geary (NZL) | (Covid) | First 5 tournaments | |
| 231 | Louis De Jager (RSA) | (Covid) | First 4 tournaments | |
| 232 | Benjamin Poke (DEN)[1] | (2021 Cat 17) | 2022 | 2022 |

* Honorary Life Member

| 233 | Pedro Figueiredo (POR)[1] | (2021 Cat 17) | 2022 | 2022 |
| 234 | Toby Tree (ENG)[1] | (2021 Cat 17) | 2022 | 2022 |
| 235 | Ondrej Lieser (CZE)[1] | (Top 5 CT) | 2022 | 2022 |
| 236 | Matt Ford (ENG)[1] | (Top 5 CT) | 2022 | 2022 |
| 237 | Carlos Pigem (ESP)[1] | (2021 Cat 17) | 2022 | 2022 |
| 238 | Grégory Havret (FRA)[1] | (2021 Cat 17) | 2022 | 2022 |
| 239 | Jake McLeod (AUS)[1] | (2021 Cat 17) | 2022 | 2022 |
| 240 | Jinho Choi (KOR)[2] | (2021 Cat 17) | 2022 | 2022 |

**No. in Category – 29**

[1] These players have been ranked in 2021 DP World Tour Ranking order

[2] These players have been ranked in their 2021 Category and Rank order as they have no DP World Tour Ranking

[3] These players have been ranked in their OWGR Ranking order as of Monday 8th November 2022

---

## Category 18

| | Eligible start of | Expires end of |
| | Official Season | |

**All other players not otherwise exempt in Categories 1-17 above Ranked 122-138 on the final 2021 DP World Tour Rankings alternating with those players Ranked 21-30 on the final 2021 Road to Mallorca Rankings followed by players in 2021 Category 18 not otherwise exempt in Categories 1-17 above Ranked 139 and below on the final 2021 DP World Tour Rankings**

**OCR**

| 241 | Sungjae Im (KOR) | (R2D 127) | 2022 | 2022 |
| 242 | Wilco Nienaber (RSA) | (CT 21) | 2022 | 2022 |
| 243 | Niall Kearney (IRL) | (R2D 133) | 2022 | 2022 |
| 244 | Angel Hidalgo (ESP) | (CT 22) | 2022 | 2022 |
| 245 | Stewart Cink (USA) | (R2D 134) | 2022 | 2022 |
| 246 | Daniel Hillier (NZL) | (CT 23) | 2022 | 2022 |
| 247 | Kristian Krogh Johannessen (NOR) | (CT 25) | 2022 | 2022 |
| 248 | Ugo Coussaud (FRA) | (CT 26) | 2022 | 2022 |
| 249 | Jesper Kennegaard (SWE) | (CT 27) | 2022 | 2022 |
| 250 | Hennie Du Plessis (RSA) | (CT 28) | 2022 | 2022 |
| 251 | Jens Dantorp (SWE) | (CT 29) | 2022 | 2022 |
| 252 | Jonathan Thomson (ENG) | (CT 30) | 2022 | 2022 |
| 253 | Yikeun Chang (KOR)[1] | (2021 Cat 18) | 2022 | 2022 |
| 254 | Rhys Enoch (WAL)[1] | (2021 Cat 18) | 2022 | 2022 |
| 255 | Clément Sordet (FRA)[1] | (2021 Cat 18) | 2022 | 2022 |
| 256 | Oscar Lengden (SWE) | (Medical) | 2022 | 2022 |
| 257 | Lee Slattery (ENG)[1] | (2021 Cat 18) | 2022 | 2022 |
| 258 | Gonzalo Fdez-Castaño (ESP)[1] | (2021 Cat 18) | 2022 | 2022 |

| 259 | Bernd Ritthammer (GER)[1] | (2021 Cat 18) | 2022 | 2022 |
| 260 | Max Schmitt (GER)[1] | (2021 Cat 18) | 2022 | 2022 |
| 261 | Thomas Aiken (RSA)[1] | (2021 Cat 18) | 2022 | 2022 |
| 262 | Paul Dunne (IRL)[1] | (2021 Cat 18) | 2022 | 2022 |
| 263 | Andres Romero (ARG)[1] | (2021 Cat 18) | 2022 | 2022 |
| 264 | Lorenzo Scalise (ITA)[1] | (2021 Cat 18) | 2022 | 2022 |
| 265 | Scott Vincent (ZIM)[1] | (2021 Cat 18) | 2022 | 2022 |
| 266 | Jens Fahrbring (SWE)[1] | (2021 Cat 18) | 2022 | 2022 |
| 267 | José-Filipe Lima (POR)[1] | (2021 Cat 18) | 2022 | 2022 |
| 268 | Jbe Kruger (RSA)[2] | (2021 Cat 18) | 2022 | 2022 |

**No. in Category - 28**

[1] These players have been ranked in 2021 DP World Tour Ranking order
[2] These players have been ranked in their 2021 Category and Rank order as they have no DP World Tour Ranking

---

## Category 19

| | | Eligible start of | Expires end of |
| --- | --- | --- | --- |
| | | | Official Season |

**All other players not otherwise exempt in Categories 1-18 above Ranked 139-161 on the final 2021 DP World Tour Rankings followed by players in 2021 Category 19 not otherwise exempt in Categories 1-18 above Ranked 162 and below on the final 2021 DP World Tour Rankings**

**OCR**

| 269 | Carlos Ortiz (MEX) | (R2D 149) | 2022 | 2022 |
| 270 | Ben Evans (ENG)[1] | (2021 Cat 19) | 2022 | 2022 |
| 271 | Eduardo De La Riva (ESP)[1] | (2021 Cat 19) | 2022 | 2022 |
| 272 | Kristoffer Reitan (NOR)[1] | (2021 Cat 19) | 2022 | 2022 |
| 273 | Liam Johnston (SCO)[1] | (2021 Cat 19) | 2022 | 2022 |
| 274 | Anton Karlsson (SWE)[1] | (2021 Cat 19) | 2022 | 2022 |
| 275 | Romain Wattel (FRA)[1] | (2021 Cat 19) | 2022 | 2022 |
| 276 | Gavin Moynihan (IRL)[1] | (2021 Cat 19) | 2022 | 2022 |

**No. in Category - 8**

[1] These players have been ranked in 2021 DP World Tour Ranking order
[2] These players have been ranked in their 2021 Category and Rank order as they have no DP World Tour Ranking

## Category 20

| | | | Eligible start of Official Season | Expires end of |
|---|---|---|---|---|

**Players in 2021 Category 20 not otherwise exempt in Categories 1-19 above Ranked 162 and below on the final 2021 DP World Tour Rankings**

**OCR**

| | | | Eligible start of Official Season | Expires end of |
|---|---|---|---|---|
| 277 | Emilio Cuartero Blanco (ESP)[1] | | 2022 | 13 Oct 2022 |
| 278 | Tyler Koivisto (USA)[1] | | 2022 | 2022 |
| 279 | Zheng-kai Bai (CHN)[1] | | 2022 | 27 Oct 2022 |
| 280 | Jarryd Felton (AUS)[1] | (Medical) | 2022 | 2022 |
| 281 | Pedro Oriol (ESP)[1] | (Medical) | First 5 tournaments | |
| 282 | Alfie Plant (ENG)[2] | | 2022 | 19 Sep 2022 |
| 283 | Stuart Manley (WAL)[2] | | 2022 | 18 Jul 2022 |
| 284 | Kristof Ulenaers (BEL)[2] | | 2022 | 13 Jun 2022 |
| 285 | Félix Mory (FRA)[2] | | 2022 | 22 May 2022 |

**No. in Category – 9**

[1] These players have been ranked in 2021 DP World Tour Ranking order
[2] These players have been ranked in their 2021 Category and Rank order as they have no DP World Tour Ranking

---

## Category 21

**Players Ranked 31-45 on the final 2021 Road to Mallorca Rankings, followed by players in 2021 Category 21 not otherwise exempt in Categories 1-19 above Ranked 162 and below on the final 2021 DP World Tour Rankings**

**OCR**

| 286 | Henric Sturehed (SWE) | (CT 31) | 2022 | 2022 |
|---|---|---|---|---|
| (Alfie Plant (ENG)) | | ((CT 32)) | (20 Sep 2022 | 2022 |
| 287 | Matteo Manassero (ITA) | (CT 33) | 2022 | 2022 |
| 288 | Nicolai Kristensen (DEN) | (CT 34) | 2022 | 2022 |
| (Félix Mory (FRA)) | | ((CT 35)) | (23 May 2022 | 2022) |
| 289 | Jesper Svensson (SWE) | (CT 36) | 2022 | 2022 |
| 290 | Niklas Regner (AUT) | (CT 37) | 2022 | 2022 |
| 291 | Jacques Blaauw (RSA) | (CT 38) | 2022 | 2022 |
| 292 | Michael Hoey (NIR) | (CT 39) | 2022 | 2022 |
| (Kristof Ulenaers (BEL)) | | ((CT 40)) | (12 Jun 2022 | 2022) |
| 293 | Blake Windred (AUS) | (CT 41) | 2022 | 2022 |
| 294 | Bjorn Hellgren (SWE) | (CT 42) | 2022 | 2022 |
| 295 | Ivan Cantero Guiterrez (ESP) | (CT 43) | 2022 | 2022 |
| 296 | Jerome Lando Casanova (FRA) | (CT 44) | 2022 | 2022 |

|     | (Stuart Manley (WAL)) | ((CT 45)) | (19 Jul 2022 | 2022) |
| 297 | Matthew Baldwin (ENG)[1] | (2021 Cat 21) | 2022 | 2022 |
| 298 | Damien Perrier (FRA)[1] | (2021 Cat 21) | 2022 | 2022 |
|     | (Emilio Cuartero Blanco (ESP)[1]) | ((2021 Cat 21)) | (14 Oct 2022 | 2022) |
| 299 | Martin Simonsen (DEN)[2] | (2021 Cat 21) | 2022 | 2022 |
| 300 | Mathieu Fenasse (FRA)[2] | (2021 Cat 21) | 2022 | 2022 |
| 301 | Alexander Knappe (GER)[2] | (2021 Cat 21) | 2022 | 2022 |

**No. in Category – 16**

[1] These players have been ranked in 2021 DP World Tour Ranking order

[2] These players have been ranked in their 2021 Category and Rank order as they have no DP World Tour Ranking

---

## Category 22

| | Eligible start of | Expires end of |
| | | Official Season |

**Players in 2021 Category 22 not otherwise exempt in Categories 1-19 above Ranked 162 and below on the final 2021 DP World Tour Rankings**

**OCR**

| 302 | Berry Henson (USA)[1] | (212) | 2022 | 2022 |
| 303 | Deyen Lawson (AUS)[1] | (213) | 2022 | 2022 |
| 304 | Jordan Wrisdale (ENG)[1] | (224) | 2022 | 2022 |
| 305 | Daniel Young (SCO)[1] | (227) | 2022 | 2022 |
| 306 | Dimitrios Papadatos (AUS)[1] | (247) | 2022 | 2022 |
| 307 | Tom Gandy (IMN)[1] | (255) | 2022 | 2022 |
| 308 | Euan Walker (SCO)[1] | (257) | 2022 | 2022 |
| 309 | David Dixon (ENG)[1] | (260) | 2022 | 2022 |
| 310 | Philip Eriksson (SWE)[1] | (274) | 2022 | 2022 |
| 311 | Gary Stal (FRA)[1] | (282) | 2022 | 2022 |
| 312 | Robin Petersson (SWE)[2] | | 2022 | 2022 |
| 313 | Robbie Van West (NED)[2] | | 2022 | 2022 |
| 314 | Stanislav Matus (CZE)[2] | | 2022 | 2022 |
| 315 | Jesper Sandborg (SWE)[2] | | 2022 | 2022 |
| 316 | Aron Zemmer (ITA)[2] | | 2022 | 2022 |

**No. in Category – 15**

[1] These players have been ranked in 2021 DP World Tour Ranking order

[2] These players have been ranked in their 2021 Category and Rank order as they have no DP World Tour  Ranking

## Category 23

| | | | Eligible start of Official Season | Expires end of |

**Players in 2021 Category 23 not otherwise exempt in Categories 1-19 above Ranked 162 and below on the final 2021 DP World Tour Rankings**

**OCR**

| 317 | Paul Peterson (USA)[1] | (173) | 2022 | 2022 |
|-----|------------------------|-------|------|------|
| 318 | Ajeetesh Sandhu (IND)[1] | (229) | 2022 | 2022 |
| 319 | Shiv Kapur (IND)[1] | (288) | 2022 | 2022 |
| 320 | Miguel Tabuena (PHI)[2] | | 2022 | 2022 |
| 321 | Prom Meesawat (THA)[2] | | 2022 | 2022 |
| 322 | Pavit Tangkamolprasert (THA)[2] | | 2022 | 2022 |
| 323 | Adilson Da Silva (BRA)[2] | | 2022 | 2022 |
| 324 | Siddikur Rahman (BAN)[2] | | 2022 | 2022 |
| 325 | Joohyung Kim (KOR)[2] | | 2022 | 2022 |
| 326 | Terry Pilkadaris (AUS)[2] | | 2022 | 2022 |

**No. in Category – 10**

[1] These players have been ranked in 2021 DP World Tour Ranking order
[2] These players have been ranked in their 2021 Category and Rank order as they have no DP World Tour Ranking

# The Final 2021 DP World Tour Rankings

| POS | Player | Country | Played | Points Total |
|---|---|---|---|---|
| 1 | Collin MORIKAWA | USA | 10 | 5,856.38 |
| 2 | Billy HORSCHEL | USA | 11 | 3,716.23 |
| 3 | Jon RAHM | ESP | 9 | 3,402.48 |
| 4 | Matt FITZPATRICK | ENG | 14 | 3,156.72 |
| 5 | Tyrrell HATTON | ENG | 14 | 2,627.58 |
| 6 | Min Woo LEE | AUS | 21 | 2,342.58 |
| 7 | Paul CASEY | ENG | 11 | 2,272.17 |
| 8 | Nicolai HØJGAARD | DEN | 22 | 1,953.83 |
| 9 | Robert MACINTYRE | SCO | 19 | 1,950.77 |
| 10 | Abraham ANCER | MEX | 10 | 1,949.82 |
| 11 | Richard BLAND | ENG | 23 | 1,913.16 |
| 12 | Alexander BJÖRK | SWE | 23 | 1,824.79 |
| 13 | Bernd WIESBERGER | AUT | 22 | 1,804.96 |
| 14 | Will ZALATORIS | USA | 9 | 1,792.14 |
| 15 | Tommy FLEETWOOD | ENG | 17 | 1,737.17 |
| 16 | Guido MIGLIOZZI | ITA | 22 | 1,724.32 |
| 17 | Viktor HOVLAND | NOR | 10 | 1,662.78 |
| 18 | Dean BURMESTER | RSA | 24 | 1,650.82 |
| 19 | Rory MCILROY | NIR | 11 | 1,625.98 |
| 20 | Shane LOWRY | IRL | 14 | 1,552.96 |
| 21 | Jason SCRIVENER | AUS | 17 | 1,539.60 |
| 22 | Lucas HERBERT | AUS | 10 | 1,389.97 |
| 23 | Ian POULTER | ENG | 12 | 1,372.28 |
| 24 | Laurie CANTER | ENG | 22 | 1,362.84 |
| 25 | Thomas DETRY | BEL | 22 | 1,306.45 |
| 26 | Thomas PIETERS | BEL | 17 | 1297.48 |
| 27 | Danny WILLETT | ENG | 13 | 1295.90 |
| 28 | Justin HARDING | RSA | 28 | 1265.22 |
| 29 | Garrick HIGGO | RSA | 18 | 1264.86 |
| 30 | Justin ROSE | ENG | 10 | 1255.79 |
| 31 | Johannes VEERMAN | USA | 22 | 1217.36 |
| 32 | Calum HILL | SCO | 25 | 1215.83 |
| 33 | Adri ARNAUS | ESP | 24 | 1145.49 |
| 34 | Rafa CABRERA BELLO | ESP | 13 | 1134.45 |
| 35 | Rasmus HØJGAARD | DEN | 19 | 1124.28 |
| 36 | Grant FORREST | SCO | 25 | 1118.14 |
| 37 | Joachim B. HANSEN | DEN | 27 | 1105.83 |
| 38 | Jamie DONALDSON | WAL | 22 | 1104.46 |
| 39 | Adrian MERONK | POL | 22 | 1069.27 |
| 40 | Christiaan BEZUIDENHOUT | RSA | 13 | 1066.67 |
| 41 | Francesco LAPORTA | ITA | 26 | 1056.35 |
| 42 | Marcus ARMITAGE | ENG | 25 | 1049.64 |
| 43 | John CATLIN | USA | 27 | 1041.02 |
| 44 | Antoine ROZNER | FRA | 21 | 1024.99 |

| 45 | Jeff WINTHER | DEN | 24 | 1003.95 |
| 46 | Sam HORSFIELD | ENG | 21 | 1000.10 |
| 47 | Victor PEREZ | FRA | 21 | 988.79 |
| 48 | Sean CROCKER | USA | 27 | 956.15 |
| 49 | Martin KAYMER | GER | 20 | 926.61 |
| 50 | Masahiro KAWAMURA | JPN | 29 | 894.40 |
| 51 | Joakim LAGERGREN | SWE | 24 | 874.91 |
| 52 | Maximilian KIEFFER | GER | 25 | 869.92 |
| 53 | Tapio PULKKANEN | FIN | 26 | 823.23 |
| 54 | James MORRISON | ENG | 29 | 817.33 |
| 55 | Andy SULLIVAN | ENG | 25 | 760.10 |
| 56 | Mikko KORHONEN | FIN | 19 | 757.49 |
| 57 | Padraig HARRINGTON | IRL | 12 | 752.90 |
| 58 | Alexander LEVY | FRA | 27 | 728.92 |
| 59 | Edoardo MOLINARI | ITA | 25 | 727.42 |
| 60 | Adrian OTAEGUI | ESP | 28 | 705.60 |
| 61 | Sebastian SODERBERG | SWE | 26 | 702.66 |
| 62 | Fabrizio ZANOTTI | PAR | 17 | 702.28 |
| 63 | Aaron RAI | ENG | 18 | 701.45 |
| 64 | Andrew JOHNSTON | ENG | 18 | 691.29 |
| 65 | Brandon STONE | RSA | 17 | 690.63 |
| 66 | Matthieu PAVON | FRA | 26 | 688.79 |
| 67 | Matthias SCHWAB | AUT | 17 | 686.27 |
| 68 | Shubhankar SHARMA | IND | 28 | 684.58 |
| 69 | Daniel GAVINS | ENG | 13 | 673.89 |
| 70 | Jordan SMITH | ENG | 26 | 671.71 |
| 71 | Kristoffer BROBERG | SWE | 19 | 671.65 |
| 72 | Kiradech APHIBARNRAT | THA | 6 | 671.18 |
| 73 | Kalle SAMOOJA | FIN | 22 | 654.27 |
| 74 | Richie RAMSAY | SCO | 27 | 640.56 |
| 75 | Daniel VAN TONDER | RSA | 21 | 639.51 |
| 76 | Matthew JORDAN | ENG | 23 | 638.24 |
| 77 | Jazz JANEWATTANANOND | THA | 23 | 637.94 |
| 78 | Ryan PALMER | USA | 8 | 630.33 |
| 79 | David HORSEY | ENG | 26 | 619.99 |
| 80 | Nacho ELVIRA | ESP | 27 | 612.25 |
| 81 | Jack SENIOR | ENG | 28 | 609.07 |
| 82 | Ryan FOX | NZL | 20 | 605.61 |
| 83 | Wade ORMSBY | AUS | 18 | 571.35 |
| 84 | Matt WALLACE | ENG | 14 | 569.40 |
| 85 | Maverick ANTCLIFF | AUS | 24 | 557.21 |
| 86 | Jorge CAMPILLO | ESP | 28 | 552.56 |
| 87 | Henrik STENSON | SWE | 14 | 548.90 |
| 88 | Kurt KITAYAMA | USA | 17 | 548.61 |
| 89 | Joost LUITEN | NED | 24 | 543.15 |
| 90 | Rikard KARLBERG | SWE | 21 | 530.20 |
| 91 | Wil BESSELING | NED | 22 | 520.95 |
| 92 | Nino BERTASIO | ITA | 26 | 519.24 |
| 93 | Joaquin NIEMANN | CHI | 7 | 517.46 |
| 94 | David LIPSKY | USA | 5 | 516.12 |

| 95  | Jonathan CALDWELL            | NIR | 26 | 514.53 |
|-----|------------------------------|-----|----|--------|
| 96  | Matthew SOUTHGATE            | ENG | 26 | 514.06 |
| 97  | Darius VAN DRIEL             | NED | 22 | 504.96 |
| 98  | Alejandro CAÑIZARES          | ESP | 24 | 501.48 |
| 99  | Lucas BJERREGAARD            | DEN | 26 | 491.84 |
| 100 | David LAW                    | SCO | 28 | 469.08 |
| 101 | Julien GUERRIER              | FRA | 27 | 467.12 |
| 102 | Callum SHINKWIN              | ENG | 21 | 466.99 |
| 103 | George COETZEE               | RSA | 18 | 465.12 |
| 104 | Connor SYME                  | SCO | 24 | 459.23 |
| 105 | Justin WALTERS               | RSA | 26 | 456.88 |
| 106 | Dale WHITNELL                | ENG | 23 | 445.95 |
| 107 | Lee WESTWOOD                 | ENG | 12 | 444.17 |
| 108 | Scott JAMIESON               | SCO | 23 | 436.34 |
| 109 | Marc WARREN                  | SCO | 20 | 434.08 |
| 110 | Romain LANGASQUE             | FRA | 25 | 431.15 |
| 111 | Victor DUBUISSON             | FRA | 19 | 426.73 |
| 112 | Pablo LARRAZÁBAL             | ESP | 20 | 416.86 |
| 113 | Patrick CANTLAY              | USA | 6  | 416.64 |
| 114 | Matti SCHMID                 | GER | 11 | 399.75 |
| 115 | Branden GRACE                | RSA | 7  | 397.74 |
| 116 | Jacques KRUYSWIJK            | RSA | 12 | 394.38 |
| 117 | Darren FICHARDT              | RSA | 13 | 393.73 |
| 118 | Chris PAISLEY                | ENG | 22 | 391.66 |
| 119 | Nicolai VON DELLINGSHAUSEN   | GER | 14 | 390.78 |
| 120 | Sebastian GARCIA RODRIGUEZ   | ESP | 26 | 385.45 |
| 121 | David DRYSDALE               | SCO | 30 | 380.48 |
| 122 | Benjamin HEBERT              | FRA | 26 | 370.00 |
| 123 | Ross FISHER                  | ENG | 24 | 369.86 |
| 124 | Ashley CHESTERS              | ENG | 30 | 368.32 |
| 125 | Scott HEND                   | AUS | 28 | 364.78 |
| 126 | Renato PARATORE              | ITA | 26 | 355.23 |
| 127 | Sungjae IM                   | KOR | 6  | 352.60 |
| 128 | Marcel SIEM                  | GER | 12 | 344.33 |
| 129 | Thorbjørn OLESEN             | DEN | 17 | 337.53 |
| 130 | Stephen GALLACHER            | SCO | 19 | 329.00 |
| 131 | Pep ANGLES                   | ESP | 20 | 327.54 |
| 132 | Søren KJELDSEN               | DEN | 25 | 326.84 |
| 133 | Niall KEARNEY                | IRL | 15 | 315.61 |
| 134 | Stewart CINK                 | USA | 5  | 312.07 |
| 135 | Francesco MOLINARI           | ITA | 7  | 300.77 |
| 136 | Dave COUPLAND                | ENG | 21 | 295.81 |
| 137 | Ashun WU                     | CHN | 14 | 282.42 |
| 138 | Sihwan KIM                   | USA | 22 | 282.00 |
| 139 | Eddie PEPPERELL              | ENG | 23 | 281.06 |
| 140 | Steven BROWN                 | ENG | 26 | 278.62 |
| 141 | Alvaro QUIROS                | ESP | 26 | 274.35 |
| 142 | Mike LORENZO-VERA            | FRA | 21 | 266.29 |
| 143 | Wilco NIENABER               | RSA | 20 | 262.42 |
| 144 | Oliver WILSON                | ENG | 26 | 259.52 |

