Case 5:22-cv-04486-BLF   Document 2-12   Filed 08/03/22   Page 1 of 10

| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306 | WILLIAM V. ROPPOLO, *pro hac vice forthcoming*<br>  william.roppolo@bakermckenzie.com<br>BAKER McKENZIE LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131 USA<br>Telephone: 305.789.8900<br><br>*Attorneys for Phil Mickelson* |

ROBERT C. WALTERS, *pro hac vice forthcoming*
  rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-2911
Telephone: 214.698.3100

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>        Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>        Defendant. | CASE NO. 3:22-cv-04486<br><br>**DECLARATION OF ATUL KHOSLA** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ATUL KHOSLA

1. My name is Atul Khosla. I am a resident of Tampa, Florida.

2. I am the President and Chief Operating Officer of LIV Golf Investments, Inc. and LIV Golf Inc. ("LIV Golf"). I make the statements in this declaration based on personal knowledge, personal experience as a representative of LIV Golf, and personal participation in communications with business associates. If called and sworn as a witness, I could and would testify competently to the facts stated in this declaration.

**Experience**

3. I earned my Bachelor's Degree in Industrial Engineering from the University of Wisconsin-Madison in 2000 and my Master's Degree in Business Administration from Northwestern University Kellogg School of Management in 2007. I worked for General Electric for approximately seven years serving in various roles. After graduating from Kellogg School of Management, I worked for a division of National Broadcasting Company's Sports Club in business development and operations. I then served as the Chief Operating Officer for the Chicago Fire Soccer Club, a Major League Soccer franchise. Immediately before joining LIV Golf, I served as the Chief Corporate Development and Brand Officer for the National Football League Tampa Bay Buccaneers for almost five years from 2017 to 2022.

**LIV Golf**

4. I joined LIV Golf in January 2022. I was energized and excited to join LIV Golf and work to foster sustained growth in the game of golf globally. I am encouraged by the comprehensive vision that we have for the sport and the platform that we are building to benefit professional golfers, the sport's commercial partners, and in particular, the passionate fans of golf worldwide.

5. LIV Golf is a new golf promoter whose goal is to improve professional golf for all stakeholders—fans, players, broadcasters, sponsors, and tournament hosts—and to improve the game itself. LIV Golf plans to be and is additive to professional golf world.

6. At LIV Golf, Greg Norman (our Chief Executive Officer), our team, and I endeavor to eventually reverse declining TV ratings, invigorate a younger fanbase, and empower professional golfers to earn market compensation.

1
DECLARATION OF ATUL KHOSLA

7. We believe there is tremendous opportunity to better commercialize the sport when promoters start to engage fans in new and innovative ways, changing format aspects, changing it from an individual contributor sport to a team/individual contributor sport with increased opportunities for significant money. We believe that eventually LIV Golf's franchise model with city, country, and regional affiliations will engage more fandom and increase commercial opportunities. It will make golf more fun to a younger generation, while protecting and enriching golf's heritage and traditions. In effect, we anticipate the viewing experience changing from more of lean back to lean forward edge of the couch experience.

8. LIV Golf's business plan is to set up a League of 48 top golfers in the world who would compete both individually and on 12 franchised teams of four. LIV Golf planned to launch its League in 2022. LIV Golf's League format will be similar to the format with which Formula 1 racing has had tremendous global success. LIV Golf's business plan centers on its theory that the creation and growth of golf franchises will generate substantial, recurring, and increasing revenue as have sports franchises in other sports. Principal players of the teams will have equity ownership in their teams and they will run commercial aspects for their teams. To launch LIV Golf required investment of hundreds of millions dollars in capital. LIV Golf and its partners have spent years planning, orchestrating, building, and developing a competitive golf tour concept, and over the last year has finalized the LIV Golf business model. LIV Golf is led by its chief executive officer (Greg Norman), and several other executives, including myself. LIV Golf has hired dozens employees, vendors, and advisors. LIV Golf has negotiated with broadcast companies, sponsors, venues, advertisers, and several other business partners who have all expressed sincere and strong interest in LIV Golf. Yet entities have indicated resistance in working with LIV Golf due to the PGA Tour, its Player Regulations, and its threats of blacklist or other severe consequences.

