| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>   rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>ROBERT C. WALTERS, *pro hac vice forthcoming*<br>   rwalters@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas  75201-2911<br>Telephone: 214.698.3100 | WILLIAM V. ROPPOLO, *pro hac vice forthcoming*<br>   william.ropplo@bakermckenzie.com<br>BAKER McKENZIE LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131 USA<br>Telephone:  305.789.8900<br><br>*Attorneys for Phil Mickelson*<br><br>*(additional counsel listed on signature page)* |

JOHN B. QUINN, SBN 90378
   johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  213.443.3000

ROBERT P. FELDMAN (SBN 69602)
   bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650. 801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>            Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>            Defendant. | CASE  NO. 3:22-cv-04486<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:  LIV Golf Incorporated is a corporation organized under the laws of the state of Delaware. There is no publicly held corporation owning 10% or more of LIV Golf Incorporated's stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.  Plaintiffs will supplement its disclosure if necessary.

DATED:  August 3, 2022               GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ Rachel S. Brass_____
                Rachel S. Brass

RACHEL S. BRASS, SBN 219301
   rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice forthcoming*
   rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice forthcoming*
   shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice forthcoming*
   jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice forthcoming*
   klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

DATED: August 3, 2022                QUINN EMANUEL URQUHART & SULLIVAN LLP

By:   */s/ John B. Quinn*
      John B. Quinn

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein*

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
PURSUANT TO CIVIL LOCAL RULE 3-15
CASE  NO. 3:22-cv-04486

Gibson, Dunn & Crutcher LLP

DATED:  August 3, 2022              BAKER McKENZIE LLP

By: /s/ William V. Roppolo
 William V. Roppolo

WILLIAM V. ROPPOLO, *pro hac vice forthcoming*
  william.ropplo@bakermckenzie.com
BAKER McKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131 USA
Telephone:  305.789.8900

JEFFREY MARTINO, SBN 222805
  jeffrey.martino@bakermckenzie.com
BAKER McKENZIE LLP
452 Fifth Avenue
New York, NY 10018
Telephone:  212.626.4100

*Attorneys for Phil Mickelson*

\* \* \* \* \* \* \*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED:  August 3, 2022              GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
 Rachel S. Brass