1  William V. Roppolo, *pro hac vice forthcoming*
     william.roppolo@bakermckenzie.com
2  Jodi A. Avila, *pro hac vice forthcoming*
     jodi.avila@bakermckenzie.com
3  **BAKER McKENZIE LLP**
   1111 Brickell Avenue, Suite 1700
4  Miami, Florida 33131
   Telephone: +1 305 789 8922
5

6  Jeffrey Martino, Bar No. 222805
     jeffrey.martino@bakermckenzie.com
7  **BAKER McKENZIE LLP**
   452 Fifth Avenue
   New York, NY 10018
8  Telephone: +1 212 626 4203

9  Ashley B. Eickhof, Bar No. 307143
     ashley.eickhof@bakermckenzie.com
10 **BAKER McKENZIE LLP**
   815 Connecticut Avenue, NW
11 Washington, D.C. 20006
   Telephone: +1 202 452 7000
12

13 Attorneys for Plaintiff
   PHIL MICKELSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>Plaintiffs,<br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 3:22-cv-04486-DMR<br><br>**NOTICE OF APPEARANCE OF ASHLEY B. EICKHOF AS COUNSEL FOR PLAINTIFF PHIL MICKELSON**<br><br>Complaint Filed: August 3, 2022 |

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:

3  Notice is hereby given that Ashley B. Eickhof enters her appearance in this matter for
4  Plaintiff Phil Mickelson ("Plaintiff") as counsel of record.

5  Ms. Eickhof is authorized to receive service of all pleadings, notices, orders and other
6  papers in the above-captioned matter and to appear at hearings on behalf of Plaintiff. She is a
7  member of the State Bar of California and is admitted to practice in the Northern District of
8  California. Ms. Eickhof's address, telephone number and email address are as follows:

>Ashley B. Eickhof, Bar No. 307143
>**BAKER McKENZIE LLP**
>815 Connecticut Avenue, NW
>Washington, D.C. 20006
>Telephone: +1 202 452 7000
>Email: ashley.eickhof@bakermckenzie.com

Dated: August 3, 2022         BAKER & McKENZIE LLP


                              By: */s/ Ashley B. Eickhof*
                                 Ashley B. Eickhof
                                 Attorneys for Plaintiff
                                 PHIL MICKELSON

NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF PHIL MICKELSON