| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>　rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306 | WILLIAM V. ROPPOLO, *pro hac vice forthcoming*<br>　william.ropplo@bakermckenzie.com<br>BAKER McKENZIE LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131 USA<br>Telephone: 305.789.8922<br><br>*Attorneys for Phil Mickelson* |

ROBERT C. WALTERS, *pro hac vice forthcoming*
　rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOHN B. QUINN, SBN 90378
　johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN (SBN 69602)
　bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**NOTICE OF APPEARANCE FOR KEVIN Y. TERUYA** |

NOTICE OF APPEARANCE
CASE  NO. 5:22-CV-04486-BLF

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Kevin Y. Teruya of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein.  Copies of all pleadings and papers filed in this action should also be served on Mr. Teruya as follows:

>   KEVIN Y. TERUYA, SBN 235916
>     kevinteruya@quinnemanuel.com
>   QUINN EMANUEL URQUHART & SULLIVAN, LLP
>   865 South Figueroa Street, 10th Floor
>   Los Angeles, California 90017
>   Telephone: 213.443.3000

Dated: August 3, 2022                               QUINN EMANUEL URQUHART & SULLIVAN, LLP


/s/ *Kevin Y. Teruya*
Kevin Y. Teruya, SBN 235916

*Attorney for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein*