| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>    rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>ROBERT C. WALTERS, *pro hac vice forthcoming*<br>    rwalters@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100 | WILLIAM V. ROPPOLO, *pro hac vice forthcoming*<br>    william.ropplo@bakermckenzie.com<br>BAKER McKENZIE LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131 USA<br>Telephone: 305.789.8922<br><br>*Attorneys for Phil Mickelson* |

JOHN B. QUINN, SBN 90378
    johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN (SBN 69602)
    bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>                    Plaintiffs,<br><br>        v.<br><br>PGA TOUR, INC.,<br><br>                    Defendant. | CASE  NO. 5:22-cv-04486-BLF<br><br>**NOTICE OF APPEARANCE FOR JOHN B. QUINN** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT John B. Quinn of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein. Copies of all pleadings and papers filed in this action should also be served on Mr. Quinn as follows:

JOHN B. QUINN, SBN 90378
johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

Dated: August 3, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ *John B. Quinn*
John B. Quinn, SBN 90378

*Attorney for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein*