# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | Case No. 22-cv-04486-BLF<br><br>**ORDER SETTING SCHEDULE FOR PLAINTIFFS TALOR GOOCH, HUDSON SWAFFORD, AND MATT JONES'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>[Re: ECF No. 2] |

On August 3, 2022, Plaintiffs Talor Gooch, Hudson Swafford, and Matt Jones (collectively, "TRO Plaintiffs") filed a motion for temporary restraining order. *See* ECF No. 2. The Court is advised that Defendant PGA Tour, Inc. ("PGA") has been served with the complaint and the motion for temporary restraining order. PGA SHALL file any opposition to TRO Plaintiffs' motion, which SHALL be of no more than 25 pages, **by 8 A.M. on Monday, August 8, 2022**. No reply brief is allowed. The Court hereby SETS an IN-PERSON hearing on TRO Plaintiffs' motion **at 1:00 P.M. on Tuesday, August 9, 2022 in San Jose, Courtroom 1, 5th Floor**. The parties SHALL file courtesy copies of any briefing and exhibits pertaining to TRO Plaintiffs' motion and any opposition. TRO Plaintiffs SHALL provide courtesy copies of all briefing and exhibits pertaining to their motion **by 2 P.M. on Thursday, August 4, 2022**. PGA SHALL provide courtesy copies of all briefing and exhibits pertaining to their opposition **by noon on Monday, August 8, 2022.**

**IT IS SO ORDERED.**

Dated: August 3, 2022

_____
BETH LABSON FREEMAN
United States District Judge