KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
ELLIOT R. PETERS - # 158708
epeters@keker.com
LEO L. LAM - # 181861
llam@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
NIC MARAIS - # 277846
nmarais@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; ABRAHAM ANCER; CARLOS ORTIZ; IAN POULTER; PAT PEREZ; JASON KOKRAK; and PETER UIHLEIN,<br><br>         Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>         Defendant. | Case No. 3:22-cv-04486<br><br>**NOTICE OF APPEARANCE OF ELLIOT R. PETERS**<br><br>Date Filed:  August 3, 2022<br><br>Trial Date:  Not Yet Set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Elliot R. Peters of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant PGA TOUR, INC. in the above-captioned matter. Counsel is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email are as follows:

>   ELLIOT R. PETERS # 158708
>   KEKER, VAN NEST & PETERS LLP
>   633 Battery Street
>   San Francisco, CA 94111
>   Telephone:     (415) 391-5400
>   Facsimile:     (415) 397-7188
>   Email:         epeters@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: August 3, 2022                                KEKER, VAN NEST & PETERS LLP

                                                     By:   /s/ *Elliot R. Peters*
                                                     JOHN W. KEKER
                                                     ELLIOT R. PETERS
                                                     LEO L. LAM
                                                     DAVID SILBERT
                                                     ERIC H. MACMICHAEL
                                                     R. ADAM LAURIDSEN
                                                     BROOK DOOLEY
                                                     NICHOLAS S. GOLDBERG
                                                     THOMAS E. GORMAN
                                                     SOPHIE HOOD
                                                     NIC MARAIS

                                                     Attorneys for Defendant
                                                     PGA TOUR, INC.