```
 1   KEKER, VAN NEST & PETERS LLP
     JOHN W. KEKER - # 49092
 2   jkeker@keker.com
     ELLIOT R. PETERS - # 158708
 3   epeters@keker.com
     LEO L. LAM - # 181861
 4   llam@keker.com
     DAVID SILBERT - # 173128
 5   dsilbert@keker.com
     ERIC H. MACMICHAEL - # 231697
 6   emacmichael@keker.com
     R. ADAM LAURIDSEN - # 243780
 7   alauridsen@keker.com
     BROOK DOOLEY - # 230423
 8   bdooley@keker.com
     NICHOLAS S. GOLDBERG - # 273614
 9   ngoldberg@keker.com
     THOMAS E. GORMAN - # 279409
10   tgorman@keker.com
     SOPHIE HOOD - # 295881
11   shood@keker.com
     NIC MARAIS - # 277846
12   nmarais@keker.com
     633 Battery Street
13   San Francisco, CA 94111-1809
     Telephone:     415 391 5400
14   Facsimile:     415 397 7188

15

16   Attorneys for Defendant
     PGA TOUR, INC.
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; ABRAHAM ANCER; CARLOS ORTIZ; IAN POULTER; PAT PEREZ; JASON KOKRAK; and PETER UIHLEIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | Case No. 3:22-cv-04486<br><br>**NOTICE OF APPEARANCE OF LEO L. LAM**<br><br>Date Filed:  August 3, 2022<br><br>Trial Date:  Not Yet Set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Leo L. Lam of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant PGA TOUR, INC. in the above-captioned matter.  Counsel is admitted to practice in the State of California and before this Court.  His address, telephone, facsimile, and email are as follows:

> LEO L. LAM - # 181861
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone:     (415) 391-5400
> Facsimile:      (415) 397-7188
> Email:           llam@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: August 3, 2022

KEKER, VAN NEST & PETERS LLP

By: /s/ *Leo L. Lam*
JOHN W. KEKER
ELLIOT R. PETERS
LEO L. LAM
DAVID SILBERT
ERIC H. MACMICHAEL
R. ADAM LAURIDSEN
BROOK DOOLEY
NICHOLAS S. GOLDBERG
THOMAS E. GORMAN
SOPHIE HOOD
NIC MARAIS

Attorneys for Defendant
PGA TOUR, INC.