| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | JOHN W. KEKER - # 49092 |
| 2 | jkeker@keker.com |
| | ELLIOT R. PETERS - # 158708 |
| 3 | epeters@keker.com |
| | LEO L. LAM - # 181861 |
| 4 | llam@keker.com |
| | DAVID SILBERT - # 173128 |
| 5 | dsilbert@keker.com |
| | ERIC H. MACMICHAEL - # 231697 |
| 6 | emacmichael@keker.com |
| | R. ADAM LAURIDSEN - # 243780 |
| 7 | alauridsen@keker.com |
| | BROOK DOOLEY - # 230423 |
| 8 | bdooley@keker.com |
| | NICHOLAS S. GOLDBERG - # 273614 |
| 9 | ngoldberg@keker.com |
| | THOMAS E. GORMAN - # 279409 |
| 10 | tgorman@keker.com |
| | SOPHIE HOOD - # 295881 |
| 11 | shood@keker.com |
| | NIC MARAIS - # 277846 |
| 12 | nmarais@keker.com |
| | 633 Battery Street |
| 13 | San Francisco, CA 94111-1809 |
| | Telephone:  415 391 5400 |
| 14 | Facsimile:   415 397 7188 |

Attorneys for Defendant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; ABRAHAM ANCER; CARLOS ORTIZ; IAN POULTER; PAT PEREZ; JASON KOKRAK; and PETER UIHLEIN, <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | Case No. 3:22-cv-04486 <br><br> **NOTICE OF APPEARANCE OF ERIC H. MACMICHAEL** <br><br> Date Filed:  August 3, 2022 <br><br> Trial Date:  Not Yet Set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Eric H. MacMichael of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant PGA TOUR, INC. in the above-captioned matter. Counsel is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email are as follows:

> ERIC H. MACMICHAEL - # 231697
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone:  (415) 391-5400
> Facsimile:  (415) 397-7188
> Email:  emacmichael@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated:  August 3, 2022                              KEKER, VAN NEST & PETERS LLP

By:  /s/ *Eric H. MacMichael*
JOHN W. KEKER
ELLIOT R. PETERS
LEO L. LAM
DAVID SILBERT
ERIC H. MACMICHAEL
R. ADAM LAURIDSEN
BROOK DOOLEY
NICHOLAS S. GOLDBERG
THOMAS E. GORMAN
SOPHIE HOOD
NIC MARAIS

Attorneys for Defendant
PGA TOUR, INC.