```
 1  KEKER, VAN NEST & PETERS LLP
    JOHN W. KEKER - # 49092
 2  jkeker@keker.com
    ELLIOT R. PETERS - # 158708
 3  epeters@keker.com
    LEO L. LAM - # 181861
 4  llam@keker.com
    DAVID SILBERT - # 173128
 5  dsilbert@keker.com
    ERIC H. MACMICHAEL - # 231697
 6  emacmichael@keker.com
    R. ADAM LAURIDSEN - # 243780
 7  alauridsen@keker.com
    BROOK DOOLEY - # 230423
 8  bdooley@keker.com
    NICHOLAS S. GOLDBERG - # 273614
 9  ngoldberg@keker.com
    THOMAS E. GORMAN - # 279409
10  tgorman@keker.com
    SOPHIE HOOD - # 295881
11  shood@keker.com
    NIC MARAIS - # 277846
12  nmarais@keker.com
    633 Battery Street
13  San Francisco, CA 94111-1809
    Telephone:     415 391 5400
14  Facsimile:     415 397 7188
```

Attorneys for Defendant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; ABRAHAM ANCER; CARLOS ORTIZ; IAN POULTER; PAT PEREZ; JASON KOKRAK; and PETER UIHLEIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　Defendant. | Case No. 3:22-cv-04486<br><br>**NOTICE OF APPEARANCE OF R. ADAM LAURIDSEN**<br><br>Date Filed:  August 3, 2022<br><br>Trial Date:  Not Yet Set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that R. Adam Lauridsen of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant PGA TOUR, INC. in the above-captioned matter. Counsel is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email are as follows:

```
R. ADAM LAURIDSEN - # 243780
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188
Email:       alauridsen@keker.com
```

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: August 3, 2022                                KEKER, VAN NEST & PETERS LLP

                                                     By:  /s/ R. Adam Lauridsen
                                                     JOHN W. KEKER
                                                     ELLIOT R. PETERS
                                                     LEO L. LAM
                                                     DAVID SILBERT
                                                     ERIC H. MACMICHAEL
                                                     R. ADAM LAURIDSEN
                                                     BROOK DOOLEY
                                                     NICHOLAS S. GOLDBERG
                                                     THOMAS E. GORMAN
                                                     SOPHIE HOOD
                                                     NIC MARAIS

                                                     Attorneys for Defendant
                                                     PGA TOUR, INC.