```
KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
ELLIOT R. PETERS - # 158708
epeters@keker.com
LEO L. LAM - # 181861
llam@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
NIC MARAIS - # 277846
nmarais@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188
```

Attorneys for Defendant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; ABRAHAM ANCER; CARLOS ORTIZ; IAN POULTER; PAT PEREZ; JASON KOKRAK; and PETER UIHLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 3:22-cv-04486<br><br>**NOTICE OF APPEARANCE OF SOPHIE HOOD**<br><br>Date Filed: August 3, 2022<br><br>Trial Date: Not Yet Set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Sophie Hood of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant PGA TOUR, INC. in the above-captioned matter. Counsel is admitted to practice in the State of California and before this Court. Her address, telephone, facsimile, and email are as follows:

> SOPHIE HOOD - # 295881
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone:   (415) 391-5400
> Facsimile:    (415) 397-7188
> Email:          shood@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: August 3, 2022                                         KEKER, VAN NEST & PETERS LLP

By:   /s/ *Sophie Hood*
JOHN W. KEKER
ELLIOT R. PETERS
LEO L. LAM
DAVID SILBERT
ERIC H. MACMICHAEL
R. ADAM LAURIDSEN
BROOK DOOLEY
NICHOLAS S. GOLDBERG
THOMAS E. GORMAN
SOPHIE HOOD
NIC MARAIS

Attorneys for Defendant
PGA TOUR, INC.