1 | William V. Roppolo, *admitted pro hac vice*
    william.roppolo@bakermckenzie.com
2 | Jodi A. Avila, *admitted pro hac vice*
    jodi.avila@bakermckenzie.com
3 | **BAKER McKENZIE LLP**
    1111 Brickell Avenue, Suite 1700
4 | Miami, Florida 33131
    Telephone: +1 305 789 8922

Jeffrey Martino, Bar No. 222805
  jeffrey.martino@bakermckenzie.com
**BAKER McKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
Telephone: +1 212 626 4203

Ashley B. Eickhof, Bar No. 307143
  ashley.eickhof@bakermckenzie.com
**BAKER McKENZIE LLP**
815 Connecticut Avenue, NW
Washington, D.C. 20006
Telephone: +1 202 452 7000

Attorneys for Plaintiff
PHIL MICKELSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>Plaintiffs,<br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**NOTICE OF APPEARANCE OF WILLIAM V. ROPPOLO AS COUNSEL FOR PLAINTIFF PHIL MICKELSON**<br><br>Complaint Filed: August 3, 2022 |

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3  Notice is hereby given that William V. Roppolo enters his appearance in this matter for
4  Plaintiff Phil Mickelson ("Plaintiff") as counsel of record.
5  Mr. Roppolo is authorized to receive service of all pleadings, notices, orders and other
6  papers in the above-captioned matter and to appear at hearings on behalf of Plaintiff. He is
7  admitted *pro hac vice* to practice in the Northern District of California. Mr. Roppolo's address,
8  telephone number and email address are as follows:

>William V. Roppolo
>**BAKER McKENZIE LLP**
>1111 Brickell Avenue, Suite 1700
>Miami, Florida 33131
>Telephone: +1 305 789 8959
>Email: william.ropplo@bakermckenzie.com

Dated: August 4, 2022             BAKER & McKENZIE LLP

                                  By: */s/ William V. Roppolo*
                                      William V. Roppolo
                                      Attorneys for Plaintiff
                                      PHIL MICKELSON