William V. Roppolo, *admitted pro hac vice*
 william.roppolo@bakermckenzie.com
Jodi A. Avila, *admitted pro hac vice*
 jodi.avila@bakermckenzie.com
**BAKER McKENZIE LLP**
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: +1 305 789 8922

Jeffrey Martino, Bar No. 222805
 jeffrey.martino@bakermckenzie.com
**BAKER McKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
Telephone: +1 212 626 4203

Ashley B. Eickhof, Bar No. 307143
 ashley.eickhof@bakermckenzie.com
**BAKER McKENZIE LLP**
815 Connecticut Avenue, NW
Washington, D.C. 20006
Telephone: +1 202 452 7000

Attorneys for Plaintiff
PHIL MICKELSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>Plaintiffs,<br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**NOTICE OF APPEARANCE OF JODI A. AVILA AS COUNSEL FOR PLAINTIFF PHIL MICKELSON**<br><br>Complaint Filed: August 3, 2022 |

NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF PHIL MICKELSON

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Jodi A. Avila enters her appearance in this matter for Plaintiff Phil Mickelson ("Plaintiff") as counsel of record.

Ms. Avila is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter and to appear at hearings on behalf of Plaintiff. She is admitted *pro hac vice* to practice in the Northern District of California. Ms. Avila's address, telephone number and email address are as follows:

> Jodi A. Avila
> **BAKER McKENZIE LLP**
> 1111 Brickell Avenue, Suite 1700
> Miami, Florida 33131
> Telephone: +1 305 789 8923
> Email: jodi.avila@bakermckenzie.com

Dated: August 4, 2022            BAKER & McKENZIE LLP


By: /s/ *Jodi A. Avila*
    Jodi A. Avila
    Attorneys for Plaintiff
    PHIL MICKELSON