United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PHIL MICKELSON, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> PGA TOUR, INC., <br><br>   Defendant. | Case No.  22-cv-04486-BLF <br><br> **ORDER ADVISING PARTIES REGARDING COURT'S STANDING ORDERS** |

The Court hereby ADVISES the parties that all future briefs SHALL be filed in compliance with the Court's Standing Orders. *See, e.g.*, Civil Standing Order § IV.F ("Footnotes shall be no less than 12-point type and shall be double-spaced.").  The Court will strike any nonconforming briefs.

**IT IS SO ORDERED.**

Dated:  August 4, 2022

_____
BETH LABSON FREEMAN
United States District Judge