# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__KAREN LENT__, Bar # __KL0889__

was duly admitted to practice in the Court on

__November 21, 2000__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __August 5, 2022__
New York, New York

Ruby J. Krajick        By        s/ S. Gonzalez
Clerk of Court                   Deputy Clerk