KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ANTHONY J. DREYER – (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
One Manhattan West
New York, Ny 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000/1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PATRICK FITZGERALD - (*pro hac vice* forthcoming)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; ABRAHAM ANCER; CARLOS ORTIZ; IAN POULTER; PAT PEREZ; JASON KOKRAK; and PETER UIHLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:    Hon. Beth Labson Freeman<br>Date:     August 9, 2022<br>Time:     1:00 p.m.<br>Dept.:    Courtroom 1, 5th Floor<br><br>Date Filed: August 3, 2022<br><br>Trial Date: None Set |

DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-cv-04486-BLF

1880204

Pursuant to Local Rules 7-11 and 79-5(f), Defendant PGA TOUR, Inc. ("The TOUR") submits this administrative motion to consider whether redacted portions of the TOUR's Opposition to Plaintiffs Talor Gooch, Hudson Swafford, and Matt Jones' ("TRO Plaintiffs") Motion for a Temporary Restraining Order and Exhibits 2-5 to the Declaration of Elliot R. Peters in Support of the TOUR's Opposition to TRO Plaintiffs' Motion should be sealed.

Exhibits 2-4 to the Peters Declaration are TRO Plaintiffs' agreements with the Saudi-funded LIV Golf exhibition tour. Exhibit 5 is the "LIV Golf Invitatiional [sic] Series Rules and Regulations." The TOUR does not seek to seal any of these agreements themselves or to seal any reference to these agreements in its Opposition, and does not believe any of that material is sealable under this Court's rules. However, TRO Plaintiffs agreed to produce these documents to the TOUR only on the condition that they be treated as Highly Confidential – Outside Attorneys' Eyes Only materials until this Court enters an appropriate protective order. Exhibit 1 to the Peters Declaration is the email correspondence between the TOUR's counsel and counsel for TRO Plaintiffs that sets forth TRO Plaintiffs' demand for confidential treatment as a condition of production. Faced with the choice of treating these run-of-the-mill agreements and the rules of a competing golf league as Highly Confidential – Outside Attorneys' Eyes Only or not reviewing them at all, the TOUR acquiesced to TRO Plaintiffs' conditions.

Because the TOUR has agreed to treat these materials as Highly Confidential – Outside Attorneys' Eyes Only until the entrance of an appropriate protective order, it submits this motion so that TRO Plaintiffs may submit a statement or declaration establishing the basis for sealing each exhibit in accordance with Local Rule 79-5(f)(3).

The specific documents at issue are as follows:

- Redacted portions of the TOUR's Opposition to Plaintiffs Talor Gooch, Hudson Swafford, and Matt Jones' Motion for a Temporary Restraining Order.
- Exhibit 2 is a true and correct copy of the "Player Participation Agreement" between LIV Golf Holdings Ltd., LIV Golf Inc., LIV Golf Ltd., and Talor Gooch, dated May 28, 2022, produced to the TOUR on August 5, 2022.

1

DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-cv-04486-BLF

1880204

- Exhibit 3 is a true and correct copy of the "LIV Golf Player Agreement" between LIV Golf Holdings Ltd., LIV Golf Inc., LIV Golf Ltd., Hudson Swafford Golf, LLC, and Hudson Swafford, dated May 29, 2022, produced to the TOUR on August 5, 2022.
- Exhibit 4 is a true and correct copy of the "LIV Golf Player Agreement" between LIV Golf Holdings Ltd., LIV Golf Inc., LIV Golf Ltd., and Matt Jones, dated May 31, 2022, produced to the TOUR on August 5, 2022.
- Exhibit 5 is a true and correct copy of the "LIV Golf Invitatiional [sic] Series Rules and Regulations," produced to the TOUR on August 6, 2022.

Dated: August 8, 2022

KEKER, VAN NEST & PETERS LLP

By: */s/ Elliot R. Peters*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
PATRICK FITZGERALD
KAREN M. LENT

Attorneys for Defendant
PGA TOUR, INC.