# EXHIBIT 1

| | |
|---|---|
| **From:** | Walters, Robert C. |
| **To:** | Elliot Peters |
| **Subject:** | RE: PGA |
| **Date:** | Friday, August 5, 2022 9:31:40 AM |

**[EXTERNAL]**

Elliot,

 We have permission to provide you with those agreements if we keep them to outside counsel until we work out protective order arrangements.

 Please let me know if that's acceptable.

 Thanks. Rob

**Rob Walters**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

---

**From:** Walters, Robert C.
**Sent:** Friday, August 5, 2022 9:33 AM
**To:** epeters@keker.com
**Subject:** RE: PGA

Elliot,

 Assuming I receive permission to produce these agreements, may we treat them as for lawyers only until we get an appropriate protective order in place?

 Many thanks.  Rob

**Rob Walters**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466

EXHIBIT 1.001

RWalters@gibsondunn.com • www.gibsondunn.com

---

**From:** Walters, Robert C. <RWalters@gibsondunn.com>
**Sent:** Friday, August 5, 2022 7:52 AM
**To:** epeters@keker.com
**Cc:** jkeker@keker.com; anthony.dreyer@skadden.com; ngoldberg@keker.com; emacmichael@keker.com; dsilbert@keker.com; alauridsen@keker.com; nmarais@keker.com; Hvidt, Scott K. <SHvidt@gibsondunn.com>; dominicsurprenant@quinnemanuel.com; Lipton, Joshua <JLipton@gibsondunn.com>; johnquinn@quinnemanuel.com; Brass, Rachel S. <RBrass@gibsondunn.com>
**Subject:** Re: PGA

Thanks, Elliott. We haven't forgotten your request and will back to you promptly.

**Rob Walters**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

On Aug 4, 2022, at 11:22 PM, Elliot Peters <epeters@keker.com> wrote:

**[WARNING: External Email]**

Rob,
In the voluminous exhibits you submitted to the Court in support of your TRO application, you did not include any of the agreements between LIV Golf and the players seeking the TRO. While your papers contain countless characterizations of these players' relationship with LIV Golf, the absence from the record of these agreements is noteworthy and unfortunate. We hereby renew our request that you voluntarily provide those agreements.
My email of yesterday on this topic did not receive a response. To the extent you do not share with us (and the Court) these agreements, or continue to ignore this request, we intend to so inform the Court.
Thank you for your consideration.
Best,
Elliot Peters

---

**From:** Elliot Peters <EPeters@keker.com>
**Sent:** Wednesday, August 3, 2022 12:40 PM
**To:** Walters, Robert C. <rwalters@gibsondunn.com>
**Cc:** John Keker <JKeker@keker.com>; anthony.dreyer@skadden.com; Nicholas S. Goldberg

EXHIBIT 1.002

<NGoldberg@keker.com>; Eric MacMichael <EMacMichael@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nic Marais <NMarais@keker.com>; shvidt@gibsondunn.com; dominicsurprenant@quinnemanuel.com; jlipton@gibsondunn.com; johnquinn@quinnemanuel.com; rbrass@gibsondunn.com
**Subject:** Re: PGA

Rob,
Thank you for our call about an hour ago.
Would you pls provide to us by email as soon as possible any written agreements between the plaintiffs and LIV Golf, including any documents incorporated into those agreements by reference? While I doubt it is burdensome, to the extent you believe it is, we would request any such agreements between the three players seeking a tro to allow them to play in the FedEx Cup, and LIV.
Thank you.
Elliot Peters

---

**From:** Walters, Robert C. <rwalters@gibsondunn.com>
**Sent:** Wednesday, August 3, 2022 10:48 AM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** John Keker <JKeker@keker.com>; anthony.dreyer@skadden.com <anthony.dreyer@skadden.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric MacMichael <EMacMichael@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nic Marais <NMarais@keker.com>; shvidt@gibsondunn.com <shvidt@gibsondunn.com>; dominicsurprenant@quinnemanuel.com <dominicsurprenant@quinnemanuel.com>; jlipton@gibsondunn.com <jlipton@gibsondunn.com>; johnquinn@quinnemanuel.com <johnquinn@quinnemanuel.com>; rbrass@gibsondunn.com <rbrass@gibsondunn.com>
**Subject:** Re: PGA

---

**[EXTERNAL]**

Thanks, Elliot. I just tried you. We've just filed papers and we'll forward them now.

Rob


**Rob Walters**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

On Aug 3, 2022, at 11:51 AM, Elliot Peters <epeters@keker.com> wrote:

EXHIBIT 1.003

**[WARNING: External Email]**

Hi Rob

I got your vm and just tried you back. I left a vm on your office #. Your cell has a full mailbox. Please call me at 415 652-1944. My cell.

