# EXHIBIT 2

Conditionally Filed Under Seal

# EXHIBIT 3

Conditionally Filed Under Seal

# EXHIBIT 4

Conditionally Filed Under Seal

# EXHIBIT 5

Conditionally Filed Under Seal