# EXHIBIT 72



 

News  >  All Articles  >  Statement from DP World Tour Chief Executive Keith Pelley

**NEWS**

# Statement from DP World Tour Chief Executive Keith Pelley

  

Friday, July 1, 2022

Following on from media reports overnight, please see below a statement from DP World Tour Chief Executive Keith Pelley.



"There has been a leak to the media of a letter we received on behalf of a number of LIV Golf players

which contains so many inaccuracies that it cannot remain unchallenged.

"Before joining LIV Golf, players knew there would be consequences if they chose money over competition. Many of them at the time understood and accepted that. Indeed, as one player named in the letter said in a media interview earlier this year; 'If they ban me, they ban me.' It is not credible that some are now surprised with the actions we have taken.

"The letter claims that these players 'care deeply' for the DP World Tour. An analysis of the past participation statistics on our Tour in recent years of several of the leading players named, suggests otherwise.

"One player in particular named in the note has only played six Rolex Series events in the past five years. Another one, only four. I wish many of them had been as keen to play on our Tour then as they seem to be now, based on the fact they have either resigned their membership of the PGA TOUR or, if they are still in membership, have been suspended indefinitely.

"Furthermore, given how deeply these players say they care about the DP World Tour, perhaps some of them could have played in Ireland this week in support of our new title sponsor, in particular one player who gave us a signed commitment to play at Mount Juliet.

"With that player currently in action at Pumpkin Ridge, you can imagine the allegation in the letter that we are in the wrong, is hard to accept.

"We also take great exception to an allegation made near the end of the letter which states we are somehow playing 'second fiddle' to the PGA TOUR. Nothing could be further from the truth.

"We held a player meeting in Ireland on Tuesday where we outlined in great detail all the many benefits of our expanded relationship with the PGA TOUR.

"One of those is an unprecedented ten cards on offer to the PGA TOUR, cards that many of the players named in this letter desperately wanted to attain in the early stages of their careers. Why now be critical of those trying to do the same?

"The letter also expresses supposed concern about the future of the DP World Tour. Rest assured no-one should have any worries on that score.

"The DP World Tour is a vibrant, independent and global Tour with increasing and guaranteed prize fund growth over the next five years. We have fantastic tournaments across the year including a host of wonderful national Opens, all played in front of huge crowds, illustrated perfectly by this week's Horizon Irish Open.

"Finally, it would not be appropriate for me to comment on any potential legal matters.

"I will simply reiterate that our Members' Regulations which have been in force for more than 30 years, have been accepted by all the players, are there to protect all of our members, and we will use them to take all necessary steps to protect their interests.

"The sanctions for those members who knowingly broke our rules by playing at the Centurion Club without a release are proportionate, fair and, I believe, considered necessary by the majority of our members."

  

**Read next**



**N E W S**

## Horizon Irish Open - Day one digest

Everything you need to know from day one at Mount Juliet Estate.

Jul, 01 2022

**DP World Tour Partners**

rolex-logo-green

| | |
|---|---|
| BMW_Grey-Colour_RGB | Callaway-Logo-PNG |
| dp world logo 2021 new | 4 emirates |
| Fortinet_100x50_Partners Page | Hilton Corporate Logo |
| velocity global | Zoom_100x50_Partners Page |

## DP WORLD TOUR

f  instagram  twitter  youtube

DP World Tour Partners

FAQs

Ground Regs

Modern Slavery Statement

Green Drive

European Tour Productions

Careers

Fantasy DP World Tour

DP World Tour Suppliers

Competition T&Cs

Governance

DP World Tour Media Hub

Benevolent Trust

European Golf Design

Volunteering

Contact Us

Terms of use    Privacy Policy    Cookies

This website is © The PGA European Tour 1997 - 2020. PGA European Tour, Wentworth Drive, Virginia Water, Surrey, GU25 4LX. Registered in England No. 1867610. All rights reserved. No reproduction, distribution or transmission of any information, part or parts of this website by any means whatsoever is permitted without the prior written permission of the PGA European Tour.

# EXHIBIT 73

8/7/22, 2:18 PM
Case 5:22-cv-04486-BLF   Document 58-14   Filed 08/08/22   Page 8 of 55
Mickelson and Other LIV Golfers Attract Fans and Anger in Oregon - The New York Times

The New York Times | https://www.nytimes.com/2022/07/01/sports/golf/liv-golf-saudi-arabia-mickelson.html

## LIV Golfers Attract Fans and Outrage at Pumpkin Ridge

Participants in the Saudi-backed event "have turned their backs on the crime of murder," one critic said. But spectators just wanted to see their favorite players.

By Jeré Longman

July 1, 2022

NORTH PLAINS, Ore. — Even as Phil Mickelson and other marquee players teed off to applause on Thursday in a Saudi government-backed tournament outside Portland, the golfers were excoriated in a protest and an affiliated television ad by family members and survivors of the Sept. 11 terrorist attacks.

It was a sign of the divisive nature of the start-up LIV Golf series, and a jarring contrast to the enthusiasm of the gallery that followed Mickelson around the course at Pumpkin Ridge Golf Club, chanting such encouragement as "Man of the people, Phil, man of the people."

The Sept. 11 family members held a news conference Thursday morning to express their vehement opposition to the first of five LIV tournaments being held this year in the United States. And they sponsored a television ad that pilloried the tournament and the involvement of such stars as Mickelson, Dustin Johnson, Brooks Koepka and Bryson DeChambeau.

The 30-second ad mentioned Saudi links to the terrorist attacks and noted that 15 of the 19 hijackers were citizens of Saudi Arabia. It also made reference to the death of Fallon Smart, a 15-year-old girl who was struck and killed by a hit-and-run driver while crossing a street in Portland in 2016. A Saudi community college student facing charges disappeared before trial and was apparently spirited back home by the Saudi authorities.

The ad showed photographs of Mickelson and other stars playing here, gave out the Pumpkin Ridge phone number and criticized the Saudis for using the tactic known as sportswashing to attempt to cleanse their dismal record on human rights.

"We'll never forgive Pumpkin Ridge or the players for helping Saudi Arabia cover up who they really are," the ad said. It continued: "Don't let the Saudi government try to clean up its image using American golf tournaments."



