# EXHIBIT 81

**The New York Times** | https://www.nytimes.com/2022/07/29/sports/golf/liv-trump-september-11.html

## To 9/11 Families, Saudi-Backed Golf Event Is 'Another Atrocity'

The families are furious that former President Donald J. Trump once blamed Saudi Arabia for the terrorist attacks, but is now allowing his golf course to be used for its LIV Golf event.

 **By David Waldstein**

July 29, 2022

BEDMINSTER, N.J. — A somber and tearful group of protesters stood between two American flags behind a public library, in stark contrast to the festivities at a golf tournament three miles down the road. They made their statements and promoted their cause, but declined to take the fight to the gates of Trump National Golf Club Bedminster.

"We are pleased that people are refocusing attention on this issue," said Jay Winuk, one of the protest's organizers. "There is no reason to go over to the scene where yet another atrocity is taking place."

The group, a band of family members of victims of the 9/11 terrorist attacks, spoke vehemently against the Saudi-backed LIV Golf tournament being held this weekend at the club owned by a former president, Donald J. Trump.

The group, 9/11 Justice, seeks to bring Saudi Arabian government officials, whom they assert supported the terrorists, to judgment. They are infuriated that Trump once agreed that the Saudi government was responsible, but has changed his tune, they said, to cash in on Saudi efforts to sanitize the nation's global image through sports.

"How much money does it take to turn your back on your country, on the American people?" said Juliette Scauso, who was 4 years old when her father, the firefighter Dennis Scauso, perished in the attacks.

For days, the LIV golfers and Trump have defended their decisions to align with the breakaway tour and accept millions of dollars from the Saudi sovereign wealth fund, which is overseen by Crown Prince Mohammed bin Salman. Critics of the tour say it is another example of the Saudis "sportswashing" atrocities attributed to them — supporting the 9/11 terrorists, killing the journalist Jamal Khashoggi and oppressing women and members of the L.G.B.T.Q. community.



A protester wore a baseball cap in the style of former President Donald J. Trump's campaign hat.  Doug Mills/The New York Times



Michael Jessie, of Plainville, N.Y., was among the protesters objecting to the tournament.  Doug Mills/The New York Times

Trump, who as a presidential candidate in 2016 blamed the Saudis for the 9/11 attacks, said on Thursday that "nobody's gotten to the bottom of 9/11, unfortunately."

On Friday, the protesters had their chance to respond to both Trump and to the golfers. Many accused the golfers of cowardice for proclaiming sympathy with their cause while still accepting LIV Golf's money.

"You are taking a stand that you agree with the actions of Saudi Arabia or, just as bad, that you are so incredibly greedy and callous that you really don't care about these atrocities," Scauso said.

> **Sign up for the Sports Newsletter**  Get our most ambitious projects, stories and analysis delivered to your inbox every week. Get it sent to your inbox.

The organizers came to the protest armed with copies of declassified F.B.I. documents, which they say establish a clear connection between 12 Saudi government officials and the terrorists in the months leading up to the attacks.

"It's simple," said Tim Frolich, who was in the South Tower on 9/11. "The Saudis did it. They plotted it, they funded it, and now they are trying to distract every one of those things with a golf tournament 50 miles away from ground zero. It's deplorable."

The group urged golf fans to boycott LIV Golf and asked golfers and anyone doing business with the Saudis, including broadcasters, to reconsider. On Friday morning, at a nearby Marriott serving as headquarters for the tour on its Bedminster stop, members of the group approached David Feherty, the former CBS and NBC golf analyst who has defected to join the tour even though it has no American broadcast television contract yet.

Brett Eagleson, the president of 9/11 Justice, asked Feherty if he would listen and perhaps speak to the golfers about the choices they are making.

"He was actually really receptive," Eagleson said. "He was really open to working with us and having a partnership with us, as opposed to being combative. I'm hopeful."

Eagleson spoke with David Feherty, the former CBS and NBC broadcaster who has joined LIV Golf as a commentator.  Doug Mills/The New York Times

But Eagleson was far less conciliatory about Trump, who he said was more culpable than the golfers, because, as the former commander in chief, he should know better. Eagleson was part of a group that met with Trump at the White House on Sept. 11, 2019. They say Trump urged them to continue their work, which they did with vigor on Friday.

Eagleson said Trump's claim that "nobody's gotten to the bottom of 9/11" outraged the family members of victims beyond their already simmering anger.

"Our loved ones are the heroes," he said, "and the golfers and the former president are cowards."

As the protesters spoke, several passing cars honked horns in support, but a few drivers yelled out in support of Trump and one yelled at the family members to go home.

Winuk, whose brother, Glenn Winuk, a volunteer firefighter, died in the attacks, called the Saudi funds "blood money" and warned that anyone taking it would carry the "stench" of it forever.

"LIV Golf?" he said. "For me and so many more of us, it's more like death golf."

Several members of the group, including former Trump supporters, took turns at the lectern lambasting the Saudis, the golfers and the former president. When asked what else the group had planned, Eagleson broke down while explaining the exhaustion he and others in the organization felt.

"I'm tired of fighting," he said through the tears.

# EXHIBIT 82

# LIV Golf Tournament at Trump Club Sees Thin Crowds, $1 Tickets: Reports

*Jason Lemon*    On 7/30/22 at 6:07 PM EDT



Video

Video Player is loading.

Current Time 0:00

Duration 0:00

Remaining Time 0:00

What Is LIV Golf And Why Is The PGA Rival League Controversial?

Thin crowds were reported at the Saudi-backed LIV Golf tournament taking place at former President Donald Trump's New Jersey club this weekend—with tickets reportedly being sold for as little as $1 online.

LIV Golf, which aims to rival the near century-old PGA Tour, has drawn substantial controversy due to it being financed by Saudi Arabia's Public Investment Fund. The kingdom has faced strong criticism from Democrats and Republicans alike for its documented human rights abuses, and particularly for the grisly murder of *Washington Post* contributor Jamal Khashoggi at the Saudi consulate in Istanbul in 2018.

While LIV Golf managed to attract some high-profile professional golfers, the PGA Tour barred its members from participating in the competition. Trump, however, embraced the new tournament after the PGA Tour ended its plan to host its championship at his Bedminster club following the events of January 6, 2021.



Donald Trump walks the driving range during day two of the LIV Golf Invitational at Trump National Golf Club Bedminster on Friday in New Jersey. Jared C. Tilton/LIV via Getty Images

*The New York Times* reported Friday that the crowds at the event were "thin and scant at many holes," although it also noted the "easy camaraderie" among the players. Similarly, *The Wall Street Journal* reported that many holes "had just a smattering of fans as the day progressed" on Friday. The conservative newspaper additionally reported that tickets for the event were being sold for as little as $1 on StubHub.com.

