| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | One Manhattan West |
| alauridsen@keker.com | New York, Ny 10001 |
| NICHOLAS S. GOLDBERG - # 273614 | Telephone:   212 735 3000 |
| ngoldberg@keker.com | Facsimile:   212 735 2000/1 |
| SOPHIE HOOD - # 295881 | |
| shood@keker.com | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 633 Battery Street | PATRICK FITZGERALD - (*pro hac vice* forthcoming) |
| San Francisco, CA 94111-1809 | patrick.fitzgerald@skadden.com |
| Telephone:   415 391 5400 | 155 North Wacker Drive |
| Facsimile:   415 397 7188 | Chicago, Il 60606 |
| | Telephone:   312 407 0700 |
| | Facsimile:   312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; ABRAHAM ANCER; CARLOS ORTIZ; IAN POULTER; PAT PEREZ; JASON KOKRAK; and PETER UIHLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**DEFENDANT PGA TOUR, INC.'S DISCLOSURES PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15**<br><br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: None Set |

Defendant PGA TOUR, INC. (the "TOUR") discloses the following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15. The TOUR has no parent corporation, and there is no publicly held corporation that directly owns 10% or more of the TOUR's outstanding capital stock.

Pursuant to Civil L.R. 3-15, the undersigned certify that, as of this date, other than the named party, there is no such interest to report.

The TOUR reserves the right to supplement this disclosure statement if needed.

Dated: August 8, 2022                                KEKER, VAN NEST & PETERS LLP

                                                    By:  /s/ Elliot R. Peters
                                                    ELLIOT R. PETERS
                                                    DAVID SILBERT
                                                    R. ADAM LAURIDSEN
                                                    NICHOLAS S. GOLDBERG
                                                    SOPHIE HOOD

                                                    Attorneys for Defendant
                                                    PGA TOUR, INC.


                                                    SKADDEN, ARPS, SLATE, MEAGHER
                                                    & FLOM LLP

                                                    ANTHONY J. DREYER
                                                    PATRICK FITZGERALD
                                                    KAREN M. LENT

                                                    Attorneys for Defendant
                                                    PGA TOUR, INC.