IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>    Plaintiffs,<br><br> v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | Civil Action No. 5:22-cv-04486-BLF<br><br>**[AMENDED PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER** |

This matter comes before the Court on Plaintiffs Talor Gooch, Hudson Swafford, and Matt Jones's Motion for Temporary Restraining Order against the PGA Tour, Inc. ("Defendant"). Having reviewed the Complaint and the Motion for Temporary Restraining Order, the supporting material and any responses and argument, the Court hereby orders that Plaintiffs' motion is GRANTED.

Specifically, it is hereby ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65-1, reasonable cause exists to issue a temporary restraining order.

2. Defendant is enjoined from prohibiting Plaintiffs Talor Gooch, Hudson Swafford, and Matt Jones from playing in the FedEx Cup Playoffs.

3. This Temporary Restraining Order shall expire on _____ unless extended by the Court.

4. This Temporary Restraining Order is effective upon Plaintiffs Talor Gooch, Hudson Swafford, and Matt Jones filing with the Court an undertaking of $_____.

5. This Temporary Restraining Order shall be served on Defendant no later than _____ by _____.

    IT IS SO ORDERED.


DATED  _____              _____
                                                               Hon. Beth L. Freeman
                                                               United States District Judge