# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 7/2013)

**1a. CONTACT PERSON FOR THIS ORDER:** Peter Harris
**1b. ATTORNEY NAME (if different):**
**2a. CONTACT PHONE NUMBER:** (202) 510-4916
**2b. ATTORNEY PHONE NUMBER:**
**3a. CONTACT EMAIL ADDRESS:** pharris@premierduediligence.com
**3b. ATTORNEY EMAIL ADDRESS:**
**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):** PO Box 31110, Bethesda, MD 20814
**5. CASE NAME:** Mickelson et al v PGA Tour
**6. CASE NUMBER:** 5:22-CV-04486
**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) — ☐ FTR:** SummerFisher
**8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL  ☐ CIVIL  ■ CJA: Do not use this form; use Form CJA24

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | c. DELIVERY TYPE (Choose one per line) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 08/09/22 | BLF | | Entire Transcript | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ⦿ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
The transcripts are docketed as #57 and #58

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ PSH

**12. DATE:** 08/10/2022

**DISTRIBUTION:** ☐ COURT COPY  ☐ TRANSCRIPTION COPY  ☐ ORDER RECEIPT  ☐ ORDER COPY

Clear Form