1
2
3
4

RACHEL S. BRASS, SBN 219301
    rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: (415) 393-8200
Facsimile:  (415) 393-8306

5
6
7

ROBERT C. WALTERS, admitted *pro hac vice*
    rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201-2911
Telephone: (214) 698-3100

8
9
10
11

JOHN B. QUINN, SBN 90378
    johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

12
13
14
15

ROBERT P. FELDMAN, SBN 69602
    bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile:  (650) 801-5100

16
17

*Attorneys for Plaintiffs Talor Gooch, Hudson*
    *Swafford, Matt Jones, Bryson DeChambeau,*
    *Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat*
    *Perez, Jason Kokrak and Peter Uihlein*

WILLIAM V. ROPPOLO, admitted *pro hac vice*
    william.roppolo@bakermckenzie.com
BAKER McKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131 USA
Telephone:  (305) 789-8900

*Attorneys for Phil Mickelson*

18
19

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

20
21
22
23
24
25
26
27
28

PHIL MICKELSON, TALOR GOOCH,
HUDSON SWAFFORD, MATT JONES,
BRYSON DECHAMBEAU, ABRAHAM
ANCER, CARLOS ORTIZ, IAN POULTER,
PAT PEREZ, JASON KOKRAK and PETER
UIHLEIN,

                    Plaintiffs,

          v.

PGA TOUR, INC.,

                    Defendant.

CASE  NO. 5:22-cv-04486

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR PLAINTIFFS TO
SUBMIT A STATEMENT IN SUPPORT OF
DEFENDANT PGA TOUR, INC.'S
ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE
SEALED**

Gibson, Dunn &
Crutcher LLP

WHEREAS Plaintiffs designated certain materials produced to the PGA Tour on August 5, 2022, as "Highly Confidential – Outside Counsel Eyes Only";

WHEREAS PGA Tour, Inc. ("PGA Tour") filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 49);

WHEREAS pursuant to Civil Local Rules, Rule 79-5(e), the deadline for the Designating Party, Plaintiffs, to submit declarations in support of the PGA Tour's Administrative Motion is Monday August 15, 2022;

WHEREAS Plaintiffs are considering the most narrowly tailored redactions that can be applied to the contracts that will still protect their financial interests;

WHEREAS Plaintiffs and PGA Tour have agreed, pursuant to Local Rule 6-2, to extend the time within which Plaintiffs may submit a statement or declaration in support of the PGA Tour's Administrative Motion to August 17, 2022;

WHEREAS there have been no previous time modifications relating to the Administrative Motion and this requested time modification will not alter the schedule for this case;

IT IS HEREBY STIPULATED that the deadline for Plaintiffs to submit a statement or declaration in support or otherwise respond to the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is extended to August 17, 2022.

DATED:  August 15, 2022

GIBSON, DUNN & CRUTCHER LLP

By:        */s/ Rachel S. Brass*
           Rachel S. Brass

RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:      (415) 393-8200
Facsimile:      (415) 393-.8306

Gibson, Dunn &
Crutcher LLP

ROBERT C. WALTERS, admitted *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, admitted *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-2911
Telephone:     (214) 698-3100

JOSHUA LIPTON, admitted *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, admitted *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:     (202) 955-8500

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford,
Matt Jones, Bryson DeChambeau, Abraham Ancer,
Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and
Peter Uihlein*

Gibson, Dunn &
Crutcher LLP

1 | DATED:  August 15, 2022

2 |

KEKER, VAN NEST & PETERS LLP

By:  _____/s/ Elliot R. Peters_____
          Elliot R. Peters

3 |

4 |

ELLIOT R. PETERS, SBN 158708
  epeters@keker.com
DAVID SILBERT, SBN 173128
  dsilbert@keker.com
R. ADAM LAURIDSEN, SBN 243780
  alauridsen@keker.com
NICHOLAS S. GOLDBERG, SBN 273614
  ngoldberg@keker.com
SOPHIE HOOD, SBN 295881
  shood@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

ANTHONY J. DREYER, admitted *pro hac vice*
  anthony.dreyer@skadden.com
KAREN M. LENT, admitted *pro hac vice*
  karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, Ny 10001
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000/1

PATRICK FITZGERALD, admitted *pro hac vice*
  patrick.fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Il 60606
Telephone: 312 407 0700
Facsimile: 312 407 0411

*Attorneys for Defendant PGA Tour, Inc.*

\* \* \* \* \* \* \*

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED:  August 15, 2022                    GIBSON, DUNN & CRUTCHER LLP


By:        */s/ Rachel S. Brass*
                        Rachel S. Brass

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO **ORDERED.**

3

4

5

DATED _____        _____

6                                                              BETH LABSON FREEMAN
                                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
CASE  NO. 5:22-cv-04486