RACHEL S. BRASS, SBN 219301
 rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: (415) 393-8200
Facsimile:  (415) 393-8306

ROBERT C. WALTERS, admitted *pro hac vice*
 rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201-2911
Telephone: (214) 698-3100

JOHN B. QUINN, SBN 90378
 johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

ROBERT P. FELDMAN, SBN 69602
 bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile:  (650) 801-5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein*

WILLIAM V. ROPPOLO, admitted *pro hac vice*
 william.roppolo@bakermckenzie.com
BAKER McKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131 USA
Telephone:    (305) 789-8900

*Attorneys for Phil Mickelson*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　Defendant. | CASE  NO. 5:22-cv-04486<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO SUBMIT A STATEMENT IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Rachel S. Brass, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the State of California, as well as the United States District Court for the Northern District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein in the above-entitled action. Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. On August 5, 2022, Plaintiffs designated certain materials produced to the PGA Tour, Inc. ("PGA Tour") on August 5, 2022, as "Highly Confidential – Outside Counsel Eyes Only."

3. PGA Tour filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 49) in support of its Opposition to TRO Plaintiffs' Motion for a Temporary Restraining Order.

4. Pursuant to Civil Local Rules, Rule 79-5(e), the deadline for the Designating Party, Plaintiffs, to submit declarations in support of the PGA Tour's Administrative Motion is August 15, 2022.

5. Plaintiffs are considering the most narrowly tailored redactions that can be applied to the contracts that will still protect their financial interests.

6. Plaintiffs and PGA Tour have agreed, pursuant to Local Rule 6-2, to extend the time within which Plaintiffs may submit a statement or declaration in support of the PGA Tour's Administrative Motion to August 17, 2022.

7. There have been no previous time modifications relating to the Administrative Motion and this requested time modification will not alter the schedule for this case.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on August 15, 2022, at Boston, Massachusetts.

*/s/ Rachel S. Brass*
Rachel S. Brass