RACHEL S. BRASS, SBN 219301
    rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

ROBERT C. WALTERS, admitted *pro hac vice*
    rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: (214) 698-3100

JOHN B. QUINN, SBN 90378
    johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

ROBERT P. FELDMAN, SBN 69602
    bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein*

WILLIAM V. ROPPOLO, admitted *pro hac vice*
    william.roppolo@bakermckenzie.com
BAKER McKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131 USA
Telephone: (305) 789-8900

*Attorneys for Phil Mickelson*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | CASE NO. 5:22-cv-04486<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO SUBMIT A STATEMENT IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

WHEREAS Plaintiffs designated certain materials produced to the PGA Tour on August 5, 2022, as "Highly Confidential – Outside Counsel Eyes Only";

WHEREAS PGA Tour, Inc. ("PGA Tour") filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt. No. 49);

WHEREAS pursuant to Civil Local Rules, Rule 79-5(e), the deadline for the Designating Party, Plaintiffs, to submit declarations in support of the PGA Tour's Administrative Motion is Monday August 15, 2022;

WHEREAS Plaintiffs are considering the most narrowly tailored redactions that can be applied to the contracts that will still protect their financial interests;

WHEREAS Plaintiffs and PGA Tour have agreed, pursuant to Local Rule 6-2, to extend the time within which Plaintiffs may submit a statement or declaration in support of the PGA Tour's Administrative Motion to August 17, 2022;

WHEREAS there have been no previous time modifications relating to the Administrative Motion and this requested time modification will not alter the schedule for this case;

IT IS HEREBY STIPULATED that the deadline for Plaintiffs to submit a statement or declaration in support or otherwise respond to the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is extended to August 17, 2022.

DATED:  August 15, 2022

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ Rachel S. Brass_____
Rachel S. Brass

RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:     (415) 393-8200
Facsimile:      (415) 393-.8306

| | |
|---|---|
| 1 | ROBERT C. WALTERS, admitted *pro hac vice* |
| | rwalters@gibsondunn.com |
| 2 | SCOTT K. HVIDT, admitted *pro hac vice* |
| | shvidt@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 2001 Ross Avenue, Suite 2100 |
| 4 | Dallas, TX 75201-2911 |
| | Telephone:   (214) 698-3100 |
| 5 | |
| | JOSHUA LIPTON, admitted *pro hac vice* |
| 6 | jlipton@gibsondunn.com |
| | KRISTEN C. LIMARZI, admitted *pro hac vice* |
| 7 | klimarzi@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 8 | 1050 Connecticut Avenue, N.W. |
| | Washington, DC 20036-5306 |
| 9 | Telephone:   (202) 955-8500 |
| 10 | |
| | JOHN B. QUINN, SBN 90378 |
| 11 | johnquinn@quinnemanuel.com |
| | DOMINIC SURPRENANT, SBN 165861 |
| 12 | dominicsurprenant@quinnemmanuel.com |
| | KEVIN TERUYA, SBN 235916 |
| 13 | kevinteruya@quinnemanuel.com |
| | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 14 | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| 15 | Telephone:   (213) 443-3000 |
| 16 | |
| | ROBERT P. FELDMAN, SBN 69602 |
| 17 | bobfeldman@quinnemanuel.com |
| | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 18 | 555 Twin Dolphin Dr., 5th Floor |
| | Redwood Shores, California 94065 |
| 19 | Telephone:   (650) 801-5000 |
| 20 | *Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein* |

| | | |
|---|---|---|
| 1 | DATED: August 15, 2022 | KEKER, VAN NEST & PETERS LLP |
| 2 | | By: ___/s/ Elliot R. Peters___ |
| | | Elliot R. Peters |

ELLIOT R. PETERS, SBN 158708
 epeters@keker.com
DAVID SILBERT, SBN 173128
 dsilbert@keker.com
R. ADAM LAURIDSEN, SBN 243780
 alauridsen@keker.com
NICHOLAS S. GOLDBERG, SBN 273614
 ngoldberg@keker.com
SOPHIE HOOD, SBN 295881
 shood@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:      (415) 397-7188

ANTHONY J. DREYER, admitted *pro hac vice*
 anthony.dreyer@skadden.com
KAREN M. LENT, admitted *pro hac vice*
 karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, Ny 10001
Telephone:     (212) 735-3000
Facsimile:      (212) 735-2000/1

PATRICK FITZGERALD, admitted *pro hac vice*
 patrick.fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Il 60606
Telephone: 312 407 0700
Facsimile: 312 407 0411

*Attorneys for Defendant PGA Tour, Inc.*

\* \* \* \* \* \* \*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: August 15, 2022

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Rachel S. Brass*
       Rachel S. Brass

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO **ORDERED.**

DATED  August 16, 2022                    /s/ Beth Labson Freeman
                                          BETH LABSON FREEMAN
                                          United States District Judge