# EXHIBIT D





# LIV GOLF
### L E A G U E

## LIV GOLF
## INVITATIIONAL SERIES
### Rules and Regulations
*subject to amendment at anytime

**PRIVILEGED & CONFIDENTIAL**

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000051

LIV GOLF
LEAGUE

## FOREWORD FROM THE CEO OF LIV GOLF

To the Players of the LIV Golf Invitational Series

This document outlines the rules and regulations of the LIV Golf Invitational Series, that govern your participation in, and facilitate your ongoing success as a competitor and player of, the LIV Golf Invitational Series events—both individually and as a team member.

These Rules and Regulations are designed to ensure the highest level of competition and an optimal environment for sustained success of the sport of golf, which includes open and fair competition among all players and teams.

In addition, these Rules and Regulations are designed to ensure the LIV Golf Invitational Series is a leader in the promotion of world golf, including for the benefit of the players, fans and partners of the LIV Golf Invitational Series.

Yours Sincerely,

Greg Norman
Chief Executive Officer & Commissioner
LIV Golf

- 2 -

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY       PLAYERS0000052



I.      LIV GOLF Invitational Series Mission ....................................................... 5
II.     The Principal Objectives of LIV GOLF ..................................................... 6
III.    Definitions ......................................................................................... 6
        3.1     Certain Defined Terms .............................................................. 6
        3.2     Other Defined Terms ................................................................ 8
IV.     Governance of THE LIV Golf Invitational SERIES ................................... 9
        4.1     Statement from the Board of Directors of LIV Golf ...................... 9
        4.2     Chairman, CEO & Commissioner and Senior Management .......... 9
        4.3     Governing Groups of the Invitational Series .............................. 10
        4.4     Fiscal Year ............................................................................. 13
V.      Rules and Regulations of THE SERIES .................................................. 14
        5.1     Overview ............................................................................... 14
        5.2     General Overview of the Series ............................................... 14
        5.3     Regular Tournaments .............................................................. 14
        5.4     The Team Series Championship ............................................... 15
        5.5     LIV Golf Invitational Series schedule ....................................... 15
        5.6     Sanctioning Organization; Official World Golf Ranking ............... 16
        5.7     Team Rosters ......................................................................... 16
        5.8     Team Captain ......................................................................... 17
        5.9     Player Eligibility ..................................................................... 17
        5.10    Player Rights ......................................................................... 18
VI.     Player Obligations ........................................................................... 20
        6.1     Player Obligations .................................................................. 20
VII.    Event Structures & Technical Details ................................................. 23
        7.1     The Order of Merit ................................................................. 23
        7.2     Prize Money and Point Allocation for Regular Tournaments ....... 23
        7.3     Team Series Championship ..................................................... 27
        7.4     Schedule of Regular Tournaments ........................................... 30
        7.5     Event Management Policy & Guidelines ..................................... 33
        7.      Player Grant of Rights ............................................................ 33
        7.7     Broadcast .............................................................................. 34

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY         PLAYERS0000053



7.8     Film, Media and Other Property Rights ................................................... 34

VIII.   Code of Conduct .................................................................................. 36
8.1     General .............................................................................................. 36
8.2     General Guidelines ............................................................................. 36
8.3     Disciplinary Procedures ...................................................................... 39
8.4     Disqualifications ................................................................................. 50
8.5     Fines .................................................................................................. 50
8.6     Performance Enhancing Drugs Policy and Substance Abuse Policy ...... 50
8.7     Alcohol Consumption .......................................................................... 50

IX.     ADDITIONAL PROVISIONS ..................................................................... 52
9.1     Player Equipment ............................................................................... 52
9.2     Team Uniform ..................................................................................... 52
9.3     Insurance ........................................................................................... 52
9.4     Pace of Play ....................................................................................... 53
9.5     Individual Timings .............................................................................. 54
9.6     Bad Time ............................................................................................ 55
9.7     Official Performance Data .................................................................... 7
9.8     Championship Conditions .................................................................... 57
9.9     Suspension of Play .............................................................................. 58
9.10    Resumption of Play ............................................................................. 58
9.11    Caddie Regulations ............................................................................. 58
9.12    Accredited Agents .............................................................................. 59
9.13    Data Protection & Privacy ................................................................... 59
9.14    Other Events ...................................................................................... 59

Appendix A – Emergency Medical Release
Appendix B – Illustrative Example of Team Series Championship Bracket

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000054

LIV GOLF
LEAGUE

## Ä.Ä.    LIV GOLF INVITATIONAL SERIES MISSION

The LIV Golf Invitational Series (the "Series") endeavors to create lasting value at all levels of play by means of an additive team and individual world series of professional golf that injects new energy through a new format with top-flight professionals that uphold the heritage of the game, while modernizing fan and commercial experiences.

These Rules and Regulations shall govern all aspects of the Series, including without limitation:

- the powers of the Board of Directors, the Chairman, the Chief Executive Officer and Commissioner, the Vice President, Rules & Competitions and Tournament Directors;
- the governance and conduct of all professional golfers participating in the Series; and
- the administration and conduct of all golf tournaments held under the auspices of the Series.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY     PLAYERS0000055



### ÄÄÄ   THE PRINCIPAL OBJECTIVES OF LIV GOLF

The principal objectives of LIV Golf include, among other things:

- developing and promoting the sport of golf at every level of competition throughout the world;
- maximizing the reach and impact of all Tournaments;
- optimizing the impact of the Series and the LIV Golf International Series to ensure a sustainable investment matrix;
- building a sound platform to encourage LIV Golf's partners to build long-term relationships with events, rightsholders, teams and Players;
- allowing top professionals to maintain flexibility during the professional golf calendar; and
- reinvesting into the global golf ecosystem to benefit i  players  s, investors, broadcasters and governing bodies.

### ÄÄÄÄ DEFINITIONS

3.1    Certain Defined Terms. For purposes of these Rules and  gulations, the following terms shall have the following meanings unless express,y stated o herwise:

"Asian Tour" means Asian Tour Limited, which is a member of the International Federation of PGA Tours and the official regional sanctioning body for professional golf in Asia, sanctioning tournaments for professional golf  that are collectively known as the Asian Tour.

"Individual Rankings" means, as of any particular time in the Series, the individual ranking of all Players participating in the Series, ranked according to  aggregate total of Individual Points awarded to all Players in the Series  ursuant to Section 7.2(b), with the Player to whom the most points are the  allocated  eing ranked first.

"Person" means an individual, corporation, partnership, limited liability company, limited liability partnership, joint venture, syndicate, person  ust, association, organization or other entity, including any governmental or quasi-governmental association or agency, and including a  succe sso  y merger or otherwise, of any of the foregoing.

"Player" means a golfer who has contracted with LIV Golf to participate in one or more Tournament(s).

- 6 -



"Player Identification" means all of a Player's perso al attributes including the Player's name, nickname, initials, autograph, signature, endorsement, reputation, public persona, voice, video, film p rayal, com uter generated or animated portrayal, avatar, caricature, photograph, image (including facsimile mages), likeness, game play data and statistics records, biographical informa ..., backst , and all the Player's other characteristics, and any trademark ervice m rks, logos, trade names, copyright, moral rights, performing rig s and oth intellectual property rights (and all rights or forms of protection ving equi nt or similar effect anywhere in the world) belonging to the Player in connection with such personal attributes, in each case whether registered or unregistered, and a egal and eneficial rights and goodwill that subsist in relation to any of the foregoing, including the right to exhibit, exploit, copy, reproduce, edit, host, store, associate with or otherwise use, or create derivative works based on, any of the foregoing.

"Regular Tournament" means each Tournament forming part of the Series in accordance with these Rules and Regulations, er than the Team Series Championship.

"Senior Management" means the individuals set forth in Section 4.2(b).

"Team" means, collectively, the Players selected by a Team Captain to participate as a "Team" in the Series in accordance th these R les and Regulations or as may otherwise be designated as a member of the "Team" in accordance with these Rules and Regulations.

"Team Captain" ns a Player selected by the Commissioner, in his sole and absolute discretion, to be the leader of a T m during ne or more events taking place during the Series.

"Team Series Championship" means the final Tournament of th Series that constitutes the team championship for the Series, as ither des ribed in these Rules and Regulations.

"Tournament" means each of the tournaments taking place within the Series comprising the Regular Tournaments and the Team Series C ampionship, as further described in these Rules and Regulations.

"Tournament Director" means, in respect of each Tournament conducted during the Series, such individual as may be designated by the CEO & Commissioner in his sole discretion having the authority to manag an operati al aspects of the applicable Tournament.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000057



### 3.2   Other Defined Terms

10% Allowance ................................................................ Section 9.6(a)(ii)
Bad Time ........................................................................ Section 9.6(c)
Board .............................................................................. Section 4.1
CEO & Commissioner ..................................................... Section 4.2(a)
Code ............................................................................... Section 8.1(b)
Disciplinary Procedures ................................................. Section 8.3(a)(i)
Final Decision ................................................................. Section 8.3( )(iv)
Final Notice .................................................................... Section 8.3(d)(iii)
Final Round .................................................................... Section 7.2(f)
Individual Points ............................................................ Section 5.3(a)
Individual Prize Money ................................................... Section 7.2(a)
Interim Notice ................................................................ Section 8.3(d)(i)
Interim Response ........................................................... Section 8.3(d)(ii)
LIV Golf .......................................................................... Section 4.1
Major .............................................................................. Section 5.5
Monitoring Penalty ........................................................ Section 9.6(c)
Notice of Appeal ............................................................ Section 8.3(g)(ii)
Official World Golf Ranking ............................................ Section 5.6
Other Disputes .............................................................. Section 8.3(a)(iii)
Other Disputes Appeal Process ..................................... Section 8.3(p)(i)
Other Disputes Notice of Appeal ................................... Section 8.3(p)(i)
Other Event .................................................................... Section 9.14
Out of Position ............................................................... Section 9.4(b)
Player Draft .................................................................... Section 5.7
Playoff Holes .................................................................. Section 7.2(f)
Prize Money ................................................................... Section 7.2(a)
Promoter ........................................................................ Section 7.5(a)
Provisional Suspension .................................................. Section 8.3(i)(i)
Qualfiers ........................................................................ Section 7.3(d)
Rules of Golf .................................................................. Section 8.2(g)
Second Round ............................................................... Section 7.2(f)(ii)(E)
Series .............................................................................. Section I
Shotgun Start ................................................................. Section 7.2(d)
Standard Appeal Process ............................................... Section 8.3(l)(i)
Streamlined Appeal Process .......................................... Section 8.3(k)(i)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000058



Sudden Death Playoff..................................................................................Section 7.2(f)

Sufficient Time.............................................................................................Section 9.5(f)

Team Prize Money......................................................................................Section 7.2(a)

Team Sudden Death Playoff.....................................................................Section 7.2(h)

Tiebreak Hierarchy...........................................................................Section 7.2(f)(ii)(D)

Tiebreak Procedures...............................................................................Section 7.2(f)(ii)

Time Allowed Chart...................................................................................Section 9.4(a)

Timed..............................................................................................................Section 9.4(c)(iv)

Timing Official............................................................................................Section 9.4(c)(i)

## Ā Ā    GOVERNANCE OF THE LIV GOLF INVITATIONAL SERIES

4.1    Statement from the Board of Directors of LIV Golf.  LIV Golf Holdings Limited ("ether with its affiliates, "LIV Golf") is r-profit company, registered under the Companies (Jersey) Law 1991 with registered number 136131.  The Articles of Association of LIV Golf vest authority in its Board of Directors (the "Board") to manage the business and affairs of the Series in accordance with these Rules and Regulations.

