1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

10

11

12

13

14

15

16

17

PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,

Plaintiffs,

v.

PGA TOUR, INC.,

Defendant.

Civil Action No. 5:22-cv-04486-BLF

**[PROPOSED] ORDER SEALING MATERIALS ATTACHED TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 79-5, Defendant PGA Tour, Inc. filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed.  Dkt. 49.  Plaintiffs Talor Gooch, Hudson Swafford and Matt Jones ("TRO Plaintiffs") filed a Statement in Support of Under Seal Filing.

Based on the below reasoning, the Court ORDERS that Dkts. 49-1, 49-2, 49-3, 49-4 and 49-5 SHALL be kept under seal.  Accordingly,

(1)     The unredacted versions of the documents shall remain under seal;

(2)     The public shall only have access to the versions of the documents at Dkts. 49-1, 49-2, 49-3, 49-4 and 49-5 in which portions of the following pages have been redacted:

| ECF | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| ECF 49-1 (attached with relevant highlighting to the TRO Plaintiffs' Statement In Support Of Under Seal Filing as Exhibit 1) | Defendant's position to Plaintiffs Talor Gooch, Hudson Swafford, and Matt Jones' Motion for a Temporary Restraining Order. | Highlighted portions at 7:16-18, 21-26; 7:27-8:1; 8:3-10; 16:12-15 | Contains non-public financial information that, if disclosed, would put TRO Plaintiffs at a competitive disadvantage. |
| ECF 49-2 (attached with relevant highlighting to Loffhagen Decl., Ex. A) | "Player Participation Agreement" between LIV Golf Holdings Ltd., LIV Golf Inc., LIV Golf Ltd., and Talor Gooch, dated May 28, 2022. | Highlighted portions at PLAYERS0000001-06; PLAYERS0000008-12; PLAYERS0000017; PLAYERS0000024; PLAYERS0000028-29 | Contains non-public financial information that, if disclosed, would put TRO Plaintiffs at a competitive disadvantage. |
| ECF 49-3 (attached with relevant highlighting to Loffhagen Decl., Ex. B) | "Player Participation Agreement" between LIV Golf Holdings Ltd., LIV Golf Inc., LIV Golf Ltd., Hudson Swafford Golf, LLC, and Hudson Swafford, dated May 29, 2022. | Highlighted portions at PLAYERS0000032-36; PLAYERS0000038-41 | Contains non-public financial information that, if disclosed, would put TRO Plaintiffs at a competitive disadvantage. |
| ECF 49-4 (attached with relevant highlighting to Loffhagen Decl., Ex. C) | "LIV Golf Player Agreement" between LIV Golf Holdings Ltd., LIV Golf Inc., LIV Golf Ltd., and Matt Jones, dated May 31, 2022. | Highlighted portions at PLAYERS0000042-46; PLAYERS0000048-50 | Contains non-public financial information that, if disclosed, would put TRO Plaintiffs at a competitive disadvantage. |
| ECF 49-5 (attached with relevant highlighting to Loffhagen Decl., Ex. D) | "LIV Golf Inviiational [sic] Series Rules and Regulations" | Highlighted portions at PLAYERS0000061-68; PLAYERS0000070; PLAYERS0000080-85 | Contains non-public business information that, if disclosed, would put TRO Plaintiffs at a competitive disadvantage as LIV Golf League Rules and Regulations have not been finalized. |

IT IS SO ORDERED.


DATED  _____        _____
                                              BETH LABSON FREEMAN
                                              United States District Judge

2