# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br>  Defendant. | Case No. 22-cv-04486-BLF <br><br> **ORDER SETTING STATUS CONFERENCE ON AUGUST 18, 2022 AT 11:30 A.M.** |

The Court will hold a status conference re: scheduling at 11:30 A.M. on August 18, 2022.

**IT IS SO ORDERED.**

Dated: August 18, 2022

_____
BETH LABSON FREEMAN
United States District Judge