1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

PHIL MICKELSON, et al.,

               Plaintiffs,

      v.

PGA TOUR, INC.,

               Defendant.

Case No. 22-cv-04486-BLF

**ORDER SETTING DATES
FOLLOWING AUGUST 18, 2022
STATUS CONFERENCE**

On August 18, 2022, the Court held a status conference to discuss scheduling with the parties.  Following that conference, the Court hereby SETS the following dates in the above-captioned case:

| Event | Date |
|-------|------|
| Case Management Conference | September 15, 2022 at 11 A.M. |
| Last Day to Hear Dispositive Motions | July 13, 2023 at 9 A.M. |
| Final Pretrial Conference | October 5, 2023 at 1:30 P.M. |
| Trial | January 8, 2024 |

The Court further DIRECTS the parties regarding summary judgment briefing as follows.  Each side SHALL be allowed to file one summary judgment motion of 25 pages.  If both sides file separate summary judgment motions, they shall be cross motions for summary judgment—an opening brief followed by an opposition and cross motion.  Each side may file one response for a total of four briefs.  Page limits will be 25-25-15-15.  The parties SHALL set deadlines for filing summary judgment motions and responses such that the motions are fully briefed at least 30 days before the July 13, 2023 hearing date.

/ / /

1    **IT IS SO ORDERED.**

2

3    Dated:  August 18, 2022

4    _____

5    BETH LABSON FREEMAN
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California