KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:      212 735 2000/1

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:      312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; ABRAHAM ANCER; CARLOS ORTIZ; IAN POULTER; PAT PEREZ; JASON KOKRAK; and PETER UIHLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S RESPONSE TO TRO PLAINTIFFS' STATEMENT IN SUPPORT OF SEALING**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S
RESPONSE TO TRO PLAINTIFFS' STATEMENT IN SUPPORT OF SEALING
Case No. 5:22-cv-04486-BLF

1890569

I, Nicholas S. Goldberg, declare as follows:

1. I am a partner at Keker, Van Nest & Peters LLP, an attorney licensed to practice law in the State of California, and a member of the Bar of this Court. I make this declaration in support of the PGA TOUR, INC.'s (the "TOUR") Response to TRO Plaintiffs' Statement in Support of Sealing. Except where otherwise stated, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could testify competently as to their truth.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the TOUR's Opposition to Plaintiffs' Motion for a Temporary Restraining Order, with proposed redactions in yellow highlighting, filed conditionally under seal pursuant to Civil L.R. 79-5(f).

3. Attached hereto as **Exhibit 2** is a true and correct copy of Dkt. 49-2, the "Player Participation Agreement" between LIV Golf Holdings Ltd., LIV Golf Inc., LIV Golf Ltd., and Talor Gooch, dated May 28, 2022, produced to the TOUR on August 5, 2022 and submitted conditionally under seal pursuant to Civil L.R. 79-5(f), with proposed redactions in yellow highlighting.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Dkt. 49-3, the "LIV Golf Player Agreement" between LIV Golf Holdings Ltd., LIV Golf Inc., LIV Golf Ltd., Hudson Swafford Golf, LLC, and Hudson Swafford, dated May 29, 2022, produced to the TOUR on August 5, 2022 and submitted conditionally under seal pursuant to Civil L.R. 79-5(f), with proposed redactions in yellow highlighting.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Dkt. 49-4, the "LIV Golf Player Agreement" between LIV Golf Holdings Ltd., LIV Golf Inc., LIV Golf Ltd., and Matt Jones, dated May 31, 2022, produced to the TOUR on August 5, 2022 and submitted conditionally under seal pursuant to Civil L.R. 79-5(f), with proposed redactions in yellow highlighting.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an article entitled "LIV Golf's Player Contracts Include Restrictions to Go With the Big Money," authored by Andrew Beaton and published on August 17, 2022 by the Wall Street Journal, available at https://www.wsj.com/articles/liv-golf-pga-tour-contract-11660744567.

1
DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S
RESPONSE TO TRO PLAINTIFFS' STATEMENT IN SUPPORT OF SEALING
Case No. 5:22-cv-04486-BLF

1890569

I declare under penalty of perjury that foregoing is true and correct. Executed on August 22, 2022, at San Francisco, California.

By: /s/ Nicholas S. Goldberg
Nicholas S. Goldberg

2
DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S
RESPONSE TO TRO PLAINTIFFS' STATEMENT IN SUPPORT OF SEALING
Case No. 5:22-cv-04486-BLF

1890569