| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>One Manhattan West<br>New York, Ny 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000/1<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; ABRAHAM ANCER; CARLOS ORTIZ; IAN POULTER; PAT PEREZ; JASON KOKRAK; and PETER UIHLEIN,<br><br>            Plaintiffs,<br><br>     v.<br><br>PGA TOUR, INC.,<br><br>            Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:         Hon. Beth Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-cv-04486-BLF

1890498

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

On August 8, 2022, Defendant PGA TOUR, Inc. filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Dkt. 49, in connection with its Opposition to the Motion for a Temporary Restraining Order filed by Talor Gooch, Hudson Swafford, and Matt Jones (collectively, "TRO Plaintiffs"), Dkt. 50. Specifically, PGA TOUR submitted TRO Plaintiffs' contracts with LIV Golf as well as LIV Golf's Invitational Series Rules and Regulations conditionally under seal, which TRO Plaintiffs designated as Highly Confidential – Outside Counsel's Eyes Only. TRO Plaintiffs have submitted a statement and declarations in support of sealing portions of their contracts with LIV Golf and the LIV Golf rules and regulations. *See* Dkt. 70.

After review of TRO Plaintiffs' statement and declarations, as well as the documents sought to be sealed, the Court finds that TRO Plaintiffs' proposed redactions are excessive and seek to seal information that is not properly sealable. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Accordingly, only the following information shall be sealed:

| Document | Portion to Seal | Basis | Court's Ruling |
|---|---|---|---|
| ECF 49-1, attached with highlighting as sealed Goldberg Decl. Ex. 1 | Highlighted portions on page 8 | Personally identifying information; competitively sensitive financial information | |
| ECF 49-2, attached with highlighting as sealed Goldberg Decl. Ex. 2 | Highlighted portions on pages PLAYERS000001-2; 008-012; -017 | Personally identifying information; competitively sensitive financial information | |
| ECF 49-3, attached with highlighting as sealed Goldberg Decl. Ex. 3 | Highlighted portions on pages PLAYERS0000032-33; -036; -038; -041 | Personally identifying information; competitively sensitive financial information | |
| ECF 49-4, attached with highlighting as sealed Goldberg Decl. Ex. 4 | Highlighted portions on pages PLAYERS0000042-43; -046; -050 | Personally identifying information; competitively sensitive financial information | |

**IT IS SO ORDERED**

Dated:

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-cv-04486-BLF

1890498