**GIBSON, DUNN & CRUTCHER LLP**
RACHEL S. BRASS, SBN 219301
    RBrass@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California  94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
    RWalters@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201-2911
Telephone:  214.698.3100

**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
JOHN B. QUINN, SBN 90378
    johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
    bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson
Swafford, Matt Jones, Bryson Dechambeau,
Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat
Perez, Jason Kokrak And Peter Uihlein*

**BAKER McKENZIE LLP**
WILLIAM V. ROPPOLO, *pro hac vice*
    william.roppolo@bakermckenzie.com
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131 USA
Telephone:    305.789.8900

*Attorneys for Phil Mickelson*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, ABRAHAM ANCER, CARLOS ORTIZ, IAN POULTER, PAT PEREZ, JASON KOKRAK and PETER UIHLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF<br><br>**NOTICE OF APPEARANCE FOR LAUREN D. DANSEY** |

1
2
3
4
5

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Lauren D. Dansey of Gibson, Dunn & Crutcher LLP hereby enters her appearance in the above-captioned matter as counsel of record for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein. Copies of all pleadings and papers filed in this action should also be served on Ms. Dansey as follows:

> LAUREN D. DANSEY, SBN 311886
> ldansey@gibsondunn.com
> GIBSON, DUNN & CRUTCHER, LLP
> 555 Mission Street, Suite 3000
> San Francisco, California 94105
> Telephone: 415.393.8200

DATED:  August 23, 2022                              GIBSON, DUNN & CRUTCHER LLP


By:    _/s/ Lauren D. Dansey_
                              Lauren D. Dansey

                              *Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Abraham Ancer, Carlos Ortiz, Ian Poulter, Pat Perez, Jason Kokrak and Peter Uihlein*