| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>    rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>ROBERT C. WALTERS, *pro hac vice*<br>    rwalters@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas  75201-2911<br>Telephone: 214.698.3100 | WILLIAM V. ROPPOLO, *pro hac vice*<br>    william.roppolo@bakermckenzie.com<br>BAKER McKENZIE LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131 USA<br>Telephone:  305.789.8922<br><br>*Attorneys for Phil Mickelson*<br><br>*(additional counsel listed on signature page)* |

JOHN B. QUINN, SBN 90378
    johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  213.443.3000

ROBERT P. FELDMAN, SBN 69602
    bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650. 801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Ian Poulter, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC.<br><br>            Plaintiffs,<br><br>      v.<br><br>PGA TOUR, INC.,<br><br>            Defendant. | CASE  NO. 5:22-cv-04486-BLF<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure, Plaintiff LIV Golf Incorporated, by and through its undersigned counsel, discloses the following:

1. LIV Golf Incorporated is a corporation organized under the laws of the state of Delaware.
2. LIV Golf Incorporated is wholly-owned by LIV Golf Holdings Ltd, a private limited company incorporated under the laws of Jersey.
3. LIV Golf Holdings Ltd is wholly-owned by LIV Golf Investments Ltd, a private limited company incorporated under the laws of Jersey.
4. LIV Golf Investments Ltd is majority owned by Public Investment Fund of the Kingdom of Saudi Arabia and minority owned by Performance54 Group Ltd.
5. There is no publicly held corporation owning 10% or more of LIV Golf Incorporated's stock.

DATED: August 26, 2022              GIBSON, DUNN & CRUTCHER LLP

                                    By:   */s/ Rachel S. Brass*
                                          Rachel S. Brass

                                    RACHEL S. BRASS, SBN 219301
                                       rbrass@gibsondunn.com
                                    GIBSON, DUNN & CRUTCHER LLP
                                    555 Mission Street, Suite 3000
                                    San Francisco, California 94105-0921
                                    Telephone:    415.393.8200
                                    Facsimile:    415.393.8306

                                    ROBERT C. WALTERS, *pro hac vice*
                                       rwalters@gibsondunn.com
                                    SCOTT K. HVIDT, *pro hac vice*
                                       shvidt@gibsondunn.com
                                    GIBSON, DUNN & CRUTCHER LLP
                                    2001 Ross Avenue, Suite 2100
                                    Dallas, Texas  75201-2911
                                    Telephone:    214.698.3100

JOSHUA LIPTON, *pro hac vice*
 jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
 klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

DATED:  August 26, 2022

QUINN EMANUEL URQUHART & SULLIVAN LLP

By:     */s/ John B. Quinn*
     John B. Quinn

JOHN B. QUINN, SBN 90378
 johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
 dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
 kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
 bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Ian Poulter, Peter Uihlein, and LIV Golf Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: August 26, 2022				GIBSON, DUNN & CRUTCHER LLP

						By:     */s/ Rachel S. Brass*
						             Rachel S. Brass