KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT (*pro hac vice*)
karen.lent@skadden.com
One Manhattan West
New York, NY 10001
Telephone:    212 735 3000
Facsimile:    212 735 2000

PATRICK FITZGERALD
patrick.fitzgerald@skadden.com (*pro hac vice*)
155 North Wacker Drive
Chicago, IL 60606
Telephone:    312 407 0700
Facsimile:    312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; IAN POULTER; PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>Date Filed:  August 3, 2022<br><br>Trial Date:  January 8, 2024 |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12 Defendant PGA TOUR, INC. and Plaintiffs PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; IAN POULTER; PETER UIHLEIN, and LIV GOLF INC., by and through the undersigned counsel, stipulate and agree as follows:

WHEREAS, Plaintiffs originally filed this lawsuit on August 3, 2022 (Dkt. 1);

WHEREAS, Plaintiffs filed their Amended Complaint on August 26, 2022 (Dkt. 83);

WHEREAS, the Defendant's current deadline to respond to the Amended Complaint is September 23, 2022 (Dkt. 92);

WHEREAS, the parties agree that good cause exists to extend Defendant's deadline to respond to the Amended Complaint by five days, through and including September 28, 2022;

WHEREAS, this extension will not alter the date of any other event or deadline already fixed by Court order;

IT IS THEREFORE STIPULATED AND AGREED that Defendant's deadline to respond to the Amended Complaint is extended through and including September 28, 2022.

**SO STIPULATED AND AGREED.**

1    Dated:  September 19, 2022                              KEKER, VAN NEST & PETERS LLP

2

3                                               By:    /s/ Nicholas S. Goldberg
                                                       ELLIOT R. PETERS
4                                                      DAVID SILBERT
                                                       R. ADAM LAURIDSEN
5                                                      NICHOLAS S. GOLDBERG
                                                       SOPHIE HOOD
6
                                                       Attorneys for Defendant
7                                                      PGA TOUR, INC.

8                                                      SKADDEN, ARPS, SLATE, MEAGHER
                                                       & FLOM LLP
9
                                                       ANTHONY J. DREYER
10                                                     PATRICK FITZGERALD
                                                       KAREN M. LENT
11
                                                       Attorneys for Defendant
12                                                     PGA TOUR, INC.

13                                                     GIBSON, DUNN & CRUTCHER LLP

14

15   Dated:  September 19, 2022                 By:    /s/ Robert C. Walters
                                                       RACHEL S. BRASS
16                                                     ROBERT C. WALTERS
                                                       SCOTT K. HVIDT
17                                                     JOSHUA LIPTON
                                                       KRISTEN C. LIMARZI
18                                                     LAUREN D. DANSEY

19                                                     QUINN EMANUEL URQUHART &
                                                       SULLIVAN LLP
20
                                                       JOHN B. QUINN
21                                                     ROBERT P. FELDMAN
                                                       DOMINIC SURPRENANT
22                                                     KEVIN TERUYA

23

24                                                     Attorneys for Plaintiffs LIV GOLF, INC.,
                                                       TALOR GOOCH, HUDSON SWAFFORD,
25                                                     MATT JONES, BRYSON DECHAMBEAU,
                                                       IAN POULTER, AND PETER UIHLEIN
26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
Case No. 5:22-cv-04486-BLF

1913843

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER McKENZIE LLP

Dated:  September 19, 2022                    By:   /s/ *William V. Roppolo*
                                                                    WILLIAM V. ROPPOLO
                                                                    ASHLEY BROOKE EICKHOF
                                                                    JEFFERY DANIEL MARTINO
                                                                    JODI AVILA

                                                                    Attorneys for Plaintiff PHIL MICKELSON

1

**ECF ATTESTATION**

2      Pursuant to Local Rule 5-4.3.4, the filer of this document, Nicholas S. Goldberg, attests

3 that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's

4 content and have authorized this filing.

5

6 Dated:  September 19, 2022                                KEKER, VAN NEST & PETERS LLP

7

8                                                     By:    /s/ *Nicholas S. Goldberg*
                                                              NICHOLAS S. GOLDBERG
9
                                                             Attorneys for Defendant
10                                                           PGA TOUR, INC.

11

12      **PURSUANT TO STIPULATION, IT IS SO ORDERED**:  Defendant's deadline to

13 respond to the Amended Complaint is extended through and including September 28, 2022.

14

15  Dated:  _____          _____

16                                                     HONORABLE BETH LABSON FREEMAN
                                                       UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
Case No. 5:22-cv-04486-BLF

1913843