| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | One Manhattan West |
| alauridsen@keker.com | New York, NY 10001 |
| NICHOLAS S. GOLDBERG - # 273614 | Telephone:   212 735 3000 |
| ngoldberg@keker.com | Facsimile:   212 735 2000 |
| SOPHIE HOOD - # 295881 | |
| shood@keker.com | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 633 Battery Street | PATRICK FITZGERALD - (*pro hac vice*) |
| San Francisco, CA 94111-1809 | patrick.fitzgerald@skadden.com |
| Telephone:   415 391 5400 | 155 North Wacker Drive |
| Facsimile:   415 397 7188 | Chicago, IL 60606 |
| | Telephone:   312 407 0700 |
| | Facsimile:   312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; IAN POULTER; PETER UIHLEIN, and LIV GOLF INC., <br><br>Plaintiffs, <br><br>v. <br><br>PGA TOUR, INC., <br><br>Defendant. | Case No. 5:22-cv-04486-BLF <br><br>**DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** <br><br>Judge:   Hon. Beth Labson Freeman <br><br>Date Filed: August 3, 2022 <br><br>Trial Date: January 8, 2024 |

DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
Case No. 5:22-cv-04486-BLF

1913846

I, Nicholas S. Goldberg, declare as follows:

1. I am an attorney licensed to practice law in the State of California, a member of the Bar of this Court, and a partner at the law firm of Keker, Van Nest & Peters LLP. I make this declaration in support of the parties' Joint Stipulation to Extend Defendant's Time to Respond to Plaintiffs' Amended Complaint. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could testify competently as to their truth.

2. Plaintiffs originally filed this lawsuit on August 3, 2022 (Dkt. 1) and filed their Amended Complaint on August 26, 2022 (Dkt. 83).

3. Defendant's current deadline to respond to the Amended Complaint is September 23, 2022 (Dkt. 92).

4. To accommodate counsel and Defendant's schedules, the parties have agreed to stipulate to extend Defendant's deadline to respond to the Amended Complaint through and including September 28, 2022.

5. This is Defendant's first request to the Court to extend the deadline for responding to the Amended Complaint.

6. The requested extension will not alter the date of any other event or deadline already fixed by Court order.

I declare under penalty of perjury that foregoing is true and correct. Executed on September 19, 2022, at San Francisco, California.

By: _____
Nicholas S. Goldberg

1
DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
Case No. 5:22-cv-04486-BLF

1913846