KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT (*pro hac vice*)
karen.lent@skadden.com
One Manhattan West
New York, NY 10001
Telephone:    212 735 3000
Facsimile:    212 735 2000

PATRICK FITZGERALD
patrick.fitzgerald@skadden.com (*pro hac vice*)
155 North Wacker Drive
Chicago, IL 60606
Telephone:    312 407 0700
Facsimile:    312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; IAN POULTER; PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

1  Pursuant to Civil Local Rules 6-1, 6-2, and 7-12 Defendant PGA TOUR, INC. and
2  Plaintiffs PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES;
3  BRYSON DECHAMBEAU; IAN POULTER; PETER UIHLEIN, and LIV GOLF INC., by and
4  through the undersigned counsel, stipulate and agree as follows:

5  WHEREAS, Plaintiffs originally filed this lawsuit on August 3, 2022 (Dkt. 1);

6  WHEREAS, Plaintiffs filed their Amended Complaint on August 26, 2022 (Dkt. 83);

7  WHEREAS, the Defendant's current deadline to respond to the Amended Complaint is
8  September 23, 2022 (Dkt. 92);

9  WHEREAS, the parties agree that good cause exists to extend Defendant's deadline to
10  respond to the Amended Complaint by five days, through and including September 28, 2022;

11  WHEREAS, this extension will not alter the date of any other event or deadline already
12  fixed by Court order;

13  IT IS THEREFORE STIPULATED AND AGREED that Defendant's deadline to respond
14  to the Amended Complaint is extended through and including September 28, 2022.

**SO STIPULATED AND AGREED.**

2
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO
RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
Case No. 5:22-cv-04486-BLF

1913843

| | | |
|---|---|---|
| Dated:  September 19, 2022 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ *Nicholas S. Goldberg* |
| | | ELLIOT R. PETERS |
| | | DAVID SILBERT |
| | | R. ADAM LAURIDSEN |
| | | NICHOLAS S. GOLDBERG |
| | | SOPHIE HOOD |
| | | |
| | | Attorneys for Defendant |
| | | PGA TOUR, INC. |
| | | |
| | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | | |
| | | ANTHONY J. DREYER |
| | | PATRICK FITZGERALD |
| | | KAREN M. LENT |
| | | |
| | | Attorneys for Defendant |
| | | PGA TOUR, INC. |
| | | |
| | | GIBSON, DUNN & CRUTCHER LLP |
| Dated:  September 19, 2022 | By: | /s/ *Robert C. Walters* |
| | | RACHEL S. BRASS |
| | | ROBERT C. WALTERS |
| | | SCOTT K. HVIDT |
| | | JOSHUA LIPTON |
| | | KRISTEN C. LIMARZI |
| | | LAUREN D. DANSEY |
| | | |
| | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | | |
| | | JOHN B. QUINN |
| | | ROBERT P. FELDMAN |
| | | DOMINIC SURPRENANT |
| | | KEVIN TERUYA |
| | | |
| | | Attorneys for Plaintiffs LIV GOLF, INC., TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, AND PETER UIHLEIN |

3
JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
Case No. 5:22-cv-04486-BLF

1913843

| | | |
|---|---|---|
| | | BAKER McKENZIE LLP |
| Dated: September 19, 2022 | By: | /s/ *William V. Roppolo* |
| | | WILLIAM V. ROPPOLO |
| | | ASHLEY BROOKE EICKHOF |
| | | JEFFERY DANIEL MARTINO |
| | | JODI AVILA |
| | | |
| | | Attorneys for Plaintiff PHIL MICKELSON |

**ECF ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer of this document, Nicholas S. Goldberg, attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: September 19, 2022                               KEKER, VAN NEST & PETERS LLP

By:  /s/ *Nicholas S. Goldberg*
         NICHOLAS S. GOLDBERG

Attorneys for Defendant
PGA TOUR, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**: Defendant's deadline to respond to the Amended Complaint is extended through and including September 28, 2022.

Dated:   September 20, 2022

HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

5
JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT
Case No. 5:22-cv-04486-BLF

1913843