1  RACHEL S. BRASS, SBN 219301
     rbrass@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
3  San Francisco, California 94105-0921
   Telephone: 415.393.8200
4  Facsimile:  415.393.8306

5  ROBERT C. WALTERS, *pro hac vice*
     rwalters@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   2001 Ross Avenue, Suite 2100
7  Dallas, Texas 75201-2911
   Telephone: 214.698.3100

8

9  JOHN B. QUINN, SBN 90378
     johnquinn@quinnemanuel.com
10 QUINN EMANUEL URQUHART & SULLIVAN LLP
   865 South Figueroa Street, 10th Floor
11 Los Angeles, California 90017
   Telephone: 213.443.3000

12

13 ROBERT P. FELDMAN, SBN 69602
     bobfeldman@quinnemanuel.com
14 QUINN EMANUEL URQUHART & SULLIVAN LLP
   555 Twin Dolphin Dr., 5th Floor
15 Redwood Shores, California 94065
   Telephone:  650.801.5000
16 Facsimile:   650.801.5100

17 *Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Ian Poulter, Peter Uihlein, and LIV Golf Inc.*
18

WILLIAM V. ROPPOLO, *pro hac vice*
   william.roppolo@bakermckenzie.com
BAKER McKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131 USA
Telephone:  305.789.8900

*Attorneys for Plaintiff Phil Mickelson*

*(additional counsel on signature page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE [PROPOSED] PROTECTIVE ORDER AND ESI PROTOCOL AND TO SERVE INITIAL DISCLOSURES** |

NOW COME, the Parties, by and though counsel and hereby agree as follows:

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, this Stipulation is hereby entered into by and among Plaintiffs Phil Mickelson, Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Ian Poulter, Peter Uihlein, and LIV Golf Inc. ("LIV Golf"), and Defendant PGA TOUR, Inc. ("PGA Tour," together "Parties").

WHEREAS, Plaintiffs originally filed this lawsuit on August 3, 2022 (Dkt. 1);

WHEREAS, Plaintiffs filed their Amended Complaint in this action on August 26, 2022 (ECF No. 83);

WHEREAS, the Parties agreed with Court Approval to file a [Proposed] Protective Order and ESI Protocol on September 21, 2022 (ECF 92);

WHEREAS, the Parties agreed with Court Approval to exchange Initial Disclosures on September 22, 2022 (ECF 92);

WHEREAS, the Parties agree to extend the Parties' deadline to file a [Proposed] Protective Order and ESI Protocol and to exchange Initial Disclosures to September 23, 2022;

WHEREAS, an extension will not alter the date of any other event or deadline already fixed by Court order;

IT IS HEREBY STIPULATED that the Parties' deadline to file a [Proposed] Protective Order and ESI Protocol and to exchange Initial Disclosures is extended through and including September 23, 2022.

DATED:  September 21, 2022             Respectfully submitted,

                                       By:      /s/ Rachel S. Brass

                                       RACHEL S. BRASS, SBN 219301
                                         rbrass@gibsondunn.com
                                       GIBSON, DUNN & CRUTCHER LLP
                                       555 Mission Street, Suite 3000
                                       San Francisco, California 94105-0921
                                       Telephone: 415.393.8200
                                       Facsimile:  415.393.8306

|   |   |
|---|---|
| 1 | |
| 2 | ROBERT C. WALTERS, *pro hac vice* |
|   |   rwalters@gibsondunn.com |
| 3 | SCOTT K. HVIDT, *pro hac vice* |
|   |   shvidt@gibsondunn.com |
| 4 | GIBSON, DUNN & CRUTCHER LLP |
|   | 2001 Ross Avenue, Suite 2100 |
| 5 | Dallas, Texas 75201-2911 |
|   | Telephone:    214.698.3100 |

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone:    214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:    202.955.8500

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:    650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Ian Poulter, Peter Uihlein, and LIV Golf Inc.*

| | | |
|---|---|---|
| 1 | DATED:  September 21, 2022 | BAKER McKENZIE LLP |
| 2 | | |
| 3 | | By: _____/s/ William V. Roppolo_____ |
| 4 | | WILLIAM V. ROPPOLO, *pro hac vice* |
| | | william.roppolo@bakermckenzie.com |
| 5 | | BAKER McKENZIE LLP |
| | | 1111 Brickell Avenue, Suite 1700 |
| 6 | | Miami, Florida 33131 USA |
| | | Telephone:  305.789.8900 |
| 7 | | |
| 8 | | JEFFREY MARTINO, SBN 222805 |
| | | jeffrey.martino@bakermckenzie.com |
| 9 | | BAKER McKENZIE LLP |
| | | 452 Fifth Avenue |
| 10 | | New York, NY 10018 |
| | | Telephone:  212.626.4100 |
| 11 | | |
| 12 | | *Attorneys for Phil Mickelson* |

| | | |
|---|---|---|
| 14 | DATED:  September 21, 2022 | KEKER, VAN NEST & PETERS LLP |
| 15 | | By: _____*Sophie Hood*_____ |
| 16 | | Sophie Hood |
| 17 | | ELLIOT R. PETERS, SBN 158708 |
| | | epeters@keker.com |
| 18 | | DAVID SILBERT, SBN 173128 |
| | | dsilbert@keker.com |
| 19 | | R. ADAM LAURIDSEN, SBN 243780 |
| | | alauridsen@keker.com |
| 20 | | NICHOLAS S. GOLDBERG, SBN 273614 |
| | | ngoldberg@keker.com |
| 21 | | SOPHIE HOOD, SBN 295881 |
| 22 | | shood@keker.com |
| | | KEKER, VAN NEST & PETERS LLP |
| 23 | | 633 Battery Street |
| | | San Francisco, CA 94111-1809 |
| 24 | | Telephone:     (415) 391-5400 |
| 25 | | Facsimile:     (415) 397-7188 |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ESI PROTOCOL
CASE NO. CASE NO. 5:22-CV-04486-BLF

ANTHONY J. DREYER, admitted *pro hac vice*
 anthony.dreyer@skadden.com
KAREN M. LENT, admitted *pro hac vice*
 karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, Ny 10001
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000/1

PATRICK FITZGERALD, admitted *pro hac vice*
 patrick.fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Il 60606
Telephone: 312 407 0700
Facsimile: 312 407 0411

*Attorneys for Defendant PGA Tour, Inc.*

\* \* \* \* \* \* \* \*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED:  September 21, 2022        GIBSON, DUNN & CRUTCHER LLP


By:     */s/ Rachel S. Brass*
           Rachel S. Brass

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** Parties deadline to file a [Proposed] Protective Order and ESI Protocol and to serve Initial Disclosures is extended through and including September 23, 2022.

Date: _____, 2022

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE