RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: (415) 393-8200
Facsimile:  (415) 393-8306

ROBERT C. WALTERS, admitted *pro hac vice*
  rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201-2911
Telephone: (214) 698-3100

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile:  (650) 801-5100

*Attorneys for Plaintiffs Talor Gooch, Hudson
  Swafford, Matt Jones, Bryson DeChambeau, Ian
  Poulter, Peter Uihlein, and LIV Golf Inc.*

WILLIAM V. ROPPOLO, admitted *pro hac vice*
  william.roppolo@bakermckenzie.com
BAKER McKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131 USA
Telephone:    (305) 789-8900

*Attorneys for Phil Mickelson*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**DECLARATION OF LAUREN D. DANSEY IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE [PROPOSED] PROTECTIVE ORDER AND ESI PROTOCOL AND TO EXCHANGE INITIAL DISCLOSURES** |

I, Lauren D. Dansey, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the State of California, as well as the United States District Court for the Northern District of California. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Ian Poulter, Peter Uihlein, and LIV Golf Inc. ("Plaintiffs") in the above-entitled action. Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. On September 8, Plaintiffs and PGA Tour, Inc. filed their Joint Case Statement and proposed schedule (ECF 87).

3. Plaintiffs and PGA Tour, Inc. agreed to file a proposed protective order and ESI protocol by September 21, 2022.

4. Plaintiffs and PGA Tour, Inc. agreed to serve initial disclosures by September 22, 2022.

5. Following the Case Management Conference, the Court approved the case schedule on September 16, 2022 (ECF 92).

6. Plaintiffs and PGA Tour have agreed, pursuant to Local Rule 6-2, to extend the time within which the Parties may submit the proposed protective order and ESI protocol and to exchange initial disclosures to September 23, 2022

7. There have been no previous time modifications relating to the proposed protective order and ESI protocol and to the initial disclosures, and this requested time modification will not alter the schedule for this case.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on September 21, 2022, at San Francisco, California.

*/s/ Lauren D. Dansey*
Lauren D. Dansey

---

1
DECLARATION OF LAUREN D. DANSEY IN SUPPORT OF STIPULATION TO EXTEND TIME
CASE NO. 5:22-cv-04486-BLF