1 | RACHEL S. BRASS, SBN 219301
    rbrass@gibsondunn.com
2 | GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
3 | San Francisco, California 94105-0921
    Telephone: 415.393.8200
4 | Facsimile:  415.393.8306

5 | ROBERT C. WALTERS, *pro hac vice*
    rwalters@gibsondunn.com
6 | GIBSON, DUNN & CRUTCHER LLP
    2001 Ross Avenue, Suite 2100
7 | Dallas, Texas 75201-2911
    Telephone: 214.698.3100

9 | JOHN B. QUINN, SBN 90378
    johnquinn@quinnemanuel.com
10 | QUINN EMANUEL URQUHART & SULLIVAN LLP
    865 South Figueroa Street, 10th Floor
11 | Los Angeles, California 90017
    Telephone: 213.443.3000

13 | ROBERT P. FELDMAN, SBN 69602
    bobfeldman@quinnemanuel.com
14 | QUINN EMANUEL URQUHART & SULLIVAN LLP
    555 Twin Dolphin Dr., 5th Floor
15 | Redwood Shores, California 94065
    Telephone:  650.801.5000
16 | Facsimile:   650.801.5100

17 | *Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Ian Poulter, Peter Uihlein, and LIV Golf Inc.*

WILLIAM V. ROPPOLO, *pro hac vice*
   william.roppolo@bakermckenzie.com
BAKER McKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131 USA
Telephone:  305.789.8900

*Attorneys for Plaintiff Phil Mickelson*

*(additional counsel on signature page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE [PROPOSED] PROTECTIVE ORDER AND ESI PROTOCOL AND TO SERVE INITIAL DISCLOSURES** |

1  NOW COME, the Parties, by and though counsel and hereby agree as follows:

2  Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, this Stipulation is hereby entered into by and among Plaintiffs Phil Mickelson, Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Ian Poulter, Peter Uihlein, and LIV Golf Inc. ("LIV Golf"), and Defendant PGA TOUR, Inc. ("PGA Tour," together "Parties").

WHEREAS, Plaintiffs originally filed this lawsuit on August 3, 2022 (Dkt. 1);

WHEREAS, Plaintiffs filed their Amended Complaint in this action on August 26, 2022 (ECF No. 83);

WHEREAS, the Parties agreed with Court Approval to file a [Proposed] Protective Order and ESI Protocol on September 21, 2022 (ECF 92);

WHEREAS, the Parties agreed with Court Approval to exchange Initial Disclosures on September 22, 2022 (ECF 92);

WHEREAS, the Parties agree to extend the Parties' deadline to file a [Proposed] Protective Order and ESI Protocol and to exchange Initial Disclosures to September 23, 2022;

WHEREAS, an extension will not alter the date of any other event or deadline already fixed by Court order;

IT IS HEREBY STIPULATED that the Parties' deadline to file a [Proposed] Protective Order and ESI Protocol and to exchange Initial Disclosures is extended through and including September 23, 2022.

DATED: September 21, 2022        Respectfully submitted,

By:     /s/ Rachel S. Brass

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone:    214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:    202.955.8500

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:    650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Ian Poulter, Peter Uihlein, and LIV Golf Inc.*

| | | |
|---|---|---|
| 1 | DATED:  September 21, 2022 | BAKER McKENZIE LLP |
| 2 | | |
| 3 | | By: _____ */s/ William V. Roppolo* _____ |
| 4 | | WILLIAM V. ROPPOLO, *pro hac vice* |
| 5 | | william.roppolo@bakermckenzie.com<br>BAKER McKENZIE LLP |
| 6 | | 1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131 USA |
| 7 | | Telephone:  305.789.8900 |
| 8 | | JEFFREY MARTINO, SBN 222805<br>jeffrey.martino@bakermckenzie.com |
| 9 | | BAKER McKENZIE LLP |
| 10 | | 452 Fifth Avenue<br>New York, NY 10018 |
| 11 | | Telephone:  212.626.4100 |
| 12 | | *Attorneys for Phil Mickelson* |

(Signature blocks continued)

DATED:  September 21, 2022        KEKER, VAN NEST & PETERS LLP

By: _____ *Sophie Hood* _____
　　　　Sophie Hood

ELLIOT R. PETERS, SBN 158708
  epeters@keker.com
DAVID SILBERT, SBN 173128
  dsilbert@keker.com
R. ADAM LAURIDSEN, SBN 243780
  alauridsen@keker.com
NICHOLAS S. GOLDBERG, SBN 273614
  ngoldberg@keker.com
SOPHIE HOOD, SBN 295881
  shood@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

ANTHONY J. DREYER, admitted *pro hac vice*
  anthony.dreyer@skadden.com
KAREN M. LENT, admitted *pro hac vice*
  karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, Ny 10001
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000/1

PATRICK FITZGERALD, admitted *pro hac vice*
  patrick.fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Il 60606
Telephone: 312 407 0700
Facsimile: 312 407 0411

*Attorneys for Defendant PGA Tour, Inc.*

\* \* \* \* \* \* \* \*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED:  September 21, 2022         GIBSON, DUNN & CRUTCHER LLP

                                   By:      /s/ Rachel S. Brass
                                              Rachel S. Brass

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** Parties deadline to file a [Proposed] Protective Order and ESI Protocol and to serve Initial Disclosures is extended through and including September 23, 2022.

Date: __September 22__, 2022

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE