KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000/1

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, IL 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; IAN POULTER; PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | Case No. 5:22-cv-04486-BLF <br><br> **DECLARATION OF SOPHIE HOOD IN SUPPORT OF JOINT STIPULATION EXTENDING PARTIES' TIME TO FILE [PROPOSED] PROTECTIVE ORDER AND ESI PROTOCOL** <br><br> Judge:     Hon. Beth Labson Freeman <br><br> Date Filed:  August 3, 2022 <br><br> Trial Date:  January 8, 2024 |

1   I, Sophie Hood, declare as follows:

2   1.      I am an attorney licensed to practice law in the State of California, a member of

3   the Bar of this Court, and a partner at the law firm of Keker, Van Nest & Peters LLP.  I make this

4   declaration in support of the parties' Joint Stipulation to Extend Parties' Time to File [Proposed]

5   Protective Order and ESI Protocol.  I have personal knowledge of the facts set forth in this

6   declaration and, if called as a witness, could testify competently as to their truth.

7   2.      On September 8, 2022, the Parties filed their Joint Case Statement and proposed

8   schedule (Dkt. 87).

9   3.      The Parties agreed to file a proposed protective order and ESI protocol by

10  September 21, 2022.

11  4.      Following the Case Management Conference, the Court approved the case

12  schedule on September 16, 2022 (Dkt. 92).

13  5.      On September 21, 2022, the Parties filed an initial Stipulation to Extend Parties'

14  Time to File [Proposed] Protective Order and ESI Protocol, which the Court granted on

15  September 22, 2022.

16  6.      The Parties met and conferred via videoconference on September 21, 2022, and

17  again on September 23, 2022 in an attempt to resolve their disputes regarding the [Proposed]

18  Protective Order and ESI Protocol, and have continued to negotiate over email.

19  7.      The Parties have not yet resolved their disputes and have agreed, pursuant to Local

20  Rule 6-2, to extend the time within which the Parties may submit the [Proposed] Protective Order

21  and ESI Protocol to September 27, 2022.

22  8.      There has been one previous time modification relating to the [Proposed]

23  Protective Order and ESI Protocol. This requested time modification will not alter the schedule

24  for this case.

25  I declare under penalty of perjury that foregoing is true and correct.  Executed on

26  September 23, 2022, at San Francisco, California.

27  By: _____

28  Sophie Hood

DECLARATION OF SOPHIE HOOD  IN SUPPORT OF JOINT STIPULATION TO EXTEND PARTIES' TIME
TO FILE [PROPOSED] PROTECTIVE ORDER AND ESI PROTOCOL
Case No. 5:22-cv-04486-BLF

1915627

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SOPHIE HOOD  IN SUPPORT OF JOINT STIPULATION TO EXTEND PARTIES' TIME
TO FILE [PROPOSED] PROTECTIVE ORDER AND ESI PROTOCOL
Case No. 5:22-cv-04486-BLF

1915627