| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT (*pro hac vice*)<br>karen.lent@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000<br><br>PATRICK FITZGERALD<br>patrick.fitzgerald@skadden.com (*pro hac vice*)<br>155 North Wacker Drive<br>Chicago, IL 60606<br>Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH;<br>HUDSON SWAFFORD; MATT JONES;<br>BRYSON DECHAMBEAU; IAN POULTER;<br>PETER UIHLEIN, and LIV GOLF INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>            Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE [PROPOSED] PROTECTIVE ORDER AND ESI PROTOCOL**<br><br>Date Filed:  August 3, 2022<br><br>Trial Date:  January 8, 2024 |

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE [PROPOSED] PROTECTIVE ORDER AND ESI PROTOCOL
Case No. 5:22-cv-04486-BLF

1915616

1  Pursuant to Civil Local Rules 6-1, 6-2, and 7-12 Defendant PGA TOUR, INC. and
2  Plaintiffs PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES;
3  BRYSON DECHAMBEAU; IAN POULTER; PETER UIHLEIN, and LIV GOLF INC., by and
4  through the undersigned counsel, stipulate and agree as follows:

5  WHEREAS, Plaintiffs originally filed this lawsuit on August 3, 2022 (Dkt. 1);

6  WHEREAS, Plaintiffs filed their Amended Complaint on August 26, 2022 (Dkt. 83);

7  WHEREAS, the Parties agreed with Court Approval to file a [Proposed] Protective Order
8  and ESI Protocol on September 21, 2022 (Dkt. 92);

9  WHEREAS, the Parties filed a Stipulation Extending Time to File a [Proposed] Protective
10 Order and ESI Protocol on September 21, 2022 (Dkt. 100), which the Court granted on
11 September 22, 2022 (Dkt. 101);

12 WHEREAS, the Parties agree that good cause exists to extend the Parties' deadline to file
13 a [Proposed] Protective Order and ESI Protocol to September 26, 2022;

14 WHEREAS, this extension will not alter the date of any other event or deadline already
15 fixed by Court order;

16 IT IS THEREFORE STIPULATED AND AGREED that the Parties' deadline to file a
17 [Proposed] Protective Order and ESI Protocol is extended through and including September 26,
18 2022.

**SO STIPULATED AND AGREED.**

2
JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE [PROPOSED] PROTECTIVE ORDER AND ESI PROTOCOL
Case No. 5:22-cv-04486-BLF

1915616

| | | |
|---|---|---|
| Dated:  September 23, 2022 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ *Sophie Hood* |
| | | ELLIOT R. PETERS |
| | | DAVID SILBERT |
| | | R. ADAM LAURIDSEN |
| | | NICHOLAS S. GOLDBERG |
| | | SOPHIE HOOD |
| | | |
| | | Attorneys for Defendant |
| | | PGA TOUR, INC. |
| | | |
| | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | | |
| | | ANTHONY J. DREYER |
| | | PATRICK FITZGERALD |
| | | KAREN M. LENT |
| | | |
| | | Attorneys for Defendant |
| | | PGA TOUR, INC. |
| | | |
| | | GIBSON, DUNN & CRUTCHER LLP |
| Dated:  September 23, 2022 | By: | /s/ *Scott K. Hvidt* |
| | | RACHEL S. BRASS |
| | | ROBERT C. WALTERS |
| | | SCOTT K. HVIDT |
| | | JOSHUA LIPTON |
| | | KRISTEN C. LIMARZI |
| | | LAUREN D. DANSEY |
| | | |
| | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | | |
| | | JOHN B. QUINN |
| | | ROBERT P. FELDMAN |
| | | DOMINIC SURPRENANT |
| | | KEVIN TERUYA |
| | | |
| | | Attorneys for Plaintiffs LIV GOLF, INC., TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, AND PETER UIHLEIN |

3

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE [PROPOSED] PROTECTIVE ORDER AND ESI PROTOCOL
Case No. 5:22-cv-04486-BLF

1915616

|  |  |
|---|---|
|  | BAKER McKENZIE LLP |
| Dated: September 23, 2022 | By: /s/ *William V. Roppolo* |
|  | WILLIAM V. ROPPOLO |
|  | ASHLEY BROOKE EICKHOF |
|  | JEFFERY DANIEL MARTINO |
|  | JODI AVILA |
|  | Attorneys for Plaintiff PHIL MICKELSON |

4
JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE [PROPOSED] PROTECTIVE ORDER AND ESI PROTOCOL
Case No. 5:22-cv-04486-BLF

1915616

**ECF ATTESTATION**

Pursuant to Local Rule 5.1(h)(3), the filer of this document, Sophie Hood, attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: September 23, 2022                                KEKER, VAN NEST & PETERS LLP

By:  /s/ *Sophie Hood*
  SOPHIE HOOD

Attorneys for Defendant
PGA TOUR, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**: Defendant's deadline to to file a [Proposed] Protective Order and ESI Protocol is extended through and including September 26, 2022.

Dated:  September 26, 2022

*[signature: Beth Labson Freeman]*

HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE