JEFFREY D. MARTINO
Jeffrey.martino@bakermckenzie.com
BAKER McKENZIE LLP
452 Fifth Avenue
New York, New York 10018
Tel: (212) 626-4203
Fax: (212) 310-1600

ASHLEY B. EICKHOF (State Bar No. 156997)
ashley.eickhof@bakermckenzie.com
BAKER McKENZIE LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006
Tel: (202) 452-7000
Fax: (202) 416-7177

WILLIAM V. ROPPOLO (*Pro Hac Vice*)
william.roppolo@bakermckenzie.com
JODI AVILA (*Pro Hac Vice*)
jodi.avila@bakermckenzie.com
BAKER McKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131 USA
Tel: (305) 789-8900
Fax: (305) 789-8953

*Attorneys for Plaintiff Phil Mickelson*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON; TALOR GOOCH; HUDSON SWAFFORD; MATT JONES; BRYSON DECHAMBEAU; IAN POULTER; PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | Case No. 5:22-cv-04486-BLF <br><br> **VOLUNTARY DISMISSAL** <br><br> Judge: Hon. Beth Freeman <br><br> Date Filed: September 27, 2022 <br><br> Trial Date: January 8, 2024 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

VOLUNTARY DISMISSAL                                     Case No. 5:22-CV-04486-BLF

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff, Phil Mickelson voluntarily dismisses without prejudice his claims against Defendant. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: September 27, 2022          Respectfully submitted,

*/s/ William V. Roppolo*
WILLIAM V. ROPPOLO (*Pro Hac Vice*)
william.roppolo@bakermckenzie.com
JODI AVILA (*Pro Hac Vice*)
jodi.avila@bakermckenzie.com
BAKER McKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131 USA
Tel: (305) 789-8900
Fax: (305) 789-8953

JEFFREY D. MARTINO
Jeffrey.martino@bakermckenzie.com
BAKER McKENZIE LLP
452 Fifth Avenue
New York, New York 10018
Tel: (212) 626-4203
Fax: (212) 310-1600

ASHLEY B. EICKHOF (State Bar No. 156997)
ashley.eickhof@bakermckenzie.com
BAKER McKENZIE LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006
Tel: (202) 452-7000
Fax: (202) 416-7177

*Attorneys for Plaintiff Phil Mickelson*

Baker McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

VOLUNTARY DISMISSAL                                   Case No. 5:22-CV-04486-BLF

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Dated: September 27, 2022

>   */s/ William V. Roppolo*
>   WILLIAM V. ROPPOLO

Baker McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

2

VOLUNTARY DISMISSAL                                         Case No. 5:22-CV-04486-BLF

## CERTIFICATE OF SERVICE

I hereby certify that I served the forgoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE through the Court's CM/ECF system upon all counsel registered with that system.

Dated: September 27, 2022

*/s/ William V. Roppolo*
WILLIAM V. ROPPOLO

Baker McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

3

VOLUNTARY DISMISSAL                                    Case No. 5:22-CV-04486-BLF