| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306 | WILLIAM V. ROPPOLO, *pro hac vice*<br>  william.roppolo@bakermckenzie.com<br>BAKER McKENZIE LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131 USA<br>Telephone:  305.789.8900<br><br>*Attorneys for Plaintiff Phil Mickelson*<br><br>*(additional counsel on signature page)* |
| ROBERT C. WALTERS, *pro hac vice*<br>  rwalters@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100 | |

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Ian Poulter, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC.,<br><br>           Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>           Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT named Plaintiffs Talor Gooch, Hudson Swafford, and Ian Poulter ("Dismissing Plaintiffs") hereby voluntarily dismiss without prejudice their claims in this litigation pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A) against PGA Tour, Inc. ("Defendant"). Dismissing Plaintiffs' dismissal of their claims does not affect the pending claims of Named Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc. who will continue to litigate their claims in this action.

DATED: September 27, 2022

GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Rachel S. Brass*
       Rachel S. Brass

GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, admitted *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, admitted *pro hac vice*
  shvidt@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, admitted *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, admitted *pro hac vice*
  klimarzi@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

QUINN EMANUEL URQUHART & SULLIVAN LLP
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000

*Attorneys for Plaintiffs Talor Gooch, Hudson Swafford, Matt Jones, Bryson DeChambeau, Ian Poulter, Peter Uihlein, and LIV Golf Inc.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED:  September 27, 2022	GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Rachel S. Brass*
          Rachel S. Brass