# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　Defendant. | Case No. 22-cv-04486-BLF<br><br>**ORDER REFERRING PROTECTIVE ORDER AND ESI PROTOCOL DISPUTE TO MAGISTRATE JUDGE** |

　　The parties have filed a "Joint Statement Regarding ESI Stipulation and [Proposed] Protective Order Disputes." *See* ECF No. 104. The Court hereby REFERS the dispute to Magistrate Judge van Keulen.

　　**IT IS SO ORDERED.**

Dated: September 28, 2022

_____
BETH LABSON FREEMAN
United States District Judge