# EXHIBIT A

**Joint Chart Regarding Plaintiff's LIV Golf Inc.'s First Set of Interrogatories**

| Plaintiff's Disputed Interrogatory | Defendant's Response | Plaintiff's Proposed Compromise | Defendant's Latest Proposed Compromise | Court's Use |
|---|---|---|---|---|
| Identify each individual who communicated on behalf of the PGA Tour with any other person (including Tour Members) or entity regarding any New Tour. Your response should include individuals who communicated with (a) the European Tour, (b) Augusta National, (c) PGA of America, (d) USGA, (e) OWGR, (f) Royal & Ancient, (g) Asian Tour, (h) Japan Tour, (i) Sunshine Tour, (j) Ladies Professional Golf Association, (k) Ladies European Tour, (l) any broadcaster, (m) any vendor or service provider to the PGA Tour, (n) any advertiser or sponsor, (o) any player agent or representative, (p) any golfer (including PGA Tour Members), or (q) any other person or entity not expressly excluded by this Interrogatory. Your | The TOUR objects to this Interrogatory on the grounds that the Interrogatory is overly broad, unduly burdensome, and seeks information that is neither relevant to the parties' claims or defenses nor proportional to the needs of the action, including because it seeks "communications" with "any other person or entity not expressly excluded by this Interrogatory." The TOUR also objects to the use of "who communicated on behalf of the PGA Tour" as vague and ambiguous. The TOUR also objects to this Interrogatory on the grounds that (i) it is premature and (ii) pursuant to Federal Rule 33(d), the TOUR will be producing numerous documents in this action that are responsive to this Interrogatory, and the | Defendant will email the individuals listed on its organizational charts (PGA_TOUR0000001-PGA_TOUR0000005) provided on September 16 and 22 to Plaintiffs, respectively, as well as other employees of the PGA Tour who are likely to have dealt with broadcasters, sponsors, vendors, the DP World Tour, other golf tours, the majors, and the OWGR, and ask them (i) whether they have corresponded or dealt with any of these entities concerning LIV Golf, Premier Golf League and/or Saudi Golf League, and (ii) and with whom they communicated, to the extent reasonably available. Defendant will then respond to the Interrogatory providing the information it receives by Wednesday, October 12, 2022. Defendant will then | Defendant will: (i) contact the agreed-upon TOUR custodians, plus five additional TOUR employees of LIV's choosing; (ii) determine whether any of those individuals spoke with any third party (aside from press or counsel) since 2021 about LIV, the PGL or Saudi Golf League; (iii) provide the identities of any such third parties with whom the TOUR employees spoke, to the extent those third parties' identities are reasonably ascertainable, (iv) conduct a search of agreed-upon custodians using agreed-upon search terms for non-privileged communications with third parties regarding LIV, the PGL or Saudi Golf League; and (v) identify documents containing such communications in conjunction with the | |

| **Plaintiff's Disputed Interrogatory** | **Defendant's Response** | **Plaintiff's Proposed Compromise** | **Defendant's Latest Proposed Compromise** | **Court's Use** |
|---|---|---|---|---|
| response need not include communications with the PGA Tour's counsel or the press. For each individual you identify, identify the date(s) of the communication(s), the medium of the communication(s) (e.g., in-person, phone, text, email, etc.), and the other person or entity to whom the communication was made. | burden of deriving or ascertaining the requested information from these documents is substantially the same for Plaintiff as it is for the TOUR. Subject to and without waiving the foregoing objections, the TOUR is willing to meet and confer to narrow the scope of this Interrogatory, and after the TOUR has substantially completed its production of documents in this action, it will produce a written response regarding communications within that narrowed scope that are not otherwise reflected in such document production. | conduct interviews of agreed upon custodians, and, after the interviews, provide an updated Interrogatory response by Wednesday, October 19, 2022. | TOUR's document productions. | |