1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC.<br><br>        Plaintiffs,<br><br>  v.<br><br>PGA TOUR, INC.,<br><br>        Defendant.<br><br>PGA TOUR, INC.,<br><br>        Counter-Plaintiff,<br><br>  v.<br><br>LIV GOLF, INC.,<br><br>        Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF-SVK<br><br>**[PROPOSED] ORDER GRANTING LIV GOLF INC'S PROPOSED COMPROMISE REGARDING DEFENDANT'S OBJECTIONS TO PLAINTIFF LIV GOLF, INC.'S INTERROGATORY NO. 1** |

The Court, having considered the Parties' Joint Statement Regarding the PGA Tour, Inc.'s Objections and Responses to LIV Golf, Inc.'s Interrogatory No. 1 ("Joint Statement"), all associated pleadings and exhibits, and any argument of counsel, hereby rules and orders as follows:

IT IS HEREBY ORDERED that, for the reasons stated in the Parties' Joint Statement, the Court adopts LIV Golf, Inc.'s proposed compromise regarding Interrogatory No. 1. Defendant PGA Tour, Inc. must—at a minimum—contact, and make reasonable efforts to gather the information responsive to Interrogatory No. 1 from, the 83 officers and employees listed in the PGA Tour Inc.'s organization chart produced to LIV Golf, Inc. at PGA_TOUR0000001-PGA_TOUR0000005, and any other PGA Tour employee *likely* to have information responsive to LIV Golf, Inc.'s Interrogatory No. 1, including individuals involved in or with knowledge of the communications by the PGA Tour that are set forth in the Amended Complaint and any additional people identified during these efforts by the PGA Tour or otherwise.

Seven calendar days from this Order, the PGA Tour, Inc. must provide in a proper format to LIV Golf, Inc. all information so gathered that is responsive to Interrogatory No. 1, and then must regularly and timely supplement the response thereafter.

**IT IS SO ORDERED.**

DATED: _____, 2022              _____
                                                                                   The Honorable Susan van Keulen
                                                                                   United States Magistrate Judge