KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:    212 735 3000
Facsimile:    212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, IL 60606
Telephone:    312 407 0700
Facsimile:    312 407 0411

Attorneys for Defendant PGA TOUR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICKELSON, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.<br><br>    Defendant.<br><br>PGA TOUR, INC.,<br><br>    Counterclaimant,<br><br>v.<br><br>LIV GOLF, INC.<br><br>    Counterdefendant. | Case No. 5:22-cv-04486 (SVK)<br><br>**[PROPOSED] ORDER REGARDING JOINT STATEMENT REGARDING DISCOVERY DISPUTE**<br><br>**RE: DKT. NO. [XX]** |

The Court is in receipt of the Parties' Joint Statement Regarding Discovery Dispute as to Plaintiff's Interrogatory Request No. 1. Dkt. [XX]. In brief, the Parties dispute the sufficiency of Defendant PGA TOUR, Inc.'s response. The Court determine that this matter is suitable for resolution without oral argument. Civ. L.R. 7-1(b). Having reviewed the Parties' submission, and the relevant law, the Court finds that oral argument is not necessary.

It is hereby ORDERED that Interrogatory Request No. 1 shall be modified as follows:

- Defendant's response will be limited to communications regarding LIV Golf ("LIV"), the Premier Golf League ("PGL") or the Saudi Golf League;
- Defendant will contact the agreed-upon TOUR custodians, plus five additional TOUR employees of LIV's choosing;
- Defendant will determine whether any of those individuals spoke with any third party (aside from press or counsel) since 2021 about LIV, PGL or the Saudi Golf League;
- Defendant will provide the names of any such TOUR employees and the third parties with whom they spoke, to the extent those third parties' identities are reasonably ascertainable;
- Defendant will conduct a search of agreed-upon custodians using agreed-upon search terms for non-privileged communications with third parties regarding LIV, PGL or the Saudi Golf League; and
- Defendant will identify all documents containing such communications in conjunction with their production.

**SO ORDERED.**

Dated: October __, 2022

_____
Honorable Susan van Keulen
United States Magistrate Judge