UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL MICKELSON, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>   Defendant. | Case No. 22-cv-04486-BLF (SVK)<br><br>**ORDER FOR ADDITIONAL INFORMATION IN RE JOINT DISCOVERY SUBMISSION; ORDER TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 112 |

The Court is in receipt of the Parties' Joint Letter Brief regarding PGA's Response to Interrogatory No. 1. To assist the Court in its evaluation, the Court ORDERS as follows:

1. LIV to supplement Dkt.112 by filing:

    a. LIV's First Interrogatory in its entirety, including definitions; and

    b. The organizational charts (PGA_TOUR0000001-PGA_TOUR0000005),

    adding an indicator of the designated custodians in this action.

**2.** LIV to email to SvKCRD@cand.uscourts.gov the Word version of Dkt. 112-1 Ex. A,

as required by this Court's Civil and Discovery Referral Matters Standing Order ¶ 8.

The foregoing to be received no later than **October 12, 2022**. If the organizational charts identified above qualify under the Protective Order [Dkt. 111], the Court hereby ORDERS that they be filed UNDER SEAL.

**SO ORDERED.**

Dated: October 11, 2022

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge