| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>RACHEL S. BRASS, SBN 219301<br>    rbrass@gibsondunn.com<br>LAUREN D. DANSEY, SBN 311886<br>    ldansey@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:   415.393.8306<br><br>ROBERT C. WALTERS, *pro hac vice*<br>    rwalters@gibsondunn.com<br>SCOTT K. HVIDT, *pro hac vice*<br>    shvidt@gibsondunn.com<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100<br><br>JOSHUA LIPTON, *pro hac vice*<br>    jlipton@gibsondunn.com<br>KRISTEN C. LIMARZI, *pro hac vice*<br>    klimarzi@gibsondunn.com<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500<br>. | QUINN EMANUEL URQUHART & SULLIVAN LLP<br>JOHN B. QUINN, SBN 90378<br>    johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>    dominicsurprenant@quinnemanuel.com<br>KEVIN TERUYA, SBN 235916<br>    kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>ROBERT P. FELDMAN, SBN 69602<br>    bobfeldman@quinnemanuel.com<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000<br>Facsimile:   650.801.5100<br><br>*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>        Defendant. | CASE  NO. 5:22-CV-04486-BLF-SVK<br><br>**NOTICE OF LODGING ADDITIONAL INFORMATION IN RE JOINT DISCOVERY SUBMISSION RE: DKT NO. 112** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to the Court's Order (Dkt. 113), Plaintiff LIV Golf, Inc. submits to the Court its First Interrogatory, in its entirety and including definitions, to PGA Tour, Inc. (**Exhibit A**).

DATED:  October 12, 2022

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Rachel S. Brass
        Rachel S. Brass

GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, admitted *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, admitted *pro hac vice*
  shvidt@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, admitted *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, admitted *pro hac vice*
  klimarzi@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

QUINN EMANUEL URQUHART & SULLIVAN LLP
JOHN B. QUINN, SBN 90378
 johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
 dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
 kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
 bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: October 12, 2022			GIBSON, DUNN & CRUTCHER LLP

					By:	*/s/ Rachel S. Brass*
						Rachel S. Brass