GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
　rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
　ldansey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:　415.393.8306

ROBERT C. WALTERS, *pro hac vice*
　rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
　shvidt@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
　jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
　klimarzi@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500
.

QUINN EMANUEL URQUHART & SULLIVAN LLP
JOHN B. QUINN, SBN 90378
　johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
　dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
　kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
　bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:　650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PGA TOUR, INC.,<br><br>　　　　Defendant. | CASE  NO. 5:22-CV-04486-BLF-SVK<br><br>**NOTICE OF LODGING ADDITIONAL INFORMATION IN RE JOINT DISCOVERY SUBMISSION RE: DKT NO. 112 UNDER SEAL** |

Gibson, Dunn & Crutcher LLP

NOTICE OF LODGING ADDITIONAL INFORMATION IN RE JOINT DISCOVERY SUBMISSION
RE: DKT NO. 112 UNDER SEAL
CASE  NO. 5:22-CV-04486-BLF-SVK

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to the Court's Order (Dkt. 113), Plaintiff LIV Golf, Inc. submits to the Court under seal PGA_TOUR0000001–PGA_TOUR0000004 (**Exhibit 1**) and PGA_TOUR0000005–PGA_TOUR0000011 (**Exhibit 2**). LIV does not take the position that these documents are confidentially protected, but Defendant PGA Tour, Inc. has designated the documents as Confidential under the Protective Order (Dkt. 111). The documents are therefore being filed under seal pursuant to the Court's Order (Dkt. 113). Further, Exhibits 1 and 2, pursuant to the Court's Order (Dkt. 113) have been modified to indicate the designated custodians in this action. Names in blue in Exhibits 1 and 2 indicate the individual is an agreed to custodian, *i.e.*, Jay Monahan, Ron Price, Andy Pazder, Rick Anderson, Brian Oliver, Bill Schroder, Andy Levinson, and Kristen Burgess. Ross Berlin is also an agreed to custodian, but is a former employee and not listed in either Exhibits 1 or 2. Names in red in Exhibits 1 and 2 indicate the individual is a disputed custodian, *i.e.*, Phil Marburger, Thierry Pascal, Laura Neal, Matt Rapp, and Chad Burgess. The Parties are at an impasse as to the list of Defendant custodians, and a joint statement presenting the Parties' positions is forthcoming.

Gibson, Dunn & Crutcher LLP

1
NOTICE OF LODGING ADDITIONAL INFORMATION IN RE JOINT DISCOVERY SUBMISSION
RE: DKT NO. 112 UNDER SEAL
CASE NO. 5:22-cv-04486-BLF-SVK

DATED: October 12, 2022

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Rachel S. Brass
      Rachel S. Brass

GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, admitted *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, admitted *pro hac vice*
  shvidt@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, admitted *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, admitted *pro hac vice*
  klimarzi@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

QUINN EMANUEL URQUHART & SULLIVAN LLP
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

2
NOTICE OF LODGING ADDITIONAL INFORMATION IN RE JOINT DISCOVERY SUBMISSION
RE: DKT NO. 112 UNDER SEAL
CASE NO. 5:22-cv-04486-BLF-SVK

Gibson, Dunn & Crutcher LLP

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: October 12, 2022							GIBSON, DUNN & CRUTCHER LLP

									By:	*/s/ Rachel S. Brass*
										Rachel S. Brass

3
NOTICE OF LODGING ADDITIONAL INFORMATION IN RE JOINT DISCOVERY SUBMISSION
RE: DKT NO. 112 UNDER SEAL
CASE NO. 5:22-cv-04486-BLF-SVK

Gibson, Dunn & Crutcher LLP