# EXHIBIT 2

*PUBLIC VERSION*
*ENTIRE DOCUMENT SOUGHT TO BE SEALED*