United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHIL MICKELSON, et al.,

        Plaintiffs,

    v.

PGA TOUR, INC.,

        Defendant.

Case No. 22-cv-04486-BLF (SVK)

**ORDER FOLLOWING DISCOVERY HEARING**

Re: Dkt. No. 112

On October 14, 2022, the Court held a hearing on the Parties' dispute regarding Plaintiff LIV's Interrogatory no. 1.  Dkt. 112.  The Court had the benefit of the Parties' joint submission, in addition to Counsels' well-informed responses to the Court's inquiries and oral argument.  The Court's rulings were articulated on the record and are summarized herein for the Parties' and the Court's ease of reference.  Accordingly, based upon the inputs identified above, the Court **ORDERS** as follows:

1. By **12 p.m. (PDT) on October 19, 2022**, Defendant Tour is to identify in a verified interrogatory response all individuals who were authorized to speak on behalf of the Tour during the relevant time period (September 1, 2019-present; "Time Period") regarding competitive or potentially competitive tours.  The interrogatory response will indicate which individuals had verbal, in addition to written, communications regarding competitive or potentially competitive tours during the Time Period.  Defendant Tour must also email a copy of the verified interrogatory response to the undersigned's courtroom deputy (svkcrd@cand.uscourts.gov).

2. The subject matter of responsive communications will be subject to further meet and confer between the Parties in accordance with the guidelines provided by the Court at the hearing.  In sum, the subject matter will be broader than "LIV, PGL and Saudi Golf

League" but not as broad as the "New Tour" definition in Interrogatory no. 1.

3. The list of relevant parties to whom responsive communications were directed will be subject to further meet and confer between the Parties in accordance with the guidelines provided by the Court at the hearing.  In sum, the list will be narrower and, where feasible, more specific, than the categories set forth as (a)-(q) in Interrogatory no. 1.

The Parties are directed to continue their robust meet and confer efforts to refine and respond to Interrogatory no. 1 expeditiously.  Any unresolved issues may be brought to the Court's attention in a joint submission by **12 p.m. (PDT) on October 21, 2022** and will be addressed at an **in-person** hearing on **Monday, October 24, 2022 at 1:30 p.m.**[1]  Counsel appearing at the hearing must have authority to negotiate and compromise and must be prepared to remain at Court as long as necessary to engage in meaningful meet and confer efforts to bring this issue to a final resolution.

**SO ORDERED.**

Dated: October 14, 2022

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] The Court's availability for a further hearing on this matter, if needed, has changed from the date and time discussed at the hearing.