| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>           Plaintiffs,<br><br>     v.<br><br>PGA TOUR, INC.,<br><br>           Defendant.<br><br>PGA TOUR, INC.,<br><br>           Counterclaimant,<br><br>     v.<br><br>LIV GOLF, INC.,<br><br>           Counterdefendant. | Case No. 5:22-cv-04486-BLF<br><br>**NOTICE OF APPEARANCE OF STEPHANIE J. GOLDBERG**<br><br>Judge:          Hon. Beth Labson Freeman<br><br>Date Filed:   August 3, 2022<br><br>Trial Date:    January 8, 2024 |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Stephanie J. Goldberg of the law firm of Keker, Van Nest & Peters LLP hereby makes a general appearance as counsel of record on behalf of Defendant and Counterclaimant PGA TOUR, Inc. Ms. Goldberg is a member of the State Bar of California and of the bar of this Court. Counsel consents to electronic service of all papers in this action. Counsel can be contacted at the following address, telephone number, and email:

>STEPHANIE J. GOLDBERG
>State Bar No. 328710
>Email: sgoldberg@keker.com
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA  94111-1809
>Telephone:     (415) 391-5400
>Facsimile:      (415) 397-7188

Dated: October 14, 2022                                                             KEKER, VAN NEST & PETERS LLP

                                                                                    By:  /s/ *Stephanie J. Goldberg*
                                                                                         STEPHANIE J. GOLDBERG

                                                                                    Attorneys for Defendant
                                                                                    PGA TOUR, INC.