RACHEL S. BRASS, SBN 219301
   rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
   rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOHN B. QUINN, SBN 90378
   johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
   bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF <br><br> **STIPULATION RELATING TO LIV GOLF, INC.'S FIRST SET OF INTERROGATORIES** |

NOW COME, the Parties, by and through counsel, and hereby agree as follows:

This Stipulation is hereby entered into by and between Plaintiff LIV Golf Inc. ("LIV Golf") and Defendant PGA TOUR, Inc. ("PGA Tour").

WHEREAS, LIV Golf served its First Set of Interrogatories on the PGA Tour on August 31, 2022;

WHEREAS, the PGA Tour responded and objected to LIV Golf's First Set of Interrogatories on September 27, 2022;

WHEREAS, the Court ordered the Parties to undertake certain obligations with respect to LIV Golf's First Set of Interrogatories on October 14, 2022, ECF No. 125;

WHEREAS, LIV Golf and the PGA Tour have reached agreement on the subject matter of responsive communications and the list of relevant parties to whom responsive communications were directed;

WHEREAS, as part of that agreement, the PGA Tour requested to have until 5 p.m. (PDT) on October 20, 2022, to fulfill its obligations under the Court's October 14, 2022 Order, ECF No. 125, as to sponsors, vendors, and broadcasters;

WHEREAS, LIV Golf agreed to that request;

THEREFORE, LIV Golf and the PGA Tour agree and stipulate that the PGA Tour may have until 5 p.m. (PDT) on October 20, 2022, to fulfill its obligations under the Court's October 14, 2022 Order, ECF No. 125, as to sponsors, vendors, and broadcasters.

DATED:  October 18, 2022            Respectfully submitted,

By:     /s/ Rachel S. Brass

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

STIPULATION RELATING TO LIV GOLF, INC.'S FIRST SET OF INTERROGATORIES
CASE NO. 5:22-CV-04486-BLF

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone:    214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:    202.955.8500

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile:    650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

DATED: October 18, 2022　　　　　　　KEKER, VAN NEST & PETERS LLP

　　　　　　　　　　　　　　　　　　By: _____*Elliot R. Peters*_____
　　　　　　　　　　　　　　　　　　　　　Elliot R. Peters

ELLIOT R. PETERS, SBN 158708
　epeters@keker.com
DAVID SILBERT, SBN 173128
　dsilbert@keker.com
R. ADAM LAURIDSEN, SBN 243780
　alauridsen@keker.com
NICHOLAS S. GOLDBERG, SBN 273614
　ngoldberg@keker.com
SOPHIE HOOD, SBN 295881
　shood@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:　(415) 391-5400
Facsimile:　(415) 397-7188


ANTHONY J. DREYER, admitted *pro hac vice*
　anthony.dreyer@skadden.com
KAREN M. LENT, admitted *pro hac vice*
　karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, Ny 10001
Telephone:　(212) 735-3000
Facsimile:　(212) 735-2000/1

PATRICK FITZGERALD, admitted *pro hac vice*
　patrick.fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Il 60606
Telephone: 312 407 0700
Facsimile: 312 407 0411

*Attorneys for Defendant PGA Tour, Inc.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: October 18, 2022

By: _/s/ Rachel S. Brass_
Rachel S. Brass