1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 5:22-cv-04486<br><br>**[PROPOSED] ORDER GRANTING LIV GOLF, INC.'S AND PGA TOUR, INC.'S STIPULATION RELATING TO LIV GOLF, INC.'S FIRST SET OF INTERROGATORIES** |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered LIV Golf, Inc. and the PGA Tour, Inc.'s Stipulation Relating to LIV Golf, Inc.'s First Set of Interrogatories, all associated pleadings and exhibits, and any argument of counsel, hereby rules and orders as follows:

IT IS HEREBY ORDERED that the PGA Tour, Inc. has until **5 p.m. (PDT) on October 20, 2022** to fulfill its obligations under the Court's October 14, 2022 Order, ECF No. 125, as to sponsors, vendors, and broadcasters.

**IT IS SO ORDERED.**

DATED: _____, 2022

The Honorable Susan van Keulen
United States Magistrate Judge