# EXHIBIT A-1

| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, IL  60606<br>Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |

Attorneys for Defendant PGA TOUR, INC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MICKELSON, et al.,<br><br>                            Plaintiffs,<br><br>     v.<br><br>PGA TOUR, INC.,<br><br>                            Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**DEFENDANT PGA TOUR'S SUPPLEMENTAL RESPONSE TO PLAINTIFF LIV GOLF INC.'S FIRST SET OF INTERROGATORIES** |

**PGA TOUR'S SUPPLEMENTAL RESPONSE
TO PLAINTIFF LIV GOLF'S FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant PGA TOUR (the "TOUR"), by and through its undersigned counsel, hereby supplements its Amended and Verified Responses and Objections to Plaintiff LIV Golf's First Set of Interrogatories, which were served on October 19, 2022 in the above-captioned action.  The TOUR's Responses and Objections to Plaintiff LIV Golf's First Set of Interrogatories, which were served on September 27,

2022, are hereby incorporated into and made a part of the TOUR's specific response to each and every individual Interrogatory listed below.  The TOUR's investigation is ongoing and accordingly the TOUR reserves the right to alter, amend or supplement its responses and objections to the Interrogatories as the matter progresses.

The TOUR specifically responds to the Interrogatories as follows:

**INTERROGATORY NO. 1:**
**Identify each individual who communicated on behalf of the PGA Tour with any other person (including Tour Members) or entity regarding any New Tour.  Your response should include individuals who communicated with (a) the European Tour, (b) Augusta National, (c) PGA of America, (d) USGA, (e) OWGR, (f) Royal & Ancient, (g) Asian Tour, (h) Japan Tour, (i) Sunshine Tour, (j) Ladies Professional Golf Association, (k) Ladies European Tour, (l) any broadcaster, (m) any vendor or service provider to the PGA Tour, (n) any advertiser or sponsor, (o) any player agent or representative, (p) any golfer (including PGA Tour Members), or (q) any other person or entity not expressly excluded by this Interrogatory. Your response need not include communications with the PGA Tour's counsel or the press. For each individual you identify, identify the date(s) of the communication(s), the medium of the communication(s) (e.g., in-person, phone, text, email, etc.), and the other person or entity to whom the communication was made.**

**RESPONSE TO INTERROGATORY NO. 1:**

The TOUR incorporates the general and specific objections set forth in its Responses and Objections to Plaintiff LIV Golf's First Set of Interrogatories, which were served on September 27, 2022, as though fully set forth herein.

Subject to and without waiving the foregoing objections, pursuant to the Court's instructions as provided during the discovery dispute hearing held on October 14, 2022 and in its order following the hearing (ECF No. 125), the TOUR has prepared the below chart, which identifies (i) all individuals who had the authority to speak on behalf of the TOUR between September 1, 2019 to present (the "Time Period") regarding LIV Golf, Premier Golf League, Super Golf League, Saudi Golf League and Public Investment Fund of the Kingdom of Saudi Arabia's interest in golf ventures (the "Subject Matter"), and (ii) the specific entities[1] with which such individuals would have had the authority to speak on behalf of the TOUR.  Additionally, an asterisk (*) next to an individual's name denotes that, based on presently available information

---

[1] The agreed-upon list of entities is enclosed as Exhibit "A."

following a reasonable inquiry, the individual likely had one or more oral communications during the Time Period about the Subject Matter with one or more of the entities with which he or she had the authority to speak on behalf of the TOUR.

