# EXHIBIT A-2

# EXHIBIT A

**RELEVANT ENTITIES FOR SUPPLEMENTAL INTERROGATORY RESPONSE NO. 1**

**Golfing Bodies**

1. Augusta National
2. PGA of America
3. USGA
4. OWGR
5. Royal & Ancient

**Golf Tours**

1. European Tour
2. Asian Tour
3. Japan Tour
4. Sunshine Tour
5. LPGA
6. LET

**Broadcasters**

1. NBC
2. Golf Channel
3. CBS
4. ESPN
5. Discovery
6. Netflix
7. Apple
8. Amazon
9. Fox
10. Warner

11. HBO
12. Juniper Broadcasting
13. SPOTV
14. Astro Malaysia
15. True Vision Thailand
16. Mola Indonesia
17. Star India
18. Thai Golf Channel
19. Sky Sports
20. Sky Deutschland

**Sponsors**

1. RBC
2. Rocket Mortgage
3. Bridgestone
4. Mastercard
5. Callaway
6. Titleist
7. UPS
8. TaylorMade
9. Adidas
10. NetJets
11. Lexus
12. Rolex
13. FootJoy
14. Puma

15. Cobra

16. Dick's Sporting Goods

17. MGM

18. PXG

19. Mizuno

20. Nike

21. American Express

22. Coca-Cola

**Vendors**

1. Aggreko

2. American Needle

3. Arena Americas

4. Drug Free Sport

5. Hawk Eye

6. Levelwear

7. IMG

8. Provision Events

9. R2

10. Ticketmaster

11. Top Tracer

12. Cueto

13. Pro Secrets

14. Peter Millar

15. Summit Golf Brands

16. Sutler Hudson

17. Bruno Events

18. BucketBoy

19. Galvin Green

20. Holderness

21. Mark Long

22. Mediadrive

23. Maui Jim

24. Chainsmokers

25. Intersport

26. Wasserman

27. IMG/WME

**Agents and Agencies**

1. 4Sports & Entertainment – Thomas Parker

2. Angela Jones Consultancy – Angela Jones

3. Clare Fleetwood – Clare Fleetwood

4. Camden Ventures – Paul Dunkley, James Dunkley, Oliver Banks

5. Empire Sports Management – Jeff Stacy, Kevin Lynch

6. Excel Sports Management – Mark Steinberg, Andrew Kipper, Jon Heaton, Lance Young

7. Fairwhay Management – Sherry Whay

8. GSE Worldwide – Mike Principe, Andrew Witlieb, Brett Falkoff, Kevin Canning, Mike Creasy, Brett Augenstein

9. Hambric Sports – David Winkle, Blake Smith

10. Horizon Sports Management – Brian Moran, Conor Ridge

11. Intersport

12. Impact Point – Carlos Rodriguez, Irek Myskow

13. John Muff – John Muff

14. Lyon Sports Group – Preston Lyon

15. Modest Golf – Danny Wardop, Mark McDonnell

16. Octagon – Ross Chouler

17. P3 Sports Reps – Peter Webb

18. Pieters Productions – Lieselotte Pieters

19. Players Group Management – Mike Chisum, Allen Hobbs

20. Pro-Sport Management – Jens Beck

21. Patrick Reed – Justine Reed

22. Sportfive – Steve Loy, Ben Harrison

23. Sportyard – Johan Elliot

24. Spotlight The Agency – Richard Rayment

25. Turner Communications International – Bob Turner

26. Walter Sports Advisory – Ben Walter

27. Wasserman – Casey Wasserman, Brendan Taylor, Bud Martin, Sam MacNaughton, Brad Buffoni, Chris Armstrong

28. WME/Endeavor/IMG – Jay Danzi

**<u>Golfers</u>**

1. Adam Scott

2. Andy Ogletree

3. Anthony Kim

4. Bernd Wiesberger

5. Billy Horschel

6. Branden Grace

7. Brooks Koepka

8. Bubba Watson

9. Cameron Champ

10. Cameron Smith
11. Cameron Tringale
12. Cameron Young
13. Charley Hoffman
14. Chase Koepka
15. Christian Bezuidenhout
16. Collin Morikawa
17. Correy Conners
18. Daniel Berger
19. Danny Willett
20. Davis Love III
21. Dustin Johnson
22. Erik Van Rooyen
23. Gary Player
24. Gary Woodland
25. Harold Varner III
26. Harris English
27. Henrik Stenson
28. Hideki Matsuyama
29. Jack Nicklaus
30. James Hahn
31. Jason Day
32. Joaquin Niemann
33. Jon Rahm
34. Jordan Spieth

35. Justin Rose
36. Justin Thomas
37. Keegan Bradley
38. Kevin Kisner
39. Kevin Na
40. Lee Westwood
41. Louis Oosthuizen
42. Marc Leishman
43. Matt Fitzpatrick
44. Matt Wolff
45. Max Homa
46. Mito Pereira
47. Patrick Cantlay
48. Patrick Reed
49. Paul Casey
50. Oliver Bekker
51. Rickie Fowler
52. Rory McIlroy
53. Ryo Ishikawa
54. Sahith Theegala
55. Sam Burns
56. Scottie Scheffler
57. Sebastian Munoz
58. Sergio Garcia
59. Shane Lowry

60. Si Woo Kim
61. Sungjae Im
62. Thomas Pieters
63. Tiger Woods
64. Tom Hoge
65. Tom Kim
66. Tommy Fleetwood
67. Tony Finau
68. Tyrrell Hatton
69. Viktor Hovland
70. Will Zalatoris
71. Xander Schauffele