UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL MICKELSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | Case No. 22-cv-04486-BLF (SVK) <br><br> **ORDER FOLLOWING OCTOBER 24, 2022 DISCOVERY HEARING** <br><br> Re: Dkt. No. 133 |

This Court held a hearing on October 24, 2022 regarding the Parties' ongoing dispute over PGA Tour's amended objections and responses to LIV Golf's Interrogatory No. 1. Dkt. 133. For the reasons discussed at the hearing, the Court **ORDERS** as follows:

1. By **October 25, 2022,** LIV may serve an additional interrogatory asking that for each authorized person identified in the Tour's response to Interrogatory No. 1, the Tour identify each entity and person with whom the authorized person had oral communications on any of the agreed-upon subjects and the year(s) of such communication(s). Oral communications between authorized persons and players are to be included in the Tour's response to this interrogatory.

2. By **October 25, 2022,** LIV may serve an additional interrogatory asking that for each authorized person identified in the Tour's response to Interrogatory No. 1, the Tour identify each director with whom the authorized person had oral communications on any of the agreed-upon subjects and the year(s) of such communication(s).

3. The Tour is to provide responses to the additional interrogatories as the requested information is collected, with final verified responses due **November 15, 2022.**

4. Each of the above-referenced interrogatories shall count as a single interrogatory

against LIV's interrogatory limit. For these interrogatories, the Court determines that the subparts as described are necessary and proportional to the needs of the case.

5. To the extent written communications on the agreed-upon subjects by the authorized persons identified in the Tour's response to Interrogatory No. 1 to recipients identified in response to Interrogatory No. 1 or the new interrogatories described above are not already included in documents being collected and produced pursuant to custodian searches, the Tour is to produce such communications by the existing deadline for the substantial completion of document production.

**SO ORDERED.**

Dated: October 25, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge