| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**DEFENDANT AND CROSS-CLAIMANT PGA TOUR, INC.'S NOTICE OF MOTION TO COMPEL AND TRANSFER ORDER FILED IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**<br><br>Judge:         Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022 |

1

NOTICE OF MOTION TO COMPEL AND TRANSFER ORDER FILED IN THE U.S. DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
Case No. 5:22-cv-04486-BLF

1941796

PGA TOUR, INC.,

        Counterclaimant,

   v.

LIV GOLF, INC.,

        Counterdefendant.

Trial Date:  January 8, 2024

# NOTICE OF FILING OF MOTION TO COMPEL AND TRANSFER ORDER IN THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that on October 28, 2022, Defendant PGA TOUR, INC. (the "TOUR") filed in the U.S. District Court for the Southern District of New York a Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan's Compliance with Document and Deposition Subpoenas (the "Motion to Compel"). The docket in that matter, Miscellaneous Case No. 22-mc-302-LJL, opened on November 3, 2022. The TOUR filed the Motion to Compel in the United States District Court for the Southern District of New York pursuant to Rule 45(d)(2) of the Federal Rules of Civil Procedure, which requires that such motions be filed in the district where compliance is required which, in the case of the subpoenas to PIF and Mr. Al-Rumayyan, is the Southern District of New York. Attached as **Exhibit A** to this Notice is the public version of the Motion to Compel and supporting papers.

    On November 4, 2022, the TOUR submitted a Letter to the Court with a Joint Stipulation and Proposed Order to Transfer under Rule 45(f), which sought to transfer the Motion to Compel to the Northern District of California. Judge Lewis J. Liman, to whom the Motion to Compel was assigned in the Southern District of New York, executed the Order to Transfer the same day. Attached as **Exhibit B** to this Notice is the Joint Stipulation and executed Order to Transfer.

Dated: November 4, 2022

KEKER, VAN NEST & PETERS LLP

By: /s/ *Elliot R. Peters*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant
PGA TOUR, INC.


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
PATRICK FITZGERALD
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant
PGA TOUR, INC.