# EXHIBIT 41

Case 1:22-cv-00996-DLF Document 107 (E-2 Part) Filed 11/01/22 Page 2 of 4

Your Email Address.     Subscribe



The sovereign wealth fund led by the crown prince has shown a strong interest in technology such as video games.



Drew Angerer/Getty Images

**Adam Lucente**

@Adam_Lucente

    

August 16, 2022

Saudi Arabia's sovereign wealth fund has invested hundreds of millions of dollars in several US companies, according to a new filing. The Gulf kingdom continues to aggressively pursue economic diversification with its investments.

The Public Investment Fund revealed the following holdings via stock shares, among others, according to a US Securities and Exchange Commission filing from yesterday:

Your Email Address.          Subscribe

AL·MONIT☉R

- $473 million in Microsoft
- $492 million in PayPal
- $482 million in Starbucks
- $1.4 billion in video game developer Take-Two Interactive
- $1.5 billion in Uber
- $96 million in Walmart

The filing was made yesterday, but is dated to June 30. The US stock market has fallen significantly this year.



## Start your PRO membership today.

Join the Middle East's top business and policy professionals to access exclusive PRO insights today.

Join Al-Monitor PRO

**Start with 1-week free trial**

**Why it matters:** The Public Investment Fund is led by Crown Prince Mohammed bin Salman, who is spearheading the kingdom's efforts to diversify and reduce dependence on oil.

Many of the aforementioned investments are in industries the Public Investment Fund has shown an interest in previously, such as video games. The fund purchased a 5% stake in Japanese video game giant Nintendo earlier this year. In January, the Public Investment Fund announced the creation of a competitive video games group.



Your Email Address.                    Subscribe

☰                        AL·MONITOR

major investment in blockchain technology. In April, Aramco agreed to support an artificial intelligence center in the kingdom.

Oil remains a major part of the Saudi economy, however. This week, Aramco announced a record $48 billion in quarter two profits amid historically high oil prices this year.

**Know more:** One of the Public Investment Fund's most talked about recent investments is the LIV Golf league, which has successfully signed some of the biggest names in the sport, despite controversy.



## Join hundreds of Middle East professionals with Al-Monitor PRO.

Business and policy professionals use PRO to monitor the regional economy and improve their reports, memos and presentations. Try it for free and cancel anytime.

# EXHIBIT 42

# Saudi Arabia's PIF to hire 50 staff to expand New York office: Bloomberg report



RIYADH: Saudi Arabia's sovereign wealth fund is planning to hire a team of about 50 staff for its New York office as it eyes expansion of investments in the US, according to Bloomberg.

Quoting people familiar with the matter, the news outlet reported that USSA International, a wholly owned subsidiary of the Public Investment Fund, is planning to recruit staff for multiple positions in various sectors including investment research, legal and compliance.

The people, who wished to stay anonymous, further noted the PIF would also hire a chief of staff for its New York office.

PIF also has plans to build a team for equity trading in the future, the report added.

According to the report, PIF is currently managing an approximately $40 billion portfolio in US entities. Some of the firms where the PIF holds stakes are BlackRock Inc., JPMorgan Chase & Co., and Uber Technologies.

The report further added that staff at the PIF's headquarters in Riyadh will be responsible for all investment decisions, despite having an office and a team in New York.

PIF has no plans to apply for a license to trade US stocks, and it will continue to use intermediaries to execute trades, the report noted.

The people added that the New York team will help to "oversee trades and bridge the time difference between Saudi Arabia and the US."

Bloomberg did not receive a comment from a PIF representative in this regard.

This new move from the PIF is a part of its strategy which aims to control almost $1.1 trillion of assets by 2030.

Data released by the Sovereign Wealth Fund Institute in April revealed that PIF is currently in the fifth spot among the largest sovereign funds in the world with assets valued at $620 billion.



**THE BIGGEST GULF FUNDS HAVE OVER $3TN IN ASSETS**
(AUM in $ Bn)

| | |
|---|---|
| Abu Dhabi Investment Authority | 829 |
| Kuwait Investment Authority | 769 |
| Public Investment Fund (Saudi Arabia) | 620 |
| Qatar Investment Authority | 445 |
| Investment Corporation of Dubai | 300 |
| Mubadala (Abu Dhabi) | 284 |
| ADQ (Abu Dhabi) | 108 |

**Source:** Global SWF

ARAB NEWS

Meanwhile, a Press Trust of India, citing two officials aware of the development, reported that the PIF is looking for more investment opportunities in India, and it has already decided to invest $4 billion in the real estate sector.

"PIF is bullish on India and is looking to invest around $4 billion over three years primarily in the real estate sector," said officials who wished to stay anonymous.

# EXHIBIT 4

# Saudi Arabia's triumphant week reclaims the West's embrace

By AYA BATRAWY September 26, 2022



1 of 3

Yasir al-Rumayyan, the governor of Saudi Arabia's sovereign wealth fund, known as the Public Investment Fund, speaks at an event organized by the fund and the Future Investment Initiative Institute in New York on Thursday, Sept. 22, 2022. Saudi Arabia appears to be leaving behind the stream of negative coverage that the killing of Jamal Khashoggi elicited since 2018. The kingdom is once again enthusiastically welcomed back into polite and powerful society and it is no longer as frowned upon to seek Saudi investments or accept their favor. (AP Photo/Aya Batrawy)

NEW YORK (AP) — Saudi Arabia appears to be leaving behind the stream of negative coverage that the killing of Jamal Khashoggi elicited since 2018. The kingdom is once again being enthusiastically welcomed back into polite and powerful society, and it is no longer as frowned upon to seek Saudi investments or accept their favor.

Saudi Arabia's busy week of triumphs included brokering a prisoner swap between Ukraine and Russia, holding a highbrow summit on the sidelines of the U.N. General Assembly, marking the country's national day with pomp and pageantry, hosting the German chancellor and discussing energy supply with top White House officials.

The kingdom is able to draw focus back to Crown Prince Mohammed bin Salman's ambitious rebranding of Saudi Arabia and his goals to build both the world's largest sovereign wealth fund and pull the kingdom up from the G-20 to the more exclusive G-7 nations representing the biggest economies.

ADVERTISEMENT

It's a mission that's often characterized as waking up a sleeping giant. Except it's happening even as human rights reforms remain off the agenda.

As the crown prince embarks on sensitive social and economic reforms, he's simultaneously overseen a far-reaching crackdown on dissent that his supporters say is necessary to ensure stability during this period. Among those detained or banned from leaving the country are women's rights activists, moderate preachers, conservative clerics, economists and progressive writers. Even top princes and Saudi billionaires have not been spared. Many were rounded up and held in the capital's Ritz-Carlton in a purported anti-corruption sweep that netted over a $100 billion in assets.

## TOP HEADLINES

- Biden vows abortion legislation as top priority next year

- Ukraine's power, water supplies under Russian attack again

- Worry grows for Iran athlete who competed without her hijab

- Are you a mosquito magnet? It could be your smell

The clampdown, however, drew its strongest international rebuke following the killing of Khashoggi by Saudi agents inside the Saudi consulate in Istanbul four years ago.

And just last month, staggeringly long prison terms were handed down against two women for their Twitter and social media activity. A Saudi court sentenced a woman to 45 years in prison in August for allegedly damaging the country through her social media activity. It came on the heels of a 34-year-long prison sentence for another Saudi woman convicted of spreading "rumors" and retweeting dissidents. Both women were handed down the unusually long sentences on appeal.

ADVERTISEMENT

The Associated Press asked Saudi Foreign Minister Prince Farhan bin Faisal about these sentences. "Those cases are still in process. They are not yet at the final appeal," he said, adding that the cases lie with the judiciary, which he said operates independently. He spoke at the exclusive Yale Club during an event in New York this week. He would not discuss the cases further.

Saudi Arabia's strength lies not only in its top position as the world's biggest oil exporter, but also as the home of Islam's holiest site and its birthplace.

The prince's efforts to shed the yoke of decades of ultraconservative Wahhabi control over every aspect of life are popular among young Saudis. From movie theaters and concerts, to women driving and curtailing the morality's police's authority, the face of Saudi Arabia is changing. The latter stands in stark contrast to the protests in rival Iran's cities this week over the death of a woman in the custody of that country's morality police.

ADVERTISEMENT

At the other end of these changes is a reorienting of Saudi Arabia's identity from a chiefly religious focus to one of cultural and national pride.

At a swanky daylong forum this week at one of New York's premier Upper East Side addresses, the kingdom's $620 billion wealth fund drew some of the city's Who's Who to mingle and network on the sidelines of the United Nations' annual gathering of world leaders. While the kingdom never stopped drawing investors or forging partnerships in the years since Khashoggi's death, or amid its ongoing war in Yemen, those ties were less forward-facing among U.S. elites.

The Public Investment Fund has significant stakes in Uber, Lucid Motors, the cruise operator Carnival, Live Nation, Nintendo, Microsoft and a range of other companies. The aim of these investments is to grow Saudi Arabia's oil wealth and use it to establish world-class tourism, entertainment and luxury industries in the country. In doing so, the kingdom is creating a resilient economy as the world looks to a future powered by green energy rather than fossil fuels.

ADVERTISEMENT

The PIF's biggest undertaking is Neom, a futuristic megaproject along the kingdom's northwestern Red Sea coast that envisions flying cars and a 105 mile-long (170 kilometer) zero carbon emissions city that's entirely enclosed and powered by Artificial Intelligence.

The crown prince oversees the PIF, but the man who runs its day-to-day investments is Yasir al-Rumayyan. He spoke at the so-called "Priority Summit" to a monied elite that included Jared Kushner, a former White House advisor and Donald Trump's son-in-law. Kushner recently secured a $2 billion investment from the PIF to jump start his new private equity firm.

The fund is key to the 37-year-old prince's race against time to create at least 1.8 million jobs for young Saudis coming of age and entering the workforce.

ADVERTISEMENT

"It's not only the figures that we are looking at, but the quality of these jobs, the quality of our offering to our society — and at the same time, making money while we're doing it," al-Rumayyan said.

The PIF's wealth is fueled by the kingdom's oil earnings. Al-Rumayyan is also chairman of Saudi Aramco. The state-owned oil and gas company had a record second-quarter this year with profits that topped $48 billion — a figure more than Apple, Alphabet, Microsoft, Meta and Amazon's same-quarter earnings combined.

The summit, organized by the PIF's Future Investment Initiative Institute that puts on the annual "Davos in the Desert" in Riyadh, drew more than just people seeking opportunities and a morsel of Saudi Arabia's offerings. It also attracted intellectuals and artists — the kind of soft power that money can't always buy.

Despite a shift in tone in the West, the shadow of Khashoggi's killing still looms.

The crown prince was notably absent from Queen Elizabeth II's funeral, which drew royals from around the globe to London this month. Sources close to Prince Mohammed said he would not attend the funeral, the optics of which would have been a distraction. But they did say he would fly to London to offer condolences to the new King Charles III. That never transpired.

And after the crown prince helped negotiate the prisoner exchange between Russia and Ukraine, a move that drew international praise, the headline of the New York Post read: "White House thanks killer crown prince."

Fernando Javier Sulichin, an Argentine film producer who's collaborated on projects with Oliver Stone, said he was drawn to the PIF's event because he wanted to hear new ideas and brainstorm.

"Instead of being cynical and just reading the newspapers, it's like, what's going on in the world?," he said, adding that none of the sessions and discussions "are edited by any editorial board." He likened it to sourcing water from the river rather than the tap.

No longer pulled by the tide, the kingdom is riding its own wave.

____

This story was first published on Sept. 24, 2022. It was updated on Sept. 26, 2022, to correct the name of the institute that organized the "Priority Summit." It is the Future Investment Initiative Institute, not the Foreign Investment Initiative Institute.

____

Aya Batrawy, an AP journalist based in Dubai, is on assignment covering the U.N. General Assembly. Follow her on Twitter at http://twitter.com/ayaelb and for more AP coverage of the U.N. General Assembly, visit https://apnews.com/hub/united-nations-general-assembly

# EXHIBIT 44

| The CJ Cup Congaree Golf Club | Aaron Wise 1 E | E | Christiaan Bezuidenhout 1 E | E | Yeongsu Kim 1 E | E | Brendan Steele 1 E | E | Emiliano Grillo 1 E | E | FULL LEADERBOARD ❯ |

You have **2** free premium articles remaining.  Sign up for **Golf Digest+**



☰ NEWS & TOURS | FEATURES                SUBSCRIBE | LOG IN 🔍

+ FEATURES

# The PGA Tour vs. LIV: Inside the battle between a giant that won't budge and a startup that won't stop

A fight for pro golf's future is being waged in courtrooms, in the media and even on the golf course. Could the day come when the two parties agree to coexist?

By Joel Beall and Dan Rapaport

August 09, 2022

Share story

Photo By: ADRIAN DENNIS

The songs thundering through the course were indistinguishable, each pop track sounding like the one that came before. The only disruption was a voice. It was unclear to whom the voice belonged or where he was, although judging by the cadence and spirit it was more deejay than public announcer. The voice said a lot of things during the LIV Golf Invitational at Trump Bedminster in mid-July, most of which—like "Get on your feet!" and "Make some noise!" and "Who wants a free shirt?!"—was forgotten as soon as it was said. Yet how the voice ended each message was indelible, for it was both welcoming while serving as a warning.

"Thanks again for joining us at LIV Golf!" crooned the voice. "The future of golf … is here!"

The idea of a fledgling competitor to the PGA Tour has lurked in the shadows for years, discussed as a provocative hypothetical but one whose reality and viability were routinely dismissed. Only LIV Golf has proved in very little time how real and formidable it can be, siphoning talent from the PGA and DP World Tours and threatening a schism that could tear the collective tissue of professional golf into pieces.

The emergence of the Saudi-backed circuit has resulted in break-ups and alliances, and caused suspensions and lawsuits. It has made a game known for its civility become uncivil and brought politics and human-rights issues into a space supposedly reserved for sport. It has spurred reactions that span the emotional spectrum, from intrigue and excitement to existential angst and dread and everything in between.

While all that is true, they are mostly trappings of the present. What really matters is where this is going. Is the voice correct, that the novelty of LIV Golf is not just a curiosity but indeed the future? Or does the new venture share the destiny of so many other rogue professional leagues that similarly proposed disruption only to end in a graveyard? How secure is the PGA Tour and how does an entity shackled by finite resources do battle against not a company but a country with seemingly unlimited assets at its disposal? Is there room for cooperation? Coexistence? And if not, what are the ramifications the longer this war wages?

In pursuit of an answer Golf Digest spoke to more than 30 sources entrenched on both sides, along with a number of authorities outside the walls of the PGA Tour and LIV Golf who provided insight on how this could shake out. A look into LIV's origins and its master plans, and the tour's response to the threat, suggests professional golf is in the early stages of a dramatic overhaul.

Provided it doesn't implode first.

## A Saudi long game

**THE MAN BEHIND PROFESSIONAL GOLF'S RECKONING** is not a golfer. He doesn't care for sports, period. To understand where the schism is going you need to understand how it started, and with who.

Mohammed bin Salman, 36, is the crown prince, deputy prime minister, and minister of defense of Saudi Arabia. His father, Salman bin Abdulaziz, is the country's king, but bin Salman is considered the de facto ruler. His rise to power over the past decade has transformed social and commercial life in the kingdom while strengthening the country's position on the international stage as a geopolitical force.

"Saudi Arabia for the past 30 years was like watching a silent movie: one elderly king after another flickered across the screen saying nothing and doing nothing," says Karen House, a Pulitzer Prize winner and former Wall Street Journal publisher who has covered Saudi Arabia extensively for four decades, "Saudi Arabia since 2016 is an IMAX movie on fast forward. Everything MBS does is big, bold, fast, loud, riveting."



Saudi Crown Prince Mohammed bin Salman attends the Future Investment Initiative (FII) conference in the Saudi capital Riyadh on Oct. 23, 2018.
FAYEZ NURELDINE

Bin Salman introduced Vision 2030, a blueprint to diminish Saudi Arabia's reliance on oil by diversifying the economy and modernizing its public services. Some of its initiatives are not dissimilar from efforts of other countries, like combating unemployment and expanding e-commerce and technology. Others are high-profile projects like the development of ultra-luxury resorts and the construction of a megaproject city called Neom, which recently made news for its proposal of erecting two buildings each as tall as 1,600 feet that **run parallel** for 75 miles across coastal, mountain and desert terrain.

One of Vision 2030's tenets is a "vibrant society," and a means to reach this ambition is sports. It's been a relatively successful venture, bringing in boxing, wrestling and tennis exhibitions, along with Formula 1 races to the kingdom. The country recently announced its bid to host the soccer AFC Women's Asian Cup, and in 2021 the Public Investment Fund—which is the kingdom's sovereign wealth fund—purchased an 80-percent stake in Newcastle United, a professional football club in the English Premier League.

> **"He doubles down. He is not accustomed to losing," House said of bin Salman. "When he fails at something, his inclination is to try harder."**

Part of the sports campaign is Golf Saudi, led by Yasir Al-Rumayyan, who is part of bin Salman's inner circle and serves as governor of the PIF. Al-Rumayyan is considered a passionate golfer, and his imagination for what the sport could do for Saudi Arabia is fertile. There are aspects that begin at the grassroots level, such as growing golf participation in Saudi Arabia and developing a national team and elite players, along with big-picture items, such as developing courses to aid tourism and hosting professional competitions. It is this last point that sparked the Saudi International into existence in 2019, a tournament that was initially sanctioned by the European Tour.

