| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>LAUREN D. DANSEY, SBN 311886<br>  ldansey@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>ROBERT C. WALTERS, *pro hac vice*<br>  rwalters@gibsondunn.com<br>SCOTT K. HVIDT, *pro hac vice*<br>  shvidt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100<br><br>JOSHUA LIPTON, *pro hac vice*<br>  jlipton@gibsondunn.com<br>KRISTEN C. LIMARZI, *pro hac vice*<br>  klimarzi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500 | JOHN B. QUINN, SBN 90378<br>  johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>  dominicsurprenant@quinnemanuel.com<br>KEVIN TERUYA, SBN 235916<br>  kevinteruya@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>ROBERT P. FELDMAN, SBN 69602<br>  bobfeldman@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000 |

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>         Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>         Defendant and Counter-Plaintiff,<br><br>   v.<br><br>LIV GOLF INC.,<br><br>         Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF MOTION FOR ISSUANCE OF LETTERS ROGATORY** |

I, Rachel S. Brass, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the State of California, as well as the United States District Court for the Northern District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP and am one of the attorneys representing Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc. in the above-styled action. Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. The requested letters rogatory seek the production of documents and deposition testimony from the designated corporate representative(s) of the Royal & Ancient Golf Club of St Andrews (the "R&A") and the DP World Tour (the "European Tour"), as well as deposition testimony from European Tour CEO Keith Pelley.

3. Upon information and belief, the R&A is incorporated in the United Kingdom as a Private Limited Company under the name R&A Trust Company (No.1), Limited Beach House, Golf Place, St Andrews, Fife, KY16 9JA (Company No. SC247045).

4. Upon information and belief, the European Tour is incorporated in the United Kingdom as Private company limited by guarantee without share capital under the name PGA European Tour with a registered office address located at European Tour Building, Wentworth Drive, Virginia Water, Surrey, GU25 4LX (Company No. 01867610).

5. Upon information and belief, Keith Pelley is a resident of the United Kingdom. *See* https://www.instagram.com/keithpelley1/?hl=en (last visited November 4, 2022).

6. Attached to this declaration as **Exhibit 1** is a Request For International Judicial Assistance (Letter Rogatory) Royal & Ancient Golf Club of St Andrews, which includes four **Attachments (A–D)**:

    **A.** The Amended Complaint (ECF No. 83);

    **B.** Request for documents from the R&A;

    **C.** Deposition topics on which R&A's Corporate Representative(s) will be examined; and

    **D.** The Protective Order (ECF No. 111).

7. Attached to this declaration as **Exhibit 2** is a Request For International Judicial Assistance (Letter Rogatory) DP World Tour (F/K/A the European Tour), which includes four **Attachments (A–D)**:

    **A.** The Amended Complaint (ECF No. 83);

    **B.** Amended request for documents from the European Tour;

    **C.** Amended deposition topics on which the European Tour's Corporate Representative(s) will be examined; and

    **D.** The Protective Order (ECF No. 111).

8. Attached to this declaration as **Exhibit 3** is a Request For International Judicial Assistance (Letter Rogatory) Keith Pelley, which includes three **Attachments (A–C)**:

    **A.** The Amended Complaint (ECF No. 83);

    **B.** Deposition topics on which Mr. Pelley will be examined; and

    **C.** The Protective Order (ECF No. 111).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on November 4, 2022, in San Francisco, California.

                                          */s/ Rachel S. Brass*
                                            Rachel S. Brass