1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6

7      PHIL MICKELSON, et al.,                      Case No.  22-cv-04486-BLF   (SVK)

8                          Plaintiffs,
                                                    **ORDER RE DISCOVERY FILINGS AT**
9              v.                                    **DKT. 142, 143**

10     PGA TOUR, INC.,                              Re: Dkt. Nos. 142, 143

11                         Defendant.

12            On November 4, 2022, the Parties filed the following items regarding discovery disputes in

13     this case:

14            •   Dkt. 142:  Defendant PGA Tour, Inc. filed a notice that the United States District

15                Court for the Southern District of New York has transferred to this Court PGA's

16                pending motion to compel compliance with subpoenas served on non-parties Public

17                Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman

18                Al-Rumayyan by stipulation of PGA, PIF, and Mr. Al-Rumayyan.  The stipulated

19                transfer also covers "any motion to quash the Subpoenas filed by PIF and/or Mr.

20                Al-Rumayyan."  Dkt. 142-5.  Together with the notice of transfer, PGA filed the

21                public, redacted version of the motion to compel.

22            •   Dkt. 143:  Plaintiffs filed a motion seeking issuance of letters rogatory to the Royal

23                & Ancient Golf Club of St. Andrews, the DP World Tour (also referred to as the

24                "European Tour"), and European Tour CEO Keith Pelley.

25            The Court orders as follows regarding Dkt. 142, PGA's notice of the motion to compel

26     transferred to this Court:

27            1.  By **November 9, 2022,** PGA must re-file the motion to compel in this Court, along

28                with an administrative motion to seal pursuant to Civil Local Rule 79-5 if

United States District Court
Northern District of California

applicable.  Any PDFs containing multiple documents must be bookmarked to identify each component document and its title or description.  The Parties are reminded to file only the necessary support in connection with any briefing on discovery issues and not to waste the time and resources of the Court or the Parties on materials that are duplicative, cumulative, or of only marginal relevance.

2.  Any response to the motion to compel and any motion to quash pertaining to the subpoenas to PIF and Mr. Al-Rumayyan due on **November 22, 2022**.

3.  PGA's reply on the motion to compel is due on **November 29, 2022**.

4.  The reply of PIF and Mr. Al-Rumayyan on the motion to quash is due on **December 2, 2022.**

5.  The Court will set a hearing if necessary.

The Court orders as follows regarding Dkt. 143, Plaintiffs' motion for issuance of letters rogatory:

1.  The Court will not rule on the motion without an indication that the Parties have met and conferred and a statement of whether the motion is opposed.  If the Parties cannot reach agreement, the dispute must be submitted as a joint submission pursuant to the undersigned's Civil and Discovery Referral Matters Standing Order. The motion at Dkt. 143 is **TERMINATED** without prejudice to Plaintiffs refiling it as a joint submission as instructed above, if necessary.

**SO ORDERED.**

Dated: November 8, 2022

SUSAN VAN KEULEN
United States Magistrate Judge