| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | MATTHEW M. MARTINO - (*pro hac vice*) |
| alauridsen@keker.com | matthew.martino@skadden.com |
| NICHOLAS S. GOLDBERG - # 273614 | One Manhattan West |
| ngoldberg@keker.com | New York, NY 10001 |
| SOPHIE HOOD - # 295881 | Telephone:    212 735 3000 |
| shood@keker.com | Facsimile:    212 735 2000 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Telephone:    415 391 5400 | PATRICK FITZGERALD - (*pro hac vice*) |
| Facsimile:    415 397 7188 | patrick.fitzgerald@skadden.com |
| | 155 North Wacker Drive |
| | Chicago, Il 60606 |
| | Telephone:    312 407 0700 |
| | Facsimile:    312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counterclaimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counterdefendant. | Case No. 5:22-cv-04486-BLF <br><br> **DEFENDANT AND COUNTER-CLAIMANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO ADJUST BRIEFING SCHEDULE FOR MOTION TO COMPEL SUBPOENA COMPLIANCE** <br><br> Judge:    Hon. Beth Labson Freeman <br> Date Filed: August 3, 2022 <br> Trial Date: January 8, 2024 |

1

Pursuant to Local Rules 6-3 and 7-11, Defendant PGA TOUR, INC. (the "TOUR") respectfully moves to adjust the briefing schedule on its motion to compel compliance with subpoenas served on third parties Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan (the "Motion to Compel"), and any motion to quash PIF and Mr. Al-Rumayyan may bring. Specifically, the TOUR requests that the Court advance the current briefing schedule by one week so that this matter can be adjudicated more quickly. Given the expedited case schedule and impending fact discovery deadlines, the TOUR's need for prompt discovery from PIF and Mr. Al-Rumayyan, and the fact that counsel for PIF and Mr. Al-Rumayyan have had the TOUR's moving papers since October 22, 2022, good cause exists to advance the briefing schedule by one week.

On November 4, 2022, the TOUR filed a notice that the United States District Court for the Southern District of New York had transferred to this Court the TOUR's Motion to Compel. Dkt. 142. On November 8, the Court entered an Order requiring the TOUR to re-file the Motion to Compel in this Court by November 9, 2022, and setting a briefing schedule. Dkt. 144. The TOUR now respectfully requests that the Court accelerate the briefing schedule as reflected in the chart below.[1]

| Event(s) | Court Ordered Date | The TOUR's Proposed Date |
|---|---|---|
| The TOUR to re-file the Motion to Compel | November 9, 2022 | No change |
| Any response to the Motion to Compel and any Motion to Quash pertaining to the subpoenas to PIF and Mr. Al-Rumayyan | November 22, 2022 | November 16, 2022 |
| The TOUR's reply in support of the Motion to Compel and response to any Motion to Quash | November 29, 2022 | November 22, 2022 |
| PIF and Mr. Al-Rumayyan's reply in support of any Motion to Quash | December 2, 2022 | November 29, 2022 |

---

[1] On November 8, 2022, Counsel for the TOUR sent an email to counsel for PIF and Mr. Al-Rumayyan asking whether they would stipulate to the TOUR's proposed modification to the briefing schedule, but they declined to do so. Declaration of Maile N. Yeats-Rowe ("Yeats-Rowe Decl.") at ¶ 2.

1    There is good cause for this modification to the briefing schedule, and no prejudice to PIF and Mr. Al-Rumayyan. *First*, a more condensed briefing schedule will permit the Motion to Compel—and any Motion to Quash that PIF and Mr. Al-Rumayyan may file—to be more quickly submitted to the Court. Swift resolution of the Motion to Compel is especially important to the TOUR in light of the expedited discovery schedule requested by Plaintiffs in this action. PIF and Mr. Al-Rumayyan's wholesale refusal to comply with the TOUR's subpoenas has already prejudiced the TOUR. Substantial completion of document production is scheduled for November 18, 2022, Dkt. 92, and PIF and Mr. Al-Rumayyan have not produced a single document—despite their counsel's assurance to the Court at the August 18, 2022, status conference that discovery from these parties would proceed "swimmingly." Yeats-Rowe Decl. ¶ 4, 7, Ex. 1.

*Second*, the condensed briefing schedule will not prejudice PIF and Mr. Al-Rumayyan, whose counsel has had access to the unredacted Motion to Compel and all supporting papers *since October 22, 2022*, when the TOUR served Plaintiffs (who share counsel with PIF and Mr. Al-Rumayyan) with the Motion to Seal filed in the Southern District of New York. That Motion to Seal included redacted and unredacted versions of the Motion to Compel and all supporting papers. Yeats-Rowe Decl. ¶ 5, 6. Accordingly, by November 16, 2022—the TOUR's proposed date for a response to the Motion to Compel—PIF and Mr. Al-Rumayyan will still have had ***three and a half weeks*** to prepare a response. Whereas under the current schedule, PIF and Mr. Al-Rumayyan will have ***four and a half weeks*** to prepare a response, and the TOUR will have only one week—over the Thanksgiving holiday—to prepare a reply. Moreover, PIF and Mr. Al-Rumayyan have been aware of the TOUR's position with respect to the subpoenas, and its intention to file the Motion to Compel, since October 10, 2022, when the parties first met and conferred over PIF and Mr. Al-Rumayyan's objections. Yeats-Rowe Decl. ¶ 3. Accordingly, under the TOUR's proposed schedule they will have had ***over six weeks*** to prepare a Motion to Quash, should they wish to file one.

For the foregoing reasons, the TOUR respectfully requests that the Court order the briefing schedule reflected in the chart above.

Dated: November 8, 2022                                          KEKER, VAN NEST & PETERS LLP

                                                          By:  /s/ *Elliot R. Peters*
                                                               ELLIOT R. PETERS
                                                               DAVID SILBERT
                                                               R. ADAM LAURIDSEN
                                                               NICHOLAS S. GOLDBERG
                                                               SOPHIE HOOD

                                                               Attorneys for Defendant
                                                               PGA TOUR, INC.


                                                               SKADDEN, ARPS, SLATE, MEAGHER
                                                               & FLOM LLP

                                                               ANTHONY J. DREYER
                                                               PATRICK FITZGERALD
                                                               KAREN M. LENT
                                                               MATTHEW M. MARTINO

                                                               Attorneys for Defendant
                                                               PGA TOUR, INC.