| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone: 212 735 3000<br>Facsimile: 212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone: 312 407 0700<br>Facsimile: 312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>PGA TOUR, INC.,<br><br>        Defendant.<br><hr>PGA TOUR, INC.,<br><br>        Counterclaimant,<br><br>  v.<br><br>LIV GOLF, INC.,<br><br>        Counterdefendant. | Case No. 5:22-cv-04486-BLF<br><br>**DECLARATION OF MAILE N. YEATS-ROWE ISO DEFENDANT AND CROSS-CLAIMANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO ADJUST BRIEFING SCHEDULE FOR MOTION TO COMPEL SUBPOENA COMPLIANCE**<br><br>Judge: Hon. Beth Labson Freeman<br>Date Filed: August 3, 2022<br>Trial Date: January 8, 2024 |

1
DECLARATION OF MAILE N. YEATS-ROWE ISO ADMINISTRATIVE MOTION TO ADJUST BRIEFING SCHEDULE FOR MOTION TO COMPEL SUBPOENA COMPLIANCE
Case No. 5:22-cv-04486-BLF

1944594

I, Maile N. Yeats-Rowe, declare as follows:

1. I am duly licensed to practice law in the State of California and am an associate with the law firm of Keker, Van Nest & Peters LLP, counsel of record for the PGA Tour, Inc. ("the TOUR") in the above-captioned matter. I submit this declaration in support of the TOUR's Administrative Motion to Adjust Briefing Schedule for Motion to Compel Subpoena Compliance (the "Administrative Motion"). I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. On November 8, 2022, I corresponded with counsel for Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Al-Rumayyan in writing regarding the TOUR's request for an adjusted briefing schedule for the TOUR's motion to compel compliance with subpoenas served on third parties PIF and Mr. Al-Rumayyan (the "Motion to Compel"). I inquired whether PIF and Al-Rumayyan would stipulate to a condensed schedule for briefing the TOUR's Motion to Compel. Counsel for PIF and Mr. Al-Rumayyan responded that they would not stipulate to the TOUR's proposed schedule, and instead offered to stipulate to a schedule that would extend the briefing schedule on both the TOUR's Motion to Compel and any Motion to Quash filed by PIF and Mr. Al-Rumayyan. I responded that the TOUR could not stipulate to such an extension in light of the expedited discovery schedule in this action.

3. On October 10, 2022, I attended a telephonic meet-and-confer with counsel for PIF and Mr. Al-Rumayyan to discuss their objections to the document and deposition subpoenas the TOUR served on them on September 22, 2022. At that meet-and-confer, and in subsequent written correspondence, counsel for the TOUR made clear that it disagreed with PIF and Mr. Al-Rumayyan's position that they were immune from jurisdiction from courts of the United States and not relevant to this action, and that the TOUR intended to file a Motion to Compel to that effect in the United States District Court for the Southern District of New York. At that meet-and-confer, and in subsequent written correspondence, counsel for PIF and Mr. Al-Rumayyan also communicated to counsel for the TOUR that they contemplated filing a Motion to Quash.

4. PIF and Mr. Al-Rumayyan have produced no documents in response to the subpoenas as of the date of this filing.

2
DECLARATION OF MAILE N. YEATS-ROWE ISO ADMINISTRATIVE MOTION TO ADJUST BRIEFING SCHEDULE FOR MOTION TO COMPEL SUBPOENA COMPLIANCE
Case No. 5:22-cv-04486-BLF

1944594

5. On October 21, 2022, the TOUR filed an *ex parte* Motion to File Under Seal in the United States District Court for the Southern District of New York, seeking to file the Motion to Compel partially under seal, in accordance with the local rules of the Southern District of New York, because that Motion contained documents designated Confidential by Plaintiff LIV Golf, Inc. ("LIV"). That Motion to File Under Seal included as exhibits redacted and unredacted versions of the Motion to Compel and all supporting documents.

6. On October 22, 2022, the TOUR served on counsel for LIV—which includes all counsel of record for PIF and Mr. Al-Rumayyan—the complete Motion to File Under Seal, including the redacted and unredacted versions of the Motion to Compel and all supporting documents.

7. Attached hereto as **Exhibit 1** are excerpted portions of the August 18, 2022, Transcript of Proceedings before the Honorable Beth Labson Freeman, United States District Judges in the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 8, 2022, San Francisco, California.

*/s/ Maile N. Yeats-Rowe*
MAILE N. YEATS-ROWE

3
DECLARATION OF MAILE N. YEATS-ROWE ISO ADMINISTRATIVE MOTION TO ADJUST BRIEFING SCHEDULE FOR MOTION TO COMPEL SUBPOENA COMPLIANCE
Case No. 5:22-cv-04486-BLF

1944594