# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION.

 4
     MICKELSON ET AL,                )  CV-22-4486-BLF
 5                                   )
                  PLAINTIFF,         )  SAN JOSE, CALIFORNIA
 6                                   )
             VS.                     )  AUGUST 18, 2022
 7                                   )
     PGA TOUR, INC.,                 )  PAGES 1-25
 8                                   )
                  DEFENDANT.         )
 9                                   )
     _____ )
10
                    TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE BETH LABSON FREEMAN
                   UNITED STATES DISTRICT JUDGE
12
                       A P P E A R A N C E S
13

14      FOR THE PLAINTIFF:     BY: ROBERT C. WALTERS
                               GIBSON DUNN
15                             2100 MCKINNEY, STE. 1100
                               DALLAS, TX 75201
16

17      FOR THE DEFENDANT:     BY:  ELLIOT PETERS
                                    SOPHIA HOOD
18                                  ERIC MACMICHAEL
                                    NICHOLAS GOLDBERG
19                             KEKER, VAN NEST & PETERS LLP
                               633 BATTERY STREET
20                             SAN FRANCISCO, CA 94111

21

22             APPEARANCES CONTINUED ON THE NEXT PAGE

23      OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                                      CERTIFICATE NUMBER 13185
24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

```
1        APPEARANCES CONTINUED:
2

3        FOR THE PLAINTIFF:      BY:  WILLIAM ROPPOLO
                                 BAKER MCKENZIE
4                                1111 BRICKELL AVE., 1700
                                 MIAMI, FL 33131
5

6        FOR THE PLAINTIFF:      BY:  DOMINIC SURPRENANT
                                 QUINN EMANUEL URQUHART & SULLIVAN
7                                865 S. FIGUEROA STREET
                                 10TH FLOOR
8                                LOS ANGELES, CA 90017

9
         FOR THE PLAINTIFF:      BY:  RACHEL S. BRASS
10                               GIBSON, DUNN & CRUTCHER LLP
                                 555 MISSION STREET
11                               SAN FRANCISCO, CA 94105

12
         FOR THE DEFENDANT:      BY:  KAREN HOFFMAN LENT
13                               SKADDEN ARPS
                                 4 TIMES SQUARE
14                               NEW YORK, NY 10036

15

16

17

18

19

20

21

22

23

24

25
```

1  ARE GOING TO BE INCREDIBLY USER-FRIENDLY. I MEAN, WE WOULD
2  VERY MUCH WELCOME EVEN A MASTER OR A MAGISTRATE AS SOME WAY TO
3  RESOLVE ANY ISSUES THAT WE HAVE.
4       BUT THERE'S JUST NO REASON IN THE WORLD THAT WORKING
5  COOPERATIVELY, WE CAN'T MAKE THIS SCHEDULE, AND DO SO IN A WAY
6  THAT MEETS YOUR HONOR'S COMMITMENT TO A MARCH 9TH SUMMARY
7  JUDGEMENT DATE AND THEN TO AN AUGUST 7TH TRIAL DATE.
8       AND WE STAND READY TO MOVE HEAVEN AND EARTH, DO WHATEVER
9  IS NECESSARY, TO REACH THAT TRIAL DATE.
10           THE COURT: ALL RIGHT. MR. WALTERS, THANK YOU.
11      MR. ROPPOLO, DO YOU JOIN IN MR. WALTER'S COMMENTS?
12           MR. ROPPOLO: YOUR HONOR, I DO. THANK YOU.
13           THE COURT: OKAY. GOOD.
14      MR. PETERS, LET ME HEAR FROM YOU.
15           MR. PETERS: THANK YOU, YOUR HONOR.
16      WHEN WE WERE BEFORE YOU JUST A WEEK AGO YESTERDAY, YOU
17  THREW OUT THIS AUGUST 7TH DATE, YOU PROPOSED THE AUGUST 7TH
18  DATE. AND WHAT YOU SAID WAS, IS IT REASONABLE, AND ARE THERE
19  CONFLICTS? AND WE UNDERSTAND THAT THE COURT MAY WANT TO MOVE
20  THIS CASE QUICKLY, WE ARE PREPARED TO COMPLY WITH THAT, BUT
21  THIS SCHEDULE, AN AUGUST 7TH TRIAL DATE, IS NOT REASONABLE, AND
22  THERE ARE CONFLICTS. AND LET ME TELL YOU WHY, AND THEN I CAN
23  MAKE SORT OF TWO PROPOSALS ABOUT HOW THE COURT MAY WANT TO
24  PROCEED, IF YOU WILL ALLOW ME TO DO THAT.
25      IT'S NOT REASONABLE, IN FIRST PART, BECAUSE WE DON'T EVEN

