| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>        Defendant.<br><br>PGA TOUR, INC.,<br><br>        Counterclaimant,<br><br>    v.<br><br>LIV GOLF, INC.,<br><br>        Counterdefendant. | Case No. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER ENTERING BRIEFING SCHEDULE FOR MOTION TO COMPEL SUBPOENA COMPLIANCE**<br><br>Judge:         Hon. Beth Labson Freeman<br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

1

On Defendant PGA TOUR, INC.'s (the "TOUR") motion, and good cause appearing, the Court hereby enters the following briefing schedule for the TOUR's pending motion to compel compliance with subpoenas served on third parties Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan.

| Event(s) | Date |
|---|---|
| The TOUR to re-file the Motion to Compel | November 9, 2022 |
| Any response to the Motion to Compel and any Motion to Quash pertaining to the subpoenas to PIF and Mr. Al-Rumayyan | November 16, 2022 |
| The TOUR's reply in support of the Motion to Compel and response to any Motion to Quash | November 22, 2022 |
| PIF and Mr. Al-Rumayyan's reply in support of any Motion to Quash | November 29, 2022 |

.

**IT IS SO ORDERED**

Dated:

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE