UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL MICKELSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | Case No. 22-cv-04486-BLF (SVK)<br><br>**ORDER SETTING DEADLINE FOR RESPONSE TO ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 145 |

Before the Court is PGA Tour, Inc.'s administrative motion to adjust the briefing schedule set by the Court for a motion to compel and motion to quash concerning subpoenas served by PGA on non-parties Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan (collectively, the "Third Parties"). Dkt. 145 (administrative motion); Dkt. 144 (order setting briefing schedule). The Court **ORDERS** that the Third Parties' response to PGA's administrative motion at Dkt. 145 is due by **noon on November 10, 2022.** The Court **ORDERS** PGA to immediately serve this Order on counsel for the Third Parties.

**SO ORDERED.**

Dated: November 9, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge