KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:   212 735 3000
Facsimile:   212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:   312 407 0700
Facsimile:   312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | Case No. 5:22-cv-04486-BLF <br><br> **DECLARATION OF BROOK DOOLEY IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge:   Hon. Beth Labson Freeman <br><br> Date Filed: August 3, 2022 <br><br> Trial Date: January 8, 2022 |

DECLARATION OF BROOK DOOLEY IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE
SEALED
Case No. 5:22-cv-04486-BLF

1944475

PGA TOUR, INC.,

        Counterclaimant,

  v.

LIV GOLF, INC.,

        Counterdefendant.

DECLARATION OF BROOK DOOLEY IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-cv-04486-BLF

1944475

I, Brook Dooley, declare as follows:

1. I am duly licensed to practice law in the State of California and am a partner with the law firm of Keker, Van Nest & Peters LLP, counsel of record for Defendant/Counterclaimant PGA Tour, Inc. ("the TOUR") in the above-captioned matter. I submit this declaration in support of PGA's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. Plaintiff/Counterdefendant LIV Golf, Inc. ("LIV") is the Designating Party of the information subject to the TOUR's Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

3. On October 3, 2022, counsel for LIV produced documents in response to the TOUR's First Set of Requests for Production of Documents in the above-titled caption. LIV designated certain of these documents as either "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the applicable Protective Order, Dkt. 111, in this action.

4. Exhibits 2, 14, 15, 16, 17, 18, 34, 40, and 45 to the Declaration of Brook Dooley in Support of PGA Tour's Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Compliance with Document and Deposition Subpoenas are documents produced and designated as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" by LIV in the October 3, 2022 batch of production.

5. The TOUR does not have an interest in confidential treatment of the information contained in those exhibits or highlighted in yellow in its proposed redacted Motion to Compel. The TOUR makes this request solely because LIV has designated this information as confidential under the applicable Protective Order. In compliance with its Protective Order obligations and the Civil Local Rules of this District, the TOUR files the above-mentioned exhibits provisionally under seal in order to provide LIV the opportunity to justify sealing pursuant to Civil Local Rule 79-5(f).

1

DECLARATION OF BROOK DOOLEY IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-cv-04486-BLF

1944475

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 9, 2022, San Francisco, California.

_____
BROOK DOOLEY

2
DECLARATION OF BROOK DOOLEY IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-cv-04486-BLF

1944475