| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

1

[PROPOSED] ORDER REGARDING DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-cv-04486-BLF

1944576

| | |
|---|---|
| 1 | PGA TOUR, INC., |
| 2 | Counterclaimant, |
| 3 | v. |
| 4 | LIV GOLF, INC., |
| 5 | Counterdefendant. |

2

[PROPOSED] ORDER REGARDING DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-cv-04486-BLF

1944576

The Court, having fully considered the papers and arguments presented by the parties, hereby [GRANTS/DENIES] the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Defendant/Counterclaimant PGA TOUR, INC. The following documents [will/will not] remain sealed, as follows:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality | Court's Decision |
|---|---|---|---|
| Exhibit 2 to the Dooley Declaration | Entirety | LIV Golf, Inc. | |
| Exhibit 14 to the Dooley Declaration | Entirety | LIV Golf, Inc. | |
| Exhibit 15 to the Dooley Declaration | Entirety | LIV Golf, Inc. | |
| Exhibit 16 to the Dooley Declaration | Entirety | LIV Golf, Inc. | |
| Exhibit 17 to the Dooley Declaration | Entirety | LIV Golf, Inc. | |
| Exhibit 18 to the Dooley Declaration | Entirety | LIV Golf, Inc. | |
| Exhibit 34 to the Dooley Declaration | Entirety | LIV Golf, Inc. | |
| Exhibit 40 to the Dooley Declaration | Entirety | LIV Golf, Inc. | |
| Exhibit 45 to the Dooley Declaration | Entirety | LIV Golf, Inc. | |
| Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al- | Highlighted portions | LIV Golf, Inc. | |

1

[PROPOSED] ORDER REGARDING DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-cv-04486-BLF

1944576

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality | Court's Decision |
|---|---|---|---|
| Rumayyan's Compliance with Document and Deposition Subpoenas; Memorandum of Law in Support Thereof | | | |

**IT IS SO ORDERED.**

Dated: _____     _____
  HON. SUSAN VAN KEULEN
  UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER REGARDING DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-cv-04486-BLF

1944576