KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone: 212 735 3000
Facsimile: 212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone: 312 407 0700
Facsimile: 312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,

Plaintiffs,

v.

PGA TOUR, INC.,

Defendant.

Case No. 5:22-cv-04486-BLF

**DECLARATION OF BROOK DOOLEY IN SUPPORT OF PGA TOUR INC.'S MOTION TO COMPEL PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENAS**

Courtroom: 3
Judge: Hon. Beth Labson Freeman

Date Filed: August 3, 2022

Trial Date: January 8, 2024

PGA TOUR, INC.,

       Counterclaimant,

   v.

LIV GOLF, INC.,

       Counterdefendant.

I, Brook Dooley, declare that:

1. I am an attorney, duly licensed to practice law in California, and a partner with the law firm of Keker, Van Nest & Peters LLP, counsel for Plaintiff, PGA TOUR, Inc. ("TOUR"), in the above-captioned action and in the underlying action, Jones, et al. v. PGA TOUR, Inc., Case No. 5:22-cv-04486-BLF, pending in the United States District Court for the Northern District of California. I submit this declaration in support of the TOUR's Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Compliance with Document and Deposition Subpoenas. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them under oath.

2. I have corresponded with counsel for Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Mr. Al-Rumayyan both by teleconference and in writing regarding the disputed issues, including one formal meet and confer call to address these disputed issues on October 10, 2022. Such attempts to resolve these issues were unsuccessful.

3. Attached hereto as Exhibit 1 is a true and correct copy of an article by Wael Mahdi, PIF to exceed Q2 objective with assets under management of $480bn, Arab News, dated December 13, 2021.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email from Rim Taylor to Atul Khosla regarding Project Wedge – Model Discussion, dated April 18, 2022, produced by LIV Golf, Inc. ("LIV") in the underlying litigation with the bates numbers LIV000001249-52.

5. Attached hereto as Exhibit 3 is a true and correct copy of an article by Rick Maese, Is LIV "the future of golf" – or just golf with a soundtrack? Washington Post, dated July 30, 2022.

6. Attached hereto as Exhibit 4 are excerpted portions of the August 18, 2022, Transcript of Proceedings before the Honorable Beth Labson Freeman, United States District Judges in the underlying action.

7. My partner Elliot R. Peters and I negotiated with the law firm representing PIF and Mr. Al-Rumayyan a letter agreement, pursuant to which Mr. Al-Rumayyan and PIF agreed to treat the TOUR's subpoenas, "as if the PGA Tour had personally delivered a copy of" the subpoenas to Mr. Al-Rumayyan or an officer or managing agent of PIF in the United States. Attached hereto as Exhibit 5 is a true and correct copy of the September 22, 2022, Letter Agreement re: Third Party subpoenas.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Subpoena to Testify at a Deposition in a civil action for Yasir bin Othman Al-Rumayyan, served on September 22, 2022.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Subpoena to Testify at a Deposition in a civil action for Public Investment Fund of the Kingdom of Saudi Arabia, served on September 22, 2022.

10. Attached hereto as Exhibit 8 is a true and correct copy of the PIF's homepage, https://www.pif.gov.sa/en/Pages/About-Timeline.aspx, (as of October 17, 2022).

11. Attached hereto as Exhibit 9 is a true and correct copy of the Vision 2030 homepage, https://www.vision2030.gov.sa/v2030/overview/ (as of October 17, 2022).

12. Attached hereto as Exhibit 10 is a true and correct copy of an article by Bob Harig, Golf Legend Greg Norman set to run competing tour that hopes to begin play in 2022, ESPN.com, dated October 29, 2021.

13. Attached hereto as Exhibit 11 is a true and correct copy of an article LIV Golf Outlines Plans for Next Two Years After $2 Billion Investment, Golf Channel Digital, dated May 10, 2022

14. Attached hereto as Exhibit 12 is a true and correct copy of an article by The Athletic Staff, Brooks Koepka, Abraham Ancer the latest to leave PGA Tour for LIV Golf: Reports, The Athletic.com, dated June 21, 2022.

15. Attached hereto as Exhibit 13 is a true and correct copy of an article by Jason Lemon, LIV Golf Tournament at Trump Club Sees Thin Crowds, $1 Tickets: Reports, Newsweek, dated July 30, 2022.

