# EXHIBIT 11

# LIV Golf Outlines Plans for Next Two Years After $2 Billion Investment

By  Golf Channel Digital May 10, 2022 at 3:17 PM

LIV Golf announced Tuesday that it will host two additional tournaments in 2023 before launching its full super league in 2024, thanks to another $2 billion investment.

The eight-tournament LIV Golf Invitational Series kicks off next month outside London with a record $25 million event, including $4 million to the winner and approximately $120,000 for the last-place finisher in the 54-hole event. Because the tournament conflicts with the PGA Tour's RBC Canadian Open, any interested player had to request a release to play in the June 9-11 event. The deadline for PGA Tour commissioner Jay Monahan to grant or deny those releases was Tuesday.

Phil Mickelson, Lee Westwood and Sergio Garcia are among the players who have publicly disclosed that they requested a release. Six of the top 50 players in the world, and 19 of the top 100, have signed up for the inaugural event.

[LIV Golf CEO Greg Norman told the BBC](#) that the first event at the Centurion Golf Club will be streamed live on YouTube.

In the press release Tuesday, LIV officials said that 10 tournaments will be played in 2023, with a full 14 events scheduled for 2024 and 2025, after the breakaway tour secured $2 billion of extra funding from Saudi Arabia's Public Investment Fund. Norman defended the source of the money and told the BBC that they're looking at "decades" in the future as they look to reshape the golf landscape.

"We have a long-term vision and we're here to stay," Norman said in a statement. "We're going to grow the game, give more opportunities to play, and create a more entertaining product for fans. ... We realize it won't happen overnight, and we're excited for the opportunities LIV Golf will add to the game as we continue to grow."

# EXHIBIT 12

# Brooks Koepka, Abraham Ancer the latest to leave PGA Tour for LIV Golf: Reports

*By The Athletic Staff*

June 21, 2022 Updated 7:30 PM PDT

Brooks Koepka, a four-time major winner and former world No. 1, will leave the PGA Tour for the LIV Golf International Series, according to multiple reports on Tuesday. The PGA Tour announced Koepka withdrew from the Thursday's Travelers Championship in Connecticut and replaced by Mark Hubbard.

Abraham Ancer, No. 20 in the Official World Golf Ranking, will also join LIV, he said in an interview with Boardroom, giving the new circuit two of their highest-ranked golfers to date.

Koepka, 32, will make his LIV Golf debut in the circuit's second event next week in Oregon, the Telegraph and Sky Sports reported. He is the third major winner to join LIV since its first event, joining Bryson DeChambeau and Patrick Reed, who will also make their LIV debuts next week. Phil Mickelson, Dustin Johnson and Sergio Garcia headlined the 48-player field for the first event in Hemel Hempstead, Hertfordshire, which was won by Charl Schwartzel on June 11.

At Nos. 19 and 20 in the world, Koepka and Ancer become LIV's second- and third-ranked golfers behind Johnson (No. 16). Ancer, 31, has won once on the PGA Tour (in 2021) and finished tied for ninth at the PGA Championship in May.

Koepka most recently competed at the U.S. Open last week, finishing 55th. When asked last Tuesday if he planned to remain on the PGA Tour permanently, Koepka did not give a definitive answer, saying, "There's been no other option to this point, so where else are you going to go?"

"I wasn't playing last week," Koepka said. "I'm here. I'm here at the U.S. Open. I'm ready to play U.S. Open, and I think it kind of sucks, too, you are all throwing this black cloud over the U.S. Open. It's one of my favorite events. I don't know why you guys keep doing that.

"The more legs you give it, the more you keep talking about it."

The LIV Golf series is controversial for a number of reasons, including that it's backed by Saudi financing and will play two of its eight tournaments this year at Donald Trump-owned courses. Its massive purses — $255 million in prize money will be awarded over eight events — have now attracted eight top-50 golfers: Johnson, Koepka, Ancer, Louis Oosthuizen, DeChambeau, Kevin Na, Reed and Talor Gooch. Koepka's brother, Chase Koepka, also played in the first LIV event.

The PGA Tour responded as soon as the first LIV event teed off on June 9, suspending all current and future players who participate in the new circuit. The USGA allowed LIV golfers to play in the 2022 U.S. Open, and it seems likely they'll be able to participate in The Open Championship next month, though nothing is official as of now.

Koepka, who won back-to-back U.S. Opens in 2017 and 2018 and PGA Championships in 2018 and 2019, has not been nearly the player who was considered easily one of the top golfers in the world a few years ago. His best finish in this year's majors is 55th, where he finished at both the U.S. Open and PGA Championship after missing the cut at the Masters. He'll likely finish the year with his worst year-end world ranking since 2014.

No current top-10 golfer has joined LIV Golf. Collin Morikawa, the world No. 4 who finished tied for fifth at the U.S. Open, tweeted Tuesday he's "here to stay" on the PGA Tour.

LIV Golf's next event begins June 30 at Pumpkin Ridge Golf Club in North Plains, Ore.

