| | |
|---|---|
| DKEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>LIV GOLF, INC.,<br><br>Counterdefendant. | Case No. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENAS**<br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br>Trial Date: January 8, 2024 |

1  Defendant PGA TOUR, INC.'s ("the TOUR") moves to compel Public Investment Fund
2  of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan to comply with the
3  document and deposition subpoenas served upon them on September 22, 2022, as narrowed by
4  the TOUR on October 12, 2022.
5  Having considered the papers submitted by counsel, the applicable law, all files and
6  records in this action, and the arguments of counsel, and good cause appearing, the Court hereby
7  GRANTS the TOUR's Motion to Compel. PIF and Mr. Al-Rumayyan are ordered to immediately
8  produce documents responsive to the document subpoenas served upon them on September 22,
9  2022, as narrowed by the TOUR on October 12, 2022, and to appear for a deposition at a date and
10 location that is mutually agreeable to the parties but no later than the close of fact discovery in
11 this case on March 3, 2023.

13 **IT IS SO ORDERED**
14 Dated:

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE