JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Non-Parties Public Investment Fund
  of the Kingdom of Saudi Arabia And His
  Excellency Yasir O. Al-Rumayyan.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF <br><br> **THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA'S AND HIS EXCELLENCY YASIR AL-RUMAYYAN' OPPOSITION TO PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO ADJUST BRIEFING SCHEDULE FOR MOTION TO COMPEL SUBPOENA COMPLIANCE** |

The Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Al-Rumayyan ("HE"), third parties to this lawsuit and the subjects of the subpoenas at issue, respectfully requests that the Court deny Defendant the PGA Tour, Inc.'s (the "Tour") Administrative Motion To Adjust Briefing Schedule For Motion to Compel Subpoena Compliance (Dkt. No. 145). PIF and HE only recently received these papers and still lack access to the unredacted versions. Advancing the schedule would be prejudicial, but PIF and HE are willing to agree to an extension.[1]

I.     **THE SUBPOENAED PARTIES WERE SERVED LATE LAST WEEK**

PIF and HE have not "had access to the unredacted [papers] since October 22, 2022." (*Id.* at 2.) On October 21, 2022, PIF and HE's counsel learned (from the media) that the Tour filed its motion to compel under seal in New York. Teruya Decl. ¶ 2, Ex. 1. Quinn Emanuel, the firm which has represented PIF and HE on the subpoena motions, contacted the Tour's counsel to request copies of the papers. *Id*. **The Tour refused to provide the papers**, stating that the filing had information designated by plaintiffs as confidential under the protective order, so the Tour was "not permitted to share this proposed under seal filing with PIF or Mr. Al-Rumayyan." *Id*. Ex. 1 at 2. The Tour stated it will provide "the redacted, public version of the TOUR's papers when they have been filed." *Id*. To this date, the Tour has not served the unredacted papers.

Counsel from Gibson Dunn then contacted the Tour "[a]s counsel for LIV Golf" to request a copy of the unredacted filings "so that LIV Golf can decide whether it will waive confidentiality designations vis-à-vis" PIF and HE. *Id*. The request was made "on behalf of LIV Golf." *Id*. The Tour provided copies of the unredacted papers, and LIV Golf proceeded to file a letter with the court to justify sealing. *See* Case No. 1:22-mc-00294-LGS, Dkt. No. 3. The court then closed the case in a sealed order. *Id*. Dkt. No. 4. For the next week, PIF and HE heard nothing. Teruya Decl. ¶ 3.

On November 3, 2022, a new case was docketed in the Southern District of New York against PIF and HE. *Id*. ¶ 4. This was the Tour's public filing of the redacted motion to compel. Counsel for the Tour contacted LIV Golf's counsel at Gibson Dunn, who directed them to Quinn Emanuel, counsel

---

[1]  PIF and HE make this appearance specially to respond to the Tour's motion only and do not waive any objections, including as to personal jurisdiction, thereby.

2

THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA'S AND HIS EXCELLENCY
YASIR AL-RUMAYYAN'S OPPOSITION TO MOTION TO ADJUST BRIEFING SCHEDULE
CASE NO. 5:22-CV-04486-BLF

for PIF and HE, who again asked when "the PGA Tour plan[s] to file and then serve its motion to compel on PIF and HE." Teruya Decl. ¶ 5, Ex. 2 at 2.  The Tour finally served PIF and HE the *redacted* version of the filing on the evening of November 3, 2022.  Teruya Decl. ¶ 5.  Again, PIF and HE still have not been served with *unredacted* versions to this day.  Id. ¶ 6.

PIF and HE have not had the filing for "ten days."  The Tour's statement to the contrary appears to be based on "share[d] counsel" between LIV Golf, PIF, and HE. Dkt. No. 145 at 3:13.  But providing the unredacted papers (filed in a since-closed lawsuit) to LIV Golf did not constitute service on HE and PIF, who, per the Tour's insistence, have not been provided with the unredacted papers.  Counsel for the Tour has known since before this discovery was served that Quinn Emanuel would be representing PIF and HE with respect to this discovery.  Although Quinn Emanuel ultimately received the unredacted versions of the filing, it has not been able to provide or discuss it with PIF or HE, and get their assistance in preparing a response, because of the Tour's insistence.  Teruya Decl. ¶ 6.

Further, it bears noting that the Local Rules in the Northern District of California provide for fourteen days to file an opposition from filing of a motion *in this District*. *See* Civ. L. R. 7-3(a).  This is consistent with the Court's order, which provides for two weeks after the Tour was ordered to "refile" its papers for the opposition deadline.  The Court should reject the Tour's attempt to modify the deadlines retroactively and contrary to the District's rules and the parties' expectations.

## II. A SHORT EXTENSION TO THE SCHEDULE IS APPROPRIATE

The Court has ordered a briefing schedule for the Tour's motion to compel and "any motion to quash."  Dkt. No. 144 at 2.  The Tour has contacted PIF and HE to request an "accommodation to the briefing schedule" that would "avoid [the Tour] having to work over Thanksgiving."  Teruya Decl. ¶ 5, Ex. 3 at 2.  Despite this stated intent, the Tour's proposed modification would have *PIF and HE* (rather than the Tour) reply immediately after Thanksgiving.  In light of the recent service and the Tour's request to not work over Thanksgiving, PIF and HE declined to agree to this modification but proposed a short extension to accommodate the Tour and avoid holiday deadlines.  *Id*.  PIF and HE's proposed schedule would also align the motion to compel and motion to quash briefing:

| Event | Court Ordered Date | Proposed Modification |
|---|---|---|
| The PGA Tour to refile the Motion to Compel | November 9, 2022 | No Change |
| PIF's and HE's Opposition to the Motion to Compel; PIF's and HE's Motions To Quash | November 22, 2022 | No Change |
| The PGA Tour's Reply Motion to Compel; The PGA Tour's Oppositions to PIF's and HE's Motions To Quash | November 29, 2022 (Reply only) | December 6, 2022 |
| PIF's and HE's Reply Motion to Quash | December 2, 2022 | December 13, 2022 |

### III. MOTIONS TO QUASH SHOULD BE CONSIDERED AND HEARD TOGETHER WITH THE MOTION TO COMPEL

PIF's and HE's proposed schedule has the advantage of keeping the motion to quash briefing in parallel with the Tour's motion to compel.  PIF and HE have been diligently working on obtaining declarations in Saudi Arabia to support their motions to quash the subpoenas.  The issues raised by the motions to quash and the motions to compel substantially overlap.  They should be heard together to ensure full consideration of the merits.  PIF's and HE's proposed schedule places the briefing in parallel to efficiently resolve these issues.

PIF and HE remain amenable to any schedule that the Court sees fit.

DATED:  November 10, 2022              Respectfully submitted,

By: _____/s/ Kevin Teruya_____
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Non-Parties Public Investment Fund of the Kingdom of Saudi Arabia And His Excellency Yasir O. Al-Rumayyan.*

5

THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA'S AND HIS EXCELLENCY YASIR AL-RUMAYYAN'S OPPOSITION TO MOTION TO ADJUST BRIEFING SCHEDULE
CASE NO. 5:22-CV-04486-BLF