JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Non-Parties Public Investment Fund of the Kingdom of Saudi Arabia And His Excellency Yasir O. Al-Rumayyan.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF<br><br>**DECLARATION OF KEVIN TERUYA IN SUPPORT OF OPPOSITION TO PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO ADJUST BRIEFING SCHEDULE FOR MOTION TO COMPEL SUBPOENA COMPLIANCE** |

I, Kevin Teruya, hereby declare and state:

1. I am an attorney duly licensed to practice law before the courts of the State of California. I am a partner in the law form Quinn Emanuel Urquhart & Sullivan, LLP, and one of the attorneys representing non-parties the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Al-Rumayyan ("HE").  Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. On October 21, 2022, I learned that the PGA Tour, Inc. had filed a new miscellaneous case under seal in the Southern District of New York naming PIF and HE as defendants when one of my associates read a news article about it online.  I contacted counsel for the PGA Tour who had been engaged in meet-and-confers on the PGA Tour's subpoenas to PIF and HE to request copies of the papers.  A true and correct copy of the this email exchange is attached as **Exhibit 1** to this declaration.

3. On October 27, 2022, I learned through a docket notification that the judge in the Southern District of New York closed the case filed by the PGA Tour in a sealed order.  Case No. 1:22-mc-00294-LGS, Dkt. No. 4.  Counsel for the PGA Tour did not contact me, and I heard nothing more until the following week.

4. On November 3, 2022, a new case naming PIF and HE as defendants was opened in the Southern District of New York by the PGA Tour.  *See* Case No. 1:22-mc-00302-LJL.  Counsel for the PGA Tour contacted an attorney at Gibson Dunn, who copied me on the email.  I again requested service of the papers, which were provided that day in redacted form.  A true and correct copy of this email exchange is attached as **Exhibit 2** to this declaration.

5. On November 8, 2022, counsel for the PGA Tour contacted me to request an expedited schedule to the motion to compel briefing ordered by the Court.  I proposed an amended schedule, which was declined.   A true and correct copy of this email exchange is attached as **Exhibit 3** to this declaration.

6. I am not aware of any service of the unredacted filing on PIF and HE.  I have not shared the unredacted version of the PGA Tour's motion to compel filing accepted on behalf of LIV Golf with PIF or HE and am not aware of anyone who has.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 10, 2022.

                                              /s/   Kevin Teruya
                                              Kevin Teruya

TERUYA DECLARATION ISO OPPOSITION TO MOTION TO ADJUST BRIEFING SCHEDULE
CASE NO. 5:22-CV-04486-BLF