# EXHIBIT 1

**Olga Musayev**

| | |
|---|---|
| **From:** | Maile Yeats-Rowe <MYeats-Rowe@keker.com> |
| **Sent:** | Saturday, October 22, 2022 8:37 PM |
| **To:** | Dansey, Lauren; Brook Dooley; Elliot Peters; David Silbert; Adam Lauridsen; Nicholas S. Goldberg; Sophie Hood; 'anthony.dreyer@skadden.com'; karen.lent@skadden.com; 'patrick.fitzgerald@skadden.com'; Eric MacMichael; Nic Marais; Thomas E. Gorman; Leo Lam; Natalie J. Young; John Keker; 'matthew.martino@skadden.com'; Eric K. Phung |
| **Cc:** | Brass, Rachel S.; Walters, Robert C.; Hvidt, Scott K.; Lipton, Joshua; Limarzi, Kristen C.; John Quinn; Dominic Surprenant; Kevin Teruya; Bob Feldman; Ryan Swindall; Olga Musayev; Teri Juarez; D Tom |
| **Subject:** | RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc. |

**[EXTERNAL EMAIL from myeats-rowe@keker.com]**

Lauren,

The Motion to Seal filed in the Southern District of New York, including all documents sought to be sealed, can be found at the below FTP link. A separate email with the password will follow.

https://sendfiles.keker.com/link/KOjTHzVkF5PdkJGRHXFLuZ

Maile

---

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

---

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Friday, October 21, 2022 5:32 PM
**To:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Brook Dooley <BDooley@keker.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; 'anthony.dreyer@skadden.com' <anthony.dreyer@skadden.com>; karen.lent@skadden.com; 'patrick.fitzgerald@skadden.com' <patrick.fitzgerald@skadden.com>; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; 'matthew.martino@skadden.com' <matthew.martino@skadden.com>; Eric K. Phung <EPhung@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL]**

Maile,

As counsel for LIV Golf, please provide us with a copy of the unredacted filings, which LIV Golf is entitled to see under the protective order, so that LIV Golf can decide whether it will waive the confidentiality designation vis-à-vis PIF and Yasir Al-Rumayyan for this purpose. This request is made on behalf of LIV Golf.

**Lauren Dansey**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

---

**From:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Sent:** Friday, October 21, 2022 3:09 PM
**To:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; epeters@keker.com; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; 'anthony.dreyer@skadden.com' <anthony.dreyer@skadden.com>; karen.lent@skadden.com; 'patrick.fitzgerald@skadden.com' <patrick.fitzgerald@skadden.com>; emacmichael@keker.com; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; 'matthew.martino@skadden.com' <matthew.martino@skadden.com>; Eric K. Phung <EPhung@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[WARNING: External Email]**

Kevin:

The PGA TOUR's proposed under seal filing in SDNY yesterday contains documents and information Plaintiffs have designated Confidential and Attorneys' Eyes Only under the Protective Order. *See* Dkt. 111. Under Paragraphs 7.2 and 7.3 of the Protective Order, we are not permitted to share this proposed under seal filing with PIF or Mr. Al-Rumayyan. We will provide you with the redacted, public version of the TOUR's papers when they have been filed. If LIV intends to waive its confidentiality designations or consent to the disclosure of their designated information to PIF and Mr. Al-Rumayyan, please advise us in writing.

With respect to the Motion to Transfer, we intend to notify the Court that PIF and Mr. Al-Rumayyan consent to the transfer and that an unopposed motion to transfer will follow our case opening papers.

Thank you,

Maile Yeats-Rowe

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Friday, October 21, 2022 8:35 AM
**To:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; 'anthony.dreyer@skadden.com' <anthony.dreyer@skadden.com>; 'karen.lent@skadden.com' <karen.lent@skadden.com>; 'patrick.fitzgerald@skadden.com' <patrick.fitzgerald@skadden.com>; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; 'matthew.martino@skadden.com' <matthew.martino@skadden.com>; Eric K. Phung <EPhung@keker.com>
**Cc:** 'Brass, Rachel S.' <RBrass@gibsondunn.com>; 'Dansey, Lauren' <LDansey@gibsondunn.com>; 'Walters, Robert C.' <RWalters@gibsondunn.com>; 'Hvidt, Scott K.' <SHvidt@gibsondunn.com>; 'Lipton, Joshua' <JLipton@gibsondunn.com>; 'Limarzi, Kristen C.' <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

[EXTERNAL]

Maile,

We saw the PGA Tour filed a miscellaneous case under seal in SDNY yesterday.

