# EXHIBIT 2

# Olga Musayev

| | |
|---|---|
| **From:** | Kevin Teruya |
| **Sent:** | Thursday, November 3, 2022 11:32 PM |
| **To:** | 'Maile Yeats-Rowe'; Elliot Peters |
| **Cc:** | John Quinn; Walters, Robert C.; Nicholas S. Goldberg; Eric K. Phung; Dominic Surprenant; Olga Musayev; Ryan Swindall |
| **Subject:** | RE: SDNY Motion to Compel |
| **Attachments:** | 13718663_1_Stipulation and Proposed Order re Transfer (SDNY).DOCX |

Maile,

Attached are our revisions.

Please let us know if you have any questions. Thank you.

Regards,
Kevin

**Kevin Teruya**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3226 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
kevinteruya@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Maile Yeats-Rowe [mailto:MYeats-Rowe@keker.com]
**Sent:** Thursday, November 3, 2022 4:28 PM
**To:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric K. Phung <EPhung@keker.com>
**Subject:** RE: SDNY Motion to Compel

**[EXTERNAL EMAIL from myeats-rowe@keker.com]**

Counsel,

Please find attached a draft Letter to the Court and accompanying Stipulation and Proposed Order transferring the motion to compel to the Northern District of California. Please let us know if you consent to the stipulation, and whether we should update the signature block.

1

The motion to compel was filed in paper on Friday, October 28, in accordance with SDNY rules. Due to apparently slow mechanics at SDNY dealing with under seal case opening documents, the docket was just opened today and the motion itself has not yet posted. We will serve the public, redacted version of the MTC today, as LIV has not indicated whether they will waive confidentiality as to PIF and Mr. Al-Rumayyan.

We would like to file the Letter and Stipulation as soon as the motion to compel posts to the docket.

Regards,

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

---

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Thursday, November 3, 2022 4:06 PM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Eric K. Phung <EPhung@keker.com>
**Subject:** Re: SDNY Motion to Compel

> Elliot,
>
> We represent PIF and HE in connection with the PGA Tour's motion to compel. Reed sent a letter to the court on behalf of LIV Golf only re the sealing of its confidential information.
>
> Per the prior emails, we agreed to the transfer of the PGA Tour's motion to compel to Judge Freeman, and the PGA Tour agreed to the same transfer of PIF's and HE's motions to quash.
>
> With the above understanding, please send the proposed stipulation for our review.
>
> When does the PGA Tour plan to file and then serve its motion to compel on PIF and HE? We will accept service on their behalf.
>
> Kevin
>
> On Nov 3, 2022, at 3:41 PM, Elliot Peters <EPeters@keker.com> wrote:
>
> [EXTERNAL EMAIL from epeters@keker.com]
>
>> To review and approve a stip transferring Mo to Compel from SDNY to ND Cal, as already agreed

Get Outlook for iOS

**From:** Elliot Peters <EPeters@keker.com>
**Sent:** Thursday, November 3, 2022 3:39:40 PM
**To:** John Quinn <johnquinn@quinnemanuel.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Eric K. Phung <EPhung@keker.com>
**Subject:** Re: SDNY Motion to Compel

John and Kevin,
Please reach out so we can arrange a stip. If you won't stip, please tell me so. I am free starting tmw at 8:30. I await your call.
Elliot

Get Outlook for iOS

**From:** John Quinn <johnquinn@quinnemanuel.com>
**Sent:** Thursday, November 3, 2022 3:35:31 PM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Eric K. Phung <EPhung@keker.com>
**Subject:** Re: SDNY Motion to Compel

Elliot, what exactly do you need from us?


**John B. Quinn**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| Telephone: | 213-443-3000 |
| Mobile/WhatsApp: | 213-327-8182 |
| E-mail: | johnquinn@quinnemanuel.com |
| Web: | www.quinnemanuel.com |
| Twitter: | @jbqlaw |
| Podcast: | www.law-disrupted.fm |
| Web: | www.johnbquinn.com |



*"Victory is not gained by the men at arms, who manage the pike and sword; but by the trumpeters, drummers and musicians of the army."*

*David Hume*

> On Nov 4, 2022, at 6:52 AM, Elliot Peters <epeters@keker.com> wrote:

3

**[EXTERNAL EMAIL from epeters@keker.com]**

Okay, but Brodsky at GDC in NYC already sent a letter to the Court in SDNY about this.  Please tell me who to deal with.  We would like to get this stipulation about transfer on file tomorrow.
Thanks.
Elliot

**Elliot R. Peters**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2273 direct | 415 391 5400 main
epeters@keker.com | vcard | keker.com

**From:** Walters, Robert C. <RWalters@gibsondunn.com>
**Sent:** Thursday, November 3, 2022 2:50 PM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** B. Quinn John Esq. <johnquinn@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>
**Subject:** Re: SDNY Motion to Compel

[EXTERNAL]

Elliot,

   I've copied John and Kevin on this.  I know you've been dealing with them on these issues.  It would be best if you continued to do so for continuity.  I haven't been close to this.

      Thanks.   Rob


**Rob Walters**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

On Nov 3, 2022, at 4:04 PM, Elliot Peters <EPeters@keker.com> wrote:


**[WARNING: External Email]**
Hi Rob,
Hoping you are well.
We are trying to effectuate the parties' agreement to transfer our motion to compel subpoena compliance from PIF and AL Rumayyan from SDNY to NDCal.  I called and texted Reid Brodsky in your NY office but didn't hear back.  Can you help arrange for

4

some appropriate person to receive and review our proposed stipulation, so we can then present it to Judge Liman in SDNY, get the motion transferred and move forward? This is taking too long.
Thanks.
Best,
Elliot

**Elliot R. Peters**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2273 direct | 415 391 5400 main
epeters@keker.com | vcard | keker.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.