# EXHIBIT 3

**Olga Musayev**

| | |
|---|---|
| **From:** | Maile Yeats-Rowe <MYeats-Rowe@keker.com> |
| **Sent:** | Wednesday, November 9, 2022 1:13 AM |
| **To:** | Kevin Teruya; Olga Musayev; Elliot Peters |
| **Cc:** | John Quinn; Walters, Robert C.; Nicholas S. Goldberg; Eric K. Phung; Dominic Surprenant; Ryan Swindall |
| **Subject:** | RE: SDNY Motion to Compel |

**[EXTERNAL EMAIL from myeats-rowe@keker.com]**

Kevin,

We do not agree with your proposal to further delay the adjudication of our motion and this critical discovery. We served a copy of our motion papers on both Quinn Emanuel and Gibson Dunn, which are both counsel for PIF and Mr. Al-Rumayyan, on October 22. We informed you even before then that we would be moving to compel. Your clients have been stonewalling this discovery for months, despite promising the Court that you would cooperate and that discovery from PIF would go "swimmingly." You've had several weeks to prepare your opposition to our motion and any motion to quash, and there is no good faith basis for any further delay. We will be moving the Court for an accelerated briefing schedule.

Thanks,
Maile

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Tuesday, November 8, 2022 6:07 PM
**To:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric K. Phung <EPhung@keker.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>
**Subject:** RE: SDNY Motion to Compel

**[EXTERNAL]**

Maile,

We were served with a redacted copy of the PGA Tour's motion to compel on Thursday evening, and under the local rules, our opposition is due 14 days after the filing of the PGA Tour's motion to compel in N.D. Cal. (which the PGA Tour has not yet filed), which is consistent with the Court's scheduling order. In addition, an amended schedule must also

1

include the briefing on our motions to quash, which should be considered and heard at the same time as the PGA Tour's motion to compel, which is again consistent with the Court's scheduling order.

Given the above facts, we do not agree to advance the due date for our opposition brief, but we would agree to an amended schedule as follows:

- PGA Tour's motion to compel:  **November 9, 2022** [per the Court's order]
- PIF and HE's opposition to PGA Tour's motion to compel; PIF's and HE's motions to quash:  **November 22, 2022** [per the Court's order]
- PGA Tour's reply in support of its motion to compel; PGA Tour's oppositions to PIF's and HE's motions to quash:  **December 6, 2022**
- PIF's and HE's replies in support of their motions to quash:  **December 13, 2022**
- The parties stipulate that the PGA Tour's motion to compel and PIF's and HE's motions to quash should be heard together, to the extent the Court sets a hearing.

Please let us know if the PGA Tour would agree to the above schedule.  We are happy to discuss as well.  Thank you.

Regards,
Kevin


**Kevin Teruya**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3226 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
kevinteruya@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Maile Yeats-Rowe [mailto:MYeats-Rowe@keker.com]
**Sent:** Tuesday, November 8, 2022 1:24 PM
**To:** Olga Musayev <olgamusayev@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric K. Phung <EPhung@keker.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>
**Subject:** RE: SDNY Motion to Compel

[EXTERNAL EMAIL from myeats-rowe@keker.com]

Kevin,

We write to request an accommodation on the briefing schedule on the Motion to Compel re PIF, which we suspect will not burden your team, and will avoid ours having to work over Thanksgiving.

2

As you have likely seen, the Court just issued an order setting a briefing schedule for the TOUR's motion to compel subpoena compliance from PIF and Mr. Al-Rumayyan in the N.D Cal. action. As a courtesy, in light of both the Thanksgiving holiday, the expedited discovery schedule, and the fact that you have had our papers for ten days already, we would ask that you consider stipulating to the following schedule, which has your opposition due earlier and our response due before Thanksgiving, instead of right afterwards. This schedule would also get the matter fully submitted more quickly:

Response to the motion to compel: **November 16, 2022**
Reply in support of the motion to compel: **November 22, 2022**

Please let us know at your earliest convenience if you will agree to this stipulation. If not, we intend to seek that relief from the Court.

