UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL MICKELSON, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>   Defendant. | Case No. 22-cv-04486-BLF  (SVK)<br><br>**ORDER ON PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO ADJUST BRIEFING SCHEDULE ON SUBPOENA MOTIONS**<br><br>Re: Dkt. No. 145 |

Having reviewed PGA Tour, Inc.'s administrative motion to adjust the briefing schedule previously set by the Court on motions relating to subpoenas PGA served on non-parties Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan (collectively, the "Third Parties") (Dkt. 145) and the Third Parties' response to the administrative motion (Dkt. 149-150), the Court **ORDERS** that the briefing schedule be modified as follows and that the briefing comply with the following additional requirements, which reflect the anticipated overlap of issues between those raised in PGA's motion to compel and those to be raised in the Third Parties' forthcoming motion to quash:

| Item | Existing Deadline (*see* Dkt. 144) | New Deadline | Additional Requirements |
|---|---|---|---|
| Third Parties' response to PGA's motion to compel and Third Parties' motion to quash | 11/22/22 | No change | The Third Parties' response to the motion to compel and their motion to quash will be set forth in a **combined brief not to exceed 25 pages** |
| PGA's reply on motion to compel and opposition to motion to quash | 11/29/22 | 12/2/22 | PGA's reply on the motion to compel and its opposition to the motion to quash will be set forth in a **combined brief not to exceed 20 pages** |

| Third Parties' reply on motion to quash | 12/2/22 | 12/6/22 | Not to exceed 10 pages |
|---|---|---|---|
| Hearing | To be set if necessary | No change | |

**SO ORDERED.**

Dated: November 10, 2022

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge

2