# Exhibit A

| PGA TOUR's Disputed Definition[1] | Non-Party Players' Response[2] | PGA TOUR's Proposed Compromise | Non-Party Players' Latest Proposed Compromise | Court's Use |
|---|---|---|---|---|
| The terms "you" and "your" refer to Phil Mickelson, and includes without limitation any attorneys, agents (including Steve Loy and Sportfive), member, or employee of you, or any other person acting on your behalf. | Mickelson objects to the Subpoena's definition of "you" and "your" as overly broad and unduly burdensome to the extent that it includes "any attorneys, agents (including Steve Loy and Sportfive), member, or employee of you, or any other person acting on your behalf." In responding to the Requests, Mickelson will construe the terms "you" and/or "your" to refer to non-party Phil Mickelson. | The Players are obligated to run the agreed-upon search terms for custodial ESI over their Agents' email and device-level data, with mutually-agreed additional limiter terms designed to limit search results to materials related to their Agents' representation of the Players and not other potential principals. They are then obligated to produce non-privileged materials responsive to the TOUR's subpoenas. | The Non-Party Players have agreed to ask their sports agents for documents (both specific categories and specific documents) that are not otherwise produced and likely to be in a given agent's possession and to produce those documents to the TOUR. | |

---

[1] This definition is drawn from the TOUR's Subpoena directed to Phil Mickelson. The TOUR served subpoenas with substantively identical definitions directed to Talor Gooch, Hudson Swafford, and Ian Poulter.

[2] This response is drawn from Mr. Mickelson responses and objections to the TOUR's Requests for Production. Messrs. Gooch, Swafford, and Poulter served substantively identical responses.