IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>PGA TOUR, INC., <br><br>　　　　Defendant and Counter-Plaintiff, <br><br>　　v. <br><br>LIV GOLF INC., <br><br>　　　　Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S REQUEST RE: NON-PARTY PLAYER AGENT DISCOVERY** |

1

Before the Court is the parties' Joint Statement regarding their dispute over the collection and production of custodial ESI from the sports agents representing professional golfers Phil Mickelson, Talor Gooch, Hudson Swafford, and Ian Poulter (collectively, the "Non-Party Players").

The Court concludes that custodial ESI (email and device-level data) in the actual possession of Players' agents is not within their "control" within the meaning of Rules 34 and 45, and to the extent it is within their control, the burden of collecting the required data exceeds any probative non-duplicative value. Non-Party Players' agreement to ask their sports agents for specific documents and categories of documents not otherwise produced satisfies their obligations to respond to their respective subpoenas. The Non-Party Players are not obligated to collect their sports agents' ESI to run the agreed-upon search terms for custodial ESI over their sports agents' email and device-level data. Accordingly, the PGA Tour's request that they do so is DENIED.

**IT IS SO ORDERED**

DATED: _____, 2022

Hon. Susan van Keulen
United States Magistrate Judge