# EXHIBIT 4

| | |
|---|---|
| **From:** | Nicholas S. Goldberg |
| **To:** | Hvidt, Scott K. |
| **Cc:** | Maile Yeats-Rowe; PGALIV; anthony.dreyer@skadden.com; karen.lent@skadden.com; Martino, Matthew M; patrick.fitzgerald@skadden.com; Brass, Rachel S.; Lipton, Joshua; Limarzi, Kristen C.; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; kevinteruya@quinnemanuel.com; bobfeldman@quinnemanuel.com; Ryan Swindall; Tom, Daniel K.; Fitzgerald, Cara; Dansey, Lauren; Walters, Robert C. |
| **Subject:** | RE: Mickelson et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) |
| **Date:** | Wednesday, November 9, 2022 5:35:35 PM |

**[WARNING: External Email]**

Scott,

The PGA TOUR takes no position on the Court's issuance of Plaintiffs' proposed letters rogatory. The extent to which those letters rogatory are enforceable, the scope of Plaintiffs' requests, and any other issues related to compliance with Plaintiffs' letters rogatory are issues for the appropriate judicial authority in the United Kingdom.

Please include the PGA TOUR's position as set forth above in any renewed submission to the Court.

Thanks,
Nick

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Wednesday, November 9, 2022 4:48 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Cc:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; PGALIV <PGALIV@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; Martino, Matthew M <Matthew.Martino@skadden.com>; patrick.fitzgerald@skadden.com; Brass, Rachel S. <RBrass@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; kevinteruya@quinnemanuel.com; bobfeldman@quinnemanuel.com; Ryan Swindall <ryanswindall@quinnemanuel.com>; D Tom <DTom@gibsondunn.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>
**Subject:** Re: Mickelson et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.)

**[EXTERNAL]**

Nick - The Tour does not oppose, please let us know as soon as possible. If the Tour opposes, please provide times tomorrow morning to meet and confer.

Thanks

Scott Hvidt

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Fax +1 214.571.2981
SHvidt@gibsondunn.com • www.gibsondunn.com

On Nov 8, 2022, at 11:11 PM, Nicholas S. Goldberg <ngoldberg@keker.com> wrote:

**[WARNING: External Email]**

Scott,

We are considering your request and consulting with our client. We will get back to you promptly.

Thanks,
Nick

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Tuesday, November 8, 2022 12:45 PM
**To:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; PGALIV <PGALIV@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; Martino, Matthew M <Matthew.Martino@skadden.com>; patrick.fitzgerald@skadden.com
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; kevinteruya@quinnemanuel.com; bobfeldman@quinnemanuel.com; Ryan Swindall <ryanswindall@quinnemanuel.com>; D Tom <DTom@gibsondunn.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>
**Subject:** Mickelson et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.)

**[EXTERNAL]**

Counsel –

Plaintiff LIV Golf, Inc. seeks relevant and targeted discovery of entities headquartered internationally and an individual residing internationally. Specifically, LIV Golf seeks discovery from the European Tour, the European Tour's Chief Executive Officer Keith Pelley, and the Royal and Ancient. Please see the attached filings. LIV Golf will seek this discovery through the procedures of the Hague Convention. LIV Golf has met and conferred with counsel representing the discovery targets and they would not agree to respond to these discovery requests outside the Hague Convention procedures. LIV Golf writes to seek whether the Tour opposes its motion to initiate the Hague Convention procedures by filing the motion requesting that the Court issue the attached letters rogatory to the Hague Convention.

Please indicate by close of business today if the Tour opposes the motion. If the Tour opposes the Motion, by close of business today, please indicate time the Tour is available to meet and confer tomorrow and the basis for the Tour's opposition.

Thanks

**Scott Hvidt**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.