IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR ISSUANCE OF LETTERS ROGATORY** |

Having considered Plaintiff LIV Golf's Renewed Motion for Issuance of Letters Rogatory and Memorandum in support thereof, and for good cause shown, the Court **GRANTS** Plaintiff's Motion. The Court will enter a separate Order issuing the letters rogatory at issue.

**IT IS SO ORDERED**

DATED: _____ \_\_, 2022

Hon. Susan van Keulen
United States Magistrate Judge

1