UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL MICKELSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-04486-BLF   (SVK)<br><br>**ORDER RE LIV GOLF'S RENEWED MOTION FOR ISSUANCE OF LETTERS ROGATORY**<br><br>Re: Dkt. No. 154 |

Before the Court is Plaintiff LIV Golf, Inc.'s renewed motion for issuance of letters rogatory. Dkt. 154. LIV represents that Defendant PGA Tour, Inc. takes no position on the motion. *See* Dkt. 154-1 ¶¶ 9-10 and Ex. 4.

Based on the Court's review of the motion and the relevant law, it finds that issuance of letters rogatory concerning the Royal & Ancient Golf Club of St. Andrews, DP World Tour, and Keith Pelley is warranted, but LIV's proposed letters rogatory contain argument which the Court declines to adopt. The example attached as Exhibit A suggests language that would be acceptable to the Court. LIV is directed to submit revised proposed letters rogatory that conform to these guidelines by **November 18, 2022.**

**SO ORDERED.**

Dated: November 15, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge