RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) ROYAL & ANCIENT GOLF CLUB OF ST ANDREWS** <br><br> Judge: Hon. Susan van Keulen |

Gibson, Dunn & Crutcher LLP

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) ROYAL & ANCIENT
GOLF CLUB OF ST ANDREWS
CASE NO. 5:22-CV-04486-BLF

The United States District Court for the Northern District of California, the Honorable Susan van Keulen, Magistrate Judge, presents its compliments to the Appropriate Judicial Authority of the United Kingdom, and requests international judicial assistance to obtain evidence to be used at trial in a civil lawsuit before this Court in the above captioned matter.

## CLAIMANT INFORMATION

The parties seeking this judicial assistance are:

> LIV Golf Inc.
> C/O Rachel S. Brass
> Gibson, Dunn & Crutcher LLP
> 555 Mission Street, Suite 3000
> San Francisco, California 94105-0921

## FACTUAL ALLEGATIONS

Plaintiffs filed a civil lawsuit against Defendant PGA Tour Inc. in August 2022 asserting claims for (1) Unlawful Monopsonization of the market for ELITE GOLF EVENT SERVICES in Violation of Sherman Act § 2 (15 U.S.C. § 2); (2) Unlawful Monopolization of the market for the PROMOTION OF ELITE PROFESSIONAL GOLF EVENTS in Violation of Sherman Act § 2 (15 U.S.C. § 2); (3) Unlawful Attempted Monopolization in Violation of Sherman Act § 2 (15 U.S.C. § 2); (4) Unlawful Restraint of Trade in Violation of Sherman Act § 1 (15 U.S.C. § 1); (5) Unlawful Agreement to Restrain Trade in Violation of the Cartwright Act (Cal. Bus. & Prof. Code §§ 16720(a), 16726); (6) Breach of Contract; (7) Tortious Interference with LIV Golf's Contractual Relationships; and (8) Tortious Interference with LIV Golf's Prospective Business Relationships. The factual allegations supporting each claim may be found in the Amended Complaint, attached to this document as **Attachment A**.

## THE WITNESS

As alleged in the Amended Complaint, The Royal & Ancient Golf Club of St Andrews ("R&A") is a part of the PGA Tour's global golf "ecosystem." ~~and was an integral part of the PGA Tour's campaign to exclude LIV Golf from competition and the Player Plaintiffs from participation in elite professional golf events. The R&A hosts The Open Championship, one of golf's Major championships. Despite its lofty pronouncement that "Golf is Open to All," the R&A's actions and statements ensure that golf is open only to those deemed acceptable by the PGA Tour. The R&A – About Us, https://www.randa.org/about-us (last~~

Gibson, Dunn & Crutcher LLP

2

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) ROYAL & ANCIENT GOLF CLUB OF ST ANDREWS
CASE NO. 5:22-CV-04486-BLF

~~visited November 4, 2022). For example, the Amended Complaint alleges that the R&A publicly questioned whether LIV Golf players would be eligible to play in its future tournaments. **Attachment A**, ¶ 11(d). Specifically, in July 2022, the R&A's CEO, Martin Slumbers, suggested that players who play in LIV Golf may not be eligible or qualify for future Open Championships, and that it would be harder for them to make it in the tournaments. *Id.* ¶ 159. Mr. Slumbers also ended The Open's years-long practice of giving the Asian Tour Order of Merit winner entry into The Open because the PGA Tour and European Tour, with whom the R&A was and is aligned, were displeased about LIV Golf's investment in the Asian Tour. *Id.* ¶ 143. The R&A also publicly disinvited two-time Open Championship winner, Greg Norman, from champions events at the R&A because he is the CEO of LIV Golf. *Id.* ¶ 159.~~

The R&A made public statements indicating that the PGA Tour had leaned on it to do its bidding with respect to the PGA Tour's efforts to exclude LIV Golf. In the 24 hours after the PGA Tour announced that it would impose a lifetime ban on players who join LIV Golf, a spokesperson for the R&A stated, "we have deep relationships with the [PGA Tour and the European Tour] and are supportive of them." *Id.* ¶ 126.

The public statements and close relationship with the PGA Tour suggest the PGA Tour has communicated with and leaned on the R&A to help it accomplish its alleged anticompetitive purposes. Plaintiffs are entitled to explore targeted internal R&A documents to understand the extent of the PGA Tour's relationship with the R&A and the basis for actions the R&A took against LIV Golf and its representatives. And while documentary discovery is helpful, it is not, by itself, sufficient to discover the extent of the R&A's participation in the PGA Tour's illegal scheme.

