November 10, 2022

United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

Subject: CASE: NO. 3:22-cv-04486
AMICUS BRIEF

May it please the Court:

WHEREAS: I am a member of SIRS, Sons of Retirement, a group of approximately 150 men in Sacramento, California, the majority of whom love the game of golf and the companionship we find on the golf course. I am deeply concerned about the outcome of the above case and am submitting this Amicus Brief for your consideration.

WHEREAS: I have watched the plaintiffs often on TV and greatly appreciate their skills. I also admire the work that the PGA has done over the many years that it has sponsored exciting golf and many groups including a professional organization for young men and women who wish to become pros. PGA's work with the young is also admirable. However, in this case I believe that sanctioning members is unfair and deprives them of income and exposure in this country. If this case is not settled favorably for the dependents, the public will be not be able to view full competitive golf because some of the greatest golfers will not be able to compete with each other. World rankings will also be negatively affected.

WHEREAS: The plaintiffs in this case have contributed to the well-being and success of the PGA, and we believe that with the Court's agreement they will continue to enhance the prestige and well-being of the organization.

WHEREAS: I submit further that exclusion from the PGA is anti-competitive and has a negative effect on this country's relationship with other countries and to the game of golf as a whole. Although a wonderful organization, PGA should not choose winners and losers in this great sport

I respectfully urge you to rule in favor of the plaintiffs and thereby support the game we love, free enterprise and the ability of men and women to compete in whatever nation or organization they wish.

Respectfully,

*[signature: John Bloomer]*
John Bloomer

Mr John Bloomer
812 Dunbarton Cir
Sacramento, CA 95825

SACRAMENTO CA 957
12 NOV 2022 PM 7 L

United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

94102-843205

RECEIVED
NOV 14 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

