IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER SEALING MATERIALS ATTACHED TO PGA TOUR INC.'S MOTION TO COMPEL PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENA** |

Pursuant to Civil Local Rule 79-5, Defendant PGA Tour, Inc. filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Dkt. No. 147. Plaintiff LIV Golf, Inc. ("LIV Golf") filed a Statement in Support of Sealing.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Dooley Decl.,[1] Ex. 2 | Entire Exhibit | Contains highly confidential information regarding LIV Golf's finances, internal decision making, and investment structure and strategy that could cause competitive harm. |
| Dooley Decl., Ex. 14 | Entire Exhibit | Contains highly confidential information regarding investment and business strategy for LIV Golf and discloses the identity of consultants working for LIV Golf that could cause competitive, privacy, and relationship harm. |
| Dooley Decl., Ex. 15 | Entire Exhibit | Contains highly confidential information regarding LIV Golf's finances, payment plans to golfers, and internal decision making processes, and discloses the identity of consultants working for LIV Golf that could cause competitive, privacy, and relationship harm. |
| Dooley Decl., Ex. 16 | Entire Exhibit | Contains highly confidential information regarding LIV Golf's ownership, funding, financial projections, and payments to players that could cause competitive harm. |
| Dooley Decl., Ex. 17 | Entire Exhibit | Contains highly confidential information regarding LIV Golf's business strategy and relationships with media partners and discloses identities of consultants working for LIV Golf that could cause competitive, privacy, and relationship harm. |
| Dooley Decl., Ex. 18 | Page 2 | Contains confidential information regarding LIV Golf's internal decision making processes and discloses identities of consultants and business partners working with LIV Golf that could cause competitive, privacy, and relationship harm. |
| Dooley Decl., Ex. 19 | Entire Exhibit | Contains personally identifiable information of LIV employees that could expose those employees to unwanted attention. |

---

[1] Declaration of Brook Dooley In Support Of PGA Tour Inc.'s Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Compliance with Document and Deposition Subpoenas, Dkt. No. 148-1 ("Dooley Decl.").

| | | |
|---|---|---|
| Dooley Decl., Ex. 40 (page 2 only) | Page 2 | Contains highly confidential information regarding LIV Golf's internal decision making process that could cause competitive harm. |
| Dooley Decl., Ex. 45 | Entire Exhibit | Contains highly confidential information regarding LIV Golf's player recruitment strategy and status regarding the same that could cause competitive harm. |
| Memorandum of Law[2] | Lines 3:6-9, 4:14 6:19-20, 6:26-7:8, 18:11-13, 16:28-17:3, 19:17-20 | Discloses information that quotes and paraphrases the exhibits above and implicates the same information and harms. |

IT IS SO ORDERED.

DATED _____     _____
                                  SUSAN VAN KEULEN
                                  United States Magistrate Judge

---

[2] PGA Tour Inc.'s Notice of Motion and Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Compliance with Document and Deposition Subpoenas; Memorandum of Law In Support Thereof, ECF No. 148 ("Memorandum").