IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>Plaintiffs, <br><br>v. <br><br>PGA TOUR, INC., <br><br>Defendant and Counter-Plaintiff, <br><br>v. <br><br>LIV GOLF INC., <br><br>Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR ISSUANCE OF LETTERS ROGATORY |

Having considered Plaintiff LIV Golf's Renewed Motion for Issuance of Letters Rogatory and Memorandum in support thereof, and for good cause shown, the Court **GRANTS** Plaintiff's Motion. The Court will enter a separate Order issuing the letters rogatory at issue.

**IT IS SO ORDERED**

DATED: November 17, 2022

_____
Hon. Susan van Keulen
United States Magistrate Judge

1