QUINN EMANUEL URQUHART & SULLIVAN, LLP
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Non-Parties The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.<br><br>         Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>         Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f) and the Protective Order entered by this Court, Dkt. No. 111, Non-Parties the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan's ("HE") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with their Motion to Quash and Opposition to PGA Tour Inc.'s (the "Tour") Motion to Compel Subpoena Compliance.

The Tour's Motion to Compel contains information designated by Plaintiff LIV Golf, Inc. ("LIV") as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, Dkt. No. 111.  PIF and HE describe and summarize this information at lines 5:18-25 and 14:28-15:1 of the Memorandum of Law in support of their Motion to Quash and Opposition to Motion to Compel.  Furthermore, LIV has provided a declaration of Tim Taylor to address certain statements in the Tour's Motion to Compel.  LIV has indicated that this declaration includes confidential information that it will seek to keep sealed.  This declaration is cited and paraphrased at lines 5:10-11 and 5:19-22 of the Memorandum of Law.  Accordingly, PIF and HE provisionally file their Memorandum of Law and the Declaration of Tim Taylor in redacted form and under seal to allow LIV to seek to maintain confidentiality in this information.

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Memorandum of Points and Authorities | Lines 5:9-11, 5:18-25, 14:28-15:1 | Contains confidential information of LIV Golf, Inc. |
| Declaration of Tim Taylor | Entire Declaration | Contains confidential information of LIV Golf, Inc. |

DATED:  November 22, 2022                    Respectfully submitted,

By:    /s/ Kevin Teruya

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Non-Parties Public Investment Fund of the Kingdom of Saudi Arabia And His Excellency Yasir O. Al-Rumayyan.*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04486-BLF