QUINN EMANUEL URQUHART & SULLIVAN LLP
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Non-Parties The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE  NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER SEALING THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN'S MOTION TO QUASH AND OPPOSITION TO PGA TOUR, INC.'S MOTION TO COMPEL SUBPOENA COMPLIANCE** |

Now before the Court is non-parties the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Al-Rumayyan ("HE")'s Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Having carefully considered the papers and all statements and declarations submitted to support sealing, the Court GRANTS the Motion. The following materials shall remain sealed:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Memorandum of Points and Authorities | Lines 5:9-11, 5:18-25, 14:28-15:1 | Contains confidential information of LIV Golf, Inc. |
| Declaration of Tim Taylor | Entire Declaration | Contains confidential information of LIV Golf, Inc. |

   IT IS SO ORDERED.


DATED _____            _____
                                         SUSAN VAN KEULEN
                                         United States Magistrate Judge