# EXHIBIT 1

# Ryan Swindall

| | |
|---|---|
| **From:** | John Quinn |
| **Sent:** | Wednesday, September 14, 2022 3:21 PM |
| **To:** | Elliot Peters |
| **Cc:** | Robert C. Walters; Nicholas S. Goldberg; Brook Dooley |
| **Subject:** | Re: Greetings Elliot |

Should be able to get stips to you today, latest tomorrow

**John B. Quinn**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| Telephone: | 213-443-3000 |
| Mobile/WhatsApp: | 213-327-8182 |
| E-mail: | johnquinn@quinnemanuel.com |
| Web: | www.quinnemanuel.com |
| Twitter: | @jbqlaw |
| Podcast: | www.law-disrupted.fm |
| Web: | www.johnbquinn.com |



*"Victory is not gained by the men at arms, who manage the pike and sword; but by the trumpeters, drummers and musicians of the army."*

**David Hume**

On Sep 14, 2022, at 1:45 PM, Elliot Peters wrote:

**[EXTERNAL EMAIL from epeters@keker.com]**

Thank you, John. The sooner you can share with us the draft stipulations for our review, ideally today, the better. We will prepare written subpoenas with attachments to be delivered upon execution of the stipulations. That will allow the prompt commencement of an expeditious disclosure process.
Best,
Elliot

**Elliot R. Peters**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2273 direct | 415 391 5400 main
epeters@keker.com | vcard | keker.com

**From:** John Quinn
**Sent:** Tuesday, September 13, 2022 7:42 PM
**To:** Elliot Peters
**Cc:** Robert C. Walters ; Nicholas S. Goldberg ; Brook Dooley
**Subject:** Re: Greetings Elliot

Elliot I can confirm that we are prepared to accept service on behalf of HE Yasir Al Ramayan and PIF subject to the terms of written stipulations which preserve all objections and defenses of any nature. We will send you proposed forms of stipulation within the next day or two.

In the meantime, we again invite you to identify the discovery you seek so we can begin the process of attempting to reach an agreement to facilitate an expeditious disclosure process.

**John B. Quinn**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| Telephone: | 213-443-3000 |
| Mobile/WhatsApp: | 213-327-8182 |
| E-mail: | johnquinn@quinnemanuel.com |
| Web: | www.quinnemanuel.com |
| Twitter: | @jbqlaw |
| Podcast: | www.law-disrupted.fm |
| Web: | www.johnbquinn.com |

*"Victory is not gained by the men at arms, who manage the pike and sword; but by the trumpeters, drummers and musicians of the army."*

*David Hume*

> On Sep 12, 2022, at 5:49 PM, John Quinn wrote:
>
> Appreciate this Elliot. Couple of comments below.
>
> **John B. Quinn**
> **Quinn Emanuel Urquhart & Sullivan LLP**
>
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017
>
> | | |
> |---|---|
> | Telephone: | 213-443-3000 |
> | Mobile/WhatsApp: | 213-327-8182 |
> | E-mail: | johnquinn@quinnemanuel.com |
> | Web: | www.quinnemanuel.com |
> | Twitter: | @jbqlaw |
> | Podcast: | www.law-disrupted.fm |
> | Web: | www.johnbquinn.com |
>
> *"Victory is not gained by the men at arms, who manage the pike and sword; but by the trumpeters, drummers musicians of the army."*
>
> *David Hume*

On Sep 12, 2022, at 2:37 PM, Elliot Peters wrote:

**[EXTERNAL EMAIL from epeters@keker.com]**

John,
Thanks for our call just now. It is helpful to know that you and your firm will be representing PIF in this matter.
We appreciate your willingness to check with PIF as to whether you can accept service of a subpoena to PIF.
We also agreed to consider your proposal to share with you what we are looking for and seeing what kind of voluntary cooperation in the production of evidence could be agreed on, although we have reservations with that kind of approach.

WE WANT TO BE COOPERATIVE IN FACILITATING REASONABLE DISCOVERY OF PIF. RECOGNIZING THAT THERE ARE REAL QUESTIONS AS TO WHETHER PIF IS AMENABLE TO DISCOVERY IN THE US AT ALL, IT SEEMS TO ME THAT UNLESS THAT ISSUE IS ACTUALLY LITIGATED AND RESOLVED BY A COURT, WE END UP AT THE SAME PLACE: AN AGREEMENT AS TO WHAT DOCUMENTS WILL BE PRODUCED. THIS MAY BE A "MORE FLIES WITH HONEY" SITUATION.

