# EXHIBIT 2

# Ryan Swindall

| | |
|---|---|
| **From:** | Kevin Teruya |
| **Sent:** | Wednesday, October 12, 2022 7:33 PM |
| **To:** | 'Maile Yeats-Rowe'; Dominic Surprenant; Brook Dooley; Ryan Swindall; Elliot Peters; David Silbert; Adam Lauridsen; Nicholas S. Goldberg; Sophie Hood; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael; Nic Marais; Thomas E. Gorman; Leo Lam; Natalie J. Young; John Keker; matthew.martino@skadden.com; Eric K. Phung |
| **Cc:** | Brass, Rachel S.; Dansey, Lauren; Walters, Robert C.; Hvidt, Scott K.; Lipton, Joshua; Limarzi, Kristen C.; John Quinn; Bob Feldman; Olga Musayev; Teri Juarez |
| **Subject:** | RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc. |

Maile,

During the meet and confer discussion and in the below email, we have explained why this third-party discovery cannot be compelled, including because of lack of personal jurisdiction, sovereign immunity and international comity, violation of the 100-mile limitation under Rule 45, undue burden on third parties especially where the information could be or is being sought from parties and others, overbroad requests and definitions, lack of relevance and proportionality, and confidentiality.

Notwithstanding those objections and grounds to quash the subpoena, we have explained how we are offering to produce documents subject to reasonable requests if you let us know what you actually need, and we remain open to meet and confer, including regarding the enforcement proposal discussed below.  We have also explained we are conferring with our clients to see if we can identify a way forward.  We need more time for that, given the breadth of the requests, and the location of our clients, and to evaluate your below email just received.

Re the below email, to confirm, is the PGA Tour permanently withdrawing those requests?

Please let us know.  Thank you.

Regards,
Kevin

**Kevin Teruya**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3226 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
kevinteruya@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Maile Yeats-Rowe [mailto:MYeats-Rowe@keker.com]
**Sent:** Wednesday, October 12, 2022 2:12 PM

**To:** Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL EMAIL from myeats-rowe@keker.com]**

Dominic:

We disagree with your characterization of the parties' meet and confer call on Monday and your characterization of the TOUR's document requests to Mr. Al-Rumayyan and PIF, the funder, owner, and principal organizer of LIV, a Plaintiff in this case.

More fundamentally, we do not understand how you can claim that PIF and Mr. Al-Rumayyan are "open to meet-and-confer" and "prepared to cooperate with reasonable requests," when you have not offered to produce even a single document in response to a single request and when you continue to assert that neither PIF nor Mr. Al-Rumayyan is relevant in any way to the TOUR's defenses or claims in this litigation; that no court in the United States has jurisdiction over PIF or Mr. Al-Rumayyan for purposes of these subpoenas; and that sovereign immunity and international comity prevent any compulsory production from PIF or Mr. Al-Rumayyan in any event.

Notwithstanding PIF and Mr. Al-Rumayyan's refusal to meet and confer in any meaningful sense, and in an effort to move the discussion forward so as not to prejudice the case schedule, the TOUR will agree to withdraw the following document requests and deposition topics:

- Document Subpoena to Al-Rumayyan: Requests 1, 2, 4, 7, 9, 13-15, 17, 18, 20, 22-26, 28, 30, 32, 34, 36, 38, 47, 49, 50, 53-58, 60, 62-64, 66, 68-77
- Document Subpoena to PIF: Requests 1, 2, 4, 5, 9, 10, 13, 14, 16, 17, 19, 20, 22, 26-28, 30, 32, 34, 36, 38, 40, 50, 52, 53, 56-59, 64-67, 71, 73, 75, 77, and 79
- Deposition Subpoena to PIF: Topics 1, 3, 4, 15 and 18

Please let us know by the end of the day today whether PIF and Mr. Al-Rumayyan will agree to provide discovery responsive to the remaining requests.

Thank you.

Maile

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

---

**From:** Dominic Surprenant <dominicsurprenant@quinnemanuel.com>
**Sent:** Monday, October 10, 2022 12:11 PM
**To:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL]**

Hi Maile,

Thanks for your email discussing our-meet-and-confer this morning. We disagree with your characterization of the meet-and-confer, but it would serve no point debating that in this forum.

