QUINN EMANUEL URQUHART & SULLIVAN
  LLP
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Non-Parties The Public Investment
  Fund of the Kingdom of Saudi Arabia and His
  Excellency Yasir O. Al-Rumayyan*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE  NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER GRANTING THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION TO QUASH SUBPOENAS AND DENYING THE PGA TOUR, INC.'S MOTION TO COMPEL SUBPOENA COMPLIANCE** |

1  Now before the Court are Defendant PGA Tour, Inc.'s Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Compliance With Document and Deposition Subpoena, Dkt. No. 148 ("Motion to Compel") and Non-Parties the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan's Motion to Quash ("Motion to Quash").  Having carefully considered the parties' papers, the applicable law, all files and records in this action, and the arguments made by counsel, the Court hereby DENIES Defendant's Motion to Compel and GRANTS the Non-Parties' Motion to Quash the subpoenas.

IT IS SO ORDERED.

DATED _____          _____
                                      SUSAN VAN KEULEN
                                      United States Magistrate Judge