1  RACHEL S. BRASS, SBN 219301
      rbrass@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
3  San Francisco, California 94105-0921
   Telephone: 415.393.8200
4  Facsimile:  415.393.8306

5  ROBERT C. WALTERS, *pro hac vice*
      rwalters@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   2001 Ross Avenue, Suite 2100
7  Dallas, Texas 75201-2911
   Telephone: 214.698.3100
8  Facsimile:  650.801.5100

*Attorneys for Plaintiff LIV Golf, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF<br><br>**DECLARATION OF JOHN LOFFHAGEN IN SUPPORT OF SEALING** |

I, John Loffhagen, hereby declare and state:

1.  I am the Chief Legal Officer of LIV Golf. I am authorized by LIV Golf to make this statement in support of sealing portions of non-parties the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan's Motion to Quash and Opposition to PGA Tour Inc.'s (the "Tour") Motion to Compel Subpoena Compliance and the supporting declaration by Tim Taylor. I make the statements in this declaration based on personal knowledge, personal experience, and personal participation in communications with business associates. If called and sworn as a witness, I could and would testify to the facts stated in this declaration.

2.  At lines 5:18-25 and 14:28-15:1, the Motion to Quash describes confidential LIV documents cited in the Tour's Motion to Compel. As I previously explained (Dkt. No. 158-1), these documents describe LIV Golf's internal decision-making processes and corporate governance and are highly confidential to LIV Golf. LIV Golf goes to extensive lengths to keep this information confidential. Disclosure of this information would cause competitive harm to LIV Golf by allowing competitors (such as the Tour) to exploit information about LIV Golf's internal decision-making processes and corporate governance. For example, competitors could attempt to influence LIV Golf's investors or take advantage of limitations on LIV Golf's decision-making powers. Disclosure of this information would also harm LIV Golf's ability to obtain future investment, including if it decides to take outside funding.

3.  Tim Taylor has provided a declaration to address certain statements in the Tour's Motion to Compel. This declaration is described at lines 5:10-11 and 5:19-22 of the non-parties' Motion to Quash. Similar to the exhibits, the Taylor declaration and related portions of the Motion describe LIV Golf's internal decision-making processes and corporate governance. This information is highly confidential to LIV Golf. LIV Golf goes to extensive lengths to keep this information confidential. Disclosure of the information would produce competitive harm, including competitor attempts to influence investors, exploitation of limitations on LIV Golf's decision-making powers, and prejudice to LIV Golf's ability to obtain outside funding.

4.  The Taylor declaration also cites and describes exhibits 16, 17, and 40 of the Motion to Compel. These exhibits contain highly confidential information about LIV Golf's financial

information and projections, including the amount of investment, projected expenditures, revenues, and income, as well as LIV Golf's business and media plans and identity of consultants.

5. The following table summarizes that harm that could result from disclosure:

| Document | Harm From Disclosure |
|---|---|
| Motion to Quash at lines 5:10-11, 5:18-25, and 14:28-15:1 (Dkt. No. 166) | Competitive harm from exposure of internal decision-making processes and corporate governance, including prejudice to future investment and exploitation of information by competitors. |
| Declaration of Tim Taylor (Dkt. No. 166-6) | Competitive harm from exposure of internal decision-making processes and corporate governance, including prejudice to future investment and exploitation of information by competitors. |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 29, 2022.

/s/ *John Loffhagen*
John Loffhagen