IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.<br><br>                Plaintiffs,<br><br>     v.<br><br>PGA TOUR, INC.,<br><br>                Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN'S MOTION TO QUASH AND OPPOSITION TO MOTION TO COMPEL AND SUPPORTING DECLARATION** |

Pursuant to Civil Local Rule 79-5, non-parties the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan's filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Dkt. No. 165. Plaintiff LIV Golf, Inc. ("LIV") filed a Statement and Declaration in Support of Sealing.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Memorandum of Points and Authorities (Dkt. No. 166) | Lines 5:9-11, 5:18-25, and 14:28-15:1 | Contains confidential information of LIV Golf, Inc. regarding its internal corporate governance and decision-making process, including relationship with investors, consultants, and parent companies, as well as processes for budget approval that would cause competitive harm if disclosed. |
| Declaration of Tim Taylor (Dkt. No. 166-6) | Entire Declaration | Contains confidential information of LIV Golf, Inc. regarding its internal corporate governance and decision-making process, including relationship with investors, consultants, and parent companies, as well as processes for budget approval that would cause competitive harm if disclosed. |

IT IS SO ORDERED.

DATED _____          _____
                                        SUSAN VAN KEULEN
                                        United States Magistrate Judge