| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>    Defendant.<br><br>PGA TOUR, INC.,<br><br>    Counterclaimant,<br><br>    v.<br><br>LIV GOLF, INC.,<br><br>    Counterdefendant. | Case No. 5:22-cv-04486-BLF<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

Pursuant to Civil Local Rule 79-5(f) and the Protective Order entered by this Court, Dkt. 111, Defendant/Counterclaimant PGA Tour, Inc. ("the TOUR") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, regarding portions of the PGA Tour, Inc.'s Reply in Support of Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Compliance with Document and Deposition Subpoenas and Opposition to Motion to Quash ("Reply in Support of Motion to Compel and Opposition to Motion to Quash") and a selection of exhibits to the Declaration of Sophie Hood in Support of PGA Tour, Inc.'s Reply in Support of Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Compliance with Document and Deposition Subpoenas and Opposition to Motion to Quash ("Hood Declaration"), filed concurrently herewith.

Specifically, the documents subject to this Administrative Motion include:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibits 1–37 to the Hood Declaration | Entirety | LIV Golf, Inc. |
| Exhibit 44 to the Hood Declaration | Entirety | LIV Golf, Inc. |
| Reply in Support of Motion to Compel and Opposition to Motion to Quash | Highlighted portions | LIV Golf, Inc. |

Exhibits 1–37 and 44 to the Hood Declaration are a selection of documents from Plaintiff/Counterdefendant LIV Golf, Inc.'s ("LIV") various productions of documents in response to the TOUR's First Set of Requests for Production of Documents. LIV designated certain of these documents as either "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the applicable Protective Order, Dkt. 111, in this action. The highlighted portions of the Reply in Support of Motion to Compel and Opposition to Motion to Quash include references to materials within those exhibits.

The TOUR does not have an interest in confidential treatment of the information contained in those exhibits or highlighted in yellow in its proposed redacted Reply in Support of Motion to Compel and Opposition to Motion to Quash. The TOUR makes this request solely because LIV has designated this information as confidential under the applicable Protective Order. Nevertheless, in compliance with its Protective Order obligations and the Civil Local Rules of this District, the TOUR is submitting under seal, along with this Administration Motion, an unredacted copy of the documents referenced above pursuant to Civil Local Rules 79-5(d) and 79-5(e).

Dated: December 2, 2022

KEKER, VAN NEST & PETERS LLP

By: /s/ *Elliot R. Peters*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
PATRICK FITZGERALD
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant
PGA TOUR, INC.