KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone: 212 735 3000
Facsimile: 212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone: 312 407 0700
Facsimile: 312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,

Plaintiffs,

v.

PGA TOUR, INC.,

Defendant.

Case No. 5:22-cv-04486-BLF

**DECLARATION OF SOPHIE HOOD IN SUPPORT OF PGA TOUR INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENAS AND OPPOSITION TO MOTION TO QUASH**

Courtroom: 3
Judge: Hon. Beth Labson Freeman

Date Filed: August 3, 2022

Trial Date: January 8, 2024

PGA TOUR, INC.,

Counterclaimant,

v.

LIV GOLF, INC.,

Counterdefendant.

I, Sophie Hood, declare that:

1. I am an attorney, duly licensed to practice law in California, and a partner with the law firm of Keker, Van Nest & Peters LLP, counsel for Plaintiff, PGA TOUR, Inc. ("TOUR"), in the above-captioned action and in the underlying action, Jones, et al. v. PGA TOUR, Inc., Case No. 5:22-cv-04486-BLF, pending in the United States District Court for the Northern District of California. I submit this declaration in support of the TOUR's Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan's Compliance with Document and Deposition Subpoenas and Opposition to Motion to Quash. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the relevant excerpts from a PowerPoint document that was produced with Bates stamps LIV000198905 – LIV000199076.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a PowerPoint document that was produced as Bates stamp LIV00029353-4.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Ross Antrobus to Kerry Taylor and others, dated April 25, 2022 and Bates stamped LIV000116760-1.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email from Anna Silverman to Atul Khosla and others, dated February 24, 2022 and Bates stamped LIV000016646-9.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email from Majed Al-Sorour to Greg Norman and others, dated October 5, 2021 and Bates stamped LIV000181785-7.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an email from Atul Khosla to Jed Moore and others, dated June 24, 2022 and Bates stamped LIV000033498-9.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a PowerPoint document that was produced as Bates stamp LIV000029332.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an email from Atul Khosla to Yasir Al-Rumayyan and others, dated July 3, 2022 and Bates stamped LIV000031157-9.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an email from Atul Khosla to Ron Cross and others, dated April 25, 2022 and Bates stamped LIV000025387.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an email from Greg Norman to Scott Peddie and others, dated October 24, 2021 and Bates stamped LIV000182057-61.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an email from Sean Bratches to Jacobo Solis and others, dated March 1, 2022 and Bates stamped LIV000016718-9.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an email from Maria O'Connor to Meshari Al-Otaibi and others, dated October 4, 2021 and Bates stamped LIV000180734-6.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an email from Sean Bratches to Atul Khosla and others, dated December 10, 2021 and Bates stamped LIV000180249-50.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an email from the "Governor Office" to Jed Moore and others, dated September 21, 2021 and Bates stamped LIV000180729-33.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an email from Sean Bratches to Jed Moore and others, dated December 14, 2021 and Bates stamped LIV000033348.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an email from Jed Moore to Greg Norman, dated January 18, 2022 and Bates stamped LIV000016615-6.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a document that was produced with Bates stamp LIV000016768.

19. Attached hereto as **Exhibit 18** is a true and correct copy of an email from Mohannad S. Alblehed to Majed Al-Sorour and others, dated February 13, 2022 and Bates stamped LIV000033153-6.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an email from Majed Al-Sorour to Greg Norman and others, dated May 26, 2022 and Bates stamped LIV000019203-6.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an instant message from Yasir [Al-Rumayyan] to Bryson DeChambeau, dated June 6, 2022 and Bates stamped LIV000235075.

22. Attached hereto as **Exhibit 21** is a true and correct copy of an email from Majed Al-Sorour to Jed Moore and others, dated March 28, 2022 and Bates stamped LIV000219286-8.

23. Attached hereto as **Exhibit 22** is a true and correct copy of an email from Ghaliah AlShammari to Majed Al-Sorour and others, dated May 16, 2022 and Bates stamped LIV000012598-603.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a WhatsApp chat from Greg Norman to Atul Khosla and others, dated October 25, 2022 and Bates stamped LIV0000261984.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a document that was produced as Bates stamp LIV000017449-52.

26. Attached hereto as **Exhibit 25** is a true and correct copy of an email from Alhanouf Almarshad to Anna Chaldysheva and others, dated August 19, 2022 and Bates stamped LIV000009960-72.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a PowerPoint document that was produced as Bates stamp LIV000017303-10.

