# EXHIBIT 1

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 2

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 3

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 4

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 5

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 6

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 7

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 8

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 9

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 10

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 11

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 12

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 13

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 14

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 15

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 16

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 17

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 18

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 19

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 20

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 21

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 22

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 23

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 24

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 25

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 26

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 27

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 28

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 29

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 30

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 31

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 32

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 33

## EXHIBIT FILED UNDER SEAL

# EXHIBIT 34

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 35

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 36

# EXHIBIT FILED UNDER SEAL

# EXHIBIT 37

## EXHIBIT FILED UNDER SEAL