KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>LIV GOLF, INC.,<br><br>Counterdefendant. | Case No. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENAS**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br>Trial Date: January 8, 2024 |

|   |   |
|---|---|
| 1 | Now before the Court are Defendant/Counterclaimant PGA Tour, Inc.'s ("the TOUR") |
| 2 | Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman |
| 3 | Al-Rumayyan's Compliance With Document and Deposition Subpoena, Dkt. No. 148 ("Motion |
| 4 | to Compel"), the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al- |
| 5 | Rumayyan's Motion To Quash and Opposition to PGA Tour, Inc.'s Motion To Compel Subpoena |
| 6 | Compliance Motion to Quash ("Motion to Quash"), Dkt. No. 166, and the TOUR's Reply in |
| 7 | Support of Motion to Compel and Opposition to Motion to Quash. |
| 8 | Having considered the papers submitted by counsel, the applicable law, all files and |
| 9 | records in this action, and the arguments of counsel, and good cause appearing, the Court hereby |
| 10 | GRANTS the TOUR's Motion to Compel and DENIES PIF and Mr. Al-Rumayyan's Motion to |
| 11 | Quash. PIF and Mr. Al-Rumayyan are ordered to immediately produce documents responsive to |
| 12 | the document subpoenas served upon them on September 22, 2022, as narrowed by the TOUR on |
| 13 | October 12, 2022, and to appear for a deposition at a date and location that is mutually agreeable |
| 14 | to the parties but no later than the close of fact discovery in this case on March 3, 2023. |

**IT IS SO ORDERED**

Dated:

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE