| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | MATTHEW M. MARTINO - (*pro hac vice*) |
| alauridsen@keker.com | matthew.martino@skadden.com |
| NICHOLAS S. GOLDBERG - # 273614 | One Manhattan West |
| ngoldberg@keker.com | New York, NY 10001 |
| SOPHIE HOOD - # 295881 | Telephone:  212 735 3000 |
| shood@keker.com | Facsimile:  212 735 2000 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Telephone:  415 391 5400 | PATRICK FITZGERALD - (*pro hac vice*) |
| Facsimile:  415 397 7188 | patrick.fitzgerald@skadden.com |
| | 155 North Wacker Drive |
| | Chicago, Il 60606 |
| | Telephone:  312 407 0700 |
| | Facsimile:  312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., | Case No. 5:22-cv-04486-BLF |
| Plaintiffs, | **DECLARATION OF ERIC H. MACMICHAEL IN SUPPORT OF DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| PGA TOUR, INC., | Judge:  Hon. Beth Labson Freeman |
| Defendant. | Date Filed: August 3, 2022 |
| PGA TOUR, INC., | Trial Date: January 8, 2024 |
| Counterclaimant, | |
| v. | |
| LIV GOLF, INC., | |
| Counterdefendant. | |

I, Eric H. MacMichael, declare as follows:

1. I am duly licensed to practice law in the State of California and am a partner with the law firm of Keker, Van Nest & Peters LLP, counsel of record for the PGA Tour, Inc. ("the TOUR") in the above-captioned matter. I submit this declaration in support of the TOUR's Administrative Motion to File Under Seal certain redacted portions of the contemporaneously filed Joint Discovery Statement and Exhibit A thereto.

2. The TOUR seeks a limited, narrowly tailored sealing order to protect its confidential information in connection with the Court's resolution of this discovery dispute. The materials in question have been designated under the stipulated protective order in this case.

3. Good cause exists to grant the TOUR's request. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (good cause standard applies to sealing of discovery materials attached to non-dispositive motions).

4. The highlighted material sought to be sealed through the TOUR's administrative motion consists of confidential and competitively sensitive information related to the TOUR's business, and in particularl to communications with the TOUR's vendors and other partners disclosed in the TOUR's objections and responses to Plaintiffs' second set of interrogatories. It also includes sensitive internal communications and materials related to the manner in which the TOUR applies its Regulations.

5. The public disclosure of this information would cause competitive harm to the TOUR. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) (stating that "sources of business information that might harm a litigant's competitive standing" properly may be sealed); *see also In re Incretin-Based Therapies Prod. Liab. Litig.*, No. 13MD2452 AJB (MDD), 2021 WL 873290, at *2 (S.D. Cal. Mar. 9, 2021) (sealing internal "confidential regulatory strategies and communications" in case involving "avid competitors").

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct and that this declaration was executed on December 5, 2022, at San
3  Francisco, California.

                    */s/ Eric H. MacMichael*
                    ERIC H. MACMICHAEL