| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:      212 735 3000<br>Facsimile:       212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:      312 407 0700<br>Facsimile:       312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |
| PGA TOUR, INC.,<br><br>    Counterclaimant,<br><br>    v.<br><br>LIV GOLF, INC.,<br><br>    Counterdefendant. | |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Seal filed by Defendant/Counterclaimant PGA TOUR, INC. (the "TOUR"). The following documents will remain sealed, as follows:

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Joint Discovery Statement | Highlighted portions, except: Pg. 14, lines 21-22; Pg. 15, lines 1-2 | Quotes and paraphrases information from the TOUR's responses to LIV Golf Inc.'s Second Set of Interrogatories, which the TOUR has designated as protected material under the Protective Order, Dkt. 111, as it contains competitively sensitive business information. |
| Exhibit 14 to the Dooley Declaration | Highlighted portions | Quotes and paraphrases information from the TOUR's responses to LIV Golf Inc.'s Second Set of Interrogatories, which the TOUR has designated as protected material under the Protective Order, Dkt. 111, as it contains competitively sensitive business information. |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE