**EXHIBIT B**

## Joint Chart Regarding Defendant PGA TOUR INC.'s First Set of Interrogatories

The TOUR's Interrogatory No. 1 is the sole interrogatory disputed in this discovery statement. That Interrogatory requires LIV to:

> Describe every instance in which you contend the PGA TOUR threatened or leaned on (a) a PGA TOUR member; (b) another professional golf tour, including the Asian Tour; (c) a professional golf organization, including the PGA of America, Augusta National, the R&A or the OWGR; (d) a PGA TOUR member's agent or business partner; (e) a vendor or small company in the golf and sports production industry; (f) a golfer who is not a PGA TOUR member; (g) a sponsor; (h) a broadcaster; or (i) any other third party. In responding, please identify (a) the name of the person who made the alleged threat; (b) the name of the person who was allegedly threatened; (c) the substance of the alleged threat; (d) when the alleged threat was made; and (e) how the alleged threat was made (i.e., orally, by email, by text message, etc.).

LIV's response to this Interrogatory, **Exhibit A**, is broken down into categories (Section a-h) of entities allegedly threatened, with specific alleged threats detailed under each category. Accordingly, rather than setting out the disputed interrogatory, the first column in the chart below lists the categories and specific threats within each category of LIV's response that the TOUR disputes as deficient.

LIV Golf disagrees with the Tour's "Category" descriptions, the veracity of its descriptions in the categories, and, even if the descriptions are accurate, that the categories do not describe an improper response to a contention interrogatory at the outset of discovery. LIV Golf further disapproves of the Tour's use of footnotes to substantively describe its position in contravention of the Court's Standing Order.

| Defendant's Disputed Interrogatory | Defendant's Proposed Compromise* | Plaintiff's Response | Plaintiff's Proposed Compromise | Court's Use |
|---|---|---|---|---|
| **Category (c): Professional Golf Organizations** | | | | |
| • Royal & Ancient | Category 2 deficiency[1] Category 3 deficiency<br><br>**Relief requested:**, Provide all categories of requested information for each | **Response to Category 2:** Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to | **Requested Relief:** LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered | |

---

[1] The deficiency categories refer to the categories set out in the TOUR's statement in the Joint Discovery Letter. Specifically:
- **Category 1** refers to alleged threats where the entity chose not to work with LIV and no threat is alleged;
- **Category 2** refers to alleged threats where no supporting details are provided, as required by the interrogatory; and
- **Category 3** refers to alleged threats where LIV's response improperly relies upon the TOUR's own interrogatory response or other information produced in this litigation.

| | | | | |
|---|---|---|---|---|
| | alleged threat or clearly state where not in possession of supporting facts. | the Tour's contention interrogatory served at the outset of discovery.  LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week.<br><br>***Response to Category 3***: Citing information learned in discovery by any party or non-party in an interrogatory answer is appropriate.  The Tour has done the same in its interrogatory responses. | during discovery.  LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |
| • OWGR | Category 2 deficiency<br><br>***Relief requested:*** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | ***Response to Category 2***: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery.  LIV Golf has committed to amending and supplementing its response based on new | ***Requested Relief***:  LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery.  LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week. | | |
| • | Ladies Professional Golfers Association (LPGA) | Category 2 deficiency<br><br>***Relief requested:*** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | ***Response to Category 2***: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery. LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week. | ***Requested Relief***: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |
| • | Ladies European Tour (LET) | Category 2 deficiency<br><br>***Relief requested:*** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | ***Response to Category 2***: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery. LIV | ***Requested Relief***: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the | |

| | | | | |
|---|---|---|---|---|
| | | Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week. | information that it simultaneously demands from LIV Golf. | |
| **Category (e): Vendors** | | | | |
| • Aggreko | Category 1 deficiency<br>Category 3 deficiency<br><br>*Relief requested:* Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | ***Response to Category 1***: The circumstances surrounding the entity's decision not to work with LIV Golf, coupled with additional evidence Plaintiff LIV Golf has cited in response to the Tour's Interrogatory provide information responsive to the Tour's interrogatory. LIV Golf has further committed to amending and supplementing its response based on new information uncovered during discovery.<br><br>***Response to Category 3***: Citing information learned in discovery by any party or non-party in an interrogatory answer is | ***Requested Relief***: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |

| | | | appropriate. The Tour has done the same in its interrogatory responses. | | |
|---|---|---|---|---|---|
| • Top Tracer | Category 1 deficiency Category 3 deficiency  *Relief requested:* Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | **Response to Category 1**: The circumstances surrounding the entity's decision not to work with LIV Golf, coupled with additional evidence Plaintiff LIV Golf has cited in response to the Tour's Interrogatory provide information responsive to the Tour's interrogatory. LIV Golf has further committed to amending and supplementing its response based on new information uncovered during discovery.  **Response to Category 3**: Citing information learned in discovery by any party or non-party in an interrogatory answer is appropriate. The Tour has done the same in its interrogatory responses. | **Requested Relief**: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |
| • Callaway Golf Company | Category 1 deficiency Category 3 deficiency  *Relief requested:* Provide all categories of requested | **Response to Category 1**: The circumstances surrounding the entity's decision not to work with LIV Golf, coupled with | **Requested Relief**: LIV Golf will continue to supplement its interrogatory response regularly, based on new | |

