| | | |
|---|---|---|
| 1 | DKEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP |
| 2 | epeters@keker.com<br>DAVID SILBERT - # 173128 | ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com |
| 3 | dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780 | KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com |
| 4 | alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614 | MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com |
| 5 | ngoldberg@keker.com<br>SOPHIE HOOD - # 295881 | One Manhattan West<br>New York, NY 10001 |
| 6 | shood@keker.com<br>633 Battery Street | Telephone:    212 735 3000<br>Facsimile:     212 735 2000 |
| 7 | San Francisco, CA 94111-1809<br>Telephone:    415 391 5400 | SKADDEN, ARPS, SLATE, MEAGHER & |
| 8 | Facsimile:     415 397 7188 | FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*) |
| 9 | | patrick.fitzgerald@skadden.com<br>155 North Wacker Drive |
| 10 | | Chicago, Il 60606<br>Telephone:    312 407 0700 |
| 11 | | Facsimile:     312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU;<br>PETER UIHLEIN; and LIV GOLF, INC.,<br><br>              Plaintiffs,<br><br>      v.<br><br>PGA TOUR, INC.,<br><br>              Defendant.<br><br>PGA TOUR, INC.,<br><br>              Counterclaimant,<br><br>      v.<br><br>LIV GOLF, INC.,<br><br>              Counterdefendant. | Case No. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER REGARDING<br>JOINT STATEMENT REGARDING LIV<br>GOLF INC.'S RESPONSE TO PGA<br>TOUR, INC.'S INTERROGATORY NO. 1**<br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br>Trial Date: January 8, 2024 |

The Court is in receipt of the Parties' Joint Statement Regarding LIV Golf Inc.'s ("LIV") Response to PGA TOUR's (the "TOUR") Interrogatory No. 1. Dkt. [XX]. Having fully considered the papers and arguments presented by the parties, the Court hereby GRANTS the TOUR's request for relief. For each category of LIV's response identified as deficient in Exhibit B to the Joint Statement, LIV is ordered to provide all categories of requested information identified in the TOUR's Interrogatory No. 1 for each alleged threat or clearly state where it is not in possession of such information.

**IT IS SO ORDERED**

Dated:

---

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE