RACHEL S. BRASS, SBN 219301
   rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
   rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

*Attorneys for Plaintiff LIV Golf, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.<br><br>           Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>           Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF THE PGA TOUR INC.'S OPPOSITION TO MOTION TO QUASH AND REPLY TO MOTION TO COMPEL SUBPOENA COMPLIANCE AND SUPPORTING EXHIBITS** |

Pursuant to Civil Local Rule 79-5, Defendant the PGA Tour, Inc. filed an administrative motion to consider whether another party's material should remain sealed. Dkt. No. 168. Plaintiff LIV Golf, Inc. ("LIV") filed a Statement and Declaration in Support of Sealing.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Memorandum of Points and Authorities (Dkt. No. 169) | Lines 1:21, 3:3-5, 3:10-18, 3:22-25, 4:2-9, 4:11, 4:14-22, 4:24-25, 4:27-5:1, 5:8-13, 5:16, 5:18-21, 6:4-5, 6:10-18, 6:22-26, 8:22-9:1, 10:17-18, 10:21-27, 11:26-12:4, 12:7-9, 12:11, 12:14-16, 12:21-23, 13:7, 13:24-14:4, 16:8-9, 16:11-17, and 18:22-24 | Contains confidential information of LIV Golf, Inc. regarding its financials, valuation, business plan, financial projections, investment risks, internal decision making and strategy, specific negotiations, internal corporate governance and procedures that would cause competitive harm if disclosed. |
| Exhibits 1-37, 44 | Entire Exhibit | Contains confidential information of LIV Golf, Inc. regarding its financials, valuation, business plan, financial projections, investment risks, internal decision making and strategy, specific negotiations, internal corporate governance and procedures that would cause competitive harm if disclosed. |

IT IS SO ORDERED.

DATED _____

_____
SUSAN VAN KEULEN
United States Magistrate Judge