# EXHIBIT B

*PUBLIC VERSION*
*DOCUMENT LODGED UNDER SEAL*