RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000

*Attorneys for Plaintiffs Matt Jones, Bryson
  DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **PLAINTIFF LIV GOLF INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Gibson, Dunn & Crutcher LLP

i

PLAINTIFF LIV GOLF INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04486-BLF

Pursuant to Local Rules 7-11 and 79-5(f), Plaintiff LIV Golf, Inc. ("LIV Golf") submits this administrative motion to consider whether redacted portions of the Joint Statement Regarding Plaintiffs' Interrogatories Nos. 4-6 ("Joint Statement"), and Exhibits A, B and C to the Joint Statement should be sealed.

The Joint Statement contains information designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' ONLY" by Defendant PGA Tour, Inc. ("PGA Tour") pursuant to the agreed upon Protective Order in this case, Dkt. No. 111. It also contains information produced by third party Augusta National that has been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order. Exhibit A to the Joint Statement, "Plaintiff LIV Golf Inc.'s Third Set of Interrogatories," contains information designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS' ONLY" by the PGA Tour. Exhibit B to the Joint Statement, "Defendant PGA Tour's Response to Plaintiff LIV Golf Inc.'s Third Set of Interrogatories," has also been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by the PGA Tour. Exhibit C quotes from portions of "Defendant PGA Tour's Response to Plaintiff LIV Golf Inc.'s Third Set of Interrogatories." Accordingly, LIV Golf is filing the unredacted copies of the Joint Statement, Exhibit A, Exhibit B and Exhibit C under seal.

| Document | Text to be Sealed | Basis for Sealing |
| --- | --- | --- |
| Joint Statement | Highlighted Portions at 1:20-21 2:10-11 2:22-24 2:24-26 | None |
| Exhibit A | Entirety | None |
| Exhibit B | Entirety | None |
| Exhibit C | Highlighted Portions | None |

LIV Golf does not seek to seal the Joint Statement, Exhibit A, Exhibit B or Exhibit C itself, and does not believe the material is sealable pursuant to this Court's rules. However, to comply with its obligations under Local Rule 79-5(f) and the Protective Order, LIV Golf is submitting unredacted

Gibson, Dunn & Crutcher LLP

2

PLAINTIFF LIV GOLF INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04486-BLF

1  copies of the Joint Statement, Exhibit A, Exhibit B and Exhibit C under seal at this time to allow third
2  party Augusta National and the PGA Tour to seek to maintain confidentiality of this information.

DATED: December 12, 2022                    Respectfully submitted,

By: _____/s/ Rachel S. Brass_____
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

Gibson, Dunn & Crutcher LLP

3

PLAINTIFF LIV GOLF INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. CASE NO. 5:22-CV-04486-BLF

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile: 650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: December 12, 2022            GIBSON, DUNN & CRUTCHER LLP


                                    By:   */s/ Rachel S. Brass*
                                              Rachel S. Brass

Gibson, Dunn & Crutcher LLP

4

PLAINTIFF LIV GOLF INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. CASE NO. 5:22-CV-04486-BLF