IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFF LIV GOLF INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Gibson, Dunn & Crutcher LLP

i

[PROPOSED] ORDER

The Court, having considered LIV Golf's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed, hereby orders as follows:

The Court **DENIES** the Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed. The Court's decision as to each document is located in the chart below.

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Statement | Highlighted Portions at<br>1:20-21<br>2:10-11<br>2:22-24<br>2:24-26 | None |
| Exhibit A | Entirety | None |
| Exhibit B | Entirety | None |
| Exhibit C | Highlighted Portions | None |

**IT IS SO ORDERED.**

DATED: _____        _____
SUSAN VAN KEULEN
United States Magistrate Judge