| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>LAUREN D. DANSEY, SBN 311886<br>  ldansey@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>ROBERT C. WALTERS, *pro hac vice*<br>  rwalters@gibsondunn.com<br>SCOTT K. HVIDT, *pro hac vice*<br>  shvidt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100<br><br>JOSHUA LIPTON, *pro hac vice*<br>  jlipton@gibsondunn.com<br>KRISTEN C. LIMARZI, *pro hac vice*<br>  klimarzi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500 | JOHN B. QUINN, SBN 90378<br>  johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>  dominicsurprenant@quinnemanuel.com<br>KEVIN TERUYA, SBN 235916<br>  kevinteruya@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>ROBERT P. FELDMAN, SBN 69602<br>  bobfeldman@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000 |

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PGA TOUR, INC.,<br><br>　　　　Defendant and Counter-Plaintiff,<br><br>　v.<br><br>LIV GOLF INC.,<br><br>　　　　Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**PROOF OF SERVICE** |

i

I am a resident of the United States and employed at the law firm Gibson, Dunn & Crutcher LLP in the office of Rachel S. Brass, a member of the bar of this Court, in the County of San Francisco, State of California. I am over the age of 18 years, and not a party to or interested in this case. My business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921.

On December 12, 2022, I caused to be served via electronic transmission under seal versions of the following documents and/or applicable exhibits on counsel for the defendants in *Mickelson, et al. v. PGA Tour, Inc.*, Case No. 5:22-cv-04486-BLF:

- Joint Statement;
- Exhibit A: Plaintiff LIV Golf Inc.'s Third Set of Interrogatories;
- Exhibit B: Defendant PGA Tour's Response to Plaintiff LIV Golf Inc.'s Third Set of Interrogatories; and
- Exhibit C: Quotes from portions of Defendant PGA Tour's Response to Plaintiff LIV Golf Inc.'s Third Set of Interrogatories.

On December 12, 2022, I caused to be served via electronic transmission partially under seal versions of the following documents and/or applicable exhibits relating to their designated documents on Lauren Miller Forbes (lmillerforbes@jonesday.com); Craig Waldman (cwaldman@JonesDay.com) Dustin Koenig (dkoenig@jonesday.com) and Aaron Healey (ahealey@jonesday.com) counsel for the non-party Augusta National:

- Plaintiff LIV Golf Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed;
- [Proposed] Order Regarding Plaintiff LIV Golf Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed;
- Joint Statement;

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on December 12, 2022 at San Francisco, California.

                                                                          /s/ *Daniel K. Tom*
                                                                            Daniel K. Tom