RACHEL S. BRASS, SBN 219301
   rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
   rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100
Facsimile:  650.801.5100

*Attorneys for Plaintiff LIV Golf, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF <br><br> **DECLARATION OF JOHN LOFFHAGEN IN SUPPORT OF SEALING PORTIONS OF NON-PARTIES THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN'S REPLY TO MOTION TO QUASH SUBPOENAS** |

I, John Loffhagen, hereby declare and state:

1. I am the Chief Legal Officer of LIV Golf. I am authorized by LIV Golf to make this statement in support of sealing portions of the Non-Parties the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan's Reply to Motion to Quash. I make the statements in this declaration based on personal knowledge, personal experience, and personal participation in communications with business associates. If called and sworn as a witness, I could and would testify to the facts stated in this declaration.

2. As I explained in my declaration to support sealing the PGA Tour, Inc.'s opposition to the Motion to Quash (Dkt. No. 174-1), the Tour's opposition cites internal LIV Golf documents that contain highly confidential information about LIV Golf's financials, valuation, business plan, financial projections, investment risks, internal decision making and strategy, specific negotiations, internal corporate governance and procedures. LIV Golf goes to great lengths to keep this information confidential and disclosure would cause competitive harm.

3. The non-parties' reply describes these same documents at lines 3:8-15, 3:17-18, 4:16, 6:5-12, 7:5-11, and 7:27-28 of their memorandum. These portions of the memorandum disclose highly confidential information about LIV Golf's internal decision making processes, governance procedures, negotiation practices, formation, and relationship with investors. Disclosure of this information would harm LIV Golf by allowing competitors (such as the PGA Tour) to exploit the information for competitive gain. For example, competitors could attempt to influence LIV Golf's investors or take advantage of limitations on LIV Golf's decision-making powers. Disclosure of this information would also harm LIV Golf's ability to obtain future investment, including if it decides to take outside funding.

4. Lines 3:12-14 of the memorandum further disclose specific amounts at issue in player contracts. Disclosure of this information would harm LIV Golf by affecting future negotiations with players, including by constraining its ability to offer different amounts and by disclosing upper limits on willingness to pay. LIV Golf keeps this information confidential in ordinary course.

5. The following table summarizes that harm that could result from disclosure:

| Document | Harm From Disclosure |
|---|---|
| Memorandum of Law at lines 3:8-15, 3:17-18, 4:16, 6:5-12, 7:5-11, and 7:27-28 | Competitive harm from exposure of LIV Golf's internal decision making processes, governance procedures, negotiation practices, formation, and relationship with investors. |
| Memorandum of Law at lines 3:12-14 | Harm to future negotiations from exposure of specific financial amounts at issue in player contracts and LIV Golf's willingness to pay in such contracts. |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 13, 2022.

                                                 /s/  John Loffhagen

                                                 John Loffhagen

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from the other signatory to this document.

Executed on December 13, 2022.

/s/   Rachel Brass
Rachel Brass