1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE  NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF NON-PARTIES THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN'S REPLY TO MOTION TO QUASH SUBPOENAS** |

Pursuant to Civil Local Rule 79-5, Non-Parties the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan filed an administrative motion to consider whether another party's material should remain sealed.  Dkt. No.  172.  Plaintiff LIV Golf, Inc. ("LIV") filed a Statement and Declaration in Support of Sealing.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Memorandum of Points and Authorities | Lines 3:8-15, 3:17-18, 4:16, 6:5-12, 7:5-11, and 7:27-28 | Contains confidential information of LIV Golf, Inc. regarding its LIV Golf's internal decision making processes, governance procedures, negotiation practices, formation, and relationship with investors, as well as specific financial terms of player contracts, that would cause competitive harm if disclosed. |

IT IS SO ORDERED.

DATED _____

_____
SUSAN VAN KEULEN
United States Magistrate Judge