United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHIL MICKELSON, et al.,

    Plaintiffs,

v.

PGA TOUR, INC.,

    Defendant.

Case No. 22-cv-04486-BLF   (SVK)

**ORDER ON JOINT STATEMENT REGARDING PLAINTIFFS' INTERROGATORIES NOS. 4-6**

Re: Dkt. No. 175

The Court has reviewed the Parties' joint discovery submission ("Submission"), the Tour's responses to Interrogatories Nos. 4-6, which are the subject of the dispute, and the relevant law and litigation history in this action. Dkt. 175. The Court determines that this dispute may be resolved without oral argument. Civ. L. R. 7-1(b). The Court's rulings are set forth in the attached Exhibit A. To the extent ordered, the Tour is to provide supplemental, verified responses **no later than January 6, 2023.**

    **SO ORDERED.**

Dated: December 14, 2022

    _____

    SUSAN VAN KEULEN
    United States Magistrate Judge