KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>LIV GOLF, INC.,<br><br>Counter-Defendant. | Case No. 5:22-CV-04486-BLF<br><br>**DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT STATEMENT REQUESTING CASE MANAGEMENT CONFERENCE**<br><br>Judge:         Hon. Beth Labson Freeman<br>Date Filed:   August 3, 2022<br>Trial Date:    January 8, 2024 |

DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE
UNDER SEAL JOINT STATEMENT REQUESTING CASE MANAGEMENT CONFERENCE
Case No. 5:22-CV-04486-BLF

1951553

I, Nicholas S. Goldberg, declare as follows:

1. I am duly licensed to practice law in the State of California and am a partner with the law firm of Keker, Van Nest & Peters LLP, counsel of record for the PGA Tour, Inc. ("the TOUR") in the above-captioned matter. I submit this declaration in support of the TOUR's Administrative Motion to File Under Seal certain redacted portions of the contemporaneously filed joint request for a case management conference.

2. The TOUR seeks a limited, narrowly tailored sealing order to protect its confidential internal communications in connection with the Court's consideration of the parties' joint statement requesting a case management conference. The materials in question have been designated under the stipulated protective order in this case.

3. Good cause exists to grant the TOUR's request. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (good cause standard applies to sealing of discovery materials attached to non-dispositive motions).

4. The highlighted material sought to be sealed through the TOUR's administrative motion consists of an out-of-context snippet of an internal confidential TOUR document, which has been designated Confidential under the Protective Order entered in this action.

5. The public disclosure of this information related to the TOUR's business would cause harm to the TOUR. *See In re Incretin-Based Therapies Prod. Liab. Litig.*, No. 13MD2452 AJB (MDD), 2021 WL 873290, at *2 (S.D. Cal. Mar. 9, 2021) (sealing internal "confidential regulatory strategies and communications" in case involving "avid competitors").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 14, 2022, at San Francisco, California.

/s/ Nicholas S. Goldberg
NICHOLAS S. GOLDBERG