| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | MATTHEW M. MARTINO - (*pro hac vice*) |
| alauridsen@keker.com | matthew.martino@skadden.com |
| NICHOLAS S. GOLDBERG - # 273614 | One Manhattan West |
| ngoldberg@keker.com | New York, NY 10001 |
| SOPHIE HOOD - # 295881 | Telephone: 212 735 3000 |
| shood@keker.com | Facsimile: 212 735 2000 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Telephone: 415 391 5400 | PATRICK FITZGERALD - (*pro hac vice*) |
| Facsimile: 415 397 7188 | patrick.fitzgerald@skadden.com |
| | 155 North Wacker Drive |
| | Chicago, Il 60606 |
| | Telephone: 312 407 0700 |
| | Facsimile: 312 407 0411 |

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | Case No. 5:22-CV-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT STATEMENT REQUESTING CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Beth Labson Freeman <br><br> Date Filed: August 3, 2022 <br><br> Trial Date: January 8, 2024 |
| PGA TOUR, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counter-Defendant. | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT
STATEMENT REQUESTING CASE MANAGEMENT CONFERENCE
Case No. 5:22-CV-04486-BLF

1951554

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Seal filed by Defendant/Counterclaimant PGA TOUR, INC. (the "TOUR"). The following documents will remain sealed, as follows:

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Joint Case Management Conference Statement | Highlighted portions at Pg. 21, lines 10-11 | Quotes information from the TOUR's internal communications which the TOUR has designated as protected material under the Protective Order, Dkt. 111, as it contains competitively sensitive information. |

Dated: _____

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT STATEMENT REQUESTING CASE MANAGEMENT CONFERENCE
Case No. 5:22-CV-04486-BLF

1951554