United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, et al., | Case No. 22-cv-04486-BLF |
| Plaintiffs, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE FOR DECEMBER 16, 2022** |
| PGA TOUR, INC., | |
| Defendant. | |

The Court has considered the parties' Joint Statement Regarding Request for Case Management Conference (ECF No. 180-2) and hereby sets a Case Management Conference to be held by Zoom for **Friday, December 16, 2022, at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated:  December 14, 2022

_____
BETH LABSON FREEMAN
United States District Judge