DocuSign Envelope ID: 52763A18-E6F2-4752-970B-3D83943C983C

| | | |
|---|---|---|
| 1 | RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com | JOHN B. QUINN, SBN 90378<br>  johnquinn@quinnemanuel.com |
| 2 | LAUREN D. DANSEY, SBN 311886<br>  ldansey@gibsondunn.com | DOMINIC SURPRENANT, SBN 165861<br>  dominicsurprenant@quinnemanuel.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000 | KEVIN TERUYA, SBN 235916<br>  kevinteruya@quinnemanuel.com |
| 4 | San Francisco, California 94105-0921<br>Telephone: 415.393.8200 | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP |
| 5 | Facsimile:  415.393.8306 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017 |
| 6 | ROBERT C. WALTERS, *pro hac vice*<br>  rwalters@gibsondunn.com | Telephone: 213.443.3000 |
| 7 | SCOTT K. HVIDT, *pro hac vice*<br>  shvidt@gibsondunn.com | ROBERT P. FELDMAN, SBN 69602<br>  bobfeldman@quinnemanuel.com |
| 8 | GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100 | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP |
| 9 | Dallas, Texas 75201-2911<br>Telephone: 214.698.3100 | 555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065 |
| 10 | | Telephone:  650.801.5000 |
| 11 | JOSHUA LIPTON, *pro hac vice*<br>  jlipton@gibsondunn.com | |
| 12 | KRISTEN C. LIMARZI, *pro hac vice*<br>  klimarzi@gibsondunn.com | |
| 13 | GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W. | |
| 14 | Washington, DC 20036-5306<br>Telephone: 202.955.8500 | |

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PGA TOUR, INC.,<br><br>  Defendant and Counter-Plaintiff,<br><br>  v.<br><br>LIV GOLF INC.,<br><br>  Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**DECLARATION OF JOHN LOFFHAGEN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE JOINT STATEMENT REGARDING REQUEST FOR CASE MANAGEMENT CONFERENCE** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JOHN LOFFHAGEN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL
PORTIONS OF THE JOINT STATEMENT REGARDING REQUEST FOR CMC
CASE NO. 5:22-CV-04486-BLF-SVK

DocuSign Envelope ID: 52763A18-E6F2-4752-970B-3D83943C983C

I, John Loffhagen, hereby declare and state:

1. I am the Chief Legal Officer of LIV Golf. I am authorized by LIV Golf to make this statement in support of sealing portions of the Joint Statement Regarding Request for Case Management Conference. I make the statements in this declaration based on personal knowledge, personal experience, and personal participation in communications with business associates. If called and sworn as a witness, I could and would testify to the facts stated in this declaration.

2. Select portions of the Joint Statement Regarding Request for Case Management Conference contain quotations from highly sensitive and confidential documents produced by LIV Golf. The documents contain commercially sensitive information regarding LIV Golf's internal decision-making processes and business strategies. LIV Golf's interest in protecting this information outweighs the general public interest in access to judicial records and documents.

3. Page 5, Lines 15–17 of the Joint Statement contains an excerpt from LIV000198905, which is a LIV Golf internal document that was produced and designated as "Highly Confidential – Attorneys' Eyes Only." The quote from this document contains information regarding LIV Golf's formation and internal decision-making. This information is not publicly known, and LIV Golf goes to great lengths to keep information of this sort confidential. Disclosure of this information would seriously harm LIV Golf, including by allowing competitors to exploit the information for competitive gain.

4. Page 6, Lines 1–2, and Page 17, Lines 2–6 of the Joint Statement quote from LIV000201639, which is a contract between LIV Golf and third party Performance54, designated as "Highly Confidential – Attorneys' Eyes Only." Performance54 is a UK-based golf-focused marketing and events firm, with significant relationships across the golf "eco-system." While LIV Golf's relationship with Performance54 may be publicly known, the particulars of its contracts with Performance54 are not. Disclosure of private, commercially sensitive information of this sort would harm LIV Golf by impacting its business strategy. For example, future business partners could demand the same or better terms than the ones shown and hamstring LIV Golf's ability to negotiate different terms. Competitors could also exploit the information to offer better terms and counter LIV Golf's proposals, which are otherwise confidential. LIV Golf is a nascent competitor seeking to break into a

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF JOHN LOFFHAGEN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL
PORTIONS OF THE JOINT STATEMENT REGARDING REQUEST FOR CMC
CASE NO. 5:22-CV-04486-BLF-SVK

1  marketplace dominated by an entrenched monopolist, and disclosure of this information would allow
2  competitors to counter LIV Golf's entry into this market and cause competitive harm.
3      I declare under penalty of perjury under the laws of the State of California and the United States
4  of America that the foregoing is true and correct.

6  Executed on December 19, 2022.

DocuSigned by:

*John Loffhagen*
B047E35ED1C1478...

John Loffhagen

Gibson, Dunn & Crutcher LLP

3

DECLARATION OF JOHN LOFFHAGEN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL
PORTIONS OF THE JOINT STATEMENT REGARDING REQUEST FOR CMC
CASE NO. 5:22-CV-04486-BLF-SVK