IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>Plaintiffs, <br><br>v. <br><br>PGA TOUR, INC., <br><br>Defendant and Counter-Plaintiff, <br><br>v. <br><br>LIV GOLF INC., <br><br>Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LIV GOLF INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE JOINT STATEMENT REGARDING REQUEST FOR CASE MANAGEMENT CONFERENCE** |

Having considered LIV Golf's motion to keep under seal portions of the Joint Statement Regarding Request for Case Management Conference, the Court hereby orders that the motion should be **GRANTED**. The Court's decision as to each document is reflected in the chart below.

| Document | Text to be Redacted | Basis for Redacting |
|---|---|---|
| Joint Statement Requesting Case Management Conference | Highlighted text at Page 5, Lines 15–17 | Quotes highly sensitive business information bearing on LIV Golf's formation and internal decision-making. |
| Joint Statement Requesting Case Management Conference | Highlighted text at Page 6, Lines 1–2 | Quotes highly confidential provision in a contract between LIV Golf and a third party involving commercially sensitive information. |
| Joint Statement Requesting Case Management Conference | Highlighted text at Page 17, Lines 2–6 | Quotes highly confidential provision in a contract between LIV Golf and a third party involving commercially sensitive information. |

**IT IS SO ORDERED.**

DATED: _____       _____
BETH LABSON FREEMAN
United States District Judge