| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU;<br>PETER UIHLEIN; and LIV GOLF, INC.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>PGA TOUR, INC.,<br><br>                    Defendant. | Case No. 5:22-CV-04486-BLF<br><br>**NOTICE OF APPEARANCE**<br>**OF ERIC K. PHUNG**<br><br>Dept.:     3<br>Judge:    Hon. Beth Labson Freeman |
| PGA TOUR, INC.,<br><br>                    Counter-Claimant,<br><br>         v.<br><br>LIV GOLF, INC.,<br><br>                    Counter-Defendant. | Date Filed:     August 3, 2022<br><br>Trial Date:      January 8, 2024 |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Eric K. Phung of the law firm of Keker, Van Nest & Peters LLP hereby makes a general appearance as counsel of record on behalf of Defendant and Counterclaimant PGA TOUR, Inc.  Mr. Phung is a member of the State Bar of California and of the bar of this Court.  Counsel consents to electronic service of all papers in this action.  Counsel can be contacted at the following address, telephone number, and email:

> Eric K. Phung
> State Bar No. 346625
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA  94111-1809
> Telephone:    (415) 391-5400
> Facsimile:     (415) 397-7188
> Email:           ephung@keker.com

Dated:  December 21, 2022

KEKER, VAN NEST & PETERS LLP

By:  /s/ Eric K. Phung
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.