UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL MICKELSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | Case No. 22-cv-04486-BLF (SVK)<br><br>**ORDER SETTING HEARING ON MOTIONS RE PGA TOUR, INC.'S SUBPOENAS TO PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN**<br><br>Re: Dkt. Nos. 148, 166 |

On **January 13, 2023 at 10:00 a.m**., the Court will hold an **in-person** hearing on PGA Tour's (the "Tour") motion to compel and Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan's motion to quash the subpoenas served by the Tour on PIF and Mr. Al-Rumayyan. **Counsel with authority to negotiate and compromise on behalf of the parties to the motions must attend and be prepared to participate all day in the event the Court orders further in-court meet and confer.**

The parties to the motions must deliver chambers copies of all unredacted declarations and exhibits (not briefs) submitted in connection with the motion to compel and motion to quash by **January 5, 2023.** The chambers copies should be organized in binders of 3 inches or less with labeled tabs and must be delivered to Judge van Keulen's attention at the San Jose Clerk's Office **by 1:00 p.m**.

    **SO ORDERED.**

Dated: January 3, 2023

SUSAN VAN KEULEN
United States Magistrate Judge