1  Heather M. Burke (SBN 284100)
   **WHITE & CASE** LLP
2  3000 El Camino Real
   2 Palo Alto Square, Suite 900
3  Palo Alto, CA  94306-2109
   Telephone: (650) 213-0300
4  Facsimile: (650) 213-8158
   hburke@whitecase.com
5

6  *Attorney for Non-Parties Public Investment Fund of the Kingdom*
   *of Saudi Arabia And His Excellency*
7  *Yasir O. Al-Rumayyan.*

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

| MICKELSON, *et. al.*, | Case No. 5:22-cv-04486-BLF |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL HEATHER M. BURKE FOR NON-PARTIES PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN** |
| v. | |
| PGA TOUR, INC., | |
| Defendant. | |
| | Judge:   Honorable Beth L. Freeman |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD**:

The undersigned attorney, of White & Case LLP, hereby enters her appearance in the above-captioned case as counsel of record for Non-Parties Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.  Attorney Heather M. Burke is a member of the State Bar of California and is admitted to practice in the Northern District of California.[1]  Ms. Burke's address and telephone number are as provided in the captions above.  Please serve said counsel with all pleadings and notices in this action.

Dated: January 4, 2023    By:   /s/ Heather M. Burke
                                Heather M. Burke

                                Heather M. Burke (SBN 284100)
                                **WHITE & CASE LLP**
                                3000 El Camino Real
                                2 Palo Alto Square, Suite 900
                                Palo Alto, CA  94306-2109
                                Telephone: (650) 213-0300
                                Facsimile: (650) 213-8158
                                hburke@whitecase.com

                                *Attorney for Non-Parties Public Investment Fund of the Kingdom of Saudi Arabia And His Excellency Yasir O. Al-Rumayyan*.

---

[1] This appearance should not be construed as a waiver of any objection to personal jurisdiction or any other defenses.

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

Executed:   January 4, 2023         /s/         *Heather M. Burke*
                                        Heather M. Burke