1  RACHEL S. BRASS, SBN 219301
     rbrass@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
3  San Francisco, California 94105-0921
   Telephone: 415.393.8200
4  Facsimile:  415.393.8306

5  ROBERT C. WALTERS, *pro hac vice*
     rwalters@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   2001 Ross Avenue, Suite 2100
7  Dallas, Texas 75201-2911
   Telephone: 214.698.3100

8
   JOHN B. QUINN, SBN 90378
9    johnquinn@quinnemanuel.com
   QUINN EMANUEL URQUHART & SULLIVAN
10 LLP
   865 South Figueroa Street, 10th Floor
11 Los Angeles, California 90017
   Telephone: 213.443.3000
12
   ROBERT P. FELDMAN, SBN 69602
13   bobfeldman@quinnemanuel.com
   QUINN EMANUEL URQUHART & SULLIVAN
14   LLP
   555 Twin Dolphin Dr., 5th Floor
15 Redwood Shores, California 94065
   Telephone:  650.801.5000
16 Facsimile:   650.801.5100

17 *Attorneys for Plaintiffs Matt Jones, Bryson
     DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF<br><br>**JOINT STIPULATION REGARDING CASE CAPTION AND CASE SCHEDULE AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-12 and the Case Management Conference held on December 16, 2022, Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein ("Player Plaintiffs"), and LIV Golf Inc. (collectively, "Plaintiffs") and Defendant PGA Tour, Inc. ("Defendant") (collectively, "Parties") by and through their undersigned counsel of record, submit the following stipulation to amend the case caption and modify the case schedule and proposed order.

WHEREAS on September 27, 2022, former plaintiffs Phil Mickelson, Talor Gooch, Ian Poulter, and Hudson Swafford voluntarily dismissed their claims against Defendant. ECF 105, 106. As a result, Phil Mickelson, Talor Gooch, Ian Poulter, and Hudson Swafford are no longer parties to this action. Fed. R. Civ. Proc. Rule 41(a)(1)(A);

WHEREAS, and as the Court recognized during the December 16, 2022 Case Management Conference, the Parties respectfully request that the Court amend the caption to reflect the parties in this action as follows:

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., | CASE NO. 5:22-cv-04486-BLF |
| Plaintiffs, | |
| v. | |
| PGA TOUR, INC., | |
| Defendant and Counter-Plaintiff, | |
| v. | |
| LIV GOLF INC., | |
| Counter-Defendant. | |

WHEREAS, following the Case Management Conference held on December 16, 2022 and pursuant to Court's Order, ECF 187, Counsel for the Parties met and conferred to develop a mutually agreed revised schedule, adhering to the dates the Court explicitly ordered during the hearing;

WHEREAS, the Parties have agreed, subject to this Court's approval, to modify the case schedule as proposed below:

| Date | Event |
|---|---|
| Thursday, March 30, 2023 | Written Discovery & Document Production Cutoff |
| Friday, May 26, 2023 | Fact Witness Deposition Cutoff |
| Wednesday, May 31, 2023 | Opening Expert Reports |
| Friday, June 23, 2023 | Rebuttal Expert Reports |
| Wednesday, July 12, 2023 | Close of Expert Discovery |
| Thursday, June 29, 2023 | Defendant's Deadline to File Motion for Summary Judgment |
| Thursday, July 13, 2023 | Deadline to Oppose Defendant's Motion for Summary Judgment/File Cross-Motion for Summary Judgment |
| Thursday, July 27, 2023 | Reply in Support of Defendant's Motion/Opposition to Cross-Motion for Summary Judgment |
| Thursday, August 3, 2023 | Reply in Support of Cross-Motion for Summary Judgment |
| Thursday, August 17, 2023 at 9:00 a.m. PT | Hearing on Cross-Motions for Summary Judgment |
| Thursday, November 2, 2023 | Joint Pretrial Statement and Order |
| Thursday, November 2, 2023 | Motions in Limine Deadline |
| Thursday, November 9, 2023 | Oppositions to Motions in Limine |
| Thursday, November 16, 2023 at 1:30 p.m. PT | Final Pretrial Conference |
| Monday, January 8, 2024 | Trial |

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rule 7-12, by and between the undersigned counsel, that, subject to the Court's approval:

    1.    The case caption shall be modified to reflect the parties to the action, as detailed above.

    2.    The case schedule shall be modified pursuant to the jointly agreed to scheduled detailed above.

**IT IS SO STIPULATED.**

DATED: January 4, 2023

Respectfully submitted,

By: _____/s/ Rachel S. Brass_____

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:    650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

| | |
|---|---|
| DATED: January 4, 2023 | KEKER, VAN NEST & PETERS LLP<br>By: *Elliot R. Peters*<br>　　　Elliot R. Peters<br><br>ELLIOT R. PETERS, SBN 158708<br>　epeters@keker.com<br>DAVID SILBERT, SBN 173128<br>　dsilbert@keker.com<br>R. ADAM LAURIDSEN, SBN 243780<br>　alauridsen@keker.com<br>NICHOLAS S. GOLDBERG, SBN 273614<br>　ngoldberg@keker.com<br>SOPHIE HOOD, SBN 295881<br>　shood@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:　(415) 391-5400<br>Facsimile:　(415) 397-7188<br><br><br>ANTHONY J. DREYER, admitted *pro hac vice*<br>　anthony.dreyer@skadden.com<br>KAREN M. LENT, admitted *pro hac vice*<br>　karen.lent@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, Ny 10001<br>Telephone:　(212) 735-3000<br>Facsimile:　(212) 735-2000/1<br><br>PATRICK FITZGERALD, admitted *pro hac vice*<br>　patrick.fitzgerald@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone: 312 407 0700<br>Facsimile: 312 407 0411<br><br>*Attorneys for Defendant PGA Tour, Inc.* |

Gibson, Dunn &
Crutcher LLP

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: January 4, 2023                       GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Rachel S. Brass*
         Rachel S. Brass

**PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2023

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

Gibson, Dunn &
Crutcher LLP