KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counterclaimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counterdefendant. | Case No. 5:22-cv-04486-BLF (SVK) <br><br> **ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge:     Hon. Susan van Keulen <br><br> Date Filed: August 3, 2022 <br><br> Trial Date: January 8, 2024 |

Pursuant to Civil Local Rule 79-5(f) and the Protective Order entered by this Court, Dkt. 111, Defendant/Counterclaimant PGA Tour, Inc. ("the TOUR") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, regarding two exhibits to the Declaration of Maile Yeats-Rowe filed in support of the TOUR's Administrative Motion to File Supplemental Material in support of its Motion to Compel Subpoena Compliance from the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan filed concurrently herewith ("Yeats-Rowe Declaration").

Specifically, the documents subject to this Administrative Motion include:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Exhibit A to Yeats-Rowe Declaration | Entirety | LIV Golf, Inc. |
| Exhibit B to the Yeats-Rowe Declaration | Highlighted portions | LIV Golf, Inc. |

Exhibit A to the Yeats-Rowe Declaration is a Shareholders' Agreement produced by Plaintiff and Counterdefendant LIV Golf, Inc. ("LIV") in response to the TOUR's First Set of Requests for Production of Documents. LIV designated this document "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the applicable Protective Order, Dkt. 111, in this action. Exhibit B to the Yeats-Rowe Declaration is a proposed Supplemental Memorandum in support of the TOUR's Motion to Compel Subpoena Compliance from PIF and Mr. Al-Rumayyan and Opposition to PIF and Mr. Al-Rumayyan's Motion to Quash ("Supplemental Memorandum"). The highlighted portions of proposed Supplemental Memorandum contain references to the Shareholders' Agreement.

The TOUR does not have an interest in confidential treatment of the Shareholders' Agreement or the information contained in the highlighted portions of its proposed Supplemental Memorandum. The TOUR makes this request solely because LIV has designated this information as confidential under the applicable Protective Order. Nevertheless, in compliance with its Protective Order obligations and the Civil Local Rules of this District, the TOUR is submitting

under seal, along with this Administration Motion, an unredacted copy of the documents referenced above pursuant to Civil Local Rules 79-5(d) and 79-5(e).

Dated: January 9, 2023

KEKER, VAN NEST & PETERS LLP

By: /s/ *Elliot R. Peters*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
ERIC H. MACMICHAEL
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
PATRICK FITZGERALD
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant
PGA TOUR, INC.