| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | MATTHEW M. MARTINO - (*pro hac vice*) |
| alauridsen@keker.com | matthew.martino@skadden.com |
| NICHOLAS S. GOLDBERG - # 273614 | One Manhattan West |
| ngoldberg@keker.com | New York, NY 10001 |
| SOPHIE HOOD - # 295881 | Telephone:  212 735 3000 |
| shood@keker.com | Facsimile:   212 735 2000 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Telephone:  415 391 5400 | PATRICK FITZGERALD - (*pro hac vice*) |
| Facsimile:   415 397 7188 | patrick.fitzgerald@skadden.com |
| | 155 North Wacker Drive |
| | Chicago, Il 60606 |
| | Telephone:  312 407 0700 |
| | Facsimile:   312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PGA TOUR, INC., <br><br>Defendant. <br><br>PGA TOUR, INC., <br><br>Counterclaimant, <br><br>v. <br><br>LIV GOLF, INC., <br><br>Counterdefendant. | Case No. 5:22-cv-04486-BLF <br><br>**DECLARATION OF MAILE N. YEATS-ROWE ISO PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL MATERIAL IN SUPPORT OF ITS MOTION TO COMPEL** <br><br>Judge:        Hon. Susan van Keulen <br>Date Filed: August 3, 2022 <br>Trial Date: January 8, 2024 |

I, Maile N. Yeats-Rowe, declare as follows:

1. I am duly licensed to practice law in the State of California and am an associate with the law firm of Keker, Van Nest & Peters LLP, counsel of record for the PGA TOUR, INC. ("the TOUR") in the above-captioned matter. I submit this declaration in support of the TOUR's Administrative motion to file supplemental material in support of its motion to compel. I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. On October 10, 2022, I attended a meet-and-confer with counsel for the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Mr. Al-Rumayyan regarding their objections to the document and deposition subpoenas the TOUR served on them on September 22, 2022. At that meet-and-confer, counsel for the TOUR made clear that it disagreed with PIF and Mr. Al-Rumayyan's position that they were immune from jurisdiction from courts of the United States, and that the TOUR intended to file a Motion to Compel. Counsel for PIF and Mr. Al-Rumayyan also communicated to counsel for the TOUR during the October 10, 2022 meet-and-confer that they contemplated filing a Motion to Quash.

3. On November 28, 2022, counsel for the TOUR sent an email to counsel for LIV Golf, Inc. ("LIV") noting that "the 'Shareholder Agreement' referenced in Dkt. 165-2 (Taylor Decl.)" did not appear to have been produced, and asking that it be immediately produced. On November 30, counsel for LIV responded via email that the "Shareholder Agreement will be produced in the next production."

4. On December 16, 2022, counsel for the TOUR responded to LIV's counsel, noting that "it has now been over three weeks since LIV's last production" and the Shareholder Agreement still had not been produced, and asking again that it be immediately produced.

5. On December 21, 2022, LIV produced documents with the bates range LIV000290447 through LIV000347201. The "Shareholder Agreement" was included in that production.

6. On January 6, 2022, I attended a meet-and-confer with counsel for PIF and Mr. Al-Rumayyan regarding the parties' respective proposed administrative motions to file supplemental

1  materials. At that meet-and-confer and in subsequent written correspondence, the parties agreed
2  to file their administrative motions by January 9, 2023, and to include their opposition to the other
3  party's request to supplement in that motion, waiving further briefing on the administrative
4  motions.

5        7.     Attached hereto as **Exhibit A** is a true and correct copy of an executed agreement
6  entitled "Subscription and Shareholders' Agreement" dated October 7, 2021, produced by LIV
7  with the bates numbers LIV000345655-345731. Counsel for the TOUR has added the
8  highlighting to the version of the Shareholders' Agreement attached as Exhibit A for the Court's
9  convenience.

10        8.     Attached hereto as **Exhibit B** is a true and correct copy of the TOUR's proposed
11  supplemental memorandum explaining the relevance of the Shareholders' Agreement to the
12  TOUR's motion to compel subpoena compliance from PIF and Mr. Al-Rumayyan.

13  I declare under penalty of perjury under the laws of the United States of America that the
14  foregoing is true and correct and that this declaration was executed on January 9, 2023, San
15  Francisco, California.

*/s/ Maile N. Yeats-Rowe*
MAILE N. YEATS-ROWE