| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-cv-04486-BLF (SVK)<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL MATERIAL**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br>Trial Date:  January 8, 2024 |
| PGA TOUR, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>LIV GOLF, INC.,<br><br>Counterdefendant. | |

1

[PROPOSED] ORDER REGARDING DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION
TO FILE SUPPLEMENTAL MATERIAL
Case No. 5:22-cv-04486-BLF (SVK)

2036407

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to File Supplemental Materials filed by Defendant/Counterclaimant PGA TOUR, INC.

**IT IS SO ORDERED.**

Dated: _____

                                      HON. SUSAN VAN KEULEN
                                      UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER REGARDING DEFENDANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL MATERIAL
Case No. 5:22-cv-04486-BLF (SVK)

2036407