Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Heather M. Burke (SBN 284100)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com

*Attorneys for Non-Parties the Public Investment Fund of the Kingdom of Saudi Arabia And His Excellency Yasir O. Al-Rumayyan.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | Case No. 5:22-cv-04486-BLF-SVK <br><br> **DECLARATION OF KIMBERLY A. HAVLIN IN SUPPORT OF THE ADMINISTRATIVE MOTION OF NON-PARTIES THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN FOR LEAVE TO SUBMIT SUPPLEMENTAL MATERIAL ON THE PENDING MOTIONS TO COMPEL AND TO QUASH** <br><br> Judge: Honorable Susan van Keulen <br> Date Filed: August 3, 2022 <br> Trial Date: January 8, 2024 |

I, Kimberly A. Havlin, hereby declare and state:

1. I am an attorney duly licensed to practice law in the state of New York and admitted *pro hac vice* before this Court (ECF 201). I am a partner in the law firm of White & Case LLP, and am one of the attorneys representing non-party subpoena recipients the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan (together, "Non-Parties").

2. On January 5, 2023, counsel for Defendant the PGA Tour advised counsel for Non-Parties by email that the Tour would be filing a motion for administrative relief seeking permission to file a supplemental memorandum and exhibit in support of its Motion to Compel and its Opposition to Non-Parties' Motion to Quash.

3. The same day, I notified counsel for the Tour that Non-Parties also would be filing a motion for administrative relief, to introduce under Federal Rule of Civil Procedure 44.1 certain relevant Saudi laws and regulations and an expert declaration from a Saudi law expert in support of Non-Parties' Motion to Quash and Opposition to the Tour's Motion to Compel. I advised that Non-Parties would consent to both sides supplementing the record, and to working out a schedule for each side's supplemental material, if the Tour was amenable.

4. On January 6, 2023, counsel for the Tour met and conferred by telephone with counsel for Non-Parties, including myself. Counsel for the Tour indicated that the Tour would not consent to Non-Parties' motion to supplement, even if Non-Parties consented to the Tour's motion.

5. Counsel were, however, able to agree to procedures for the two administrative motions. Counsel agreed that both sides would submit their respective motions for administrative relief on Monday, January 9. Counsel further agreed that these motions would include responses to the opposing party's request to supplement, and each side would, in turn, forgo the submission of separate oppositions to the other's administrative motions.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on January 9, 2023, at New York, New York.

        */s/ Kimberly A. Havlin*
        Kimberly A. Havlin (*pro hac vice*)

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Carolyn B. Lamm, attest that concurrence in the filing of this document has been obtained.

Executed:   January 9, 2023            /s/            *Carolyn B. Lamm*
                                                                    Carolyn B. Lamm

-3-
DECLARATION OF KIMBERLY A. HAVLIN IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIAL
CASE NO. 5:22-cv-04486-BLF-SVK