# EXHIBIT 2

**The Code of Conduct Rules and the Ethics of the Public Employment issued by Council of Ministries Resolution No. 555 dated 25/12/1437H (corresponding to September 28, 2016) (Excerpts)**

**[Attorney Translation]**

Article 1:

For the purpose of this Code, these terms shall have the following definitions:

[…]

3.      "Public Official:" Everyone who occupies a civil job in the government, whatever the nature of his work or the name of his job.

[…]

Article 6:

Violation of the provisions contained in this Code will make the Public Official subject to disciplinary and criminal procedures and penalties in accordance with the applicable laws.

[…]

Article 13

The Public Official is prohibited from the following:

Disclosing confidential information and documents that are important, confidential or private and have been obtained or viewed by the Public Official due to his position unless expressly permitted under the provisions of the laws.



المملكة العربية السعودية

مجلس الوزراء

الأمانة العامة

قرار رقم : (٥٥٥)

وتاريـخ : ١٤٣٧/١٢/٢٥هـ

إن مجلس الوزراء

بعد الاطلاع على المعاملة الواردة من الديوان الملكي برقم ١٥٦٠٥ وتاريخ ١٤٣٧/٣/٢٧هـ ، المشتملة على خطاب معالي وزير الخدمة المدنية رقم ٥٨٧٧ وتاريخ ١٤٣٧/٣/٢٠هـ ، في شأن مشروع مدونة قواعد السلوك الوظيفي وأخلاقيات الوظيفة العامة .

وبعد الاطلاع على مشروع المدونة المشار إليه .

وبعد الاطلاع على الأمر الملكي رقم ( ٤٣ ) وتاريخ ١٣٧٧/١١/٢٩هـ .

وبعد الاطلاع على نظام الخدمة المدنية ، الصادر بالمرسوم الملكي رقم ( م/٤٩ ) وتاريخ ١٣٩٧/٧/١٠هـ ، وتعديلاته .

وبعد الاطلاع على نظام تأديب الموظفين ، الصادر بالمرسوم الملكي رقم ( م/٧ ) وتاريخ ١٣٩١/٢/١هـ ، وتعديلاته .

وبعد الاطلاع على قرار مجلس الوزراء رقم ( ٨١ ) وتاريخ ١٤٣٠/٣/١٩هـ .

وبعد الاطلاع على المحاضر رقم ( ٥٥١ ) وتاريخ ١٤٣٦/٩/٦هـ ، ورقم ( ٧٨٩ ) وتاريخ ١٤٣٦/١١/٢٥هـ ، ورقم ( ٨٦٠ ) وتاريخ ١٤٣٧/٩/٧هـ ، والمذكرة رقم ( ١٢٩ ) وتاريخ ١٤٣٧/٢/١٠هـ ، المعدة في هيئة الخبراء بمجلس الوزراء .

وبعد الاطلاع على توصية اللجنة العامة لمجلس الوزراء رقم ( ٣٤٠٢ ) وتاريخ ١٤٣٧/١١/٢٦هـ .

يقرر

الموافقة على مدونة قواعد السلوك الوظيفي وأخلاقيات الوظيفة العامة ، بالصيغة المرافقة .

رئيس مجلس الوزراء

Case 5:22-cv-04486-BLF   Document 211-3   Filed 01/09/23   Page 5 of 21



بسم الله الرحمن الرحيم

الرقـم : ــــــــــــــــ

التاريخ :   /   /   ١٤هـ

المرفقات : ــــــــــــــ

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

# مدونة
# قواعد السلوك الوظيفي
# وأخلاقيات الوظيفة العامة







الرقم :
التاريخ :   /   / ١٤هـ
المرفقات :

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

قال الله تعالى:
((وقل اعملوا فسيرى الله عملكم ورسوله والمؤمنون ......))
الآية (١٠٥) سورة التوبة.





