# EXHIBIT 3

**The Law of Trials of Ministers promulgated by Royal Decree No. 88 dated 22/09/1380H (corresponding to March 9, 1961). (Excerpts)**

**[Attorney Translation]**

<u>Article 5</u>:

Without prejudice to other applicable laws, a Minister may be subject to an imprisonment of 3 to 10 years if he commits any of the following crimes:

[…]

(D) intentionally violating the laws, regulations and orders that result in the loss of the financial rights of the State or the rights of individuals established by the applicable laws.



نظام محاكمة الوزراء
١٣٨٠هـ



بسم الله الرحمن الرحيم

| | |
|---|---|
| الرقم ٨٨ | المملكة العربية السعودية |
| التاريخ ٦/٦/١٣٨٠ | الأمانة العامة لمجلس الوزراء |
| التوابع | |

بعونه الله تعالى .

نحن سعود بن عبدالعزيز آل سعود

ملك المملكة العربية السعودية

بعد الاطلاع على المادتين التاسعة عشر والثامنة والأربعين من نظام مجلس الوزراء الصادر بالمرسوم الملكي رقم ٣٨ وتاريخ ٢٢/١٠/١٣٧٧هـ .

وبناءً على قرار مجلس الوزراء رقم ٥٠٨ وتاريخ ٢١/٩/١٣٨٠هـ .

وبناءً على ما عرضه علينا رئيس مجلس الوزراء .

نرسم بما هو آت :

أولاً — نصادق على نظام محاكمة الوزراء بصيغته المرافقة لهذا .

ثانيا — على رئيس مجلس الوزراء والوزراء تنفيذ مرسومنا هذا من تاريخ نشره .

التوقيع الملكي الكريم




بسم الله الرحمن الرحيم

الرقم ..
التاريخ .
التوابع .

الأمانة العامة لمجلس الوزراء

قرار رقم ٨٠٥ وتاريخ ٢١/٩/١٣٨٠

ان مجلس الوزراء — بعد اطلاعه على مشروع نظام محاكمة الوزراء

وبعد اطلاعه على قرار اللجنة التحضيرية رقم ١٣٥ وتاريخ ١٨/٩/١٣٨٠هـ

يقرر ما يأتي

١)   الموافقة على نظام محاكمة الوزراء بصيغته المرافقة لهذا .

٢)   وقد نظم مشروع مرسوم ملكي بالتصديق على النظام المذكور صورته
     مرافقة لهـــــــــــذا .

ولما ذكر حرر ،،،

رئيس مجلس الـــــــوزراء



بسم الله الرحمن الرحيم

المملكة العربية السعودية
الأمانة العامة لمجلس الوزراء

نظام محاكمة الـــــوزراء
الباب الأول
الفصل الأول
أحكام تمهيدية

الرقم _____
التاريخ _____
المرافق _____

**المادة 1** — تسري أحكام هذا النظام على أعضاء مجلس الوزراء والموظفين المعينين بمرتبة وزير إذا ارتكبوا أثناء تأدية وظيفتهم أي من الجرائم المنصوص عليها في هذا النظام.

الفصل الثاني
الجرائم والعقوبــــــات

**المادة 2** — مع عدم الإخلال بما يفرضه أي نظام آخر يعاقب المحكوم عليهم وفقاً لهذا النظام بالسجن من 5 أعوام أو بالقتل إذا ارتكبوا جريمة من الجرائم الآتية:

أولاً  — الأعمال المقصود بها محاولة تغيير النظام الملكي.
ثانياً  — جرائم الخيانة العظمى.
ثالثاً  — تعريض أمن الدولة الداخلي أو الخارجي وسلامتها ووحدتها للخطر.
رابعاً — رشوة ولاء أفراد القوى المسلحة للملك.

**المادة 3** — تعتبر الأعمال الآتيــــة في ذكر خيانة عظمى:

أ — حمل السلاح ضد الدولة.
ب — معاونة دولة أخرى في أعمال عدوانية ضد الدولة.
ج — تسهيل دخول العدو إلى البلاد.
د — تسليم المدن والحصون والسفن والمنشآت والمواقع والموانئ والمصانع والسفن والذخائر والأدوات والذخائر والمؤن وطرق المواصلات إلى العدو.
هـ — تحريض الجنود أو المدنيين على الانضمام للعدو.
و — مساعدة تقدم العدو وإثارة الفتن والقلاقل لذلك بمختلف الوسائل.
ز — إفشاء أسرار الدفاع عن البلاد وتسليمها إلى دولة أجنبية بالذات أو بالواسطة.

**المادة 4** — مع عدم الإخلال بما يفرضه أي نظام آخر يعاقب بالسجن من 5 — 10 سنوات من ارتكب إحدى الجرائم الآتيــــة:

أ — دس الدسائس لدى دولة أجنبية أو الاتصال بها لدفعها إلى مباشرة العدوان على أراضي الدولة.
ب — القيام بأعمال أو خطب أو كتابات أو غير ذلك بقصد اقتطاع جزء من أراضي الدولة لضمه إلى دولة أجنبية أو بقصد تمليكها حقاً أو امتيازاً فيها.
ج — تقديم السكن أو الطعام أو اللباس لجندي من جنود الأعداء أو لأحد جواسيسه أو تسبيل فرار أسير حرب أو أحد رعايا العدو والمعتقلين.
د — سرقة أشياء أو وثائق أو معلومات تتعلق بسلامة الدولة لمنفعة دولة أجنبية.

