# EXHIBIT 4

الرقم — م / ٤٩

التاريخ — ١٣٩٧/٦/١٠هـ

بسم الله تعالى

نحن خالد بن عبد العزيز آل ســـــــــــعـــــود

ملك المملكة العربية السعوديـة

بعد الاطلاع على المادة التاسعة عشرة من نظام مجلس الوزراء ، الصادر بالرسوم الملكـــــي

رقم ( ٣٨ ) وتاريخ ١٣٧٧/١٠/٢٢هـ .

وبعد الاطلاع على المرسوم الملكي رقم ( م/ د ) وتاريخ ١/٢/٢١١هـ ، الصادر بالموافقـــــة

على نظام الموظفين العام ، وعلى المراسيم الملكية المعدلة له .

وبعد الاطلاع على قرار مجلس الوزراء رقم ( ٩٥١ ) وتاريخ ١٣٩٧/٦/٢٧هـ .

رسمنا بما يأتـــي :

أولا   —   الغاء نظام الموظفين العام ، الصادر بالرسوم الملكي رقم ( م/٥ ) وتاريخ ١/٢/١هـ

ثانيا   —   الموافقة على نظام الخدمة المدنية بالصيغة الملحقة بهذا المرسوم .

ثالثا   —   يلغى سلم رواتب الموظفين الصادر بالرسوم الملكي رقم ( م/١٨ ) وتاريخ ٢٢/٥/٣٩٧هـ
              بنظام الخدمة المدنيـــة (١) (٢)

رابعا   —   يعمل بنظام الخدمة المدنية اعتبارا من ١٣٩٧/٨/١هـ ، ويصرف سلم الرواتب اعتبـــارا
              سنة ١٣٩٧/٧/١هـ .

خامسا   —   على نائب رئيس مجلس الوزراء ، ورئيس مجلس الخدمة المدنية ، والوزراء ، كل فيما يخصه
              تنفيذ مرسومنا هذا ،،،

---

(١) أعيد تنظيم سلم رواتب الموظفين بموجب المرسوم الملكي رقم (م/٢٩) وتاريخ ١٤٠١/٦/٢٩هـ ، كما صدر المرسوم الملكي رقم
(م/١٧) وتاريخ ١٤١٤/١١/٢٣هـ متضمناً إضافة خمس درجات إلى كل مرتبة من مراتب الخدمة المدنية ، انظر ما صدر بشأن النظام .

(٢) صدر الأمر الملكي الكريم رقم (أ/٢٢٧) وتاريخ ١٤٢٦/٧/١٦هـ بزيادة رواتب جميع فئات العاملين السعوديين في
الدولة .



الرقــم ........................
التاريخ ........................
التوابع ........................

قرار رقم ٩ ٥ ١ وتاريخ ٢٧/٦/١٣٦٧هـ

ان مجلس الـــــوزراء ،

بناءً على ما اقتضته المصلحة العامة وتهيئها للاجراءات الادارية . وبعد الاطلاع على مشروع
نظام الخدمة المدنية المرفوع من سمو نائب رئيس اللجنة العليا للاصلاح الاداري برقم ٢١/٨/١ فـي
٥/١٥/١٣٦٧هـ .

يقـــرر مايلـــــي

١ــ    الموافقة على نظام الخدمة المدنية بالصيغة المرافقة لهـــــذا .

٢ـ    يتم مشروع مرسوم ملكي بذلك بصورته مرافقة لهـــــذا .

ولباذ كرحيبرر ؛ ،،،

النائب الثاني لرئيس مجلس الـــــوزراء ،

المركز الوطني للوثائق والمحفوظات

بسم الله الرحمن الرحيم


الـــــــــــــــــاب الاوُل

الوظائــــــف
_____


مادة ( ١ )   الجدارة هي الاساس في اختيار الموظفين لشغل الوظيفة العامة ٠


مادة ( ٢ )   تصنف الوظائف بتجميعها في فئات تتضمن كل فئة منها الوظائف المتماثلة فـي
طبيعة العمل ومستوى الواجبات والمسئوليات والمؤهلات المطلوبـ لشغلـهـــا
وتوصف الفئات طبقا للقواعد الواردة في المادة الثالثة  ،  ويجوز ان يجـــــرى
تصنيف الوظائف تدريجيا وذلك وفق قواعد تعتمد بقرار من رئيس مجلـــــــس
الخدمة المدنية ٠


مادة ( ٣ )   توصف مختلف الفئات بحيث تتضمن أوصاف كل فئة مايلـي :

