# EXHIBIT 5

بسم الله الرحمن الرحيم

الرقم ٤٣
التاريخ ٢٩ ألقعدة ١٣٧٧

بعد الأتكـال على اللــه

نحــن ســعود بن عبدالعزيز آل ســعود

ملك المملكــة العربيــة الســعوديــة

بعد الاطلاع على نظام الموظفين العام رقم ٤٢ ألصادر بتاريخ ٢٩ ألقعدة ١٣٧٧ .
واستنادا على قرار مجلس الوزراء رقم ١٥٠ تاريخ ١٣٧٧/١١/٢٥ه وبما رفعه الينا رئيس مجلس الوزراء ، وبناء على ما أنتضته المصلحة العامــة .

أمرنـا بمـا هـو آت ، ـ

المادة الأولى ــ يعاقب بغرامة مالية لا تقل عن الف ريال ولا تزيد عن عشرة الآف ريال .

١ــ الموظفون الرسميون الذين يشتغلون بالتجارة ، وكذلك الذين يشتغلون منهم بالمهن الحرة دون ان ذن نظامي .

٢ــ الموظفون الرسميون الذين يقبلون الهدايا والاكراميات او خلافها بقصد الاغراء من أرباب المصالح .

ويعاقب بالعقوبة نفسها المتواطئون مع الموظفين المذكورين والوسطاء في ارتكاب ذلك المحظور موظفين كانوا او غير موظفين .

المادة الثانية ــ يعاقب بالسجن مدة لا تزيد عن عشر سنوات او بغرامة لا تزيد عن عشرين الف ريال كل موظف ثبت ارتكابه لأحد ى الجرائم الآتية ، وكذلك كل من اشترك او تواطأ معه علــى ارتكابها سواء كانوا موظفين او غير موظفين ، ـ

١ــ استغلال نفوذ الوظيفة لمصلحة شخصية فيد أخل الدائرة او خارجها .

٢ــ التحكم في افراد الرعية او الأمتناع على حق من حقوقهم الشخصية بصورة من الصــور او

٢

تكليفهم بما لا يجب عليهم نظاما .

٣ ــ قبول الرشوة أو طلبها أو قبولها للغير ، وتطبق العقوبة نفسها على الراشي والمرتشي والرائش (الوسيط) على السواء .

٤ ــ قبول عمولة أو عقد اتفاق على القيام بعمل يغير مجرى قضية من القضايا الشخصية أو يحول دون تنفيذ أمر حكومي صادر بشأن معاملة من المعاملات أيا كان نوعها .

٥ ــ سوء الاستعمال الاداري كالعبث بالأنظمة والأوامر والتعليمات وطرق تنفيذها امتناعا وتأخيرا ينشأ عنه ضرر خاص أو عام ويدخل ضمن ذلك تعمد تفسير النظم والأوامر والتعليمات على غير وجهها الصحيح أو في غير وضعها بقصد الأضرار بمصلحة حكومية لقاء مصلحة شخصية واستغلال النفوذ أيا كان نوعه في تفسيرها أو أمر تنفيذها لمصلحة شخصية عن طريق مباشر أو غير مباشر .

٦ ــ استغلال العقود بما في ذلك عقود المزايدات والمناقصات من طريق مباشر أو غير مباشر لمصلحة شخصية والعبث بأمر الصرف وتأخيرها عن وقتها المحدد لها وحجز كل أو بعض ما يستحقه الموظفون والعمال من رواتب وأجور وتأخير دفعها اليهم بقصد الانتفاع بها شخصيا واستغلال جهود الأفراد والموظفين بأجور ورواتب صورية أو مفتعلة لفائدة شخصية بعضا أو كلا واستعمال معلوماته الرسمية لاستغلال العملة في ارتفاعها أو هبوطها صرفا وتبديلا .

٧ ــ الاختلاس أو التبديد أو التفريط في الأموال العامة صرفا أو صيانة .

٨ ــ اساءة المعاملة أو الاكراه باسم الوظيفة كالتعذيب أو القسوة أو مصادرة الاموال وسلب الحريات الشخصية ويدخل ضمن ذلك التنكيل والتغريم والسجن والنفي والأقامة الاجبارية في جهة معينة ودخول المنازل بغير الطرق النظامية المشروعة والأكراه على الأعارة أو الأجازة أو البيع أو الشراء وتحصيل ضرائب تزيد عن المقادير المستحقة أو المفروضة نظاما .

المادة الثالثة ــ فضلا عن العقوبات المذكورة في المادة السابقة يحكم على من يثبت ادانته بالتعويض المناسب لمن أصابه ضرر ويرد المبالغ التي أخذت بغير وجه شرعي الى أربابها .

المادة الرابعة ــ على رئيس مجلس الوزراء والجهات المختصة تنفيذ أمرنا هذا . والسلام ، ، ،




بسم الله الرحمن الرحيم

( قرار - رقم ٥٠١ وتاريخ ٥/١١/١٣٧٧ )

اطلع مجلس الوزراء على مشروع المرسوم الملكي المنظم من قبل الخبير الدكتور احمد زكي الوارد من ديوان رئاسة مجلس الوزراء برقم ١١٣٣٩ وتاريخ ٧٧/١١/٢٣ .

