# EXHIBIT 6



شعبة الترجمة الرسمية

Official Translation Department

# Penal Law on Dissemination and Disclosure of Classified Information and Documents

Royal Decree No. M/35

April 12, 2011

**Translation of Saudi Laws**


**NOTE:**

The translation of Saudi laws takes the following into consideration:

- Words used in the singular form include the plural and vice versa.
- Words used in the masculine form include the feminine.
- Words used in the present tense include the present as well as the future.
- The word "person" or "persons" and their related pronouns (he, his, him, they, their, them) refer to a natural and legal person.

# Penal Law on Dissemination and Disclosure of Classified Information and Documents

## Article 1

a) *Classified Documents* shall mean all types of media which contain classified information the disclosure of which prejudices the State's national security, interests, policies or rights, whether produced or received by its agencies.

b) *Classified Information* shall mean information an employee obtains, or is privy to by virtue of office, the disclosure of which undermines the State's national security, interests, policies, or rights.

c) The Regulations of Classified Documents and Lists which are issued by the National Center for Documents and Archives shall, in coordination with relevant entities, determine the titles, level of classification, and subject matter of said documents.

## Article 2

A public employee or a person of a similar capacity shall not disseminate or disclose classified information or documents which he obtains or is privy to by virtue of office even after the end of his service, if such dissemination or disclosure remains restricted.

## Article 3

For the application of this Law, the following shall be deemed a public employee:

1. Any person who is permanently or temporarily employed by the Government or by any agency of a public legal personality.
2. Any person who is assigned by a government entity or any other administrative authority to carry out a certain task.
3. Any person who is employed by companies or sole proprietorships which manage, operate, or maintain public facilities, or provide public services, as well as those employed by companies to whose capital the State contributes.
4. An arbiter or expert who is designated by the Government or by any other judicial authority.
5. Chairmen and members of board of directors of companies provided for in paragraph (3) of this Article.

## Article 4

A classified document may not be taken outside the premises of government entities, nor may they be circulated by any means, kept in other than the designated places, or printed, reproduced, or photocopied outside such entities, except in accordance with rules issued by the National Center for Documents and Archives.

**Article 5**

Without prejudice to any harsher penalty prescribed by law, the following acts shall be punished by imprisonment for a period not exceeding 20 years or a fine not exceeding one million riyals, or by both penalties:

1. Disseminating or disclosing classified information or documents.
2. Entering or attempting to enter a place without authorization, with the intent of obtaining classified information or documents.
3. Obtaining classified information or documents by illicit means.
4. Possessing or becoming privy, by virtue of office, to official classified information or documents, and disclosing, communicating or disseminating the same without a legally justifiable reason.
5. Willfully destroying or misusing classified documents, knowing that such classified documents relate to the State's security or public interest, with the intent of undermining the State's military, political, diplomatic, economic, or social status.
6. Failing to maintain confidentiality of classified information or documents.

**Article 6**

Any person participating in any of the crimes stipulated in this Law shall be subject to the penalties provided for in Article 5, and any person who knowingly agrees to, instigates, or assists in committing such crimes shall be deemed an accomplice if such crime is committed on the basis of such agreement, instigation, or assistance.

**Article 7**

When imposing the penalty stipulated in Article 5 of this Law, proportionality between crime and punishment as well as extenuating or aggravating circumstances shall be taken into consideration. The following shall be deemed aggravating circumstances:

1. If the crime is committed during wartime.
2. If the crime is directly or indirectly committed for the sake of a foreign state or any person working therefor regardless of the form or manner in which it was committed.
3. If the information or document is important and highly confidential.
4. If disclosure of classified information or documents results in substantial damage to the State.
5. If the crime is committed with the intent to prejudice the State's interest.
6. If the crime is committed by a person who holds a position the nature of which is confidential.
7. If the crime is committed by a person who holds a high-ranking position.

 **Article 8**

The competent investigation authority shall investigate and prosecute before the competent judicial authority the crimes provided for in this Law.

**Article 9**

Government entities, including security agencies, shall notify the investigation authority if any of the crimes provided for in this Law is committed, and shall also notify the government entity where the suspect is employed, in accordance with Article 3 of this Law.

**Article 10**

The competent court shall decide on the crimes and impose the penalty stipulated in this Law.

**Article 11**

The National Center for Documents and Archives shall issue the implementing regulations of this Law within 90 days from its entry into force.

**Article 12**

This Law shall enter into force 90 days following its date of publication in the Official Gazette.

تفاصيل الخطأ



الرقــم : م/٣٥
التاريخ : ١٤٣٢/٥/٨هـ

بعـــون اللــه تعالـــى
نحــن عبدالله بن عبدالعزيـز آل ســعود
ملك المملكة العربية السعوديــــة

بنـاءً على المـادة (السبعين) مـن النظـام الأساسـي للحكـم، الصادر بـالأمر الملكـي رقم (٩٠/أ) بتاريخ ١٤١٢/٨/٢٧هـ.

