# ANNEX A

# FAHAD N. ALARFAJ

## EDUCATION

**DOCTOR OF JURISPRUDENCE**                                                                           **2002**
    **Valparaiso University Law School**                                          Valparaiso, Indiana

**MASTERS OF INTERNATIONAL LAW,** *LLM*                                                               **2000**
    **American University Washington College of Law**                             Washington DC

**BACHELOR OF Islamic Law**, *Shari'a*                                                                **1998**
    **Al Imam Mohammed Bin Saud Islamic University**                              Riyadh, Saudi Arabia

## SELECTED EXPERIENCE

**ABDULAZIZ H. AL FAHAD & PARTNERS**
RIYADH, Saudi Arabia                                                                                  2005 - Present
    <u>Partner:</u> Dispute Resolution (litigation and arbitration), Corporate and M&A, Banking and Finance, and Capital Markets (Debt and Equity). Actively involved in advising Saudi and foreign clients on a wide range of Saudi Arabian corporate, Sharia, and commercial law issues; litigating and arbitrating cases in Saudi Arabia; acting as expert witness before tribunals in the United States and the United Kingdom; engaged in general corporate and commercial transactions.

**SAUDI ARABIAN OIL COMPANY**
Riyadh/Dhahran, Saudi Arabia                                                                          2002 - 2005
    <u>Legal Counsel:</u> Acted as legal advisor for both the Ministry of Petroleum and Mineral Resources and Saudi Aramco, represented the Ministry in legal disputes before the Board of Grievances, prepared and negotiated several contracts, participated in drafting new laws and regulations in Saudi Arabia including environmental regulations and real estate regulations, represented the Ministry in meetings with various government authorities and private entities and conducted research relating to government and private matters. In addition to the forgoing, preparing documents and participating in discussions and negotiations with representatives of the European Trade Commission and the office of the United States Trade Representative in connection with Saudi Arabia's accession to the WTO.

**DONOVAN HATEM LLP**
Boston, Massachusetts                                                                                 Fall 2002
    <u>Law Clerk:</u> Assisted on drafting documents relating to legal disputes, conducted several researches dealing with a variety of legal issues, including intellectual property and preparing documents and agreements governed by Massachusetts law.

## SELECTED POSITIONS

    <u>Board Member</u> – Saudi Company for Aircrafts Refurbishing & Maintenance          2016 - Present

## BAR ADMISSIONS

**SAUDI ARABIA**          **MASSACHUSETTS**

## LITIGATION AND ARBITRATION

### Litigation

- Over the last two decades, I have acted on several major and minor cases before all types of courts, at every level of the judicial system, including appeals to the Supreme Judicial Council (now the Supreme Court).
- I have appeared as an advocate before the general courts, the Board of Grievances' administrative and commercial panels, as well as other dispute resolution bodies.
- I have represented clients on many occasions before most of the Saudi Arabian administrative committees and tribunals such as those formed for the resolution of banking disputes, customs disputes, insurance disputes and for resolving claims in respect of negotiable instruments.
- I have extensive experience in handling matters before the Committee for Resolving Securities Disputes.
- Between 2002-2005 I have represented both the Ministry of Petroleum and Mineral Resources in legal disputes before the Board of Grievances and Saudi Aramco in a legal dispute before the General Court.
- For the past fifteen years, I have represented companies in relation to contracting and real estate development disputes, represented leading publications and media outlets such as MBC group before the publishing disputes tribunal, represented various individuals and corporate entities before the Committee for Resolving Securities Disputes and represented several companies before the Board of Grievances and the Commercial Courts in connection with corporate disputes.
- I have been part of the litigation team at Abdulaziz H. Al Fahad & Partners handling claims against the Saudi Government, high profile government officials and businessmen in relation to claims raised outside Saudi Arabia, arbitration in London between Saudi and US companies in relation to contractual disputes, high-profile shareholder battles involving major mercantile houses in the Kingdom and other disputes, all of which have been supervised by our Managing Partner, Dr. Abdulaziz Al Fahad.

### Arbitration

- I have been involved in domestic and international arbitration proceedings some of which were governed by Saudi law and some of which were conducted under other international arbitration rules.
- I have acted both in disputes before Saudi panels and also for Saudi companies in disputes before overseas panels.
- While claims before Saudi courts and tribunals must be conducted in Arabic, I am also able to provide reports and legal opinions in English.

### Expert Witness

- I have been retained as an expert witness in relation to disputes involving the Saudi Government before the UNCTAD and private Saudi entities before arbitration panels.
- I have also prepared expert opinions and affidavits submitted to US courts.
- Furthermore, I have been retained as an expert witness in relation to disputes involving Saudi officials.

- Moreover, I am assisting Dr. Al Fahad in relation to his role as expert witness in connection with disputes involving both private and public entities.