IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant and Counter-Plaintiff,<br><br>v.<br><br>LIV GOLF INC.,<br><br>Counter-Defendant. | Case No. 5:22-cv-04486-BLF-SVK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTIONS OF NON-PARTIES THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN AND DEFENDANT PGA TOUR FOR LEAVE TO SUBMIT SUPPLEMENTAL MATERIAL ON THE PENDING MOTIONS TO COMPEL AND TO QUASH** |

Having considered the respective Administrative Motions of Non-Parties the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan (collectively, the "PIF and HE") and Defendant PGA Tour for Leave to Submit Supplemental Material on the Pending Motions to Compel and to Quash (ECFs 148, 166), the applicable law, and all the papers, declarations, and exhibits attached thereto, and for good cause shown, the Court **GRANTS** the PIF and HE's Motion and **GRANTS** PGA Tour's Motion. The Court hereby sets the following schedule for further submissions:

- **January 16, 2023:** The PIF and HE may submit their written response, if any, to Defendant the PGA Tour's supplemental material filed on January 9, 2023;

- **January 23, 2023:** The PIF and HE may submit their supplemental materials on foreign law, including the declaration of an expert on pertinent laws and judicial practice of the Kingdom of Saudi Arabia;

- **February 6, 2023:** The PGA Tour may submit its written response, if any, to Non-Parties' supplemental materials on foreign law.

The Court will enter a separate Order re-scheduling the hearing on the pending Motions to Compel and to Quash.

**IT IS SO ORDERED.**

DATED: _____    _____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE