QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr. 5th Floor
Redwood Shores, CA 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Dominic Surprenant (Bar No. 165861)
  dominicsurprenant@quinnemanuel.com
  Kevin Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>  Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br>  Defendant and Counter-Plaintiff. <br><br> v. <br><br> LIV GOLF INC., <br><br>  Counter-Defendant. | Case No. 5:22-cv-04486-BLF <br><br> **NOTICE OF APPEARANCE OF COUNSEL JOHN B. QUINN FOR NON-PARTIES PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN** <br><br> The Hon. Honorable Beth L. Freeman <br><br> Trial Date:        None Set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned attorney, of Quinn Emanuel Urquhart & Sullivan LLP, hereby enters his appearance in the above-captioned case as counsel of record for Non-Parties Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan. Attorney John B. Quinn is a member of the State Bar of California and is admitted to practice in the Northern District of California. Mr. Quinn's address and telephone number are as provided in the captions above. Please serve said counsel with all pleadings and notices in this action.

DATED: January 10, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
John B. Quinn
Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.