| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>LAUREN D. DANSEY, SBN 311886<br>  ldansey@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>ROBERT C. WALTERS, *pro hac vice*<br>  rwalters@gibsondunn.com<br>SCOTT K. HVIDT, *pro hac vice*<br>  shvidt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100<br><br>JOSHUA LIPTON, *pro hac vice*<br>  jlipton@gibsondunn.com<br>KRISTEN C. LIMARZI, *pro hac vice*<br>  klimarzi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500 | JOHN B. QUINN, SBN 90378<br>  johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>  dominicsurprenant@quinnemanuel.com<br>KEVIN TERUYA, SBN 235916<br>  kevinteruya@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>ROBERT P. FELDMAN, SBN 69602<br>  bobfeldman@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000 |

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>         Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>         Defendant and Counter-Plaintiff,<br><br>    v.<br><br>LIV GOLF INC.,<br><br>         Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF-SVK<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Pursuant to Civil Local Rule 79-5 and the Protective Order entered by this Court (ECF No. 111), Plaintiff LIV Golf, Inc. ("LIV Golf") respectfully submits this Administrative Motion to consider whether select excerpts from the Joint Statement Regarding PGA Tour's Objections to the Addition of Three Custodians ("Joint Statement") should be kept under seal. In particular, the relevant excerpts of the document subject to this Administrative Motion are:

| Document | Text to be Redacted | Party Claiming Confidentiality |
|---|---|---|
| Joint Statement Regarding PGA Tour's Objections to the Addition of Three Custodians | Highlighted Portions of "Plaintiffs' Position" of the Joint Statement | PGA Tour, Inc. |

In the Joint Statement, the parties dispute whether LIV Golf is entitled to a Court order requiring the Tour to include three additional custodians—Christian Hardy, Allison Keller, and Tyler Dennis—as part of the Tour's document collection and production in response to LIV Golf's written discovery requests. LIV Golf's portion of the Joint Statement includes citations and references to documents produced by the Tour, which the Tour claims are sensitive and confidential under the Court's Protective Order (ECF No. 111).

LIV Golf does not have an interest in redacting any information in its portion of the Joint Statement. Indeed, it believes the citations and references to Tour documents are neither confidential nor otherwise entitled to redaction. Rather, LIV Golf brings this motion solely for the purpose of ensuring compliance with the Protective Order entered in this case and the Civil Local Rules of this District. To that end, accompanying this motion is a sealed, unredacted copy of the document referenced in the table above.

DATED: January 12, 2023

Respectfully submitted,

By: ___/s/ *Rachel S. Brass*___

RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

ROBERT C. WALTERS, *pro hac vice*
 rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
 shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
 Dallas, Texas 75201-2911
 Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
 jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
 klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

JOHN B. QUINN, SBN 90378
 johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
 dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
 kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
 bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile: 650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

Gibson, Dunn & Crutcher LLP

3

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. CASE NO. 5:22-CV-04486-BLF-SVK

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: January 12, 2023                    GIBSON, DUNN & CRUTCHER LLP

                                           By:   */s/ Rachel S. Brass*
                                                    Rachel S. Brass

Gibson, Dunn & Crutcher LLP

4

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. CASE NO. 5:22-CV-04486-BLF-SVK