IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER [GRANTIING/DENYING] PLAINTIFF LIV GOLF INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered LIV Golf's Administrative Motion to consider whether select excerpts from the Joint Statement Regarding PGA Tour's Objections to the Addition of Three Custodians ("Joint Statement") should be kept under seal, the Court hereby orders that the motion should be **[GRANTED/DENIED]**. The Court's decision as to each document is reflected in the table below.

| Document | Text to be Redacted | Party Claiming Confidentiality |
|---|---|---|
| Joint Statement Regarding PGA Tour's Objections to the Addition of Three Custodians | Highlighted Portions of "Plaintiffs' Position" of the Joint Statement | PGA Tour, Inc. |

**IT IS SO ORDERED.**

DATED: _____     _____
SUSAN VAN KEULEN
United States Magistrate Judge