# Exhibit A

# Joint Chart Regarding Custodians

Plaintiffs have served document requests on the Tour to which the Tour has agreed to search terms.  Search terms are not in dispute at this time.  Plaintiffs and the Tour agreed to search terms with respect to the First Set of Requests for Production.  Plaintiffs and the Tour have conditionally agreed to search terms for LIV Golf's Second Set of Requests for Production, pending ongoing related discussions between LIV Golf and the Tour.

| LIV's Request | Defendant's Response | Plaintiffs' Compromise | Defendant's Compromise | Court's Use |
|---|---|---|---|---|
| Please add Christian Hardy, Allison Keller, and Tyler Dennis as custodians to all requests for production. | Christian Hardy, Allison Keller, and Tyler Dennis should not be added as full custodians to all requests for production, as doing so is unnecessarily duplicative, imposes an undue burden, and will further delay the case schedule. | Upon adding Messrs. Hardy and Dennis and Ms. Keller as full custodians, LIV will work with Plaintiffs if any of the search terms turns up an excessive volume of non-duplicative hits. | The TOUR stands on its objections to adding Christian Hardy and Tyler Dennis as custodians to all requests for production, as it has already complied with this Court's directives regarding document productions for Messrs. Dennis and Hardy.  The TOUR will, however, consider targeted searches of Ms. Keller's e-mail in connection with specific requests for production. | |