1
2
3
4
5
6
7
8
9
10
11
12

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

13
14
15

MATT JONES, BRYSON DECHAMBEAU,
PETER UIHLEIN, and LIV GOLF INC.,

                              Plaintiffs,

        v.

PGA TOUR, INC.,

                              Defendant and
                              Counter-Plaintiff,

        v.

LIV GOLF INC.,

                              Counter-Defendant.

CASE  NO. 5:22-cv-04486-BLF

**[PROPOSED] ORDER SEALING EXHIBITS
TO THE PGA TOUR INC.'S
ADMINISTRATIVE MOTION TO FILE
SUPPLEMENTAL MATERIAL**

16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 79-5, Defendant the PGA Tour, Inc. filed an administrative motion to consider whether another party's material should remain sealed.  Dkt. No. 208.  Plaintiff LIV Golf, Inc. ("LIV") filed a Statement and Declaration in Support of Sealing.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Exhibit A | Entire Exhibit | Contains confidential information of LIV's corporate governance, investment structure, internal decision making, financials, access to capital, limitations on business conduct, and relationships with third parties, which would harm LIV's ability to obtain future investment, relationship with third parties, and ability to negotiate terms with business partners, and which would cause significant competitive disadvantage if disclosed. |
| Exhibit B | Lines 1:11-14, 1:23-26, 1:28-2:3, 2:12-16, 2:18-24, 3:1-4:1, 4:16-19, 4:25-26, 5:7-11 | Contains confidential information of LIV contained in Exhibit A, including about LIV's corporate governance, budgeting and financial approval, internal decision making,  investment structure, and relationship with investors, which would harm LIV's ability to obtain future investment, relationship with third parties, and ability to negotiate terms with business partners, and which would cause significant competitive disadvantage if disclosed. |

IT IS SO ORDERED.


DATED _____          _____
                                       SUSAN VAN KEULEN
                                       United States Magistrate Judge