| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:    212 735 3000<br>Facsimile:    212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:    312 407 0700<br>Facsimile:    312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU;<br>PETER UIHLEIN; and LIV GOLF, INC.,<br><br>           Plaintiffs,<br><br>     v.<br><br>PGA TOUR, INC.,<br><br>           Defendant.<br><br>PGA TOUR, INC.,<br><br>           Counterclaimant,<br><br>     v.<br><br>LIV GOLF, INC.,<br><br>           Counterdefendant. | Case No. 5:22-cv-04486-BLF (SVK)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:         Hon. Susan van Keulen<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

Pursuant to Civil Local Rule 79-5(f) and the Protective Order entered by this Court, Dkt. 111, Defendant/Counterclaimant PGA Tour, Inc. ("the TOUR") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, regarding the TOUR's presentation in support of the TOUR's Motion to Compel Subpoena Compliance from the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan (the "Presentation"), which was presented to the Court at the January 13, 2023 hearing on the Motion to Compel. The Presentation is attached as Exhibit 1 to this Motion.

The Portions of the presentation highlighted in red describe and excerpt from various documents produced by the Plaintiff LIV Golf, Inc. ("LIV") in the above-captioned litigation, which LIV has designated CONFIDENTIAL-ATTORNEYS EYES ONLY. The TOUR does not have an interest in confidential treatment of the information contained in the highlighted portions of the Presentation. The TOUR makes this request solely because LIV has designated this information as confidential under the applicable Protective Order. Nevertheless, in compliance with its Protective Order obligations and the Civil Local Rules of this District, the TOUR is submitting under seal, along with this Administration Motion, an unredacted copy of the documents referenced above pursuant to Civil Local Rules 79-5(d) and 79-5(e).

Dated: January 17, 2023

KEKER, VAN NEST & PETERS LLP

By: /s/ *Brook Dooley*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
ERIC H. MACMICHAEL
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

1  ANTHONY J. DREYER
   PATRICK FITZGERALD
2  KAREN M. LENT
   MATTHEW M. MARTINO
3
   Attorneys for Defendant
4  PGA TOUR, INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28