KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counterclaimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counterdefendant. | Case No. 5:22-cv-04486-BLF (SVK) <br><br> **NOTICE TO COURT RE FILING OF PGA TOUR, INC.'S PRESENTATION AT JANUARY 13, 2023 HEARING RE MOTION TO COMPEL AND MOTION TO QUASH** <br><br> Judge:     Hon. Susan van Keulen <br><br> Date Filed: August 3, 2022 <br> Trial Date: January 8, 2024 |

On January 13, 2023, Defendant and Cross-Plaintiff PGA TOUR, INC. (the "TOUR") and third parties Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan came before the Court for a hearing regarding the TOUR's motion to compel subpoena compliance from PIF and Mr. Al-Rumayyan, Dkt. 148, and PIF and Mr. Al-Rumayyan's motion to quash subpoenas, Dkt. 166. As an aid to the Court, the TOUR presented a PowerPoint presentation in support of its argument during the hearing. The Court requested that the TOUR file that presentation on the docket. In accordance with the Court's instruction, a public and provisionally redacted version of that presentation is attached hereto as Exhibit 1. The TOUR has filed an unredacted version of the presentation under seal.

Dated: January 17, 2023                                KEKER, VAN NEST & PETERS LLP

                                         By:    /s/ *Elliot R. Peters*
                                                ELLIOT R. PETERS
                                                DAVID SILBERT
                                                R. ADAM LAURIDSEN
                                                ERIC H. MACMICHAEL
                                                NICHOLAS S. GOLDBERG
                                                SOPHIE HOOD

                                                Attorneys for Defendant
                                                PGA TOUR, INC.


                                                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                                ANTHONY J. DREYER
                                                PATRICK FITZGERALD
                                                KAREN M. LENT
                                                MATTHEW M. MARTINO

                                                Attorneys for Defendant
                                                PGA TOUR, INC.