UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT JONES, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>        Defendant. | Case No. 22-cv-04486-BLF   (SVK)<br><br>**ORDER FOR JOINT STATUS REPORT** |

The parties to the discovery dispute heard on January 13, 2023 are to immediately file a joint status report, not to exceed 1 page per side, regarding status of the court ordered meet and confer efforts. PIF and Mr. Al-Rumayyan are to state their meet and confer position as emailed to the Court on January 18, 2023. Defendant is to state whether it accepts or declines the offer. Briefing on the underlying dispute is closed, and the Court will not consider further argument.

**SO ORDERED.**

Dated: January 19, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge