IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.<br><br>               Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>              Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER SEALING THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN'S RESPONSE TO THE PGA TOUR, INC'S SUPPLEMENTAL MEMORANDUM** |

[PROPOSED] ORDER

Now before the Court is non-parties the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Al-Rumayyan ("HE")'s Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Having carefully considered the papers and all statements and declarations submitted to support sealing, the Court GRANTS the Motion. The following materials shall remain sealed:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Memorandum of Points and Authorities | Lines 3:1-8, 3:14-15, 3:23-4:1, 4:10-11, and 4:13-20 | Contains confidential information of LIV Golf, Inc. |

IT IS SO ORDERED.

DATED _____     _____
                                          SUSAN VAN KEULEN
                                          United States Magistrate Judge