1

2

3

4                      UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    MATT JONES, et al.,                    Case No.  22-cv-04486-BLF   (SVK)

8                   Plaintiffs,

9           v.                              **ORDER ON JOINT DISCOVERY SUBMISSION**

10   PGA TOUR, INC.,                        Re: Dkt. No. 216

11                   Defendant.

12         The Court held a hearing on the Parties' Joint Discovery Submission pursuant to which

13   Plaintiffs sought to add three individuals for full custodial searches.  Dkt. 216.  The Court heard

14   argument from both sides and issued its ruling on the record.  This Order summarizes the Court's

15   ruling for the Parties' and the Court's records and convenience.

16         The Court **ORDERS** the following additional searches, finding that they are proportional

17   to the needs of the case:

18         **Tyler Dennis, President, PGA Tour**:  In consideration of Mr. Dennis' role as President,

19   an expanded, targeted search is warranted.  Defendant is to expand the targeted search of certain

20   communications previously conducted to include his phone or any other electronic device he used

21   to communicate regarding the subject topics.

22         **Christian Hardy, Sr. VP, Int'l, PGA Tour**:  In consideration of Mr. Hardy's role and in

23   light of the communications cited in Dkt. 216, Mr. Hardy is added as a full custodian and a full

24   custodial search will be conducted in accordance with the protocols previously negotiated by the

25   Parties.

26         **Allison Keller, Chief Administrative Officer, PGA Tour**:  In consideration of

27   Ms. Keller's role in managing certain third-party relationships, she is added as a "targeted

28   custodian."  The Parties are to meet and confer immediately as to appropriate search parameters.

United States District Court
Northern District of California

1   Ms. Keller's phone or any other electronic device used to communicate regarding the subject

2   topics is to be included in the search.

3           Defendant is to produce responsive documents on a rolling basis, to be completed **no later**

4   **than February 15, 2023**.

5           **SO ORDERED.**

6   Dated: January 20, 2023

7

8                                                                                SUSAN VAN KEULEN

9                                                                                United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California