QUINN EMANUEL URQUHART & SULLIVAN LLP
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Plaintiffs LIV Golf, Inc., Matt Jones, Bryson DeChambeau, and Peter Uihlein*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant and Counter-Plaintiff,<br><br>v.<br><br>LIV GOLF INC.,<br><br>Counter-Defendant | CASE NO. 5:22-cv-04486-BLF<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f) and the Protective Order entered by this Court, Dkt. No. 111, Plaintiff LIV Golf, Inc. ("LIV") respectfully submits this Administrative Motion to consider whether portions of the Joint Statement Regarding Request for Production No. 8 of Subpoenas to Independent PGA Tour Directors and Former PGA Tour Commissioner Finchem ("Joint Statement") should be sealed as containing confidential information by Defendant PGA Tour, Inc. (the "Tour") and non-party Augusta National Golf Club ("Augusta").

The highlighted portions of LIV's statement quote documents designated by the Tour or Augusta as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, Dkt. No. 111. LIV takes no position on whether portions of the Joint Statement quoting these documents should remain sealed, but files the Joint Statement provisionally under seal under Civil Local Rule 79-5(f) to allow the Tour and Augusta to seek to maintain confidentiality

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Statement | Lines 2:21-3:10, 3:21-23, 3:25-27, 4:3-10 | Contains information designated as confidential by the Tour. |
| Joint Statement | Lines 4:17-18 | Contains information designated as confidential by Augusta. |

DATED: January 23, 2023        Respectfully submitted,

By:    /s/ Dominic Surprenant

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc..*