QUINN EMANUEL URQUHART & SULLIVAN
  LLP
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Plaintiffs LIV Golf, Inc.,
  Matt Jones, Bryson DeChambeau, and Peter
  Uihlein.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　Defendant and Counter-Plaintiff,<br><br>　　v.<br><br>LIV GOLF INC.,<br><br>　　　　　Counter-Defendant | CASE NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF JOINT STATEMENT REGARDING REQUEST FOR PRODUCTION NO. 8 OF SUBPOENAS TO INDEPENDENT PGA TOUR DIRECTORS AND FORMER PGA TOUR COMMISSIONER FINCHEM** |

[PROPOSED] ORDER

Now before the Court is Plaintiff LIV Golf, Inc's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. Having carefully considered the papers and all statements and declarations submitted to support sealing, the Court GRANTS the Motion. The following materials shall remain sealed:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Statement | Lines 2:21-3:10, 3:21-23, 3:25-27, 4:3-10 | Contains confidential information of Defendant PGA Tour, Inc. |
| Joint Statement | Lines 4:17-18 | Contains confidential information of non-party Augusta National Golf Club |

    IT IS SO ORDERED.

DATED _____  _____
SUSAN VAN KEULEN
United States Magistrate Judge