**Exhibit A**

| LIV's Disputed Request for Production No. 8 | The Subpoenaed Persons' Response and Compromise Offer | LIV's Final Compromise Offer | Court's Use |
|---|---|---|---|
| LIV served the Tour's independent directors and former commissioner—Mary Meeker, Ed Herlihy, Randall Stephenson, Mark Flaherty, Victor Ganzi, and Tim Finchem (the "Subpoenaed Persons")—each with a subpoena. Request No. 8 was identical in each subpoena.<br>It asked for: "All Communications between You and any member of Augusta National relating to a New Tour, including but not limited to LIV Golf." | Each Subpoenaed Person gave the same response to Request 8: "[The Subpoenaed Person] objects to this Request on the grounds that the Request is overly broad, unduly burdensome, and seeks documents that are neither relevant to the parties' claims or defenses nor proportional to the needs of the action. [The Subpoenaed Person] also objects to the use of "any member" as vague and overbroad. [The Subpoenaed Person] further objects to this Request to the extent that it seeks documents protected from disclosure by the attorney-client privilege, the work-product doctrine and/or any other privileges or immunities. Subject to and without waiving the foregoing objections, [The Subpoenaed Person] is willing to meet and confer regarding this Request."<br><br>On November 8, 2022, the parties met-and-conferred and subsequently corresponded at length regarding the scope of the requests.<br><br>The parties subsequently reached agreement on search terms governing the initial requests and LIV agreed to withdraw requests 10 and 11. | LIV offered a compromise to narrow the request to the certain Augusta members and Committees. Subpoenaed Persons rejected and proposed a narrower list. LIV maintains that full compliance is appropriate, but makes the below compromise position in bold.<br><br>LIV's current proposal is to limit Request 8 to responsive communications that hit on search terms with the following Augusta members and committee. The parties are in agreement on individuals 1–11.<br>1. Fred Ridley<br>2. Will Jones<br>3. Casey Coffman<br>4. Steve Ethun<br>5. Buzzy Johnson<br>6. Taylor Glover<br>7. Pat Battle<br>8. Terry McGuirk<br>9. Brian Roberts<br>10. Kessel Stelling<br>11. Lee Styslinger<br>**12. Jimmy Dunne**<br>**13. Aneel Bhusri**<br>**14. Tom Nelson**<br>**15. Condoleezza Rice**<br>**16. Billy Payne**<br>**17. Joe Ford**<br>**18. Bobby Long**<br>**19. John Harris** | |

| | | | |
|---|---|---|---|
| | However, the parties could not reach agreement on the scope of request 8.<br><br>Subpoenaed Persons position on request 8 is that it should be limited to communications with those they reasonably believe have decision-making authority regarding Masters eligibility:<br>1. Fred Ridley<br>2. Will Jones<br>3. Casey Coffman<br>4. Steve Ethun<br>5. Buzzy Johnson<br>6. Taylor Glover<br>7. Pat Battle<br>8. Terry McGuirk<br>9. Brian Roberts<br>10. Kessel Stelling<br>11. Lee Styslinger<br><br>Communications with Augusta members Ed Herlihy, Tim Finchem and Randall Stephenson (each a Subpoenaed Person) are covered under other Requests. | **20. Ginni Rometty**<br>**21. Warren Stephens**<br>**22. The Masters Committee** | |