| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:  415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:  212 735 3000<br>Facsimile:  212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:  312 407 0700<br>Facsimile:  312 407 0411 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><hr>PGA TOUR, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>LIV GOLF, INC.,<br><br>Counter-Defendant. | Case No. 5:22-cv-04486-BLF (SVK)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

Pursuant to Civil Local Rule 79-5(f) and the Protective Order entered by this Court, Dkt. 111, Defendant and Counter-Claimant PGA Tour, Inc. ("the TOUR") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, regarding exhibits to the Declaration of Maile Yeats-Rowe filed in support of the TOUR's Motion for Leave to Amend the Counterclaim to Add Counter-Defendants ("Yeats-Rowe Declaration").

Specifically, the documents subject to this Administrative Motion include:

| Document | Portions of Document to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Exhibit A to Yeats-Rowe Declaration (The TOUR's Proposed Amendment to Counterclaim) | Highlighted portions | LIV Golf, Inc. |
| Exhibit B to Yeats-Rowe Declaration (Redlined version of the TOUR's Proposed Amendment to Counterclaim) | Highlighted portions | LIV Golf, Inc. |
| Exhibit C to Yeats-Rowe Declaration (Document with Bates stamp LIV000299866-299874). | Entirety | LIV Golf, Inc. |
| The TOUR's Notice of Motion and Motion for Leave to Amend Counterclaim to Add Counter-Defendants | Highlighted portions | LIV Golf, Inc. |

Exhibit A to the Yeats-Rowe Declaration is the TOUR's proposed amendment to the TOUR's existing counterclaim. Exhibit B to the Yeats-Rowe Declaration is the TOUR's proposed amendment to the TOUR's existing counterclaim in which the amendments to the existing counterclaim are reflected in redline. Exhibit C to the Yeats-Rowe Declaration is a document produced by Plaintiff and Counter-Defendant LIV and that was designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY." The TOUR's Notice of Motion and Motion for Leave to Amend Counterclaim to Add Counter-Defendants contains information previously designated as

"CONFIDENTIAL – ATTORNEYS' EYES ONLY" by LIV Golf, Inc. pursuant to the applicable Protective Order in this action.

The TOUR does not have an interest in confidential treatment of the foregoing information and document. The TOUR makes this request solely because LIV has designated this information as confidential under the applicable Protective Order. Nevertheless, in compliance with its Protective Order obligations and the Civil Local Rules of this District, the TOUR is submitting under seal, along with this Administrative Motion, an unredacted copy of the documents referenced above pursuant to Civil Local Rules 79-5(d) and 79-5(e).

Dated: January 24, 2023

KEKER, VAN NEST & PETERS LLP

By:    */s/ Elliot R. Peters*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
PATRICK FITZGERALD
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.