1
KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com

2
DAVID SILBERT - # 173128
dsilbert@keker.com

3
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com

4
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com

5
SOPHIE HOOD - # 295881
shood@keker.com

6
633 Battery Street
San Francisco, CA 94111-1809

7
Telephone:     415 391 5400
Facsimile:     415 397 7188

8

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

12
Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

14
UNITED STATES DISTRICT COURT

15
NORTHERN DISTRICT OF CALIFORNIA

16
SAN JOSE DIVISION

17
MATT JONES; BRYSON DECHAMBEAU;
PETER UIHLEIN; and LIV GOLF, INC.,

18
            Plaintiffs,

19
        v.

20
PGA TOUR, INC.,

21
            Defendant.

22

23
PGA TOUR, INC.,

24
            Counter-Claimant,

25
        v.

26
LIV GOLF, INC.,

27
            Counter-Defendant.

28

Case No. 5:22-cv-04486-BLF

**DECLARATION OF MAILE N. YEATS-ROWE ISO PGA TOUR, INC.'S MOTION FOR LEAVE TO AMEND TO ADD COUNTER-DEFENDANTS**

Judge:      Hon. Beth Labson Freeman

Date Filed: August 3, 2022

Trial Date: January 8, 2024

1    I, Maile N. Yeats-Rowe, declare as follows:

2    1.    I am duly licensed to practice law in the State of California and am an associate

3    with the law firm of Keker, Van Nest & Peters LLP, counsel of record for the PGA TOUR, INC.

4    ("the TOUR") in the above-captioned matter.  I submit this declaration in support of the TOUR's

5    Motion for Leave to Amend to Add Counter-Defendants. I have knowledge of the facts set forth

6    in this declaration and, if called to testify as a witness thereto, could do so competently under

7    oath.

8    2.    Attached hereto as **Exhibit A** is a copy of the TOUR's Answer and Proposed

9    Amended Counterclaim.

10   3.    Attached hereto as **Exhibit B** is a copy of the TOUR's Answer and Proposed

11   Amended Counterclaim in which the amendments to the TOUR's existing counterclaim are

12   reflected in redline.

13   4.    Attached hereto as **Exhibit C** is a true and correct copy of a document produced

14   by Plaintiff and Counter-Defendant LIV Golf, Inc. with the Bates range of LIV000299866-

15   299874.

16   I declare under penalty of perjury under the laws of the United States of America that the

17   foregoing is true and correct and that this declaration was executed on January 24, 2023, in San

18   Francisco, California.

19   */s/ Maile N. Yeats-Rowe*
     MAILE N. YEATS-ROWE

20

21

22

23

24

25

26

27

28

DECLARATION OF MAILE N. YEATS-ROWE ISO PGA TOUR, INC.'S MOTION FOR LEAVE TO AMEND
Case No. 5:22-cv-04486-BLF

2042127