| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　Defendant.<br><hr>PGA TOUR, INC.,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>LIV GOLF, INC.,<br><br>　　　　　Counter-Defendant. | Case No. 5:22-cv-04486-BLF (SVK)<br><br>**[PROPOSED] ORDER GRANTING PGA TOUR, INC.'S MOTION FOR LEAVE TO AMEND COUNTERCLAIM TO ADD COUNTER-DEFENDANTS**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

Now before the Court are Defendant/Counter-Claimant PGA Tour, Inc.'s ("the TOUR") Motion for Leave to Amend Counterclaim to Add Counter-Defendants ("Motion for Leave to Amend"), the opposing parties' opposition thereto, and the TOUR's Reply in Support of Motion for Leave to Amend.

Having considered the papers submitted by counsel, the applicable law, all files and records in this action, and the arguments of counsel, the Court hereby GRANTS the TOUR's Motion for Leave to Amend and GRANTS it leave to file its Answer and Proposed Amended Counterclaim, which is attached as **Exhibit A** to the Declaration of Maile N. Yeats-Rowe in Support of the Motion for Leave to Amend.

**IT IS SO ORDERED.**

Dated: _____               _____
                                     HON. BETH LABSON FREEMAN
                                     UNITED STATES DISTRICT JUDGE