IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>              Plaintiffs, <br><br>  v. <br><br>PGA TOUR, INC., <br><br>              Defendant and Counter-Plaintiff, <br><br>  v. <br><br>LIV GOLF INC., <br><br>              Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br>**[PROPOSED] ORDER SEALING PORTIONS OF THE PGA TOUR INC.'S PRESENTATION IN SUPPORT OF MOTION TO COMPEL SUBPOENA COMPLIANCE** |

Pursuant to Civil Local Rule 79-5, Defendant the PGA Tour, Inc. filed an administrative motion to consider whether another party's material should remain sealed. Dkt. No. 223. Plaintiff LIV Golf, Inc. ("LIV") filed a Statement and Declaration in Support of Sealing.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Dkt. No. 223-1 (Hearing Presentation) | Presentation at slides 7-22, 28-29, 32, and 39 | Contains confidential information of LIV's relationship and terms with investors; limitations on LIV's business conduct; LIV's business plan and potential event structure; specific amounts of LIV online viewers and needed investment; and LIV's relationships and potential recruitment of third parties. Disclosure of this information would harm LIV's ability to obtain future investment, expose business information to competitors for business gain, and affect relationships with third parties. |

IT IS SO ORDERED.

DATED _____    _____
                                        SUSAN VAN KEULEN
                                        United States Magistrate Judge