UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,

Plaintiff(s),

v.

PGA TOUR, INC.,

Defendant(s).

Case No. 5:22-cv-04486-BLF-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Russell H. Falconer , an active member in good standing of the bar of

Texas , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc. in the

above-entitled action. My local co-counsel in this case is Rachel S. Brass , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 219301 .

| | |
|---|---|
| Gibson, Dunn & Crutcher LLP | Gibson, Dunn & Crutcher LLP |
| 2001 Ross Avenue Suite 2100, Dallas, TX 75201 | 555 Mission Street, San Francisco, CA 94105-0921 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 214.698.3100 | 415.393.8200 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| RFalconer@gibsondunn.com | RBrass@gibsondunn.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 24069695 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court   one    times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: January 25, 2023          Russell H. Falconer
                                      APPLICANT

5

6   ===================================================

7

8                   ORDER GRANTING APPLICATION

9            FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Russell H. Falconer         is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17                              _____

18                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 24, 2023

Re: Mr. Russell Harris Falconer, State Bar Number 24069695

To Whom It May Concern:

This is to certify that Mr. Russell Harris Falconer was licensed to practice law in Texas on November 06, 2009, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167