1  RACHEL S. BRASS, SBN 219301
   rbrass@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
3  San Francisco, California 94105-0921
   Telephone: 415.393.8200
4  Facsimile: 415.393.8306

5  ROBERT C. WALTERS, *pro hac vice*
   rwalters@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  2001 Ross Avenue, Suite 2100
   Dallas, Texas 75201-2911
7  Telephone: 214.698.3100

8  JOHN B. QUINN (Bar No. 090378)              ROBERT P. FELDMAN, SBN 69602
   johnquinn@quinnemanuel.com                  bobfeldman@quinnemanuel.com
9  QUINN EMANUEL URQUHART & SULLIVAN, LLP      QUINN EMANUEL URQUHART & SULLIVAN, LLP
   865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543          555 Twin Dolphin Dr., 5th Floor
10 Telephone:    (213) 443-3000                Redwood Shores, California 94065
   Facsimile:    (213) 443-3100                Telephone: 650.801.5000
11                                             Facsimile: 650.801.5100

12 *Attorneys for Plaintiffs LIV Golf, Inc.,
      Matt Jones, Bryson DeChambeau, and Peter
13    Uihlein*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SUBMIT A STATEMENT IN SUPPORT OF PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge:       Hon. Beth Labson Freeman <br><br> Date Filed:  August 3, 2022 <br><br> Trial Date:  January 8, 2024 |

Pursuant to Civil Local Rule 6-2, Plaintiff and Counter-Defendant LIV Golf, Inc. ("LIV") and Defendant and Counter-Plaintiff PGA Tour, Inc. (the "Tour"), by and through their counsel, jointly stipulate as follows:

WHEREAS, Plaintiffs designated certain materials produced to the PGA Tour, Inc. as "Confidential" and "Highly Confidential – Outside Counsel Eyes Only";

WHEREAS, on January 24, 2023, the Tour filed an administrative motion to file under seal and to consider whether another party's material should be sealed (Dkt. No. 237) in connection with its Motion for Leave to Amend Counterclaim to Add Counter-Defendants (Dkt No. 238);

WHEREAS, the administrative motion concerns confidential material of LIV contained in the proposed amended counterclaim that LIV wishes to remain sealed;

WHEREAS, pursuant to Civil Local Rules, Rule 79-5(f), the deadline for the designating party, LIV, to submit a statement and declaration in support of the PGA Tour's administrative motion is January 31, 2023;

WHEREAS, LIV is considering the most narrowly tailored sealing that can be applied to the documents that will still protect its financial interests;

WHEREAS, LIV and PGA Tour have agreed, pursuant to Local Rule 6-2, to extend the time within which LIV may submit a statement or declaration in support of the PGA Tour's Administrative Motion to February 7, 2023;

WHEREAS, the parties previously requested extensions in connection with an administrative motion to seal (Dkt. No. 67), a protective order and ESI protocol (Dkt. Nos. 100, 102), and LIV's amended answer (Dkt. No. 97);

WHEREAS, there have been no previous time modifications relating to the Administrative Motion (Dkt. No. 237) and this requested time modification will not alter the schedule for this case or otherwise impact the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED that the deadline for LIV to submit a statement or declaration in support or otherwise to respond to the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is extended to February 7, 2023.

| | |
|---|---|
| DATED: January 31, 2023 | Respectfully submitted, |
| | By: _____/s/ Kevin Teruya_____ |
| | RACHEL S. BRASS, SBN 219301 |
| |   rbrass@gibsondunn.com |
| | LAUREN D. DANSEY, SBN 311886 |
| |   ldansey@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| | San Francisco, California 94105-0921 |
| | Telephone: 415.393.8200 |
| | Facsimile:  415.393.8306 |
| | |
| | ROBERT C. WALTERS, *pro hac vice* |
| |   rwalters@gibsondunn.com |
| | SCOTT K. HVIDT, *pro hac vice* |
| |   shvidt@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 2001 Ross Avenue, Suite 2100 |
| | Dallas, Texas 75201-2911 |
| | Telephone: 214.698.3100 |
| | |
| | JOSHUA LIPTON, *pro hac vice* |
| |   jlipton@gibsondunn.com |
| | KRISTEN C. LIMARZI, *pro hac vice* |
| |   klimarzi@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, DC  20036-5306 |
| | Telephone:    202.955.8500 |
| | |
| | JOHN B. QUINN, SBN 90378 |
| |   johnquinn@quinnemanuel.com |
| | DOMINIC SURPRENANT, SBN 165861 |
| |   dominicsurprenant@quinnemmanuel.com |
| | KEVIN TERUYA, SBN 235916 |
| |   kevinteruya@quinnemanuel.com |
| | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | 865 South Figueroa Street, 10th Floor |
| | Los Angeles, California 90017 |
| | Telephone: 213.443.3000 |
| | |
| | *Attorneys for Plaintiffs LIV Golf, Inc.,* |
| | *Matt Jones, Bryson DeChambeau, and Peter Uihlein* |

|   |   |
|---|---|
| 1 | By:     /s/ Elliot Peters |
| 2 | ELLIOT R. PETERS, SBN 158708 |
|   |   epeters@keker.com |
| 3 | DAVID SILBERT, SBN 173128 |
|   |   dsilbert@keker.com |

By:     /s/ Elliot Peters
ELLIOT R. PETERS, SBN 158708
  epeters@keker.com
DAVID SILBERT, SBN 173128
  dsilbert@keker.com
R. ADAM LAURIDSEN, SBN 243780
  alauridsen@keker.com
NICHOLAS S. GOLDBERG, SBN 273614
  ngoldberg@keker.com
SOPHIE HOOD, SBN 295881
  shood@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
ANTHONY J. DREYER, admitted *pro hac vice*
  anthony.dreyer@skadden.com
KAREN M. LENT, admitted *pro hac vice*
  karen.lent@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, Ny 10001
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000/1

PATRICK FITZGERALD, admitted *pro hac vice*
  patrick.fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Il 60606
Telephone: 312 407 0700
Facsimile: 312 407 0411

*Attorneys for Defendant and Counterclaimant PGA Tour, Inc.*

Case 5:22-cv-04486-BLF   Document 248   Filed 01/31/23   Page 5 of 6

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on January 31, 2023

/s/  Kevin Teruya
Kevin Teruya

5
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE
STATEMENT TO SUPPORT SEALING CASE NO. 5:22-CV-04486-BLF

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**: Plaintiff's deadline to file a
2  statement in support of sealing the administrative motion (Dkt. No. 237) is extended through and
3  including February 7, 2023.
4
5  Dated: _____       _____
6                                          HONORABLE BETH LABSON FREEMAN
7                                          UNITED STATES DISTRICT JUDGE