KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PGA TOUR, INC., <br><br>Defendant. <br><br>PGA TOUR, INC., <br><br>Counterclaimant, <br><br>v. <br><br>LIV GOLF, INC., <br><br>Counterdefendant. | Case No. 5:22-cv-04486-BLF <br><br>**RENEWED ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING DKT. 171-1.** <br><br>Judge:     Hon. Beth Labson Freeman <br><br>Date Filed: August 3, 2022 <br>Trial Date: January 8, 2024 |

## I. INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5 (f) and the Protective Order entered by this Court, Dkt. 111, Defendant/Counterclaimant PGA TOUR, Inc. ("the TOUR") respectfully submits this Administrative Motion to Consider whether Another Party's Material Should be Sealed, regarding certain redacted portions of Exhibit A to the joint discovery statement regarding Plaintiff/Counterdefendant LIV Golf, Inc.'s responses and objections to the TOUR's Interrogatory No. 1 ("Exhibit A"). A provisionally redacted version of Exhibit A was filed on December 5, 2022 at Dkt. 171-1. This Administrative Motion was previously filed on December 5, 2022, at Dkt. 170 and was denied without prejudice on January 26, 2023 with instructions that it be corrected and re-filed by February 3, 2023, Dkt. 245.

Exhibit A contains information that the third party PGA of America has designated "CONFIDENTIAL—ATTORNEY'S EYES ONLY" pursuant to the applicable Protective Order, Dkt. 111, in this action. Specifically, the portions of Exhibit A subject to this Administrative Motion include:

| Document | Portions of Document to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Dkt. 171-1<br>Exhibit A to Joint Discovery Statement | 14: 21-22<br>15: 1-2 | PGA of America |

A highlighted, unredacted version of the document sought to be partially sealed is attached to this Administrative Motion as Exhibit 1. The green highlighting identifies the information designated "CONFIDENTIAL—ATTORNEY'S EYES ONLY" by PGA of America, which is the subject matter of this Administrative Motion. The yellow highlighting identifies information designated "CONFIDENTIAL—ATTORNEY'S EYES ONLY" by the TOUR, which the TOUR has moved to seal in a separate, contemporaneously filed motion.

The TOUR does not have an interest in the confidential treatment of the information subject to this Administrative Motion. The TOUR makes this request solely because the PGA of America has designated this information as confidential under the applicable Protective Order. In

compliance with its Protective Order obligations and the Civil Local Rules of this District, the TOUR is submitting under seal, along with this Administrative Motion, an unredacted copy of the document referenced above pursuant to Civil Local Rules 79-5(d)-(f).

Dated: February 3, 2023                    KEKER, VAN NEST & PETERS LLP

                                           By: /s/ *Elliot R. Peters*
                                           ELLIOT R. PETERS
                                           DAVID SILBERT
                                           R. ADAM LAURIDSEN
                                           ERIC H. MACMICHAEL
                                           NICHOLAS S. GOLDBERG
                                           SOPHIE HOOD

                                           Attorneys for Defendant
                                           PGA TOUR, INC.

                                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                           ANTHONY J. DREYER
                                           PATRICK FITZGERALD
                                           KAREN M. LENT
                                           MATTHEW M. MARTINO

                                           Attorneys for Defendant
                                           PGA TOUR, INC.