| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>PGA TOUR, INC.,<br><br>            Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT PGA TOUR, INC.'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL REGARDING DKT. 171, 171-1**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |
| PGA TOUR, INC.,<br><br>            Counterclaimant,<br><br>      v.<br><br>LIV GOLF, INC.,<br><br>            Counterdefendant. | |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Seal filed by Defendant/Counterclaimant PGA TOUR, INC. (the "TOUR"). The following documents will remain sealed, as follows:

| Document | Portions of Document to be Sealed | Basis for Sealing |
|---|---|---|
| Dkt. 171<br><br>Joint Discovery Statement | - 5:16-18<br>- 5:23-24<br>- 5:24-26 | There is good cause to seal this information, which characterizes and quotes from commercially sensitive correspondence internal to the TOUR and between TOUR executives and commercial partners who had an expectation of privacy in their communications with the TOUR. Unsealing of this information may cause competitive harm to the TOUR and/or damage its business relationships with commercial partners who are not parties to this litigation. |
| Dkt. 171-1<br><br>Exhibit A to Joint Discovery Statement (LIV's Responses and Objections to the | - 9:3-7<br>- 9:8-10<br>- 9:15-18<br>- 9:20-22<br>- 9:23-24<br>- 10:10-12<br>- 10:13-16<br>- 11:2-6<br>- 11:16-19<br>- 11:23-28<br>- 12:4-8<br>- 12:17-19<br>- 12:21-27<br>- 13:9-12<br>- 13:23-27<br>- 14:6-10<br>- 14:14-17<br>- 15:9-16<br>- 15:17-26<br>- 16:1-3<br>- 16:10-12 | There is good cause to seal this information, which characterizes and quotes from commercially sensitive correspondence between TOUR executives and commercial partners, including TOUR members, vendors, sponsors, and broadcasters who had an expectation of privacy in their communications with the TOUR. Unsealing of this information may cause competitive harm to the TOUR and/or damage its business relationships with commercial partners who are not parties to this litigation. |

| Document | Portions of Document to be Sealed | Basis for Sealing |
|---|---|---|
| | <ul><li>17:16-19</li><li>17:26-18:2</li><li>18:7-10</li><li>19:11-15</li><li>19:16-19</li><li>19:20-22</li><li>19:26-20:1</li><li>20:2-5</li><li>20:5-7</li><li>20:8-11</li><li>20:12-15</li><li>20:21-24</li><li>20:25-27</li><li>20:28-21:2</li><li>21:3-6</li><li>21:11-24</li><li>21:21-24</li><li>21:25-22:1</li><li>22:6-8</li><li>22:13-16</li><li>22:16-19</li><li>22:22-24</li><li>22:28-23:3</li><li>23:4-7</li><li>23:8-10</li><li>23:13-16</li><li>23:20-21</li><li>23:22-25</li><li>24:3-6</li><li>24:15-19</li><li>24:19-22</li><li>24:26-25:5</li><li>25:5-9</li><li>25:27-26:6</li><li>27:11-31:1</li><li>32:3-34:26</li></ul> | |

**IT IS SO ORDERED.**

Dated: _____

                         HON. SUSAN VAN KEULEN
                         UNITED STATES MAGISTRATE JUDGE