KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | Case No. 5:22-cv-04486-BLF <br><br> **DECLARATION OF NEERA SHETTY IN SUPPORT OF DEFENDANT AND CROSS-CLAIMANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO SEAL PGA TOUR, INC.'S CONFIDENTIAL INFORMATION PURSUANT TO CIV. L.R. 79-5(C)** <br><br> Judge:      Hon. Beth Labson Freeman <br><br> Date Filed: August 3, 2022 <br><br> Trial Date: January 8, 2024 |
| PGA TOUR, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counter-Defendant. | |

SHETTY DECL. ISO PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO SEAL PGA TOUR, INC.'S
CONFIDENTIAL INFORMATION
Case No. 5:22-cv-04486-BLF

2043996

I, Neera Shetty, declare as follows:

1. I am duly licensed to practice law in the State of Florida and am Deputy General Counsel of PGA TOUR, INC. ("the TOUR"), defendant and counterclaimant in the above-captioned matter. I submit this declaration in support of the TOUR's Administrative Motion to Seal portions of the parties' contemporaneously filed Joint Request for a Case Management Conference (the "Joint Request"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. The portions of the Joint Request sought to be sealed at 19:9 directly quote from sensitive internal communications between senior TOUR executives. These communications reflect competitively sensitive information about internal TOUR operations and corporate decision-making. Unsealing of these communications will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

3. The portions of the Joint Request sought to be sealed at 19:11-12 and 19:16-17 directly quote from sensitive communications between TOUR executives and executives at other golf tours, or refer to conversations between third party golf tours and other golf organizations. These communications contain sensitive details about the TOUR's operations and business relationships with other golf tours. The golf tours and organizations on these communications are not parties to this litigation and had an expectation of confidentiality and privacy when communicating with the TOUR. Unsealing of these communications would result in harm to the TOUR's business relationships with other tours.

4. The portions of the Joint Request sought to be sealed at 19:23-26 directly quote from a summary of a confidential conversation between a TOUR employee and an outside consultant. These communications reflect competitively sensitive information about internal TOUR operations and corporate decision-making. The outside consultant had an expectation of confidentiality and privacy when offering their insights into the subject matters summarized in the material sought to be sealed. Unsealing of this communication will result in competitive harm to the PGA TOUR as well as damage to the TOUR's business relationships.

1

SHETTY DECL. ISO PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO SEAL PGA TOUR, INC.'S CONFIDENTIAL INFORMATION
Case No. 5:22-cv-04486-BLF

2043996

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 5, 2023, in Ponte Vedra, Florida.

*/s/ Neera Shetty*
NEERA SHETTY

**CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 5-1(i)(3), PGA Tour, Inc.'s undersigned counsel, Elliot P. Peters hereby attests that Neera Shetty has assented to the affixation of their signature to this Declaration and concurs in the filing of this document.

Dated: February 5, 2023

By:   */s/ Elliot R. Peters*<br>ELLIOT R. PETERS

3

SHETTY DECL. ISO PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO SEAL PGA TOUR, INC.'S
CONFIDENTIAL INFORMATION
Case No. 5:22-cv-04486-BLF

2043996