| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | MATTHEW M. MARTINO - (*pro hac vice*) |
| alauridsen@keker.com | matthew.martino@skadden.com |
| NICHOLAS S. GOLDBERG - # 273614 | One Manhattan West |
| ngoldberg@keker.com | New York, NY 10001 |
| SOPHIE HOOD - # 295881 | Telephone: 212 735 3000 |
| shood@keker.com | Facsimile: 212 735 2000 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Telephone: 415 391 5400 | PATRICK FITZGERALD - (*pro hac vice*) |
| Facsimile: 415 397 7188 | patrick.fitzgerald@skadden.com |
| | 155 North Wacker Drive |
| | Chicago, Il 60606 |
| | Telephone: 312 407 0700 |
| | Facsimile: 312 407 0411 |

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counter-Defendant. | Case No. 5:22-CV-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT AND CROSS-CLAIMANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO SEAL PGA TOUR, INC.'S CONFIDENTIAL INFORMATION** <br><br> Judge: Hon. Beth Labson Freeman <br><br> Date Filed: August 3, 2022 <br><br> Trial Date: January 8, 2024 |

[PROPOSED] ORDER GRANTING PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO SEAL PGA TOUR, INC.'S CONFIDENTIAL INFORMATION
Case No. 5:22-CV-04486-BLF

2044913

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Seal filed by Defendant/Counterclaimant PGA TOUR, INC. (the "TOUR"). The following documents will remain sealed, as follows:

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing | Court's Use |
|---|---|---|---|---|
| 255 | Joint Request | Highlighted Portions at Page 19, Line 9 | Directly quotes competitively sensitive internal communications, reflecting competitively sensitive information about internal TOUR operations and corporate decision-making. Disclosure would harm the TOUR's business and relationships. *See* Shetty Decl. ¶ 2 | |
| 255 | Joint Request | Highlighted Portions at Page 19, Lines 11-12 and Lines 16-17 | Directly quotes from sensitive communications between TOUR executives and executives at other golf tours, and refers to conversations between third party golf tours and other golf organizations, reflecting sensitive details about the TOUR's operations and business relationships with other golf tours. Disclosure would harm the TOUR's business and relationships. *See* Shetty Decl. ¶ 3. | |

1

[PROPOSED] ORDER GRANTING PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO SEAL PGA TOUR, INC.'S CONFIDENTIAL INFORMATION
Case No. 5:22-CV-04486-BLF

2044913

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing | Court's Use |
|---|---|---|---|---|
| 255 | Joint Request | Highlighted Portions at Page 19, Lines 23-26 | Directly quotes from a summary of a confidential conversation between a TOUR employee and an outside consultant, reflecting competitively sensitive information about internal TOUR operations and corporate decision-making. Disclosure would harm the TOUR's business and relationships. *See* Shetty Decl. ¶ 4. | |

**IT IS SO ORDERED**.

Dated: _____

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE