| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | MATTHEW M. MARTINO - (*pro hac vice*) |
| alauridsen@keker.com | matthew.martino@skadden.com |
| NICHOLAS S. GOLDBERG - # 273614 | One Manhattan West |
| ngoldberg@keker.com | New York, NY 10001 |
| SOPHIE HOOD - # 295881 | Telephone:  212 735 3000 |
| shood@keker.com | Facsimile:  212 735 2000 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Telephone:  415 391 5400 | PATRICK FITZGERALD - (*pro hac vice*) |
| Facsimile:  415 397 7188 | patrick.fitzgerald@skadden.com |
| | 155 North Wacker Drive |
| | Chicago, Il 60606 |
| | Telephone:  312 407 0700 |
| | Facsimile:  312 407 0411 |

Attorneys for Defendant and Cross-Claimant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counter-Defendant. | Case No. 5:22-CV-04486-BLF <br><br> **DEFENDANT AND CROSS-CLAIMANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO L.R. 79-5(F)** <br><br> Judge: Hon. Beth Labson Freeman <br> Date Filed: August 3, 2022 <br> Trial Date: January 8, 2024 |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Protective Order entered by this Court, Dkt. 111, Defendant and Counterclaimant PGA TOUR, Inc. ("the TOUR") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, regarding certain redacted portions of the parties' contemporaneously filed Joint Request for Case Management Conference (the "Joint Request").

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---------|----------|--------------------|-----------------------|
| 255 | Joint Request | Highlighted Portions at Page 6, Lines 10-15 and Lines 16-19 | Refers to materials designated by opposing party under the terms of a stipulated protective order; sealing not sought by the TOUR |

A highlighted, unredacted version of the Joint Request is attached to this Administrative Motion. The TOUR does not seek sealing of this information. Because, however, Plaintiffs have designated this information as protected material under the terms of the stipulated Protective Order, the TOUR submits this motion so that Plaintiffs may submit a statement or declaration establishing the basis for sealing in accordance with Local Rule 79-5(f)(3).

1
DEFENDANT AND CROSS-CLAIMANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO L.R. 79-5(F)
Case No. 5:22-CV-04486-BLF
2044916

| | | |
|---|---|---|
| Dated: February 5, 2023 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ Elliot R. Peters |
| | | ELLIOT R. PETERS |
| | | DAVID SILBERT |
| | | R. ADAM LAURIDSEN |
| | | NICHOLAS S. GOLDBERG |
| | | SOPHIE HOOD |
| | | |
| | | Attorneys for Defendant and Cross-Claimant |
| | | PGA TOUR, INC. |
| | | |
| | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | | |
| | | ANTHONY J. DREYER |
| | | PATRICK FITZGERALD |
| | | KAREN M. LENT |
| | | MATTHEW M. MARTINO |
| | | |
| | | Attorneys for Defendant and Cross-Claimant |
| | | PGA TOUR, INC. |