KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>LIV GOLF, INC.,<br><br>Counter-Defendant. | Case No. 5:22-CV-04486-BLF<br><br>**[PROPOSED] ORDER RE: DEFENDANT AND CROSS-CLAIMANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO L.R. 79-5(F)**<br><br>Judge:          Hon. Beth Labson Freeman<br>Date Filed:   August 3, 2022<br>Trial Date:    January 8, 2024 |

[PROPOSED] ORDER RE: PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED PURSUANT TO L.R. 79-5(F)
Case No. 5:22-CV-04486-BLF

2044918

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS/DENIES the Administrative Motion to Consider Whether Another Party's Material Should be Sealed filed by Defendant and Counterclaimant PGA TOUR, INC. (the "TOUR") pursuant to Local Rule 79-5(f). The following documents will/will not remain sealed, as follows:

| ECF. No. | Document | Portion(s) to Seal | Reason(s) for Sealing | Court's Use |
|---|---|---|---|---|
| 255 | Joint Request | Highlighted Portions at Page 6, Lines 10-15 and Lines 16-19 | Refers to materials designated by opposing party under the terms of a stipulated protective order; sealing not sought by the TOUR | |

**IT IS SO ORDERED**.

Dated: _____

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE