|  |  |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU;<br>PETER UIHLEIN; and LIV GOLF, INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>            Defendant. | Case No. 5:22-CV-04486-BLF<br><br>**PROOF OF SERVICE**<br><br>Judge:          Hon. Beth Labson Freeman |
| PGA TOUR, INC.,<br><br>            Counter-Claimant,<br><br>    v.<br><br>LIV GOLF, INC.,<br><br>            Counter-Defendant. | Date Filed:     August 3, 2022<br><br>Trial Date:      January 8, 2024 |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On February 5, 2023, I served the following document(s):

- **JOINT STATEMENT REGARDING REQUEST FOR CASE MANAGEMENT CONFERENCE [ANOTHER PARTY'S MATERIAL] [Unredacted/Filed Under Seal]**

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| ATTORNEYS FOR PLAINTIFFS MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, AND LIV GOLF INC. ||
|---|---|
| RACHEL S. BRASS<br>LAUREN DANSEY<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>rbrass@gibsondunn.com<br>ldansey@gibsondunn.com<br><br>ROBERT C. WALTERS<br>SCOTT K. HVIDT<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2911<br>Telephone: 214.698.3100<br>rwalters@gibsondunn.com<br>shvidt@gibsondunn.com<br><br>JOSHUA LIPTON<br>KRISTEN C. LIMARZI<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>jlipton@gibsondunn.com<br>klimarzi@gibsondunn.com | JOHN B. QUINN<br>DOMINIC SURPRENANT<br>KEVIN TERUYA<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: 213.443.3000<br>johnquinn@quinnemanuel.com<br>dominicsurprenant@quinnemanuel.com<br>kevinteruya@quinnemanuel.com<br><br>ROBERT P. FELDMAN<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: 650.801.5000<br>bobfeldman@quinnemanuel.com |

1  Executed on February 5, 2023, at San Francisco, California.

2  I declare under penalty of perjury under the laws of the State of California that the above is true
   and correct.
3

4  _____
                    Dionne D. Meadows