# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

MATT JONES, et al.,

        Plaintiffs,

v.

PGA TOUR, INC.,

        Defendant.

Case No. 22-cv-04486-BLF

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR FEBRUARY 24, 2023, AT 10:00 A.M.**

The parties have requested a case management conference. *See* ECF Nos. 253-2, 254-1. The Court hereby SETS a case management conference for February 24, 2023, at 10:00 A.M. to be conducted by Zoom.

**IT IS SO ORDERED.**

Dated: February 6, 2023

_____
BETH LABSON FREEMAN
United States District Judge