IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> PGA TOUR, INC., <br><br>  Defendant and Counter-Plaintiff, <br><br>  v. <br><br> LIV GOLF INC., <br><br>  Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER SEALING PORTIONS OF RESPONSE TO PGA TOUR, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR AL-RUMAYYAN'S COMPLIANCE WITH DOCUMENT AND DEPOSITION SUBPOENAS AND OPPOSITION TO MOTION TO QUASH** |

Pursuant to Civil Local Rule 79-5, Non-Parties the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan filed an administrative motion to consider whether another party's material should remain sealed. Dkt. No. 229. Plaintiff LIV Golf, Inc. ("LIV") filed a Statement and Declaration in Support of Sealing.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Memorandum of Points and Authorities (ECF 229-3) | Lines 3:1-8, 3:14-15, 3:23-4:1, 4:10-11, and 4:13-20 | Contains highly confidential information about LIV's corporate governance, disclosure of which would cause competitive harm to LIV, including by allowing competitors to target LIV's investors and limitations on its business conduct, and by harming LIV's ability to obtain future investment. |

IT IS SO ORDERED.

DATED _____    _____
                                SUSAN VAN KEULEN
                                United States Magistrate Judge