IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>Plaintiffs, <br><br>v. <br><br>PGA TOUR, INC., <br><br>Defendant and Counter-Plaintiff, <br><br>v. <br><br>LIV GOLF INC., <br><br>Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br>**[PROPOSED] ORDER SEALING PORTIONS OF PGA TOUR, INC.'S MOTION FOR LEAVE TO AMEND COUNTERCLAIM TO ADD COUNTER-DEFENDANTS** |

Pursuant to Civil Local Rule 79-5, Non-Parties the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan filed an administrative motion to consider whether another party's material should remain sealed. Dkt. No. 237. Plaintiff LIV Golf, Inc. ("LIV") filed a Statement and Declaration in Support of Sealing.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| ECF or Ex. No. Document | Document | Potion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| ECF 237-4 | Memorandum of Law ISO PGA Tour Inc.'s Motion for Leave to Amend | Highlighted portions at lines 5:14-16, 5:18-20, 5:23-24, 6:1, 6:3-12, 7:23-27, 3:26-27 | Contains confidential information about LIV's Shareholder Agreement setting out its relationship with its investors, including investor rights, disclosure of which would prejudice LIV's ability to obtain outside funding, pursue a franchise model in the future, and obtain future business.<br><br>Contains confidential information about a services agreement setting out LIV's relationship with its investors, disclosure of which would be exploited by competitors for competitive gain and prejudice LIV's ability to obtain future business.<br><br>Contains confidential information LIV's internal decision-making, including participation of LIV's investors in that decision-making, disclosure of which would harm LIV by allowing competitors to exploit the information, deterring potential business partners, and revealing LIV's non-public strategy for dealing with competitors. |

| | | | |
|---|---|---|---|
| | | | Contains confidential information about specific negotiations and offers to certain players, agents, sponsors, and broadcasters, including specific terms of offers. Disclosure of this information would cause competitive harm to LIV, including by constraining its ability to negotiate different terms, inviting speculation about why certain entities decided to do business (or not) with LIV, prejudicing LIV's ability to obtain future business, and constraining LIV's ability to pursue confidential negotiations.<br><br>Contains confidential information about the terms of certain indemnification agreements, disclosure of which would ham LIV by revealing the contours of potential litigation, including the parties of the contemplated litigation and amounts offered for indemnification, which could be exploited by other litigants. |
| ECF 237-1 | Exhibit A (Proposed Counterclaim) | Highlighted portions at ¶¶ 6, 25, 26, 29-31, 64-65, 31-35, 44 | Contains confidential information about LIV's Shareholder Agreement setting out its relationship with its investors, including investor rights, disclosure of which would prejudice LIV's ability to obtain outside funding, pursue a franchise model in the future, and obtain future business. |

|  |  |  | Contains confidential information about a services agreement setting out LIV's relationship with its investors, disclosure of which would be exploited by competitors for competitive gain and prejudice LIV's ability to obtain future business. |
|---|---|---|---|
|  |  |  | Contains confidential information LIV's internal decision-making, including participation of LIV's investors in that decision-making, disclosure of which would harm LIV by allowing competitors to exploit the information, deterring potential business partners, and revealing LIV's non-public strategy for dealing with competitors. |
|  |  |  | Contains confidential information about specific negotiations and offers to certain players, agents, sponsors, and broadcasters, including specific terms of offers. Disclosure of this information would cause competitive harm to LIV, including by constraining its ability to negotiate different terms, inviting speculation about why certain entities decided to do business (or not) with LIV, prejudicing LIV's ability to obtain future business, and constraining LIV's ability to pursue confidential negotiations. |
|  |  |  | Contains confidential information about the terms of certain indemnification agreements, disclosure of |

| | | | |
|---|---|---|---|
| | | | which would ham LIV by revealing the contours of potential litigation, including the parties of the contemplated litigation and amounts offered for indemnification, which could be exploited by other litigants. |
| ECF 237-2 | Exhibit B (Proposed Counterclaim Redline) | Highlighted portions at ¶¶ 6, 25, 26, 29-31, 64-65, 31-35, 44 | Contains confidential information about LIV's Shareholder Agreement setting out its relationship with its investors, including investor rights, disclosure of which would prejudice LIV's ability to obtain outside funding, pursue a franchise model in the future, and obtain future business.<br><br>Contains confidential information about a services agreement setting out LIV's relationship with its investors, disclosure of which would be exploited by competitors for competitive gain and prejudice LIV's ability to obtain future business.<br><br>Contains confidential information LIV's internal decision-making, including participation of LIV's investors in that decision-making, disclosure of which would harm LIV by allowing competitors to exploit the information, deterring potential business partners, and revealing LIV's non-public strategy for dealing with competitors.<br><br>Contains confidential information about specific negotiations and offers to |

| | | | |
|---|---|---|---|
| | | | certain players, agents, sponsors, and broadcasters, including specific terms of offers. Disclosure of this information would cause competitive harm to LIV, including by constraining its ability to negotiate different terms, inviting speculation about why certain entities decided to do business (or not) with LIV, prejudicing LIV's ability to obtain future business, and constraining LIV's ability to pursue confidential negotiations.<br><br>Contains confidential information about the terms of certain indemnification agreements, disclosure of which would ham LIV by revealing the contours of potential litigation, including the parties of the contemplated litigation and amounts offered for indemnification, which could be exploited by other litigants. |
| ECF 237-3 | Exhibit C (Exhibit Under Seal) | Entire Exhibit | Contains confidential information about LIV's recruitment of players, including the identities of the players, the number of offers, the structure of the offers, and the terms of the offers, including specific amounts, disclosure of which would harm LIV by constraining its ability to offer different terms, revealing its ability and willingness to pay, and allowing LIV's recruitment strategy to be exploited by competitors. |

IT IS SO ORDERED.

DATED _____          _____
                                      BETH LABSON FREEMAN
                                      United States District Court Judge