# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-04486-BLF<br><br>**ORDER REGARDING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>[Re: ECF No. 258] |

　　The Court has received an application for admission of attorney pro hac vice. (ECF No. 258.) The Court asks that counsel re-file the request with physical addresses for both the applicant and local co-counsel.

　　**IT IS SO ORDERED.**

Dated: February 8, 2023

_____
BETH LABSON FREEMAN
United States District Judge