| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN LLP<br>JOHN B. QUINN, SBN 90378<br>  johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>  dominicsurprenant@quinnemmanuel.com<br>KEVIN TERUYA, SBN 235916<br>  kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>ROBERT P. FELDMAN, SBN 69602<br>  bobfeldman@quinnemanuel.com<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000<br>Facsimile:  650.801.5100 | RACHEL S. BRASS, SBN 219301<br>rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>  Facsimile: 415.393.8306<br><br>ROBERT C. WALTERS, *pro hac vice*<br>rwalters@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>  Telephone: 214.698.3100 |

*Attorneys for Plaintiffs LIV Golf, Inc., Matt Jones, Bryson DeChambeau, and Peter Uihlein*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　Defendant and Counter-Plaintiff,<br><br>　v.<br><br>LIV GOLF INC.,<br><br>　　　　　Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**NOTICE OF LODGING OF JOINT SEALING CHART**<br><br>Judge:　　　Hon. Beth Labson Freeman<br><br>Date Filed:　August 3, 2022<br><br>Trial Date:　January 8, 2024 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Court Order (Dkt. No. 245), Plaintiff LIV Golf, Inc. and Defendant PGA Tour, Inc. hereby lodge a joint chart (**Exhibit A**) summarizing the pending administrative motions to seal related to the motion to compel and motion to quash non-party subpoenas filed at docket numbers 148 and 166.

DATED: February 10, 2023            Respectfully submitted,

By: ___/s/ Dominic Surprenant___
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:   415.393.8306

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

| | |
|---|---|
| 1 | |
| 2 | JOSHUA LIPTON, *pro hac vice* |
|   | jlipton@gibsondunn.com |
| 3 | KRISTEN C. LIMARZI, *pro hac vice* |
|   | klimarzi@gibsondunn.com |
| 4 | GIBSON, DUNN & CRUTCHER LLP |
|   | 1050 Connecticut Avenue, N.W. |
| 5 | Washington, DC  20036-5306 |
|   | Telephone:    202.955.8500 |

*Attorneys for Plaintiffs LIV Golf, Inc.,
Matt Jones, Bryson DeChambeau, and Peter Uihlein*

| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | By:/s/ Elliot Peters |
| 3 | ELLIOT R. PETERS, SBN 158708 |
|   |   epeters@keker.com |
| 4 | DAVID SILBERT, SBN 173128 |
|   |   dsilbert@keker.com |
| 5 | R. ADAM LAURIDSEN, SBN 243780 |
|   |   alauridsen@keker.com |
| 6 | NICHOLAS S. GOLDBERG, SBN 273614 |
| 7 |   ngoldberg@keker.com |
|   | SOPHIE HOOD, SBN 295881 |
| 8 |   shood@keker.com |
|   | KEKER, VAN NEST & PETERS LLP |
| 9 | 633 Battery Street |
|   | San Francisco, CA 94111-1809 |
| 10 | Telephone:    (415) 391-5400 |
| 11 | Facsimile:    (415) 397-7188 |

ANTHONY J. DREYER, admitted *pro hac vice*
  anthony.dreyer@skadden.com
KAREN M. LENT, admitted *pro hac vice*
  karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, Ny 10001
Telephone:    (212) 735-3000
Facsimile:    (212) 735-2000/1

PATRICK FITZGERALD, admitted *pro hac vice*
  patrick.fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Il 60606
Telephone: 312 407 0700
Facsimile: 312 407 0411

*Attorneys for Defendant and Counterclaimant PGA Tour, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on February 10, 2023

                                                  /s/   *Dominic Surprenant*
                                                  Dominic Surprenant