# EXHIBIT A

**JOINT CHART REGARDING ADMINISTRATIVE MOTIONS TO SEAL RELATING TO THE PENDING MOTION TO COMPEL AND MOTION TO QUASH SUBPOENAS ISSUED BY THE TOUR TO THIRD PARTIES PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR O. AL-RUMAYYAN (DKTS. 147, 165, 168, 172, 208, 223, AND 229)**

| Dkt. Nos. of Original Sealing Motion **and** Declaration/Statement in Support of Sealing submitted pursuant to Civ. L.R. 79(c)(1) or 79-5(f)(3) | Description of Document Sought to be Sealed, including Dkt. No. where highlighted, unredacted document is located | Page and Line Numbers of Text Sought to be Sealed | Basis for Sealing |
|---|---|---|---|
| Dkt. 147 – Motion<br><br>Dkt. 158 – Statement<br><br>Dkt. 158-1 – Declaration | Dkt. 147-3<br>PGA TOUR, Inc's Notice of Motion and Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Compliance with Document and Deposition Subpoena; Memorandum of Law in Support Thereof ("MTC") | • 3:6-9<br>• 4:14<br>• 6:19-20<br>• 6:26-28<br>• 6:28-7:2<br>• 7:2-3<br>• 7:3-4<br>• 7:5-8<br>• 9:8-18<br>• 9:23-24<br>• 16:28-17:3<br>• 18:10-13<br>• 19:17-18<br>• 19:19-20 | Lines 4:14 and 6:19-20 contain highly confidential information about LIV's ownership structure and investment strategy.  Disclosure of this information would adversely affect its ability to attract future investment and would impact future negotiations.  Dkt. No. 158-1 ¶ 3.<br><br>Lines 3:6-9, 6:26-7:8, 16:28-17:3, 18:10-13, 19:17-20 contain highly confidential information about LIV's internal decision making processes.  Disclosure of this information would cause competitive harm to LIV by affecting its ability to attract future investment and allowing competitors to exploit limitations on LIV's decision making powers. *Id.* ¶ 4.<br><br>Lines 18:11-13 contain the identity of LIV's business partners and consultants, whose work for LIV is not publicly known.  Disclosure of this information would expose those parties to unwanted attention or harassment and would prejudice LIV's ability to obtain their future services.  *Id.* ¶ 5. |

| | | | Lines 9:8-18 contain highly confidential information about LIV's business and launch strategy. Disclosure of this information would invite speculation about current operations, prejudice LIV's ability to secure business, and enable competitors to copy the plan. *Id.* ¶ 6. |
|---|---|---|---|
| Dkt. 147 – Motion<br><br>Dkt. 158 – Statement<br><br>Dkt. 158-1 – Declaration | Dkt. 147-4<br>Ex. 2 to Declaration of Brook Dooley in Support of Defendant PGA Tour, Inc.'s Administrative Motion to Consider Whether Another Party's Material Should be Sealed ("Dooley Decl. iso MTC") | Entirety | Contains highly confidential information about LIV's financial state, investment structure and strategy, and internal decision making. Disclosure of this information would cause competitive harm, including by limiting LIV's bargaining power in negotiations, impacting its ability to attract future investment, and enabling competitors to influence LIV's investors. *Id.* ¶¶ 3-4, 9. |
| Dkt. 147 – Motion<br><br>Dkt. 158 – Statement<br><br>Dkt. 158-1 – Declaration | Dkt. 147-5<br>Ex. 14 to Dooley Decl. iso MTC | Entirety | Contains highly confidential information about LIV's business strategy. Disclosure of this information would cause competitive harm, including through speculation about LIV's current operations, prejudice to its ability to secure business, and enabling of competitors to copy the plan. *Id.* ¶¶ 6, 9. Disclosure would also expose the business partners identified in the exhibit to unwanted attention or harassment and prejudice LIV's ability to obtain future services. *Id.* ¶ 5. |
| Dkt. 147 – Motion<br><br>Dkt. 158 – Statement<br><br>Dkt. 158-1 – Declaration | Dkt. 147-6<br>Ex. 15 to Dooley Decl. iso MTC | Entirety | Contains highly confidential information about LIV's financial state, payment plans, and internal decision making processes. Disclosure of this information would cause competitive harm, including by limiting LIV's ability to obtain future investment and allowing competitors to exploit the information, for example, by influencing LIV's investors. *Id.* ¶¶ 4, 9. Disclosure |

