KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:      212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:      312 407 0411

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | Case No. 5:22-cv-04486-BLF <br><br> **DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING RE: DKT. 176** <br><br> Judge:      Hon. Susan van Keulen <br><br> Date Filed:  August 3, 2022 <br><br> Trial Date:  January 8, 2024 |
| PGA TOUR, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counter-Defendant. | |

DECLARATION OF NEERA SHETTY IN SUPPORT OF
PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING RE: DKT. 176
Case No. 5:22-cv-04486-BLF

2055158

I, Neera Shetty, declare as follows:

1.      I am duly licensed to practice law in the State of Florida and am Deputy General Counsel of  PGA TOUR, INC. ("the TOUR"), defendant and counterclaimant in the above-captioned matter.  I submit this declaration in support of the TOUR's statement in support of sealing ("Sealing Statement") in connection with the Joint Statement Regarding Plaintiff's Interrogatories previously filed at Dkt. No. 176 ("Joint Discovery Statement") and Exhibits A, B and C to the Joint Discovery Statement ("Exhibit A," "Exhibit B," and "Exhibit C" respectively). I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2.      The portions of the Joint Discovery Statement sought to be sealed at 1:20-21, 2:10-11 and 2:22-24 directly quote from and characterize competitively sensitive communications between senior TOUR executives and another golf tour and vendor. The other golf tour and vendor are not parties to this case and had an expectation of confidentiality and privacy in their communications with the TOUR. The communications also reveal sensitive commercial information regarding the TOUR's business and relationships. Unsealing of these communications will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

3.      Exhibit A to the Joint Discovery Statement is LIV's Third Set of Interrogatories directed to the TOUR.  Those interrogatories refer to or contain competitively sensitive TOUR information related to internal TOUR operations and corporate decision-making, including relationships with players, sponsors, and other golf tours, as well as media strategy. Unsealing of this information will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

4.      Exhibit B is a copy of the TOUR's responses and objections to LIV's Third Set of Interrogatories Directed to the TOUR.  These responses and objections likewise contain competitively sensitive TOUR information related internal TOUR operations and corporate decision-making, including relationships with players, sponsors, and other golf tours, as well as media strategy. Unsealing of this communication will result in competitive harm to the TOUR as

1

DECLARATION OF NEERA SHETTY IN SUPPORT OF
PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING RE: DKT. 176
Case No. 5:22-cv-04486-BLF

2055158

well as damage to the TOUR's business relationships. They also contain characterizations of Plaintiffs' confidential information designated under the Protective Order.

5.     The portions of Exhibit C sought to be sealed on pages 6, 7, and 8 are portions of a joint chart submitted in connection with a discovery dispute regarding the TOUR's responses to LIV's Third Set of Interrogatories.  This summary chart also contains competitively sensitive TOUR information related to internal TOUR operations and corporate decision-making, including relationships with players, sponsors, and other golf tours, as well as media strategy. Unsealing of this communication will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 10, 2023 in Ponte Vedra, Florida.

*/s/ Neera Shetty*
NEERA SHETTY

2055158

## <u>CERTIFICATE OF CONCURRENCE</u>

In accordance with Local Rule 5-1(i)(3), PGA Tour, Inc.'s undersigned counsel, Elliot R. Peters hereby attests that Neera Shetty has assented to the affixation of their signature to this Declaration and concurs in the filing of this document.


Dated:  February 10, 2023


By: */s/ Elliot R. Peters*
ELLIOT R. PETERS

2055158