KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:      212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:      312 407 0411

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counter-Defendant. | Case No. 5:22-CV-04486-BLF <br><br> **[PROPOSED] ORDER TO PGA TOUR'S STATEMENT IN SUPPORT OF SEALING REGARDING LIV GOLF, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 176** <br><br> Judge:      Hon. Susan van Keulen <br><br> Date Filed:   August 3, 2022 <br><br> Trial Date:   January 8, 2024 |

[PROPOSED] ORDER TO PGA TOUR'S STATEMENT IN SUPPORT OF SEALING REGARDING LIV GOLF, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 176
Case No. 5:22-CV-04486-BLF

2044342.v2

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The following documents will remain sealed, as follows:

| Document | Text to be Sealed | Basis for Sealing |
| --- | --- | --- |
| Joint Statement | Highlighted portion at Page 1, Lines 20-21 | Directly quotes and characterizes a competitively sensitive internal communication regarding the TOUR's corporate decision-making process with another golf tour and vendor that would cause competitive harm if disclosed |
| Joint Statement | Highlighted portion at Page 2, Lines 10-11, Lines 22-24 | Directly quotes and characterizes a competitively sensitive internal communication regarding the TOUR's corporate decision-making process with another golf tour and vendor that would cause competitive harm if disclosed. |
| Exhibit A to Joint Statement | Entire Document | Contains confidential information of the TOUR regarding its internal decision-making process, including relationships with players, sponsors, and other golf tours, as well as media strategy that would cause competitive harm if disclosed. |
| Exhibit B to Joint Statement | Entire Document | Contains confidential information of the TOUR regarding its internal decision-making process, including relationships with players, sponsors, and other golf tours, as well as media strategy that would cause competitive harm if disclosed.  Also contains characterizations of Plaintiffs' confidential information designated under the Protective Order in this case. |
| Exhibit C to Joint Statement | Highlighted portions on pages 6, 7, and 8 | Contains confidential information of the TOUR regarding its internal decision-making process, including relationships with players, sponsors, and other golf tours, as well as media strategy that would cause competitive harm if disclosed. |

1

[PROPOSED] ORDER TO PGA TOUR'S STATEMENT IN SUPPORT OF SEALING REGARDING LIV GOLF, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 176
Case No. 5:22-CV-04486-BLF

2044342.v2

**IT IS SO ORDERED.**

DATED: _____    _____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER TO PGA TOUR'S STATEMENT IN SUPPORT OF SEALING REGARDING LIV GOLF, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 176
Case No. 5:22-CV-04486-BLF

2044342.v2