KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>LIV GOLF, INC.,<br><br>Counter-Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING RE: DKT. 215**<br><br>Judge:     Hon. Susan van Keulen<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA TOUR, INC.'S
STATEMENT IN SUPPORT OF SEALING RE: DKT. 215
Case No. 5:22-cv-04486-BLF

2062636

I, Neera Shetty, declare as follows:

1. I am duly licensed to practice law in the State of Florida and am Deputy General Counsel of PGA TOUR, INC. ("the TOUR"), defendant and counterclaimant in the above-captioned matter. I submit this declaration in support of the TOUR's statement in support of sealing ("Sealing Statement") in connection with the Joint Statement Regarding the TOUR's Objections to the Addition of Three Custodians previously filed at Dkt. No. 215 ("Joint Statement"). I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. The portions of the Joint Statement sought to be sealed at 1:14 characterize information from a TOUR executive's notes regarding competitively sensitive information related to internal TOUR operations, corporate decision-making, and strategy. Unsealing of this communication will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

3. The portions of the Joint Statement sought to be sealed at 1:16-21 directly quote and characterize competitively sensitive communications regarding the TOUR's business strategy. Unsealing of this communication will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

4. The portions of the Joint Statement sought to be sealed at 1:22-23, 1:27-2:2, and 2:11-12 directly quote and characterize competitively sensitive communications regarding the TOUR's corporate decision making and strategy. Unsealing of this communication will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

5. The portions of the Joint Statement sought to be sealed at 2:3-9 and 2:13-15 directly quote and characterize competitively sensitive communications between the TOUR and outside consultants who are not parties to this litigation. These consultants had an expectation of privacy and confidentiality when communicating with the TOUR. Unsealing of this communication will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

1
DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA TOUR, INC.'S
STATEMENT IN SUPPORT OF SEALING RE: DKT. 215
Case No. 5:22-cv-04486-BLF

2062636

6. The portions of the Joint Statement sought to be sealed at 2:16-17 and 2:25 directly quote and characterize competitively sensitive communications between TOUR executives related to internal TOUR operations, corporate decision-making, and strategy. Unsealing of these communications will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

7. The portions of the Joint Statement sought to be sealed at 2:18-23 directly quote and characterize communications between TOUR executives and other golf tours related to corporate decision-making and strategy. The other golf tours are not parties to this litigation and had an expectation of privacy and confidentiality when communicating with the TOUR. Unsealing of these communications will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 10, 2023 in Ponte Vedra, Florida.

/s/ Neera Shetty
NEERA SHETTY

**CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 5-1(i)(3), PGA Tour, Inc.'s undersigned counsel, Elliot R. Peters hereby attests that Neera Shetty has assented to the affixation of their signature to this Declaration and concurs in the filing of this document.

Dated: February 10, 2023

By<u>: /s/ Elliot R. Peters</u><br>ELLIOT R. PETERS

3
DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA TOUR, INC.'S
STATEMENT IN SUPPORT OF SEALING RE: DKT. 215
Case No. 5:22-cv-04486-BLF

2062636