KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:    212 735 3000
Facsimile:    212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:    312 407 0700
Facsimile:    312 407 0411

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MATT JONES; BRYSON DECHAMBEAU;
PETER UIHLEIN; and LIV GOLF, INC.,

          Plaintiffs,

     v.

PGA TOUR, INC.,

          Defendant.

PGA TOUR, INC.,

          Counter-Claimant,

     v.

LIV GOLF, INC.,

          Counter-Defendant.

Case No. 5:22-CV-04486-BLF

**[PROPOSED] ORDER TO PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING REGARDING LIV GOLF, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 215**

Judge:     Hon. Susan van Keulen

Date Filed:     August 3, 2022

Trial Date:     January 8, 2024

[PROPOSED] ORDER TO PGA TOUR'S STATEMENT IN SUPPORT OF SEALING REGARDING LIV GOLF, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 215
Case No. 5:22-CV-04486-BLF

2044343.v2

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The following documents will remain sealed, as follows:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Statement | Highlighted portion at Page 1, Line 14 | Characterizes information from a TOUR executive's notes regarding the TOUR's corporate decision-making process and strategy that would cause competitive harm if disclosed. |
| Joint Statement | Highlighted portions at Page 1, lines 16-21 | Characterizes and directly quotes from competitively sensitive communications regarding the TOUR's business strategies that would cause competitive harm if disclosed. |
| Joint Statement | Highlighted portions at Page 1, lines 22-23 <br><br> Highlighted portions at Pages 1 and 2, lines 27-2 <br><br> Highlighted portions at Page 2, lines 11-12 | Characterizes and directly quotes from communications regarding the TOUR's corporate decision-making process and business strategy that would cause competitive harm if disclosed. |
| Joint Statement | Highlighted portions at Page 2, lines 3-9 <br><br> Highlighted portions at Page 2, lines 13-15 | Characterizes and directly quotes from communications between the TOUR and outside consultants regarding the TOUR's corporate decision-making process and business strategy that would cause competitive harm if disclosed. |
| Joint Statement | Highlighted portions at Page 2, lines 16-17 <br><br> Highlighted portions at Page 2, line 25 | Characterizes and directly quotes from communications between TOUR executives regarding the TOUR's corporate decision-making process and business strategy that would cause competitive harm if disclosed. |
| Joint Statement | Highlighted portions at Page 2, lines 18-23 | Characterizes and directly quotes from communications between TOUR executives and other golf tours regarding the TOUR's corporate decision-making process and business strategy that would cause competitive harm if disclosed. |

**IT IS SO ORDERED.**

DATED: _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER TO PGA TOUR'S STATEMENT IN SUPPORT OF SEALING REGARDING LIV GOLF, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 215
Case No. 5:22-CV-04486-BLF

2044343.v2