| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>LIV GOLF, INC.,<br><br>Counter-Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING RE: DKT. 235**<br><br>Judge:        Hon. Susan van Keulen<br>Date Filed:  August 3, 2022<br>Trial Date:   January 8, 2024 |

I, Neera Shetty, declare as follows:

1. I am duly licensed to practice law in the State of Florida and am Deputy General Counsel of PGA TOUR, INC. ("the TOUR"), defendant and counterclaimant in the above-captioned matter. I submit this declaration in support of the TOUR's statement in support of sealing ("Sealing Statement") in connection with the Joint Statement Regarding Request for Production No. 8 of Subpoenas to Independent PGA TOUR Directors and Former PGA TOUR Commissioner Finchem previously filed at Dkt. No. 235 ("Joint Statement"). I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. The portions of the Joint Statement sought to be sealed at 2:21-3:10 quote directly from competitively sensitive communications between and among TOUR executives, outside consultants, and other golf tours regarding TOUR operations, corporate decision-making, and business strategy. The consultants and other golf tours are not parties to this litigation and had an expectation of privacy and confidentiality when communicating with the TOUR. Unsealing of these communications will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

3. The portions of the Joint Statement sought to be sealed at 3:21-23 quote directly from a confidential communication between a TOUR executive and a nonparty. The nonparty had an expectation of privacy and confidentiality when communicating with the TOUR executive, and the disclosure of this communication will result in an injury to the nonparty's legitimate privacy and confidentiality interests.

4. The portions of the Joint Statement sought to be sealed at 3:25-27 quote directly from competitively sensitive communications between and among TOUR executives regarding the TOUR's internal decision making process and business strategy, and confidential communications between TOUR executives and a nonparty. The nonparty had an expectation of privacy and confidentiality when communicating with the TOUR. The disclosure of these communications will result in competitive harm to the TOUR and injury to the nonparty's legitimate privacy and confidentiality interests.

1
DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA TOUR, INC.'S
STATEMENT IN SUPPORT OF SEALING RE: DKT. 235
Case No. 5:22-cv-04486-BLF

2068991

1      5.    The portions of the Joint Statement sought to be sealed at 4:3-10 directly quote from confidential communications between nonparties and TOUR employees. These nonparties had an expectation of privacy and confidentiality when communicating with the TOUR. Unsealing of these communications would cause an injury to these nonparties' legitimate privacy and confidentiality interests.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 10, 2023 in Ponte Vedra, Florida.

*/s/ Nera Shetty*
NEERA SHETTY

2
DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA TOUR, INC.'S
STATEMENT IN SUPPORT OF SEALING RE: DKT. 235
Case No. 5:22-cv-04486-BLF

2068991

**CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 5-1(i)(3), PGA Tour, Inc.'s undersigned counsel, Elliot R. Peters hereby attests that Neera Shetty has assented to the affixation of their signature to this Declaration and concurs in the filing of this document.

Dated:  February 10, 2023

By*: /s/ Elliot R. Peters*
ELLIOT R. PETERS

3
DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA TOUR, INC.'S
STATEMENT IN SUPPORT OF SEALING RE: DKT. 235
Case No. 5:22-cv-04486-BLF

2068991