| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | MATTHEW M. MARTINO - (*pro hac vice*) |
| alauridsen@keker.com | matthew.martino@skadden.com |
| NICHOLAS S. GOLDBERG - # 273614 | One Manhattan West |
| ngoldberg@keker.com | New York, NY 10001 |
| SOPHIE HOOD - # 295881 | Telephone: 212 735 3000 |
| shood@keker.com | Facsimile: 212 735 2000 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Telephone: 415 391 5400 | PATRICK FITZGERALD - (*pro hac vice*) |
| Facsimile: 415 397 7188 | patrick.fitzgerald@skadden.com |
| | 155 North Wacker Drive |
| | Chicago, Il 60606 |
| | Telephone: 312 407 0700 |
| | Facsimile: 312 407 0411 |

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counter-Defendant. | Case No. 5:22-CV-04486-BLF <br><br> **[PROPOSED] ORDER TO PGA TOUR'S STATEMENT IN SUPPORT OF SEALING REGARDING LIV GOLF, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 235** <br><br> Judge: Hon. Susan van Keulen <br><br> Date Filed: August 3, 2022 <br><br> Trial Date: January 8, 2024 |

[PROPOSED] ORDER TO PGA TOUR'S STATEMENT IN SUPPORT OF SEALING REGARDING LIV GOLF, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 235
CASE NO. 5:22-CV-04486-BLF

2044344.v1

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The following documents will remain sealed, as follows:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Statement | Highlighted portions at Page 2 and 3, lines 21-10 | Contains direct quotations of confidential communications among TOUR executives and between TOUR executives, outside consultants, and other golf tours regarding its internal decision-making process and business strategy that would cause competitive harm if publicly disclosed. |
| Joint Statement | Highlighted portion at Page 3, lines 21-23 | Contains direct quotation of a confidential communication between a TOUR executive and a nonparty that would injure their privacy interest and would interfere with their expectations of confidentiality if disclosed. |
| Joint Statement | Highlighted portion at Page 3, lines 25-27 | Contains a direct quotation of a confidential communication between a TOUR executive and a nonparty that would injure their privacy interest and interfere with their expectations of confidentiality if disclosed.<br><br>Contains direct quotations of confidential communications among TOUR executives regarding its internal decision-making process and business strategy that would cause competitive harm if publicly disclosed. |
| Joint Statement | Highlighted portion at Page 4, lines 3-10 | Contains direct quotations from confidential communications between non parties and TOUR employees that would injury their privacy interests and expectations of confidentiality if disclosed. |

**IT IS SO ORDERED.**

DATED: _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

1
[PROPOSED] ORDER TO PGA TOUR'S STATEMENT IN SUPPORT OF SEALING REGARDING LIV GOLF, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 235
Case No. 5:22-CV-04486-BLF

2044344.v1