IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>  Plaintiffs, <br><br>   v. <br><br> PGA TOUR, INC., <br><br>  Defendant and Counter-Plaintiff, <br><br>   v. <br><br> LIV GOLF INC., <br><br>  Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER SEALING PORTIONS OF JOINT STATEMENT REGARDING REQUEST FOR CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 79-5, defendant PGA Tour, Inc. filed an administrative motion to consider whether another party's material should remain sealed. Dkt. No. 254. Plaintiff LIV Golf, Inc. ("LIV") filed a Statement and Declaration in Support of Sealing.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| ECF or Ex. No. Document | Document | Potion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| ECF 254-1 | Joint Request for a Case Management Conference | Highlighted portions at lines 6:10-19 | Contains confidential information about LIV's Shareholder Agreement setting out its relationship with its investors, including investor rights, disclosure of which would prejudice LIV's ability to obtain outside funding, pursue a franchise model in the future, and obtain future business.<br><br>Contains confidential information regarding participation of LIV's investors in LIV's internal decision-making, disclosure of which would harm LIV by allowing competitors to exploit the information, deterring potential business partners, and reducing opportunities for outside funding. |

IT IS SO ORDERED.

DATED _____

_____
BETH LABSON FREEMAN
United States District Court Judge