JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
  LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Non-Parties Public Investment Fund
  of the Kingdom of Saudi Arabia And His
  Excellency Yasir O. Al-Rumayyan.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF<br><br>**DECLARATION OF KEVIN TERUYA IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT RE OBJECTIONS TO MAGISTRATE JUDGE ORDER** |

I, Kevin Teruya, hereby declare and state:

1. I am an attorney duly licensed to practice law before the courts of the State of California. I am a partner in the law firm Quinn Emanuel Urquhart & Sullivan, LLP, and one of the attorneys representing non-parties the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Al-Rumayyan ("HE"). Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. On February 14, 2023, counsel for PIF and HE contacted counsel for the Tour asking if they are willing to stipulate to increase the page limit for objections to the Magistrate Judge's February 9, 2023 Order (Dkt. No. 265) to 25 pages pursuant to Civil Local Rule 7-11(a). On the same day, counsel for the Tour responded that the Tour does not agree to stipulate to an increase in the page limit because the matters "have already been extensively briefed," citing Civil Local Rule 72-2(b).

3. Civil Local Rule 72-2(b) applies to motions for relief from a nondispositive pretrial order of the Magistrate Judge. PIF and HE intend to argue that the dispositive matter standard under Civil Local Rule 72(3) applies and that the legal issues in the Magistrate Judge Order's should be reviewed *de novo* regardless. The legal objections that PIF and HE intend to present cannot be fully addressed in five pages under Civil Local Rule 72-2(b) or ten pages under the Court's standing order.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 15, 2023.

/s/   Kevin Teruya
Kevin Teruya