IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT RE OBJECTIONS TO MAGISTRATE JUDGE ORDER** |

Before the Court is non-parties the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's administrative motion to increase the page limit for their objections to the Magistrate Judge's February 9, 2023 Order (Dkt. 265) to 25 pages. For good cause shown, the administrative motion to increase the page limit is GRANTED, and the non-parties may file objections to the Order up to 25 pages.

IT IS SO ORDERED.

DATED _____          _____
                                      BETH LABSON FREEMAN
                                      United States District Court Judge