KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>LIV GOLF, INC.,<br><br>Counter-Defendant. | Case No. 5:22-CV-04486-BLF<br><br>**DEFENDANT & COUNTERCLAIMANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT DISCOVERY STATEMENT**<br><br>Dept.:     Courtroom 6, 4th Floor<br>Judge:     Hon. Susan van Keulen<br><br>Date Filed:     August 3, 2022<br><br>Trial Date:     January 8, 2024 |

DEFENDANT & COUNTERCLAIMANT PGA TOUR, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT DISCOVERY STATEMENT
Case No. 5:22-CV-04486-BLF

2090544

I.      INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5(c) and the Protective Order entered by this Court, Dkt. 111, Defendant/Counterclaimant PGA TOUR, Inc. ("the TOUR") respectfully submits this Administrative Motion to File Under Seal certain redacted portions of the contemporaneously filed joint discovery statement regarding the scope of appropriate redactions to text messages (the "Joint Discovery Statement").

The information the TOUR seeks to redact in its Motion to Seal pursuant to Local Rule 79-5 reflects sensitive communications between TOUR employees and a retained third party consultant who is not a party to this case. These documents have been designated as protected material under the terms of the parties' stipulated Protective Order. The disclosure of this information could result in significant harm to the TOUR and would violate the consultant's reasonable expectation of privacy and confidentiality. Specifically, the information subject to this Administrative Motion includes:

| Document | Portions of Document to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Discovery Statement | 10:17-21 | Competitively sensitive communications with non-party consultant who possessed reasonable expectation of privacy and confidentiality while communicating with the TOUR. *See* Shetty Decl. ¶¶ 2-4. |

A highlighted, unredacted version of the Joint Statement is attached to this Administrative Motion.

II.     DISCUSSION

Where a party seeks to restrict access to discovery materials attached to non-dispositive motions, the less-stringent "good cause" standard applies to requests for sealing. *See Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

Here, there is good cause for filing the material related to the parties' Joint Discovery

1
DEFENDANT & COUNTERCLAIMANT PGA TOUR, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT DISCOVERY STATEMENT
Case No. 5:22-CV-04486-BLF

2090544

Statement under seal. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) (stating that "sources of business information that might harm a litigant's competitive standing" properly may be sealed); *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) ("The law . . . gives district courts broad latitude to grant protective orders to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information.").

The information that the TOUR seeks to seal in the Joint Discovery Statement directly quotes from and characterizes correspondence produced by the TOUR in this litigation. The correspondence includes commercially sensitive communications between TOUR employees and a non-party consultant. *See* Shetty Decl. in Support of Mot. to Seal, ¶ 2. The consultant had a reasonable expectation of privacy and confidentiality when communicating with TOUR officials. *See id.* ¶ 3. Unsealing this information could harm the TOUR's business relationships and impair the consultant's reasonable expectation of privacy and confidentiality. *See id.* ¶ 4.

The narrowly tailored redactions in the TOUR's requested sealing serve to protect the TOUR's sensitive business information and the privacy interests of a non-party to this litigation. The TOUR's and the non-party consultant's legitimate privacy interest in this information outweighs the presumption of public access in this instance. *See, e.g.*, *In re Incretin-Based Therapies Prod. Liab. Litig.*, No. 13MD2452 AJB (MDD), 2021 WL 873290, at *2 (S.D. Cal. Mar. 9, 2021) (sealing internal "confidential regulatory strategies and communications" in case involving "avid competitors").

For the foregoing reasons, the TOUR requests that the Court seal the highlighted portions of the Joint Discovery Statement indicated above. If the Court deems the TOUR's bases for sealing insufficient, the TOUR respectfully requests that it be permitted to file a further statement and/or declaration supporting filing under seal prior to any of the requested sealing materials being made public.

2
DEFENDANT & COUNTERCLAIMANT PGA TOUR, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT DISCOVERY STATEMENT
Case No. 5:22-CV-04486-BLF

2090544

| | | |
|---|---|---|
| Dated: February 15, 2023 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Nicholas S. Goldberg* |
| | | ELLIOT R. PETERS |
| | | DAVID SILBERT |
| | | R. ADAM LAURIDSEN |
| | | NICHOLAS S. GOLDBERG |
| | | SOPHIE HOOD |
| | | |
| | | Attorneys for Defendant and Cross-Claimant |
| | | PGA TOUR, INC. |
| | | |
| | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | | |
| | | ANTHONY J. DREYER |
| | | PATRICK FITZGERALD |
| | | KAREN M. LENT |
| | | MATTHEW M. MARTINO |
| | | |
| | | Attorneys for Defendant and Cross-Claimant |
| | | PGA TOUR, INC. |

3
DEFENDANT & COUNTERCLAIMANT PGA TOUR, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT DISCOVERY STATEMENT
Case No. 5:22-CV-04486-BLF

2090544