| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>    Defendant.<br><br>PGA TOUR, INC.,<br><br>    Counter-Claimant,<br><br>    v.<br><br>LIV GOLF, INC.,<br><br>    Counter-Defendant. | Case No. 5:22-CV-04486-BLF<br><br>**DECLARATION OF NEERA SHETTY IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT DISCOVERY STATEMENT**<br><br>Dept.:         Courtroom 6, 4th Floor<br>Judge:        Hon. Susan van Keulen<br><br>Date Filed:   August 3, 2022<br><br>Trial Date:   January 8, 2024 |

DECLARATION OF NEERA SHETTY IN SUPPORT OF DEFENDANT'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT DISCOVERY STATEMENT
Case No. 5:22-CV-04486-BLF

2090571

I, Neera Shetty, declare as follows:

1. I am duly licensed to practice law in the State of Florida and am Deputy General Counsel of PGA TOUR, INC. ("the TOUR"), Defendant and Counterclaimant in the above-captioned matter. I submit this declaration in support of the TOUR's Administrative Motion to File Under Seal submitted in connection with the parties' Joint Discovery Statement regarding the appropriate scope of redactions for text messages (the "Joint Discovery Statement"). I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. The portions of the Joint Discovery Statement sought to be sealed at 10:17-21 quote directly from and characterize competitively sensitive communications between senior TOUR executives and a non-party consultant.

3. The non-party consultant had a reasonable expectation of privacy and confidentiality in its communications with the TOUR.

4. Disclosure of the materials sought to be sealed will cause harm to the TOUR's business relationships and work an injury on the non-party consultant's reasonable expectation of privacy and confidentiality.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 15, 2023 in Ponte Vedra, Florida.

*/s/ Neera Shetty*
NEERA SHETTY

1
DECLARATION OF NEERA SHETTY IN SUPPORT OF DEFENDANT'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT DISCOVERY STATEMENT
Case No. 5:22-CV-04486-BLF

2090571

**CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 5-1(i)(3), PGA Tour, Inc.'s undersigned counsel, Elliot R. Peters hereby attests that Neera Shetty has assented to the affixation of their signature to this Declaration and concurs in the filing of this document.

Dated:  February 15, 2023

                                                       By: */s/ Nicholas S. Goldberg*
                                                             NICHOLAS S. GOLDBERG