KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:      212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:      312 407 0411

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>LIV GOLF, INC.,<br><br>Counter-Defendant. | Case No. 5:22-CV-04486-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT & COUNTERCLAIMANT PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT DISCOVERY STATEMENT**<br><br>Dept.:          Courtroom 6, 4th Floor<br>Judge:         Hon. Susan van Keulen<br><br>Date Filed:   August 3, 2022<br><br>Trial Date:    January 8, 2024 |

[PROPOSED] ORDER GRANTING DEFENDANT & COUNTERCLAIMANT PGA TOUR, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT DISCOVERY STATEMENT
Case No. 5:22-CV-04486-BLF

2090585

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The following documents will remain sealed, as follows:

| Document | Portions of Document to be Sealed | Basis for Sealing |
|---|---|---|
| Joint Discovery Statement | 10:17-21 | Competitively sensitive communications with non-party consultant who possessed reasonable expectation of privacy and confidentiality while communicating with the TOUR. *See* Shetty Decl. ¶¶ 2-4. |

**IT IS SO ORDERED.**

DATED: _____          _____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT & COUNTERCLAIMANT PGA TOUR, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE: JOINT DISCOVERY STATEMENT
Case No. 5:22-CV-04486-BLF

2090585