KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | Case No. 5:22-CV-04486-BLF <br><br> **[PROPOSED] ORDER RE: JOINT DISCOVERY STATEMENT ON TEXT MESSAGE REDACTIONS** <br><br> Dept.:          Courtroom 6, 4th Floor <br> Judge:          Hon. Susan van Keulen |
| PGA TOUR, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counter-Defendant. | Date Filed:     August 3, 2022 <br><br> Trial Date:     January 8, 2024 |

Having reviewed the parties' Joint Discovery Statement regarding the appropriate scope of text message production, the Court hereby ORDERS as follows:

1.   As agreed by the parties, each party shall produce all non-privileged text messages, WhatsApp chats, Signal messages, and other device-level communications (collectively, "mobile messages") sent or received within forty-eight hours of a responsive mobile message hitting on the agreed-upon search terms (each a "contextual mobile message");

2.   As agreed by the parties, no party shall completely withhold any contextual mobile message from production; information withheld from contextual mobile messages must be visibly redacted; and

3.   The scope of permissible redactions to contextual mobile messages is limited to the following categories of information:

      i)   Social security numbers and taxpayer identification numbers;

      ii)   Financial account numbers;

      iii)   The street and number of home addresses;

      iv)   Unique identifying numbers, such as passport or drivers' license numbers;

      v)   Protected health information, including medical records, medical billing and payment records, insurance information, clinical laboratory test results, medical images, such as X-rays, wellness and disease management program files, and clinical case notes; and

      vi)   The names of minor children.

**IT IS SO ORDERED.**

DATED: _____       _____
                                        HON. SUSAN VAN KEULEN
                                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE: JOINT DISCOVERY STATEMENT ON TEXT MESSAGE REDACTIONS
Case No. 5:22-CV-04486-BLF

2090587