| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:   212 735 3000<br>Facsimile:    212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:   312 407 0700<br>Facsimile:    312 407 0411 |

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>           Plaintiffs,<br><br>     v.<br><br>PGA TOUR, INC.,<br><br>           Defendant.<br><br>PGA TOUR, INC.,<br><br>           Counter-Claimant,<br><br>     v.<br><br>LIV GOLF, INC.,<br><br>           Counter-Defendant. | Case No. 5:22-CV-04486-BLF (SVK)<br><br>**PGA TOUR, INC.'S [PROPOSED] ORDER RE: JOINT STATEMENT REGARDING SEALING PORTIONS OF ORDER AT DKT. NO. 265**<br><br>Judge:          Hon. Susan van Keulen<br><br>Date Filed:   August 3, 2022<br><br>Trial Date:    January 8, 2024 |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS IN PART and DENIES IN PART the Administrative Motion to Seal and Joint Statement Regarding Sealing Portions of the Order at Dkt. No. 265 filed by Plaintiff LIV Golf, Inc. and Defendant and Counterclaimant PGA TOUR, INC. (the "TOUR"). The following portions of the Order at Dkt. No. 265 will remain sealed:

| Document | Proposed Text to be Sealed | Basis for Sealing |
|---|---|---|
| Dkt. 265 Order | Lines 15:11-16:2 and 36:21-24 | Contains confidential material about LIV's communications with third parties, the unsealing of which may result in competitive harm to LIV. |

All other portions of the Order at Dkt. 265 will be unsealed, as LIV's additional proposed redactions do not overcome the presumption of public access that applies to judicial opinions.

**IT IS SO ORDERED**.

Dated: _____

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE