IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant and Counter-Plaintiff,<br><br>v.<br><br>LIV GOLF INC.,<br><br>Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME OF TIME RELATING TO OBJECTIONS TO MAGISTRATE JUDGE ORDER** |

Before the Court is the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's *Ex Parte* Motion for First Extension of Time Relating to Objections to Magistrate Judge Order requesting to extend the time for the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan to file their objections to the Magistrate Judge's February 9, 2023 Order (Dkt. 265).  For good cause shown, the motion is GRANTED, and the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan shall have until March 2, 2023, to file any objections to the Magistrate Judge's February 9, 2023 Order (Dkt. 265).

IT IS SO ORDERED.

DATED _____          _____
                                       BETH LABSON FREEMAN
                                       United States District Court Judge