JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Non-Parties Public Investment Fund of the Kingdom of Saudi Arabia And His Excellency Yasir O. Al-Rumayyan.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> PGA TOUR, INC., <br><br>  Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF <br><br> **DECLARATION OF KEVIN TERUYA IN SUPPORT OF *EX PARTE* MOTION FOR FIRST EXTENSION OF TIME RELATING TO OBJECTIONS TO MAGISTRATE JUDGE ORDER** |

I, Kevin Teruya, hereby declare and state:

1. I am an attorney duly licensed to practice law before the courts of the State of California. I am a partner in the law firm Quinn Emanuel Urquhart & Sullivan, LLP, and one of the attorneys representing non-parties the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Al-Rumayyan ("HE"). Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. Last night, the Court granted the Tour permission to file an Amended Counterclaim naming PIF and HE as defendants. If such a counterclaim is filed and served as required under 28 USC 1608(b), PIF and HE will consider with counsel what appropriate action to take, including whether to move to dismiss.

3. Counsel is assessing, with the PIF and HE, the impact of the Court's order permitting such amendment on its forthcoming Rule 72 objections and requests additional time to do so with our clients. The Order's analysis rests in part on the original counterclaim.

4. PIF and HE informed the Tour that it "will seek an extension from the Court to file objections to the Magistrate Judge's order regarding discovery from these entities (Dkt. No. 265)," and that "[a]n extension will allow the parties to consider these developments and to seek guidance from the Court at the February 24, 2023 case management conference." PIF and HE then requested that the Tour stipulate to a seven-day extension. The Tour declined to do so.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 22, 2023.

/s/ _Kevin Teruya_____
Kevin Teruya