UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MATT JONES, et al.,

        Plaintiffs,

v.

PGA TOUR, INC.,

        Defendant.

Case No. 22-cv-04486-BLF

**ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS REGARDING OBJECTIONS TO MAGISTRATE JUDGE ORDER**

[Re: ECF No. 273]

      Nonparties the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE") request leave to increase the page limit for objections to the Magistrate Judge's February 9, 2023, Order (the "Order") to 25 pages.[1] ECF No. 273. No opposition to PIF and HE's motion has been filed.

      The Court has reviewed PIF and HE's administrative motion and finds good cause to increase the page limits for their forthcoming objections to the Order to **15 pages**. The Court is confident that PIF and HE will exhaustively brief virtually identical issues in an anticipated motion to dismiss the recently allowed amended counterclaim. Accordingly, the Court GRANTS the motion IN PART.

//

//

//

---

[1] The Court recently granted a motion to amend counterclaim submitted by Defendant-Counterclaimant PGA Tour, Inc. ("the TOUR"). ECF No. 238. The TOUR's amended counterclaim has not yet been filed, but it will add PIF and HE has counterdefendants in this matter.

1   **IT IS SO ORDERED.**

2   Dated:  February 22, 2023

3   _____
    BETH LABSON FREEMAN
4   United States District Judge