Minsuk Han (Bar Number 314035)
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Email: mhan@kellogghansen.com

*Counsel for The Kingdom of Saudi Arabia*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　Defendant and<br>　　　　Counter-Plaintiff.<br><br>　　v.<br><br>LIV GOLF INC.,<br>　　　　Counter-Defendant. | CASE NO.　　　5:22-cv-04486-BLF<br><br>**NOTICE OF APPEARANCE OF COUNSEL MINSUK HAN FOR NON-PARTY KINGDOM OF SAUDI ARABIA**<br><br>The Honorable Beth L. Freeman |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Minsuk Han of Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C. hereby enters his appearance as counsel of record for The Kingdom of Saudi Arabia in the above captioned case. Attorney Minsuk Han is a member of the State Bar of California and is admitted to practice in the Northern District of California. Mr. Han's address and telephone number are as provided in the captions above. Please serve said counsel with all pleadings and notices in this action.

Dated:  February 23, 2023

By:  /s/ Minsuk Han
Minsuk Han (Bar Number 314035)
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
Email: mhan@kellogghansen.com

*Counsel for The Kingdom of Saudi Arabia*