UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-04486-BLF<br><br>**ORDER REGARDING EX PARTE MOTION FOR FIRST EXTENSION OF TIME RELATING TO OBJECTIONS TO MAGISTRATE JUDGE ORDER**<br><br>[Re: ECF Nos. 281, 282] |

The Court will initially grant an extension until February 27, 2023 and will address a further extension of time at the case management conference scheduled for this **Friday, February 24, 2023**.

**IT IS SO ORDERED.**

Dated: February 23, 2023

_____
BETH LABSON FREEMAN
United States District Judge