| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | MATTHEW M. MARTINO - (*pro hac vice*) |
| alauridsen@keker.com | matthew.martino@skadden.com |
| NICHOLAS S. GOLDBERG - # 273614 | One Manhattan West |
| ngoldberg@keker.com | New York, NY 10001 |
| SOPHIE HOOD - # 295881 | Telephone:  212 735 3000 |
| shood@keker.com | Facsimile:  212 735 2000 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Telephone:  415 391 5400 | PATRICK FITZGERALD - (*pro hac vice*) |
| Facsimile:  415 397 7188 | patrick.fitzgerald@skadden.com |
| | 155 North Wacker Drive |
| | Chicago, Il 60606 |
| | Telephone:  312 407 0700 |
| | Facsimile:  312 407 0411 |

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> LIV GOLF, INC., <br><br> Counter-Defendant. | Case No. 5:22-CV-04486-BLF <br><br> **DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF PGA TOUR, INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** <br><br> Judge:       Hon. Beth Labson Freeman <br> Date Filed:  August 3, 2022 <br> Trial Date:  January 8, 2024 |

GOLDBERG DECL. ISO PGA TOUR, INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE
Case No. 5:22-CV-04486-BLF

2096480

I, Nicholas S. Goldberg, declare as follows:

1. I am duly licensed to practice law in the State of California and am a partner with the law firm of Keker, Van Nest & Peters LLP, counsel of record for the PGA TOUR, INC. ("the TOUR") in the above-captioned matter. I submit this declaration in support of the TOUR's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge. I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

1. Attached hereto as **Exhibit A** is a true and correct copy of a February 21, 2023, email from Kevin Teruya, counsel for the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan, to counsel for the TOUR.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 23, 2023, in San Francisco, California.

_____
NICHOLAS S. GOLDBERG

# EXHIBIT A

| | |
|---|---|
| **From:** | Kevin Teruya |
| **To:** | PGALIV; "dlpgaprj54@skadden.com" |
| **Cc:** | QE Golf Antitrust; Walters, Robert C.; "Brass, Rachel S."; Lipton, Joshua; Schwing, Austin; Falconer, Russ; "Hvidt, Scott K."; Dansey, Lauren; Lamm, Carolyn; Pham, Hansel; Pace, Jack; "Havlin, Kim"; Burke, Heather; Kownacki, Nicolle |
| **Subject:** | Place of Depositions and Reservation of Rights (Jones v. PGA Tour, Inc.) |
| **Date:** | Tuesday, February 21, 2023 4:07:05 PM |

**[EXTERNAL]**

Counsel,

In light of PIF's and HE's intended appeal of the magistrate judge's discovery order (Dkt. 265) on grounds of (among other things) sovereign immunity and international comity, PIF and HE should not need to state, before the appeal of the order is decided, whether they would request a change to the place of the depositions requested in the subpoenas emailed on February 16.  Nonetheless, while reserving all rights and objections to the subpoenas (including invalid service) and the order (including to object to and appeal from the order), PIF and HE state that they would request a change of the place of the depositions from New York to Riyadh (if the depositions were to proceed).  Dkt. No. 265 at 58.

Regards,

Kevin


**Kevin Teruya**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3226 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
kevinteruya@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.