| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | MATTHEW M. MARTINO - (*pro hac vice*) |
| alauridsen@keker.com | matthew.martino@skadden.com |
| NICHOLAS S. GOLDBERG - # 273614 | One Manhattan West |
| ngoldberg@keker.com | New York, NY 10001 |
| SOPHIE HOOD - # 295881 | Telephone: 212 735 3000 |
| shood@keker.com | Facsimile: 212 735 2000 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Telephone: 415 391 5400 | PATRICK FITZGERALD - (*pro hac vice*) |
| Facsimile: 415 397 7188 | patrick.fitzgerald@skadden.com |
| | 155 North Wacker Drive |
| | Chicago, Il 60606 |
| | Telephone: 312 407 0700 |
| | Facsimile: 312 407 0411 |

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PGA TOUR, INC., <br><br>Defendant. <br><br>PGA TOUR, INC., <br><br>Counter-Claimant, <br><br>v. <br><br>LIV GOLF, INC., <br><br>Counter-Defendant. | Case No. 5:22-CV-04486-BLF (SVK) <br><br>**[PROPOSED] ORDER GRANTING PGA TOUR INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** <br><br>Dept.: 3 <br>Judge: Hon. Beth Labson Freeman <br><br>Date Filed: August 3, 2022 <br><br>Trial Date: January 8, 2024 |

On February 23, 2023, Defendant and Counterclaimant the PGA TOUR Inc. ("the TOUR") moved for relief from a non-dispositive pretrial discovery order issued by Magistrate Judge van Keulen compelling discovery from the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan. Dkt. No. 265 (the "Order"). The Order granted PIF and Mr. Al-Rumayyan the option to designate Riyadh, Saudi Arabia, as the location for their depositions and place of compliance for document production. *See* Order at 2, 58. On February 21, 2023, counsel for PIF and Mr. Al-Rumayyan requested a "change of the place of the depositions from New York to Riyadh." The Court hereby **GRANTS** the TOUR's motion for relief and **ORDERS** that PIF and Mr. Al-Rumayyan produce responsive documents electronically and appear for depositions in New York City, San Francisco, or another mutually agreeable location in the United States.

**IT IS SO ORDERED**.

DATED: _____   _____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PGA TOUR INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE
PRETRIAL ORDER OF MAGISTRATE JUDGE
Case No. 5:22-CV-04486-BLF (SVK)

2092866