# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>           Defendant. | Case No. 22-cv-04486-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR APRIL 7, 2023, AT 1:00 PM** |

The Court hereby SETS a case management conference for **April 7, 2023, at 1:00 p.m.,** to be conducted by Zoom. The parties shall submit a joint case management statement of no more than 15 pages by March 31, 2023.

**IT IS SO ORDERED.**

Dated: February 24, 2023

_____
BETH LABSON FREEMAN
United States District Judge