UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>        Defendant. | Case No. 22-cv-04486-BLF<br><br>**ORDER REGARDING BRIEFING ON MOTIONS FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

As discussed at the case management conference held this morning, February 24, 2023:

1. Nonparties the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE") shall file their Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge by no later than February 28, 2023. Defendant PGA Tour, Inc. ("the TOUR") shall have until March 10, 2023, to file an opposition of no more than 15 pages to PIF and HE's forthcoming motion.

2. LIV, PIF, and HE shall have until March 10, 2023, to file a combined opposition of no more than 7 pages to the TOUR's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (ECF No. 288).

**IT IS SO ORDERED.**

Dated: February 24, 2023

                                                        BETH LABSON FREEMAN<br>
                                                        United States District Judge