KELLOGG, HANSEN, TODD, FIGEL &
   FREDERICK, P.L.L.C.
Minsuk Han (CA Bar No. 314035)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: +1 202 326 7900
E-mail:    mhan@kellogghansen.com

SQUIRE PATTON BOGGS (US) LLP
Mark C. Dosker (CA Bar No. 114789)
475 Sansome Street, 16th Floor
San Francisco, California 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887
E-mail:    mark.dosker@squirepb.com

Attorneys for Non-Party
THE KINGDOM OF SAUDI ARABIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>    Plaintiffs, <br><br>    v. <br><br>PGA TOUR, INC., <br><br>    Defendant and Counter-Plaintiff. <br><br>    v. <br><br>LIV GOLF, INC. <br><br>    Counter-Defendant. | Case No. 5:22-CV-04486-BLF <br><br>**NOTICE OF APPEARANCE OF MARK C. DOSKER, ATTORNEY FOR NON-PARTY THE KINGDOM OF SAUDI ARABIA** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Mark C. Dosker of Squire Patton Boggs (US) LLP hereby enters his appearance as attorney of record for Non-Party The Kingdom of Saudi Arabia in the above-captioned case. Mr. Dosker is a member of the State Bar of California and is admitted to practice in the Northern District of California. Mr. Dosker's address and telephone number are as provided in the caption above.

Dated:  February 27, 2023

SQUIRE PATTON BOGGS (US) LLP

By: _/s/ Mark C. Dosker_
Mark C. Dosker

Attorneys for Non-Party
THE KINGDOM OF SAUDI ARABIA