1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jones et al , <br><br>Plaintiff(s), <br><br>v. <br><br>PGA Tour, Inc , <br><br>Defendant(s). | Case No. 5:22-cv-04486-BLF <br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br>(CIVIL LOCAL RULE 11-3) |

I, Michael K. Kellogg, an active member in good standing of the bar of The District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Kingdom of Saudi Arabia in the above-entitled action. My local co-counsel in this case is Mark C. Dosker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 114789.

| | |
|---|---|
| Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C <br>1615 M St NW Suite 400 <br>Washington DC 20036 <br>MY ADDRESS OF RECORD | Squire Patton Boggs LLP <br>475 Sansome Street, 16th floor <br>San Francisco, CA 94111 <br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202-326-7900 <br>MY TELEPHONE # OF RECORD | 415-954-0210 <br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mkellogg@kellogghansen.com <br>MY EMAIL ADDRESS OF RECORD | mark.dosker@squirepb.com <br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 372049.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/27/2023

Michael K. Kellogg
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael K. Kellogg is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 28, 2023

UNITED STATES DISTRICT/MAGISTRATE JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Michael K Kellogg

was duly qualified and admitted on July 12, 1983 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February 26, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.