AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.<br><br>Plaintiffs,<br>v.<br>PGA TOUR, INC.,<br><br>Defendant.<br>_____<br>PGA TOUR, INC.,<br><br>Counter-Claimant,<br>v.<br>LIV GOLF, INC.; PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA; and YASIR OTHMAN AL-RUMAYYAN<br><br>Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 5:22-CV-04486-BLF (SVK) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Public Investment Fund of the Kingdom of Saudi Arabia
4044 Al Imam Saud Ibn Abdul Aziz Branch Road An Nakheel,
Riyadh 12382
Saudi Arabia

A lawsuit has been filed against you.

Within ~~21~~ **60** days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Elliot R. Peters
        Keker, Van Nest & Peters LLP
        633 Battery Street
        San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
                                                                                                                            *Signature of Clerk or Deputy Clerk*