UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jones et al                              ,

      Plaintiff(s),

    v.

PGA Tour, Inc                          ,

      Defendant(s).

Case No. 5:22-cv-04486-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrew C. Shen, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Kingdom of Saudi Arabia in the above-entitled action. My local co-counsel in this case is Mark C. Dosker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 114789.

Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M St NW Suite 400
Washington, DC 20036
MY ADDRESS OF RECORD

Squire Patton Boggs LLP
475 Sansome Street, 16th floor
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-326-7900
MY TELEPHONE # OF RECORD

415-954-0210
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ashen@kellogghansen.com
MY EMAIL ADDRESS OF RECORD

mark.dosker@squirepb.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 500071.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1        I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 2/28/2023                               Andrew C. Shen

5                                            APPLICANT

6

7

8   ORDER GRANTING APPLICATION

9   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of Andrew C. Shen is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17  _____

18  UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Andrew C Shen*

was duly qualified and admitted on September 15, 2006 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February 26, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

Issued By:

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*