# EXHIBIT 9

# TO ALARFAJ EXPERT OPINION

Public Investment Fund / Annual Report 2021

# Annual Report

## 2021

AlRaidah Digital City
PO Box 6847
Al-Nakheel
Riyadh 11452
Saudi Arabia

**www.pif.gov.sa**



The Custodian of the Two Holy Mosques

## KING SALMAN BIN ABDULAZIZ AL SAUD



His Royal Highness

## PRINCE MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD

Crown Prince
Prime Minister
Chairman of the Council of Economic and Development Affairs
Chairman of Public Investment Fund

"We are endeavoring to build a solid economy based on strong fundamentals that will diversify our sources of income and unlock growth in our reserves."

"The Public Investment Fund is evolving into a primary driver of Saudi economic growth. We have doubled its scope and we will continue with steady steps towards realizing its Vision 2030 objectives."

# OUR VISION TO BE A GLOBAL INVESTMENT

# POWER HOUSE

## AND THE WORLD'S MOST IMPACTFUL INVESTOR,

enabling the creation of new sectors and opportunities that will shape the future global economy, while driving the economic transformation of Saudi Arabia.



MEETING THE OBJECTIVES OF VISION 2030

| About PIF | 2 |
| --- | --- |
| At a Glance | 4 |
| Governor's Statement | 6 |
| Our History | 10 |
| 2021 A Year in Review | 14 |
| PIF Vision Realization Program | 16 |
| Success Stories | 18 |
| Portfolio Review | 26 |
| Performance Overview 2021 | 28 |
| Saudi Investment Pools | 32 |
| International Investment Pools | 52 |
| Treasury Pool | 54 |
| ESG Review | 56 |
| Investing in People, Technology & Relationships | 60 |

| Governance Review | 68 |
| --- | --- |
| Board of Directors and Board Committee Members | 70 |
| Governance at Board Level | 76 |
| Managing PIF's Investments | 78 |
| Executive Management | 81 |
| Organizational Structure | 82 |
| Governance and Oversight | 84 |
| Financial Results | 86 |



## ABOUT PIF

The Public Investment Fund (PIF) is one of the world's largest sovereign wealth funds, with assets under management of over SAR 1,980 Bn across the Kingdom of Saudi Arabia and around the world.

For over five decades, we have been spearheading the Kingdom's economic growth and leading, diversifying and pursuing long-term, opportunistic investments to build a world-class portfolio of over 130 companies, diversified across a wide range of industries and geographies.

## TODAY, AS A LEADING CATALYST OF

# VISION 2030

we create positive and sustainable impact through our strategy of expanding our portfolio of Saudi and international assets, investing in strategic sectors and markets, localizing cutting-edge technology, forming strategic partnerships, and launching initiatives to help create a brighter future for the world.

# AT A GLANCE

### Our Vision

To be a global investment powerhouse and the world's most impactful investor, enabling the creation of new sectors and opportunities that will shape the future of the global economy, while driving the economic transformation of Saudi Arabia.

### Our Mission

To actively invest over the long term to maximize sustainable returns, be the investment partner of choice for global opportunities, and enable the economic development and diversification of the Saudi economy.

## Key Facts About PIF

● Countries where PIF has investments and partnerships



### Our Offices

1 **Riyadh**
2 **Hong Kong**
3 **London**
4 **New York**

Assets under management

SAR **1,980** Bn

Total employees

**1,457**

Number of Giga-Projects

**4**

Jobs created in 2021*

**77,700**

* Direct, indirect and induced.

Companies established

**45**

### Strategic Sectors

| Strategic Sectors | *Exposure |
|---|---|
| Telecommunication, Media and Technology | 25.6% |
| Real Estate | 23.5% |
| Financial Services | 23.0% |
| Utilities and Renewables | 12.4% |
| Metals and Mining | 7.5% |
| Food and Agriculture | 2.6% |
| Entertainment, Leisure and Sports | 1.6% |
| Transport and Logistics | 1.4% |
| Construction, Building Components and Services | 0.8% |
| Healthcare | 0.6% |
| Consumer Goods and Retail | 0.3% |
| Aerospace and Defense | 0.3% |
| Automotive | 0.2% |

### Portfolio Performance Analytics



International Investments ■ Local Investments
■ Alternatives ■ Short Term Securities & Fixed Income ■ Equities

GOVERNOR'S STATEMENT

# BRINGING EXPERIENCE AND EXPERTISE TOGETHER



"During 2021, the Fund succeeded in increasing its assets under management (AuM) by over 20% to almost SAR 1,980 Bn, the highest annual growth since the first PIF Program was launched, thereby powering the Fund to rank in the top global sovereign wealth funds by AuM."

PIF once again demonstrated its exceptional strength and resilience during 2021. The Fund successfully launched its five-year strategy, fostered a proactive investment approach to capitalize on emerging opportunities, locally and abroad and established an ESG roadmap towards a more sustainable future, as it overcame market challenges to accelerate growth of its asset base and fulfill its mandate for Saudi Arabia and its people.

By the grace of God and under the wise leadership of The Custodian of the Two Holy Mosques, King Salman bin Abdulaziz Al Saud, and His Royal Highness Prince Mohammed bin Salman Al Saud, Saudi Arabia has distinguished itself through the clarity of its vision and the strength of its resolve, as it emerges from the extraordinary challenges of the last two years with unprecedented momentum.

As a central force in driving the Kingdom's development and diversification, PIF takes great pride in faithfully fulfilling its critical mandate. This year, it not only successfully navigated changing market dynamics and volatility but also maintained a proactive approach to capitalize on the opportunities that presented themselves,

while laying the strategic foundation for the next phase of its journey towards the goals of Vision 2030 and beyond.

During 2021, the Fund succeeded in increasing its assets under management (AuM) by over 20% to almost SAR 1,980 Bn, the highest annual growth since the first PIF Program was launched, thereby powering the Fund to rank in the top global sovereign wealth funds by AuM. Its broader impact continued to expand within the Kingdom and across global markets as well, as it took several of its portfolio companies public, launched new strategic partnerships, created 12 new companies in Saudi Arabia's strategic sectors, and generated approximately 77,000 new jobs across the portfolio.

As we look towards the future, the PIF Program 2021-2025 will see the Fund striving to accelerate its impact across Saudi Arabia and around the world, as it seeks to capture these opportunities by leveraging the full force of its resources, capabilities and partnerships.

PIF aims to drive the private sector's growth, create new jobs and improve quality of life in the country. Beyond Saudi Arabia's borders, PIF will also continue to invest and grow, while executing its ESG Roadmap and strategy for responsible investing and sustainable impact, in full alignment with Vision 2030.

## A NEW PROGRAM FOR ACCELERATING IMPACT

Building on the considerable success in implementing PIF's strategy and exceeding the targets of its first PIF Program (2018-2020), the new PIF Program (2021-2025) was launched in January 2021. With a clear framework and ambitious targets, it sets out to solidify PIF's central role as a catalyst for achieving Vision 2030 objectives.

During this critical period, the Fund aims to increase its AuM to around SAR 4 Tn by the end of 2025, while progressively increasing its contribution to the Kingdom's non-oil GDP, spurring growth of strategic sectors and growing local content.



# GOVERNOR'S STATEMENT

## PROGRESSING TOWARDS A VISION

PIF's focus and determination during another year characterized by the unprecedented economic and social impact of COVID-19 has been rewarded. Through the multi-faceted impact on markets, industries and lives across the region and around the world, the Fund has emerged from the pandemic period stronger than ever.

Now firmly established among the world's most powerful and impactful investors, PIF delivered a strong financial and operational performance during 2021. The Fund continued to drive the diversification of the Saudi economy by investing in strategic sectors, creating new companies, and leading the way in economic and environmental sustainability.

Within the Kingdom, PIF implemented the historic merger that created the region's largest bank, SNB; drove successful initial and public offerings of ACWA Power, STC and Tadawul; and allocated capital to several other strategic stakes, new companies and real estate developments.

In addition, the Fund's domestic investment pools grew significantly during the year, most notably the Saudi Sector Development pool.

Beyond Saudi Arabia's borders, PIF's International Strategic Investments and International Diversified Pools delivered several notable accomplishments, including completing the acquisition of Newcastle United Football Club and guiding Lucid Group to its successful Nasdaq IPO, while the Fund's International Capital Markets Program continued

to grow through opportunistic investments across diverse industries and geographies.

Overall, PIF's robust balance sheet and strong cash position provided the strength and confidence to move forward with purpose through this unprecedented period for the Fund and Saudi Arabia.

## A ROADMAP FOR SUSTAINABLE SUCCESS

PIF has stepped into a new era of sustainability, echoing and supporting the groundbreaking initiatives announced for the Kingdom. As a leading global investor, the Fund has the power and the duty to allocate capital in a responsible manner that maximizes impact beyond financial returns.

As such, the Fund is committed to integrating Environmental Social and Governance (ESG) factors into its decision-making and investment strategy, while measuring, monitoring, reporting and supporting corporate sustainability across its portfolio. During 2021, great progress was made in building the capabilities, frameworks, policies and partnerships that will fulfill these ambitions over the coming years.

As the Fund's staff grew to almost 1,500 people in 2021, PIF maintained focus on developing and engaging its talent, investing in a range of high-impact partnerships, including launching a landmark internship program for exceptional Saudi engineering graduates with Lucid Group. It must also be noted that the Fund's continued success and resilience, particularly through this complex and volatile period, are a testament to the world-class fundamentals of sound governance and

risk management at every level of its organization and operations. PIF's Center for Governance for its portfolio companies in Saudi Arabia continues to have a positive impact in this respect, and the Fund is committed to continuing to build capabilities and capacity in this critical area, in line with international standards and best practices globally.

## INVESTING FOR A BRIGHTER FUTURE

As we step out of the pandemic's shadow, I believe that the future has never been brighter for the Fund or the Kingdom.

While much has been achieved since the launch of the first PIF Program — raising AuM by over SAR 1.3 Tn, launching over 45 new companies and generating almost half a million new jobs for Saudis — the opportunities that lie ahead inspire even greater ambition, as the Fund strives to fulfill its core mandate of growing and diversifying the Kingdom's economy.

The outstanding progress and many achievements of this year are a direct outcome of the unwavering support of The Custodian of the Two Holy Mosques, King Salman bin Abdulaziz Al Saud, and the visionary leadership of our Chairman, His Royal Highness Prince Mohammed bin Salman Al Saud. I would also like to acknowledge the important contributions of our Board of Directors, Executive Management and every one of our employees, who have come together and worked with exceptional focus and commitment during this unusual period.

We are now ideally positioned for the next step that will see us achieve the full potential of the Fund to create unmatched value for the Kingdom and all our stakeholders.

**Yasir O. Al-Rumayyan**
Governor of Public Investment Fund





# OUR HISTORY

**Five Decades of Investment Excellence**

Since its establishment in 1971, PIF has played a central role in the development and diversification of the Saudi economy, while building a portfolio through strategic and sustainable investments – domestically and internationally – and launching over 45 companies in 13 strategic sectors.



# SAUDI VISION
# 2030

to lead the charge in building a national economic transformation for positive, sustainable change in Saudi Arabia.

## 1971

**PIF JOURNEY BEGINS**

PIF was established as part of the Ministry of Finance by virtue of Royal Decree No. M/24 dated 25/6/1391H.

## 2014

**SCOPE BROADENED**

PIF was granted the authority to establish new companies inside and outside the Kingdom without prior consent from the Council of Ministers.

## 2015

**CEDA OVERSIGHT**

The oversight of PIF was transferred from the Ministry of Finance to the Council of Economic and Development Affairs (CEDA).

## 2017

**PUBLIC INVESTMENT FUND PROGRAM ANNOUNCED (2018-2020)**

The PIF Program was launched to identify targets and initiatives through which PIF contributes to realizing Vision 2030.

## 2019

**NEW PIF LAW INTRODUCED**

A new law was introduced, granting PIF broader authority and power to achieve its objectives and carry out its functions and duties.

## 2021

**UPDATED PIF PROGRAM**

Building on the success of the first PIF Program 2018-2020, an updated business plan was approved to cover the period of 2021-2025, while maintaining alignment with the updated Vision 2030 plans and targets.

# A YEAR IN REVIEW

# 2021

The Public Investment Fund continued to build momentum and accelerate our strategic progress during 2021, a year of momentous achievements for the Fund both at home and abroad, as we established groundbreaking companies, forged exciting partnerships and invested for the future, in line with our new strategy and our mandate to drive the realization of Vision 2030.

## Q1

- PIF's new five-year strategy is launched, including its Vision Realization Program (VRP) 2021-2025.
- Cruise Saudi, which aims to establish and develop the cruise industry in Saudi Arabia, is established by PIF.
- Soudah Development Company (wholly owned by PIF) is established to invest over SAR 11 Bn in the development of the Asir region's tourism and entertainment sectors.
- The Saudi Agricultural and Livestock Investment Company (SALIC) comes under the ownership of PIF to support its strategy to develop the agricultural sector, and manages the Fund's stakes in Almarai, the National Agricultural Development Company (NADEC) and the Saudi Fisheries Company.



## Q2



- Sudair Solar PV, set to become one of the largest single-contracted solar PV plants in the world and the largest of its kind in Saudi Arabia, is launched by a PIF-backed consortium.
- Innovative Energy acquires 98.6% of ADES International, a leading oil and gas drilling and production services provider in the Middle East and North Africa.
- PIF partners with E1 Series to establish the world's first electric powerboat championship, set to debut in 2023.
- PIF announces a new organizational structure and appoints two deputy governors, Turki Alnowaiser, Head of International Investments division and Yazeed Alhumied, Head of MENA Investments division.

## Q3

- PIF acquires a 25% stake in Emaar The Economic City (EEC) to leverage synergies between PIF's ecosystem and EEC.
- Lucid Internship Program is launched to provide Saudi graduates an exceptional opportunity to learn from the best global talent in automotive engineering.




## Q4



- PIF-led investment group completes a 100% acquisition of Newcastle United, one of the most famous clubs in English football.
- THE RIG., the world's first immersive, multiple activity tourism destination derived from offshore oil platforms, is unveiled.



# PIF VISION REALIZATION PROGRAM

PIF plays a vital strategic role within the Kingdom's Vision 2030 to lead the charge in building a national economic transformation for positive, sustainable change in Saudi Arabia.

PIF supports the development of the local economy, endeavors to expand its portfolio of international assets, and aims to maximize sustainable returns for the national economy.