| 145 | Yikeun CHANG | KOR | 17 | 257.54 |
| 145 | Oliver FARR | WAL | 24 | 257.54 |
| 147 | Lanto GRIFFIN | USA | 6 | 257.20 |
| 148 | Gaganjeet BHULLAR | IND | 19 | 246.47 |
| 149 | Carlos ORTIZ | MEX | 7 | 244.60 |
| 150 | Robert ROCK | ENG | 17 | 241.20 |
| 151 | Garrick PORTEOUS | ENG | 23 | 240.21 |
| 152 | Aaron COCKERILL | CAN | 22 | 236.26 |
| 153 | Si Woo KIM | KOR | 5 | 234.50 |
| 154 | Nicolas COLSAERTS | BEL | 15 | 234.20 |
| 155 | Richard MANSELL | ENG | 16 | 231.85 |
| 156 | Zander LOMBARD | RSA | 28 | 218.41 |
| 157 | Julian SURI | USA | 28 | 216.54 |
| 158 | Rhys ENOCH | WAL | 20 | 211.10 |
| 159 | Sami VÄLIMÄKI | FIN | 22 | 207.91 |
| 160 | Niklas LEMKE | SWE | 19 | 206.97 |
| 161 | Ricardo SANTOS | POR | 26 | 204.57 |
| 162 | Santiago TARRIO | ESP | 6 | 202.81 |
| 163 | Louis DE JAGER | RSA | 14 | 200.80 |
| 164 | Ross McGOWAN | ENG | 26 | 197.42 |
| 165 | Jean-Baptiste GONNET | FRA | 15 | 192.45 |
| 166 | Cormac SHARVIN | NIR | 25 | 186.99 |
| 167 | Richard MCEVOY | ENG | 29 | 186.91 |
| 168 | Gavin GREEN | MAS | 26 | 184.31 |
| 169 | Robin SCIOT-SIEGRIST | FRA | 21 | 183.88 |
| 170 | Adrien SADDIER | FRA | 19 | 181.97 |
| 171 | Chris WOOD | ENG | 22 | 178.88 |
| 172 | Sebastian MUNOZ | COL | 6 | 170.20 |
| 173 | Paul PETERSON | USA | 10 | 166.98 |
| 174 | Lars VAN MEIJEL | NED | 21 | 164.64 |
| 175 | Clément SORDET | FRA | 20 | 164.03 |
| 176 | Bryce EASTON | RSA | 10 | 161.66 |
| 177 | Marcel SCHNEIDER | GER | 14 | 159.95 |
| 178 | Takumi KANAYA | JPN | 6 | 159.55 |
| 179 | Vincent NORRMAN | SWE | 8 | 156.73 |
| 180 | Robin ROUSSEL | FRA | 24 | 149.16 |
| 181 | Josh GEARY | NZL | 13 | 147.66 |
| 182 | Benjamin POKE | DEN | 22 | 140.13 |
| 183 | Chase HANNA | USA | 6 | 140.10 |
| 184 | John MURPHY | IRL | 4 | 137.12 |
| 185 | Paul WARING | ENG | 17 | 134.34 |
| 186 | Richard STERNE | RSA | 3 | 133.37 |
| 187 | Lee SLATTERY | ENG | 17 | 129.88 |
| 188 | Sebastian HEISELE | GER | 15 | 126.75 |
| 189 | Oliver FISHER | ENG | 28 | 120.05 |
| 190 | JC RITCHIE | RSA | 6 | 116.20 |
| 191 | Daniel HILLIER | NZL | 4 | 115.75 |
| 192 | Lorenzo GAGLI | ITA | 28 | 115.36 |
| 193 | Alejandro DEL REY | ESP | 7 | 113.36 |
| 194 | Marcus KINHULT | SWE | 18 | 111.28 |

| 195 | Hugo LEON | CHI | 6 | 109.93 |
| 196 | Ben EVANS | ENG | 16 | 109.00 |
| 197 | Pedro ORIOL | ESP | 6 | 108.80 |
| 198 | Gonzalo FDEZ-CASTAÑO | ESP | 21 | 107.84 |
| 199 | Pedro FIGUEIREDO | POR | 22 | 106.52 |
| 200 | Shaun NORRIS | RSA | 4 | 104.00 |
| 201 | David HOWELL | ENG | 29 | 103.70 |
| 202 | Miguel Ángel JIMÉNEZ | ESP | 5 | 102.18 |
| 203 | Raphaël JACQUELIN | FRA | 22 | 97.62 |
| 204 | Rikuya HOSHINO | JPN | 3 | 96.00 |
| 205 | Toby TREE | ENG | 19 | 93.15 |
| 206 | Joël STALTER | FRA | 27 | 93.03 |
| 207 | Matthew BALDWIN | ENG | 10 | 88.53 |
| 208 | Haotong LI | CHN | 16 | 86.91 |
| 209 | Eduardo DE LA RIVA | ESP | 13 | 84.57 |
| 210 | Bernd RITTHAMMER | GER | 15 | 81.67 |
| 211 | Graeme MCDOWELL | NIR | 7 | 81.62 |
| 212 | Berry HENSON | USA | 11 | 81.45 |
| 213 | Deyen LAWSON | AUS | 11 | 77.81 |
| 214 | Max SCHMITT | GER | 16 | 77.69 |
| 215 | Ondrej LIESER | CZE | 11 | 76.83 |
| 216 | Damien PERRIER | FRA | 11 | 75.72 |
| 217 | Haydn PORTEOUS | RSA | 32 | 71.10 |
| 218 | Thomas AIKEN | RSA | 10 | 70.25 |
| 219 | Ewen FERGUSON | SCO | 6 | 66.70 |
| 220 | Jayden SCHAPER | RSA | 5 | 64.45 |
| 221 | Alfredo GARCIA-HEREDIA | ESP | 4 | 60.26 |
| 222 | Luke DONALD | ENG | 4 | 59.76 |
| 223 | Marcus HELLIGKILDE | DEN | 2 | 59.21 |
| 224 | Jordan WRISDALE | ENG | 8 | 58.10 |
| 225 | Michael HOEY | NIR | 2 | 57.75 |
| 226 | Matt FORD | ENG | 15 | 57.08 |
| 227 | Daniel YOUNG | SCO | 10 | 55.93 |
| 228 | Eduard ROUSAUD | ESP | 5 | 54.79 |
| 229 | Ajeetesh SANDHU | IND | 14 | 53.66 |
| 230 | Carlos PIGEM | ESP | 22 | 53.45 |
| 231 | Bryden MACPHERSON | AUS | 6 | 48.35 |
| 232 | Ryosuke KINOSHITA | JPN | 2 | 48.00 |
| 233 | Tom LEWIS | ENG | 5 | 46.65 |
| 234 | Paul DUNNE | IRL | 18 | 42.77 |
| 235 | Bradley DREDGE | WAL | 6 | 42.30 |
| 236 | Craig HOWIE | SCO | 4 | 41.70 |
| 237 | S.S.P. CHAWRASIA | IND | 13 | 39.92 |
| 238 | Emilio CUARTERO BLANCO | ESP | 9 | 38.20 |
| 239 | John AXELSEN | DEN | 1 | 36.30 |
| 240 | Grégory HAVRET | FRA | 14 | 35.95 |
| 241 | Kristoffer REITAN | NOR | 11 | 30.50 |
| 242 | Thomas BJØRN | DEN | 12 | 30.05 |
| 243 | Dimitrios PAPADATOS | AUS | 6 | 29.65 |
| 244 | Mathiam KEYSER | RSA | 4 | 29.50 |

| 245 | Ben JONES | ENG | 1 | 29.15 |
| 246 | Liam JOHNSTON | SCO | 12 | 28.90 |
| 247 | Andres ROMERO | ARG | 1 | 28.05 |
| 248 | Peter HANSON | SWE | 13 | 27.35 |
| 249 | Anton KARLSSON | SWE | 6 | 25.70 |
| 250 | Tom GANDY | IMN | 12 | 24.78 |
| 251 | Romain WATTEL | FRA | 8 | 22.90 |
| 252 | Euan WALKER | SCO | 8 | 22.60 |
| 253 | Hennie DU PLESSIS | RSA | 2 | 22.20 |
| 254 | David DIXON | ENG | 6 | 21.90 |
| 254 | Graeme STORM | ENG | 16 | 21.90 |
| 256 | Lorenzo SCALISE | ITA | 5 | 21.67 |
| 257 | Taehee LEE | KOR | 7 | 20.70 |
| 258 | Steven TILEY | ENG | 7 | 19.70 |
| 259 | Tom MCKIBBIN | NIR | 4 | 19.50 |
| 260 | Tyler KOIVISTO | USA | 14 | 19.12 |
| 261 | Jake MCLEOD | AUS | 16 | 18.75 |
| 262 | Scott VINCENT | ZIM | 2 | 17.20 |
| 263 | Jens FAHRBRING | SWE | 4 | 16.42 |
| 264 | Rory SABBATINI | SVK | 3 | 16.31 |
| 265 | Suradit YONGCHAROENCHAI | THA | 14 | 15.99 |
| 266 | Philip ERIKSSON | SWE | 6 | 15.40 |
| 267 | Zheng-kai BAI | CHN | 1 | 15.00 |
| 268 | Andrea PAVAN | ITA | 19 | 14.90 |
| 269 | Gavin MOYNIHAN | IRL | 10 | 14.00 |
| 270 | Janne KASKE | FIN | 14 | 13.76 |
| 271 | Martin SIMONSEN | DEN | 5 | 12.20 |
| 272 | Jarryd FELTON | AUS | 2 | 10.45 |
| 273 | Gary STAL | FRA | 4 | 9.20 |
| 274 | Kyongjun MOON | KOR | 5 | 8.40 |
| 275 | Ben STOW | ENG | 1 | 8.20 |
| 276 | Daan HUIZING | NED | 4 | 7.70 |
| 277 | Ryan LUMSDEN | SCO | 2 | 7.60 |
| 278 | Shiv KAPUR | IND | 4 | 7.20 |
| 279 | Freddy SCHOTT | GER | 3 | 6.20 |
| 280 | Ricardo GOUVEIA | POR | 1 | 6.10 |
| 281 | Hurly LONG | GER | 3 | 5.20 |
| 282 | Joel SJÖHOLM | SWE | 5 | 4.20 |
| 283 | José-Filipe LIMA | POR | 5 | 3.60 |
| 283 | Austin BAUTISTA | AUS | 5 | 3.60 |
| 285 | James SUGRUE | IRL | 3 | 3.40 |

# K. Tournament Information and Conditions

(The following conditions are subject to revision or amendment at any time.
Please refer to the Members' information site for the most up to date information.
https://members.europeantour.com)

# 1. 2022 DP World Ranking Tournaments

The 2022 DP World Tour Schedule as listed below comprises a series of DP World Tour Ranking Tournaments where DP World Tour Ranking Points earned will be compiled in a list known as the DP World Tour Rankings.

1  Joburg Open
**2  ABU DHABI HSBC CHAMPIONSHIP**
**3  SLYNC.IO DUBAI DESERT CLASSIC**
4  Ras al Khaimah Championship presented by Phoenix Capital
5  Ras al Khaimah Classic
6  Magical Kenya Open
7  MyGolfLife Open hosted by Pecanwood
8  Steyn City Championship
9  WGC - Dell Technologies Match Play
10  Commercial Bank Qatar Masters
**11  THE MASTERS**
12  ISPS Handa Championship in Spain
13  Catalunya Championship
14  Betfred British Masters hosted by Danny Willett
15  Soudal Open
**16  U.S. PGA CHAMPIONSHIP**
17  Dutch Open
18  Porsche European Open
19  Volvo Car Scandinavian Mixed
**20  U.S. OPEN**
21  BMW International Open
22  Horizon Irish Open
**23  GENESIS SCOTTISH OPEN**
24  Barbasol Championship
**25  The 150th OPEN**
26  Barracuda Championship
27  Cazoo Classic
28  Hero Open
29  Cazoo Open
30  ISPS Handa World Invitational presented by Modest! Golf Management
31  D+D Real Czech Masters
32  Omega European Masters
33  Made in HimmerLand
**34  BMW PGA CHAMPIONSHIP**
35  DS Automobiles Italian Open
36  Cazoo Open de France
37  Alfred Dunhill Links Championship
38  acciona Open de España presented by Madrid
39  Estrella Damm N.A. Andalucía Masters
40  European Event Confirmed
41  WGC - HSBC Champions
42  Cyprus Open
43  Nedbank Golf Challenge
**44  DP WORLD TOUR CHAMPIONSHIP, DUBAI**

# 2. 2022 DP World Tour Rankings Bonus Pool

The 2022 DP World Tour Rankings Bonus Pool will be US$ 3,000,000.

This will be divided amongst the leading eight Players in the DP World Tour Rankings as calculated at the conclusion of the 2022 DP World Tour Championship, Dubai, as set out in the table below.

| DP World Tour Ranking | Bonus (US$) |
|---|---|
| 1 | 1,000,000 |
| 2 | 600,000 |
| 3 | 400,000 |
| 4 | 250,000 |
| 5 | 225,000 |
| 6 | 200,000 |
| 7 | 175,000 |
| 8 | 150,000 |
| **TOTAL** | **3,000,000** |

Note: Bonus Pool earnings are not regarded as Official money and so will not be credited to the "Career Money list" that currently defines Category 5 and 11.

**Note:**
1. To be eligible for the Bonus Pool, a Player must Participate in the 2022 DP World Tour Championship, Dubai, unless he has a **Mitigating Circumstance.
2. If any Player who is ranked in the leading eight Players on the 2022 DP World Tour Rankings at the conclusion of the 2022 DP World Tour Championship, Dubai, is ineligible for his share of the Bonus Pool due to his non-participation in the 2022 DP World Tour Championship, Dubai, for a reason which is not a **Mitigating Circumstance, the Bonus Pool money that would have otherwise been awarded to such Player will not be awarded to that Player and such Bonus Pool money will not be re-allocated to any other Players.

** Mitigating Circumstance: A Player withdrawing from the DP World Tour Championship, Dubai, for reasons of injury, serious disability or personal emergency which is deemed acceptable[1] by the Chief Executive (in his absolute determination) will remain eligible to receive any applicable Bonus Pool payment.

([1]A Player withdrawing for reasons of injury or serious disability will in most circumstances be required to submit to two independent medical examinations as approved by the DP World Tour including one by the DP World Tour's Chief Medical Officer).

# 3. Re-Ranking for Category 16(c)

Players in CATEGORY 16(c) will be re-ranked Once as follows during the 2022 Official Season:

As at 13th June 2022, all players in Category 16(c) will be re-ranked in order of DP World Tour Ranking Points won on the 2022 DP World Tour Rankings.

The first tournament entry deadline to be affected will be the BMW International Open.

**NOTE:**

Only DP World Tour Ranking Points earned through a Members' opportunities gained via their Category 16(c) Ranking, or a Top 5/10 *Exemption (Category 7) from the previous tournament (where applicable) will count towards the re-rank.

* Points earned whilst Participating under a Category 7 Exemption will only count where this Exemption was earned at a tournament where the Member was Participating under his Category 16(c) Exemption.

i.e. DP World Tour Ranking Points earned through opportunities gained via tournament invitation (Category 6), National exemption (Category 8), former winner (Cat 12) or in Major Championships or WGC events will not count for re-rank purposes unless either of the below exceptions apply.

**Exception 1:** DP World Tour Ranking Points earned in any fully-sanctioned DP World Tour Ranking Tournament played in Europe where a Member in Category 16(c) has qualified through a local qualifier that all such Members are eligible for, will count towards the re-rank.

**Exception 2:** If however a Category 16(c) Member is for any reason finally Exempt into a tournament through a Category other than 16(c), but the final tournament cut off is below his Category 16(c) ranking, then any DP World Tour Ranking Points earned in that tournament would still count towards the re-rank.

**Summary:**

**(a) Where the tournament cut off provides such opportunity, the Category 16(c) Ranking defined at the start of the 2022 Official Season will determine entry into the following tournaments.**

1  Joburg Open
**2  ABU DHABI HSBC CHAMPIONSHIP**
**3  SLYNC.IO DUBAI DESERT CLASSIC**
4  Ras al Khaimah Championship presented by Phoenix Capital
5  Ras al Khaimah Classic
6  Magical Kenya Open
7  MyGolfLife Open hosted by Pecanwood
8  Steyn City Championship
9  Commercial Bank Qatar Masters
10  ISPS Handa Championship in Spain
11  Catalunya Championship
12  Betfred British Masters hosted by Danny Willett
13  Soudal Open
14  Dutch Open
15  Porsche European Open
16  Volvo Car Scandinavian Mixed

Where the tournament cut off provides such opportunity, the re-rank position will determine entry into the following tournaments.

1  BMW International Open
2  Horizon Irish Open
**3  GENESIS SCOTTISH OPEN**
4  Barbasol Championship
5  Barracuda Championship
6  Cazoo Classic
7  Hero Open
8  Cazoo Open
9  ISPS Handa World Invitational presented by Modest! Golf Management
10  D+D Real Czech Masters
11  Omega European Masters
12  Made in HimmerLand
**13  BMW PGA CHAMPIONSHIP**
14  DS Automobiles Italian Open
15  Cazoo Open de France
16  Alfred Dunhill Links Championship
17  acciona Open de España presented by Madrid
18  Estrella Damm N.A. Andalucía Masters
19  European Event Confirmed
20  Cyprus Open

# 4. Tournament Conditions

The following conditions are applicable to Regular DP World Tour Tournaments:

**Format:**
Each tournament will be a 72 holes stroke play event.

**Tournament Field:**
The normal starting field for a full field, sole DP World Tour sanctioned tournament will be 156 Players (subject to agreement with each promoter).

**Exception:**

**1.** Tournaments that have a 1 tee start may be defined as 150 irrespective of the above.

**2.** Tournaments that are co-sanctioned with other Tours will have a starting field of 156 unless otherwise contracted.

**3.** Tournament Directors are empowered to implement limitations to field sizes in accordance with available daylight and in accordance with Starting Field Regulation C (2b).

**NOTE:** When amateurs Participate they will be included within these field sizes.

**Cut Policy**

**(a) (i) Cut after two rounds:**
Players will play one round on each of the first two days, after which the leading 65 professionals* and those who tie for 65th place, will qualify for the third and fourth rounds. Exception: In accordance with the provisions of Regulation C15, the cut may be reduced to a maximum of 78 players or the leading 50 professionals and ties.

**(ii) Cut after three rounds**
In the event that the cut after 2 rounds qualifies more than 78 players for the third and fourth rounds then there will be an additional cut after 3 rounds to the leading 72 professionals* and those who tie for 72nd place.
Exception: This 3rd round cut will not be implemented where circumstances dictate that there is no re-draw between rounds 3 and 4.

(*When determining either the 2nd or the 3rd round cut, qualifying amateurs will be in addition to the professional field at this stage).

**(b) Policy following a subsequent application of penalty or disqualification.**
Once a reduction of field (the cut) has been made after 36 or 54 holes* and the subsequent round draw has been published, no subsequent application of a penalty, or disqualification will alter the respective cut score.

When it is discovered that a Player has breached Rule 3.3(b) after a cut and the subsequent round draw has been published, the following will apply: -

**(i) For a breach prior to the 36 hole cut:** - If the addition of penalty strokes to a round prior to the cut, results in the Player's score being higher than the 36 hole cut score, the player will be withdrawn from the field and will be considered to

have missed the cut. He will be included in the final results in accordance with his adjusted 2 round total.

In the event of the above discovery reducing the field to less than 65 Players after the 36 hole cut, those professionals who would have otherwise made the cut will receive prize money and DP World Tour Ranking/Ryder Cup points equivalent to the position they would have achieved at the point the cut was originally determined, with reserve money being allocated as required.

**(ii) For a breach in the 3rd round:** - If the addition of penalty strokes to the 3rd round, results in the Player's score being higher than the 3rd round cut score, the Player will be withdrawn from the field and will be included in the final results in accordance with his adjusted 3 round total.

**NOTE:** In the event of either (a) or (b) above reducing the field to less than 72 players after a 54 hole cut, those professionals who would otherwise have made the 54 hole cut will simply have their ranking position, Official prize money and DP World Tour Ranking Points adjusted to reflect the withdrawal from the field of the Player in question.

**(c) Policy following a withdrawal from the 3rd round**
(or 4th round where a 3rd round cut has been introduced).

If a Player who has posted a 36 or 54 hole* total that will qualify him for either the 3rd or 4th round, withdraws at any stage, his results will stand and will be used to calculate the leading 65 professionals and ties or the leading 72 professionals and ties as applicable, to determine the respective cut mark.

i.e. Even if he has withdrawn from the 3rd round prior to the conclusion of the 2nd round and there are only 65 professionals on the cut mark including his 2nd round total, the cut will remain at this score and 64 professionals will compete the 3rd round. The same principle will apply for a withdrawal from the 4th round prior to the conclusion of the 3rd round with only 71 professionals competing the 4th round.

If an additional round or rounds are completed after the respective cut, he will appear in the final results as the highest positioned Player of those not to make that cut.
If there are no additional rounds completed after the cut and a result is declared after 36 or 54 holes, he will appear in the position earned by his 36 or 54 hole total.

*As per Regulation C15 - in certain weather delay situations this cut may be introduced after 18 holes.

**Eligibility:**
Entries will be accepted in Exemption Category order until the field is complete (see Administration and Conduct of Tournaments – C2).

**Ties:**
In the event of a tie for first place, there will normally be a "hole-by-hole" play-off, to determine the winner. If a play-off involves more than two Players, those other than the

winner will be deemed to have tied for second place regardless of their scores in the play-off.

**Official Money and DP World Tour Ranking Points:**
In order to earn Official Money and DP World Tour Ranking Points, a Player must complete the final round for which he has qualified in a DP World Tour Ranking* stroke play tournament. (NB. Official Money and DP World Tour Ranking Points will not be awarded to a Player who completes the final round for which he is qualified but is subsequently disqualified).

* At certain DP World Tour Ranking Tournaments that are not principally administered by the DP World Tour, such as the 4 Major Championships, the World Golf Championships and some co-sanctioned tournaments, it may be the event policy to award prize money in conflict with this condition. In these circumstances however such prize money will not be regarded as Official Money or earn DP World Tour Ranking Points on the DP World Tour Rankings.

**NOTE:** Where a tournament offers prize money to those who qualify to play but who fail to make the cut (e.g. The Open Championship), such prize money will only be regarded as Official Money, if the Player completes those rounds in which he is eligible to Participate. DP World Tour Ranking Points are not available to a Player missing the cut in such a tournament.