9. LIV Golf's season will include 14 tournaments, which will be scheduled around and not in conflict with the Majors, the Olympics, and the Ryder Cup. A majority of the 14 LIV Golf events will be scheduled to take place in the United States, with a smaller number of events to be scheduled around the world. LIV Golf tournaments are 54-hole tournaments with no cut.

10. LIV Golf entered into an agreement with the Asian Tour to invest in the Asian Tour. LIV Golf invested in the Asian Tour to ensure LIV Golf operated in and through the current golfing structure, to enhance player opportunities and rewards, and to provide opportunity for LIV Golf to qualify for OWGR ranking points. LIV Golf will provide promotion opportunities for players not initially in LIV Golf to qualify for LIV Golf. LIV Golf also hosts its International Series on the Asian Tour.

11. LIV Golf's format is a more desirable product offering for large segments of fans than is the PGA Tour format. Most notably, LIV Golf's format will guarantee a key element that the PGA Tour is lacking: consistent head-to-head competition among elite players in the game. Under LIV Golf's format, unlike the PGA Tour's, fans and sponsors will know which players will be competing on any given weekend, and they will know that the tournament will feature head-to-head competition among elite players in the game. In contrast, under the current PGA Tour format, in-person fans, viewers, sponsors, and hosts do not know which elite players will be competing in any given tournament, which elite players will make the cut to play in the featured weekend rounds, and whether the final round on Sunday afternoon will feature any of the elite professional golfers.

12. LIV Golf's format is extremely fan-friendly. The proposed "shotgun" format reduces the number of hours required to watch a tournament and increases the excitement of the viewer experience during the period in which viewers are watching. The team format also provides opportunities for team allegiances among fans and lead to multiple levels of competition within any given tournament. Each team in the League will be independently commercialized with freedom to develop and select team sponsor and team home city or region. LIV Golf is focused on creating an improved broadcast output and entertainment experience with more storylines, talking points, and content.

13. LIV Golf improves the experience for players. LIV Golf offers players the opportunity to compete head-to-head against some of the elite professional golfers in every tournament. At the same time, LIV Golf will not require players to sign away their media rights for non-LIV Golf events. Nor will LIV Golf deny players the opportunity to play in tournaments on other tours during weeks in which LIV Golf is not playing. LIV Golf will offer the players economic benefits greater than the PGA

Tour and provide them better treatment and care at the tournaments. LIV Golf will also provide caddies better treatment.

14. LIV Golf was preparing to launch the LIV Golf League in 2022. Then, after the extraordinary obstacles the PGA Tour erected in our path proved too much to launch the LIV Golf League in 2022, LIV Golf was forced to change its near-term commercial strategy, delay the launch of its League, and launch the smaller-scale LIV Golf Invitational Series.

**LIV Golf's LIV Invitational Series**

15. LIV Golf's amended plans now involve hosting eight invitational tournaments in 2022 ("LIV Golf Invitational Series"). The LIV Golf Invitational Series includes 48 players and include team and individual competition. The LIV Golf Invitational Series offers $25 million purses for each of the first seven tournaments and $50 million purse for the team championship tournament. The winner of each of the first seven events will earn $4 million and the top three teams for each of the first seven events will receive a share of $5 million in those events.

16. On March 16, 2022, LIV Golf announced that it will host an eight event series showcasing an innovative new golf format starting in June 2022 featuring individuals and teams playing for more than $250 million in prize purses. Each event will consist of three rounds with 54 holes and no cut, as well as shotgun starts. The 2022 LIV Golf Invitational Series schedule is:

- June 9–11: Centurion Golf Club – London
- June 30 – July 2: Pumpkin Ridge Golf Club – Portland
- July 29–31: Trump National Golf Club Bedminster – New Jersey
- Sept 2–4: The International – Boston
- Sept 16–18: Rich Harvest Farms – Chicago
- Oct 7–9: Stonehill Golf Club – Bangkok
- Oct 14–16: Royal Greens Golf Club – Jeddah
- Oct 28–30: Doral – Miami

17. During the week of June 6 through June 11, LIV Golf hosted its first LIV Golf Invitational at the Centurion Golf Club in the United Kingdom. During the week of June 27 through July 1, LIV Golf hosted its second LIV Golf Invitational at the Pumpkin Ridge Golf Club in Oregon.