If papers have been filed regarding the PGA, please email them to me asap. Please inform the Court if you or any colleague of yours has contact with it, that we represent the PGA and will oppose any application.

Thank you.

Elliot Peters

**Elliot R. Peters**
(he, him, his)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
+14156762273 direct | 415 391 5400 main
epeters@keker.com | vcard | keker.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

EXHIBIT 1.004

| | |
|---|---|
| **From:** | Walters, Robert C. |
| **To:** | Elliot Peters |
| **Cc:** | Nicholas S. Goldberg; David Silbert |
| **Subject:** | Re: PGA |
| **Date:** | Friday, August 5, 2022 10:34:02 AM |

**[EXTERNAL]**

Thanks, Elliot.  We'll do it.

**Rob Walters**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

On Aug 5, 2022, at 12:08 PM, Elliot Peters <epeters@keker.com> wrote:

**[WARNING: External Email]**
Rob,
We will agree to treat the agreements AEO until we have a PO in place.  Note that we would expect to file them, which we would do under seal under LR 79-5.  Please send them over asap. Thank you.
Elliot

**From:** Walters, Robert C. <rwalters@gibsondunn.com>
**Sent:** Friday, August 5, 2022 9:31 AM
**To:** Elliot Peters <EPeters@keker.com>
**Subject:** RE: PGA

**[EXTERNAL]**

Elliot,

    We have permission to provide you with those agreements if we keep them to outside counsel until we work out protective order arrangements.

    Please let me know if that's acceptable.

    Thanks. Rob

**Rob Walters**

EXHIBIT 1.005

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

**From:** Walters, Robert C.
**Sent:** Friday, August 5, 2022 9:33 AM
**To:** epeters@keker.com
**Subject:** RE: PGA

Elliot,

Assuming I receive permission to produce these agreements, may we treat them as for lawyers only until we get an appropriate protective order in place?

Many thanks.  Rob

**Rob Walters**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

**From:** Walters, Robert C. <RWalters@gibsondunn.com>
**Sent:** Friday, August 5, 2022 7:52 AM
**To:** epeters@keker.com
**Cc:** jkeker@keker.com; anthony.dreyer@skadden.com; ngoldberg@keker.com; emacmichael@keker.com; dsilbert@keker.com; alauridsen@keker.com; nmarais@keker.com; Hvidt, Scott K. <SHvidt@gibsondunn.com>; dominicsurprenant@quinnemanuel.com; Lipton, Joshua <JLipton@gibsondunn.com>; johnquinn@quinnemanuel.com; Brass, Rachel S. <RBrass@gibsondunn.com>
**Subject:** Re: PGA

Thanks, Elliott.  We haven't forgotten your request and will back to you promptly.

**Rob Walters**

EXHIBIT 1.006

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

On Aug 4, 2022, at 11:22 PM, Elliot Peters <epeters@keker.com> wrote:

**[WARNING: External Email]**
Rob,
In the voluminous exhibits you submitted to the Court in support of your TRO application, you did not include any of the agreements between LIV Golf and the players seeking the TRO. While your papers contain countless characterizations of these players' relationship with LIV Golf, the absence from the record of these agreements is noteworthy and unfortunate. We hereby renew our request that you voluntarily provide those agreements.
My email of yesterday on this topic did not receive a response. To the extent you do not share with us (and the Court) these agreements, or continue to ignore this request, we intend to so inform the Court.
Thank you for your consideration.
Best,
Elliot Peters

**From:** Elliot Peters <EPeters@keker.com>
**Sent:** Wednesday, August 3, 2022 12:40 PM
**To:** Walters, Robert C. <rwalters@gibsondunn.com>
**Cc:** John Keker <JKeker@keker.com>; anthony.dreyer@skadden.com; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric MacMichael <EMacMichael@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nic Marais <NMarais@keker.com>; shvidt@gibsondunn.com; dominicsurprenant@quinnemanuel.com; jlipton@gibsondunn.com; johnquinn@quinnemanuel.com; rbrass@gibsondunn.com
**Subject:** Re: PGA

Rob,
Thank you for our call about an hour ago.
Would you pls provide to us by email as soon as possible any written agreements between the plaintiffs and LIV Golf, including any documents incorporated into those agreements by reference? While I doubt it is burdensome, to the extent you believe it is, we would request any such agreements between the three players seeking a tro to allow them to play in the FedEx Cup, and LIV.
Thank you.
Elliot Peters