The family of Terrance Aiken, who was killed in the Sept. 11 attacks in New York, protested the Saudi-backed LIV Golf event on Thursday. Beth Nakamura/The Oregonian, via Associated Press

Ten Sept. 11 family members and one survivor of the attacks traveled to the Portland area to protest the tournament. They said they tried unsuccessfully to meet with some LIV golfers at a hotel on Thursday morning.

Case 5:22-cv-04486-BLF Document 56-4 Filed 08/08/22 Page 9 of 55

Brett Eagleson, 36, whose father, Bruce, died in the collapse of the south tower of the World Trade Center, called the Saudi endeavor "shameful" and "disgraceful" and called on the LIV golfers to understand and acknowledge the kingdom's links to the attacks, which took nearly 3,000 lives.

He called on Mickelson to "be a man, step up, accept the truth of who you're getting in bed with."

The Saudi government has long denied any involvement in the Sept. 11 attacks. The Sept. 11 Commission, in its 2004 report, found "no evidence that the Saudi government as an institution or senior Saudi officials individually funded" Al Qaeda, which carried out the attacks. But there has been speculation of involvement by other, lower-ranking officials, and an F.B.I. investigation discovered circumstantial evidence of such support, according to a 2020 report by The New York Times Magazine and ProPublica.

---

**Sign up for the Sports Newsletter**  Get our most ambitious projects, stories and analysis delivered to your inbox every week. Get it sent to your inbox.

---

Tim Frolich, a banker from Brooklyn who escaped from the 80th floor of the south tower but severely injured his left foot and ankle while running from the tower's collapse, said the golfers had been "bought off" and were accepting "blood money" from the LIV series. The Saudi-sponsored tour offered signing bonuses, some reported to be in the nine figures, to lure some golfers like Mickelson from the PGA Tour.

"This is nothing more than a group of very talented athletes who appear to have turned their backs on the crime of murder," said Frolich, who will turn 58 this month.

Mickelson was not made available to reporters on Thursday. In an interview published in February, he told his biographer, Alan Shipnuck, that the Saudis were "scary" and had a "horrible record on human rights," including the 2018 killing and dismemberment of the Washington Post columnist and dissident Jamal Khashoggi. Mickelson later apologized for his remarks. He joined LIV Golf in June.

No official attendance figures were given for the three-day tournament's opening round, played under a cloudless sky with temperatures in the 70s. But the crowd to watch mostly aging players in decline was perhaps only a third of the daily attendance of 25,000 or so at a typical event on the rival PGA Tour. Mickelson, 52, finished the round at three over par, eight strokes behind the leader, Carlos Ortiz of Mexico. Still, Mickelson has a vocal and dedicated following.

A number of spectators interviewed said they were simply interested in seeing a sporting event and avoiding geopolitics.

"It's messy, potentially, but I'm just here to watch golf and kind of block out all of that stuff," said Stacy Wilson, 44, of Vancouver, Wash., a longtime fan of Mickelson's who said she was taking advantage of an opportunity to watch him play in person. "I just choose to have tunnel vision about it and enjoy the game."

Some spectators noted that President Biden would be engaging with the Saudis in a trip there in mid-July. Others said they found it a double standard that golfers were being singled out when China has benefited from hosting two Olympics and from $10 billion in reported investments from N.B.A. team owners despite the country's poor human rights record.

"What happened in Pearl Harbor? We've got a pretty good relationship with Japan, don't we?" said Chris Wilcox, 53, of Puyallup, Wash. "At some point, you've got to move on. Everybody here's got something from China that they're wearing. Nobody in the U.S. is boycotting the Olympics because of China."

Case 5:22-cv-04486-BLF   Document 50-14   Filed 08/08/22   Page 10 of 55



Golf fans watched players warm up before the first round of the LIV Golf tournament at Pumpkin Ridge. Troy Wayrrynen/EPA, via Shutterstock

J.T. Davis, 65, a retired mechanical engineer from Albany, Ore., said he was born in Saudi Arabia, where his father worked as a diesel engine mechanic in the 1950s for Aramco, the Saudi petroleum corporation formerly known as the Arabian American Oil Company. He said he had come to Pumpkin Ridge to see his favorite golfer, Sergio García.

"I'm OK with the Saudis," Davis said with a genial laugh, "as long as they keep sending us oil."

He added that competition between the LIV and PGA tours "is what America's all about; it'll probably make both tours better. And maybe it'll make the prices cheaper to come see these things."

At least some protests, though, were expected to continue through Saturday's final round. Ricky Freeman, who owns an animal-rescue ranch just beyond the 18th hole at Pumpkin Ridge and pairs horses with veterans as therapy, said he would play loud music as a statement about what he considered the "reprehensible" Saudi response to the death of Smart, the Portland teenager.

"We can't forget about this," Freeman said.

# EXHIBIT 74

HOME  /  MORNING READ  /  NEWS

# Tiger Woods Disappointed With Players Joining LIV Golf: 'I Don't Understand It'

Making some of his strongest statements yet against the Saudi-backed startup, Tiger said Greg Norman has done things not 'in the best interest of our game.'

BOB HARIG • JUL 12, 2022

ST. ANDREWS, Scotland – Tiger Woods made clear Tuesday his disappointment with those who have elected to join the LIV Golf Invitational Series, saying he believes commissioner Greg Norman has done damage to the game and that players who moved "have turned their back on what has allowed them to get to this position."

Speaking after a nine-hole practice round at the Old Course in advance of the 150th playing of the British Open, Woods, 46, went deep on the subject, calling out the 54-hole format, wondering about world ranking points, and suggesting that guaranteed money would lead to less incentive.

"I don't understand it," he said.

The LIV Golf Invitational Series launched in June and has seen two of eight events played so far this year.

Several high-profile players such as Phil Mickelson, Dustin Johnson, Bryson DeChambeau, Brooks Koepka and Sergio Garcia – all major winners – have signed on, receiving massive guaranteed contracts along with the ability to play for purses of $25 million.

The purse at The Open this week is $14 million.

"What is the incentive to practice and earn it in the dirt?" Woods said.

Asked about Norman's absence this week due to the R&A deciding not to invite him, Woods said: "Greg has done some things that I don't think are in the best interest of our game."