A search by *Newsweek* on Saturday afternoon showed tickets for the Sunday event at Trump's Bedminster club being sold for as little as $7 and $8 on the ticketing website. Some event tickets were going for as much as $150 as well.

"The golf itself, meanwhile, wasn't exactly supercharged—light crowds were spread across much of the vast grounds here on the first day of the tournament," the *Journal* reported.

*Golfweek*, meanwhile, described the crowd as "lively." Some attendees reportedly chanted "Four more years!" and "Let's go Brandon!" when Trump made his first appearance to tee-off at the event. "Let's go Brandon" has become a popular slogan by right-wing critics of President Joe Biden, as it stands in for "F*** Joe Biden."

Trump shrugged off criticism of the Saudi financing behind the event, saying the funders were his friends

"I've known these people for a long time in Saudi Arabia and they have been friends of mine for a long time," Trump said Thursday, according to *The Times*.

"They've invested in many American companies. They own big percentages of many, many American companies and frankly, what they are doing for golf is so great, what they are doing for the players is so great. The salaries are going to go way up," the former president said.

*Newsweek* reached out to LIV Golf for comment.

# EXHIBIT 83

| Wyndham Championship<br>Sedgefield Country Club | 1<br>Joohyung Kim<br>4 -18 | -18 | 2<br>John Huh<br>4 -15 | -15 | 3<br>Sungjae Im<br>4 -14 | -14 | T4<br>Russell Henley<br>4 -13 | -13 | T4<br>Taylor Moore<br>4 -13 | -13 |

FULL LEADERBOARD  ›

☰  **Golf**Digest                                                    🔍  LOG IN

MONEY MATTERS

# LIV Golf's riches propel Phil Mickelson to this notable financial title

**By Ryan Herrington** | July 31, 2022



Jonathan Ferrey/LIV Golf

In his three starts on the breakaway LIV Golf series, Phil Mickelson has struggled might
conjure up the game that earned him his spot in the World Golf Hall of Fame. He's a

✕

**TONY FINAU'S
FAMILY-RELATED WINNING S...**

**WATCH MORE**

collective 26 over par prior to playing Sunday's final round of the event at Trump National Bedminster in New Jersey.

Yet the 52-year-old is still a big winner according to a **report from Forbes**. On Friday, the magazine published a list of the highest-paid golfers for 2022. Perhaps not surprisingly seven of the top 10 were players who jumped to the LIV Golf series, signing eight- and nine-figure guaranteed contracts, with that money counting toward the players totals.

**MORE: The good, bad and ugly of being on the ground for the LIV Golf circus**

Forbes estimated that in total LIV Golf has increased the earnings of the 10 highest-paid golfers by an estimated $370 million since May, bringing their combined haul to a record $650 million.

Here's the list, with only Tiger Woods, Rory McIlroy and Jordan Spieth not among the LIV defectors.

**1: Phil Mickelson,** $138 million ($102 million on course/$36 million off course)
**2: Dustin Johnson,** $97 million ($68 million/$29 million)
**3: Bryson DeChambeau**, $86 million ($66 million/$20 million)
**4: Brooks Koepka,** $69 million ($53 million/$16 million)
**5: Tiger Woods,** $68 million ($43,500/$68 million)
**6: Rory McIlroy,** $43 million ($9 million/$34 million)
**7: Sergio Garcia,** $42 million ($35 million/$7 million)
**8: Jordan Spieth,** $39 million ($8 million/$31 million)
**9: Patrick Reed,** $37 million ($34 million/$3 million)
**10: Charl Schwartzel,** $34 million ($30 million/$4 million)

**MORE: LIV Golf starts turning away top-50 players as it shifts to 'league' model in 2023**

That Mickelson ranks No. 1 is hardly a surprise. He has been viewed as the leader of the LIV golf movement, with reports of a guaranteed contract estimated at more than $200 million. Forbes calculates that half of that Mickelson "likely got upfront," thus it has put his 2022 on-course earnings at $102 million. Add $36 million in off-course revenue—**this despite being dropped by several sponsors**—and Lefty's total comes to $138 million, which Forbes says puts him past soccer sensation Lionel Messi as the world's highest paid athlete in 2022.

✕

Mind you, Mickelson isn't the only golfer to ever achieve this distinction. Woods held the tit
10 straight years.

**TONY FINAU'S**
**FAMILY-RELATED WINNING S…**

**MORE: Here's the prize money payout for each golfer at the LIV Invitational Bedminster**

**WATCH MORE**



# NEWS & TOURS

The sharpest analysis and best writing on golf's most important stories.

Email Address *

**SIGN UP**

Will be used in accordance with our **PRIVACY POLICY**

## Recommended for you

Recommended by Outbrain

Sponsored

**BMW's Gorgeous New Lineup Has Arrived**

Card deals | Search ads

Sponsored

**Do This if You Have Toenail Fungus (Try Tonight)**

Health Tips Journal

Sponsored

**The Best Men's Shoes for Walking and Standing All Day**

Orthopedic Walking Shoes

✕

TONY FINAU'S
FAMILY-RELATED WINNING S...

WATCH MORE


Sponsored

**Homeowners Are Trading In Their Doorbell Cams For This**

Happening Today

Sponsored

**California Brings No Cost Solar to These Zip Codes**

Smart Lifestyle Trends

Sponsored

**Urologist: Plenty of Men With An Enlarged Prostate Do Not Know About This...**

GorillaSecret.com

TONY FINAU'S
FAMILY-RELATED WINNING S...

WATCH MORE

**NEWSLETTER**

Sign Up

**SECTIONS** ⌄

**SUPPORT** ⌄

**SERVICES** ⌄

**SOCIAL**

**MAGAZINE**



USE OF AND/OR REGISTRATION ON ANY PORTION OF THIS SITE CONSTITUTES ACCEPTANCE OF OUR VISITOR AGREEMENT (UPDATED 1/1/20), PRIVACY AND COOKIES NOTICE (UPDATED 1/1/20) AND CALIFORNIA PRIVACY NOTICE. IF YOU ARE A CALIFORNIA RESIDENT AND WOULD LIKE TO EXERCISE YOUR RIGHT TO OPT-OUT OF THIRD-PARTY DATA SHARING, YOU MAY DO SO HERE: DO NOT SELL MY PERSONAL INFORMATION. GOLF DIGEST MAY EARN A PORTION OF SALES FROM PRODUCTS THAT ARE PURCHASED THROUGH OUR SITE AS PART OF OUR AFFILIATE PARTNERSHIPS WITH RETAILERS. THE MATERIAL ON THIS SITE MAY NOT BE REPRODUCED, DISTRIBUTED, TRANSMITTED, CACHED OR OTHERWISE USED, EXCEPT WITH THE PRIOR WRITTEN PERMISSION OF DISCOVERY GOLF, INC.