4.2    Chairman, CEO & Commissioner and Senior Management.

(a)    CEO & Commissioner.  The Board delegates its powers to the Chairman of the Board and the Chief Executive Officer and Commissioner of LIV Golf (the "CEO & Commissioner") to administer these Rules and Regulations, wh may be amended or repealed from time to time at the discretion of the Board and its delegates.

(b)    Senior Management.  In addition to the Chairman of the Board and CEO & Commissioner, Senior Management is composed of the following individuals:

Chief Operating Officer:                          such person appointed by the CEO & Commissioner;

Chief Events Officer:                              such person appointed by the CEO & Commissioner;

President, Team Operations:                   such person appointed by the CEO & Commissioner;

Senior Vice President, Competition Management:       such person appointed by the CEO & Commissioner;

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000059



| | |
|---|---|
| Vice President, Administration: | such person appointed by the CEO & Commissioner; |
| Vice President, Rules & Competition: | such person appointed by the CEO & Commissioner; |
| Vice President, Agronomy: | such person appointed by the CEO & Commissioner; |
| Vice President, Scoring & Information Management: | such person appointed by the CEO & Commissioner; and |
| Senior Vice President, Corporate Development: | such person appointed by the CEO & Commissioner. |

4.3    Governing Groups of the Invitational Series.

(a)    Board of Directors.  The business and affairs of the Series will be managed under the direction and authority of the Board.  The Board may establish one or more committees to exercise the power and authority of the Board in the management of the business and affairs of LIV Golf.  The initial members of the Board shall consist of up to ten (10) representatives, which include  His Excellency Yasir Al-Rumayyan, as the Chairman of the Board and  the CEO & Commissioner, as well as eight (8) other members  selected by the Chairman and the CEO & Commissioner.

(b)    The Tournament Conditions & Rules Committee.  The Tournament Conditions & Rules Committee is responsible for overseeing the conditions and rules of each Tournament.  The initial members of the Tournament Conditions & Rules Committee are as follows:

| | |
|---|---|
| Agency Representative: | such person representing one of LIV Golf's agency partners actively engaged in promoting the Series, appointed by the CEO & Commissioner following consultation with such partners; |
| Asian Tour Commissioner and CEO: | currently Cho Minn Thant, or such other position succeeding to the position of Asian Tour Commissioner and CEO; |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000060



Chief Events Officer:      currently ███████, or such person appointed by the CEO & Commissioner;

President, Team Operations:      such person appointed by the CEO & Commissioner;

Senior Vice President, Competition Management:      such person appointed by the CEO & Commissioner;

Vice President, Rules & Competition:      currently ███████, or such person appointed by the CEO & Commissioner; and

GEO Representative:      such person appointed by the CEO & Commissioner.

(c)     The Corporate Responsibility & Compliance Committee. The Corporate Responsibility & Compliance Committee assists the Board in overseeing the Series' activities in the areas of corporate responsibility and compliance. The initial members of the Corporate Responsibility & Compliance Committee are as follows:

CEO & Commissioner:      Greg Norman;

COO:      currently ███████, or such person appointed by the CEO & Commissioner; and

Independent Representatives:      two (2) representatives appointed by the CEO & Commissioner.

(d)     The Social, Diversity, Sustainability & Ethics Committee. The Social, Diversity, Sustainability & Ethics Committee monitors and reports to the Board regarding the League's economic, social and environmental cooperation, including issues related to labor protocols, equitable employment, and health and safety communications. The initial members of the Social, Diversity, Sustainability & Ethics Committee are as follows:

Chief Operating Officer:      currently ███████ or such person appointed by the CEO & Commissioner;

Senior Vice President, Corporate Development:      such person appointed by the CEO & Commissioner;

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY     



LIV GOLF
LEAGUE

| Head of Corporate Social Responsibility: | such person appointed by the CEO & Commissioner; |
| President, Team Operations: | such person appointed by the CEO & Commissioner; and |
| Vice President, Agronomy: | such person appointed by the CEO & Commissioner. |

(e)     <u>The Integrity & Conduct Committee</u>.  The Integrity & Conduct Committee assists the Board in setting and overseeing ethical standards and values, including fair and honest performances and outcomes.  The initial members of the Integrity & Conduct Committee are as follows:

| Board Member: | such person appointed by the Board; |
| CEO & Commissioner: | Greg Norman; and |
| WADA Experienced Representative: | such person appointed by the CEO & Commissioner. |

(f)     <u>The Total Wellness Committee</u>.  The Total Wellness Committee assists the Board in establishing guidelines for wellness education and achievement within the global golf ecosystem, including destigmatizing mental illness.  The initial members of the Total Wellness Committee are as follows:

| CEO & Commissioner: | Greg Norman; |
| Mental Health Expert: | such person appointed by the CEO & Commissioner; |
| Nutrition Expert: | such person appointed by the CEO & Commissioner; |
| Player and Team Liaison: | such person appointed by the CEO & Commissioner; and |
| Total Wellness Representative: | such person appointed by the CEO & Commissioner. |

(g)     <u>Championship Committee</u>.  The Championship Committee is responsible for setting the course and format for each Tournament, promulgating regulations related to attire (and such other matters as may be delegated to it by the Tournament Conditions & Rules Committee) for each Tournament, and advising the CEO & Commissioner on matters related to Teams and Players.  The initial members of the Championship Committee are as follows:

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

Chief Events Officer:                         currently ██████ or such person appointed by the CEO & Commissioner;

President, Team Operations:                   such person appointed by the CEO & Commissioner;

Senior Vice President, Competition Management: such person appointed by the CEO & Commissioner; and

Vice President, Rules & Competition:          currently ██████, or such person appointed by the CEO & Commissioner.

4.4    Fiscal Year.  The fiscal year of LIV Golf shall begin on January 1 of each year and shall end on December 31 of each year.

- 13 -



LIV GOLF
LEAGUE

## V.   RULES AND REGULATIONS OF THE SERIES

5.1     Overview.  Each Player acknowledges and agrees that the field of te professional golf is still relatively new and changing rapidly and that these ...ules and Regulations will continually evolve to keep pace with those chan ...s and to ... ximize the revenue created by the Series.  Accordingly, each Pla ... agrees that

5.2     General Overview of the Series.

(a)     The Ser es will be composed of seven (7) Regular Tournaments and one (1) Team Series Championship.  The number and structure of Tournaments during the Ser es may change.  The location and timing of each Tournament during the Series will be determined by LIV Golf in its discretion.



5.3     Regular Tournaments.

(a)     Each Regular Tournament will consist of twelve (12) Teams (as defined below) composed of a total of forty-eight (48) Players pa ...pating in a fifty-four (54)-hole (three (3) round) stroke play event wi ...out an... t.  Each Regular Tournament will be comprised of concurrent individual- and team-based competitions.  Points will be awarded to the Players ("Individual Points") based on their respective finishing position at each event.  Such Individual Points will ...e used to calculate the Individual Rankings for the Series.  For additiona. ...formation on the allocation of Individual Points at a Regular Tournament (including any Prize Money awarded in connection therewith), see Sections 7.2(b).

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000064



5.4

5.5    LIV Golf Invitational Series schedule.  The following is the schedule  for the Series:

    June 9-11       –       Centurion Club, London, UK

    July 1-3        –       Pumpkin Ridge Golf Club, Portland, OR

- 15 -

LIV GOLF
LEAGUE

| | | |
|---|---|---|
| July 29-31 | – | Trump National Bedminster, Bedminster, NJ |
| September 2-4 | – | The International, Bolton, MA |
| September 16-18 | – | Rich Harvest Farms, Chicago, IL |
| October 7-9 | – | Stonehill, Bangkok, Thailand |
| October 14-16 | – | Royal Greens Golf Club, KAEC, Saudi Arabia |
| October 28-30 | – | North America, Venue TBC |



5.6     Sanctioning Organization; Official World Golf Ranking.   The Series is supported and regulated by the Asian Tour and is intended to be conducted in accordance with the existing regulations and approvals of the Official World Golf Ranking (the "Official World Golf Ranking"), such that the Players' performance in the Series may count toward the Official World Golf Ranking.

5.7



- 16 -



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000067



5.10    Player Rights.

(a)     Unless otherwise agreed with LIV Golf in writing, each Player has the right to use, carry, practice with, and train with all of the golf clubs, golf bags and golf balls that the Player is required to use pursuant to a technical sponsorship or endorsement agreement that governs the period in which the Player participates in the Series.

(b)     Unless otherwise agreed with LIV Golf in writing, subject to Section 9.2 below, each Player is permitted to wear the apparel, shoes, clothing, hats

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000068

LIV GOLF
LEAGUE

and sponsor logos that the Player elects to wear, whether is requi d by a sponsorship or endorsement agreement or due to pers al prefere e.

(c)      Unless otherwise agreed with LIV Golf in writing, each Player s the right to abide by the terms and conditions of any sponsorship or dorseme t agreement that governs the period in which the Player participa in the S es.

(d)      In case of an emergency, each Player authorizes LIV Golf to arrange for or provide such medical assistance to the Player as either of them determ es necessary.  The Player also authorizes any licensed physician, health c person el and/or medical facility to provide any medical/surgical care an or hospit ation of the Player which such licensed physician, health care p rsonnel an r medical facility deem medically necessary or advisable.  Each Player authorizes any reasonabl necessary emergency care, whether administered by paramedics or d c ors or doctors' staff.  In connection with the foregoing, the Player also agr es to exe ute a copy of the form of Emergency Medical Release set forth in Appendix o these Rules and Regulations.

- 19 -



## VI. PLAYER OBLIGATIONS

6.1    Player Obligations.  Each participating Player agrees to:



(b)    register for each Tournament by no later than 10:00 a.m. local time (measured at the location of the applicable Tournament) two (2) days preceding the start of Tournament competition (typically the Wednesday of tournament week where the first round takes place on a Friday);

(c)    play golf in each Tournament to the best of his or her ability (both as a member of the Team on which the Player is assigned in accordance with these Rules and Regulations and as an individual Player) to maintain and enhance the quality of the Tournament;

(d)    comply fully with these Rules and Regulations, including any code of conduct, anti-corruption and anti-doping provisions (including the payment of any fine imposed for breach thereof);

(e)    not assert any claim, or bring any action or proceeding arising out of or relating to these Rules and Regulations, except, in each case, for any claims, actions or proceedings properly brought in accordance with these Rules and Regulations;

(f)    abide by the Rules of Golf when competing in Tournaments; if requested by LIV Golf with reasonable notice and with reasonably frequency, participate in promotional or Tournament activity, respectively;

(h)    comply, and act in accordance, with all applicable laws in any jurisdiction where a Tournament or Series event is held;

(i)    not make any statement or commit any act (or fail to act), nor make, post, publish or communicate to any Person or in any public forum any false, defamatory, libelous, or slanderous remarks, comments or statements, if such statement, act or failure could reasonably be expected to, or actually does,

- 20 -

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY



adversely affect (i) the Player's public image and/or ability to participate in connection with any Tournament or Series event or (ii) the reputation or public image of the Series event, the game of golf, LIV Golf, any other Player, any official partner of the Series, or any other sponsor of the Tournament;

(j)     not gamble (whether directly or indirectly) in connection with any Tournament, event or any other golf match or competition and shall not manipulate or unlawfully influence any results or statistics relating to any such Tournament, Series event or any other match or competition, or provide any nonpublic information to any Person for gambling or wagering purposes (it being understood and agreed that the penalty for a transgression of this obligation will result in immediate discipline up to and including permanent expulsion from LIV Golf events);

(k)     allow his caddie to co-operate with certain requests made by LIV Golf with respect to broadcast enhancements and access to certain player-caddie conversations, data and information that may be captured with technology related devices or other means of data capture.