**TOUR EMPLOYEES WITH AUTHORITY TO SPEAK
ON BEHALF OF THE TOUR REGARDING THE SUBJECT MATTER**

| TOUR EMPLOYEE | ENTITIES |
|---|---|
| Andy Levinson* | Drug Free Sport, Pro Secrets, Agents, Golfers |
| Andy Pazder* | Golfing Bodies, RBC, Rocket Mortgage, Bridgestone, Mastercard, Rolex, Dick's Sporting Goods, American Express, Coca-Cola, Agents, Golfers |
| Billy Schroder* | OWGR |
| Brian Oliver* | RBC, Rocket Mortgage, Bridgestone, Mastercard, UPS, NetJets, Rolex, Dick's Sporting Goods, American Express, Coca-Cola |
| Chad Burgess* | Aggreko, Arenas America, Provision Events, Ticketmaster, Maui Jim |
| Chris Wandell* | Netflix, Amazon |
| Christian Hardy* | European Tour, Asian Tour, Japan Tour, Sunshine Tour, Discovery, IMG |
| Dan Glod* | Agents, Golfers |
| David Desmond* | Titleist, FootJoy, Mizuno, Nike |
| Gordon Strickland* | R2 |
| Jared Rice | Chainsmokers |
| Jason Gore* | Agents, Golfers |
| Jay Monahan* | Golfing Bodies, Golf Tours, Broadcasters, Sponsors, Vendors, Agents, Golfers |
| Jeff Tomback* | Callaway, Titleist, TaylorMade, FootJoy |
| John Norris* | Bruno Events, Intersport, Wasserman, WME, Octagon |
| Ken Lovell* | Top Tracer, R2 |
| Kirsten Burgess* | Agents, Golfers |
| Phil Marburger* | Agents, Golfers |
| Matt Iofredo* | American Needle, Levelwear, Cueto, Peter Millar, Summit Golf Brands, Sutler Hudson, BucketBoy, Galvin Green, Holderness, |
| Matt Rapp* | Aggreko, Arenas America, Provision Events, Ticketmaster, Maui Jim, Chainsmokers |
| Michael Raimondo* | Hawk Eye |
| Mike Pinckes* | Callaway, TaylorMade, Adidas, Puma, Cobra, PXG |
| Norb Gambuzza* | Titleist, TaylorMade, FootJoy, MGM, IMG |
| Raef Godwin* | Mediadrive |

| TOUR EMPLOYEE | ENTITIES |
|---|---|
| Rick Anderson* | European Tour, Asian Tour, Japan Tour, Sunshine Tour, Broadcasters, IMG, Top Tracer |
| Ross Berlin* | Agents, Golfers |
| Scott Warfield* | IMG |
| Shawn Hegan* | RBC, Rocket Mortgage, Bridgestone, Mastercard, Rolex, Dick's Sporting Goods, American Express, Coca-Cola |
| Thierry Pascal* | Discovery, SPOTV, Astro Malaysia, True Vision Thailand, Mola Indonesia, Star India, Thai Golf Channel, Sky Sports, Sky Deutschland |
| Ty Votaw* | European Tour, Asian Tour, Japan Tour, Sunshine Tour, IMG |
| Tyler Dennis* | Golfing Bodies, European Tour, RBC, Rocket Mortgage, Bridgestone, Mastercard, Rolex, Dick's Sporting Goods, American Express, Coca-Cola, Mark Long, Agents, Golfers |

| | | |
|---|---|---|
| 1 | DATED: October 20, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708 | /s/ Anthony J. Dreyer<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 4 | epeters@keker.com<br>DAVID SILBERT - # 173128 | ANTHONY J. DREYER - (admitted *pro hac vice*) |
| 5 | dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780 | anthony.dreyer@skadden.com<br>KAREN M. LENT - (admitted *pro hac vice*) |
| 6 | alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614 | karen.lent@skadden.com<br>MATTHEW M. MARTINO - (admitted *pro hac vice*) |
| 7 | ngoldberg@keker.com<br>SOPHIE HOOD - # 295881 | matthew.martino@skadden.com |
| 8 | shood@keker.com<br>633 Battery Street | One Manhattan West<br>New York, NY 10001 |
| 9 | San Francisco, CA  94111-1809<br>Telephone:     415 391 5400 | Telephone:     212 735 3000<br>Facsimile:     212 735 2000 |
| 10 | Facsimile:     415 397 7188 | |
| 11 | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 12 | | PATRICK FITZGERALD - (admitted *pro hac vice*) |
| 13 | | patrick.fitzgerald@skadden.com<br>155 North Wacker Drive |
| 14 | | Chicago, IL  60606<br>Telephone:     312 407 0700 |
| 15 | | Facsimile:     312 407 0411 |
| 16 | | Attorneys for Defendant PGA TOUR, INC. |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## CERTIFICATE OF SERVICE

I, Anthony J. Dreyer, hereby certify that on this 20th day of October, 2022, the foregoing document was served to all counsel of record via e-mail.

*/s/*Anthony J. Dreyer