From an investment standpoint, LIV Golf is a small enterprise compared to other Vision 2030 projects. LIV Golf has somewhere in the neighborhood of $3 billion in funding; for context, Neom has a starting budget of $500 billion and the aforementioned 75-mile buildings are expected to cost $1 trillion and take 50 years to construct. However, the golf endeavor has heightened importance in the kingdom's push for what it sees as a better tomorrow, multiple sources say. For one, Al-Rumayyan views LIV as his darling, and his voice carries particular weight in bin Salman's circle. Another benefit is the conduit it can be to business and government leaders; it is not an accident LIV Golf has teamed with former U.S. President Donald Trump amid expectation Trump will begin his third campaign for the presidency this fall.

But a point that cannot be stressed enough, and arguably fuels the desire to make LIV Golf ultimately succeed, is bin Salman's quest for total and absolute power, House says. They are sentiments at the heart of bin Salman's reign.

"Despite sweeping social and economic changes that have liberated society, political life has moved in reverse," House explains.

Bin Salman has continually and sometimes ruthlessly silenced dissidents. Human rights are oppressed. The Saudis have led a military invention in Yemen—out of fear that Yemen could be a satellite for Iran—and the resulting civil war has become a humanitarian crisis. A 2017 purge of nearly 400 princes, businessmen and religious leaders consolidated authority over every branch of the government. Saudis began calling bin Salman "Mr. Everything." He does what he wants; the only person bin Salman answers to is his father, and House says bin Salman has his father's total support.

Saudi Golf and, as an extension, Vision 2030 and bin Salman were rebuffed in their attempts to become part of golf's political matrix with the PGA Tour and European Tour. The PGA Tour has been adamant it never held dialogue with LIV Golf or Golf Saudi, while the European Tour did listen to overtures before eventually coming to a "strategic alliance" with the PGA Tour. Theoretically, getting rejected from golf's ecosystem should have scrapped the Golf Saudi project. That is not what bin Salman does.

"He doubles down. He is not accustomed to losing," House explains, "When he fails at something, his inclination is to try harder,"

If golf's current framework wouldn't let the Saudis in, they would create their own. It sounds ambitious, and it is. But to those who dispute the formidable nature of LIV Golf, Golf Saudi and bin Salman, who have grand ambitions of megacities in the desert and 75-mile buildings

and laugh, it's worth noting bin Salman's true passion: video games. According to House, it explains both bin Salman's fantastical aspirations and serves as a warning to his doubters.

"The reason he believes he can do anything is that, in the world of video games, anything is possible," House says. "He's in love with video games where all things are possible and believes that if you put your mind to it, that's what real life is like too."

Local Knowledge | S4 EP16
**Where golf's civil war goes from here**

00:00
13

## A startup unlike any other

**THE QUESTION BORDERS ON OFFENSIVE:** Are you, a Northwestern MBA, former chief operating officer of an MLS franchise and chief corporate development and brand officer for an NFL team, running a glorified PR exercise that will continue to hemorrhage money?

Atul Khosla, 43, left his job with the Tampa Bay Buccaneers to become the COO of LIV Golf in January 2022. Khosla is a sports-business veteran, and he wants to make one thing clear: This, too, is a business. A business that fully plans to turn a profit.

"If you look at the investment portfolio of our primary investor, PIF, they have invested all over the world in incredibly large businesses that they believe will be profitable," Khosla says. "Their view of this is no different. That's the expectation that we have from our board."

"Like any other startup, do we have upfront costs to get the product off the ground? Yes, we do. And it is no different than a burn rate that an Uber may have or any other startup tech might have to get the product off the ground with a vision of disrupting the space. We are fortunate, of course, to have an institution that has the patience to be able to go through this methodically and in the right fashion."



Greg Norman, commissioner/CEO of LIV Golf; Yasir Al-Rumayyan, governor of the Saudi Arabia's Public Investment Fund, and Majed Al Sorour, CEO of the Golf Saudi, stand on the first tee of the third round of the LIV Golf Invitational Bedminster in July.
Icon Sportswire

LIV executives constantly refer to their enterprise as a startup. It's a touch humorous, given they're going toe-to-toe with an established American sports institution; this is hardly four guys in a garage with a dream. Still, they will tell you that this entire inaugural year is essentially a beta test of their product, that they'll make changes on the fly and react to what's working and what isn't. The vast majority of startups lose money before they make money—burn rate, to use one of Khosla's MBA terms—and LIV certainly qualifies. It's not just the hundreds of millions going to the likes of Phil Mickelson, Dustin Johnson, Bryson

DeChambeau and Brooks Koepka. It's the rumored $40 million going to the Ian Poulter types. LIV is spending so much money to launch a professional sports league. It's paying players guaranteed money; the PGA Tour does not. It's paying for players' travel and accommodations; the PGA Tour does not. It's paying for caddies' travel and accommodations; the PGA Tour does not. The same is true for agents, coaches and player families. It's paying each host venue a healthy fee to take over the property for a week. It's paying a full staff of executives. It's paying musicians to play concerts. It's paying for the grandstands, the hospitality tents, the signage. It's paying for the production of the broadcast.

> "The value is driven purely by demand," one top agent says. "This is like a real-life fantasy league."

And LIV is doing all this with virtually no revenue to offset the costs. Tickets for the two U.S. events could be had for a few bucks. The broadcast airs free on YouTube, with no commercials. There was not a single corporate logo (other than LIV's) present at either Pumpkin Ridge or Trump Bedminster. When asked about their surely warped balance sheet, LIV executives begin talking about the future. The vision. LIV Golf, they say, hasn't even properly started.

That'll happen next year, when LIV transitions from a series of invitational tournaments to a 14-event "league schedule." The three events this year, with five more to come, have been a bit scrambled—different fields, different teams. That will not be the case in 2023; the plan is for 48 contracted players to play in all 14 events, and for 12 four-man teams to be set at the beginning of the year and stay consistent throughout the season.

"The way I would look at it," says Ron Cross, who worked at both Augusta National and the PGA Tour before becoming LIV's chief events officer, "we've compared ourselves to, and others have compared ourselves to, the Formula 1 model. When you go to an F1 race, it's a consistent look and feel. But Austin has some uniqueness. And Monaco is a little different from Spain, and other markets. You'll find us doing the same thing."

And, according to multiple agents from across different agencies, the vast majority of those league spots are spoken for—so much so that LIV has turned away multiple players in the top 50 of the World Ranking who have expressed interest in negotiating a contract.

"One of my players sort of nudged me toward seeing if there might be an offer on the table," says one agent, "and we were told, basically, 'Sorry. We're full for next year.'"

MORE FROM GOLF DIGEST



EDITOR'S LETTER

LIV Golf should not be underestimated



ANALYSIS

The good, bad and ugly of being on the ground for the LIV Golf circus



LIV GOLF UPDATES

Hearing date set for Talor Gooch, Hudson Swafford and Matt Jones seeking right to play PGA Tour's playoffs

Formula 1 does seem to be the guiding light for LIV's future vision—particularly as it pertains to the team component. There are 10 teams in Formula 1, each owned by a corporation: Red Bull, Ferrari, Mercedes, Alpine, McLaren, Alfa Romeo, Haas F1, AlphaTauri, Aston Martin, Williams. Each team has two drivers under contract. The driver's deals are with each specific team, not with Formula 1. That, eventually, seems to be the vision for LIV Golf: to have 12 distinct teams, each with its own ownership group, each with the power to sign its own players, cut them and trade them. In an ideal scenario, and this is far down the line, each team

would function more like a traditional sports franchise with its own merchandise, C-level suites and corporate sponsorships.

All 12 teams are owned by LIV now, and some players—think the more high-profile names: Mickelson, DeChambeau, Koepka—have an equity stake in the teams they captain. LIV's goal is to develop these franchises into brands with identities and fans, and then sell them either to corporations or wealthy individuals who essentially want the latest and greatest plaything. There is no shortage of billionaires who love golf and, theoretically, would be willing to cut a check to be closer to the action. To play in the pro-am with Bryson. To host Brooks for dinner. Who knows—maybe even join Dustin and Paulina on the boat.

"Sports ownership is a high-demand space, where much of the value is derived from scarcity," says one agent for a top-20 player. "Obviously you have to build a league with real revenues, but these are sellable commodities even without that. It's just supply and demand. The value is driven purely by demand. This is like a real-life fantasy league."

## 'If you can't see it, you can't sell it'

**THEY ARE BILLED AS FANCY NEW TOYS** for the mega-rich. But to achieve their full brightness, LIV Golf's franchises need a place to shine.

To players and potential sponsors and owners, the number LIV Golf has pitched has stayed consistent, sources tell Golf Digest: a $1 billion potential valuation for a four-man club. If that sounds fantastical it's because it's based on something that hasn't happened yet.

"Until significant media deals are done to cover LIV Golf," says Patrick Rishe, the founding director of the sports business program at Washington University, "LIV team values will be stunted."

The first three LIV Golf events have been broadcast free on YouTube, Facebook and LIV Golf's website, and the audience numbers have been modest. The LIV Golf Invitational at Bedminster drew an average of 74,000 viewers to its Sunday final round YouTube broadcast while the PGA Tour's simultaneous broadcast of the Rocket Mortgage Classic on CBS drew an average of 2.5 million. To a person, those around LIV Golf assert a larger broadcast agreement is near, and even its detractors acknowledge some sort of distribution deal will likely be in place before 2023. Where it is distributed, or more specifically on what platform, may have a bigger impact on LIV Golf's sustainability than any mega-star player it signs.



The 4 Aces Team of Pat Perez, Talor Gooch, Patrick Reed and Dustin Johnson spray champagne after winning the team competition at the LIV Golf Invitational Series at Trump Bedminster.
Icon Sportswire

To this point, all of the major television subsidiaries in the U.S. have shown little to no interest in LIV Golf, sources tell Golf Digest. NBC, CBS and ESPN just began a $7 billion, nine-year deal with the PGA Tour. The wild card is the FOX Corporation, which has multiple ties with LIV Golf. FOX founder and media tycoon Rupert Murdoch has a personal relationship with LIV Golf CEO

Greg Norman; the two attempted to create a "World Golf Tour" in the mid-1990s, with Murdoch's FOX Sports securing the rights. In January 2022, LIV Golf hired former FOX Sports President David Hill to help with production, and the right-leaning FOX News had a heavy presence at LIV Golf's third event held at former President Trump's Bedminster property. However, FOX abandoned its USGA agreement halfway through a 12-year deal, and even with the Trump connection sources say FOX Sports has not held serious discussions.

Sources say LIV Golf officials are aware immediate victory may not be had on the traditional television front in the United States and have pivoted to a streaming option. Some around LIV Golf insist streaming was the plan from the start, although multiple sources combat this notion. Nevertheless, be it orchestrated messaging or conviction that the league truly is close to a media deal, the importance of streaming was at the forefront of conversations at Trump Bedminster, with Mickelson making a case for why this is the best route to go.

"We, as a game and sport, the viewership has gone up five years to the average age, I believe, of 64, and we have to target the younger generation," the six-time major winner said after Friday's round at Bedminster. "I think that the way that's going to happen is two things. One, it's not a 12-hour day, having to watch golf all day. You've got a four-and-a-half-hour window. Second, when I think a streaming partner comes about, I think it's going to revolutionize the way golf is viewed, because you'll have no commercials and you'll have shot after shot after shot, and it will capture that younger generation's attention span. We'll open up a lot of opportunities to get the younger generation, which for 30 years we've tried to do and it's gone the other way."

Streaming destinations are limited. Netflix has yet to dive into live sports, Hulu's Disney/ESPN ties to the tour likely knock it out. Same with HBO Max and Discovery+ (Warner Bros. Discovery, which also owns Golf Digest) and Paramount Plus (CBS). Amazon Prime is getting into the sports space, but founder Jeff Bezos' strained relationship with Saudi Arabia diminishes the prospect of a deal. Essentially, there is one home that has any subscription base to speak of, industry insiders tell Golf Digest: AppleTV.

The Apple, Inc. OTT service has not made the splash it hoped since launching in 2019, boasting only a little more than 33 million customers. (For context, Disney+ launched a week after AppleTV and claims 138 million subscribers.) To build its humble numbers, Apple has turned to live sports, signing deals with Major League Baseball and Major League Soccer in 2022, and LIV Golf could fit into that portfolio, sources say. Unlike the MLS, which signed a 10-year agreement, any LIV deal would likely be in the two- to three-year range, according to one source—enough time for LIV to prove it is a viable commodity. The buy-in would be relatively economical compared to other live sporting-event rights, both sources said, and nowhere near the neighborhood of the tour's $7 billion, nine-year deal with NBC, ESPN and CBS. But LIV Golf isn't necessarily looking for an infusion of cash in the same vein that other sporting leagues do with media rights. LIV is merely looking for publicity on a platform that adds validity to what it's trying to do. (AppleTV has not responded to a request for comment.)

"Sponsor value for any team or league is driven by eyeballs, because one main purpose of any sponsor deal is generating awareness and exposure for your product. If you can't see it, you can't sell it," Rishe says. "[It's] incredibly hard to achieve awareness and exposure without a solid TV or streaming deal."

But Rishe adds a caveat: "Until LIV attains a solid media-rights deal with a legacy network, this will place a de facto ceiling on the value of sponsor deals."

Other experts agree that though media consumption is drastically evolving with more platforms and choices than ever before, a streaming-only deal will hamper LIV Golf. Most sports and especially golf are still watched in traditional, linear fashion. It's one of the reasons sports rights are so expensive: They are one of the few programs watched as scheduled. Moreover, while LIV's focus may be on a younger crowd, the type of companies that are involved in the golf business tend to target the older, affluent audience. Even with bringing in new sponsors that haven't been in the space before, LIV Golf will need to tap into those existing advertisers.

"You need the high-earner male in his mid-50s. People don't want to hear that, but that's who buys the expensive products that are advertised on professional golf," says Neal Pilson, former

president of CBS Sports. "That's what drives the golf ship. That's the important sponsor support golf brings and makes it a commodity."

LIV Golf has positioned itself as a global entity, to grab regions that the game has historically ignored. But that creates an issue in establishing a TV deal that Pilson and others in tour circles assert about the LIV Golf model.

"This won't be the World Cup. This won't be the British Open. People aren't going to get up at 3 a.m. to watch in a different country," Pilson says. "[This] could explain why [none of the traditional channels] want it. So it goes to streaming so customers can watch it on their time. Well, millennials will check their phones or computers to see the results of something that happened 12 hours ago, and once you see the results there's a good chance you won't watch. There are a lot of drawbacks with the streaming idea."

**MORE FROM GOLF DIGEST**



MONEY MATTERS

**LIV Golf's riches propel Phil Mickelson to this notable financial title**



LIV GOLF

**Patrick Reed finally seems happy in the LIV Golf bubble**



FIRE PIT COLLECTIVE

**An inside look at how the money works on LIV Golf**

Though it's far from the affluent and older consumer that makes golf advertising so valuable despite its niche reach, the 18- to 35-year-old demo has value to marketers because if they capture that demo's business early they can make a lifetime customer to maximize their return on marketing investment. And younger audiences do tend to gravitate towards streamers and cord-cutting services over legacy networks.

> **There's the chance LIV Golf buys airtime with a channel. Or maybe LIV buys an entire channel.**

But, as Rishe points out, the young audiences pose their own problem—specifically towards LIV. "Studies have shown that Gen Z and Alpha Gen consumers are more socially aware and care more about what the companies they buy from stand for," Rishe says. "So as long as the 'sportswashing' undercurrent dogging LIV exists, LIV may have very little success courting corporate America."

Of course, there's a way around the TV issues in the U.S., Pilson explains, and it's a thought that a number of tour officials mention as a worst-case scenario. Given the resources behind it, there's the chance LIV Golf buys airtime with a channel, especially with many struggling to find new revenue streams in the cord-cutting era. Or maybe LIV buys an entire channel.

"I think if they do get it, it'll probably be on a cable channel that is comfortable with some negative responses [being associated with LIV Golf]," Pilson says. "That could use the money because LIV could buy its way onto a cable channel, just the way it buys the golfers to go play."

With its own channel, LIV Golf wouldn't have to worry about alternating its condensed, shotgun-start format and could keep it commercial-free. One person associated with LIV's franchise efforts made the case that ad-free presentations bring value to the sponsors of each club. "Golf fans have made it known they hate the growing amount of dead time in golf broadcasts," the source said. "By showing them more golf, our sponsors get more direct time with a consumer that is more native and agreeable to the viewing experience instead of banging them over the head with a commercial."

It's far from what LIV Golf wants to do. But it is a card they could play if realizing the streaming reach is not enough.

Nevertheless, in a scenario where LIV Golf has both streaming and traditional distribution behind it, the operation can start wooing legitimate sponsors, knowing their endorsements will be seen by far more than 74,000 viewers. In that scenario, the $1 billion franchise valuation, while still fantastical, doesn't seem quite as outrageous. In that scenario, LIV Golf goes from tour nuisance to a full-on competitor.