| | |
|---|---|
| 1 | HAVE THE OPERATIVE PLEADING.  WE WERE TOLD YESTERDAY THAT THE |
| 2 | PLAINTIFFS ARE GOING TO AMEND THEIR COMPLAINT, HOPEFULLY SOON, |
| 3 | BUT WE DON'T KNOW WHEN. |
| 4 | THEY ARE DROPPING PLAINTIFFS, BUT THERE'S 11 DIFFERENT |
| 5 | PLAINTIFFS NOW, MAYBE THERE WILL BE NINE, OR I'M NOT SURE HOW |
| 6 | MANY THERE WILL BE, AND SO THERE'S UNCERTAINTY ABOUT WHAT THE |
| 7 | PLEADING IS. |
| 8 | DOCUMENT DISCOVERY IN THIS CASE WHERE YOU ARE INVOLVING |
| 9 | NINE INDIVIDUAL PLAYERS AND YOU HAVE TO THEN HARVEST -- FIRST |
| 10 | THE PARTIES HAVE TO AGREE ON CUSTODIANS, SEARCH TERMS, HARVEST |
| 11 | ELECTRONIC DATA, REVIEW IT AND PRODUCE IT FROM A VARIETY OF |
| 12 | ENTITIES, AND AT LEAST NINE INDIVIDUAL PLAINTIFFS, THAT, AS A |
| 13 | PRACTICAL MATTER, IS TIME CONSUMING.  THEIR PROPOSED SCHEDULE, |
| 14 | I THINK THAT HAS THAT HAPPENING IN 45 DAYS.  THAT IS NOT |
| 15 | REASONABLE OR REALISTIC TO DO THAT. |
| 16 | ALSO, THEIR SECTION 1 CLAIM INVOLVES FOREIGN PARTIES.  IT |
| 17 | INVOLVES THE DP WORLD TOUR, WHICH IS LOCATED IN THE UK.  IT |
| 18 | INVOLVES THE OFFICIAL WORLD GOLF RANKINGS, WHICH IS LOCATED IN |
| 19 | THE UK.  OF COURSE LIV IS OWNED BY THE SAUDI PUBLIC INVESTMENT |
| 20 | FUND, AND WILL WANT TO TAKE DISCOVERY, I WOULD ASSUME, FROM KEY |
| 21 | DECISION MAKERS OF THE BE OWNERS OF LIV. |
| 22 | UNFORTUNATELY, SAUDI ARABIA IS NOT A SIGNATORY TO THE |
| 23 | HAGUE TREATY, SO IT'S NOT CLEAR TO ME EXACTLY HOW WE ARE GOING |
| 24 | TO DO THAT.  AND WHEN I ASKED COUNSEL YESTERDAY, WHETHER THEY |
| 25 | WERE IN A POSITION TO ACCEPT SERVICE OF THE SUBPOENA, PRODUCE |

```
1            YOUR HONOR?  THANK YOU.
2                 FOR STARTERS, WE ARE THE PLAINTIFFS, WE KNOW WHAT IT TAKES
3       TO GET TO TRIAL, AND WE WILL MOVE HEAVEN AND EARTH.  I MEAN,
4       SOME OF THESE OBJECTIONS ARE JUST NON ISSUES.
5                 THESE PLAYERS, WE ARE GOING TO WINNOW IT DOWN, BECAUSE
6       SOME PLAYERS WERE INTERESTED IN THE TRO, BUT THEY DON'T HAVE
7       MANY DOCUMENTS, THOSE ARE QUITE EASY TO DO.
8                 LIV, ITSELF, WILL BE HIGHLY COOPERATIVE AND WON'T INSIST
9       ON ANY TIME TABLES, THEY CAN SEND US THEIR REQUEST TOMORROW IF
10      THEY WANT, AND WE WILL BE UNDER WAY.  IT'S NOT GOING TO BE AN
11      ISSUE.
12                TO THE EXTENT THERE'S APPROPRIATE DISCOVERY OF THE PUBLIC
13      INVESTMENT FUND, WE WILL FIND A WAY TO COOPERATE WITH THAT.  WE
14      WOULD NEVER INSIST THAT THEY DO ANY SORT OF FORMAL SERVICE, SO
15      WE WILL FIGURE OUT A WAY TO DO THAT.  ALL OF THAT WILL COME
16      TOGETHER SWIMMINGLY.
17                YOU KNOW, IT'S PRETTY CLEAR TO ME THAT THEY LIKE TO THROW
18      AS MUCH FURNITURE IN THE WAY AND AVOID THIS TRIAL FOR AS LONG
19      AS POSSIBLE, BECAUSE IT REALLY, REALLY DOES MATTER ABOUT THE
20      STATE OF THE MARKETPLACE AND COMPETITION, AND SORT OF WHETHER
21      THESE PLAYERS CAN GET TO FREE AGENCY STATUS.  SO, YOU KNOW, WE
22      REALLY HEARD NOTHING THAT IS AN ENCUMBRANCE.
23                AS FOR THE PLEADING, IT'S NOT GOING TO CHANGE THAT MUCH,
24      WE ARE GOING TO WINNOW IT DOWN, WE ARE GOING TO RESHAPE IT
25      SLIGHTLY.  WE TOLD THEM THAT WE COULD HAVE IT TO THEM EARLY
```

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185          DATED: 8/18/22