16. Attached hereto as Exhibit 14 is a true and correct copy of an email from Atul Khosla to Kerri Edwards regarding Deloitte Request list, dated April 5, 2022, produced by LIV in the underlying litigation with the bates numbers LIV000000661-664.

17. Attached hereto as Exhibit 15 is a true and correct copy of an email between Alhanouf Almarshad and Anna Chaldysheva regarding Updated MIC draft, dated August 15, 2022, produced by LIV in the underlying litigation with the bates numbers LIV000000793-805

18. Attached hereto as Exhibit 16 is a true and correct copy of a presentation entitled "Project Wedge, Case Comparison," dated July 2022, produced by LIV in the underlying litigation with the bates numbers LIV000000676-83.

19. Attached hereto as Exhibit 17 is a true and correct copy of a presentation entitled "League Media Strategy – Updated," dated October 1, 2021, produced by LIV in the underlying litigation with the bates numbers LIV000001858-1917.

20. Attached hereto as Exhibit 18 is a true and correct copy of an email from Kerri Edwards to Atui Khosla and others regarding Comms update for PIF/HE, dated July 10, 2022, produced by LIV in the underlying litigation with the bates numbers LIV000000950-51.

21. Attached hereto as Exhibit 19 is a true and correct copy of a LIV organizational chart, produced by LIV in the underlying litigation with the bates number LIV000000001.

22. Attached hereto as Exhibit 20 is a true and correct copy of Yasir Al Rumayyan's LinkedIn profile page: https://www.linkedin.com/in/yasiralrumayyan/?originalSubdomain=sa (as of October 17, 2022).

23. Attached hereto as Exhibit 21 is a true and correct copy of a GACI First Investment Company Offering Circular dated September 27, 2022, https://www.rns-pdf.londonstockexchange.com/rns/8852A_1-2022-9-27.pdf (as of October 17, 2022).

24. Attached hereto as Exhibit 22 is a true and correct copy of an article by Bloomberg, Saudi Arabia's PIF to Hire Tens of Staff for New York Subsidiary, dated September 20, 2022.

25. Attached hereto as Exhibit 23 is a true and correct copy of an article by Matthew Martin, Saudi Wealth Fund Plans San Francisco Office, dated February 13, 2019.

26. Attached hereto as Exhibit 24 is a true and correct copy of an article by Saeed Azhar, Saudi Sovereign Fund PIF Opens London, NY and Hong Kong Offices, Reuters, dated February 24, 2022.

27. Attached hereto as Exhibit 25 is a true and correct copy of an article by Bradley Hope, How a Reality-TV Producer Became Rainmaker to $300 Billion Saudi Fund, The Wall Street Journal, dated February 10, 2020.

28. Attached hereto as Exhibit 26 is a true and correct copy of an article by Frank Kane, A new force shaping the future of the global economy: Saudi Arabia PIF chief, Arab News, dated April 10, 2018.

29. Attached hereto as Exhibit 27 is a true and correct copy of an article by Katie Paul, Saudi wealth fund aims to nearly double size by 2020, Reuters, dated October 25, 2017.

30. Attached hereto as Exhibit 28 is a true and correct copy of a presentation for the Priority A Summit powered by FII Institute, dated September 22, 2021, https://fii-institute.org/wp-content/uploads/2022/07/FII-PRIORITY-PROGRAM-AGENDA-21.09.22-1.pdf (as of October 17, 2022).

31. Attached hereto as Exhibit 29 is a true and correct copy of a Twitter posting from the U.S. Chamber (@USChamber), dated September 18, 2022.

32. Attached hereto as Exhibit 30 is a true and correct copy of an announcement of the 2022 ABANA Achievement Award Dinner Honoring Yasir Al-Rumayyan, The Plaza Hotel, 768 Fifth Avenue, New York, N.Y., November 28, 2022, https://www.abana.co/events/all/2022-abana-achievement-award-dinner/ (as of October 17, 2022).

33. Attached hereto as Exhibit 31 is a true and correct copy of the LIV Golf, Players Directory, https://www.livgolf.com/players-directory (as of October 19, 2022).

34. Attached hereto as Exhibit 32 is a true and correct copy of the LIV Golf Invitational Series Schedule: Complete Dates, Winners, Purses, https://www.si.com/golf/news/2022-liv-golf-invitational-series-schedule-complete-dates-winners-purses (as of October 19, 2022).