*(Photo: John David Mercer / USA Today)*

https://theathletic.com/news/brooks-koepka-liv-golf/3IxStlkrHIWE/

# EXHIBIT 13

# LIV Golf Tournament at Trump Club Sees Thin Crowds, $1 Tickets: Reports



Jason Lemon    On 7/30/22 at 6:07 PM EDT

Video

Video Player is loading.

Current Time 0:00

Duration 0:00

Remaining Time 0:00

What Is LIV Golf And Why Is The PGA Rival League Controversial?

Thin crowds were reported at the Saudi-backed LIV Golf tournament taking place at former President Donald Trump's New Jersey club this weekend—with tickets reportedly being sold for as little as $1 online.

LIV Golf, which aims to rival the near century-old PGA Tour, has drawn substantial controversy due to it being financed by Saudi Arabia's Public Investment Fund. The kingdom has faced strong criticism from Democrats and Republicans alike for its documented human rights abuses, and particularly for the grisly murder of *Washington Post* contributor Jamal Khashoggi at the Saudi consulate in Istanbul in 2018.

While LIV Golf managed to attract some high-profile professional golfers, the PGA Tour barred its members from participating in the competition. Trump, however, embraced the new tournament after the PGA Tour ended its plan to host its championship at his Bedminster club following the events of January 6, 2021.



Donald Trump walks the driving range during day two of the LIV Golf Invitational at Trump National Golf Club Bedminster on Friday in New Jersey. Jared C. Tilton/LIV via Getty Images

*The New York Times* reported Friday that the crowds at the event were "thin and scant at many holes," although it also noted the "easy camaraderie" among the players. Similarly, *The Wall Street Journal* reported that many holes "had just a smattering of fans as the day progressed" on Friday. The conservative newspaper additionally reported that tickets for the event were being sold for as little as $1 on StubHub.com.

A search by *Newsweek* on Saturday afternoon showed tickets for the Sunday event at Trump's Bedminster club being sold for as little as $7 and $8 on the ticketing website. Some event tickets were going for as much as $150 as well.

"The golf itself, meanwhile, wasn't exactly supercharged—light crowds were spread across much of the vast grounds here on the first day of the tournament," the *Journal* reported.

*Golfweek*, meanwhile, described the crowd as "lively." Some attendees reportedly chanted "Four more years!" and "Let's go Brandon!" when Trump made his first appearance to tee-off at the event. "Let's go Brandon" has become a popular slogan by right-wing critics of President Joe Biden, as it stands in for "F*** Joe Biden."

Trump shrugged off criticism of the Saudi financing behind the event, saying the funders were his friends

"I've known these people for a long time in Saudi Arabia and they have been friends of mine for a long time," Trump said Thursday, according to *The Times*.

"They've invested in many American companies. They own big percentages of many, many American companies and frankly, what they are doing for golf is so great, what they are doing for the players is so great. The salaries are going to go way up," the former president said.

*Newsweek* reached out to LIV Golf for comment.

# EXHIBIT 14

EXHIBIT FILED UNDER SEAL

# EXHIBIT 15

EXHIBIT FILED UNDER SEAL

# EXHIBIT 16

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 17

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 18

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 19

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 20







Home | My Network | Jobs



## Yasir Al Rumayyan · 3rd

Governor of the Public Investment Fund (PIF) & Chairman of Saudi Aramco

-  Public Investment Fund (PIF)
-  Harvard Business School

Saudi Arabia · Contact info

500+ connections

Follow      More

## Activity

27,065 followers

+ Follow

**Yasir hasn't posted lately**
Yasir's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Public Investment Fund (PIF)**
7 yrs 2 mos

**Governor & Board Member**
May 2019 - Present · 3 yrs 6 mos

    

Home · My Network · Jobs

Sep 2015 - May 2019 · 3 yrs 9 mos



**Aramco**
6 yrs 3 mos

**Chairman Of The Board**
Sep 2019 - Present · 3 yrs 2 mos

**Board Member**
Aug 2016 - Sep 2019 · 3 yrs 2 mos



**Chairman**
Maaden
Sep 2019 - Present · 3 yrs 2 mos



**Director**
Arm
May 2018 - Present · 4 yrs 6 mos



**Chairman**
Sanabil Investments
Jul 2017 - Present · 5 yrs 4 mos

Show all 18 experiences →

## Education



**Harvard Business School**
GMP
2007 - 2007

**King Faisal University**
Accounting
1989 - 1993

## Interests

**Companies**   Schools



Arm

                                                                                           
                                                                                                                                  Home    My Network    Jobs

 **SoftBank Group Corp.**
134,571 followers

➕ Follow

Show all 13 companies →

Ad ⋯

Kathleen F., explore jobs at **Public Investment Fund** that match your skills

See jobs

### People you may know

 **Ryan Keats**
Partner at Morrison & Foerster LLP
Connect

 **Caitlin Sinclaire Blythe**
Office Managing Partner (SF) at Morrison Foerster LLP
Connect

 **Morgan Sharma**
Associate at Keker, Van Nest & Peters LLP
Connect

 **Marco Place**
Legal Secretary
Connect

**Justin Baumli**