Please email a copy of the filings to us.

Regarding the agreement to transfer from SDNY to Judge Freeman as below, do you have a proposed stipulation? Please let us know.

Thank you.

Regards,
Kevin

**Kevin Teruya**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3226 Direct
213-443-3000 Main Office Number
213-443-3100 Fax

kevinteruya@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Kevin Teruya
**Sent:** Wednesday, October 12, 2022 4:44 PM
**To:** 'Maile Yeats-Rowe' <MYeats-Rowe@keker.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

Maile,

We confirm we agree on behalf of PIF and HE Yasir Al-Rumayyan to having any motion by the PGA Tour to compel compliance with the subpoenas transferred from SDNY to Judge Freeman, so long as the PGA Tour agrees any motion by PIF and HE to quash the subpoenas would be transferred from SDNY to Judge Freeman as well. We understand the PGA Tour agrees, per the below email.

Thank you.

Regards,
Kevin


**Kevin Teruya**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3226 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
kevinteruya@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Maile Yeats-Rowe [mailto:MYeats-Rowe@keker.com]
**Sent:** Wednesday, October 12, 2022 2:14 PM
**To:** Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL EMAIL from myeats-rowe@keker.com]**

Hi Dominic,

Thank you for this response, but can you confirm that it is PIF and Mr. Al-Rumayyan who consent to the transfer of any motion to compel to Judge Freeman, rather than LIV? If so, the Tour agrees that any motion to quash may also be so transferred.

Thank you,
Maile

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

**From:** Dominic Surprenant <dominicsurprenant@quinnemanuel.com>
**Sent:** Tuesday, October 11, 2022 9:22 AM
**To:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Bob Feldman

<bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** FW: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL]**

**Dominic Surprenant // Quinn Emanuel**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
310.699.1600 Cell
213.443.3166 Office (direct line)
ds@quinnemanuel.com

**From:** Dominic Surprenant
**Sent:** Monday, October 10, 2022 9:11 PM
**To:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

Hi Maile,

Hi Maile,

LIV Golf is agreeable to having a motion to compel by the PGA Tour, assuming it files one, transferred from SDNY to Judge Freeman, so long as you agree that a motion to quash by LIV Golf would be transferred as well.  Let me know if you have any questions.

Thanks

Dominic


**Dominic Surprenant // Quinn Emanuel**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
310.699.1600 Cell
213.443.3166 Office (direct line)
ds@quinnemanuel.com

**From:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Sent:** Monday, October 10, 2022 7:19 PM
**To:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL EMAIL from myeats-rowe@keker.com]**

Counsel,
Thank you for meeting this morning regarding your objections to our subpoenas to Mr. Al-Rumayyan and PIF.

From that discussion, we understand your positions to be that 1) no court in the United States has jurisdiction over PIF or Mr. Al-Rumayyan for purposes of enforcing our subpoenas; 2) sovereign immunity and principles of international comity bar compulsory production from PIF and Mr. Al-Rumayyan in response to our subpoenas; and 3) the subpoenas are not enforceable under Rule 45's 100-mile rule because neither PIF nor Mr. Al-Rumayyan regularly transacts business in or near New York City.

We further understand your position to be that neither PIF nor Mr. Al-Rumayyan are relevant in any way to the TOUR's defenses or claims in this litigation.

Though you noted that PIF and Mr. Al-Rumayyan would consider voluntary production of certain categories of documents, you did not agree to produce a single set of documents in response to our requests, or even propose a narrowed scope for any of those requests despite meeting for over an hour. You have also not agreed to produce Mr. Al-Rumayyan or a representative of PIF for a deposition.