Thanks for considering,

Maile

---

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

---

**From:** Maile Yeats-Rowe
**Sent:** Friday, November 4, 2022 2:02 PM
**To:** Olga Musayev <olgamusayev@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric K. Phung <EPhung@keker.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>
**Subject:** RE: SDNY Motion to Compel

Thanks Olga. We've corrected the signature block issue and will have this on file shortly.

---

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

---

**From:** Olga Musayev <olgamusayev@quinnemanuel.com>
**Sent:** Friday, November 4, 2022 12:36 PM
**To:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Nicholas S.

Goldberg <NGoldberg@keker.com>; Eric K. Phung <EPhung@keker.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>
**Subject:** RE: SDNY Motion to Compel

[EXTERNAL]

Maile,

Please see attached our minor edits to the stipulation.  We were unable to change our signature block without also changing yours, which appears to autopopulate.  Once that issue is resolved, and assuming no other edits, it's fine with us to file.

Thanks,
Olga

**From:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Sent:** Friday, November 4, 2022 1:13 PM
**To:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric K. Phung <EPhung@keker.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>
**Subject:** RE: SDNY Motion to Compel

**[EXTERNAL EMAIL from myeats-rowe@keker.com]**

Thank you Kevin. We've made some revisions to one of the paragraphs you added, but have otherwise accepted your edits. Please let us know if this is ok to file.

Maile

---

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Friday, November 4, 2022 5:45 AM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; John Quinn <johnquinn@quinnemanuel.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric K. Phung <EPhung@keker.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>
**Subject:** Re: SDNY Motion to Compel

Elliot,
I am admitted.  Thank you.

Regards,
Kevin

On Nov 4, 2022, at 5:32 AM, Elliot Peters <EPeters@keker.com> wrote:

**[EXTERNAL EMAIL from epeters@keker.com]**

Kevin,
Are you admitted in SDNY? If not, should someone else who is sign this for your side? I am admitted in NY and SDNY.
Thx
Elliot

Get Outlook for iOS

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Thursday, November 3, 2022 8:32:27 PM
**To:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Elliot Peters <EPeters@keker.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric K. Phung <EPhung@keker.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>
**Subject:** RE: SDNY Motion to Compel

**[EXTERNAL]**

Maile,

Attached are our revisions.

Please let us know if you have any questions. Thank you.

Regards,
Kevin

**Kevin Teruya**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3226 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
kevinteruya@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Maile Yeats-Rowe [mailto:MYeats-Rowe@keker.com]
**Sent:** Thursday, November 3, 2022 4:28 PM
**To:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Eric K. Phung <EPhung@keker.com>
**Subject:** RE: SDNY Motion to Compel

**[EXTERNAL EMAIL from myeats-rowe@keker.com]**

Counsel,

Please find attached a draft Letter to the Court and accompanying Stipulation and Proposed Order transferring the motion to compel to the Northern District of California. Please let us know if you consent to the stipulation, and whether we should update the signature block.

The motion to compel was filed in paper on Friday, October 28, in accordance with SDNY rules. Due to apparently slow mechanics at SDNY dealing with under seal case opening documents, the docket was just opened today and the motion itself has not yet posted. We will serve the public, redacted version of the MTC today, as LIV has not indicated whether they will waive confidentiality as to PIF and Mr. Al-Rumayyan.

We would like to file the Letter and Stipulation as soon as the motion to compel posts to the docket.

Regards,

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Thursday, November 3, 2022 4:06 PM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Eric K. Phung <EPhung@keker.com>
**Subject:** Re: SDNY Motion to Compel

Elliot,

We represent PIF and HE in connection with the PGA Tour's motion to compel. Reed sent a letter to the court on behalf of LIV Golf only re the sealing of its confidential information.