It is necessary for the purposes of justice and for the due determination of the matters in dispute between the parties that you cause the following witness, who upon information and belief resides within your jurisdiction, to be examined. The name and address of the witness is, upon information and belief, as follows:

> R&A Trust Company (No.1)
> Limited Beach House, Golf Place
> St Andrews, Fife, KY16 9JA
> United Kingdom

Gibson, Dunn & Crutcher LLP

3

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) ROYAL & ANCIENT GOLF CLUB OF ST ANDREWS
CASE NO. 5:22-CV-04486-BLF

## EVIDENCE

The documents requested from the R&A are listed in **Attachment B**. The deposition topics on which the R&A's corporate representative is to be examined are listed in **Attachment C**. The Court's protective order in this case is listed as **Attachment D.**

## OFFER OF RECIPROCAL ASSISTANCE

The United States District Court for the Northern District of California is willing to provide similar assistance to the Judicial Authorities of the United Kingdom. *See* 28 U.S.C. § 1782.

## REIMBURSEMENT FOR COSTS

Should there be any costs associated with the service herein, including the required fees and costs incurred in executing this letter of request, in serving process to compel the appearance of the witness and his or her attendance, and in preparing a transcript of the proceedings, pursuant to Article 26 of the Hague Convention, it will be the responsibility of the attorneys for Plaintiffs to reimburse the Appropriate Judicial Authority of the United Kingdom concerning the same. Please direct any correspondence or communications concerning costs to the following:

> Rachel S. Brass
> Gibson, Dunn & Crutcher LLP
> 555 Mission Street, Suite 3000
> San Francisco, California 94105-0921
> Tel: +1 (415) 393-8200
> Email: rbrass@gibsondunn.com

## REQUEST

The Court requests the assistance described herein as necessary in the interest of justice. The assistance requested is that the Appropriate Judicial Authority of the United Kingdom compel the production of documents and deposition of the following person:

> R&A Trust Company (No.1)
> Limited Beach House, Golf Place,
> St Andrews, Fife, KY16 9JA
> United Kingdom

The Court requests that the R&A produce documents responsive to the requests set forth in **Attachment B** and produce a corporate representative to appear and testify on the deposition topics set out in **Attachment C** of this Request. The Court understands the potentially confidential nature of the

Gibson, Dunn & Crutcher LLP

4

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) ROYAL & ANCIENT
GOLF CLUB OF ST ANDREWS
CASE NO. 5:22-CV-04486-BLF

Case 5:22-cv-04486-BLF Document 156 Filed 11/05/22 Page 5 of 65

testimony requested from the R&A. As such, **Attachment D** is the protective order in this case to protect the confidentiality of the R&A's production and testimony.

The witness to be examined will submit to an oath pursuant to California Code of Civil Procedure § 2094 and/or English law, to be administered by an authorized individual at the examination. The witness may claim privilege or duty to refuse to give the evidence under California Evidence Code §§ 900–1070, pursuant to Article 11 of the Hague Convention.

I confirm that it is proposed that the examination of the R&A's corporate representative(s) take place at the offices Gibson Dunn & Crutcher LLP at Telephone House, 2-4 Temple Avenue, Temple, London EC4Y 0HB, United Kingdom in February 2023 or otherwise at the earliest available date. The R&A shall designate its corporate representative(s) at least seven (7) calendar days prior to the deposition.

This request shall be sent directly from this tribunal in the United States to the foreign or international tribunal, officer, or agency to whom it is addressed. 28 U.S.C.A. § 1781(b)(2). Counsel for Plaintiffs is directed to timely deliver this request to that foreign or international tribunal, officer, or agency to whom it is addressed.

Finally, I request that you cause the evidence of the said witness(es) to be reduced into writing and all documents produced on such examinations to be duly marked for identification, and that you authenticate such examinations by the seal of your court or in such way as is in accordance with your procedure.

DATED: _____, 2022

Magistrate Judge Susan van Keulen
United States District Court
Northern District of California
280 South 1st Street, Courtroom 6
San Jose, California 95113

_____
(Seal of Court)

Gibson, Dunn & Crutcher LLP

5

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) ROYAL & ANCIENT GOLF CLUB OF ST ANDREWS
CASE NO. 5:22-CV-04486-BLF