Finally, we appreciate your willingness to accept service of a subpoena for Yasir Al-Rumayyan, as if he had been personally served here in the U.S.—OF COURSE, ALL OBJECTONS AND DEFENSES PRESERVED.
We look forward to continuing our discussions in the days ahead. I DO AS WELL. THANK YOU.
Best,
Elliot

**Elliot R. Peters**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2273 direct | 415 391 5400 main
epeters@keker.com | vcard | keker.com

**From:** John Quinn
**Sent:** Monday, September 12, 2022 12:56 PM
**To:** Elliot Peters
**Cc:** Robert C. Walters ; Nicholas S. Goldberg ; Brook Dooley
**Subject:** Re: Greetings Elliot
K

**John B. Quinn**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:          213-443-3000
Mobile/WhatsApp:213-327-8182
E-mail:                 johnquinn@quinnemanuel.com

| | |
|---|---|
| Web: | www.quinnemanuel.com |
| Twitter: | @jbqlaw |
| Podcast: | www.law-disrupted.fm |
| Web: | www.johnbquinn.com |

*"Victory is not gained by the men at arms, who manage the pike and sword; but by the trumpeters, d[rummers and] musicians of the army."*

*David Hume*

On Sep 12, 2022, at 12:54 PM, Elliot Peters wrote:

[EXTERNAL EMAIL from epeters@keker.com]

Pls call our main number, 415 391-5400
And ask for the star phone in my office
Thx

**From:** John Quinn
**Sent:** Monday, September 12, 2022 12:05 PM
**To:** Elliot Peters
**Cc:** Robert C. Walters ; Nicholas S. Goldberg ; Brook Dooley
**Subject:** Re: Greetings Elliot
Is good. Will call you—what number?

**John B. Quinn**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| Telephone: | 213-443-3000 |
| Mobile/WhatsApp: | 213-327-8182 |
| E-mail: | johnquinn@quinnemanuel.com |
| Web: | www.quinnemanuel.com |
| Twitter: | @jbqlaw |
| Podcast: | www.law-disrupted.fm |
| Web: | www.johnbquinn.com |

*"Victory is not gained by the men at arms, who manage the pike and sword; but by the trump[eters, drummers and] musicians of the army."*

*David Hume*

4

> On Sep 12, 2022, at 11:51 AM, Elliot Peters wrote:
>
> **[EXTERNAL EMAIL from epeters@keker.com]**
>
> How about 2 pm this afternoon?
>
> **From:** John Quinn
> **Sent:** Sunday, September 11, 2022 7:51 PM
> **To:** Elliot Peters
> **Cc:** Robert C. Walters ; Nicholas S. Goldberg
> **Subject:** Re: Greetings Elliot
>
> Thank you, sir.
>
> **John B. Quinn**
> **Quinn Emanuel Urquhart & Sullivan LLP**
>
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017
> Telephone:         213-443-3000
> Mobile/WhatsApp: 213-327-8182
> E-mail:            johnquinn@quinnemanuel.com
> Web:               www.quinnemanuel.com
> Twitter:           @jbqlaw
> Podcast:           www.law-disrupted.fm
> Web:               www.johnbquinn.com
>
> *"Victory is not gained by the men at arms, who manage the pike and sword; but by th musicians of the army."*
>
> *David Hume*
>
>> On Sep 11, 2022, at 6:08 PM, Elliot Peters wrote:
>>
>> **[EXTERNAL EMAIL from epeters@keker.com]**
>>
>> Hi John,
>> I should be able to find some time in the afternoon. I will get

5

back to you tomorrow morning to propose a few times that would work. Thanks.
Best,
Elliot

**Elliot R. Peters**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2273 direct | 415 391 5400 main
epeters@keker.com | vcard | keker.com

**From:** John Quinn
**Sent:** Sunday, September 11, 2022 4:11 PM
**To:** Elliot Peters
**Cc:** Robert C. Walters
**Subject:** Greetings Elliot
**[EXTERNAL]**

Would you have any time to speak with me tomorrow about discovery PGA may want to seek from PIF and its officials and employees? I am generally available tomorrow.

**John B. Quinn**
**Quinn Emanuel Urquhart & Sullivan LLP**

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:           213-443-3000
Mobile/WhatsApp: 213-327-8182
E-mail:                johnquinn@quinnemanuel.com
Web:                   www.quinnemanuel.com
Twitter:                @jbqlaw
Podcast:              www.law-disrupted.fm
Web:                   www.johnbquinn.com

*"Victory is not gained by the men at arms, who manage the pike and sword; b[ut by the] musicians of the army."*

*David Hume*

6