The Tour made no effort whatsoever to tailor its contours to a Rule 45 subpoena to a third party. We again told you that we are prepared to cooperate with reasonable requests and if you told us what you need we would give fair consideration to it. You again refused to engage and identify any particular documents or custodians you seek. We again asked you to narrow your requests and you refused, asserting instead that it was PIF's obligation to offer what it is willing to produce. We disagree. You failed to do your work to prepare a properly narrowed Rule 45 subpoena and in substance are asking us to do that work for you. We remain open to meet-and-confer to determine if we can agree on the scope of production.

You insisted that a voluntary agreement by PIF to produce documents was unenforceable and therefore the Tour has no recourse but to promptly file a motion to compel. Two responses to that. One, it is a red herring. If PIF agrees through counsel to produce documents, those documents will be produced. Two, PIF and the Tour could sign an agreement in which PIF agrees to produce agreed upon documents outside the US at a mutually agreeable location, e.g., London, and agrees to arbitrate in a mutually agreeable forum outside the US any dispute about

the production. As I said, non- or incomplete production is a red herring, but surely there are ways to ensure production, including the example I just gave.

Since your refuse to narrow your 79 requests, we are conferring with our client to see what voluntary discovery we might to able to give in light of your refusal and expect to report promptly to you on that score.

You asked if we would consent that should you file a motion to compel, that it could be transferred to Judge Freeman. We may agree to that, on the condition that the motion to quash we would file in New York would also be transferred to Her Honor. We will let you know our decision on that promptly.

We are also conferring with our client about today's meet-and-confer to see if we an identify a way forward.

If you have any questions, please let us know.

Thanks.

Dominic


**Dominic Surprenant // Quinn Emanuel**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
310.699.1600 Cell
213.443.3166 Office (direct line)
ds@quinnemanuel.com

---

**From:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Sent:** Monday, October 10, 2022 7:19 PM
**To:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL EMAIL from myeats-rowe@keker.com]**

---

Counsel,

4

Thank you for meeting this morning regarding your objections to our subpoenas to Mr. Al-Rumayyan and PIF.

From that discussion, we understand your positions to be that 1) no court in the United States has jurisdiction over PIF or Mr. Al-Rumayyan for purposes of enforcing our subpoenas; 2) sovereign immunity and principles of international comity bar compulsory production from PIF and Mr. Al-Rumayyan in response to our subpoenas; and 3) the subpoenas are not enforceable under Rule 45's 100-mile rule because neither PIF nor Mr. Al-Rumayyan regularly transacts business in or near New York City.

We further understand your position to be that neither PIF nor Mr. Al-Rumayyan are relevant in any way to the TOUR's defenses or claims in this litigation.

Though you noted that PIF and Mr. Al-Rumayyan would consider voluntary production of certain categories of documents, you did not agree to produce a single set of documents in response to our requests, or even propose a narrowed scope for any of those requests despite meeting for over an hour. You have also not agreed to produce Mr. Al-Rumayyan or a representative of PIF for a deposition.

As discussed, we are waiting to hear further as to 1) whether you agree to transfer any action enforcing these subpoenas from SDNY to NDCA; 2) whether there is any category of documents that you are willing to produce and whether you will produce witnesses on any of the topics in our deposition subpoena to PIF; and 3) whether PIF and Mr. Al-Rumayyan are willing to waive their objections to personal jurisdiction and sovereign immunity for purposes of enforcing an agreement over narrowed discovery requests.

Please provide us your responses on these issues as soon as possible, and no later than noon pacific time on Tuesday, October 11. Your refusal to produce a single responsive document or commit to producing a witness in response to our deposition subpoena already threatens to prejudice the TOUR and disrupt the condensed case schedule you requested.

Regards,
Maile

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

---

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Saturday, October 8, 2022 1:46 PM
**To:** Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev

<olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** Re: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

[EXTERNAL]

Brook,

As part of the below discussion, we would like to also meet and confer over our related motions to quash.  Thank you in advance.