28. Attached hereto as **Exhibit 27** is a true and correct copy of an email from Scott Peddie to Jed Moore and others, dated September 6, 2021 and Bates stamped LIV000017525-9.

29. Attached hereto as **Exhibit 28** is a true and correct copy of an email from Padraic Riley to Jed Moore and others, dated November 5, 2021 and Bates stamped LIV000033386.

30. Attached hereto as **Exhibit 29** is a true and correct copy of a social media report attachment to the email in Exhibit 28 that was produced as Bates stamp LIV000033387.

31. Attached hereto as **Exhibit 30** is a true and correct copy of an email from Atul Khosla to Kevin Foster, dated July 22, 2022 and Bates stamped LIV000102358-9.

32. Attached hereto as **Exhibit 31** is a true and correct copy of an email from Amy Hughes to Kevin Foster and others, dated August 3, 2022 and Bates stamped LIV000032673.

33. Attached hereto as **Exhibit 32** is a true and correct copy of an email from Kerry Taylor to Atul Khosla and others, dated August 1, 2022 and Bates stamped LIV000032654.

34. Attached hereto as **Exhibit 33** is a true and correct copy of an email from Monica Fee to Barnes Hampel and others, dated July 13, 2022 and Bates stamped LIV000029462-3.

35. Attached hereto as **Exhibit 34** is a true and correct copy of an email from Atul Khosla to Majed Al-Sorour and others, dated April 25, 2022 and Bates stamped LIV000031579.

36. Attached hereto as **Exhibit 35** is a true and correct copy of an email from Atul Khosla to Majed Al-Sorour and others, dated July 16, 2022 and Bates stamped LIV000033346-7.

37. Attached hereto as **Exhibit 36** is a true and correct copy of an email from Majed Al-Sorour to Anna Chaldysheva and others, dated February 13, 2022 and Bates stamped LIV000181793-4.

38. Attached hereto as **Exhibit 37** is a true and correct copy of an organizational chart that was produced as Bates stamp LIV000209506.

39. Attached hereto as **Exhibit 38** is a true and correct copy of an article by Josh Carpenter, *GSE Worldwide, Wasserman hold big stake in LIV Golf fields,* Sports Business Journal, dated September 1, 2022.

40. Attached hereto as **Exhibit 39** is a true and correct copy of an article by Alex Miceli, *Greg Norman Letter to Players States PGA Tour's Threat of Lifetime Ban is Not Enforceable,* Sports Illustrated, dated February 23, 2022..

41. Attached hereto as **Exhibit 40** is a true and correct copy of Teneo Strategy, LLC Registration Statement pursuant to the Foreign Agents Registration Act of 1938, as amended, dated August 23, 2022.

42. Our offices conducted a search of all email sent or received by users with PIF accounts that LIV has produced in the litigation to-date. Four hundred and one of the PIF emails produced appear to be direct communications between a PIF user, on the one hand, and at least one US-based LIV employee on the other hand. Two hundred and sixty seven emails appear to be

direct communications between a PIF user, on the one hand, and at least one of the following three New-York based business entities: M. Klein & Company, Teneo Strategy, LLC, and Terakeet.

43. Attached hereto as **Exhibit 41** is a true and correct copy of an article by Avi Salzman, *Inside Saudi Arabia's $360 Billion Investment Fund,* Barron's, dated September 21, 2020.

44. On November 28, 2022, my partner, Brook Dooley, sent via Federal Express to counsel for PIF and Mr. Al-Rumayyan two checks for $1,500 each representing witness fees for PIF and Mr. Al-Rumayyan in connection with the subpoenas for which they accepted service on September 22, 2022. Attached hereto as **Exhibit 42** is a true and correct copy of that letter.

45. Attached hereto as **Exhibit 43** is a true and correct copy of LIV Golf's Opposition to PGA European Tour's Motion To Quash Rule 45 Subpoena, PGA European Tour v. LIV Golf, Inc, No. 3:22-mc-00016-TJC-LLL (M.D. Fla. Nov. 29, 2022), Dkt. 11.

46. Attached here to as **Exhibit 44** is a true and correct copy of LIV Golf Investments Weekly Update, dated July 29, 2022 and Bates stamped LIV000011582-93.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on December 2, 2022, in San Francisco, California.

SOPHIE HOOD