| | | | | |
|---|---|---|---|---|
| | information for each alleged threat or clearly state where not in possession of supporting facts. | additional evidence Plaintiff LIV Golf has cited in response to the Tour's Interrogatory provide information responsive to the Tour's interrogatory.  LIV Golf has further committed to amending and supplementing its response based on new information uncovered during discovery.<br><br>**Response to Category 3**: Citing information learned in discovery by any party or non-party in an interrogatory answer is appropriate.  The Tour has done the same in its interrogatory responses. | information uncovered during discovery.  LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |
| • American Needle | Category 1 deficiency<br>Category 3 deficiency<br><br>**Relief requested:** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | **Response to Category 1**: The circumstances surrounding the entity's decision not to work with LIV Golf, coupled with additional evidence Plaintiff LIV Golf has cited in response to the Tour's Interrogatory provide information responsive to the Tour's interrogatory.  LIV Golf has further committed to amending and | **Requested Relief**: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery.  LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |

| | | | | | |
|---|---|---|---|---|---|
| | | supplementing its response based on new information uncovered during discovery.<br><br>***Response to Category 3***: Citing information learned in discovery by any party or non-party in an interrogatory answer is appropriate.  The Tour has done the same in its interrogatory responses. | | | |
| • Ticketmaster | Category 2 deficiency<br>Category 3 deficiency<br><br>***Relief requested:*** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | ***Response to Category 2***: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery.  LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week.<br><br>***Response to Category 3***: Citing information learned | ***Requested Relief***:  LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery.  LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |

| | | | | |
|---|---|---|---|---|
| | | in discovery by any party or non-party in an interrogatory answer is appropriate. The Tour has done the same in its interrogatory responses. | | |
| • Cueto | Category 2 deficiency Category 3 deficiency  **Relief requested:** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | **Response to Category 2**: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery. LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week.  **Response to Category 3**: Citing information learned in discovery by any party or non-party in an interrogatory answer is appropriate. The Tour has done the same in its interrogatory responses. | **Requested Relief**: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |

| | | | | |
|---|---|---|---|---|
| • Dick's Sporting Goods | Category 1 deficiency Category 3 deficiency  **Relief requested:** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | **Response to Category 1**: The circumstances surrounding the entity's decision not to work with LIV Golf, coupled with additional evidence Plaintiff LIV Golf has cited in response to the Tour's Interrogatory provide information responsive to the Tour's interrogatory. LIV Golf has further committed to amending and supplementing its response based on new information uncovered during discovery.  **Response to Category 3**: Citing information learned in discovery by any party or non-party in an interrogatory answer is appropriate. The Tour has done the same in its interrogatory responses. | **Requested Relief**: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |
| • Peter Millar and Hudson Sutler | Category 2 deficiency Category 3 deficiency  **Relief requested:** Provide all categories of requested information for each alleged threat or clearly state where not in | **Response to Category 2**: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery. LIV | **Requested Relief**: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the | |

| | | possession of supporting facts. | Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week.<br><br>***Response to Category 3***: Citing information learned in discovery by any party or non-party in an interrogatory answer is appropriate.  The Tour has done the same in its interrogatory responses. | information that it simultaneously demands from LIV Golf. | |
|---|---|---|---|---|---|
| • | Galvin Green | Category 2 deficiency<br>Category 3 deficiency<br><br>***Relief requested:*** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | ***Response to Category 2***: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery.  LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has | ***Requested Relief***: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery.  LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |

| | | | | |
|---|---|---|---|---|
| | | already informed Defendant, serving a further supplemental response next week.<br><br>***Response to Category 3***: Citing information learned in discovery by any party or non-party in an interrogatory answer is appropriate. The Tour has done the same in its interrogatory responses. | | |
| • Endeavor Company/IMG | Category 2 deficiency<br>Category 3 deficiency<br><br>***Relief requested:*** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | ***Response to Category 2***: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery. LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week.<br><br>***Response to Category 3***: Citing information learned | ***Requested Relief***: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |

| | | | | |
|---|---|---|---|---|
| | | in discovery by any party or non-party in an interrogatory answer is appropriate. The Tour has done the same in its interrogatory responses. | | |
| • Golf Courses | Category 2 deficiency<br><br>***Relief requested:*** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | ***Response to Category 2***: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery. LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week. | ***Requested Relief***: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |
| • Master Fence Rental | Category 2 deficiency<br><br>***Relief requested:*** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | ***Response to Category 2***: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery. LIV Golf has committed to | ***Requested Relief***: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the information that it | |