١

بِسْمِ اللَّهِ الرَّحْمَنِ الرَّحِيمِ

الْمَمْلَكَةُ الْعَرَبِيَّةُ السُّعُودِيَّةُ
هَيْئَةُ الْخُبَرَاءِ بِمَجْلِسِ الْوُزَرَاءِ

الرقم :
التاريخ :    /    / ١٤هـ
المرفقات :

## من أقوال خادم الحرمين الشريفين الملك سلمان بن عبدالعزيز

"إن الدولة دأبت منذ عهد الملك المؤسس – رحمه الله – على سياسة الباب المفتوح وسار عليها أبناؤه من بعده كمظهر من مظاهر الحكم في المملكة، وأضحت هذه المجالس صورة صادقة للعلاقة بين ولاة الأمر والمواطنين، ومضماراً لاستقبال المقترحين والشاكين والتعرف على مشاكلهم والعمل على حلها وتلمس احتياجات الناس والنظر في أحوالهم".

"قد وضعتُ نصب عيني مواصلة العمل على الأسس الثابتة التي قامت عليها هذه البلاد المباركة منذ توحيدها تمسكاً بالشريعة الإسلامية الغراء، وحفاظاً على وحدة البلاد وتثبيت أمنها واستقرارها، وعملاً على مواصلة البناء وإكمال ما أسسه من سبقونا من ملوك هذه البلاد – رحمهم الله – وذلك بالسعي المتواصل نحو التنمية الشاملة المتكاملة والمتوازنة في مناطق المملكة كافة، والعدالة لجميع المواطنين، وإتاحة المجال لهم لتحقيق تطلعاتهم وأمانيهم المشروعة في إطار نظر الدولة وإجراءاتها".

"لقد أكدت على جميع المسؤولين بمضاعفة الجهود للتيسير على المواطنين، والعمل على توفير سبل الحياة الكريمة لهم، وهو أقل الواجب المنتظر منهم، ولن نقبل أي تهاون في ذلك. وفي هذا الصدد أخاطب الوزراء والمسؤولين في مواقعهم كافة أننا جميعاً في خدمة المواطن الذي هو محور اهتمامنا، وقد وجهنا بمراجعة أنظمة الأجهزة الرقابية بما يكفل تعزيز اختصاصاتها والارتقاء بأدائها لمهامها ومسؤولياتها، ويسهم في القضاء على الفساد ويحفظ المال العام ويضمن محاسبة المقصرين".

   ٢   

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة كبار الخبراء بمجلس الوزراء

## مقدمة

إن إعداد مدونة السلوك الوظيفي وأخلاقيات الوظيفة العامة من شأنه تعزيز قيم الخدمة المدنية، والارتقاء بمستوى الجودة، وتطوير الأداء، وخدمة المواطنين.

وتعد مدونة السلوك الوظيفي وأخلاقيات الوظيفة العامة إطاراً عاماً يجب على الموظف العام التقيد به والعمل بمقتضاه، فهي مدونة تلقي الضوء على المعايير والأخلاق والقيم التي يجب أن يتحلى بها الموظف العام أثناء أداء واجباته، ومن ثم فهي قواعد تسهم – بمشيئة الله – على نحو فاعل في الارتقاء بمستوى جودة الخدمة العامة والرقي بها.

إن هذه المدونة تشكل جزءاً من مقتضيات العمل لموظفي الخدمة المدنية، التي يجب عليهم تطبيقها في كل الأوقات، ويتم تزويد كل موظف عام بنسخة منها، ليقرأها ويعمل بموجبها.

كما أنه ستتاح للموظفين الفرصة للحصول على أي توضيح عن هذه المدونة، بمختلف السبل الممكنة سواء عن طريق موقع وزارة الخدمة المدنية الإلكتروني أو من خلال عقد الدورات التدريبية في هذا الشأن، وتعد مخالفة الأحكام الواردة في هذه المدونة مخالفة لمقتضى الواجب الوظيفي، الذي يترتب عليه اتخاذ الإجراءات التأديبية والجزائية بحق الموظف بموجب الأنظمة المستمدة منها المدونة.

وجدير بالذكر أن هذه المدونة تضمنت المبادئ العامة الشاملة، ومن ثم فقد تكون غير محيطة بجميع المعايير وقواعد السلوك لكل جهات الدولة. وإزاء ذلك قد يتطلب الأمر إضافة معايير وقواعد أخرى تتناسب مع الظروف الخاصة بتلك الجهات ذات الطابع الوظيفي أو المهني الخاص.