وفي حالة الحرب تعتبر هذه الأعمال من مضمون الفقرة "ب" من المادة الثالثة من هذا النظام.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
الأمانة العامة لمجلس الوزراء

الرقم: ..............
التاريخ: ..............
التوابع: ..............

المادة ٥ — يعد من الإخلال بما ينص عليه أي نظام آخر يعاقب بالسجن لمدة تتراوح من ٣ — ١٠ سنوات الخصوم بموجب أحكام هذا النظام إذا ارتكب أحدى الجرائم الآتية :

أ — التصرفات والأفعال التي من شأنها التأثير بالزيادة أو النقص في أثمان البضائع والعقــــارات والعملة أو الأوراق المالية للحصول على فائدة شخصية له أو لغيره .

ب — قبول فائدة أيا كان نوعها لنفسه أو لغيره لقاء عمل رسمي أو امتناع عن عمل رسمي .

ج — استغلال النفوذ ولو بطريق الإيهام للحصول على فائدة أو ميزة لنفسه أو لغيره من أية هيئة أو شركة أو مؤسسة أو مصلحة من مصالح الدولة .

د — تعمد مخالفة النظم واللوائح والأوامر التي يترتب عليها ضياع حقوق الدولة المالية أو حقوق الأفراد الثابتة شرعا أو نظاما .

هـ — إفشاء قرارات ومداولات مجلس الوزراء التي تتعلق بأمن الدولة الداخلي ومصلحتها الخارجية وبالشئون المالية والاقتصادية ومخالفة السوزراء .

و — التدخل الشخصي في شئون القضاء والهيئات والدواوين الحكومية .

المادة ٦ — يترتب حتما على الحكم بإدانة الوزير أو من في مرتبته عزله من منصبه وحرمانه من تولي الوظائف العامة ومن عضوية مجالس إدارة الهيئات والشركات والمؤسسات ومن أية وظيفة فيها .

المادة ٧ — يترتب على الحكم بإدانة المتهم وفقا لهذا النظام الحكم عليه من قبل الهيئة الحاكمة برد ما نالــه مــن جريمته .

ويجوز للهيئة — المحاكمة أن تحكم بتعويض ما حدث من ضرر لأي شخص سواء كان طبيعيا واعتباريًا .

المادة ٨ — لا تنفذ عقوبة القتل الأعلى إذا كان الحكم صادرا بالإجماع .

أما إذا صدر الحكم المذكور بالأغلبية فتحال القضية إلى القضاء للبت فيها .

المادة ٩ — الإجراءات المنصوص عليها في هذا النظام واجبة الاتباع في جميع أدوار التحقيق والمحاكمة وأي إخلال بها يجعل الحكم باطلا .

الباب الثاني

الفصل الأول

التحقيـــــــــق والإحـــــــالـــــــــة

المادة ١٠ — ١ — يقوم رئيس مجلس الوزراء بمجرد قيام دلائل جدية على اقتراف الوزير أو من في مرتبته أحدى الجرائم المنصوص عليها في هذا النظام بتأليف لجنة تحقيق من وزيرين أو من في مرتبتهما وعضو شرعي برئيسة رئيس محكمة كبرى على الأقل .

تتولى هذه الهيئة دراسة الموضوع والتحقيق فيه وترفع تقريرا بنتيجة ذلك إلى رئيس مجلس الوزراء خلال ثلاثين يوما من تاريخ تكليفها ببحث الموضوع .

المادة ١١ — ١ — يحدد رئيس مجلس الوزراء جلسة لمجلس الوزراء لمناقشة تقرير اللجنة خلال خمسة عشر يوما من تاريخ رفع التقرير إليه وتكون المناقشة في غيبة المتهم .

يتخذ مجلس الوزراء قراره في الموضوع فإذا قرر الاتهام عهد إلى تشكيل هيئة المحاكمة المنصوص عنها في المادة (١٥) من هذا النظام.



بسم الله الرحمن الرحيم

المملكة العربية السعودية
الأمانة العامة لمجلس الوزراء

الرقم _____
التاريخ _____
التوابع _____

المادة ١٢ — في حالة الاتهام بأمر رئيس مجلس الوزراء بإبلاغ المتهم بصورة من قرار الإحالة الى المحاكمة ، ويجرى تبليغ المتهم وفقاً لما هو وارد في المادة "٢٠" من هذا النظام .

المادة ١٣ — لمجلس الوزراء عند إقراره إحالة المتهم الى المحاكمة أن يقرر حبسه احتياطياً لحين انعقاد أول جلسة من جلسات هيئة المحاكمة ولهيئة المحاكمة بعد ذلك أن تجدد حبس المتهم للمدة الضرورية .