أ  ــ   الاسم الذى يدل عليها ٠

ب ــ   مرتبتها حسب سلّم الرواتب الملحق بهذا النظام ٠

جـ ــ   وصفا عاما لواجباتها ومسئولياتها ٠

د  ــ   وصفا تحليليا لواجباتها ومسئولياتها ٠

هـ ــ   بيانا بالحد الادنى للمؤهلات المطلوبة لشغلها وتشمل المؤهـــــلات
العلمية والعملية ودرجة المهارة المطلوبة وغير ذلك من الشــــــروط
المطلوبة للوظيفة ٠

الـــــبـــــاب الثـــــانـــــي

الموظفــــــون

الفـــــــــــــل الاوّل

شغــــل الوظيفــــــة

مادة ( ٤ )   مع مراعاة ماتقتضي به الانظمة الاخرى يشترط فيمن يعين في احدى الوظائف
أن يكون :

أ  ـ   سعودى الجنسية ، ويجوز استثناء من ذلك استخدام غير السعـــودى
بصفة مؤقتة في الوظائف التي تتطلب كفاءات غير متوفرة في السعوديين
بموجب قواعد يضعها مجلس الخدمة المدنية .

ب  ـ   مكملا سبعة عشر عاما من العمر .

جـ  ـ   لائقا صحيا للخدمة .

د  ـ   حسن السيرة والاخلاق .

هـ  ـ   حاصل ا المؤهلات المطلوبة للوظيفة ، ويجوز لمجلس الخدمة المدنية
الإعفاء من هذا الشرط .

و ـ   غير محكوم عليه بحد شرعي أو بالسجن في جريمة مخلّة بالشــــــرف أو
الأمانـــة حتى يمضي على انتهاء تنفيذ الحد أو السجن ثلاث سنـوات
على الاقل .

ن  ـ   غير مفصول من خدمة الدولة لاسباب تأديبية مالم يكن قد مضى علـــى
صدور قرار الفصل ثلاث سنوات على الاقل .

مادة ( ٥ )   يتم شغل وظائف الدواوين الملكيــــة بأمر ملكــــــي .

مادة ( ٦ )   يتم شغل وظائف المرتبة الرابعة عشرة فما فوق بقرار من مجلس الوزراء ، ويتـــــم شغل وظائف المرتبة الثالثة عشرة فما دون بقرار من الوزير المختص .

مادة ( ٧ )   يعلن الديوان العام للخدمة المدنية الوظائف التي في المرتبة العاشـــــــرة فما دون ويخضع جميع المتقدمين لشغل هذه الوظائف لتقييم يحدد الديوان العام للخدمة المدنية مقاييسه وإجراءاته حسب ما تقتضيه الوظائـــــف، المعلنة ومتطلبات الخدمة .

ويجوز بعد اتفاق رئيس الديوان العام للخدمة المدنية والوزيـــــر المختص أن تقوم الجهة الإدارية بامتحان من يتقدمون لشغـــــل بعـــض وظائف المراتب الخامسة فما دون وفق المقاييس والإجراءات التي يحدد مسبقـــا الديوان العام للخدمة المدنية .

مادة ( ٨ )   الموظف الذي لا يباشر مهمات وظيفته دون عذر مشروع خلال خمسة عشـــــر ( ١٥ ) يوما من تاريخ إبلاغه قرار التعيين يلغى قرار تعيينه ويعتبـــــــر كأن لم يكن .

مادة ( ٩ )   يعتبر الموظف المعين ابتداء تحت التجربة مدة سنة .

مادة ( ١٠ )  أ ـ   تتم ترقية ونقل الموظفين إلى الوظائف الشاغرة وفق الأحكام التــــــي، تحددها قواعد التصنيف بما في ذلك مؤهلات وشروط شغل الوظيفة .

ب ـ   لا تكون الترقية نافذة قبل تاريخ صدور القرار بهـــا .

الفـــــصـــل الثانـــــــي

الواجبـــــــــات

مادة ( ١١ )    يجب على الموظف خاصـة :

أ  ــ  أن يترفع عن كل ما يخل بشرف الوظيفة والكرامة سواء كان ذلك في محل العمل أم خارجه •

ب ــ  أن يراعي آداب اللياقة في تصرفاته مع الجمهور ورؤسائه زملائـــــــه ومرؤوسيه •

جـ ــ  أن يخصص وقت العمل لأداء واجبات وظيفته وأن ينفذ الأوامـــــــر الصادرة اليه بدقة وامانـــة فـي حدود النظم والتعليمات •


مادة ( ١٢ )    يحظر على الموظف خاصـة :

أ  ــ  اساءة استعمال السلطة الوظيفية •

ب ــ  استغلال النفوذ •

جـ ــ  قبول الرشوة أو طلبها بأى صورة من الصور المنصوص عليها فـي نظـام مكافحة الرشوة •

د  ــ  قبول الهدايا أو الأكراميات أو خلافه بالـذات أو بالوساطـة لقصـد اغراء من ارباب المصالح •