ولدى درس مواده في جلسة عامة تقرر الموافقة عليه بالصفة الآتية :ـ

مشروع مرسوم ملكي

بعد الاتكال على الله

نحن سعود بن عبد العزيز آل سعود

ملك المملكة العربية السعودية

بعد الاطلاع على نظام الموظفين العام الصادر بتاريخ     /     /١٣٧٧ واستنادا على قرار مجلس الوزراء رقم       وتاريخ ١٣٧٧/١١/٢٥ ، وما رفعه الينا رئيس مجلس الوزراء وبناء على ما اقتضته المصلحة العامة

امرنا بما هو آت

المادة الاولى : يعاقب بغرامة مالية لا تقل عن الف ريال ولا تزيد عن عشرة آلاف ريال :

١ ـ الموظفون الرسميون الذين يشتغلون بالتجارة وكذلك الذين يشتغلون منهم بالمهن الحرة دون اذن نظامي .

٢ ـ الموظفون الرسميون الذين يقبلون الهدايا والاكراميات او خلافها بقصد الاغراء من ارباب المصالح .

ويعاقب بالعقوبة نفسها المتواطئون مع الموظفين المذكورين والوسطاء في ارتكاب ذلك المحظور موظفين كانوا او غير موظفين .

المادة الثانية : يعاقب بالسجن مدة لا تزيد عن عشر سنوات او بغرامة لا تزيد عن عشرين الف ريال كل موظف ثبت ارتكابه لاحدى الجرائم الآتية وكذلك كل من اشترك او تواطأ معه على ارتكابها سواء كانوا موظفين او غير موظفين :

١ ـ استغلال نفوذ الوظيفة لمصلحة شخصية في داخل الدائرة او في خارجها .

٢ ـ التحكم في افراد الرعية او الافتئات على حق من حقوقهم الشخصية بصورة من الصور او تكليفهم بما لا يجب عليهم نظاما .

٣ ـ قبول الرشوة او طلبها او قبولها للغير ، وتطبق العقوبة نفسها على الراشي والمرتشي والرائش ( الوسيط ) على السواء .

٤ ـ قبول عمولة او عقد اتفاق على القيام بعمل يغير مجرى قضية من القضايا الشخصية او يحول دون تنفيذ امر حكومي صادر بشأن معاملة من المعاملات ايا كان نوعها .

../..

بسم الله الرحمن الرحيم

الرقم . ..........
التاريخ . ..........
التوابع . ..........

٥ ـ سوء الاستعمال الاداري كالعبث بالانظمة والاوامر والتعليمات وبطرق تنفيذها امتناعا او تأخيرا ينشأ عنه ضرر خاص او عام ويدخل ضمن ذلك تعمد تفسير النظم والاوامر والتعليمات على غير وجهها الصحيح او في غير موضعها بقصد الاضرار بمصلحة حكومية لقاء مصلحة شخصية واستغلال النفوذ ايا كان نوعه في تفسير الاوامر وتنفيذها لمصلحة شخصية عن طريق مباشر او غير مباشر .

٦ ـ استغلال العقود بما في ذلك عقود المزايدات والمناقصات من طريق مباشر او غير مباشر لمصلحة شخصية والعبث بامر الصرف وتأخيرها عن وقتها المحدد لها وحجز كل او بعض ما يستحقه الموظفون والعمال من رواتب واجور وتأخير دفعها اليهم بقصد الانتفاع بها شخصيا واستغلال جهود الافراد والموظفين باجور ورواتب صورية او مفتعلة لفائدة شخصية بعضا او كلا واستعمال معلوماته الرسمية لاستغلال اسعار العملة في ارتفاعها وهبوطها صرفا وتبديلا .

٧ ـ الاختلاس او التبديد او التفريط في الاموال العامة صرفا او صيانة .

٨ ـ اساءة المعاملة او الاكراه بأسم الوظيفة كالتعذيب او القسوة او مصادرة الاموال وسلب الحريات الشخصية ويدخل ضمن ذلك التنكيل والتغريم والسجن والنفي والاقامة الاجبارية في جهة معينة ودخول المنازل بغير الطرق النظامية المشروعة والاكراه على الاعارة او الاجازة او البيع او الشراء وتحصيل ضرائب تزيد عن المقادير المستحقة او المفروضة نظاما .

المادة الثالثة : فضلا عن العقوبات المذكورة في المادة السابقة يحكم على من يثبت ادانته بالتعويض المناسب لمن اصابه ضرر ويرد المبالغ التي اخذت بغير وجه شرعي الى اربابها .

المادة الرابعة : على رئيس مجلس الوزراء والجهات المختصة تنفيذ امرنا هذا .

ولما ذكر حرر ،،،،

المركز الوطني للوثائق والمحفوظات

(توقيع)

رئيس مجلس الوزراء