وبنـاءً علـى المـادة (العشرين) مـن نظـام مجلـس الـوزراء، الصـادر بـالأمر الملكي رقـم (١٣/أ) بتاريخ ١٤١٤/٣/٣هـ.

وبنـاءً علـى المـادة (الثامنـة عـشرة) مـن نظـام مجلـس الـشورى، الصـادر بـالأمر الملكي رقم (٩١/أ) بتاريخ ١٤١٢/٨/٢٧هـ.

وبعد الاطلاع على قرار مجلس الشورى رقم (٤١/٨٤) بتاريخ ١٤٣١/٧/٢٩هـ.

وبعد الاطلاع على قرار مجلس الوزراء رقم ( ١٤١  ) بتاريخ ١٤٣٢/٥/٧هـ.

رسمنا بما هو آت :

أولاً  : الموافقة على نظام عقوبات نشر الوثائق والمعلومـات السرية وإفشائها، بالصيغة المرافقة.

ثانياً  : على سمو نائب رئيـس مجلـس الـوزراء، والـوزراء ورؤسـاء الأجهـزة المعنيـة المستقلة - كل فيما يَخُصُّهُ - تنفيذ مرسومنا هذا.

عبدالله بن عبدالعزيز



قرار رقم : (١٤١)

وتاريخ : ١٤٣٢/٥/٧هـ

الملكة العربية السعودية
مجلس الوزراء
الأمانة العامة

إن مجلس الوزراء

بعد الاطلاع على المعاملة الواردة من ديوان رئاسة مجلس الوزراء برقم ٣٥٧٠١/ب وتاريخ ١٤٣١/٨/١٣هـ ، المشتملة على نسختي خطابي هيئة الخبراء بمجلس الوزراء رقم ٥٢٦ وتاريخ ١٤٢٨/١/٢٩هـ ، ورقم ٢٤٩٦ وتاريخ ١٤٢٨/٧/١١هـ في شأن مشروع نظام عقوبات إفشاء الوثائق السرية .

وبعد الاطلاع على قرار مجلس الوزراء رقم (١٩٢) وتاريخ ١٤٢٧/٨/٤هـ .

وبعد الاطلاع على المحاضر المعدة في هيئة الخبراء بمجلس الوزراء رقم (٣٢) وتاريخ ١٤٢٨/١/٢٩هـ ، ورقم (٢٨٤) وتاريخ ١٤٢٨/٧/١١هـ ، ورقم (٩٠) وتاريخ ١٤٣٢/٣/٥هـ .

وبعد النظر في قرار مجلس الشورى رقم (٤١/٨٤) وتاريخ ١٤٣١/٧/٢٩هـ .

وبعد الاطلاع على توصية اللجنة العامة لمجلس الوزراء رقم (٢٢٣) وتاريخ ١٤٣٢/٤/٩هـ .

يقرر

الموافقة على نظام عقوبات نشر الوثائق والمعلومات السرية وإفشائها بالصيغة المرافقة .

وقد أعد مشروع مرسوم ملكي بذلك ، صيغته مرافقة لهذا .



رئيس مجلس الوزراء



بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم : _____
التاريخ : / / ١٤هـ
المرفقات : _____

# نظام عقوبات نشر الوثائق والمعلومات السرية وإفشائها

**المادة الأولى :**

أ - يقصد بالوثائق السرية : الأوعية بجميع أنواعها، التي تحتوي على معلومات سرية يؤدي إفشاؤها إلى الإضرار بالأمن الوطني للدولة أو مصالحها أو سياساتها أو حقوقها، سواء أنتجتها أجهزتها المختلفة أو استقبلتها.

ب - يقصد بالمعلومات السرية: ما يحصل عليه الموظف - أو يعرفه بحكم وظيفته - من معلومات يؤدي إفشاؤها إلى الإضرار بالأمن الوطني للدولة أو مصالحها أو سياساتها أو حقوقها.

ج - تحدد لائحة الوثائق السرية وقوائمها، التي يصدرها المركز الوطني للوثائق والمحفوظات - بالتنسيق مع الجهات ذات العلاقة - أسماء هذه الوثائق، ودرجات سريتها، وموضوعاتها.

**المادة الثانية :**

يحظر على أي موظف عام أو من في حكمه - ولو بعد انتهاء خدمته - نشر أي وثيقة سرية أو إفشاء أي معلومة سرية حصل عليها أو عرفها بحكم وظيفته وكان نشرها أو إفشاؤها لا يزالان محظورين.

١

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم : ــــــــــــ
التاريخ :   /   / ١٤    هـ
المرفقات : ــــــــــــ

**المادة الثالثة :**

يعد في حكم الموظف العام في تطبيق أحكام هذا النظام :

١- من يعمل لدى الدولة أو لدى أحد الأجهزة ذات الشخصية المعنوية العامة، سواء أكان يعمل بصفة دائمة أو مؤقتة .

٢- من تكلفه جهة حكومية أو أي سلطة إدارية أخرى بأداء مهمة معينة.