| | | | would also expose the consultants identified in the exhibit to unwanted attention or harassment and prejudice LIV's ability to obtain future services. *Id*. ¶ 5. |
|---|---|---|---|
| Dkt. 147 – Motion<br><br>Dkt. 158 – Statement<br><br>Dkt. 158-1 – Declaration | Dkt. 147-7<br>Ex. 16 to Dooley Decl. iso MTC | Entirety | Contains highly confidential information about LIV's ownership, funding, financial projections, and payment to players.  Disclosure of this information would cause competitive harm, including by limiting LIV's ability to obtain future investment and impacting its bargaining power in negotiations.  *Id*. ¶¶ 3, 9. |
| Dkt. 147 – Motion<br><br>Dkt. 158 – Statement<br><br>Dkt. 158-1 – Declaration | Dkt. 147-8<br>Ex. 17 to Dooley Decl. iso MTC | Entirety | Contains highly confidential information about LIV's business strategy and internal decision making process.  Disclosure of this information would cause competitive harm, including through speculation about LIV's current operations, prejudice to its ability to secure business and future investment, and enabling of competitors to copy the plan.  *Id*. ¶¶ 4, 6.  Disclosure would also expose business partners identified in the exhibit to unwanted attention or harassment and prejudice LIV's ability to obtain future services.  *Id*. ¶ 9. |
| Dkt. 147 – Motion<br><br>Dkt. 158 – Statement<br><br>Dkt. 158-1 – Declaration | Dkt. 147-9<br>Ex. 18 to Dooley Decl. iso MTC | Page 2, email dated July 10, 2022 | Contains highly confidential information about LIV's internal decision making processes.  Disclosure of this information would cause competitive harm, including by impacting future negotiations.  *Id*. ¶¶ 4, 9. Disclosure would also expose the business partners identified in the exhibit to unwanted attention or harassment and prejudice LIV's ability to obtain their future services.  *Id*. ¶ 5.<br><br>LIV does not request sealing of page 3, entitled "LIV Golf's Recent Press Coverage." |

| Dkt. 147 – Motion Dkt. 158 – Statement Dkt. 158-1 – Declaration | Dkt. 147-10 Ex. 19 to Dooley Decl. iso MTC | Entirety | Contains personally identifiable information of LIV employees.  Disclosure of this information would expose the individuals listed in the document to unwanted attention and harassment. *Id*. ¶¶ 7, 9. |
| --- | --- | --- | --- |
| Dkt. 147 – Motion Dkt. 158 – Statement Dkt. 158-1 – Declaration | Dkt. 147-11 Ex. 34 to Dooley Decl. iso MTC | None | LIV does not request sealing. |
| Dkt. 147 – Motion Dkt. 158 – Statement Dkt. 158-1 – Declaration | Dkt. 147-12 Ex. 40 to Dooley Decl. iso MTC | Page 2 | Page 2 of Exhibit 40 contains highly confidential information about LIV's internal decision making processes.  Disclosure of this information would cause competitive harm, including by limiting LIV's ability to obtain future investment and impacting its bargaining power in negotiations. *Id*. ¶¶ 4, 9.  LIV does not request sealing of page 3. |
| Dkt. 147 – Motion Dkt. 158 – Statement Dkt. 158-1 – Declaration | Dkt. 147-13 Ex. 45 to Dooley Decl. iso MTC | Entirety | Contains highly confidential information about LIV's player recruitment strategy and plans.  Disclosure of this information would harm LIV's future ability to recruit and negotiate with plyers and would allow competitors to counter LIV's recruitment strategy. *Id*. ¶¶ 8-9. |
| Dkt. No. 165 – Motion Dkt. 167 – Statement Dkt. 167-1 – Declaration | Dkt No. 165-2 The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al- | Lines 5:9-11, 5:18-25, and 14:28-15:1 | Contains highly confidential information about LIV's internal decision-making processes and corporate governance.  Disclosure of this information would prejudice LIV's ability to obtain future investment and allow competitors to exploit the information, such as by |