In 2021, PIF entered the second phase of strategic growth through the Vision Realization Program (VRP) 2021-2025.

## 4 Sources of Funding

- Capital injections from the government
- Government assets transferred to PIF
- Loans and debt instruments
- Retained earnings from investment

## 4 Direct Objectives

- Grow the assets of Public Investment Fund
- Unlock new sectors through Public Investment Fund
- Build strategic economic partnerships through Public Investment Fund
- Localize cutting-edge technology and knowledge through Public Investment Fund

## 8 Strategic Pillars

- Launch and grow domestic sectors
- Develop domestic real estate projects
- Develop Giga-Projects
- Grow and diversify PIF's assets internationally
- Support national development and act as an enabler of Vision 2030
- Exploit portfolio synergies and create strategic and operational value
- Diversify funding and strengthen PIF balance sheet
- Strengthen PIF as an institution

## Targets by 2025

**Assets under Management (AuM)**

SAR **4** Tn [1]

Baseline: SAR ~1.5 Tn in 2020

**New Local Investments**

SAR **150** Bn [1]

Annually

**Share of PIF Assets in New Sectors**

**21%** [1]

Baseline: 15% in 2020

**Share of PIF Assets in International Sectors**

**24%** [1]

Baseline: 30% in 2020

## Expected Impact

**Cumulative Non-oil GDP Contribution**

SAR **1.2** Tn [1]

**Job Creation**

**1.8** Mn [1]

Direct, indirect and induced jobs

**Contribution to Local Content**

**60%** [1]

(Including PIF and its portfolio companies)

**Cumulative Non-Governmental Investments**

SAR **1.2** Tn [1]

(Includes domestic and Foreign Direct Investment)

1 Expected impact is towards the beginning of 2021 to 2025

## 13 Strategic Sectors of Focus

                

Aerospace and Defense | Automotive | Transport and Logistics | Food and Agriculture | Building, Construction Materials and Services | Entertainment, Leisure, and Sports | Financial Services | Real Estate | Utilities and Renewables | Metals and Mining | Health Care | Consumer Goods and Retail | Telecom, Media, and Technology

## SUCCESS STORIES

# ACWA POWER: POWERING THE FUTURE OF SAUDI ARABIA AND BEYOND

Backed by PIF, ACWA Power has emerged as a champion for Saudi Arabia, as the Kingdom moves with urgency towards a greener, more responsible energy mix.

Since its founding nearly two decades ago, ACWA Power has grown into a leading developer, investor and operator of power generation and water desalination plants in 12 countries, driving the transition towards a cleaner, greener future by supplying power and water reliably, responsibly and at low cost.

PIF has been a supporter and investor in ACWA Power since 2018 and was behind the company's successful IPO on the Tadawul stock exchange in October, which raised SAR 4.5 Bn, the largest listing in the GCC in 2021 and the largest in Saudi Arabia since Aramco. With 44% owned by Public Investment Fund, ACWA Power sold 81.2 Mn shares at SAR 56 each, representing an 11.1 % stake in the company.

PIF has raised its stake several times over the years in recognition of the company's unique value proposition as a driver of the Fund's strategic focus on energy.





Raised in IPO
on Tadawul

SAR 4.5 Bn

Case 5:22-cv-04486-BLF   Document 395-5   Filed 02/28/23   Page 14 of 87

## SUCCESS STORIES

# LUCID GROUP: ACCELERATING TOWARDS A NEW ERA OF ELECTRIC VEHICLES

As the electric vehicle market continues to grow at a rapid pace, driven by technological advances and consumer demand for greener transportation, PIF-backed Lucid Group has been a rising star with grand ambitions to dominate the luxury segment of the market.

Founded in 2007 and headquartered in California, Lucid is an innovative American electric vehicle manufacturer, primed in 2021 to launch Lucid Air, the fastest-charging luxury electric car in the world, with incredible horsepower and an unrivaled range of up to 520 miles per charge.

PIF invested US$ 2.8 Bn in Lucid Group.



Raised in IPO
on Nasdaq

SAR 16.5 Bn

## SUCCESS STORIES

# SNB: BANKING ON THE SUCCESS OF SAUDI ARABIA'S LARGEST FINANCIAL INSTITUTION

With the region's largest economy and financial sector, Saudi Arabia needed a financial institution that reflected its stature and represented the Kingdom as the industry champion on the global stage. The Saudi National Bank (SNB) was created to fulfill that purpose.

Formed through the merger of National Commercial Bank (NCB) and Samba Financial Group in April 2021, SNB is the Kingdom's new flagship financial institution and largest bank in Saudi Arabia. With over SAR 914 Bn in total assets and more than SAR 12.7 Bn in net income in 2021, SNB accounts for approximately 25% of the country's retail and wholesale banking markets.

The merger between the two PIF-backed Saudi banks marks a new era for Saudi banking, creating a regional banking powerhouse with the scale and scope to unlock considerable value for shareholders, provide exceptional banking services for the people of Saudi Arabia, help local entrepreneurs capitalize on opportunities for domestic and international business growth, and support the realization of Vison 2030's goals.





Total Assets

SAR 914 Bn+

Case 5:22-cv-04486-BLF   Document 395-5   Filed 02/28/23   Page 16 of 87

SUCCESS STORIES

# STC: CONNECTING THE NATION, INNOVATING FOR THE FUTURE

As the largest telecommunications firm in Saudi Arabia and one of the region's most innovative companies, PIF-backed Saudi Telecom Company (STC) continuously seeks new opportunities to disrupt the status quo and break new ground in its sector and beyond.

STC's landmark SAR 12 Bn secondary public offering of 120 Mn PIF-owned shares was completed in December 2021.

Demonstrating the power of the STC brand and its unique investor proposition, the offering was oversubscribed by retail and institutional investors, while its novel structuring and execution are set to accelerate the development of the Saudi financial sector and attract new investors to the nation.

As STC's majority shareholder before and after the transaction, PIF has been a staunch supporter of STC's growth and maintains its long-term commitment to the company, as it continues to cement its leading role in shaping the future of Saudi Arabia's Information and Communication Technology sector.





Raised in Secondary Public Offering on Tadawul

SAR **12** Bn

# PORTFOLIO REVIEW

PIF Total Program Return

## 25%

## 2021 PERFORMANCE OVERVIEW

**As a leading global sovereign wealth fund and investor, the Public Investment Fund has built a diversified portfolio of investments, spread across a wide range of sectors, asset classes and geographies over the last five decades.**

**During 2021, PIF Total Program registered a 25% return, largely driven by our International Strategic Investments, Saudi Equity Holdings and Saudi Sector Development assets, while continuing to forge strong partnerships, invest for the future, and create sustainable value for all its stakeholders across the portfolio.**

PIF acts as the Kingdom's primary investment arm with a mandate to support the Kingdom's strategic diversification and growth. In close collaboration with top-tier global strategic partners and renowned investment managers, the Fund seeks to achieve attractive financial returns and generate long-term value for the Kingdom.

# PERFORMANCE OVERVIEW 2021

## GROSS ASSETS UNDER MANAGEMENT
### (All numbers are in Saudi Riyals)



SAR **1,980** Bn[1]
**2021**

SAR **1,544** Bn[1]
**2020**

SAR **1,208** Bn[1]
**2019**

SAR **971** Bn[1]
**2018**

"AuM" represents the total Fair Value of the Fund's assets including investment in subsidiaries, associates, Joint Venture and land bank. The "Fair Value" is the price that would be received to sell an asset in an orderly transaction between market participants at the relevant measurement date". The Fund follows the fair value definition principles as described in IFRS 13 "Fair Value Measurement' and the International Valuation Standards (IVS) as published by the International Valuation Standards Council (IVSC).

## 2021
### Total Shareholder  Return (%)[2]

## 25 %

[1] All numbers are rounded and there may be minor differences as a result.
[2] Total return reflects both realized and unrealized profits and losses resulting from the change in the market value of the invested capital and the net profits and distributions



# PERFORMANCE OVERVIEW 2021

**PIF's portfolio is divided into the following six investment pools, in addition to our International Capital Markets Program and Treasury Pool:**



**INTERNATIONAL DIVERSIFIED POOL**



**SAUDI REAL ESTATE & INFRASTRUCTURE DEVELOPMENT**



**INTERNATIONAL STRATEGIC INVESTMENTS**



**SAUDI SECTOR DEVELOPMENT**



**SAUDI GIGA-PROJECTS**



**SAUDI EQUITY HOLDINGS**

**In line with our new strategy and the ambitions of Vision 2030, investments are guided by the following principles:**

- Diversifying and enhancing wealth by investing across a balanced and broad portfolio to increase returns on investments.

- Transforming the domestic economy by providing cornerstone investments in projects and companies across four domestic investment pools.

- Being a global investment powerhouse by including some of the world's most innovative and transformational sectors and companies in PIF's international investment pools.



# SAUDI INVESTMENT POOLS



## SAUDI EQUITY HOLDINGS (SEH)

For many of Saudi Arabia's leading organizations, PIF is not only a strategic investor and stakeholder, but also a catalyst for positive change and the realization of Vision 2030. The Fund acts as a critical bridge between Saudi companies across a range of key sectors and the Kingdom's strategic priorities.

As a recognized national champion for established national businesses and up-and-coming organizations in strategic growth sectors, PIF has holdings in a portfolio of publicly listed and private sector companies, as well as investments in other local funds focused on equities listed on the Saudi Stock Exchange.

PIF's focus is to maximize the value of its assets in the SEH pool, acting as a growth driver and key enabler for companies to fulfill.





## SAUDI INVESTMENT POOLS
### SAUDI EQUITY HOLDINGS (SEH)





# SAUDI SECTOR DEVELOPMENT (SSD)

The Public Investment Fund was established to direct strategic capital into high-priority and high-potential sectors, fostering economic growth and diversification in the Saudi economy. Over the last five decades, we have had remarkable success in fulfilling this important function.

The focus for PIF's SSD investment pool is to establish and promote the growth of high priority sectors in the Saudi economy. Through direct and indirect investments in new and emerging sectors and companies in the Kingdom, we accelerate diversification and dynamism in the economy and unlock latent potential.

By powering the private sector to develop and strengthen these strategic sectors, we also aim to generate proprietary knowledge and technologies, and create employment opportunities for Saudi nationals and residents.

In addition, between 2017 and 2020, PIF was able to establish and invest in many companies to develop and support priority sectors.

Examples of companies PIF invested in:

    

Examples of companies that PIF established:

      

  

**SAUDI INVESTMENT POOLS**
SAUDI REAL ESTATE AND INFRASTRUCTURE DEVELOPMENT (SREID)



# SAUDI REAL ESTATE AND INFRASTRUCTURE DEVELOPMENT (SREID)

In line with the economic diversification, housing and quality of life goals of Vision 2030, the PIF Program plays a central role in allocating capital to develop real estate and critical infrastructure in Saudi Arabia. PIF continued to build value and make considerable progress across the SREID portfolio during 2021.

The SREID investment pool includes strategic real estate and infrastructure assets across Saudi Arabia. These investments and projects are designed to improve utilization and maximize land value, in addition to upgrading critical infrastructure to support economic development. PIF also creates urban structures in major cities, develop housing and tourism projects, and attract real estate companies and capital from local and foreign investors.

These real estate and infrastructure development projects cover all Saudi regions and are targeted at promoting sustainable commercial developments as well as investment opportunities. PIF will contribute to each region, benefitting the growth of the local economies, while supporting the Kingdom's communities and prosperity as a whole.

**SAUDI INVESTMENT POOLS**

# REAL ESTATE PROJECTS MAP





ABOUT PIF        **STRATEGIC REVIEW**        GOVERNANCE REVIEW

SAUDI GIGA-PROJECTS (SGP)



# SAUDI GIGA-PROJECTS (SGP)

**Saudi Arabia's Giga-Projects are differentiated by their unprecedented scale, scope and ambition, powering the Kingdom's strategic ambitions and country brand on the world stage. The PIF SGP portfolio continued its rapid growth and diversification trajectory during 2021, almost tripling in size and making significant strides across all four Giga-Projects.**

PIF's Saudi Giga-Projects investment pool is dedicated to funding and fostering the success of large-scale and complex Giga-Projects, designed to create new ecosystems and unlock new sectors in the Kingdom.

These projects each have the size and potential to significantly transform the Saudi economy and are heavily enabling and promoting technology and knowledge in Saudi Arabia.

There are currently four Giga-Projects in the Kingdom:






**SAUDI INVESTMENT POOLS**
SAUDI GIGA-PROJECTS (SGP)

# NEOM
Year launched: 2017

### Made to Change

Located near the Red Sea in northwest Saudi Arabia, NEOM, a name that means "new future," is being built to stimulate entrepreneurship and innovation. NEOM is an accelerator of human progress and a vision of what a New Future might look like.

NEOM will focus on the sectors of renewable energy, health and water to:
• Take advantage of the falling costs of generating clean, renewable energy.
• Push the boundaries of medical innovation to maximize healthy life expectancy.
• Be a regional powerhouse in water production and storage, and a center for excellence in global water technology.

Covering approximately 26,500 km$^2$ and offering an ideal climate, NEOM blends natural and developed landscapes. Its 450 km coastline extends from the Red Sea to the Gulf of Aqaba, with waters home to some of the richest coral in the world and exceptionally diverse marine life.

Powered by renewable energy, NEOM will be a destination and home for people who dream big and want to be part of building a new model for sustainable living, working and prospering. It puts nature ahead of development and will contribute to preserving 95% of NEOM's land.

In 2021, NEOM launched "THE LINE," a revolutionary urban living experience that puts humans first, providing an unprecedented urban living experience.



NEOM



**SAUDI INVESTMENT POOLS**
SAUDI GIGA-PROJECTS (SGP)

# QIDDIYA
Year launched: 2018

**The Capital of Entertainment, Sports, Arts and Culture**

Qiddiya will be a disruptive destination as the home of the most innovative and immersive experiences. Its wide range of offerings will be based on five cornerstones: Sports & Wellness; Nature & Environment; Parks & Attractions; Motion & Mobility; and Arts & Culture, making Qiddiya the capital of entertainment, sports and the arts — not just in Saudi Arabia, but in the world.

It will include family-friendly theme parks, sports arenas suitable for international competitions, academies for sports and the arts, concert and entertainment venues, racetracks for motorsport enthusiasts as well as outdoor and adventure activities. Qiddiya will also include a variety of real estate options and community services.