Any Player who gains an Exemption into an Approved Tournament as an amateur, automatically waives his right to earn prize money and DP World Tour Ranking Points in that tournament. Should an amateur finish in a position that would otherwise earn prize money or DP World Tour Ranking Points, his final result in the event will be excluded when distributing such prize money and DP World Tour Ranking Points. i.e. The total published prize money and total published DP World Tour Ranking Points will be distributed based on the amended finishing positions of all professionals after such amateur's final result has been excluded.

The following approved Official Prize Money breakdowns are applicable to Regular DP World Tour Ranking Tournaments, for those professionals 'making the cut' and completing the final round for which they are qualified. Where the number of professionals 'making the cut' is less than 70, Official Money allocated to the remaining places will not be distributed. Where this number is higher than 70, see Tour Reserve Money below. These are designed only as a guide and an applicable breakdown based on the exact Official Money will be published at each tournament.

The following DP World Tour Ranking Points breakdowns apply to all DP World Tour Ranking Tournaments for those professionals 'making the cut' and completing the final round for which they are qualified irrespective of the Official Prize money breakdown for each tournament.

Where the number of professionals making the cut is higher than 65, additional points will be allocated in accordance with the following published breakdowns.

DP World Tour Ranking Points will not be awarded to a Player who completes the final round for which he is qualified but is subsequently disqualified.

**Tour Reserve Money:**
Tour Reserve Money will be regarded as Official Money. Tour Reserve Money will be paid/awarded to Players who have qualified for the final two rounds but finish in 71st place or below in any DP World Tour Ranking Tournament. Tour Reserve Money will only be awarded to those Players who complete the final round for which they have qualified.

(**NOTE:** Tour Reserve money will not be awarded to a Player who completes the final round for which he is qualified but is subsequently disqualified).

71st place Tour Reserve Money will be calculated at 0.15% of the total Official Money. Tour Reserve Money will reduce by 3 euro for each subsequent place.

**NOTE**: At certain DP World Tour Ranking Tournaments, both the prize money and reserve money breakdown of a co-sanctioning Tour or other governing body may apply and in such cases the above reserve money breakdown will not apply.

**Unofficial Money:**
Any professional who is disqualified or withdraws for any reason from a DP World Tour Ranking tournament after making the cut shall be paid last place, unofficial prize money as determined by the final cut the Player made (i.e. the cut to the leading 65 professionals and ties after 36 holes, or where applicable, the secondary cut to the leading 72 professionals and ties).

A professional who begins play at a DP World Tour Ranking tournament without a cut and is disqualified or withdraws for any reason shall be paid last place, unofficial money.

Any professional who has qualified for a DP World Tour Ranking tournament (excluding World Golf Championships) without a cut or a reserve list, but is unable to play due to a serious personal emergency, injury or other disability which requires ongoing medical attention will receive last place, unofficial money without being required to register on-site. The Chief Executive, in his discretion, may require a Player to provide medical reports or other documentation substantiating the seriousness of his injury or other medical disability.

**TEMPORARY REGULATIONS UNDER COVID19**
**(Applicable only until further notice in the 2022 Official Season and may be removed  with immediate effect following such  notification ).**

Following a positive PCR test **conducted at a Tournament,** any effected Player or caddie who is required to locally self-isolate; i.e. who has to withdraw but is unable to return home, will have his/her local accommodation and reasonable subsistence paid for the period of such isolation only and the PGA European Tour will assist with medical support where possible.  Any player who is required to self-isolate and has to withdraw after the cut will also be paid last place unofficial money. With respect to any tournaments without a cut, such professional will also be paid last placed unofficial money.

NOTE:

(i) The above Temporary Regulation will only apply to a Player or caddie who has fully complied with the DP World Tour's Covid19 testing policy and other medical and health and safety protocols on site including those related to "tournament bubbles" where in place.

(ii) The above Temporary Regulation does not apply to a player or caddie who tests positive and has made a personal choice not to be vaccinated against Covid19.

(iii) The above Temporary Regulation does not apply to any other "Player related personnel" such as a coach, manager, family etc.  The Player or such related personnel will be wholly responsible for any costs incurred in this instance.

# 5. APPROVED Official prize money BREAKDOWNS

**All Breakdowns are provisional and a final Official Breakdown will be published at each tournament.**

| POS | % B.D. | 1000000 | 1250000 | 1500000 | 1750000 | 2000000 | 2500000 | 3000000 | 3250000 | 3500000 | 5000000 | 8000000 |
|-----|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| 1 | 17.00 | 170000 | 212500 | 255000 | 297500 | 340000 | 425000 | 510000 | 552500 | 595000 | 850000 | 1360000 |
| 2 | 11.00 | 110000 | 137500 | 165000 | 192500 | 220000 | 275000 | 330000 | 357500 | 385000 | 550000 | 880000 |
| 3 | 6.30 | 63000 | 78750 | 94500 | 110250 | 126000 | 157500 | 189000 | 204750 | 220500 | 315000 | 504000 |
| 4 | 5.00 | 50000 | 62500 | 75000 | 87500 | 100000 | 125000 | 150000 | 162500 | 175000 | 250000 | 400000 |
| 5 | 4.24 | 42400 | 53000 | 63600 | 74200 | 84800 | 106000 | 127200 | 137800 | 148400 | 212000 | 339200 |
| 6 | 3.50 | 35000 | 43750 | 52500 | 61250 | 70000 | 87500 | 105000 | 113750 | 122500 | 175000 | 280000 |
| 7 | 3.00 | 30000 | 37500 | 45000 | 52500 | 60000 | 75000 | 90000 | 97500 | 105000 | 150000 | 240000 |
| 8 | 2.50 | 25000 | 31250 | 37500 | 43750 | 50000 | 62500 | 75000 | 81250 | 87500 | 125000 | 200000 |
| 9 | 2.24 | 22400 | 28000 | 33600 | 39200 | 44800 | 56000 | 67200 | 72800 | 78400 | 112000 | 179200 |
| 10 | 2.00 | 20000 | 25000 | 30000 | 35000 | 40000 | 50000 | 60000 | 65000 | 70000 | 100000 | 160000 |
| 11 | 1.84 | 18400 | 23000 | 27600 | 32200 | 36800 | 46000 | 55200 | 59800 | 64400 | 92000 | 147200 |
| 12 | 1.72 | 17200 | 21500 | 25800 | 30100 | 34400 | 43000 | 51600 | 55900 | 60200 | 86000 | 137600 |
| 13 | 1.61 | 16100 | 20125 | 24150 | 28175 | 32200 | 40250 | 48300 | 52325 | 56350 | 80500 | 128800 |
| 14 | 1.53 | 15300 | 19125 | 22950 | 26775 | 30600 | 38250 | 45900 | 49725 | 53550 | 76500 | 122400 |
| 15 | 1.47 | 14700 | 18375 | 22050 | 25725 | 29400 | 36750 | 44100 | 47775 | 51450 | 73500 | 117600 |
| 16 | 1.41 | 14100 | 17625 | 21150 | 24675 | 28200 | 35250 | 42300 | 45825 | 49350 | 70500 | 112800 |
| 17 | 1.35 | 13500 | 16875 | 20250 | 23625 | 27000 | 33750 | 40500 | 43875 | 47250 | 67500 | 108000 |
| 18 | 1.29 | 12900 | 16125 | 19350 | 22575 | 25800 | 32250 | 38700 | 41925 | 45150 | 64500 | 103200 |
| 19 | 1.24 | 12400 | 15500 | 18600 | 21700 | 24800 | 31000 | 37200 | 40300 | 43400 | 62000 | 99200 |
| 20 | 1.20 | 12000 | 15000 | 18000 | 21000 | 24000 | 30000 | 36000 | 39000 | 42000 | 60000 | 96000 |
| 21 | 1.16 | 11600 | 14500 | 17400 | 20300 | 23200 | 29000 | 34800 | 37700 | 40600 | 58000 | 92800 |
| 22 | 1.13 | 11300 | 14125 | 16950 | 19775 | 22600 | 28250 | 33900 | 36725 | 39550 | 56500 | 90400 |
| 23 | 1.10 | 11000 | 13750 | 16500 | 19250 | 22000 | 27500 | 33000 | 35750 | 38500 | 55000 | 88000 |
| 24 | 1.07 | 10700 | 13375 | 16050 | 18725 | 21400 | 26750 | 32100 | 34775 | 37450 | 53500 | 85600 |
| 25 | 1.04 | 10400 | 13000 | 15600 | 18200 | 20800 | 26000 | 31200 | 33800 | 36400 | 52000 | 83200 |
| 26 | 1.01 | 10100 | 12625 | 15150 | 17675 | 20200 | 25250 | 30300 | 32825 | 35350 | 50500 | 80800 |
| 27 | 0.98 | 9800 | 12250 | 14700 | 17150 | 19600 | 24500 | 29400 | 31850 | 34300 | 49000 | 78400 |
| 28 | 0.95 | 9500 | 11875 | 14250 | 16625 | 19000 | 23750 | 28500 | 30875 | 33250 | 47500 | 76000 |
| 29 | 0.92 | 9200 | 11500 | 13800 | 16100 | 18400 | 23000 | 27600 | 29900 | 32200 | 46000 | 73600 |
| 30 | 0.89 | 8900 | 11125 | 13350 | 15575 | 17800 | 22250 | 26700 | 28925 | 31150 | 44500 | 71200 |
| 31 | 0.86 | 8600 | 10750 | 12900 | 15050 | 17200 | 21500 | 25800 | 27950 | 30100 | 43000 | 68800 |
| 32 | 0.83 | 8300 | 10375 | 12450 | 14525 | 16600 | 20750 | 24900 | 26975 | 29050 | 41500 | 66400 |
| 33 | 0.80 | 8000 | 10000 | 12000 | 14000 | 16000 | 20000 | 24000 | 26000 | 28000 | 40000 | 64000 |
| 34 | 0.77 | 7700 | 9625 | 11550 | 13475 | 15400 | 19250 | 23100 | 25025 | 26950 | 38500 | 61600 |
| 35 | 0.74 | 7400 | 9250 | 11100 | 12950 | 14800 | 18500 | 22200 | 24050 | 25900 | 37000 | 59200 |
| 36 | 0.71 | 7100 | 8875 | 10650 | 12425 | 14200 | 17750 | 21300 | 23075 | 24850 | 35500 | 56800 |
| 37 | 0.69 | 6900 | 8625 | 10350 | 12075 | 13800 | 17250 | 20700 | 22425 | 24150 | 34500 | 55200 |
| 38 | 0.67 | 6700 | 8375 | 10050 | 11725 | 13400 | 16750 | 20100 | 21775 | 23450 | 33500 | 53600 |
| 39 | 0.65 | 6500 | 8125 | 9750 | 11375 | 13000 | 16250 | 19500 | 21125 | 22750 | 32500 | 52000 |

| POS | % B.D. | 1000000 | 1250000 | 1500000 | 1750000 | 2000000 | 2500000 | 3000000 | 3250000 | 3500000 | 5000000 | 8000000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 0.63 | 6300 | 7875 | 9450 | 11025 | 12600 | 15750 | 18900 | 20475 | 22050 | 31500 | 50400 |
| 41 | 0.61 | 6100 | 7625 | 9150 | 10675 | 12200 | 15250 | 18300 | 19825 | 21350 | 30500 | 48800 |
| 42 | 0.59 | 5900 | 7375 | 8850 | 10325 | 11800 | 14750 | 17700 | 19175 | 20650 | 29500 | 47200 |
| 43 | 0.57 | 5700 | 7125 | 8550 | 9975 | 11400 | 14250 | 17100 | 18525 | 19950 | 28500 | 45600 |
| 44 | 0.55 | 5500 | 6875 | 8250 | 9625 | 11000 | 13750 | 16500 | 17875 | 19250 | 27500 | 44000 |
| 45 | 0.53 | 5300 | 6625 | 7950 | 9275 | 10600 | 13250 | 15900 | 17225 | 18550 | 26500 | 42400 |
| 46 | 0.51 | 5100 | 6375 | 7650 | 8925 | 10200 | 12750 | 15300 | 16575 | 17850 | 25500 | 40800 |
| 47 | 0.49 | 4900 | 6125 | 7350 | 8575 | 9800 | 12250 | 14700 | 15925 | 17150 | 24500 | 39200 |
| 48 | 0.47 | 4700 | 5875 | 7050 | 8225 | 9400 | 11750 | 14100 | 15275 | 16450 | 23500 | 37600 |
| 49 | 0.45 | 4500 | 5625 | 6750 | 7875 | 9000 | 11250 | 13500 | 14625 | 15750 | 22500 | 36000 |
| 50 | 0.43 | 4300 | 5375 | 6450 | 7525 | 8600 | 10750 | 12900 | 13975 | 15050 | 21500 | 34400 |
| 51 | 0.41 | 4100 | 5125 | 6150 | 7175 | 8200 | 10250 | 12300 | 13325 | 14350 | 20500 | 32800 |
| 52 | 0.39 | 3900 | 4875 | 5850 | 6825 | 7800 | 9750 | 11700 | 12675 | 13650 | 19500 | 31200 |
| 53 | 0.37 | 3700 | 4625 | 5550 | 6475 | 7400 | 9250 | 11100 | 12025 | 12950 | 18500 | 29600 |
| 54 | 0.35 | 3500 | 4375 | 5250 | 6125 | 7000 | 8750 | 10500 | 11375 | 12250 | 17500 | 28000 |
| 55 | 0.34 | 3400 | 4250 | 5100 | 5950 | 6800 | 8500 | 10200 | 11050 | 11900 | 17000 | 27200 |
| 56 | 0.33 | 3300 | 4125 | 4950 | 5775 | 6600 | 8250 | 9900 | 10725 | 11550 | 16500 | 26400 |
| 57 | 0.32 | 3200 | 4000 | 4800 | 5600 | 6400 | 8000 | 9600 | 10400 | 11200 | 16000 | 25600 |
| 58 | 0.31 | 3100 | 3875 | 4650 | 5425 | 6200 | 7750 | 9300 | 10075 | 10850 | 15500 | 24800 |
| 59 | 0.30 | 3000 | 3750 | 4500 | 5250 | 6000 | 7500 | 9000 | 9750 | 10500 | 15000 | 24000 |
| 60 | 0.29 | 2900 | 3625 | 4350 | 5075 | 5800 | 7250 | 8700 | 9425 | 10150 | 14500 | 23200 |
| 61 | 0.28 | 2800 | 3500 | 4200 | 4900 | 5600 | 7000 | 8400 | 9100 | 9800 | 14000 | 22400 |
| 62 | 0.27 | 2700 | 3375 | 4050 | 4725 | 5400 | 6750 | 8100 | 8775 | 9450 | 13500 | 21600 |
| 63 | 0.26 | 2600 | 3250 | 3900 | 4550 | 5200 | 6500 | 7800 | 8450 | 9100 | 13000 | 20800 |
| 64 | 0.25 | 2500 | 3125 | 3750 | 4375 | 5000 | 6250 | 7500 | 8125 | 8750 | 12500 | 20000 |
| 65 | 0.24 | 2400 | 3000 | 3600 | 4200 | 4800 | 6000 | 7200 | 7800 | 8400 | 12000 | 19200 |
| 66 | 0.23 | 2300 | 2875 | 3450 | 4025 | 4600 | 5750 | 6900 | 7475 | 8050 | 11500 | 18400 |
| 67 | 0.22 | 2200 | 2750 | 3300 | 3850 | 4400 | 5500 | 6600 | 7150 | 7700 | 11000 | 17600 |
| 68 | 0.21 | 2100 | 2625 | 3150 | 3675 | 4200 | 5250 | 6300 | 6825 | 7350 | 10500 | 16800 |
| 69 | 0.20 | 2000 | 2500 | 3000 | 3500 | 4000 | 5000 | 6000 | 6500 | 7000 | 10000 | 16000 |
| 70 | 0.19 | 1900 | 2375 | 2850 | 3325 | 3800 | 4750 | 5700 | 6175 | 6650 | 9500 | 15200 |

NOTE: With respect to the stated minimum prize funds of US$ 2 million for fully sanctioned tournaments, where purses are in a currency other than US$, the exchange rates in section K6 (on the following page) have been used to convert such currency to US Dollars.

# 6. DP World Tour Rankings Points Banding

DP World Tour Ranking Points will be allocated to each DP World Tour Tournament in accordance with the below table.

| Band | Lower Prize fund (US$)* | Upper Prize fund (US$)* | Total Points Allocation |
|---|---|---|---|
| 1 | 1,000,000 | 1,749,999 | 2,000 |
| 2 | 1,750,000 | 2,499,999 | 2,750 |
| 3 | 2,500,000 | 3,249,999 | 3,500 |
| 4 | 3,250,000 | 3,999,999 | 4,250 |
| 5 | 4,000,000 | 4,999,999 | 5,000 |
| 6 | 5,000,000 | 5,499,999 | 5,500 |
| 7 | 5,500,000 | No limit | 1,000 points per 1,000,000 US$ of Prize money |
| **Nedbank Golf Challenge** | | | 7,000 |
| **WGC & Rolex Series (excluding DP World Tour Championship, Dubai)** | | | 8,000 |
| **Major** | | | 10,000 |
| **DP World Tour Championship, Dubai** | | | 12,000 |

**\*Non US Dollar purses are converted to US Dollars using the "Mid" exchange rates in force on 15th November 2021 as follows and as published at: – https://www. oanda.com/fx-for-business/historical-rates**

**Euro to USD:** 1.167;     **GBP to USD:** 1.352;
**CNY to USD:** 0.1566     **ZAR to USD:** 0.0655

The following DP World Tour Ranking Points breakdowns apply to all DP World Tour Ranking Tournaments for those professionals 'making the cut' and completing the final round for which they are qualified.

Where the number of professionals making the cut is higher than 65, additional points are allocated as shown.

**NOTE:** DP World Tour Ranking Points will not be awarded to a Player who completes the final round for which he is qualified but is subsequently disqualified.

# 7. Approved DP World Tour Ranking Points Breakdowns

| Total Points | 2,000 | 2,750 | 3,500 | 4,250 | 5,000 | 5,500 |
|---|---|---|---|---|---|---|
| **Pos** | **Band 1** | **Band 2** | **Band 3** | **Band 4** | **Band 5** | **Band 6** |
| 1 | 335.000 | 460.000 | 585.000 | 710.000 | 835.000 | 915.000 |
| 2 | 222.000 | 305.000 | 389.000 | 472.000 | 555.000 | 612.000 |
| 3 | 125.000 | 172.000 | 218.000 | 266.000 | 312.000 | 345.000 |
| 4 | 100.000 | 137.000 | 175.000 | 212.000 | 250.000 | 275.000 |
| 5 | 84.000 | 116.000 | 148.000 | 180.000 | 212.000 | 234.000 |
| 6 | 70.000 | 96.700 | 122.600 | 148.600 | 175.500 | 192.400 |
| 7 | 60.000 | 82.500 | 105.000 | 127.500 | 150.000 | 165.000 |
| 8 | 50.000 | 68.750 | 87.500 | 106.250 | 125.000 | 137.500 |
| 9 | 44.400 | 61.325 | 78.050 | 94.775 | 111.500 | 122.650 |
| 10 | 40.000 | 55.000 | 70.000 | 85.000 | 100.000 | 110.000 |
| 11 | 36.600 | 50.350 | 64.100 | 77.750 | 91.500 | 100.700 |
| 12 | 34.400 | 47.300 | 60.200 | 73.100 | 86.000 | 94.600 |
| 13 | 32.200 | 44.275 | 56.350 | 68.425 | 80.500 | 88.550 |
| 14 | 30.600 | 42.075 | 53.550 | 65.025 | 76.500 | 84.150 |
| 15 | 29.400 | 40.425 | 51.450 | 62.475 | 73.500 | 80.850 |
| 16 | 28.200 | 38.775 | 49.350 | 59.925 | 70.500 | 77.550 |
| 17 | 27.000 | 37.125 | 47.250 | 57.375 | 67.500 | 74.250 |
| 18 | 25.800 | 35.475 | 45.150 | 54.825 | 64.500 | 70.950 |
| 19 | 24.600 | 33.825 | 43.050 | 52.275 | 61.500 | 67.650 |
| 20 | 24.000 | 33.000 | 42.000 | 51.000 | 60.000 | 66.000 |
| 21 | 23.400 | 32.175 | 40.950 | 49.725 | 58.500 | 64.350 |
| 22 | 22.800 | 31.350 | 39.900 | 48.450 | 57.000 | 62.700 |
| 23 | 22.200 | 30.525 | 38.850 | 47.175 | 55.500 | 61.050 |
| 24 | 21.600 | 29.700 | 37.800 | 45.900 | 54.000 | 59.400 |
| 25 | 21.000 | 28.875 | 36.750 | 44.625 | 52.500 | 57.750 |
| 26 | 20.400 | 28.050 | 35.700 | 43.350 | 51.000 | 56.100 |
| 27 | 19.800 | 27.225 | 34.650 | 42.075 | 49.500 | 54.450 |
| 28 | 19.200 | 26.400 | 33.600 | 40.800 | 48.000 | 52.800 |
| 29 | 18.600 | 25.575 | 32.550 | 39.525 | 46.500 | 51.150 |
| 30 | 18.000 | 24.750 | 31.500 | 38.250 | 45.000 | 49.500 |
| 31 | 17.400 | 23.925 | 30.450 | 36.975 | 43.500 | 47.850 |
| 32 | 16.800 | 23.100 | 29.400 | 35.700 | 42.000 | 46.200 |
| 33 | 16.400 | 22.550 | 28.700 | 34.850 | 41.000 | 45.100 |
| 34 | 16.000 | 22.000 | 28.000 | 34.000 | 40.000 | 44.000 |
| 35 | 15.600 | 21.450 | 27.300 | 33.150 | 39.000 | 42.900 |
| 36 | 15.200 | 20.900 | 26.600 | 32.300 | 38.000 | 41.800 |
| 37 | 14.800 | 20.350 | 25.900 | 31.450 | 37.000 | 40.700 |
| 38 | 14.400 | 19.800 | 25.200 | 30.600 | 36.000 | 39.600 |
| 39 | 14.000 | 19.250 | 24.500 | 29.750 | 35.000 | 38.500 |
| 40 | 13.600 | 18.700 | 23.800 | 28.900 | 34.000 | 37.400 |
| 41 | 13.200 | 18.150 | 23.100 | 28.050 | 33.000 | 36.300 |
| 42 | 12.800 | 17.600 | 22.400 | 27.200 | 32.000 | 35.200 |