And, during the week of July 25 through July 31, LIV Golf hosted its third LIV Golf Invitational at the Trump Bedminster Golf Club in New Jersey. These first three LIV Golf Invitationals were not as successful as they otherwise would have been had the PGA Tour's Conflicting Events and Media Rights Regulations not existed, and the PGA Tour's unilateral and concerted efforts to threaten LIV Golf and all those who deal with it not occurred.

### PGA Tour's Impact on LIV Golf

18. The PGA Tour and others have, and continue to, put many obstacles and hurdles in LIV Golf's path – all of which make what we do more difficult and costly. LIV Golf remains a start-up. Sustainable success is much harder and uncertain in the face of the PGA Tour's Conflicting Events and Media Rights Regulations and its threats and exclusive agreements. LIV Golf has more work to do to overcome many of the obstacles that the PGA Tour and others have created for LIV Golf.

19. The PGA Tour's Conflicting Events and Media Rights Regulations and its threats to punish and actual punishment and exclusive agreements have increased LIV Golf's costs, foreclosed LIV Golf from contracting with several players, decreased its revenues, and interfered with its business relationships and opportunities. In considering the impact of the PGA Tour's actions on LIV Golf, it is important to recognize that there is no reason why an independent contractor golfer cannot play on the PGA Tour and other circuits in the same season. In fact, it is a well-established and common practice for members of the PGA Tour to simultaneously hold memberships on other tours throughout the world, including the DP World Tour, Sunshine Tour, Asian Tour, and others. There is no reason (other than a desire to exclude competition from a new tour like LIV Golf that challenges the PGA Tour's dominance atop the existing "ecosystem") why LIV Golf—which has made clear to players that they are free to play on any tour and in any tournament when they are not playing in LIV Golf events—should be any different. In these circumstances, the various tours would compete against one another to attract professional golfers to participate in elite events by providing more attractive playing options, including purse sizes, guaranteed payments, more desirable formats, schedules, locations, courses, and other features. This competition would benefit professional golfers as well as the sport of golf by encouraging competition and innovation to improve the sport and create a more attractive product. LIV Golf aims to compete with the PGA Tour for the services professional golfers for elite events during

the weeks LIV Golf offers its tournaments. LIV Golf believes players who play with LIV Golf should be free to be members of and play on the PGA Tour, DP World Tour, and other tours during the weeks they are not playing in LIV Golf.

20. The PGA Tour, DP World Tour, and others in what the PGA Tour euphemistically describes as the existing golf "ecosystem" have dramatically curtailed this competition by imposing an array of punishments on the golfers who exercise their rights as independent contractors to play in LIV Golf events. These punishments not only harm the golfers who are the victims of these punishments (issued by the organizations in which they have earned memberships), but they also harm the sport of golf by curtailing competition that would otherwise benefit the sport.

21. The punishments directly harm players (including the Plaintiffs).

22. The punishments also directly harm LIV Golf. The punishments (and previous threats to punish) deter and have deterred golfers from signing with LIV Golf who otherwise would have signed. In light of these punishments (and threats), LIV Golf must (in practical terms) not merely offer golfers a sufficiently attractive package of compensation and other benefits to attract them away from whatever competing event is being held in a given week, but it must also provide supra-competitive compensation.

23. The PGA Tour's punishment (suspensions through March 31, 2024 for playing in two LIV Golf Invitationals), threats of lifetime bans from the PGA Tour and the "ecosystem," and its apparent orchestration of threats of potential exclusion from the Majors negatively impact LIV Golf, its perception, and its business. Faced with punishments of this nature, which could cause incalculable damage to players' careers, many players are effectively prevented from playing in LIV Golf events out of fear of incurring the punishment. And those golfers who are willing to take on the risk of these punishments inevitably require greater payments and extensive indemnification from LIV Golf in order to do so.