**From:** Walters, Robert C. <rwalters@gibsondunn.com>

EXHIBIT 1.007

**Sent:** Wednesday, August 3, 2022 10:48 AM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** John Keker <JKeker@keker.com>; anthony.dreyer@skadden.com <anthony.dreyer@skadden.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric MacMichael <EMacMichael@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nic Marais <NMarais@keker.com>; shvidt@gibsondunn.com <shvidt@gibsondunn.com>; dominicsurprenant@quinnemanuel.com <dominicsurprenant@quinnemanuel.com>; jlipton@gibsondunn.com <jlipton@gibsondunn.com>; johnquinn@quinnemanuel.com <johnquinn@quinnemanuel.com>; rbrass@gibsondunn.com <rbrass@gibsondunn.com>
**Subject:** Re: PGA

**[EXTERNAL]**

Thanks, Elliot.   I just tried you.  We've just filed papers and we'll forward them now.

Rob


**Rob Walters**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

On Aug 3, 2022, at 11:51 AM, Elliot Peters <epeters@keker.com> wrote:


**[WARNING: External Email]**

Hi Rob
I got your vm and just tried you back.  I left a vm on your office #.  Your cell has a full mailbox.  Please call me at 415 652-1944.  My cell.
If papers have been filed regarding the PGA, please email them to me asap.  Please inform the Court if you or any colleague of yours has contact with it, that we represent the PGA and will oppose any application.
Thank you.
Elliot Peters


**Elliot R. Peters**
(he, him, his)
Keker, Van Nest & Peters LLP
633 Battery Street

EXHIBIT 1.008

San Francisco, CA 94111-1890
+14156762273 direct | 415 391 5400 main
epeters@keker.com | vcard | keker.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

EXHIBIT 1.009

| | |
|---|---|
| From: | Elliot Peters |
| To: | Walters, Robert C. |
| Cc: | John Keker; anthony.dreyer@skadden.com; Nicholas S. Goldberg; Eric MacMichael; David Silbert; Adam Lauridsen; Nic Marais; shvidt@gibsondunn.com; dominicsurprenant@quinnemanuel.com; jlipton@gibsondunn.com; johnquinn@quinnemanuel.com; rbrass@gibsondunn.com |
| Subject: | RE: PGA |
| Date: | Friday, August 5, 2022 4:57:00 PM |

Rob,

Thank you for the Liv Golf Agreements for the three TRO players.

As requested in my original email sent on Wednesday, it appears that the "League Regulations" are referred to numerous times in these Agreements, as are the "Team Rules and Policies." Since a full understanding of the Agreements appears to require those documents too, would you be kind enough to provide to us the League Regulations and the Team Rules and Policies?

We also respectfully renew our request for the LIV Golf Agreements for the remaining plaintiffs. They shouldn't be hard to furnish.

We will treat all of these materials pursuant to the AEO agreement we made regarding the three Agreements you already provided.

Thank you.

Best,

Elliot

**From:** Walters, Robert C. <rwalters@gibsondunn.com>
**Sent:** Friday, August 5, 2022 5:52 AM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** John Keker <JKeker@keker.com>; anthony.dreyer@skadden.com; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric MacMichael <EMacMichael@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nic Marais <NMarais@keker.com>; shvidt@gibsondunn.com; dominicsurprenant@quinnemanuel.com; jlipton@gibsondunn.com; johnquinn@quinnemanuel.com; rbrass@gibsondunn.com
**Subject:** Re: PGA

[EXTERNAL]

Thanks, Elliott. We haven't forgotten your request and will back to you promptly.


Rob Walters

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

On Aug 4, 2022, at 11:22 PM, Elliot Peters <epeters@keker.com> wrote:

EXHIBIT 1.010

**[WARNING: External Email]**

Rob,

In the voluminous exhibits you submitted to the Court in support of your TRO application, you did not include any of the agreements between LIV Golf and the players seeking the TRO. While your papers contain countless characterizations of these players' relationship with LIV Golf, the absence from the record of these agreements is noteworthy and unfortunate. We hereby renew our request that you voluntarily provide those agreements.

My email of yesterday on this topic did not receive a response. To the extent you do not share with us (and the Court) these agreements, or continue to ignore this request, we intend to so inform the Court.

Thank you for your consideration.