Later asked to explain in more detail, Woods said: "I know what the PGA Tour stands for and what we have done and what the Tour has given us, the ability to chase after our careers and to earn what we get and the trophies we have been able to play for and the history that has been a part of this game.

"I know Greg tried to do this back in the early '90s. It didn't work then, and he's trying to make it work now. I still don't see how that's in the best interests of the game. What the European Tour and what the PGA TOUR stands for and what they've done, and also all the professional – all the governing bodies of the game of golf and all the major championships, how they run it. I think they see it differently than what Greg sees it."

In the past, Woods has been friendly with many of the players who have made the move to LIV, including Johnson, DeChambeau and Reed.

"I disagree with it," Woods said. "I think that what they've done is they've turned their back on what has allowed them to get to this position.

"Some players have never got a chance to even experience it. They've gone right from the amateur ranks right into that organization and never really got a chance to play out here and what it feels like to play a Tour schedule or to play in some big events.

"And who knows what's going to happen in the near future with world ranking points, the criteria for entering major championships. The governing body is going to have to figure that out."

Scroll to Continue

## RECOMMENDED ARTICLES

**Greg Norman Calls Jack Nicklaus a 'Hypocrite' for Backtracking on LIV Golf**

**Fred Couples Strongly Rebukes LIV, Phil Mickelson: 'I Don't Think I'll Ever Talk to Him Again'**

**Report: Patrick Reed's lawyer tries to muzzle Brandel Chamblee**

LIV Golf recently submitted its formal request to the Official World Golf Ranking organization to receive world ranking points for its events. Woods noted the major championship representation on the board, as well as various tours around the world.

How that situation is resolved – especially considering some obvious conflicts of interest –

is still be determined. The 54-hole events and lack of a cut would seem to be a problem for LIV Golf, unless it can somehow incorporate its schedule into the Asian Tour, which sanctions it.

And the process is not quick. There is not expected to be resolution this year.

The problem for LIV golfers not earning points is they will slowly drop in the world rankings unless they have great weeks at a major championship – and this is the last major of 2022. The top 50 in the world are for now assured spots in the Masters and Open. The U.S. Open has two cut-offs for the top 60 in the world. The PGA Championship has not stated world ranking criteria, but it has traditionally filled its field with every player in the top 100 in the world not otherwise eligible.

"Some of these players may not ever get a chance to play in major championships," Woods said. "That is a possibility. We don't know that for sure yet. It's up to all the major championship bodies to make that determination. But that is a possibility, that some players will never, ever get a chance to play in a major championship, never get a chance to experience this right here, walk down the fairways at Augusta National.

"That, to me, I just don't understand it. I understand what Jack (Nicklaus) and Arnold (Palmer) did because playing professional golf at a Tour level versus a club pro is different, and I understand that transition and that move and the recognition that a touring pro versus a club pro is."

Woods was referring to the 1968 split from the PGA of America that Nicklaus and Palmer helped lead. At the time, the PGA of America governed all professional golfers. Touring pros sought to have their own voice and their own division, and it eventually led to the formation of the PGA Tour – a separate entity from the PGA of America, which still governs U.S. club pros and runs the PGA Championship and the Ryder Cup.

"But what these players are doing for guaranteed money, what is the incentive to practice?" Woods said. "What is the incentive to go out there and earn it in the dirt? You're just getting paid a lot of money up front and playing a few events and playing 54 holes. They're playing blaring music and have all these atmospheres that are different.

"I just don't see how, out of 54 holes – I can understand 54 holes is almost like a mandate when you get to the Senior Tour (PGA Tour Champions). The guys are little bit older and a little more banged up.

"But when you're at this young age and some of these kids – they really are kids who have gone from amateur golf into that organization – 72-hole tests are part of it. We used to have 36-hole playoffs for major championships. That's how it used to be – 18-hole U.S. Open playoffs.

"I just don't see how that move is positive in the long term for a lot of these players, especially if the LIV organization doesn't get world ranking points and the major

championships change their criteria for entering the events.

"It would be sad to see some of these young kids never get a chance to experience it and experience what we've got a chance to experience and walk these hallowed grounds and play in these championships."

***Watch golf live with fuboTV: Start a 7-day trial today!***

# EXHIBIT 75

Golf  - Published July 12, 2022

# Justin Thomas 'sick of talking about' LIV Golf

Sportsnaut



Credit: Peter Casey-USA TODAY Sports

The questions about LIV Golf keep coming, and Justin Thomas became the latest player to express his exhaustion over the topic Tuesday.

"I think it's very obvious why we're sick of talking about it because it is, it's taking away from a lot of — whether it's great storylines or just great things happening in the game of golf," Thomas said at his pre-tournament press conference at The Open Championship at St Andrews.

"I mean, the U.S. Open was such a shame in the beginning of that week because there were so many other great storylines that should have been going on, but instead it wasn't. And I think that's probably what some of the frustration is from guys, answering a lot of the same questions."

But Thomas, who became a multi-major winner last May when he captured his second PGA Championship, told reporters he knew why they had to keep asking questions about the story as more big-name golfers spurn the PGA Tour for the controversial LIV Golf Invitational Series.

"It's a very, very tough thing because it is, it truly is one of those things that the more you talk about it, the more traction it gets," Thomas said. "But obviously y'all want to know how we feel, and we want to know how other people feel, other players.

"I understand why y'all ask, like you have to. It's a part of your job. And you just genuinely want to know. Just like we want to know when we ask our friends, our peers, any of y'all what you think."

The LIV series is now two events into its inaugural season, but the run-up to the final major of the men's golf calendar has not been completely distraction-free. LIV CEO Greg Norman, a two-time Open champion, was asked not to attend the celebration of champions this week so that focus could remain on the major.

Thomas, for his part, said he has not been swayed to consider leaving the PGA Tour.

"It's just a part of it, and it's the unfortunate spot and time that we're at right now," the world No. 7 said. "But hopefully there will be a time and a place where we can just focus on and talk about the event going on and not some other stuff elsewhere."

–Field Level Media

# EXHIBIT 76

# Talor Gooch thought he would play one LIV event, then come back to PGA Tour

*By  Rex Hoggard July 15, 2022 at 9:13 AM*

ST. ANDREWS, Scotland – When it comes to LIV Golf, there's more fiction than fact. Who is going to play the Saudi-backed league, how much they are getting paid and why they would leave the PGA Tour is all the root of rampant speculation.