© 2022 DISCOVERY GOLF, INC. ALL RIGHTS RESERVED

✕

**TONY FINAU'S**
**FAMILY-RELATED WINNING S...**

**WATCH MORE**

# EXHIBIT 84

Transcription of Tucker Carlson interview of Greg Norman

Dated: August 1, 2022

https://www.youtube.com/watch?v=0BEU-cTjly0

**TUCKER CARLSON**: One of our unbending life rules is don't get involved in things you don't understand.  Don't take sides in arguments you don't really get.  But we violate it all the time of course because sometimes something really interesting happens and you just have to kind of wade in and see what it's about.  That's exactly what's happening in golf right now.  And as we should just say at the outset we are not taking sides in this.  But one of the biggest controversies in sports in many years is taking place between the PGA Tour and an upstart tour called LIV.  Now we watched this happen and don't know exactly what to make of it, but it seemed interesting.  Lots of drama in one of America's top sports.  A sport with a storied history.

So we decided to go to Trump Bedminster the golf club yesterday in New Jersey and find out what was happening.  While there we talked to one of the best golfers in the history of the sport who is now the commissioner of LIV International and asked him, why are you doing this exactly.  That would be Greg Norman.  Here's part of our conversation with him.

(*Start of interview*)

**TUCKER CARLSON**: What is the business model?  I mean you're not signing your players to an exclusivity contract at all.  They can play wherever else they want.  There are no TV rights at this point, you're streaming it for free.  You're putting a huge amount of money into it.  That's obvious just from sitting here.  So how does the revenue arrive?

**GREG NORMAN**: Well the revenue will come in once we launch the league.  Right?  This year is a start up.

**TUCKER CARLSON**: Yes.

**GREG NORMAN**: Because quite honestly back in February when we were already startup there was a few obstacles thrown our way from the PGA Tour and so we had to pull our range back a little bit.

**TUCKER CARLSON**: For our viewers who aren't following, can you give us a sense of those obstacles?

**GREG NORMAN**: Well that's when the book came out about Phil Mickelson.  Phil Mickelson made some not so complimentary remarks about the Saudis, where the money came from.  Saudi Arabia.  And then it snowballed.  Created a bit of a dominos or a scary effect.  Then the PGA Tour came in and they obviously did the right thing and try to protect their monopoly.  Came in and then the players backed off a little bit.  So we had to regroup.  We were ready to sign the next week.  We were ready to sign multiple players and launch the league.  So we decided to take a step back, analyze the situation.  We knew our model was the way it was.  We knew our investor was still there, he wasn't going anywhere.  The money was in the bank, right?  So we just made an adjustment.  And we worked around every obstacle that's been thrown in our path.  So we came up with the invitational series, the Beta test, right?  Now with the fans, Tucker, we did a survey for nearly 12 months around the world asking fans from

different tours what do they like and what are they missing?  And they came up, it was overwhelmingly, more fan engagement, right.  More fan experiences.  And team sport.  Give us more teams.  We built the model around that.  And our model Tucker is 100% built around the golf ecosystem from the ground up.  So we're not trying to destroy the PGA Tour or the European Tour.  We're there to work within the ecosystem to show that it's big enough space – it's a multi-billion dollar industry, right? – billions and billions of dollars in the game of golf.

**TUCKER CARLSON**: Why would sponsors drop golfers for participating in LIV?

**GREG NORMAN**: Tucker, that blows my mind.  And sponsors by the way who spend billions of dollars in Saudi Arabia…The PGA Tour…

**TUCKER CARLSON**: What? That's a good point.

**GREG NORMAN**: Right?

**TUCKER CARLSON**: Can you give us examples?

**GREG NORMAN**: I will give you a prime example.  The PGA Tour I think has - about 27 sponsors on the PGA Tour - do 40 plus billion dollars worth of business on an annual basis in Saudi Arabia.  Now why doesn't the PGA Tour call the CEOs of each one of those organizations – oh sorry we can't do business with you because you're doing business with Saudi Arabia?  Why are they picking on the professional golfers? Why? The male professional golfers?  Females, the LPGA Tour is sponsored by Aramco, right?

**TUCKER CARLSON**: Literally?

**GREG NORMAN**: Literally.  The largest sponsor of women's golf in the world is Aramco.  Not one word's been said about them, right?  But why is it on the guys?  Why are we the ogres?  What have we done wrong?  We're independent contractors.  We have a right to go play wherever we want in the world.  For whatever we want.

**TUCKER CARLSON**: So what do you think that's about – it's clearly not about principle obviously so what is it about?

**GREG NORMAN**: It's a monopoly – they just want to shut us down whatever way they can, right?  So they'll use whatever leverage point they can to shut us down.  And they're not.  They're not going to shut us down because the product's speaking for itself.  We have… my phone almost on a daily basis gets calls every day from players –want in, I want in, how can I join LIV?  Can I?  I tell them I'm sorry, the shop is closed.  So the list gets longer, longer, longer for the players that want to come in.  Which again, is a testament to the right white noise

**TUCKER CARLSON**: Why is it so offensive to some American golf fans that you're doing this?  What are they mad about, do you think?

**GREG NORMAN**: I don't know.  I really don't care, quite honestly.  I just love the game of golf so

much.  And I just want to grow the game of golf.  We at LIV see that opportunity.  We at LIV see it not just for the men, but for the women.  We at LIV see it for NCAA and for younger generations.  We at LIV see it as a pathway to opportunities for these kids to experience a new world out there.  LIV is the future of golf.  And it's more–it's just a very simple phrase and comment, but LIV is the future of golf.  Because you don't see what we see in the future.  You don't see what we want to invest in the future.  CSR programs, education programs.  All this stuff that's out there that we want to get involved with for golf and growing the game of golf.

**TUCKER CARLSON**: So you keep reading that you offered Tiger Woods $700- $800 billion, some unknown number to join LIV - is that true?

**GREG NORMAN**: That number was out there before I became CEO so that numbers been out there yes yeah and look it Tiger's a needle mover, right?  So of course you gotta look at the best of the best you know.  So they had originally approached Tiger before I became CEO.  So yes that number is somewhere in that neighborhood.