(l)     ensure that the Player has all necessary visas, work permits and other approvals or permissions to enable the Player to travel to and arrive at each Tournament and Series event in a timely fashion and to play in each Tournament; LIV Golf will provide reasonable assistance when requested , and when possible, to facilitate these permissions

(m)     make his or herself available as required for the purposes of the conduct of all anti-doping as may be required in accordance with these Rules and Regulations; and

(n)     before his or her first Tournament, provide evidence acceptable to the CEO & Commissioner that he or she has obtained, and thereafter maintain, personal liability insurance covering any liability or claim that may arise from his or her participation in any Tournament or associated event , in minimum amounts of $1,000,000 for each occurrence, with LIV Golf and such other affiliated entities to be designated from time to time by LIV Golf named as additional insureds under such policy, indicating the name of the insurance company and th number of the policy by which the Player is insured.

The Player shall be responsible for any act (or failure to act ) of any of the Player's agents or other third parties acting on its behalf in violation of these Rules and Regulations.  Penalties for failure to meet player obligations will be determined at the sole discretion of the CEO & Commissioner, as set forth herein.  The Player

- 21 -



recognizes that the Player is bound by these Rules and Regul tions for al' urposes in respect of the Player's participation in the Se s, even f the Player only participates in a limited number of Tournaments within the Series.

- 22 -



## VII. EVENT STRUCTURES & TECHNICAL DETAILS

7.1   The Order of Merit.

(a)   <u>The Individual Series Championship</u>.  During the Series, LIV Golf will crown an "Individual Series Champion" who will be the highest ranked Player in the Individual Rankings at the conclusion of the final Regular Tournament for the Series who has competed in not less than four (4) Tournaments during the Series. Individual Points will be allocated consistently throughout the Series according to the table set forth in <u>Section 7.2(b)(i)</u> below and Players will be entitled to an Individual Series Championship Bonus in accordance with the table set forth in <u>Section 7.2(b)(ii)</u>.

(b)   <u>The Team Series Championship</u>.  During the Series, LIV will crown a "Team Series Champion" which will be the Team that wins the Team Series Championship for the Series.

7.2   Prize Money and Point Allocation for Regular Tournaments.

(a)   An aggregate total prize purse equal to $25,000,000 will be awarded for each Regular Tournament as follows: (i) $20,000,000 to be allocated to all Players participating in such event based on each such Player's respective individual score after completion of all fifty-four (54) holes at such Regular Tournament ("<u>Individual Prize Money</u>") and (ii) $5,000,000 to be allocated among the top three (3) Teams competing in such Regular Tournament based on each Team's finishing placement in such Regular Tournament after completion of all fifty-four (54) holes ("<u>Team Prize Money</u>" and, together with the Individual Prize Money, the "<u>Prize Money</u>").

(b)   (i) A Player will be allocated the total number of Individual Points and corresponding share of Individual Prize Money, in each case, based on such Player's final individual placement at the end of a Regular Tournament in the amounts set forth below, with the total number of Individual Points allocated to all Players used to calculate the Individual Rankings:

| Individual Placing | Individual Points | Individual Prize Money | Individual Placing | Individual Points | Individual Prize Money |
|---|---|---|---|---|---|
| 1 | 40 | $4,000,000 | 25 | 0 | $166,000 |
| 2 | 30 | $2,125,000 | 26 | 0 | $164,000 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000073



LIV GOLF
LEAGUE

| | | | | | |
|---|---|---|---|---|---|
| 3 | 24 | $ ,500,000 | 27 | 0 | $162,000 |
| 4 | 18 | $1,050,000 | 28 | 0 | $160,000 |
| 5 | 16 | $975,000 | 29 | 0 | $158,000 |
| 6 | 14 | $800,000 | 30 | 0 | $156,000 |
| 7 | 13 | $675,000 | 31 | 0 | $154,000 |
| 8 | 12 | $625,000 | 32 | 0 | $152,000 |
| 9 | 11 | $580,000 | 33 | 0 | $150,000 |
| 10 | 10 | $560,000 | 34 | 0 | $148,000 |
| 11 | 8 | $540,000 | 35 | 0 | $146,000 |
| 12 | 7 | $450,000 | 36 | 0 | $144,000 |
| 13 | 6 | $360,000 | 37 | 0 | $142,000 |
| 14 | 5 | $270,000 | 38 | 0 | $140,000 |
| 15 | 4 | $250,000 | 39 | 0 | $138,000 |
| 16 | 3 | $240,000 | 40 | 0 | $136,000 |
| 17 | 3 | $232,000 | 41 | 0 | $134,000 |
| 18 | 2 | $226,000 | 42 | 0 | $132,000 |
| 19 | 2 | $220,000 | 43 | 0 | $130,000 |
| 20 | 2 | $200,000 | 44 | 0 | $128,000 |
| 21 | 1 | $180,000 | 45 | 0 | $126,000 |
| 22 | 1 | $172,000 | 46 | 0 | $124,000 |
| 23 | 1 | $170,000 | 47 | 0 | $122,000 |
| 24 | 1 | $168,000 | 48 | 0 | $120,000 |

(ii)   In addition, at the end of the Series, a $30,000,000 "Individual Series Championship" cash bonus will be allocated among the top three (3) Players ranked in the Individual Rankings for the Series as follows, providing that such player has participated in at least four (4) of the seven (7) Individual Series Championship events :

| Individual Ranking at Series End | Individual Series Championship Bonus |
|---|---|
| 1 | $  18,000,000 |
| 2 | $  8,000,000 |
| 3 | $  4,000,000 |

(c)       A Team will be allocated the corresponding share o    earn Prize Money (if any) based on such Team's final team placement at the end of    egular Tournament in the amounts set forth below, with each of the Players on each such

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY       PLAYERS0000074



Team who is otherwise eligible to receive such Team Prize Money in accordance with these Rules and Regulations being entitled to share in such Team Prize Money evenly:

| Team Placing | Team Prize Money |
|---|---|
| 1 | $   3,000,000 |
| 2 | $   1,500,000 |
| 3 | $     500,000 |

(d)    In Round 1 and Round 2 of each Regular Tournament, the best two (2) eighteen (18)-hole scores for each Team will count toward the Team's score for such rounds.  For Round 3, the best three (3) eighteen (18)-hole scores for each Team will count towards the Team's score for such round.  Each of Round 1 and Round 2 of a Regular Tournament will begin with all participating players teeing off at approximately the same time on separate holes that will be assigned by the CEO & Commissioner, in his sole discretion, with the input of the Rules & Competitions Department (a "Shotgun Start").

(e)    Any Individual Prize Money or Team Prize Money will be paid to the applicable Players within fourteen (14) days of the conclusion of the Tournament or within thirty (30) days of the Player's invoice for the same, whichever is later.

(f)    In the event two (2) or more Players maintain the lowest aggregate individual score and tie for first place in the individual placing at the end of the final round of the Regular Tournament  (the "Final Round"), the individual winner for such event will be determined by a "Sudden Death Playoff," which will commence immediately following completion of the final hole of regulation for such Regular Tournament, beginning at a hole on the applicable golf course for such Tournament designated by LIV Golf in its sole discretion and continuing (as needed) on such additional holes as management will designate in its sole discretion (the "Playoff Holes"), with the order in which Players play for the duration of the Sudden Death Playoff to be determined by the random drawing of numbers.  During such Sudden Death Playoff, the tied Players will compete to achieve the lowest score on such Playoff Holes (as if such Playoff Holes constituted a part of the original fifty-four (54) holes of such Regular Tournament) and the Player that achieves such lowest score throughout such Playoff Holes will be deemed the winner of such Regular Tournament.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000075



(i)   If the Sudden Death Playoff involves more than two (2) Players, the Player that wins such Sudden Death Playoff will be awarded first place, with the placement of the other Players based on each such Player's respective individual score during the Final Round. (for individual points), and an equal split of prize money, averaged from the sum of prize money for playoff non-winners.

(ii)   If, for purposes of determining individual points earned for placement of the Players that did not win the Sudden Death Playoff, the participating Players' scores during the Final Round are tied, the Players' finishing placement for such Regular Tournament will be determined by comparing each such Player's score(s) in the following groupings of holes until no scores are tied (it being understood that all references to hole numbers below shall refer to the hole numbers assigned by the golf course hosting such Tournament) (such procedure, the "Tiebreak Procedures"):

(A)   first, in accordance with such Players' Final Round scores during the final nine (9) holes designated by the host golf course (i.e., the holes designated as holes ten (10) through eighteen (18) at such golf course);

(B)   second, if two (2) or more Players' scores are still tied, in accordance with the remaining tied Players' Final Round scores during the final six (6) holes designated by the host golf course (i.e., the holes designated as holes thirteen (13) through eighteen (18) at such golf course);

(C)   third, if two (2) or more Players' scores are still tied, in accordance with the remaining tied Players' Final Round scores during the final three (3) holes designated by the host golf course (i.e., the holes designated as holes holes sixteen (16) through eighteen (18) at such golf course);

(D)   fourth, if two (2) or more Players' scores are still tied, in accordance with the remaining tied Players' Final Round scores on the final hole designated by the host golf course (i.e., the hole designated as hole eighteen (18) at such golf course); and

(E)   fifth, in the event that two (2) or more Players' scores are still tied, in accordance with the remaining tied Players' aggregate scores during the Final Round and the round immediately preceding the Final Round (the "Second Round" and the foregoing clauses (A) through (E), the "Tiebreak Hierarchy"); and

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY      PLAYERS0000076



(F) thereafter, in the event that two (2) or more Players' scores are still tied, such Players' final place _nt for su_' ournament will be determined in accordance with the Tiebr_ k Hierarchy as applied to the Players' Second Round scores

(g) For purposes of determining the final individual placings for individual points earned of all Players following the con_usion of any Tournament, the Tiebreak Procedures shall be applied. For the purpo__s of determining prize money won per individual placement, ties will receive an average of the sum of respective prize money designated for each placement in which there are players whose event scores are the same.

(h) I_ the event two (2) or more Teams maintain the lowest aggregate Team score and tie for first place in the Team competition at the end _ a Regular Tournament, the winning Team for such event will be deter_ _ed by an aggregate score sudden death playoff which will be conducted substantially as the Sudden Death ~~Playoff described in the forego~~ing Section 7.2(f) (including, for the avoidance of doubt, by using the Tiebreak Procedure to determine final Team placings) (the "Team Sudden Death Playoff"). The format for the Team Sudden Death Playoff in a Regular Tournament will be limited to two (2) Players per T_ m, as selected by their Team Captains prior to the commencement of the F_nal Round, representing their Team in an aggregate score format which shall be conducted; provided that (i) if two (2) members of the same Team conclude the Final Rou_ with the same individual placing, a Sudden Death Playoff shall be conducted in accordance with Section 7.2(f) to determine the individual pla_ _g of such _layers and, concurrently, the two other Players on such Team shall compete in the Team Sudden Death Playoff and (ii) if more than two (2) members of the same Team conclude the Final Round with the same individual placing, a Sudden Death Playoff shall first be conducted in accordance with Section 7.2(f) to determine t_e individual placing of such Players and, thereafter, the Team C_ptain sh_l_ select the two (2) Players who will compete in the Team Sudden Death Playoff.