Local Knowledge | S4:EP16
**Where golf's civil war goes from here**

00:00                                                                                             52:38

1X                                                                               PRIVACY   SHARE   SUBSCRIBE

## 'We're not interested in exhibition golf'

**THE PGA TOUR HAS TAKEN THE HARDEST OF HARD-LINE** stances against LIV Golf. The message from Ponte Vedra headquarters has been clear since rumors of the "Saudi Golf League"—the name that Monahan and the tour insist on using—began percolating in early 2020, and it underlined the unwillingness to listen to LIV's initial proposal. The tour's stance, to put it simply, was: This is not good for golf, and you're either with us or you're with them.



PGA Tour Commissioner Jay Monahan has thus far taken a hard-line stance against LIV Golf, including the ban of players who have moved to the Saudi Arabian-backed circuit.
Richard Heathcote

The PGA Tour wasted little time this year drawing its line in the sand by informing its membership on May 10 that no releases would be granted for the first LIV event in London, and that players who participated anyway would be in violation of the PGA Tour handbook and subject to discipline. Once the first tee shots were hit at Centurion Golf Club at the same time on June 8—shotgun start and all—the PGA Tour announced immediate suspensions for all its members in the LIV field. This stance was immediately and very publicly lambasted by Norman, who called the move "anti-golfer, anti-fan and anti-competitive." Norman and his associates have lobbed insults and taunts at the PGA Tour throughout the past couple months; the PGA Tour has been more careful in its communications and word choice, but Monahan has not wavered in his opposition to LIV's existence.

> **"We want to be additive to the ecosystem," LIV's Khosla says. "We are very willing and want to continue to work with all the tours."**

Despite the combativeness, LIV officials insist they'd love a meeting with PGA Tour executives.

"That has been our desire from the get-go," Khosla says. "We want to be, and we believe we are, additive to the ecosystem. We are very willing and want to continue to work with all the tours. … I would love to [talk to the PGA Tour]. I would absolutely love to. And even if it's just to build the relationship, I very much welcome the opportunity to do that."

Some PGA Tour players want peace accords to take place. At the Open Championship, Jon Rahm responded to a question about the future of the Ryder Cup by expressing a desire for the bickering parties to come to the negotiation table. There was also Rory McIlroy, the de facto spokesman for the PGA Tour throughout this schism, saying at the J.P. McManus Pro-Am in July that he believed it was time for both sides to talk.

"If these people are serious about investing billions of dollars into golf, I think ultimately that's a good thing," McIlroy said. "But it has to be done the right way and I think if they were to invest, having it be invested inside the existing structures."

Tour executives, however, seem to have no interest in such discussions or any parceling of the calendar. The PGA Tour declined to speak with Golf Digest for this story, but a spokesman did convey their ultimate position: "What exactly would we be discussing? The tour isn't for sale, and we're not interested in exhibition golf."



Rory McIlroy has been among the most vocal supporters of the PGA Tour and has said it's worth listening to LIV Golf if it's interested in investing in a proven commodity.
Stuart Franklin/R&A

Which, of course, makes sense. The PGA Tour's rigid stance is no doubt a strategic play, but one drawback of that approach is that it makes later cooperation that much less feasible. Instead, Monahan has vowed both privately and publicly to focus on improving his own tour. It started well before the first LIV event, when the tour devised the Player Impact Program as a way to reward its most famous players for something not directly related to their on-course performance. Despite the tour's insistence that such a program was in the works long before, the PIP is widely seen on tour as a preemptive response to LIV—ironic, then, that five of the initial 10 winners have since left the PGA Tour for LIV Golf—though the inaugural PIP winner, Tiger Woods, reportedly turned down a $700 million to $800 million offer from LIV. And in a June press conference, Monahan outlined a number of rather significant changes to the PGA Tour's structure, which again seemed heavily influenced by the existential challenge he faces. The general theme: more money going to the best players, a return to a calendar-year schedule and doubling down on its signature heritage events.

Starting for the 2023 FedEx Cup Playoffs, only 70 PGA Tour players—down from 125—will make it to the postseason and keep full status for the next season. The top 50 in the final FedEx Cup standings also will qualify for lucrative, no-cut "international series" events that will be held outside the U.S. in the fall. And purses for eight invitational events throughout the season are increasing to an average of $20 million per event. Rather than negotiate with LIV, the PGA Tour is banking that its proven business model, continued added investment in its own product, and the willingness to adapt—including veering away from its 72-hole format

more often—will continue to make the circuit the best place to play professional golf. And that talented new prospects will fill the void left by others who might have left for LIV.

New and current stars will be paid handsomely. The PGA Tour has begun circulating a document to players that projects how much money they would've earned had their careers begun during the upcoming 2022-23 season based on a four percent year-over-year growth in the tour's total comprehensive earnings. The projected figures are staggering: If Jim Furyk, who is now 52 years old, began his rookie season in 2022-23 and had the same 28-year career —including 17 wins—his total compensation from the PGA Tour would exceed $620 million. (Furyk's current actual earnings are $71.5 million.) To sample a few others: Rory McIlroy would be at $573 million; Jordan Spieth at $240 million; Brandt Snedeker at $180 million; Ryan Palmer at $100 million; Keegan Bradley at $97 million; Jason Gore at $21 million.

But those projections do not include any guaranteed money—instead, they are calculated by applying future payment structures to past earnings.

"All of this money we're projecting will be earned on a competitive basis," the PGA Tour executive said, "and that's a hallmark of the PGA Tour. Even with the PIP program, there are different components, but you've earned those based on how you've competed."

Of course, this is a projection of a tomorrow that is under tour control. It also must reckon with a future it doesn't fully control.

## The next battlefront

ON AUG. 3, MICKELSON, DECHAMBEAU AND NINE OTHER LIV GOLF MEMBERS filed a lawsuit against the tour, believing the suspensions they received for defecting constituted antitrust actions. It is a lawsuit the PGA Tour expected and feels confident about being in the right. History is on the tour's side. It has successfully defended itself against antitrust claims from Morris Communications Corporation regarding the tour's limitations on real-time scoring, and it prevailed in former tour player Harry Toscano's Clayton Act antitrust lawsuit against the Senior PGA Tour. It also won a class-action lawsuit brought by caddies against the tour using antitrust and intellectual property claims.





Phil Mickelson is among the LIV players who brought an antitrust lawsuit against the PGA Tour for not allowing them to play.
Jonathan Ferrey/LIV Golf

This is a different battle, and the tour is also staring down an antitrust probe from the Department of Justice. It's worth noting the Federal Trade Commision concluded after a four-year investigation in the early 1990s that the tour had violated antitrust laws—partially due to the rule stipulating permission for a conflicting-event release—and recommended federal action. But no action was ultimately taken, a circumstance credited to the work of then–PGA Tour Commissioner Tim Finchem (a lawyer himself who worked in President Jimmy Carter's administration) and the tour's lobbying mastery. Coincidentally, this clashed with Norman's first try to challenge the PGA Tour through his attempt to launch the World Tour. This time, the tour is facing an entity that can match, if not usurp, its lobbying efforts. This time, the tour could lose.

The battle will be fought on multiple fronts. There are players who have not jumped but will, both after the FedEx Cup and Presidents Cup, along with those who defect after 2023 or 2024. While the first wave of LIV members mostly constituted injury-prone players, rank-and-file names, those past 40 and maligned personalities, LIV likely will sign those who are young, transcendent and marketable.

There are multiple sponsors, sources tell Golf Digest, that aren't exactly thrilled with the tour's handling of the LIV situation. Though the new media-rights deal accounts for most of the added money in bonuses and purses, the tour has gone to companies looking to aid its new fall series, and the reception has thus far been cold, sources say. Existing partners, upset at sponsoring tournaments with depleted fields, are not crazy about giving the tour more money. There is a fear in tour circles that if the circuit pushes too hard, these companies could eventually go to the other side.

**MORE FROM GOLF DIGEST**



NEWS & TOURS

**LIV Golf's application for World Ranking points is in. But the hurdles to earn approval remain numerous**



LIV GOLF

**LIV Golf turning away top-50 players as it shifts business model to 'league' format for 2023**



SCHEDULE SEASON

**PGA Tour releases 2022-23 schedule, including major changes to the FedEx Cup**

Then there is the tour's own media rights. Its new agreement started in 2022 and runs to 2030. Concerns that CBS, NBC or ESPN would want to renegotiate or invalidate its deal if the tour continues to lose a number of its marquee attractions are fair, although multiple sources with these stakeholders say, at this point, they are not worried about a diluted product and are in lockstep with the tour. Of greater worry for the tour are potential deals down the road. These media agreements are worked out years in advance, and sources tell Golf Digest the current deal was mostly finished by the middle of 2019. A LIV Golf circuit that is fully operational in 2025—and one that has a defined future—could wreak havoc on anything the tour hopes for in its new media framework.

The tour's position against LIV is not just public posturing; those around the tour insist Monahan and his staff believe what he says to be true. But players, agents and others in the industry see how the tour is under siege and envision that peace—or at least a detente—will have to be struck to stave off a watered-down tour. So what would cooperation between LIV and the PGA Tour look like?

Make no mistake, there are reasons why cooperation might work for both sides. LIV Golf, which seemingly holds momentum, gets what it initially wanted: acceptance into the current framework. Saudi Arabia and Vision 2030 receive a blessing from a globally recognized

institution that pushes them closer to the perception of a modernized culture. LIV Golf members get to keep the enormous sums they made and get the freedom they once had on the tour to pick their schedules. Not for nothing, it keeps the door open to play in major championships and Ryder Cup—a path that seemingly is starting to close and one that could be shut completely if LIV doesn't receive OWGR accreditation. (As one Augusta National source relayed after the filing of the Mickelson lawsuit: "Know a good way to get curbed by ANGC? Bring ANGC into a lawsuit.")

For the tour, things are messier. Yes, the LIV Golf financial resources would help subsidize the tour and its purses, the membership would be made whole again and a potential PGA Tour-LIV agreement would be perceived less of a merger and more of an acquisition. But there is the reality of weakening a previously strong stance and the optics that come with it. Would player suspensions—assuming the tour hasn't lost the lawsuit—be dropped? How would it handle blowback from its existing members, who watched LIV members cash huge paydays and ultimately be allowed back while they missed out on similar opportunities out of loyalty? Even in a treaty there will be casualties.

In the days after the LIV golfers filed their suit, the tone from PGA Tour players toward their peers who jumped to LIV changed. While once respectful of the decision made to move on, there was more venom toward them as they went ahead with a legal challenge.

"Their vision is cherry-picking what events they want to play on the PGA Tour," Billy Horschel, a former PGA Tour Policy Board member, said. "Obviously, that would be the higher World Ranking events and bigger purses. It's frustrating. They made a decision to leave, and they should go follow their employer. I know there are guys a lot more angry and frustrated about it than me."

Another victim in this fight could be the postseason race on the DP World Tour (formerly European Tour). While LIV Golf's 2023 season will be spread across the calendar, multiple sources lay out a scenario in which the PGA Tour ultimately allows space for LIV Golf to operate during the fall, effectively taking the place of the yet-to-be-announced international series. LIV has already telegraphed it's not opposed to this time frame: Five of its eight events this year occur after the FedEx Cup Playoffs have concluded. The tour would still use autumn to provide for those outside the top 50 to wrestle for following-year status, conceding its stars would play elsewhere in September, October and November. It's a tough swallow for the tour, yet better to lose them during the football portion of the sports calendar than for the entire year. Unfortunately, the DP World Tour's Race to Dubai takes place in November, and while it could survive the PGA Tour's three-event international series, a LIV Golf fall itinerary likely involves a minimum of five to six events. Moving the Race to Dubai to the end of summer would coincide with the tour playoffs. The DP World Tour already faces the knock of being a feeder circuit; a potential retrofitting would compound that stigma.

Although it's a bit more far-fetched, there's also the chance for LIV Golf competitions to be held during the tour's season. There are a handful of tournaments that have struggled with sponsorship for years that could be vulnerable, and the fact that the WGCs having gone from four to one raises the question if LIV could take over the Match Play. There would be matters to sort out—who qualifies for the LIV events, how TV/streaming deals would work, and would the events be co-sanctioned.

The alternative is this: A professional golf landscape that looks a lot like professional boxing—a realm with multiple organizations and almost zero unification that has turned a once-popular sport into a niche entertainment. The game's attention could be divided between a league that has popular figures but tournaments that border on exhibition, up against a traditional power that has real competition but has lost some of its most high-profile competitors. As one major championship official opined, "The PGA Tour could become what the Euro Tour is now, and LIV Golf would be like the Pro Bowl—big names, horrible watch."

In regards to majors, there's the theory that the Masters, PGA Championship, U.S. Open and Open Championship could be strengthened in a divided game, the already heightened weeks gaining importance if they're the only four occasions when the entire sport gathers. But if the majors back the PGA Tour and restrict LIV Golf members from participating, they too will lose weight.

Should the DP World Tour and PGA of America stay true to their LIV threats, the Ryder Cup could be lost. Fair or not, the onus is on the PGA Tour to keep it together. Most of LIV's members have already shown they don't care about consequences, at least enough to prevent them from padding their bank accounts. The tour didn't start the schism, yet it may be the only thing standing in the way of preventing the sport from ripping in two.

## After the beta test

**THEY SEE WHAT YOU SEE.** The misspellings of player names, getting their members' nationalities wrong, the press-conference disasters. For an organization trying its best to rid itself of sportswashing accusations, LIV Golf has been unable to put its best foot forward without tripping over the other through its first three events.

But it's worth remembering this inaugural season is a trial run of sorts, and not just for those inside the ropes. Prior to the weekend at Trump Bedminster, one LIV liaison said the summer had been "revealing." This person put the LIV workers into two groups: the adults and the children. The children are the ones making mistake after mistake, or they took a LIV offer as an early retirement package thinking little would be involved. The adults … they see what LIV has already done and what it could be once the children are sent packing. "If everyone would stop ragging on [LIV], you could see how good it can be," the consultant said. Eventually, this person maintained, LIV would get things right.

The event at Bedminster was eventually won by Henrik Stenson. To grab the millions at LIV, the Swede had to surrender the Ryder Cup captaincy, a role and responsibility that was once viewed as priceless. For him to win millions, Europe had to lose its Ryder Cup captain. His decision to join was a zero-sum game. You didn't have to squint to see the symmetry.

---

Local Knowledge  |  S4:EP14
**Where golf's civil war goes from here**

00:00

1X

33:39

PRIVACY  SHARE  SUBSCRIBE

---

**SECTIONS**

News & Tours

Play

Instruction

Equipment

Courses

The Loop

**SUPPORT**

Contact Us

Accessibility Help

Media Kit

▷ AdChoices

Cookies and Ad Choices

**SERVICES**

Newsletters

Subscribe

Digital Edition

Give A Gift

International Subscription

**MAGAZINE**



**NEWSLETTER**

SIGN UP

**SOCIAL**

USE OF AND/OR REGISTRATION ON ANY PORTION OF THIS SITE CONSTITUTES ACCEPTANCE OF OUR VISITOR AGREEMENT (UPDATED 1/1/20), PRIVACY AND COOKIES NOTICE (UPDATED 1/1/20) AND CALIFORNIA PRIVACY NOTICE. IF YOU ARE A CALIFORNIA RESIDENT AND WOULD LIKE TO EXERCISE YOUR RIGHT TO OPT-OUT OF THIRD-PARTY DATA SHARING, YOU MAY DO SO HERE: DO NOT SELL MY PERSONAL INFORMATION. GOLF DIGEST MAY EARN A PORTION OF SALES FROM PRODUCTS THAT ARE PURCHASED THROUGH OUR SITE AS PART OF OUR AFFILIATE PARTNERSHIPS WITH RETAILERS. THE MATERIAL ON THIS SITE MAY NOT BE REPRODUCED, DISTRIBUTED, TRANSMITTED, CACHED OR OTHERWISE USED, EXCEPT WITH THE PRIOR WRITTEN PERMISSION OF DISCOVERY GOLF, INC.

© 2022 DISCOVERY GOLF, INC, ALL RIGHTS RESERVED

# EXHIBIT 45

# DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 4

Case 2:22-cv-04486-BRM-ESK Document 1-1 Filed 11/04/22 Page 1 of 2

LIV GOLF TEAM CHAMPIONSHIP MIAMI 10/28 ▶                                        WATCH    MIAMI    SHOP

ABOUT    EVENTS    TEAMS    PLAYERS    NEWS    LEADERBOARD    STANDINGS    LIV TO GIVE

# LIV GOLF ANNOUNCES 2023-2025 EXPANDED EVENT SCHEDULE WITH $2 BILLION DEDICATED TO GOLF'S GLOBAL GROWTH

**WRITTEN BY LIV GOLF**

MAY 10, 2022

**London and New York** (May 10, 2022) — LIV Golf today announced an ongoing commitment to golf's global growth via an expanded 2023-2025 event schedule, highlighted by a $2 billion investment that promises to unlock the sport's untapped worldwide potential and grow the game's audience for the next generation. The investment will be used to fund ongoing expansion and prize purses for the new LIV Golf schedule.

The new schedule includes 10 events in 2023 followed by a full season of 14 events in 2024 and 2025. Tournaments will take place across the Asia Pacific, the Middle East, Europe and North America.