35. Attached hereto as Exhibit 33 is a true and correct copy of an article by Alex Miceli, LIV Golf is Drawing Up a 2023 Schedule to Start in February and Include Events in Spain, Australia, Sports Illustrated, dated September 2, 2022.

36. Attached hereto as Exhibit 34 is a true and correct copy of an email from Chris Campbell to Greg Norman regarding Invite | Aramco team Services – New York 2021, dated September 14, 2021, produced by LIV in the underlying litigation with the bates numbers LIV000001934-39.

37. Attached hereto as Exhibit 35 is a true and correct copy of an article by Joel Beall, Another Trump property will host the latest Saudi-backed golf tournament, GolfDigest.com, dated August 29, 2022.

38. Attached hereto as Exhibit 36 is a true and correct copy of Yasir Al-Rumayyan's Responses and Objections to PGA TOUR, Inc.'s Subpoena to Testify at a Deposition, dated October 3, 2022.

39. Attached hereto as Exhibit 37 is a true and correct copy of PIF's Responses and Objections to PGA TOUR, Inc.'s Subpoena to Testify at a Deposition, dated October 3, 2022.

40. Attached hereto as Exhibit 38 is a true and correct copy of an email string between Maile Yeats-Rowe, counsel for PGA TOUR and Kevin Teruya, counsel for PIF and Mr. Al-Rumayyan, dated October 10, 2022.

41. Attached hereto as Exhibit 39 is a true and correct copy of an email string between Maile Yeats-Rowe, counsel for PGA TOUR and Dominic Surprenant counsel for PIF and Mr. Al-Rumayyan, dated October 12, 2022.

5

DECLARATION OF BROOK DOOLEY IN SUPPORT OF PGA TOUR INC.'S MOTION TO COMPEL PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENAS
Case No. 5:22-cv-04486-BLF

1944477

42. Attached hereto as Exhibit 40 is a true and correct copy of an email from Jane Macneille to Tim Taylor regarding PR slide for PIF Board deck, dated February 10, 2022, produced by LIV in the underlying litigation with the bates numbers LIV000001290-91.

43. Attached hereto as Exhibit 41 is a true and correct copy of an article by Adam Lucente, Saudi Public Investment Fund acquires shares in Amazon, Google, Uber, Al-Monitor, dated August 16, 2022.

44. Attached hereto as Exhibit 42 is a true and correct copy of an article Saudi Arabia's PIR to hire 50 staff to expand New York office: Bloomberg report, Arab News, dated September 20, 2022.

45. Attached hereto as Exhibit 43 is a true and correct copy of an article by Aya Batrawy, Saudi Arabia's triumphant week reclaims the West's embrace, AP News, dated September 26, 2022.

46. Attached hereto as Exhibit 44 is a true and correct copy of an article by Joel Beall and Dan Rapaport, The PGA Tour vs. LIV: Inside the battle between a giant that won't budge and a startup that won't stop, Golf Digest, dated August 9, 2022.

47. Attached hereto as Exhibit 45 is a true and correct copy of an email from Atul Khosia to Kerri Edwards regarding Weekly update for PIF, dated March 31, 2022, produced by LIV in the underlying litigation with the bates numbers LIV000000657-59.

48. Attached hereto as Exhibit 46 is a true and correct copy of LIV Golf, Inc press release entitled "LIV Golf announces 2023-2025 expanded event schedule with $2 billion dedicated to golf's global growth," LIVGolf.com, dated May 10, 2022.

49. Attached hereto as Exhibit 47 is a true and correct copy of an article Inside the wildest two weeks in the history of professional golf, ESPN.com, dated June 20, 2022.

50. Attached hereto as Exhibit 48 is a true and correct copy of an article by Reuters Staff, Uber raises $3.5 billion from Saudi Arabia's sovereign wealth fund, Reuters, dated June 1, 2016.

51. Attached hereto as Exhibit 49 is a true and correct copy of the relevant excerpts from LIV, Inc.'s Responses and Objections to PGA TOUR, Inc.'s First Set of Requests for Production, dated September 27, 2022.

52. Attached hereto as Exhibit 50 is a true and correct copy of an article by Zach Helfand, titled Will the Saudis and Donald Trump Save Golf—or Wreck it? NewYorker.com, published in the October 24, 2022 issue.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on November 9, 2022, in San Francisco, California.

BROOK DOOLEY