As discussed, we are waiting to hear further as to 1) whether you agree to transfer any action enforcing these subpoenas from SDNY to NDCA; 2) whether there is any category of documents that you are willing to produce and whether you will produce witnesses on any of the topics in our deposition subpoena to PIF; and 3) whether PIF and Mr. Al-Rumayyan are willing to waive their objections to personal jurisdiction and sovereign immunity for purposes of enforcing an agreement over narrowed discovery requests.

Please provide us your responses on these issues as soon as possible, and no later than noon pacific time on Tuesday, October 11. Your refusal to produce a single responsive document or commit to producing a witness in response to our deposition subpoena already threatens to prejudice the TOUR and disrupt the condensed case schedule you requested.

Regards,
Maile

**Maile Yeats-Rowe**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

---

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Saturday, October 8, 2022 1:46 PM
**To:** Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** Re: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL]**

Brook,

As part of the below discussion, we would like to also meet and confer over our related motions to quash. Thank you in advance.

Regards,
Kevin

> On Oct 6, 2022, at 5:00 PM, Kevin Teruya <kevinteruya@quinnemanuel.com> wrote:
>
> Brook,
>
> That sounds good. Dominic, Ryan, and I plan to join.
>
> Regards,
> Kevin
>
>> **From:** Brook Dooley <BDooley@keker.com>
>> **Sent:** Thursday, October 6, 2022 4:46 PM
>> **To:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com;

karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL EMAIL from bdooley@keker.com]**

Thanks, Kevin. Let's plan on 8:00 PT on Monday morning.

We can send the invite. Who from your team will be joining?

Brook

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Thursday, October 6, 2022 4:23 PM
**To:** Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL]**

Brook,

We have a conflict on Monday from 9:00 to 9:45 or so. But we are available on Monday at 8:00 or 11:00 PT.

Please let us know if we could schedule for one of those times. Thank you in advance.

Regards,
Kevin

**From:** Brook Dooley <BDooley@keker.com>
**Sent:** Thursday, October 6, 2022 4:16 PM
**To:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL EMAIL from bdooley@keker.com]**

Thanks, Kevin

Could we do 9:00 PT on Monday instead?

Brook

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Thursday, October 6, 2022 3:25 PM
**To:** Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL]**

Brook,

We are available on Monday at 10 am Pacific Time to meet and confer regarding the below responses and objections.  Please let us know if you are available at that time.  Thank you.

Regards,
Kevin


**Kevin Teruya**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3226 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
kevinteruya@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


**From:** Brook Dooley <BDooley@keker.com>
**Sent:** Wednesday, October 5, 2022 5:43 PM
**To:** Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL EMAIL from bdooley@keker.com]**


Counsel for Mr. Al-Rumayyan and PIF:

Please let us know times that you are available tomorrow or Friday to meet and confer regarding Mr. Al-Rumayyan's and PIF's responses and objections to the PGA TOUR's deposition and document subpoenas.

Thank you

Brook

**Brook Dooley**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
415 773 6639 office | 510 384 7166 mobile
bdooley@keker.com | vcard | keker.com
Pronouns:  he | him | his

**From:** Ryan Swindall <ryanswindall@quinnemanuel.com>
**Sent:** Monday, October 3, 2022 5:26 PM
**To:** Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Brook Dooley <BDooley@keker.com>; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

[EXTERNAL]

Dear Counsel,

Please find attached:

1. Non-Party Public Investment Fund of Kingdom of Saudi Arabia's Responses and Objections to PGA Tour, Inc.'s Subpoena to Testify at a Deposition;
2. Non-Party Public Investment Fund of Kingdom of Saudi Arabia's Responses and Objections to PGA Tour, Inc.'s Subpoena to Produce Documents;
3. Non-Party His Excellency Yasir Al-Rumayyan's Responses and Objections to PGA Tour, Inc.'s Subpoena to Testify at a Deposition; and
4. Non-Party His Excellency Yasir Al-Rumayyan's Responses and Objections to PGA Tour, Inc.'s Subpoena to Produce Documents.

Thank you,
Ryan Swindall

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.