6

Per the prior emails, we agreed to the transfer of the PGA Tour's motion to compel to Judge Freeman, and the PGA Tour agreed to the same transfer of PIF's and HE's motions to quash.

With the above understanding, please send the proposed stipulation for our review.

When does the PGA Tour plan to file and then serve its motion to compel on PIF and HE? We will accept service on their behalf.

Kevin

On Nov 3, 2022, at 3:41 PM, Elliot Peters <EPeters@keker.com> wrote:

[EXTERNAL EMAIL from epeters@keker.com]

To review and approve a stip transferring Mo to Compel from SDNY to ND Cal, as already agreed

Get Outlook for iOS

**From:** Elliot Peters <EPeters@keker.com>
**Sent:** Thursday, November 3, 2022 3:39:40 PM
**To:** John Quinn <johnquinn@quinnemanuel.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Eric K. Phung <EPhung@keker.com>
**Subject:** Re: SDNY Motion to Compel

John and Kevin,
Please reach out so we can arrange a stip. If you won't stip, please tell me so. I am free starting tmw at 8:30. I await your call.
Elliot

Get Outlook for iOS

**From:** John Quinn <johnquinn@quinnemanuel.com>
**Sent:** Thursday, November 3, 2022 3:35:31 PM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Eric K. Phung <EPhung@keker.com>
**Subject:** Re: SDNY Motion to Compel

Elliot, what exactly do you need from us?

**John B. Quinn**
**Quinn Emanuel Urquhart & Sullivan LLP**

|  |  |
|---|---|
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, CA 90017 |
| Telephone: | 213-443-3000 |
| Mobile/WhatsApp: | 213-327-8182 |
| E-mail: | johnquinn@quinnemanuel.com |
| Web: | www.quinnemanuel.com |
| Twitter: | @jbqlaw |
| Podcast: | www.law-disrupted.fm |
| Web: | www.johnbquinn.com |



*"Victory is not gained by the men at arms, who manage the pike and sword; but by the trumpeters, drummers and musicians of the army."*

*David Hume*

On Nov 4, 2022, at 6:52 AM, Elliot Peters <epeters@keker.com> wrote:

**[EXTERNAL EMAIL from epeters@keker.com]**

Okay, but Brodsky at GDC in NYC already sent a letter to the Court in SDNY about this.  Please tell me who to deal with.  We would like to get this stipulation about transfer on file tomorrow.
Thanks.
Elliot

**Elliot R. Peters**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2273 direct | 415 391 5400 main
epeters@keker.com | vcard | keker.com

**From:** Walters, Robert C. <RWalters@gibsondunn.com>
**Sent:** Thursday, November 3, 2022 2:50 PM
**To:** Elliot Peters <EPeters@keker.com>
**Cc:** B. Quinn John Esq. <johnquinn@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>
**Subject:** Re: SDNY Motion to Compel

[EXTERNAL]

Elliot,

    I've copied John and Kevin on this.  I know you've been dealing with them on these issues.  It would be best if you continued to do so for continuity.  I haven't been close to this.

8

Thanks.  Rob

**Rob Walters**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Dallas, TX 75201
Tel +1 214.698.3114 • Cell +1 214.727.2466
RWalters@gibsondunn.com • www.gibsondunn.com

On Nov 3, 2022, at 4:04 PM, Elliot Peters <EPeters@keker.com> wrote:


**[WARNING: External Email]**

Hi Rob,
Hoping you are well.
We are trying to effectuate the parties' agreement to transfer our motion to compel subpoena compliance from PIF and AL Rumayyan from SDNY to NDCal.  I called and texted Reid Brodsky in your NY office but didn't hear back.  Can you help arrange for some appropriate person to receive and review our proposed stipulation, so we can then present it to Judge Liman in SDNY, get the motion transferred and move forward?  This is taking too long.
Thanks.
Best,
Elliot

---

**Elliot R. Peters**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2273 direct | 415 391 5400 main
epeters@keker.com | vcard | keker.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.