Regards,
Kevin

> On Oct 6, 2022, at 5:00 PM, Kevin Teruya <kevinteruya@quinnemanuel.com> wrote:
>
> Brook,
>
> That sounds good.  Dominic, Ryan, and I plan to join.
>
> Regards,
> Kevin
>
> **From:** Brook Dooley <BDooley@keker.com>
> **Sent:** Thursday, October 6, 2022 4:46 PM
> **To:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
> **Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
> **Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.
>
> **[EXTERNAL EMAIL from bdooley@keker.com]**
>
> Thanks, Kevin. Let's plan on 8:00 PT on Monday morning.
>
> We can send the invite.  Who from your team will be joining?
>
> Brook

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Thursday, October 6, 2022 4:23 PM
**To:** Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

[EXTERNAL]

Brook,

We have a conflict on Monday from 9:00 to 9:45 or so. But we are available on Monday at 8:00 or 11:00 PT.

Please let us know if we could schedule for one of those times. Thank you in advance.

Regards,
Kevin

**From:** Brook Dooley <BDooley@keker.com>
**Sent:** Thursday, October 6, 2022 4:16 PM
**To:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

[EXTERNAL EMAIL from bdooley@keker.com]

Thanks, Kevin

Could we do 9:00 PT on Monday instead?

Brook

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Thursday, October 6, 2022 3:25 PM
**To:** Brook Dooley <BDooley@keker.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

[EXTERNAL]

Brook,

We are available on Monday at 10 am Pacific Time to meet and confer regarding the below responses and objections. Please let us know if you are available at that time. Thank you.

Regards,
Kevin


**Kevin Teruya**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3226 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
kevinteruya@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Brook Dooley <BDooley@keker.com>
**Sent:** Wednesday, October 5, 2022 5:43 PM

**To:** Ryan Swindall <ryanswindall@quinnemanuel.com>; Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com; Eric K. Phung <EPhung@keker.com>; Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** RE: Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL EMAIL from bdooley@keker.com]**

Counsel for Mr. Al-Rumayyan and PIF:

Please let us know times that you are available tomorrow or Friday to meet and confer regarding Mr. Al-Rumayyan's and PIF's responses and objections to the PGA TOUR's deposition and document subpoenas.

Thank you

Brook

**Brook Dooley**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
415 773 6639 office | 510 384 7166 mobile
bdooley@keker.com | vcard | keker.com
Pronouns:  he | him | his

**From:** Ryan Swindall <ryanswindall@quinnemanuel.com>
**Sent:** Monday, October 3, 2022 5:26 PM
**To:** Elliot Peters <EPeters@keker.com>; David Silbert <DSilbert@keker.com>; Adam Lauridsen <ALauridsen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Sophie Hood <SHood@keker.com>; anthony.dreyer@skadden.com; karen.lent@skadden.com; patrick.fitzgerald@skadden.com; Brook Dooley <BDooley@keker.com>; Eric MacMichael <EMacMichael@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Nic Marais <NMarais@keker.com>; Thomas E. Gorman <TGorman@keker.com>; Leo Lam <LLam@keker.com>; Natalie J. Young <NYoung@keker.com>; John Keker <JKeker@keker.com>; matthew.martino@skadden.com

**Cc:** Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; "Lipton, Joshua" <JLipton@gibsondunn.com>; "Limarzi, Kristen C." <KLimarzi@gibsondunn.com>; John Quinn <johnquinn@quinnemanuel.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Bob Feldman <bobfeldman@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; Teri Juarez <terijuarez@quinnemanuel.com>
**Subject:** Case 5:22-cv-04486-BLF Mickelson et al v. PGA Tour, Inc.

**[EXTERNAL]**

Dear Counsel,

Please find attached:

1. Non-Party Public Investment Fund of Kingdom of Saudi Arabia's Responses and Objections to PGA Tour, Inc.'s Subpoena to Testify at a Deposition;
2. Non-Party Public Investment Fund of Kingdom of Saudi Arabia's Responses and Objections to PGA Tour, Inc.'s Subpoena to Produce Documents;
3. Non-Party His Excellency Yasir Al-Rumayyan's Responses and Objections to PGA Tour, Inc.'s Subpoena to Testify at a Deposition; and
4. Non-Party His Excellency Yasir Al-Rumayyan's Responses and Objections to PGA Tour, Inc.'s Subpoena to Produce Documents.

Thank you,
Ryan Swindall