| | | | | | |
|---|---|---|---|---|---|
| | | | amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week. | simultaneously demands from LIV Golf. | |
| • Broadcast Networks | Category 2 deficiency  **Relief requested:** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | **Response to Category 2:** Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery. LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week. | **Requested Relief:** LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |
| • Czarnowski | Category 2 deficiency  **Relief requested:** Provide all categories of requested information for each alleged threat or clearly | **Response to Category 2:** Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to | **Requested Relief:** LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered | |

| | | | | |
|---|---|---|---|---|
| | state where not in possession of supporting facts. | | the Tour's contention interrogatory served at the outset of discovery.  LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week. | during discovery.  LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |
| • Various entities identified in Response at 25:23-26:7 | Category 1 Deficiency Category 2 Deficiency Category 3 Deficiency  **Relief requested:** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | **Response to Category 1**: The circumstances surrounding the entity's decision not to work with LIV Golf, coupled with additional evidence Plaintiff LIV Golf has cited in response to the Tour's Interrogatory provide information responsive to the Tour's interrogatory.  LIV Golf has further committed to amending and supplementing its response based on new information uncovered during discovery.  **Response to Category 2**: Plaintiff LIV Golf provided supporting | **Requested Relief**: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery.  LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |

| | | | | |
|---|---|---|---|---|
| | | details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery.  LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week.<br><br>***Response to Category 3***: Citing information learned in discovery by any party or non-party in an interrogatory answer is appropriate.  The Tour has done the same in its interrogatory responses. | | |
| **Category (f): Golfers who are not PGA TOUR members** | | | | |
| • Amateur status golfers (Response at 26:23-25) | Category 2 Deficiency<br><br>***Relief requested:*** Provide all categories of requested information for each alleged threat or clearly state where not in | ***Response to Category 2***: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention | ***Requested Relief***:  LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery.  LIV | |

| | | | | | |
|---|---|---|---|---|---|
| | possession of supporting facts. | | interrogatory served at the outset of discovery. LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week. | Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |
| • Young golfers (Response at 26:26-28) | Category 2 Deficiency<br><br>**Relief requested:** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts.. | **Response to Category 2**: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery. LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week. | **Requested Relief**: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery. LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | | |
| **Category (g): Sponsors** | | | | | |
| • Entirety of response | Category 1 Deficiency<br>Category 2 Deficiency | **Response to Category 1**: The circumstances | **Requested Relief**: LIV Golf will continue to | | |

| | | | | |
|---|---|---|---|---|
| | Category 3 Deficiency<br><br>***Relief requested:*** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | surrounding the entity's decision not to work with LIV Golf, coupled with additional evidence Plaintiff LIV Golf has cited in response to the Tour's Interrogatory provide information responsive to the Tour's interrogatory.  LIV Golf has further committed to amending and supplementing its response based on new information uncovered during discovery.<br><br>***Response to Category 2***: Plaintiff LIV Golf provided supporting details it has collected from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery.  LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a | supplement its interrogatory response regularly, based on new information uncovered during discovery.  LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |

| | | | | |
|---|---|---|---|---|
| | | further supplemental response next week. ***Response to Category 3***: Citing information learned in discovery by any party or non-party in an interrogatory answer is appropriate.  The Tour has done the same in its interrogatory responses. | | |
| **Category (h): Broadcasters** | | | | |
| • Entirety of Response, *with the exception of the Response at 31:1-32:2.* | Category 1 Deficiency Category 2 Deficiency Category 3 Deficiency  ***Relief requested:*** Provide all categories of requested information for each alleged threat or clearly state where not in possession of supporting facts. | ***Response to Category 1***:  The circumstances surrounding the entity's decision not to work with LIV Golf, coupled with additional evidence Plaintiff LIV Golf has cited in response to the Tour's Interrogatory provide information responsive to the Tour's interrogatory.  LIV Golf has further committed to amending and supplementing its response based on new information uncovered during discovery.  ***Response to Category 2***: Plaintiff LIV Golf provided supporting details it has collected | ***Requested Relief***: LIV Golf will continue to supplement its interrogatory response regularly, based on new information uncovered during discovery.  LIV Golf requests that the Tour cease hiding the information that it simultaneously demands from LIV Golf. | |

| | | | | |
|---|---|---|---|---|
| | | from its reasonable investigation to respond to the Tour's contention interrogatory served at the outset of discovery.  LIV Golf has committed to amending and supplementing its response based on new information uncovered during discovery, including, as LIV Golf has already informed Defendant, serving a further supplemental response next week.<br><br>***Response to Category 3***: Citing information learned in discovery by any party or non-party in an interrogatory answer is appropriate.  The Tour has done the same in its interrogatory responses. | | |