والله الهادي إلى سواء السبيل،،،




٣



المملكة العربية السعودية
هيئة كبار الخبراء بمجلس الوزراء

**الباب الأول**

**أحكام تمهيدية**

**تعريفات**

**المادة الأولى:**

لأغراض هذه المدونة، يقصد بالألفاظ والعبارات الآتية المعاني الموضحة أمام كل منها:

١– المدونة: مدونة قواعد السلوك الوظيفي وأخلاقيات الوظيفة العامة.

٢– الوظيفة العامة: المهمات والاختصاصات المدنية التي يؤديها الموظف العام لخدمة عامة يخضع فيها للسلطة الرئاسية في التنظيم الإداري.

٣– الموظف العام: كل من يشغل وظيفة مدنية في الدولة أيًّا كانت طبيعة عمله أو اسم وظيفته.

٤– السلوك الوظيفي وأخلاقيات الوظيفة العامة: سلوك الموظف العام النزيه والأمين الموضوعي الذي يجري في سياق سعيه لأداء واجباته الوظيفية لتحقيق أهداف جهة عمله، ضمن الصلاحيات المخول بها.

٥– قواعد السلوك: الأسس التي يقوم عليها سلوك الموظف العام.

٦– النزاهة: السلوك الشخصي المتسم بالموضوعية والحياد والعدالة والبعد عن الشبهات، والالتزام بالأمانة، وعدم إساءة استخدام السلطة أو المنصب الوظيفي لتحقيق منفعة شخصية.

٧– الشفافية: الوضوح وإتاحة المعلومات والإجراءات المعمول بها داخل الجهة للموظفين والمراجعين.

٨– تعارض المصالح: الحالة التي تكون فيها مصلحة خاصة للموظف أو لغيره، مادية أو معنوية مباشرة أو غير مباشرة، حالة أو محتملة؛ تؤثر في موضوعيته أو حياديته في اتخاذه قراراً أو إبدائه رأيًا له علاقة بوظيفته.

١



المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

**الأسس والأهداف**

**المادة الثانية:**

تمثل الآداب والأخلاق الإسلامية المنبع الأساس لسلوك الموظف العام.

**المادة الثالثة:**

تهدف المدونة إلى ما يأتي:

١- تنمية روح المسؤولية لدى الموظف العام.

٢- نشر القيم والمبادئ الأخلاقية المهنية لدى الموظف العام وتعزيزها والالتزام بها.

٣- تعزيز ثقة المواطن بالخدمات التي تقدمها الدولة، ومكافحة الفساد بكل صوره.

٤- تنمية ثقافة الموظف العام بأهمية الدور الذي يضطلع به، والأطر الأخلاقية التي يعمل في سياقها.

٥- تعزيز القيم المهنية والأخلاقية في علاقة الموظف العام مع رؤسائه ومرؤوسيه وزملائه ومتلقي الخدمة.

**السريان والمسؤولية والمساءلة**

**المادة الرابعة:**

تسري أحكام هذه المدونة على جميع الموظفين المدنيين العاملين في الدولة بمن فيهم موظفو المؤسسات والهيئات العامة وكذلك المستخدمون والعاملون على البنود المختلفة، ويستثنى من ذلك من تصدر لهم مدونات سلوك وظيفية خاصة وفقاً للأنظمة ذات الصلة.

**المادة الخامسة:**

كل موظف عام مسؤول عما يصدر منه، وعن حسن سير العمل في حدود اختصاصه.



الرقم :
التاريخ :     /    / ١٤هـ
المرفقات :

المملكة العربية السعودية
هيئة كبار الخبراء بمجلس الوزراء

**المادة السادسة:**

مخالفة الأحكام الواردة في هذه المدونة تعرّض الموظف العام للمساءلة واتخاذ الإجراءات والعقوبات التأديبية والجزائية في حقه وفقاً للأنظمة.

**الباب الثاني**
**واجبات الموظف العام**
**الواجبات العامة**

**المادة السابعة:**

على الموظف العام ما يأتي:

١- الترفع عن كل ما يخل بشرف وظيفته وكرامتها سواء أكان ذلك في مكان العمل أم خارجه.

٢- تخصيص وقت العمل لأداء واجباته الوظيفية، والعمل خارج وقت الدوام الرسمي متى ما طلب منه ذلك وفقاً لمقتضيات المصلحة العامة.