المادة ١٤ — يصدر رئيس مجلس الوزراء قراراً بكف يد المتهم عن العمل الى أن يفصل في أمره ويوقف صرف راتبه منذ صدور القرار يكف اليد .
ولا يحول انتهاء خدمة الوزير دون اقامة الدعوى عليه أو الاستمرار فيها .

الفصل الثاني
هيئة المحاكمة وإجراءات المحاكمة

المادة ١٥ — تتولى محاكمة الوزراء ومن في مرتبتهم وفقاً لهذا النظام هيئة تشكل من ثلاثة وزراء يختارهم مجلس الوزراء بطريقة "القرعة" وعضوين مرشحين برفقة رئيس محكمة كبرى على الأقل ولا يكون من بينهم من يمت للمتهم بالقرابة . ويكون أكبر الوزراء سناً هو رئيس هيئة المحاكمة .

المادة ١٦ — يقوم بإجراء الإدعاء العام من يختاره رئيس مجلس الوزراء .

المادة ١٧ — يختار رئيس هيئة المحاكمة أمين سر لضبط محاضر الجلسات وتوقيعها .

المادة ١٨ — لهيئة المحاكمة اذا رأت نقصاً في التحقيق أن تستكمله بنفسها أو بمن تعهد به من أعضائها لهذا الغرض .

المادة ١٩ — يعين رئيس هيئة المحاكمة موعد انعقادها للنظر في الموضوع خلال مدة لا تزيد عن ثلاثين يوماً من تاريخ إعلان المتهم بصورة من قرار إحالته الى المحاكمة .
وعلى رئيس هيئة المحاكمة تكليف المدعي العام بإعلان المتهم بموعد المحاكمة ومكان انعقادها وأسماء شهود الاثبات قبل موعد المحاكمة بثمانية أيام على الأقل .

المادة ٢٠ — تعقد هيئة المحاكمة جلساتها بحضور المتهم . فاذا تغيب المتهم عن الحضور تؤجل الجلسة الى موعد آخر لا يتجاوز سبعة أيام من تاريخ التأجيل . وعلى المدعي العام إعلان المتهم في آخر محل اقامة له داخل المملكة عن الموعد الجديد . فاذا لم يعلم له محل اقامة ثابتة جار تبليغه في مقر وزارة الداخلية وتجرى محاكمة المتهم غيابياً بعد ذلك .
وللمتهم أن يستحضر معه وكلائه خبرة في الشئون النظامية لحضور جلسات المحاكمة والدفاع عنه .

المادة ٢١ — يصدر قرار هيئة المحكمة بأغلبية الأصوات . ولا تصح اجتماعات الهيئة الاّ اذا حضرها جميع الأعضاء . فاذا قام عذر لدى أحد أعضاء الهيئة اعتبار مجلس الوزراء فيما عضواً آخر يحل محله .

المادة ٢٢ — لا يجوز معاقبة المتهم عن واقعة لم ترد في قرار احالته الى المحاكمة ولا الحكم عليه بغير الجزاء الوارد في هذا النظام أو بغير العقوبات الواردة فيه .



المملكة العربية السعودية
الامانة العامة لمجلس الوزراء



الرقم ....................
التاريخ ....................
التوابع ....................

المادة ٢٣ - في حالة صدور حكم غيابي بالإدانة تعاد المحاكمة عند حضور المحكوم عليه أو ضبطه وتعاد المحاكمة خلال ثلاثين يوماً من تاريخ الحضور أو الضبط . فإذا امتنع المحكوم عليه أو امتنع عن حضور جلسات إعادة المحاكمة يعتبر الحكم الصادر بمثابة الحكم الحضوري .

المادة ٢٤ - تختص هيئة المحاكمة بالنظر في جميع الجرائم المرتبطة بجريمة من تختص بمحاكمتها كما تختص بمحاكمة الفاعلين الأصليين والشركاء وتطبق عليهم العقوبات المقررة في هذا النظام .

المادة ٢٥ - باستثناء ماورد في المواد ( ١٨ و ٢٦ و ٢٧ ) من هذا النظام .
تكون قرارات هيئة المحاكمة نهائية من حين صدورها ولا يجوز الاعتراض عليها وتكون نافذة .

الفصل الثالث
الطعن في الحكم وتنزيل العقوبة والعفو

المادة ٢٦ - للمحكوم عليهم طبعاً بظلم إلى جلالة الملك استناداً إلى المواد ٩ و ١٩ و ٢٠ و ٢٢ من هذا النظام ببطلان الحكم الصادر .
ولجلالة الملك قبول الطعن أو رده فإذا قبل الطعن بالبطلان وجهت إعادة المحاكمة .

المادة ٢٧ - لجلالة الملك في جميع الأحوال حق إصدار الأمر بالعفو الخاص عن المحكومين وفقاً لهذا النظام أو تخفيف العقوبة عنهم إلى الحد الذي يقرره أمر العفو.