هـ ــ  افشاء الاسرار التي يطلع عليها بحكم وظيفته ولو بعد ترك الخدمة •

مادة ( ١٣ )    يجب على الموظف أن يمتنع عن :

أ  ــ  الاشتغال بالتجارة بطريقة مباشرة أو غير مباشرة •

ب ــ الاشتراك في تأسيس الشركات أو قبول عضوية مجالس إدارتهــا أو أى عمل فيها أو في محل تجارى الا اذا كان معينا من الحكومــة ، ويجوز بمقتضى لائحة يصدرها مجلس الوزراء الاذن للموظفين بالعمــل في القطاع الخاص في غير أوقات الدوام الرسمي .

مادة ( ١٤ )   لا يجوز للموظف الجمع بين وظيفته ومارسة مهنة اخرى ، ويجوز الترخيـــص في الاشتغال بالمهن الحرة لمن تقضي المصلحة العامة بالترخيص لهم فــي ذلك لحاجة البلاد الى مهنهم ويكون منح هذا الترخيص من قبــل الوزيـــر المختص وتحدد اللائحة شروط منح هذا الترخيص .

مادة ( ١٥ )   كل موظف مسؤول عما يصدر عنه ومسؤول عن حسن سير العمل في حـــدود اختصاصه .

الفصـــــــل الثالـــث

الرواتب والعــــلاوات
——————

مادة ( ١٦ )   يستحق الموظف راتبه اعتبارا من تاريخ مباشرته العمل .

مادة ( ١٧ )   يمنح الموظف العلاوة وفق سلّم الرواتب الملحق بهذا النظام وذلك بنقله  مـن الدرجة التي يشغلها الى الدرجة التالية لها مباشرة في المرتبة نفسها ويتـم هذا النقل من اول شهر محرم من كل سنة .

مادة ( ١٨ )   أ ــ يمنح الموظف المعين راتب اول درجة في مرتبة الوظيفة التي عـــــــن عليها فاذا كان راتبه عند التعيين يساوى راتب هذه الدرجة أو يزيد عليه يمنح راتب اول درجة تتجاوز راتبه عند التعيين .

ويجوز   التعيين في غير الدرجة الاولى بالسنة لمن يتوفـــر لديه مؤهلات معينة يحددها مجلس الخدمة المدنية .

ب ـ يمنح الموظف المرقى راتب اول درجة في مرتبة الوظيفة التي يرقـــى اليها فاذا كان راتبه عند الترقية يساوى راتب هذه الدرجــة أو يزيد عليه يمنح راتب اول درجة تتجاوز راتبه ٠ ويجوز بقـرار من السلطة المختصة منح الموظف المرقى راتب الدرجة التالية ٠

جـ ـ في حالة اعادة الموظف الذى ترك الخدمة في وظيفة بنفس المرتبـــة التي كان يشغلها عند انتهاء خدمته يوضع بنفس الدرجة التي كان عليهـا اما اذا اعيد الى وظيفة ذات مرتبـة اقل فيمنح راتب اول درجة تتجاوز اخر راتب كان يتقاضاه فاذا كان راتبه يزيد عـــى راتب آخر درجة في مرتبة الوظيفة يمنح راتب هذه الدرجة ٠

مادة ( ١٦ )  يصرف للموظف المكفوف اليد ومن في حكمه نصف صافي راتبه فـاذا بريء أو عوقب بغير الفصل يصرف له الباقي من راتبه ٠ امـا اذا عوقب بالفصل فـلا يستعاد ما صرف له مالم تقرر الجهة التي اصـــدرت قرار العقوبة غير ذلك ٠

مادة ( ٢٠ )  لا يجوز الحجز على راتب الموظف الا بأمر من الجهة المختصة ولا يجــوز ان يتجاوز المقدار المحجوز كل شهر ثلث صافي راتبه الشهرى ما عـــدا دين النفقة ٠

مادة ( ٢١ )  مع مراعاة ما تقضي به الانظمة لا يستحق الموظف راتبـــا عن الايام التـــي لا يباشر فيها عمله ٠

الفصــــــــل الرابــــــــع

البــدلات والمكافـآت والتعويضـــــات

مادة ( ٢٢ )  يصرف للموظف المنتد ب في مهمة رسمية بدل نقدى عن كل يوم يقضيه  خـــارج مقر عمله  داخل المملكة أو خارجها  وفق الفئات التي  تحدد ها لائحة البدلات ٠

مادة ( ٢٣ )  يجوز بقرار من الوزير المختص تكليف الموظف بالقيام بأعمال وظيفة معينـــــة أو بالقيام بمهمة رسمية  ،  كما يجوز تكليفه  بذلك مع قيامه  بمهـام وظيفتــــــــــــه الا صلية ٠