٣- من يعمل لدى الشركات أو المؤسسات الفردية، التي تقوم بإدارة المرافق العامة أو تشغيلها أو صيانتها، أو تقوم بمباشرة خدمة عامة، وكذلك من يعمل لدى الشركات التي تساهم الدولة في رأس مالها.

٤- المحكّم أو الخبير الذي تعيّنه الحكومة أو أي هيئة لها اختصاص قضائي .

٥- رؤساء مجالس إدارات الشركات المنصوص عليها في الفقرة (٣) من هذه المادة وأعضاؤها.

**المادة الرابعة :**

يحظر إخراج الوثائق السرية من الجهات الحكومية، أو تبادلها مع الغير بأي وسيلة كانت، أو الاحتفاظ بها في غير الأماكن المخصصة لحفظها، وتحظر طباعتها أو نسخها أو تصويرها خارج الجهات الحكومية ؛ إلا وفق ضوابط يصدرها المركز الوطني للوثائق والمحفوظات .

٢

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم : ــــــــــــــــــــ
التاريخ :    /    / 14هـ
المرفقات : ــــــــــــــــــــ

## المادة الخامسة :

مع عدم الإخلال بأي عقوبة أشد مقررة نظاماً ، يعاقب بالسجن مدة لا تزيد على عشرين سنة أو بغرامة لا تزيد على مليون ريال أو بهما معاً، كل من :

1- نشر وثائق أو معلومات سرية أو أفشاها.

2- دخل أو شرع في الدخول إلى أي مكان أو موقع غير مأذون له الدخول فيه ؛ بقصد الحصول على وثائق أو معلومات سرية.

3- حصل بأي وسيلة غير مشروعة على وثائق أو معلومات سرية.

4- حاز أو علم - بحكم وظيفته - وثائق أو معلومات رسمية سرية فأفشاها أو أبلغها أو نشرها دون سبب مشروع مصرح به نظاماً.

5- أتلف - عمداً - وثائق سرية أو أساء استعمالها وهو يعلم أنها تتعلق بأمن الدولة أو بأي مصلحة عامة، وذلك بقصد الإضرار بمركز الدولة العسكري أو السياسي أو الدبلوماسي أو الاقتصادي أو الاجتماعي.

6- أخل بالمحافظة على سرية المعلومات والوثائق.

## المادة السادسة:

يعاقب كل من اشترك في أي من الجرائم الواردة في هذا النظام بالعقوبة المنصوص عليها في المادة (الخامسة)، ويعد شريكاً في الجريمة كل من اتفق أو حرض أو ساعد على ارتكابها مع علمه بذلك إذا ارتكبت الجريمة بناء على هذا الاتفاق أو التحريض أو المساعدة.



3

بسم الله الرحمن الرحيم

الرقم: ________
التاريخ: / / ١٤هـ
المرفقات: ________

**المادة السابعة:**

يراعى عند تطبيق العقوبة الواردة في المادة (الخامسة) من هذا النظام؛ التناسب بين الجريمة والعقوبة، مع مراعاة الظروف المخففة والمشددة للعقوبة، ويعد من الظروف المشددة ما يلي:

١- إذا ارتكبت الجريمة في زمن الحرب.

٢- إذا ارتكبت الجريمة لمصلحة دولة أجنبية، أو لأحد ممن يعملون لمصلحتها بأي صورة وعلى أي وجه وبأي وسيلة، سواء بطريق مباشر، أو غير مباشر.

٣- إذا كانت الوثيقة أو المعلومة مهمة وذات درجة سرية عالية.

٤- إذا كان الضرر الذي أصاب الدولة بسبب إفشاء الوثيقة أو المعلومة السرية جسيماً.

٥- إذا ارتكبت الجريمة بقصد الإضرار بالدولة.

٦- إذا ارتكب الجريمة من يشغل وظيفة ذات طابع سري.

٧- إذا ارتكب الجريمة من يشغل وظيفة عليا.

**المادة الثامنة:**

تتولى جهة التحقيق - المختصة نظاماً - التحقيق في الجرائم الواردة في هذا النظام والادعاء فيها أمام الجهة القضائية المختصة.

**المادة التاسعة:**

تشعر الجهات الحكومية - بما فيها الجهات الأمنية - جهة التحقيق عند وقوع أي جريمة من الجرائم المحددة في هذا النظام، وعليها إشعار الجهة الحكومية التابع لها المشتبه به، وفقاً لما جاء في المادة (الثالثة) من هذا النظام.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم :
التاريخ : / / ١٤هـ
المرفقات :

**المادة العاشرة :**

تتولى المحكمة المختصة النظر في الجرائم وإيقاع العقوبة الواردة في هذا النظام.

**المادة الحادية عشرة :**

يصدر المركز الوطني للوثائق والمحفوظات اللائحة التنفيذية لهذا النظام، خلال تسعين يوماً من تاريخ نفاذه.

**المادة الثانية عشرة :**

يعمل بهذا النظام بعد تسعين يوما من تاريخ نشره في الجريدة الرسمية.