| | Rumayyan's Motion to Quash and Opposition to PGA Tour Inc.'s Motion to Compel Subpoena Compliance | | taking advantage of limitations in LIV's decision making powers.  Dkt. No. 167-1 ¶¶ 2, 5. |
|---|---|---|---|
| Dkt. No. 165 – Motion<br><br>Dkt. 167 – Statement<br><br>Dkt. 167-1 – Declaration | Dkt. No. 165-3<br><br>Declaration of Tim Taylor in Support of the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan's Motion to Quash and Opposition to PGA Tour, Inc.'s Motion to Compel Subpoena Compliance | Entire Declaration | Contains highly confidential material about LIV's internal decision making processes and corporate governance.  Disclosure of this information would prejudice LIV's ability to obtain future investment and allow competitors to exploit the information, such as by taking advantage of limitations in LIV's decision making powers. *Id.* ¶¶ 3, 5. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-39<br>PGA TOUR, Inc.'s Reply in Support of Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Compliance with Document and Deposition Subpoenas and Opposition to Motion to Quash ("MTC | • 1:21<br>• 3:03<br>• 3:4-5<br>• 3:10-13<br>• 3:14-17<br>• 3:18<br>• 3:22-25<br>• 4:2-6<br>• 4:6-8<br>• 4:8-9<br>• 4:11<br>• 4:14 | Lines 1:21, 3:3-5, and 18:22-24 contain highly confidential material about LIV's financials, formation details, valuation, business plan, projected returns, and investment risks.  Disclosure of this information would cause competitive harm, including by prejudicing LIV's ability to obtain future investment, impacting existing and future negotiations (by exposing ability to pay), and affecting LIV's ability to sign up golfers.  Dkt. No. 174-1 ¶¶ 2, 6, 7.<br><br>Lines 3:10-18, 3:22-25, 4:2-11, 10:17-27, 12:14-16, 12:21-23, and 13:24-14:4 disclose highly confidential material about LIV's internal decision-making processes, |

| | and Opp. to Motion to Quash") | <ul><li>4:15</li><li>4:16</li><li>4:17</li><li>4:18-19</li><li>4:19-20</li><li>4:20-22</li><li>4:24-25</li><li>4:27-5:1</li><li>5:8-9</li><li>5:9-13</li><li>5:16</li><li>5:18-21</li><li>6:4-5</li><li>6:10-13</li><li>6:14-15</li><li>6:16-18</li><li>6:22-26</li><li>8:22-25</li><li>8:25-26</li><li>8:26-28</li><li>8:28-9:1</li><li>10:17-18</li><li>10:21-22</li><li>10:23-25</li><li>10:25-27</li><li>11:26</li><li>11:27-28</li><li>11:28-12:3</li><li>12:3-4</li><li>12:7-9</li><li>12:11</li></ul> | including strategy regarding communications, player and agent recruitment, and sponsorship. Disclosure of this information would cause competitive harm, including by allowing competitors to exploit and counter the information (e.g., by offering better terms or targeting the same sponsors) and develop recruiting strategies to counter LIV's. *Id.* ¶¶ 3, 6, 7.<br><br>Lines 4:14-5:1, 5:8-21, 6:4-5, 6:10-18, 6:22-26, 8:22-9:1, 11:26-12:4, 12:7-9, 12:11, 13:7, and 13:24-14:4 contain highly confidential information about specific negotiations with players, agents, sponsors, and marketing firms, including specific amounts offered, the terms of the offer, and strategy for recruitment. Disclosure of this information would constrain LIV in existing and future negotiations, for example, if players demand the same or better terms. *Id.* ¶¶ 4, 6, 7. Disclosure would also allow competitors to counter LIV's recruitment and hiring strategy. *Id.*<br><br>Lines 1:21, 3:3-5, 10:17-18, 10:21-27, 16:8-9 and 16:11-17 contain highly confidential information about LIV's investor structure, identity and oversight procedures, including processes used to evaluate the investment in LIV. Disclosure of this information would cause competitive harm, including by allowing competitors to target the metrics on which LIV is evaluated by investors to limit its ability to compete. *Id.* ¶¶ 5-7. Disclosure would also allow competitors to target the individuals and entities shown to influence LIV. *Id.* |