It will be a place where Saudi youth enjoy, appreciate, aspire, advance and nurture their potential; a place that unlocks opportunities and new professional pathways to help build a more prosperous and progressive society.

In December 2021, Qiddiya awarded a SAR 3.75 billion contract to Saudi Almabani General Contractors to build Six Flags Qiddiya, a key entertainment attraction.







**SAUDI INVESTMENT POOLS**
SAUDI GIGA-PROJECTS (SGP)

# THE RED SEA DEVELOPMENT COMPANY

Year launched: 2018

### The World's Most Ambitious Regenerative Tourism Project

The Red Sea Development Company was established to drive the development of The Red Sea Project, the world's most ambitious regenerative tourism program and luxury destination created around one of the world's hidden natural treasures.

Offering a diverse array of seamless personalized experiences, The Red Sea Project will encourage visitors to explore the wonders and rich cultural heritage of Saudi Arabia's Red Sea Coast. The site encompasses an archipelago of more than 90 pristine islands, miles of sweeping desert and dramatic mountain landscapes.

It will set new standards in sustainable development, pioneering a new relationship between luxury tourism and the natural environment and will put Saudi Arabia on the international tourism map.

Some of the key highlights for The Red Sea Development Company in 2021:

• Launching the concept of "Coral Bloom," designed to blend in with the island's pristine natural environment
• Securing the first ever Riyal-denominated Green Finance credit facility
• Appointing daa International to manage operations at the destination's international airport



The Red Sea
Development
Company

**SAUDI INVESTMENT POOLS**
SAUDI GIGA-PROJECTS (SGP)

# ROSHN
Year launched: 2020

### A New Concept for a Better Life

ROSHN is one of the largest Saudi master developers, specializing in the field of real estate and community building.

As part of Vision 2030, ROSHN's objectives include improving Saudis' quality of life by providing access to vibrant communities integrating housing, amenities and nature, and meeting housing needs.

With projects spread across the Kingdom — from Riyadh, Jeddah and Mecca to Asir, Al Kharj and the Eastern Region — ROSHN is dedicated to becoming the Kingdom's most trusted community developer, while making long-term investments in the future of Saudi Arabia's cities.

In 2021, ROSHN announced "SEDRA," its first community to launch in the Kingdom's capital. It will consist of over 30,000 homes, more than 4,500 of which will be built in phase one of the construction.





ROSHN

**SAUDI INVESTMENT POOLS**
INTERNATIONAL STRATEGIC INVESTMENTS (ISI)



# INTERNATIONAL STRATEGIC INVESTMENTS (ISI)

The Public Investment Fund invests strategically around the globe — both in partnership with selected international investors and independently — to deploy significant, high-impact, long-term capital and generate attractive long-term returns for the Fund and the Kingdom.

The ISI investment pool has been developed over time as a well-balanced portfolio of long-term direct and indirect investments which have established and strengthened strategic partnerships with global companies and investors alike. This approach contributes to expanding the Kingdom's global reach and impact, with a focus on industries of the future.

The ISI pool is designed to support the Fund's strategic objectives by:
• Establishing strategic relationships and partnerships with innovative companies, investment managers, and influential investors to allow Saudi Arabia to extend its global reach and influence;
• Investing in cutting-edge technology and/or shaping the future of the global economy by enabling the growth and creation of new sectors and opportunities;

• Supporting government-to-government (G2G) relationships, including but not limited to bilateral investments that are part of broader partnership frameworks between two countries, and investments into/ with a government-linked fund.
• Growing and diversifying PIF's assets and returns.
• Bolstering Saudi Arabia's position on the world stage as a leader and enabler of the future global economy and building its international reputation as a preferred investor and partner of choice.
• Supporting the creation of opportunities to attract foreign investments and the localization of content and technologies, where possible.

The ISI portfolio consists of large-scale investments in a range of prominent companies, innovative unicorns and industry leaders around the world, which contributes to diversifying the Fund's investments while also building long-term relationships and expanding PIF's brand and presence globally.





# SAUDI INVESTMENT POOLS
## INTERNATIONAL STRATEGIC INVESTMENTS (ISI)

- SoftBank's Vision Fund floats a number of companies during 2021, including Compass, Full Truck Alliance and DiDi on the New York Stock Exchange (NYSE); Grab and Zymergen on Nasdaq; and SenseTime on the Hong Kong Stock Exchange.
- IPO of Babylon Holdings Ltd.'s, one of the world's fastest-growing digital healthcare companies, begins trading on the New York Stock Exchange (NYSE).
- An investment group that included PCP Capital Partners and RB Sports & Media, acquired 100% of Newcastle United Limited and Newcastle United Football Club Limited, one of the foremost clubs in English football and a recognized global football brand.
- Partnership with E1 Series partnership established the first-ever World Electric Boat Race Championship. The partnership represents a significant step forward in the championship's long-term development, providing a strong foundation on which to build and enabling the series to accelerate preparations for the inaugural season, scheduled to take place towards the end of 2023.
- Portfolio growth and diversification through direct investments of many new companies including:
  - Horacio Pagani
  - McLaren Group
  - LIV Golf
  - Electric Sea Racing



## LUCID Group
In 2018, PIF invested in Lucid Group, a US electric vehicle manufacturer. Since PIF's investment, the company has made many breakthroughs including:
- In September 2020, Lucid unveiled the Lucid Air, a pure-electric luxury sedan.
- In December 2020, Lucid finished the first phase of the construction of its factory in Casa Grande, Arizona, with an annual initial production capacity of 30,000 units per year initially and up to 400,000 units annually.



## NEWCASTLE UNITED FOOTBALL CLUB
PIF has led an investment group, also comprising PCP Capital Partners and RB Sports & Media, to complete the 100% acquisition of Newcastle United Limited and Newcastle United Football Club Limited from St. James Holdings Limited. All requisite approvals have been obtained from the English Premier League.

## SoftBank Vision Fund


## SOFTBANK VISION FUND
PIF is the major investor in SoftBank Vision Fund, one of the largest technology-focused investment funds, after allocating USD 45 Bn. Since its inception, the SoftBank Vision Fund continues to invest across many technology sectors, such as Internet of Things (IoT), Artificial Intelligence, Healthtech and Fintech.



## US INFRASTRUCTURE INVESTMENT PROGRAM
PIF has committed up to USD 20 Bn to the "Blackstone Infrastructure Fund Program," one of the largest dedicated infrastructure fund programs in the world, which mainly aims to modernize US infrastructure at scale.



## MAGIC LEAP
Magic Leap is a mixed/augmented reality technology company based in the US. PIF is a major investor in the company.



## FRENCH PROGRAM
A memorandum of understanding was signed with AFIC in June 2015 to invest USD 2 Bn with French asset managers, whereby PIF, until the end of 2020, committed to eight funds for private equity, credit, and infrastructure.



## BABYLON HEALTH
In 2019, PIF invested in Babylon Health, a telemedicine company that offers accessible and affordable virtual healthcare services in the United Kingdom, the United States and a number of countries around the world.

## UBER
PIF invested USD 3.5 Bn in Uber Technologies. Uber is a global leader in the transportation and technology sectors, and is transforming mobility.

## JIO PLATFORMS
Jio Platforms is a leading telecommunication and digital services platform in India. PIF has invested USD ~1.5 Bn to acquire a ~2.32% equity share in the company.



## RELIANCE RETAIL
Reliance Retail is the largest physical retailer in India. PIF has invested USD ~1.3 Bn to acquire a ~2.04% equity share in the company.

## BRAZILIAN PROGRAM
A joint statement was issued between the governments of Saudi Arabia and Brazil during the Future Investment Initiative in 2019. PIF is currently developing the required partnerships to invest in the Brazilian market in line with the Fund's strategy and objectives.

## INTERNATIONAL INVESTMENT POOLS



# INTERNATIONAL DIVERSIFIED POOL (IDP)

In support of PIF's strategic objectives and long-term financial performance, the IDP plays a key role in diversifying the Fund's assets globally, tapping into a wide range of asset classes and geographies to ensure a well-balanced, risk-weighted portfolio.

The Fund's IDP investment pool is a key contributor to the overall diversification of PIF's asset base, deploying a long-term strategic asset allocation approach that promotes effective wealth accumulation and income generation.

It seeks to maximize long-term returns by investing in liquid and illiquid international assets, tapping into globally deep asset classes including fixed income, public equities, private equities, real estate and infrastructure, alternative investments (including hedge funds) and direct investments.

To fulfill its mandate, the IDP pool follows a stringent governance and investment methodology, including:
• Being a long-term institutional investor seeking to benefit from investment opportunities and market inefficiencies.
• Adding value through strategic asset allocation, manager and security selection, and portfolio titles that take advantage of economic themes.
• Adopting and practicing a risk management approach centered on diversification, detailed due diligence and downside protection.



# TREASURY POOL
## (NON-INVESTMENT POOL)

PIF's Treasury Pool acts in a fiduciary capacity as a guardian of the Fund's liquidity, deploying available capital in an enterprising and responsible manner to generate returns, while actively managing risk and ensuring capital availability to fund PIF's strategic objectives and meet its diverse obligations.

The Fund's Treasury function acts to support overall investment and growth strategies by optimizing the use of available liquidity to generate targeted returns within the defined benchmarks and investment guidelines. The Treasury also provides continuous assessment and projections of PIF's liquidity profile, identifying any shortfalls and funding requirements.

The Treasury Pool's investments are guided by the following principles:
• Preserving capital by investing in assets with low probability of principal loss.
• Managing PIF liquidity to meet discretionary and non-discretionary financial
  obligations identified through budgeting and cash flow management.
• Minimizing risk from foreign currency exposure by restricting investments in SAR,
  USD and other recognized reserve currencies.

PIF's Treasury investments are organized into the following liquidity tiers, with distinct investment guidelines for each tier and its sub-components:
• Tier 1 Working Capital Portfolio.
• Tier 2 Medium Term Investments.
• Tier 3 Investments in bonds, loans, and sukuk in local markets.



# ESG REVIEW

Environmental, Social and Governance ("ESG") and corporate sustainability are of high importance to PIF and Saudi Arabia as a whole. Over the past year, PIF has developed a roadmap for of ESG across its investment process to drive value creation for the Fund and the Kingdom.

PIF serves as an engine of the Kingdom's economic diversification and financial sustainability beyond generating financial returns.

Through ESG integration and active engagement with all stakeholders, PIF aims to monitor, manage and optimize its environmental and socio-economic impact, while also continuously seeking to strengthen the governance practices of its investments.

In line with leading global practices, PIF will focus on ESG factors that drive value, minimize risk exposure and reflect its investment philosophy for shared value creation.

PIF aspires to become a leading ESG investor whose positive impact extends beyond Saudi Arabia. Achieving such an ambitious target requires reaching a sophisticated level of ESG integration with a high degree of transparency and coverage

of ESG across processes and portfolios, and dedicated disclosures in line with international standards.

PIF also aims to demonstrate and report its contributions to a broader set of Vision 2030 objectives; attract capital, partners and talent; and set standards to promote ESG best practices across companies in Saudi Arabia.





# ESG REVIEW



In 2021, PIF undertook meaningful efforts that demonstrate its sustainability commitment. For example, several internal ESG-focused bodies were created to accelerate the development of the PIF ESG Roadmap. PIF also prioritized building better awareness and understanding of ESG priorities internally and among portfolio companies, in order to align efforts and enhance cooperation on achieving PIF's ESG objectives.

PIF has also committed significant capital in ambitious and essential projects that will enable the Kingdom's Vision 2030, which was designed to enhance the financial, social and environmental performance of the Kingdom. The achievements of Giga-Projects such as The Red Sea Development Company are testament to the Fund's dedication to innovative, environmentally-responsible and sustainable solutions for the future of humanity.

Furthermore, the Fund is contributing to global climate change dialogue as a founding member of the One Planet Sovereign Wealth Fund initiative (OPSWF), together with some of the world's largest sovereign investors.

The Fund is contributing to the smooth transition to a more sustainable, low-emission global economy. Moreover, recently PIF announced plans to create a Voluntary Carbon Market (VCM), a platform designed to become the MENA region's primary destination for companies seeking to offset their carbon emissions and reduce their carbon footprint through carbon credit trading. This action came as part of several initiatives that were launched to combat climate change and develop the Kingdom's green economy. The regional VCM will position Saudi Arabia as a global hub for carbon trading and help PIF achieve a leadership position in ESG.

Finally, PIF developed its Green Finance Framework, which is published on its website alongside a Second Party Opinion (an independent assessment of the Fund's Framework) from DNV, an international accredited registrar and classification company.





# INVESTING IN PEOPLE, TECHNOLOGY & RELATIONSHIPS

## SUCCESS BUILT ON A FOUNDATION OF EXCEPTIONAL TALENT

PIF is committed to continuously attract, engage, develop and empower the dedicated and talented teams and individuals across every area of its operations. By fostering a performance-driven culture that supports the success of every employee complemented by enabling technologies, PIF has built a reputation as an employer of choice in the Kingdom and made noteworthy progress towards its strategic objectives during this year.

PIF's overarching focus areas with respect to people, technology and relationships in 2021 is to:



Expand the involvement of employees and increase productivity



Improve systems and technology



Increase the Fund's presence and consolidate its image internationally

# INVESTING IN PEOPLE, TECHNOLOGY & RELATIONSHIPS



In 2021, the Fund continued to build capabilities and capacity at every level to fulfill its mandate. With talented men and women from across the Kingdom and around the world working together towards a common purpose, PIF is recognized as a leading employer in Saudi Arabia, where talent is nurtured, expertise is valued and the opportunity to have immediate and lasting impact is possible.

In order to ensure an efficient and effective organization and to maximize the potential of its people, PIF launched a new organizational structure during 2021, covering all PIF divisions. The new structure is designed in alignment with best practices, business needs, the Board of Directors' expectations, and the placements and authority of the Deputy Governors.

In addition, functional responsibilities with tasks and mandates were developed for each function in PIF, and a number of new executives were recruited to fill key senior roles, including Head of Global Capital Finance Division, Head of Compliance and Governance Division and Chief of Staff. Filling these key positions was part of the Fund's mandate to continually attract experienced and talented professionals with valuable knowledge and skills to strengthen the team, which saw 569 new employees join PIF during the year (up from 419 new employees in 2020), resulting in a total year-end headcount of 1,457 employees, an increase of 40% since the end of 2020.