| Total Points | 2,000 | 2,750 | 3,500 | 4,250 | 5,000 | 5,500 |
|---|---|---|---|---|---|---|
| Pos | Band 1 | Band 2 | Band 3 | Band 4 | Band 5 | Band 6 |
| 43 | 12.400 | 17.050 | 21.700 | 26.350 | 31.000 | 34.100 |
| 44 | 12.000 | 16.500 | 21.000 | 25.500 | 30.000 | 33.000 |
| 45 | 11.600 | 15.950 | 20.300 | 24.650 | 29.000 | 31.900 |
| 46 | 11.200 | 15.400 | 19.600 | 23.800 | 28.000 | 30.800 |
| 47 | 10.800 | 14.850 | 18.900 | 22.950 | 27.000 | 29.700 |
| 48 | 10.400 | 14.300 | 18.200 | 22.100 | 26.000 | 28.600 |
| 49 | 10.000 | 13.750 | 17.500 | 21.250 | 25.000 | 27.500 |
| 50 | 9.600 | 13.200 | 16.800 | 20.400 | 24.000 | 26.400 |
| 51 | 9.200 | 12.650 | 16.100 | 19.550 | 23.000 | 25.300 |
| 52 | 8.800 | 12.100 | 15.400 | 18.700 | 22.000 | 24.200 |
| 53 | 8.400 | 11.550 | 14.700 | 17.850 | 21.000 | 23.100 |
| 54 | 8.000 | 11.000 | 14.000 | 17.000 | 20.000 | 22.000 |
| 55 | 7.600 | 10.450 | 13.300 | 16.150 | 19.000 | 20.900 |
| 56 | 7.200 | 9.900 | 12.600 | 15.300 | 18.000 | 19.800 |
| 57 | 6.800 | 9.350 | 11.900 | 14.450 | 17.000 | 18.700 |
| 58 | 6.400 | 8.800 | 11.200 | 13.600 | 16.000 | 17.600 |
| 59 | 6.200 | 8.525 | 10.850 | 13.175 | 15.500 | 17.050 |
| 60 | 6.000 | 8.250 | 10.500 | 12.750 | 15.000 | 16.500 |
| 61 | 5.800 | 7.975 | 10.150 | 12.325 | 14.500 | 15.950 |
| 62 | 5.600 | 7.700 | 9.800 | 11.900 | 14.000 | 15.400 |
| 63 | 5.400 | 7.425 | 9.450 | 11.475 | 13.500 | 14.850 |
| 64 | 5.200 | 7.150 | 9.100 | 11.050 | 13.000 | 14.300 |
| 65 | 5.000 | 6.875 | 8.750 | 10.625 | 12.500 | 13.750 |
| 66 | 4.800 | 6.600 | 8.400 | 10.200 | 12.000 | 13.200 |
| 67 | 4.600 | 6.300 | 8.100 | 9.800 | 11.500 | 12.700 |
| 68 | 4.400 | 6.100 | 7.700 | 9.400 | 11.000 | 12.100 |
| 69 | 4.200 | 5.800 | 7.400 | 8.900 | 10.500 | 11.600 |
| 70 | 4.000 | 5.500 | 7.000 | 8.500 | 10.000 | 11.000 |
| 71 | 3.800 | 5.200 | 6.700 | 8.100 | 9.500 | 10.500 |
| 72 | 3.600 | 5.000 | 6.300 | 7.700 | 9.000 | 9.900 |
| 73 | 3.400 | 4.700 | 6.000 | 7.200 | 8.500 | 9.400 |
| 74 | 3.200 | 4.400 | 5.600 | 6.800 | 8.000 | 8.800 |
| 75 | 3.000 | 4.100 | 5.300 | 6.400 | 7.500 | 8.300 |
| 76 | 2.800 | 3.900 | 4.900 | 6.000 | 7.000 | 7.700 |
| 77 | 2.600 | 3.600 | 4.600 | 5.500 | 6.500 | 7.200 |
| 78 | 2.400 | 3.300 | 4.200 | 5.100 | 6.000 | 6.600 |
| 79 | 2.200 | 3.000 | 3.900 | 4.700 | 5.500 | 6.100 |
| 80 | 2.000 | 2.800 | 3.500 | 4.300 | 5.000 | 5.500 |
| 81 | 1.800 | 2.500 | 3.200 | 3.800 | 4.500 | 5.000 |
| 82 | 1.600 | 2.200 | 2.800 | 3.400 | 4.000 | 4.400 |
| 83 | 1.400 | 1.900 | 2.500 | 3.000 | 3.500 | 3.900 |
| 84 | 1.200 | 1.700 | 2.100 | 2.600 | 3.000 | 3.300 |
| 85 | 1.000 | 1.400 | 1.800 | 2.100 | 2.500 | 2.800 |
| 86 | 0.800 | 1.100 | 1.400 | 1.700 | 2.000 | 2.200 |
| 87 | 0.600 | 0.800 | 1.100 | 1.300 | 1.500 | 1.700 |
| 88 | 0.400 | 0.600 | 0.700 | 0.900 | 1.000 | 1.100 |
| 89 | 0.200 | 0.300 | 0.400 | 0.400 | 0.500 | 0.600 |

# Approved DP World Tour Ranking Points Breakdowns

| Total Points | 8,000 | 10,000 | 12,000 |
|---|---|---|---|
| Pos | WGC/Rolex Series | Major | DP World Tour Championship |
| 1 | 1335.000 | 1665.000 | 2000.000 |
| 2 | 889.000 | 1113.000 | 1335.000 |
| 3 | 500.000 | 627.000 | 752.000 |
| 4 | 400.000 | 500.000 | 600.000 |
| 5 | 339.000 | 424.000 | 509.000 |
| 6 | 280.200 | 350.000 | 420.000 |
| 7 | 240.000 | 300.000 | 359.000 |
| 8 | 200.000 | 250.000 | 300.000 |
| 9 | 178.400 | 223.000 | 267.000 |
| 10 | 160.000 | 200.000 | 240.000 |
| 11 | 146.400 | 183.000 | 220.000 |
| 12 | 137.600 | 172.000 | 206.400 |
| 13 | 128.800 | 161.000 | 193.200 |
| 14 | 122.400 | 153.000 | 183.600 |
| 15 | 117.600 | 147.000 | 176.400 |
| 16 | 112.800 | 141.000 | 169.200 |
| 17 | 108.000 | 135.000 | 162.000 |
| 18 | 103.200 | 129.000 | 154.800 |
| 19 | 98.400 | 123.000 | 147.600 |
| 20 | 96.000 | 120.000 | 144.000 |
| 21 | 93.600 | 117.000 | 140.400 |
| 22 | 91.200 | 114.000 | 136.800 |
| 23 | 88.800 | 111.000 | 133.200 |
| 24 | 86.400 | 108.000 | 129.600 |
| 25 | 84.000 | 105.000 | 126.000 |
| 26 | 81.600 | 102.000 | 122.400 |
| 27 | 79.200 | 99.000 | 118.800 |
| 28 | 76.800 | 96.000 | 115.200 |
| 29 | 74.400 | 93.000 | 111.600 |
| 30 | 72.000 | 90.000 | 108.000 |
| 31 | 69.600 | 87.000 | 104.400 |
| 32 | 67.200 | 84.000 | 100.800 |
| 33 | 65.600 | 82.000 | 98.400 |
| 34 | 64.000 | 80.000 | 96.000 |
| 35 | 62.400 | 78.000 | 93.600 |
| 36 | 60.800 | 76.000 | 91.200 |
| 37 | 59.200 | 74.000 | 88.800 |
| 38 | 57.600 | 72.000 | 86.400 |
| 39 | 56.000 | 70.000 | 84.000 |
| 40 | 54.400 | 68.000 | 81.600 |
| 41 | 52.800 | 66.000 | 79.200 |
| 42 | 51.200 | 64.000 | 76.800 |

| Total Points | 8,000 | 10,000 | 12,000 |
|---|---|---|---|
| Pos | WGC/Rolex Series | Major | DP World Tour Championship |
| 43 | 49.600 | 62.000 | 74.400 |
| 44 | 48.000 | 60.000 | 72.000 |
| 45 | 46.400 | 58.000 | 69.600 |
| 46 | 44.800 | 56.000 | 67.200 |
| 47 | 43.200 | 54.000 | 64.800 |
| 48 | 41.600 | 52.000 | 62.400 |
| 49 | 40.000 | 50.000 | 60.000 |
| 50 | 38.400 | 48.000 | 57.600 |
| 51 | 36.800 | 46.000 | 55.200 |
| 52 | 35.200 | 44.000 | 52.800 |
| 53 | 33.600 | 42.000 | 50.400 |
| 54 | 32.000 | 40.000 | 48.000 |
| 55 | 30.400 | 38.000 | 45.600 |
| 56 | 28.800 | 36.000 | 43.200 |
| 57 | 27.200 | 34.000 | 40.800 |
| 58 | 25.600 | 32.000 | 38.400 |
| 59 | 24.800 | 31.000 | 37.200 |
| 60 | 24.000 | 30.000 | 36.000 |
| 61 | 23.200 | 29.000 | 34.800 |
| 62 | 22.400 | 28.000 | 33.600 |
| 63 | 21.600 | 27.000 | 32.400 |
| 64 | 20.800 | 26.000 | 31.200 |
| 65 | 20.000 | 25.000 | 30.000 |
| 66 | 19.200 | 24.000 | |
| 67 | 18.400 | 23.000 | |
| 68 | 17.600 | 22.000 | |
| 69 | 16.800 | 21.000 | |
| 70 | 16.000 | 20.000 | |
| 71 | 15.200 | 19.000 | |
| 72 | 14.400 | 18.000 | |
| 73 | 13.600 | 17.000 | |
| 74 | 12.800 | 16.000 | |
| 75 | 12.000 | 15.000 | |
| 76 | 11.200 | 14.000 | |
| 77 | 10.400 | 13.000 | |
| 78 | 9.600 | 12.000 | |
| 79 | 8.800 | 11.000 | |
| 80 | 8.000 | 10.000 | |
| 81 | 7.200 | 9.000 | |
| 82 | 6.400 | 8.000 | |
| 83 | 5.600 | 7.000 | |
| 84 | 4.800 | 6.000 | |
| 85 | 4.000 | 5.000 | |
| 86 | 3.200 | 4.000 | |
| 87 | 2.400 | 3.000 | |
| 88 | 1.600 | 2.000 | |
| 89 | 0.800 | 1.000 | |

# 2022 DP World Tour - Tournament Calendar

## Joburg Open

**Date:**          Thursday 25th - Sunday 28th November 2021

**Venue:**         **Randpark Golf Club**
Setperk Road
Randpark
Randburg
Johannesburg
South Africa
**Tel:** +27 112 158 600
**Location:** Within city of Johannesburg
**Nearest Airport:** O.R Tambo (Johannesburg) International (38 km)
**Golf Course Website:** www.randpark.co.za

**Promoters:**     **City of Johannesburg Municipality**
Metro Centre 11th Floor, A Block
158 Civic Boulevard
Braamfontein 2014
South Africa
**Tel:** +27 82 559 3823
**Contact:** Bongi Mokaba
**Email:** bongim@joburg.org.za

**ET TD:**         David Williams (dwilliams@europeantourgroup.com)

## Abu Dhabi HSBC Championship

**Date:**            Thursday 20th - Sunday 23rd January 2022

**Venue:**           **Yas Links**
Yas Island
Abu Dhabi 128008
UAE
**Tel:** +971 2 404 3000
**Location:** 33km east of Abu Dhabi centre
**Nearest Airport:** Abu Dhabi International (15 mins)
**Golf Course Website:** www.troonabudhabi.com/yas-links

**Promoters:**       **Abu Dhabi Sports Council**
PO Box 127722
Abu Dhabi
UAE
**Contact:** Nouf Abdulreda Ali - Championship Committee
**Tel:** +971 50 221 1113
**Contact:** Mohamed Ahmed Al Remeithi
**Email:** malremeithi@adsc.gov.ae

**European Tour Group (European Tour Group Middle East
– Abu Dhabi Branch)**
Royal Business Center
PO Box 127432
Abu Dhabi
UAE
**Contact:** Freddie Schmeisser
**Mob:** +971 5 5371 6633
**Email:** fschmeisser@europeantourgroup.com

**ET TD:**           Miguel Vidaor  (mvidaor@europeantourgroup.com)

## Slync.io Dubai Desert Classic

**Date:**           **Thursday 27th - Sunday 30th January 2022**

**Venue:**          **Emirates Golf Club**
PO Box 24040
Dubai
UAE
**Tel:** +971 4 417 9999
**Location:** 10 miles southwest of city centre
**Nearest Airport:** Dubai (30 mins)
**Golf Course Website:** www.dubaigolf.com/emirates-golf-club

**Promoters:**      **Falcon and Associates FZ-LLC**
PO Box 214432
Dubai
United Arab Emirates
**Tel:** +971 4 383 3505
**Contact:** Simon Corkill - Executive Tournament Director
**Mob:** +971 56 689 4000
**Email:** simon.corkill@falconandassociates.ae

**ET TD:**          Mike Stewart (mstewart@europeantourgroup.com)

## Ras Al Khaimah Championship presented by Phoenix Capital

**Date:**          **Thursday 3rd - Sunday 6th February 2022**

**Venue:**         **Al Hamra Golf Club**
                   Al Hamra Village
                   Behind Al Hamra Mall
                   Ras Al Khaimah
                   UAE

                   **Postal Address**
                   P.O Box 6617
                   Ras Al Khaimah
                   UAE
                   **Tel:** +971 7 244 7474 ext. 1
                   **Location:** 28km southwest of Ras Al Khaimah
                   **Nearest Airport:** Dubai International (50 mins)
                   **Golf Course Website:** www.alhamragolf.com

**Promoters:**     **European Tour Group (European Tour Group Middle
                   East – Abu Dhabi Branch)**
                   Royal Business Center
                   PO Box 127432
                   Abu Dhabi
                   UAE
                   **Contact:** Damien Turner – Championship Director
                   **Tel:** +44 1344 840400
                   **Email:** dturner@europeantourgroup.com

**ET TD:**         David Williams (dwilliams@europeantourgroup.com)

## Ras Al Khaimah Classic

**Date:**          Thursday 10th – Sunday 13th February 2022

**Venue:**          **Al Hamra Golf Club**
Al Hamra Village
Behind Al Hamra Mall
Ras Al Khaimah
UAE

**Postal Address**
P.O Box 6617
Ras Al Khaimah
UAE
**Tel:** +971 7 244 7474 ext. 1
**Location:** 28km southwest of Ras Al Khaimah
**Nearest Airport:** Dubai International (50 mins)
**Golf Course Website:** www.alhamragolf.com

**Promoters:**          **European Tour Group**
**(European Tour Group Middle East – Abu Dhabi Branch)**
Royal Business Center
PO Box 127432
Abu Dhabi
UAE
**Contact:** Damien Turner – Championship Director
**Tel:** +44 1344 840400
**Email:** dturner@europeantourgroup.com

**ET TD:**          David Williams (dwilliams@europeantourgroup.com)

**Magical Kenya Open**

| | |
|---|---|
| **Date:** | **Thursday 3rd – Sunday 6th March 2022** |

**Venue:**     **Muthaiga Golf Club**
Old Kiambu Road
P.O. Box 41651-00100
Nairobi
Kenya
**Tel:** +254 202 368 440/1/+254 722 168 720/+254 735 359 792
**Location:** 6km north of Nairobi
**Nearest Airport:** Jomo Kenyatta (Nairobi) International Airport (27 km)
**Golf Course Website:** www.muthaigagolfclub.com

**Promoters:**     **Kenya Golf Open Limited**
Muthaiga Golf Club
Old Kiambu Road
PO Box 49609 - 00100
Nairobi
Kenya
**Tel:** +254 722 433 723/+254 722 846 478/+254 208 046 027
**Contact:** Patrick Obath
**Mob:** +254 722 513 548
**Email:** pobath@gmail.com/info@kenya-opengolf.com

**ET TD:**     Paul Carrigill (pcarrigill@europeantourgroup.com)

## MyGolfLife Open hosted by Pecanwood

**Date:**          Thursday 10th – Sunday 13th March 2022

**Venue:**          **Pecanwood Golf & Country Club**
Provincial Road, R512
Hartbeespoort 0216
North West Province
South Africa

**Postal Address**
P.O Box 302
Broederstroom
0240
South Africa
**Tel:** +27 12 244 8000
**Location:** 44km west of Pretoria & 81km north of Johannesburg
**Nearest Airport:** Lanseria International (30mins) & O.R Tambo
(Johannesburg) International (1hr 15mins)
**Golf Course Website:** www.pecanwood.co.za/golf-club

**Promoters:**      **FLOOID**
Stand 13, Riverview Office Park
Janadel Ave
Halfway Gardens
Midrand, 1685
South Africa
**Tel:** +27 76 400 0191
**Contact:** Neo Peete
**Mob:** +27 76 158 1110
**Email:** neo@flooid.co.za

**ET TD:**          Mike Stewart (mstewart@europeantourgroup.com)

## Steyn City Championship

**Date:**          **Thursday 17th – Sunday 20th March 2022**

**Venue:**         **The Club at Steyn City**
Zevenfontein 407-Jr
Midrand
Gauteng
South Africa
**Tel:** +27 597 1030
**Location:** 40km north of Johannesburg
**Nearest Airport:** Lanseria International (55mins) & O.R Tambo
(Johannesburg) International (1hr)
**Golf Course Website:** www.steyncity.co.za/jack-nicklaus-golf-course/

**Promoters:**     **FLOOID**
Stand 13, Riverview Office Park
Janadel Ave
Halfway Gardens
Midrand, 1685
South Africa
**Tel:** +27 10 597 1030
**Contact:** Kelly Frasca
**Mob:** +27 82 665 4488
**Email:** kelly@flooid.co.za

**ET TD:**         Mike Stewart (mstewart@europeantourgroup.com)

## WGC-Dell Technologies Match Play

**Date:**　　　　　**Wednesday 23rd – Sunday 27th March 2022**

**Venue:**　　　　**Austin Country Club**
4408 Long Champ Drive
Austin
TX 78746
USA
**Tel:** +1 512 328 0090
**Location:** 10 miles north of Austin
**Nearest Airport:** Austin-Bergstrom International (AUS)
(30mins)
**Golf Course Website:** www.austincountryclub.com
**Tournament Website:** www.worldgolfchampionships.com/
dell-match-play.html

**Promoters:**　　**WGC-Dell Technologies Match Play Office**
Austin Country Club
4408 Long Champ Drive
Austin
TX 78746
USA
**Tel:** +1 512 949 5881
**Contact:** Jordan Uppleger – Executive Director
**Email:** jordanuppleger@pgatourhq.com

**Commercial Bank Qatar Masters**

| | |
|---|---|
| **Date:** | Thursday 24th – Sunday 27th March 2022 |

**Venue:**    **Doha Golf Club**
West Bay
PO Box 13530
Doha
State of Qatar
**Tel:** +974 4496 0715
**Location:** 5 miles north west of Doha
**Nearest Airport:** Doha (30 mins)
**Golf Course Website:** www.dohagolfclub.com
**Tournament Website:** www.qatar-masters.com

**Promoters:**    **Qatar Golf Association**
PO Box 6177
Doha 00974
Qatar
**Tel:** +974 4496 0712/15 & +974 4483 2677
**Contact:** Fahad Nasser Al Naimi - General Secretary & Event Manager
**Email:** falnaimi@qga.com.qa
**Contact:** Mike Shoueiry – Technical Director
**Mob**: +974 5581 7481
**Email:** mike@qga.com.qa
**Contact:** Salman Al-Khanji – Staging Manager
**Mob:** +974 6617 7999
**Email:** alkhanji@olympic.qa

**ET TD:**    Mikael Eriksson (meriksson@europeantourgroup.com)

**The Masters**

**Date:**        **Thursday 7th – Sunday 10th April 2022**

**Venue:**        **Augusta National**
2604 Washington Road
Augusta
GA 30904
USA
**Tel:** +1 706 667 6000
**Location:** 150 miles east of Atlanta
**Nearest Airport:** Atlanta (Driving: Atlanta to Augusta
2 hours 15. Flying: Atlanta to Augusta 1 hour)
**Tournament Website:** www.masters.com

**Promoters:**        **Augusta National Golf Club**
2604 Washington Road Augusta
GA 30904
USA
**Tel:** +1 706 667 6712
**Contact:** Steve Ethun
**Email:** spethun@augustanational.com

## ISPS Handa Championship in Spain

**Date:**   **Thursday 21st – Sunday 24th April 2022**

**Venue:**   **Infinitum (Lakes Course)**
Pla de Maset s/n
43840
Salou
Spain
**Tel:** +34 977 12 90 70
**Location: 1**0km southwest of Tarragona
**Nearest Airport:** Reus - Tarragona (20 mins), Barcelona (1hr 10 mins)
**Golf Course Website:** www.infinitumliving.com/en/golf

**Promoters:**   **European Tour Group**
Wentworth Drive
Virginia Water
Surrey
GU25 4LX
England
**Tel:** +44 1344 840 400
**Contact:** Richard Atkinson – Head of Championship Management
**Email:** ratkinson@europeantourgroup.com

**ET TD:**   Jose Maria Zamora (jzamora@europeantourgroup.com)

**Catalunya Championship**

**Date:**            **Thursday 28th April – Sunday 1st May 2022**

**Venue:**           **PGA Catalunya Golf & Wellness (Stadium Course)**
Carretera N-11 km 701
17455 Caldes de Malavella
Girona
Spain
**Tel:** +34 972 181 020
**Location:** 20km south of Girona
**Nearest Airport:** Girona-Costa Brava (10mins) & Barcelona (1hr 10 mins)
**Golf Course Website:** www.pgacatalunya.com/golf/

**Promoters:**       **European Tour Group**
Wentworth Drive
Virginia Water
Surrey
GU25 4LX
England
**Tel:** +44 1344 840 400
**Contact:** Richard Atkinson - Head of Championship Management
**Email:** ratkinson@europeantourgroup.com

**ET TD:**           Miguel Vidaor (mvidaor@europeantourgroup.com)

## Betfred British Masters hosted by Danny Willett

**Date:**          **Wednesday 5th - Saturday 8th May 2022**

**Venue:**         **The Belfry**
                   Lichfield Road
                   Wishaw
                   Sutton Coldfield
                   B76 9PR
                   England
                   **Tel:** +44 1675 622701 (golf information line)
                   **Location:** 12 miles northeast of Birmingham
                   **Nearest Airport:** Birmingham (10 miles)
                   **Golf Course Website:** www.thebelfry.com/golf/

**Promoters:**     **European Tour Group**
                   Wentworth Drive
                   Virginia Water
                   Surrey
                   GU25 4LX
                   England
                   **Tel:** +44 1344 840 400
                   **Contact:** Kit Gartrell - Championship Director
                   **Email:** cgartrell@europeantourgroup.com

**ET TD:**         Mike Stewart (mstewart@europeantourgroup.com)

## Soudal Open

**Date:**           **Wednesday 12th - Saturday 15th May 2022**

**Venue:**          **Rinkven International Golf Club**
Sint-Jobsteenweg 120
2970 Schilde
Belgium
**Tel:** +32 3 380 12 80
**Location:** 26km northeast of Antwerp
**Nearest Airport:** Antwerp International (30 mins) & Brussels
International (45 mins)
**Golf Course Website:** www.rinkven.be

**Promoters:**      **Golazo Sports NV**
Schoebroekstraat 8
3583 Paal
Belgium
**Tel:** +32 11 45 99 00
**Contact:** Bob Verbeeck
**Email:** bob.verbeeck@golazo.com

**ET TD:**          Jose Maria Zamora (jzamora@europeantourgroup.com)

## U.S PGA Championship

**Date:**          **Thursday 19th – Sunday 22nd May 2022**

**Venue:**         **Southern Hills Country Club**
                   2636 East 61st Street
                   Tulsa
                   OK 74136
                   USA
                   **Tel:** +1 918 492 3351
                   **Location:** 20mins south of Tulsa
                   **Nearest Airport:** Tulsa International (20mins) & Will Rogers
                   World Airport (Oklahoma City) (1hr 45mins)
                   **Golf Course Website:** www.southernhillscc.com
                   **Tournament Website:** www.pgatour.com/tournaments/pga-
                   championship.html