24. As a result, the fields LIV Golf has been able to attract are weaker than what would have been the case in the absence of the punishments (and threats) from the PGA Tour and others, because many golfers are simply unwilling to take on the risks of playing in even a single LIV Golf event. The PGA Tour's Conflicting Events and Media Rights Regulations foreclosed LIV Golf from

entering business relationships with several players because players were frightened of risking their livelihoods to take a chance on a new enterprise. Even though LIV Golf offered the largest prize pools in golf history, guaranteed opportunity to earn compensation and an innovative exciting new format, players who were interested were not signing up due to the risk of liability and fear of consequences from the PGA Tour. In addition, LIV Golf has incurred hundreds of millions of dollars in commitments to those golfers who are willing to play in LIV Golf events in order to compensate them for the risks they incur in punishments from, amongst others, the PGA Tour. The effect of this is to raise a substantial barrier to entry to compete with the PGA Tour for professional golfers' services for elite events.

25. The punishments from the PGA Tour and others (and its earlier threats of doing the same) have forced LIV Golf to concentrate funds towards increasing upfront payments. For example, in light of this conduct, LIV Golf has hosted fewer tournaments than it otherwise would have in 2022 and was forced to offer the Invitational Series rather than the League.

26. While LIV Golf has the financial resources to make initial cash outlays to launch its Plan-B product, the ongoing cash outlays significantly impact long-term profitability and viability of LIV Golf. LIV Golf, like many start-up enterprises taking on monopolist incumbents, has been forced to eat upfront costs to endeavor to enter the market. The PGA Tour's unlawful Conflicting Events and Media Rights Regulations and threats artificially limits players participating in LIV Golf events, affects the number of fans devoted to LIV Golf, and attenuates the competitive benefit that LIV Golf would otherwise generate in the elite professional golf industry.

27. LIV Golf will proceed with the LIV Invitational Series, but it is not able to enter business relationships with a significant percentage of PGA Tour players despite their desire to work with LIV Golf due to the PGA Tour, its Conflicting Events and Media Rights Regulations, and PGA Tour's indiscriminate punishments and threats.

28. LIV Golf distributes its Invitational Series in the United States through free live streaming channels with no advertisements on YouTube, Facebook, and on its company website, but it accrues no revenue through that streaming. LIV Golf desired to offer its product through television channels and paid online streaming platforms, but LIV Golf has not secured such commercial

arrangements to date. One of the reasons it was not able to is because the PGA Tour, relying on its Media Rights Regulations, has told broadcasters that LIV Golf does not possess PGA Tour members' media rights and has threatened consequences if they work with LIV Golf.

29. The PGA Tour has also pressured advertising and sponsorship companies not to work with LIV Golf or LIV Golf players. LIV Golf has endeavored to work with several companies to aid its effort to host golf tournaments and associated events, but the PGA Tour created a blacklist and threatened consequences to any company that worked with LIV Golf. These threats caused LIV Golf to have to spend further time, resources, and money to reach business arrangements necessary to host and promote golf events. Further, these threats foreclosed LIV Golf from its preferred business partner on numerous occasions.

30. All of the PGA Tour's conduct and Regulations (and its getting others to boycott LIV Golf) has all decreased LIV Golf's revenues, increased its costs, and interfered with its relationships, and opportunities—and continues to do each of the same.

31. LIV Golf believes that it is unusually well-positioned to deliver competition to a stagnant professional golf marketplace. If LIV Golf's entry is thwarted by the PGA Tour and others, it is no understatement to say that there will be no other viable challenger to the dominant incumbents for many years. That lack of competition for professional golfers' services for elite events is likely to lead to poorer outcomes for other participants in the market, for fans, and for the development of the sport.

32. As a result, if these actions of the PGA Tour and others are not stopped, the competitive harms to those players, to LIV Golf, fans, and the sport as a whole will be significant by compounding the existing (illegitimate) powers of the PGA Tour.

33. If the PGA Tour's Conflicting Events and Media Rights Regulations continue to be enforced and remain capable of enforcement, the PGA Tour's career-threatening suspensions of golfers who desire to play on the PGA Tour and LIV Golf remain in place and prevent the golfers from playing in the FedEx Cup Playoffs, and if the PGA Tour is not stopped from its ongoing conduct in threatening retribution to those who deal with LIV Golf with severe consequences, LIV Golf will continue to be foreclosed from players, vendors, and business partners, its costs will continue to dramatically increase,

and its revenues will continue to be adversely affected, all of which negatively impact its chances at achieving long-term viability.

34. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on August 2, 2022.

*Atul Khosla*<br>
Atul Khosla