Best,

Elliot Peters

---

**From:** Elliot Peters <EPeters@keker.com>
**Sent:** Wednesday, August 3, 2022 12:40 PM
**To:** Walters, Robert C. <rwalters@gibsondunn.com>
**Cc:** John Keker <JKeker@keker.com>; anthony.dreyer@skadden.com; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric MacMichael <EMacMichael@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nic Marais <NMarais@keker.com>; shvidt@gibsondunn.com; dominicsurprenant@quinnemanuel.com; jlipton@gibsondunn.com; johnquinn@quinnemanuel.com; rbrass@gibsondunn.com
**Subject:** Re: PGA

Rob,

Thank you for our call about an hour ago.

Would you pls provide to us by email as soon as possible any written agreements between the plaintiffs and LIV Golf, including any documents incorporated into those agreements by reference? While I doubt it is burdensome, to the extent you believe it is, we would request any such agreements between the three players seeking a tro to allow them to play in the FedEx Cup, and LIV.

Thank you.

Elliot Peters

---

**From:** Walters, Robert C. <rwalters@gibsondunn.com>
**Sent:** Wednesday, August 3, 2022 10:48 AM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** John Keker <JKeker@keker.com>; anthony.dreyer@skadden.com <anthony.dreyer@skadden.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric MacMichael <EMacMichael@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nic Marais <NMarais@keker.com>; shvidt@gibsondunn.com <shvidt@gibsondunn.com>; dominicsurprenant@quinnemanuel.com <dominicsurprenant@quinnemanuel.com>; jlipton@gibsondunn.com <jlipton@gibsondunn.com>; johnquinn@quinnemanuel.com <johnquinn@quinnemanuel.com>; rbrass@gibsondunn.com

EXHIBIT 1.011

<rbrass@gibsondunn.com>
**Subject:** Re: PGA

[EXTERNAL]

Thanks, Elliot.  I just tried you.  We've just filed papers and we'll forward them now.

Rob


Rob Walters

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

On Aug 3, 2022, at 11:51 AM, Elliot Peters <epeters@keker.com> wrote:


**[WARNING: External Email]**

Hi Rob
I got your vm and just tried you back.  I left a vm on your office #.  Your cell has a full mailbox.  Please call me at 415 652-1944.  My cell.
If papers have been filed regarding the PGA, please email them to me asap.  Please inform the Court if you or any colleague of yours has contact with it, that we represent the PGA and will oppose any application.
Thank you.
Elliot Peters


Elliot R. Peters
(he, him, his)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
+14156762273 direct | 415 391 5400 main
epeters@keker.com | vcard | keker.com


This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error

EXHIBIT 1.012

and then immediately delete this message.

Please see our website at [https://www.gibsondunn.com/](https://www.gibsondunn.com/) for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at [https://www.gibsondunn.com/](https://www.gibsondunn.com/) for information regarding the firm and/or our privacy policy.

---

EXHIBIT 1.013

| | |
|---|---|
| From: | Walters, Robert C. |
| To: | Elliot Peters |
| Subject: | L   Rules and Regs |
| Date: | Saturday, August  , 2022  0:0 :5  AM |
| ttac me t : | PLA_ERS000005 .pd |

[EXTERNAL]

Elliot,

I confirmed the below. I enclose the existing LIV Golf Invitational Series Rules and Regulations on a Highly Confidential – Outside Counsel Eyes Only basis until we sort out a protective order.

Thanks.  Rob


**From:** "Walters, Robert C." <RWalters@gibsondunn.com>
**Date:** August 5, 2022 at 7:42:56 PM CDT
**To:** epeters@keker.com
**Cc:** jkeker@keker.com, anthony.dreyer@skadden.com, ngoldberg@keker.com, emacmichael@keker.com, dsilbert@keker.com, alauridsen@keker.com, nmarais@keker.com, "Hvidt, Scott K." <SHvidt@gibsondunn.com>, dominicsurprenant@quinnemanuel.com, "Lipton, Joshua" <JLipton@gibsondunn.com>, johnquinn@quinnemanuel.com, "Brass, Rachel S." <RBrass@gibsondunn.com>
**Subject: Re: PGA**

Thanks, Elliot,

I'll check, but, if I understand correctly, the league rules and regulations have yet to be formulated.  The player agreements simply contemplate their later inclusion.  I'll confirm, though.


Rob Walters

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

On Aug 5, 2022, at 6:57 PM, Elliot Peters <epeters@keker.com> wrote:

EXHIBIT 1.014

**[WARNING: External Email]**

Rob,

Thank you for the Liv Golf Agreements for the three TRO players.

As requested in my original email sent on Wednesday, it appears that the "League Regulations" are referred to numerous times in these Agreements, as are the "Team Rules and Policies." Since a full understanding of the Agreements appears to require those documents too, would you be kind enough to provide to us the League Regulations and the Team Rules and Policies?