Following his second round at The Open, Talor Gooch lifted the veil, however slightly, on some of those questions. Specifically, he explained how his plan for a one-off start on the breakaway league turned into a full commitment.

"Historically the Tour has not done that [suspend players indefinitely]. So based on the history, that was my expectations," he said when asked why he decided to join LIV Golf full time.

Gooch, who shot a second-round 69 at St. Andrews, said his original plan was to only play the first LIV event in London, but he changed his mind when "the Tour suspended me." There's some question as to what Gooch didn't understand. Tour commissioner Jay Monahan had been rather clear on how players who defied tournament regulations and played the LIV events would be treated, including at a player meeting in February at the Honda Classic.

"[Monahan] made it clear right off the top that if you're going to play [the Super Golf League] walk out that door now," said one player who attended that meeting. "He made the ban seem like it was in all capital letters."

Gooch said he hoped that the game's established tours and organizations could find a way to coexist with the LIV circuit and that he hopes to be able to play the PGA Tour again. He also addressed his comments at last month's LIV event in Portland, Ore., where he compared the crowds and the atmosphere to a Ryder Cup.

"A bunch of players came up, and they're like really? Really? I was like, hold on a second, guys. Give me a little break. I just won. I was in the moment," he laughed. "I might have gotten a little aggressive with the comments ... Maybe a little aggressive of a comment. Rightfully so, I've taken a little bit of heat for it."

# EXHIBIT 77

# Families of 9/11 victims protest LIV Golf Tournament being held at Trump Country Club New Jersey

ByAnthony Johnson via Tuesday, July 26, 2022

BEDMINSTER, New Jersey (WABC) -- Families that lost loved ones on 9/11 are outraged over the sponsor of a golf tournament just a short drive away from where the towers stood.

The LIV Golf Tournament is taking place some 50 miles from the sight of the World Trade Center tragedy at the Trump Country Club in Bedminster, New Jersey.

And families affected by the tragedy are disgusted that the Saudi Arabian government is sponsoring the event.



**Get Eyewitness News delivered to your inbox daily**

Sign up for our daily newsletter

They are calling this a public relations stunt to change the image of the Saudi government.

These families say the crown prince of Saudi Arabia doesn't care about the sport but is attempting to white-wash history.

And they think this could also be a political move, with the Saudi government using its oil influence to try to change its image.

"The crown prince of Saudi Arabia Mohammed bin Salman is exploiting them to improve the Saudi kingdom's image in the U.S. by associating the kingdom with a respected and time-honored sport, National Chair of 9/11 Families United Terry Strada said. "To distract attention from its role in unleashing extremism on the world, terrorizing our children, murdering our loved ones, and injuring thousands of survivors."

The families are calling this effort "sport washing" and are deeply concerned that pro golfers like Phil Mickelson, Dustin Johnson, Bryson Dechambeau, and Sergio Garcia are becoming a mouthpiece for the

Saudis.

And they are upset with former President Donald Trump for hosting the event.

The families believe President Biden should hold the Saudi prince accountable for 9/11 and are calling the money being given to the golfers blood money.

These families of the 9/11 victims are inviting the golfers to meet with them and are hoping fans will not show up this weekend for the event.

**MORE NEWS: [New York City correction officers charged after attempted suicide at Rikers](#)**


----------

* **[ Get Eyewitness News Delivered](#)**

* **[Follow us on YouTube](#)**

* **[More local news](#)**

* **[Send us a news tip](#)**

* **[Download the abc7NY app for breaking news alerts](#)** **Submit a News Tip**

Copyright © 2022 WABC-TV. All Rights Reserved.

# EXHIBIT 78

# LIV Golf League to expand to 14 events, increase total purse to $405 million beginning in 2023

The LIV Golf Invitational Series will officially change to LIV Golf League for the 2023 season

By Kyle Boone Jul 27, 2022 at 12:07 pm ET • 1 min read

It took Tony Finau eight years to accumulate his first two PGA Tour wins. His next two took just eight days.

Finau touched off his second consecutive PGA Tour win at the Rocket Mortgage Classic on Sunday at Detroit Golf Club by five strokes over Cameron Young, Taylor Pendrith and Patrick Cantlay after winning the 3M Open the Sunday prior. In the process, he continues to shed his reputation as a competitor who is always in the mix but rarely capable of closing out PGA Tour events.

That was always the big knock on Big Tone. He strung together 39 top 10s on the PGA Tour between his first win in 2016 at the Puerto Rico Open and his next one at the 2021 Northern Trust. He didn't even play 39 *tournaments* until his next two victories. So whether the labels were fair or not, which is a hotly debated golf nerd topic, it has become clear they are no longer applicable.

Winning is largely overrated on the PGA Tour when determining the best players in a given stretch, but over the course of a career, winning absolutely matters. Nobody, not even Finau, thinks otherwise. And to be considered one of the better players in the world, he needed to add to his meager collection of Ws, even if it happened at a couple of lesser events at the end of the summer.

You can credit Finau's recent winning windfall to a lot of different factors, but the man in the arena says it's the byproduct of keeping his head down and continuing to grind.

"I'm proud of the way that I fought through adversity through my career and now I'm a back-to-back champion," said Finau on Sunday in Detroit. "That's what happens. They say a winner is just a loser that just kept on trying, and that's me to a T. How many times do I lose? But one thing I won't do is give up and I'm only here as a winner because I chose not to give up and just keep going."