**TUCKER CARLSON**: Big number.

**GREG NORMAN**: Yeah it is actually.

**TUCKER CARLSON**: I would say!  Call me small time.  What's Donald Trump connection?  He seems like he is supporter.  We haven't talked about it, but I mean we're at his Golf Club right now.

**GREG NORMAN**: I've known Donald for a long time how play golf with him before he was president and I've done golf courses that he's bought, he acquired, right?  So he's passionate for the game of golf, is as passionate as he's being a president with stars and stripes flowing through his blood, right?  It's the same with golf.  He loves his golf and he sees the commercial opportunity of what golf can give him, right?  Trump Bedminster is no different, right?  The membership here is full.  It's a commercial entity for him.  It's an operation where he can make some revenue out of it.  So when we first started obviously as the startup, we needed venues.  He had heard about it, we were in discussions with him and we just negotiated a venue fee with him here and he loved it.

**GREG NORMAN**: He is now in this week he just being in the background but in the foreground, if you know what I mean, so he's being fantastic this week he doesn't…He's not putting himself out in front of LIV.  He's embraced it.  He walks to the first tee.  He allows LIV to breathe which I think is fantastic.  And I've been with him every day and it's an opportunity for us because they're great venues.  The players love this place.  It's a great opportunity for us to showcase.  I just went up there and I was just walked through with 600 members through the member section of the clubhouse and you cannot believe the "thank yous" and the energy and "appreciate what you've done here for this organization," "I've never seen our boss so happy", you know, "golf is this," and "you've done this for Bedminster" and "we really, really do thank you for it."  It's just incredible it's… I mean it from a CEO/Commissioner standpoint it's

exhausting sometimes to go around 600 people and do that - but it's so rewarding to hear the feedback from it, it actually reenergizes me right?  And so I just did that before coming to see you.

**TUCKER CARLSON**: Greg Norman, thank you

**GREG NORMAN**: Thank you Tucker.

# EXHIBIT 85

# Who is playing LIV Golf? Updated list of PGA Tour defectors includes Phil Mickelson, Dustin Johnson, Bryson DeChambeau, others

*Joe Rivera*

Wu-Tang Clan said it best: "Cash rules everything around me."

The LIV Golf tour has emerged as a rival to the U.S.-based PGA Tour, with several big names jumping the pond to join the startup golf league in recent months. While it started with big names, their ranks keep growing.

Phil Mickelson, Dustin Johnson, Bryson DeChambeau, Brooks Koepka and other heavy hitters formerly of the PGA Tour now find themselves members of the Saudi-backed golf circuit that's making waves overseas (and soon in the U.S.). "Formerly" is the key word here.

**MORE: [PGA explains suspensions for LIV Golf players — What to know](#)**

PGA Tour commissioner Jay Monahan took no light steps in regards to the defections. In June, he announced that all players, current and future, who choose to join the LIV Golf Series will be suspended. That means Mickelson, Johnson and others won't have the opportunity to play in PGA Tour events.

IV Golf's recruitment tour has yet to near its end, and it's still trying to recruit the world's best and most well-known, and it all began with Tiger Woods. The 15-time major winner and one of golf's all-time greats was reportedly offered $700 to $800 million, a number that LIV Golf CEO Greg Norman said was "somewhere in the neighborhood." That offer came before Norman was LIV Golf CEO, however.

Here's why so many of the game's best are jumping to the new circuit:

## Why are PGA Tour golfers going to LIV Golf?

In a word: Money. In several more words: Cash, moolah, green, dough, shekels.

LIV Golf is backed and funded by the Saudi Arabian government's Public Investment Fund, hence the controversy. The nation has often been criticized for its handling of human rights over the years, including its assassination of journalist Jamal Khashoggi. Some paint the money as "blood money," and others accuse the Saudi government of "sportswashing" its image via its backing of LIV Golf.

Regardless of where the money is coming from, LIV offers something that the PGA Tour does not, by way of contracts for its players.

Phil Mickelson, the first and most notable player to join the LIV Golf Tour, was

reportedly offered $200 million to make the jump. Mickelson has earned $94 million on the course during his PGA Tour career, per Spotrac.

Former world No. 1 golfer Dustin Johnson was another LIV Golf defector, and had earned $74,276,710 on the course in his career. LIV Golf signed Johnson to a four-year contract worth a reported $125 million.

In addition to the hefty sums of money going to former PGA players, players also face a less intensive schedule and earn a bigger paycheck for winning some tournaments. For example, the inaugural LIV Golf event in London paid out $4 million to the winner, Charl Schwartzel — a number that surpasses any major tournament winner.

**MORE: Tiger Woods spurned a 'mind-blowingly enormous' offer from LIV Golf**

## Why Phil Mickelson joined LIV Golf tour

Aside from the large sum of money, "Lefty" feels like the jump to the new tour is a "fresh start."

Mickelson explained his decision to leave the PGA Tour in June:

> After 32 years, this new path is a fresh start, one that is exciting for me at this stage of my career and is clearly transformative, not just for myself, but ideally for the game and my peers. I also love the progressive format and think it will be exciting for fans. Just as importantly, it will provide balance, allowing me to focus on a healthier approach to life on and off the course. I am incredibly grateful for what this game and the PGA Tour has given me. I would like to think that I have given back as well but now I am excited about this new opportunity.

Mickelson had voiced his support of the new league in February, believing it was "a once-in-a-lifetime opportunity to reshape how the PGA Tour operates."

"They've been able to get by with manipulative, coercive, strong-arm tactics because we, the players, had no recourse," Mickelson said of the PGA Tour in February to Alan Shipnuck. "As nice a guy as [PGA Tour commissioner Jay Monahan] comes across as, unless you have leverage, he won't do what's right. And the Saudi money has finally given us that leverage. I'm not sure I even want [LIV Golf] to succeed, but just the idea of it is allowing us to get things done with the [PGA] Tour."

Mickelson's reported deal with the new tour is worth $200 million.

## Why Dustin Johnson joined LIV Golf tour

Dustin Johnson's involvement with LIV Golf was something of a surprise, but the contract and money he received speaks to his decision. Johnson signed a four-year deal worth a reported $125 million.

He explained his decision to join LIV Golf after having a change of heart:

"At that time, I was committed to playing the PGA Tour," Johnson said of his initial statement. "I'm very thankful for the PGA Tour and everything it's done for me. I've done pretty well out there for the last 15 years. But this is something that was best for me and my family. It's something exciting and something new."

Johnson, former world No. 1 golfer, played on the PGA Tour between 2007 and 2022 and had 24 PGA tournament wins to his name.