7.3 Team Series Championship.

(a) The Team Series Championship will be played over four (4) days and will be the eighth (8th) _d final Tournament of the Series _rowning the winning Team as the "Series Champion." An aggregate total prize purse equal to $50,000,000 will be allocated to the Teams competing in the Team Series Championship based on each Team's finishing placement in such Team Series Championship as set forth below.

- 27 -



| Team Series Championship Placing | Team Prize Money | Individual Player Share: |
|---|---|---|
| 1 | $16,000,000 | $4,000,000 |
| 2 | $10,000,000 | $2,500,000 |
| 3 | $8,000,000 | $2,000,000 |
| 4 | $4,000,000 | $1,000,000 |
| 5 | $2,000,000 | $500,000 |
| 6 | $2,000,000 | $500,000 |
| 7 | $2,000,000 | $500,000 |
| 8 | $2,000,000 | $500,000 |
| 9 | $1,000,000 | $250,000 |
| 10 | $1,000,000 | $250,000 |
| 11 | $1,000,000 | $250,000 |
| 12 | $1,000,000 | $250,000 |

(b)　　The Team Prize Money for the Team Series Championship will be allocated equally among the Players on the Teams participating in the Team Series Championship.

(c)　　<u>Qualification Criteria for Team Series Championship</u>.  The field for the Team Series Championship will be determined by the following criteria:

(i)　　the CEO & Commissioner in his discretion and in consultation with the Championship Committee will grant up to twelve (12) exemptions;

(ii)　　the next twenty-four (24) places will be filled from the leading players in the Individual Series Rankings who have completed no less than four (4) Regular Tournaments; and

(iii)　　the remaining twelve (12) places will be filled from the highest eligible Players from the Official World Golf Ranking as of the Monday following the seventh (7th) Regular Tournament of the Series.  In order to be eligible for participation in the Team Series Championship a Player must have played a minimum of three (3) Regular Tournaments prior to the Team Series Championship.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY　　　PLAYERS0000078



(d)    Event Summary of Team Series Championship.

(i)    For each Team Series Championship, each Team will be seeded according to Section 7.2(f) below. Seeds 1-4 will receive a bye to the quarterfinals of the Team Series Championship and Seeds 5-12 will compete in the initial qualifying round (the "Qualifiers"). The highest-seeded Team in each round will have the first option to select its opponent (i.e. after the highest-seeded Team selects its opponent, the second selection will be afforded to the next-highest seed, and so on). During the Qualifiers, Seed 5 (as the top seed competing in such round) will have the first selection. After each round of the Team Series Championship, the losing Team will be eliminated.

(ii)    Each Team matchup is played as three (3) "Match-Play" matches as follows:

- two (2) "Individual Match-Play" matches; and
- one (1) "Pairs Match-Play" match[1]

Each Match-Play match is worth one (1) Team point and the Team with the most Team Points after three (3) Match-Play matches wins. The Team Captain will select the participants for each Match-Play match during each round of the Team Series Championship.

(iii)    In the event of a tie, each Team Captain will select two (2) of his or her Team's Players to represent the Team to compete in a Sudden Death Playoff in the format described above in Section 7.2(h).

(iv)    The Team Series Championship will take place as a Shotgun Start on each day, with twelve (12) matches taking place on the first and second days of the Team Series Championship and six (6) matches taking place on the third and fourth days of the Team Series Championship.

(v)    In each of the final round of the Team Series Championship and the playoff round to decide the third (3rd) and fourth (4th) place Teams, in the event of a tie, each Team Captain will select two (2) of his or her Team's Players to represent the Team to compete in a Sudden Death Playoff in the format described above in Sections 7.27.2(f) through 7.2(h).

---

[1]  The format of such Pairs Match-Play match will be either "Four-Ball", "Foursome" or "Greensome", as determined by the Team Captain for the Team having the higher seed.

- 29 -

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000079



(e)   Illustrative Example of the Team Series Championship.   See Appendix B for an illustrative example of a Team Series Championship bracket.

7.4



- 30 -



_____

[2]   Note that, prior to the start of each round of play, Players will be directed by LIV Golf to arrive at a central "hub" no less than twenty (20) minutes prior to the Shotgun Start so that Players may be transported to their respective starting holes.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000081



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000082





7.5     Event Management Policy & Guidelines.

(a)     The management and conduct of all Tournaments shall be under the direction of, and subject to oversight by, LIV Golf, in its sole discretion. One or more Tournaments may be contracted by the Series to one or more third-party event management companies (a "<u>Promoter</u>") based on the particular location of such Tournament and such Promoter's knowledge, expertise and network.  The Series may also contract with one or more staging suppliers in certain "core areas" on an international, multi-Tournament basis, in its sole discretion.

(b)     LIV Golf shall prepare and establish standardized event management policies and guidelines (which shall be determined by LIV in its sole discretion) that will be implemented by LIV at all Tournaments, to ensure consistent infrastructure, logistics and operations at each Series event.  Each Tournament, while unique, must follow an event budget framework and utilize supplier partners approved by LIV, while adhering to any applicable local supplier guidelines, and driving local community and economic impact.

7.6     Player Grant of Rights.  As a participant in LIV Golf Invitational Series events, each Player hereby grants to LIV Golf an exclusive, perpetual, royalty-free, worldwide, transferable, fully paid-up, irrevocable right and license (with the right to grant sublicenses) to exhibit, transmit, broadcast, distribute, display, commercially exercise, exploit, copy, reproduce, edit, host, store, and otherwise use the Player's Player Identification in connection with all content that is created, captured, recorded or otherwise generated during or in conjunction with the Series event in which Player is participating.  This grant of license includes future, not-yet-defined derivative works thereof, in any manner whatsoever, alone or in composite or conjunction with any other materials or content, on, via or through any and all media now known or hereafter developed, on or in connection with, related to, in furtherance of, or for the purposes of any League activity, League rights, Team rights, promotional activities, or otherwise in relation to LIV Golf events.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000083

7.7    Broadcast.



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000084



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000085



# 8.  CODE OF CONDUCT

8.1    General.

(a)    Each Player voluntarily submits himself to standards of behavior and ethical conduct beyond those required of ordinary golfers and players of the public.

(b)    It would be impossible to define exactly the standard of conduct expected from Players in all circumstances or to list all acts which would amount to a breach of this Code of Conduct (the "Code") and lead to disciplinary sanctions.  In most cases, common sense should tell the Player the standard of behavior that is required; however, for the avoidance of doubt, Players must ensure that their conduct does not reflect unfavorably on the Series, LIV Golf, other Players, officers or representatives of LIV Golf, Tournaments or sponsors, or otherwise undermine the public confidence in the integrity of the Series and its Tournaments.

8.2    General Guidelines.   In most circumstances, the following acts or omissions will be considered to be contrary to the Code and if established will lead to a penalty being imposed by the CEO & Commissioner, in his sole discretion:

(a)    Etiquette.   A Player shall not fail to comply with normally accepted standards of courtesy and golf etiquette.  This includes failure to repair divot marks, pitch marks and, in particular, the failure to ensure that a bunker is correctly raked after usage.  Please note: Failure to adhere to these rules may cost a Player an amount of Individual Points determined in the discretion of the CEO & Commissioner and if repeated offenses are recorded, at the discretion of the Vice President, Rules & Competitions or the Chief Referee appointed by the League from time to time.

(b)    Crime.   A Player shall not be convicted of a criminal offense involving dishonesty or moral turpitude by a court of law in any jurisdiction.

(c)    Anti-Corruption.   A Player shall not have any financial interest, either directly or indirectly, in the performance or the winnings of another Player in any Tournament approved or otherwise sanctioned by LIV Golf and/or the Asian Tour or any other regulatory body, whether through purse splitting, Prize Money "insurance," financial assistance, bets or otherwise.  Each Player agrees to comply with the League's anti-corruption policy, including the dispute resolution

- 36 -



provisions contained therein which shall, in each case, be promulgated by the Commissioner and CEO. Any Player who violates the provisions of this <u>Section 8.2(c)</u> shall be subject to a suspension from Tournament play for the remainder of the Series, to be confirmed in the sole discretion of the CEO & Commissioner. In addition, a Player must not do any of the following:

(i) fail to give his or her best efforts in competition at any Tournament;

(ii) associate or have dealings with Persons whose activities might reflect adversely upon the integrity of the game of golf;

(iii) bet money or anything of value on a golf tournament or similar event (including, for the avoidance of doubt, any Tournament), whether or not the Player is a participant of such tournament or similar event;

(iv) bribe, gift, pay, reward or otherwise give anything of value to any Player with the intention of influencing his or her efforts in a golf tournament or similar event (including, for the avoidance of doubt, any Tournament);

(v) solicit or agree to accept any bribe, gift, payment, reward or otherwise accept anything of value offered or given with the intention of influencing such Player's efforts in a golf tournament or similar event (including, for the avoidance of doubt, any Tournament);

(vi) fail to report promptly to the CEO & Commissioner any known or suspected bribe, gift, payment, reward or other offer for anything of value, or any agreement or acceptance or bet described in this <u>Section 8.2(c)</u>; and

(vii) associate or have dealings with Persons whose activities have involved trafficking or administration of substances or methods prohibited by the World Anti-Doping Agency, or other forms of doping.

(d) <u>Misbehavior, Lack of Integrity</u>. A Player shall not (i) exhibit misbehavior of a personal nature which is generally unacceptable by normal social standards, (ii) cause damage to the golf course or any property at the Tournament venue (e.g. throwing of clubs on the golf course is unacceptable) or (iii) otherwise exhibit behavior lacking integrity (whether or not amounting to cheating or dishonest conduct) in any play or game of golf.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000087



(e)     <u>Injurious Conduct, Offensive Media Comments, Public Attacks, Defamation</u>.

(i)     The favorable public reputation of LIV Golf and the Series, all of its associates and its Tournaments are valuable assets and create tangible benefits for all Players. Accordingly, each Player is obligated to refrain from comments in news media or social media that defame or attack or disparage any Tournaments (including any Tournament's promoters or sponsors), Players (including, if applicable, any of the Player's host countries or venues) or LIV Golf, or otherwise engage in any conduct likely to injure or discredit the reputation of LIV Golf or any of the Players, associates or stakeholders or conduct which is contrary to these Rules and Regulations.

(ii)     Other than public comments a Player knows, or should reasonably know, will harm the reputation or financial interest of a promoter or sponsor of a Tournament, this <u>Section 8.2(e)</u> shall not prohibit a Player's reasonable expressions of a legitimate disagreement with any of LIV Golf's policies.

(iii)     Any violation of this regulation shall be considered conduct unbecoming of a professional.

(f)     <u>Failure to Report Breach of the Code</u>.  Failure to report breach of the Code by another Player when the Player has witnessed or has personal knowledge of such other Player's act or omission and the Player would reasonably have realized that a breach may have occurred, or failing to cooperate in any inquiry, shall be a breach of these Rules and Regulations.

(g)     <u>Rules of Golf</u>.  Players must comply with the tournament Rules of Golf, as promulgated by the United States Golf Association and the R&A (the "<u>Rules of Golf</u>"), as amended by any local rules in force at any event and further comply with the "Conditions of Competition Regulations" or other rules, bylaws, directions or instructions as specified by the League which shall be deemed to incorporate the relevant provisions of the Code.  No Player shall deliberately breach the Rules of Golf in order to gain an advantage.