"We have a long-term vision and we're here to stay," said Greg Norman, CEO and Commissioner of LIV Golf. "We're going to grow the game, give more opportunities to players, and create a more entertaining product for fans. We believe in adding new experiences and energy to golf, and that includes building out our future schedule in more global markets. We're creating an entertaining product that will increase golf participation and attract new fans across a broader global footprint. We realize it won't happen overnight, and we're excited for the opportunities LIV Golf will add to the game as we continue to grow."

Announced in March, the 2022 LIV Golf Invitational Series will showcase an innovative new golf format featuring simultaneous team and individual play, with players competing for an unprecedented $255MM in prize purses. Each event will consist of three rounds with 54 holes and no cut, as well as shotgun starts to ensure a faster and more exciting pace. As a result, players will consistently play head-to-head against their rivals throughout the year, providing fans with a unique experience.

The 2022 schedule takes place over seven regular season events culminating in the eighth and final Team Championship match play event. Schedules will never compete with the Majors, international team events or heritage events so players will always be able to make their own choices about where to play.

The LIV Golf Invitational 2022 schedule will visit the following dates and locations:

- June 9 — 11: Centurion Golf Club — London

- June 30 — July 2: Pumpkin Ridge Golf Club — Portland

- July 29 — 31: Trump National Golf Club Bedminster — New Jersey

- Sept 2 — 4: The International — Boston

- Sept 16 — 18: Rich Harvest Farms — Chicago

- Oct 7 — 9: Stonehill — Bangkok

- Oct 14 — 16: Royal Greens Golf Club — Jeddah

- Oct 27 — 30: Trump National Doral — Miami

Case 2:22-cv-04486-BRM-ESK Document 102-12 Filed 11/04/22 Page 34 of 107

Dates and locations for the expanded schedules in 2023, 2024, and 2025 will be announced in the future.

LIV Golf is owned and operated by LIV Golf Investments whose vision and mission is centered around making holistic and sustainable investments to enhance the global golf ecosystem and unlock the sport's untapped worldwide potential.

###

### About LIV Golf Investments

LIV Golf Investments is a newly formed company, with group companies in the USA and UK. Its purpose is to holistically improve the health of professional golf on a global scale to help unlock the sports' untapped potential. Greg Norman is the first and founding CEO of LIV Golf Investments. PIF, one of the world's largest wealth funds, with a diverse international investment portfolio, is the majority shareholder in LIV Golf Investments.

**Media Contacts:**

Jane MacNeille, LIV Golf

media@livgolf.com

**RETURN TO NEWS**

© 2022 LIV Golf, Inc. All Rights Reserved. LIV GOLF and the L design are trademarks of the LIV Golf Group of Companies.

# EXHIBIT 47



# Inside the wildest two weeks in the history of professional golf

    

   



**Multiple Contributors**                                    Jun 20, 2022

One day, years from now, when the history of professional golf is analyzed in full, the two-week stretch of June 7 through June 19 of 2022 may go down as one of the most consequential and volatile periods in the history of the sport. There is a good chance this stretch will have altered the landscape of golf permanently. A rival tour debuted, a major championship was awarded and legacies were burnished and diminished.

The sad, the surreal, the serious and the speculative all wrestled for space, with everyone trying to make sense of it all. From the moment Phil Mickelson resurfaced in London to the moment the USGA crowned Matt Fitzpatrick as its 2022 U.S. Open champion, we were there to bear witness, chronicling everything we saw, whether it was a wild drive into the woods or a drink-serving robot in the media center. What follows is a timeline of the past two weeks, one that will likely leave you with the same conclusion we had: Golf will never be the same.

*Reporting by Mark Schlabach, Kevin Van Valkenburg and Paolo Uggetti*

## June 7

### 11:01 a.m. (London time)
The new era of professional golf begins with a familiar but unexpected face behind the microphone: Former White House press secretary Ari Fleischer shows up at the first LIV Golf news conference as the moderator. A reporter asks Fleischer how he squares his current employment with a previous tweet criticizing former United States President Barack Obama, saying the POTUS was spending hundreds of billions to avoid being "overthrown like a Saudi king." Fleischer says that tweet, when you look at world relations, was a "long, long time ago."



**11:18 a.m. (London time)**
Dustin Johnson announces that, despite a career that saw him win $74 million and 24 titles, he is resigning his PGA Tour membership, effective immediately.

"I'm very thankful for the PGA Tour and everything it's done for me," Johnson says. "I've done pretty well out there for the last 15 years. But this is something that was best for me and my family. It's something exciting and something new."

Asked if he plans to spend more time fishing when he's not playing golf, Johnson jokes, "I can do whatever I want."

**11:53 a.m. (London time)**
Graeme McDowell, addressing a question about sportswashing, refers to the brutal torture and murder of Washington Post columnist Jamal Khashoggi as "the Khashoggi situation," then says if the Saudis want to use golf as a force for good in the world, LIV Golf players will be "proud" to help them, drawing harsh criticism from human rights activists.

**1:20 p.m. (London time)**
Talor Gooch, asked what he thinks about allegations LIV Golf is using he and other golfers for the purpose of sportswashing, says he disagrees. "I don't think that's fair. Also ... I'm a golfer. I'm not that smart. I try to hit a golf ball into a small hole. Golf is hard enough. I try to worry about golf, and I'm excited about this week."

**2:27 p.m. (London)**
LIV Golf debuts its drink-serving robot, which maneuvers its way around the press room while reporters work on stories, offering sodas and crisps.



**5:43 p.m. (London)**

Tiger Woods announces he won't compete in the U.S. Open at The Country Club.



**Tiger Woods** ✓
@TigerWoods · **Follow**

I previously informed the USGA that I will not be competing in the @usopengolf as my body needs more time to get stronger for major championship golf. I do hope and plan to be ready to play in Ireland at @JPProAm and at @TheOpen next month. I'm excited to get back out there soon!

8:38 AM · Jun 7, 2022                                              ⓘ

❤️ **24.9K**        💬 **Reply**      🔗 **Copy link**

**Read 624 replies**

**1:01 p.m. ET**

In a news release, the USGA announces that Mickelson, Johnson and other LIV players who were suspended by the PGA Tour are welcome to play in the U.S. Open. Thirteen players -- and two others who would later sign with LIV Golf -- were exempt from qualifying for the U.S. Open by meeting certain criteria.

"Regarding players who may choose to play in London this week, we simply asked ourselves this question: Should a player who had earned his way into the 2022 U.S. Open, via our published field criteria, be pulled out of the field as a result of his decision to play in another event? And we ultimately decided that they should not," the USGA said in the statement.

Mike Whan, the CEO of the USGA, told The Associated Press that the governing body didn't feel it was appropriate to exclude the players from the field after they'd already met criteria to be included in the field.

"I realize people have strong points of view and think perhaps there should be some morality clause," Whan said. "As I said to our team last night, with more than 9,300 entrants for the U.S. Open, if we decide what's on their sleeve or their bag or what tour they're playing, what we think is OK and not OK, I'm not sure that circle ever stops. We don't track personal beliefs and who funds them. It doesn't mean we don't care."

### 9:18 p.m. (London)

Phil Mickelson returns to the public eye for the first time in four months, showing up at the LIV Golf draft party sporting facial hair and wearing a leather jacket. In a scene that feels more like a techno dance club than a golf tournament, Mickelson sits at his laptop and gives word that he is drafting Justin Harding, Ratchanon Chantananuwat and Chase Koepka. It later becomes apparent that some teams were predetermined, that the draft was essentially meaningless, as the South Africans admitted they agreed to team up beforehand.



John Phillips/LIV Golf/Getty Images

## June 8

### 11:01 a.m. (London)
Mickelson strolls into the media center for his opening news conference wearing aviator sunglasses and no logos other than his own. He cracks a joke about trying to honor the "long history of the HyFlyers" with his draft strategy, but quickly turns serious when asked to explain if he still feels the Saudis are "scary motherf---ers." He repeats the phrase "I don't condone human rights violations" four times during a solemn and surreal news conference.

### 11:16 a.m. (London)
Mickelson plays a pro-am with Yasir Al-Rumayyan, the head of the Public Investment Fund of the Kingdom of Saudi Arabia. When Al-Rumayyan stripes a drive down the fairway, Mickelson beams. "Great shot, Your Excellency," he says.

### 1 p.m. (London)
Ian Poulter and Lee Westwood are asked whether there is anywhere in the world they would decline to play for moral reasons. Would they, for example, play a tournament with prize money put up by Vladimir Putin? "I'm not going to answer that," Poulter says. "I don't have to answer that."

### 9:48 a.m. ET
At the RBC Canadian Open, Justin Thomas admits he's been losing sleep over the massive unrest in the world of professional golf. "Look, people are entitled to choose as they wish," Thomas says. "I don't dislike DJ now. I don't think he's a bad dude. I'm not going to treat him any differently. ... I'm disappointed and wish he and others wouldn't have done it, but that's their decision. Selfishly, I think and I know the PGA Tour is the best place to play in the world. It's just a bummer that those guys won't be a part of it."

### 12:30 p.m. ET
Bryson DeChambeau's agent confirms the worst-kept secret in golf, that DeChambeau is joining LIV and will debut at its second event in Portland, Oregon, the first one in the United States. He's rumored to be getting $100 million in guaranteed money.

"Bryson has always been an innovator," agent Brad Falkoff says in a statement. "Having the opportunity to get in on the ground floor of something unique had always been intriguing to him. Professional golf as we know it is changing and it's happening quickly."

In the hours that follow, stories about DeChambeau appear in various publications with anecdotes detailing what a headache DeChambeau has been for the PGA Tour.



**LIV Golf** ✔
@LIVGolfInv · **Follow**

Welcome @b_dechambeau 💪

#LIVGolf

10:10 AM · Jun 10, 2022 ⓘ

❤️ 4.7K   💬 **Reply**   🔗 **Copy link**

**Read 440 replies**

**2:20 p.m. (London)**

LIV Golf is minutes from debuting, and players are cramming inside London black cabs with their caddies.



**Alex Thomas** ✔
@alexthomascnn · **Follow**

Courtesy cars for LIV Golf series opening event at London black cabs.

2:53 AM · Jun 8, 2022

❤️ 1          💬 **Reply**          🔗 **Copy link**

**Read more on Twitter**

Cab drivers have been hired to drive the players to their tees as part of the opening ceremony in LIV Golf's shotgun-start format at Centurion Golf Club. The logistics, however, are proving to be complicated, as LIV officials can't find all the players.

"Did I hear that Shaun Norris is walking to 15?" one operations official shouts.

"I don't know who Shaun Norris is," answers another. "I know who Charl Schwartzel is."

**2:25 p.m. (London)**

Mickelson makes his way to the first tee at Centurion as the O'Jays' 1974 hit "For The Love of Money" blares over the loudspeakers. He's wearing aviator sunglasses and a black vest with an Augusta National Golf Club logo on the breast. The logo appears to be blacked out. A boisterous crowd has gathered for his opening drive. Five members of The Queen's Guard -- dressed in traditional red coats and bearskin caps -- announce the start of the tournament with trumpet blasts. Mickelson finds the fairway with his opening tee shot.

**2:29 p.m. (London)**

Minutes after the opening tee shots are hit in London, the PGA Tour releases a letter from Jay Monahan to current tour members announcing it is suspending the 17 members who joined LIV Golf.

"I am certain our fans and partners -- who are surely tired of this talk of money, money and more money -- will continue to be entertained and compelled by the world-class competition you display each and every week," Monahan's letter states.

**2:30 p.m. (London)**

Viewers quickly realize LIV Golf doesn't have a working scoreboard on its website, making it difficult to tell who is leading unless you are watching the tournament as it streams on YouTube. Announcer Jerry Foltz declares on the broadcast that the "sold-out crowds" are loving the action at Centurion Club, even though scores of tickets were available for free in the days leading up to the event.

**7:20 p.m. (London)**

At the conclusion of the first round, Mickelson briefly stops to talk to the media, but two LIV Golf security guards physically prevent journalist Alan Shipnuck -- author of the recent unauthorized biography of Mickelson -- from entering the area where reporters are able to ask questions. Shipnuck texts LIV Golf CEO Greg Norman to express his frustration, and Norman responds that he hadn't heard. Video soon emerges revealing that Norman was standing behind Shipnuck, scowling, during the entire incident.



5.1K

**June 10**

### 7:27 p.m. ET

Terry Strada, national chair of 9/11 Families United and a widow of a victim of the terrorist attacks of Sept. 11, 2001, sends a letter to five players who left the PGA Tour for LIV Golf: DeChambeau, Mickelson, Dustin Johnson, Patrick Reed and Kevin Na.

In the letter, Strada said the group wanted to "express our outrage at your partnership with LIV Golf."

"Given Saudi Arabia's role in the death of our loved ones and those injured on 9/11 -- your fellow Americans -- we are angered that you are so willing to help the Saudis cover up this history in their request for 'respectability,'" Strada wrote. "When you partner with the Saudis, you become complicit with their whitewash, and help give them the reputational cover they so desperately crave -- and are willing to pay handsomely to manufacture."

In the letter, Strada noted that Osama bin Laden and 15 of the 19 hijackers on Sept. 11 were Saudis.

"Please, do not insult our loved ones' memories and take the pathetic position, as one of your foreign colleagues did last week, claiming you are 'just golfers playing a game' or blandly treating the evils of the Saudi regime as 'human rights' concerns," Strada wrote. "You are all Americans, keenly aware of the death and destruction of September 11. Whether it was the appeal of millions of dollars of hard cash, or just the opportunity to prosecute your professional grievances with the PGA, you have sold us out. This is a betrayal not only of us, but of all your countrymen."

### 9:15 p.m. (London)

LIV Golf's plan to host a concert after each round continues to find success. Despite a light rain falling on the second day of the tournament, nearly 500 fans are still at the course nearly three hours after play has concluded, eager to hear musician James Bay.

"How are we doing?" Bay shouts. "Have we had a nice day of golf? This a quintessential British night, isn't it? Sing along with me if you know this next one; it's called 'If You Ever Want to Be In Love.'"

## June 11

**June 11**

### 11:56 a.m. ET

During the telecast of the LIV Golf event outside London, commentator Arlo White announces that 2018 Masters champion Patrick Reed is defecting to the new circuit. White proclaims that "fans will love him" and players will welcome him "with open arms."

LIV Golf announces the addition of Reed, a nine-time winner on the PGA Tour, less than an hour later in a news release.

"He has a proven track record as one of the most consistent competitors in pro golf and adds yet another big presence at our tournaments," Norman said. "He's a major champion who has had a significant impact playing international team competitions, and he'll bring another impressive dynamic to our team-based format at LIV Golf."



**Patrick Reed** ✔
@PReedGolf · **Follow**

I'm excited to announce that I have joined LIV Golf, and being part of this new and innovative league. I look forward to growing the game of golf and bringing even more entertainment to golf fans across the world. Can't wait to tee it up in Portland!

12:57 PM · Jun 11, 2022    ⓘ

❤ 2.6K    💬 Reply    🔗 Copy link

**Read 1.6K replies**

Reed was set up well to welcome LIV's offer. Since January, Reed has missed four cuts on tour and has only one top-10 finish. A source familiar with the Reeds said that the poor performance -- and the subsequent lack of prize money -- led to Reed being even more receptive to a LIV offer. In February, Reed let go of

Reed was set up well to welcome LIV's offer. Since January, Reed has missed four cuts on tour and has only one top-10 finish. A source familiar with the Reeds said that the poor performance -- and the subsequent lack of prize money -- led to Reed being even more receptive to a LIV offer. In February, Reed let go of multiple members of his team, a move the source described as a likely cost-cutting measure. But the move goes beyond the money.

"The Reeds have a miserable relationship with the PGA Tour," the source said. "I know nothing would make them happier than giving the Tour a big middle finger ... he's been playing the Saudi International on the European Tour for years now and loves it. He has great relationships over there."

### 6:15 p.m. (London)
In an interview with ESPN, Strada says she feels disgusted watching LIV golfers work directly for the Kingdom of Saudi Arabia, some receiving hundreds of millions of dollars, when she and other families are still involved in a lawsuit against the country for its alleged role in training and funding the terrorist attacks of Sept. 11, 2001. Strada's husband, Tom, died in the North Tower of the World Trade Center.

"It feels like a betrayal," Strada said. "My husband was a scratch golfer. He was a Phil Mickelson fan. He even tried to be a pro before he worked on Wall Street. My youngest is the captain of his golf team. Our family understands the integrity that the sport requires. But these guys are not interested in any of that. They're sportswashing."

### 7:31 p.m. (London)
Charl Schwartzel taps in a bogey putt to finish at 7 under, good for a 1-stroke victory over Hennie du Plessis to win the first LIV Golf event. It's Schwartzel's first win in six years and earns him $4.75 million, the largest haul in the history of tournament golf.

"It's a historical moment," Schwartzel says.

During the trophy ceremony, the winning team of Schwartzel, du Plessis, Louis Oosthuizen and Branden Grace spray each other with bottles of champagne.



"Trust us," Norman tells the crowd, "this is just the beginning."

### 7:35 p.m. (London)

During the trophy presentation, Al-Rumayyan announces to the crowd that since LIV is 54 in Roman numerals and 54 is "a perfect score in golf," (a birdie on every hole), he would award any player who shoots a 54 on the LIV Tour with $54 million.