٣- تنفيذ الأوامر الصادرة إليه من رؤسائه بدقة وأمانة في حدود الأنظمة والتعليمات.

٤- أداء واجبات وظيفته ومهماته الموكولة إليه بنشاط وكفاية متوخياً الأمانة والنزاهة والدقة والمهنية والتجرد.

٥- العمل على خدمة أهداف الجهة التي يعمل فيها وغاياتها، وتحقيق المصلحة العامة دون سواها.

٦- إنجاز المعاملات – وبخاصة ما يرد من الجهات الرقابية – بالسرعة والدقة المطلوبة وضمن حدود الاختصاص.



٦



٧- الحرص على الاطلاع والإلمام بالأنظمة واللوائح والتعليمات النافذة ذات العلاقة بعمله وتطبيقها دون أي تجاوز أو مخالفة أو إهمال.

٨- العمل على تطوير معارف ومهارات بما يؤدي إلى رفع كفايته وفاعلية قدراته المهنية من خلال التدريب المستمر.

٩- الالتزام بالقيم الأخلاقية الحميدة.

١٠- الإخلاص والولاء للدولة.

١١- المحافظة على رسالة جهة عمله وتعزيز ثقة الجمهور بها.

١٢- المحافظة على سلامة مكان العمل.

١٣- توخي الموضوعية في تصرفاته، وأن يعمل بحيادية دون تمييز.

١٤- تحمل المسؤولية المنوطة بطبيعة عمله واتخاذ القرارات التي تقتضيها تلك المسؤولية.

١٥- المحافظة على حسن مظهره العام بما يتلاءم ومتطلبات الوظيفة والعادات والتقاليد السائدة.

١٦- التحلي بالنزاهة في أي تحقيق رسمي يشارك فيه أو دعوى قضائية، والإدلاء بشهادته فيما يتعلق بمهمات الوظيفية إذا طلب منه ذلك.

١٧- اتخاذ الإجراءات المناسبة لضمان سرية المعلومات الشخصية للآخرين، وحمايتها للحيلولة دون فقدانها أو الدخول عليها أو استخدامها أو تعديلها أو الكشف عنها دون تفويض من رؤسائه.


**واجبات الموظف العام تجاه الجمهور**


**المادة الثامنة:**

على الموظف العام أن يراعي في تصرفاته تجاه الجمهور ما يأتي:

١- احترام حقوق الآخرين ومصالحهم دون استثناء، والتعامل مع الجمهور باحترام ولباقة وكياسة وحيادية وتجرد وموضوعية دون تمييز.



الرقم :
التاريخ : / / ١٤هـ
المرفقات :

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

٢- السعي إلى كسب ثقة الجمهور من خلال نزاهته وتجاوبه وسلوكه السليم في كل أعماله بما يتوافق مع الأنظمة والتعليمات.

٣- الإجابة على استفسارات الجمهور وتساؤلاتهم وإنجاز معاملاتهم بدقة وموضوعية وسرعة.

٤- العناية والرفق في التعامل مع الجمهور وبالأخص ذوي الاحتياجات الخاصة وكبار السن والنساء، وتقديم العون والمساعدة.

٥- التعامل مع الوثائق والمعلومات الشخصية للجمهور بسرية تامة وفقاً للأنظمة والتعليمات.

٦- الامتناع عن أي عمل يؤثر سلباً على ثقة الجمهور بالوظيفة العامة.

**واجبات الموظف العام تجاه رؤسائه**

**المادة التاسعة:**

على الموظف العام أن يراعي في تصرفاته تجاه رؤسائه ما يأتي؛

١- تنفيذ أوامر رؤسائه وفق التسلسل الإداري، وإذا كانت تلك الأوامر مخالفة للأنظمة والتعليمات النافذة فعليه أن يُعلِم رئيسه خطياً.

٢- التعامل مع رؤسائه باحترام وتزويدهم بالرأي والمشورة والخبرة التي يمتلكها بكل موضوعية وصدق بما يخدم مصلحة العمل.

**واجبات الموظف العام تجاه زملائه**

**المادة العاشرة:**

على الموظف العام أن يراعي في تصرفاته تجاه زملائه ما يأتي:




٨



الرقم :
التاريخ : / / ١٤هـ
المرفقات :

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

١- التعامل باحترام ولباقة وصدق مع زملائه والمحافظة على علاقة سليمة وودية معهم، دون تمييز، والحرص على احترام خصوصياتهم والامتناع عن استغلال أي معلومة تتعلق بحياتهم الخاصة بقصد الإساءة.