مادة ( ٢٤ )  يجوز ان يحدد الديوان العام للخدمة المدنية الذى يصل اليـــــه اداء العمل بالنسبة لبعض الوظائف فاذا زاد  عمل الموظف على القـــــــــــدر المحدد جاز منحه مكافأة عن هذه الزيادة تحدد بقرار من الوزير المختص وتحدد اللائحة قواعد منح هذه المكافأة ٠

مادة ( ٢٥ )  يجوز بقرار من الوزير المختص شغل بعض الوظائف بصفة مؤقته  بمكافأة تحـــدد على اساس العمل بالقطعة او الانتاج أو الساعة حسب   المعـــــــدلات التي يضعها مجلس الخدمة المدنية ٠

مادة ( ٢٦ )  يصرف للموظف الذى يكلف بالعمل خارج وقت الدوام الرسمي واثناء العطـــــل الرسمية مكافأة نقدية عن الساعات الاضافية  ،  وتحدد اللائحة قواعد منــــــح هذه المكافأة ٠

مادة ( ٢٧ )  تحدد اللائحة انواع ومقدار وشروط البدلات أو المكافآت أو التعويضــــات أو المزايــــا التي تمنح للموظف ٠

الفصــــــل الخامـــس

الاجـــــازات والاعـــــــارة

مادة ( ٢٨ )   تحدد اللائحة انواع ومدد وشروط الاجازات وفترات الغياب التي يستحقـــها الموظف أو يؤذن له فيها .

مادة ( ٢٩ )   يجوز اعارة الموظف بعد موافقته للعمل لدى المؤسسات العامة أو الخاصــة أو الحكومات أو الهيئات الدولية وتحدد اللائحة قواعد الاعارة .

الفصــــــل السـادس,

انهـــاء الخدمـــة

مادة ( ٣٠ )   مع مراعاة اسباب انهاء الخدمة التي تنص عليها الانظمة تنهى خدمة الموظف لاحد الاسباب الاتيـة :

أ   ــ   الاستقالة .

ب ــ   طلب الاحالة على التقاعد قبل بلوغ السن النظامية حسب نظام التقاعد .

ج ــ   الغاء الوظيفة .

د   ــ   بلوغ السن النظامية للتقاعد مالم تمدد خدمته بقرار من السلطــــة المختصة .

هـ ــ   العجز الصحي .

و   ــ   الغياب بغير عذر مشروع أو عدم تنفيذ قرار النقل .

ز   ــ   الفصل لاسباب تأديبية .

ح   ــ   الفصل بأمر ملكي أو بقرار من مجلس الوزراء .

الـــــــــــاب الثالـــــــــث

احكـــام عـامـــــــة وانتقاليـــــــــة

مادة ( ٢١ )   للوزير تفويض بعض صلاحياتــه المقررة في هذا النظام •

مادة ( ٢٢ )   يكون لرئيس المصلحة المستقلة بالنسبة لموظفي هذه المصلحة من الصلاحيــات
ما للوزير بالنسبة لموظفي الوزارة •

مادة ( ٢٣ )   لا يجوز تعيين الموظف على اكثر من وظيفة واحدة •

مادة ( ٢٤ )   يعتبر تدريب الموظفين جزءا من واجبات العمل النظامية سواء كان داخـــــل
أو خارج أوقات الدوام الرسمي وعلى جميع الوزارات والمصالح الحكومية تعليـــــن
موظفيها من تلقي التدريب كل في مجال اختصاصه •

مادة ( ٢٥ )   يتم ابتعاث الموظفين الذين تقضى مصلحة العمل بابتعائهم للدراســة وفق
لائحة الابتعاث •

مادة ( ٢٦ )   تعد تقارير دورية عن كل موظف وفق لائحة يصدرها رئيس مجلس الخدمـــــة
المدنية •

مادة ( ٢٧ )   يجوز بقرار من مجلس الخدمة المدنية استثناء وظائف معينة من بعض احكـــام
هذا النظام •

مادة ( ٢٨ )   يحل هذا النظام محل نظام الموظفين الصادر بالمرسوم الملكي رقم م/٥ وتاريخ
١٣٩١/٢/١هـ وذلك :

أ ــ   بالنسبة للموظفين الخاضعين بصفة اصلية لهذا النظام •
ب ـ  بالنسبة للموظفين الذين يعتبر النظام المذكور مكملا للنظام التي تحكــم
اوضاعهم وذلك في حدود ما تنص عليه تلك النظم •

الديوان العام للخدمة المدنية

مادة ( ٣٩ )   يصدر مجلس الخدمة المدنية لوائح هذا النظام .

مادة ( ٤٠ )   لمجلس الوزراء حق تفسير هذا النظام .