| | | | |
|---|---|---|---|
| | | • 12:14-16<br>• 12:21-23<br>• 13:07<br>• 13:24-25<br>• 13:26-27<br>• 13:27-28<br>• 13:28<br>• 13:28-14:1<br>• 14:1-2<br>• 14:3-4<br>• 16:8-9<br>• 16:11-17<br>• 18:22-24 | |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-1<br>Ex. 1 to Declaration of Sophie Hood in Support of PGA TOUR, Inc.'s Reply in Support of Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Compliance with Document and Deposition Subpoenas and Opposition to Motion to Quash ("Hood Decl. iso MTC Reply/Opposition to MTQ") | Entirety | Contains highly confidential material about LIV's business strategy, formation details, valuation, financial projections, and investment risks, as well as internal decision making processes.  Disclosure of this information would cause competitive harm, including by prejudicing LIV's ability to obtain future investment, impacting existing and future negotiations (by exposing ability to pay), and affecting LIV's ability to sign up golfers.  *Id.* ¶¶ 2, 3, 7. |

| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-2<br>Ex. 2 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential material about LIV's business strategy, formation details, valuation, financial projections, and investment risks.  Disclosure of this information would cause competitive harm, including by prejudicing LIV's ability to obtain future investment, impacting existing and future negotiations (by exposing ability to pay), and affecting LIV's ability to sign up golfers.  *Id.* ¶¶ 2, 7. |
|---|---|---|---|
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-3<br>Ex. 3 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's internal decision-making processes regarding media strategy and partnerships.  Disclosure of this information would cause competitive harm, including by allowing competitors to create a counter-strategy and target media partners who have shown willingness to work with LIV.  *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-4<br>Ex. 4 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's internal decision-making processes.  Disclosure of this information would cause competitive harm, including by allowing competitors to target the third-party firms identified in the document.  *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-5<br>Ex. 5 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's internal decision-making processes.  Disclosure of this information would cause competitive harm, including by allowing competitors to target the third-party entities identified in the document.  *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement | Dkt. 168-6<br>Ex. 6 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's internal decision-making processes.  Disclosure of this information would cause competitive harm, including by |

| | | | |
|---|---|---|---|
| Dkt. 174-1 – Declaration | | | exposing LIV's future plans and partnerships that could be countered by competitors. *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-7<br>Ex. 7 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's investor structure and oversight procedures and internal decision-making processes.  Disclosure of this information would cause competitive harm, including by allowing competitors to target the methods by which LIV is evaluated to drive down investment. *Id.* ¶¶ 3, 5, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-8<br>Ex. 8 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's internal decision-making processes.  Disclosure of this information would cause competitive harm, including by exposing LIV's relationship and interactions with investors that could be targeted by competitors. *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-9<br>Ex. 9 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's internal decision-making processes.  Disclosure of this information would cause competitive harm, including by exposing LIV's relationship and interactions with investors that could be targeted by competitors. *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-10<br>Ex. 10 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's internal decision-making processes.  Disclosure of this information would cause competitive harm, including by exposing LIV's relationship and interactions with investors that could be targeted by competitors. *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-11<br>Ex. 11 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's internal decision-making processes.  Disclosure of this information would cause competitive harm, including by exposing LIV's interactions with investors that and |