Under the wise guidance and vast experience of PIF's Board of Directors and Board Committees, PIF's diverse and experienced senior executive team combined multi-sector backgrounds with in-depth strategy, investment, finance, control and institutional management expertise plus a proven record of achievement, individually and collectively. This outstanding talent pool is supported by carefully selected world-class advisors and partners, who combine to create a global ecosystem that supports the success of the Fund and its portfolio companies.

## Distribution of Saudi and Non-Saudi Employees



17%

Total
1,457

83%

● Saudi      ● Non-Saudi

## Distribution of Employees by Gender



29%

71%

● Male      ● Female

# INVESTING IN PEOPLE, TECHNOLOGY & RELATIONSHIPS

## DEVELOPING PIF'S HUMAN CAPITAL

Through a wide range of internal and external training and development programs, PIF invests in the technical and soft skills of its Saudi and expat employees to build their capabilities and performance.

During 2021, a total of 18 physical and virtual training sessions were conducted, attended by more than 280 PIF employees. These programs covered a wide array of critical leadership, knowledge and skills, designed to have maximum impact and contribute to the long-term success of the individuals, their teams and PIF overall.

## PROFESSIONAL DEVELOPMENT

PIF plays a critical function in creating and providing job and professional development opportunities within the Fund and across its portfolio companies, which support the knowledge and expertise of young Saudi men and women in the Kingdom and beyond, as well as powering enhanced capabilities in the Saudi market and the Kingdom's ongoing economic and social transformation. Consequently, it invests in education and professional development initiatives across the portfolio companies and Giga-Projects, which are aimed at transferring knowledge at the local level.

To support these objectives, PIF's Graduate Development Program (GDP) nurtures local talent and facilitates skills transfer to young Saudis. With six integrated tracks — Investment, Finance, Projects and Consulting, Cyber Security and Information Technology, Business Administration and Public Policy — the Program is delivered in partnership with UC Berkeley, PWC, the Royal Institution of Chartered Surveyors and Adkins & Matchett Training. Launched in 2017, the GDP delivered training at the PIF Academy in Riyadh for more than 160 candidates in 2021.

PIF also collaborated with École Des Hautes Études Commerciales De Paris (HEC Paris) in 2021 to deliver a special Executive MBA to PIF employees, projects and portfolio companies in Riyadh. This landmark program marked the first time PIF hosted a top-tier global business school to deliver a customized Executive MBA program in the Kingdom.

Furthermore, PIF launched a number of career development frameworks for employees, including Career Paths and an Internal Knowledge Transfer Program, which allows PIF employees to take on roles in other departments/divisions for up to six months to broaden their knowledge and expertise.

These and other internal and external knowledge and career programs are set to expand in 2022.

In addition, PIF Talks provides a platform for elite speakers to share the benefit of their experience and expertise with PIF employees. During 2021, a range of PIF Talks were conducted across a range of interesting and practical topics.

Finally, in line with PIF's focus on contributing to the development of young Saudi talent with new learning opportunities that build future leaders in the fields of investment as well as new target sectors, a six-month internship program was launched in collaboration with Lucid Group at Lucid's locations in California and Arizona.

## VIRTUAL LEARNING

PIF offers its employees access to a wide range of international learning platforms, as well as encouraging their use and supporting employees with learning management systems and plans. This focus includes:

- Digital onboarding and induction program
- LinkedIn Learning
- Udemy for Business
- Learning Management System (LMS)

## COMMUNITY DEVELOPMENT

PIF offers Scholarship and Internship Programs aimed at community development, as well as providing additional material and events on its official social media sites.

## TRAINING PARTNERS

PIF collaborates with the finest academic, corporate and learning organizations from around the world to support the development of its employees and the success of the Fund.



Case 5:22-cv-04486-BLF   Document 306-5   Filed 02/28/23   Page 37 of 87



## SHARED SERVICES CENTER FOR PORTFOLIO COMPANIES

During 2021, to support the success of its portfolio companies, PIF launched its Company Builder incubator, an innovative initiative in King Abdullah Financial District (KAFD) designed to support and catalyze the success of up to 15 PIF projects and newly created companies across a range of the Fund's priority sectors.

In addition, PIF provided support and service to 100 projects and portfolio companies during the year, up from 58 supported in 2020. This assistance included services across 8 service lines, that expanded from 5 service lines in 2020, through the addition of Company in a Box, Creative Services and Corporate Property Management services.

Overall, the volume of services delivered doubled versus 2020 to more than 8,000, with service levels improving from 87% in 2020 to 95% in 2021.



# GOVERNANCE REVIEW

## THE PUBLIC INVESTMENT FUND FOLLOWS A DISCIPLINED GOVERNANCE MODEL THAT ENCOMPASSES ALL ITS ACTIVITIES. THIS MODEL ENSURES STRONG, TRANSPARENT AND INFORMED DECISION-MAKING.

The Public Investment Fund is steered by a Board of Directors and chaired by the Prime Minister, Chairman of Council of Economic and Development Affairs and HRH Crown Prince of Saudi Arabia, His Royal Highness Prince Mohammed bin Salman Al Saud. The Fund comes under the purview of the Council of Economic and Development Affairs, which is a branch of the Saudi Cabinet. The Board is composed of several independent and seasoned ministerial experts from a range of fields. The diversity of knowledge that the members bring to discussions ensures that a wide range of perspectives are considered prior to decisions being made. This process is vital, as the Fund's activities play a leading role in the Kingdom's economic development, ensuring proper alignment with other government entities and initiatives.



# BOARD OF DIRECTORS AND BOARD COMMITTEE MEMBERS

The governance framework of PIF, bringing authority and accountability while enabling effective decision-making, forms an important tool for effective board oversight.

The Public Investment Fund's Board of Directors has oversight of PIF's affairs and ensures the realization of its goals and implementation of its powers as per PIF bylaws. With the amendment to its operating structure approved by the Board, it has been given greater powers and authority to approve and issue internal rules and policies.



### His Royal Highness Prince Mohammed bin Salman bin Abdulaziz Al Saud

**Crown Prince**

**Prime Minister**

**Chairman of the Council of Economic and Development Affairs**

**Chairman of the Public Investment Fund Board**

# BOARD OF DIRECTORS AND BOARD COMMITTEE MEMBERS



## H.E. Dr. Ibrahim bin Abdulaziz Al-Assaf

**Board Member**

H.E. Dr. Ibrahim bin Abdulaziz Al-Assaf currently serves as a Minister of State and a Member of the Council of Ministers. He holds membership in the Political and Security Affairs Council, the Council of Economic and Development Affairs, the Saudi Aramco Board of Directors and Public Investment Fund Board of Directors. H.E. Al-Assaf holds a Ph.D. in Economics from the University of Colorado, USA, a Master in Economics from the University of Colorado, USA, and a Bachelor of Economics and Political Science from King Saud University.



## H.E. Mohammad bin Abdul Malek Al-Shaikh

**Board Member**

H.E. Mohammad bin Abdul Malek Al-Shaikh currently serves as a Minister of State and a Member of the Council of Ministers. He holds membership in the General Committee of the Council of Ministers, the Council of Economic and Development Affairs, the Financial Committee, PIF Board of Directors and PIF Board Remuneration Committee. He previously served as the Chairman of the General Sports Authority and the Capital Markets Authority. He was also a partner at a number of international law firms. Al-Shaikh holds a Master's of Law from the Harvard Law School, USA and a BA from Umm Al-Qura University.



## H.E. Dr. Majid bin Abdullah Al-Qasabi

**Board Member**

H.E. Dr. Majid bin Abdullah Al-Qasabi currently serves as the Minister of Commerce, the Acting Minister of Media and a PIF Board Member, while presiding over the PIF Board Audit and Compliance Committee. Previously, H.E. Al-Qasabi was Minister of Social Affairs and Acting Minister of Municipal and Rural Affairs. He was Assistant Professor at the Department of Industrial Engineering at the King Abdulaziz University, and General Manager of Kra Est. for Contracting. Al-Qasabi holds a Ph.D. in Engineering Management (Honors) from the University of Missouri, USA.



## H.E. Ahmed bin Aqeel Al-Khateeb

**Board Member**

H.E. Ahmed bin Aqeel Al-Khateeb currently serves as the Minister of Tourism and a PIF Board Member, PIF Board Investment Committee Member, PIF Board Risk Committee Member, and presides over the Saudi Fund for Development, the Saudi Arabian Military Industries and the Quality of Life Program. He also serves as Secretary General of the Diriyah Gate Development Authority. Previously, he was Minister of Health, Chairman of General Entertainment Authority and Advisor to the General Secretariat of the Council of Ministers. H.E. Al- Khateeb holds a Bachelor of Business Administration from King Saud University, and a Certificate in Wealth Management from Dalhousie University, Nova Scotia.

# BOARD OF DIRECTORS AND BOARD COMMITTEE MEMBERS



## H.E. Eng. Khalid bin Abdulaziz Al-Falih

**Board Member**

H.E. Eng. Khalid bin Abdulaziz Al-Falih currently serves as the Minister of Investment. He is also on the Board of Directors of King Abdullah University of Science and Technology, the Public Investment Fund, and the Economic Cities and Special Zones Authority. Previously, he served as Minister of Energy, Industry and Mineral Resources, Minister of Health, and, separately, as Chairman and CEO of Aramco among other positions. He holds an honorary doctorate from the Korea Advanced Institute of Science and Technology, an MBA from King Fahd University of Petroleum and Minerals, and a Bachelor of Science Degree in Mechanical Engineering from Texas A&M University, USA.



## H.E. Yasir bin Othman Al-Rumayyan

**Board Member**
**Governor of Public Investment Fund**

H.E. Yasir Al-Rumayyan currently serves as the Governor and a Board Member of PIF, Chairman of Royal Court Decision Support Center, Chairman of Ma'aden (Saudi Arabian Mining Company) and Chairman of Aramco, among other roles. He is currently a board member of Uber Technologies, Soft Bank Group and ARM Holdings. Previously, H.E. Al-Rumayyan was CEO and a Board Member of Saudi Fransi Capital, a Director of Corporate Finance at Capital Market Authority, and Head of International Brokerage at Saudi Hollandi Bank. He holds a Bachelor's in Accounting from King Faisal University, Saudi Arabia, and is a graduate of the Harvard Business School's, USA General Management Program. He is also a fellow of the Saudi Organization for Certified Public Accountants.



## H.E. Mohammed bin Abdullah Al-Jadaan

**Board Member**

H.E. Mohammed bin Abdullah Al-Jadaan currently serves as the Minister of Finance, and a Member of the Council of Ministers. He holds membership in the Council of Economic and Development Affairs, the Royal Court's Financial Committee and PIF Board of Directors, while presiding over the Zakat, Tax and Customs Authority Board, PIF Board Risk Committee and the State Properties General Authority, among others. He is a Member of the Board of Governors of the Islamic Development Bank, the International Monetary Fund, the World Bank, the Arab Fund for Economic and Social Development, and the Arab Monetary Fund, among others. H.E. Al-Jadaan holds a Higher Diploma in Legal Studies from the Institute of Public Administration and a Bachelor of Islamic Economics from the Imam Mohammad Ibn Saud Islamic University.



## H.E. Mohamed bin Mazyed Al-Twaijri

**Board Member**

H.E. Mohamed bin Mazyed Al-Twaijri currently serves as a Royal Court Advisor, PIF Board Member and PIF Board Investment Committee Chairman. He holds membership in the Council of Economic and Development Affairs, Saudi Aramco and Royal Commission for Makkah City and Holy Sites. Previously, H.E. Al-Twaijri has been Minister of Economy and Planning, Vice Chairman of HSBC, CEO of HSBC MENA and Turkey, and Managing Director and CEO of J.P. Morgan in KSA. H.E. Al-Twaijri holds a Master of Business Administration from the King Saud University and a Bachelor of Aviation Science from King Faisal Air Academy.

# GOVERNANCE AT BOARD LEVEL

**PIF Board of Directors Key Areas of Responsibility**

- Oversees and manages the Fund's affairs to ensure that it fulfills its mandate.
- Sets the Fund's investment strategy, investment policy statement and risk management policies.
- Approves the Fund's financial and administrative regulations.
- Approves the Fund's organizational structure.
- Approves the Fund's annual budget, annual operating plan, asset allocation and annual report.

The Board and Committee governance structure is designed to ensure precision in operational oversight and alignment with PIF's strategy. The PIF Board of Directors comprises highly qualified leaders, who have vast experience and apply modern principles of governance and leadership. The members collectively bring expertise in the fields of investment, economics, energy, law and finance to the approval and delivery of all PIF projects.

# OVERSIGHT

Under the chairmanship and guidance of HRH Crown Prince Mohammed bin Salman bin Abdulaziz Al-Saud, the Board is responsible for overseeing PIF's long-term strategy, investment policy and overall performance.

# BOARD EXECUTIVE COMMITTEE

Monitors and aligns PIF's performance with its mandate and provides management with strategic direction and guidance.

Activities of the Executive Committee have been suspended as per BoD directive in its meeting number 4/1440 dated in 26/3/2019 A.D.

# REMUNERATION COMMITTEE

This Committee has oversight of the overall remuneration pool relating to each Senior Management member, the compensation policy for external members of PIF committees and the compensation and benefits scheme linked to the performance management of employees.

# BOARD INVESTMENT COMMITTEE

Reviews PIF investment activities and makes decisions in light of the approved Delegation of Authority, mainly covers the investments and governance of portfolio companies, new direct and indirect investments, establishment of new companies, asset transfers and investment policy. The members, except for His Excellency the Governor, are all non-executive members with local and international expertise in different fields.

# BOARD AUDIT AND COMPLIANCE COMMITTEE

Approves the internal and external audit plans, reviews audit reports and the financial statements. It also exercises oversight of PIF's compliance with all applicable laws and regulations and adherence to international standards of conducting business. All members of this committee are non-executive members, who offer their knowledge in the fields of audit, compliance and internal control to ensure PIF operations are on the right track and match best practices globally. Until 2018, the committee was referred to as the "Audit, Risk and Compliance Committee".

# BOARD RISK COMMITTEE

To emphasize the importance of risk management, a resolution was passed in 2018, stipulating that the scope of risk management must ensure that proper controls are in place and their implementation is strictly monitored. This ruling led to the establishment of the Risk Committee as a stand-alone committee not linked with the Audit and Compliance Committee. The Committee ensures that investments comply with risk management policies. It also prepares a risk appetite statement and formulates mitigation plans to avoid any risks PIF might encounter during its investment and non-investment activities.