**Promoters:**     **PGA of America**
                   100 Avenue of the Champions
                   Palm Beach Gardens
                   Florida 33418
                   USA
                   **Tel:** +1 561 624 8499
                   **Contact:** Kerry Haigh – Chief Championships Officer
                   **Email:** khaigh@pgahq.com

## Dutch Open

**Date:**        Thursday 26th – Sunday 29th May 2022

**Venue:**       **Bernardus Golf**
Deutersestraat 39D
5266 AW
Cromvoirt
The Netherlands
**Tel:** +31 73 203 41 41
**Location:** 8 km west of 's-Hertogenbosch
**Nearest Airport:** Eindhoven (36 km), Rotterdam (92 km),
Amsterdam Schiphol (102 km)
**Golf Course Website:** www.bernardusgolf.com
**Tournament Website:** www.dutchopen2022.nl

**Promoters:**   **TIG SPORTS**
Valschermkade 30
1059 CD Amsterdam
The Netherlands
**Tel:** +31 20 570 9060
**Contact:** Martijn van der Meulen – Director
**Email:** martijn@tigsports.nl
**Contact:** Niels Markensteijn - Event Director
**Email:** niels@tigsports.nl
**Contact:** Daan Slooter - Tournament Director & Player Contact
**Email:** daan@klmopen.nl

**ET TD:**       Miguel Vidaor  (mvidaor@europeantourgroup.com)

### Porsche European Open

**Date:**    **Thursday 2nd – Sunday 5th June 2022**

**Venue:**    **Green Eagle Golf Courses**
        Radbrucher Str. 200
        21423
        Winsen Luhe
        Germany
        **Tel:** +49 41 71 78 22 41
        **Location:** 40 km south of Hamburg
        **Nearest Airport:** Hamburg (50 mins)
        **Golf Course Website:** www.greeneagle.de
        **Tournament Website:** www.porscheeuropeanopen.com

**Promoters:**   **UCOM Event GMbH**
        Schinkelstraße 38-40
        40211 Düsseldorf
        Germany
        **Tel:** +49 211 585 880 27
        **Contact:** Dirk Glittenberg
        **Mob:** +49 177 772 1441
        **Email:** dg@ucom.de

**ET TD:**    Jose Maria Zamora (jzamora@europeantourgroup.com)

**Volvo Car Scandinavian Mixed**

**Date:**           **Thursday 9th – Sunday 12th June 2022**

**Venue:**          **Halmstad Golf Club**
                     Golfbanevägen
                     302 73
                     Halmstad
                     Sweden
                     **Tel:** +46 35 17 6800
                     **Location:** 10km west of Halmstad
                     **Nearest Airport:** Gothenburg-Landvetter (2hrs) &
                     Copenhagen (Denmark) (2hrs)
                     **Golf Course Website:** www.hgk.se

**Promoters:**      **European Tour Group**
                     Wentworth Drive
                     Virginia Water
                     Surrey
                     GU25 4 LX
                     England
                     **Tel:** +44 1344 840 400
                     **Contact:** Mark Casey – Championship Director
                     **Email:** mcasey@europeantourgroup.com

**ET TD:**          Mikael Eriksson (meriksson@europeantourgroup.com)

## U.S. Open

**Date:**            **Thursday 16th - Sunday 19th June 2022**

**Venue:**           **The Country Club**
                     191 Clyde St
                     Chestnut Hill
                     Brookline
                     MA 02467
                     USA
                     **Tel:** +1 617 566 0240
                     **Location:** 9 miles southwest of Boston
                     **Nearest Airport:** Boston Logan International (25mins)
                     **Tournament Website:** www.usopen.com

**Promoters:**       **USGA**
                     Golf House, PO Box 708
                     Far Hills
                     New Jersey 07931
                     USA
                     **Tel:** +1 908 326 1950
                     **Contact:** John Bodenhamer - Senior Managing Director
                     Championships
                     **Email:** jbodenhamer@usga.org / champs@usga.org

## BMW International Open

**Date:**          **Thursday 23rd – Sunday 26th June 2022**

**Venue:**         **Golf Club München Eichenried**
Münchner Straße 57
85452 Eichenried
Munich
Germany
**Tel:** +49 8123 93 080
**Location:** 19 km northeast of Munich
**Nearest Airport:** Munich (20 mins)
**Golf Course Website:** www.gc-eichenried.de
**Tournament Website:** www.bmw-golfsport.com

**Promoters:**     **BMW Group**
Sponsoring and Gaming (CB-352)
Lilienthalallee 32
80939 Munchen
Germany
**Contact:** Joern Plinke - Head of BMW Golfsport Marketing
**Mob:** +49 151 601 25531
**Email:** joern.plinke@bmw.de

**ET TD:**         David Williams (dwilliams@europeantourgroup.com)

## Horizon Irish Open

**Date:**                Thursday 30th June - Sunday 3rd July 2022

**Venue:**               **Mount Juliet Estate**
                         Thomastown
                         Co.Kilkenny
                         Ireland
                         **Tel:** +353 56 777 3000
                         **Location:** 20 km south of Kilkenny
                         **Nearest Airport:** Dublin (143 km), Cork (148 km)
                         **Golf Course Website:** www.mountjuliet.ie/golf/

**Promoters:**           **European Tour Group**
                         Wentworth Drive
                         Virginia Water
                         Surrey
                         GU25 4LX
                         England
                         **Tel:** +44 1344 840 400
                         **Contact:** Simon Alliss - Championship Director
                         **Email:** salliss@europeantourgroup.com

**ET TD:**               Miguel Vidaor (mvidaor@europeantourgroup.com)

**Genesis Scottish Open**

**Date:**           **Thursday 7th - Sunday 10th July 2022**

**Venue:**         **The Renaissance Club**
Cowden Hill Drive
Dirleton
North Berwick
EH39 5HS
**Tel:** +44 1620 850 901
**Location:** 23 miles east of Edinburgh
**Nearest Airport:** Edinburgh (32 miles)
**Golf Course Website:** www.trcaa.com

**Promoters:**      **European Tour Group**
Wentworth Drive
Virginia Water
Surrey
GU25 4LX
England
**Tel:** +44 1344 840 400
**Contact:** Rory Colville - Championship Director
**Email:** rcolville@europeantourgroup.com

**ET TD:**          Mike Stewart (mstewart@europeantourgroup.com)

## Barbasol Championship

**Date:**          **Thursday 7th – Sunday 10th July 2022**

**Venue:**         **Keene Trace Golf Club (Champions Course)**
                   20 Avenue of Champions
                   Nicholasville Road
                   KY 40356
                   USA
                   **Tel:** +1 859 224 4653
                   **Location:** 75km west of Louisville
                   **Nearest Airport:** Louisville International (1hr 15mins)
                   **Golf Course Website:** www.keenetracegolf.com

**Contacts:**      **Contact:** Mike Harmon – Executive Director
                   **Email:** mike@globalgolfmanagement.com
                   **Mobile:** +1 205 281 6704
                   **Contact:** Bryan Pettigrew – Tournament Director
                   **Email:** bryanp@globalgolfmanagement.com
                   **Mobile:** +1 817 825 1375

## The 150th Open

| | |
|---|---|
| **Date:** | **Thursday 14th - Sunday 17th July 2022** |

**Venue:**       **Old Course, St Andrews**
St Andrews Links Trust
West Sands
St Andrews
Fife
KY16 9XL
Scotland
**Tel:** +44 1334 466 666
**Location:** 55 miles north of Edinburgh
**Nearest Airport:** Edinburgh (1 hour)
**Golf Course Website:** www.standrews.com
**Tournament Website:** www.theopen.com

**Promoters:**       **The Royal & Ancient Golf Club**
St Andrews
Fife
Scotland
**Tel:** +44 1344 460 000
**Contact:** Johnnie Cole-Hamilton - Executive Director - Championships
**Email:** championships@RandA.org
**Website:** www.randa.org

## Barracuda Championship

**Date:**          **Thursday 14th - Sunday 17th July 2022**

**Venue:**         **Tahoe Mountain Club**
                   13051 Fairway Dr.
                   Truckee
                   CA 96161
                   USA
                   **Tel:** +1 530 550 3800
                   **Location:** 20km north of Tahoe City
                   **Nearest Airport:** Reno-Tahoe International (40mins)
                   **Golf Course Website:** www.tahoemountainclub.com

**Contacts:**      **Contact:** Chris Hoff – Executive Director
                   **Email:** chris@barracudachampionship.com
                   **Mobile:** +1 541 912 5886

## Cazoo Classic

**Date:**        **Thursday 21st - Sunday 24th July 2022**

**Venue:**       **Hillside Golf Club**
Hastings Road
Hillside
Southport
PR8 2LU
England
**Tel:** +44 1704 568360
**Location:** 3 miles south of Southport
**Nearest Airport:** Liverpool John Lennon (30 miles) &
Manchester (50 miles)
**Golf Course Website:** www.hillside-golfclub.co.uk

**Promoters:**   **European Tour Group**
Wentworth Drive
Virginia Water
Surrey
GU25 4LX
England
**Tel:** +44 1344 840 400
**Contact:** Richard Atkinson - Head of
Championship Management
**Email:** ratkinson@europeantourgroup.com

**ET TD:**       Mikael Eriksson (meriksson@europeantourgroup.com)

## Hero Open

| | |
|---|---|
| **Date:** | **Thursday 28th – Sunday 31st July 2022** |

**Venue:**       **Fairmont St Andrews**
St Andrews
Scotland
KY16 8PN
**Tel:** +44 1334 837000
**Location:** 3 miles west of St Andrews
**Nearest Airport:** Edinburgh (70 miles)
**Golf Course Website:** www.fairmont.com/st-andrews-scotland

**Promoters:**       **European Tour Group Group**
Wentworth Drive
Virginia Water
Surrey
GU25 4LX
England
**Tel:** +44 1344 840 400
**Contact:** Richard Atkinson - Head of Championship Management
**Email:** ratkinson@europeantourgroup.com

**ET TD:**       Jose Maria Zamora (jzamora@europeantour.com)

## Cazoo Open hosted by Gareth Bale

**Date:**          **Thursday 4th – Sunday 7th August 2022**

**Venue:**         **The Celtic Manor Resort**
Coldra Woods
The Usk Valley
Newport
South Wales
**Tel:** +44 1633 410263 (golf reservations)
**Location:** 5 miles east of Newport
**Nearest Airport:** Bristol (32 miles), Cardiff (32 miles)
**Golf Course Website:** www.celtic-manor.com/golf

**Promoters:**     **European Tour**
Wentworth Drive
Virginia Water
Surrey
GU25 4LX
England
**Tel:** +44 1344 840 400
**Contact:** Richard Atkinson – Head of Championship
Management
**Email:** ratkinson@europeantourgroup.com

**ET TD:**         Mike Stewart (mstewart@europeantourgroup.com)

**ISPS HANDA World Invitational presented by Modest! Golf Management**

**Date:**          **Thursday 11th - Sunday 14th August 2022**

**Venue:**          **Galgorm (The Castle Course)**
                    Galgorm
                    Co. Antrim
                    Northern Ireland
                    BT42 1HL
                    **Tel:** +44 28 256 46161
                    **Location:**
                    **Nearest Airport:** Belfast International (16 miles), George Best
                    Belfast City (31 miles)
                    **Golf Course Website:** www.galgormcastle.com

                    **Massereene Golf Club**
                    51 Lough Road
                    Antrim
                    Co. Antrim
                    Northern Ireland
                    BT41 4DQ
                    **Tel:** +44 28 944 28096
                    **Location:**
                    **Nearest Airport:** Belfast International Airport (4 miles),
                    George Best Belfast

**Promoters:**     **European Tour Group**
                    Wentworth Drive
                    Virginia Water
                    Surrey
                    GU25 4LX
                    England
                    **Tel: +**44 1344 840 400
                    **Contact:** Richard Atkinson - Head of Championship Management
                    **Email:** ratkinson@europeantourgroup.com

**ET TD:**          Andrew Snoddy (asnoddy@europeantourgroup.com)

## D+D Real Czech Masters

**Date:**              **Thursday 18th – Sunday 21st August 2022**

**Venue:**             **Albatross Golf Resort**
Sokolská 162
267 16 Vysoký Újezd
Prague
Czech Republic
**Tel:** +420 311 549 510
**Location:** 25 mins southwest of Prague City centre
**Nearest Airport:** Prague International Airport (15 mins)
**Golf Course Website:** www.albatross.cz
**Tournament Website:** www.czech-masters.cz

**Promoters:**         **Golf Club Eagle z.s**
Lanovska 1475
543 01 Vrchlabi
Czech Republic
Contact: Pavel Poulíček – Executive Director
**Tel:** +420 602 170 872
**Email:** poulicek@relmost.cz
**Contact:** Petr Dědek Jnr – Head of Golf
**Tel:** +420 737 216 485
**Email:** p.dedek@relmost.cz
**Contact:** Eva Kynčlová – Events Coordinator
**Tel:** +420 737 181 333
**Email:** eva.kynclova@ddreal.cz

**ET TD:**             David Williams (dwilliams@europeantourgroup.com)

## Omega European Masters

**Date:**               **Thursday 25th - Sunday 28th August 2022**

**Venue:**               **Crans-sur-Sierre Golf Club**
Rue du Prado 20
3963 Crans-sur-Sierre
Switzerland
**Tel:** +41 27 485 9797
**Location:** 10 miles above Sierre
**Nearest Airport:** Geneva (2 hrs)
**Golf Course Website:** www.golfcrans.ch
**Tournament Website:** www.omegaeuropeanmasters.com

**Promoters:**           **Association European Masters**
Rue Centrale 7
Case Postale 1039
3963 Crans-Montana 2
Switzerland
**Tel:** +41 27 565 7860
**Contact:** Yves Mittaz – Tournament Director
**Email:** ymittaz@omegaeuropeanmasters.com

**ET TD:**               Jose Maria Zamora (jzamora@europeantourgroup.com)

### Made in Himmerland

**Date:**          **Thursday 1st – Sunday 4th September 2022**

**Venue:**         **HimmerLand**
Lars Larsens Vej 1
9640 Farsø
Denmark
**Tel:** +45 9649 6100
**Location:** Aalborg City (40 mins), Aars (10 mins)
**Nearest Airport:** Aalborg (50 mins), Aarhus (1 hr 15), Billund
(1 hr 30)
**Golf Course Website:** www.himmerland.eu
**Tournament Website:** www.madeindenmarkgolf.dk

**Promoters:**     **Made in Denmark Golf**
c/o GolfPromote
Store Torv 9,2
8000 Aarhus C
Denmark
**Tel:** +45 4090 1960
**Contact:** Flemming Astrup – Promoter
**Email:** fa@golfpromote.dk

**ET TD:**         Mikael Eriksson (meriksson@europeantourgroup.com)

**BMW PGA Championship**

| | |
|---|---|
| **Date:** | **Thursday 8th – Sunday 11th September 2022** |

**Venue:** **Wentworth Club**
Wentworth Drive
Virginia Water
Surrey
GU25 4LS
England
**Tel:** +44 1344 842 201
**Location:** 28 miles west of London on A30
**Nearest Airport:** London Heathrow (30 mins)
**Golf Course Website:** www.wentworthclub.com
**Tournament Website:** www.bmw-golfsport.com

**Promoters:** **European Tour Group**
Wentworth Drive
Virginia Water
Surrey
GU25 4LX
England
**Tel:** +44 1344 840 400
**Contact:** Kit Gartrell - Championship Director
**Email:** kgartrell@europeantourgroup.com

**ET TD:** David Garland (dgarland@europeantourgroup.com)

## DS Automobiles Italian Open

**Date:**          **Thursday 15th - Sunday 18th September 2022**

**Venue:**         **Marco Simone Golf & Country Club**
Via di Marco Simone
84/88
00012 Guidonia RM
Italy
**Tel:** +39 0774 366 469
**Location:** 20 km east of Rome
**Nearest Airport:** Rome Ciampino (26 km), Leonardo da Vinci
International (53 km)
**Golf Course Website:** www.golfmarcosimone.com

**Promoters:**     **Federazione Italiana Golf**
Viale Tiziano 74
Roma 00196
Italy
**Tel:** +39 6 323 1825
**Contact:** Alessandro Rogato
**Email:** arogato@federgolf.it

**ET TD:**         David Williams (dwilliams@europeantourgroup.com)

## Cazoo Open de France

**Date:**          **Thursday 22nd – Sunday 25th September 2022**

**Venue:**         **Le Golf National**
                   Avenue du Golf 78280
                   Guyancourt Paris
                   France
                   **Tel:** +33 1 30 43 36 00
                   **Location:** 20 miles southwest of Paris
                   **Nearest Airport:** Paris-Orly (30 km) & Charles de Gaulle
                   (60 km)
                   **Golf Course Website:** www.golf-national.com

**Promoters:**     **European Tour Group**
                   Wentworth Drive
                   Virginia Water
                   Surrey
                   GU25 4 LX
                   England
                   **Tel:** +44 1344 840 400
                   **Contact:** Richard Atkinson - Head of Championship
                   Management
                   Email: ratkinson@europeantourgroup.com

**ET TD:**         Miguel Vidaor (mvidaor@europeantourgroup.com)

## Alfred Dunhill Links Championship

**Date:**          Thursday 29th September – Sunday 2nd October 2022

**Venue:**         **Old Course, St Andrews**
St Andrews Links Trust
West Sands, St Andrews
Fife, KY16 9XL
Scotland
**Tel:** +44 1334 466 666
**Location:** 55 miles north of Edinburgh
**Nearest Airport:** Edinburgh (1 hour)
**Golf Course Website:** www.standrews.com
**Tournament Website:** www.alfreddunhilllinks.com

**Carnoustie Golf Links**
Links House
Links Parade, Carnoustie
Angus, DD7 7JE
Scotland
**Tel:** +44 1241 802 270
**Golf Course Website:** www.carnoustiegolflinks.co.uk

**Kingsbarns Golf Links**
Kingsbarns, St Andrews
Fife, KY16 8QD
Scotland
**Tel:** +44 1334 460 860
**Golf Course Website:** www.kingsbarns.com

**Promoters:**     **Richemont International**
460 Fulham Road
London, SW6 1BZ
England
Tel: +44 203 429 3829
**Contact:** Guy Sanan – Championship Committee
**Email:** guy.sanan@richemont.com

**IMG (Implementation)**
IMG Golf
566 Chiswick High Road
Building 6, Chiswick
London, W4 5HR
England
**Contact:** Peter German – Tournament Executive Director
**Email:** peter.german@img.com
**Mobile:** +44 7968 426 201

**ET TD:**         Mikael Eriksson (meriksson@europeantourgroup.com)

**acciona Open de España presented by Madrid**

**Date:**               Thursday 6th – Sunday 9th October 2022

**Venue:**              **Club de Campo Villa de Madrid**
Crta. De Castilla Km. 2
28040 - Madrid
Spain
**Tel:** +34 915 50 20 10/22
**Location:** 10km northwest of Madrid
**Nearest Airport:** Madrid Airport (25km)
**Golf Course Website:** www.ccvm.es

**Promoters:**          **Madrid Trophy Promotions S.L.U.**
Caja Mágica
Camino de Perales nº 23
28041- Madrid
Spain
**Tel:** +34 914 63 61 57
**Contact:** Gerard Tsobanian
**Email:** gerard@tsobanian.com

**ET TD:**              Miguel Vidaor (mvidaor@europeantourgroup.com)

## Estrella Damm N.A. Andalucía Masters

**Date:**           **Thursday 13th - Sunday 16th October 2022**

**Venue:**          **Real Club Valderrama**
                    11310 Sotogrande
                    Cadiz
                    Spain
                    **Tel:** +34 956 791 200
                    **Location:** 40 miles west of Malaga
                    **Nearest Airport:** Gibraltar (30mins) & Malaga (1 hour)
                    **Golf Course Website:** www.valderrama.com

**Promoters:**      **European Tour**
                    Wentworth Drive
                    Virginia Water
                    Surrey
                    GU25 4LX
                    England
                    **Tel:** +44 1344 840 400
                    **Contact:** Simon Alliss - Championship Director
                    **Email:** salliss@europeantourgroup.com

**ET TD:**          Jose Maria Zamora (jzamora@europeantourgroup.com)

## European Event Confirmed

**Date:**          **Thursday 20th – Sunday 23rd October 2022**

**Venue:**         **TBC**
**Tel:**
**Location:**
**Nearest Airport:**
**Golf Course Website:**

**Promoters:**     **TBC**
**Tel:**
**Contact:**
**Mob:**
**Email:**

**ET TD:**        Jose Maria Zamora (jzamora@europeantourgroup.com)

## WGC–HSBC Champions

**Date:**            **Thursday 27th - Sunday 30th October 2022**

**Venue:**           **Sheshan International Golf Club**
                     288 Linyinxin Road
                     Sheshan National Tourism Resort Songjiang District
                     Shanghai 201602
                     China
                     **Tel:** +86 21 5779 8088
                     **Location:** Hongqiao area (40 mins), Puxi downtown area (1 hour)
                     **Nearest Airport:** Hongqiao Int. (45 mins), Shanghai Pudong Int. (1 hour & 30mins)
                     **Golf Course Website:** www.sheshangolf.com
                     **Tournament Website:** www.hsbcgolf.com

**Promoters:**       **IMG**
                     IMG Golf
                     566 Chiswick High Road
                     Building 6
                     Chiswick
                     London
                     W4 5HR
                     England
                     **Tel:** +44 208 233 5300
                     **Contact:** Ross Hallett - Executive Tournament Director
                     **Email:** ross.hallett@img.com

**ET TD:**           TBC

### Cyprus Open

**Date:**            **Thursday 3rd – Sunday 6th November 2022**

**Venue:**           **Aphrodite Hills Resort**
3, Aphrodite Avenue
Kouklia 8509
P.O Box 62769 0872
Paphos
Cyprus
**Tel:** +357 26 828 001
**Location:** 24km southwest of Paphos
**Nearest Airport:** Paphos International (17km) & Larnaca
International (110km)
**Golf Course Website:** www.aphroditehills.com

**Promoters:**      **International Sports Management**
Suite 23, Pure Offices, Brooks Drive
Cheadle Royal Business Park
Cheadle
Greater Manchester
SK8 3TD
**Contact:** Chubby Chandler
**Mobile:** +44 7766 511 178
**Email:** chubby@ism.golf

**ET TD:**           Mikael Eriksson (meriksson@europeantourgroup.com)

## Nedbank Golf Challenge

**Date:**  Thursday 10th – Sunday 13th November 2022

**Venue:**  **Gary Player Country Club**
P.O. Box 6
Sun City
North West Province, 0316
South Africa
**Tel:** +27 14 557 1000
**Location:** Sun City Resort (140 km northwest of Johannesburg)
**Nearest Airport:** O.R. Tambo International airport, Johannesburg (160 km / 2 hours)
**Tournament / Golf Course Website:** www.nedbankgolfchallenge.com

**Promoters:**  **Sun International**
6 Sandown Valley Crescent
Sandown 2031
South Africa
**Tel:** +27 14 557 3455
**Contact:** Ken Payet - Tournament Director
**Email:** ken.payet@suninternational.com

**European Tour Group**
Wentworth Drive
Virginia Water
Surrey
GU25 4LX
England
**Tel:** +44 1344 840 400
**Contact:** Rory Colville – Championship Director
**Email:** rcolville@europeantourgroup.com