We also respectfully renew our request for the LIV Golf Agreements for the remaining plaintiffs. They shouldn't be hard to furnish.

We will treat all of these materials pursuant to the AEO agreement we made regarding the three Agreements you already provided.

Thank you.

Best,

Elliot

**From:** Walters, Robert C. <rwalters@gibsondunn.com>
**Sent:** Friday, August 5, 2022 5:52 AM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** John Keker <JKeker@keker.com>; anthony.dreyer@skadden.com; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric MacMichael <EMacMichael@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nic Marais <NMarais@keker.com>; shvidt@gibsondunn.com; dominicsurprenant@quinnemanuel.com; jlipton@gibsondunn.com; johnquinn@quinnemanuel.com; rbrass@gibsondunn.com
**Subject:** Re: PGA

[EXTERNAL]

Thanks, Elliott. We haven't forgotten your request and will back to you promptly.


Rob Walters

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

On Aug 4, 2022, at 11:22 PM, Elliot Peters <epeters@keker.com> wrote:


**[WARNING: External Email]**

Rob,

In the voluminous exhibits you submitted to the Court in support of your TRO application, you did

EXHIBIT 1.015

not include any of the agreements between LIV Golf and the players seeking the TRO.  While your papers contain countless characterizations of these players' relationship with LIV Golf, the absence from the record of these agreements is noteworthy and unfortunate.  We hereby renew our request that you voluntarily provide those agreements.

My email of yesterday on this topic did not receive a response.  To the extent you do not share with us (and the Court) these agreements, or continue to ignore this request, we intend to so inform the Court.

Thank you for your consideration.

Best,

Elliot Peters

**From:** Elliot Peters <EPeters@keker.com>
**Sent:** Wednesday, August 3, 2022 12:40 PM
**To:** Walters, Robert C. <rwalters@gibsondunn.com>
**Cc:** John Keker <JKeker@keker.com>; anthony.dreyer@skadden.com; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric MacMichael <EMacMichael@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nic Marais <NMarais@keker.com>; shvidt@gibsondunn.com; dominicsurprenant@quinnemanuel.com; jlipton@gibsondunn.com; johnquinn@quinnemanuel.com; rbrass@gibsondunn.com
**Subject:** Re: PGA

Rob,

Thank you for our call about an hour ago.

Would you pls provide to us by email as soon as possible any written agreements between the plaintiffs and LIV Golf, including any documents incorporated into those agreements by reference?  While I doubt it is burdensome, to the extent you believe it is, we would request any such agreements between the three players seeking a tro to allow them to play in the FedEx Cup, and LIV.

Thank you.

Elliot Peters

**From:** Walters, Robert C. <rwalters@gibsondunn.com>
**Sent:** Wednesday, August 3, 2022 10:48 AM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** John Keker <JKeker@keker.com>; anthony.dreyer@skadden.com <anthony.dreyer@skadden.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric MacMichael <EMacMichael@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nic Marais <NMarais@keker.com>; shvidt@gibsondunn.com <shvidt@gibsondunn.com>; dominicsurprenant@quinnemanuel.com <dominicsurprenant@quinnemanuel.com>; jlipton@gibsondunn.com <jlipton@gibsondunn.com>; johnquinn@quinnemanuel.com <johnquinn@quinnemanuel.com>; rbrass@gibsondunn.com <rbrass@gibsondunn.com>
**Subject:** Re: PGA

EXHIBIT 1.016

[EXTERNAL]

Thanks, Elliot.   I just tried you.  We've just filed papers and we'll forward them now.

Rob


Rob Walters

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com


On Aug 3, 2022, at 11:51 AM, Elliot Peters <epeters@keker.com> wrote:


**[WARNING: External Email]**

Hi Rob

I got your vm and just tried you back.  I left a vm on your office #.  Your cell has a full mailbox.  Please call me at 415 652-1944.  My cell.

If papers have been filed regarding the PGA, please email them to me asap.  Please inform the Court if you or any colleague of yours has contact with it, that we represent the PGA and will oppose any application.

Thank you.

Elliot Peters


Elliot R. Peters
(he, him, his)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
+14156762273 direct | 415 391 5400 main
epeters@keker.com | vcard | keker.com


This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or

EXHIBIT 1.017

our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at [https://www.gibsondunn.com/](https://www.gibsondunn.com/) for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at [https://www.gibsondunn.com/](https://www.gibsondunn.com/) for information regarding the firm and/or our privacy policy.

---

**This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.**

**Please see our website at [https://www.gibsondunn.com/](https://www.gibsondunn.com/) for information regarding the firm and/or our privacy policy.**

---

EXHIBIT 1.018