Grinding with a great attitude alone never won anybody anything, of course. While it's true that Finau took down two of the weaker fields of the season, it's also true that he's raised his game in final rounds -- he ranks second on the PGA Tour in fourth-round scoring average this season -- and is playing better with the lead than he has in the past. According to Data Golf, when entering the final round of an event inside the top three, Finau has put together his two best and three of his nine best performances ever in the final round of tournaments over the last six weeks. He won two of them.

| EVENT | SCORE | | POSITION | | STROKES-GAINED | |
| | | START | Δ | END | TRUE ⓘ | VS "EXPECTED" ⓘ |
|---|---|---|---|---|---|---|
| FILTERED AVERAGES (12 ROUNDS) | **69.6** | - | | - | ● +1.7 | +0.31 |
| 2022 3M Open | 67 | T3 | ↗ 2 | 1 | ● +4.7 | +3.16 |
| 2022 RBC Canadian Open | 64 | T1 | ↘ 1 | 2 | ● +4.7 | +3.15 |
| 2019 World Golf Championships-HSBC Cha... | 71 | 1 | ↘ 1 | T1 | ● +3.7 | +1.57 |
| 2021 Saudi International powered by SoftB... | 68 | T3 | ↗ 1 | T2 | ● +3.2 | +1.48 |
| 2018 THE NORTHERN TRUST | 68 | T3 | ↗ 1 | 2 | ● +3.2 | +1.60 |
| 2018 Genesis Open | 69 | T3 | ↗ 1 | T2 | ● +2.9 | +1.39 |
| 2021 The American Express | 68 | T1 | ↘ 3 | 4 | ● +2.8 | +0.96 |
| 2019 Charles Schwab Challenge | 68 | T2 | ◦ | 2 | ● +2.8 | +1.42 |
| 2022 Rocket Mortgage Classic | 67 | T1 | ◦ | 1 | ● +2.3 | +0.41 |
| 2019 | | | | | | |

Data Golf

This is emblematic of the quality of golf Finau has been playing. After starting the first four months of the year in a bit of a slump -- Finau ranked outside the top 70 in strokes gained, behind players like Matthew NeSmith and Denny McCarthy -- Finau has picked up the pace. Since the day before the Mexico Open, where he finished runner up, Finau ranks No. 4 in the world in strokes gained behind Rory McIlroy, Xander Schauffele and Matt Fitzpatrick.

His recent run is even more astounding: three top-two finishes in his last six starts and a stretch starting at the 3M last week where he shot 67-68-65-67-64-66-65-67. It doesn't matter what the course looks or plays like, when you go eight rounds and your *worst* score is 68, that's about the highest level of golf imaginable.

Finau has always been considered one of the best people in professional golf. With five kids and an entire community behind him (see video below), his professional endeavors have always seemed to be less about money and fame and more about family and unadulterated delight in the game. That made it even more enjoyable to see him come a bit undone on Sunday after winning his second straight tournament.

"My kids, they see the work that dad puts in," he said on Sunday while getting choked up. "The sacrifice I make for our family. The time it takes to be great at something. It means everything to me that my kids can watch me not only fail but watch me win as well. That's what it takes to be a champion."

Finau *is* a champion, and with the momentum he's consolidated, you could make the argument he's now the favorite to win something he's never won before -- the FedEx Cup. The only two players who are arguably playing at a higher clip than Finau right now are McIlroy and Schauffele, but with his win on Sunday, Finau moved into the No. 7 spot in the FedEx Cup points race and will be on the short list of favorites to win East Lake at the end of August.

"Another goal is to win the FedExCup, and I put myself in position to do that," said Finau on Sunday. "Scottie's going to be extremely hard to catch. Sam Burns, those guys have had

unbelievable seasons. I think Cameron Smith is up there. Those guys will be hard to catch, but the way the points work in the FedExCup, you're able to race up that, climb that ladder pretty fast. I at least have given myself a chance to do that. I think I've been quoted saying it many times before, a week can change your life. I guess when you look at mine, two weeks is now back-to-back weeks has now changed my life and it's a great feeling

Much will depend, of course, on how the first two playoff events unfold, but with the way Finau is playing and the confidence and momentum he has rolling downhill right now, the winning might not be over. In fact, it might just be getting started.

# EXHIBIT 79

# Greg Norman opens up to Post about LIV Golf, 'blood money' controversy, PGA Tour fight

*Mark Cannizzaro*                                   July 28, 2022 2:53pm Updated

Greg Norman sat poolside on Wednesday at Trump Bedminster ahead of LIV Golf's third event since its recent inception.

The 67-year-old Aussie, a two-time major championship winner whose length of reign as the No. 1 ranked player in the world was only outdone by Tiger Woods, looked relaxed, satisfied and bubbling with anticipation for the week as he spoke exclusively to The Post about an array of topics related to the controversial Saudi-backed tour.

Norman, the face of LIV Golf as its CEO and commissioner, held no punches back as he spoke about LIV Golf's place in the ecosystem of the sport, the pushback by the PGA Tour, his personal battle with the PGA Tour that dates back to the '90s, the marquee players LIV has signed and his own legacy in the sport. He, too, pushed back at those critical of him and the players taking the Saudi money.

**Q: How do you feel about how quickly LIV Golf has come about and the current momentum the tour has generated?**

A: One word: Product. We knew how good the product was, because of the business model. It was about getting the product to show itself. In six rounds of golf (the first two events, in London and Portland, Ore.), look at what we've done to change the perception of what LIV was all about. The players and the fans have spoken and we couldn't be happier. Each week, we build the product better and better and better. That's our goal. Our runway is a really long one to keep building, because every week is different.



Greg Norman with Donald Trump (r.), Dustin Johnson (second from left) and Bryson DeChambeau (l.) at the LIV Golf pro-am Thursday at Trump Bedminster.
AP

**Q: What is your anticipation about the energy level this week playing in the New York market?**

A: Look, this was a market we were going to focus on immediately, because the PGA Tour wasn't focused on it. They're not playing in New York, New Jersey, Boston, Chicago, which is insane. So, we wanted to make sure that we brought our product to this market, and New York City is obviously the home of the CEOs and the institutional money. So, it was logical that we get here sooner than later.

**Q: What do you think the atmosphere at Trump Bedminster will be like?**

A: Going into Portland (the second event) I was nervous because of all the white noise, and it just turned out to be white noise. Coming here it's a little bit different because it's President Trump's property. I was more nervous for Portland than London (the first event) just because of the sentiment

from the senator (Oregon Senator Ron Wyden) and how he was going against us — for all wrong reasons.