**MORE: [Dustin Johnson explains decision to resign from PGA Tour, join LIV Golf Series](#)**

# Why Bryson DeChambeau joined LIV Golf tour

DeChambeau, 28, was one of LIV Golf's first targets for their tour. After he turned down initial offerings to join the tour, he officially defected to the circuit in late June.

Simply put, DeChambeau's decision was nothing personal, it was strictly business.

"It was a business decision, first and foremost," he said on June 14. "That's all there was to it. It's given me a lot more opportunity outside of the game of golf and given me more time for my family and my future family. ... "There was a lot of financials to it, and also a lot of time."

In late June, DeChambeau further explained his decision to join up, saying that the tour gives him certain things that the PGA Tour didn't.

> One of the things for me, was a personal business decision. I run and operate my golf as business as well as wanting to be one of the better players in the world. Second off, it was going to give me more resources and opportunities to reinvest in my local community in Dallas, and back at my original home in California, where I can do things for junior golf tours, improve my foundation and also build the multi-sport complex I'm going to be here shortly in Dallas.

> And also give me more time to rest — the ability to have weeks off and recover my body the way I want to so that I can be prepared to give it my all when it comes time. Not be depleted every week and continue to get depleted over the course of time.

> And the last part is, I saw that event in London and I saw how much fun everyone was having. That was exciting to me, and I wanted to be a part of something like that.

LIV Golf CEO and commissioner Greg Norman commented on his membership:

> Bryson DeChambeau is an exciting addition to LIV Golf's supercharged style of play. He is passionate about the sport, innovative in his approach and committed to pushing the boundaries in pursuit of excellence. He's not afraid to think outside the box and supports our mission of doing things differently to grow our game. The power and energy he brings to the course will deliver added electricity to our competition in Portland and beyond.

# Why Brooks Koepka joined LIV Golf tour

Koepka was another former PGA Tour heavy hitter to join LIV Golf, making the jump following the 2022 U.S. Open.

The four-time major winner dodged LIV Golf questions during media availability in the days leading up to the major, opting to decline questions over potentially joining the tour. Later, during a LIV Golf event, Koepka was asked why he had a change of heart.

"My opinion changed," he said. "I'm allowed to have my opinion change."

Koepka did not specify what led to the change.

"You guys will never believe me, but we never even had the conversation until after the U.S. Open."

Three days after the U.S. Open ended, and a day after Koepka withdrew from this week's PGA Tour event in Connecticut, LIV officially welcomed Koepka to its ranks.

LIV Golf's reduced schedule likely is part of the appeal for Koepka, who has made his own schedule on the PGA Tour.

## LIV Golf players

Mickelson, Johnson, DeChambeau and Koepka aren't the only former PGA Tour players to join LIV Golf. Here's the current field (Official World Golf Ranking as of July 28):

| Name (Country) | OWGR ranking | OWGR ranking (June 26) | Change (+/-) |
|---|---|---|---|
| Dustin Johnson (USA) | 17 | 17 | — |
| Abraham Ancer (ESP) | 22 | 22 | — |
| Brooks Koepka (USA) | 23 | 19 | -4 |
| Louis Oosthuizen (RSA) | 25 | 21 | -4 |
| Bryson DeChambeau (USA) | 30 | 31 | +1 |
| Kevin Na (USA) | 34 | 33 | — |
| Jason Kokrak (USA) | 36 | 36 | — |
| Talor Gooch (USA) | 41 | 38 | -3 |
| Patrick Reed (USA) | 45 | 39 | -6 |
| Sergio Garcia (ESP) | 70 | 63 | -7 |
| Pablo Larrazabal (ESP) | 74 | 68 | -6 |
| Matthew Wolff (USA) | 78 | 77 | -1 |

| Name (Country) | OWGR ranking | OWGR ranking (June 26) | Change (+/-) |
|---|---|---|---|
| Matt Jones (AUS) | 84 | 74 | -10 |
| Richard Bland (ENG) | 82 | 71 | -11 |
| Bubba Watson (USA) | 86 | 84 | -2 |
| Shaun Norris (RSA) | 89 | 79 | -10 |
| Sam Horsfield (ENG) | 90 | 81 | -9 |
| Lee Westwood (ENG) | 92 | 87 | -5 |
| Phil Mickelson (USA) | 96 | 84 | -12 |
| Scott Vincent (ZIM) | 93 | 94 | +1 |
| Sadom Kaewkanjana (THA) | 95 | 120 | +25 |
| Oliver Bekker (RSA) | 99 | 101 | -2 |
| Ryosuke Kinoshita (JPN) | 100 | 95 | -5 |
| Ian Poulter (ENG) | 107 | 96 | -11 |
| Hudson Swafford (USA) | 102 | 97 | -5 |
| Bernd Wiesberger (AUT) | 110 | 102 | -8 |
| Jinichiro Kozuma (JPN) | 116 | 112 | -4 |
| Justin Harding (RSA) | 123 | 116 | -7 |
| Charl Schwartzel (RSA) | 121 | 125 | +4 |
| Carlos Ortiz (ESP) | 133 | 119 | -14 |
| Branden Grace (RSA) | 134 | 128 | -6 |
| Laurie Canter (ENG) | 135 | 127 | -8 |
| Hennie Du Plessis (RSA) | 144 | 135 | -9 |
| Phachara Khongwatmai (THA) | 148 | 139 | -9 |
| Sihwan Kim (USA) | 157 | 144 | -13 |
| Henrik Stenson (SWE) | 173 | 234 | +61 |
| Charles Howell III (USA) | 169 | 173 | +4 |
| Adrian Otaegui (ESP) | 179 | 169 | -10 |
| JC Ritchie (RSA) | 177 | 162 | -15 |
| Hideto Tanihara (JPN) | 207 | 172 | -35 |
| Martin Kaymer (GER) | 267 | 231 | -35 |

| Name (Country) | OWGR ranking | OWGR ranking (June 26) | Change (+/-) |
|---|---|---|---|
| Jediah Morgan (AUS) | 276 | 258 | -18 |
| Ratchanaon "TK" Chantananuwat* (THA) | 296 | 284 | -12 |
| Blake Windred (AUS) | 298 | 278 | -20 |
| Wade Ormsby (AUS) | 319 | 294 | -25 |
| Peter Uihlein (USA) | 347 | 334 | -13 |
| Graeme McDowell (NIR) | 398 | 379 | -19 |
| Ian Snyman (RSA) | 405 | 386 | -19 |
| Travis Smyth (AUS) | 426 | 411 | -15 |
| Viraj Madappa (IND) | 531 | 513 | -18 |
| Itthipat Buranatanyarat (THA) | 533 | 615 | +82 |
| Turk Pettit (USA) | 649 | 623 | -26 |
| Kevin Yuan (AUS) | 1,119 | 1,099 | -20 |
| Oliver Fisher (ENG) | 1,164 | 1,110 | -54 |
| Andy Ogletree (USA) | 1,594 | 1,500 | -94 |
| Chase Koepka (USA) | 1,712 | 1,638 | -74 |
| James Piot* (USA) | 1,826 | 1,804 | -22 |
| David Puig* (ESP) | 1,826 | 1,804 | -22 |
| Eugenio Lopez-Chacarra (ESP) | 1,826 | 1,804 | -22 |

*Indicates amateur.