(h)     <u>Goodwill</u>.  Players must at all times act in the best interests of the League and the game of golf and try to enhance the goodwill which attaches to the game.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000088



(i)  <u>Breach of the Rules and Regulations</u>.  No Player shall breach any of the Rules and Regulations as published herein.

8.3  Disciplinary Procedures.

(a)  <u>General Statement of Policy and Scope</u>.

(i)  This <u>Section 8.3</u> sets forth the comprehensive dispute resolution process (collectively, the "<u>Disciplinary Procedures</u>") applicable to participating Players for all obligations, claims, breaches and violations set forth in these Rules and Regulations.  More specifically, the Player will litigate or contest those claims, breaches and violations, to the extent that they are litigated or contested, only through the Disciplinary Procedures set forth herein, and shall have no recourse to any other court, tribunal, arbitral forum, or administrative body of any kind.  For the avoidance of doubt, each Player acknowledges that these Disciplinary Procedures constitute an agreement to submit to binding arbitration in the broadest and most comprehensive understanding, to the extent any appeal is pursued of any League decision pursuant to <u>Section 8.3(k)</u> and <u>Section 8.3(l)</u>.

(ii)  The Disciplinary Procedures do not address the procedures and processes related to LIV Golf's Performance Enhancing Drugs Policy and Substance Abuse Policy.  Those provisions shall be addressed in separate dispute resolution procedures made part of the Series' Performance Enhancing Drugs Policy and Substance Abuse Policy, each of which shall be promulgated by the Commissioner & CEO.

(iii)  Any disputes relating to or arising under these Rules and Regulations which are not subject to the procedures and processes set forth in <u>Sections 8.3(a)(i)</u> and <u>8.3(a)(ii)</u> (collectively, "<u>Other Disputes</u>") shall be resolved solely in accordance with the relevant provisions set forth in <u>Section 8.3(p)</u>.

(iv)  Each Player agrees to be bound by each provision of the disciplinary procedures set forth in these Rules and Regulations, regardless of the number of Tournaments the Player participates in during the Series.  Each Player's agreement to be bound by the disciplinary procedures set forth herein shall continues until the matters raised and addressed by such procedures, understood as broadly as possible, are resolved through the processes set forth in these Rules and Regulations.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000089



(b)    <u>The Investigation</u>.

(i)    LIV Golf shall have the full authority to conduct a fair and expedient investigation that may lead to the discovery of evidence of any violation of the Rules and Regulations. LIV Golf may consider, with limitation, the following in deciding to initiate and conduct an investigation: (A) statements of any Player or Person associated with the LIV Golf Invitational Series; (B) statements of any Person not associated with LIV Golf; (C) documents; (D) public records; and (E) media reports.

(ii)    The investigation will be conducted by the Vice President, Rules & Competitions Department and/or the Vice President, Administration Department or any agent selected by LIV Golf at its sole discretion.

(iii)    All Players, including, but not limited to, the Player who is the subject of any investigation, must cooperate fully in any investigation conducted pursuant to the Disciplinary Procedures.  This cooperation shall include but is not limited to providing statements and testimony, as well as hard copy documents and electronic documents at the request of LIV Golf.

(iv)    All Players, including, but not limited to, the Player who is the subject of any investigation, may be served with a form requiring the Player to provide facts regarding, and related to, the investigation.

(v)    If the Player who is the subject of the investigation refuses to cooperate or provide any requested information, fails to preserve any requested information, such refusal may constitute an aggravating factor in connection with any subsequent finding of liability.  Even if no subsequent finding of liability is made, such a refusal to cooperate may constitute a separate violation of the Rules and Regulations where such refusal rises to the level of tampering with an investigation.

(vi)    All information furnished to LIV Golf pursuant to this <u>Section 8.3</u> shall be kept confidential except when it becomes necessary to disclose such information to further the investigation of and/or to bring proceedings relating to a violation of the Performance Enhancing Drugs Policy or the Substance Abuse Policy, or when such information is reported to administrative, professional, or judicial authorities pursuant to an investigation or prosecution of non-sporting laws or regulations.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000090



(c)   <u>Calculation of Time Periods</u>.   The rules set forth in these Disciplinary Procedures include time periods measured by a number of days.  Each of these periods includes weekend and holiday days.  If the last day of the time period falls on a weekend or holiday day, the last day to act in that time period shall be the next following weekday.  The end of the time period is always calculated as 5:00 p.m. (EST).  Holiday day is defined as a day recognized by the United States government as a federal holiday, and no other holiday days are excluded from the calculation of the relevant time periods set forth in the Disciplinary Procedures.

(d)   <u>Notice of Violation or No Finding of Violation</u>.

(i)   At the completion of the investigation, if the investigation results in a determination by LIV Golf that a violation of the Rules and Regulations has occurred, then LIV Golf will provide the subject Player with an interim written notice that will contain (A) a description of the violation that has occurred, (B) a description of the evidence supporting the violation and (C) the potential sanction ("<u>Interim Notice</u>").

(ii)   The Interim Notice shall also inform the Player of the Player's right to submit a written explanation for the violation or any applicable mitigating circumstances within ten (10) days of such notification ("<u>Interim Response</u>").  The Interim Response may consist of arguments and facts that LIV Golf should consider in connection with any defense to the claims and sanctions set forth in the Interim Notice, all of which LIV Golf shall consider and account for.

(iii)   After the expiration of the ten (10)-day period, LIV Golf will issue a written final notice to the Player of its findings of liability and sanctions to be imposed, if any, and notify the Player of the right to appeal the liability and sanction findings pursuant to these Disciplinary Procedures ("<u>Final Notice</u>").

(iv)   The Final Notice may contain a Provisional Suspension, as set forth in <u>Section 8.3(i)</u>.  The Final Notice will inform the Player of the opportunity for the Player to accept the Provisional Suspension as set forth in the Final Notice, pending the resolution of the entire case.  In the alternative, the Final Notice will inform the Player of the Player's right to contest the Provisional Suspension, as set forth in <u>Section 8.3(g)</u>.  If the Player does not contest the Provisional Suspension or any other part of the Final Notice within ten (10) days of receipt of the Final Notice, the Final Notice shall become final and binding

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000091



("Final Decision"), as set forth in Section 8.3(g). For the avoidance of doubt, a Final Decision is not appealable or subject to challenge of any kind.

(v)     Until such time as the investigation results in the issuance of an Interim Notice, no notice to the Player will be provided.

(e)     Sanctions.

(i)     LIV Golf shall have broad and sole discretion to impose sanctions for violations of the Rules and Regulations. However, in exercising that broad and sole discretion, LIV Golf will account for all the facts and circumstances of the violation. Some of those factors will be aggravating and some of those factors will be mitigating. Further LIV Golf shall also have the broad and sole discretion to determine that no sanction is appropriate, or that a sanction shall be suspended, pending the Player's demonstration of good behavior.

(A)     Aggravating Factors. Aggravating factors may include (1) failure to cooperate in an investigation, (2) a finding of dishonesty in connection with an investigation, (3) a failure to accept responsibility for any wrongdoing, (4) a negative impact on the sport of golf or LIV Golf and (5) a substantial impact on the reputation or credibility of any LIV Golf event or Player. The foregoing list is meant to be illustrative and not exhaustive.

(B)     Mitigating Factors. Mitigating factors may include (1) cooperating with an investigation, (2) an early or complete acceptance of responsibility for any wrongdoing, (3) evidence that the wrongdoing had a minimal impact on the sport of golf or the Series, and (4) evidence that the wrongdoing had no or minimal financial or reputation impact on any Person. The foregoing list is meant to be illustrative and not exhaustive.

(ii)     In consideration of the foregoing factors, LIV Golf may impose the following penalties, jointly or in combination:

(A)     A reprimand or censure, which will be published in the players' newsletter;

(B)     a fine of not less than $1,000 and not more than $50,000;

– 42 –



(C)　a suspension of all or some privileges related to the Series;

(D)　a suspension from participation in one or more tournaments or for a given period;

(E)　expulsion from LIV Golf events with the right to seek reinstatement after two (2) years; or

(F)　a permanent expulsion from LIV Golf events with no right of reinstatement. This sanction may only be imposed after two (2) separate steps have occurred, in the following order: first, a finding by LIV Golf that a permanent expulsion from LIV Golf events is appropriate; and second, if appealed, the sanction of permanent expulsion is affirmed by the Appeals Committee.

(f)　Statute of Limitations.  No action may be commenced under the Disciplinary Procedures set forth in this Section 8.2 against a Player for a violation of the Rules and Regulations unless such action is commenced within ten (10) years from the date the alleged violation occurred.

(g)　Challenge of LIV Golf's Finding of a Violation of the Rules and Regulations.

(i)　The Player has a right to challenge the claims and sanction contained in the Final Notice.

(ii)　If the Player wishes to challenge the claims or sanction contained in the Final Notice and/or to challenge the imposition of a Provisional Suspension, the Player must submit a written request for a hearing within ten (10) days of receipt of the Final Notice set forth in Section 8.3(d)(iii) ("Notice of Appeal"). Failure to file a Notice of Appeal within ten (10) days will result in the Final Notice becoming a Final Decision, which is not appealable or subject to challenge of any kind.

(iii)　The Player's written request to challenge the Final Notice must include (x) a statement of the basis of the Player's challenge and (y) a summary of the facts and evidence that will be used to support the Player's challenge.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY　　PLAYERS0000093



(iv)     If the Player does not challenge the Final Notice within ten (10) days after receipt of the Final Notice, then the Player will be deemed to have admitted the rule violations charged, and the Final Decision will issue.

(h)     <u>Confidentiality</u>.

(i)     All Players (including authorized representatives), League employees and contractors, and Persons involved in the administration of these Rules and Regulations are subject to the confidentiality provisions set forth herein.

(ii)     At all times prior to the issuance of the Final Decision, all communications and submittals made by the Player, and all findings from LIV Golf, with the exception of the fact of the Provisional Suspension as set forth below, are confidential and are not to be disclosed to any party.

(iii)     Once a Final Decision is issued, either due to the Player's decision not to challenge the Final Notice, or due to an adverse determination after a hearing, the determinations will become public.

(iv)     The Player at issue may publicly announce or acknowledge the disposition of any LIV Golf event related rule violation against the Player when charged with a suspension or discipline, as applicable, at any stage in the proceedings.  However, if the Player elects to make such a public announcement or acknowledgement, then LIV Golf no longer has any confidentiality obligation with respect to that matter.

(v)     These confidentiality provisions do not apply where it is necessary to bring proceedings relating to a violation of the Performance Enhancing Drugs Policy or the Substance Abuse Policy, or when such information is reported to administrative, professional, or judicial authorities pursuant to an investigation or prosecution of non-sporting laws or regulations.

(i)     <u>Provisional Suspension</u>.

(i)     LIV Golf may elect to temporarily suspend the Player from any play in the Series from the time of the issuance of the Final Notice until the time of the Final Decision (a "<u>Provisional Suspension</u>").  LIV Golf may publicly announce the fact of a Provisional Suspension.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000094



(ii)     A Provisional Suspension is effective as of the Final Notice, and results in the Player being suspended from participation in all Series Tournaments pending the issuance of the Final Decision.

(iii)    Upon the imposition of a Provisional Suspension, LIV Golf shall notify the Player of the Player's right to make an application to the CEO & Commissioner either immediately or at any time prior to the full hearing, showing cause why the Provisional Suspension should not be imposed (or, where it has been imposed, why it should be vacated) in advance of the full hearing.