Schwartzel says he hadn't given much thought to why LIV Golf was able to offer such lucrative prizes.

"Where the money comes from is not something I've ever looked at in 20 years," Schwartzel says. "I think you could find faults in anything."

## June 12

### 3:30 p.m. ET

In an interview on CBS Sports during final-round coverage of the RBC Canadian Open, Monahan defended the PGA Tour's decision to suspend 17 players who competed in LIV Golf's inaugural event outside London.

"It's been an unfortunate week that was created by some unfortunate decisions, those decisions being players choosing to violate our tournament regulations," Monahan said. "It's my job to protect, defend and celebrate our loyal PGA Tour members, our partners and our fans. And that's exactly what I did. And I don't think it was a surprise to anybody, given how clear I had been about how we were going to handle this situation."

Monahan didn't back down from his previous position that tour members had to choose one circuit or the other but couldn't play in both.

"Why do they need us so badly?" Monahan said. "Because those players have chosen to sign multiyear lucrative contracts to play in a series of exhibition matches against the same players over and over again. You look at that versus what we see here today, and that's why they need us so badly. You've got true, pure competition.

"And that's why they need us. That's what we do. But we're not going to allow players to free-ride off of our loyal members, the best players in the world."

When asked about players being criticized for competing on a tour that is being financed by Saudi Arabia's Public Investment Fund, Monahan didn't hold back. Survivors and families of victims of the terrorist attacks of Sept. 11, 2001, and others have accused players of participating in sportswashing for Saudi Arabia.

"I think you'd have to be living under a rock to not know that there are significant implications," he said. "And I would ask any player that has left or any player that would consider leaving: 'Have you ever had to apologize for being a member of the PGA Tour?'"

**5:42 p.m. ET**

McIlroy, a four-time major champion and one of the most outspoken critics of LIV Golf, cards a final-round 62 to win the RBC Canadian Open in Ontario. It was the 21st victory of his PGA Tour, which he was quick to point out moved him past Norman in career wins.



**Matt Schick** ✔
@ESPN_Schick · **Follow**

Rory McIlroy now has more PGA Tour wins than Greg Norman. He made sure to mention that. #PGA

**Watch on Twitter**

2:44 PM · Jun 12, 2022

❤ 2K   💬 Reply   🔗 Copy link

**Read 77 replies**

"I think going up against the best and beating the best always makes it extra special," McIlroy said afterward. "And then, look, I alluded to it, I had extra motivation of what's going on across the pond. The guy that's spearheading that tour has 20 wins on the PGA Tour and I was tied with him, and I wanted to get one ahead of him. And I did. So that was really cool for me, just a little sense of pride on that one."

## June 13

### 8:40 a.m. ET
Practice rounds and player arrivals begin, with Reed playing by himself and getting a muted reception on the first tee. After he sliced his opening tee shot and took another, one fan quipped: "Must be those Saudi balls."

### 10 a.m. ET
More LIV players arrive at The Country Club. Johnson and Na show up in succession -- Johnson carrying three pairs of shoes and Na wearing a Saudi Golf polo. Johnson makes a beeline for Harold Varner III who, upon hearing Johnson call his name, replies: "Talk dirty to me!" Varner has since said he's not headed to LIV.

Everywhere you turn on Monday, the talk is about LIV. There are people theorizing about what bigger sponsors will do with LIV players, caddies talking to caddies about what it was like in London and players talking to one another about it all.

"Jay [Monahan] is putting on a full-court press," one player said.

### 1 p.m. ET
In his first news conference in the U.S. in more than four months, Mickelson is bombarded with questions about LIV Golf and Saudi Arabia's history of human rights violations.

Mickelson addressed the letter he received from 9/11 families.

"I would say to the Strada family, I would say to everyone that has lost loved ones, lost friends on 9/11, that I have deep, deep empathy for them," Mickelson said. "I can't emphasize that enough. I have the deepest of sympathy and empathy for them."

Mickelson, who reportedly received $200 million to sign with LIV Golf, was asked whether he would speak to or write to members of the coalition. He declined to answer the question directly.

"I think I speak for pretty much every American in that we feel the deepest of sympathy and the deepest of empathy for those that have lost loved ones, friends in 9/11," he said. "It affected all of us, and those that have been directly affected, I think I can't emphasize enough how much empathy I have for them."

Later that day, Strada released a statement in which she accused of Mickelson and other players of sportswashing for the Saudis.

"They are helping the Saudi regime sportswash their reputation in return for tens of millions of dollars, at the very same time our government is rolling out more damning evidence of Saudi culpability in the 9/11 attacks," she wrote. "As the PGA Tour commissioner said Sunday, 'You'd have to be living under a rock' to not understand the implications of involving yourself with the Saudis."

### 5:31 p.m. ET

Wyndham Clark, who went into Sunday 2 shots behind McIlroy at the RBC and had a chance to win, recognizes the significance of what had happened in Toronto, especially in contrast to the LIV event in London.

"Having some of the best players in the world showing up, seeing how great and electric the fans were compared to our counterpart, it was pretty awesome," Clark told ESPN. "Obviously, I wish I was the one hoisting the trophy at the end of it, but maybe it was the best thing for golf that Rory won."

When asked to explain his reasoning, Clark says that McIlroy's strong belief in and commitment to the PGA Tour during this time, combined with him being vocal about the issue and winning in such a fashion, is a much-needed public confirmation that "our product is the best."

"Obviously those guys are getting a lot of money, but it's exhibition," Clark says. "You saw [Monday] how competitive the Tour is compared to what they have. Their field is very weak right now, and we have the best players in the world."

## June 14

### 9:10 a.m. ET

In a news conference, McIlroy expresses his disappointment with PGA Tour players who took "the easy way out" by joining LIV as well as Mickelson's role in the process. Asked if he had lost respect for Mickelson, McIlroy says: "As a player, no."

McIlroy heads out for his practice round and is an instant fan favorite at The Country Club.

*"Way to go, Rory, great shot at Norman!"*

*"We love you, Rory, way to be a leader!"*

McIlroy is asked why he has taken on a leadership role.

"Because in my opinion it's the right thing to do," he said. "The PGA Tour was created by people and tour players that came before us, the likes of Jack Nicklaus, Arnold Palmer. They created something and worked hard for something, and I hate to see all the players that came before us and all the hard work that they've put in just come out to be nothing."

### 10:07 a.m. ET

Defending U.S. Open champion and former world No. 1 golfer Jon Rahm says his heart is with the PGA Tour because he wants to play against the best players. Rahm tells reporters that he hasn't had conversations with fellow Spaniard Sergio Garcia about LIV Golf.

"Nobody is talking about winning that event in London with the essence that some other events have," Rahm says. "And that to me is what's attractive, being able to consider yourself champion of this with a history that comes with it."

Rahm says his biggest concern about the fracture is how it will affect players' eligibility for the Ryder Cup, which he calls the "biggest attraction" in the game.

### 10:38 a.m. ET

During a news conference, two-time U.S. Open champion Brooks Koepka criticizes reporters for continuously asking about the LIV Golf series. The four-time major champion even says the talk is casting a "black cloud" over the year's third major.

"I'm here at the U.S. Open," Koepka said. "I'm ready to play the U.S. Open, and I think it kind of sucks, too, you are all throwing this black cloud over the U.S. Open. It's one of my favorite events. I don't know why you guys keep doing that. The more legs you give [LIV Golf], the more you keep talking about it."

When Koepka was asked whether there was a monetary amount that would cause him to defect to LIV Golf as well, he said he hadn't "given it that much thought."

## June 15

### 11:10 a.m. ET

In a news conference, Whan acknowledges that he could foresee a day when it's more difficult for LIV Golf competitors to qualify for the U.S. Open. "I could foresee a day," Whan said. "Do I know what that day looks like? No, I don't. To be honest with you, what we're talking about [LIV Golf] was different two years ago, and it was different two months ago than it is today. We've been doing this for 127 years, so I think [the USGA] needs to take a long-term view of this and see where these things go. So we're not going to be a knee-jerk reaction to kind of what we do."

### 11:20 a.m. ET

A player manager, whose client defected from the PGA Tour, tells ESPN that one of the reasons the Tour was vulnerable to LIV Golf was its unwillingness to adapt to change. While the tour's history and tradition is part of its fabric, the manager says, its inability to modernize is costing its players.

"It's kind of like the U.S. Constitution and the Bible," the manager says. "What was true about the Second Amendment more than 200 years ago might not be true today. The Bible says an 'eye for an eye,' and we don't believe that anymore."

## June 16

### 1:14 p.m. ET

Before the U.S. Open started, Scott Stallings said he was excited to be able to play a home game. Stallings grew up about 45 minutes from The Country Club. He steps to the tee and is introduced as being from "War-chester." He's from Worcester, which is pronounced "Wu-ster." The announcer gets heckled for the mistake.

### 1:47 p.m. ET

In his first tournament in the U.S. since missing the cut at the Farmers Insurance Open at Torrey Pines in late January, Mickelson makes his 31st start in the U.S. Open, the one major he has never won. Before hitting his opening tee shot, Mickelson is heckled by a few Boston sports fans.

*"Phil, Celtics, minus-3.5, who do you like?"*

*"Greed is good, Phil, greed is good."*

Playing with partners Shane Lowry and Louis Oosthuizen, who is another LIV Golf competitor, Mickelson bogeys three of the first five holes, then cards a double-bogey on the par-3 sixth.

Mickelson shoots 8-over 78 in the first round.

## June 17

### 1:02 p.m. ET

Mickelson answers his opening 78 with a 3-over 73 in the second round. He misses the cut, and his 36-hole total of 11-over is the fifth-highest score to par in the first two rounds of a major championship.

"I enjoyed the week. I just wished I'd played better," Mickelson said afterward before jumping into a courtesy SUV with his team and leaving the club.

Only four of the 15 LIV players competing in the U.S. Open made the cut.

### 2 p.m. ET

After missing the cut, Mito Pereira, who lost the PGA Championship in a playoff against Justin Thomas, says he is planning on staying on the PGA Tour where "the best players are" -- for now. Most of the international players who have left for LIV have been in their 40s, with up-and-coming players like Pereira, 27, and fellow Chilean Joaquin Niemann, 23, staying put.

"Everyone has their own opinions," Pereira said in Spanish. "I'm open to whatever could happen in the future. ... At the end of the day, you're talking about a lot more money, but the best players are still here and I want to play against them."

As one international golf official put it, some of the young players from Latin America have been intrigued not just by the money LIV is offering, but the ability to host a tournament in their home country. One player was reluctant to talk about about the LIV tour, saying it was "*cosas de las brujas*," meaning the whole situation was so strange that there is almost a fear to talk about it out in the open.

"Some guys are waiting to see what happens with LIV and see if some of the heat comes off," the official says. "There's also no space right now. I think some guys are waiting to see what happens with it, if they add more spots or change it."

## June 18

### 12:55 p.m. ET
Thomas, ranked fifth in the world and the winner of the most recent major championship, steps to the tee to start his round. He is introduced as "Justin Thompson."

### 7:11 p.m. ET
Navigating The Country Club on Saturday was hard enough, given the windy, cooler conditions. For McIlroy, it was a hard walk as he scraped it around in 3-over 73. Making things even more difficult were some other obstacles that had shown up all week at The Country Club.



Warren Little/Getty Images

## June 19

### 3 p.m. ET

As the leaders teed off, the man who had called the LIV conversation a "black cloud" on the U.S. Open and said he didn't come to the tournament hoping for second place, takes extended time signing autographs for fans just outside the clubhouse. Brooks Koepka finishes 12-over after a final-round 77. Koepka's brother, Chase, has already played one LIV event. It stands to reason that Brooks Koepka could be a candidate to also bolt. If so, the Sunday scene seemed like a particularly poignant way for him to say goodbye.

### 6:51 p.m. ET

When Will Zalatoris' birdie putt just misses the hole and Fitzpatrick celebrates his U.S. Open win on the 18th green, one of the first people congratulating him is McIlroy. The four-time major winner made a late charge Sunday, but his 2 under on the tournament is not enough. Still, he sticks around The Country Club.

"All that work pays off; I'm so happy for you," McIlroy tells Fitzpatrick as they embrace.



usopengolf ✔
Original audio

**View profile**

View more on Instagram

31,204 likes

usopengolf

From one #USOpen champion to another 🤝🤝

view all 160 comments

The two golfers from the UK -- McIlroy from Northern Ireland, Fitzpatrick from England -- go way back. In 2017, McIlroy tagged Fitzpatrick as a player he thought should be getting more attention. Yet even beyond the personal connection, there was something fitting about McIlroy being the one to welcome Fitzpatrick into the majors club.

All week, McIlroy had -- both intentionally and unintentionally -- positioned himself as the PGA Tour's face, its conscience.

This week, for the tour and the players supporting it, could have ended up with a LIV player hoisting the trophy. But when a winner was crowned, the tour's unofficial spokesman was fittingly there to say well done.

    

# EXHIBIT 4



World     Business     Markets     Breakingviews     Video     More     

EDITOR'S PICKS

JUNE 1, 2016 / 2:02 PM / UPDATED 6 YEARS AGO

# Uber raises $3.5 billion from Saudi Arabia's sovereign wealth fund

By Reuters Staff



The logo of car-sharing service app Uber on a smartphone over a reserved lane for taxis in a street is seen in this photo illustration taken in Madrid on December 10, 2014. REUTERS/Sergio Perez/Illustration/File Photo

SAN FRANCISCO (Reuters) - Uber [UBER.UL] has raised $3.5 billion (£2.4 billion) from Saudi Arabia's sovereign wealth fund, the U.S. ride-hailing service said on Wednesday, gaining a crucial partner in its expansion into the Middle East.

The investment from the Saudi Arabian Public Investment Fund was part of Uber's most recent financing round that valued the company at $62.5 billion, Uber said, making it the most highly valued venture capital-backed company in the world.

As part of the investment, a managing director at the fund, Yasir Al Rumayyan, will take a seat on Uber's board, the company said in a statement.

Uber has committed to investing $250 million in the Middle East, where it has grown aggressively. The company says that 80 percent of Uber riders in Saudi Arabia are women.

Reporting by Heather Somerville; Editing by Tiffany Wu

*Our Standards:* *The Thomson Reuters Trust Principles.*

**MORE FROM REUTERS**



# EXHIBIT 4

RACHEL S. BRASS, SBN 219301
   rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

ROBERT C. WALTERS,
   rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOHN B. QUINN, SBN 90378
   johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
   bobfeldman@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile: 650.801.5100

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | CASE NO. 5:22-cv-04486 <br><br> **LIV GOLF'S RESPONSES AND OBJECTIONS TO PGA TOUR'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** <br><br> DATE FILED: AUG. 3, 2022 <br><br> TRIAL DATE: JAN. 8, 2024 |

Pursuant to the Federal Rules of Civil Procedure 26 and 34, Plaintiff LIV Golf Inc. ("LIV Golf" or "Plaintiff"), by and through its undersigned attorneys, hereby responds and objects to the PGA Tour

Inc.'s ("PGA Tour" or "Defendant") First Set of Requests for Production of Documents to Plaintiff LIV Golf, Inc., including, without limitation, the document requests, Definitions, and Instructions contained therein (the "Requests"), served by Defendant on August 31, 2022.

## PRELIMINARY STATEMENT

1. Plaintiff's responses to the Requests are made to the best of its current knowledge, information, and belief, and subject to the objections described herein. Plaintiff reserves the right to rely on subsequently discovered information or documents to supplement or amend any of its responses should future investigation indicate that such supplementation or amendment is necessary. Plaintiff also reserves the right to supplement its responses and objections to assert any additional objections that may be deemed necessary or appropriate in light of any new facts, further review of documents, meet and confer conferences, or motions filed in this action.

2. Plaintiff's responses to the Requests are confidential and made solely for the purpose of and in relation to this action. Each response is given subject to all appropriate objections, and Plaintiff does not waive any objections concerning relevance, privilege, competency, materiality, proprietary, foundation, prejudice, authenticity, or admissibility of any document or response, for any purpose and at any time. All objections are reserved and may be interposed at any time.

3. Plaintiff's responses are based on its understanding that Defendant seeks only information that is within Plaintiff's possession, custody, and control.

4. Plaintiff incorporates by reference each and every General Objection set forth into each and every Specific Response and Objection. From time to time, a Specific Response and Objection may repeat a General Objection. The failure to include any General Objection in any Specific Response and Objection shall not be interpreted as a waiver of any General Objection to that response.

5. Plaintiff's objections to a particular Request for Production shall not be interpreted as implying that responsive information exists or as acknowledging that the Request for Production is appropriate as part of discovery in this action. Nothing contained in these Responses and Objections or provided in response to the Requests consists of, or should be construed as, an admission relating to the accuracy, relevance, existence, or nonexistence of any alleged facts or information referenced in any Request.

2

ibson, Dunn
rutcher   P

# GENERAL OBJECTIONS

The following General Objections apply to each of Defendant's Definitions, Instructions, and Requests for Production; are incorporated by reference into each individual response and objection; and shall have the same force and effect as if fully set forth in the individual responses and objections to each Request for Production.