٢- التعاون مع زملائه ومشاركتهم آراءه بمهنية وموضوعية عالية وتقديم المساعدة لهم قدر الإمكان، لحل المشكلات التي تواجههم في مجال العمل.

## واجبات الموظف العام تجاه مرؤوسيه

المادة الحادية عشرة:

على الموظف العام أن يراعي في تصرفاته تجاه مرؤوسيه ما يأتي:

١- أن يكون قدوة حسنة لمرؤوسيه من حيث الالتزام بالأنظمة والتعليمات.

٢- تنمية قدرات مرؤوسيه ومساعدتهم وتحفيزهم على تحسين أدائهم عن طريق التدريب وغيره.

٣- نقل المعرفة والخبرات التي اكتسبها إلى مرؤوسيه وتشجيعهم على زيادة تبادل المعلومات.

٤- الإشراف على مرؤوسيه ومتابعة أعمالهم وتقويم أدائهم بموضوعية وتجرد ومساءلة المقصر منهم والسعي إلى توفير فرص التدريب والتطوير لهم وفقاً للأنظمة والتعليمات ذات العلاقة.

٥- احترام حقوق مرؤوسيه والتعامل معهم دون محاباة أو تمييز.

٦- أن تكون التعليمات والتوجيهات لمرؤوسيه مكتوبة ما أمكن ذلك.




٩



الرقم : ــــــــــ

التاريخ :   /   / ١٤هـ

المرفقات : ــــــــــ

المملكة العربية السعودية

هيئة كبار الخبراء بمجلس الوزراء

## الباب الثالث

## المحظورات

## المحظورات العامة

**المادة الثانية عشرة:**

يحظر على الموظف العام ما يأتي:

١- إساءة استعمال السلطة الوظيفية.

٢- استغلال النفوذ.

٣- قبول الرشوة أو طلبها أو ارتكاب أي صورة من الصور المنصوص عليها في نظام مكافحة الرشوة.

٤- التزوير.

٥- الاشتغال بالتجارة.

٦- الاشتراك في تأسيس شركات أو قبول عضوية مجالس إدارتها أو العمل فيها إلا إذا كان معيناً من الحكومة.

٧- الجمع بين وظيفته وممارسة مهنة أخرى دون الحصول على ترخيص بذلك وفقاً للنظام.

٨- إعاقة سير العمل أو الإضراب عن العمل أو التحريض عليهما.

٩- القيام بأي سلوك أو تصرف ينتهك قيم المجتمع أو تقاليده أو أعرافه.

١٠- قبول المحسوبية أو الواسطة في أداء مهمات العمل ومسؤولياته؛ مما يؤثر سلباً في ثقة الجمهور بالوظيفة العامة.

١١- الاشتراك في الشكاوى الجماعية أو رفع شكاوى كيدية ضد أشخاص أو جهات.

١٢- جمع وثائق أو عينات أو معلومات شخصية عن أي شخص، إلا أن تكون في إطار نظامي وضمن متطلبات العمل الضرورية.





بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم : ـــــــــــ
التاريخ : ١٤ / / هـ
المرفقات : ـــــــــــ

## المحظورات المتعلقة بالمعلومات والوثائق والمستندات

**المادة الثالثة عشرة:**

يحظر على الموظف العام ما يأتي:

١- إفشاء المعلومات السرية، والوثائق والمستندات التي تحمل طابع الاهمية أو السرية أو الخصوصية التي حصل أو اطلع عليها بسبب وظيفته، حتى بعد انتهاء مدة خدمته، مـا لم يكن الكشف عنها مسموحاً به صراحةً بموجب النظام.

٢- الإدلاء لوسائل الإعلام أو في وسائل التواصل الاجتمـاعي بـأي معلومـة أو تعليـق أو تصريح أو مداخلة في موضوعات ما زالت تحت الدراسة أو التحقيـق أو المداولـة لـدى الجهة التي يعمل فيها، دون الحصول على موافقة خطية مسبقة من جهته.