| | | | allowing competitors to target the methods by which LIV is evaluated to drive down investment. *Id.* ¶¶ 3, 7. |
|---|---|---|---|
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-12<br>Ex. 12 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's internal decision-making processes.  Disclosure of this information would cause competitive harm, including by exposing LIV's relationship and interactions with investors and league partners that could be targeted by competitors. *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-13<br>Ex. 13 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's negotiations with specific agents and internal decision-making processes around player fees.  Disclosure of this information would cause competitive harm, including by allowing competitors to target LIV's recruitment strategy and enabling negotiation partners (such as future agents) to demand the same or better terms. *Id.* ¶¶ 3-4, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-14<br>Ex. 14 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's internal decision-making processes.  Disclosure of this information would cause competitive harm, including by exposing LIV's relationship and interactions with investors that could be targeted by competitors. *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-15<br>Ex. 15 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains confidential material about LIV's relationship and interaction with an agent.  Disclosure of this information could cause competitive harm by exposing LIV's recruitment processes, allowing competitors to target the same. *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement | Dkt. 168-16<br>Ex. 16 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's negotiations with specific agents (including specific offers) and internal decision-making processes around hiring and negotiation with player agents.  Disclosure of |

| | | | |
|---|---|---|---|
| Dkt. 174-1 – Declaration | | | this information would cause competitive harm, including by allowing competitors to target LIV's recruitment strategy and offer the same or better terms to prevent agents from joining LIV. *Id.* ¶¶ 3-4, 7. Disclosure would also impact LIV's future and existing negotiations by requiring it to provide the same or better terms. *Id.* ¶ 4. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-17<br>Ex. 17 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's negotiations with specific agents and internal decision-making processes around hiring and negotiation with player agents. Disclosure of this information would cause competitive harm, including by allowing competitors to target LIV's recruitment strategy and offer the same or better terms to prevent agents from joining LIV. *Id.* ¶¶ 3-4, 7. Disclosure would also impact LIV's future and existing negotiations by requiring it to provide the same or better terms. *Id.* ¶ 4. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-18<br>Ex. 18 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's negotiations with specific players (including specific amounts offered) and internal decision-making processes around hiring and negotiation with players. Disclosure of this information would cause competitive harm, including by allowing competitors to target LIV's recruitment strategy and offer the same or better terms to prevent players from joining LIV. *Id.* ¶¶ 3-4, 7. Disclosure would also impact LIV's future and existing negotiations by requiring it to provide the same or better terms. *Id.* ¶ 4. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement | Dkt. 168-19<br>Ex. 19 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's negotiations with specific players (including specific amounts offered) and internal decision-making processes around hiring and negotiation with players. Disclosure of |

| | | | |
|---|---|---|---|
| Dkt. 174-1 – Declaration | | | this information would cause competitive harm, including by allowing competitors to target LIV's recruitment strategy and offer the same or better terms to prevent players from joining LIV. *Id.* ¶¶ 3-4, 7. Disclosure would also impact LIV's future and existing negotiations by requiring it to provide the same or better terms. *Id.* ¶ 4. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-20<br>Ex. 20 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains confidential material about LIV's recruitment of a player. Disclosure of this information would cause competitive harm by exposing LIV's recruitment strategy, allowing competitors to target the same. *Id*. ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-21<br>Ex. 21 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains confidential material about LIV's recruitment of a potential sponsor. Disclosure of this information would cause competitive harm by exposing LIV's recruitment processes, allowing competitors to target same. *Id*. ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-22<br>Ex. 22 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential material about LIV's recruitment of potential sponsors. Disclosure of this information would cause competitive harm by exposing LIV's recruitment processes and strategy, including offers, allowing competitors to counter LIV's strategy. *Id.* ¶¶ 3-4, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-23<br>Ex. 23 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential material about LIV's recruitment of potential broadcasters (including specific amounts of anticipated returns). Disclosure of this information would cause competitive harm by exposing LIV's recruitment processes and strategy, including expected revenue share, allowing competitors to counter LIV's strategy and target the same sponsors. *Id*. ¶¶ 3-4, 7. |