# MANAGING PIF'S INVESTMENTS

## GOVERNANCE

Robust investment policies are in place to provide more detailed instructions about management of PIF investment portfolios and to ensure that the best global investment practices are followed by identifying the objective of each investment portfolio, providing details on the allowed asset categories, and allocating targets, performance standards and risk tolerance.

The governance model in the Board of Directors falls under the executive management level with five committees that review strategic and operational activities, and evaluate investment and non-investment proposals before filing them to the Board and its committees to take the proper resolutions.



**Management Committee**

Monitors the strategy, business plan execution, and annual operation budget from an institutional perspective. It makes the necessary decisions within its framework of authority and reviews non-investment-related proposals that will be issued to the Board of Directors and its sub-committee.

**Portfolio Companies Nomination Committee**

Proposes candidates to represent PIF in its portfolio companies, reviews the representatives' performance and ensures proper governance practices are in place, in order to maintain integrity and control.

**Management Investment Committee**

Reviews all investment proposals prior to submission to the Board and its sub-committees, in addition to utilizing the investment powers granted to the Executive Management through delegation of authority by the Board.

**Management Risk Committee**

Monitors risks and PIF compliance with its risks policies, proposes mitigation action to potential risks and updates the internal guiding documents that match best practices. This committee also identifies business continuity plans to ensure business resilience.

**Management Liquidity Committee**

Reviews and recommends PIF financing strategy and lending activities to portfolio companies; monitors the liquidity of PIF; develops the capital structure and ensures it is within the desired state to maintain the pace of its activities as desired, in addition to ensuring that funding plans are in place and within aspired targets.

BOARD OF DIRECTORS

EXECUTIVE COMMITTEE | INVESTMENT COMMITTEE | RISK COMMITTEE | AUDIT AND COMPLIANCE COMMITTEE | REMUNERATION COMMITTEE

GOVERNOR

Management Committee | Management Investment Committee | Portfolio Companies Nomination Committee | Management Risk Committee | Management Liquidity Committee



# EXECUTIVE MANAGEMENT



**Turqi A. Al-Nowaiser**
Deputy Governor, Head of
International Investments Division



**Yazeed A. Al-Humied**
Deputy Governor, Head of MENA
Investments Division



**Aiman M. AlMudaifer**
Head of Local Real Estate
Investments Division



**Yasir A. AlSalman**
Head of
Finance Division




**Bander A. Mogren**
Head of Shared
Services Division

**Fahad AlSaif**
Head of Global Capital
Finance Division



**Rania Nashar**
Head of Compliance and
Governance Division



**Saad Alkroud**
Chief of Staff and Secretary General
to the Board and Board Committees



**Kevin Foster**
Head of Corporate
Affairs Division



**Jerry Todd**
Head of National
Development Division



**Mike Cheng**
Head of
Internal Audit



**Feta Zabeli**
Head of
Risk Division



**Brian Gillespie**
General Counsel

1 Executive Management, who joined in 2022

ABOUT PIF   STRATEGIC REVIEW   GOVERNANCE REVIEW

## ORGANIZATIONAL STRUCTURE



Key:
- Committees
- Divisions

# GOVERNANCE AND OVERSIGHT

## ORGANIZATIONAL STRUCTURE

### CHIEF OF STAFF

Provides support to His Excellency the Governor and the Fund's different departments in developing strategies and business plans, and managing institutional projects, establishment of new companies and the affairs of the Fund's portfolio companies, stakeholders, committees and related reporting activities.

### INTERNAL AUDIT

Provides independent assurance to the board and executive management to ensure effectiveness of operations, controls and risk management activities related to domestic and international investments, information technology, information security, operational and financial support services and other related operations.

### FINANCE

Manages treasury investments and fixed income assets, ensuring that the targeted returns are achieved as specified in the Fund's investment policy. Manages the performance evaluation of investment portfolios, and supervises the work of accounting, financial control, taxes, financial evaluation, consolidation of financial statements and accounting consultancy.

### NATIONAL DEVELOPMENT

Cooperates with all investment divisions to implement development plans and studies to achieve the required economic and social value to the local economy by providing guidance regarding structuring, evaluating and analyzing investments decisions, as well as raising recommendations to decision makers.

### MENA INVESTMENTS

Manages all activities related to local investment portfolios as well as investments in the MENA, including investments in private and listed companies and funds. Also manages the establishment of new companies in the sectors included in the Fund's program and enhances the operational performance of the Fund's portfolio companies.

### INTERNATIONAL INVESTMENTS

Manages all activities related to international investment portfolios, which include listed stocks, international real estate and infrastructure investment portfolios, and direct investments, including investments with influential ownership in listed or private companies.

### LOCAL REAL ESTATE INVESTMENTS

Oversees all activities related to real estate investment portfolios and local infrastructure projects, including the establishment and launch of new companies and monitoring them through asset management services, providing support and technical recommendations, developing strategies and managing projects.

### SHARED SERVICES

Manages all administrative and operational activities related to investment operations, human capital management, contracts and procurement, information technology, administrative affairs, and information preservation and archiving center. Also provides operational and logistical support for the establishment of new companies, as well as services to the Fund's portfolio companies and new projects.

### GLOBAL CAPITAL FINANCE

Prepares a comprehensive financing strategy for the Fund to meet and ensure long-term investment and liquidity needs, supporting the Fund's subsidiaries in designing and implementing a financing strategy and managing investors and financial institutions relations.

### CORPORATE AFFAIRS

Manages media relations across all platforms, following up on media coverage and preparing related reports, managing marketing activities, representing the corporate brand identity, managing and leading the internal corporate communication, as well as promoting and nurturing the Fund's corporate culture internally, and enhancing the Fund's position through social responsibility.

### LEGAL

Manages all legal affairs and activities, including providing recommendations, advice, and legal services in relation to legislation, deals and partnerships for all investment and financial activities in the Fund. Additionally, manages disputes and claims, cases and investigations at the Fund's institutional level.

### RISK

Analyzes and covers investment and operational risks, advising on credit risks, providing decision support to investment holders, and supervises work related to information security to ensure the protection of the Fund's assets and information systems.

### COMPLIANCE AND GOVERNANCE

Manages and mitigates compliance risks in the Fund, handling risks of financial crimes and assessing the regulatory environment and regulatory compliance. Additionally, takes responsibility for setting policies, manages internal regulatory procedures, and follows up on the Fund's portfolio companies in regard to rules and regulations.

### INVESTMENT STRATEGY AND ECONOMIC INSIGHTS

Determines the strategy of long-term portfolios, balances the allocation of different assets of all kinds, develops vision and strategies, and identifies opportunities between portfolios for different sectors. Also, follows up on and evaluates the macroeconomic trends for the development of the Fund's economic database and the extent of its effects on the Fund's investment strategy.





# Financial Results

# PIF Financial Statements FY2021 — 1/3

| Amount in SAR Millions | 2021 | 2020 | Change | % |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Non-liquid assets (fixed assets, investments properties and others) | 292,836 | 205,006 | 87,830 | 43% |
| Investment in associates and JVs | 118,470 | 116,523 | 1,947 | 2% |
| Promissory notes | 222,303 | 235,901 | -13,598 | -6% |
| Investment securities | 920,165 | 715,484 | 204,681 | 29% |
| Loans and advances | 535,362 | 382,754 | 152,608 | 40% |
| Cash and deposits | 286,525 | 271,740 | 14,785 | 5% |
| Other assets | 163,408 | 132,391 | 31,017 | 23% |
| **TOTAL ASSETS** | 2,539,069 | 2,059,799 | 479,270 | 23% |
| | | | | |
| **LIABILITIES AND EQUITY** | | | | |
| **TOTAL EQUITY including Non Controlling Interest (NCI) (A)** | 1,503,772 | 1,274,810 | 228,962 | 18% |
| | | | | |
| Loans and borrowings | 249,341 | 196,633 | 52,708 | 27% |
| Customer deposits | 603,381 | 447,223 | 156,158 | 35% |
| Other liabilities | 182,575 | 141,133 | 41,442 | 29% |
| **TOTAL LIABILITY (B)** | 1,035,297 | 784,989 | 250,308 | 32% |
| | | | | |
| **TOTAL LIABILITIES AND EQUITY (A+B)** | 2,539,069 | 2,059,799 | 479,270 | 23% |

**Total Assets** increased by SAR 479 Bn (23%), mainly due to additional investments, and SAMBA merger with SNB (SAMBA assets were SAR 281 Bn at the date of merger)

**Total Equity** increased by SAR 229 Bn (18%), mainly due to the net profit for the year, increase in NCI and additional funding from the owner

**Total Liability** increased by SAR 250 Bn (32%), mainly due to SAMBA merger with SNB (SAMBA liabilities were SAR 232 Bn at the date of merger)

# PIF Financial Statements FY2021 — 2/3

| Amount in SAR Millions | 2021 | 2020 | Change | % |
|---|---|---|---|---|
| CONTINUING OPERATIONS | | | | |
| Revenue | 228,239 | 179,040 | 49,199 | 27% |
| Cost of revenue | -82,220 | -66,662 | -15,558 | 23% |
| Other operating income, net | 7,647 | 2,530 | 5,117 | 202% |
| Administrative and selling expenses | -76,834 | -42,637 | -34,197 | 80% |
| Share of profit of associates and joint ventures | 8,635 | 4,852 | 3,783 | 78% |
| OPERATING PROFIT | 85,467 | 77,123 | 8,344 | 11% |
| | | | | |
| Other finance costs | -2,543 | -3,596 | 1,053 | -29% |
| Other finance income | 7,031 | 5,945 | 1,086 | 18% |
| PROFIT BEFORE ZAKAT AND INCOME TAX FROM CONTINUING OPERATIONS | 89,955 | 79,472 | 10,483 | 13% |
| | | | | |
| Zakat and income tax expense | -4,197 | -3,349 | -848 | 25% |
| PROFIT FOR THE YEAR FROM CONTINUING OPERATIONS | 85,758 | 76,123 | 9,635 | 13% |
| | | | | |
| DISCONTINUED OPERATIONS | | | | |
| Profit after zakat and income tax for the year from discontinued operations | -31 | 145,124 | -145,155 | -100% |
| PROFIT FOR THE YEAR | 85,727 | 221,247 | -135,520 | -61% |

**Administrative and Selling expenses** increased by SAR 34 Bn (80%), mainly due to the listing fees related to Lucid of SAR 21 Bn (a non-cash item with corresponding impact on equity)

**Profit for the year from continuing operation** increased by SAR 10 Bn (13%), mainly due to increase in revenue post COVID-19 recovery and expansion in the group

**Profit for the year** decreased by SAR 136 Bn, mainly due to SABIC disposal gain recorded in 2020

# PIF Financial Statements FY2021 — 3/3

| Amount in SAR Millions | 2021 | 2020 | Change |
|---|---|---|---|
| Net cash used in operating activities | -11,543 | -88,589 | 77,046 |
| Net cash used in investing activities | -36,139 | 9,236 | -45,375 |
| Net cash flow from financing activities | 54,627 | 122,350 | -67,723 |
| NET INCREASE IN CASH AND CASH EQUIVALENTS | 6,945 | 42,997 | -36,052 |
| Net foreign exchange differences | -746 | -47 | -699 |
| Cash and cash equivalents at the beginning of the year | 213,353 | 170,403 | 42,950 |
| CASH AND CASH EQUIVALENTS AT THE END OF THE YEAR | 219,552 | 213,353 | 6,199 |

# EXHIBIT 10

# TO ALARFAJ EXPERT OPINION

**The Code of Conduct Rules and the Ethics of the Public Employment issued by Council of Ministries Resolution No. 555 dated 25/12/1437H (corresponding to September 26, 2016) (Excerpts)**

**[Attorney Translation]**

Article 1:

For the purpose of this Code, these terms shall have the following definitions:

3.      "Public Official:" Everyone who occupies a civil job in the government, whatever the nature of his work or the name of his job.

[…]

Article 6:

Violation of the provisions contained in this Code will make the Public Official subject to disciplinary and criminal procedures and penalties in accordance with the applicable laws.

[…]

Article 13

The Public Official is prohibited from the following:

Disclosing confidential information and documents that are important, confidential or private and have been obtained or viewed by the Public Official due to his position unless expressly permitted under the provisions of the laws.



بسم الله الرحمن الرحيم

المملكة العربية السعودية

مجلس الوزراء

الأمانة العامة

قرار رقم : (٥٥٥)

وتاريخ : ١٤٣٧/١٢/٢٥هـ

إن مجلس الوزراء

بعد الاطلاع على المعاملة الواردة من الديوان الملكي برقم ١٥٦٠٥ وتاريخ ١٤٣٧/٣/٢٧هـ ، المشتملة على خطاب معالي وزير الخدمة المدنية رقم ٥٨٧٧ وتاريخ ١٤٣٧/٣/٢٠هـ ، في شأن مشروع مدونة قواعد السلوك الوظيفي وأخلاقيات الوظيفة العامة .

وبعد الاطلاع على مشروع المدونة المشار إليه .

وبعد الاطلاع على الأمر الملكي رقم ( ٤٣ ) وتاريخ ١٣٧٧/١١/٢٩هـ .

وبعد الاطلاع على نظام الخدمة المدنية ، الصادر بالمرسوم الملكي رقم ( م/٤٩ ) وتاريخ ١٣٩٧/٧/١٠هـ ، وتعديلاته .

وبعد الاطلاع على نظام تأديب الموظفين ، الصادر بالمرسوم الملكي رقم ( م/٧ ) وتاريخ ١٣٩١/٢/١هـ ، وتعديلاته .

وبعد الاطلاع على قرار مجلس الوزراء رقم ( ٨١ ) وتاريخ ١٤٣٠/٣/١٩هـ .

وبعد الاطلاع على المحاضر رقم ( ٥٥١ ) وتاريخ ١٤٣٦/٩/٦هـ ، ورقم ( ٧٨٩ ) وتاريخ ١٤٣٦/١١/٢٥هـ ، ورقم ( ٨٦٠ ) وتاريخ ١٤٣٧/٩/٧هـ ، والمذكرة رقم ( ١٢٩ ) وتاريخ ١٤٣٧/٢/١٠هـ ، المعدة في هيئة الخبراء بمجلس الوزراء .

وبعد الاطلاع على توصية اللجنة العامة لمجلس الوزراء رقم ( ٣٤٠٢ ) وتاريخ ١٤٣٧/١١/٢٦هـ .