**ET TD:**  David Williams (dwilliams@europeantourgroup.com)

## DP World Tour Championship, Dubai

**Date:**            **Thursday 17th – Sunday 20th November 2022**

**Venue:**           **Jumeirah Golf Estates (Earth Course)**
                     PO Box 644877
                     Sheikh Mohammed bin Zayed Road
                     Dubai
                     UAE
                     **Tel:** +971 4 375 9999
                     **Location:** 20 miles south of the city centre
                     **Nearest Airport:** Dubai International (35 mins)
                     **Golf Course Website:** www.jumeirahgolfestates.com
                     **Tournament Website:** www.dpwtc.com

**Promoters:**       **European Tour Group International Office**
                     PO Box 26723
                     Dubai
                     UAE
                     **Contact:** Freddie Schmeisser - Championship Director
                     **Mob:** +971 5 5371 6633
                     **Email:** fschmeisser@europeantourgroup.com

**ET TD:**           David Garland (dgarland@europeantourgroup.com)

# 2022 DP World Tour Qualifying School Calendar

## FIRST STAGE

## Section A: 30th August – 2nd September 2022

**The Players Club**
Codrington
Chipping Sodbury
Bristol
BS37 6RZ
**Tel:** +44 1454 313029
**Email:** adrian@theplayersgolfclub.com
**Web:** www.theplayersgolfclub.com
**Nearest Airport:** Bristol (45 mins)

**Rosebud Country Club (North Course)**
207 Boneo Road
Rosebud
Victoria 3939
Australia
**Tel:** +61 3 5950 0800
**Email:** manager@rcc.golf
**Web:** www.rosebudcountryclub.com.au
**Nearest Airport:** Melbourne (120km/1hr 20mins)

## Section B: 7th – 10th September 2022 (Saturday finish)

**Montado Golf Resort**
Urbanizaçao Do Campo de Golfe do Montado
Lote 1
Palmela
Algeruz 2950-051
Portugal
**Tel:** +351 265 708 150
**Email:** geral@montadoresort.com
**Web:** www.montadoresort.com
**Nearest Airport:** Lisbon (45 mins)

## Section C: 13th – 16th September 2022

**Arlandastad Golf**
Norslunda Gård
195 95 Rosersberg
Sweden
**Tel:** +46 594 722 20
**Email:** info@arlandastadgolf.se
**Web:** www.arlandastadgolf.se
**Nearest Airport:** Stockholm Arlanda (10km)

## Section C: 14th – 17th September 2022 (Saturday finish)

**Haugschlag Golfresort**
3864
Haugschlag 160
Austria
**Tel:** +43 2865 8441-0
**Email:** info@golfresort.at
**Web:** www.haugschlag.com
**Nearest Airport:** Vienna (2 hrs 15mins), Prague (Czech Republic) (2 hrs 30 mins)

## Section D: 20th – 23rd September 2022

**Bogogno Golf Resort**
Via Sant'Isidoro, 1
Bogogno
Novara
28010
Italy
**Tel:** +39 0322 092715
**Email:** info@bogognogolfresort.com
**Web:**  www.bogognogolfresort.com
**Nearest Airport:** Milan Malpensa (30 mins)

**Lyngbygaard Golf**
Lyngbygårdsvej 29
8220 Brabrand
Denmark
**Tel:** +45 8744 1070
**Email:** info@lyg.dk
**Web:** www.lyg.dk
**Nearest Airport:** Aarhus (40 mins), Billund (1hr 10mins)

## Section E: 4th – 7th October 2022

**Mottram Hall Golf Club**
Mottram St. Andrew
Wilmslow Road
SK10 4QT
Cheshire
England
**Tel:** +44 1625 823719
**Email:** Mottram.hall@foremostgolf.com
**Web:** www.mottramhallgolf.co.uk
**Nearest Airport:** Manchester (20 mins)

**Golf d'Hardelot (Les Pins Course)**
3 Avenue du Golf
Neufchatel
Hardelot 62152
France
**Tel:** +33 3 21 83 73 10
**Emai**l: hardelot@opengolfclub.com
**Web:** www.opengolfclub.com/hardelot
**Nearest Airport:** Beauvais (75 mins)

## SECOND STAGE

## 3rd – 6th November 2022

**Alenda Golf**
Avda. del Mediterráneo, no. 52
Urbanización Alenda Golf
03670 Monforte del Cid
Alicante
Spain
**Tel:** +34 965 620 521
**Email:** caddymaster@alendagolf.com
**Web:** www.alendagolf.com
**Nearest Airport:** Alicante (20 mins)

**Empordá Golf Club**
Ctra. De Palafrugell a Torroella de Montgri (C-31, km 345)
17257 Gualta
Girona
Spain
**Tel:** +34 972 760 450
**Email:** info@empordagolf.com

**Web:** www.empordagolf.com
**Nearest Airport:** Girona (45 mins), Barcelona (1hr 45 mins)


**Desert Springs**
Ctra. Las Cunas-Palomares, s/n, AL-8104
Palomares, 04618 Cuevas del Almanzora
Almeria
Spain
**Tel:** +34 637 861 591
**Email:** golfreservations@almanzora.com
**Web:** www.desertspringsresort.es
**Nearest Airport:** Almeria (60 mins)

**Las Colinas Golf & Country Club**
Avenida de las Colinas
2 Ctra. de Campoamor a San Miguel de Salinas CV-941
Km. 6, 03189, Orihuela Costa
Alicante
Spain
**Tel:** +34 965 32 40 04
**Email:** golf@lascolinasgolf.es
**Web**: www.lascolinasgolf.es
**Nearest Airport:** Murcia (20 mins), Alicante (45 mins)


## FINAL STAGE

## Friday 11th – Wednesday 16th November 2022

**Infinitum Golf**
Pla de Maset s/n
43840
Salou
Spain
**Tel:** +34 977 12 90 70
**Email:** pguerrero@infinitumliving.com
**Web:** www.infinitumliving.com/en/golf
**Nearest Airport:** Reus - Tarragona (20 mins), Barcelona (1hr 10 mins)

# 10. Useful Telephone Numbers

| | |
|---|---|
| European Tour Group (Reception) | **+44 1344 840400** |
| European Tour Group (Entries) | **+44 1344 840471** |
| European Tour Group (Player Accounts) | **+44 1344 840716  (Monday to Friday)** |
| Royal & Ancient Golf Club of St Andrews | **+44 1334 460000** |
| European Tour Productions | **44 1344 840400** |
| European Golf Design | **+44 1344 870300** |
| PGA Tour | **+1 904 285 3700** |
| PGA Tour of Australasia | **+61 383 201 911** |
| Sunshine Tour | **+27 218 506 500** |
| Japan Golf Tour Organisation | **+81 335 857 381** |
| PGA of America | **+1 800 474 2776** |
| United States Golf Association | **+1 908 234 2300** |
| Augusta National Golf Club | **+1 706 667 6000** |
| European Tour Travel Services Head Office | **+44 1422 829760** |
| Mobile 1 | **+44 7827 970 480** |
| Mobile 2 | **+44 7827 970 481** |

European Tour
Wentworth Drive
Virginia Water
Surrey GU25 4LX
England

T  +44 (0) 1344 840400
F  +44 (0) 1344 845889
E  info@europeantourgroup.com
www.europeantour.com

# EXHIBIT 58



**Andy Levinson**
*Senior Vice President*
*Tournament Administration*

July 29, 2022

*Via Email*

Mr. Bryson DeChambeau
5649 Brookstown Drive
Dallas, TX  75230

Dear Mr. DeChambeau:

This Notice of Disciplinary Inquiry ("Notice") is being executed by Commissioner Monahan and provides notice of your violation of the of the PGA TOUR Player Handbook & Tournament Regulations ("Regulations").  Specifically, PGA TOUR Article V, Section B.1.b. prohibits your participation in any live or recorded golf program without the prior written approval of the Commissioner.  As you were not granted a media release for the LIV Golf Invitational Bedminster scheduled for July 29-July 31, 2022 (the "event"), your participation in this live and/or recorded event is a violation of the Regulations.

Furthermore, it has been reported that you have recruited a number of PGA TOUR members to participate in LIV Golf series events in violation of the Regulations to which they have contractually agreed.  These activities constitute additional violations of the Regulations.

If there are mitigating circumstances or facts that you feel that the Commissioner should consider before determining an appropriate course of action separate from your current suspension, please provide them to me through submission of written statements and/or written evidence within the fourteen (14) day period outlined in the Regulations.

Sincerely,

Andy Levinson

Cc: Commissioner Monahan

# EXHIBIT 59

x

INSIDEGOLF delivers $100 in value for $20     LEARN MORE!

INSIDEGOLF delivers $100 in value for $20     LEARN MORE!

<u>LIFESTYLE</u>

# Budget crunching: Here's how much top-tier PGA Tour players spend a year (hint: a lot)

BY: <u>JOSH SENS</u>     |     SEPTEMBER 30, 2021

  



How much do the top pros spend a year? It adds up.

**GETTY IMAGES**

"**Y**ou've got to spend money to make money." Golf's top pros live by that maxim. Sure, they rake in the cash — just like you would if you could fly it 320 and hole left-to-right knee-knockers with everything on the line. But they also have to part with major coin to keep up with the Bobby Joneses.

GOLF asked an industry veteran with intimate knowledge of a top-30-ranked Tour player's finances to give us an inside look at the debit side of the ledger. It's clear that the outward half of the money game is steep enough to put serious stress on the inward half. Add up all the expenditures and the cost of doing business for a superstar player ranges well into seven figures, approaching $2 million per year.

Better not start missing too many cuts. Here's the breakdown.

5/4/22, 11:51 PM
Case 5:22-cv-04486-BLF Document 3-8 Filed 08/03/22 Page 245 of 278
Here's how much top-tier PGA Tour players spend a year (hint: a lot)

Parting Thoughts from the Ryder Cup

Sean Zak and Dylan Dethier wrap up the Ryder Cup at Whistling Straits and toss
out predictions for what the next Cup might look like in 2023.

## Tips: $5,000

Locker-room attendants, baggage handlers, bellhops, housekeepers: Keeping the golf gods happy
by keeping the service sector happy means digging deep into one's wallet for generous tips in the
range of $200 a week on tour.

## Private chef: $25,000

Who says the game's cash-machine stars aren't still hungry? Few elite players have full-time
private chefs — but they often hire them, and those services go for $3,000 to $5,000 a week.
Mmmm-mmmm, expensive.

## Trainer: $100,000

No pain, no gain. Now drop and give me 100K!

## Physio/massage therapy: $150,000

At the game's highest level, staying limber is priceless. Also, pricey.

## Coach: $150,000-$200,000

5/4/22, 11:51 PM
Case 5:22-cv-04486-BLF   Document 2-8   Filed 08/03/22   Page 246 of 278
Here's how much top-tier PGA Tour players spend a year (gulp 2-46)

There are all kinds of coaches: swing, short game, mental, even data. Contract structures likewise vary, from flat rates to commissions, but this is the (tony) neighborhood for the annual cost of coaching.

## Accommodations: $200,000

Ballpark, because the price of rental homes and hotel suites vary wildly from one Tour stop to another. Still, in lodging, as with airfare, these guys don't often stint, which makes for a hefty year-end line item.

## Travel: $150,000-$400,000

Platinum-level players don't fly coach, and first-class tickets and private jets don't come cheap, especially when you're winging around the globe to a couple dozen tournaments annually.

## Caddie: $500,000-$1,000,000

Most loopers for top players earn a base fee of $2,500 a week, plus 10 percent of prize money on a win, 8 percent on a top-10 finish and 6 percent on everything else. Do the math — don't forget to factor in the wind! — and you get a substantial sum.

## Total: $1.88–$2.08 million

---



5/4/22, 11:51 PM
Case 5:22-cv-04486-BLF Document 3-9 Filed 08/03/22 Page 247 of 278
here's how much top-tier PGA Tour players spend a year | golf.com



**GOLF MAGAZINE**

Subscribe To The
Magazine

SUBSCRIBE

---

**LATEST IN LIFESTYLE**

**7 HOURS AGO**

5 picks I love at the Wells Fargo
Championship, according to a
professional gambler

**1 DAY AGO**

The Etiquetteist: When golf courses
punch greens, should they warn
paying customers in advance?

**2 DAYS AGO**

Why Justin Timberlake pla
with Jimmy Fallon, Patrick
and other celeb pals

MONEY



**GOLF.COM**

A golf, food and travel writer, Josh Sens has been a GOLF Magazine contributor since 2004 and
now contributes across all of GOLF's platforms. His work has been anthologized in The Best
American Sportswriting. He is also the co-author, with Sammy Hagar, of Are We Having Any
Fun Yet: the Cooking and Partying Handbook.



# EXHIBIT 60

# Darren Clarke Says He Rejected LIV Golf Broadcast Job After PGA Tour Champions Threatened Disciplinary Action

**si.com**/golf/news/darren-clarke-says-he-rejected-liv-golf-broadcast-job-after-pga-tour-champions-threatened-disciplinary-action

Alex Miceli



The 2011 British Open champion had a 'very generous' offer for a commentator role but didn't want to jeopardize his playing career.

- Alex Miceli
- Jun 1, 2022

Darren Clarke learned on Tuesday that the fallout from the LIV Golf Invitational Series is not just limited to active PGA Tour players.

Clarke, a gregarious 53-year-old Irishman, was offered a three-year deal to be a color commentator on broadcast coverage for LIV Golf, which will launch next week in London.

Miller Brady, the president of the PGA Tour Champions, delivered the bad news to Clarke in a phone call on Tuesday, stating that Clarke's involvement in the broadcast would be a breach of regulations and would be subject to disciplinary actions.

"I really enjoy my time on the Champions tour and didn't want to jeopardize it," Clarke said in a call with SI.com/Morning Read from the Principal Charity Classic in Des Moines.

Clarke would not disclose the amount of the offer but was clear that the offer was considerable.

"It was very, very generous offer. It was very tempting, because the offer was so good," the 2011 British Open champion said. "If I said yes, I'd almost be ready to retire from professional golf."

Scroll to Continue

## RECOMMENDED ARTICLES

LIV Golf officials declined comment.

Clarke was never approached to play on the new circuit, but last week at the Senior PGA Championship he stated that he would have a very difficult decision if he had been approached 10 or so years ago to join.

Ultimately, he was not sure what he would decide.

Since this opportunity was not to play but to announce, Clarke was uncomfortable of risking disciplinary actions because he was not willing to put up his clubs and not only potentially be banned from the PGA Tour Champions, but also the British Open and Senior British Open, both controlled by the R&A, which has not explained its position for any player suspended due to LIV golf.

"It was a very difficult scenario," Clarke said. "There was a conversation with my wife Alison and close friends, but ultimately this is where I want to be for now."

# EXHIBIT 61

## Frequently Asked Questions

November 20, 2017
By **PGA TOUR**

Follow @PGATOUR

SHARE ON



Have a question about one of the PGA TOUR's professional tours? Chances are your answer is below. (Streeter Lecka/Getty Images)

Golf fans are among the most passionate in sports. With that much passion often comes curiosity. If that curiosity has you wondering about your favorite sport, wonder no more. Below you'll find answers to the most common questions about the PGA TOUR's collection of professional tours. Just click one of the subjects below and you'll likely find the answer you're looking for.

If your question is not answered here, please use the **Feedback button** on this page to contact us.

**ON-COURSE: FedExCup** | **Competitions** | **TOUR Players** | **Tournaments** | **Korn Ferry Tour** | **PGA TOUR Champions** | **Olympics**

Feedback

**PGA TOUR China** | **PGA TOUR Latinoamerica** | **International TV** | **Broadcast** | **Charity** | **Communications**

**PGA TOUR DIGITAL:** **Commenting** | **Leaderboard** | **Video** | **Mobile**  | **Newsletter** | **PGATOUR.COM** | **Shotlink**

**FEDEXCUP**

**What is the FedExCup?**

The FedExCup is a season-long competition that originated in 2007 to determine a champion of each season on the PGA TOUR. Players vie throughout the PGA TOUR Season to accumulate enough FedExCup points to earn spots in the FedExCup Playoffs, then battle for golf's richest prize during the three-week Playoffs.

Tiger Woods won the inaugural FedExCup and the $10 million top prize in 2007. He won for a second time in 2009. Others to hoist the FedExCup trophy include Vijay Singh (2008), Jim Furyk (2010), Bill Haas (2011), Brandt Snedeker (2012), Henrik Stenson (2013), Billy Horschel (2014), Jordan Spieth (2015), Rory McIlroy (2016), Justin Thomas (2017), Justin Rose (2018) and, most recently, Rory McIlroy for a second time (2019).

For more information on the FedExCup competition, click **here**.

**How do FedExCup points work?**

The 2019-20 PGA TOUR Season consists of 49 events, from the middle of September at A Military Tribute at The Greenbrier in West Virginia, through early-August at the Wyndham Championship in Greensboro, N.C. The FedExCup standings from the PGA TOUR Regular Season carry over into the three-event FedExCup Playoffs where the season's champion is crowned.

Points are awarded to all TOUR members who make the cut with an emphasis being placed on wins and top finishes. Points for champions are awarded at four levels:

• 500 points -- The most common level. Regular PGA TOUR Season events award 500 FedExCup points to the winner.
• 600 points -- The Masters Tournament, THE PLAYERS Championship, U.S. Open, Open Championship and the PGA Championship award 600 FedExCup points to the winner.
• 550 points -- The WGC-HSBC Champions, WGC-Dell Match Play Championship, WGC-Mexico Championship and WGC-FedEx St. Jude Invitational award 550 points to the winner.
• 300 points -- Additional events (played the same week as other tournaments) award 300 FedExCup points to the winner. This season's events are the Bermuda Championship, Puerto Rico Open, Barbasol Championship and Barracuda Championship.

The FedExCup standings during the PGA TOUR Season determine the top 125 players who qualify for the first event, THE NORTHERN TRUST. Each playoff event offers 2,000 points (four times the total of a regular PGA TOUR Season event).

For more on PGA TOUR Season point distribution, **click here**.

**What are the FedExCup Playoffs?**

The FedExCup Playoffs consist of three events immediately following the PGA TOUR S___ NORTHERN TRUST, BMW Championship and the TOUR Championship. The FedExCup standings from the

Feedback

PGA TOUR Season determine the top 125 players who qualify for the first event, THE NORTHERN TRUST. Each Playoff event offers 2,000 points to the winner (quadruple the PGA TOUR Season). The second tournament, the BMW Championship, will have 70 players (with no cut). The finale, the TOUR Championship in Atlanta, will be comprised of the top-30 qualifiers following the BMW Championship.

The TOUR Championship's final leaderboard will also represent the final FedExCup standings for the top 30 players. Stroke play will be used to determine the champion of the PGA TOUR's season-long points race. To recognize players for their regular-season performance, there will be an staggered start to the TOUR Championship utilizing a concept called Starting Strokes. To find out more, please visit the **FedExCup website**.

### How do players qualify for the FedExCup Playoffs?

At the end of the season, the top 125 players in points plus ties will be eligible to play in the FedExCup Playoffs. There are no alternate positions. If a player chooses to not play in any of the four playoff events the next player in line (e.g. No.126) will not receive his spot.

### How many players advance to the FedExCup Playoffs?

The FedExCup Playoffs offer a progressive cut, with each succeeding event having a smaller field.

The top 125 players from the PGA TOUR Season earn their way into THE NORTHERN TRUST, the first event of the FedExCup Playoffs.

From there, the top 70 players participate in the BMW Championship with only the top 30 players in the standings earning a position at the final event, the TOUR Championship.

### Can players be tied in the FedExCup standings?

In the FedExCup Points system, points are awarded to and accumulated by players to three decimal positions, though in some areas we only list whole numbers. Players would be tied after the early portion of the season only in very rare cases, but in the event that there were a tie for a spot in the next Playoff event's field, both players would advance to the following event.

In the much more likely event of a tie in the standings at the TOUR Championship, the event's playoff format would be followed to break the tie and crown the FedExCup Champion.

### How are points awarded for the FedExCup?

Official PGA TOUR events each award 500 FedExCup points to first place. The Masters Tournament, THE PLAYERS Championship, U.S. Open Championship, The Open Championship and the PGA Championship award 600 FedExCup points to first place. World Golf Championship events award 550 FedExCup points to first place, and additional events played during the FedExCup Season (those played the same week as a major or World Golf Championships) award 300 FedExCup points to first place. **Click here** to see the full FedExCup standings.

### How are the Points reset before the TOUR Championship?

The TOUR Championship's final leaderboard will also represent the final FedExCup standings for the top 30 players. Stroke play will be used to determine the champion of the PGA TOUR's season

Feedback

recognize players for their regular-season performance, there will be an unprecedented staggered start to the TOUR Championship utilizing a concept called Starting Strokes. For more info, **click here**.

### How is a tie resolved in the FedExCup standings?
In the FedExCup Points system, points are awarded to and accumulated by players to three decimal positions, though in some areas we only list whole numbers. Players would be tied only in very rare cases, but in the event that there were a tie, both players would advance to the following event.

### Where can I find the current FedExCup standings?
You can find the current FedExCup Season Points **on our website** at the link below. They are updated after every event so check back frequently.

### Who are the past FedExCup champions?
2019: Rory McIlroy

2018: Justin Rose

2017: Justin Thomas

2016: Rory McIlroy

2015: Jordan Spieth

2014: Billy Horschel

2013: Henrik Stenson

2012: Brandt Snedeker

2011: Bill Haas

2010: Jim Furyk

2009: Tiger Woods

2008: Vijay Singh

2007: Tiger Woods

The list of past FedExCup champions can also be found **on our website**.

### COMPETITIONS

### What happened to Q-school?
With the Korn Ferry Tour becoming the path to the PGA TOUR, Q-School is now the way to become a player on the Korn Ferry Tour.

For more information, **please click here**.

### Why did Q-school change?
The Korn Ferry Tour in its 20+ years of existence has proven itself as the path to the PGA TOUR. In 2013, a change was made so that all 50 PGA TOUR cards are now awarded through the Korn Ferry Tour and Q-School now provides access to the Korn Ferry Tour.

The change was made due to a variety of factors, but the overwhelming success of Korn Ferry Tour graduates over 20+ years on the PGA TOUR was the primary motivation for the change.

Feedback

**How are player groupings decided?**

Each week, groupings are made according to procedures outlined in the PGA TOUR's Tournament Regulations. For example, players are grouped into different categories depending on prior accomplishments. Also, to ensure fairness, players cannot play early Thursday and Late Friday (or vice versa) too many weeks in a row. In addition to these examples, there are many other rules which seek to ensure fairness of the groupings each week while addressing the needs of many different constituents.

**How do I suggest groupings?**

Groupings are done according to a detailed set of procedures outlined in the PGA TOUR's Tournament Regulations. Unfortunately, fans are unable to suggest groupings.

**How do officials decide when to halt play due to weather?**

The safety of everyone at a PGA TOUR event is a top-priority each week, and the weather is always a main focus for the PGA TOUR Officials who oversee the event.

The PGA TOUR employs an on-site meteorologist with state of the art monitoring equipment to assist Officials with weather forecasting and real-time decisions to stop play.

**How do players qualify for an event?**

Players gain access to an event through a variety of routes. For players who have earned their PGA TOUR card through past achievements or from the Korn Ferry Tour, there is a priority ranking used for each tournament which orders players in terms of accessing the tournament based on the field size. In addition to this ranking, most tournaments have a small number of sponsor exemptions and open qualifying spots which are available each week.