*(Editor's note: Last month, Wyden accused the Saudi government of sports washing, [telling the Associated Press](#), "It's just a page out of the autocrats' playbook covering up injustices by misusing athletics in hopes of normalizing their abuses.")*



Greg Norman (r.) with Jared Kushner on Thursday at Trump Bedminster.
Daniel William McKnight

**Q: Are you surprised by how many top players, such as Bryson DeChambeau, Brooks Koepka and Dustin Johnson, have signed on already?**

A: The answer is no, because the number of conversations I've had with all the top players and their understanding of my mindset from three different categories — a player's category, a brand-building category and from a CEO's category. From a player's category, they knew I had their back. For 45 years, I went through every piece of crap these players are going through, because there was only one

institution in the game (the PGA Tour) and it was so unfair on us, on the players. So, I'm like a dog with a bone from a player's perspective.

**Q: What is your reaction to the criticism that has come about taking money from Saudi Arabia, which has such poor human rights records and policy?**

A: We are not a political organization. We are here to play golf, serve fans, grow the game, and give additional opportunities to players. I also have seen firsthand the good that golf can do around the world, and Saudi Arabia is no different.



Greg Norman with Ivanka Trump, Jared Kushner and their children on Thursday.
Daniel William McKnight

**Q: What do you say to the families of the 9/11 victims who've accused LIV Golf of taking "blood money," citing that 15 of the 19 hijackers were from Saudi Arabia?**

A: I offer my deepest sympathy to the families of 9/11. My heart goes out to anyone affected by that

tragedy. While some may not agree, I continue to believe that golf is a force for good around the world, and that includes Saudi Arabia.

**Q: Since the start, you've insisted the mission has not been about taking the PGA Tour down, but wanting to work with them. Do you still see a coexistence between LIV Golf and the PGA Tour with compromise on both sides?**

A: One hundred percent. We have no intention to try to destroy the PGA Tour. Every step of the way we've built our model to work within the ecosystem and give everybody the opportunity to work within that ecosystem. It's pro golf. There's such a simple solution, it's ridiculous. I can't talk about it, because it's a process we've gone through with our legal team knowing everything that's in the rules and regulations. But it's not a hard fix, it's really not. And the longer they do it (suspend players), the less we're worried about it because we have more people coming in and wanting to invest.

**Q: The biggest negative to this is the best players in the game have become separated because of the PGA Tour suspensions. Is that a concern of yours?**

A: It is split now because of the way the PGA Tour put the stake on the ground. If the PGA Tour came to us when we reached out to them to understand what our business model is, walk them through it, we wouldn't be in this place. Like in any business deal, you sit down and you see what they have to offer. "OK, I like all of it, I like some of it, I don't like any of it." If you don't like any of it, it's, "OK, how do we work to fix it?" I'm not that experienced at business, but I've never seen anybody approach it like this. So, if (PGA Tour commissioner Jay Monahan) had done it in the beginning, he would have seen many, many opportunities.

**Q: Regarding Monahan, are you still as willing now as you were then to work with the PGA Tour?**

A: If he wants to come and sit down right here right now, I'd sit down with him and say, "OK Jay, what's your problem? What are your issues?"



PGA Tour commissioner Jay Monahan
Getty Images

**Q: Is there a part of you that's surprised that Monahan and the PGA Tour didn't take LIV Golf more seriously?**

A: You've got to remember, I've got their playbook from '94-95 (when Norman tried to start a world tour). They've almost played it back to the T. It's almost identical. It's almost a mirror, step-by-step — even to a comment they made about the DOJ (Department of Justice, which announced recently it's investigating the PGA Tour for its suspension of players who are playing in LIV events), saying, "We've done this before and we're confident we can do it again." It's a totally different world today than it was back then. And, oh, by the way, there's one person who's been in the middle of it twice now and knows the playbook, and that's me. What they did in '94 (thwart Norman in starting a world tour), they think they can do again. We'll see how it plays out.

**Q: What were the things PGA Tour did in '94 to thwart your efforts to start a world tour?**

A: Lobbying. When the FTC (Federal Trade Commission) investigated the PGA Tour back then, they interviewed me and I told them exactly what I wanted to do and how I wanted to include the players and get them equity and players were still going to play on the PGA Tour and that it wasn't one or the other. The FTC at the time voted 4-0 to investigate the PGA Tour. (Then commissioner Tim) Finchem went to (Capitol Hill) and lobbied. He was a lobbyist (campaign chairman) for (former Presidential candidate Walter) Mondale.

**Q: What's your knowledge of what the PGA Tour is doing now to fight LIV Golf?**

A: We know now that the PGA Tour is lobbying the Hill hard right now. We even know how much money they're spending. It worked for them in the past and they're hoping it's going to work for them now. If they want to fire a serve across the net at me at 140 [mph], it's coming back at them at 150. It's coming back at you, man. It ain't a block. It's ain't a slice. It's coming back at you harder and you better have your s–t together.

**Q: What is your confidence about the outcome of the DOJ investigation?**

A: It's hard to say. They've got to go through their process. We feel very, very, very good about our position and our case and our rights. The product is speaking for itself.

**Q: What do you make of the perception that because you tried to start that world tour in the '90s, fighting Deane Beaman and Tim Finchem, this is a continuation of a vendetta?**

A: Look, that's a very easy, shallow comment to make. It's an easy out. This whole notion about me and Finchem, Beaman and Monahan, is it true? Yeah, to a degree it is true, because I did challenge them on player rights.

**Q: What drives you most about your involvement in LIV Golf?**

A: Maybe my legacy is this, not what I did on the golf course. What I did on the golf course gave me the opportunity to see this chance and allowed me to do this.

**Q: What's your take on the public berating Phil Mickelson has taken since joining LIV Golf?**

**Q: What's your take on the public berating Phil Mickelson has taken since joining LIV Golf?**

A: Well, they needed a piñata, right? The negative people needed someone to take a swing at. Obviously, the thing that was written (by writer Alan Shipnuck in what Mickelson said was a "private conversation" — which Shipnuck denied — during which he called the Saudis "scary motherf–kers" and saying he was using LIV as leverage against the PGA Tour) that was one of the biggest obstacles ever thrown at (Mickelson). I feel sorry for Phil, I feel sorry it got out there. I feel sorry for Phil if it's in any way true, then he put himself in a really tough position. And I'm happy for Phil, because he understood the value of what LIV could do for him and where he wanted to go and look at the future. He was polarizing with the Tour because he realized his market value was underutilized.



Phil Mickelson
Getty Images

**Q: What is your relationship with Mickelson?**

A: It wasn't a close relationship before he signed on. Since he's come on board, he's engaged, he's in. Phil sends me long texts and thanks me. On a communicative level, he's probably in touch more than any other player.