# EXHIBIT 86

---

- GOLFNOW



GOLFPASS

×
Log In / Create Account

- SCORES
- NEWS
- INSTRUCTION
- EQUIPMENT
- WATCH
- PODCASTS

**Affiliation**

- GolfNow
- GolfPass
- Golf Pick 'Em

# Cut Line: LIV Golf vs. PGA Tour lawsuit cuts deep, with anger and accusations



By  **Rex Hoggard**
August 5, 2022 at 12:43 PM



Getty Images

▶

In this litigious edition, we break down the obvious and not-so-obvious elements of this week's legal bombshell, brave the increasingly personal divide the antitrust lawsuit filed against the PGA Tour has created, and celebrate a much-needed distraction at the Wyndham Championship.

**Made Cut**

**The change you want**. Before Wednesday's lawsuit sent the professional golf world spiraling into an all-too-real John Grisham novel, the PGA Tour made news when it unveiled next season's schedule that was highlighted by dramatic purse increases.

The purse size for eight invitational events will jump to $15 million to $25 million, along with significant increases in the circuit's various bonus pools to $145 million.

Normally, when people say it's not about the money, it's always about the money. Whatever talking points and geopolitics factor into pro golf's expanding divide, the only constant is money.

The Tour's answer to LIV Golf's lucrative bidding war may have come, as former Augusta National chairman Hootie Johnson once said, "at the point of a bayonet," but for those who will be competing for dramatically more money next year on Tour, the talking points and geopolitics probably don't matter.



Golf Central

# PGA Tour releases lucrative 2022-23 schedule

BY Golf Channel Digital   — August 1, 2022 at 1:00 PM

The PGA Tour released its 2022-23 schedule, featuring significant increases to events and bonuses.

 **Golf**. Amid the legal wrangling and escalating vitriol, is the Tour's regular-season finale and plenty of playoff potential.

Every year at the Wyndham Championship, someone pulls off an 11th-hour rally and earns an unlikely spot in the postseason. That someone could be Brian Stuard this year.

Stuard began the week 137th on the Tour's eligibility points list, but posted a 5-under 65 in Round 1 to move to No. 124 on the projected list.

"I don't have much to lose. I'm kind of not in a real good spot, so just trying to figure out how to play some good golf again and see what happens," he said.

It would be an impressive resurrection story if Stuard, who missed eight of his first 10 cuts this season and has just two top-10 finishes, plays his way into next week's FedEx St. Jude Championship.

---

**Made Cut-Did Not Finish** (MDF)

**A deep dive**. The 11 suspended LIV Golf players who filed an antitrust lawsuit against the Tour on Wednesday were the focus of most of the reporting, but a deeper dive into the 105-page lawsuit revealed just how consuming this case could become.

In the lawsuit, which was filed by Phil Mickelson, Bryson DeChambeau, Ian Poulter and eight others, the players claim the Tour "has also threatened companies and individuals in the golf and sports production industry that they will be blackballed from working with the Tour if they work with LIV Golf."

The lawsuit references nearly a dozen vendors and companies that were to be "blacklist[ed]" if they work with LIV Golf, from tech companies to broadcast networks.

The lawsuit also asserts that golf courses were advised not to host LIV events, and claims, "The R&A punished one golf course owner by adopting a policy that it would not host The Open at his course in the future because he is giving LIV Golf 'a platform.'"

Whether any of these claims hold up to legal scrutiny remains to be seen, but this example from Wednesday's filings is an indication just how complicated this will become.

**2022-23 winners/losers**. The eight Tour events that will see dramatically increased purses next season will certainly benefit with better fields and higher profiles, but beyond that it's not as clear how the new schedule will land.

The Wyndham Championship, for example, will likely take on a bigger role as the final regular-season event now that the list of automatic qualifiers has been cut from the top 125 on the FedExCup points list to the top 70. But it remains to be seen what happens to the fall portion of the schedule.

Currently, there are nine events after the Tour Championship and starting next fall, when those are removed from the FedExCup schedule, it's unclear if those existing events will simply transition to what the Tour sees as a qualifying series.

Without the status of being a FedExCup event or offering a Masters invitation, it's likely that the fall events will either fade away or become dramatically less important.

8/7/22, 9:39 PM                    Cut Line: LIV Golf vs. PGA Tour lawsuit cuts deep with anger, accusations | Golf Channel

Case 5:22-cv-04486-BLF   Document 50-15   Filed 08/09/22   Page 32 of 43

**PGA Tour players react to LIV Golf lawsuit**



**Missed Cut**

**It's personal**. The divide caused by those who bolted the Tour for LIV Golf had been largely civil among the play-for-pay types. That all changed on Wednesday.

The antitrust lawsuit filed in the U.S. District Court Northern California District challenges the Tour's status as the preeminent circuit and, in the short term, threatens to dramatically disrupt the playoffs if a judge grants three suspended players – Talor Gooch, Hudson Swafford and Matt Jones – a temporary restraining order and allows them to play next week's postseason opener.

The reaction from those who have remained loyal to the Tour was no longer guarded.

"They are suing me. To me, it's sad," Ryan Palmer said. "They're suing the 200 card-carrying members of the PGA Tour. They chose to go this route and play less and now they want to play more."

Davis Love III went so far as to suggest Tour players could boycott events that the suspended LIV players are allowed to play and showed just how personal this has gotten when he was asked what he would say to LIV Golf CEO Greg Norman.

"I don't have anything to say to him," Love said.