(iv)    The challenge of a Provisional Suspension, if any, shall occur as follows:

(A)    Any Player who has received a Provisional Suspension may challenge that decision by filing a notice of appeal with the CEO & Commissioner within ten (10) days after the League's notice of the imposition of that Provisional Suspension.  The form of the notice shall be as set forth in Section 8.3(g)(iii).

(B)    The appeal shall be heard by a single, independent arbitrator and shall be heard promptly.

(C)    The arbitrator shall be chosen at random from a pool of arbitrators assembled by the League.

(D)    As soon as practicable, after the arbitrator is selected, a prehearing conference will be held to schedule the hearing on whether the Provisional Suspension should be upheld or not.  This hearing is separate from the hearing procedures that address liability and sanction, as set forth in Sections 8.3(b) and 8.3(e).

(E)    The arbitrator shall promptly issue an award in writing and signed by the arbitrator

(j)    Appeals from the Final Notice.

(i)     A Player has the right to appeal any discipline imposed pursuant to the Final Notice.  This right includes the right to challenge a Provisional Suspension as set forth above, or any sanction imposed hereunder.  However, the procedures relating to that appeal from the Final Notice differ depending on the sanction imposed.

- 45 -



(ii)     If the sanction consists only of a monetary penalty payable by the Player of not less than $300 and not more than $5,000, then the Player must follow the Streamlined Appeal Process set forth in <u>Section 8.3(k)</u>. If the sanction consists of anything greater than a monetary penalty of between $300 and $5,000, then the Player must follow the Standard Appeal Process set forth in <u>Section 8.3(l)</u>.

(iii)     Whether the Player is appealing pursuant to the Streamlined Appeal or the Standard Appeal Process, the requirements for the Notice of Appeal are the same.

(k)     <u>The Streamlined Appeal Process</u>.

(i)     The purpose of the "<u>Streamlined Appeal Process</u>" is to provide an efficient and speedy resolution to violations of the Rules & Regulations that are essentially minor in nature. If a Player utilizes the Streamlined Appeal Process, the appeal is to the Vice President, Rules & Competitions, and if the penalty is imposed by the Vice President, Rules & Competitions, then the appeal will be made to the CEO & Commissioner or his or her designated agent within seven (7) days of notification of the penalty.

(ii)     Following sending in the Notice of Appeal, the Player shall have fourteen (14) days to submit a letter brief not to exceed ten (10) pages. The Player may attach exhibits to the letter brief.

(iii)     Upon receipt of the Player's letter brief, the Vice President, Rules & Competitions, or if applicable, the CEO & Commissioner or his or her designated agent, shall have fourteen (14) days to issue a decision in connection with the applicable appeal.

(iv)     There shall be no discovery in connection with the Streamlined Appeal Process.

(v)     The decision of the Vice President, Rules & Competitions or the CEO & Commissioner or his or her designated agent shall be final and binding, and there shall be no right of appeal from the decision.

(l)     <u>The Standard Appeal Process</u>.

(i)     The purpose of the "<u>Standard Appeal Process</u>" is to provide an efficient and thorough examination of the claims and defenses presented by LIV Golf and the Player in connection with the Final Notice.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000096



(ii)    Upon receipt of the Notice of Appeal, LIV Golf shall have fourteen (14) days to convene an Appeals Committee. The Appeals Committee shall consist of two (2) independent arbitrators and a designee from LIV Golf. The LIV Golf designee may be a LIV Golf official or member of the board of directors. The arbitrator shall be selected from a list of arbitrators identified by LIV Golf. Once the Appeals Committee is formed, it shall appoint a Chair of the Appeals Committee, and the Chair shall promptly notice a pre-hearing conference.

(iii)   At all times, the Player has the right to be represented by his or her counsel, agent, manager or any other Person that the Player wishes participate in his or her defense.

(iv)   At all times, LIV Golf shall be represented by counsel or its designated agent.

(v)    During the pre-hearing conference, the Appeals Committee, with input from the Player and LIV Golf shall determine the date of the hearing, the length of the hearing the number of witnesses and exhibits and the place of the hearing, as well as any other matters necessary for the fair and efficient handling of the hearing. In addition, the hearing may be partially or wholly conducted via teleconference if either party requests that the hearing be conducted in such a manner, but the Appeals Committee must agree to such a request, which must be timely made.

(vi)   The hearing shall not occur later than sixty (60) days following the filing of the Notice of Appeal by the Player, unless good cause necessitates otherwise.

(vii)  Either party may make a request to the other party to procure attendance of any Person at the appeal hearing by notice in writing. If either party does not agree to do so, that party may make a written request to the Appeals Committee to assist in compelling that attendance to the extent that it has the ability to do so under applicable law.

(viii) Either party may make a request to the other party to produce certain documents for the hearing. If either party does not agree to do so, that party may make a written request to the Appeals Committee to assist in compelling the production of those documents in connection with the hearing.

- 47 -



(ix)     At least fourteen (14) days prior to the hearing, the parties will each submit an opening brief containing the arguments and factual assertions upon which each party will rely. At the same time, each party is required to submit a witness list and list of exhibits to the Appeals Committee.

(x)     At the hearing, the Player will be allowed to present evidence and witnesses, and question any of the witnesses put forward by LIV Golf. LIV Golf shall have the same opportunity to present evidence and witnesses and to question any of the witnesses put forward by the Player. At the conclusion of the hearing, both the Player and LIV Golf shall be entitled to summarize the applicable rules and facts in a closing statement.

(xi)     The Appeals Committee will have the right to ask questions of any witness put forward by any party. The procedure followed at the hearing shall be at the discretion of the Chair of the Appeals Committee, provided that the hearing is conducted in a fair manner with reasonable opportunity for each party to present evidence and present his/her/its case.

(xii)     At all times, the burden of proof with respect to each rule violation will rest with LIV Golf.

(xiii)     The Appeals Committee shall issue a written decision at the conclusion of the hearing, but in any case, not longer than fourteen (14) days following the last conclusion of the hearing. Post-hearing briefs will not be permitted, except that the Chair of the Appeals Committee may request briefing on a specific issue or issues. The decision shall be a reasoned decision, and communicated in writing to both parties.

(xiv)     The decision of the Appeals Committee shall be final and binding, and there shall be no right of appeal from that decision, and no right to subject that decision to any collateral attack in any way before any tribunal, court, or arbitral body.

(m)     Decision of the Appeals Committee as to Liability and Sanction. The Appeals Committee may reverse LIV Golf's finding that a violation of a rule occurred. In addition, the Appeals Committee may reduce or eliminate any sanction imposed by LIV Golf.

(n)     Attorneys' Fees and Costs. The Appeals Committee may award costs and/or attorneys' fees to the prevailing party in the hearing in whatever percentage, whole or in part, as the Appeals Committee finds appropriate. Such an

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000098



award of costs and/or attorneys' fees is not mandatory, and shall be at the discretion of the Appeals Committee.

(o)   <u>Enforcement of Payment</u>

(i)    Any fine, attorneys' fees or costs imposed in connection with a finding pursuant to these Disciplinary Procedures shall be payable within the time stipulated, except that in the case of an appeal such payment shall be suspended pending the hearing of that appeal. Failure to pay that payment on the date that it is due shall be a default, and the Player shall be liable on that default to immediate suspension or expulsion from LIV Golf events. There shall be no right of appeal from a suspension or expulsion pursuant to this provision.

(ii)    The Player's challenge to the liability or sanctions findings or findings contained in the Final Notice shall serve as acknowledgment that any fine imposed pursuant to these Disciplinary Procedures constitutes a debt and obligation owed to LIV Golf that is enforceable in a court of law. The Player therefore waives any jurisdictional or other challenge associated with th enforcement of any fine, and acknowledges that LIV Golf may seek to enforce any such fine or obligation in any court of competent jurisdiction.

(p)   <u>Other Disputes Appeal Process</u>.

(i)    The purpose of the Other Disputes Appeal Process (the "<u>Other Disputes Appeal Process</u>") is to provide an efficient and speedy resolution to all Other Disputes. If a Player's dispute arises under the Other Disputes Appeal Process, the appeal shall take place as follows. First, the Player shall appeal to the CEO & Commissioner or his or her designated agent within seven (7) calendar days of the date after the date upon which he received notification of the penalty (the "<u>Other Disputes Notice of Appeal</u>"). If the seventh (7th) calendar day falls on a holiday or weekend, the appeal shall be due on the next immediate non-holiday weekday.

(ii)    After the filing of the Other Disputes Notice of Appeal, the Player shall have fourteen (14) calendar days to file a letter brief in support of the Player's position not to exceed ten (10) pages. The brief may attach exhibits and evidence in support of the brief. Again, if the fourteenth (14th) calendar day falls on a holiday or weekend, the appeal shall be due on the next immediate non-holiday weekday.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY      PLAYERS0000099



(iii)    There shall be no discovery in connection with the Other Disputes Appeal Process of any kind.

(iv)    Upon receipt of the Player's letter brief, the CEO & Commissioner or his or her designated agent shall have fourteen (14) calendar days to issue a decision on the appeal.  The decision need not be a reasoned one—that is, the decision may be summary in nature.  Again, if the fourteenth (14th) calendar day falls on a holiday or weekend, the appeal shall be due on the next immediate non-holiday weekday.

(v)    The decision of the CEO & Commissioner or his or her designated agent shall be final and binding and there shall be no right of appeal of any kind from the decision.

8.4    Disqualifications.  If a Player is disqualified as a result of a rules infraction, such Player (i) will not be eligible to continue to compete in the individual competition, and  (ii) will not be eligible to collect any Prize Money or points that would typically be awarded in connection with individual participation in such Tournament. However, a Player disqualified from the individual competition may continue to compete in the Team competition for any rounds subsequent to the round in which the disqualification occurred. The Player's score for the round in which he or she was disqualified cannot be counted towards the Team's score for that round.  If, in the sole discretion of the CEO & Commissioner, a Player commits a material breach of the Rules and Regulations, then the CEO & Commissioner shall have the right, in its sole and absolute discretion, to remove such Player from the applicable Tournament.

8.5    Fines.  Behavior unbecoming of a professional will result in a deduction of a Player's Individual Points and/or his or her Team's Team Points in amounts to be determined by the CEO & Commissioner in his discretion.  The CEO & Commissioner shall, in his sole discretion, determine the punishment imposed based on the level of infringement and the gravity of the offense committed by the Player.

8.6    Performance Enhancing Drugs Policy and Substance Abuse Policy.  Player agrees to comply with the Performance Enhancing Drugs Policy and Substance Abuse Policy, including the dispute resolution sections and arbitration provisions contained therein, each of which shall, for the avoidance of doubt, be promulgated by the CEO & Commissioner.

8.7    Alcohol Consumption.  Consumption of alcohol or use of any banned substances is prohibited during any on-course activity, whether in competition or

- 50 -



otherwise, at any Tournament or Series event or activity; <u>provide</u>, that moderate and responsible consumption of alcohol after any such on-course activity or during social functions occurring thereafter is permitted.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY       PLAYERS0000101



LIV GOLF
LEAGUE

Ā!Ā   ADDITIONAL PROVISIONS

9.1   Player Equipment.

(a)   Except as otherwise set forth in this Section 9.1, each Player will have full authority to select the particular golfing equipment for each Tournament so long as such equipment conforms to all applicable regulations of the United States Golf Association, R&A and/or the Official Rules of Golf.

(b)   Limitations

(i)   Each Player shall be required to use the same brand, type and model of ball during the entire round, commonly referred to as the "one-ball rule."