6.     Plaintiff generally objects to the Requests (including the Definitions and Instructions) on the grounds and to the extent that they purport to impose obligations beyond those imposed or authorized by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the Northern District of California, any other applicable federal or state law, and any agreements between the parties.  Plaintiff will construe and respond to the Requests (including the Definitions and Instructions) in accordance with the requirements of the Federal Rules of Civil Procedure and other applicable rules or laws.

7.     Plaintiff generally objects to the Requests to the extent that they seek documents and information that are unrelated and irrelevant to the claims in, or defenses to, this litigation and disproportionate to the needs of the case, or are of such marginal relevance that their probative value is outweighed by the burden imposed on Plaintiff in having to search for and provide such documents or information.

8.     Plaintiff generally objects to the Requests on the grounds and to the extent that they seek the production of any information or documents protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, Federal Rule of Evidence 502, or by any other applicable privilege, rule, doctrine, immunity or the laws, regulations, or policies of other countries, and Plaintiff and its counsel hereby assert such privileges and immunities.  Nothing in Plaintiff's objections and responses waives any rights under such privileges, and Plaintiff reserves the right to assert those rights over any information that may be provided in response to the Requests.  Inadvertent production of any information or documents that are privileged or otherwise immune from discovery shall not constitute a waiver of any privilege or of any other ground for objecting to the discovery with respect to such information or documents or the subject matter thereof, or the right of Plaintiff to object to the use of any such information or documents or the subject matter thereof during these or any other

3

ibson, Dunn
rutcher    P

1 proceedings. The production of a privileged or work-product-protected document, whether inadvertent

2 or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal

3 or state proceeding to the fullest extent of Federal Rule of Evidence sections 502(d) and (e). For

4 example, the production of privileged or work-product-protected documents in this case as part of a

5 mass production is not itself a waiver in this case or in any other federal or state proceeding.

6       9.      Plaintiff generally objects to the Requests to the extent that they seek proprietary or

7 other confidential information, particularly to the extent they seek third party confidential information.

8 To the extent any proprietary or confidential information, trade secret, or other sensitive or protected

9 business information is non-privileged and responsive to the Requests and not otherwise objectionable,

10 Plaintiff will produce such information in accordance with the Stipulated Protective Order entered in

11 this litigation, as well as the ESI Protocol entered in this litigation, and such other procedures as the

12 parties or Court may establish to protect sensitive or confidential information.

13      10.     Plaintiff generally objects to the Requests on the grounds and to the extent that

14 production of such documents demanded therein would violate the rights of privacy of third parties

15 under California law or other applicable laws of any relevant jurisdiction, or that such production

16 otherwise is prohibited by law, or is subject to legal requirements for notification of third parties.

17      11.     Plaintiff generally objects to the Requests to the extent that they use words and phrases

18 that are not defined in an understandable manner. Plaintiff will interpret the terms and phrases used in

19 those requests as those terms and phrases are understood to Plaintiff.

20      12.     Plaintiff generally objects to the Requests as vague, ambiguous, overly broad, and/or

21 unduly burdensome, including to the extent that they call for the production of "all" or "any" documents

22 concerning the subject matters referenced therein. Plaintiff will undertake a reasonable search of the

23 materials of data sources and custodians known or reasonably likely to have non-duplicative documents

24 responsive to the Requests for Production.

25      13.     Plaintiff generally objects to the Requests to the extent they call for the production of

26 documents "related to" the subject matters referenced therein as unduly broad, imprecisely written, and

27 irrelevant to the extent that it demands the production of any and all materials unrelated to the subject

28 matter of this litigation.

LIV GOLF'S RESPONSES AND OBJECTIONS TO PGA TOUR'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS
5:22-cv-04486-BLF

14.     Plaintiff objects to the definition of "you" and/or "your" as overly broad and unduly burdensome to the extent that it includes "LIV Golf Holdings Ltd . . . LIV Golf Investments Ltd, LIV Golf Ltd, and includes without limitation all predecessors (including the Premier Golf League or 'PGL'), predecessors-in-interest, affiliates, parents, subsidiaries . . . consultants, attorneys, entities acting in joint venture, licensing agreements, or partnership relationship of each and others acting on behalf of each."  For example, the Premier Golf League is a separate entity from LIV Golf; it is not a "predecessor" of LIV Golf, and LIV Golf does not have custody or control of the Premier Golf League's materials.  In responding to these Requests, Plaintiff will construe the terms "LIV Golf," "you," and/or "your" to refer to LIV Golf Inc. and its employees.

15.     Plaintiff objects to the instruction to produce "all" documents in its control or custody as unduly burdensome and unreasonable to the extent that it demands reviewing every document of every conceivable data source or custodian that could fall under the broad definition of "you" and "your."  Plaintiff will undertake a reasonable search of the materials of data sources and custodians known or reasonably likely to have non-duplicative documents responsive to the Requests for Production.  Plaintiff is willing to confer with Defendant regarding the data sources, custodians, and search parameters to be employed for undertaking a reasonable search.

16.     Plaintiff generally objects to the Requests to the extent they call for information that is publicly available or obtainable from sources that are as available to Defendant as they are to Plaintiff, or that are more convenient, less burdensome, or less expensive for Defendant to obtain itself.  Plaintiff also objects to the Requests to the extent they seek documents or materials outside of Plaintiff's possession, custody, or control, or to the extent they are inconsistent with federal law, international treaties or conventions, and/or conflict of law and comity principles by seeking documents or information located outside the United States.

17.     Plaintiff generally objects to the Requests to the extent they seek to impose an obligation on Plaintiff to conduct anything beyond a diligent search and reasonable inquiry of readily accessible files, including electronic files, where responsive documents would reasonably be expected to be found.

18.     Plaintiff generally objects to the Requests to the extent they do not identify the documents sought with reasonable particularity as required by Rule 34(b) of the Federal Rules of Civil

ibson, Dunn
rutcher    P

Procedure.

19.    Plaintiff generally objects to the Requests to the extent they demand complete and final responses and document production within 30 days from the date of service.  Discovery remains ongoing, and Plaintiff reserves the right to supplement its responses as appropriate under the Scheduling Order or the Federal Rules of Civil Procedure.  Pursuant to the Court's Scheduling Order, document production will proceed on a rolling basis.

20.    Plaintiff generally objects to, and by responding does not admit, any factual characterizations or legal conclusions that the Requests assume or recite.  Plaintiff further generally objects that by stating in these responses that Plaintiff will produce documents, Plaintiff does not intend to represent that any responsive documents actually exist, but rather that Plaintiff is making and will continue to make a reasonable, good faith search and attempt to ascertain whether responsive documents do, in fact, exist.

21.    Plaintiff generally objects to the Requests (including the Definitions and Instructions) to produce all documents in "digitized form" to the extent responsive documents that do not exist in a digitized form in the ordinary course of business.

22.    Plaintiff generally objects to the Requests (including the Definitions and Instructions) that documents be produced on a rolling basis "as soon as they have been located and processed for production" on the basis that it would be unduly burdensome and disorderly to produce each document "as soon as" it may become ready.  Plaintiff will produce such information in accordance with the Stipulated Protective Order entered in this litigation, as well as the ESI Protocol entered in this litigation, and such other procedures as the parties or Court may establish or agree to.

23.    Plaintiff generally objects to the Requests (including the Definitions and Instructions) that its document production be "organized and labeled to correspond with the categories in this request for production" on the basis that it is unduly burdensome and imposes an obligation beyond those imposed or authorized by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of the Northern District of California, or other applicable federal or state law, and does not conform to any agreement between the parties.  Plaintiff will not organize and label each individual document that is produced to reflect the Request(s) it is produced in response to.

6

ibson, Dunn
rutcher    P

24.     Plaintiff objects to the Requests (including the Definitions and Instructions) for technical specifications and metadata to be included with any electronic production to the extent such instructions require the production of data that is not kept in the ordinary course of business or does not conform with the Stipulated Protective Order entered in this litigation, as well as the ESI Protocol entered in this litigation, and such other procedures as the parties or Court may establish or agree to.

25.     Plaintiff objects to the Requests (including the Definitions and Instructions) regarding a privilege log to the extent it purports to impose duties or requirements beyond those in the Federal Rules of Civil Procedure, or that does not conform with the Stipulated Protective Order or the ESI Protocol entered in this litigation.  If Plaintiff withholds relevant materials based on an assertion of privilege, it will describe the nature of the withheld materials in a manner that will enable other parties to assess the privilege, pursuant to Federal Rule of Civil Procedure 26(b)(5), and in conformity with the Stipulated Protective Order and the ESI Protocol entered in this litigation.

## SPECIFIC RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1**:

All communications with the PGA TOUR.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1**:

Plaintiff incorporates by reference the foregoing General Objections.  Plaintiff further objects to this Request on the grounds that it is vague, ambiguous, overbroad as written, and unduly burdensome.  Plaintiff further objects to the extent that the Request seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case.  Plaintiff further objects to this Request to the extent it would require the production of materials protected from disclosure by the attorney client privilege, the work product doctrine, the common interest privilege, and/or any other applicable privilege, doctrine, or protection.  Plaintiff further objects to the Request on the grounds that the Request's use of the term "all" renders the Request vague, ambiguous, and unduly broad and to the extent it calls for materials not relevant to any party's claim or defense or proportional to the needs of the case.  Plaintiff further objects to this Request to the extent it seeks materials that are more convenient, less burdensome, or less expensive for Defendant to obtain itself.

Gibson, Dunn
Crutcher   P

burdensome. Plaintiff further objects to the extent that the Request seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Plaintiff further objects to this Request to the extent it would require the production of materials protected from disclosure by the attorney client privilege, the work product doctrine, the common interest privilege, and/or any other applicable privilege, doctrine, or protection, particularly with respect to the phrase "related to complaints, criticism, or negative opinions." Plaintiff further objects to the Request on the grounds that the Request's use of the term "all" and the phrase "related to" render the Request vague, ambiguous, and unduly broad and to the extent it calls for materials not relevant to any party's claim or defense or proportional to the needs of the case. Plaintiff further objects to the Request on the grounds that the Request's use of the phrase "complaints, criticism, or negative opinions" is undefined and renders the Request vague, ambiguous, and unduly broad and to the extent it calls for materials not relevant to any party's claim or defense or proportional to the needs of the case. Plaintiff further objects to the definition of "you" as overly broad and unduly burdensome. Plaintiff further objects to this Request to the extent that it seeks proprietary or other confidential information, particularly information confidential to third parties or that would violate the rights of privacy of third parties under California law or other applicable laws of any relevant jurisdiction.

Subject to and without waiver of these objections, Plaintiff will conduct a reasonable search of an agreed-upon set of custodians' files and will produce responsive, non-privileged documents pertaining to this Request to the extent they exist.

**REQUEST FOR PRODUCTION NO. 65**:

All communications with Saudi PIF.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 65**:

Plaintiff incorporates by reference the foregoing General Objections. Plaintiff further objects to this Request on the grounds that it is vague, ambiguous, overbroad as written, and unduly burdensome. Plaintiff further objects to the extent that the Request seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Plaintiff further objects to this Request to the extent it would require the production of materials protected from disclosure by the attorney client privilege, the work product doctrine, the common interest privilege, and/or any other

63

applicable privilege, doctrine, or protection. Plaintiff further objects to the Request on the grounds that the Request's use of the term "all" renders the Request vague, ambiguous, and unduly broad and to the extent it calls for materials not relevant to any party's claim or defense or proportional to the needs of the case. Plaintiff further objects to this Request to the extent that it seeks proprietary or other confidential information, particularly information confidential to third parties or that would violate the rights of privacy of third parties under California law or other applicable laws of any relevant jurisdiction.

Subject to and without waiver of these objections, Plaintiff will conduct a reasonable search of an agreed-upon set of custodians' files and will produce responsive, non-privileged documents pertaining to this Request to the extent they exist.

**REQUEST FOR PRODUCTION NO. 66**:

All agreements with Saudi PIF.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 66**:

Plaintiff incorporates by reference the foregoing General Objections. Plaintiff further objects to this Request on the grounds that it is vague, ambiguous, overbroad as written, and unduly burdensome. Plaintiff further objects to the extent that the Request seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Plaintiff further objects to this Request to the extent it would require the production of materials protected from disclosure by the attorney client privilege, the work product doctrine, the common interest privilege, and/or any other applicable privilege, doctrine, or protection. Plaintiff further objects to the Request on the grounds that the Request's use of the term "all" renders the Request vague, ambiguous, and unduly broad and to the extent it calls for materials not relevant to any party's claim or defense or proportional to the needs of the case. Plaintiff further objects to this Request to the extent that it seeks proprietary or other confidential information, particularly information confidential to third parties or that would violate the rights of privacy of third parties under California law or other applicable laws of any relevant jurisdiction.

Gibson, Dunn
& Crutcher   P

Subject to and without waiver of these objections, Plaintiff will conduct a reasonable search of an agreed-upon set of custodians' files and will produce responsive, non-privileged documents pertaining to this Request to the extent they exist.

**REQUEST FOR PRODUCTION NO. 67:**

All documents and communications related to Saudi PIF.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 67:**

Plaintiff incorporates by reference the foregoing General Objections. Plaintiff further objects to this Request on the grounds that it is vague, ambiguous, overbroad as written, and unduly burdensome. Plaintiff further objects to the extent that the Request seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Plaintiff further objects to this Request to the extent it would require the production of materials protected from disclosure by the attorney client privilege, the work product doctrine, the common interest privilege, and/or any other applicable privilege, doctrine, or protection, particularly with respect to the phrase "related to Saudi PIF." Plaintiff further objects to the Request on the grounds that the Request's use of the term "all" and the phrase "related to" render the Request vague, ambiguous, and unduly broad and to the extent it calls for materials not relevant to any party's claim or defense or proportional to the needs of the case. Plaintiff further objects to this Request to the extent that it seeks proprietary or other confidential information, particularly information confidential to third parties or that would violate the rights of privacy of third parties under California law or other applicable laws of any relevant jurisdiction.

Subject to and without waiver of these objections, Plaintiff will conduct a reasonable search of an agreed-upon set of custodians' files and will produce responsive, non-privileged documents pertaining to this Request to the extent they exist.

**REQUEST FOR PRODUCTION NO. 68:**

All communications with Golf Saudi.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 68:**

Plaintiff incorporates by reference the foregoing General Objections. Plaintiff further objects to this Request on the grounds that it is vague, ambiguous, overbroad as written, and unduly burdensome. Plaintiff further objects to the extent that the Request seeks information that is not

65

DATED: September 27, 2022

Respectfully submitted,

By: _____

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

ROBERT C. WALTERS,
  rwalters@gibsondunn.com
SCOTT K. HVIDT,
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON,
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI,
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

LIV GOLF'S RESPONSES AND OBJECTIONS TO PGA TOUR'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS
5:22-cv-04486-BLF

JOHN B. QUINN, SBN 90378
    johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
    dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
    kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  213.443.3000

ROBERT P. FELDMAN, SBN 69602
    bobfeldman@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:  650.801.5100

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2022, a copy of the foregoing was served to all counsel of record using the email addresses they have registered with the CM/ECF system for the U.S. District Court for the Northern District of California.

/s/
Scott Hvidt

LIV GOLF'S RESPONSES AND OBJECTIONS TO PGA TOUR'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
5:22-cv-04486-BLF

# EXHIBIT 50

Case 2:22-cv-00486-JDW Document 106 (12 Part) Filed 04/02/21 Page 21 of 26
10/17/22, 6:28 PM
Will the Saudis and Donald Trump Save Golf—or Wreck It? | The New Yorker

THE SPORTING SCENE  OCTOBER 24, 2022 ISSUE

# WILL THE SAUDIS AND DONALD TRUMP SAVE GOLF— OR WRECK IT?

*High-level defections! Tiger Woods and Jared Kushner! Lawsuits and blacklists! Is the new LIV league a way to reward players, or the vanity project of a despot, or something else?*

By Zach Helfand

October 17, 2022

*Saudi Arabia's sovereign wealth fund is recruiting golfers for a new super-league.*  Illustrations by Miguel Porlan

☐ **Listen to this story**

▶                                        0:00 / 43:03

To hear more, download the Audm app.

When a professional golfer wants to pass along a rumor, he'll tell you that he heard it "on the range." The pro driving range conjures a serious place where serious men who abide by dress codes and honor systems tweak swing paths and spin rates, but this impression is incomplete. The range, the one location where everyone in the sport gathers, is also golf's back room. Pre-round chat may concern course conditions, or who is sleeping with whose wife. Recently,

the range has been preoccupied by one topic. Since late last year, representatives of Saudi Arabia's sovereign wealth fund, the multibillion-dollar investment vehicle for the kingdom, have been quietly recruiting players for a new super-league that they hope will rival the P.G.A. Tour. They were calling it LIV; the name derives from the Roman numeral fifty-four, to denote what they consider "a perfect score in golf," and is pronounced as in "live large." LIV life was lucrative. The Saudis, who'd devised a twelve-team league, planned to spend two billion dollars, much of that on guarantees for players. "You'd hear numbers," a longtime golf manager told me. "You'd hear 'a hundred million' a lot." Tiger Woods was said to have declined a package valued at seven to eight hundred million dollars. One line I heard often on the range this summer was that there are only three types of pro—those who've taken Saudi money, those who are thinking about taking Saudi money, and those who aren't good enough to be offered Saudi money.