٣- توجيه النقد أو اللوم إلى الحكومة بأي وسيلة من وسائل الإعلام المحلية أو الخارجية.

٤- نشر بيانات أو خطابات تناهض سياسة الدولة أو تتعارض مع أنظمتها السياسـية، أو إصدارها أو توقيعها.

## المحظورات المتعلقة بالمال العام

**المادة الرابعة عشرة:**

يحظر على الموظف العام ما يأتي:

١- اختلاس المال العام أو تبديده أو التفريط فيه أو التصرف فيه بغير وجه شرعي.

٢- استغلال مصالح الدولة لمصلحته أو التفريط بأي حق من حقوقها.

٣- الاحتفاظ بأي ممتلكات تخص جهة عمله وعدم تسليمها بعد انتهاء الغرض منها.

٤- استخدام ممتلكات الدولة التي سلمت إليه بسبب وظيفته، لمنفعته الشخصية أو منفعة أطراف أخرى، ما لم يقضِ النظام بخلاف ذلك.

١١

الرقـم :

التاريخ :    /    / ١٤هـ

المرفقـات :

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة كبار الخبراء بمجلس الوزراء

## المحظورات المتعلقة بالهدايا والامتيازات

**المادة الخامسة عشرة:**

يحظر على الموظف العام ما يأتي:

١- قبول الهدايا أو الخدمات التي تعرض عليه بشكل مباشر أو غـير مباشـر أو أي ميـزة يكون لها تأثير مباشر أو غير مباشر على نزاهته في تنفيذ مهمات الوظيفية أو من شأنها التأثير على قراراته للالتزام بأداء عمل أو الامتناع عنه.

٢- قبول أي تكريم أو وسام أو هدية أو جائزة من أي حكومة خارجية دون الحصول على موافقة رسمية.

٣- قبول أي تسهيلات خاصة أو خصومات على المشتريات الخاصة من الموردين الـذين لديهم معاملات رسمية مع جهة.

٤- استخدام أي معلومة حصل عليها بحكم عمله للحصول على خدمة أو معاملـة خاصـة من أي جهة.

## الباب الرابع
### واجبات ومسؤوليات الموظف المتعلقة باستخدام التقنية
### استخدام الأجهزة التقنية

**المادة السادسة عشرة:**

على الموظف العام الذي زوّد بجهاز حاسوب أو فاكس أو غيره من الاجهزة التقنية مـا يأتي:

١- اتخاذ جميع الإجراءات اللازمة للمحافظة عليه.

٢- عدم تحميل برامج على الأجهزة إلا بعد مراجعة الإدارة المختصة.




١٢



٣- ترشيد استخدام هذه الأجهزة، والتأكد من إطفائها قبل مغادرة مكان العمل.

٤- المحافظة على كلمة السر الخاصة به والمعلومات السرية الموجودة في الأجهزة الخاصة به وعدم إفشائها للغير.

٥- عدم استخدام الجهاز إلا لأغراض تتعلق بالعمل.

٦- عدم استخدام الجهاز للدخول على حسابات الغير، وذلك بغرض الحصول على معلومات أو بيانات خاصة أو عامة، إلا لأغراض العمل من ذوي الاختصاص الرسمي في ذلك.

## التعامل مع الإنترنت

**المادة السابعة عشرة:**

على الموظف العام الذي يتوافر لديه إمكان الوصول إلى شبكة الإنترنت ما يأتي:

١- الالتزام باستخدام الشبكة لأغراض العمل ولتطوير قدراته ومهاراته ذات العلاقة بطبيعة العمل.

٢- الالتزام بشروط ومتطلبات حقوق الملكية الفكرية للملفات والبرامج ومراعاة شروط ترخيص استخدامها.

٣- إبلاغ الإدارة المختصة فوراً عند ملاحظة أي أمر غير معتاد خلال استخدام الشبكة.

٤- عدم تحميل النصوص أو الصور التي تحوي مواد غير أخلاقية أو أي نشاط غير نظامي.

٥- عدم تحميل الملفات التي لا تتعلق بطبيعة عمله مباشرة كملفات الفيديو وملفات الوسائط المتعددة.

٦- عدم استخدام الشبكة لمحاولة الدخول أو التسلل إلى شبكات أخرى، أو مواد غير نظامية.