| Dkt. 168 – Motion Dkt. 174 – Statement Dkt. 174-1 – Declaration | Dkt. 168-24 Ex. 24 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential material about LIV's recruitment of potential sponsors (including specific number of partnerships and investment).  Disclosure of this information would cause competitive harm by exposing LIV's recruitment processes and strategy, including expected number of partners and offers to those partners, allowing competitors to counter LIV's strategy. *Id.* ¶¶ 3, 7. |
| --- | --- | --- | --- |
| Dkt. 168 – Motion Dkt. 174 – Statement Dkt. 174-1 – Declaration | Dkt. 168-25 Ex. 25 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential material about LIV's financials, valuation, financial projections, and internal decision making.  Disclosure of this information would cause competitive harm, including by prejudicing LIV's ability to obtain future investment, impacting existing and future negotiations (by exposing ability to pay), and enabling competitors to exploit information for competitive gain.  *Id.* ¶¶ 2-3, 7. |
| Dkt. 168 – Motion Dkt. 174 – Statement Dkt. 174-1 – Declaration | Dkt. 168-26 Ex. 26 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential material about LIV's financials, budgeting, business plans, and internal decision making.  Disclosure of this information would cause competitive harm, including by prejudicing LIV's ability to obtain future investment, impacting existing and future negotiations (by exposing ability to pay), and enabling competitors to exploit information for competitive gain.  *Id.* ¶¶ 2-3, 7. |
| Dkt. 168 – Motion Dkt. 174 – Statement Dkt. 174-1 – Declaration | Dkt. 168-27 Ex. 27 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's internal decision-making processes regarding media and communication strategy.  Disclosure of this information would cause competitive harm, including by allowing competitors to exploit LIV's communication strategy and methods.  *Id.* ¶¶ 3, 7. |

| | | | |
|---|---|---|---|
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-28<br>Ex. 28 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains confidential information about LIV's internal decision-making process regarding media strategy, including the identity and role of media consultants. Disclosure of this information could cause competitive harm, including by allowing competitors to counter LIV's media processes. *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-29<br>Ex. 29 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains confidential information about LIV's internal decision-making process regarding media strategy, including analyses by media consultants. Disclosure of this information could cause competitive harm, including by allowing competitors to counter LIV's media processes. *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-30<br>Ex. 30 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains confidential information about LIV's internal decision-making process regarding media strategy, including the identity and role of media consultants. Disclosure of this information could cause competitive harm, including by allowing competitors to counter LIV's media processes. *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-31<br>Ex. 31 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains confidential information about LIV's internal decision-making processes and the identity of specific consultants. Disclosure of this information could cause competitive harm, including by allowing competitors to target the entities and individuals disclosed in the document. *Id.* ¶¶ 3, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement | Dkt. 168-32<br>Ex. 32 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains confidential information about LIV's internal decision-making process and negotiations with specific consultants (including amount paid). Disclosure of this information could cause competitive harm, including by |

| | | | |
|---|---|---|---|
| Dkt. 174-1 – Declaration | | | constraining LIV's ability to negotiate better terms with other consultants and exposing willingness to pay. *Id.* ¶¶ 3-4, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-33<br>Ex. 33 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential material about LIV's recruitment of potential sponsors.  Disclosure of this information would cause competitive harm by exposing LIV's recruitment processes and strategy, allowing competitors to target the same potential sponsors and offer better terms.  *Id.* ¶¶ 3-4, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-34<br>Ex. 34 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential material about LIV's recruitment of potential sponsors.  Disclosure of this information would cause competitive harm by exposing LIV's recruitment processes and strategy, allowing competitors to target the same potential sponsors and offer better terms.  *Id.* ¶¶ 3-4, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-35<br>Ex. 35 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential material about LIV's recruitment of potential sponsors.  Disclosure of this information would cause competitive harm by exposing LIV's recruitment processes and strategy, allowing competitors to target the same potential sponsors and offer better terms.  *Id.* ¶¶ 3-4, 7. |
| Dkt. 168 – Motion<br><br>Dkt. 174 – Statement<br><br>Dkt. 174-1 – Declaration | Dkt. 168-36<br>Ex. 36 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential information about LIV's negotiations with specific players (including specific amounts offered) and internal decision-making processes around hiring and negotiation with players.  Disclosure of this information would cause competitive harm, including by allowing competitors to target LIV's recruitment strategy and offer the same or better terms to prevent players from joining LIV.  *Id.* ¶¶ 3- 4.  Disclosure would |

| | | | also impact LIV's future and existing negotiations by constraining its ability to offer different terms to different players. *Id.* ¶ 3-4, 7. |
|---|---|---|---|
| Dkt. 168 – Motion