يقرر

الموافقة على مدونة قواعد السلوك الوظيفي وأخلاقيات الوظيفة العامة ، بالصيغة المرافقة .

رئيس مجلس الوزراء

Case 5:22-cv-04486-BLF    Document 306-5    Filed 02/28/23    Page 56 of 87



المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقـــم :
التاريخ :      /      /      ١٤ﻫ
المرفقات :

# مدونة
# قواعد السلوك الوظيفي
# وأخلاقيات الوظيفة العامة






بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقـم :
التاريخ :   /   / ١٤هـ
المرفقات :

قال الله تعالى:
((وقل اعملوا فسيرى الله عملكم ورسوله والمؤمنون ......))
الآية (١٠٥) سورة التوبة.




١

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة كبار الخبراء بمجلس الوزراء

## من أقوال خادم الحرمين الشريفين الملك سلمان بن عبدالعزيز

"إن الدولة دأبت منذ عهد الملك المؤسس – رحمه الله – على سياسة الباب المفتوح وسار عليها أبناؤه من بعده كمظهر من مظاهر الحكم في المملكة، وأضحت هذه المجالس صورة صادقة للعلاقة بين ولاة الأمر والمواطنين، ومضماراً لاستقبال المقترحين والشاكين والتعرف على مشاكلهم والعمل على حلها وتلمس احتياجات الناس والنظر في أحوالهم".

"لقد وضعتُ نصب عيني مواصلة العمل على الأسس الثابتة التي قامت عليها هذه البلاد المباركة منذ توحيدها تمسكاً بالشريعة الإسلامية الغراء، وحفاظاً على وحدة البلاد وتثبيت أمنها واستقرارها، وعملاً على مواصلة البناء وإكمال ما أسسه من سبقونا من ملوك هذه البلاد – رحمهم الله – وذلك بالسعي المتواصل نحو التنمية الشاملة المتكاملة والمتوازنة في مناطق المملكة كافة، والعدالة لجميع المواطنين، وإتاحة المجال لهم لتحقيق تطلعاتهم وأمانيهم المشروعة في إطار نظر الدولة وإجراءاتها".

"لقد أكدت على جميع المسؤولين بمضاعفة الجهود للتيسير على المواطنين، والعمل على توفير سبل الحياة الكريمة لهم، وهو أقل الواجب المنتظر منهم، ولن نقبل أي تهاون في ذلك. وفي هذا الصدد أخاطب الوزراء والمسؤولين في مواقعهم كافة أننا جميعاً في خدمة المواطن الذي هو محور اهتمامنا، وقد وجهنا بمراجعة أنظمة الأجهزة الرقابية بما يكفل تعزيز اختصاصاتها والارتقاء بأدائها لمهامها ومسؤولياتها، ويسهم في القضاء على الفساد ويحفظ المال العام ويضمن محاسبة المقصرين".




٢

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

## مقدمة

إن إعداد مدونة السلوك الوظيفي وأخلاقيات الوظيفة العامة من شأنه تعزيز قيم الخدمة المدنية، والارتقاء بمستوى الجودة، وتطوير الأداء، وخدمة المواطنين.

وتعد مدونة السلوك الوظيفي وأخلاقيات الوظيفة العامة إطاراً عاماً يجب على الموظف العام التقيد به والعمل بمقتضاه، فهي مدونة تلقي الضوء على المعايير والأخلاق والقيم التي يجب أن يتحلى بها الموظف العام أثناء أداء واجباته، ومن ثم فهي قواعد تستهم – بمشيئة الله – على نحو فاعل في الارتقاء بمستوى جودة الخدمة العامة والرقي بها.

إن هذه المدونة تشكل جزءاً من مقتضيات العمل لموظفي الخدمة المدنية، التي يجب عليهم تطبيقها في كل الأوقات، ويتم تزويد كل موظف عام بنسخة منها، ليقرأها ويعمل بموجبها.

كما أنه ستتاح للموظفين الفرصة للحصول على أي توضيح عن هذه المدونة، بمختلف السبل الممكنة سواء عن طريق موقع وزارة الخدمة المدنية الإلكتروني أو من خلال عقد الدورات التدريبية في هذا الشأن، وتعد مخالفة الأحكام الواردة في هذه المدونة مخالفة لمقتضى الواجب الوظيفي، الذي يترتب عليه اتخاذ الإجراءات التأديبية والجزائية بحق الموظف بموجب الأنظمة المستمدة منها المدونة.

وجدير بالذكر أن هذه المدونة تضمنت المبادئ العامة الشاملة، ومن ثم فقد تكون غير محيطة بجميع المعايير وقواعد السلوك لكل جهات الدولة. وإزاء ذلك قد يتطلب الأمر إضافة معايير وقواعد أخرى تتناسب مع الظروف الخاصة بتلك الجهات ذات الطابع الوظيفي أو المهني الخاص.

والله الهادي إلى سواء السبيل ،،،




٣

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

## الباب الأول
## أحكام تمهيدية
## تعريفات

**المادة الأولى:**

لأغراض هذه المدونة، يقصد بالألفاظ والعبارات الآتية المعاني الموضحة أمام كل منها:

١- **المدونة:** مدونة قواعد السلوك الوظيفي وأخلاقيات الوظيفة العامة.

٢- **الوظيفة العامة:** المهمات والاختصاصات المدنية التي يؤديها الموظف العام لخدمة عامة يخضع فيها للسلطة الرئاسية في التنظيم الإداري.

٣- **الموظف العام:** كل من يشغل وظيفة مدنية في الدولة أيًا كانت طبيعة عمله أو اسم وظيفته.

٤- **السلوك الوظيفي وأخلاقيات الوظيفة العامة:** سلوك الموظف العام النزيه والأمين الموضوعي الذي يجري في سياق سعيه لأداء واجباته الوظيفية لتحقيق أهداف جهة عمله، ضمن الصلاحيات المخول بها.

٥- **قواعد السلوك:** الأسس التي يقوم عليها سلوك الموظف العام.

٦- **النزاهة:** السلوك الشخصي المتسم بالموضوعية والحياد والعدالة والبعد عن الشبهات، والالتزام بالأمانة، وعدم إساءة استخدام السلطة أو المنصب الوظيفي لتحقيق منفعة شخصية.

٧- **الشفافية:** الوضوح وإتاحة المعلومات والإجراءات المعمول بها داخل الجهة للموظفين والمراجعين.

٨- **تعارض المصالح:** الحالة التي تكون فيها مصلحة خاصة للموظف أو لغيره، مادية أو معنوية مباشرة أو غير مباشرة، حالّة أو محتملة؛ تؤثر في موضوعيته أو حياديته في اتخاذه قراراً أو إبدائه رأيًا له علاقة بوظيفته.

٤



الرقم : ــــــــــــــ

التاريخ :    /    / ١٤ هـ

المرفقات : ــــــــــــــ

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

## الأسس والأهداف

**المادة الثانية:**

تمثل الآداب والأخلاق الإسلامية المنيع الأساس لسلوك الموظف العام.

**المادة الثالثة:**

تهدف المدونة إلى ما يأتي:

١- تنمية روح المسؤولية لدى الموظف العام.

٢- نشر القيم والمبادئ الأخلاقية المهنية لدى الموظف العام وتعزيزها والالتزام بها.

٣- تعزيز ثقة المواطن بالخدمات التي تقدمها الدولة، ومكافحة الفساد بكل صوره.

٤- تنمية ثقافة الموظف العام بأهمية الدور الذي يضطلع به، والأطر الأخلاقية التي يعمل في سياقها.

٥- تعزيز القيم المهنية والأخلاقية في علاقة الموظف العام مع رؤسائه ومرؤوسيه وزملائه ومتلقي الخدمة.

## السريان والمسؤولية والمساءلة

**المادة الرابعة:**

تسري أحكام هذه المدونة على جميع الموظفين المدنيين العاملين في الدولة بمن فيهم موظفو المؤسسات والهيئات العامة وكذلك المستخدمون والعاملون على البنود المختلفة، ويستثنى من ذلك من تصدر لهم مدونات سلوك وظيفية خاصة وفقاً للأنظمة ذات الصلة.

**المادة الخامسة:**

كل موظف عام مسؤول عما يصدر منه، وعن حسن سير العمل في حدود اختصاصه.



الرقم :

التاريخ :    /    / ١٤هـ

المرفقات :

المملكة العربية السعودية

هيئة كبار الخبراء بمجلس الوزراء

**المادة السادسة:**

مخالفة الأحكام الـواردة في هـذه المدونة تعرّض الموظف العـام للمسـاءلة واتخـاذ الإجراءات والعقويات التأديبية والجزائية في حقه وفقاً للأنظمة.

**الباب الثاني**

**واجبات الموظف العام**

**الواجبات العامة**

**المادة السابعة:**

**على الموظف العام ما يأتي:**

١- الترفع عن كل ما يخل بشرف وظيفته وكرامتها سواء أكان ذلك في مكـان العمـل أم خارجه.

٢- تخصيص وقت العمل لأداء واجباته الوظيفية، والعمل خارج وقت الدوام الرسمي متى ما طلب منه ذلك وفقاً لمقتضيات المصلحة العامة.

٣- تنفيذ الأوامر الصادرة إليه من رؤسائه بدقة وأمانة في حدود الأنظمة والتعليمات.

٤- أداء واجبات وظيفته ومهماته الموكولة إليه بنشاط وكفاية متوخيًا الأمانة والنزاهة والدقة والمهنية والتجرد.

٥- العمل على خدمة أهداف الجهة التي يعمل فيها وغاياتها، وتحقيـق المصـلحة العامـة دون سواها.

٦- إنجاز المعاملات ـ ويخاصة ما يرد من الجهات الرقابية ـ بالسرعة والدقة المطلوبة وضمن حدود الاختصاص.



٦



٧- الحرص على الاطلاع والإلمام بالأنظمة واللوائح والتعليمات النافذة ذات العلاقة بعمله وتطبيقها دون أي تجاوز أو مخالفة أو إهمال.

٨- العمل على تطوير معارفه ومهاراته بما يؤدي إلى رفع كفايته وفاعلية قدراته المهنية من خلال التدريب المستمر.

٩- الالتزام بالقيم الأخلاقية الحميدة.

١٠- الإخلاص والولاء للدولة.

١١- المحافظة على رسالة جهة عمله وتعزيز ثقة الجمهور بها.

١٢- المحافظة على سلامة مكان العمل.

١٣- توخي الموضوعية في تصرفاته، وأن يعمل بحيادية دون تمييز.

١٤- تحمل المسؤولية المنوطة بطبيعة عمله واتخاذ القرارات التي تقتضيها تلك المسؤولية.

١٥- المحافظة على حسن مظهره العام بما يتلاءم ومتطلبات الوظيفة والعادات والتقاليد السائدة.

١٦- التحلي بالنزاهة في أي تحقيق رسمي يشارك فيه أو دعوى قضائية، والإدلاء بشهادته فيما يتعلق بمهمات الوظيفية إذا طلب منه ذلك.

١٧- اتخاذ الإجراءات المناسبة لضمان سرية المعلومات الشخصية للآخرين، وحمايتها للحيلولة دون فقدانها أو الدخول عليها أو استخدامها أو تعديلها أو الكشف عنها دون تفويض من رؤسائه.


واجبات الموظف العام تجاه الجمهور


المادة الثامنة:

على الموظف العام أن يراعي في تصرفاته تجاه الجمهور ما يأتي:

١- احترام حقوق الآخرين ومصالحهم دون استثناء، والتعامل مع الجمهور باحترام ولباقة وكياسة وحيادية وتجرد وموضوعية دون تمييز.

٧



٢– السعي إلى كسب ثقة الجمهور من خلال نزاهته وتجاوبه وسلوكه السليم في كل أعماله بما يتوافق مع الأنظمة والتعليمات.

٣– الإجابة على استفسارات الجمهور وتساؤلاتهم وإنجاز معاملاتهم بدقة وموضوعية وسرعة.

٤– العناية والرفق في التعامل مع الجمهور وبالأخص ذوي الاحتياجات الخاصة وكبار السن والنساء، وتقديم العون والمساعدة.

٥– التعامل مع الوثائق والمعلومات الشخصية للجمهور بسرية تامة وفقاً للأنظمة والتعليمات.

٦– الامتناع عن أي عمل يؤثر سلباً على ثقة الجمهور بالوظيفة العامة.


**واجبات الموظف العام تجاه رؤسائه**


**المادة التاسعة:**

على الموظف العام أن يراعي في تصرفاته تجاه رؤسائه ما يأتي؛

١– تنفيذ أوامر رؤسائه وفق التسلسل الإداري، وإذا كانت تلك الأوامر مخالفة للأنظمة والتعليمات النافذة فعليه أن يُعلِم رئيسه خطيًا.

٢– التعامل مع رؤسائه باحترام وتزويدهم بالرأي والمشورة والخبرة التي يمتلكها بكل موضوعية وصدق بما يخدم مصلحة العمل.


**واجبات الموظف العام تجاه زملائه**


**المادة العاشرة:**

على الموظف العام أن يراعي في تصرفاته تجاه زملائه ما يأتي:




٨



الرقم : _____

التاريخ : / / ١٤هـ

المرفقات : _____

المَمْلَكَةُ العَرَبِيَّةُ السُّعُودِيَّةُ

هَيْئَةُ الخُبَرَاءِ بِمَجْلِسِ الوُزَراءِ

١- التعامل باحترام ولباقة وصدق مع زملائه والمحافظة على علاقة سليمة وودية معهم، دون تمييز، والحرص على احترام خصوصياتهم والامتناع عن استغلال أي معلومة تتعلق بحياتهم الخاصة بقصد الإساءة.

٢- التعاون مع زملائه ومشاركتهم آراءه بمهنية وموضوعية عالية وتقديم المساعدة لهم قدر الإمكان، لحل المشكلات التي تواجههم في مجال العمل.

**واجبات الموظف العام تجاه مرؤوسيه**

**المادة الحادية عشرة:**

على الموظف العام أن يراعي في تصرفاته تجاه مرؤوسيه ما يأتي:

١- أن يكون قدوة حسنة لمرؤوسيه من حيث الالتزام بالأنظمة والتعليمات.

٢- تنمية قدرات مرؤوسيه ومساعدتهم وتحفيزهم على تحسين أدائهم عن طريق التدريب وغيره.

٣- نقل المعرفة والخبرات التي اكتسبها إلى مرؤوسيه وتشجيعهم على زيادة تبادل المعلومات.