**How do you qualify for the PGA TOUR?**

The Korn Ferry Tour is the path to the PGA TOUR. The top 50 players each year gain access to the following season's PGA TOUR membership. In addition to the Korn Ferry Tour, it is possible to gain access to events by open qualifying, sponsor exemptions and by playing well enough to become a PGA TOUR member during the course of the season.

**How long do weather delays last?**

Weather delays on the PGA TOUR can last from a few minutes to several hours, depending on the situation. On rare occasions, delays have lasted over a number of days.

**How much does the winner of (tournament) win?**

The winner receives 18 percent of the purse. For an event with a purse of $5.0M, this equates to $900,000.

**What happens if lightning is seen at an event?**

PGA TOUR Officials are constantly monitoring the weather with an on-site meteorologist and state of the art technology. In the event that lightning is detected at a distance from the course that threatens the safety of the individuals at the event, play is immediately suspended and the course is evacuated for safety precautions.

**When can play resume after a weather delay?**

Generally, play is resumed as quickly as possible following a delay. However, it varies dep

Feedback

takes to prepare the course for play after a weather event and the time players need to warm-up to resume play.

**What is the PGA TOUR's slow play policy?**

The PGA TOUR has a Pace of Play Policy which is implemented and managed by the TOUR Rules Officials onsite each week. The policy is designed to keep play moving at a good pace, and includes fines and penalties in the event that a group does not keep pace. In such an instance, players in the group are timed by an official and have a set amount of time to play each stroke until they regain their position on the course.

**How are PGA TOUR fields filled?**

Each PGA TOUR member is an independent contractor and therefore sets his own individual schedule of events. The final field for all PGA TOUR events is not finalized until 5 p.m. ET on the Friday prior to the tournament week. Since each TOUR Player has a priority ranking for their exemption status, some TOUR Players do not know their full schedule until shortly before the tournament. Some TOUR Players who are exempt for each event will announce their schedule several weeks in advance and this information is usually posted on their personal websites. Each weekend prior to an event, PGATOUR.COM will release the Full Field and "Inside the Field."

**How can I Monday Qualify for a PGA TOUR event?**

For most open events on the PGA TOUR, there are normally 4 Monday Qualifying positions available through a series of qualifying events. The PGA TOUR does not operate these qualifiers. You will need to contact the local Section of the PGA of America for each tournament in which you are interested in qualifying. Please note that Monday qualifiers often have pre-qualifying tournaments, so please plan accordingly. **Click here for information** for events across PGA TOUR and its affiliate tours.

**How can I report a rules violation?**

If you feel you're certain that you have spotted a rules violation, please use the Feedback form on the bottom of this page. Reports are passed along to tournament officials as they are received, though in almost all cases PGA TOUR Rules Officials have already addressed the situation with the player. Keep in mind you will not receive any further response regarding your inquiry about rules in an event, as we cannot respond directly to each inquiry. If you have a general question about the Rules of Golf, please **visit http://www.usga.org**.

**How is a player eligible to compete on the PGA TOUR?**

Each PGA TOUR player has earned a position on the priority ranking system that will be used to select tournament fields throughout the season. To find the most recent Priority Rankings, **click here**.

**TOUR PLAYERS**

**How can I find a player on Facebook?**

A number of PGA TOUR players use Facebook to connect with their fans and post updates and photos from the road. Check your favorite **player's profile page** to see what social networks they use.

**How can I find a player on Twitter?**

The PGA TOUR keeps and maintains lists of its members' official accounts to make it ea[sier to] follow their favorite players.

Feedback

**Click here** for PGA TOUR Players. **Click here** for Korn Ferry Tour Players. **Click here** for PGA TOUR Champions Players.

**How much did (insert player) make in (insert year)?**
You can find an individual player's earnings by going to their player profile page on PGATOUR.com and then clicking on the "Career" tab. At the drop down box, you may search for previous player career information.

**When is (insert player) going to play next?**
As independent contractors, players make their own schedules. Once a field is finalized, it will be published on PGATOUR.com and you can check to see if a player is scheduled to participate.

**Can I get an autograph from a PGA TOUR player?**
Requests for autographs from players should be made through their individual agents or websites. These are generally linked from their player profile on PGATOUR.com. Please understand we can not guarantee a response or an autograph from a player. Any materials you send players will be done at your own risk.

**Does the PGA TOUR allow smoking by players during tournaments?**
Currently, the PGA TOUR does not have a policy against chewing tobacco or cigarettes. However, we do ask our players to be a little more discrete, keeping in mind that they may be being watched by a young audience both on the golf course and television.

**Does the PGA TOUR have a dress code or appearance standard?**
The PGA TOUR Player's policy states that, "players shall present a neat appearance in both clothing and personal grooming. Clothing worn by players shall be consistent with currently accepted golf fashion." Golf attire and fashion is always changing and evolving. T-shirts, jeans, or shorts (for players) are considered inappropriate. Our officials monitor player appearance for violations while allowing players to express their own personal styles.

**How can I contact a PGA TOUR player?**
It is the PGA TOUR's Policy not to release personal player information. If you are interested in contacting a player, it will be best to send the message through our Feedback form and we will forward it along to the appropriate party. If you are interested in writing a letter to a TOUR player, please clearly indicate the player's name on the envelope and send it to the following address:

PGA TOUR
112 PGA TOUR Boulevard
Ponte Vedra Beach, Fla. 32082

You may also try to contact a player through his own personal website or on Twitter. These are generally linked from their player profile on PGATOUR.COM. Please understand that we cannot guarantee a response or an autograph from players. Any materials you send for players will be done at your own risk.

**I'm offended at the foul language used by a PGA TOUR player at a tournament.**
The PGA TOUR does not condone the use of foul or offensive language by its players ir

Feedback

including during the telecast of a tournament. We are aware of the situation, and thank you for your concern. As has been our long-standing policy, we do not publicly discuss disciplinary actions with our members.

**Why are players allowed to chew tobacco and spit in competition at a tournament?**
Currently, the PGA TOUR does not have a policy prohibiting chewing tobacco. We appreciate your concern and will suggest that they are more discrete. We understand there might be younger spectators watching them on site or television.

**How are players schedules determined?**
Each PGA TOUR member is an independent contractor and therefore sets his own individual schedule of events. The final field for all PGA TOUR events is not finalized until the Friday prior to the tournament week, after the player commitment deadline. Since each TOUR Player has a priority ranking for their exemption status, many TOUR Players do not know their full schedule until the last minute. Some of the TOUR Players who are exempt for each event may announce their schedule several weeks in advance on their personal websites. Their participation in an event is not considered official until the final deadline at 5 p.m. on Friday, prior to the event. Each Monday of tournament week, PGATOUR.COM will release the Full Field, and "Inside the Field."

**How do I report bad behavior by a PGA TOUR player?**
The PGA TOUR seeks to uphold the highest standards of behavior among its players and others associated with the organization. Please notify us by using the Feedback form at the bottom of this page. We will review reported incidents and will take appropriate action when needed. Please note that while the TOUR actively reviews reported incidents, it has been a long standing policy not to publicly disclose any disciplinary actions that may be taken against players or disclose the results or reviews of those actions.

**How is a player eligible to compete on the PGA TOUR?**
Each PGA TOUR player has earned a position on the priority ranking system that will be used to select tournament fields throughout the season. To find the most recent Priority Rankings, **please click here**. Some tournaments have specific player eligibility which may mean that not all players may be eligible to participate in a particular week.

**I am disappointed that a PGA TOUR player was rude**.
Thank you for bringing this to our attention. The PGA TOUR seeks to uphold the highest standards of behavior among its membership and others associated with the organization. Please notify us by using the Feedback form at the bottom of this page. The incident will be reviewed by our officials and action will be taken as appropriate. The PGA TOUR maintains a long-standing policy not to review disciplinary actions against players as these issues are not discussed publicly.

**TOURNAMENTS**

**What is the difference between the British Open and the Open Championship?**
The British Open is the same tournament as the Open Championship, but many in the United States refer to the event as the British Open in order to avoid confusion with the U.S. Open Championship. To visit the official Open Championship website **please click here**.

Feedback

**Is The Masters part of the PGA TOUR?**

While The Masters tournament is recognized as an official event by the PGA TOUR and our players participate in it, the event is owned and operated by Augusta National Golf Club. For more information regarding The Masters **please click here**.

**Is the Open Championship part of the PGA TOUR?**

While the Open Championship (also referred to as the British Open) is recognized as an official event by the PGA TOUR and our players participate in the event, the event is operated by the Royal & Ancient Golf Club based in St. Andrews, Scotland. To visit the official website of the Open Championship **please click here**.

**Is the PGA Championship part of the PGA TOUR?**

While the PGA Championship is recognized by the PGA TOUR as an official event and our players participate in it, the PGA Championship is operated by the PGA of America, an organization of golf club professionals that is run separately from the PGA TOUR. To contact the PGA of America please **visit their website**.

**Is the U.S. Open part of the PGA TOUR?**

While the U.S. Open is recognized as an official event by the PGA TOUR and our player participate in it, it us operated by the United States Golf Association (USGA). To contact the USGA, please **visit their website**.

**What is the PGA TOUR's policy on cell phones?**

Cell phones are permitted at PGA TOUR events, however, if you do bring a cell phone, please follow these guidelines:
• Ringers must be in silent mode at all times
• Calls can be made and received only in designated areas
• Receiving and sending text messages is permitted on the course, away from play

**Where can I buy PGA TOUR tickets?**

To purchase tickets to a PGA TOUR tournament, please contact the tournament directly or **use the following link**.

**I ordered my tickets to (tournament) a while ago, where are they?**

To check the status of your ticket purchase, please contact the tournament directly. Tournament contact information **can be found here**.

**What is the PGA TOUR's policy on cameras at events?**

Cameras are allowed and this includes cell phones.

**How can I volunteer for a PGA TOUR event?**

Interested volunteers can contact the tournaments directly for information on volunteer registration. Please use the tournament's website, or contact the relevant tournament office for the PGA TOUR event(s) near you. These types of inquiries are handled at the actual PGA TOUR tournament site. Find the event near you **through our tournaments page**. Select the event you're interested in and look for the Volunteer tab on the page.

**KORN FERRY TOUR**

Feedback

**How can I qualify for the Korn Ferry Tour?**

By entering the Korn Ferry Tour Qualifying Tournament, which includes Pre, First, Second and Final stages. It begins in late August and the Final stage is held in mid-December. Qualifying-stage exemptions are extended to certain players based on past performance. Every player who makes it to the Final stage earns Korn Ferry Tour membership for the following season. Non-members can earn Korn Ferry Tour membership during the Regular Season with good performance after successfully Monday qualifying or securing a sponsor exemption.

**How do players move from the Korn Ferry Tour to the PGA TOUR?**

The top 25 money earners through the Korn Ferry Tour Regular Season secure cards for the upcoming PGA TOUR season as do the top 25 in the Korn Ferry Tour Finals based on earnings in the three Finals events. Positions in the PGA TOUR's priority ranking are determined based on where a player finishes on the Finals' money list. **Click here** to see the current money list rankings.

**What is the Korn Ferry Tour?**

The Korn Ferry Tour is one of five professional golf tours under the umbrella of the PGA TOUR. Since 1990, it has identified those players who are ready to compete and win on the PGA TOUR, with alumni capturing well over 350 PGA TOUR titles and three out of four members having played the Korn Ferry Tour. Beginning in 2013, the Korn Ferry Tour became "the path" to the PGA TOUR, with all 50 available cards coming through the Korn Ferry Tour.

**Where can I find the Korn Ferry Tour Schedule?**

There is a current Korn Ferry Tour schedule **on our website**.

**How do I watch the Korn Ferry Tour?**

Golf Channel is the exclusive home of Korn Ferry Tour telecasts. In 2013, 10 events will receive four-round coverage on Golf Channel.

**How do you volunteer for a Korn Ferry Tour event?**

Go to the Korn Ferry Tour schedule mentioned above to find an individual tournament's website, which is located on the tournament's home page.

Click on the website, find the "Contact" option and then contact the tournament office to express your interest in volunteering.

**Where is the Korn Tour on social media?**

You can follow the Korn Ferry Tour on **Twitter**, **Instagram** and **Facebook**.

**PGA TOUR CANADA**

**How can I watch PGA TOUR Canada events?**

Unfortunately, there is no live TV coverage of PGA TOUR Canada. "This is PGA TOUR Canada" is PGA TOUR Canada's weekly, 30-minute highlight show. It airs on Global and TSN2 the weeks following PGA TOUR Canada events. For airtimes or to watch **click here**.

Feedback

#### How can I qualify for PGA TOUR Canada?
PGA TOUR Canada holds qualifying tournaments to earn membership in the Spring prior to the applicable season. Information on those events can be found here. To qualify on a weekly basis for PGA TOUR Canada events a player can "Monday qualify" during tournament week or ask for a sponsor's exemption from the host organization. The 18-hole qualifying events offer 10 spots. Information on how to enter the Monday qualifying event at tournaments can be found here.

#### How can I volunteer for a PGA TOUR Canada event?
In order to volunteer for our events please contact the particular tournament. PGA TOUR Canada events could not be operated without the help of volunteers.

#### Where can I find the PGA TOUR Canada schedule?
The PGA TOUR Canada schedule can be found here.

#### Where can I find PGA TOUR Canada on social media?
You can follow us on Twitter, like us on Facebook, follow us on Instagram and watch on YouTube.

#### How can I buy tickets for a PGA TOUR Canada event?
For a full list of our events and ticket information please click here.

**PGA TOUR CHAMPIONS**

#### How do I watch the PGA TOUR Champions?
Golf Channel is the exclusive cable television home of the PGA TOUR Champions through 2021 and provides complete coverage of 25 PGA TOUR Champions tournaments in 2014, including two majors, the Regions Tradition and the Bridgestone SENIOR PLAYERS Championship. Golf Channel also airs a weekly series on Tuesday evenings, "The PGA TOUR Champions Learning Center." Every episode is dedicated to analysis, tournament highlights and instruction. NBC broadcasts the final two rounds of both the Senior PGA Championship and the U.S. Senior Open. ESPN broadcasts the early rounds of the U.S. Senior Open and has complete coverage of the Senior British Open. Fans can also watch the PGA TOUR Champions Golf Live Extra at golfchannel.com.

#### How do you qualify for the PGA TOUR Champions?
Regional Qualifying was conducted at three sites across the country on Nov. 4-7, 2014 with approximately 78 players at each site playing stroke play over 72 holes, with no reduction (cut) of the field. The number of players advancing from each Regional Qualifying Stage site to the Final Qualifying Stage was on a pro rata basis (i.e., roughly the same percentage of players from each site advanced), and such number was announced during the Regional Qualifying. The field size at the Final Qualifying Stage was 78 players and was contested at Orange County National Golf Center & Lodge in Winter Garden, Fla, on Nov. 18-21. The Final Qualifying Stage was conducted at stroke play over 72-holes, with no reduction (cut) of the field. Five players earned fully exempt status. Those finishing in positions 6-12 earned conditionally exempt status. Players finishing tied 30th or better are eligible to compete in Monday qualifying events to gain access to PGA TOUR Champions events.

Feedback

**How do you volunteer for a PGA TOUR Champions event?**

People can sign up to volunteer at PGA TOUR Champions events by visiting the individual tournament websites .Please contact the local tournament office for more information on how to apply. The contact information can be found by **visiting this website** and then clicking on the desired tournament and then'ticket and local event details'. We appreciate your interest in volunteering.

**What is the PGA TOUR Champions?**

The PGA TOUR Champions is a membership organization of professional golfers age 50 and older. Conceived in 1980 as the Senior PGA Tour, it started with just four events and purses totaling $475,000. The points earned in 26 official Charles Schwab Cup events in 2013 will determine the Charles Schwab Cup champion. The season-long competition is designed to recognize the PGA TOUR Champions' leading player. The PGA TOUR Champions' primary purpose is to provide financial opportunities for its players, entertain and inspire its fans, deliver substantial value to its partners, create outlets for volunteers to give back, protect the integrity of the game and generate significant charitable and economic impact in communities in which it plays. For more information on the PGA TOUR Champions please **visit the PGA TOUR Champions website**.

**Where can I find the PGA TOUR Champions schedule?**

You can find the PGA TOUR Champions schedule under the tournaments tab on the PGA TOUR Championswebsite by clicking here.

**Where is the PGA TOUR Champions on social media?**

You can follow the PGA TOUR Champions on Twitter, Facebook, Instagram, Google+, and YouTube. You can also visit the Champions Tour website.

**OLYMPICS**

**How do players qualify for the 2016 Olympics?**

Under the proposal to the IOC, the fields of 60 men and 60 women will include the top-15 world-ranked players, with a limit of four players from a given country. In addition to the top-15, players will be eligible based on the world rankings, with a maximum of two eligible players from countries that do not already have two or more players among the top 15. Using this method, recent world rankings show that at least 30 countries would be represented in both the men's and women's competitions, from all continents. The qualification period to earn Olympic Golf Rankings points started on July 14, 2014 and ends on July 11, 2016.

**How will the competition be structured at the 2016 Olympics?**

The format will be 72 holes of stroke play with no cut. This was the overwhelming recommendation from the top players in the world.

**What course will host the 2016 Olympics in Rio?**

Olympic golf will be contested on a brand new golf course, which is now under construction. The architect is Gil Hanse from the United States, who is working with World Golf Hall of Fame member and LPGA legend Amy Alcott on the project.

**PGA TOUR CHINA**

Feedback

**What is the PGA TOUR China Series?**

PGA TOUR China Series builds upon the PGA TOUR's longstanding relationship with the China Golf Association. The Series gives players in Asia and the Pacific Rim playing and money-making opportunities as they strengthen their games. The PGA TOUR China Series also offers players a pathway to the PGA TOUR.

**How do players qualify for PGA TOUR China Series?**

Natives of China qualify for the PGA TOUR China Series based on their ranking by the China Golf Association. In 2014, the Tour held two qualifying tournaments prior to the start of the regular season, with the top-20 finishers in both events earning full exemptions and the next 20 players earning partial exemptions. The first 11 tournaments on the 2014 schedule also offer open-qualifying on Monday, giving non-exempt players a chance to qualify.

**How do players move from PGA TOUR China Series to the Korn Ferry Tour?**

The Order of Merit leader following the final event of the season earns full-exempt status to the Korn Ferry Tour. Those finishing in Order of Merit positions two through five will earn partial Korn Ferry Tour exemptions. This follows the pattern established by PGA TOUR Canada and PGA TOUR Latinoamerica. In addition, those top Order of Merit finishers not automatically qualifying for the Korn Ferry Tour receive an exemption past first-stage qualifying for the Korn Ferry Tour Qualifying Tournament.

**Where can I find a PGA TOUR China schedule?**

The complete schedule can be accessed by clicking here or here.

**Is this Tour just open to players from China?**

While about half of the Series' 2014 membership is from China, there are players who come from 15 other countries. While the bulk of the players are from Asia, members are also from North America, Australia, Europe and South America. In the first half of the 2014 season, there were two Australian winners. Other champions hailed from the United States, South Korea and China.

**Do players earn Official World Golf Ranking points?**

The Official World Golf Ranking is the eligibility mechanism for players to participate in the 2016 Olympic Games in Rio de Janeiro, Brazil. The top-six finishers at each PGA TOUR China Series events earns OWGR points.

**Is there live scoring so I can follow how players are doing at each tournament?**

Live, hole-by-hole scoring and full biographical information on every player in every tournament field can be found here.

**PGA TOUR LATINOAMERICA**

**How can I buy tickets for a PGA TOUR Latinoamerica event?**

Access to PGA TOUR Latinoamérica events vary greatly from free admission to a nominal charge to attend some of the events. For a full list of our events and ticket information please visit the "Tournaments" page on our website.

Feedback

**How can I qualify for PGA TOUR Latinoamerica?**

PGA TOUR Latinoamérica holds qualifying tournaments granting fully exempt and conditional status for the following season to the top performers. Information on those events can be found on this page under the "Qualifiers" tab. PGA TOUR Latinoamérica's Developmental Series offers regional players an opportunity to compete locally to earn a spot in a Finale event which will award exempt and conditional spots on the next season of PGA TOUR Latinoamérica. For more information please visit this page. To qualify on a weekly basis for individual NEC Series-PGA TOUR Latinoamérica events a player can "Monday qualify" during tournament week or ask for a sponsor's exemption from the host organization. The 18-hole qualifying events offer 10 spots. For more information on Monday qualifying please click on the "Qualifiers" tab here.

**How can I volunteer for a PGA TOUR Latinoamerica event?**

PGA TOUR Latinoamérica events could not be operated without the help of volunteers. In order to volunteer for our events please contact PGA TOUR Headquarters.

**How can I watch PGA TOUR Latinoamerica TOUR?**

PGA TOUR Latinoamérica highlights can be found on Golf Channel Latin America and its website, as well as www.pgatourla.com and our YouTube page. There is no live television coverage of PGA TOUR Latinoamérica except for the final event, the Argentine Open which is broadcast on regional networks.

**Where can I find PGA TOUR Latinoamerica on social media?**

You can follow us on Twitter, on Facebook, on YouTube and Flickr.

**Where can I find the PGA TOUR Latinoamerica schedule?**

The PGA TOUR Latinoamérica schedule can be found on this page by clicking on the "Tournaments" tab.

**INTERNATIONAL TV**

**How can I watch the PGA TOUR in the United Kingdom?**

The PGA TOUR is broadcast in the United Kingdom by Sky Sports. Sky Sports broadcasts all PGA TOUR regular season events live and in HD, including the Playoffs for the FedExCup and the Presidents Cup competition. For TV times, click here.

**How can I watch the PGA TOUR in Canada?**

In Canada, all PGA TOUR LIVE featured group coverage is available on GOLFTV powered by PGA TOUR as well as final round coverage from marquee events. For GOLFTV registration, click here. Additionally, the PGA TOUR broadcast partners in Canada are The Golf Channel, TSN, RDS, Chekk TV, and CHCH TV through 2020. Broadcasters vary per tournament, so please check your local listings.

For The Golf Channel TV times, click here.

For TSN TV times, click here.

For RDS TV times, click here.

For Chek TV times, click here.

For CHCH TV times, click here.

**How can I watch the PGA TOUR in Australia?**

In Australia, the PGA TOUR is broadcast by GOLFTV powered by PGA TOUR and Fox S_

Feedback

broadcast all PGA TOUR season events and PGA TOUR LIVE featured group coverage. For GOLFTV registration, click here. Fox Sports broadcast all PGA TOUR regular season events live and in HD, excluding World Golf Challenge events. For TV times click here.

### How can I watch the PGA TOUR in Ireland?

The PGA TOUR is broadcast in Ireland by Sky Sports. Sky Sports broadcast all PGA TOUR regular season events live and in HD, including the Playoffs for the FedExCup and the Presidents Cup competition. For TV times, click here.

### How can I watch the PGA TOUR in Germany?

The PGA TOUR is broadcast in Germany by Sky Sport. Sky Sport broadcast all PGA TOUR regular season events live and in HD, including the Playoffs for the FedExCup and the Presidents Cup competition. For TV times, click here.

### How can I watch the PGA TOUR in Sweden?

The PGA TOUR is broadcast in Sweden by CMore. CMore broadcast all PGA TOUR regular season events live and in HD, including the Playoffs for the FedExCup and the Presidents Cup competition. For TV times, click here.