**Q: Can LIV Golf ever recreate the drama the big tournaments produce, the way they matter, particularly in the final rounds?**

A: We'll build into it. It's just like the transition of the Ryder Cup. When it was UK against the U.S., it was a butcher show. It wasn't even a competition. When they opened it up to expand to the European players, it became a competition and the Ryder Cup took off.

**Q: How important is it to LIV that one of the marquee stars wins an event, maybe even this week?**

A: Of course, we want that. It's going to happen. It's like how great it would have been if one of the LIV players won the (British) Open. They will win, and when they do win it'll go up another level.



Donald Trump (l.) and Greg Norman (r.) on Thursday.
AP

**Q: There are constant rumors of more players coming to LIV once the PGA Tour season is complete, including Bubba Watson. What do you see your roster looking like in two months?**

A: There's more stuff coming. The best way for me to answer that is we wouldn't have put the announcement out today about launching the league (in 2023) if there wasn't a very clear indicator of how solid we feel about the players we'll have going into next year.

**Q: How do you see the World Ranking points situation unfolding, with all of the key figures on the board being heads of organizations that are anti-LIV (PGA Tour, USGA, PGA of America, R&A, Augusta National)?**

A: That's a good question. The person who's at the helm is extremely intelligent and understanding about growing the game of golf — Peter Dawson (the former head of the R&A). He gets it. Peter and I

have had open discussions about this. I flew to Scotland to sit down and have dinner with him. He has our application, so he'll go through the right process to get it there. We brought up recusing Monahan and (Keith) Pelley (the DP World Tour commissioner) and (Martin) Slumbers (who heads the R&A) and everybody who's had a negative comment about LIV, and they cannot vote. They can't. From an OWGR (Official World Golf Rankings) standpoint, if I'm in (Dawson's) shoes, I'm getting independent legal advice.

**Q: Everyone is waiting for Augusta National to weigh in, yet their top man, Fred Ridley, has been silent.**

A: I spoke to Fred Ridley. They've weighed in pretty hard against (LIV). The majors should stay Switzerland, they have a responsibility for one event, not a league. But it also tells you is there a cabal there? This is the slippery slope you go down about what LIV is starting to expose.

# EXHIBIT 80

SPORTSMONEY   DAILY COVER

# The World's Highest-Paid Golfers 2022: LIV Golf Reshuffles Top Earners And Sends Pay Soaring



ILLUSTRATION BY STEPHANIE JONES FOR FORBES; PHOTOS BY WARREN LITTLE/GETTY IMAGES, OISIN KENIRY/GETTY IMAGES, ROSS KINNAIRD/GETTY IMAGES, KEVIN C. COX/GETTY IMAGES, ANDREW REDINGTON/GETTY IMAGES, ALEX GOODLETT/GETTY IMAGES

**Justin Birnbaum** Forbes Staff

*I cover the intersection of sports, business and technology.*



Jul 29, 2022, 06:30am EDT

**Thanks to Saudi Arabia's bottomless well of petrodollars, LIV Golf has boosted the earnings of the top ten golfers by an estimated $370 million since June, bringing their combined haul to a record $650 million over the last 12 months.**

---

**T**he breakaway LIV Golf tour, which is owned by Saudi Arabia's $620 billion (assets) sovereign wealth fund, is many things. It's faster than the PGA Tour, with a 54-hole ("LIV" in Roman numerals) format played over three days. It's louder, with music blaring before tee-off. It's less frequent, with one-sixth as many events. But mostly it's richer. LIV Golf is about money. Piles and piles of it.

The government of Saudi Arabia is pumping an estimated $2.4 billion into LIV over the next couple of seasons to get the league off the ground, a big chunk of which is to lure top talent. In total, LIV has boosted the earnings of the ten highest-paid golfers by an estimated $370 million since May, bringing their combined haul to a record $650 million.

"I wanted to be a part of something from the ground up," says Bryson DeChambeau, who won

Cookie Preferences

the U.S. Open in 2020 as a 27-year-old and
joined LIV in June. "The resources, the time, the
rest and then the enjoyment factor were why I
was able to make that jump and wanted to make
that jump."

Sure. But it probably helps that he's likely
getting north of $125 million as a guarantee
from LIV, half of which *Forbes* estimates he
received upfront. That $62 million payment has
propelled DeChambeau to No. 3 among the
world's highest-paid golfers, with total pretax
earnings of $86 million over the past 12
months—and ranks him as the 11th-highest-paid
athlete on the planet, ahead of Tom Brady.

The downside? No more PGA Tour, no more
Players Championships and no more
international competition in the Ryder Cup. Like
all other PGA Tour defectors, DeChambeau had
his membership suspended. But the Saudi-
backed golfers should still be able to compete in
the Masters and golf's three other majors, none
of which are run by the PGA Tour.

Two-time major winner Dustin Johnson, who
finished tied for sixth at the British Open at St.
Andrews this month, did even better than
DeChambeau. The 38-year-old pro from South
Carolina, who is married to Wayne Gretzky's
daughter Paulina, pocketed $97 million in the
last year, including an estimated $62 million
signing bonus from LIV in May. The Saudi

Cookie Preferences

money makes Johnson the fifth-highest-paid athlete in the world. It was an easy choice, he says: "Play less golf, play for more money—it just made sense."

The biggest winner of all? Phil Mickelson. With six majors and 45 PGA Tour wins under his belt, the second-most-accomplished golfer of his generation was one of the first to voice support for the new tour. Back in February, he was vilified (and took a subsequent break from playing) after seeming to dismiss Saudi Arabia's human-rights record in exchange for a "once-in-a-lifetime opportunity to reshape how the PGA Tour operates." Several sponsors dropped him. But what does he care? LIV more than made up for it, guaranteeing Mickelson an estimated $200 million, half of which he likely got upfront. In all, the 52-year-old pulled in $138 million in the past year, making him the world's highest-paid athlete in 2022, edging out soccer superstar Lionel Messi ($130 million).