**Tweet of the week**:



After a good amount of give-and-take on Twitter, Dahmen added,:



**Trending Content**



## [Fleetwood appears to be skipping FEC playoffs](#)

BY Brentley Romine

---



## [Zalatoris parts with caddie before weekend](#)

BY Brentley Romine

---



## [Cut Line: LIV Golf vs. PGA Tour lawsuit cuts deep](#)

BY Rex Hoggard

https://www.golfchannel.com/news/cut-line-liv-golf-vs-pga-tour-lawsuit-cuts-deep-and-accusations

# EXHIBIT 87







ACHIEVEMENTS    LATEST    SCORING    ODDS    **PERFORMANCE**    RESULTS    PROFILE

**SHOW MORE** ⌄

2021-22 **SCORING**

*PGA TOUR*

**The Open Championship**
**Hole 18 • Par 4 • 356yds**

JUL 14-17    Round 4

| HOLE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | OUT | TOT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAR | 4 | 4 | 4 | 4 | 5 | 4 | 4 | 3 | 4 | 36 | 72 | |
| ROUND 4 | 4 | 4 | 4 | 4 | (4) | 4 | (3) | 3 | 4 | 34 | 69 | |
| STATUS | E | E | E | E | -1 | -1 | -2 | -2 | -2 | -- | -3 | |
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18^ | IN | | |
| | 4 | 3 | 4 | 4 | 5 | 4 | 4 | 4 | 4 | 36 | | |
| | 4 | 3 | 4 | (3) | 5 | 4 | [5] | 4 | (3) | 35 | | |
| | -2 | -2 | -2 | -3 | -3 | -3 | -2 | -2 | -3 | -- | | |

◎ Eagle or Better    ○ Birdie    ☐ Bogey    ⊡ Double Bogey +    ▶ Video

**LEADERBOARD**        **SCORECARD**

**>** SEE ALL SCORECARDS

ACHIEVEMENTS    LATEST    SCORING    ODDS    **PERFORMANCE**    RESULTS    PROFILE

**There are currently no Odds to display for this player**

ODDS PROVIDED BY   BETMGM   BET NOW

*Odds and Lines are subject to change. 21+ HaveAGamePlan.org*

**>** SEE ODDS LEADERBOARD

# PERFORMANCE

SEASON    **CAREER**    TOURNAMENT    MAJORS

**PGA TOUR Career Results**

*PGA TOUR*

| YEAR | EVENTS PLAYED | FINISHES | | | | | | | | OFFICIAL MONEY | FEDEXCUP | |
|------|------|-----|-----|-----|--------|--------|----------|-----|-----|----------------|--------|----------|
|      |      | 1ST | 2ND | 3RD | TOP 10 | TOP 25 | MADE CUT | CUT | WD  |                | POINTS | STANDING |
| 2021-22 | 22 | 1 | -- | -- | 4 | 12 | 17 | 5 | -- | $3,718,990 | 1,302 | 20 |
| 2020-21 | 28 | -- | -- | -- | 3 | 8 | 21 | 7 | -- | $2,291,437 | 840 | 68 |
| 2019-20 | 24 | -- | -- | -- | 2 | 9 | 18 | 5 | 1 | $1,398,171 | 648 | 60 |
| 2018-19 | 17 | -- | -- | 1 | 2 | 5 | 10 | 7 | -- | $1,067,089 | 474 | 101 |
| 2017-18 | 27 | -- | -- | -- | -- | 5 | 12 | 14 | 1 | $654,200 | 308 | 139 |
| 2016-17 | 1 | -- | -- | -- | -- | -- | 1 | -- | -- | $23,213 | -- | -- |
| 2013-14 | 1 | -- | -- | -- | -- | -- | -- | 1 | -- | -- | -- | -- |
| **Total** | 120 | 1 | -- | 1 | 11 | 39 | 79 | 39 | 2 | $9,153,099 | | |

**LEGEND**        (a) = Amateur



RESULTS

SEASON    COURSE

| ACHIEVEMENTS | LATEST | SCORING | ODDS | **PERFORMANCE** | RESULTS | PROFILE |

Please wait ... loading

# Talor Gooch

🇺🇸 United States

METRIC

| | | | |
|---|---|---|---|
| Talor Gooch | 6 ft, 0 in | 200 lbs | November 14, 1991 |
| FULL NAME | HEIGHT | WEIGHT | BIRTHDAY |
| 30 | Midwest City, Oklahoma | Midwest City, Oklahoma | Wife, Ally; Collins |
| AGE | BIRTHPLACE | RESIDENCE | FAMILY |
| Oklahoma State University Education, 2014 | 2014 | $9,536,506 | Edmond, OK, United States |
| COLLEGE | TURNED PRO | CAREER EARNINGS | CITY PLAYS FROM |

## EXEMPT STATUS

- **PGA TOUR**: Tournament winner (thru 2023-24)

## JOINED TOUR

- **PGA TOUR Canada:** 2015
- **Korn Ferry Tour:** 2016

ACHIEVEMENTS      LATEST      SCORING      ODDS      **PERFORMANCE**      RESULTS      PROFILE

# PGA TOUR VICTORIES (1)

### 2021-22 SEASON

- The RSM Classic

# KORN FERRY TOUR VICTORIES (1)

### 2017 SEASON

- News Sentinel Open presented by Pilot

# PLAYOFF RECORD

### PGA TOUR CANADA (0-1)

- **2015** Lost to Ben Silverman, Kevin Spooner, The Syncrude Boreal Open Presented by AECON

# PERSONAL

- Uses a quarter from the 1960s as a ball marker.
- Father Ron Gooch spent five seasons in the minor league system of the Texas Rangers.
- Dream foursome would include his dad, Kelsey Cline and Steve Ball.
- Favorite pro sports team is the Dallas Cowboys.

# SPECIAL INTERESTS

- Oklahoma City Thunder, Oklahoma State athletics

# CURRENT YEAR HIGHLIGHTS

- **The RSM Classic:** Won The RSM Classic by three strokes, earning his first career PGA TOUR victory in his 104th start at the age of 30 years, 7 days. Marked the second first-time winner on TOUR of the season (Lucas Herbert, Butterfield Bermuda Championship) and seventh first-time winner of The RSM Classic. Held the outright lead

| ACHIEVEMENTS | LATEST | SCORING | ODDS | **PERFORMANCE** | RESULTS | PROFILE |
|---|---|---|---|---|---|---|

second 18-hole lead/co-lead on TOUR, with both coming at the Houston Open (first: 2019).

## CAREER HIGHLIGHTS

### 2022 SEASON

- **The RSM Classic:** Won The RSM Classic by three strokes, earning his first career PGA TOUR victory in his 104th start at the age of 30 years, 7 days. Marked the second first-time winner on TOUR of the season (Lucas Herbert, Butterfield Bermuda Championship) and seventh first-time winner of The RSM Classic. Held the outright lead after the second and third rounds. Moved to No. 1 in the FedExCup standings for the first time in his PGA TOUR career.
- **Hewlett Packard Enterprise Houston Open:** Held a share of the first-round lead of the Hewlett Packard Enterprise Houston Open before finishing 60th. Marked his second 18-hole lead/co-lead on TOUR, with both coming at the Houston Open (first: 2019).