(ii)   Each Player shall utilize no more than a maximum of fourteen (14) clubs, which may be based on any configuration of clubs.

(iii)   "Loft & Lies" limitations will be imposed in accordance with the existing applicable equipment stipulations of the United States Golf Association, R&A and/or the Official Rules of Golf.

(iv)   No Player shall utilize a "green reading" book at any Tournament.

(c)   LIV Golf reserves the right to perform random checks on all equipment utilized by a Player during a Tournament to ensure that such equipment conforms to the requirements set forth in this Section 9.1.

9.2   Team Uniform.   Each Team will endeavor, when possible, to wear a similar-color shirt for each competition day.

9.3   Insurance.   As a condition of entry in any Tournament, each Player must furnish evidence acceptable to LIV Golf and Senior Management that such Player has obtained personal liability insurance covering any liability or claim that may arise from his or her participation in such Tournament, in minimum amounts of $1,000,000 for each occurrence with LIV Golf (and such other affiliate entities as designated from time to time by LIV Golf or Senior Management) named as an additional insured under such policy.   Each Player must indicate the name of the insurance company and the number of the policy by which such Player is insured, or otherwise provide Senior Management with a certificate of currency.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY      PLAYERS0000102



9.4    Pace of Play.

(a)    Time Allowed.  At each Tournament, the Chief Referee will publish a chart (the "Time Allowed Chart") which will be posted on the official notice board as well as the "hole location" sheet provided to each Player. The Time Allowed Chart will identify the maximum time permitted to complete each hole at the Tournament. The total amount of time may vary as between holes, depending on the length and/or difficulty of a particular hole and the overall time allocated to the round.  Additional time may be allocated to a hole which is considered difficult or less likely to cause delays. In addition anticipated time needed for players to walk from greens to tees at each hole will be included in the total time allowed.

(b)    Out of Position.  If, at any time during a round, the first group exceeds the time allotted to play for any particular hole (as detailed in the Time Allowed Chart).  Any following group will be considered as being out of position ("Out of Position").  Any following group will be considered as being Out of Position if, at any time during a round, such following group is more than the starting interval behind the group preceding it and such following group has exceeded the time allowed for the number of holes completed (as detailed in the Time Allowed Chart).

(c)    Monitoring and Timings.

(i)    A group that becomes Out of Position for any reason whatsoever will be subject to immediate monitoring and will be so advised by the timing official overseeing such Tournament (the "Timing Official").

(ii)    If the gap between a particular group and the group preceding it is significantly large (in the Timing Official's discretion), the Timing Official may decide to start timing such group without any prior monitoring.

(iii)    A group will continue to be subject to monitoring until it has regained its position or is within the time allowed.

(iv)    During any round, if any group regains its position after being monitored and again subsequently falls Out of Position, such group will be officially timed by the Timing Official ("Timed") instead of being subject to monitoring for a second time.

(v)    If a group loses further time or fails to gain any time after the first hole of monitoring, such group must play every subsequent hole in under the scheduled time to avoid being Timed.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000103



(vi)     If it becomes apparent during monitoring that one or more Players of a group are not making any contribution to improving the group's overall pace of play, then it may be determined that only such Players are Timed, while the other Players of the group will continue to be monitored.

(vii)     A Player during monitoring who, during a round, records two (2) individual stroke timings that exceed the limit of forty (40) or fifty (50) seconds but are within the 10% Allowance, will be advised by the Timing Official that he or she will be Timed.

(viii)     If any Player or group is transferred from monitoring to timing, such Player or group, as applicable, will be so advised by the Timing Official.

(ix)     In all cases, the Timing Official will inform all Players in the group before the Timing Official starts monitoring or timing  but not necessarily when he or she stops monitoring or timing.

(x)     When a Player or group is subject to monitoring or timing, every effort will be made to inform the following group but it is not mandatory and each Player is obliged to know the relative position of his or her own group. A group so informed which fails to maintain position will almost certainly be subject to monitoring or timing.

(xi)     All timings will count on a Player's record, whereas monitoring will not.

(xii)     The League reserves the right to utilize automated technology to monitor pace of play and guide any subsequent action required.

9.5     Individual Timings  Individual monitoring or timing will be taken by the Timing Official on one (1), two (2) or three (3) players in a group.

(a)     For tee shots, Players will be given Sufficient Time to reach the teeing area, tee his or her golf ball and a count of three (3) seconds thereafter.

(b)     Before reaching the green, the time will start when the Player has had Sufficient Time to reach his or her ball, pace and calculate his or her yardage and a count of three (3) seconds thereafter.  Should a Player be distracted by the other Players, caddies or any outside influence during the preparations for his or her stroke, the stopwatch will be stopped and will not restart until such Player has again reached the point in his or her preparations when he or she was previously

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000104



distracted.   Weather conditions such as wind or rain are not regarded as an allowable distraction and the stopwatch will continue to run.

(c)     For short shots around the green, the Player will be given Sufficient Time to reach his or her ball, remove any loose impediments from the surface of the green, inspect the green surface, start assessing the line and a count of three (3) seconds thereafter.

(d)     Except as set forth below, the time on the putting green will commence after the first Player has had an opportunity to replace his or her ball, the balls of all other Players have been marked, the first Player has been given Sufficient Time to reach a position to start assessing his or her putt and a count of three (3) seconds thereafter.  However, on a putt of less than two (2) yards, the timing will start as soon as the Player stands up, having replaced (or having had Sufficient Time to replace) his or her ball and a count of three (3) seconds thereafter. Please Note:  The time taken to repair ball marks and other relevant damage and the removal of loose impediments will not count in the timing of the stroke.

(e)     <u>Time Extension</u>.  On only one (1) occasion during each round, a Player may request a time extension of an extra forty (40) seconds, <u>provided</u> such request is made by the Player before the expiration of the time allowed for the stroke.

(f)     For purposes of this <u>Section 9.5</u>, "<u>Sufficient Time</u>" means the time necessary for a person to walk at a normal pace to the ball in tee.  Therefore, a Player who walks quickly to his or her ball may have additional time to prepare, whereas a Player who strolls slowly to his or her ball may have less time as the stopwatch may have already started.

9.6     Bad Time.

(a)     <u>Time Allowed for Each Stroke</u>.

(i)     The time allowed for each stroke is forty (40) seconds.  However, the first Player to play a stroke on a Par 3 tee, an approach shot or chipping or putting will have an additional ten (10) seconds (totaling fifty (50) seconds).

(ii)     A time within ten percent (10%) of the time allowed would not, of itself, be a "Bad Time" (the "<u>10% Allowance</u>").  For clarity, the 10%

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000105



Allowance allows for a time of forty-four (44)4 seconds for a forty (40)-second shot or fifty-five (55) seconds for a fifty (50)-second shot.

(b)   <u>Incurring Monitoring Penalty and Bad Time</u>.

(i)   A Player, before being monitored, who is seen by a referee or Timing Official to take longer than eighty-five (85) seconds for a first to play stroke or seventy (70) seconds for any other stroke, regardless of whether his or her group is in position at that time, will be assessed a Monitoring Penalty. If the group is Out of Position at this time, the group will thereafter be monitored as the Player will be timed.

(ii)   A Player during monitoring or timing who, during a round, records three (3) individual stroke timings that exceed the limit of forty (40) or fifty (50) seconds but is within the 10% Allowance will be assessed a Bad Time.

(iii)   A Player during monitoring who, during a round, is in excess of the time allowed to play a stroke that exceeds the limit of the 10% Allowance will be assessed a Bad Time and will, thereafter, be Timed.

(iv)   A Player during timing who, during a round, records individual stroke timing that exceeds the limit of the 10% Allowance will be assessed a Bad Time.

(v)   The penalties for (A) one (1) Bad Time shall be a verbal warning from the Timing Official, (B) two (2) Bad Times during a Tournament shall be a two (2)-stroke penalty to the Player's total score in such Tournament and (C) three (3) Bad Times during a Tournament shall be a seven (7)-stroke penalty to the player's total score in such Tournament.  Currently, it is anticipated that a Player who has multiple infringements will be subject to a reduction in Individual Points and subject to a monetary fine.

Please Note: Any Bad Times will be carried forward for the remainder of the Tournament.

(c)   <u>Informing Player of a Monitoring Penalty or Bad Time</u>.  Except on the putting green, the referee or Timing Official should advise the Player as soon as practicable that he or she has incurred a penalty for monitoring (a "<u>Monitoring</u>

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000106



Penalty") or timing (a "<u>Bad Time</u>") (as applicable).  The referee ... ming Official may ask the Player if he or she is familiar with the pace of play condition, thereby ensuring that the Player is aware that a further Bad Time during the Tournament will result in a penalty of one (1) stroke being applied.  If the Monitoring Penalty or Bad Time is on a putt or short chip, the Player should be advised of such Monitoring Penalty or Bad Time while he or she is walking to the next ... A Player will not be penalized for a second Bad Time until after being advised of his or her first Bad Time.

(d)      <u>Appeal on Monitoring Penalty or Bad Time</u>.  A Player has thirty (30) minutes after finishing his or her round to appeal ... Monitoring Penalty or Bad Time(s) assessed during his or her round.  Failure of any Player to make his or her appeal within the time frame set f th in the im ediately preceding senten e will result in the Player forfeiting his or her right to make an appeal.

(e)      <u>Latest Record of Players Timed and Fined</u>.  Copies of the list containing all Players that are Timed or fined i ccordan  with these Rules and Regulations are available at the League's office an  will be periodically displ ed on the official notice board of the applicable Tournament venue.  Each Player must make sure he or she is aware of his or her own up-to-date position.

9.7      Official Performance Data.

(a)      Each Player must cooperate when asked for details of ... or her scores by the Official Recorders at the Tournament.  The Scoreboard Officials and TV Recorders are regarded as Official Recorders ... the course for each Tournament.

(b)      Each Player must cooperate with the performance data program (i.e., LIV Golf Invitational Series' official statistics progra ), by filling out the required information and submitting his or her statistics card.  Any layer that fails to cooperate in accordance with this <u>Section 9.7</u> will be essed a penalty of five (5) Individual Points to his or her Individual Rankings.

9.8      Championship Conditions.  The course for each Tournament will be set up by the Championship Commi ee, to ensure an optima est  LIV G f endeavors to create the broadest range of playing challenges  d experi  es that will test every facet of the Players' skill level and ability, ighlighti  the diversity of golf that e ists around the world.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000107



9.9     Suspension of Play.  If, during any Tournament, upon the determination of the Tournament Director, it becomes necessary to suspend the play of all Players at the Tournament, three (3) consecutive notes of the klaxon/siren will be sounded, or notification will otherwise be communicated to all Players at the Tournament.  Suspension of play may be necessary and advisable due to a dangerous situation (e.g., adverse weather conditions such as lightning) and, upon notification of such suspension of play, all Players must immediately discontinue play on the course.  At the discretion of the Tournament Director, play may be resumed so long as the Tournament will be completed within one (1) day of the original schedule completion of such Tournament.  If play is unable to resume and no rounds have been completed, no Prize Money shall be awarded.  If one (1) round has been completed, fifty percent (50%) of the Prize Money that would otherwise have been awarded shall be awarded.  If two (2) or more rounds are completed, Prize Money shall be awarded as though the Tournament had been played to completion.

9.10    Resumption of Play.  As soon as conditions have stabilized such that play can be resumed, three (3) consecutive notes of the klaxon/siren will be sounded, or notification will otherwise be communicated to all Players at the Tournament.  Upon notification of such resumption of play, all Players must immediately commence play on the course.