Most outsiders first heard about LIV in February, from Phil Mickelson, one of the P.G.A. Tour's biggest stars and most consistent critics. "They're scary motherfuckers," Mickelson said of the Saudis, in an interview with the golf writer Alan Shipnuck. He said he viewed LIV as a vehicle for Saudi "sportswashing"—a front for the crown prince, Mohammed bin Salman, known as M.B.S., to launder his reputation. He also recognized it as useful leverage. He went on, "We know they killed Khashoggi and have a horrible record on human rights. They execute people over there for being gay. Knowing all of this, why would I even consider it? Because this is a once-in-a-lifetime opportunity to reshape how the PGA Tour operates." Shipnuck published the story on a golf Web site during the Genesis Invitational, in Los Angeles. (Observers on the range noticed that, all at once, the players stopped hitting and took out their phones to read.) Mickelson issued an apology to those he offended, to LIV's executives, and to his business partners. He began an indefinite leave from the Tour. A few golfers reached out to him and

didn't hear back. Reports surfaced that he'd accepted an offer from LIV worth roughly two hundred million dollars.

By August, when I arrived at East Lake Golf Club, in Atlanta, for the P.G.A. Tour's season-ending Tour Championship, professional golf had cleaved into warring camps. The dispute felt deeply personal. LIV gobbled up players. Tour shunned defector. Defector sued Tour. Strange occurrences were interpreted for signs of rancor: players walked in other players' lines on the green—accidental etiquette breach or intentional snubbing? Unusual penalties were levied against the LIV-leaning. I heard stories of LIV types being blacklisted at clubs in Jupiter, Florida, or run out of St. Simons Island, in Georgia.

Greg Norman, the former star player whom LIV had hired to be its C.E.O., was particularly reviled. "He lived in Jupiter for thirty-five years," a golfer told me, on the practice green. "He cannot join a golf club in our area. No one will have him." It was suggested that defectors were hard up for cash. Mickelson was known, through Shipnuck's reporting, to have gambling losses totalling tens of millions of dollars. "I think he was desperate," one old hand confided. (Mickelson has acknowledged a gambling problem but says he is financially secure.)

Generally, the players who cared most about prestige and legacy aligned with the P.G.A. Tour. Its tournaments offered history and gravitas but no guaranteed income; you earned what you won in prize money. Golfers viewed it as the American-individualist ideal—"the purest form of meritocracy," one golfer said. But the fault lines were idiosyncratic and difficult to untangle from old resentments. Whether a person stayed or left could be explained by some combination of political leaning, culture-war affiliation, sensitivity to peer pressure, and, most of all, naked self-dealing. "They don't really care what the Saudis' interest is," the old hand told me. Sometimes it was a matter of a personal grudge. Did Woods stick with the Tour to protect his records or to snub Norman? They'd been at odds since at least 2006, when Woods moved to Jupiter without

giving Norman a heads-up. (Last year, Norman sold his Jupiter spread for fifty-five million dollars to Leslie Wexner, the mogul with ties to <u>Jeffrey Epstein</u>.)

By the Tour Championship, LIV had poached enough players to be viable. It had signed a couple of stars (Dustin Johnson, reportedly for a hundred and twenty-five million dollars), some aging has-beens (Ian Poulter, twenty to thirty million), and a handful of lower-ranked players (Pat Perez, ten million, lump sum; "I got it all," he told *Golf Digest*. "It's fucking incredible"). Six more were rumored to be defecting after the tournament.

The enormous sums had a way of revealing priorities even to the players themselves. Johnson told friends he had rebuffed LIV offers until he couldn't anymore. "A lot of guys say D.J. isn't smart—he's street smart," the golfer Davis Love III said. "He told me, 'I got to a number where I'm willing to take the consequences.' " One day at East Lake, while practicing his chipping, Max Homa, a firm Tour loyalist, said that his strategy was to avoid temptation entirely. "I got an e-mail," he told me. He didn't read it. "I don't want to know. My wife told me if I got offered $x$ she'd kill me if I said no."

Loyalties could be fluid. When I asked Rory McIlroy, a prominent Tour loyalist, whether players had misled him about LIV offers, he laughed and said, "Yes. Everyone's turned quite cynical." Homa added, "It's like high school. People are lying to your face. " Reliable intelligence was essential. One needed to know whom to trust, and, if the winds shifted, when to jump, and for how much. Billy Horschel, another golfer committed to the Tour, confided that he'd cultivated a network of caddy informants, but then most of them jumped to LIV, too. The longtime manager told me, "A lot of these players are talking against LIV publicly. Privately, they're trying to get a deal." He went on, "Players are being shunned, threatened, threatened to be shunned. I thought golf was supposed to be 'We call infractions on each other, we have rules, we're gentlemen.' All of a sudden, they've turned into animals."

G olf has always been about money and power, but in Saudi Arabia it literally can with the oil. The country's first courses, and almost half its current ones, were "sand courses" improvised from the desert landscape by the Americans who helped build Aramco, the state petroleum giant. There was no grass, so golfers carried around little squares of artificial turf to hit from. A woman is said to have killed a sheep with an approach shot. (She had to pay the shepherd.) The ingenuity required just to complete a round was almost inspiring. Landmarks moved with the wind. Balls could be red. Greens were brown. Reading them was tough; camels stomped across. Putting, at least, didn't require the turf mat. To maintain the requisite firmness and speed, the greens were slicked with oil.



*LIV has been accused of "sportswashing"—being a vehicle for Mohammed bin Salman to launder his reputation. Saudi observers aren't so sure.*

Today, Saudi golf operations are within the purview of Yasir Al-Rumayyan, the governor of the wealth fund and the chairman of Aramco. Rumayyan is polite, with wavy black hair and well-cut suits. In 2015, he was running a bank when M.B.S. offered him a job as an adviser. Later, M.B.S. named him head of the fund. Terms were not discussed. "You will do it," M.B.S. said. An American

analyst who has dealt with Saudi officials told me that Rumayyan "is known as being sort of obsequious."

Under Rumayyan, the wealth fund, known as the Public Investment Fund, "became the vehicle for M.B.S.'s ambitions," the analyst said. The fund controls some six hundred billion dollars, with investments in businesses, like Live Nation (half a billion), Uber (three and a half billion), and SoftBank's Vision Fund 1 (forty-five billion). Aramco provides a large part of the P.I.F.'s liquidity. The fund operates professionally, with internal structures and board votes, but personal preferences occasionally preside. Carla DiBello, a former reality-television producer and onetime friend of Kim Kardashian turned strategic consultant, has become a go-between. Rumayyan paid more than three hundred million dollars to acquire the English soccer club Newcastle, after meeting with her aboard M.B.S.'s megayacht, Serene, in 2019. When the deal hit a snag, according to news reports, M.B.S. texted Boris Johnson personally: "We expect the English Premier League to reconsider." It did, and Newcastle supporters, thrilled with its wealthy owners, celebrated outside the stadium wearing tea towels as kaffiyehs.

In 2018, Rumayyan appointed a high-school friend, Majed Al Sorour, to be the C.E.O. of the Saudi Golf Federation. Both men are golf obsessives. (Each claims a twelve handicap.) They began asserting their presence in the golf world. At the Masters one year, according to a person familiar with the conversations, they asked about renting Augusta National's clubhouse to host a meet and greet for top golfers. "You can't just do that," the person said. Sorour, a big-biceped, aviator-wearing former soccer player, also began searching for investments. He told me recently that he'd approached the P.G.A. Tour's commissioner, Jay Monahan. "What I said to him is I have a budget of over a billion dollars that I'd like to invest in the Tour," he said. "I got no response." (Tour officials deny that they were approached with such an offer.) Eventually, the P.I.F. agreed to help bankroll the new Premier Golf League, which would have star-laden fields, three-round tournaments, shotgun starts (in which all the players start at the same time, on

different holes), and, most radically, a team format. When that fell through, in 2021, the Saudis decided to go it alone. "It is, for all intents and purposes, the same format that we devised," the P.G.L.'s founder has said.

The Saudis' budget, however, was notably bigger. M.B.S. isn't known to play golf (he prefers Call of Duty and pickup basketball), but a person who has communicated with him told me that an investment so large would typically require the board's sign-off, and M.B.S. chairs the board.

LIV's first event was in London, in June. The purse was twenty-five million dollars, the largest ever in golf. (LIV's championship, in late October, in Miami, will be double that.) The league held a launch party to introduce its teams. ("With one eye on younger fans, Fireballs has an anarchic, fun, and exciting identity which embodies golf at its wildest!" a presenter said.) Mickelson resurfaced, bearded, in a leather jacket, and looking, in his general gloominess, like a divorced dad. He played in the pro-am with Rumayyan. He was heard exclaiming, "Great shot, Your Excellency!"

The next day, Ari Fleischer, George W. Bush's former press secretary, moderated a press conference, having been hired by LIV. The golf media, by then, were in open opposition to LIV, which they viewed as the vanity project of a despot. The scene was exhilarating in its uncomfortableness—tanned men in funny pants answering moral and geopolitical questions for which they were clearly unprepared. (Earlier, Norman, when asked about the persecution of gay people in Saudi Arabia, responded, "I'm not sure whether I even have any gay friends, to be honest with you.") A golfer was asked if he'd play in a tournament hosted by Vladimir Putin. "I don't need to answer that," he said. Another, Talor Gooch, said, "I'm not that smart. I try to hit a golf ball into a small hole."

Bafflingly, defenders insisted that LIV was a kind of humanitarian organization. Mickelson said, "I have seen the good that the game of golf has done throughout history." Examples were not given. Maybe the LIV adherents were just adopting

golf's ambient self-regard. It made for some strange utterances. Graeme McDowell lamented the regrettable "Khashoggi situation," and then added, "If Saudi Arabia wanted to use the game of golf as a way for them to get to where they want to be . . . I think we're proud to help them on that journey."

T he golf establishment, with its <u>Traditions Unlike Any Other</u>, its country-club morality clauses, its doffing of the caps before the shaking of the hands, was unaccustomed to such greed and dysfunction, or, rather, to their public display. A common cry was that LIV was unfit for a gentleman's game. This is a sport whose major victories are accompanied by gauzy paeans to character. The customs recall an era of a kinder, more genteel conservatism. It would be considered crude to point out that they've also been great for business.

At East Lake, where you could visit the Comcast Business Pavilion before hitting up the corporate hospitality chalets, I spoke with Peter Cannone, the C.E.O. of Demand Science ("the official B2B sales pipeline generation sponsor of the PGA Tour"), who explained to me that advertising with the Tour was the ideal way to reach America's C-suite. Tom Fanning, the C.E.O. of Southern Company, which sponsors the Tour Championship, told me, "Golf, more than probably any other sport, is notable for behaviors and values that transcend the sport—sportsmanship, character, charity, honesty, hard work." Of LIV, he went on, "I'm not sure what ideals they represent. We don't have any interest in associating with them." Depending on one's vantage, this was either standard marketing or its own kind of reputation-laundering game. A sport that long excluded Blacks, Jews, and women, and with a standard share of avarice and misbehavior, had turned itself into the image of nobility—an ideal advertising vessel.

The Tour itself began as a breakaway league. For decades, the touring pros, among them Jack Nicklaus and Arnold Palmer, split tournament revenue with the "club pros," who gave lessons and sold merch. It was like having Aaron Judge hit against the hot-dog vender and then share the paycheck. In 1968, Nicklaus led a

rebellion. Palmer was on the fence—he made millions selling his brand of golf clubs to the club pros—but he eventually joined. (Nicklaus, who once said that golf wasn't more diverse because "Blacks have different muscles that react in different ways," and who himself does golf business in Saudi Arabia, is still held up by Tour loyalists as the paragon of the gentleman golfer.) Today, the Tour has no owners, and the golfers vote on the board. It functions as a players' collective, at least in theory.

As in any quasi democracy, the complaining began almost immediately. The players' beefs are legion: too many tournaments, too little freedom, restrictive media rights, purses too low, purses too evenly distributed, purses not evenly distributed enough, a hesitancy to take up N.F.T.s. At its heart, the grumbling concerns money and power. The stars want a bigger cut, and they probably deserve it. The rank and file, as a longtime golf writer told me, "always assume they're getting fucked over." (One agent pointed out, "I think we're on a collision course for a union.") Mickelson has claimed that the Tour is sitting on huge cash reserves that it should be giving out to players like him. (The Tour brings in about a billion and a half dollars a year, and roughly half gets disbursed as prizes and bonuses.) He has proposed cutting membership to just thirty golfers, and once spent an entire round pitching the golfer Brandel Chamblee on the idea. "He was totally oblivious to the fact that would eliminate my job," Chamblee has said. The notion wasn't new. In 1994, Greg Norman, then the world's best player, attempted to start a parallel league, comprising the top players. The P.G.A. Tour, using Norman's unpopularity, rallied to kill it; the players themselves, led by Palmer, refused to join. "I felt backstabbed," Norman said recently.

LIV offered an alternative for the stars, without whom the Tour would collapse. This was what Mickelson meant by leverage. "Someone was bound to try this," McIlroy told me. "The Tour has become quite complacent." It has mostly stuck with the same format and hasn't attracted a younger audience. Still, he went on,

"I've always thought that the changes could have been made from within, instead of, honestly, from Greg Norman having a thirty-year vendetta."

The Tour considers LIV an existential threat. "They don't want to coexist," Davis Love III told me. But the Tour has taken solace in LIV's actual product, which it views as a joke. On the range, LIV is compared to a member-guest at a mediocre country club.

Trump National Golf Club Bedminster, in New Jersey, on the week in July that it hosted LIV's third tournament, experienced an outbreak of norovirus, according to a person familiar with the club. "It's like food poisoning," the person told me. "You throw up." (A spokesperson for the club denied this account.) In Trump, LIV has found an enthusiastic partner. Trump loathes the P.G.A. of America, which had planned to hold the P.G.A. Championship, one of golf's four majors, at Bedminster this year but cancelled after January 6th. It's unclear if he knows that the P.G.A. of America and the P.G.A. Tour are separate entities. In any case, LIV scheduled two of its eight tournaments at Trump properties, including its championship, and Trump has returned the favor. "I think LIV has been a great thing for Saudi Arabia, for the image of Saudi Arabia," Trump told the *Wall Street Journal*. "The publicity they've gotten is worth billions."

Before the July tournament's first round, with hands washed, I stopped by a protest against the event, staged by families of September 11th victims. I met with Dennis McGinley, whose brother, Danny, a father of five, was an equities trader in the south tower. "I was on the phone with my brother before the second plane hit," McGinley said. "He was crying, he was praying for the people next door that were jumping out the window. I have been haunted by that for twenty-one years." He experienced LIV as a betrayal. "I just want accountability," he said.

I headed over to the course, which was lined with signs that said "DON'T BLINK" and "GOLF BUT LOUDER." LIV wants to appeal to a younger audience with a faster-

paced game. Golf being golf, the rounds still run five hours, so the league has curated the fan experience. Tournaments double as concerts; the Chainsmokers were scheduled to perform. In the "fan village," I encountered a break-dancing troupe and a clown making balloon animals.

I went looking for Ivana Trump's grave. The family had buried her on the grounds the previous week. It struck some people as strange. Who would want to spend eternity at her ex-husband's golf club? On Twitter, rumors circulated about how the property was, technically, a cemetery, which would eliminate the club's obligation to pay state property, income, and sales taxes. (NJ.com contacted tax experts who pointed out that this would be true for roughly .026 per cent of the grounds.) But the tax-shelter theory only fed other hypotheses about Trump and LIV that had made the rounds: that it was a money-laundering scheme, or that LIV was a front for Trump to share nuclear secrets with the Saudis—Julius Rosenberg with a 9-iron. In Atlanta, one high-ranked golfer pulled me aside and said, "This thing runs much deeper. Who knows what's going to come out of Mar-a-Lago, but I wouldn't be surprised if it's all intertwined." Not far from the driving range, where Trump and Rumayyan were hitting alone, I found Ivana's headstone on a parched patch of grass. It looked out over the first tee box.

Case 2:22-cv-04486-BRM-Daasel1:062-cv-04446(E42a PteifleEd:040421/12a3q Pa5geo140726
10/17/22, 6:28 PM
Will the Saudis and Donald Trump Save Golf—or Wreck It? | The New Yorker

Afterward, I followed Mickelson's group with a sportswriter. He told me that reporters in the media tent had been playing a game of "What's your number?" That is, what amount of money would compel them to quit their jobs to work for LIV? The consensus was somewhere between one and five million dollars.

The crowds were sparse. Some holes had a dozen spectators; tickets were reselling for a dollar. One perk was that you could get right up next to the golfers. It has been pointed out that LIV seems to appeal to a certain type of golfing personality —"a rogue's gallery of assholes," as the golf writer Elizabeth Nelson put it to me. There was Mickelson, and Bryson DeChambeau, who was so polarizing on the Tour that his colleague Brooks Koepka once promised free beer to fans who heckled him. Also: Koepka himself, who complained about LIV at this summer's U.S. Open, and then defected, joining DeChambeau, the day after the tournament. (When asked what had changed, he replied, "Just my opinion, man.") The golfer Patrick Reed, who has never been popular—his fellow Georgia alum Kevin Kisner once told *Golf Digest*, of Reed's college teammates, "I don't know that they'd piss on him if he was on fire"—joined, too. He subsequently sued several reporters for defamation. (One commentator mused, "LIV needs a public investment fund to sportwash its association with Patrick Reed.") An agent told me, "The Tour is milquetoast white guys. I think LIV is going for the W.W.E. model." (The W.W.E. is big in Saudi Arabia. "There's a lot of pent-up male energy," a frequent visitor to the kingdom explained.)