١٣



المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

## التعامل مع البريد الإلكتروني

### المادة الثامنة عشرة:

على الموظف العام الذي يخصص له عنوان بريد إلكتروني ما يأتي:

١- عدم استخدام البريد الإلكتروني لإنشاء وتوزيع رسائل لا تتعلق بعمله.

٢- عدم فتح أي رسالة واردة من مصدر غير معروف أو غير متوقعة أو إعادة إرسالها، وعدم فتح أو تحميل أي ملف مرفق يشك في مصدره، إلا بعد التنسيق مع الإدارة المختصة.

٣- عدم الاعتراض على رقابة الجهة التي يعمل فيها على بريده الإلكتروني من قبل موظفين مصرح لهم بذلك.

### الباب الخامس
### تعارض المصالح ومكافحة الفساد
### تعارض المصالح

### المادة التاسعة عشرة:

١- على الموظف أن يُفصح خطيًا للإدارة التي تحددها جهته عن أي حالة تعارض مصالح حالة أو محتملة، قبل اتخاذه القرار أو إبدائه الرأي في الواقعة محل التعارض.

٢- على الموظف ألّا يشارك في أي قرار يؤثر بشكل مباشر أو غير مباشر على ترسية أي عقد يكون أحد أقربائه طرفاً فيه.

٣- تشمل حالات تعارض المصالح – دون حصر – ما يأتي:

أ- وجود مصلحة بين الموظف والجهة المتعاقدة أو التي بدأت في خطوات التعاقد مع جهته الوظيفية، متى كان للموظف العام دور واقع أو محتمل في ذلك التعاقد.

ب- وجود صلة قرابة حتى الدرجة (الرابعة) بين الموظف والشخص المرشح للحصول على وظيفة في جهته الوظيفية، متى كان التوظيف يعتمد على قرار أو رأي من الموظف العام.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم :
التاريخ :    /    / ١٤هـ
المرفقات :

**مكافحة الفساد**

**المادة العشرون:**

على الموظف في سبيل جهود مكافحة الفساد ما يأتي:

١- إبلاغ رئيسه المباشر خطياً عن أي تجاوز للأنظمة والتعليمات النافذة التي يطلع عليها خلال عمله.

٢- إبلاغ الجهات المختصة عن أي فساد علم به أثناء وظيفته.

٣- التعاون مع الجهات المختصة بالتحقيق الإداري والمالي والجنائي.

٤- إعلام رئيسه المباشر فوراً حال عرض رشوة عليه، وعلى الرئيس أن يتخذ الإجراء اللازم وإعداد تقرير عن هذه الواقعة، وإبلاغ الجهات المختصة بذلك.

**الباب السادس**
**التزامات الجهة الحكومية تجاه الموظف العام**

**المادة الحادية والعشرون:**

على الجهة الحكومية ما يأتي:

١- نشر هذه المدونة في موقعها الإلكتروني، وتعريف الموظف بها وإبلاغه بأنه يجب عليه الالتزام بأحكامها.

٢- تهيئة بيئة آمنة وصحية للموظف تلبي المتطلبات الأساسية لأداء عمله.

٣- تشجيع روح المبادرة والابتكار وإتاحة الفرص للموظف للمشاركة في تقديم الاقتراحات المتعلقة بتحسين الخدمات وتطوير العمل في بيئة تسودها الثقة والفهم المشترك.

٤- تطبيق الأنظمة واللوائح والقرارات ذات الصلة بعدالة وإنصاف دون تمييز.



١٥

بِسْمِ اللّٰهِ الرَّحْمٰنِ الرَّحِيمِ

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم :
التاريخ :    /    /    ١٤ هـ
المرفقات :

## أحكام ختامية

**المادة الثانية والعشرون:**

على كل موظف عام بعد صدور قرار تعيينه الاطلاع على الأنظمة المتعلقة بعمله وعلى هذه المدونة والإلمام بها والالتزام بما ورد فيها من أحكام عند أداء واجباته ومسؤولياته الوظيفية.

**المادة الثالثة والعشرون:**

على إدارة شؤون الموظفين أو من في حكمها نشر الوعي بثقافة ومبادئ السلوك الوظيفي وأخلاقيات الوظيفة العامة وتزويد جميع الإدارات بنسخة من هذه المدونة.

،،،




١٦