Dkt. 174 – Statement

Dkt. 174-1 – Declaration | Dkt. 168-37
Ex. 37 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains confidential information about LIV's investor structure and oversight.  Disclosure of this information would cause competitive harm, including by allowing competitors to target the individuals and entities to show to have influence over LIV.  *Id.* ¶ 5, 7. |
| Dkt. 168 – Motion

Dkt. 174 – Statement

Dkt. 174-1 – Declaration | Dkt. 168-38
Ex. 44 to Hood Decl. iso MTC Reply/Opposition to MTQ | Entirety | Contains highly confidential material about LIV's business plans, financials, and internal decision making. Disclosure of this information would cause competitive harm, including by prejudicing LIV's ability to obtain future investment, impacting existing and future negotiations (by exposing ability to pay), and enabling competitors to exploit information for competitive gain. *Id.* ¶¶ 2-3, 7. |
| Dkt. 172 – Motion

Dkt. 177 – Statement

Dkt. 177-1 – Declaration | Dkt No. 172-2

The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan's Reply in Support of Joint Motion to Quash | Lines 3:8-15, 3:17-18, 4:16, 6:5-12, 7:5-11, and 7:27-28 | Lines 3:8-15, 3:17-18, 4:16, 6:5-12, 7:5-11, and 7:27-28 contain highly confidential information about LIV Golf's internal decision making processes, governance procedures, negotiation practices, formation, and relationship with investors. Disclosure of this information would harm LIV Golf by allowing competitors to exploit the information, including by attempting to influence LIV Golf's investors or taking advantage of limitations on LIV Golf's decision-making powers. Dkt. No. 177-1 ¶ 3, 5. Disclosure would also harm LIV Golf's ability to obtain future investment. *Id.* |

| | | | Lines 3:12-14 further contain highly confidential material about specific amounts at issue in player contracts. Disclosure of this information would harm LIV Golf by affecting future negotiations with players, including by constraining its ability to offer different amounts and by disclosing upper limits on willingness to pay. *Id.* ¶ 4, 5. |
|---|---|---|---|
| Dkt. 208 – Motion<br><br>Dkt. 222 – Statement<br><br>Dkt. 222-1 – Declaration | Dkt. 208-1<br>Ex. A (Shareholders' Agreement) to Declaration of Maile N. Yeats-Rowe ISO PGA TOUR, Inc.'s Administrative Motion to File Supplemental Material in Support of its Motion to Compel ("Yeats-Rowe Decl. iso Motion for Leave to File Supplemental Material") | Entirety | Contains highly confidential information about LIV's corporate governance, investment structure, share price, valuation, internal financial reporting, internal decision making, and budgeting process; the identities of LIV's strategic partners and pre-approved clients; LIV financials, including specific amounts of capital, the capital deployment schedule, and capital intended uses; LIV's relationships with third parties; and limitations on LIV's business conduct. Dkt. No. 222-1 ¶ 2.<br><br>Disclosure of this information would cause serious competitive harm, including by impacting and deterring outside investment and affecting future negotiations with business partners and players by demonstrating LIV's access to capital and its schedule and intended uses. *Id.* ¶ 4. Disclosure would also cause competitive harm by allowing competitors to exploit limitations on its business conduct, for example, by targeting limitations on its business or geographic reach. *Id.* ¶ 5. Finally, disclosure would expose LVI's pre-approved clients and relationships with third parties, which would affect relationships with those parties and their willingness to do business with LIV. *Id.* ¶ 6. |