٤- الإشراف على مرؤوسيه ومتابعة أعمالهم وتقويم أدائهم بموضوعية وتجرد ومساءلة المقصر منهم والسعي إلى توفير فرص التدريب والتطوير لهم وفقاً للأنظمة والتعليمات ذات العلاقة.

٥- احترام حقوق مرؤوسيه والتعامل معهم دون محاباة أو تمييز.

٦- أن تكون التعليمات والتوجيهات لمرؤوسيه مكتوبة ما أمكن ذلك.





٩



المملكة العربية السعودية

هيئة كبار الخبراء بمجلس الوزراء

**الباب الثالث**

**المحظورات**

**المحظورات العامة**

**المادة الثانية عشرة:**

يحظر على الموظف العام ما يأتي؛

١– إساءة استعمال السلطة الوظيفية.

٢– استغلال النفوذ.

٣– قبول الرشوة أو طلبها أو ارتكاب أي صورة من الصور المنصوص عليها في نظام مكافحة الرشوة.

٤– التزوير.

٥– الاشتغال بالتجارة.

٦– الاشتراك في تأسيس شركات أو قبول عضوية مجالس إدارتها أو العمل فيها إلا إذا كان معيناً من الحكومة.

٧– الجمع بين وظيفته وممارسة مهنة أخرى دون الحصول على ترخيص بذلك وفقاً للنظام.

٨– إعاقة سير العمل أو الإضراب عن العمل أو التحريض عليهما.

٩– القيام بأي سلوك أو تصرف ينتهك قيم المجتمع أو تقاليده أو أعرافه.

١٠– قبول المحسوبية أو الواسطة في أداء مهمات العمل ومسؤولياته؛ مما يؤثر سلباً في ثقة الجمهور بالوظيفة العامة.

١١– الاشتراك في الشكاوى الجماعية أو رفع شكاوى كيدية ضد أشخاص أو جهات.

١٢– جمع وثائق أو عينات أو معلومات شخصية عن أي شخص، إلا أن تكون في إطار نظامي وضمن متطلبات العمل الضرورية.





<div align="center">

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

</div>

الرقم :
التاريخ :    /    / ١٤هـ
المرفقات :

<div align="center">

## المحظورات المتعلقة بالمعلومات والوثائق والمستندات

</div>

**المادة الثالثة عشرة:**

يحظر على الموظف العام ما يأتي:

١- إفشاء المعلومات السرية، والوثائق والمستندات التي تحمل طابع الاهمية أو السرية أو الخصوصية التي حصل أو اطلع عليها بسبب وظيفته، حتى بعد انتهاء مدة خدمته، ما لم يكن الكشف عنها مسموحاً به صراحةً بموجب النظام.

٢- الإدلاء لوسائل الإعلام أو في وسائل التواصل الاجتماعي بأي معلومة أو تعليق أو تصريح أو مداخلة في موضوعات ما زالت تحت الدراسة أو التحقيق أو المداولة لدى الجهة التي يعمل فيها، دون الحصول على موافقة خطية مسبقة من جهته.

٣- توجيه النقد أو اللوم إلى الحكومة بأي وسيلة من وسائل الإعلام المحلية أو الخارجية.

٤- نشر بيانات أو خطابات تناهض سياسة الدولة أو تتعارض مع أنظمتها السياسية، أو إصدارها أو توقيعها.

<div align="center">

## المحظورات المتعلقة بالمال العام

</div>

**المادة الرابعة عشرة:**

يحظر على الموظف العام ما يأتي:

١- اختلاس المال العام أو تبديده أو التفريط فيه أو التصرف فيه بغير وجه شرعي.

٢- استغلال مصالح الدولة لمصلحته أو التفريط بأي حق من حقوقها.

٣- الاحتفاظ بأي ممتلكات تخص جهة عمله وعدم تسليمها بعد انتهاء الغرض منها.

٤- استخدام ممتلكات الدولة التي سلمت إليه بسبب وظيفته، لمنفعته الشخصية أو منفعة أطراف أخرى، ما لم يقضِ النظام بخلاف ذلك.

<div align="center">

١١

</div>

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة كبار الخبراء بمجلس الوزراء

الرقم :
التاريخ : / / ١٤هـ
المرفقات :

## المحظورات المتعلقة بالهدايا والامتيازات

**المادة الخامسة عشرة:**

يحظر على الموظف العام ما يأتي:

١- قبول الهدايا أو الخدمات التي تعرض عليه بشكل مباشر أو غير مباشر أو أي ميزة يكون لها تأثير مباشر أو غير مباشر على نزاهته في تنفيذ مهماته الوظيفية أو من شأنها التأثير على قراراته للالتزام بأداء عمل أو الامتناع عنه.

٢- قبول أي تكريم أو وسام أو هدية أو جائزة من أي حكومة خارجية دون الحصول على موافقة رسمية.

٣- قبول أي تسهيلات خاصة أو خصومات على المشتريات الخاصة من الموردين الذين لديهم معاملات رسمية مع جهته.

٤- استخدام أي معلومة حصل عليها بحكم عمله للحصول على خدمة أو معاملة خاصة من أي جهة.

## الباب الرابع
### واجبات ومسؤوليات الموظف المتعلقة باستخدام التقنية
### استخدام الأجهزة التقنية

**المادة السادسة عشرة:**

على الموظف العام الذي زوّد بجهاز حاسوب أو فاكس أو غيره من الأجهزة التقنية ما يأتي:

١- اتخاذ جميع الإجراءات اللازمة للمحافظة عليه.

٢- عدم تحميل برامج على الأجهزة إلا بعد مراجعة الإدارة المختصة.




١٢



المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

٣- ترشيد استخدام هذه الأجهزة، والتأكد من إطفائها قبل مغادرة مكان العمل.

٤- المحافظة على كلمة السر الخاصة به والمعلومات السرية الموجودة في الأجهزة الخاصة به وعدم إفشائها للغير.

٥- عدم استخدام الجهاز إلا لأغراض تتعلق بالعمل.

٦- عدم استخدام الجهاز للدخول على حسابات الغير، وذلك بغرض الحصول على معلومات أو بيانات خاصة أو عامة، إلا لأغراض العمل من ذوي الاختصاص الرسمي في ذلك.

## التعامل مع الإنترنت

**المادة السابعة عشرة:**

على الموظف العام الذي يتوافر لديه إمكان الوصول إلى شبكة الإنترنت ما يأتي:

١- الالتزام باستخدام الشبكة لأغراض العمل ولتطوير قدراته ومهاراته ذات العلاقة بطبيعة العمل.

٢- الالتزام بشروط ومتطلبات حقوق الملكية الفكرية للملفات والبرامج ومراعاة شروط ترخيص استخدامها.

٣- إبلاغ الإدارة المختصة فوراً عند ملاحظة أي أمر غير معتاد خلال استخدام الشبكة.

٤- عدم تحميل النصوص أو الصور التي تحوي مواد غير أخلاقية أو أي نشاط غير نظامي.

٥- عدم تحميل الملفات التي لا تتعلق بطبيعة عمله مباشرة كملفات الفيديو وملفات الوسائط المتعددة.

٦- عدم استخدام الشبكة لمحاولة الدخول أو التسلل إلى شبكات أخرى، أو مواد غير نظامية.



الرقم :
التاريخ :    /    /    ١٤هـ
المرفقات :

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

## التعامل مع البريد الإلكتروني

**المادة الثامنة عشرة:**

على الموظف العام الذي يخصص له عنوان بريد إلكتروني ما يأتي:

١- عدم استخدام البريد الإلكتروني لإنشاء وتوزيع رسائل لا تتعلق بعمله.

٢- عدم فتح أي رسالة واردة من مصدر غير معروف أو غير متوقعة أو إعادة إرسالها، وعدم فتح أو تحميل أي ملف مرفق يشك في مصدره، إلا بعد التنسيق مع الإدارة المختصة.

٣- عدم الاعتراض على رقابة الجهة التي يعمل فيها على بريده الإلكتروني من قبل موظفين مصرح لهم بذلك.

## الباب الخامس
### تعارض المصالح ومكافحة الفساد
### تعارض المصالح

**المادة التاسعة عشرة:**

١- على الموظف أن يُفصح خطيًا للإدارة التي تحددها جهته عن أي حالة تعارض مصالح حالة أو محتملة، قبل اتخاذه القرار أو إبدائه الرأي في الواقعة محل التعارض.

٢- على الموظف ألّا يشارك في أي قرار يؤثر بشكل مباشر أو غير مباشر على ترسية أي عقد يكون أحد أقربائه طرفاً فيه.

٣- تشمل حالات تعارض المصالح – دون حصر – ما يأتي:

أ- وجود مصلحة بين الموظف والجهة المتعاقدة أو التي بدأت في خطوات التعاقد مع جهته الوظيفية، متى كان للموظف العام دور واقع أو محتمل في ذلك التعاقد.

ب- وجود صلة قرابة حتى الدرجة (الرابعة) بين الموظف والشخص المرشح للحصول على وظيفة في جهته الوظيفية، متى كان التوظيف يعتمد على قرار أو رأي من الموظف العام.

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم :
التاريخ :     /     / ١٤هـ
المرفقات :

## مكافحة الفساد

**المادة العشرون:**

على الموظف في سبيل جهود مكافحة الفساد ما يأتي:

١- إبلاغ رئيسه المباشر خطيًا عن أي تجاوز للأنظمة والتعليمات النافذة التي يطلع عليها خلال عمله.

٢- إبلاغ الجهات المختصة عن أي فساد علم به أثناء وظيفته.

٣- التعاون مع الجهات المختصة بالتحقيق الإداري والمالي والجنائي.

٤- إعلام رئيسه المباشر فوراً حال عرض رشوة عليه، وعلى الرئيس أن يتخذ الإجراء اللازم وإعداد تقرير عن هذه الواقعة، وإبلاغ الجهات المختصة بذلك.

## الباب السادس
### التزامات الجهة الحكومية تجاه الموظف العام

**المادة الحادية والعشرون:**

على الجهة الحكومية ما يأتي:

١- نشر هذه المدونة في موقعها الإلكتروني، وتعريف الموظف بها وإبلاغه بأنه يجب عليه الالتزام بأحكامها.

٢- تهيئة بيئة آمنة وصحية للموظف تلبي المتطلبات الأساسية لأداء عمله.

٣- تشجيع روح المبادرة والابتكار وإتاحة الفرص للموظف للمشاركة في تقديم الاقتراحات المتعلقة بتحسين الخدمات وتطوير العمل في بيئة تسودها الثقة والفهم المشترك.

٤- تطبيق الأنظمة واللوائح والقرارات ذات الصلة بعدالة وإنصاف دون تمييز.

١٥

بِسْمِ اللَّهِ الرَّحْمَنِ الرَّحِيمِ

المَمْلَكَةُ الْعَرَبِيَّةُ السُّعُودِيَّةُ
هَيْئَةُ الْخُبَرَاءِ بِمَجْلِسِ الْوُزَرَاءِ

الرقم :
التاريخ : / / ١٤ هـ
المرفقات :

## أحكام ختامية

**المادة الثانية والعشرون:**

على كل موظف عام بعد صدور قرار تعيينه الاطلاع على الأنظمة المتعلقة بعمله وعلى هذه المدونة والإلمام بها والالتزام بما ورد فيها من أحكام عند أداء واجباته ومسؤولياته الوظيفية.

**المادة الثالثة والعشرون:**

على إدارة شؤون الموظفين أو من في حكمها نشر الوعي بثقافة ومبادئ السلوك الوظيفي وأخلاقيات الوظيفة العامة وتزويد جميع الإدارات بنسخة من هذه المدونة.

،،،




١٦

# EXHIBIT 11

# TO ALARFAJ EXPERT OPINION

**The Civil Service Law promulgated by Royal Decree No. 49 dated 10/07/1397H (corresponding to June 26, 1977). (Excerpts)**

**[Attorney Translation]**

Article 12:

The [public] employee is prohibited from:

[…]

(E) disclosing secrets he is privy to due to his employment, even after he has left the service.

الرقم ـ م/ ٤٦

التاريخ ـ ١٠/٦/١٣٩٧هـ

بسم الله تعالى

نحن خالد بن عبد العزيز آل ســـــــــــــــــعـــــــــود

ملكنا المملكة العربية الـــســعـوديــة

بعد الاطلاع على المادة التاسعة عشرة من نظام مجلس الوزراء ، الصادر بالمرسوم الملكـــــــــــي رقم ( ٣٨ ) وتاريخ ٢٢/١٠/١٣٧٧هـ .

وبعد الاطلاع على المرسوم الملكي رقم ( م/د ) وتاريخ ١/٢/١٣٦١هـ ، الصادر بالموافقـــــــة على نظام الموظفين العام ، وعلى المراسيم الملكية المعدلة له .

وبعد الاطلاع على قرار مجلس الوزراء رقم ( ٩٥١ ) وتاريخ ٢٧/٦/١٣٩٧هـ .

رســمـنـا بمـا هـو آت :

أولا ـ الغاء نظام الموظفين العام ، الصادر بالمرسوم الملكي رقم ( م/٥ ) وتاريخ ١/٢/١٣٩١هـ

ثانيا ـ الموافقة على نظام الخدمة المدنية بالصيغة الملحقة بهذا المرسوم .

ثالثا ـ يلغى سلم رواتب الموظفين الصادر بالمرسوم الملكي رقم ( م/١٨ ) وتاريخ ٢٢/٥/١٣٩٧هـ بنظام الخدمة المدنيــة . (١) (٢)

رابعا ـ يجوز نظام الخدمة المدنية اعتبارا من ١/٨/١٣٩٧هـ ، ويسري سلم الرواتب اعتبــارا من ١/٧/١٣٩٧هـ .

خامسا ـ على نائب رئيس مجلس الوزراء ، وزير رئيس مجلس الخدمة المدنية ، والوزراء ، كل فيما يخصه تنفيذ مرسومنا هـذا ،،،

_____

(١) أعيد تنظيم سلم رواتب الموظفين بموجب المرسوم الملكي رقم (م/٢٩) وتاريخ ١٤٠١/٦/٢٩هـ ، كما صدر المرسوم الملكي رقم (م/١٧) وتاريخ ١٤١٤/١١/٢٣هـ متضمناً إضافة خمس درجات إلى كل مرتبة من مراتب الخدمة المدنية ، انظر ما صدر بشأن النظام .