### How can I watch the PGA TOUR in Japan?

In Japan, the PGA TOUR broadcast and featured group coverage is available on GOLFTV powered by PGA TOUR. For GOLFTV registration, click here. Additionally, the PGA TOUR broadcast partners in Japan are Golf Network and NHK BS-1. Golf Network broadcast all PGA TOUR regular season events live and in HD, including the Playoffs for the FedExCup and the Presidents Cup competition. NHK BS-1 broadcast the final two hours of the final rounds of PGA TOUR regular season events live and in HD, including the Playoffs for the FedEx Cup.
For Golf Network TV times, click here.
For NHK BS-1 TV times click here.

### How can I watch the PGA TOUR in France?

The PGA TOUR is broadcast in France by Golf+. Golf+ broadcast all PGA TOUR regular season events live and in HD, including the Playoffs for the FedExCup and the Presidents Cup competition. For TV times, click here.

### How can I watch the PGA TOUR in Spain?

The PGA TOUR is broadcast in Spain by Movistar Golf. Movistar Golf broadcast all PGA TOUR regular season events live and in HD, including the Playoffs for the FedExCup and the Presidents Cup competition. For TV times, click here.

### How can I watch the PGA TOUR in Italy?

The PGA TOUR is broadcast in Italy by GOLFTV powered by PGA TOUR. All PGA TOUR regular season events are available live on GOLFTV powered by PGA TOUR. For GOLFTV registration, click here.

**BROADCAST**

Feedback

**What is the relationship between the PGA TOUR and CBS?**

CBS is one of the PGA TOUR's television partners, broadcasting 22 tournaments in 2014. You can view the complete schedule here. CBS's coverage of PGA TOUR golf is led by on-air host Jim Nantz and analyst Nick Faldo, a World Golf Hall of Fame member. Ian Baker-Finch, David Feherty, Bill Macatee and Verne Lunquist round out the on-air golf team.

**What is the relationship between the PGA TOUR and Golf Channel?**

The PGA TOUR has an exclusive cable partnership with Golf Channel that began in 2007. Golf Channel provides early round coverage of all FedExCup events and full coverage of the Hyundai Tournament of Champions, Sony Open in Hawaii and the Humana Challenge, as well as all additional events that are scheduled the same week as the World Golf Championships and Open Championship. Golf Channel also televises all four rounds of the events that kick off the PGA TOUR season following the TOUR Championship by Coca-Cola. Golf Channel's coverage of the PGA TOUR includes prime-time, same-day replays, as well as extensive pre-round and post-round news coverage and analysis within "Golf Central," the network's flagship show. Golf Channel also continues to be the exclusive cable home of the Champions Tour and the Korn Ferry Tour. The Golf Channel broadcast team includes hosts Terry Gannon, Rich Lerner, Brian Hammons and Kelly Tilghman; analysts Nick Faldo, Frank Nobilo, Brandel Chamblee and Curt Byrum; and announcers Peter Oosterhuis, Mark Rolfing, Jerry Foltz, Phil Parkin, Billy Ray Brown, Craig Perks and Matt Gogel. The PGA TOUR and Golf Channel are separate business entities. The PGA TOUR's relationship with Golf Channel is only as a broadcast partner. If you would like to contact Golf Channel, please visit their website for contact information.

**Why is there a 30-minute gap between Golf Channel and CBS coverage?**

Due to the changeover from Golf Channel to CBS, there are several elements of the production that need to be changed prior to CBS beginning their coverage. For example, CBS uses different announcers and different graphics which need to be loaded into the graphics machines and made sure that they are working properly prior to CBS starting their telecast.

**Where can I watch PGA TOUR tournaments?**

On television, PGA TOUR events can be found on Golf Channel, CBS and/or NBC. To find out when a specific tournament will be broadcast, please click here for the tournament schedule. PGA TOUR events can also be streamed on the PGA TOUR's digital platforms (desktop and mobile) via PGATOUR.com or the PGA TOUR App.

**How do I contact a NBC announcer (Johnny Miller, Dan Hicks)**

To contact any of the NBC Sports personalities, please use the address below.
NBC Sports
Attn: [Personality]
30 Rockefeller Plaza
New York, NY 10112

**Why doesn't my TV provider offer the Golf Channel?**

Golf Channel has a wide distribution, currently available to 80 million households in the I find that your cable or satellite provider doesn't offer Golf Channel, we encourage our fa

Feedback

Channel to let them know which cable/satellite provider you are using. You may contact Golf Channel. In addition, you should contact your cable or satellite provider to encourage them to include the Golf Channel on their basic packages since they determine how to distribute the channels to their viewers.

**CHARITY**

**How can I donate to the PGA TOUR?**

We appreciate your interest in making a donation. You can donate directly with the Give button at our charity website. If you prefer to donate to a player's specific charity, choose a player and then choose the Support Causes button. You can also choose to donate by Tournament or Cause on the charity website homepage.

**What charities does (insert player) support?**

To learn what charities individual players support, please visit their charity page on the Together, anything's possible website ( Additional information is often available on their own website as well).

**What charities does (insert tournament) support?**

To learn what charities the tournaments support, please visit their charity page on the Together, anything's possible website.

**What does the PGA TOUR do for charity?**

"Together, Anything's Possible" is the PGA TOUR's initiative to build a community of tournaments, players, charities, sponsors, partners, volunteers and fans who are committed to making a social investment by helping others. Between the PGA TOUR, Champions Tour and Korn Ferry Tour, millions of dollars are contributed to local charities each year. The majority of the funds raised are directed back into the local community where the tournament is held. This means that there isn't one specific beneficiary of the PGA TOUR. Instead there are nearly 3,000 charities and countless individuals worldwide who are touched by the TOUR's goal of giving back. Learn more at our charity website.

**How can I make a charity request of the PGA TOUR or players?**

PGA TOUR charitable giving is almost always done on a local level by our tournaments on the PGA TOUR, Champions Tour and Korn Ferry Tour, and not through PGA TOUR HQ. Persons or organizations requesting monetary or charitable donations need to contact the appropriate tournament(s) in their local community. If you need direct contact information for a tournament office, please email: charity@pgatourhq.com.

**How can I request a donation from the PGA TOUR to my charity, auction or giveaway?**

PGA TOUR's charitable giving is done by our tournaments and not by PGA TOUR HQ, therefore, persons or organizations requesting monetary donations, need to contact the tournament(s) in their area. If you need direct contact information for a tournament office, please email: charity@pgatourhq.com

**COMMUNICATIONS**

**How do I get media credentials for a PGA TOUR event?**

For the majority of PGA TOUR events, applications for media credentials can be submitted through our media website. To access the website, you first must register for an account. Once you have re site, log in and select "Media Credentials" in the Navigation. If the event you are intereste

Feedback

listed on the media site, please check the tournament's website for information on how to apply or contact the tournament's media director.

**What is the difference between the PGA TOUR and the PGA of America?**

The PGA TOUR and PGA of America were affiliated until 1968, when the tournament players, a small subset of the total PGA membership, broke away to form the Tournament Players Division and gain more control of their finances and tournament schedule. The Tournament Players Division was renamed the PGA TOUR in 1975.

**What is the PGA TOUR's policy on racism?**

The PGA TOUR does not discriminate on the basis of race, religion, sex or national origin.

**Why does the PGA TOUR not disclose fines?**

The PGA TOUR is a membership organization and its members take their conduct seriously and have regulations in place to correct actions that are not in accordance with their standards. While the TOUR's discipline structure is used to maintain the standards of the organization, those actions are considered a matter internal to the membership and as such are not disclosed publicly.

## COMMENTING

**Why was my comment deleted?**

Our moderators will remove comments that violate our terms of service. For a complete view of our terms of service, click here.

**Why is my comment not displaying?**

In some cases, comments will land in an approval queue. Our site moderators do their best to monitor these and approve them in a timely manner.

**Can you remove a comment?**

If you spot a comment you think may be objectionable, please "flag" the comment or contact us using the Feedback form on the bottom of this page. We take the integrity of the community on PGATOUR.COM seriously and will remove comments in cases where there is a violation of our terms of service. Those terms of service can be viewed here.

## LEADERBOARD

**Why is (insert player) on top of the leaderboard?**

We feature the current tournament leader at the top of the Leaderboard. You will see the player's name, his score in the current round and his total score to par for the tournament.

**Why is your leaderboard different than other websites?**

PGATOUR.COM's Leaderboard is unique because it is the only Leaderboard online that features "live, real-time scoring and stats" so you see scores before anyone else.

**What does "MDF" next to a player's name on the leaderboard mean?**

Feedback

If the top 70 players and ties through 36 holes includes more than 78 players, the remaining field will be once

again be cut to the closest number to 70 and ties after 54 holes. Players who do not advance to the final round will still receive official money and FedEx Cup points based on their finish.

**How can I customize my leaderboard?**

You can add players to your favorites and choose different highlight colors for the players. Customization options, including My Leaderboard and color highlighting will remain the same each tournament week or until you clear your cookies. To add players to My Leaderboard, you can add and remove players using the + and - symbols in the upper left triangle next to each players' name. In the main "Full Leaderboard" section, clicking on the "color" link will let you toggle through various colors and apply it to your favorite players.

Also, by clicking the info link, you will activate the "additional information" feature for the player. This will allow you to view a detailed scorecard, play-by-play, statistics, and FedExCup points for that player. Players are ranked by their performance in the current tournament. You have the ability to sort the Leaderboard to compare player performance. Sortable columns are indicated with a triangle pointed down towards the column data.

**How frequently do the scores on my leaderboard refresh?**

The leaderboard will automatically refresh scores and play-by-play every 30 seconds.

**How do I open/close player content within the leaderboard?**

To expand player content within the leaderboard, click the player's name. This will reveal his scorecard, shot trails, statistics, video highlights, photos and articles. To close this view, click the player's name.

**How do I turn on/off play-by-play coverage on the leaderboard?**

Play-by-play information will appear in the leaderboard below each player's name. To turn this feature on or off, click the "play-by-play" button at the top of the leaderboard. On your smartphone, this button will appear as "pbp."

**Where is the leaderboard?**

The leaderboard can be reached from several places on PGATOUR.COM. From any device, click the main menu button (three stacked horizontal lines to the right of the PGA TOUR logo). Then click "Live Scoring" and "Leaderboard." On desktop/laptop computers and some tablets, the Leaderboard can also be accessed in the links displayed at the very top of the homepage. Look for "Leaderboard."

**How are players ranked on the leaderboard?**

Players are ranked by their performance in the current tournament. You have the ability to sort the Leaderboard to compare player performance. Click the column to sort information in the Leaderboard.

**VIDEO**

**Why was my YouTube video claimed by the PGA TOUR?**

In reference to video shot on-site at PGA TOUR event, or taken from a TV broadcast or PGATOUR.COM, please refer to the following Video Highlights regulation:

"PGA TOUR is the absolute owner of any and all Video Highlights or other video coverage, otherwise) shot at the Tournament site during the Tournament Week and may request co

Feedback

This regulation extends to personal video, which is intended for private use only.

**What is PGA TOUR LIVE?**
Launched in July 2015, **PGA TOUR LIVE** is a subscription-based digital platform service that offers live Featured Group and Featured Hole coverage. Please visit the **PGA TOUR LIVE FAQs page** for additional information.

**How much does PGA TOUR LIVE cost?**
PGA TOUR LIVE is a subscription service available for $9.99 per month through NBC Sports Gold. Fans may also purchase a full season pass to PGA TOUR LIVE for $64.99 per year.

**Click here** to subscribe to PGA TOUR LIVE.

**MOBILE**

**Do you have a PGA TOUR app?**
Yes. PGA TOUR apps are available on iPhone, iPad, Android, Windows and Blackberry 10. The PGA TOUR application includes customizable live scoring, complete round video highlights, live player updates, course maps and more. To download the application, search for PGA TOUR in the app store for your device. For more information on our app or to download for your device, **click here**.

**Where do I download PGA TOUR's mobile apps and what is the cost?**
The PGA TOUR's mobile applications are available for free and may be downloaded from the app store on supported platforms by searching for PGA TOUR. For more information on our app or to download for your device, **click here**.

**NEWSLETTER**

**How can I unsubscribe from your newsletter?**
Visit **PGATOUR.COM** and click the "Login" link at the top of the page. Login to your account and un-check the box next to the newsletter, then click the "Submit" button to save your account update. You may receive one (1) additional newsletter before the unsubscription request gets processed.

**PGATOUR.COM**

**What browsers are supported by PGATOUR.COM?**

• Internet Explorer 10 and above
• Google Chrome
• Mozilla Firefox
• Apple Safari

**How do I enable cookies in my browser?**
*Internet Explorer Version 11:*
• Pull down the "Tools" menu and select "Internet Options."
• In the "Privacy" tab, the bar on the left slides up or down setting the cookie level.
• If the slide bar does not move, click the DEFAULT button in the lower right to restore defaults, this enables

Feedback

you to move the slide bar.

• Configure your browser with the slide bar to accept cookies, at your preferred level. Recommended Cookie level: Medium

*Google Chrome*
• Pull down the "Tools" icon in the upper right corner
• Select "Options"
• Select the "Under the Hood" tab
• Click on the "Clear Browsing Data" button
• Check the "Delete cookies and other site data" box
• Set for the appropriate time period (i.e. last hour, 1 day etc.)
• Click the "Clear Browsing Data" button
• Click "Close"

*Safari for Apple or Macintosh*
• Pull down the "Safari" menu and select "Preferences" and then select the Security tab.
• Check the circle under Accept Cookies "Only for the sites you navigate to" and close the Safari preferences.

*Mozilla Firefox*
• Depending on which toolbar view you have:
    a. If you have the orange Firefox button visible, click the it and select "Options"
    b. If you have the file menu visible, then select "Tools" and then "Options"
• Select the "Privacy" tab at the top of the "Options" window
• In the "History" group, change the selection for "Firefox will" to "Use Custom settings for history"
• If "Accept cookies from sites" is checked (recommended), it will accept cookies from all sites, if you want to choose which sites to allow cookies for, then uncheck this.
• Then click "Exceptions..."
• Enter "cbssports.com" without the "www"
• Click "Allow"
• Click close ... then "OK"
• Restart your browser

**Where can I find the current PGA TOUR schedule?**
The PGA TOUR schedule can be found here. Also, check out the schedules for the PGA TOUR's affiliate tours below:

Champions Tour | Korn Ferry Tour | Latino America | PGA TOUR Canada | PGA TOUR China

**How do I access information about Champions Tour, Korn Ferry Tour, NEC-Series Latinoamérica, PGA TOUR Canada or PGA TOUR China?**
From anywhere on PGATOUR.com, click the "Tours" menu at the top of the page.

**How do I access the full site navigation menu?**
From any device, look for main menu. It will appear as three horizontal stacked lines wit

Feedback

below it. This main menu is located to the right of the PGA TOUR logo at the top of the screen. Click the lines to access full site navigation.

### Where can I find the final results, tee times and field for a tournament?

Go to "Tournaments" and select the event you're looking for. From there, navigate across the menu to find the information you need.

### Where can I find stats on a player?

Player statistics are integrated in a number of ways on PGATOUR.COM. On the main stats page you can see how players are ranked across a variety of stats. Player bio pages are a good source for each player. go to the Players section, select a player and click through season, career or general statistics.

### Where is the weather listed?

The current weather conditions at the tournament site are posted on the PGATOUR.COM homepage. Detailed weather reports are available for each tournament. Go to "Tournaments" in the navigation. Select the desired tournament from the list and look for the Weather tab.

### SHOTLINK

### What is ShotLink?

The PGA TOUR's ShotLink scoring system provides all the play-by-play data for the PGATOUR.COM leaderboard, along with our stats database and on-course scoring information. More information about Shot Link can be found here or @ShotLink on Twitter.

### Why are there inconsistencies with ShotLink?

The ShotLink system, which powers the live scoring and play-by-play on PGATOUR.COM, is operated by a small staff of PGA TOUR employees and a volunteer workforce each week. It normally takes approximately 350 volunteers per event to score the golf tournament. This equates to approximately three man years of effort (between staff and volunteers). The annual ShotLink volunteer count on the PGA TOUR is approximately 10,000 people throughout all of our events. This may explain why from time to time you see inaccuracies that are quickly corrected by the walking scorers and our Shot Link team members. More information about Shot Link can be found here.

### Why are there no yardages / play-by-play for this event?

Major tournaments -- The Masters, U.S. Open, and Open Championship (British Open) -- are not owned or operated by the PGA TOUR. These events and their sanctioning bodies have their own technology deals and infrastructure, and do not use the PGA TOUR ShotLink scoring system which powers play-by-play on PGATOUR.COM. Therefore, unfortunately, play-by-play will not be available on PGATOUR.COM during the majors, though we wish we were able to offer it to fans every week on the PGA TOUR. There are also a handful of tournaments outside the United States where the ShotLink system cannot be transported in order to supply the data necessary for these features.

## RELATED TO THIS STORY

Feedback


2022 Sentry Tournament of Champions tickets now available


**Best Of**
Best all-time shots at No. 6 at Riviera


**Features**
Maverick McNealy heads to The Genesis Invitational


**Round Recaps**
3 things to know | Round 1 | LECOM Suncoast Classic


**Interviews**
Matt Ryan interview after Round 1 of the Estrella del Mar Open

**SHOW MORE**

Feedback

# EXHIBIT 62

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...

Sign in     Mail

Sports   Fantasy   NFL   NBA   MLB   NCAAF   WNBA   Tennis   Sportsbook   Golf   MMA   NASCAR   Soccer   NHL   Podcasts   USFL   ...



...out tremendous athletes throughout history.



YOU LOVE THE DODGERS. WE'VE GOT YOUR SEATS.
Never miss a chance to be there live. Score tickets at Ticketmaster.
ticketmaster   Buy Tickets

*pa* media

# Players could boycott events if LIV rebels allowed back on PGA Tour – Davis Love

**Phil Casey, PA Golf Correspondent**
Wed, August 3, 2022 at 3:54 AM · 3 min read



PGA Tour players could take the "nuclear option" of boycotting events if LIV rebels successfully challenge their suspensions, according to former Ryder Cup captain Davis Love.

Love believes those who have remained loyal to the PGA Tour are "fed up" with the Saudi-backed breakaway, which will expand to a 14-event league next year.



DP World Tour members who played in the inaugural LIV Golf event were fined £100,000 and banned from the Scottish Open, but won a court battle to get the punishments temporarily stayed, pending determination of a full appeal.



LIV Golf ✓
@LIVGolfInv · Follow

THE ICE MAN 🧊
OUR CHAMPION 🏆
@henrikstenson

#LIVGolf

If you slice, try this fix.
Hank Haney's 3-step sequence fixes the real reason you slice. Guaranteed to work in 5+ Performance Golf Tour.

yahoo/fantasy
BE A G.O.A.T
PLAY FANTASY FOOTBALL
Get your people on the free and easy fantasy app
Create a league

**TRENDING**

1. Jimmy G cleared after surgery, QB won't practice as Niners seek trade
2. Vin Scully, the iconic voice of the Dodgers for 67 years, dies at 94
3. Out for over a year, deGrom returns for Mets and looks like his old self
4. MLB trade deadline grades: Breaking down the big deals, including Soto blockbuster
5. Experts: Brittney Griner's legal defense in Russian court is meaningless

yahoo/fantasy   PLAY FANTASY FOOTBALL
Get your people on the free and easy fantasy app
Create a league

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MORE...

Sign in

Mail

Sports   Fantasy   NFL   NBA   MLB   NCAAF   WNBA   Tennis   Sportsbook   Golf   MMA   NASCAR   Soccer   NHL   Podcasts   USFL   ...



3:49 PM · Jul 31, 2022

♡ 1.4K      ♡ Reply      ⬆ Share

**Read 199 replies**

And Love thinks a similar legal challenge from players indefinitely suspended from the PGA Tour could spark a dramatic reaction.

"If the LIV guys sue and are allowed to play on the PGA Tour, the players are enough fed up with it," Love said in a press conference ahead of the Wyndham Championship.

"We understand that we make the rules on the PGA Tour and the commissioner is enforcing our rules and we don't want those guys playing, coming and cherry-picking our tournaments.

"We hold all the cards. We say to the FTC (Federal Trade Commission) and to Washington, 'No, we support the rules. We don't want those guys playing. We don't care what the courts say'.

"The nuclear option is to say 'Fine, if they have to play in our events we just won't play'."

Being suspended by the PGA Tour means players such as Dustin Johnson, Brooks Koepka, Bryson DeChambeau and Patrick Reed cannot represent the United States in September's Presidents Cup, when Love will captain the side.

"I told the players that I've talked to that have gone or thinking about going, it's your decision and you do what's right for you, but understand (the) consequences," Love added.

"I tried to sound like my dad and I probably wasn't very good at it. I didn't argue. I said you can be Tiger Woods or you can be banned from the game, take your pick.

"But understanding the consequences, you signed up for these rules. I had to commit by last Friday or I don't get to play this week. I have to play 15 tournaments or I don't get to vote and I don't get my retirement money. You have rules that you have to adhere to.



**Presidents Cup** ✔
@PresidentsCup · **Follow**

Quite the group of captain's assistants for **@Love3d**.

Welcome to the **#USTeam**, **@SteveStricker** and **@WebbSimpson1**.

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MORE...

Sports   Fantasy   NFL   NBA   MLB   NCAAF   WNBA   Tennis   Sportsbook   Golf   MMA   NASCAR   Soccer   NHL   Podcasts   USFL

Sign in          Mail



12:41 PM · Aug 2, 2022

♡ 307        💬 Reply        ⬆ Share        ⓘ

**Read 10 replies**

"I said you're fixing to break a rule that's a big rule and you're going to get penalised for it.

"And Jay's (Monahan, PGA Tour commissioner) been saying it for a year and some of them understood that, some of them said it's not going to happen, and some of them just flat out lied, (saying) 'I'm not doing this, I'm not doing that'."

Love admits that he was "dead wrong" to say six months ago that LIV was not going to happen and that Phil Mickelson would be the only player to jump ship, but added: "I don't know what's going to happen from here on out, but I know it's going to be a fight and the players are getting more and more unified against it."

## 5 Comments

Welcome to Yahoo comments! Please keep conversations courteous and on-topic. To foster productive and respectful conversations, you may see comments from our Community Managers, who will be designated by a "Yahoo Staff" or "Staff" label. To promote the best user experience, we close commenting after an article has been posted for three days. See our community guidelines for more information.

🔔  Log in  Sign up

What do you think?

Sort by Top ⌄

**Walter** · 4 hours ago
Yeah, rules are rules, but somehow I think there needs to be more good opportunities for PGA players and that never seems to happen.  For example, there are some 1500 guys in MLB that make a great living each year.  There are maybe 250 PGA players.  Golf is too popular for that to continue and it n...See more

Reply · 👍 1  👎 1 · Share

Show More Comments

Powered by ◎ OpenWeb

### RECOMMENDED STORIES



**The Independent**
**Luke Donald faces battle to keep PGA Tour card at Wyndham Championship**
Donald must finish third or better in North Carolina.

3h ago



**The Oklahoman**
**Tramel: Will Dillon Gabriel be more than a one-year quarterback for the Sooners?**
Since the start of the 2017 season, OU football has had 6 starting quarterbacks. Some day, the carousel will stop where the Sooners don't want it to.

6h ago

YOU LOVE THE DODGERS. WE'VE GOT YOUR SEATS. Never miss a chance to be there live. Score tickets at Ticketmaster.
ticketmaster        Buy Tickets

If you slice, try this fix.
Hank Haney's 3-step sequence fixes the real reason you slice. Guaranteed to work in 5+

If you slice, try this fix.
Hank Haney's 3-step sequence fixes the real reason you slice. Guaranteed to work in 5+