There are risks. LIV Golf has no major U.S. broadcast partner and barely any event sponsors. The LIV-curious are forced to watch on YouTube. And the tour is incinerating cash. There are limited revenues, and in addition to the enormous signing bonuses and multimillion-dollar-per-event production budgets, LIV has guaranteed $255 million in prize money for 2022. In 2023, that will expand to $405 million

for 14 events. "Just like any startup, you've got a burn rate, and whether it was, heck, Amazon or Uber or whatever, they're all burning certain cash up until they reach the point of profitability," says LIV Golf president and former Tampa Bay Buccaneers executive Atul Khosla.

The PGA Tour isn't sitting still. In June, it raised the prize purses of eight tournaments by a collective $53.8 million, with the Players Championship rising to $25 million. On the flip side, the PGA Tour's hard line against giving its members permission to participate in LIV events has triggered a Department of Justice antitrust investigation.

One golfer who refuses to play LIV's game: Tiger Woods. LIV Golf CEO Greg Norman, known as the Great White Shark during his Hall of Fame playing career, told the *Washington Post* that Woods rejected a "mind-blowingly enormous" offer in the "high nine digits" from LIV. That decision knocked Woods, who was once the world's highest-paid athlete ten years running, into unfamiliar territory—he's now just fifth among the highest-paid golfers, with total earnings of $68 million. He has no regrets. "I just don't understand it," he said ahead of the British Open. "I just don't see how that move is positive in the long term for a lot of these players."

Cookie Preferences

*Additional reporting by Brett Knight.*

# THE WORLD'S HIGHEST-PAID GOLFERS 2022

---

**#1. $138 mil**

# PHIL MICKELSON

AGE: 52 | ON-COURSE: **$102 mil** • OFF-COURSE: **$36 mil**



Phil Mickelson raises his arms and celebrates his two stroke victory on the 18th hole green during the final round of the PGA Championship on The Ocean Course at Kiawah Island Golf Resort.   KEYUR KHAMAR/GETTY IMAGES

Cookie Preferences

Lefty crossed $1 billion in career earnings thanks

to his LIV deal. One of only a handful of players (including Tiger Woods, Dustin Johnson, Vijay Singh and Tom Watson) to earn a lifetime membership on the PGA Tour, Mickelson had that privilege suspended after he joined LIV.

#2. **$97 mil**

# DUSTIN JOHNSON

AGE: 38 | ON-COURSE: **$68 mil** • OFF-COURSE: **$29 mil**



Dustin Johnson   CODY PICKENS FOR FORBES

Now ranked No. 17 in the world, Johnson was the first star to jump to LIV in May, for an estimated $125 million. He cashed out his stake in Bodyarmor for an undisclosed sum in

Cookie Preferences

November. Sponsors Adidas and TaylorMade
have stuck with him after he resigned from the
PGA Tour.

#3. **$86 mil**

# BRYSON
# DECHAMBEAU

AGE:28 | ON-COURSE: **$66 mil** · OFF-COURSE: **$20 mil**



Bryson DeChambeau   CODY PICKENS FOR FORBES

DeChambeau earned $560,000 from his first
LIV event in July, nearly triple what he had
earned in his seven prior tournaments in 2022.

#4. **$69 mil**

# BROOKS KOEPKA

AGE: 32 | ON-COURSE: **$53 mil** • OFF-COURSE: **$16 mil**



Brooks Koepka    CARMEN MANDATO/GETTY IMAGES

Koepka, who has won four majors and nurtures a fierce rivalry with DeChambeau, secured an estimated $100 million guarantee from LIV.

#5. **$68 mil**

# TIGER WOODS

AGE: 46 | ON-COURSE: **$43,500** • OFF-COURSE: **$68 mil**



Tiger Woods  STUART FRANKLIN/R&A/GETTY IMAGES

**Golf's only billionaire**, Woods has no need for Saudi money.

#6. **$43 mil**

# RORY MCILROY

AGE: 33 | ON-COURSE: **$9 mil** • OFF-COURSE: **$34 mil**



Rory McIlroy   SAM GREENWOOD / GETTY IMAGES

McIlroy has been vocal in his support of the PGA Tour, telling CBS "there's no room in the golf world for LIV Golf." It may be paying off. Workday agreed to sponsor the Northern Irishman in February, the same month the software company announced it would not renew its deal with Mickelson.

### #7. **$42 mil**

# SERGIO GARCIA

AGE: 42 | ON-COURSE: **$35 mil** • OFF-COURSE: **$7 mil**



Sergio Garcia    DAVID CANNON /GETTY IMAGES

The Spaniard, the 2017 Masters champion, was part of the first wave to join the upstart Saudi tour.

---

#8. **$39 mil**

# JORDAN SPIETH

AGE: 29 | ON-COURSE: **$8 mil** • OFF-COURSE: **$31 mil**



Jordan Spieth   JED JACOBSOHN /GETTY IMAGES

The former world No. 1 reasserted his loyalty to
the PGA Tour in July, saying, "Any reports that I
am contemplating competing anywhere other
than the PGA Tour are categorically untrue."
After signing a new deal, he will remain the face
of Under Armour's golf business through 2029.

#9. **$37 mil**

# PATRICK REED

AGE: 31 | ON-COURSE: **$34 mil** • OFF-COURSE: **$3 mil**



Patrick Reed  KEVIN C. COX / GETTY IMAGES

Reed starred for years in the Ryder Cup, earning him the nickname "Captain America." Now ineligible for the biennial Europe vs. United States contest, he's flying a new flag: The 31-year-old wore the LIV Golf logo on his hat, collar and sleeve at the British Open.

#10. **$34 mil**

# CHARL SCHWARTZEL

AGE: 37 | ON-COURSE: **$30 mil** • OFF-COURSE: **$4 mil**



Charl Schwartzel  CHRIS TROTMAN/LIV GOLF

In 2011, Schwartzel won $1.4 million in prize
money at the Masters, his first and only major
championship win. The South African's victory
at LIV's inaugural London event in June landed
him more than triple that sum.

## METHODOLOGY

*This year's list of the world's highest-paid
golfers tracks earnings between July 3, 2021,
and July 3, 2022, to coincide with the
completion of the PGA Tour's John Deere
Classic and LIV Golf's Portland Invitational.
The on-course earnings figures include prize
money and bonuses, as well as upfront
payments for signing on with LIV Golf. Based
on conversations with a dozen industry sources*