### 2021 SEASON

Qualified for the FedExCup Playoffs for the second consecutive season (third total) and advanced to the BMW Championship, finishing the season No. 68 in the FedExCup standings. Marked his second straight appearance in the BMW Championship. Recorded three top-fives, including a T5 at THE PLAYERS Championship, and made 21 cuts in 28 starts.

- **THE PLAYERS Championship:** Earned a T5 at THE PLAYERS Championship in his second start at the event. Co-led the field in Birdies (22).
- **THE CJ CUP @ SHADOW CREEK:** Finished fifth at THE CJ CUP @ SHADOW CREEK in his tournament debut. Led the field in Scrambling (81.82 percent).

### 2020 SEASON

Finished No. 60 in the FedExCup standings, qualifying for the FedExCup Playoffs for the second consecutive season and advancing to the BMW Championship for the first time in three seasons on TOUR. Recorded nine top-25s on the season, highlighted by top-10s at the Houston Open (T4) and The Genesis Invitational (T10). Made 18 cuts in 24 starts.

- **Wyndham Championship:** Opened with matching 65s at the Wyndham Championship to hold a share of the 36-hole lead before finishing T25. Had never previously recorded multiple scores of 65 or better in a PGA TOUR event nor held a 36-hole lead/co-lead.
- **Houston Open:** Held a share of the first-round lead at the Houston Open en route to a T4. Marked his first career lead/co-lead after any round on the PGA TOUR. Played the par-4s in 6-under, tied with Harris English for best in the field.

**2019 SEASON**

Advanced to the FedExCup Playoffs for the first time, finishing No. 101 in the FedExCup standings in his second season on TOUR. Made the cut in 10 of 17 starts, with two

| ACHIEVEMENTS | LATEST | SCORING | ODDS | PERFORMANCE | RESULTS | PROFILE |

- **Farmers Insurance Open:** A week after recording his first top-10 on the PGA TOUR, posted his second consecutive top-five finish with a T3 performance at the Farmers Insurance Open. Posted four rounds in the 60s in his second start at Torrey Pines. For back-to-back weeks, qualified for the next week's event via top-10 finish.
- **Desert Classic:** Earned first career top-10 with a fourth-place result at the Desert Classic. Fired a final-round 64, the low round of the day, to finish two strokes shy of champion Adam Long.

**2018 SEASON**

Made 12 cuts in 27 starts in his rookie season, while notching five top-25 finishes to end the season No. 139 in the FedExCup.

- **Wells Fargo Championship:** T13 at the Wells Fargo Championship was his best result of the season.
- **Arnold Palmer Invitational presented by Mastercard:** Sat one-stroke behind leader Henrik Stenson after an opening-round 65 at the Arnold Palmer Invitational before finishing T26.
- **Sony Open in Hawaii:** With rounds of 64-66, sat T2 and three back of leader Brian Harman through 36 holes of the Sony Open in Hawaii, eventually finishing T18 while playing in the penultimate group on the final day.

**2017 SEASON**

Finished the Korn Ferry Tour season with 22 starts, one win, four additional top-10s and 14 cuts made. Was 14th on the final priority-ranking order. Secured his PGA TOUR card for the 2017-18 season with a sixth-place finish on the 2017 Regular Season money list.

- **News Sentinel Open presented by Pilot:** Came from five shots back in the final round to win the News Sentinel Open for his first career Korn Ferry Tour victory. Locked up his PGA TOUR card with his victory in Knoxville. Posted rounds of 66-67-68-65−266 (-18) for a one-shot win over Jonathan Hodge. Hit 17 greens in the final round, recording six birdies on the day, including the go-ahead birdie on the 15th hole in the final round. Moved up to No. 3 on the money list with his win.
- **Price Cutter Charity Championship presented by Dr Pepper:** Moved up the leaderboard with a final-round 64 at the Price Cutter Charity Championship to finish within one of Ben Silverman for a runner-up finish.
- **Digital Ally Open:** Posted four rounds in the 60s at the Digital Ally Open for a T10 finish.
- **Chitimacha Louisiana Open presented by NACHER:** Posted four rounds in the 60s for a T5 at the Chitimacha Louisiana Open, marking his first career top-five on the Korn Ferry Tour.
- **Panama Claro Championship:** After missing the cut in his previous two starts, posted a T10 at the Panama Claro Championship.

**2016 SEASON**

Finished 15th in the final Order of Merit.

ACHIEVEMENTS    LATEST    SCORING    ODDS    **PERFORMANCE**    RESULTS    PROFILE

- **Syncrude Oil Country Championship presented by AECON:** Coming off three missed cuts, notched his second top-10 finish of the season after carding a final round 66 to finish T9 at the Syncrude Oil Country Championship.
- **Freedom 55 Financial Open:** Posted rounds of 69-68-67-71 to finish T3 at the Freedom 55 Financial Open to start his second season on the Mackenzie Tour.

## 2015 SEASON

Posted back-to-back top-10 finishes to finish the season 17th on the Order of Merit. Earned an exemption into the Korn Ferry Tour Qualifying Tournament's second stage. Played in 12 events on Mackenzie Tour - PGA TOUR Canada, posted three top-10s and finished No. 17 on the Order of Merit

- **Cape Breton Celtic Classic presented by PC Financial:** Finished T4 at the Cape Breton Celtic Classic.
- **Wildfire Invitational presented by PC Financial:** Finished T6 at The Wildfire Invitational.
- **The Syncrude Boreal Open Presented by AECON:** Finished T2 at the Syncrude Boreal Open after falling to Kevin Spooner in a five-hole playoff.
- **PGA TOUR Canada Q-School-Florida:** Prevailed in a eight-player-for-four-spots playoff to claim a T15 finish at the Florida Qualifying Tournament.

## AMATEUR HIGHLIGHTS

- Won the U.S. Kids World Junior Championship at 9 years old with his dad caddying.
- Tied for 13th at the 2013 Western Amateur Championship with rounds of 69, 69, 72 and 73 for a 283 total. Lost in the first round of match play to Oklahoma State teammate Jordan Niebrugge, 4 and 3.
- Tied for 13th during the stroke play portion of the 2012 U.S. Amateur with rounds of 68 and 71. Tied for second during stroke play at the U.S. Amateur Public Links Championship with a 6-under total of 136 that featured rounds of 72 and 64, fell, 2 and 1,