9.11    Caddie Regulations.

(a)     Caddies are the responsibility of the Players retaining them; breach by a caddie of the regulations set forth below will be deemed to be a breach by the Player retaining such caddie, with a penalty deduction of up to one (1) Individual Point (which may be doubled for subsequent breaches in a Season) at the discretion of the CEO & Commissioner:

(i)      misbehavior by a caddie of a personal nature which is generally unacceptable by normal social standards;

(ii)     failure to wear and display the required caddie uniform issued to such caddie for the duration of the round;

(iii)    wearing jeans or sandals, or wearing attire in violation of any regulations promulgated by the Championship Committee;

(iv)    caddies will normally be permitted to display similar advertising to their Player;

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000108



(v)     group advertising on caddies will not be permitted unless representing the sponsor of the Tournament;

(vi)     caddies are not permitted to mark a Player's scorecard

(vii)     caddies are permitted to mark a Player's performance card;

(viii)     at the venue for each Tournament, including practice and Pro-Am functions, if so required, every Player must use a caddie unless a prior exemption in writing is obtained from the Vice President, Rules & Competitions;

(ix)     other than practice rounds, caddies are not permitted to test the surface of the putting greens on the course; and

(x)     caddies wearing golf shoes will not be permitted to walk on any putting surface on the Tournament course.

(b)     Caddies may be asked to wear a microphone by LIV Golf and are expected to comply with any such request, as well as any other reasonable request that may contribute to a better broadcast product in the sole and absolute discretion of LIV Golf.

9.12    Accredited Agents.  All Players are required to officially register their respective representatives/agents.  Registration will occur through an annual accreditation, via the Team application process with LIV Golf.

9.13    Data Protection & Privacy.  LIV Golf takes the protection of the Players' personally identifying information seriously.  Such information is collected and used to provide LIV Golf's services to the Players and administer the Tournaments operated by LIV Golf.  Further information about data protection and privacy will be made available at the LIV Golf website

9.14    Other Events.  All Players are permitted to participate on as broad and diverse a cross-section of global golf events as possible (each, an "Other Event"), so long as such participation does not interfere with the Players' obligations to LIV Golf, where such obligations exist.  The League views participation of the Players in Other Events as a major benefit to the promotion of the game of golf worldwide.  Other Events include, but are not limited to, any of the following:

- The Masters
- The U.S. Open
- The Open Championship

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000109



- The United States PGA Championship
- The Ryder Cup
- The Presidents Cup
- Any other PGA Tour events
- DP World Tour events
- Asian Tour events
- Sunshine Tour events
- MENA Tour events
- Australasian Tour events
- Japan Golf Tour events
- Other special events

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY      PLAYERS0000110

LIV GOLF
LEAGUE

Appendix A – Emergency Medical Release

(See attached.)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY       PLAYERS0000111



WAIVER AND RELEASE OF LIABILITY

IN CONSIDERATION OF the risk of injury that exists while participating in and/or attending any tournament, event or other sanctioned activities (collectively, the "Activities" and each, an "Activity") of LIV Golf Invitational Series (the "Series");

IN CONSIDERATION OF my desire to participate in and/or attend the Activities and being given the right to participate in and/or attend the Activities;

I HEREBY, on my own behalf and on behalf of my personal representatives, heirs, next of kin, executors, administrators, estate, assigns, and/or any person or entity acting on my behalf (collectively, the "Player Parties"), hereby knowingly and voluntarily enter into this WAIVER AND RELEASE OF LIABILITY (this "Waiver") and hereby waive any and all rights, claims or causes of action of any kind arising out of my participation in and/or attendance at the Activities; and

I HEREBY, on my own behalf and on behalf of the Player Parties, release and forever discharge LIV Golf and its past, current and future affiliates, subsidiaries, teams, directors, officers, owners, managers, stockholders, members, partners, joint venturers, staff, employees, volunteers, heirs, agents, attorneys and representatives and all persons acting by, through, under or in concert with them, and each of their respective predecessors-in-interest, successors and assigns (collectively, the "Series Releasees"), from any physical or psychological injury that I have, had or may now have, or may have in the future arising out of, relating to, or in connection with my participation in and/or attendance at the Activities whenever arising.

I AM VOLUNTARILY PARTICIPATING IN AND/OR ATTENDING THE ACTIVITIES AT MY OWN RISK AND I AM AWARE OF THE RISKS ASSOCIATED WITH SUCH PARTICIPATION AND ATTENDANCE, WHICH MAY INCLUDE, BUT IS NOT LIMITED TO, PHYSICAL OR PSYCHOLOGICAL INJURY, PAIN, SUFFERING, POSSIBLE EXPOSURE TO AND ILLNESS FROM INFECTIOUS DISEASES (INCLUDING BUT NOT LIMITED TO MRSA, INFLUENZA AND COVID-19), DISFIGUREMENT, TEMPORARY OR PERMANENT DISABILITY (INCLUDING PARALYSIS), ECONOMIC OR EMOTIONAL LOSS AND DEATH.  I UNDERSTAND THAT THESE INJURIES OR OUTCOMES MAY ARISE FROM MY OWN OR OTHERS' NEGLIGENCE, CONDITIONS RELATED TO TRAVEL TO AND FROM THE ACTIVITIES OR FROM CONDITIONS AT THE LOCATIONS OF THE ACTIVITIES.  NONETHELESS, I ASSUME ALL RELATED RISKS, BOTH KNOWN AND UNKNOWN TO ME, OF MY PARTICIPATION IN AND/OR ATTENDANCE AT THE ACTIVITIES.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY     PLAYERS0000112



I FURTHER AGREE to indemnify, defend and hold harmless the Series Releasees against any and all claims, suits, causes of action, liabiliti _, demand_ damages, losses, judgments, payments, penalties, debts, sums o _oney, co__ and expenses (including attorneys' fees, costs and other out-of-pocket expenses incurred in inve __gatin_, preparing or defending the foregoing) in any capacity, in whole or in part, of any kind or nature whatsoever, now existing or arising after the date he __, at law __ in equity or otherwise, brought by me and/or any Player Parties against the Series Releasees ("Claims").

I FURTHER ACKNOWLEDGE that the Series Releasees are not responsible for errors, omissions, acts or failures to act of any party or entity cond __cing a s_ cific Activity whether by the Series Releasees or on behalf of the __eries Rele__ees and, in the event that I should require medical care or tre __ment during my participation in an_, or attendance at any Activity, I expressly authorize LIV Golf (or its designee) t __range f_ and provide such medical assistance to me as it determines nec __sary, incl_ding but not limited to, first aid, cardiopulmonary resuscitation __R), the __ of automated external defibrillator (AEDs), emergency medical transport and sharing of medical information with medical personnel. I also authorize any licensed physician, he __ care personnel, and/or medical facility to provide any medical/surgi __. care a_ or hospitalization, including anesthetics, which such licensed physician heath care personnel and/or medical facility determine nece __y or advisable, and I agree to assume and be financially responsible for any and all costs incurred as a result of s __ treatment. I expressly acknowledge and understand that I should carry my own health insurance.

I FURTHER ACKNOWLEDGE that the Activities may involve a test of my physical and mental limits and may carry with it the pot __al for de_, serious injury and prope _y loss. I agree not to participate in and/or attend the Activities unless I am m __ically ab'e and properly trained, and I agree to abide by the decision of LIV Golf and its representatives regarding my approval to participate in a _, or atte__ the Activities.

I HEREBY ACKNOWLEDGE THAT I HAVE CAREFULLY READ THIS WAIVER AND FULLY UNDERSTAND THAT IT IS A RELEASE OF LIABILITY. I EXPRESSLY AGREE TO RELEASE AND DISCHARGE THE SERIES RELEASEES FROM ANY AND ALL CLAIMS AND AGREE TO VOLUNTARILY GIVE UP AND WAIVE ANY RIGHT THAT THE PLAYER OTHERWISE MAY HAVE TO BRING LEGAL ACTION AGAINST ANY OF THE SERIES RELEASEES WITH RESPECT TO ANY SUCH CLAIM OR PURSUE ANY SUCH CLAIM AGAINST THE SERIES RELEASEES IN ANY FORUM.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY     PLAYERS0000113



To the extent that any applicable statute or case law does no ...onibit r... ases for ordinary negligence, this Waiver includes my release for ... negli...nce on the part of the Series Releasees.

I agree that this Waiver shall be governed for all purposes by [●] law, without regard to any conflict of law principle ... s ...aiver supersedes any a ... all previ... s oral or written promises or other agreements.

In the event that any damage to equipment or facilities occurs at the Activitie ... s a result of my or the Player Parties' ...ful actions, neglect or recklessness, ...knowled... and agree to be held liable for any and all costs associated with ...y such wil... l actions, neglect or recklessness.

THIS WAIVER SHALL REMAIN IN EFFECT FOR THE DURATION OF MY PARTICIPATION IN AND/OR ATTENDANCE AT THE ACTIVITIES, BEGINNING WITH MY INITIAL PARTICIPATION IN AND/OR ATTENDANCE AT AN ACTIVITY AND AT ALL SUBSEQUENT ACTIVITIES.

THIS WAIVER was entered into at arm's length, without duress or coercion, and is to be interpreted as an agreement between two ( ) parties of equal barga ...ng stren... . Both I, _____, the undersigned Player, and LIV Golf agree that this Waiver is clear and unambiguous as to its terms, and ...at no oth... evidence shall be used or admitted to alter or explain the te ...s of thi... aiver, but that it will b... interpreted based on the language in accordance with the purposes for ...ch it is entered into.

In the event that any provision contained within this Waiver shall be deemed to be severable or invalid, or if any term, condition, ...rase or ... rtion of this Waiver shall b... determined to be unlawful or otherwise unenforceable, the remainder of t ...s Waiver shall remain in full force and effect. If a court should find any provision of this Waiver to be invalid or unenforceable, but that by limiting said provision it would become valid and enforceable, then said provision shall be deemed to be written, construed and enforced as so limited.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000114

LIV GOLF
LEAGUE

In the event of an emergency, please contact the following person(s) in the order presented:

Emergency Contact          Contact Relationship          Contact Telephone

_____

_____

_____

I, THE UNDERSIGNED PLAYER, AFFIRM THAT I AM OF THE AGE OF 18 YEARS OR OLDER, AND THAT I AM FREELY SIGNING THIS WAIVER. I CERTIFY THAT I HAVE READ THIS WAIVER, THAT I FULLY UNDERSTAND ITS CONTENT AND THAT THIS WAIVER CANNOT BE MODIFIED ORALLY. I AM AWARE THAT THIS IS A RELEASE OF LIABILITY AND A CONTRACT AND THAT I AM SIGNING IT OF MY OWN FREE WILL.

Player's Name: _____

Player's Address: _____


Signature: _____

Date: _____

- 65 -

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY          PLAYERS0000115



LIV GOLF
LEAGUE

**Appendix B – Illustrative Example of Team Series Championship Bracket**

Team seeds 1,2,3,& 4 will receive a 'by' to the Quarter-Finals. Seeds 5-12 will compete in the 'Qualifiers'. The highest seeded Team in any round will select their preferred opponents. After each round, the losing Teams will be eliminated.

Each Team match-up is played as three matches:
- 2 x Individual Match-Play matches
- 1 x Foursomes Match-Play match
- Each match is worth one point
- The team with the most points after the three matches wins
- Team Captains will select their order of team play

In the event of a tie, the Team Captain will select one player to represent the team to compete in a sudden-death play-off.



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY        PLAYERS0000116