The energy in Bedminster was of the unpent variety. LIV, or Trump, or some combination of the two, had attracted an interesting crowd, part MAGA rally, part high-school lacrosse party. Behind the tenth green, I saw a guy watching porn on his phone. A middle-aged man wore a shirt depicting the Twin Towers wrapped in the flag and the words "20TH ANNIVERSARY, WE WILL NEVER FORGET." I asked him if it was a protest. "You're, like, the third guy to ask me that," he said, looking perplexed. "I'm just wearing it so nobody forgets."

As the weekend went on, the crowds grew in size and rowdiness. The golf did not appear to be the primary concern. Someone had on a Trump hockey jersey adorned with fake bullet holes. Another guy wore a hat painted with the image of a vape pen and the words "COME AND TAKE IT."

At the final round, on Sunday, I started to follow the lead group but heard a roar from the sixteenth tee and detoured. The hole was a par-3. The tee sat in front of the clubhouse, where Trump was holding court on a patio: Marjorie Taylor Greene, Caitlyn Jenner, Eric, Donald, Jr. Tucker Carlson showed up to belly-laugh at Trump's jokes. Rumayyan and Sorour stopped by periodically. Several hundred spectators were there, just staring. "This is actually Christmas," one said. "Pelosi for prison!" another yelled. Young women began tossing Budweisers into the crowd, prompting scuffles. Someone said, gleefully, "This would never happen on the P.G.A. Tour!" The previous day, Trump had arranged for a microphone. "You wanna do a rally?" he said. "We will make America great again! They're not doing a very good job of it right now!"

Players were still coming through and teeing off, but the crowd hardly noticed. "Where the heck's all the golf at?" someone yelled, to laughter. It was difficult to tell if the indifference owed to Trump's all-consuming presence or to the fact that the product was kind of rinky-dink. There was little of the tension that makes golf compelling. The team scores were hard to follow. The LIV names and logos—Crushers, Smash, the anarchic and fun Fireballs—were, as my colleague David Owen put it, "created by an advisory group of fourth-grade boys, apparently." LIV's chief operating officer, Atul Khosla, told me that the team names were largely provisional. The Australian pro Cameron Smith didn't care for Punch Golf Club and planned an overhaul; Mickelson had ideas for the Hy Flyers. "We view ourselves very much as a startup," Khosla said.

The players appeared to delight in the Trumpiness. As each threesome arrived at the tee, they removed their hats and shook Trump's hand. Broadly speaking,

affinity for Trump helps explain the Tour-LIV divide. Professional golfers vote Republican as reliably as any voting bloc; in 2004, *Golf Digest* polled thirty-four Tour golfers and found not one Kerry voter. But, as in the G.O.P., the Tour has its factions.

LIV appeals to the golfers who once identified with the white working class, or to the merely resentment-prone. "Guys who grew up a little hardscrabble, didn't have country clubs to play at, that fought tooth and nail to play on the Tour, they say, Look, I'm gonna get what I can get," the manager Mac Barnhardt told me. The P.G.A. Tour, meanwhile, is for the élite, the club crowd that likes to think there are things more important than money. Of course, it's easier to look down on cash grabs when your cash was grabbed for you generations ago. The savvier golfers also have images to protect; rarefied dignity sells Rolexes and lands Goldman Sachs sponsorships. Nelson, the golf writer, told me that, if LIV embodied Trumpism, "the P.G.A. Tour is not Abraham Lincoln, it's Mitch McConnell—the power structure that says, Well, I don't disapprove of élitist destructive behavior, but this is bad for business."

Exceptions can be found on both sides, and, despite the exodus, the Tour is not wanting for Trump voters. "That's what's been so satisfying—seeing these guys who had no problem with Trump torching the rule of law when it was the Constitution, all up in arms now that Trump is doing the same to their golf tour," one golf writer told me. I talked to a player (described by the writer as "to the right of Attila the Hun") who said, of Trump, "It's forced us into a very odd, odd spot. It's hard to handle. "

The final holes in Bedminster lacked any drama. Henrik Stenson won the individual competition by two strokes. A few people clapped politely. Many failed to notice at all. "It's so dope," a young man in a pink polo and a MAGA hat remarked. "There are so many hot bitches here." The Chainsmokers, citing an unspecified illness, pulled out of the post-round concert.

Trump knows from upstart sports leagues; in 1983, he paid millions for a team in the United States Football League, which collapsed two years later. Such efforts typically seem vain, even ridiculous, right up until they succeed. For every Continental Basketball Association, there is an American League. An established league is just a stunt that stuck around. The conventional wisdom is that LIV, as a sportswashing exercise, doesn't care enough about golf to establish itself. But what if this misconstrues what the Saudis want?

David Schenker, a former Assistant Secretary of State for Near Eastern Affairs, was in charge of U.S. policy and diplomacy in the Persian Gulf region from 2019 to 2021. He's also a golf nut, with a fourteen handicap. "This is the intersection of my personal and professional lives!" he told me recently, of LIV. Schenker believes that LIV is best understood in the context of Gulf geopolitics: the budding rivalry between the Saudis and the Emiratis.

M.B.S.'s stated goal is to diversify the economy and wean it from oil, a program he calls Vision 2030. The P.I.F. aims to spend forty billion dollars a year to bolster new Saudi industries—coffee production, electric cars, tech. One main objective is for Riyadh and Neom, a megacity being built on the Red Sea, to supplant Abu Dhabi and Dubai as the region's de-facto capitals. Schenker said, "There was this picture, perhaps mistakenly, that M.B.Z."—Mohammed bin Zayed, the crown prince of Abu Dhabi—"was sort of a mentor to M.B.S. But Saudi Arabia increasingly sees itself as the leader." M.B.S. has plans to double Riyadh's population in the next decade. The kingdom will require companies that conduct business with state institutions to establish a regional headquarters in the country. The problem has been that a desert with no cinemas or alcohol, and with a religious police force that harasses women, is not very attractive.

To appeal to the Dubai-inclined, M.B.S. has lifted a ban on cinemas, courted music festivals, and reined in the religious police. A ski resort is in the works. Schenker and others predict that M.B.S. will legalize drinking in some form

when he assumes the throne. The centerpiece of his plans is Neom, which he has described, privately, as Dubai but better. According to the *Wall Street Journal*, he envisioned sand that glows in the dark and an artificial moon; canals for swim-commuting have been mentioned. The project, which is expected to consume half a trillion dollars, is a money pit; according to Bloomberg, Neom's C.E.O. displays a graphic that former employees called the "wall of shame," showing department heads who failed to spend enough. But other developments, elsewhere on the Red Sea and around Riyadh, are farther along. Included in the plans is an amenity that the Saudis believe will draw wealthy Westerners: golf.

To build a grass course in the desert, the first thing you need is sand. Saudi Arabia, which now has eight grass courses, is planning to build as many as sixteen more in the next four years. Each requires ten thousand or so dump-truck loads of sweet sand, which provides a better base layer than desert marl. Over the sand goes grass; the Saudis grow heat-tolerant strains in a giant nursery outside Riyadh. Saudi Arabia is one of the most water-scarce countries in the world, so golf officials plan to irrigate the courses using recycled wastewater.

LIV serves as an advertising campaign for the new industry. "You can't deny that even the controversy has inserted the Saudi name into golf," a Saudi consultant close to the government told me. "I think they're getting exactly what they hoped for." He said that he had scheduled his first-ever golf lesson for the next day: "I'm getting with the program, as they say."

Most people who study or work with the Saudi royal family are skeptical of the sportswashing motive. One person who has been in contact with M.B.S. said that the crown prince has given up on trying to fix his reputation in the West. "He's not that naïve," the person said. After LIV's launch, Khashoggi and 9/11 have been talked about more, not less. Schenker believes that establishing Saudi Arabia as a golf destination is LIV's main aim. Joseph Westphal, the U.S. Ambassador to Saudi Arabia from 2014 to 2017, agrees. "This idea that this is sportswashing is completely ridiculous," he told me. Of course, another way of looking at the

situation is that LIV is engaging in sportswashing of a different kind, one that the Tour is familiar with. The goal isn't to clean reputations so much as to use them for profit.

A Saudi LIV executive I spoke to maintained that LIV was a legitimate business. Few outside the company see profitability as likely. "There's no way to underwrite making money on what they're doing," a person involved in the Premier Golf League talks told me. On the other hand, one persistent characteristic of P.I.F. investments is abundant optimism. "These are people who have huge ambitions," the person in contact with M.B.S. said. "The ambitions are really to make a shitload of money for the country. And also showing up the other Gulfies." But, he allowed, "maybe their ambitions aren't commensurate with reality."

Over Labor Day weekend, LIV held its next tournament, the LIV Golf Invitational Boston, at a club outside Worcester. Early in the week, I'd become friendly with a club member named Frank McNamara, a U.S. Attorney during the Reagan Administration and a father of twelve. "I'm pro-LIV and pro-

life!" he said. As Saturday's round started, he walked over with a man he wanted to introduce.

The man wore pink pants and aviators. "They called me a scary motherfucker!" he said, laughing. It was Majed Al Sorour, the C.E.O. of the Saudi Golf Federation. He had a genial bearing, but seemed bothered by some of the press coverage. Unprompted, he said to me, "We don't kill gays, I'll just tell you that." (As recently as 2020, an activist advocating for equal rights for L.G.B.T. people in the kingdom was arrested and tortured.)

I walked with Sorour up the first fairway. Compared with Bedminster, the crowds were dense. Everyone seemed excited for the golf. "At the end of the day, look at this," Sorour said, in front of the green. On the range, I'd noticed an unusual esprit de corps among the players, almost a rakishness. "They feel like pirates in a way," David Feherty, a golf analyst who jumped from NBC to LIV, told me. (Feherty, perhaps, felt like one, too. When I asked him why he'd joined, he replied, "Money.") Maybe it was the shorts—on the eve of the tournament, the players had voted overwhelmingly to ditch golf's long pants, which are required on the Tour. Sorour said he would've voted otherwise, but he didn't object. "Democracy's O.K.," he said. "Sometimes!"

Shortly before the tournament's start, the golf world had reached a tentative stasis. The remaining P.G.A. Tour stars had held a players-only meeting in August, before a tournament in Delaware; it was organized by Woods and McIlroy, who'd become convinced that the Tour's executives weren't acting forcefully enough to protect it from LIV's incursions. Woods wasn't playing, but he flew in on his Gulfstream. "It tells you how much he despises Greg Norman," the old hand told me.

Twenty-three players attended the meeting, in a conference room at the Hotel duPont. They sat around a U-shaped table. According to one attendee, a handful

Case 2:22-cv-00486-DLR Document 106 (42 Part 6) Filed 04/02/21 Page 102 of 107

were mulling LIV offers. In the course of three hours, the group went through a long slide presentation. Players asked questions, but, ultimately, everyone agreed to the plan advanced by Woods and McIlroy. Afterward, they followed up with Monahan, the P.G.A. Tour commissioner, who quickly adopted it. The top golfers committed to playing in more tournaments. The Tour agreed to add four "elevated" events with purses of twenty million dollars; to guarantee annual earnings of half a million dollars; and to expand a bonus pool that awarded millions more to the stars. All but one of the players who attended stuck with the Tour. When I talked to McIlroy after the meeting, I asked him if it had been difficult to spurn the potential for hundreds of millions from LIV. (Before LIV, he'd also declined to play in Saudi tournaments, citing moral objections.) "I'm gonna make a shit ton of money here, that's the thing!" he said.

In Massachusetts, after a round, Mickelson, who has mostly avoided interviews, told me with a smirk, "It's great that they magically found a couple hundred million. That's awesome."

The changes meant that the player exodus was likely to stabilize. Sorour and I retreated to a private suite beside the eighteenth green. He sat on a couch, his arms spread on the cushions, and said, "We have many players who want to come in now. But I need to protect my people." He felt a sense of loyalty to the early adopters. The first ten had signed before LIV had announced its launch. Another group had been ready to sign. Then Mickelson made his comments about the "scary motherfuckers," and the league, suddenly, was on the brink of folding. Sorour told me, "I called the boss"—Rumayyan—"I said, 'Everyone's walking away. Do you want to do it, or not?' " Sorour told Rumayyan he had a plan: "Get the biggest mediocres, get the ten that we have, get you and I, and let's go play for twenty-five million dollars." Rumayyan decided to press ahead and announce the launch immediately.

Sorour said the P.I.F. had funding for LIV through 2025. By then, he imagined, they would begin to cash out by selling off ownership in their twelve teams. The

franchise model is how LIV plans to recoup its investment. Sorour envisions owners building home golf courses, like a stadium for a football team. LIV had given certain players equity stakes in their teams. (Some of the reported compensation figures, such as the seven to eight hundred million allegedly offered to Woods, included equity and potential sponsorships. Of the Woods offer, Sorour said, "It's not straight-out money. I never offered him that money, not even close to that.") There have been conflicting reports about the valuations that LIV puts on its teams, which consist of four players: a hundred million, half a billion, a billion. Sorour told me it would vary by team. Outside LIV, the numbers are treated skeptically. McIlroy told me, "People have to remember, golf is a niche sport. All you're getting is four golfers. And I get it, some M.L.S. teams are worth seven hundred million dollars. But it's all tied to the economics of the league, and right now that league doesn't have any economics."

L IV's biggest problem is television rights. At the moment, it streams its events on YouTube for free. Broadcasters and streamers have consistently turned down LIV. One TV executive, citing a "long, mutually beneficial relationship with the P.G.A. Tour," told me, "Our strategy is we always want the best. LIV doesn't rise to that level." Ed Desser, a former lead negotiator for the N.B.A.'s media deals, said that LIV's reputation would drive away broadcasters, and that its audience wasn't large enough to make any significant revenue. Sorour told me, "If it was up to me, I'd make it in-house." He seemed to envision a LIV channel, like the N.F.L. Network. According to a LIV spokesperson, Jared Kushner, whose private-equity firm received two billion dollars from the P.I.F., has spoken with a broadcaster about LIV. Late last month, the golf writer Eamon Lynch reported that, after internal lobbying by Lachlan Murdoch, Fox was planning to allow LIV to buy airtime on the network. (LIV issued a statement calling the reporting "incomplete and inaccurate.")

LIV's other pressing issue is that its tournaments don't yet earn golf ranking points, making it more difficult to qualify for the majors. There was speculation that the Masters might ban LIV players. "For now, the majors are siding with the Tour, and I don't know why," Sorour said. "If the majors decide not to have our players play? I will celebrate. I will create my own majors for my players." He went on, "Honestly, I think all the tours are being run by guys who don't understand business."

Sorour got up and went to a railing overlooking the eighteenth green. It was difficult to deny that the weekend of golf had become exciting. Even Mickelson, who'd played miserably since joining LIV, walked up to the green shooting under par. "Finally," Sorour said. "Maybe he needed shorts all along." The players smiled and chatted on the course. As Harold Varner III, the latest LIV addition, had walked past the suite, Sorour leaned over the railing and shouted jokes. If nothing else, LIV had created a counterpoint to the Tour's American-individualist mythos—a sort of Saudi dream. For the players, it looked like a weekend outing among buddies.

The next day, during the final round, the individual competition went to a three-person playoff—the first in LIV history. The gallery around the green was twenty people deep. Dustin Johnson, who'd already won more than five million dollars in his first three tournaments, smoked a long eagle putt way too hard, but it banked off the back of the cup and in, for the victory. The first reaction of his defeated opponents was to burst out in laughter. Everyone was rich, happy, and having fun. ♦

*Published in the print edition of the October 24, 2022, issue, with the headline "Sand Trap."*

# NEW YORKER FAVORITES

- First she scandalized Washington. Then she became a princess.

- The meanings of <u>the Muslim head scarf</u>.

- What exactly happened between <u>Neanderthals and humans</u>?

- The unravelling of <u>an expert on serial killers</u>.

- When you eat a dried fig, you're <u>probably chewing wasp mummies, too</u>.

- The slippery scams of <u>the olive-oil industry</u>.

- Critics on the classics: our <u>1991 review of "Thelma & Louise."</u>

<u>Sign up for our daily newsletter</u> to receive the best stories from *The New Yorker*.

*<u>Zach Helfand</u> is a member of The New Yorker's editorial staff.*

# THE NEW YORKER CLASSICS

Classic pieces and hidden gems, delivered twice weekly.

**E-mail address**

**Your e-mail address**

| Sign up |
| --- |

By signing up, you agree to our <u>User Agreement</u> and <u>Privacy Policy & Cookie Statement</u>.

Read More

A-REPORTER-AT-LARGE

## IPHIGENIA IN FOREST HILLS

Anatomy of a murder trial.

**By Janet Malcolm**

ANNALS-OF-HISTORY

## THE DAY L.B.J. TOOK CHARGE

Lyndon Johnson and the events in Dallas.

**By Robert A. Caro**

A-REPORTER-AT-LARGE

## A LOADED GUN

A mass shooter's tragic past.

**By Patrick Radden Keefe**