| Dkt. 208 – Motion<br><br>Dkt. 222 – Statement<br><br>Dkt. 222-1 – Declaration | Dkt. 208-2<br>Ex. B (Proposed Supplemental Memorandum) to Yeats-Rowe Decl. iso Motion for Leave to File Supplemental Material | <ul><li>1:11-12</li><li>1:13-14</li><li>1:23-26</li><li>1:28-2:3</li><li>2:12-13</li><li>2:14-16</li><li>2:18-22</li><li>2:22-24</li><li>2:24</li><li>2:24-4:1</li><li>4:16-17</li><li>4:18-19</li><li>4:25-26</li><li>5:7-11</li></ul> | Contains highly confidential information about LIV's investment structure, corporate governance, and investment terms.  Disclosure would cause serious competitive harm, including loss of future investment opportunity, reduced bargaining power in negotiations, competitive disadvantage due to competitors' exploitation of limitations on LIV's business conduct and decision making processes. *Id.* ¶ 7. |

| Dkt. 223 – Motion<br><br>Dkt. 240 – Statement<br><br>Dkt. 240-1 – Declaration | Dkt. 223-1<br>Presentation of PGA TOUR presented in support of its Motion to Compel Subpoena Compliance from PIF and Mr. Al-Rumayyan at the January 13, 2023 hearing. | Pages:[1]<br><br>• 8<br>• 9<br>• 10<br>• 11<br>• 12<br>• 13<br>• 14<br>• 15<br>• 16<br>• 17<br>• 18<br>• 19<br>• 20<br>• 21<br>• 22<br>• 23<br>• 29<br>• 30<br>• 33<br>• 40 | Contains highly confidential information (including the information discussed above), including:<br><br>Slides 7 and 29 contain highly confidential information about LIV's relationship with investors, including allocation of financial risk, percentage ownership, and the purpose and circumstances of investment. Disclosure of this information would cause competitive harm by prejudicing LIV's ability to obtain future investment, potentially deterring future investors, and constraining LIV's ability to offer the different terms to future investors.  Dkt. No. 240-1 ¶ 3.<br><br>Slides 8 through 10 and 32 contain highly confidential material from the Subscription and Shareholders' Agreement, including LIV's relationship with investors, limitations on its business conduct and decision making, and internal decision making process. Disclosure of this information would cause serious competitive harm to LIV, including by prejudicing LIV's ability to obtain future investment, potentially deterring future investors, and constraining LIV's ability to offer the different terms to future investors.  *Id.* ¶ 4.  Competitors could exploit limitations on LIV's business and internal decision making process, including by targeting LIV's weaknesses to gain a competitive advantage or doing business in geographic regions where LIV is subject to restrictions.  *Id.* |

---

[1]  Each page corresponds to the slide number incremented by one.

| | | | Slides 11 to 22, 28 to 29, and 40[2] contain highly confidential information about LIV's relationship with investors, including investor confidential communications with individuals involved in LIV's business.  Disclosure of this information would cause serious competitive harm to LIV, including by disclosing future plans for the league (which could be exploited by competitors to gain insight into LIV's business), pros and cons of various event formats (same), specific numbers pf needed investment and online viewers (same), LIV's relationship with specific individuals and entities (the disclosure of which would bring unwanted attention to these entities and raise questions about their ongoing relationship with LIV), and LIV's internal decision making processes, which could be misused by competitors for business gain.  *Id*. ¶ 5. |
|---|---|---|---|
| Dkt. 229 – Motion  Dkt. 259 – Statement  Dkt. 259-1 – Declaration | Dkt. No. 229-3  Response to PGA Tour, Inc.'s Supplemental Memorandum ISO of Its Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's | Lines 3:1-8, 3:14-15, 3:23-4:1, 4:10-11, and 4:13-20 | Contains highly confidential information about LIV's corporate governance, disclosure of which would cause competitive harm to LIV,  including by allowing competitors to target LIV's investors and limitations on its business conduct, and by harming LIV's ability to obtain future investment.  Dkt. No. 259-1 ¶ 3 |

---

[2]   The original papers supporting sealing (Dkt. No. 240) contain a typographical error referring to slide 39 instead of slide 40.  Slide 39 was filed in public form and does not contain any confidential information.  LIV respectfully requests the Court consider the portion of the original papers referring to Slide 39 as applicable to Slide 40, or, in the alternative, leave to file a corrected statement and declaration.

| | Compliance With Document and Deposition Subpoenas and Opposition to Motion to Quash | | |
| --- | --- | --- | --- |