(٢) صدر الأمر الملكي الكريم رقم (أ/٢٢٧) وتاريخ ١٤٢٦/٧/١٦هـ بزيادة رواتب جميع فئات العاملين السعوديين في الدولة .



الرقـــم ...............

التاريخ ...............

التوابع ...............

المملكة العربية السعودية

الأمانة العامة لمجلس الوزراء

قرار رقم \ ٥ ٩ \   وتاريخ ١٣٦٧/٦/٢٧هـ

ان مجلس الـــــــوزراء :

بناءً على ما اقتضته المصلحة العامة وتهيئها للإجراءات الادارية . وبعد الاطلاع على مشروع نظام الخدمة المدنية المرفوع من سمو نائب رئيس اللجنة العليا للاصلاح الاداري برقم ٣١٨/١ في ١٣٦٧/٥/١٥هـ .

يقـــرر مايلـــي :

١ـ   الموافقة على نظام الخدمة المدنية بالصيغة المرافقة لهــــــذا .

٢ـ   يتمم مشروع مرسوم ملكي بذلك بصورته مرافقة لهــــــذا .

ولباذ كرحسبهم ؛ ،،،

النائب الثاني لرئيس مجلس الـــــــوزراء :

المركز الوطني للوثائق والمحفوظات

بـسـم الله الرحمن الرحيم

الــــــــــــاب الاوّل

الوظائــــــــف

مادة ( ١ )   الجدارة هي الاساس في اختيار الموظفين لشغل الوظيفة العامة .

مادة ( ٢ )   تصنف الوظائف بتجميعها في فئات تتضمن كل فئة منها الوظائف المتماثلة في طبيعة العمل ومستوى الواجبات والمسئوليات والمؤهلات المطلوبة لشغلهـــا وتوصف الفئات طبقا للقواعد الواردة في المادة الثالثة ، ويجوز ان يجـــرى تصنيف الوظائف تدريجيا وذلك وفق قواعد تعتمد بقرار من رئيس مجلــــــــس الخدمة المدنيـة .

مادة ( ٣ )   توصف مختلف الفئات بحيث تتضمن أوصاف كل فئة ما يلـــي :

أ  ــ   الاسم الذى يدل عليهـا .

ب ــ   مرتبتها حسب سلّم الرواتب الملحق بهذا النظام .

جـ ــ   وصفا عاما لواجباتها ومسئولياتها .

د  ــ   وصفا تحليليا لواجباتها ومسئولياتها .

هـ ــ   بيانا بالحد الادنى للمؤهلات المطلوبة لشغلها وتشمل المؤهــــلات العلمية والعملية ودرجة المهارة المطلوبة وغير ذلك من الشـــــــروط المطلوبة للوظيفة .

الـبـــــاب الثانـــــــــي

الموظفــــــون

الفصـــــــل الأوّل

شغـــل الوظيـــفــة

مادة ( ٤ )  مع مراعاة ما تقضي به الأنظمة الأخرى يشترط فيمن يعين في احدى الوظائـــف أن يكون :

أ —  سعودي الجنسية ، ويجوز استثناء من ذلك استخدام غير السـعـودى بصفة موقته في الوظائف التي تتطلب كفاءات غير متوفرة في السـعوديـيـن بموجب قواعد يضعها مجلس الخدمة المدنية .

ب —  مكملا سبعة عشر عاما من العمر .

جـ —  لائقا صحيا للخدمة .

د —  حسن السيرة والأخلاق .

هـ —  حائزا المؤهلات المطلوبة للوظيفة ، ويجوز لمجلس الخدمة المدنية الإعفاء من هذا الشرط .

و —  غير محكوم عليه بحد شرعي أو بالسجن في جريمة مخلة بالشــــرف أو الأمانة حتى يمضي على انتهاء تنفيذ الحد أو السجن ثلاث سنـوات على الأقل .

ز —  غير مفصول من خدمة الدولة لأسباب تأديبية ما لم يكن قد مضى علـــى صدور قرار الفصل ثلاث سنوات على الأقل .

مادة ( ٥ )  يتم شغل وظائف الدواوين الملكية بأمر ملكـــــي .

مادة ( ٦ )   يتم شغل وظائف المرتبة الرابعة عشرة فما فوق بقرار من مجلس الوزراء   ويتــــم شغل وظائف المرتبة الثالثة عشرة فما دون بقرار من الوزير المختص .

مادة ( ٧ )   يعلن الديوان العام للخدمة المدنية الوظائف التي في المرتبة العاشــــرة فما دون ويخضع جميع المتقدمين لشغل هذه الوظائف لتقييم يحدد الديوان العام للخدمة المدنية مقاييسه وإجراءاته حسب ما تقتضيه الوظائــــــــف المعلنة ومتطلبات الخدمة .

ويجوز بعد اتفاق رئيس الديوان العام للخدمة المدنية والوزيـــــــر المختصان عضو الجهة الإدارية بامتحان من يتقدمون لشغـــل بعــض وظائف المراتب الخامسة فما دون وفق المقاييس والإجراءات التي يحدد هــــا الديوان العام للخدمة المدنية .

مادة ( ٨ )   الموظف الذى لا يباشر مهمات وظيفته دون عذر مشروع خلال خمسة عشـــر ( ١٥ ) يوما من تاريخ إبلاغه قرار التعيين يلغى قرار تعيينه ويعتبــــر كأن لم يكن .

مادة ( ٩ )   يعتبر الموظف المعين ابتداء تحت التجربة مدة سنة .

مادة ( ١٠ )   أ ــ  تتم ترقية ونقل الموظفين إلى الوظائف الشاغرة وفق الأحكام التـــــي تحددها قواعد التصنيف بما في ذلك مؤهلات وشروط شغل الوظيفة .

ب ــ  لا تكون الترقية نافذة قبل تاريخ صدور القرار بهــا .

الفصـــــــل الثانـــــــــي

الواجبـــــــــات

مادة ( ١١ )   يجب على الموظف خاصـة :

أ  —  ان يترفع عن كل ما يخل بشرف الوظيفة والكرامة سواء كان ذلك في محل
العمل أم خارجه .

ب —  ان يراعي آداب اللياقة في تصرفاته مع الجمهور ورؤسائه زملائـــــــه
ومرؤوسيه .

جـ —  ان يخصص وقت العمل لأداء واجبات وظيفته وان ينفذ الاوامـــــــر
الصادرة اليه بدقة وامانــة فــي حدود النظم والتعليمات .

مادة ( ١٢ )   يحظر على الموظف خاصـة :

أ  —  اساءة استعمال السلطة الوظيفية .

ب —  استغلال النفوذ .

جـ —  قبول الرشوة أو طلبها بأى صورة من الصور المنصوص عليها فــي نظــام
مكافحة الرشوة .

د  —  قبول الهدايا او الاكراميات أو خلافه بالــذات أو بالوساطــة لقصـد
الاغراء من ارباب المصالح .

هـ —  افشاء الاسرار التي يطلع عليها بحكم وظيفته ولو بعد ترك الخدمة .

مادة ( ١٣ )   يجب على الموظف ان يمتنع عن :

أ  —  الاشتغال بالتجارة بطريقة مباشرة أو غير مباشرة .

ب ــ الاشتراك في تأسيس الشركات أو قبول عضوية مجالس إدارتهـــا أو
أى عمل فيها أو في محل تجارى الا اذا كان معينا من الحكومـــة ،
ويجوز بمقتضى لائحة يصدرها مجلس الوزراء الأذن للموظفين بالعمـل
في القطاع الخاص في غير أوقات الدوام الرسمي •

مادة ( ١٤ )    لا يجوز للموظف الجمع بين وظيفته وممارسة مهنة اخرى ،  ويجوز الترخيـــص
في الاشتغال بالمهن الحرة لمن تقضى المصلحة العامة بالترخيص لهم فـــي
ذلك لحاجة البلاد الى مهنهم  ويكون منح هذا الترخيص من قبل الوزيــــر
المختص وتحدد اللائحة شروط منح هذا الترخيص •

مادة ( ١٥ )    كل موظف مسؤول عما يصدر عنه ومسؤول عن حسن سير العمل في حـــدود
اختصاصه •

الفصـــــل الثالـــــث
الرواتب والعـــــلاوات

مادة ( ١٦ )    يستحق الموظف راتبه اعتبارا من تاريخ مباشرته العمل •

مادة ( ١٧ )    يمنح الموظف العلاوة وفق سلّم الرواتب الملحق بهذا النظام وذلك بنقله  مـن
الدرجة التي يشغلها الى الدرجة التالية لها مباشرة في المرتبة نفسها ويتم
هذا النقل من اول شهر محرم من كل سنة •

مادة ( ١٨ )    ١ ـــ يمنح الموظف المعين راتب اول درجة في مرتبة الوظيفة التي عـــــــن
عليها فاذا كان راتبه عند التعيين يساوى راتب هذه الدرجـــة أو
يزيد عليه يمنح راتب اول درجة تتجاوز راتبه عند التعيين •

ويجوز التعيين في غير الدرجة الاولى بالنسبة لمن يتوفـــــر
لديه مؤهلات معينة يحددها مجلس الخدمة المدنية •

الفصـــــــل الرابـــــــــع

البـدلات والمكافـآت والتعويضـــــات

مادة ( ٢٢ )   يصرف للموظف المندب في مهمة رسمية بدل نقدي عن كل يوم يقضيه  خــارج
مقر عمله  داخل المملكة أو خارجها وفق الفئات التي تحدد ها لائحة البدلات •

مادة ( ٢٣ )   يجوز بقرار من الوزير المختص تكليف الموظف بالقيام بأعمال وظيفة معينـــة أو
بالقيام بمهمة رسمية  ، كما يجوز تكليفه  بذلك مع قيامه  بمهـام وظيفتــــــــــه
الأصلية •

مادة ( ٢٤ )   يجوز ان يحدد الديوان العام للخدمة المدنية المستوى الذى يصل اليـــه
اداء العمل بالنسبة لبعض الوظائف فاذا زاد عمل الموظف على القــــــــدر
المحدد جاز منحه مكافأة عن هذه الزيادة تحدد بقرار من الوزير المختص
وتحدد اللائحة قواعد منح هذه المكافأة •

مادة ( ٢٥ )   يجوز بقرار من الوزير المختص شغل بعض الوظائف بصفة مؤقته  بمكافأة تحـدد
على اساس العمل بالقطعة او الانتاج أو الساعة حسب  المعـــــدلات التى
يضعها مجلس الخدمة المدنية •

مادة ( ٢٦ )   يصرف للموظف الذى يكلف بالعمل خارج وقت الدوام الرسمي واثناء  العطـــل
الرسمية مكافأة نقدية عن الساعات الاضافية  ،  وتحدد اللائحة قواعد منـــح
هذه المكافأة •

مادة ( ٢٧ )   تحدد اللائحة انواع ومقدار وشروط البدلات أو المكافآت أو التعويضـــات  أو
المزايــا التي تمنح للموظف •

<div dir="rtl">

الفصـــــــل الخامـس

الاجــــازات والاعـــــــارة

مادة ( ٢٨ )   تحدد اللائحة انواع ومدد وشروط الاجازات وفترات الغياب التي يستحقهـا
المـوظف أو يـؤذن لـه فيها ٠

مادة ( ٢٩ )   يجوز اعارة الموظف بعد موافقته للعمل لدى المؤسسات العامة أو الخاصـة
أو الحكومات أو الهيئات الدولية وتحدد اللائحة قواعد الاعارة ٠

الفصـــــــل الســـادس،

انهـاء الخدمــة

مادة ( ٣٠ )   مع مراعاة اسباب انهاء الخدمة التي تنص عليها الانظمة تنتهي خدمة الموظف
لاحد الاسباب الاتيـة :

أ ـ   الاستقالة ٠

ب ـ   طلب الاحالة على التقاعد قبل بلوغ السن النظامية حسب نظام التقاعد ٠

ج ـ   الغاء الوظيفة ٠

د ـ   بلوغ السن النظامية للتقاعد مالم تمدد خدمته بقرار من السلطـــة
المختصة ٠

هـ ـ   العجز الصحي ٠

و ـ   الغياب بغير عذر مشروع أو عدم تنفيذ قرار النقل ٠

ز ـ   الفصل لاسباب تأديبية ٠

ح ـ   الفصل بأمر ملكي أو بقرار من مجلس الوزراء ٠

</div>

<div dir="rtl">

الـــــــباب الثالـــــــــث

احكـــام عـامـــــــة وانتقاليـــــــــة

مادة ( ٣١ )    للوزير تفويض بعض صلاحياتــه المقررة في هذا النظام •

مادة ( ٣٢ )    يكون لرئيس المصلحة المستقلة بالنسبة لموظفي هذه المصلحة من الصلاحيـات
ما للوزير بالنسبة لموظفي الوزارة •

مادة ( ٣٣ )    لا يجوز تعيين الموظف على اكثر من وظيفة واحدة •

مادة ( ٣٤ )    يعتبر تدريب الموظفين جزءا من واجبات العمل النظامية سواء كان داخـــــل
أو خارج أوقات الدوام الرسمي وعلى جميع الوزارات والمصالح الحكومية تمكيــــن
موظفيها من تلقي التدريب كل في مجال اختصاصه •

مادة ( ٣٥ )    يتم ابتعاث الموظفين الذين تقضي مصلحة العمل بابتعاثهم للدراســـة وفق
لائحة الابتعاث •

مادة ( ٣٦ )    تعد تقارير دورية عن كل موظف وفق لائحة يصدرها رئيس مجلس الخدمـــــة
المدنية •

مادة ( ٣٧ )    يجوز بقرار من مجلس الخدمة المدنية استثناء وظائف معينة من بعض احكـــام
هذا النظام •

مادة ( ٣٨ )    يحل هذا النظام محل نظام الموظفين الصادر بالمرسوم الملكي رقم م/٥ وتاريخ
١٣٩١/٢/١ هـ وذلك :

أ ــ   بالنسبة للموظفين الخاضعين بصفة اصلية لهذا النظام •

ب ــ  بالنسبة للموظفين الذين يعتبر النظام المذكور مكملا للنظام التي تحكــم
اوضاعهم وذلك في حدود ما تتضمنه عليه تلك النظم •

</div>

الديوان العام للخدمة المدنية

مادة ( ٣٩ )   يصدر مجلس الخدمة المدنية لوائح هذا النظام ٠

مادة ( ٤٠ )   لمجلس الوزراء حق تفسير هذا النظام ٠

