# EXHIBIT 12

# TO ALARFAJ EXPERT OPINION

**NDMO**
مكتب إدارة البيانات الوطنية
National Data
Management Office

# Freedom of Information

# Interim Regulations

NDMO
مكتب إدارة البيانات الوطنية
National Data
Management Office

# 7.  Freedom of Information Interim Regulations

## 7.1. Scope

This Interim Regulation applies to all requests coming from any individual to access or obtain public information – unprotected – produced or held by public entities, regardless of the source, form or nature. This includes paper records, emails, information stored on computers, audio or video cassettes, microfiche, maps, photographs, handwritten notes or any other form of recorded information.

The following information should be considered as protected, and should not be disclosed:

1.  Information that, if disclosed, may harm the Kingdom of Saudi Arabia's national security, policies, interests or rights;

2.  Military and security information;

3.  Documents and information obtained in agreement with another state and classified as protected;

4.  Inquiries, investigations, checks, inspections and monitoring in respect of a crime or violation;

5.  Information that include recommendations, suggestions or consultations for issuing governmental legislation or decision not issued yet;

6.  Commercial, industrial, financial or economic information that, if disclosed, may result in gaining profits or avoiding losses in an illegitimate manner;

7.  Scientific or technological searches or rights included intellectual property right that, if disclosed, may result in infringement of incorporeal right;

8.  Tender and bidding Information that, if disclosed, may give rise to violation of fair competition;

9.  Information and the like, which are protected, confidential or personal under another law, or require certain legal action to be accessed or obtained.

## 7.2. Key Principles

Principle 1: Transparency

Individuals have the right to access information related to public entities' activities to enhance integrity, transparency, and accountability.

Principle 2: Accountability and Reasonable Justification

Any restrictions on requesting access or obtaining protected information received, produced, or managed by public entities must be justified in a clear and explicit manner.

Principle 3: Public Information Disclosure

Every individual has the right to access or obtain public information – unprotected – and the applicant does not necessarily have a certain status or interest in this information to be able to obtain it and is not subject to any legal accountability related to this right.


Principle 4: Equality

All the requests for access to information are treated equally and in a non-discriminatory manner.

## 7.3. The Rights of Individuals to Access Public Information

**First:** The right to access and obtain any public information — unprotected — by any public entity.

**Second:** The right to be informed about the reason for the denial of the request for access to information.

**Third:** The right to file a notice of appeal against the decision to refuse the request for access to information.

## 7.4. Obligations of Public Entities

1. The public entity shall be responsible for preparing and implementing policies and procedures related to exercising the right to access or obtain public information, and the entity's head is responsible for approving and adopting it.

2. The public entity shall establish an organizational unit linked to the data management offices that have been established across public entities under the Royal Decree No. 59766 dated 20/11/1439 AH, and shall assign them the responsibility to develop, document and monitor the implementation of policies and procedures approved by the top management across these entities and related to the right to access public information. The functions and responsibilities of that unit shall include development of appropriate standards to determine levels of data classification in case of their absence — according to the Data Classification Interim Regulations — and using them as a main reference while processing requests for access to public information.

3. The public entity shall determine and provide possible means (forms for requesting public information) — whether paper or electronic — through which the applicant can request access to public information.

4. The public entity shall verify the identity of individuals before granting them the right to access or obtain public information in accordance with the controls determined by the National Cyber Security Authority.

5. The public entity shall set the necessary standards for determining the fees for processing requests to access or obtain public information based on the nature of the data, its size, the effort spent, and the time taken - in accordance with the Data Revenue Framework Interim Regulation[1].

6. The public entity shall document all records of requests to access or obtain public information and the decisions taken on these requests, provided that these records would be reviewed to address cases of misuse or non-response.

7. The public entity shall prepare and document policies and procedures for proper records keeping and disposing of it in accordance with the relevant national laws and regulations.

---

[1] The development of the Data Revenue Framework Interim Regulations is in progress.

8.  The public entity shall prepare and develop the necessary procedures to manage, process, and document the requests subject to extension or denial. They shall also define roles and responsibilities related to the appointed staff and document the cases in which the Regulatory Authority and NDMO are notified according to the time period specified for processing the requests.

9.  The public entity shall notify the applicant - in an appropriate manner - in the event the request is rejected in whole or part, explaining the reasons for the denial and the right to appeal and how to exercise this right within a period not exceeding (15) days after the making the decision.

10. The public entity shall launch awareness programs to promote and enhance the culture of transparency and raise awareness of the Freedom of Information policies and procedures approved by the top management of the entity.

11. The public entity shall be responsible for monitoring compliance periodically with Freedom of Information Interim Regulation and presenting the results to the head of the entity (or the delegate). The corrective procedures should be determined in case of non-compliance and the Regulatory Authority and NDMO should be notified accordingly.


## 7.5. Request for Information Process

**The main requirements for the request to access public information :**

1.  The request should be in writing or electronically;

2.  The request should be filled out in a dedicated form made accessible by the public entity;

3.  The request should clearly state that it is a request for Freedom of Information purposes;

4.  The request should give details about how notices can be sent to the requester (for example: address, email, or through the entity's website);

5.  The request should be sent directly to the public entity.





Figure 4 - Request for Information Process

**The main steps for the request to access public information:**

**First:** Applications should be submitted by filling out a "Public Information Request Form" — electronic format or paper — and submitting it to the public entity that has the information.

**Second:** The public entity, in not less than thirty (30) days of receipt of a request to access or obtain public information, shall take one of the following steps:

1. **Grant:** If the public entity grants a request to access to or obtain information in whole or in part, the applicant should be advised in writing the applicable fees,  and the public entity should make this information available to the applicant within a reasonable period that does not exceed ten (10) days of receipt of payment.

2. **Denial:** If the public entity denies a request to access to or obtain information, rejection decision should be communicated in writing or electronically and should include the following information:

   o   Whether the request is denied, in whole or in part;

   o   A concise statement for the basis of denial, if applicable;

   o   Notice of a right to appeal such denial, including notice as to the time and manner in which any appeal must be taken.

3. **Extension:**  In the event the public entity is unable to respond to the request for access in due time, the time in which to respond should be extended within reasonable time given the size and nature of information requested — for example not exceeding an additional thirty (30) calendar days — and the public entity should provide the applicant the following information:

   o   Notice of the Extension and the new date when the request is expected to be completed;

   o   A concise statement for the basis of delay;

○ Notice of a right to appeal such delay, including notice as to the time and manner in which any appeal must be taken.

4. **Notice:** If the required information is available on the entity's website, or is not within its competence, the individual requesting the information must be notified, in writing or electronically, including the following information:

○ The type of notice, for example, the required data is available on the entity's website, or is not within its jurisdiction;

○ The right to complain about this notice and how to exercise this right.

**Third:** In the event the applicant wants to appeal a denial by a public entity, they could submit a written or electronic notice of appeal to the public entity's Office within a specific period of time, not exceeding ten (10) working days after receiving the decision of the public entity. The Board of Grievances within the entity's office, shall review the application, make the appropriate decision and notify the applicant of the related fees — it is retrieved if the Board approves the request — and the appeal decision.

## 7.6. General Dispositions

**First:** Public entities shall ensure that these Interim Regulations are in line with their policies and procedures and circulate the same to all its affiliates or relevant agencies to ensure alignment and achievement of targeted objectives.

**Second:** Public entities shall balance between the right to be informed and to access information with other necessary requirements, such as national security and personal data protection.

**Third:** Public entities shall comply with these Interim Regulations and document compliance periodically, in accordance with the mechanisms and procedures determined by the entities after coordination with NDMO.

**Fourth:** Regulatory Authorities — in coordination with NDMO — share develop the mechanisms, procedures, and controls related to resolving complains within a specific timeframe.

**Fifth:** Public entities shall notify NDMO in the event the request for access to public information is rejected or the public entities have decided to extend time to respond and provide information that is in scope of these Interim Regulations.

**Sixth:** When contracting with other entities - such as companies performing public services - the public entity shall audit on a periodic basis the compliance of these entities according to the mechanisms and procedures determined by the entity itself, including any subsequent contracts conducted by the other entities.

**Seventh:** The public entities shall have the right to set additional rules for handling requests related to specific types of public information according to their nature and sensitivity after coordination with NDMO.

**Eighth:** Public entities shall prepare forms for the request or access to public information - whether paper or electronic — specifying the required information and clarifying possible means to provide the required information.

## 7.7. Freedom of Information and Open data

Open data programs and policies have been launched around the world to support growth of the national economy and innovation agenda. Making specific datasets available for public access and use has benefited researchers, innovators, other members of the public and even companies and helped create a conductive environment for business growth, promoting an open and transparent government.

Driving an open data program also represents the proactiveness of a public entity in upholding the right to access public information and making specific datasets open ahead of being requested. As such, it is expected that effective open data programs can be correlated with less Freedom of Information requests, potentially lowering government expenses.



سياسة حرية المعلومات



سياسات حوكمة البيانات الوطنية

# 7   المبادئ الرئيسية والقواعد العامة لحرية المعلومات

## 7.1   النطاق

تنطبق هذه السياسة على جميع طلبات الأفراد للاطلاع أو الحصول على المعلومات العامة -غير المحمية و التي تنتجها الجهات العامة مهما كان مصدرها، أو شكلها أو طبيعتها - ويشمل ذلك السجلات الورقية ورسائل البريد الإلكتروني والمعلومات المخزنة على الكمبيوتر أو أشرطة الصوت أو الفيديو أو الخرائط أو الصور الفوتوغرافية أو المخطوطات أو الوثائق المكتوبة بخط اليد، أو أي شكل آخر من أشكال المعلومات المسجلة.

لا تنطبق أحكام هذه السياسة على المعلومات المحمية:

1. المعلومات التي يؤدي إفشاؤها إلى الإضرار بالأمن الوطني بالأمن الوطني للدولة أو سياساتها  أو مصالحها  أو  حقوقها.
2. المعلومات العسكرية والأمنية.
3. المعلومات والوثائق التي يتم الحصول عليها بمقتضى اتفاق مع دولة أخرى  وتصنف علــى  أنهـا  محمية.
4. التحريات والتحقيقات وأعمال الضبط وعمليات التفتيش والمراقبة المتعلقة بجريمـة أو  مخالفـة أو  تهديـد.
5. المعلومات التي تتضمن توصيات أو اقتراحات أو استشارات من أجل إصدار تشريع أو قرار حكومي لم يصدر بعد.
6. المعلومـات ذات الطبيعـة التجاريـة أو الصناعيـة أو الماليـة أو الاقتصاديـة التـي يـؤدي الإفصاح عنهـا إلـى تحقيـق ربـح أو تلافـي خسارة بطريقة غير مشروعة.
7. الأبحاث العلميـة أو التقنيـة، أو الحقوق المشتملة علـى حـق مـن حقوق الملكيـة الفكريـة التـي يـؤدي الكشف عنهـا إلـى المساس بحق معنوي.
8. المعلومات المتعلقة بالمنافسات والعطاءات والمزايدات التي يؤدي الإفصاح عنها إلى الإخلال بعدالة المنافسة.
9. المعلومات التي تكون سريةأو شخصية بموجب نظام آخر، أو تتطلب إجراءات نظامية معينة للوصول إليها أو الحصول عليها.

## 7.2   المبادئ الرئيسية لحرية المعلومات

**المبدأ الأول: الشفافية**

للفرد الحق في معرفة المعلومات المتعلقة بأنشطة الجهات العامة تعزيزاً لمنظومة النزاهة والشفافية والمساءلة.

**المبدأ الثاني: الضرورة والتناسب**

أي قيود على طلب الاطلاع أو الحصول على المعلومات المحمية التي تتلقاها أو تنتجها أو تتعامل معها الجهات العامة يجب أن تكون مبررة بطريقة واضحة وصريحة.

**المبدأ الثالث: الأصل في المعلومات العامة الإفصاح**

لكل فرد الحق في الاطلاع على المعلومات العامة- غير المحمية - وليس بالضرورة أن يتمتع مقدم الطلب بحيثية معينة أو باهتمام معين بهذه المعلومات ليتمكن مـن الحصـول عليهـا، كمـا لا يتعرض لأي مساءلة قانونية متعلقة بهـذا الحـق.

**المبدأ الرابع: المساواة**

يتم التعامل مع جميع طلبات الاطلاع أو الحصول على المعلومات العامة على أساس المساواة وعدم التمييز بين الأفراد.

## 7.3   حقوق الأفراد فيما يتعلق بالاطلاع على المعلومات العامة أو الحصول عليها

**أولاً:**   حـق الاطـلاع والحصـول علـى أي معلومـة غيـر  محميـة  لدى  أي جهـة عامـة.
**ثانياً:**   الحق في معرفة سبب  رفض الاطلاع أو الحصول  على  المعلومـات المطلوبة.
**ثالثاً:**   الحق في التظلم على قرار رفض طلب الاطلاع والحصول على المعلومات المطلوبة.

## 7.4   التزامات الجهات العامة

1. أن تكـون الجهـة العامـة مسـؤولة عـن إعـداد وتطبيـق السياسـات والإجـراءات المتعلقـة بممارسـة حـق الوصـول إلـى المعلومـات أو الحصـول عليهـا، ويكـون المسـؤول الأول بالجهـة مسـؤول عـن الموافقـة عليهـا واعتمادهـا.



سياسات حوكمة البيانات الوطنية

2. أن تقوم الجهة العامة بإنشاء وحـدة إداريـة تكـون مرتبطـة بمكاتـب إدارة البيانـات فـي الجهـات الحكوميـة التـي تـم تأسيسـها بموجب الأمر السامي الكريم رقم 59766 وتاريخ 1439/11/20هـ ويسند لها مسؤوليـة تطويـر وتوثيـق ومراقبـة تنفيـذ السياسـات والإجـراءات المعتمـدة مـن الإدارة العليـا بالجهـة والمتعلقـة بحـق الوصـول إلـى المعلومـات علـى أن تتضمـن مهـام ومسـؤوليات الوحـدة وضـع المعاييـر المناسـبة لتحديـد مسـتويات تصنيـف البيانـات فـي حـال عـدم وجودهـا- وفقـاً لسياسـة تصنيف البيانـات- واسـتخدامها كمرجـع رئيسـي عنـد معالجـة طلبـات الاطـلاع علـى المعلومـات العامة أو الحصول عليها.

3. أن تقوم الجهة العامة بتحديد وتوفير الوسائل الممكنة (نمـاذج طلب المعلومات العامة) -سواءً كانت نماذج ورقية أو إلكترونيـة - والتـي مـن خلالهـا يمكـن للفـرد طلب الاطـلاع علـى المعلومـات العامـة أو الحصـول عليهـا.

4. أن تقوم الجهة العامة بالتحقـق مـن هويـة الأفـراد قبل منحهـم حـق الاطـلاع علـى المعلومـات العامـة أو الحصـول عليهـا وفقـاً للضوابـط المعتمـدة مـن قبل الهيئـة الوطنيـة للأمـن السـيبراني والجهـات ذات العلاقـة.

5. أن تقوم الجهة بوضع المعاييـر اللازمـة لتحديـد الرسـوم المترتبـة علـى معالجـة طلبـات الاطـلاع علـى المعلومـات العامـة أو الحصـول عليهـا بنـاءً علـى طبيعـة البيانـات وحجمهـا والجهـد المبـذول والوقـت المسـتغرق - وفقـاً لوثيقـة سياسـة تحقيـق الدخـل مـن البيانـاتْ . أن تقوم الجهـة العامـة بتوثيـق جميـع سـجلات طلبـات الوصـول إلـى المعلومـات أو الحصـول عليهـا والقـرارات المتخـذة حيـال هـذه الطلبـات، علـى أن يتـم مراجعـة هـذه السـجلات لمعالجـة حـالات سـوء الاسـتخدام أو عـدم الاسـتجابة.

6. أن تقـوم الجهـة العامـة بإعـداد وتوثيـق سياسـات وإجـراءات الاحتفـاظ بسـجلات الطلبـات والتخلـص منهـا وفقـاً للأنظمـة والتشـريعات ذات العلاقـة بأعمـال وأنشـطة الجهـة.

7. أن تقوم الجهة العامة بإعـداد وتوثيـق الإجـراءات اللازمـة لإدارة ومعالجـة وتوثيـق طلبـات التمديـد، والطلبـات المرفوضـة وتحديـد المهـام والمسـؤوليات المتعلقـة بفريـق العمل المختـص، والحـالات التـي يتـم بهـا إشـعار الجهـة التنظيميـة والمكتـب حسـب التسلسـل الإداري، وفقـاً للفتـرة الزمنيـة المحـددة لمعالجـة الطلبـات.

8. أن تقوم الجهة العامة بإشعار الفـرد - بطريقـة ملائمـة - فـي حـال تـم رفـض الطلب كليـاً أو جزئيـاً، مـع إيضـاح أسـباب الرفـض والحـق فـي التظلّـم وكيفيـة ممارسـة هـذا الحـق خـلال فتـرة لا تتجـاوز (15) يـوم مـن اتخـاذ القـرار.

9. أن تقـوم الجهـة العامـة بإعـداد برامـج توعويـة لتعزيـز ثقافـة الشـفافية ورفـع مسـتوى الوعـي وفقـاً لسياسـات وإجـراءات حريـة المعلومـات المعتمـدة مـن الإدارة العليـا للجهـة.

10. أن تكـون الجهـة العامـة مسـؤولة عـن مراقبـة الامتثـال لسياسـات وإجـراءات حريـة المعلومـات بشـكل دوري ويتـم عرضهـا علـى المسـؤول الأول بالجهـة أو مـن يفوضـه، كمـا يتـم تحديـد وتوثيـق الإجـراءات التصحيحيـة التـي سـيتم اتخاذهـا فـي حـال عـدم الامتثـال وإشـعار الجهـة التنظيميـة والمكتـب حسـب التسلسـل الإداري.

## 7,5. الخطوات الرئيسية للاطلاع على المعلومات أو الحصول عليها
المتطلبات الرئيسية لطلبات الوصول إلى المعلومات العامة أو الحصول عليها:

1. يجب أن يكون الطلب خطياً أو إلكترونياً

2. يجب تعبئـة «نموذج طلب معلومات عامة» المعتمد من قبل الجهة العامة

3. يجب أن يكون الطلب لأغراض الوصول إلى المعلومات العامة أو الحصول عليها

4. يجـب أن يتضمـن نمـوذج الطلـب تفاصيـل حـول كيفيـة إرسـال القـرار النهائـي والإشـعارات إلـى الفـرد (العنـوان الوطنـي أو البريـد الإلكترونـي أو موقـع الجهـة... الـخ)

5. يجب إرسال نموذج الطلب مباشرة إلى الجهة العامة



سياسات حوكمة البيانات الوطنية



الشكل 3 الخطوات الرئيسية لطلب الاطلاع على المعلومات العامة أو الحصول عليها

**الخطوات الرئيسية لطلب الاطلاع أو الحصول على المعلومات العامة:**

**أولاً:** يتم تقديم الطلبات عن طريق ملء «نموذج طلب معلومات عامة» - إلكتروني أو ورقي - وتقديمه للجهة العامة التي لديها المعلومات.

**ثانياً:** تقوم الجهة العامة، خلال فترة زمنية محددة (30 يومًا) من استلام طلب الاطلاع أو الحصول على المعلومات العامة باتخاذ أحد القرارات التالية:

1. **الموافقة:** في حال تمت موافقة الجهة العامة على طلب الوصول إلى المعلومات أو الحصول عليها كلياً أو جزئياً فيجب إشعار الفرد خطياً أو الكترونياً بالرسوم المطبقة، ويجب على الجهة العامة إتاحة هذه المعلومات للفرد خلال فترة زمنية لا تتجاوز (10) أيام عمل من استلام المبلغ.

2. **الرفض:** في حال تم رفض طلب الوصول إلى المعلومات أو الحصول عليها، فيجب أن يكون الرفض خطياً أو إلكترونياً على أن يتضمن المعلومات التالية:
   - تحديد ما إذا كان رفض الطلب كلياً أو جزئياً
   - أسباب الرفض، إن أمكن
   - الحق في التظلّم على هذا الرفض وكيفية ممارسة هذا الحق.



سياسات حوكمة البيانات الوطنية

**التمديد:** في حال عدم إمكانية معالجة طلب الوصول إلى المعلومات في الوقت المحدد، ينبغي على الجهة العامة تمديد الفترة التي سيتم الرد فيها بمدة معقولة حسب حجم وطبيعة المعلومات المطلوبة -على سبيل المثال لا تتجاوز (30) يوماً إضافياً - وتزويد الفرد بالمعلومات التالية:

- إشعار التمديد والتاريخ المتوقع فيه إكمال الطلب
- أسباب التأخير
- الحق في التظلّم على هذا التمديد وكيفية ممارسة هذا الحق.

4. **الإشعار:** في حال كانت المعلومات المطلوبة متاحة على موقع الجهة، أو ليست من اختصاصها فيجب إشعار الفرد بذلك خطياً أو إلكترونياً على أن يتضمن المعلومات التالية:

- نوع الإشعار، على سبيل المثال، البيانات المطلوبة متاحة على موقع الجهة، أو ليست من اختصاصها.
- الحق في التظلّم على هذا الإشعار وكيفية ممارسة هذا الحق.

**ثالثاً:** في حالة رغبة الفرد في التظلّم على رفض الطلب من قبل جهة عامة، فيمكنه تقديم إشعار خطي أو الكتروني بالتظلم إلى مكتب الجهة خلال فترة زمنية لا تتجاوز (10) أيام عمل من استلامه لقرار الجهة العامة، وتقوم لجنة التظلم بمكتب الجهة بمراجعة الطلب واتخاذ القرار المناسب وإشعار الفرد برسوم المراجعة - يتم استرجاعها في حال موافقة اللجنة على الطلب  وقرار الاستئناف.

## 7.6 أحكام عامة

**أولاً:** تتولى الجهات العامة مواءمة هذه السياسة مع وثائقها التنظيمية - السياسات والإجراءات وتعميمها على جميع الجهات التابعة لها أو المرتبطة بها بما يحقق التكامل ويضمن تحقيق الهدف المنشود من إعدادها.

**ثانياً:** يجب على الجهات العامة موازنة حق الاطلاع والحصول على المعلومات مع المتطلبات الضرورية الأخرى كتحقيق الأمن الوطني والمحافظة على خصوصية البيانات الشخصية.

**ثالثاً:** يجب على الجهات العامة الامتثال لهذه السياسة وتوثيق الامتثال بشكل دوري وفقاً للآليات والإجراءات التي تحددها هذه الجهات بعد التنسيق مع المكتب.

**رابعاً:** تقوم الجهات التنظيمية - بعد التنسيق مع المكتب - بإعداد الآليات والإجراءات والضوابط المتعلقة بمعالجة الشكاوي وفقاً لإطار زمني محدد وحسب التسلسل التنظيمي.

**خامساً:** يجب على الجهات العامة إشعار المكتب في حال تم رفض طلب الاطلاع أو الحصول على المعلومات العامة أو تمديد الفترة المحددة لتقديم هذه المعلومات - وهي ضمن النطاق.

**سادساً:** يجب على الجهة العامة عند تعاقدها مع جهات أخرى – كالشركات التي تقوم بمباشرة خدمات عامة – أن تتحقق بشكل دوري من امتثال الجهات الأخرى لهذه السياسة وفقاً للآليات والإجراءات التي تحددها الجهة، على أن يشمل ذلك أي تعاقدات لاحقة تقوم بها الجهات الأخرى.

**سابعاً:** يحق للجهات العامة وضع قواعد إضافية لمعالجة الطلبات المتعلقة بأنواع محددة من المعلومات العامة وفقاً لطبيعتها وحساسيتها بعد التنسيق مع المكتب.

**ثامناً:** يجب على الجهات العامة إعداد نماذج للاطلاع أو الحصول على المعلومات العامة - سواء كانت ورقية أو إلكترونية - يحدد فيها المعلومات اللازمة والوسائل الممكنة لتقديم المعلومات المطلوبة.

## 7.7 حرية المعلومات والبيانات المفتوحة

عادةً ما يتم إعداد وتطوير برامج وسياسات البيانات المفتوحة حول العالم لدعم نمو أجندة الاقتصاد الوطني والابتكار. ومما لا شك فيه إن إتاحة ونشر مجموعة محددة من المعلومات العامة للباحثين ورّواد الأعمال والمبتكرين والشركات الناشئة يساعد على تهيئة بيئة مواتية لنمو الأعمال التجارية، ويشير إلى وجود حكومة منفتحة وشفافة.

كما تعد برامج وسياسات البيانات المفتوحة خطوة استباقية من الجهات في المحافظة على حق الوصول إلى المعلومات العامة من خلال إتاحة أو نشر مجموعة محددة من المعلومات - كبيانات مفتوحة - قبل طلب الوصول إليها أو الحصول عليها. وبالتالي فإن برامج وسياسات البيانات المفتوحة الفعالة تقلل من حجم طلبات الوصول إلى المعلومات العامة مما يؤدي إلى خفض النفقات الحكومية المتعلقة بمعالجة الطلبات.



# سياسة البيانات المفتوحة

# EXHIBIT 13

# TO ALARFAJ EXPERT OPINION

**High Order No. 595/M dated 10/05/1421H (corresponding to August 10, 2000) (Excerpts)**

**[Attorney Translation]**

**To the Royal Highness, the Chief of the Office of The Council of Ministers, the Chairman of the Commission for the National Center for Documents and Archives:**

We have received the letter of the National Center for Documents and Archives … that contains the request to approve the following:

1. …

2. …

3. Implementing Regulations of the Access to and Circulation of Documents and Archives

…

We hereby inform you of our approval …

**Abdullah bin Abdulaziz**

**[Implementing Regulations of the Access to and Circulation of Documents and Archives]**

**…**

Article (4):  The levels of confidentiality of documents and archives are classified as follows

A. Extremely Confidential Documents and Archives: Those are documents and archives that, if known to others, may endanger the State's security. Those documents include: documents relating to military plans, and the amount, types and location of weapons. Usually, these documents cannot be accessed, during the period of their prohibition, by anyone but high officials concerned with such documents or courts that rule on matters of national security, and only to the extent necessary.

B. Very Confidential Documents and Archives: Those are documents and archives the disclosure of which harms public or private interest. Those documents include: documents related to administrative secrets, industrial secrets and commercial secrets. Usually, these documents cannot be accessed during the period of their prohibition except by specialists.

C. Confidential Documents and Archives: Those are documents and archives that relate to personal cases or topics, the disclosure of which may lead to negative effects on the social life of groups or individuals. Those documents include: investigation documents

and rulings related to personal cases. Usually, those documents cannot be accessed except by specialists.

…..

(صفحة ١ من ١٢)



الرقم: ٢٣/٠٩٥
التاريخ: ١٠/١/...
المرفقات: ٧ + نظام ولوائح كاملة

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

صاحب السمو الملكي رئيس ديوان رئاسة مجلس الوزراء
رئيس هيئة إدارة المركز الوطني للوثائق والمحفوظات

بعد التحية :-

اطلعنا على خطاب المركز الوطني للوثائق والمحفوظات رقم ١/٢٢ وتاريخ ١٤٢٠/٩/١٣هـ المشار فيه إلى ما تقضي به المادة (الرابعة) من نظام المركز الوطني للوثائق والمحفوظات الصادر بالمرسوم الملكي رقم (م/٥٥) وتاريخ ١٤٠٩/١٠/٢٣هـ من أن تختص هيئة إدارة المركز برسم السياسة العامة للمركز وإصدار اللوائح التنفيذية لنظام الوثائق والمحفوظات..، وإلى أن هيئة إدارة المركز قد اتخذت محاضرها رقم (٣٤) ورقم (٣٥) ورقم (٣٦) المؤرخة في ١٤٢٠/٨/٦هـ ورقم (٣٧) وتاريخ ١٤٢٠/٩/١٣هـ والمتضمنة الموافقة على مايلي :-

١- لائحة الوثائق والمحفوظات المالية.
٢- لائحة التزويد بالوثائق والمحفوظات وإعارتها.
٣- لائحة الاطلاع على الوثائق والمحفوظات وتداولها.
٤- القواعد والترتيبات اللازمة للاستفادة من المواد الأولية للأوعية الورقية.

وطلب المركز الموافقة على ذلك تحقيقاً للأهداف التي سعى إليها نظام الوثائق والمحفوظات ونظام المركز الوطني للوثائق والمحفوظات لحماية وثائق الدولة المهمة والاستغناء عن الأوراق التي فقدت قيمتها.

ونخبركم بموافقتنا على ذلك.. فأكملوا مايلزم بموجبه.،،،



عبدالله بن عبدالعزيز
نائب رئيس مجلس الوزراء



المملكــة العربيــة الســعودية

المركز الوطني للوثائق والمحفوظـات

رمزه (٠٧٧)

## ١٠ –   لائحة الإطلاع على الوثائق والمحفوظات وتداولها .

**المادة (١)**   يقصد بالإطلاع تمكين الباحثين والدارسين من قراءة الوثائق والمحفوظات المطلوبة دون الحصول على صور منها .

**المادة (٢)**   يقصد بالتداول تمكين الباحثين والدارسين من الحصول علــى صــور مــن الوثــائق والمحفوظات .

**المادة (٣)**   تقسم الوثائق والمحفوظات لأغراض الإطلاع والتداول إلى فئتين : –

**الفئة الأولى :**   وثائق يجوز  الإطلاع عليها وتداولها : وهي الوثـــــائق الــتي تتعلـــق بموضوعات عامة غير سرية تم نشرها أو إبلاغها للجهات والأشـخاص الإعتباريين أو الطبيعيين . وتتاح هذه الوثائق للبــــاحثين والدارسـين ومراكز البحث العلمي للإستفادة منها في المجالات العملية والعلميـــة والتوثيقية . ومن هذه الوثائق الأنظمة واللوائح والسياسات والخطــط والبرامج والميزانيات والإحصائيات والأبحاث والدراسات والتقـــارير الإحصائية .

**الفئة الثانية :**   وثائق يحظر نشرها أو الإطلاع عليهـــــا أو تداولهـــا لغـــير الموظفـــين المختصـــين أو بأمرهم ، لسريتها أو لاشتمالها على معلومـــات تخـــص جهات محددة أو أشخاص معينين بذاتهم ، وليس من المصلحة الإطلاع عليها أو إفشاء  ما تضمنته من بيانات أو معلومات . ويتم الإطلاع على هذه الوثائق والمحفوظات وفقاً للشروط المحددة في هذه اللائحة .



المملكـــة العربيـــة الســعودية

المركز الوطني للوثائق والمحفوظـــات

رمزه ( ٠٧٧ )

المادة ( ٤ )    تصنف درجات سرية الوثائق والمحفوظات على النحو التالي : ‑

أ ‑    وثائق ومحفوظات سرية للغاية : وهي الوثائق والمحفوظات التي تؤدي معرفــة
بياناتها للغير إلى الإضرار بأمن الدولة . ومن أنواع هذه الوثائق : وثائق الخطط
العسكرية ، وكميات الأسلحة ، وأنواعـها ومواقعـها . ولا يجـوز عـادة
الإطلاع على هذه الوثائق خلال مدة حظرها إلا من قبل كبار المسـئولين
المعنيين بمثل هذه الوثائق ، أو المحاكم المعنية بالنظر في قضايـا أمـن الدولــة
وبالقدر الضروري الأفضل في هذه القضايا .

ب ‑    وثائق ومحفوظات سرية جداً : وهي الوثائق والمحفوظات التي يؤدي إفشـــاء
بياناتها إلى الإضرار بالمصالح العامة أو الخاصة ، ومن أنواع هـــذه الوثـائق :
الوثائق المتعلقة بالأسرار الإدارية ، والوثائق المتعلقــة بالأسـرار الصناعيــة ،
والوثائق المتعلقة بالأسرار التجارية . ولا يتم الإطلاع عــادة علــى هـذه
الوثائق خلال مدة حظرها إلا من قبل المختصين .

ج ‑    وثائق ومحفوظات سرية : وهي الوثائق والمحفوظات التي تتعلق بمواضيـــع أو
قضايا فردية يترتب على إفشائها أو الإطلاع عليها تأثيرات سيئة على الحيـاة
الإجتماعية للجماعات أو الأفراد . ومن أنـواع هـــذه الوثـائق : وثائـق
التحقيقات والأحكام المتعلقة بقضايا الأفراد .

ولا يتم الإطلاع عادة على هذه الوثائق إلا من قبل المختصين .



المملكـة العربيــة السـعودية

المركز الوطني للوثائق والمحفوظـات

رمزه (٠٧٧)

المادة (٥)    يجوز الإطلاع على الوثائق والمحفوظات السرية الواردة في المادة (٤) أعلاه من قبـــل
الباحثين والدارسين وفقاً للضوابط التالية : -

أ -    أن تكون هذه الوثائق أو المحفوظات محتوية على بيانات أو معلومات صالحـــة
للبحوث والدراسات في الموضوعات المراد بحثها ، مما يثري البحث العلمـــي
ويساعد في التغلب على الآثار السلبية للقضايا المدروسة .

ب -    إزالة أسماء الأشخاص الواردة في صور الوثائق أو المحفوظات التي يـــرود بـــا
الباحثين والدارسين قبل تمكينهم من الإطلاع عليها .

ج -    أن تكون مدة حظر الوثيقة _ ذات الحظر المؤقت _ قد انتهت .

د -    أن يكون الباحث أو الدارس ممن يعرف له مكانه العلمي في مجال بحثــه ، أو
يحضر خطابا رسميا من الجهة المشرفة على بحثه أو الجهة التي يتبع لها .

هـ -    أن يشار في مصادر البحث إلى هذه الوثائق ومكان وجودها .

و -    أن يزود المركز بثلاث نسخ من هذا البحث يتم إيداعها في مكتبة المركز .

المادة (٦)    تقوم كل جهة حكومية بتزويد المركز الوطني للوثائق والمحفوظات بأسماء أنواع وثائقها
السرية التي تنتمي لكل صنف من أصناف درجات السرية ، وتقترح نوع السرية لكل
منها _ دائمة أو غير دائمة _ وإذا كانت غير دائمة فتقترح المدة التي يمكن أن تتـــاح
بعدها للإطلاع والتداول وفقاً للضوابط الواردة في المادة (٥) من هذه اللائحة . ويتـم
التزويد بهذه البيانات بتعبئة أنموذج الوثائق السرية رقم (١) .



المملكـــة العربيـــة الســـعوديــة

المركز الوطني للوثائق والمحفوظـــات

رمزه (٠٧٧)

**المادة (٧)** يقوم المركز الوطني للوثائق والمحفوظات بناءً على البيانات الـــواردة مـــن الأجـــهزة الحكومية ، وبعد التفاهم معها ، بإصدار قوائم بدرجات السرية ، وتتضمن قائمة كل درجة أسماء أنواع الوثائق السرية المتعلقة بها ، وموضوع الوثيقة ونوع السرية ومـــدة السرية التي يمكن أن تتاح بعدها للإطلاع أو الحصول على صورة منها ، ويزود المركز كل جهاز حكومي بنسخة من هذه القوائم .

**المادة (٨)** تثبت درجة السرية على الوثائق السرية عند إنشائها من قبل الوحدة الإدارية المنشئة لها وفقاً لأنواع الوثائق الواردة في البيانات الصادرة عن المركز . ويكون هذا التثبيت في النصف الأعلى من الوثيقة .

**المادة (٩)** يجب عدم إخفاء طابع السرية على الوثائق غير السرية حتى يبقى بها للسرية مدلولها .

**المادة (١٠)** يقوم المركز الوطني للوثائق والمحفوظات وحده بتمكين البـــاحثين والدارســـين مـــن الإطلاع على الوثائق والمحفوظات السرية المتعلقة ببحوثهم ، وتزويدهم بصور منـــها وفقاً للضوابط الواردة في المادة (٥) من هذه اللائحة .

**المادة (١١)** تبدأ سرية الوثيقة من تاريخ البدء في إنشائها أو إكتسابها هذه السرية .

**المادة (١٢)** يبدأ حساب مدة سرية الوثيقة من تاريخ إعتمادها .

**المادة (١٣)** يتاح الإطلاع على الوثائق والمحفوظات ذات السرية المؤقتة من بداية الســـنة التاليـــة لتاريخ انهاء مدة سريتها .



المملكــة العربيــة الســعودية

المركز الوطني للوثائق والمحفوظـات

رمز ٥ (٠٧٧)

---

إرشادات تعبئة جدول الوثائق السرية .

١)   الحقل رقم (١) المعنون بــ (عدد) يذكر فيه رقم مسلسل الوثائق السرية بدءاً من أول  نوع
من أنواع الوثائق وإنتهاءاً بآخر نوع من أنواعها . وبآخر نوع منها يتحدد عدد أنـــواع
الوثائق السرية في الجهاز .

٢)   الحقل رقم (٢) المعنون بــ ( إسم الوثيقة ) يذكر فيه الإسم الذي يطلق على الوثيقة  ليحدد
ما هيتها ، وهذا الإسم قد يكون من كلمة أو أكثر ، ومثال ذلك قولك (محضر تحقيـق)
فالمحضر لفظ عام لا يدل بمفرده على ماهية الوثيقة ، وإضافة التحقيق إليه يســتبعد أنواعاً
كثيرة من المحاضر ويحدد ما هية الوثيقه التي تميزها عن غيرها .

٣)   الحقل رقم (٣) المعنون بــ ( بموضوع الوثيقة ) يذكر فيه الموضوع الخاص بالوثيقة الـــذي
يجعلها أكثر تحديداً للباحثين ، ذلك أن محاضر التحقيق متنوعة الموضوعــات ، كالرشــوة
والتزوير والمخدرات ، والباحث يكون معنياً بنوع محدد من القضايا التي تهم بحثه ، فإذا كان
بحثه يتعلق بالرشوة فإن إهتمامه ينصب على هذا النوع من القضايـا ، لـذا لـزم تحديــد
موضوعات الوثائق حتى يسهل حفظها واسترجاعها .

٤)   الحقل رقم (٤) المعنون بــ ( نوع السرية ) يذكر فيه نوع سرية الوثيقة ، أهي من النـــوع
الدائم أو من النوع المؤقت ، فيدون في هذا الحقل العبارة المناسبة ( دائمة ) ( مؤقتة ) .

٥)   الحقل رقم (٥) المعنون بــ ( درجة السرية ) يذكر فيه درجة السرية الـتي تكـون عليهـا
الوثيقة ، ودرجات السرية المحددة في اللائحة هي ( سرية للغايـة ) و ( سري جــداً )
و(سري ) ، فيحدد الجهاز الحكومي الدرجة التي يراها لكل نوع من أنواع وثائقه السرية .



المملكــة العربيــة الســعودية

المركز الوطني للوثائق والمحفوظـات

رمزه ( ٠٧٧ )

٦)   الحقل رقم (٦) المعنون بـ ( مدة السرية ) يذكر فيه المدة التي يقترحها الجهاز الإداري لسرية الوثيقة المؤقتة السريه ، والتي بإنقضائها يجوز الإطلاع على الوثيقة والتمكين من الحصول على صوره منها ، مثل قولك ( ٣٠ سنه ) أو ( ٤٠ سنه ) أو أقل أو أكثر ، وذلـــك بنــاءً علــى إعتبارات موضوعية يقدرها الجهاز الإداري .

٧)   الحقل رقم (٧) المعنون بـ ( إيضاحات ) وفي هذا الحقل يمكن تدوين ما يراد إيضاحه عـــن بعض الوثائق ، وإذا كان الحقل صغيراً على مايراد إيضاحه فيمكن إرفاق ورقة بالإيضاحــــات المطلوبة على أن تحدد الوثيقة التي تتعلق بها الإيضاحات .



المملكة العربية السعودية
المركز الوطني للوثائق والمحفوظات
(٠٧٧)

جدول الوثائق السرية في وزارة ـــــــــــــــــ

أنموذج وثائق سرية رقم (١) .

| عدد | إسم نوع الوثيقة . | موضوع الوثيقة | نوع السرية . | درجة السرية . | مدة السرية . | إيضاحات . |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

f23 - 1

<div dir="rtl">

المملكة العربية السعودية
المركز الوطني للوثائق والمحفوظات
(٠٧٧)

## قوائم الوثائق السرية العامة (المالية والإدارية) .

أنموذج وثائق سرية رقم (٢) .

| عدد | إسـم نـوع الـوثـيـقــة . | موضوع الوثيقة . | نوع السرية . | درجة السرية . | مدة السرية . | إيضاحات . |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

f23-2

</div>

Case 5:22-cv-04486-BLF    Document 306-6    Filed 02/28/23    Page 29 of 246

المملـكة العربيـة السـعوديـة
المركز الوطني للوثائق والمحفوظات
( ٧٧ )

قوائم الوثائق السرية للغاية .

أنموذج ونائق سرية رقم (٣) .

| مدة السرية . | نوع السرية . | موضوع الوثيقة . | إسـم نـوع الـوثـيـقـة . | رمزه . | إسم الجهاز الحكومي . | عدد |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

f23-3

المركز الوطني للوثائق والمحفوظات

المملكة العربية السعودية
المركز الوطني للوثائق والمحفوظات
( ٠٧٧ )

# قوائم الوثائق السرية جدا .

أنموذج وثائق سرية رقم ( ٤ ) .

| عدد | إسم الجهاز الحكومي . | رمزه . | إسم نوع الوثيقة . | موضوع الوثيقة . | نوع السرية . | مدة السرية . |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ف ٢٣ - ٤

المملكة العربية السعودية

المركز الوطني للوثائق والمحفوظات

(٠٧٧)

## قوائم الوثائق السرية .

أنموذج وثائق سرية رقم (٥) .

| عدد | إسم الجهاز الحكومي . | رمزه . | إسم نوع الوثيقة . | موضوع الوثيقة . | نوع السرية . | مدة السرية . |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

٢٣ - ٥ ف

# EXHIBIT 14

# TO ALARFAJ EXPERT OPINION

**Rule No. {83}**

**Where there is a provision there is no room for interpretation (M/14)**

**Other expressions**

- Interpretative judgment shall not be resorted to wherever a provision is stipulated.

**Clarification**

The provision means the provisions of the Qur'an, the established Sunnah, and consensus, in general. The provision with which there is no room for interpretation, is the interpreted and exact (Muhkam) provisions of Qur'an and Sunnah. As for the Evident (Zaahir) and Text, they may be interpreted.

This clearly shows that the categories of verbal evidence, according to the interpretation of rulings, are four types according to the Hanafi school, namely:

1- The Evident (Zaahir): Wording whose meaning is clear, but it may be interpreted.

2- The Text: Wording whose meaning is clearer than the evident wording that the meaning is established based on the wording directly, not on similar wording, but it may be interpreted as well.

3- The interpreted: Wording whose meaning is clearer than the text in a manner that does not have any possibility of interpretation, but it may be abrogated.

4- The Exact (Muhkam): Wording that refers to the exact meaning, it may not be interpreted nor abrogated.

Whereas the first two categories may be interpreted, there is room for interpretative judgments with respect thereto. On the contrary, the third and fourth categories may not be interpreted, there is no room for interpretative judgments with respect thereto.

**500     The Maxims of Islamic Jurisprudence and their Applications in the Four Schools of Thought**

An independent opinion (Ijtihad) is two kinds:

The first: The Ijtihad of the jurists in understanding the legislative text in the Qur'an and Sunnah, which is doing the best to know the ruling from evidence.

The Second: The Ijtihad of jurists in analogy of a ruling in which there is no text for a stipulated ruling.

Ijtihad in its two kinds is needed and necessary. Ijtihad in analogy may be made only when there is no text. If so, a ruling may be analogized based on its analogous ruling. No Ijtihad is made to understand the text unless such text is vague, may have different faces in its interpretation, and is required to be applied.

If the text is clear, then there is no need for ijtihad therein. The rule "*Where there is a provision there is no room for interpretation*" means that the Islamic ruling is obtained by the text, there is no need to exert effort to understand the same; because it is understood. This is also because the ijtihad is presumptive, and the ruling established based on the same is presumptive, unlike the ruling established based on the text. A certain ruling may not be replaced with presumptive one.

There are conditions for the person having an independent opinion (Mujtahid) and conditions for analogy that are stated in the books of the principles of jurisprudence.

Likewise, the wording of the Qur'an and the Sunnah are similar to the wording of an endower and the wording of the testator. They are like the text of the legislator in terms of meaning, connotation, and obligation of application as long as such endowment or testament is not contrary to the Sharia rulings. If so, as if it is stipulated that the guardian or trustee is not held accountable, then such condition may not be observed.

**Applications**

The Prophet Muhammed PBUH said: "*The onus of proof is upon the claimant, and the taking of an oath is upon him who denies.* " {Reported by al-Baihaqi} [1], It is an explicit and clear text in distributing onus of the proof and the oath to both disputing parties for the sake of proof, an independent opinion to divert the talk about this distribution may be accepted (al-Da'as P. 55).

---

[1] This hadith has been previously explained on p. 142

**القاعدة: [٨٣]**

# لا مساغ للاجتهاد في مورد النص (م/١٤)

### الألفاظ الأخرى

- لا اجتهاد في مورد النص.

### التوضيح

إن المراد بالنص هو القرآن والسنة الثابتة والإجماع، عموماً، والمراد بالنص الذي لا مساغ للاجتهاد معه هو المفسر والمحكم من القرآن والسنة، وأما غيرهما من الظاهر والنص فلا يخلو من احتمال التأويل.

وبيان ذلك أن أقسام الدليل اللفظي بحسب الإفضاء إلى الأحكام، أربعة أنواع عند الحنفية، وهي:

١- الظاهر: وهو ما ظهر المراد منه بصيغته، مع احتمال التأويل.

٢- النص: وهو ما ازداد وضوحاً على الظاهر، بمعنى سيق له الكلام لأجله، لا من نفس الصيغة، مع احتمال التأويل أيضاً.

٣- المفَسَّر: وهو ما ازداد وضوحاً على النص على وجه لا يبقى معه احتمال التأويل، لكنه يحتمل النسخ.

٤- المحكم: وهو ما أحكم المراد منه من غير احتمال تأويل ولا نسخ.

فحيث كان الأولان لا يخلوان عن احتمال التأويل يكون مساغ للاجتهاد وموجود معهما، دون الثالث والرابع، فلا يجوز الاجتهاد في مقابلة المفسر والمحكم.

والاجتهاد نوعان:

**الأول:** اجتهاد الفقهاء في فهم النص التشريعي في القرآن والسنة، وهو بذل الوسع في معرفة الحكم من دليل.

**الثاني:** اجتهاد الفقهاء في قياس حكم لم يرد فيه نص على حكم منصوص عليه.

والاجتهاد بنوعيه لازم وضروري، ولا يجتهد في القياس إلا عند عدم النص، فيأتي قياس النظير على النظير، ولا يجتهد في فهم النص إلا إذا كان غامضاً ومحتملاً لوجوه مختلفة في تفسيره، ويراد تطبيقه.

فإذا كان النص واضحاً فلا لزوم للاجتهاد فيه، ويكون معنى القاعدة «لا مساغ للاجتهاد في مورد النص» أن الحكم الشرعي حاصل بالنص، فلا حاجة لبذل الوسع في تحصيله؛ لأنه حاصل؛ ولأن الاجتهاد ظني والحكم الحاصل به حاصل بظني، بخلاف الحاصل بالنص فإنه يقيني، ولا يترك اليقيني للظني.

وهناك شروط للمجتهد، وشروط للقياس تعرف في كتب أصول الفقه.

ومثل لفظ الكتاب والسنة لفظ الواقف ولفظ الموصي، فإنهما كنص الشارع في المفهوم والدلالة ووجوب العمل به، ما لم يكن فيه تغيير لحكم الشرع، فلو كان، كما لو شرط أن المتولي أو الوصي لا يحاسب، فإن شرطه لا يراعى.

### التطبيقات

١- قال رسول الله ﷺ: «البيّنة على المدعي، واليمين على من أنكر» رواه البيهقي [1]، فهو نص صريح واضح في توزيع البيّنة واليمين على الطرفين المتخاصمين لأجل الإثبات، فلا يجوز الاجتهاد لصرف الحديث عن هذا التوزيع (الدعاس ص٥٥).

---

(١)  سبق بيان هذا الحديث ص١٤٢ .

# EXHIBIT 15

# TO ALARFAJ EXPERT OPINION



**Bureau of Experts at the Council of Ministers**

**Official Translation Department**

**Law of Evidence**

Royal Decree No. M/43
December 30, 2021

**Last Update**
September 18, 2022

 Law of Evidence

**NOTE:**

The translation of Saudi laws takes the following into consideration:

- Words used in the singular form include the plural and vice versa.
- Words used in the masculine form include the feminine.
- Words used in the present tense include the present as well as the future.
- The word "person" or "persons" and their related pronouns (he, his, him, they, their, them) refer to a natural and legal person.



# Law of Evidence

## Part 1: General Provisions

### Article 1

The provisions of this Law shall apply to civil and commercial transactions.

### Article 2

1. A claimant shall have the burden of proof and a defendant shall have the burden of defense.
2. Facts of a case intended to be proven must be relevant, material, and admissible.
3. A judge may not rule based on his personal knowledge.

### Article 3

1. A claimant shall provide evidence and a denying party shall take an oath.
2. Evidence shall be provided to disprove an apparent fact and an oath shall be taken to affirm a fact.
3. The effect of evidence as a means of proof shall be extensible while the effect of admission shall be limited to the admitting party.
4. A fact established by evidence shall be equivalent to a fact established by eye-witnessing.

### Article 4

Without prejudice to the provisions of this Law, if evidence is conflicting and irreconcilable, the court shall admit the evidence with the most probative value to the facts of the case; if the court is unable to make a determination, the court shall exclude all such evidence. In all cases, the court must provide in its judgment the reasons for the inclusion or exclusion of evidence.

### Article 5

No specific form shall be required to prove an obligation, unless a specific form is stipulated by a statutory provision or agreed upon by the parties.

### Article 6

1. The court shall enforce the rules of evidence agreed upon by the parties, unless such agreement is inconsistent with public policy.
2. An agreement between the parties, as provided under this Law, shall not be deemed valid unless it is made in writing.

### Article 7

1. Orders and decisions relating to evidentiary procedures shall not require reasoning, unless a judgment is rendered.

3

2. In all cases, judgments rendered in summary evidentiary cases shall be reasoned.

**Article 8**

1. If the court decides to initiate an evidentiary procedure, or assigns a judge for such purpose, it shall set a date therefor.
2. If the parties to a case are notified of the date designated by the court to initiate evidentiary procedures, the court may initiate such procedures even if the parties are not present.

**Article 9**

1. A court may reverse the decision of an evidentiary procedure it initiated, provided that the grounds for the reversal are indicated in the hearing records.
2. A court may disregard the results of an evidentiary procedure, provided that it indicates the grounds therefor in its judgment.

**Article 10**

Evidentiary procedures carried out electronically shall be subject to the provisions of this Law.

**Article 11**

1. Evidentiary procedures including admission, questioning, testimonies, and oaths shall be carried out before the court. If not feasible, the court may proceed to the person's location or assign one of its judges for such purpose.
2. If the person who makes an admission, is questioned, provides a testimony, or takes an oath, and the like, is domiciled beyond the territorial jurisdiction of the court and evidentiary procedures cannot be carried out electronically, the court may delegate the court located where such person is domiciled to carry out such procedures. In such case, the delegated court shall be notified of the delegation decision.

**Article 12**

A person with a speech disability shall make an admission, be questioned, provide testimony, and take, tender, or decline an oath in writing. If said person does not know how to write, he shall carry out said actions using his usual signs.

**Article 13**

Without prejudice to the Kingdom's obligations under international agreements to which it is party, the court may accept evidentiary procedures carried out outside the Kingdom, unless they are inconsistent with public policy.

Law of Evidence

## Part 2: Admission and Questioning of Litigants

## Chapter 1: Admission

### Article 14

1. An admission shall be deemed a judicial admission if a litigant admits before the court to a fact alleged against him during consideration of a case relating to said fact.
2. An admission shall be deemed extrajudicial if the litigant admits outside the court to a fact alleged against him or if the admission is made during the proceedings of another case.

### Article 15

1. A person making an admission must have the capacity to carry out the admitted act.
2. An admission made by a competent minor who is permitted to buy and sell shall be deemed valid to the extent of such permission.
3. An admission made by a trustee, guardian, endowment administrator, or persons of similar capacity shall be valid in matters they attended to which fall within their capacity.

### Article 16

1. An admission may be explicit or implicit, whether verbal or written.
2. An admission contrary to an apparent fact shall not be accepted.

### Article 17

A judicial admission shall be conclusive against the person making the admission and shall be limited thereto.

### Article 18

1. An admission shall be binding on the person making the admission and may not be retracted.
2. An admission shall not be divisible, unless it relates to multiple facts and the existence of one fact does not necessarily entail the existence of other facts.

### Article 19

An extrajudicial admission shall be established in accordance with the provisions of this Law; testimonies may not be used to establish extrajudicial admissions except for cases in which proof by testimony is admissible.

5

Law of Evidence

## Chapter 2: Questioning Litigants

### Article 20

1. The court may, on its own motion or the motion of a litigant, question any present litigant.
2. A litigant may directly question the adverse litigant.

### Article 21

1. The court may, on its own motion or the motion of a litigant, summon the adverse litigant for questioning. The summoned litigant shall attend the scheduled hearing.
2. If, without an acceptable justification, a litigant fails to appear for questioning or refuses to answer questions, the court may draw its own conclusions and may accept as evidence witness testimonies and presumptions in cases where such evidence is inadmissible.
3. The provision of paragraph (2) of this Article shall apply to any litigant who fails to come before the court or refuses to answer the questions.

### Article 22

If a litigant is fully or partially incompetent, questioning shall be directed to his representative. The court may directly question such litigant on matters wherein he is deemed competent and is authorized. Questioning of a legal person shall be directed to its legal representative. In all cases, the person to whom questioning is directed shall have the capacity to carry out the disputed right.

### Article 23

1. A litigant shall provide his answers during the same hearing, unless the court decides to set a date for such answers.
2. Answers shall be provided in the presence of the person requesting the questioning; however, the questioning shall not be dependent upon such person's presence.

### Article 24

1. A litigant shall have the right to object to any question directed to him, provided he gives grounds therefor.
2. The court shall not allow any questioning that is irrelevant, inadmissible, or immaterial to the case.

## Part 3: Writing

## Chapter 1: Official Documents

### Article 25

1. An official document is a document in which a public servant or a person assigned to public service records actions taken by him or by concerned parties as received therefrom in accordance with the law and within the limits of his powers.
2. If a document does not satisfy the requirements set forth in paragraph (1) of this Article, it shall have the legal effect of an ordinary document, provided that it is signed by the concerned parties.

### Article 26

1. An official document shall have probative force with regards to actions recorded therein, whether such actions are taken within the limits of the duties of the person who drafted it or taken by the concerned parties in his presence, unless it is established that such document is forged.
2. A statement of a concerned party recorded in an official document shall have probative force against such party, unless it is proven otherwise.

### Article 27

1. If the original official document is available, its official copy shall have probative force to the extent that it is a true copy of the original.
2. A copy shall be deemed official if it is true to the original, in accordance with applicable procedures.
3. An official copy shall be deemed to be a true copy of the original, unless challenged by a concerned party; in such case, it shall be verified against the original.

### Article 28

An official copy shall have the probative force of the official original document if the original document is not available and the copy appears to be a true copy thereof. Other copies may be considered but shall not have sufficient probative force.

## Chapter 2: Ordinary Documents

### Article 29

1. An ordinary document shall be deemed drafted by the person who signed it and shall have probative force against him, unless he explicitly denies the handwriting, signature, seal, or fingerprint attributed to him or unless his

 Law of Evidence

successor explicitly denies the same or claims ignorance of the handwriting, signature, seal, or fingerprint of the person from whom he received the right.

2. A person against whom an ordinary document is used and who discusses its substance before the court may not deny its validity thereafter nor claim ignorance of its issuance by the person from whom he received the right.

## Article 30

Correspondence signed or established to be attributed to the sender shall have the probative force of an ordinary document, unless the sender proves that he did not send such correspondence nor delegate another person to do so.

## Article 31

1. A commercial book shall not be deemed evidence against a non-merchant. However, in matters that can be established by witness testimony, the contents of such books may be used by the court as the basis for demanding a suppletory oath from the party with the most compelling argument.
2. A merchant's mandatory and well-maintained commercial books shall constitute evidence against another merchant. However, their probative force shall be forfeited upon the provision of counter evidence by any means of proof, including the adverse litigant's well-maintained books.
3. A merchant's mandatory commercial books, whether well-maintained or not, shall constitute evidence against its owner if used by the adverse litigant, whether a merchant or not. In such case, entries that benefit the owner of said books shall also constitute evidence in his favor.
4. If a merchant uses the books of an adverse merchant as a basis for his claim and accepts the contents thereof in advance and the adverse merchant unjustifiably refuses to provide access to such books, the court may order the merchant to take a suppletory oath in support of the validity of his claim.

## Article 32

Personal books and papers, even if digitally recorded, may not be deemed evidence against their owner unless he:

1. explicitly states that his debt has been satisfied; or
2. explicitly states therein that their content is intended to serve as proof of debt in favor of a person for whom he has established a right.

In either case, if the information stated therein is not signed by their owner, he may prove otherwise using all evidentiary means.

## Article 33

1. If a proof of debt is indorsed by a creditor discharging the debtor from the debt and such indorsement is made in his own handwriting but without his signature, it shall be deemed evidence against the creditor, until proven otherwise. An indorsement discharging the debtor from the debt shall also be deemed evidence against the creditor, even if it is not in his handwriting or signed by him, provided that the proof of debt has never left his possession.

2. The provision of paragraph (1) of this Article shall apply to an unsigned handwritten indorsement made by the creditor on another original proof of debt or receipt in the possession of the debtor discharging him from the debt.

## Chapter 3: Motion to Compel Production of Documents

### Article 34

1. A litigant may, in the following cases, file with the court a motion to order an adverse litigant to produce documents in his possession that are material to the case:
   a) If the law allows the litigant to demand production or delivery of documents.
   b) If a document is a joint document between the litigant and the adverse litigant. A document shall be deemed joint if it serves the interest of both litigants or establishes their reciprocal obligations and rights.
   c) If the adverse litigant relies on such document at any stage of the case.
2. The motion referred to in paragraph (1) of this Article shall not be granted unless it provides the following:
   a) A detailed description of the document and its contents.
   b) The evidence and circumstances indicating that the document is in the possession of the adverse litigant.
   c) The fact referenced in the document and the grounds for ordering the adverse litigant to produce the same.

### Article 35

1. If the adverse litigant admits that the document is in his possession or remains silent, or if the claimant establishes the validity of his motion, the court shall order the production of said document.
2. If the adverse litigant refuses to produce the required document after being notified once, the copy of the document submitted by the person making the motion shall be deemed valid and a true copy of the original. If the person making the motion fails to submit a copy of the document, the court may accept his statement regarding the form and substance of the document.
3. If the adverse litigant denies the existence of such document and the person making the motion fails to submit to the court sufficient evidence establishing the validity of his motion, he may petition the court to order the adverse litigant to take an oath regarding such document, in accordance with the provisions established in Part 8 of this Law. If the adverse litigant declines to take the oath or tenders it back to the person making the motion and said person takes the oath, the copy of the document submitted by the person making the motion shall be deemed valid and a true copy of the original. If the person making the motion fails to produce a copy of the document, the court may accept his statement regarding the form and substance of the

 Law of Evidence

document.

**Article 36**

1. A litigant in a commercial lawsuit may request the adverse litigant to produce or provide access to a document that is related to the lawsuit, and the court shall issue an order to this effect provided that the document is:
   a) specified *per se* or by its type;

   b) relevant to the commercial transaction subject of the lawsuit or contributes to revealing the facts therein; and

   c) not confidential pursuant to a special provision or an agreement between the litigants, and access thereto does not violate any right to a trade secret or a right related thereto.

2. If a litigant refuses to comply with the court's order to produce to the adverse litigant the documents requested in accordance with paragraph (1) of this Article, the court may deem his refusal presumptive evidence.

**Article 37**

Subject to the provisions stipulated in the previous articles, the court may, on its own motion or the motion of a litigant, and at any stage of the case, decide to:

1. order the joinder of a third party to produce a document in his possession; or
2. request from a public entity a document or a copy thereof that is certified to be a true copy of the original if the litigant is unable to produce the document. The court may, to the extent permitted by law, request the public entity to provide verbally or in writing information relevant to the case.

**Chapter 4: Establishing the Authenticity of Documents**

**Section 1: General Provisions**

**Article 38**

1. The court may determine whether material defects in a document would invalidate it or diminish its probative value, and may decide to consider all or part of the contents of the document.
2. If the court doubts the authenticity of a document, it may question the issuer regarding the document or demand clarification from the person who drafted it.

**Article 39**

1. Official and ordinary documents may be contested for forgery, whereas only ordinary documents may be contested for the authenticity of their writing, seal, signature, or fingerprint.

2. A litigant who claims forgery shall bear the burden of proof. If a litigant denies that he issued the ordinary document or if his successor or agent denies the same or claims ignorance thereof, the adverse litigant shall have the burden of proving that the litigant or his predecessor issued the same.

3. If a litigant admits the authenticity of a seal used on an ordinary document but denies having used the seal thereon, he shall contest the document in question on grounds of forgery.

### Section 2: Contesting the Authenticity of the Handwriting, Signature, Seal, or Fingerprint, and Verification of Handwriting

### Article 40

If a person against whom an ordinary document is used denies the handwriting, signature, seal, or fingerprint attributed to him or his successor or agent denies the same or claims ignorance thereof, and the adverse litigant asserts the validity of the document and the document is material to the case but the facts and documents of the case are not sufficient to convince the court of the validity of the handwriting, signature, seal, or fingerprint, the court shall order authentication by comparison or witness testimony, or by both, in accordance with the rules and procedures stipulated in this Law. A testimony shall be heard only to establish whether or not the handwriting, signature, seal, or fingerprint on the document in question was made by the person against whom the document is used.

### Article 41

1. The court shall schedule a hearing for the litigants to appear and present their documents for comparison and to agree on the documents suitable for comparison. If the litigant upon whom the burden of proof falls fails to appear without an acceptable justification, the court may decide to forfeit his right to use the documents as evidence. If the adverse litigant fails to appear, the court may decide to deem such documents valid for comparison.

2. The litigant who challenges the authenticity of the document shall appear in person to give a specimen of his handwriting on the scheduled date. If he fails to appear without an acceptable justification or if he appears but refuses to give a specimen of his handwriting, the court may deem the document valid.

### Article 42

1. If litigants fail to agree on the documents suitable for comparison, only the following shall be accepted:

   a) The handwriting, signature, seal, or fingerprint on official documents.

   b) Any part of the document subject of the authentication that the litigant admits as being valid.

   c) The litigant's handwriting, signature, or fingerprint that he provides before

the court.

   d) The handwriting, signature, seal, or fingerprint on ordinary documents that are established to belong to the litigant.

2. The contested handwriting, signature, seal, or fingerprint shall be compared against those which are made on documents established to be authentic.

### Article 43

1. If a judgment is rendered authenticating the entire document, a fine not exceeding ten thousand riyals shall be imposed on the contesting litigant, without prejudice to the rights of the concerned parties to seek compensation.
2. A fine shall not be multiplied in case of multiple successors or agents, and shall not be imposed on any of them if their denial is based on a claim of ignorance.

### Section 3: Claim of Forgery

### Article 44

1. A claim of forgery may be made at any stage of the case by a motion made before the court or by a motion entered into the hearing records; the claim shall specify the parts alleged to be forged, evidence thereof, and the authentication procedures sought for establishing the claim.
2. If the claim of forgery is material to the case and the facts and documents of the case are not adequate to convince the court as to the authenticity or forgery of the document, and if the court decides that the authentication procedure requested by the claimant of forgery is material to the case and admissible, it shall order such authentication.
3. An order to investigate a claim of forgery by comparison or witness testimony, or by both, shall be issued pursuant to the rules and procedures stipulated in this Part.

### Article 45

1. A claimant of forgery shall deliver to the court the alleged forged document if it is in his possession or a copy thereof. If he refuses to deliver the original document or the copy, as the case may be, his claim of forgery shall be forfeited and may not be accepted thereafter.
2. If the document is in the possession of the adverse litigant, the court may order him to deliver such document to the court or order the document to be seized and deposited therewith. If the adverse litigant refuses to deliver the document and the court is unable to seize it, said document shall be deemed non-existent. This shall not preclude the court from seizing the document in the future, if feasible.

### Article 46

1. A person who claims forgery of a document may abandon his claim prior to

completion of the authentication procedure; any claim of forgery relating to the same document may not be accepted from him thereafter.

2. A person accused of forgery may terminate the authentication procedure at any stage by relinquishing the use of the allegedly forged document as evidence. In such case, the court may order the document be seized or kept therewith if requested by the claimant of forgery for a legitimate reason.

## Article 47

An order to investigate a claim of forgery shall suspend the enforceability of the allegedly forged document, without prejudice to precautionary measures.

## Article 48

The court may, even if no claim of forgery is made, dismiss and invalidate any document if its condition or the circumstances of the case clearly indicate that it is forged. In such case, the court shall state in its ruling the circumstances and presumptions upon which it based such ruling.

## Article 49

1. If a claim of forgery of a document is dismissed or the right of the claimant to prove such forgery is forfeited, a fine not exceeding ten thousand riyals shall be imposed thereon, without prejudice to the rights of the concerned parties to claim compensation.
2. A fine shall not be imposed on a claimant of forgery if he abandons his claim prior to completion of the authentication procedure, unless it is established to the court that such claim is frivolous or intended to delay ruling on the case.
3. A fine shall not be imposed on a claimant of forgery if part of his claim is proven to be true.
4. If a document is established to be forged, the court shall refer such document to the Public Prosecution for necessary action.

### Section 4: Original Claim of Forgery

## Article 50

A person who fears that a forged document may be used against him may sue the person possessing the document or benefiting therefrom, in accordance with case filing procedures. The court shall, while investigating the case, take into consideration the rules and procedures stipulated in this Part.

## Chapter 5: Final Provisions on Writing

### Article 51

1. Where this Law is silent and in cases requiring written evidence, a judicial admission, a decisive oath, or the commencement of proof by writing supported by other means of proof may be used instead of written evidence.
2. Commencement of proof by writing refers to any writing made by a litigant and intended to render the existence of the alleged act probable.

### Article 52

Without prejudice to the Kingdom's obligations under international agreements to which it is party, the court may accept as proof paper or digital documents issued outside the Kingdom and certified by the competent authorities in the country where the documents are issued and the competent authorities in the Kingdom, unless they violate public policy.

## Part 4: Digital Evidence

### Article 53

Digital evidence is evidence derived from any data generated, issued, delivered, stored, or communicated by digital means, and is retrievable or obtainable in a comprehensible form.

### Article 54

Digital evidence shall include the following:

1. Digital registers.
2. Digital documents.
3. Digital signatures.
4. Digital correspondence, including e-mails.
5. Means of communication.
6. Digital mediums.
7. Any other digital evidence.

### Article 55

Proof by digital evidence shall have the same legal effect as proof by writing as set out in this Law.

### Article 56

Official digital evidence shall have the same probative value as an official document if it satisfies the requirements stipulated in Article 25(1), including documents automatically generated by digital systems of public agencies or agencies assigned to carry out a public service.

 Law of Evidence

### Article 57

Unofficial digital evidence shall, unless proven otherwise, be binding on the parties to the transaction if it is:

1. issued pursuant to the Electronic Transactions Law or the E-Commerce Law;
2. derived from a digital means stipulated in the contract subject of the dispute; or
3. derived from a verified or publicly available digital means.

### Article 58

A litigant who claims that the digital evidence provided for in Articles 56 and 57 is invalid shall have the burden of proof.

### Article 59

Notwithstanding Articles 56 and 57 of this Law, digital evidence shall have the same probative value as ordinary documents, as set out in this Law.

### Article 60

Digital evidence shall be submitted in its original form or in any other digital form. The court may request the contents of the digital evidence be submitted in writing if the nature of such evidence so permits.

### Article 61

If a litigant refuses to submit proof requested by the court to verify the validity of the digital evidence without an acceptable justification, his right to invoke such evidence shall be forfeited or deemed proof against him, as the case may be.

### Article 62

If it is not feasible to verify the validity of the digital evidence for reasons not attributable to the litigants, the court shall, on its own motion, assess its probative value based on the circumstances of the case.

### Article 63

1. Extracts from digital evidence shall have the same probative value as the evidence itself to the extent that such extracts and the digital register are identical.
2. Paragraph (1) of this Article shall apply to extracts from digital payment methods.

### Article 64

Where this Part is silent, the provisions of Part 3 of this Law shall apply to digital evidence, in a manner not inconsistent with its digital nature.

15

# Part 5: Testimony

## Chapter 1: Subject of Testimony

### Article 65

Absent a specific provision providing otherwise, witness testimony may be used as proof.

### Article 66

1. Any disposition obligation the value of which exceeds one hundred thousand riyals or its equivalent, or the value of which is undetermined, shall be established in writing.
2. Absent a specific provision providing otherwise, witness testimonies shall not be accepted in establishing the existence or satisfaction of the disposition obligation referred to in paragraph (1) of this Article.
3. An obligation shall be assessed according to its value at the time the disposition is issued without adding ancillary costs to the principal amount.
4. If a lawsuit includes multiple claims arising from multiple sources, witness testimonies may be used to establish each claim the value of which does not exceed one hundred thousand riyals, or its equivalent, even if the total value of such claims exceeds said amount, or if such claims have arisen from dealings between the litigants or from dispositions of the same nature.
5. Proof of partial fulfillment of the obligation shall be based on the value of the principal obligation.

### Article 67

Witness testimonies may not be used as proof even if the value of a disposition obligation does not exceed one hundred thousand riyals, or its equivalent, in the following cases:

1. If the Law requires that the validity or establishment thereof must be in writing.
2. If the claim involves the remainder or part of a right which may only be established in writing.
3. If the testimony contradicts or exceeds the contents of a written evidence.

### Article 68

Witness testimonies may be admissible in cases in which written proof is required, in the following cases:

1. If commencement of proof by writing exists.
2. If written evidence cannot be obtained due to material or moral reasons. Material reasons include the absence of a person who can assume the task of writing and cases where the person requesting proof is a third person who is not a party to the contract. Moral reasons include, among others, relationships between spouses, in-laws, and kinships up to the fourth

16

degree.

3. If it is established that the claimant has lost the written evidence for reasons beyond his control.

## Article 69

Testimony shall be based on anything that has been seen, heard, or inspected. Testimony by hearsay shall be accepted only in matters that cannot otherwise be known; this shall include the following:

1. Death.
2. Marriage.
3. Paternity.
4. Absolute ownership.
5. Endowments and wills and the beneficiaries thereof.

## Chapter 2: Conditions and Impediments of Testimony

## Article 70

1. A person who is under the age of 15 and a person who is mentally incompetent shall not have the legal capacity to provide testimony.
2. The statements made by a person who is under the age of 15 may be heard but shall not have sufficient probative force.

## Article 71

1. Prior to providing testimony, a witness must disclose any relationship he has with the parties to the case or any interest he has therein.
2. A testimony shall not be heard from a person who may avoid damage or gain interest from such testimony; from an ascendant for his descendants; from a descendant for his ascendants; from a spouse for the other spouse, even after dissolution of marriage; or from a guardian or trustee for those under his guardianship or trust.
3. Employees and those assigned to public service may not, even after leaving service, provide testimony if said testimony includes confidential information to which they become privy during the course of their service, unless such information is declassified or unless the relevant agency permits its use in testimony upon the request of the court or the request of a litigant.

## Chapter 3: Procedures for Proof by Testimony

## Article 72

1. A litigant who requests proof by testimony shall state the facts he seeks to establish and the number of witnesses and their names.
2. If the court permits a litigant to establish a fact by witness testimony, the adverse litigant shall have the right to rebuttal in the same manner. In all

cases, a testimony denying a fact shall not be accepted, unless it is limited.
3. The court may, on its own motion or on the motion of a litigant, summon any person whose testimony it deems necessary.

## Article 73

If a litigant requests a continuance to present witnesses, a continuance shall be granted only once. If he fails to present the witnesses at the specified time without an excuse acceptable to the court, or presents witnesses the testimony of whom is ineffective, the court shall decide the case.

## Article 74

1. Testimony shall be given orally and may be given in writing if permitted by the court.
2. The court may administer an oath to a witness if necessary. If the witness refuses to take the oath, the court shall determine the effect of such refusal on his testimony.

## Article 75

1. Testimony shall be provided in the presence of the litigants. The testimony of each witness shall be heard separately, unless there is a valid reason not to do so.
2. Failure of a litigant against whom a testimony is made to attend the testimony shall not preclude the court from hearing such testimony. However, the litigant shall have access to the witness hearing transcript.

## Article 76

If the testimonies of witnesses are inconsistent, the court shall consider the parts of the testimonies it believes to be true, provided that such inconsistencies do not amount to contradiction.

## Article 77

1. A litigant may directly question witnesses. Upon completion of questioning, the litigant may not ask further questions, except with the court's permission.
2. The court may direct to a witness any question it deems conducive to revealing the truth.
3. A litigant may not interrupt a witness while providing testimony or answering questions.
4. A litigant may object to a question directed to a witness and shall state the grounds for his objection. The objection and the court's decision thereon shall be entered into the hearing records.
5. A witness may refuse to answer a question directed to him and shall state the grounds for his refusal. The refusal and the court's decision thereon shall be entered into the hearing records.

## Article 78

A testimony shall be entered into a record, along with the witness's particulars,

his relationship to the litigants, the text of his testimony, and his answers to the questions directed to him.

**Article 79**

1. A litigant against whom a testimony is made may indicate to the court matters that may undermine the credibility of a witness or his testimony. The court shall assess the effect of such matters on the testimony.
2. The court may assess the integrity of a witness in terms of his conduct as well as the other circumstances of the case without a character witness. The court may, when necessary, employ any other means to assess said integrity.

**Article 80**

If it is established to the court, while hearing a case or deciding on its merits, that a testimony was perjurious, it shall draft a report to this effect and refer the same to the Public Prosecution to take necessary action.

## Chapter 4: Summary Case for Hearing Testimony

**Article 81**

1. If a person fears he might lose the opportunity to bring forth a witness to provide testimony in a matter that is likely to be brought before the court, he may request the hearing of such testimony in the presence of the concerned parties. The request for a summary case shall be filed with the competent court in accordance with applicable procedures. In exigent circumstances, the court shall hear a witness' testimony if the matter may be established by such method of proof.
2. The court may hear rebuttal witnesses upon the request of the other litigant as per the circumstances of the summary case.
3. With the exception of the above provisions, a testimony in a summary case shall be subject to the rules and procedures governing testimonies. In summary cases, a copy of the testimony hearing record may not be delivered or submitted to other courts unless the court before which the subject is brought decides that the matter can be established by testimony. A litigant may object to the admission of such evidence before said court and may petition to hear rebuttal witnesses.

## Chapter 5: Final Provisions on Testimony

**Article 82**

A witness may not be harmed; the court shall prevent any attempt to intimidate or influence a witness during testimony.

**Article 83**

The court shall, upon the request of a witness, assess his transportation expenses and compensation for inconvenience. Such expenses shall be incurred by the litigant who loses the case; if the loss is shared by the litigants, each litigant shall bear expenses to the extent of his loss. The court shall indicate the expenses and compensation in the judgment issued on the subject-matter of the case.

## Part 6: Presumptions and *Res Judicata*

## Chapter 1: Presumptions

**Article 84**

Presumptions provided for under Sharia or law shall be considered sufficient evidence for the person in whose favor they have been admitted, rendering other means of evidence unnecessary. Absent a specific provision indicating otherwise, such presumptions may be rebutted by any other means.

**Article 85**

1. The court may, in cases in which proof by testimony is admissible, infer other presumptions, provided that it indicates their evidentiary significance.
2. The court may use scientific means to infer presumptions.

## Chapter 2: Res Judicata

**Article 86**

Res judicata judgments shall be deemed proof as to the rights decided thereby, and no evidence contrary to such judgments may be admitted. However, such judgments shall be deemed proof only in disputes that arise between the same litigants provided that their capacities remain unchanged and the dispute is related to the same right in terms of subject-matter and cause. The court shall, on its own motion, decide on res judicata.

**Article 87**

A court shall not be bound by a penal judgment related to a case brought before it, except for the facts for which a decision was rendered and a decision was necessary. Nevertheless, the court shall not be bound by a judgment of acquittal unless the judgment is based on refuting the commission of the incident by the accused.

Law of Evidence

## Part 7: Custom

### Article 88

Evidence may be established by custom or common practice among litigants in cases where a specific provision or an agreement between litigants is absent or in cases not contrary to public policy.

### Article 89

1. A litigant who invokes custom or common practice between the litigants must prove the existence of the same at the time of the incident.
2. A litigant may challenge the existence of custom or common practice between the litigants, or may challenge the same by submitting stronger evidence.

### Article 90

In case of conflict, an established practice between the litigants and private custom shall take precedence over general custom.

### Article 91

The court may, when necessary, appoint an expert to verify the existence of a custom or common practice between litigants, in accordance with the provisions of Part 10 of this Law.

## Part 8: Oath

### Chapter 1: General Provisions

### Article 92

1. A decisive oath is an oath taken by a defendant to refute a claim; it may be tendered back to the plaintiff, in accordance with the provisions stipulated in this Part.
2. A suppletory oath is an oath taken by the plaintiff in accordance with the provisions of this Part to supplement his evidence; it may not be tendered back to the defendant.

### Article 93

An oath shall be taken by the litigant with the strongest argument.

### Article 94

1. A person who takes an oath shall have the capacity to carry out the act

subject of his oath.
2. An oath may not be taken by proxy; however, it may be demanded, accepted, denied, and tendered back pursuant to a special power of attorney.

**Article 95**

1. If the fact subject of the oath is related to the oath taker or intended to establish the act of another, the oath taker shall take an oath of affirmation. However, if said fact is intended to deny an act committed by a person other than the oath taker, he shall take an oath denying knowledge of said fact, unless the fact subject of the oath could be known to him; in such case, he shall take an oath of affirmation.
2. The oath shall be taken in the wording approved by the court.

## Chapter 2: Decisive Oath

**Article 96**

1. An oath may be demanded in financial matters at any stage of the case, in accordance with the provisions stipulated in this Part.
2. An oath may not be demanded in an incident that violates public policy.
3. The court shall deny the litigant's petition demanding his adversary to take an oath if it is not admissible, relevant, or material to the case. The court may also deny a demand to take an oath if the adversary's demand is unwarranted.

**Article 97**

1. If a plaintiff fails to provide evidence and demands his adversary to take an oath, the court shall demand such oath. If the adversary declines, the oath shall be tendered back to the plaintiff if requested by the adversary. If the plaintiff declines to take the tendered oath, his claim shall be dismissed.
2. If knowledge of a fact is limited to the defendant, he may not tender back the oath and a ruling stating his decline shall be rendered.
3. The plaintiff may demand his adversary to take an oath, unless a final judgment has been rendered on the case.
4. A person who demands or tenders back an oath may not retract it if his adversary accepts to take the oath.

**Article 98**

A judgment shall be rendered in favor of a person who takes an oath demanded from him. If a person refuses to take an oath without tendering it back to his adversary or declines to take an oath tendered back to him, a judgment shall be rendered against him, provided he is warned of such judgment.

**Article 99**

1. A plaintiff may abandon his evidence and directly demand the defendant to take an oath.

2. A plaintiff may demand the defendant to take an oath prior to providing his disclosed evidence; in such case, he shall, after being notified by the court, be deemed to have abandoned his evidence.
3. Subject to paragraph (2) of this Article, a litigant may not prove perjury of an oath taken by the person from whom it is demanded or to whom it is tendered back. However, if an oath is established to be perjurious pursuant to a penal judgment, the litigant harmed by the oath may claim compensation, without prejudice to his right to appeal the judgment rendered against him as a result of the perjurious oath.

**Article 100**

A guardian, trustee, endowment administrator, and persons of similar status may demand, decline, and tender back an oath in matters over which they have legal capacity. An oath shall be demanded from such persons in matters on which they have exercised their powers.

**Article 101**

The person who demands an adverse litigant to take an oath shall specify the facts subject of the oath and shall clearly state the wording of the oath. The court may amend the wording of the oath to ensure the facts subject of the oath are clearly stated.

**Article 102**

An oath shall be taken in the presence of the person demanding it, unless he waives his right to appear or fails to appear despite being notified of the hearing date.

**Article 103**

1. A person who is summoned to court to take an oath must attend the scheduled hearing.
2. If the person who is demanded to take an oath appears in person and does not contest the admissibility of the oath or its relevance to the case, he shall take the oath immediately or tender it back to the adverse litigant. If he refuses to take the oath, fails to tender it back to the adverse litigant, or fails to appear without justification, he shall be deemed to have declined to take the oath.
3. If the person who is demanded to take the oath appears in person but contests the admissibility of the oath or its relevance to the case, he shall provide grounds therefor. If the court is not convinced of such grounds, he shall take the oath; otherwise, he shall be deemed to have declined to take the oath.

**Article 104**

1. Oaths taken shall be commensurate with the number of litigants who demand such oaths, unless they are joint partners in the same right or are satisfied with a single oath.

2. Oaths taken shall be commensurate with the number of persons who are demanded to take such oaths.
3. The court may be satisfied with a single oath in case of multiple demands.

## Chapter 3: Suppletory Oath

### Article 105

1. The court shall demand the plaintiff to take a suppletory oath if the evidence he presents in financial matters is insufficient. If he takes the oath, a judgment shall be rendered in his favor; if he declines, his evidence shall be disregarded.
2. A suppletory oath shall be taken by a litigant to affirm his claim.
3. A suppletory oath may not be tendered back to the other litigant.

### Article 106

A guardian, trustee, endowment administrator, and persons of similar status shall take a suppletory oath in matters in which they have exercised their powers.

### Article 107

If multiple plaintiffs submit insufficient evidence, the court shall demand each of them to take a suppletory oath. If a plaintiff takes an oath, a judgment shall be rendered in his favor; if he declines, his evidence shall be disregarded.

## Part 9: Inspection

### Article 108

1. The court may, on its own motion or the motion of a litigant, decide to inspect the subject of the dispute and shall specify in its decision the date and place of the inspection. An absent litigant shall be notified of the decision at least 24 hours prior to the inspection date.
2. The court may appoint an expert to assist in the inspection and may hear the testimony of witnesses.

### Article 109

1. If a person fears the loss of evidence relating to a fact that may be disputed before the court, he may request the inspection and establishment of such evidence. Said request shall be made by means of a summary case filed with the competent court in accordance with applicable procedures. The inspection and establishment of such evidence shall be carried out pursuant to Article 108 of this Law.
2. The court may, in a case filed therewith, appoint an expert to proceed to a

location to inspect and take the statements of any person he deems necessary. The court shall schedule a hearing to hear the litigants' comments on the expert's work and report. The rules stipulated in Part 10 of this Law shall be observed.

## Part 10: Experts

### Article 110

1. The court may, on its own motion or the motion of a litigant, decide to appoint one expert, or more, to offer his opinion on technical issues which the court deems necessary to decide the case.
2. Upon selecting an expert, the expert's technical expertise in the disputed matter shall be taken into account.
3. If the litigants agree to appoint one expert, or more, the court shall approve their agreement.

### Article 111

The expert appointment decision shall include a detailed description of his duties, powers, and any urgent measures he is authorized to take.

### Article 112

1. The court shall, when necessary, determine the expert's fee, the litigant it assigns to deposit such fee, and the deadline for such deposit.
2. If the litigant fails to deposit the determined expert fee by the deadline set by the court, the adverse litigant may deposit said fee without prejudice to his right of recourse against the other litigant.
3. If the fee is not deposited by either litigant, the court may either decide to suspend the case until the fee is deposited if the case cannot be determined without the expert's opinion, or decide to forfeit the litigant's right to invoke the expert appointment decision if it finds that the litigant's justification for nonpayment is not acceptable.

### Article 113

An expert shall, prior to assuming his duties, disclose any conflict of interest or any relationship he has with the parties to the case. If he fails to make such disclosure, the court shall dismiss the expert and order him to return the fees. The court's decision shall be final and unappealable, without prejudice to disciplinary penalties and the right of the concerned parties to seek compensation from said expert.

### Article 114

1. A litigant may request the disqualification of an expert if there is reason to believe that he cannot perform his duties impartially. The expert may be disqualified if he is a relative or an in-law of a litigant up to the fourth degree;

an agent of a litigant in his private business; a litigant's trustee, guardian, or endowment administrator, or a person of similar status; or an employee of a litigant; or has an existing dispute with a litigant, unless the dispute is brought before the court following the expert's appointment with the intention of disqualifying him.

2. A motion made by a litigant to disqualify the expert whom he selected shall be denied, unless the reason for disqualification occurred after the selection. In all cases, a motion for disqualification may not be granted after closing arguments.

3. The court shall decide on a motion for disqualification within three days from the date of receiving the expert's response or from the date set for submitting such response. The decision on the motion shall be final and unappealable.

## Article 115

An expert may, in carrying out his work, undertake the following:

1. Hear the statements and comments of the litigants as well as of any person he deems necessary if the appointment decision so permits.

2. Request the litigants or others to deliver to him or provide him with access to their books, records, documents, papers, or items that he deems necessary to carry out his task.

3. Inspect the facilities, places, and items required to be inspected to carry out his task.

## Article 116

1. No person may, without legal justification, prevent an expert from carrying out his task in accordance with the provisions of Article 115 of this Law. In case of obstruction, the expert shall report the same to the court; the court may take any measures it deems necessary, including compelling said person to enable the expert to carry out his task, and, may to this end and if necessary, use force.

2. If the expert faces any obstacle in carrying out his task or needs to expand the scope thereof, he shall report the same to the court which shall take any measure it deems necessary.

## Article 117

1. The expert shall prepare a report on his work; it shall include the following:
   a) The task he is assigned to carry out as specified in the appointment decision.

   b) A detailed account of the tasks he carried out, the statements of litigants and others and the documents and evidence submitted thereby, and his technical analysis thereof.

   c) The opinions of other experts whose assistance he sought.

   d) The findings of his work and his technical opinion and a clear description of the grounds on which he based the same.

2. If multiple experts are appointed, a single report shall be prepared. In case of contrasting opinions, said report shall include the opinion of each expert

Law of Evidence

and the grounds thereof.

### Article 118

1. If an expert fails to carry out his task without an acceptable justification, fails to diligently carry out his task, or fails to submit his report on the set date without justification, a notice shall be delivered to him no later than five days from the set date. If the expert fails to respond within five days from the date of receipt of the notice, the court shall dismiss him and order him to return the amounts he received, without prejudice to the imposition of disciplinary penalties and the right of the concerned parties to seek compensation from said expert.
2. The decision to dismiss the expert and order him to return the amounts he received shall be final and unappealable.
3. If it is established to the court that the delay in submitting the report is due to one of the litigants, a fine not exceeding ten thousand riyals shall be imposed on said litigant and the court may decide to forfeit his right to invoke the expert appointment decision.

### Article 119

The expert shall return anything he received during the course of his appointment, including all papers and documents, within 10 days from the date of completing his task. If he fails to do so without an acceptable justification, the court shall order him to deliver the same and shall impose a fine not exceeding ten thousand riyals. The court's decision shall be final and unappealable.

### Article 120

The court may, on its own motion or the motion of a litigant, and at any stage of the case, carry out the following:

1. Summon the expert to a scheduled hearing to discuss his report, orally or in writing; it may direct any questions thereto.
2. Order the expert to address any shortcomings and to rectify errors or deficiencies in his work; it may appoint one or more experts to assist him.
3. Appoint one or more experts to address any shortcomings and to rectify any errors or deficiencies in the work of the previous expert, or to restart the investigation. The appointed expert may use the information of the previous expert.

### Article 121

1. Litigants may, even prior to filing a lawsuit, agree to accept the findings of the expert's report, and the court shall approve such agreement, unless the report violates public policy.
2. Without prejudice to the provision of paragraph (1) of this Article, the court shall not be bound by the expert's report, and if the court decides not to admit all or part of such report, it shall provide in its judgment the reasons for such decision.
3. If the court decides not to admit all or part of the expert's report due to his negligence or error, it may order him to return everything he received or part

thereof, as the case may be, without prejudice to the imposition of any disciplinary penalties and the right of the concerned parties to seek compensation from said expert.

### Article 122

The litigant who loses the claim subject of the expert's report shall incur the expert fees. If the loss is shared by the litigants, the share incurred by each litigant shall be to the extent of his loss. The court shall indicate such matter in the judgment issued on the subject-matter of the case.

### Article 123

1. As an exception to the procedures relating to experts, the court may, pursuant to a decision to be entered into the hearing record, appoint an expert to provide an oral opinion on minor technical issues which do not require lengthy or complex work. Said opinion may be provided in writing pursuant to a court decision.
2. The court shall set in its decision the date of the hearing on which the expert shall provide his oral opinion or the date set for submitting his written opinion.

### Article 124

The court may rely on an expert's report submitted in another case instead of seeking the assistance of an expert in the case under consideration, without prejudice to the right of the litigants to examine the contents of such report.

### Part 11: Final Provisions

### Article 125

1. Where this Law is silent, evidentiary procedures shall be subject to the provisions of the Law of Civil Procedure or the Law of Commercial Courts, as the case may be.
2. Subject to the provision of paragraph (1) of this Article, evidentiary issues not provided for herein shall be subject to the Sharia provisions most consistent with this Law.

### Article 126

1. The Minister of Justice shall, in coordination with the Supreme Judicial Council, issue the following:
   a) Rules for electronic evidentiary procedures.

   b) Rules for regulating expert-related matters before the courts.

   c) Decisions and procedural guidelines necessary for the implementation of this Law.
2. The rules and procedural guidelines referred to in paragraph (1) of this Article shall be published in the Official Gazette, and shall enter into force on the

 Law of Evidence

date this Law enters into force.

## Article 127

The assistance of the private sector may be sought in evidentiary procedures. The Minister of Justice shall, in coordination with the Supreme Judicial Council, issue the governing rules thereof.

## Article 128

This Law shall repeal Part 9 of the Law of Civil Procedure issued pursuant to Royal Decree No. (M/1), dated 22/1/1435H, and Part 7 of the Law of Commercial Courts issued pursuant to Royal Decree No. (M/93), dated 15/8/1441H, and shall repeal all provisions conflicting therewith.

## Article 129

This Law shall enter into force 180 days following the date of its publication in the Official Gazette.







الرقــم: م/٤٣
التاريخ: ١٤٤٣/٥/٢٦هـ

بعـــون اللـــه تعالـــى

نحـن سلمـــان بن عبدالعزيـز آل ســعود

ملـك المملكــــة العربيـــــة السعوديـــــة

بناء على المادة (السبعين) من النظام الأساسي للحكـم، الصـادر بالأمر الملكـي رقـم (أ/٩٠) بتاريخ ١٤١٢/٨/٢٧هـ.

وبناء على المادة (العشرين) من نظام مجلس الـوزراء، الصـادر بالأمر الملكـي رقـم (أ/١٣) بتاريخ ١٤١٤/٣/٣هـ.

وبناء على المادة (الثامنة عشرة) من نظام مجلس الشورى، الصادر بالأمر الملكي رقـم (أ/٩١) بتاريخ ١٤١٢/٨/٢٧هـ.

وبعـد الاطـلاع علـى قـراري مجلـس الشـورى رقـم (٤٥/٢٤٣) بتاريخ ١٤٤٣/٢/٢١هـ، ورقم (٧/٣٦) بتاريخ ١٤٤٣/٤/٣هـ.

وبعد الاطلاع على قرار مجلس الوزراء رقم ( ٢٨٣ ) بتاريخ ١٤٤٣/٥/٢٤هـ.

رسمنا بما هو آت:

أولاً     :  الموافقة على نظام الإثبات، بالصيغة المرافقة.

ثانياً    :  تعديل الفقرة (١) من المادة (الثامنة عشرة بعد المائتين) من نظام الإجراءات الجزائية الصادر بالمرسوم الملكي رقم (م/٢) بتاريخ ١٤٣٥/١/٢٢هـ، لتكون بالنص الآتي: "تطبق الأحكام الواردة في نظام المرافعات الشرعية وفي نظام الإثبات فيما لم يرد فيه حكم في هذا النظام بما لا يتعارض مع طبيعة القضايا الجزائية".

ثالثاً   :  تعديل المادة (الستين) من نظام المرافعات أمام ديوان المظالم، الصادر بالمرسوم الملكي رقم (م/٣) بتاريخ ١٤٣٥/١/٢٢هـ، لتكون بالنص الآتي: "تطبق على الدعاوى المرفوعـة أمام محاكم ديوان المظالم أحكام نظام المرافعات الشرعية ونظام الإثبات فيما لم يرد فيه حكم في هذا النظام بما لا يتعارض مع طبيعة المنازعة الإدارية".

رابعاً   :  أن يسـري التعديلان المشار إليهما في البندين (ثانياً) و(ثالثاً) من هذا المرسوم في تـاريخ متزامن مع تاريخ نفاذ النظام المشار إليه في البند (أولاً) من هذا المرسوم.





خامساً : أن كل إجراء من إجراءات الإثبات تم صحيحاً قبل نفاذ النظام – المشار إليه في البند (أولاً)
من هذا المرسوم - يبقى صحيحاً.

سادساً : على سمو نائب رئيس مجلس الوزراء والوزراء ورؤساء الأجهزة المعنية
المستقلة – كل فيما يخُصُّه – تنفيذ مرسومنا هذا.

سلمان بن عبدالعزيز آل سعود

National Center for Archives & Records



بسم الله الرحمن الرحيم

المملكة العربية السعودية
الأمانة العامة لمجلس الوزراء

قرار رقم : (٢٨٣)

وتاريخ : ١٤٤٣/٥/٢٤هـ

قرار مجلس الوزراء

**إن مجلس الوزراء**

بعد الاطلاع على المعاملة الواردة من الديوان الملكي برقم ٢١٣٨٨ وتاريخ ١٤٤٣/٤/٤هـ، المشتملة على برقية معالي وزير الدولة عضو مجلس الوزراء رئيس اللجنة الرئيسية لإعداد التشريعات القضائية رقم ٤٠ وتاريخ ١٤٤٢/٨/١١هـ، في شأن مشروع نظام الإثبات.

وبعد الاطلاع على مشروع النظام المشار إليه.

وبعد الاطلاع على الأمرين الملكيين رقم (٥٥٨٤) وتاريخ ١٤٤١/١/٢٦هـ، ورقم (٣٤٨٣٧) وتاريخ ١٤٤١/٦/٥هـ.

وبعد الاطلاع على نظام الإجراءات الجزائية، الصادر بالمرسوم الملكي رقم (م/٢) وتاريخ ١٤٣٥/١/٢٢هـ.

وبعد الاطلاع على نظام المرافعات أمام ديوان المظالم، الصادر بالمرسوم الملكي رقم (م/٣) وتاريخ ١٤٣٥/١/٢٢هـ.

وبعد الاطلاع على المحضرين رقم (٧١٦) وتاريخ ١٤٤٢/١٢/٤هـ، ورقم (١٣٦) وتاريخ ١٤٤٣/٣/٢٦هـ، والمذكرة رقم (٨٢١) وتاريخ ١٤٤٣/٤/١٠هـ، المعدة في هيئة الخبراء بمجلس الوزراء.

وبعد الاطلاع على المحضر المعد في مجلس الشؤون الاقتصادية والتنمية رقم (٤٣/٢١٢/م) وتاريخ ١٤٤٣/٣/٢٦هـ.

وبعد النظر في قراري مجلس الشورى رقم (٤٥/٢٤٣) وتاريخ ١٤٤٣/٢/٢١هـ، ورقم (٧/٣٦) وتاريخ ١٤٤٣/٤/٣هـ.

وبعد الاطلاع على توصية اللجنة العامة لمجلس الوزراء رقم (٣١٠٥) وتاريخ ١٤٤٣/٤/١١هـ.

يقرر ما يلي:

**أولاً** : الموافقة على نظام الإثبات، بالصيغة المرافقة.

**ثانياً** : تعديل الفقرة (١) من المادة (الثامنة عشرة بعد المائتين) من نظام الإجراءات الجزائية الصادر بالمرسوم الملكي رقم (م/٢) وتاريخ ١٤٣٥/١/٢٢هـ، لتكون بالنص الآتي:
"تطبق الأحكام الواردة في نظام المرافعات الشرعية وفي نظام الإثبات فيما لم يرد فيه حكم في هذا النظام بما لا يتعارض مع طبيعة القضايا الجزائية".





بسم الله الرحمن الرحيم

المملكة العربية السعودية
الأمانة العامة لمجلس الوزراء

(٢)

قرار مجلس الوزراء

ثالثاً : تعديل المادة (الستين) من نظام المرافعات أمام ديوان المظالم، الصادر بالمرسوم الملكي رقم (م/٣) وتاريخ ١٤٣٥/١/٢٢هـ، لتكون بالنص الآتي: "تطبق على الدعاوى المرفوعة أمام محاكم ديوان المظالم أحكام نظام المرافعات الشرعية ونظام الإثبات فيما لم يرد فيه حكم في هذا النظام بما لا يتعارض مع طبيعة المنازعة الإدارية".

رابعاً : أن يسري التعديلان المشار إليهما في البندين (ثانياً) و(ثالثاً) من هذا القرار في تاريخ متزامن مع تاريخ نفاذ النظام المشار إليه في البند (أولاً) من هذا القرار.

خامساً: أن كل إجراء من إجراءات الإثبات تم صحيحاً قبل نفاذ النظام –المشار إليه في البند (أولاً) من هذا القرار- يبقى صحيحاً.

وقد أعد مشروع مرسوم ملكي بذلك، صيغته مرافقة لهذا.

رئيس مجلس الوزراء



| | |
|---|---|
| الرقم | |
| التاريخ / / ١٤هـ | |
| المرفقات | |

الـمـملكـة العربيـة السعوديـة

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

نظام الإثبات

(الباب الأول)

أحكام عامة

**المادة الأولى:**

تسري أحكام هذا النظام على المعاملات المدنية والتجارية.

**المادة الثانية:**

١- على المدعي أن يثبت ما يدعيه من حق، وللمدعى عليه نفيه.

٢- يجب أن تكون الوقائع المراد إثباتها متعلقة بالدعوى، ومنتجة فيها، وجائزاً قبولها.

٣- لا يجوز للقاضي أن يحكم بعلمه الشخصي.

**المادة الثالثة:**

١- البينة على من ادعى، واليمين على من أنكر.

٢- البينة لإثبات خلاف الظاهر، واليمين لإبقاء الأصل.

٣- البينة حجة متعدية، والإقرار حجة قاصرة.

٤- الثابت بالبرهان كالثابت بالعيان.

**المادة الرابعة:**

دون إخلال بأحكام هذا النظام، إذا تعارضت أدلة الإثبات ولم يمكن الجمع بينها فتأخذ المحكمة منها بحسب ما يترجح لها من ظروف الدعوى، فإن تعذر ذلك فلا تأخذ المحكمة بأي منها، وفي جميع الأحوال يجب عليها أن تبين أسباب ذلك في حكمها.

**المادة الخامسة:**

لا يلزم لإثبات الالتزام شكل معين؛ ما لم يرد فيه نص خاص أو اتفاق بين الخصوم.

**المادة السادسة:**

١- إذا اتفق الخصوم على قواعد محددة في الإثبات فتُعمِل المحكمة اتفاقهم؛ ما لم يخالف النظام العام.

٢- لا يعتد باتفاق الخصوم المنصوص عليه في هذا النظام ما لم يكن مكتوباً.



١



بسم الله الرحمن الرحيم

الـمملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

الرقم ——————
التاريخ /   / ١٤ هـ
المرفقات ——————

**المادة السابعة:**

١– الأحكام والأوامر والقرارات الصادرة بإجراءات الإثبات؛ لا يلزم تسبيبها ما لم تتضمن قضاءً قطعياً.

٢– يتعين في جميع الأحوال تسبيب الأحكام الصادرة في دعاوى الإثبات المستعجلة.

**المادة الثامنة:**

١– إذا قررت المحكمة مباشرة إجراء من إجراءات الإثبات، أو كلفت بذلك أحد قضاتها، تعين عليها أن تحدد موعداً لذلك.

٢– للمحكمة مباشرة إجراءات الإثبات ولو لم يحضر الخصوم أو أحدهم؛ متى بلغوا بالموعد المحدد.

**المادة التاسعة:**

١– للمحكمة أن تعدل عما أمرت به من إجراءات الإثبات، بشرط أن تبيّن أسباب العدول في محضر الجلسة.

٢– للمحكمة ألا تأخذ بنتيجة إجراء الإثبات، بشرط أن تبيّن أسباب ذلك في حكمها.

**المادة العاشرة:**

يكون لأي إجراء من إجراءات الإثبات اتخذ إلكترونياً الأحكام المقررة في هذا النظام.

**المادة الحادية عشرة:**

١– تكون إجراءات الإثبات من إقرار أو استجواب أو أداء للشهادة أو اليمين أمام المحكمة، فإن تعذر فللمحكمة أن تنتقل أو تكلف أحد قضاتها بذلك.

٢– إذا كان المقر أو المستجوب أو الشاهد أو من وجهت إليه اليمين ونحوهم مقيماً خارج نطاق اختصاص المحكمة، وتعذر إجراء الإثبات إلكترونياً؛ فعلى المحكمة أن تستخلف محكمة مكان إقامته. وفي هذه الحالة يبلغ قرار الاستخلاف للمحكمة المستخلفة.

**المادة الثانية عشرة:**

يكون إقرار الأخرس ومن في حكمه واستجوابه وأداؤه للشهادة واليمين وتوجيهها والنكول عنها وردها بالكتابة، فإن لم يكن يعرف الكتابة فبإشارته المعهودة.



٢





الـمـملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

| | الرقم |
|---|---|
| ١٤ هـ / / | التاريخ |
| | المرفقات |

**المادة الثالثة عشرة:**

دون إخلال بالتزامات المملكة في الاتفاقيات الدولية التي تكون طرفاً فيها، للمحكمة أن تأخذ بإجراءات الإثبات التي جرت خارج المملكة؛ ما لم تخالف النظام العام.

**(الباب الثاني)**
**الإقرار واستجواب الخصوم**
**(الفصل الأول)**
**الإقرار**

**المادة الرابعة عشرة:**

١- يكون الإقرار قضائياً إذا اعترف الخصــم أمام المحكمة بواقعة مدعى بها عليه، وذلك أثناء السير في دعوى متعلقة بهذه الواقعة.

٢- يكون الإقرار غير قضائي إذا لم يقع أمام المحكمة، أو كان أثناء السير في دعوى أخرى.

**المادة الخامسة عشرة:**

١- يشترط أن يكون المقر أهلاً للتصرف فيما أقر به.

٢- يصح إقرار الصغير المميز المأذون له في البيع والشراء بقدر ما أذن له فيه.

٣- يصح الإقرار من الوصي أو الولي أو ناظر الوقف أو من في حكمهم فيما باشروه في حدود ولايتهم.

**المادة السادسة عشرة:**

١- يكون الإقرار صراحة أو دلالة، باللفظ أو بالكتابة.

٢- لا يقبل الإقرار إذا كذبه ظاهر الحال.

**المادة السابعة عشرة:**

الإقرار القضائي حجة قاطعة على المقر، وقاصرة عليه.





٣

بسم الله الرحمن الرحيم

الـمـملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

الرقم

التاريخ    /    /    ١٤هـ

المرفقات

## المادة الثامنة عشرة:

١- يلزم المقر بإقراره، ولا يقبل رجوعه عنه.

٢- لا يتجزأ الإقرار على صاحبه، إلا إذا انصب على وقائع متعددة، وكان وجود واقعة منها لا يستلزم حتماً وجود الوقائع الأخرى.

## المادة التاسعة عشرة:

يكون إثبات الإقرار غير القضائي وفق الأحكام المقررة في هذا النظام، بما في ذلك عدم جواز إثباته بالشهادة إلا في الأحوال التي يجوز فيها الإثبات بالشهادة.

## (الفصل الثاني)
## استجواب الخصوم

## المادة العشرون:

١- للمحكمة –من تلقاء نفسها أو بناء على طلب أحد الخصوم– أن تستجوب من يكون حاضراً من الخصوم.

٢- لأي من الخصوم استجواب خصمه مباشرة.

## المادة الحادية والعشرون:

١- للمحكمة –من تلقاء نفسها أو بناء على طلب أحد الخصوم– أن تأمر بحضور الخصم لاستجوابه، ويجب على من تقرر استجوابه أن يحضر الجلسة المحددة لذلك.

٢- إذا تخلف الخصم عن الحضور للاستجواب بغير عذر مقبول، أو امتنع عن الإجابة بغير مسوغ معتبر، استخلصت المحكمة ما تراه من ذلك، وجاز لها أن تقبل الإثبات بشهادة الشهود والقرائن في الأحوال التي لا يجوز فيها ذلك.

٣- يسري حكم الفقرة (٢) من هذه المادة على من تخلف عن الحضور في الدعوى أو امتنع عن الإجابة عنها.

## المادة الثانية والعشرون:

إذا كان الخصم عديم الأهلية أو ناقصها فيستجوب من ينوب عنه، ويجوز للمحكمة مناقشته هو إن كان مميزاً في الأمور المأذون له فيها، ويكون استجواب الشخص ذي الصفة الاعتبارية عن طريق من يمثله نظاماً. وفي جميع الأحوال يشترط أن يكون المراد استجوابه أهلاً للتصرف في الحق المتنازع فيه.

٤





الرقم ـــــــــــ

التاريخ / / ١٤هـ

المرفقات ـــــــــــ

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

## المادة الثالثة والعشرون:

١– تكون الإجابة في الجلسة نفسها إلا إذا رأت المحكمة إعطاء موعد للإجابة.

٢– تكون الإجابة في مواجهة من طلب الاستجواب، ولا يتوقف الاستجواب على حضوره.

## المادة الرابعة والعشرون:

١– للخصم الاعتراض على سؤال وجّه إليه، وعليه أن يبين وجه اعتراضه.

٢– على المحكمة منع كل سؤال غير متعلق بالدعوى أو غير منتج فيها أو غير جائز قبوله.

## (الباب الثالث)
## الكتابة
## (الفصل الأول)
## المحرَّرات الرسمية

## المادة الخامسة والعشرون:

١– المحرَّر الرسمي هو الذي يثبت فيه موظف عام أو شـــخص مكلف بخدمة عامة، ما تم على يديه أو ما تلقاه من ذوي الشأن، طبقاً للأوضاع النظامية، وفي حدود سلطته واختصاصه.

٢– إذا لم يســـتوف المحرَّر الشـــروط الواردة في الفقرة (١) من هذه المادة فتكون له حجية المحرَّر العادي؛ متى كان ذوو الشأن قد وقعوه.

## المادة السادسة والعشرون:

١– المحرَّر الرسمي حجة على الكافة بما دون فيه من أمور قام بها محرره في حدود مهمته، أو حدثت من ذوي الشأن في حضوره؛ ما لم يثبت تزويره بالطرق المقررة نظاماً.

٢– يكون مضـــمون ما ذكره أي من ذوي الشـــأن في المحرَّر الرسمي حجة عليه؛ ما لم يثبت غير ذلك.

## المادة السابعة والعشرون:

١– إذا كان أصل المحرَّر الرسمي موجوداً، فإن صـــورته الرسمية تعد حجة بالقدر الذي تكون فيه مطابقة للأصل.

٥





| | | |
|---|---|---|
| الرقم | | |
| التاريخ / / ١٤هـ | | |
| المرفقات | | |

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

٢- تكون الصورة رسمية إذا أخذت من الأصل؛ وفقاً للإجراءات المنظمة لذلك.

٣- تعد الصـــورة الرسمية مطابقة للأصـــل؛ ما لم ينازع في ذلك أي من ذوي الشـــأن، فيجب مطابقتها للأصل.

## المادة الثامنة والعشرون:

إذا لم يوجد أصـــل المحرَّر الرسمي فتكون للصـــورة الرسمية حجية الأصـــل؛ متى كان مظهرها الخارجي لا يسـمح بالشـك في مطابقتها للأصل، وما عدا ذلك من الصور فلا يعتد بها إلا لمجرد الاستئناس.

## (الفصل الثاني)
## المحرَّرات العادية

## المادة التاسعة والعشرون:

١- يعد المحرَّر العادي صـادراً ممن وقعه وحجة عليه؛ ما لم ينكر صـراحة ما هو منسـوب إليه من خط أو إمضاء أو ختم أو بصمة، أو ينكر ذلك خلَفُه أو ينفي علمه بأن الخط أو الإمضاء أو الختم أو البصمة هي لمن تلقى عنه الحق.

٢- من احتج عليه بمحرَّر عادي وناقش موضـوعه أمام المحكمة فلا يقبل منه أن ينكر بعد ذلك صحته، أو أن يتمسك بعدم علمه بأنه صدر ممن تلقى عنه الحق.

## المادة الثلاثون:

تكون للمراســلات الموقع عليها أو الثابت نسـبتها إلى مرسـلها؛ حجية المحرَّر العادي في الإثبات، ما لم يثبت المرسل أنه لم يرسل الرسالة ولم يكلف أحداً بإرسالها.

## المادة الحادية والثلاثون:

١- لا تكون دفاتر التجار حجة على غير التجار، ومع ذلك فإن البيانات المثبتة فيها تصــلح أساساً يجيز للمحكمة أن توجه اليمين المتممة لمن قوي جانبه من الطرفين، وذلك فيما يجوز إثباته بشهادة الشهود.

٢- تكون دفاتر التجار الإلزامية المنتظمة حجة لصـاحبها التاجر ضـد خصـمه التاجر. وتسقط هذه الحجية بإثبات عكس ما ورد فيها بكافة طرق الإثبات، بما في ذلك دفاتر الخصــم المنتظمة.





<table>
<tr><td>الرقم</td><td></td></tr>
<tr><td>التاريخ   /   /   ١٤ هـ</td><td></td></tr>
<tr><td>المرفقات</td><td></td></tr>
</table>

الـمـملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

٣– تكون دفاتر التجار الإلزامية –منتظمة كانت أو غير منتظمة– حجة على صـــاحبها التاجر فيما اسـتند إليه خصـمه التاجر أو غير التاجر؛ وفي هذه الحالة تعد القيود التي في مصـلحة صاحب الدفاتر حجة له أيضاً.

٤– إذا استند أحد الخصمين التاجرين إلى دفاتر خصمه وسلم مقدماً بما ورد فيها وامتنع الخصم دون مســـوّغ عن إبراز دفاتره أو التمكين من الاطلاع عليها؛ جاز للمحكمة توجيه اليمين المتممة لمن استند إلى الدفاتر على صحة دعواه.

**المادة الثانية والثلاثون:**

لا تكون الدفاتر والأوراق الخاصـــة –ولو دونت رقمياً– حجة على من صـــدرت منه إلا في الحالتين الآتيتين:

١– إذا أورد فيها صراحة أنه استوفى دينه.

٢– إذا أورد فيها صراحة أنه قصد بما دونه أن يقوم مقام السند لمن أثبت حقاً لمصلحته.

وفي الحالتين إذا كان ما ورد من ذلك غير موقع ممن صـــدر عنه جاز له إثبات عكســـه بكافة طرق الإثبات.

**المادة الثالثة والثلاثون:**

١– تأشـير الدائن على سـند الدين بخطه دون توقيع منه بما يفيد براءة ذمة المدين يعد حجة على الدائن إلى أن يثبت العكس، ويكون التأشـير على السـند بمثل ذلك حجة على الدائن أيضاً ولو لم يكن بخطه ولا موقعاً منه؛ ما دام السند لم يخرج قط من حيازته.

٢– يسـري حكم الفقرة (١) من هذه المادة إذا أثبت الدائن بخطه دون توقيع منه ما يفيد براءة ذمة المدين في نسـخة أصـلية لسـند أو مخالصة، وكانت النسـخة أو المخالصـة في يد المدين.

**(الفصل الثالث)**
**طلب إلزام الخصم بتقديم المحرّرات الموجودة تحت يده**

**المادة الرابعة والثلاثون:**

١– يجوز للخصـــم أن يطلب من المحكمة إلزام خصـــمه بتقديم أي محرّر منتج في الدعوى يكون تحت يده في الحالات الآتية:

أ– إذا كان النظام يجيز مطالبته بتقديمه أو تسليمه.






الرقم

التاريخ / / ١٤هـ

المرفقات

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

ب- إذا كان المحرَّر مشتركاً بينه وبين خصمه، ويعد المحرَّر مشتركاً على الأخص إذا كان لمصلحة الخصمين، أو كان مثبتاً لالتزاماتهما وحقوقهما المتبادلة.

ج- إذا استند إليه خصمه في أي مرحلة من مراحل الدعوى.

٢- لا يقبل الطلب المشار إليه في الفقرة (١) من هذه المادة؛ ما لم يستوف العناصر الآتية:

أ- أوصاف المحرَّر، ومضمونه بقدر ما يمكن من التفصيل.

ب- الدلائل والظروف التي تؤيد أن المحرَّر تحت يد الخصم.

ج- الواقعة التي يستدل بالمحرَّر عليها، ووجه إلزام الخصم بتقديمه.

**المادة الخامسة والثلاثون:**

١- إذا أقر الخصم أن المحرَّر في حوزته أو سكت، أو أثبت الطالب صحة طلبه، أمرت المحكمة بتقديم المحرَّر.

٢- إذا امتنع الخصم عن تقديم المحرَّر المطلوب بعد إمهاله مرة واحدة، عدت صورة المحرَّر التي قدمها الطالب صحيحة مطابقة لأصلها، فإن لم يكن قد قدم صورة من المحرَّر؛ فللمحكمة الأخذ بقول الطالب فيما يتعلق بشكل المحرَّر ومضمونه.

٣- إذا أنكر الخصم وجود المحرَّر ولم يقدم الطالب للمحكمة إثباتاً كافياً لصحة طلبه، فله أن يطلب من المحكمة توجيه اليمين لخصمه فيما يتعلق بهذا المحرَّر، وفقاً للأحكام المقررة في الباب (الثامن) من هذا النظام، وإذا نكل الخصم عن اليمين ولم يردها على الطالب أو رد اليمين على الطالب فحلف، عدت صورة المحرَّر التي قدمها الطالب صحيحة مطابقة لأصلها، فإن لم يكن قد قدم صورة من المحرَّر؛ فللمحكمة الأخذ بقول الطالب فيما يتعلق بشكل المحرَّر ومضمونه.

**المادة السادسة والثلاثون:**

١- للخصم في الدعاوى التجارية أن يطلب من خصمه تقديم محرَّر ذي صلة بالدعوى أو الاطلاع عليه، وتأمر المحكمة بذلك وفق الضوابط الآتية:

أ- أن يكون المحرَّر محدداً بذاته أو نوعه.

ب- أن يكون للمحرَّر علاقة بالتعامل التجاري محل الدعوى، أو يؤدي إلى إظهار الحقيقة فيه.






| | |
|---|---|
| الرقم | ـــــــــــــ |
| التاريخ | / / ١٤هـ |
| المرفقات | ـــــــــــــ |

الـمـمـلكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

ج- ألَّا يكون له طابع السـرية بنص خاص أو اتفاق بين الخصـوم، أو ألَّا يكون من شـأن الاطلاع عليه انتهاك أي حق في السر التجاري أو أي حقوق متصلة به.

٢- إذا امتنع الخصم عن تقديم ما أمرت المحكمة بتقديمه إلى خصـمه وفق أحكام الفقرة (١) من هذه المادة؛ فللمحكمة أن تعد امتناعه قرينة.

**المادة السابعة والثلاثون:**

مع مراعاة الأحكام المنصوص عليها في المواد السـابقة، يجوز للمحكمة من تلقاء نفسـها، أو بناء على طلب أحد الخصوم، وفي أي مرحلة تكون عليها الدعوى، أن تقرر الآتي:

١- إدخال الغير لإلزامه بتقديم محرَّر تحت يده.

٢- طلب محرَّر من جهة عامة أو صورة مصدقة منه بما يفيد مطابقته لأصله إذا تعذر ذلك على الخصـم، وللمحكمة أن تطلب من الجهة العامة أن تقدم -كتابة أو شـفاهاً- ما لديها من معلومات ذات صلة بالدعوى، دون إخلال بالأنظمة.

(الفصل الرابع)

إثبات صحة المحرَّرات

(الفرع الأول)

أحكام عامة

**المادة الثامنة والثلاثون:**

١- للمحكمة أن تقدر ما يترتب على العيوب المادية في المحرَّر من إسقاط حجيته في الإثبات أو إنقاصها، ولها أن تأخذ بكل ما تضمنه المحرَّر أو ببعضه.

٢- إذا كانت صـحة المحرَّر محل شـك في نظر المحكمة، فلها أن تسـأل من صـدر عنه، أو تدعو الشخص الذي حرَّره ليبدي ما يوضح حقيقة الأمر فيه.

**المادة التاسعة والثلاثون:**

١- يرد الادعاء بالتزوير على المحرَّر الرسمي والعادي، أما إنكار الخط أو الختم أو الإمضـاء أو البصمة فلا يرد إلا على المحرَّر العادي.



٩



الرقم
التاريخ    /    / ١٤هـ
المرفقات

الـمـملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

٢- على الخصم الذي يدعي التزوير عبء إثبات ادعائه، أما من ينكر صدور المحرَّر العادي منه أو ينكر ذلك خلفه أو نائبه أو ينفي علمه به، فيقع على خصمه عبء إثبات صدوره منه أو من سلفه.

٣- إذا أقر الخصم بصحة الختم الموقع به على المحرَّر العادي ونفى أنه ختم به، تعين عليه اتخاذ طريق الادعاء بالتزوير.

## (الفرع الثاني)
## إنكار الخط أو الإمضاء أو الختم أو البصمة، وتحقيق الخطوط

### المادة الأربعون:

إذا أنكر من احتج عليه بالمحرَّر العادي خطه أو إمضاءه أو ختمه أو بصمته، أو أنكر ذلك خلفه أو نائبه أو نفى علمه به، وظل الخصم الآخر متمسكاً بالمحرَّر، وكان المحرَّر منتجًا في النزاع، ولم تكف وقائع الدعوى ومستنداتها في إقناع المحكمة بصحة الخط أو الإمضاء أو الختم أو البصمة؛ فتأمر المحكمة بالتحقيق بالمضاهاة، أو بسماع الشهود أو بكليهما، وفقاً للقواعد والإجراءات المنصوص عليها في هذا النظام. ولا تسمع الشهادة إلا فيما يتعلق بإثبات حصول الكتابة أو الإمضاء أو الختم أو البصمة على المحرَّر.

### المادة الحادية والأربعون:

١- تحدد المحكمة جلسة لحضور الخصوم لتقديم ما لديهم من محرَّرات للمضاهاة، والاتفاق على ما يصلح منها لذلك، فإن تخلف الخصم المكلف بالإثبات بغير عذر مقبول جاز الحكم بإسقاط حقه في الإثبات، وإذا تخلف خصمه جاز للمحكمة اعتبار المحرَّرات المقدمة للمضاهاة صالحة لها.

٢- يجب على الخصم الذي ينازع في صحة المحرَّر أن يحضر بنفسه للاستكتاب في الموعد المحدد لذلك، فإن امتنع عن الحضور بغير عذر مقبول، أو حضر وامتنع عن الاستكتاب؛ جاز للمحكمة الحكم بصحة المحرَّر.





الرقم ───────
التاريخ / / ١٤هـ
المرفقات ───────

الـمـملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

## المادة الثانية والأربعون:

١– في حالة عدم اتفاق الخصوم على المحرّرات الصالحة للمضاهاة، فلا يقبل إلا ما يأتي:

أ– الخط أو الإمضاء أو الختم أو البصمة الموضوعة على محرّرات رسمية.

ب– الجزء الذي يعترف الخصم بصحته من المحرَّر محل التحقيق.

ج– خط الخصم أو إمضاؤه الذي يكتبه أمام المحكمة أو البصمة التي يبصمها أمامها.

د– الخط أو الإمضاء أو الختم أو البصمة الموضوعة على محرّرات عادية ثبتت نسبتها إلى الخصم.

٢– تكون مضاهاة ما تم إنكاره من الخط أو الإمضاء أو الختم أو البصمة على ما هو ثابت لمن يشهد عليه المحرَّر محل التحقيق من خط أو إمضاء أو ختم أو بصمة.

## المادة الثالثة والأربعون:

١– إذا حكم بصحة المحرَّر كله فيحكم على من أنكره بغرامة لا تزيد على (عشرة آلاف) ريال، وذلك دون إخلال بحق ذوي الشأن في المطالبة بالتعويض.

٢– لا تتعدد الغرامة بتعدد الخلف أو النائب، ولا يحكم بالغرامة على أي منهما إذا اقتصر إنكاره على نفي العلم.

### (الفرع الثالث)
### الادعاء بالتزوير

## المادة الرابعة والأربعون:

١– يكون الادعاء بالتزوير في أي حالة تكون عليها الدعوى، ويحدد المدعي بالتزوير كل مواضـع التزوير المدعى به، وشـواهده، وإجراءات التحقيق التي يطلب إثباته بما، ويكون ذلك بمذكرة يقدمها للمحكمة أو بإثباته في محضر الجلسة.

٢– إذا كان الادعاء بالتزوير منتجاً في النزاع ولم تكف وقائع الدعوى ومسـتنداتها لإقناع المحكمة بصـحة المحرَّر أو بتزويره، ورأت أن إجراء التحقيق الذي طلبه المدعي بالتزوير منتج وجائز؛ أمرت به.

٣– يكون الأمر بالتحقيق في الادعاء بالتزوير بالمضاهاة أو بسـماع الشـهود أو بكليهما، وفقاً للقواعد والإجراءات المنصوص عليها في هذا الباب.

١١





الرقم
التاريخ    /    /    ١٤هـ
المرفقات

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

## المادة الخامسة والأربعون:

١- على مدعي التزوير أن يسلم المحكمة المحرَّر المدعى تزويره إن كان تحت يده أو صورته المبلغة إليه، وإذا امتنع عن تسليم المحرَّر أو صورته –بحسب الأحوال– سقط حقه في الادعاء بتزويره، ولا يقبل منه هذا الادعاء بعد ذلك.

٢- إذا كان المحرَّر تحت يد الخصم فللمحكمة أن تكلفه بتسليمه إلى المحكمة، أو تأمر بضبطه وإيداعه، وإذا امتنع الخصم عن تسليم المحرَّر وتعذر على المحكمة ضبطه عُد غير موجود، ولا يمنع ذلك من ضبطه –إن أمكن– فيما بعد.

## المادة السادسة والأربعون:

١- يجوز لمن يدعي تزوير المحرَّر أن يتنازل عن ادعائه قبل انتهاء إجراءات التحقيق، ولا يقبل منه ادعاء تزوير المحرَّر بعد تنازله.

٢- يجوز للمدعى عليه بالتزوير إنهاء إجراءات التحقيق في التزوير –في أي حالة كانت عليه– بنزوله عن التمسك بالمحرَّر المدعى تزويره، وللمحكمة في هذه الحالة أن تأمر بضبط المحرَّر أو حفظه إذا طلب المدعي بالتزوير ذلك لمصلحة مشروعة.

## المادة السابعة والأربعون:

الأمر بالتحقيق في ادعاء التزوير يوقف صلاحية المحرَّر المدعى تزويره للتنفيذ، وذلك دون إخلال بالإجراءات التحفظية.

## المادة الثامنة والأربعون:

يجوز للمحكمة –ولو لم يُدَّع أمامها بالتزوير– أن تحكم برد أي محرَّر وبطلانه إذا ظهر لها بجلاء من حالته أو من ظروف الدعوى أنه مزور، ويجب عليها في هذه الحالة أن تبين في حكمها الظروف والقرائن التي تبينت منها ذلك.

## المادة التاسعة والأربعون:

١- إذا حكم برفض الادعاء بتزوير المحرَّر أو سقوط حق مدعي التزوير في الإثبات، حكم عليه بغرامة لا تزيد على (عشرة آلاف) ريال، وذلك دون إخلال بحق ذوي الشأن في المطالبة بالتعويض.



١٢



الرقم

التاريخ / / ١٤هـ

المرفقات

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

٢– لا يحكم بالغرامة على مدعي التزوير إذا تنازل عن ادعائه قبل انتهاء إجراءات التحقيق فيه؛ ما لم يثبت للمحكمة أنه قصد الكيد لخصمه أو تأخير الفصل في الدعوى.

٣– لا يحكم بالغرامة على مدعي التزوير إذا ثبت بعض ما ادعاه.

٤– إذا ثبت تزوير المحرَّر أحالته المحكمة إلى النيابة العامة؛ لاتخاذ الإجراءات اللازمة.

### (الفرع الرابع)
### دعوى التزوير الأصلية

**المادة الخمسون:**

يجوز لمن يخشــى الاحتجاج عليه بمحرَّر مزور أن يخاصـم من بيده هذا المحرَّر ومن يفيد منه، وفقاً للإجراءات المنظمة لرفع الدعوى. وتراعي المحكمة في تحقيق هذه الدعوى القواعد والإجراءات المنصوص عليها في هذا الباب.

### (الفصل الخامس)
### أحكام ختامية في الكتابة

**المادة الحادية والخمسون:**

١– يجوز في الأحوال التي يجب فيها الإثبات بالكتابة أن يحل محلها الإقرار القضــائي، أو اليمين الحاسمة، أو مبدأ الثبوت بالكتابة المعزز بطريق إثبات آخر؛ وذلك فيما لم يرد فيه نص في هذا النظام.

٢– مبدأ الثبوت بالكتابة هو: كل كتابة تصـدر من الخصـم ويكون من شــأنها أن تجعل وجود التصرف المدعى به قريب الاحتمال.

**المادة الثانية والخمسون:**

مع عدم الإخلال بالتزامات المملكة بموجب الاتفاقيات الدولية التي تكون طرفاً فيها، يجوز للمحكمة أن تقبل في الإثبات المحرَّر الورقي أو الرقمي الصـادر خارج المملكة والمصدق عليه من الجهات المختصــة في الدولة التي صــدر فيها والجهات المختصــة في المملكة، وذلك ما لم يخالف النظام العام.



بسم الله الرحمن الرحيم

| | |
|---|---|
| الرقم | |
| التاريخ | / / ١٤هـ |
| المرفقات | |

الـمـملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

**(الباب الرابع)**
**الدليل الرقمي**

**المادة الثالثة والخمسون:**

يعد دليلاً رقمياً كل دليل مستمد من أي بيانات تنشأ أو تصدر أو تسلم أو تحفظ أو تبلغ بوسيلة رقمية، وتكون قابلة للاسترجاع أو الحصول عليها بصورة يمكن فهمها.

**المادة الرابعة والخمسون:**

يشمل الدليل الرقمي الآتي:

١– السجل الرقمي.

٢– المحرَّر الرقمي.

٣– التوقيع الرقمي.

٤– المراسلات الرقمية بما فيها البريد الرقمي.

٥– وسائل الاتصال.

٦– الوسائط الرقمية.

٧– أي دليل رقمي آخر.

**المادة الخامسة والخمسون:**

يكون للإثبات بالدليل الرقمي حكم الإثبات بالكتابة الوارد في هذا النظام.

**المادة السادسة والخمسون:**

يكون للدليل الرقمي الرسمي الحجية المقررة للمحرَّر الرسمي؛ إذا استوفى الشروط المنصوص عليها في الفقرة (١) من المادة (الخامسة والعشرين) بما في ذلك ما يصدر آلياً من الأنظمة الرقمية للجهات العامة أو الجهات المكلفة بخدمة عامة.

**المادة السابعة والخمسون:**

يكون الدليل الرقمي غير الرسمي حجةً على أطراف التعامل –ما لم يثبت خلاف ذلك– في الحالات الآتية:

١– إذا كان صادراً وفقاً لنظام التعاملات الإلكترونية أو نظام التجارة الإلكترونية.

٢– إذا كان مستفاداً من وسيلة رقمية منصوص عليها في العقد محل النزاع.

٣– إذا كان مستفاداً من وسيلة رقمية موثقة أو مشاعة للعموم.




١٤





الــمــملكة العربية الســعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

الرقم

التاريخ   /   /   ١٤هـ

المرفقات

## المادة الثامنة والخمسون:

على الخصم الذي يدعي عدم صحة الدليل الرقمي المنصوص عليه في المادتين (السـادسـة والخمسين) و(السابعة والخمسين) عبء إثبات ادعائه.

## المادة التاسعة والخمسون:

فيما عدا ما نصت عليه المادتان (السـادسـة والخمسون) و(السـابعة والخمسون) من هذا النظام؛ يكون للدليل الرقمي الحجية المقررة للمحرَّر العادي؛ وفقاً لأحكام هذا النظام.

## المادة الستون:

يقدم الدليل الرقمي بهيئته الأصلية، أو بأي وسيلة رقمية أخرى، وللمحكمة أن تطلب تقديم محتواه مكتوباً؛ متى كانت طبيعته تسمح بذلك.

## المادة الحادية والستون:

إذا امتنع أي من الخصـوم عن تقديم ما طلبته المحكمة للتحقق من صـحة الدليل الرقمي بغير عذر مقبول؛ سقط حقه في التمسك به أو عدّ حجة عليه بحسب الأحوال.

## المادة الثانية والستون:

إذا تعذر التحقق من صـحة الدليل الرقمي بسـبب لا يعود للخصـوم، فتقدر المحكمة حجيته بما يظهر لها من ظروف الدعوى.

## المادة الثالثة والستون:

١- يكون للمسـتـخرجات من الدليل الرقمي الحجية المقررة للدليل نفسـه، وذلك بالقدر الذي تكون فيه المستخرجات مطابقة لسجلها الرقمي.

٢- يسري حكم الفقرة (١) من هذه المادة على المستخرجات من وسائل الدفع الرقمية.

## المادة الرابعة والستون:

فيما لم يرد فيه نص في هذا الباب، تسـري على الدليل الرقمي الأحكام المنصـوص عليها في الباب (الثالث) من هذا النظام، بما لا يتعارض مع طبيعته الرقمية.





١٥



<table>
<tr><td>الرقم</td><td>ـــــــــــ</td></tr>
<tr><td>التاريخ</td><td>/ / ١٤هـ</td></tr>
<tr><td>المرفقات</td><td>ـــــــــــ</td></tr>
</table>

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

(الباب الخامس)

الشهادة

(الفصل الأول)

محل الشهادة

المادة الخامسة والستون:

يجوز الإثبات بشهادة الشهود؛ ما لم يرد نص يقضي بغير ذلك.

المادة السادسة والستون:

١– يجب أن يثبت بالكتابة كل تصـــرف تزيد قيمته على (مائة ألف ريال أو ما يعادلها) أو كان غير محدد القيمة.

٢– لا تقبل شهادة الشهود في إثبات وجود أو انقضاء التصرفات الواردة في الفقرة (١) من هذه المادة، ما لم يوجد اتفاق أو نص يقضي بغير ذلك.

٣– يقدر الالتزام باعتبار قيمته وقت صدور التصرف بغير ضم الملحقات إلى الأصل.

٤– إذا اشتملت الدعوى على طلبات متعددة ناشئة عن مصـادر متعددة جاز الإثبات بشهادة الشـــهود في كل طلب لا تزيد قيمته على (مائة ألف ريال أو ما يعادلها)؛ ولو كانت هذه الطلبات في مجموعها تزيد على تلك القيمة، أو كان منشؤها علاقات بين الخصوم أنفسهم أو تصرفات ذات طبيعة واحدة.

٥– تكون العبرة في إثبات الوفاء الجزئي بقيمة الالتزام الأصلي.

المادة السابعة والستون:

لا يجوز الإثبات بشهادة الشهود ولو لم تزد قيمة التصرف على (مائة ألف ريال أو ما يعادلها) في الحالات الآتية:

١– فيما اشترط النظام لصحته أو إثباته أن يكون مكتوباً.

٢– إذا كان المطلوب هو الباقي أو جزء من حق لا يجوز إثباته إلا بالكتابة.

٣– فيما يخالف أو يجاوز ما اشتمل عليه دليل كتابي.







الرقم
التاريخ    /    / ١٤هـ
المرفقات

## المادة الثامنة والستون:

يجوز الإثبات بشهادة الشهود فيما كان يجب إثباته بالكتابة في الأحوال الآتية:

١– إذا وجد مبدأ الثبوت بالكتابة.

٢– إذا وجد مانع مادي أو أدبي يحول دون الحصــول على دليل كتابي، ويعد من الموانع المادية عدم وجود من يستطيع الكتابة، أو أن يكون طالب الإثبات شـخصـاً ثالثاً لم يكن طرفاً في العقد، ويعد من الموانع الأدبية رابطة الزوجية، وصلة القرابة والمصاهرة حتى الدرجة الرابعة.

٣– إذا ثبت أن المدعي فقد دليله الكتابي بسبب لا يد له فيه.

## المادة التاسعة والستون:

تكون الشهادة عن مشـاهدة أو معاينة أو سماع، ولا تقبل الشهادة بالاستفاضـة إلا فيما يتعذر علمه غالباً دونها، ومن ذلك ما يأتي:

١– الوفاة.

٢– النكاح.

٣– النسب.

٤– الملك المطلق.

٥– الوقف والوصية ومصرفهما.

## (الفصل الثاني)
### شروط الشهادة وموانعها

## المادة السبعون:

١–لا يكون أهلاً للشهادة من لم يبلغ سن (الخامسة عشرة)، ومن لم يكن سليم الإدراك.

٢– يجوز أن تسمع أقوال من لم يبلغ سن (الخامسة عشرة) على سبيل الاستئناس.

## المادة الحادية والسبعون:

١– يجب على الشاهد ابتداءً قبل أداء الشهادة الإفصـاح عن أي علاقة له بأطراف الدعوى، أو أي مصلحة له فيها.

١٧





الـمملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

الرقم

التاريخ    /    / ١٤هـ

المرفقات

٢- لا تقبل شـهادة مـن يدفع بالشـهادة عـن نفسـه ضـرراً أو يجلب لها نفعاً، ولا تقبل شـهادة الأصـل للفرع، وشـهادة الفرع للأصـل، وشـهادة أحد الزوجين للآخر ولو بعد افتراقهما، وشهادة الولي أو الوصي للمشمول بالولاية أو الوصاية.

٣- لا يجوز للموظفين والمكلفين بخدمة عامة –ولو بعد تركهم العمل– أن يشـهدوا بما يكون قد وصل إلى علمهم بحكم قيامهم بعملهم من معلومات سرية، ما لم ترتفع عنها صفة السرية، أو تأذن الجهة المختصة في الشهادة بما؛ بناء على طلب المحكمة، أو أحد الخصوم.

## (الفصل الثالث)
### إجراءات الإثبات بالشهادة

**المادة الثانية والسبعون:**

١- على الخصـم الذي يطلب الإثبات بشـهادة الشـهود أن يبين الوقائع التي يريد إثباتها، وعدد الشهود وأسماءهم.

٢- إذا أذنت المحكمة لأحد الخصوم بإثبات واقعة بشهادة الشهود كان للخصم الآخر الحق في نفيها بهذا الطريق. وفي جميع الأحوال لا تقبل الشهادة على النفي إلا إذا كان محصوراً.

٣- للمحكمة –من تلقاء نفسها أو بناء على طلب أحد الخصوم– أن تستدعي للشهادة من ترى لزوماً لسماع شهادته؛ إظهاراً للحقيقة.

**المادة الثالثة والسبعون:**

إذا طلب أحد الخصوم إمهاله لإحضار شهوده فيمهل مرة واحدة، فإذا لم يحضرهم في الموعد المحدد بغير عذر تقبله المحكمة أو أحضر منهم من لم توصل شهادته؛ فعلى المحكمة أن تفصل في الخصومة.

**المادة الرابعة والسبعون:**

١- تؤدى الشهادة شفاهاً. ويجوز أداؤها كتابة بإذن المحكمة.

٢- يجوز للمحكمة تحليف الشـاهد عند الاقتضاء، وإذا امتنع عن الحلف فتقدر المحكمة أثر ذلك.





الرقم ————

التاريخ / / ١٤هـ

المرفقات ————

الـمـملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

## المادة الخامسة والسبعون:

١- تؤدى الشهادة بحضور الخصوم، وتسمع شهادة كل شاهد على انفراد إلا لمقتضى معتبر.

٢- تخلف الخصم المشهود عليه لا يمنع من سماع الشهادة. وله الاطلاع على محضر سماع الشهود.

## المادة السادسة والسبعون:

تأخذ المحكمة حال اختلاف شهادة الشهود بالقدر الذي تقتنع بصحته من الشهادة؛ على ألا يؤدي هذا الاختلاف إلى التناقض في شهادتهم.

## المادة السابعة والسبعون:

١- لأي من الخصوم توجيه الأسئلة مباشرة إلى الشاهد، وإذا انتهى الخصم من سؤال الشاهد فلا يجوز له إبداء أسئلة جديدة إلا بإذن المحكمة.

٢- للمحكمة أن توجه للشاهد ما تراه من الأسئلة مفيداً في كشف الحقيقة.

٣- ليس للخصم أن يقطع كلام الشاهد أثناء أداء الشهادة أو الإجابة.

٤- للخصم الاعتراض على سؤال وجه للشاهد، وعليه أن يبين وجه اعتراضه، ويُثبت الاعتراض وما تقرره المحكمة بشأنه في محضر الجلسة.

٥- للشاهد أن يمتنع عن الإجابة على سؤال وجه إليه، وعليه أن يبين وجه امتناعه، ويُثبت ذلك وما تقرره المحكمة بشأنه في محضر الجلسة.

## المادة الثامنة والسبعون:

تدون الشهادة في محضر، تثبت فيه بيانات الشاهد، وجهة اتصاله بالخصوم، ونص شهادته، وإجابته عما وجه إليه من أسئلة.

## المادة التاسعة والسبعون:

١- للخصم المشهود عليه أن يبين للمحكمة ما يخل بشهادة الشاهد من طعن فيه أو في شهادته. وتقدر المحكمة أثر ذلك في الشهادة.

٢- للمحكمة تقدير عدالة الشاهد من حيث سلوكه وتصرفه وغير ذلك من ظروف الدعوى، دون حاجة إلى التزكية، ولها عند الاقتضاء الاستعانة في تقدير العدالة بما تراه من وسائل.



١٩





الرقم
التاريخ    /    / ١٤هـ
المرفقات

الـمـمـلكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

المادة الثمانون:

إذا ثبت للمحكمة أثناء نظر الدعوى أو عند الحكم في موضوعها أن الشـاهد شـهد زورًا، فتحرر محضراً بذلك، وتحيله إلى النيابة العامة لاتخاذ الإجراءات اللازمة.

## (الفصل الرابع)
## الدعوى المستعجلة لسماع الشهادة

المادة الحادية والثمانون:

١- يجوز لمن يخشى فوات فرصة الاستشهاد بشاهد على موضوع لم يعرض بعد أمام القضاء ويحتمل عرضه عليه أن يطلب في مواجهة ذوي الشـأن سماع هذا الشـاهد، ويقدم الطلب بدعوى مستعجلة للمحكمة المختصة، وفقاً للإجراءات المنظمة لذلك، وعند تحقق الضرورة، تسمع المحكمة شهادة الشاهد؛ متى كانت الواقعة مما يجوز إثباتها بشهادة الشهود.

٢- يجوز للمحكمة سماع شهود نفي بناء على طلب الخصم الآخر بالقدر الذي تقتضيه ظروف الاستعجال في الدعوى.

٣- فيما عدا ذلك تتبع في هذه الشــهادة القواعد والإجراءات المنظمة لذلك، ولا يجوز في هذه الدعوى تسليم صورة من محضر سماع الشهادة ولا تقديمه إلى القضاء إلا إذا رأت محكمة الموضوع عند نظره جواز إثبات الواقعة بشهادة الشهود، ويكون للخصم الاعتراض أمامها على قبول هذا الدليل، كما يكون له طلب سماع شهود نفي لمصلحته.

## (الفصل الخامس)
## أحكام ختامية في الشهادة

المادة الثانية والثمانون:

لا تجوز مضارة الشاهد. وعلى المحكمة أن تمنع كل محاولة ترمي إلى تخويفه أو التأثير عليه عند أداء الشهادة.



بسم الله الرحمن الرحيم

| | |
|---|---|
| الرقم | ــــــــــــ |
| التاريخ | / / ١٤هـ |
| المرفقات | ــــــــــــ |

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

**المادة الثالثة والثمانون:**

تقدر المحكمة –بناءً على طلب الشاهد– مصروفات انتقاله ومقابل تعطيله، ويتحملها الخصم الذي خسر الدعوى، إلا إذا كانت الخسارة نسبية فيتحمل كل من الخصوم بقدر خسارته. وتبين المحكمة ذلك في الحكم الصادر في موضوع الدعوى.

**(الباب السادس)**
**القرائن وحجية الأمر المقضي**
**(الفصل الأول)**
**القرائن**

**المادة الرابعة والثمانون:**

القرائن المنصوص عليها شرعاً أو نظاماً تغني من قررت لمصلحته عن أي طريق آخر من طرق الإثبات، على أنه يجوز نقض دلالتها بأي طريق آخر؛ ما لم يوجد نص يقضي بغير ذلك.

**المادة الخامسة والثمانون:**

١– للمحكمة أن تستنبط قرائن أخرى للإثبات، وذلك في الأحوال التي يجوز فيها الإثبات بالشهادة؛ على أن تبين وجه دلالتها.

٢– للمحكمة الاستعانة بالوسائل العلمية في استنباط القرائن.

**(الفصل الثاني)**
**حجية الأمر المقضي**

**المادة السادسة والثمانون:**

الأحكام التي حازت حجية الأمر المقضي حجةٌ فيما فصلت فيه من الحقوق، ولا يجوز قبول دليل ينقض هذه الحجية. ولا تكون لتلك الأحكام هذه الحجية إلا في نزاع قام بين الخصوم أنفسهم دون أن تتغير صفاتهم، وتعلق بالحق ذاته محلاً وسبباً. وتقضي المحكمة بهذه الحجية من تلقاء نفسها.



٢١





الـمـملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

| | |
|---|---|
| الرقم | ــــــــــ |
| التاريخ | / / ١٤هـ |
| المرفقات | ــــــــــ |

**المادة السابعة والثمانون:**

لا تقيد المحكمة بالحكم الجزائي المرتبط بالدعوى المعروضة عليها إلا في الوقائع التي فصل فيها ذلك الحكم، وكان فصله فيها ضرورياً، ومع ذلك لا تقيد بالحكم الصادر بعدم الإدانة إلا إذا قام على نفي نسبة الواقعة إلى المتهم.

**(الباب السابع)**

**العرف**

**المادة الثامنة والثمانون:**

يجوز الإثبات بالعرف، أو العادة بين الخصوم، وذلك فيما لم يرد فيه نص خاص أو اتفاق بين الأطراف أو فيما لا يخالف النظام العام.

**المادة التاسعة والثمانون:**

١– على من يتمسك بالعرف أو العادة بين الخصوم أن يثبت وجودها وقت الواقعة.

٢– لأي من الخصوم الطعن في ثبوت العرف أو العادة بين الخصوم، كما أن لهم معارضتهما بما هو أقوى منهما.

**المادة التسعون:**

تقدم العادة بين الخصوم والعرف الخاص على العرف العام عند التعارض.

**المادة الحادية والتسعون:**

للمحكمة عند الاقتضاء ندب خبير للتحقق من ثبوت العرف أو العادة بين الخصوم، وفقاً للأحكام المقررة في الباب (العاشر) من هذا النظام.







الرقم
التاريخ      /    / ١٤هـ
المرفقات

الـمـملـكة العـربية السعـودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

(الباب الثامن)
اليمين
(الفصل الأول)
أحكام عامة

**المادة الثانية والتسعون:**

١– اليمين الحاسمة: هي التي يؤديها المدعى عليه لدفع الدعوى، ويجوز ردها على المدعي، وفقاً للأحكام الواردة في هذا الباب.

٢– اليمين المتممة: هي التي يؤديها المدعي لإتمام البينة، ولا يجوز ردها على المدعى عليه، وفقاً للأحكام الواردة في هذا الباب.

**المادة الثالثة والتسعون:**

تكون اليمين في جانب أقوى المتداعيين.

**المادة الرابعة والتسعون:**

١– يشترط أن يكون الحالف أهلاً للتصرف فيما يحلف عليه.

٢– لا تقبل النيابة في أداء اليمين، وتقبل –بتوكيل خاص– في توجيه اليمين وقبولها والنكول عنها وردها.

**المادة الخامسة والتسعون:**

١– إذا كانت الواقعة التي تنصب عليها اليمين متعلقة بالحالف أو بإثبات فعل غيره؛ حلف على البت. وإذا كانت متعلقة بنفي فعل غيره حلف على نفي العلم إلا أن يكون المحلوف عليه مما يمكن أن يحيط به علم الحالف؛ فيحلف على البت.

٢– يكون أداء اليمين بالصيغة التي تقرها المحكمة.

(الفصل الثاني)
اليمين الحاسمة

**المادة السادسة والتسعون:**

١– يجوز أن توجه اليمين في الحقوق المالية، وفي أي حالة تكون عليها الدعوى، وفقاً للأحكام الواردة في هذا الباب.



٢٣





الرقم ــــــــــــــــــ
التاريخ / / ١٤هـ
المرفقات ــــــــــــــــــ

الـمـملكـة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

٢- لا يجوز توجيه اليمين في واقعة مخالفة للنظام العام.

٣- على المحكمة منع توجيه اليمين إذا كانت غير متعلقة بالدعوى أو غير منتجة أو غير جائز قبولها. وللمحكمة منع توجيهها إذا كان الخصم متعسفاً في ذلك.

**المادة السابعة والتسعون:**

١- إذا عجز المدعي عن البينة وطلب يمين خصمه حُلِّف، فإن نكل ردت اليمين على المدعي بطلب المدعى عليه، فإذا نكل المدعي عن اليمين المردودة رُدّت دعواه.

٢- لا تُرد اليمين فيما ينفرد المدعى عليه بعلمه، ويقضى عليه بنكوله.

٣- للمدعي طلب يمين خصمه، ما لم يُفصل في الدعوى بحكم نهائي.

٤- لا يجوز لمن وجه اليمين أو ردها أن يرجع في ذلك متى قَبِل خصمه أن يحلف.

**المادة الثامنة والتسعون:**

كل مـن وجهـت إليـه اليمين فحلفها حُكم لصالحه، أما إذا نكل عنها دون أن يردها على خصمه حكم عليه بعد إنذاره، وكذلك من ردت عليه اليمين فنكل عنها.

**المادة التاسعة والتسعون:**

١- للمدعي إسقاط بينته وتوجيه اليمين للمدعى عليه مباشرة.

٢- للمدعي توجيه اليمين للمدعى عليه قبل إحضـار بينته المعلومة، ويعد ذلك إسـقـاطـاً منه لبينته؛ بعد إعلام المحكمة له بذلك.

٣- مع مراعاة ما ورد في الفقرة (٢) من هذه المادة، لا يجوز للخصم أن يثبت كذب اليمين بعد أن يؤديها الخصـم الذي وجهت إليه أو ردت عليه، على أنه إذا ثبت كذب اليمين بحكم جزائي، فإن للخصم الذي أصابه ضرر منها أن يطالب بالتعويض، دون إخلال بما قد يكون له من حق الاعتراض على الحكم الذي صدر عليه بسبب اليمين الكاذبة.

**المادة المائة:**

للولي والوصي وناظر الوقف ومن في حكمهم توجيه اليمين والنكول عنها وردها فيما يجوز لهم التصرف فيه، وتوجه لهم اليمين فيما باشروا التصرف فيه.



٢٤



| الرقم | |
|---|---|
| التاريخ / / ١٤هـ | |
| المرفقات | |

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

**المادة الأولى بعد المائة:**

يجب على من يوجه اليمين إلى خصـــــمه أن يبين بدقة الوقائع التي يريد اســـتحلافه عليها، ويذكر الصـــيغة بعبارة واضـــحة، وللمحكمة أن تعدلها لتوجه بوضـــوح ودقة على الواقعة المطلوب الحلف عليها.

**المادة الثانية بعد المائة:**

يجب أن يكون أداء اليمين في مواجهة طالبها إلا إذا قرر تنازله عن حضـــور أدائها، أو تخلف مع علمه بموعد الجلسة.

**المادة الثالثة بعد المائة:**

١- من دعي للحضور إلى المحكمة لأداء اليمين وجب عليه الحضور.

٢- إذا حضـــر من وجهت إليه اليمين بنفسـه ولم ينازع في جوازها أو في تعلقها بالدعوى، وجب عليه أن يؤديها فوراً أو يردها على خصمه وإلا عد ناكلاً، وإن تخلف عن الحضور بغير عذر عدّ ناكلاً.

٣- إذا حضـــــر من وجهت إليه اليمين ونازع في جوازها أو في تعلقها بالدعوى لزمه بيان ذلك، فإن لم تقتنع المحكمة بذلك وجب عليه أداء اليمين، وإلا عد ناكلاً.

**المادة الرابعة بعد المائة:**

١- تتعدد اليمين بتعدد المستحقين لها؛ ما لم يكونوا شركاء في الحق أو يكتفوا بيمين واحدة.

٢- تتعدد اليمين بتعدد من وجهت إليه.

٣- يجوز للمحكمة الاكتفاء بيمين واحدة إذا اجتمعت طلبات متعددة.

**(الفصل الثالث)**

**اليمين المتممة**

**المادة الخامسة بعد المائة:**

١- توجه المحكمة اليمين المتممة للمدعي إذا قدم دليلاً ناقصاً في الحقوق المالية، فإن حلف حُكم له، وإن نكل لم يعتد بدليله.





الرقم ـــــــــــــ

التاريخ    /    / ١٤هـ

المرفقات ـــــــــــــ

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

٢- تكون اليمين المتممة على البت.

٣- لا يجوز رد اليمين المتممة على الخصم الآخر.

**المادة السادسة بعد المائة:**

يؤدي اليمين المتممة الولي والوصي وناظر الوقف ومن في حكمهم فيما باشروا التصرف فيه.

**المادة السابعة بعد المائة:**

إذا تعدد المدعون وقدموا دليلاً ناقصاً، ووجهت المحكمة اليمين المتممة لهم جميعاً، فمن حلف حكم له، ومن نكل لم يعتد بدليله.

**(الباب التاسع)**

**المعاينة**

**المادة الثامنة بعد المائة:**

١- للمحكمة ـ من تلقاء نفسها أو بناء على طلب أحد الخصوم ـ أن تقرر معاينة المتنازع فيه، وتحدد في قرار المعاينة تاريخها ومكانها، ويبلغ به من كان غائباً من الخصوم قبل الموعد المقرر بـ(أربع وعشرين) ساعة على الأقل.

٢- للمحكمة ندب خبير للاستعانة به في المعاينة، ولها سماع من ترى سماعه من الشهود.

**المادة التاسعة بعد المائة:**

١- يجوز لمن يخشى ضياع معالم واقعة يحتمل أن تصبح محل نزاع أمام القضاء أن يطلب معاينتها وإثبات حالتها، ويقدم الطلب بدعوى مستعجلة للمحكمة المختصة وفقاً للإجراءات المنظمة لذلك، وتراعى في المعاينة وإثبات الحالة أحكام المادة (الثامنة بعد المائة).

٢- يجوز للمحكمة في حال التقدم بدعوى لها أن تندب خبيراً للانتقال والمعاينة وسماع أقوال من يرى لزوم سماع أقواله، ويتعين على المحكمة أن تحدد جلسة لسماع ملحوظات الخصوم على تقرير الخبير وأعماله. وتتبع القواعد المنصوص عليها في الباب (العاشر) من هذا النظام.



٢٦





الرقم
التاريخ   /   /   ١٤هـ
المرفقات

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

(الباب العاشر)
الخبرة

**المادة العاشرة بعد المائة:**

١- للمحكمة –من تلقاء نفسها أو بناء على طلب أحد الخصوم– أن تقرر ندب خبير أو أكثر؛ لإبداء رأيه في المسائل الفنية التي يستلزمها الفصل في الدعوى.

٢- يراعى في اختيار الخبير تناسب معارفه الفنية وخبراته مع موضوع النزاع.

٣- إذا اتفق الخصوم على اختيار خبير أو أكثر أقرت المحكمة اتفاقهم.

**المادة الحادية عشرة بعد المائة:**

يجب أن يتضمن منطوق قرار ندب الخبير بياناً دقيقاً بمهمته، وصلاحياته، والتدابير العاجلة التي يؤذن له في اتخاذها.

**المادة الثانية عشرة بعد المائة:**

١- تحدد المحكمة –عند الاقتضاء– المبلغ المقرر للخبرة، والخصم المكلف بإيداع المبلغ وتعين أجلاً لذلك.

٢- إذا لم يودع الخصم المكلف المبلغ المقرر للخبرة في الأجل المعين، فيجوز للخصم الآخر أن يودع المبلغ دون إخلال بحقه في الرجوع على خصمه.

٣- إذا لم يودع المبلغ أيٌّ من الخصمين، فللمحكمة أن تقرر إيقاف الدعوى إلى حين الإيداع؛ متى كان الفصل فيها متوقفاً على قرار الخبرة، أو تقرر سقوط حق الخصم في التمسك بقرار الندب إذا وجدت أن الأعذار التي أبداها غير مقبولة.

**المادة الثالثة عشرة بعد المائة:**

يجب على الخبير قبل مباشرته المهمة أن يفصح عن أي علاقة له بأطراف الدعوى أو أي مصلحة له فيها، فإن أخل بذلك حكمت المحكمة بعزله وبرد ما تسلمه من مبالغ. ويكون الحكم نهائياً غير قابل للاعتراض، وذلك دون إخلال بالجزاءات التأديبية وبحق ذوي الشأن في الرجوع عليه بالتعويضات.



٢٧



الرقم

التاريخ    /    / ١٤هـ

المرفقات

الـمملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

## المادة الرابعة عشرة بعد المائة:

١– يجوز لأي من الخصوم طلب رد الخبير إذا توافر في شأنه سبب يرجح معه عدم استطاعته أداء مهمته بحياد، وبوجه خاص يجوز رد الخبير إذا كان قريباً أو صهراً لأحد الخصوم إلى الدرجة الرابعة أو وكيلاً لأحدهم في أعماله الخاصة، أو وصياً لأحد الخصوم أو ولياً عليه أو ناظر وقف أو من في حكمهم، أو كان يعمل عند أحد الخصوم، أو كانت له خصـــومة مع أحدهم؛ ما لم تكن هذه الخصومة قد أقيمت بعد تعيين الخبير بقصد رده.

٢– لا يقبل طلب الرد ممن نُدب الخبير بناء على اختياره إلا إذا كان سبب الرد حدث بعد ندبه. وفي جميع الأحوال لا يقبل طلب الرد بعد قفل باب المرافعة.

٣– تفصـــل المحكمة في طلب الرد خلال (ثلاثة) أيام من تاريخ تقديم إجابة الخبير أو من تاريخ انتهاء المهلة المقررة لتقديمها، ويكون الحكم الصادر في الطلب نهائياً غير قابل للاعتراض.

## المادة الخامسة عشرة بعد المائة:

للخبير –في سبيل أداء مهمته– الآتي:

١– سمـاع أقوال الخصوم وملحوظاتهم، وكل من يرى سماع أقواله إذا تضمن قرار الندب الإذن لـه بذلك.

٢– أن يطلب من الخصوم أو غيرهم تسليمه أو إطلاعه على الدفاتر أو السجلات أو المستندات أو الأوراق أو الأشياء التي يراها ضرورية لتنفيذ مهمته.

٣– معاينة المنشآت والأماكن والأشياء التي يلزم معاينتها لتنفيذ مهمته.

## المادة السادسة عشرة بعد المائة:

١– لا يجوز لأي شـخص أن يمتنع بغير مسـوّغ نظامي عن تمكين الخبير من أداء مهمته وفقاً لما قررته المادة (الخامسـة عشـرة بعد المائة)، وعلى الخبير في حال الامتناع أن يرفع عن ذلك إلى المحكمة، ولها أن تقرر ما تراه بما في ذلك إلزام الممتنع والاستعانة بالقوة الجبرية عند الاقتضاء.

٢– يجب على الخبير الرفع إلى المحكمة إذا اعترضـــت عمله عقبة حالت دون متابعة مهمته أو تطلّب الأمر توسيع نطاق مهمته، وعلى المحكمة أن تقرر ما تراه.

## المادة السابعة عشرة بعد المائة:

١– يعد الخبير تقريراً عن أعماله، ويجب أن يشمل ما يأتي:

أ– بيان المهمة المكلف بها وفقاً لقرار الندب.





بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

ب- الأعمال التي أنجزها بالتفصيل، وأقوال الخصوم وغيرهم، وما قدموه من مستندات وأدلة، والتحليل الفني لها.

ج- آراء الخبراء الذين استعان بهم.

د- نتيجة أعماله ورأيه الفني، والأوجه التي استند إليها بدقة ووضوح.

٢- إذا تعدّد الخبراء فعليهم أن يعدوا تقريراً واحداً، وفي حال اختلاف آرائهم فعليهم أن يذكروا في التقرير رأي كل منهم وأسبابه.

## المادة الثامنة عشرة بعد المائة:

١- إذا لم يباشر الخبير مهمته دون عذر مقبول أو قصر في أدائها، أو تأخر عن إيداع التقرير في الموعد المحدد بلا مبرر، فيوجه إليه إنذار في موعد لا يتجاوز (خمسة) أيام من ذلك، فإن لم يستجب خلال (خمسة) أيام من تبلغه بالإنذار حكمت المحكمة بعزله وتأمره برد ما تسلمه من مبالغ، وذلك دون إخلال بالجزاءات التأديبية وحق ذوي الشأن في مطالبته بالتعويضات.

٢- يكون الحكم الصادر بعزل الخبير وإلزامه برد ما تسلمه نهائياً غير قابل للاعتراض.

٣- إذا تبين للمحكمة أن التأخير ناشئٌ عن خطأ أحد الخصوم حكمت عليه بغرامة لا تزيد على (عشرة آلاف) ريال، ولها أن تحكم بسقوط حقه في التمسك بقرار ندب الخبير.

## المادة التاسعة عشرة بعد المائة:

إذا انتهت مهمة الخبير وجب عليه أن يعيد جميع ما تسلمه من أوراق أو مستندات أو غيرها خلال (عشرة) أيام من تاريخ انتهاء المهمة، فإذا امتنع دون عذر مقبول حكمت عليه المحكمة بتسليم جميع ما تسلمه وبغرامة لا تزيد على (عشرة آلاف) ريال، ويكون حكمها نهائياً غير قابل للاعتراض.

## المادة العشرون بعد المائة:

للمحكمة -من تلقاء نفسها، أو بناء على طلب أحد الخصوم، وفي أي مرحلة تكون عليها الدعوى- أن تتخذ الآتي:

١- الأمر باستدعاء الخبير في جلسة تحددها لمناقشته في تقريره شفاهاً أو كتابة، ولها أن توجه إليه ما تراه من الأسئلة.





الرقم _____

التاريخ / / ١٤هـ

المرفقات _____

الـمـملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

٢– أمر الخبير باستكمال أوجه النقص في عمله وتدارك ما تبينته من أوجه القصور أو الخطأ فيه، كما أن لها أن تندب خبيراً أو أكثر لينضم إلى الخبير السابق ندبه.

٣– ندب خبير آخر أو أكثر لاستكمال أوجه النقص في عمل الخبير السابق وتدارك ما تبين فيه من أوجه القصور أو الخطأ أو إعادة بحث المهمة. ولمن تندبه المحكمة أن يستعين بمعلومات الخبير السابق.

### المادة الحادية والعشرون بعد المائة:

١– يجوز للخصوم، ولو قبل رفع الدعوى، الاتفاق على قبول نتيجة تقرير الخبير، وتُعمل المحكمة اتفاقهم؛ ما لم يتضمن التقرير ما يخالف النظام العام.

٢– مع عدم الإخلال بحكم الفقرة (١) من هذه المادة، لا يقيد رأي الخبير المحكمة، وإذا لم تأخذ المحكمة به كله أو بعضه بينت أسباب ذلك في حكمها.

٣– للمحكمة إذا لم تأخذ بتقرير الخبير كله أو بعضه بسبب إهمال الخبير أو خطئه أن تأمره برد جميع ما تسلمه أو بعضه –بحسب الأحوال–، وذلك دون إخلال بالجزاءات التأديبية وبحق ذوي الشأن في الرجوع عليه بالتعويضات.

### المادة الثانية والعشرون بعد المائة:

يتحمل الخصم الذي خسر المطالبة محل الخبرة المبلغ المقرر للخبرة، إلا إذا كانت الخسارة نسبية فيتحمل كل من الخصوم بقدر خسارته، وتبين المحكمة ذلك في الحكم الصادر في موضوع الدعوى.

### المادة الثالثة والعشرون بعد المائة:

١– استثناء من الإجراءات المنظمة للخبرة، يجوز للمحكمة –بقرار تثبته في محضر الجلسة– أن تندب خبيراً لإبداء رأيه شفاهاً في مسألة فنية يسيرة لا تتطلب عملاً مطولاً أو معقداً، وللمحكمة أن تقرر تقديم الرأي مكتوباً.

٢– تحدّد المحكمة في القرار موعد الجلسة التي يقدم فيها الخبير رأيه شفاهاً أو الأجل الذي يجب تقديم الرأي المكتوب فيه.

### المادة الرابعة والعشرون بعد المائة:

يجوز للمحكمة الاستناد إلى تقرير خبير مقدم في دعوى أخرى عوضاً عن الاستعانة بخبير في الدعوى، وذلك دون إخلال بحق الخصوم في مناقشة ما ورد في ذلك التقرير.



٣٠





الـمـملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

| | |
|---|---|
| الرقم | ـــــــــــ |
| التاريخ / / ١٤هـ | ـــــــــــ |
| المرفقات | ـــــــــــ |

(الباب الحادي عشر)

أحكام ختامية

**المادة الخامسة والعشرون بعد المائة:**

١– يطبق على الإجراءات المتعلقة بالإثبات أحكام نظام المرافعات الشـــرعية أو نظام المحاكم التجارية –بحسب الحال– فيما لم يرد فيه نص في هذا النظام.

٢– مع مراعاة ما ورد في الفقرة (١) من هذه المادة، تطبق الأحكام المستمدة من الشـــريعة الإســـلامية الأكثر ملاءمة لترجيحات هذا النظام على مســـائل الإثبات التي لم يرد في شأنها نص في هذا النظام.

**المادة السادسة والعشرون بعد المائة:**

١– يصدر وزير العدل بالتنسيق مع المجلس الأعلى للقضاء الآتي:

أ– ضوابط إجراءات الإثبات إلكترونياً.

ب– القواعد الخاصة بتنظيم شؤون الخبرة أمام المحاكم.

ج– الأدلة الإجرائية والقرارات اللازمة لتنفيذ هذا النظام.

٢– تنشر الضوابط والقواعد والأدلة الإجرائية المشار إليها في الفقرة (١) من هذه المادة في الجريدة الرسمية، ويعمل بما من تاريخ العمل بهذا النظام.

**المادة السابعة والعشرون بعد المائة:**

يجوز الاستعانة بالقطاع الخاص في إجراءات الإثبات، ويصدر وزير العدل بالتنسيق مع المجلس الأعلى للقضاء القواعد المنظمة لذلك.

**المادة الثامنة والعشرون بعد المائة:**

يلغي هذا النظام الباب (التاسع) من نظام المرافعات الشـرعية الصـادر بالمرسـوم الملكي رقم (م/١) وتاريخ ١٤٣٥/١/٢٢هـــ، والباب (السـابع) من نظام المحاكم التجارية الصـادر بالمرسـوم الملكي رقم (م/٩٣) وتاريخ ١٤٤١/٨/١٥هـ، ويلغي كل ما يتعارض معه من أحكام.

**المادة التاسعة والعشرون بعد المائة:**

يعمل بهذا النظام بعد (مائة وثمانين) يوماً من تاريخ نشره في الجريدة الرسمية.





٣١

# EXHIBIT 16

# TO ALARFAJ EXPERT OPINION



**Kingdom of Saudi Arabia**
**Bureau of Experts at the Council of Ministers**
**Official Translation Department**

# Law of Criminal Procedures

**Royal Decree No. M/2, Dated 22/1/1435H**

**Translation of Saudi Laws**

First Edition 2016

**This translation is provided for guidance. The governing text is the Arabic text.**

# Chapter Six

## Rules and Proceedings of Sessions

### Article 154

Court sessions shall be public. The court may exceptionally consider the action or any part thereof in closed sessions, or may prohibit certain categories of people from attending those sessions for security reasons, observance of public morality, or if it is necessary for determining the case.

### Article 155

Court sessions shall be attended by a clerk to prepare court records under the supervision of the presiding judge. A record shall indicate names of the judges comprising the court's panel, name of prosecutor, session's place and time, basis for reviewing the case, names of parties present and their advocates, their statements and claims, a summary of their pleadings, evidence (including testimonies), all proceedings taken during the session as well as wording and grounds of the judgment. Each page of the record shall be signed by the presiding judge, members of the panel, the clerk, attending parties and advocates, witnesses and others. Should anyone refuse to sign, a note to this effect shall be entered into the record.





الرقم :

التاريخ :     /     / ١٤هـ

المرفقات :

**المادة الحادية والخمسون بعد المائة :**

لا يكون لترك المدعي بالحق الخاص دعواه تأثير على الدعوى الجزائية العامة.

**المادة الثانية والخمسون بعد المائة :**

إذا ترك المدعي بالحق الخاص دعواه المرفوعة أمام المحكمة التي تنظر الدعوى الجزائية العامة، فيجوز له مواصلة دعواه أمامها، ولا يجوز له أن يرفعها أمام محكمة أخرى .

**المادة الثالثة والخمسون بعد المائة :**

إذا رفع من أصابه ضرر من الجريمة دعوى بطلب التعويض إلى محكمة مختصة ثم رفعت الدعوى الجزائية العامة ، جاز له ترك دعواه أمام تلك المحكمة ، وله رفعها إلى المحكمة التي تنظر الدعوى الجزائية العامة ، ما لم يقفل باب المرافعة في أي منهما.

**الفصل السادس**

**إجراءات الجلسة ونظامها**

**المادة الرابعة والخمسون بعد المائة :**

جلسات المحاكم علنية، ويجوز للمحكمة – استثناء – أن تنظر الدعوى كلها أو بعضها في جلسات سرية، أو تمنع فئات معينة من الحضور فيها ؛ مراعاة للأمن، أو محافظة على الآداب العامة، أو كان ذلك ضرورياً لإظهار الحقيقة.

**المادة الخامسة والخمسون بعد المائة :**

يجب أن يحضر جلسات المحكمة كاتب يتولى تحرير محضر الجلسة تحت إشراف رئيس الجلسة . ويبين في المحضر اسم القاضي أو القضاة المكونين لهيئة المحكمة والمدعي العام ، ومكان انعقاد الجلسة، ووقت انعقادها، ومستند نظر الدعوى ، وأسماء الخصوم الحاضرين، والمدافعين عنهم، وأقوالهم وطلباتهم، وملخص مرافعاتهم، والأدلة من شهادة وغيرها، وجميع الإجراءات التي تتخذ في الجلسة، ومنطوق الحكم ومستنده . ويوقع رئيس



الرقم :
التاريخ :    /    /    ١٤هـ
المرفقات :

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الجلسة والقضاة المشاركون معه والكاتب ومن حضر مـن الخصـوم والمـدافعين عـنهم والشـهود وغيرهم على محضر الجلسة . فإن امتنع أحدهم عن التوقيع أُثبت ذلك في المحضر .

**المادة السادسة والخمسون بعد المائة :**

يجب أن يحضر المدعي العام جلسات المحكمة في الحق العام، وذلك في الجرائم الـتي تحددها لوائح هذا النظام، وعلى المحكمة سماع أقواله والفصل فيها.

**المادة السابعة والخمسون بعد المائة :**

يحضر المتهم جلسات المحكمة بغير قيود ولا أغلال، وتجرى المحافظة اللازمة عليه، ولا يجوز إبعاده عن الجلسة أثناء نظر الدعوى إلا إذا وقع منه ما يستدعي ذلك. وفي هذه الحال تستمر الإجراءات، فإذا زال السبب المقتضي لإبعاده مُكّن من حضور الجلسة. وعلى المحكمة أن تبلغه بما اتخذ في غيبته من إجراءات.

**المادة الثامنة والخمسون بعد المائة :**

لا تتقيد المحكمة بالوصف الوارد في لائحة الدعوى، وعليها أن تُعطي الفعل الوصف الذي يستحقه ولو كان مخالفاً للوصف الوارد في لائحة الدعوى، وإذا جرى التعديل وجب على المحكمة أن تبلغ المتهم بذلك.

**المادة التاسعة والخمسون بعد المائة :**

للمحكمة أن تأذن للمدعي العام في أن يدخل تعديلاً في لائحة الدعوى في أي وقت – ما لم يقفل باب المرافعة في القضية – ويُبَلَّغ المتهم بذلك. ويجب أن يمنح المتهم فرصة كافية لإعداد دفاعه في شأن هذا التعديل وفقاً للنظام.

**المادة الستون بعد المائة :**

توجه المحكمة التهمة إلى المتهم في الجلسة، وتتلى عليه لائحة الدعوى وتوضح له ويعطى صورة منها، ثم تسأله المحكمة الجواب عن ذلك.

٣٩

# EXHIBIT 17

# TO ALARFAJ EXPERT OPINION



شـــعبـة الــترجـــمــة الرســـميــة
**Official Translation Department**

# Law of the Board of Grievances

Royal Decree No. M/78
October 1, 2007

**Translation of Saudi Laws**

 Law of the Board of Grievances

**NOTE:**

The translation of Saudi laws takes the following into consideration:

- Words used in the singular form include the plural and vice versa.
- Words used in the masculine form include the feminine.
- Words used in the present tense include the present as well as the future.
- The word "person" or "persons" and their related pronouns (he, his, him, they, their, them) refer to a natural and legal person.

## Law of the Board of Grievances

### Article 1

The Board of Grievances is an independent administrative judicial body reporting directly to the King and its seat shall be the city of Riyadh.

The Board's judges and judgments shall enjoy the guarantees provided for in the Law of the Judiciary and they shall observe the duties provided for therein.

### Article 2

The Board of Grievances shall consist of a president of the rank "Minister", one or more vice presidents, and a sufficient number of judges, in addition to the necessary number of researchers, specialists, administrators, and the like.

### Article 3

The Board's vice presidents are appointed by royal order from among those satisfying the requirements for assuming the rank of Chief Judge of an Appeals Court.

### Article 4

A council named the "Administrative Judicial Council" shall be established at the Board and it shall consist of the following:

– President of the Board of Grievances, Chairman.
– President of the High Administrative Court, Member.
– The most senior vice president of the Board, Member.
– Four judges of the rank of an Appeals Judge to be appointed by royal order, Members.

### Article 5

Without prejudice to the jurisdictions of the Administrative Judicial Council provided for in this Law, the Administrative Judicial Council shall assume, in relation to the Board of Grievances, the powers of the Supreme Judicial Council provided for in the Law of the Judiciary. The Chairman of the Administrative Judicial Council shall have, in relation to the Board of Grievances, the powers of the Chairman of the Supreme Judicial Council.

### Article 6

The Administrative Judicial Council, presided over by its Chairman, shall convene at least once every other month and whenever necessary. Its session shall not be valid unless attended by at least five of its members, and its decisions shall be issued by majority vote of the Council. In the event of the absence of the Chairman of the Council, the Chairman of the High Administrative Court shall act on his behalf.

3

**Article 7**

The Council shall have a general secretariat, and the secretary general shall be selected by the Council from among the judges.

**Article 8**

Courts of the Board of Grievances shall consist of the following:

1. High Administrative Court.

2. Administrative Courts of Appeal.

3. Administrative Courts.

Administrative courts of appeal shall consist of a chief judge and a sufficient number of judges whose rank shall not be less than the rank of an Appeals Judge.

Administrative courts shall consist of a chief judge and a sufficient number of judges.

The Administrative Judicial Council may establish other specialized courts subject to the approval of the King.

**Article 9**

Courts shall exercise their jurisdictions through specialized panels formed as follows:

1. Panels of the High Administrative Court, three judges.

2. Panels of the Administrative Courts of Appeal, three judges.

3. Panels of the Administrative Courts, three judges, and they may consist of one judge.

Panels of the Administrative Courts of Appeal and the Administrative Courts shall be formed by the Administrative Judicial Council pursuant to a recommendation by the courts' chief judges.

**Article 10**

1. The seat of the High Administrative Court shall be the city of Riyadh and it shall be composed of a chief judge and a sufficient number of judges of the rank of Chief Judge of an Appeals Court.

2. The Chief Judge of the High Administrative Court shall be appointed by royal order; his rank shall be that of "Minister"; and his service may not be terminated except by royal order. He shall satisfy the requirements for the rank of Chief Judge of an Appeals Court. In his absence, the most senior judge shall act on his behalf. Members of the High Administrative Court shall be appointed by royal order pursuant to a recommendation by the Administrative Judicial Council.

3. The High Administrative Court shall have a general panel presided over by the Chief Judge of the court and the membership of all its judges. In his absence, the most senior of its judges shall act on his behalf. The panel's

4

meeting shall be presided over by the chief judge or whoever acts on his behalf. Its session shall not be valid unless attended by at least two thirds of its members, including the chief judge or his designee. Its decisions shall be issued by majority vote of its members.

4. If a High Administrative Court panel, when reviewing an appeal, decides to depart from a precedent established in a previous judgment rendered by it or by another court panel, it shall bring the appeal before the chairman of the court to refer it to the general panel of the court to decide it.

## Article 11

The High Administrative Court shall have jurisdiction to review appeals against the judgments of administrative courts of appeals if the grounds of appeal are any of the following:

a) Violations of the provisions of Sharia or laws not inconsistent therewith or errors in the application or interpretation thereof, including violations of precedents established in judgments rendered by the High Administrative Court.

b) That the judgement is rendered by an incompetent court.

c) That the judgement is rendered by a court not constituted in accordance with the law.

d) An error in characterizing the incident or in describing it.

e) Deciding a dispute in contradiction with another judgment previously rendered in connection with the litigants.

f) Conflicts of jurisdiction among the Board's courts.

## Article 12

Administrative courts of appeals shall be entrusted with reviewing appealable judgments rendered by administrative courts and shall decide after hearing the litigants in accordance with legal procedures.

## Article 13

Administrative courts shall have jurisdiction to decide the following:

a) Cases relating to the rights provided for in civil service, military service, and retirement laws for employees of the Government and entities with an independent corporate personality or their heirs and other beneficiaries.

b) Cases for revocation of final administrative decisions issued by persons concerned when the appeal is based on grounds of lack of jurisdiction, defect in form or cause, violation of laws and regulations, errors in application or interpretation thereof, or the abuse of power, including disciplinary decisions and decisions issued by quasi-judicial committees and disciplinary boards as well as decisions issued by public benefit associations – and the like – relating to their activities. The administrative authority's refusal or denial to make a decision required to be made thereby in accordance with the laws

and regulations shall be deemed an administrative decision.

c) Tort cases initiated by the persons concerned against the administrative authority's decisions or actions.

d) Cases related to contracts to which the administrative authority is party.

e) Disciplinary cases filed by the competent authority.

f) Other administrative disputes.

g) Requests for execution of foreign judgments and arbitral awards.

## Article 14

Courts of the Board of Grievances may not review cases related to sovereign acts, nor appeals against judgments rendered by courts– not subject to this Law– within their jurisdiction, or against decisions issued by the Supreme Judicial Council and the Administrative Judicial Council.

## Article 15

Without prejudice to the provision of Article 27 of the Law of the Judiciary, if a case is filed for the same subject matter before one of the Board's courts and before any other authority having jurisdiction to decide certain disputes, and if both the Board's court and the other authority insist on reviewing the case or both decline to do so, a request for designating the competent body shall be submitted to the Conflict of Jurisdiction Committee, which shall be composed of three members: a member from the High Administrative Court to be named by the Chief Judge of the Court, a member from the other authority to be named by the head of said authority, and a member from the Administrative Judicial Council to be named by the Chairman of the Council who shall chair this Committee. Said Committee shall also have the power to decide disputes arising in relation to the execution of two contradicting final judgments, one of them rendered by a court of the Board and the other by the other authority. It shall decide these cases in accordance with the provisions and procedures provided for in the Law of the Judiciary.

## Article 16

Ranks of judges of the Board are those provided for in the Law of the Judiciary. Board judges shall be treated as their counterparts in the Law of the Judiciary with respect to salaries, allowances, rewards, and benefits.

## Article 17

Appointment, promotion, transfer, assignment, training, and secondment of Board judges shall be in accordance with the procedures specified in the Law of the Judiciary as well as the approval of their leaves, inspection of their work, discipline, removal from office, and termination of service.

### Article 18

Without prejudice to the provisions provided for in this Law, the President of the Board shall be in charge of administrative and financial supervision of the Board and he shall have the powers of a minister as provided for in the Law of the Judiciary and its implementing regulations and decisions, regarding the Board's employees. He shall be the authority on matters issued by the Board, in this respect, to ministries and other bodies.

### Article 19

Without prejudice to the provision of Article 6 of this Law, vice presidents shall carry out the duties entrusted to them by the President. In case of his absence or if his position becomes vacant, the most senior of the vice presidents shall assume the position of the President.

### Article 20

At the end of each year, the Administrative Judicial Council shall prepare a comprehensive report on the Board's work, including achievements, impediments, and recommendations. The President of the Board shall bring said report before the King.

### Article 21

An office for technical affairs shall be established at the Board. It shall be composed of a head and a number of judges, specialists, and researchers. The office shall be in charge of providing opinions, conducting research, studies, and other matters requested by the President of the Board. At the end of each year, the office shall classify the judgments rendered by the courts of the Board, then print and publish them in volumes, and a copy thereof shall be submitted along with the report.

### Article 22

1. Without prejudice to the provisions of this Law, the Board's employees – other than judges – shall be governed by the Civil Service Law. The employees of each court shall be under the supervision of their administrative head, and all of them shall be under the supervision of the chief judge of the court.

2. Without prejudice to the provisions of the Civil Service Law, a person appointed as an assistant to the judiciary shall pass an examination, the procedures and requirements of which shall be determined pursuant to a decision by the Administrative Judicial Council

### Article 23

All appointments and promotions in the judiciary at the Board shall be effected within the appropriations made in the budget and the provisions thereof.



Law of the Board of Grievances

**Article 24**

As an exception to the provision of this Law, any judge qualified to hold the rank of an Appeals Judge may, during the five years following this Law's entry into force, be assigned to assume the duties of the rank of Chief Judge of a Court of Appeals.

**Article 25**

The Law of Pleadings before the Board of Grievances shall specify the rules of pleadings and procedures before it.

**Article 26**

This Law shall supersede the Law of the Board of Grievances issued by Royal Decree No. (M/51) dated 17/7/1402 H.



نظام ديوان المظالم
١٤٢٨هـ



بسم الله الرحمن الرحيم

الرقم : م /٧٨

التاريخ : ١٤٢٨/٩/١٩هـ

بعـــون اللـــه تعــالـــى

نحـــن عبدالله بن عبدالعزيـز آل ســعود

ملك المملكة العربية السعوديـــة

بنـاءً على المـادة (السبعين) مـن النظـام الأساسي للحكـم، الصـادر بـالأمر الملكي رقم
(أ/٩٠) وتاريخ ١٤١٢/٨/٢٧هـ.

وبنـاءً على المـادة (العشرين) مـن نظـام مجلـس الـوزراء، الصـادر بـالأمر الملكي رقم
(أ/١٣) وتاريخ ١٤١٤/٣/٣هـ.

وبنـاءً على المـادة (الثامنـة عشرة) مـن نظـام مجلـس الشـورى، الصـادر بـالأمر الملكـي
رقم (أ/٩١) وتاريخ ١٤١٢/٨/٢٧هـ.

وبعد الاطلاع على قرار مجلس الشورى رقم (١٤/١١) وتاريخ ١٤٢٨/٤/٢٠هـ.

وبعد الاطلاع على قرار مجلس الوزراء رقم ( ٣٠٣ ) وتاريخ ١٤٢٨/٩/١٩هـ.

رسمنا بما هو آت :ـ

أولاً    :  المـوافقـة علـى نظـام القضـاء، ونظـام ديـوان المظـالم، بحسـب صـيغتيهما
المرافقتين.

ثانياً   :  المـوافقة على آلية العمل التنفيـذية لنظـام القضـاء، ونظـام ديـوان المظـالم،
بحسب الصيغة المرافقة.

ثالثاً   :  على سمـو نائـب رئيـس مجلـس الـوزراء والـوزراء ـ كـل فيمـا يخصـه ـ تنفيـذ
مرسومنا هذا.

عبدالله بن عبدالعزيز




بسم الله الرحمن الرحيم

المملكة العربية السعودية
مجلس الوزراء
الأمانة العامة

قرار رقم : (٣٠٣)
وتاريـــخ : ١٤٢٨/٩/١٩هـ

إن مجلس الوزراء

بعد الاطلاع على المعاملة الـواردة إليـه ، المبنيـة علـى الأمـر الملكي رقـم (١٤/١) وتـاريخ ١٤٢٦/٢/٢٣هــ ، القاضـي بالموافقـة مـن حيـث المبـدأ علـى الترتيبـات التنظيمية لأجهزة القضاء وفض المنازعات ، والمرافق لهـا مـشروع نظـام القـضاء ، ومشروع نظام ديوان المظالم ، ومشروع آلية العمل التنفيذية لهما .

وبعد الاطلاع على الترتيبات التنظيمية المشار إليها .

وبعد الاطلاع علـى المحـضرين رقـم (٢٩٤) وتـاريخ ١٤٢٧/٧/١١هــ ، ورقـم (٢٥٩) وتاريخ ١٤٢٨/٦/٢٢هـ ، المعدين في هيئة الخبراء .

وبعد النظر في قرار مجلس الشورى رقم (١٤/١١) وتاريخ ١٤٢٨/٤/٢٠هـ .

وبعد الاطلاع على توصية اللجنة العامة لمجلس الوزراء رقم(٦٩٥)وتاريخ ١٤٢٨/٩/١٩هـ.

يقرر مايلي :

١ـ الموافقة على نظام القضاء ، ونظام ديوان المظالم ، بحسب صيغتيهما المرافقتين .

٢ـ الموافقة على آلية العمل التنفيذية لنظام القضاء ، ونظـام ديـوان المظـالم ، بحسب الصيغة المرافقة .

وقد أعد مشروع مرسوم ملكي بذلك ، صيغته مرافقة لهذا .

رئيس مجلس الوزراء

٢

١

 

نظام ديوان المظالم

(الباب الأول)

تشكيل الديوان

المادة الأولى :

ديوان المظالم هيئة قضاء إداري مستقلة، يرتبط مباشرة بالملك، ويكون مقره مدينة الرياض.

ويتمتع قضاة الديوان وقضاته بالضمانات المنصوص عليها في نظام القضاء، ويلتزمون بالواجبات المنصوص عليها فيه.

المادة الثانية:

يتألف ديوان المظالم من رئيس بمرتبة وزير، ونائب رئيس أو أكثر ، وعدد كافٍ من القضاة، ويلحق به العدد اللازم من الباحثين والفنيين والإداريين ونحوهم.

المادة الثالثة:

يتم تعيين نواب رئيس الديوان بأمر ملكي ممن تتوفر فيهم شروط شغل درجة رئيس محكمة استئناف.



بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم :
التاريخ : / / ١٤هـ
المرفقات :

(الباب الثاني)

مجلس القضاء الإداري

المادة الرابعة:

يُنشأ في الديوان مجلس يسمى " مجلس القضاء الإداري "، ويتكون من:

– رئيس ديوان المظالم           رئيساً

– رئيس المحكمة الإدارية العليا       عضواً

– أقدم نواب رئيس الديوان          عضواً

– أربعة قضاة ممـن يـشغلون درجـة

قاضي استئناف يسمون بأمر ملكي    أعضاء

المادة الخامسة :

مع عدم الإخلال باختصاصات مجلس القضاء الإداري المنصوص عليها في هذا النظام ، يتولى مجلس القضاء الإداري بالنسبة لديوان المظالم ، اختصاصات المجلس الأعلى للقضاء الواردة في نظام القضاء، ويكون لرئيس مجلس القضاء الإداري بالنسبة لديوان المظالم الاختصاصات المقررة لرئيس المجلس الأعلى للقضاء.

المادة السادسة :

ينعقد مجلس القضاء الإداري برئاسة رئيسه مرة كل شهرين على الأقل وكل مـا دعت الحاجة إلى ذلك ، ولا يكون انعقـاد المجلـس نظاميـاً إلا بحضور خمسة مـن أعضائه على الأقل ، وتصدر قراراته بأغلبية المجلس، وفي حالة غياب رئيس المجلس يحل محله رئيس المحكمة الإدارية العليا .

المادة السابعة :

يكون للمجلس أمانة عامة، ويختار المجلس الأمين العام من بين القضاة.





(الباب الثالث)

محاكم الديوان

(الفصل الأول)

ترتيب المحاكم

المادة الثامنة:

تتكون محاكم ديوان المظالم من الآتي :

١- المحكمة الإدارية العليا.

٢- محاكم الاستئناف الإدارية.

٣- المحــاكـم الإداريـــــــة.

وتؤلف محاكم الاستئناف الإدارية من رئيس وعدد كافٍ من القضاة لا تقل درجتهم عن درجة قاضي استئناف.

وتؤلف المحاكم الإدارية من رئيس وعدد كافٍ من القضاة.

ويجوز لمجلس القضاء الإداري إحداث محاكم متخصصة أخرى بعد موافقة الملك.

المادة التاسعة:

تباشر المحاكم اختصاصاتها من خلال دوائر متخصصة تكون على النحو الآتي :

١- دوائر المحكمة الإدارية العليا، من ثلاثة قضاة.

٢- دوائر محاكم الاستئناف الإدارية من ثلاثة قضاة.

٣- دوائر المحاكم الإدارية من ثلاثة قضاة، ويجوز أن تكون من قاضٍ واحد.




الرقم :
التاريخ :      /    /    ١٤هـ
المرفقات :

وتشكل دوائر محاكم الاستئناف الإدارية والمحـاكم الإدارية مـن قبـل مجلـس القضاء الإداري بناء على اقتراح رؤساء المحاكم .

(الفصل الثاني)

المحكمة الإدارية العليا

المادة العاشرة :

١- يكون مقر المحكمة الإدارية العليا مدينة الرياض، وتؤلف من رئيس وعدد كافٍ من القضاة بدرجة رئيس محكمة استئناف .

٢- يسمى رئيس المحكمة الإدارية العليا بأمر ملكي ، وتكون درجته بمرتبة وزير ، ولا تنهى خدمته إلا بأمر ملكي . ويشترط أن تتوافر فيه الشروط المطلوبة لشغل درجة رئيس محكمة استئناف ، وعند غيابه ينوب عنه أقدم قـضاتها . ويـسمى أعضاء المحكمة الإدارية العليا بأمر ملكي ، بناءً علـى اقـتراح مجلـس القـضاء الإداري .

٣- يكون للمحكمة الإدارية العليا هيئة عامة برئاسة رئـيس المحكمـة ، وعـضوية جميع قضاتها ، ويكون أقدم قضاتها نائباً لـه عند غيابه ، وتنعقد الهيئة برئاسة الرئيس أو نائبه ، ولا يكون انعقادها نظامياً إلا إذا حضره ثلثا أعـضائها علـى الأقل بمن فيهم الرئيس أو من ينوب عنه ، وتصدر قراراتها بأغلبية أعضائها .

٤- إذا رأت إحدى دوائر المحكمة الإدارية العليا – عند نظرهـا أحـد الاعتراضـات – العدول عن مبدأ تقرر في حكم صادر منها أو من إحدى دوائر المحكمة ؛ تعيـن

 

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم :
التاريخ :     /     / ١٤هـ
المرفقات :

على الـدائرة رفع الاعـتراض إلى رئيس المحكمة ؛ ليحيلـه إلى الهيئـة العامـة للمحكمة للفصل فيه .

(الفصل الثالث)

اختصاصات المحاكم

المادة الحادية عشرة :

تختص المحكمة الإدارية العليـا بـالنظر في الاعتراضـات علـى الأحكـام الـتي تصدرها محاكم الاستئناف الإدارية ، إذا كان محل الاعتراض على الحكم ما يأتي :

أ‌- مخالفة أحكام الشريعة الإسلامية ، أو الأنظمة التي لا تتعارض معها ، أو الخطأ في تطبيقها أو تأويلها ، بما في ذلك مخالفة مبدأ قضائي تقرر في حكم صـادر من المحكمة الإدارية العليا .

ب‌- صدوره عن محكمة غير مختصة .

ج‌- صدوره عن محكمة غير مكونة وفقاً للنظام .

د‌- الخطأ في تكييف الواقعة ، أو في وصفها .

هـ- فصله في نزاع خلافاً لحكم آخر سبق أن صدر بين طرفي الدعوى .

و‌- تنازع الاختصاص بين محاكم الديوان .

 




الرقم :

التاريخ : / / ١٤هـ

المرفقات :

المادة الثانية عشرة :

تتولى محاكم الاستئناف الإدارية النظر في الأحكام القابلة للاستئناف الصادرة من المحاكم الإدارية ، وتحكم بعد سماع أقوال الخصوم وفق الإجراءات المقررة نظاماً .

المادة الثالثة عشرة:

تختص المحاكم الإدارية بالفصل في الآتي:

أ- الدعاوى المتعلقة بالحقوق المقررة في نظم الخدمة المدنية والعسكرية والتقاعد لموظفي ومستخدمي الحكومة والأجهزة ذوات الشخصية المعنوية العامة المستقلة أو ورثتهم والمستحقين عنهم.

ب- دعاوى إلغاء القرارات الإدارية النهائية التي يقدمها ذوو الشأن، متى كان مرجع الطعن عدم الاختصاص، أو وجود عيب في الشكل، أو عيب في السبب، أو مخالفة النظم واللوائح، أو الخطأ في تطبيقها أو تأويلها، أو إساءة استعمال السلطة، بما في ذلك القرارات التأديبية، والقرارات التي تصدرها اللجان شبه القضائية، والمجالس التأديبية. وكذلك القرارات التي تصدرها جمعيات النفع العام – وما في حكمها – المتصلة بنشاطاتها، ويعدّ في حكم القرار الإداري رفض جهة الإدارة أو امتناعها عن اتخاذ قرار كان من الواجب عليها اتخاذه طبقاً للأنظمة واللوائح.

ج- دعاوى التعويض التي يقدمها ذوو الشأن عن قرارات أو أعمال جهة الإدارة.

د- الدعاوى المتعلقة بالعقود التي تكون جهة الإدارة طرفاً فيها.

هـ – الدعاوى التأديبية التي ترفعها الجهة المختصة.






<div dir="rtl">

بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم :
التاريخ :    /    / ١٤    هـ
المرفقات :

و- المنازعات الإدارية الأخرى.

ز- طلبات تنفيذ الأحكام الأجنبية وأحكام المحكمين الأجنبية.

المادة الرابعة عشرة:

لا يجوز لمحاكم ديوان المظالم النظر في الدعاوى المتعلقة بأعمال السيادة، أو النظر في الاعتراضات على ما تصدره المحاكم – غير الخاضعة لهذا النظام – من أحكام داخلة في ولايتها أو ما يصدره المجلس الأعلى للقضاء ومجلس القضاء الإداري من قرارات.

المادة الخامسة عشرة :

مع عدم الإخلال بما ورد في المادة السابعة والعشرين من نظام القضاء، إذا رفعت دعوى عن موضوع واحد أمام إحدى محاكم الديوان وأمام أي جهة أخرى، تختص بالفصل في بعض المنازعات ولم تتخل إحداهما عن نظرها أو تخلتا كلتاهما ؛ فيرفع طلب تعيين الجهة المختصة إلى لجنة الفصل في تنازع الاختصاص التي تؤلف من ثلاثة أعضاء : عضو من المحكمة الإدارية العليا يختاره رئيس المحكمة، وعضو من الجهة الأخرى يختاره رئيس الجهة، وعضو من مجلس القضاء الإداري يختاره رئيس المجلس ويكون رئيساً لهذه اللجنة، كما تختص هذه اللجنة بالفصل في النزاع الذي يقوم بشأن تنفيذ حكمين نهائيين متناقضين صادر أحدهما من محاكم الديوان والآخر من الجهة الأخرى، وتفصل في هذه الدعاوى وفقاً للأحكام والإجراءات الواردة في نظام القضاء .

</div>



بسم الله الرحمن الرحيم

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

الرقم :
التاريخ : / / ١٤هـ
المرفقات :

(الباب الرابع)

تعيين قضاة الديوان وجميع شؤونهم الوظيفية

المادة السادسة عشرة :

درجات قضاة الديوان هي الدرجات المنصوص عليها في نظام القضاء، ويعاملون من حيث الرواتب والبدلات والمكافآت والمزايا معاملة نظرائهم في نظام القضاء.

المادة السابعة عشرة :

يجرى تعيين قضاة الديوان، وترقيتهم، ونقلهم، وندبهم، وتدريبهم، وإعارتهم، والترخيص بإجازاتهم، والتفتيش عليهم، وتأديبهم، وعزلهم، وإنهاء خدماتهم، وفقاً للإجراءات المقررة في نظام القضاء.

(الباب الخامس)

أحكام عامة

المادة الثامنة عشرة:

مع عدم الإخلال بالأحكام المنصوص عليها في هذا النظام، يتولى رئيس الديوان الإشراف الإداري والمالي على الديوان، وله صلاحيات الوزير المنصوص عليها في نظام القضاء والأنظمة والقرارات المنفذة لها، وذلك بالنسبة إلى موظفي الديوان ومستخدميه، وهو المرجع فيما يصدر من الديوان في هذا الشأن إلى مختلف الوزارات والجهات الأخرى.

بسم الله الرحمن الرحيم

| | |
|---|---|
| الرقم : | المملكة العربية السعودية |
| التاريخ : / / ١٤هـ | هيئة الخبراء بمجلس الوزراء |
| المرفقات : | |

المادة التاسعة عشرة:

يتولى نواب الرئيس الأعمال التي يكلفهم بها الرئيس، ويحـل محلـه فـي حـال غياب أو خلو منصبه أقدم نوابه، وذلك دون إخلال بما ورد في المادة (السادسة) من هذا النظام.

المادة العشرون :

يعد مجلس القضاء الإداري في نهاية كل عام تقريراً شاملاً عن أعمال الديوان يتضمن الإنجازات التي تحققت والمعوقات ومقترحاتـه بـشأنها ، ويرفعـه رئـيس الـديوان إلى الملك .

المادة الحادية والعشرون :

يُكوّن في الديوان مكتب للشؤون الفنية من رئيس وعدد من القـضاة والفنيـين والباحثين ، يختص بإبداء الرأي وإعداد البحوث والدراسات وغير ذلك من الأمور التي يطلبها منه رئيس الديوان ، ويقوم المكتب في نهاية كل عام بتصنيف الأحكـام الـتي أصدرتها محاكم الديوان ، ومن ثم طبعها ونشرها في مجموعات ، ويرفع نسخة منهـا مع التقرير .

المادة الثانية والعشرون:

١- مع عدم الإخلال بالأحكام الواردة في هـذا النظـام، تـسري علـى مـوظفي الـديوان ومستخدميه ـ من غير القضاة ـ أحكام أنظمة الخدمة المدنية، ويعمل موظفو كل محكمة تحت رقابة رئيسهم الإداري ويخضع الجميع لرقابة رئيس المحكمة.





بسم الله الرحمن الرحيم

الرقم :
التاريخ :     /     / ١٤هـ
المرفقات :

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء

٢- مع عـدم الإخـلال بمـا نـص عليه نظام الخدمة المدنية، يشترط فيمن يعين من أعـوان القضـاء أن يـنجح في امـتحان تحـدد إجـراءاته وشروطه بقرار من مجلس القضاء الإداري .

المادة الثالثة والعشرون :

تكـون جميع التعيينات والترقيات في درجات السلك القضائي في الديوان في حدود الاعتمادات المقررة في الميزانية وأحكامها .

المادة الرابعة والعشرون :

اسـتثناءً مـن أحكـام هـذا الـنظام، يجـوز خـلال الخمـس السنوات التالية لنفاذه تكلـيف مـن تتوافر فيه شروط شغل درجة قاضي درجة استئناف بالقيام بأعمال درجة رئيس محكمة استئناف.

المادة الخامسة والعشرون :

يبين نظام المرافعات أمام ديوان المظالم قواعد المرافعات والإجراءات أمامه.

المادة السادسة والعشرون :

يحـل هـذا الـنظام محـل نظـام ديـوان المظـالم، الصـادر بالمرسوم الملكي رقم (م/٥١) وتاريخ ١٤٠٢/٧/١٧هـ .





# EXHIBIT 18

# TO ALARFAJ EXPERT OPINION

[Translation]

**Kingdom of Saudi Arabia**

**Ministry of Justice**

**Circular Number:** 13/T/6548

**Date:** 16/02/1438H

[corresponding to November 16, 2016]

**Topic:** emphasizing on abiding regulations that mandate preserving documents and any circulation would expose the actor to legal penalties.

## Administrative Circular

**Greetings:**

With reference to the Ministry's Circular No. 13/T/5194 on 23/01/1435H [corresponding to November 26, 2013] based on the High Order No. 46315 on 24/12/1434H [corresponding to October 29, 2013], Circular No. 13/T/4265 on 23/05/1435H [corresponding to March 24, 2014] concerning the Council of Ministers' resolution No. 141 on 07/05/1432H [corresponding to April 11, 2011], Circular No. 13/T/2715 09/08/1426H [corresponding to September 13, 2005] based on the High Order No. 8890/M B on 18/07/1426H [corresponding to August 23, 2005], and Circular No. 13/T/889 on 10/01/1417H [corresponding to May 27, 1996] based on the High Order No. 1676/M on 24/12/1416H [corresponding to May 11, 1996] concerning preserving confidential documents and letters and preventing the leaking of such documents and the ramifications of such actions.

It was noticed that some employees in the Ministry, affiliated entities, courts, and public notary offices are lax in the sense that they leak, copy and circulate documents and letters through social media, which is in violation of the rules and regulations and exposes the actor to the penalties provided for in the Penal Law on Dissemination and Disclosure of Classified Information and Documents. Those penalties may reach to imprisonment for a duration not more than 20 years and/or a fine not exceeding SAR1 Million.

Therefore, we emphasize on the importance of complying with the regulations that mandate preserving confidential information and documents and restrict their circulation only to concerned specialists. Any other circulation would expose the actor to legal penalties.

**To the attention and notification of whoso is required. May God protect you.**

**Deputy Minister of Justice**

  

الرقم ٨٤٥٧/مث/١٣/الوكر

التاريخ ١٤٣٨/٢/١٦هـ

المرفقات

المملكة العربية السعودية

وزارة العدل

[ ٢٧٧ ]

إدارة التعاميم

الموضوع : قائلية على العقد بالمحيدات الناشئ بالمحافظة على الوثائق ... ويقصلوا بقه ضمني تسرب لوفيها على الهماضعين جانب أي نشر سبها يعرض مرتكبها للعقوبة النظامية.

## تعميم إداري

## على كافة الجهات التابعة للوزارة

فضيلة/                                        حفظه الله

السلام عليكم ورحمة الله وبركاته. أما بعد:

إشارة إلى تعاميم الوزارة رقم ١٣/ت/٥١٩٤ في ١٤٣٥/١/٢٣هـ المبني على الأمر السامي رقم ٤٦٣١٥ في ١٤٣٤/١٢/٢٤هـ، ورقم ١٣/ت/٤٢٦٥ في ١٤٣٢/٥/٢٣هـ بشأن قرار مجلس الوزراء رقم ١٤١ في ١٤٣٢/٥/٧هـ، ورقم ١٣/ت/٢٧١٥ في ١٤٢٦/٨/٩هـ المبني على الأمر السامي رقم ٨٩٩٠/م ب في ١٤٢٦/٧/١٨هـ، ورقم ١٣/ت/٨٨٩ في ١٤١٧/١/١٠هـ المبني على الأمر السامي رقم ١٦٧٦/م في ١٤١٦/١٢/٢٤هـ بشأن المحافظة على الوثائق والخطابات السرية والحيلولة من تسربها والعقوبات المترتبة عليها.

وحيث لوحظ تساهل من بعض العاملين في قطاعات الوزارة والجهات التابعة لها والمحاكم وكتابات العدل في تسريب هذه الوثائق والخطابات وتصويرها وتمريرها عبر وسائل التواصل الاجتماعي مما يخالف ما قضت به الأوامر والتعليمات ويعرض من يقوم بذلك بالعقوبات المنصوص عليها في نظام عقوبات نشر الوثائق والمعلومات السرية وإفشائها والتي تصل إلى السجن مدة لا تزيد عن عشرين عاماً أو غرامة لا تزيد عن مليون ريال أو بهما معاً.

لذا نؤكد على التقيد بالتعليمات القاضية بالمحافظة على الوثائق والمعلومات السرية وحصر تداولها على المختصين وأن أي نشر شيء منها يعرض مرتكبها للعقوبة النظامية.

للاطلاع وإبلاغه لمن يلزم. والله يحفظكم.

والسلام عليكم ورحمة الله وبركاته.

وكيل وزارة العدل

أحمد بن عبدالعزيز العميره

التصنيف : المعاملات

صورة لـ :

= المحكمة العليا
= مكتب معالي الوزير
= فضيلة وكيل الوزارة للشؤون القضائية
= فضيلة وكيل الوزارة للتوثيق والتسجيل العيني للعقار
= سعادة وكيل الوزارة للتخطيط والتطوير والمعلومات
= سعادة مدير عام الشؤون الإدارية والمالية المكلف
= الإدارة العامة للمتابعة للاعتماد
= إدارة التعاميم مع الأساس
القيد رقم (٣٧/٤١٠١٢١٤) في ١٤٣٨/٢/١هـ الفالح

= مكتبنا
= فضيلة وكيل الوزارة للتنفيذ
= فضيلة وكيل الوزارة لشؤون الأنظمة والتعاون الدولي
= السكرتارية الخاصة بمكتب معالي الوزير
= محاكم الاستئناف
= فروع الوزارة
= مركز الوثائق مع المسودة

# EXHIBIT 19

# TO ALARFAJ EXPERT OPINION

[Translation]

**Kingdom of Saudi Arabia**
**Ministry of Justice**

**General Administration of**
**Circulars**

| Circular No. | Topic | Date |
|---|---|---|
| 13/T/7531 | Regulations, Transactions | 23/01/1440H [corresponding to October 03, 2018] |

The following is further to the Ministry's Circular No. 13/T/5194 on 23/01/1435H [corresponding to November 26, 2013] based on the High Order No. 46315 on 24/12/1434H [corresponding to October 29, 2013] that orders every government agency to educate its employees and affiliates on the importance of preserving the confidentiality of information and documents. It is also further to Circular No. 13/T/6716 on 13/06/1438H [corresponding to March 12, 2017] based on the High Order No. 25489 on 01/06/1438H [corresponding to February 28, 2017] that calls for emphasizing to everyone that those who copy or disseminate official documents or disclose or save the information contained in such documents in their personal devices for whatever purpose are exposed to official questioning. It is also further to Circular No. 13/T/6498 on 17/01/1438H [corresponding to October 18, 2016] concerning the Code of Employment Conduct and Ethics of Public Office.

The Ministry has received a copy from the circulated telegraphic High Order No. 2811 on 15/01/1440H [corresponding to September 25, 2018] and its text is:

 ["we refer to Circular Order No. 46315 on 24/12/1434H [corresponding to October 29, 2013] concerning what was noticed of leaks of a number of confidential governmental documents as well as circulating them in the social media and in other places. The Order stipulates that every governmental agency must educate its employees and affiliates on the importance of preserving the confidentiality of information and documents and on the consequences of disseminating documents. Further, the Circular Order stipulates that the Penal Law on Dissemination and Disclosure of Classified Information and Documents must be applied. We also refer to Circular Order No. 25489 on 01/06/1438H [corresponding to February 28, 2017] that references the language of Article (13/1) of the Code of Employment Conduct and Ethics of Public Office which prohibits the disclosure of confidential information, documents and archives that are important, secret, or personal. Further, the Circular Order stipulates that it should be emphasized to everyone that whoever copies, or

[Translation]

disseminates official documents, discloses, or saves the information contained in such documents in their personal devices for whatever reason is exposed to official questioning.

We have been aquatinted with the Council of Political and Security Affairs' Report No. 49 on 03/01/1440H [corresponding to September 13, 2018] concerning the leaks of some official documents and what the Council has decided with this regard. They have decided to emphasize to all to comply by the issued rules and regulations and whoever violates those rules and regulations will be subject to strict and aggravated penalties, according to the law.. Therefore, do the needed accordingly"]

Therefore, we request that you read and adopt accordingly.

بسم الله الرحمن الرحيم



| الإدارة العامة للتعاميم | | المملكة العربية السعودية<br>وزارة العدل |

| التاريخ | الموضوع | رقم التعميم |
|---|---|---|
| ١٤٤٠/٠١/٢٣ | المعاملات، تنظيم | ١٣/ت/٧٥٣١ |

| نص التعميم |
|---|

فإلحاقاً لتعميم الوزارة رقم ١٣/ت/٥١٩٤ في ٢٣/١/١٤٣٥هـ المبني على الأمر السامي رقم ٤٦٣١٥ في ٢٤/١٢/١٤٣٤هـ القاضي بأن تقوم كل جهة حكومية بتوعية موظفيها ومنسوبيها بأهمية الحفاظ على سرية المعلومات والوثائق، ورقم ١٣/ت/٦٧١٦ في ١٣/٦/١٤٣٨هـ المبني على الأمر السامي رقم ٢٥٤٨٩ في ١/٦/١٤٣٨هـ القاضي بالتأكيد على الجميع بأن من يقوم بتصوير الوثائق الرسمية أو نشرها أو إفشاء معلوماتها أو الاحتفاظ بها في الأجهزة الخاصة لأي مبرر كان يعرض نفسه للمساءلة النظامية، ورقم ١٣/ت/٦٤٩٨ في ١٧/١/١٤٣٨هـ بشأن مدونة قواعد السلوك الوظيفي وأخلاقيات الوظيفة العامة. فقد تلقت الوزارة نسخة من الأمر السامي التعميمي البرقي رقم ٢٨١١ في ١٥/١/١٤٤٠هـ ونصه: [نشير إلى الأمرين التعميمين رقم ٤٦٣١٥ بتاريخ ٢٤/١٢/١٤٣٤هـ بشأن ما لُحظ من تسريب عدد من الوثائق الحكومية السرية ونشرها في مواقع التواصل الاجتماعي وغيرها، والقاضي بأن تقوم كل جهة حكومية بتوعية موظفيها ومنسوبيها بأهمية الحفاظ على سرية المعلومات والوثائق، والعقوبات المترتبة على نشرها والعمل تطبيق نظام عقوبات نشر الوثائق والمعلومات السرية وإفشائها، ورقم ٢٥٤٨٩ بتاريخ ١/٦/١٤٣٨هـ المشار فيه إلى ماتقضي به المادة (١٣/١) من مدونة قواعد السلوك الوظيفي وأخلاقيات الوظيفة العامة من حظر إفشاء المعلومات السرية والوثائق والمستندات التي تحمل طابع الأهمية أو السرية أو الخصوصية، والقاضي بالتأكيد على الجميع بأن من يقوم بتصوير الوثائق الرسمية أو نشرها أو إفشاء معلوماتها أو الاحتفاظ بها في الأجهزة الخاصة لأي مبرر كان يعرض نفسه للمساءلة النظامية. وحيث اطلعنا على محضر مجلس الشؤون السياسية والأمنية رقم (٤٩) بتاريخ ٣/١/١٤٤٠هـ بشأن تسرب بعض الوثائق الرسمية، وما رآه المجلس بهذا الخصوص. اعتمدوا التأكيد على الجميع بالتقيد بما قضت به الأوامر والتعليمات الصادرة بهذا الخصوص، وأن من يخالف ذلك ستطبق بحقه العقوبات الصارمة والمشددة وفقاً للنظام.. فأكملوا ما يلزم بموجبه.] ا.هـ لذا نرغب إليكم الاطلاع واعتماد موجبه. والله يحفظكم. / م

# EXHIBIT 20

# TO ALARFAJ EXPERT OPINION

**Council of Ministers Resolution No. 377 dated 03/06/1444H (corresponding to December 27, 2022) (Excerpts)**

**[Attorney Translation]**

**[The Council of Ministers] has resolved the following:**

**First, the approval of Principles Regarding Government Entities' Contracting with Companies that Do Not Have Legal Presence in Saudi Arabia and Related Parties in the attached form.**

**…**

**Salman Bin Abdulziz Al Saud**

**Principles Regarding Government Entities' Contracting with Companies that Do Not Have Legal Presence in Saudi Arabia and Related Parties.**

**Article (1)**: the meaning of the following terms and phases is reflected in the definition in front of each, unless the context provides otherwise:

….

**Government Agencies:** Ministries, government bodies, public agencies, authorities, and institutions, and other entities with an independent public corporate personality.

…





بسم الله الرحمن الرحيم



المملكة العربية السعودية
الديوان الملكي

(٠٦١)

رقم الصادر : ٣٩٧٤٦
تاريخ الصادر : ٦ / ٠٦ / ١٤٤٤
المرفقات : ٧

﴾ برقية ﴿

**- تعميم -**

**سيدي صاحب السمو الملكي ولي العهد**
**رئيس مجلس الوزراء        حفظه الله**
**نسخة لكل وزارة ومصلحة حكومية**
**وعلى كل جهة إبلاغ الجهات التابعة لها أو المرتبطة بها**

السلام عليكم ورحمة الله وبركاته:

أبعث لسموكم صورة قرار مجلس الوزراء رقم (٣٧٧) في ١٤٤٤/٦/٣هـ
القاضي بما يلي:

**أولاً:** الموافقة على ضوابط تعاقد الجهات الحكومية مع الشركات التي ليس لها مقر
إقليمي في المملكة والأطراف ذوي العلاقة، بالصيغة المرافقة للقرار.

**ثانياً:** قيام وزارة الاستثمار ووزارة المالية والهيئة العامة للتجارة الخارجية، عند وضع
المعايير والضوابط المشار إليها في المادة الخامسة من الضوابط المشار إليها في البند (أولاً)
من القرار، بمراعاة التزامات المملكة الدولية ذوات الصلة.

وحيث تمت الموافقة على القرار، أرجو تفضل سموكم بالأمر بإكمال اللازم،
وتقبلوا سموكم أطيب تحياتي وتقديري.

رئيس الديوان الملكي



فهد بن محمد العيسى

مكتب الوزير وزارة الطاقة
MINISTER'S OFFICE | 264 | MINISTRY OF ENERGY

رقم الوارد: ٤٤.١.١/٤١١٦
تاريخ: ١٤٤٤/٦/٧    ٢٠٢٢/١٢/٣١
المرفقات: ٧ نسخة


D12900

AAO ٢٨٣٠







قرار رقم : (٣٧٧)

وتاريـــخ : ١٤٤٤/٦/٣هـ



إن مجلس الوزراء

بعد الاطلاع في جلسته المنعقدة برئاسة خادم الحرمين الشريفين الملك سلمان بن عبدالعزيز آل سعود، على المعاملة الواردة من الديوان الملكي برقم ٥٧٤٤٠ وتاريخ ١٤٤٣/٩/١٣هـ، المشتملة على خطاب معالي وزير المالية رقم ٧٩٥٥ وتاريخ ١٤٤٣/٩/١٠هـ، في شأن مشروع ضوابط تعاقد الجهات الحكومية مع الشركات التي ليس لها مقر إقليمي في المملكة والأطراف ذوي العلاقة.

ويعد الاطلاع على مشروع الضوابط المشار إليه.

ويعد الاطلاع على المذكرات رقم (١٢٧) وتاريخ ١٤٤٤/١/١٠هـ، ورقم (٩٩٢) وتاريخ ١٤٤٤/٣/٢٧هـ، ورقم (١٣٠٥) وتاريخ ١٤٤٤/٤/٢٦هـ، المعدة في هيئة الخبراء بمجلس الوزراء.

ويعد الاطلاع على المحضر المعد في مجلس الشؤون الاقتصادية والتنمية رقم (٤٤/٥١٠/م) وتاريخ ١٤٤٤/٤/٣٠هـ.

ويعد الاطلاع على توصية اللجنة العامة لمجلس الوزراء رقم (٥٤٧٣) وتاريخ ١٤٤٤/٥/٢٦هـ.

يقرر ما يلي:

أولاً : الموافقة على ضوابط تعاقد الجهات الحكومية مع الشركات التي ليس لها مقر إقليمي في المملكة والأطراف ذوي العلاقة، بالصيغة المرافقة.

ثانياً: قيام وزارة الاستثمار ووزارة المالية والهيئة العامة للتجارة الخارجية، عند وضع المعايير والضوابط المشار إليها في المادة (الخامسة) من الضوابط المشار إليها في البند (أولاً) من هذا القرار، بمراعاة التزامات المملكة الدولية ذات الصلة.

سلمان بن عبدالعزيز آل سعود

بسم الله الرحمن الرحيم

| | |
|---|---|
| الرقم | |
| التاريخ / / ١٤هـ | |
| المرفقات | |

الـمملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

## ضوابط تعاقد الجهات الحكومية مع الشركات التي ليس لها مقر إقليمي في المملكة والأطراف ذوي العلاقة

**المادة الأولى:**

يقصد بالمصطلحات والعبارات الآتية –أينما وردت في هذه الضوابط– المعاني المبينة أمام كل منها، ما لم يقتض السياق غير ذلك:

**الضوابط:** ضوابط تعاقد الجهات الحكومية مع الشركات التي ليس لها مقر إقليمي في المملكة والأطراف ذوي العلاقة.

**الوزارة:** وزارة المالية.

**الوزير:** وزير المالية.

**اللجنة:** لجنة الاستثناء من الضوابط، المشكلة بناء على المادة (العاشرة) من الضوابط.

**الرئيس:** رئيس اللجنة.

**المنطقة:** منطقة الشرق الأوسط وشمال أفريقيا.

**الشركات التي ليس لها مقر إقليمي في المملكة:** الشركات الأجنبية التي ليس لها مقر إقليمي في المملكة، ولها مقر إقليمي في المنطقة ومدرجة في القائمة المشار إليها في المادة (الخامسة) من الضوابط.

**الطرف ذو العلاقة:** أي وكيل للشركات التي ليس لها مقر إقليمي في المملكة أو أي موزع أو مورد أو مقدم لسلعها أو خدماتها فيما يخص تلك السلع والخدمات.

**الجهات الحكومية:** الوزارات والأجهزة الحكومية والهيئات والمصالح والمؤسسات العامة والأجهزة المستقلة ذات الشخصية المعنوية العامة.

**الحالة الطارئة:** حالة يكون فيها تهديد السلامة العامة أو الأمن العام أو الصحة العامة جديًّا وغير متوقع، أو يكون فيها إخلال ينذر بخسائر في الأرواح أو الممتلكات.

**البوابة:** البوابة الإلكترونية الموحدة للمشتريات الحكومية الخاضعة لإشراف الوزارة.

١






المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

| | |
|---|---|
| الرقم | ــــــــــــــ |
| التاريخ | / / ١٤هـ |
| المرفقات | ــــــــــــــ |

**المادة الثانية:**

تهدف الضـــوابط إلى تنظيم تعاقد الجهات الحكومية مع الشـــركات التي ليس لها مقر إقليمي في المملكة، أو مع أي طرف ذي علاقة.

**المادة الثالثة:**

لا يجوز للجهات الحكومية –عند تنفيذ أعمالها وتأمين مشـترياتها– التعاقد مع الشـركات التي ليس لها مقر إقليمي في المملكة أو أي طرف ذو علاقة إلا وفقاً لأحكام الضـــوابط. وتلتزم جميع الجهات الحكومية بتطبيق الضوابط، سواء كانت خاضعة لأحكام نظام المنافسـات والمشـتريات الحكومية أو لأي أنظمة أو لوائح أخرى، وتعد الضـــوابط مكملة للأحكام التي تطبقها الجهات الحكومية عند تنفيذ أعمالها وتأمين مشترياتها.

**المادة الرابعة:**

تستثنى من الضوابط الأعمال والمشتريات الآتية:

أ– التي لا تتجاوز تكلفتها التقديرية مبلغ (مليون) ريال. وللوزير وفقًا لمقتضيات المصلحة العامة إصدار قرار بتعديل هذا المبلغ أو إلغاء هذا الاستثناء أو إيقاف العمل به مؤقتاً.

ب– التي تنفذ خارج المملكة.

**المادة الخامسة:**

تعد وزارة الاستثمار، بالتنسيق مع الوزارة والهيئة العامة للتجارة الخارجية، بناء على معايير وضوابط يتفقون عليها، قائمة بأسماء الشـــركات التي ليس لها مقر إقليمي في المملكة. وتحدث القائمة دوريًّا –أو كلما دعت الحاجة– وتنشر القائمة في البوابة.

**المادة السادسة:**

دون إخلال بما تقضـــي به الأحكام النظامية التي تطبقها الجهات الحكومية عند تنفيذ أعمالها وتأمين مشترياتها، لا تمنع الضوابط الشركات التي ليس لها مقر إقليمي في المملكة أو أي طرف ذو علاقة






المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

الرقم ـــــــــــــــ

التاريخ   /   / ١٤هـ

المرفقات ـــــــــــ

من التقدم بعروض لأي منافسة عامة تطرحها أيٌّ من تلك الجهات، على ألا تقبل تلك الجهات ما يقدم من تلك الشركات أو الأطراف ذوي العلاقة، إلا في إحدى الحالتين الآتيتين:

أ– عدم وجود أكثر من عرض واحد مقبول فنيًّا.

ب– أن يكون العرض المقدم من الشركة التي ليس لها مقر إقليمي في المملكة أو الطرف ذي العلاقة هو أفضل العروض بعد التقييم الكلي من الناحية الفنية، ويقل ماليًّا بنسبة (٢٥%) أو أكثر عن قيمة ثاني أفضل عرض.

المادة السابعة:

دون إخلال بما تقضـــي به الأحكام النظامية التي تطبقها الجهات الحكومية عند تنفيذ أعمالها وتأمين مشـــترياتها، لا يجوز للجهات الحكومية توجيه دعوة للشركات التي ليس لها مقر إقليمي في المملكة أو لأي طرف ذي علاقة للمشاركة فيما تطرحه من منافسات محدودة إلا في إحدى الحالتين الآتيتين:

أ– عدم وجود أكثر من متنافس مؤهل من غير الشركات التي ليس لها مقر إقليمي في المملكة أو الأطراف ذوي العلاقة لتنفيذ الأعمال أو تأمين المشتريات المطلوبة.

ب– وجود حالة طارئة لا يمكن التعامل معها إلا من خلال دعوة الشركات التي ليس لها مقر إقليمي في المملكة أو الأطراف ذوي العلاقة.

المادة الثامنة:

دون إخلال بما تقضـــي به الأحكام النظامية التي تطبقها الجهات الحكومية عند تنفيذ أعمالها وتأمين مشـــترياتها، لا يجوز للجهات الحكومية توجيه دعوة للشركات التي ليس لها مقر إقليمي في المملكة أو لأي طرف ذي علاقة للتعاقد المباشر معها إلا في إحدى الحالتين الآتيتين:

أ– أن تكون الأعمال أو المشتريات متوافرة حصريًّا لدى الشركة التي ليس لها مقر إقليمي في المملكة أو الطرف ذي العلاقة.

ب– وجود حالة طارئة لا يمكن التعامل معها إلا بالتعاقد المباشر مع الشركة التي ليس لها مقر إقليمي في المملكة أو الطرف ذي العلاقة.






| | |
|---|---|
| الرقم | ـــــــــــــــ |
| التاريخ | / / ١٤هـ |
| المرفقات | ـــــــــــــــ |

الـــمــلكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

المادة التاسعة:

تلتزم الجهات الحكومية التي تتعاقد مع أي شــــركة ليس لها مقر إقليمي في المملكة أو طرف ذي علاقة –وفقًا للضوابط– بإعداد تقرير يتضمن الأسباب التي دعتها للتعاقد، وتزويد الديوان العام للمحاسبة وهيئة كفاءة الإنفاق والمشروعات الحكومية بنسخة منه، وذلك خلال مدة لا تزيد عن (ثلاثين) يوم عمل من تاريخ توقيع العقد.

المادة العاشرة:

١– تشكل بموجب الضوابط لجنة تسمى (لجنة الاستثناء من ضوابط تعاقد الجهات الحكومية مع الشركات التي ليس لها مقر إقليمي في المملكة والأطراف ذوي العلاقة)، ترتبط بالوزارة.

٢– تكون اللجنة برئاسة ممثل عن الوزارة، وعضوية كل من:

أ– ممثل عن وزارة الاستثمار.

ب– ممثل عن هيئة المحتوى المحلي والمشتريات الحكومية.

ج– ممثل عن هيئة كفاءة الإنفاق والمشروعات الحكومية.

د– ممثل عن لجنة التوطين وميزان المدفوعات.

هـ– عدد لا يتجاوز (ثلاثة) أعضاء من ذوي الخبرة والاختصاص يصدر بتعيينهم قرار من الوزير بالاتفاق مع وزير الاستثمار.

٣– يجب ألا تقل مرتبة ممثلي الجهات الحكومية عن المرتبة (الرابعة عشرة) أو ما يعادلها.

٤– تختار اللجنة من بين أعضائها ممثلي الجهات الحكومية نائبًا للرئيس.

المادة الحادية عشرة:

تختص اللجنة بالنظر في طلبات الجهات الحكومية اسـتثناء الشــركات التي ليس لها مقر إقليمي في المملكة والأطراف ذوي العلاقة من الضوابط، والبت فيها.

المادة الثانية عشرة:

يكون للجنة أمانة عامة مقرها الوزارة، يرأســـها أمين عام، يكلفه الوزير بناء على اقتراح رئيس اللجنة.

٤









الرقم ـــــــــــــــــ

التاريخ / / ١٤هـ

المرفقات ـــــــــــــــ

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

**المادة الثالثة عشرة:**

١– للجنة تشكيل فرق عمل من أعضائها أو من غيرهم، لمساندة اللجنة في أعمالها.

٢– للجنة الاستعانة –عند الحاجة– بمن تراه من أصحاب الخبرة والاختصاص محليًا أو دوليًا.

**المادة الرابعة عشرة:**

للجهات الحكومية التقدم إلى اللجنة بطلب استثناء شركة ليس لها مقر إقليمي في المملكة أو طرف ذي علاقة من الضوابط لمشروع أو مشاريع أو فترة زمنية محددة، على أن يكون تقديم الطلب قبل طرح المنافسة أو البدء في إجراءات التعاقد المباشر، وأن يشتمل الطلب على الآتي:

أ– اسم الشركة التي ليس لها مقر إقليمي في المملكة أو الطرف ذي العلاقة المطلوب استثناؤه.

ب– أسباب ومبررات الطلب، وما يدعمه من دراسات أو تقارير.

ج– المشروع (أو المشاريع) محل الطلب، أو المدة الزمنية له.

د– السلع والخدمات محل الطلب.

هـ– التكلفة التقديرية للعقود المتوقع إبرامها حال الموافقة على الطلب.

**المادة الخامسة عشرة:**

١– للجهة الحكومية مقدمة الطلب المشار إليه في المادة (الرابعة عشرة)، حضور اجتماع اللجنة المخصص للنظر في طلبها، لمناقشة الطلب دون أن يكون لها الحق في التصويت على القرار الذي سيتخذ حياله، على أن تبدي الجهة رغبتها في الحضور حين تقديم الطلب.

٢– في حال أبدت الجهة الحكومية رغبتها في حضور الاجتماع المشار إليه في الفقرة (١)، وتغيب ممثلها عن الحضور، تستكمل اللجنة أعمالها ولا يحق للجهة طلب إعادة عقد الاجتماع.

**المادة السادسة عشرة:**

تُصدِر اللجنة قرارها حيال الطلب المشار إليه في المادة (الرابعة عشرة) بقبوله أو رفضه مسبباً، وذلك وفقاً للأحكام الواردة في الضوابط وبحسب ما تراه محققا للمصلحة العامة، ويجب أن يتضمن قرار القبول الآتي:

أ– اسم الشركة التي ليس لها مقر إقليمي في المملكة أو الطرف ذي العلاقة المستثنى.

ب– المشروع (أو المشاريع) محل الاستثناء، أو المدة الزمنية للاستثناء على ألا تتجاوز (ثلاث) سنوات.









الرقم ـــــــــــــ

التاريخ / / ١٤هـ

المرفقات ـــــــــــــ

المملكة العربية السعودية ,

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

ج– السلع والخدمات محل الاستثناء.

د– أي اعتبارات أو اشتراطات أو قيود تراها اللجنة.

**المادة السابعة عشرة:**

للجهة الحكومية مقدمة الطلب المشار إليه في المادة (الرابعة عشرة) الاعتراض على قرار اللجنة الصادر بشأنه، أمام الوزير، ويصدر الوزير قراره حيال الاعتراض ويكون القرار نحائيًا ونافذًا من تاريخ صدوره.

**المادة الثامنة عشرة:**

يكون للجنة وأمانتها بند ضمن ميزانية الوزارة.

**المادة التاسعة عشرة:**

يصدر الوزير قواعد عمل اللجنة، وأمانتها، ويجب أن تشمل ضوابط الاستعانة بالخبراء، ومكافآت أعضاء اللجنة، والعاملين في أمانتها، والخبراء الذين تستعين بهم.

**المادة العشرون:**

تقوم الوزارة بتطوير البوابة بما يتوافق مع أحكام الضوابط.

**المادة الحادية والعشرون:**

تنشر هذه الضوابط في الجريدة الرسمية، وتكون نافذة اعتبارًا من تاريخ ١٤٤٥/٦/١٩هـ.





|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| ٨ | ٨٨٤ | ٣٣٦١ | ٥٧/ ٢/١٦ | ٥ا/٦ا١ء ١اا٥ء٢ ٢ء٦اء٦ ١٥٦٦اء |
| ١-٦ | ٥٦٢ | ٥٦٢ | ٥٧/ ٢٦/١٦ | ٥اء٦ا ١٢ء٦ا٦ |
| ٢٢٦ | ١ء٦ء٦ل | ١٢ء٦ء٢ | ١ء٦٦ | ٥٥٦٦١ء ٦ء٦ |





# EXHIBIT 21

# TO ALARFAJ EXPERT OPINION

 **REUTERS**   **World**   **Business**   **Markets**   **Breakingviews**   **Video**   **More**   

BUSINESS NEWS

APRIL 25, 2016 / 8:31 AM / UPDATED 7 YEARS AGO

# Saudi prince unveils sweeping plans to end 'addiction' to oil

By Samia Nakhoul, William Maclean, Marwa Rashad



RIYADH (Reuters) - The powerful young prince overseeing Saudi Arabia's economy unveiled ambitious plans on Monday aimed at ending the kingdom's "addiction" to oil and transforming it into a global investment power.

(L-R) Saudi Crown Prince Mohammed bin Nayef, Saudi King Salman, and Saudi Arabia's Deputy Crown Prince Mohammed bin Salman stand together after Saudi Arabia's cabinet agrees to implement a broad reform plan

known as Vision 2030 in Riyadh, April 25, 2016. REUTERS/Saudi Press Agency/Handout via Reuters

Deputy Crown Prince Mohammed bin Salman said the world's top oil exporter expects state oil company Saudi Aramco [SDABO.UL] to be valued at more than $2 trillion ahead of the sale of less than 5 percent of it through an initial public offering (IPO).

He added that the kingdom would raise the capital of its public investment fund to 7 trillion riyals ($2 trillion) from 600 billion riyals ($160 billion).

The plans also included changes that would alter the social structure of the ultra-conservative Muslim kingdom by pushing for women to have a bigger economic role and by offering improved status to resident expatriates.

"We will not allow our country ever to be at the mercy of commodity price volatility or external markets," Prince Mohammed said at his first news conference with international journalists, who were invited to a Riyadh palace for the event.

"We have developed a case of oil addiction in Saudi Arabia," he had earlier told al-Arabiya television news channel.

His "Vision 2030" envisaged raising non-oil revenue to 600 billion riyals ($160 billion) by 2020 and 1 trillion riyals ($267 billion) by 2030 from 163.5 billion riyals ($43.6 billion) last year. But the plan gave few details on how this would be implemented, something that has bedevilled previous reforms.

The 31-year-old prince gave assured answers to questions on the plan, and appeared to pitch his comments to appeal across the Saudi social spectrum, and in particular to young people, who face unemployment and an economic downturn despite their country's oil wealth.

Even before oil prices started to plunge in 2014, economists had regarded Riyadh's fiscal policy and economic structure as being unsustainable, but reduced income from energy sales has made reform more urgent.

The plan appeared to lift sentiment on the Saudi stock market .TASI, where shares jumped by 2.5 percent in the heaviest trading for eight months, but it fell short of convincing skeptics that the kingdom can prosper in an era of cheap oil.

At the center of the plan is the restructuring of its Public Investment Fund (PIF), which Prince Mohammed said would become a hub for Saudi investment abroad, partly by raising money through selling shares in Aramco.

Asked where Riyadh would find the funds for a $2 trillion dollar fund after recent borrowing, he said it would come from transferring the ownership of Aramco to the PIF.

"We are speaking about more than $2 trillion. We expect the valuation to be more than $2 trillion. In addition to that there are other assets that will be added to the fund, and part of it is already added.

**RELATED COVERAGE**

Saudi Aramco CEO expects oil price upturn by year-end

Saudi reform plan pleases markets, doesn't reassure skeptics

See more stories ⌄

He said it could "turn into a global investment fund with a size of up to $3 trillion dollars".

## OPENING ARAMCO ACCOUNTS

The partial privatization of Aramco was also central to the plans, and Prince Mohammed said it would be transformed into an energy company that he expected to be valued at $2 trillion to $3 trillion, and that less than 5 percent of it would be listed on the stock market.

So big is the state oil company because of its rights to the kingdom's crude reserves, that selling even 1 percent of its value would create the biggest initial public offering (IPO) on earth, he said.

He said other Aramco subsidiary companies would also be listed along with other publicly held companies, and added that one major benefit of privatization was that it would increase transparency and help limit corruption.

"People used to be unhappy that files and data of Aramco are undeclared, unclear and not transparent. Today they will be transparent. If Aramco gets IPO-ed that means it has to announce its statements of accounts," he said.

Since the prince was appointed to oversee Saudi long-term planning through the Council of Economic and Development Affairs, Riyadh's focus on reform has grown far more urgent and far more acute.

Prince Mohammed has enjoyed a dizzyingly rapid rise since his father became king 15 months ago, from being little known outside the ruling Al Saud family to become the driving force of Saudi plans to prepare for a future after oil.

In his rare press conference, he presented himself as a modernizing leader who seeks to shake Saudi Arabia out of its economic slumber and its reputation for opacity and rigid bureaucracy, showing an interest in topics including education, the public role of women, and football.

Saudi Arabia would prepare a new education curriculum, Prince Mohammed said. Despite previous reform attempts, the kingdom's schools have long been seen as focused on religious teachings rather than preparing students for a role in a modern economy.

Under the plans, Saudi Arabia would produce or assemble half of its defense equipment internally in order to create job opportunities, he said, and Riyadh would make foreign investment easier.

The government ran a deficit of 367 billion riyals ($98 billion) or 15 per cent of gross domestic product in 2015, officials said, and this year's budget plan aimed to cut that to 326 billion riyals ($87 billion).

Slideshow ( 6 images )

His economic team has already announced efforts to curb wasteful government spending, to diversify revenue streams by introducing sales tax and privatizing state assets, and to make reforms in the education sector.

Such was the speculation among Saudis over the details of the plan that hashtags associated with it were the top two trending on Twitter on Monday in the country with the highest rate of social media use in the Middle East.

But ambitious targets, such as raising the private sector share in the economy to 60 percent from 40 percent, reducing unemployment to 7.6 percent from 11 percent and growing non-oil

income to 1 trillion riyals ($267 billion) from 163 billion riyals ($44 billion) were not explained further.

## PLANS

Some Saudis said they had hoped for more detail on crucial issues such as education reform. There were no further details of plans to increase revenue from tax or of any changes to the political structure of the absolute monarchy.

"For me as a Saudi, I am concerned by the education transformation plan," said a Saudi entrepreneur. "If it is not at the top of the list, why not?"

However, the plan also envisaged increasing women's participation in the workforce, something that has already grown quickly over the past five years, to 30 percent from 22 percent.

But he also said he did not believe Saudi society was ready to end its ban on women driving.

A green card system would also be launched within five years to enable expatriate Arabs and Muslims to live and work long-term in the country, Prince Mohammed said, in a major shift for the insular kingdom.

But the focus was on economic restructuring to help reduce oil dependence.

"I think by 2020, if oil stops we can survive," Prince Mohammed said. "We need it, we need it, but I think in 2020 we can live without oil."

Appealing to Saudi youth, he ended his news conference by promising them a new Saudi Arabia.

"The vision is not a dream, it's a reality that will come true," he said.

($1 = 3.7489 riyals)

Additional reporting by Riyadh and Dubai newsrooms; Writing by Angus McDowall and Noah Browning; Editing by Andrew Torchia and Giles Elgood

*Our Standards: <u>The Thomson Reuters Trust Principles.</u>*

---

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy

Do Not Sell My Personal Information



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2023 Reuters. All Rights Reserved.

# EXHIBIT 22

# TO ALARFAJ EXPERT OPINION

**Council of Ministers Resolution No. 270 dated 3/6/1436H (corresponding to March 23, 2015) (Excerpts)**

**[Attorney Translation]**

**[The Council of Ministers] has resolved the following:**

. . .

**Fifth**, the Public Investment Fund shall be affiliated with the Council of Economic and Development Affairs. The Chairman of the board of directors shall be the Chairman of the Council of Economic and Development Affairs and the number of the directors shall not be below four, appointed by the Chairman of the Council of Ministers. The Governor of the fund shall not have a rank below (Excellent).

. . .



قرار رقم : ( ٢٧٠ )

المملكة العربية السعودية

وتاريخ : ١٤٣٦/٦/٣هـ

مجلس الوزراء

الأمانة العامة

إن مجلس الوزراء

بعد الاطلاع على الأمر السامي رقم ( ٢٣٩٧٥ ) وتاريخ ١٤٣٦/٦/٢هـ ، المشار فيه إلى ما قضت به الفقرتان ( ٣ ) و ( ٨ ) من الأمر السامي رقم ( ١٧٧٣٦ ) وتاريخ ١٤٣٦/٤/٢٩هـ ، من عدم الاعتماد على النفط كمصدر أساسي للدخل ، وأهمية تنويع مصادره من خلال مصادر أخرى ، والنظر في أساليب استثمار احتياطيات الدولة ، بما يضمن الاستغلال الأمثل لها .

وتأكيداً على ما قضت به الفقرة ( ٥ ) من البند ( أولاً ) من الأمر الملكي رقم ( أ/٢ ) وتاريخ ١٤٢٤/٢/٢٨هـ ، من نقل نشاط الاقتصاد من وزارة المالية إلى وزارة الاقتصاد والتخطيط .

ولأهمية تمكين وزارة المالية من القيام بمهماتها ومسؤولياتها واختصاصاتها الأصيلة التي أنشئت من أجلها ، وما يتطلبه ذلك من إعادة ترتيب الأجهزة التي تشرف عليها وزارة المالية أو ترتبط بها تنظيمياً ، وذلك بأن يكون ارتباط كل جهاز بالجهة التي تتماثل اختصاصاتها مع النشاط الذي يباشره ذلك الجهاز ، أو الغايات التي يسعى إلى تحقيقها .

وبعد الاطلاع على الفقرة ( ٢ ) من المادة ( ٢٤ ) من نظام مجلس الوزراء ، الصادر بالأمر الملكي رقم ( أ/١٣ ) وتاريخ ١٤١٤/٣/٣هـ .

وبعد الاطلاع على الأمر الملكي رقم ( أ/٢ ) وتاريخ ١٤٢٤/٢/٢٨هـ .

وبعد الاطلاع على نظام صندوق الاستثمارات العامة ، الصادر بالمرسوم الملكي رقم ( م/٢٤ ) وتاريخ ١٣٩١/٦/٢٥هـ .

وبعد الاطلاع على نظام صندوق التنمية الصناعية ، الصادر بالمرسوم الملكي رقم ( م/٣ ) وتاريخ ١٣٩٤/٢/٢٦هـ .

وبعد الاطلاع على تنظيم المؤسسة العامة للتقاعد ، الصادر بقرار مجلس الوزراء رقم ( ٣ ) وتاريخ ١٤٢٥/١/٢هـ .

وبعد الاطلاع على نظام البنك السعودي للتسليف والادخار ، الصادر بالمرسوم الملكي رقم ( م/٣٤ ) وتاريخ ١٤٢٧/٦/١هـ .

وبعد الاطلاع على نظام صندوق التنمية الزراعية ، الصادر بالمرسوم الملكي رقم ( م/٩ ) وتاريخ ١٤٣٠/٢/١هـ .



المملكة العربية السعودية

مجلس الوزراء

الأمانة العامة

( ٢ )

وبعد الاطلاع على توصية اللجنة العامة لمجلس الوزراء رقم ( ٧٢٤ ) وتاريخ ١٤٣٦/٦/٣هـ .

يقرر ما يلي :

**أولاً :** يكون ارتباط البنك السعودي للتسليف والادخار بوزارة الشؤون الاجتماعية ، ويرأس مجلس إدارته وزير الشؤون الاجتماعية .

**ثانياً :** يكون ارتباط المؤسسة العامة للتقاعد بوزارة الخدمة المدنية ، ويرأس مجلس إدارتها وزير الخدمة المدنية .

**ثالثاً :** يكون ارتباط صندوق التنمية الصناعية بوزارة التجارة والصناعة ، ويرأس مجلس إدارته وزير التجارة والصناعة .

**رابعاً :** يكون ارتباط صندوق التنمية الزراعية بوزارة الزراعة ، ويرأس مجلس إدارته وزير الزراعة .

**خامساً :** يكون ارتباط صندوق الاستثمارات العامة بمجلس الشؤون الاقتصادية والتنمية ، ويرأس مجلس إدارته رئيس مجلس الشؤون الاقتصادية والتنمية ، على ألا يقل عدد أعضاء مجلس الإدارة عن أربعة ، يصدر بتسميتهم أمر من رئيس مجلس الوزراء ، ويكون الأمين العام للصندوق بمرتبة لا تقل عن المرتبة (الممتازة) .

**سادساً :** تقوم هيئة الخبراء بمجلس الوزراء –بشكل عاجل جداً – بمراجعة الأنظمة والتنظيمات التي تأثرت بما ورد في البنود السابقة ، واقتراح ما يلزم في شأنها ، ويشمل ذلك ما يتصل بمجالس إدارات الأجهزة المشار إليها ، وذلك بما يتفق مع ارتباطها التنظيمي المنصوص عليه في هذا القرار ، تمهيداً لاستكمال الإجراءات النظامية اللازمة .

**سابعاً :** التأكيد على نقل أي نشاط له صلة بالجانب الاقتصادي من وزارة المالية إلى وزارة الاقتصاد والتخطيط ، واستكمال ما يلزم من إجراءات حيال ذلك .



رئيس مجلس الوزراء







الديوان الملكي

بسم الله الرحمن الرحيم

رقم الصادر : ٢٤٥١٠
تاريخ الصادر : ١٤٣٦/٠٦/٠٥
المرفقات : ٢ لفة

المملكة العربية السعودية
الديوان الملكي

(٠٦١)

٭ برقيــتيـة ٭

- تعميــــم -

صــــاحب الســــمو الملكــــي ولــــي العهــــد
نائــــب رئــــيس مجلــــس الــــوزراء        حفظه الله
نســـخة لكـــل وزارة ومصـــلحة حكوميـــة
وعلى كل جهة إبلاغ الجهات التابعة لها أو المرتبطة بهـا

السلام عليكم ورحمة الله وبركاته:
أبعث لسموكم الكريم ـ حفظكم الله ـ صورة من قرار مجلس الوزراء رقم (٢٧٠)
بتاريخ ١٤٣٦/٦/٣هـ القاضي بما يلي:
أولاً: يكون ارتباط البنك السعودي للتسليف والادخار بوزارة الشؤون الاجتماعيـة،
ويرأس مجلس إدارته وزير الشؤون الاجتماعية.
ثانياً: يكون ارتباط المؤسسة العامة للتقاعد بوزارة الخدمة المدنية، ويرأس مجلس
إدارتها وزير الخدمة المدنية.
ثالثاً: يكون ارتباط صندوق التنمية الصناعية بـوزارة التجارة والصناعة، ويـرأس
مجلس إدارته وزير التجارة والصناعة.
رابعاً: يكون ارتباط صندوق التنمية الزراعية بوزارة الزراعة، ويرأس مجلس إدارتـه
وزير الزراعة.
خامساً: يكون ارتباط صندوق الاستثمارات العامـة بمجلـس الشـؤون الاقتصاديـة
والتنمية، ويرأس مجلـس إدارته رئيـس مجلـس الشـؤون الاقتصاديـة والتنميـة، على أن
لا يقل عدد أعضاء مجلس الإدارة عن أربعة، يصدر بتسميتهم أمر مـن رئيـس مجلـس
الوزراء، ويكون الأمين العام للصندوق بمرتبة لا تقل عن المرتبة (الممتازة).
سادساً: تقوم هيئة الخبراء بمجلس الوزراء ـ بشكل عاجل جداً ـ بمراجعة الأنظمـة
والتنظيمات التي تأثرت بما ورد في البنود السـابقة، واقتراح ما يلزم في شـأنها، ويشـمل
ذلك ما يتصل بمجالس إدارات الأجهزة المشار إليهـا، وذلـك بمـا يتفـق مـع ارتباطهـا
التنظيمي المنصوص عليه في القرار، تمهيداً لاستكمال الإجراءات النظامية اللازمة.

م/١٠١٣





رقم الصادر : ٢٤٥١٠
تاريخ الصادر : ١٤٣٦/٠٦/٠٥
المرفقات : ٢ لفة





المملكة العربية السعودية
الديوان الملكي

(٠٦١)

❊ برقية ❊

سابعاً: التأكيد على نقل أي نشاط له صلة بالجانب الاقتصادي من وزارة المالية
إلى وزارة الاقتصاد والتخطيط، واستكمال ما يلزم من إجراءات حيال ذلك.

وحيث تمت الموافقة الكريمة على القرار.. أرجو تفضل سموكم ـ أيدكم الله ـ
بالأمر على الجهة المختصة لإكمال اللازم بموجبه.. وتقبلوا سموكم أطيب تحياتي
وتقديري.

رئيــــــــس الـــــديوان الملكــــي



محمـــد بـن سلمــان بـن عبـدالعزيز

نسخة للمركز الوطني للوثائق والمحفوظات

ak/١٠١٣

# EXHIBIT 23

# TO ALARFAJ EXPERT OPINION

Where We Work

This page in: English ⌄



## The World Bank In Saudi Arabia

The World Bank's partnership with the Kingdom of Saudi Arabia started in 1957. The Kingdom supports the World Bank Group efforts in its mission of ending extreme poverty and boosting shared prosperity.

Home    Overview

# Overview

## Context

Saudi Arabia has embarked on a major economic and social transformation outlined in its Vision 2030: diversification away from oil and a renewed social contract.

It is expected that the "thriving economy" foreseen in Vision 2030 will be achieved through major change in the economic model, with a shift towards a new paradigm based on increased productivity. To achieve this, the role of the state is changing from driver of the economy to enabler of private sector-led growth. The transition is focusing on four key elements: (i) raising the quality of human capital, (ii) an improved business environment capable of attracting foreign investment, (iii) a high-quality public administration, and (iv) a flexible and competitive labor market.



This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.

is aligned with, and supports, the implementation of Vision 2030 and the National Transformation Program. Over the last few years, the program has been expanded to cover various sectors, including improving the investment climate, education, health, labor markets, transport, energy, urban planning, economic management and planning, public financial management, digital economy, PPPs, and SME strategy. The RAS engagements focus on strengthening institutional capacity within government entities and assisting in developing the legislation and policies that advance Vision 2030 goals and objectives.

In addition to working with the World Bank through RAS, the Kingdom has also become a key development partner to the World Bank. For example, the government pledged US$700m to IDA20 in December 2021 and, prior to that, US$400m to IDA19 just two years earlier. Through its contributions to other selected funds, the KSA reinforces its status as a key partner to the World Bank in the effort to end extreme poverty and boost shared prosperity worldwide.

Last Updated: Apr 12, 2022

## RELATED

Saudi Arabia's Economic Update — October 2021

## MULTIMEDIA

This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.

**Saudi Arabia's Digital and Distance Education**

VIEW ALL MULTIMEDIA ›

## STAY CONNECTED

 Facebook

 Twitter

 Blog

# In Depth

This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.

FEB 08, 2022

## Saudi Arabia's Digital and Distance Education

This report examines Saudi Arabia's journey to digital and distance education following the

PeopleImages.com - #1623778

## Tracing Labor Market Outcomes in Saudi Arabia

This paper exploits a rich dataset from various administrative sources to study short- and medium-term labor market outcomes of

# Additional Resources

## Related

The Office of the Executive Director

## Country Office Contacts

Shahd Alhamdan
salhamdan@worldbank.org

About

Data

Research and Publications

Learning

News

Projects and Operations

Countries

Topics

## FOLLOW US

     

This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.

This Site in:   ENGLISH ⌄

Legal    Privacy Notice    Site Accessibility    Access to Information    Jobs    Contact

SCAM ALERTS   REPORT FRAUD OR CORRUPTION

IBRD    IDA    IFC    MIGA    ICSID        © 2023 The World Bank Group, All Rights Reserved.

This site uses cookies to optimize functionality and give you the best possible experience. If you continue to navigate this website beyond this page, cookies will be placed on your browser. To learn more about cookies, click here.

# EXHIBIT 24

# TO ALARFAJ EXPERT OPINION



   



**INTERNATIONAL MONETARY FUND**

Search

ABOUT   RESEARCH   COUNTRIES   CAPACITY DEVELOPMENT   NEWS   VIDEOS

DATA   PUBLICATIONS   COVID-19



IMF Country Focus

# Saudi Arabia to Grow at Fastest Pace in a Decade

**By Amine Mati and Sidra Rehman**

August 17, 2022

*Maintaining reform momentum is pivotal for prosperity in the long run*

Saudi Arabia is likely to be one of the world's fastest-growing economies this year as sweeping pro-business reforms and a sharp rise in oil prices and production power recovery from a pandemic-induced recession in 2020. Gross domestic product is expected to expand by 7.6 percent, the fastest growth in almost a decade, according to our recent Article IV consultation report (https://www.imf.org/en/Publications/CR/Issues/2022/08/11/Saudi-Arabia-2022-Article-IV-Consultation-Press-Release-and-Staff-Report-522189).

Despite higher prices for imported commodities, inflation will remain contained at 2.8 percent in 2022 as the central bank tightens policy in line with the US Federal Reserve. Public finances and the external position will strengthen substantially thanks to increased non-oil revenue and higher proceeds from oil exports. Reserve buffers will remain ample.

Maintaining control of public spending despite higher oil proceeds will be important, but there is scope for more targeted social spending. Improvements in tax policy and revenue administration to raise more taxes from non-oil activities would help support fiscal consolidation.

Managing oil revenue in a sustainable manner, so that spending does not rise and fall in line with the price of oil, would promote fiscal sustainability and prevent a return to previous oil-driven cycles of boom and bust. So too would far-sighted budget planning and policies to diversify the economy.

Reforms to energy prices so that domestic fuel prices converge with international prices would generate fiscal savings as well as support the authorities' climate objectives, set out in the Saudi Green Initiative (https://www.saudigreeninitiative.org/). Ongoing efforts to strengthen social safety nets through targeted schemes would protect the vulnerable from higher energy bills.

With strong central bank supervision, the financial sector remains resilient and systemic risks are low. Increases in interest rates are expected to have only a limited impact on the Saudi economy (https://www.imf.org/en/Publications/CR/Issues/2022/08/11/Saudi-Arabia-2022-Article-IV-Consultation-Press-Release-and-Staff-Report-522189) in an environment of high oil prices and strong liquidity. Continued improvements to the framework for financial sector regulation and sustained monitoring of rising mortgage lending are important to prevent risks from materializing.

Saudi Arabia's sovereign wealth fund, the Public Investment Fund (https://www.pif.gov.sa/en/Pages/homepage.aspx), should continue to focus on high returns and greater private sector involvement, including as it continues to implement "Giga projects".

**Reform momentum**

The authorities' continued implementation of Vision 2030 (https://www.vision2030.gov.sa/) policies will help diversify and liberalize the economy and thus pave the way to more stable growth.

Saudi Arabia is taking impressive steps to improve the business environment, attract foreign investment and create private-sector employment. These initiatives, combined with governance and labor market reform, have made it easier to do business (a business can be registered in just three minutes), increased the number of industrial facilities, and raised female participation in the labor force.

In addition to the removal of formal restrictions and legislation ensuring equality of employment, female labor force participation has benefited from transport subsidies (https://www.wusool.sa/) of up to 80 percent for the cost of a taxi fare, employer incentives for hiring Saudi women, and childcare support. As a result, the proportion of Saudi women in work has doubled in the past four years to 33 percent, exceeding the 30 percent target set under the 2030 plan and the 27 percent average for the Middle East and North Africa.

Growing digitalization has the potential to boost productivity given a young population that is adept at using technology. Digitalization accelerated during the pandemic including through and online health services, virtual courts, distance learning, and an online finance platform for public procurement known as Etimad (https://portal.etimad.sa/en-us).

Saudi Arabia's economic outlook is strong. Maintaining the Kingdom's long-term prosperity depends crucially on sustaining the reform momentum.



****

**Amine Mati** is an Assistant Director and **Sidra Rehman** is an Economist. Both are in the IMF's Middle East and Central Asia Department.

# EXHIBIT 25

# TO ALARFAJ EXPERT OPINION

 **Welcome to the United Nations**



 United Nations
**Saudi Arabia**



Home / Stories / UNIDO and Saudi Arabia to Enhance Cooperation to Support the Kingdom's Vision 2030

Story

# UNIDO and Saudi Arabia to Enhance Cooperation to Support the Kingdom's Vision 2030

09 January 2023



**Müller expressed his appreciation of the efforts of the Kingdom to achieve its Vision 2030 and commended the National Industrial Strategy.**

Gerd Müller, Director General of the United Nations Industrial Development Organization (UNIDO), started his official visit to the Kingdom of Saudi Arabia to strengthen cooperation between UNIDO and the Kingdom.

Director General Müller met Bandar bin Ibrahim Alkhorayef, Saudi Arabia's Minister of Industry and Mineral Resources, and discussed opportunities for further cooperation to contribute to Saudi Arabia's Vision 2030 aiming to diversify the Kingdom's economy.

Müller expressed his appreciation of the efforts of the Kingdom to achieve its Vision 2030 and commended the National Industrial Strategy launched by Crown Prince Mohammed Bin Salman in October 2022.

The National Industrial Strategy aims at accelerating economic diversification, making the country a manufacturing powerhouse, and taking the number of industrial facilities from 10,640 at present to around 36,000 by 2035.

Director General Müller also met with Prince Sultan Al Saud, CEO of the Saudi Industrial Development Fund, which was set up to promote industrial investment opportunities, strengthen local industry, and enhance its performance.

Müller said, "UNIDO will enhance its cooperation with Saudi Arabia to support the country's efforts and vision in areas such as agro-industry, responsible mining, energy, decarbonization, digitalization and quality standards".

During his visit to Riyadh, Director General Müller will meet with Prince Abdulaziz Bin Salman Al Saud, Minister of Energy, to discuss cooperation opportunities under the Saudi Green Initiative and the Middle East Green Initiative.

Müller will also meet with Sultan Bin Abdulrahman Al-Marshad, CEO of the Saudi Fund for Development and Abdullah Al-Rabeeah, Supervisor General of the King Salman Humanitarian Aid And Relief Centre to discuss cooperation beyond Saudi Arabia.

During this mission, the Director General will also speak in the Ministerial Round Table of the Future Minerals Forum 2023 convened by the Kingdom of Saudi Arabia to advance the mining goals of countries across the Middle East, Central Asia and North

and East Africa. The 2023 edition of the Forum aims to connect global policymakers with investors and business leaders across the mining value chain and its supporting industries.

Several site visits are also planned, including a visit to Riyadh Second Industrial City, managed by the Saudi Authority for Industrial Cities and Technology Zones (MODON), and to the Royal Commission for Jubail and Yanbu.

# UN entities involved in this initiative

### UNIDO
**United Nations Industrial Development Organization**

# Goals we are supporting through this initiative



## United Nations Saudi Arabia

Welcome to the United Nations country team website of Saudi Arabia

United Nations Building
Turnabout 9, Diplomatic Quarter
P.O Box 94623 Riyadh 11614
Kingdom of Saudi Arabia

## About                                                    →

Find out what the UN in Saudi Arabia is doing towards the achievement of the Sustainable Development Goals.

## SDGs                                                     →

Our work on the Sustainable Development Goals.

## Take Action                                              →

Let's Take Action Towards the Sustainable Development Goals

## Stories                                                  →

Find out more about our work towards the Sustainable Development Goals.

## Resources                                                →

Find out more about our work towards the Sustainable Development Goals.

## Jobs                                                     →

Learn about employment opportunities across the UN in Saudi Arabia.

---



© Copyright 2023 United Nations in Saudi Arabia



Contact

Copyright

Fraud Alert

Privacy Notice

Site Index

Terms of Use

# EXHIBIT 26

# TO ALARFAJ EXPERT OPINION

# SAUDI ARABIA

| Table 1 | 2021 |
|---|---|
| Population, million | 35.3 |
| GDP, current US$ billion | 833.0 |
| GDP per capita, current US$ | 23597.7 |
| School enrollment, primary (% gross)[a] | 100.2 |
| Life expectancy at birth, years[a] | 75.1 |
| Total GHG Emissions (mtCO2e) | 601.9 |

Source: WDI, Macro Poverty Outlook, and official data.
a/ WDI for School enrollment (2020); Life expectancy (2019).

*After registering a stronger-than-expected recovery in 2021, the Saudi Arabian economy is on an accelerated growth path in 2022; driven by higher oil and non-oil activities as oil production and prices strengthen and pandemic pressures fade. Direct trade flows with Russia and Ukraine are limited; however, spillovers in the oil market have strengthened medium-term fiscal and external outlook. A breakout of new COVID-19 variants, tighter global financial conditions, and volatile oil prices are key risks to the outlook.*

## Key conditions and challenges

The war in Ukraine will have sizable economic implications globally through multiple channels; most significant for Saudi Arabia is through energy markets. Energy prices have already increased and are likely to rise further if conflict continues to escalate which may require OPEC+ members to ramp up production—presenting an upside risk to Saudi Arabia's outlook.

The government's long-term strategy to diversify the economy and reduce dependence on oil is well-articulated in Vision 2030. The Public Investment Fund (PIF) is envisioned to play a central developmental role in this transformation plan by investing SAR 150 billion (US$40 billion) annually into the domestic economy. This role would require fund's enhanced transparency and predictability for the private sector. Moreover, off-balance sheet investments reduce overall fiscal oversight and could increase contingent liabilities and fiscal risks.

Risks to the non-oil sector recovery remain. Despite more than two-thirds of the population fully inoculated against the COVID-19, a spike in cases due to new variants that are vaccine-resistant would risk a cycle of movement restrictions and delay the recovery. In all cases, the vaccine rollout should remain the authority's main priority in the near term. Furthermore, domestic monetary policy is set to tighten in line with the US monetary policy, which will dampen the recent mortgage credit boom.

## Recent developments

Saudi Arabia continues to successfully control the adverse impacts of the pandemic despite the Omicron variant outbreak at the end of 2021. With a high vaccination rollout, reaching 68 percent of the population, new cases are on a downward trajectory since January 2022. Globally, Saudi Arabia continues to assume its pivotal role, under the OPEC+ structure, in resolving oil market imbalances through waning monthly oil production cuts of 0.4 mbpd, which started in July 2021.

Against this background, latest official data suggest that the economy grew by 3.3 percent in 2021. The oil sector registered growth of 0.2 percent, reflecting a gradual easing of voluntary output cuts. The non-oil sector continued its recovery path registering a 5.1 percent growth in 2021 —lifting the non-oil economy by 3.2 percent above its pre-pandemic level. More recent high frequency data report a slight dip in January 2022 PMI following the Omicron surge, but the economic impact of the Omicron is expected to be short-lived. Headline inflation registered 3.1 percent in 2021, as the VAT-driven impact on inflation dissipated, but was offset by higher food and transportation prices.

The budget deficit narrowed in 2021 to 2.1 percent of GDP, driven by higher oil revenues and fiscal consolidation measures.



**FIGURE 1  Saudi Arabia** / Annual real GDP growth

Percent change

Sources: GASTAT Saudi Arabia and World Bank staff estimates.



**FIGURE 2  Saudi Arabia** / Central government operations

Percent of GDP

Source: World Bank, Macroeconomics, Trade & Investment Global Practice.

Tax revenues have also contributed to this improvement, increasing by 40 percent from 2020, driven by stronger domestic demand and full-year collection of the higher VAT rate. On the expenditures side, tighter fiscal policy resulted in expenditures dropping by 3 percent; with capital expenditures bearing the brunt of this cut. Thus far, reduction of reserves and ample market access have proven sufficient to finance the deficit and shield the economy from full volatility of oil prices; especially, during H1 2021.

Supported by higher oil export receipts and phasing-out of restrictions on religious tourism, the current account is estimated to register a surplus of 5.2 percent of GDP in 2021 from a deficit of 2.3 percent of GDP in 2020.

There is no publicly available information on official poverty rates in Saudi Arabia and access to micro data from household surveys is limited. However, recent statistics point to significant and remarkable changes in the labor market. First, Saudi nationals are entering the labor market at high rates driven by recent reforms; especially, those aimed at women's participation. Second, along with rising participation among Saudi women (from 26 percent in Q4 2019 to 34.1 percent in Q3 2021), unemployment rate has also dropped by 9 percentage points relative to pre-pandemic levels to an estimated 21.9 percent in Q3 2021. Third, the increase in employment is driven by the private sector reflecting strong performance in non-oil activities. Last, but not least, foreign workers are leaving, leading to an overall reduction in employment of almost 900,000 workers (Q3 2021 relative to Q4 2019).

## Outlook

Growth is expected to accelerate to 7 percent in 2022 before moderating to 3.8 and 3.0 percent in 2023 and 2024, respectively. Stronger oil output is the main driver behind the recovery which is expected to grow by 13 percent in 2022 following the end of the OPEC+ production cuts in December 2022. The non-oil sector is expected to continue its growth trajectory, estimated at 4 percent in 2022 and 3.2 percent in the medium-term. Despite headwinds from tighter fiscal and monetary policies in the medium term, stronger private consumption, an increase of religious tourism, and higher domestic capital spending—signaled through the PIF and other state agencies—are anticipated. Headline inflation is projected to slow and hover at around 2 percent during 2022 as result of a stronger US dollar, against which the Saudi Riyal is pegged, and tighter monetary policy.

The budget balance is expected to register a surplus of 9.1 percent of GDP in 2022—the first surplus in nine years—driven by higher oil receipts. Fiscal performance in the medium term is underpinned by authorities' commitment to compress expenditures and build credible budget envelopes. With most of capital spending channeled through the PIF and other state agencies, the overall fiscal stance is more expansionary than officially reported through the budget.

As higher energy prices and further unwinding of OPEC+ oil production cuts kick in, the current account surplus is projected to widen to 14 percent of GDP in 2022 before moderating to an average of 9.2 percent in the medium term.

---

**TABLE 2  Saudi Arabia** / Macro poverty outlook indicators   (annual percent change unless indicated otherwise)

|  | 2019 | 2020 | 2021e | 2022f | 2023f | 2024f |
|---|---|---|---|---|---|---|
| **Real GDP growth, at constant market prices** | 0.3 | -4.1 | 3.3 | 7.0 | 3.8 | 3.0 |
| Private Consumption | 4.4 | -4.9 | 3.4 | 3.0 | 3.1 | 2.8 |
| Government Consumption | 0.6 | 2.6 | 1.8 | 0.6 | 0.8 | 0.6 |
| Gross Fixed Capital Investment | 4.9 | -14.0 | 8.2 | 6.4 | 7.2 | 3.3 |
| Exports, Goods and Services | -4.5 | -8.7 | 1.4 | 14.8 | 5.1 | 4.7 |
| Imports, Goods and Services | 1.3 | -14.6 | 2.7 | 7.6 | 5.4 | 4.3 |
| **Real GDP growth, at constant factor prices** | 0.3 | -4.0 | 3.3 | 7.0 | 3.8 | 3.0 |
| Agriculture | 1.3 | 0.0 | 0.1 | 0.2 | 0.2 | 0.2 |
| Industry | -2.6 | -5.3 | 0.6 | 8.5 | 2.8 | 2.7 |
| Services | 4.3 | -2.5 | 7.0 | 5.5 | 5.2 | 3.5 |
| **Inflation (Consumer Price Index)** | -1.2 | 3.4 | 3.1 | 2.0 | 1.8 | 1.9 |
| **Current Account Balance (% of GDP)** | 4.7 | -2.3 | 5.2 | 14.0 | 11.1 | 7.3 |
| **Fiscal Balance (% of GDP)** | -4.2 | -11.1 | -2.1 | 9.1 | 5.9 | 3.8 |
| **Debt (% of GDP)** | 23.1 | 32.5 | 29.1 | 23.5 | 21.4 | 19.4 |
| **Primary Balance (% of GDP)** | -3.4 | -10.1 | -1.2 | 10.1 | 6.8 | 4.6 |
| **GHG emissions growth (mtCO2e)** | -2.2 | -4.7 | 1.1 | 3.1 | 1.8 | 1.3 |
| **Energy related GHG emissions (% of total)** | 77.2 | 77.2 | 77.6 | 77.3 | 77.5 | 77.6 |

Source: World Bank, Poverty & Equity and Macroeconomics, Trade & Investment Global Practices. Emissions data sourced from CAIT and OECD.

# EXHIBIT 27

# TO ALARFAJ EXPERT OPINION

**Government Tenders and Procurement Law, promulgated by Royal Decree No. M/128 dated 13/11/1440H (corresponding to July 16, 2019) (Excerpts)**

**[Attorney Translation]**

<u>Article 1</u>:

Unless indicated otherwise, the following terms shall have the corresponding definitions:

. . .

**Government Entities**:    Ministries, government bodies, public commissions, public interests, public institutions, and independent public legal personalities.

. . .

<u>Article 10</u>:

This Law applies to all Government Entities.







الرقـــم: م/١٢٨
التاريخ: ١٤٤٠/١١/١٣هـ

بعـــون اللـــه تعالـــى

نحـــن سلمـــان بن عبدالعزيـــز آل ســعود

ملك المملكـــة العربيـــة السعوديـــة

بناءً على المادة (السبعين) من النظام الأساسي للحكم، الصادر بالأمر الملكي رقم (٩٠/أ) بتاريخ ١٤١٢/٨/٢٧هـ.

وبناءً على المادة (العشرين) من نظام مجلس الوزراء، الصادر بالأمر الملكي رقم (١٣/أ) بتاريخ ١٤١٤/٣/٣هـ.

وبناءً على المادة (الثامنة عشرة) من نظام مجلس الشورى، الصادر بالأمر الملكي رقم (٩١/أ) بتاريخ ١٤١٢/٨/٢٧هـ.

وبعد الاطلاع على قراري مجلس الشورى رقم (٣٢/١١٧) بتاريخ ١٤٤٠/٧/٢٠هـ، ورقم (٤٨/١٨٨) بتاريخ ١٤٤٠/١٠/٢١هـ.

وبعد الاطلاع على قرار مجلس الوزراء رقم ( ٦٤٩ ) بتاريخ ١٤٤٠/١١/١٣هـ.

رسمنا بما هو آت:

أولاً    : الموافقة على نظام المنافسات والمشتريات الحكومية، بالصيغة المرافقة.

ثانياً   : استمرار العمل بالمواد (الحادية والستين، والثانية والستين، والثالثة والستين) من نظام المنافسات والمشتريات الحكومية، الصادر بالمرسوم الملكي رقم (م/٥٨) بتاريخ ١٤٢٧/٩/٤هـ، وبالفصل (التاسع عشر) من لائحته التنفيذية المتعلق بتنظيم قواعد تأجير العقارات الحكومية واستثمارها وما يرتبط بذلك من أحكام، إلى حين صدور النظام الخاص بتأجير العقارات واستثماراتها والعمل به.

ثالثاً   : استمرار اللجنة المشكلة بموجب المادة (الثامنة والسبعين) من نظام المنافسات والمشتريات الحكومية، الصادر بالمرسوم الملكي رقم (م/٥٨) بتاريخ ١٤٢٧/٩/٤هـ، في النظر في طلبات تعويض المقاولين والمتعهدين ومنع التعامل معهم، المقيدة لديها قبل نفاذ النظام إلى أن يفصل في تلك الطلبات بشكل نهائي.



رابعاً     : يكون النظر في طلب تمديد العقود ومعالجة حالات التأخر في تنفيذ الحالات السابقة على صدور النظام، وفق أحكامه. وتستكمل وزارة المالية ما لديها من طلبات سابقة لصدور النظام وفق الإجراءات المعمول بها سابقاً.

خامساً   : مع مراعاة ما ورد في البند (رابعاً) من هذا المرسوم، يطبق النظام على الأعمال والمشتريات التي طرحت قبل نفاذه وفق آلية يضعها وزير المالية، وذلك دون إخلال بالإجراءات التي اتخذت في شأن تلك الأعمال والمشتريات قبل نفاذه.

سادساً   : تفويض وزير المالية بالصلاحيات الآتية:

١- إقرار آلية إتاحة وتطبيق آليات وأساليب التعاقد والشراء ونماذج ووثائق المنافسات والمعايير المنصوص عليها في النظام، ولوزير المالية صلاحية تمديد المدة لعام آخر بحسب تقويم لجاهزية الجهات الحكومية للتطبيق بنهاية المدة الأولى.

٢- إقرار الاستمرار في تطبيق الاستثناءات، فيما يخص برامج تحقيق الرؤية من تطبيق النظام، وذلك لمدة تنتهي بنهاية العام المالي القادم، على أن يرفع وزير المالية بالاتفاق مع مكتب الإدارة الاستراتيجية بمجلس الشؤون الاقتصادية والتنمية إلى مجلس الوزراء، وذلك قبل (ستة) أشهر من تاريخ نهاية المدة المذكورة، مقترحاً في شأن استمرار تطبيق الضوابط بعد انتهاء المدة.

سابعاً   : استثناءً من حكم المادة (التاسعة والتسعين) من النظام، يُعمل بما ورد في الفقرة (٤) من المادة (السابعة عشرة) من النظام اعتباراً من تاريخ صدوره.

ثامناً   : علـى سمـو نائـب رئـيس مجلـس الـوزراء والـوزراء ورؤسـاء الأجهـزة المعنيـة المستقلة ـ كل فيما يخُصُّه ـ تنفيذ مرسومنا هذا.

سلمان بن عبدالعزيز آل سعود

ـ ٢٠ ـ







قرار رقم : (٧٤٩)
وتاريـــخ : ١٤٤٠/١١/١٣هـ

### قرار مجلس الوزراء

**إن مجلس الوزراء**

بعد الاطلاع على المعاملة الواردة من الديوان الملكي برقم ٦٠٦٧٧ وتاريخ ١٤٤٠/١٠/٢٥هـ، المشتملة على خطاب معالي وزير المالية رقم ٣٨٦٢ وتاريخ ١٤٣٩/٥/١١هـ، في شأن مشروع نظام المنافسات والمشتريات الحكومية، الصادر في شأنه قرارا مجلس الشورى رقم (٣٢/١١٧) وتاريخ ١٤٤٠/٧/٢٠هـ، ورقم (٤٨/١٨٨) وتاريخ ١٤٤٠/١٠/٢١هـ.

وبعد الاطلاع على مشروع النظام المشار إليه.

وبعد الاطلاع على نظام المنافسات والمشتريات الحكومية، الصادر بالمرسوم الملكي رقم (م/٥٨) وتاريخ ١٤٢٧/٩/٤هـ.

وبعد الاطلاع على المحضرين رقم (١٨٠) وتاريخ ١٤٤٠/٢/١هـ، ورقم (١٥٣٢) وتاريخ ١٤٤٠/٨/٢٣هـ، والمذكرة رقم (١٩٤٠) وتاريخ ١٤٤٠/١١/٨هـ، المعدة في هيئة الخبراء بمجلس الوزراء.

وبعد النظر في قراري مجلس الشورى رقم (٣٢/١١٧) وتاريخ ١٤٤٠/٧/٢٠هـ، ورقم (٤٨/١٨٨) وتاريخ ١٤٤٠/١٠/٢١هـ.

وبعد الاطلاع على توصية اللجنة العامة لمجلس الوزراء رقم (٧٠٦١) وتاريخ ١٤٤٠/١١/١٢هـ.

**يقرر ما يلي:**

**أولاً:** الموافقة على نظام المنافسات والمشتريات الحكومية، بالصيغة المرافقة.

**ثانياً:** استمرار العمل بالمواد (الحادية والستين، والثانية والستين، والثالثة والستين) من نظام المنافسات والمشتريات الحكومية، الصادر بالمرسوم الملكي رقم (م/٥٨) وتاريخ ١٤٢٧/٩/٤هـ، وبالفصل (التاسع عشر) من لائحته التنفيذية المتعلق بتنظيم قواعد تأجير العقارات الحكومية واستثمارها وما يرتبط بذلك من أحكام، إلى حين صدور النظام الخاص بتأجير العقارات واستثماراتها والعمل به.







(٢)

ثالثاً : استمرار اللجنة المشكلة بموجب المادة (الثامنة والسبعين) من نظام المنافسات والمشتريات الحكومية، الصادر بالمرسوم الملكي رقم (م/٥٨) وتاريخ ١٤٢٧/٩/٤هـ، في النظر في طلبات تعويض المقاولين والمتعهدين ومنع التعامل معهم، المقيدة لديها قبل نفاذ النظام إلى أن يفصل في تلك الطلبات بشكل نهائي.

رابعاً : يكون النظر في طلب تمديد العقود ومعالجة حالات التأخر في تنفيذ الحالات السابقة على صدور النظام، وفق أحكامه. وتستكمل وزارة المالية ما لديها من طلبات سابقة لصدور النظام وفق الإجراءات المعمول بها سابقاً.

خامساً: مع مراعاة ما ورد في البند (رابعاً) من هذا القرار، يطبق النظام على الأعمال والمشتريات التي طرحت قبل نفاذه وفق آلية يضعها وزير المالية، وذلك دون إخلال بالإجراءات التي اتخذت في شأن تلك الأعمال والمشتريات قبل نفاذه.

سادساً: تفويض وزير المالية بالصلاحيات الآتية:

١ – إقرار آلية إتاحة وتطبيق آليات وأساليب التعاقد والشراء ونماذج وثائق المنافسات والمعايير المنصوص عليها في النظام، ولوزير المالية صلاحية تمديد المدة لعام آخر بحسب تقويمه لجاهزية الجهات الحكومية للتطبيق بنهاية المدة الأولى.

٢ – إقرار الاستمرار في تطبيق الاستثناءات، فيما يخص برامج تحقيق الرؤية من تطبيق النظام، وذلك لمدة تنتهي بنهاية العام المالي القادم، على أن يرفع وزير المالية بالاتفاق مع مكتب الإدارة الاستراتيجية بمجلس الشؤون الاقتصادية والتنمية إلى مجلس الوزراء، وذلك قبل (ستة) أشهر من تاريخ نهاية المدة المذكورة، مقترحاً في شأن استمرار تطبيق الضوابط بعد انتهاء المدة.







المملكة العربية السعودية

الأمانة العامة لمجلس الوزراء

(٣)

قرارات مجلس الوزراء

سابعاً : استثناءً من حكم المادة (التاسعة والتسعين) مـن النظـام، يُعمـل بمـا ورد في الفقرة (٤) من المادة (السابعة عشرة) من النظام اعتباراً من تاريخ صدوره. وقد أعد مشروع مرسوم ملكي بذلك، صيغته مرافقة لهذا.

ثامناً : إلزام الشركات التي تملك الدولة أكثر مـن (٥١٪) مـن رأس مالهـا، بالأخـذ بالمبادئ والقواعد العامة لطرح الأعمـال والمشـتريات وتنفيـذها بما يحقـق النزاهـة والشفافية والحصـول على أسـعار تنافسـية عادلـة، وإعطـاء أفضـلية للمحتوى المحلي والمنشآت الصغيرة والمتوسطة وفق ضوابط يعدها صندوق الاستثمارات العامـة بالتنسـيق مـع المؤسسـة العامـة للتأمينـات الاجتماعيـة والمؤسسة العامة للتقاعد.

تاسعاً : على وزارة المالية التنسيق مع هيئة المحتوى المحلي والمشتريات الحكومية، عند قيامها بالآتي:

١ – وضع السياسـات، وإصـدار التوجيهـات والتعليمـات والأدلـة الإرشـادية المتعلقة بتنفيذ أحكام النظام واللائحة أو إجراء أي تعديل عليها، وفقـاً للفقرة الفرعية (ب) من الفقرة (١) من المادة (الثالثة عشرة) من النظام.

٢ – إعداد اللائحة التنفيذية للنظام أو إجراء أي تعديل عليها.

عاشراً : تكون الجهة المختصة بالشراء الموحد الـواردة في النظـام هـي مركـز تحقيـق كفاءة الإنفاق.



رئيس مجلس الوزراء

الرقم
التاريخ    /    /    ١٤ هـ
المرفقات

بسم الله الرحمن الرحيم

الـمـمـلكة العـربـية السـعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

## نظام المنافسات والمشتريات الحكومية
## الباب الأول: أحكام عامة
## الفصل الأول:
## التعريفات

**المادة الأولى:**

يقصد بالعبارات والمصطلحات الآتية –أينما وردت في هذا النظام– المعـاني الموضـحة أمـام كـل منها، ما لم يقتض السياق خلاف ذلك:

**النظام:** نظام المنافسات والمشتريات الحكومية.

**اللائحة:** اللائحة التنفيذية للنظام.

**الوزير:** وزير المالية.

**الوزارة:** وزارة المالية.

**الهيئة:** هيئة المحتوى المحلي والمشتريات الحكومية.

**الجهة المختصة بالشراء الموحد:** الجهة المعنية بالشراء الاستراتيجي الموحد وتحـدد بقـرار مـن مجلـس الوزراء.

**الجهات الحكومية:** الوزارات والأجهزة الحكومية والهيئات والمصالح والمؤسسـات العامـة والأجهـزة ذات الشخصية المعنوية العامة المستقلة.

**رئيس الجهة الحكومية:** الوزير أو الرئيس أو المحافظ أو المسؤول الأول في الجهة الحكومية.

**البوابة:** بوابة إلكترونية موحدة للمشتريات الحكومية خاضعة لإشراف الوزارة.

**الاتفاقية الإطارية:** اتفاقية بين جهـة أو أكثـر مـن الجهـات الحكوميـة وواحـد أو أكثـر مـن المـوردين أو المقاولين أو المتعهدين، وتتضمن شروط وأحكام العقود التي ستتم ترسيتها أثناء مدة معينة.

**المزايدة العكسية الإلكترونية:** أسلوب إلكتروني لتقديم عروض مخفضة تعاقبياً خلال مدة محددة بغرض اختيار أقل العروض سعراً.

**الخدمات الاستشارية:** خدمات ذات طبيعة مهنية أو استشـارية، وتشـمل –دون حصـر– إعـداد الدراسـات والأبحاث، ووضع المواصفات والمخططات والتصميمات والإشراف على تنفيـذها، كخـدمات المحاسـبين والمحامين.

**التأهيل المسبق:** تحقق الجهة الحكومية من توافر المؤهلات والقدرات اللازمة لتنفيـذ الأعمـال وتـأمين المشتريات لدى المتنافسين قبل تقديمهم العروض.

١

الرقم
التاريخ          /     /   ١٤هـ
المرفقات

بسم الله الرحمن الرحيم

الـمـمـلكة العربية الـسـعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

**التأهيل اللاحق؛** تحقق الجهة الحكومية -بعد اختيار أفضل عرض- من توافر المؤهلات والقدرات اللازمة لدى مقدم العرض لتنفيذ الأعمال وتأمين المشتريات قبل الترسية عليه.

**فترة التوقف؛** فترة تبدأ من تاريخ إخطار المتنافسين بالعرض الفائز مـن أجـل النظر في التظلمـات الـتي يقدمونها.

**الحالة الطارئة؛** حالة يكون فيها تهديد السلامة العامة أو الأمن العام أو الصحة العامة جدياً وغـير متوقـع، أو يكون فيها إخلال ينذر بخسائر في الأرواح أو الممتلكات، ولا يمكن التعامل معها بإجراءات المنافسة العادية.

**الحالة العاجلة؛** حالة يكون فيها تنفيذ الأعمال أو تأمين المشتريات في وقت قصير أمراً جوهرياً وضرورياً لضمان سلامة وكفاية سير العمل في الجهة الحكومية.

**الفصل الثاني؛**
**أهداف النظام؛**

**المادة الثانية؛**

يهدف النظام إلى الآتي:

١- تنظيم الإجراءات ذات الصلة بالأعمال والمشتريات، ومنع استغلال النفوذ وتأثير المصالح الشخصية فيها؛ وذلك حماية للمال العام.

٢- تحقيق أفضل قيمة للمال العام عند التعاقد على الأعمـال والمشـتريات وتنفيـذها بأسـعار تنافسـية عادلة.

٣- تعزيز النزاهة والمنافسة، وتحقيق المساواة، وتوفير معاملة عادلة للمتنافسـين؛ تحقيقـاً لمبـدأ تكـافؤ الفرص.

٤- ضمان الشفافية في جميع إجراءات الأعمال والمشتريات.

٥- تعزيز التنمية الاقتصادية.

**الفصل الثالث؛**
**المبادئ الأساسية؛**

**المادة الثالثة؛**

١- تتعامل الجهات الحكومية عند تنفيذ أعمالها وتأمين مشترياتها مع الأشخاص المرخص لهم بـذلك، طبقاً للأنظمة والقواعد المتبعة.

٢- على الجهة الحكومية عند تعاملها مع أشـخاص أجانـب لتـأمين مشـتريات أو تنفيـذ أعمـال داخـل المملكة التأكد من عدم توافر أكثر من شخص محلي مؤهـل لتـأمين المشـتريات أو تنفيـذ الأعمـال المطلوبة. وتحدد اللائحة الشروط والضوابط اللازمة لتطبيق حكم هذه الفقرة.

٢

بسم الله الرحمن الرحيم

الرقم
التاريخ    ١٤ / / هـ
المرفقات

الـمـمـلكة العـربية السـعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

**المادة الرابعة:**

يعطى جميع الأشخاص الراغبين في التعامل مع الجهة الحكومية، ممن تتوافر فيهم الشروط الـتي تؤهلهم لهذا التعامل، فرصاً متساوية ويعاملون على قدم المساواة.

**المادة الخامسة:**

تُوفَّر للمتنافسين معلومات واضحة وموحدة عـن الأعمـال والمشتريات المطلوبة، ويمكَّنـون مـن الحصول عليها في وقت محدد.

**المادة السادسة:**

تخضع المنافسة العامة لمبادئ العلانية والشفافية وتكافؤ الفرص.

**المادة السابعة:**

لا يجوز قبول العروض والتعاقد بموجبها إلا طبقاً لأحكام النظام.

**المادة الثامنة:**

يكون طرح الأعمـال والمشتريات والتعاقد في حـدود الاحتياجـات الفعليـة للجهـة الحكوميـة، وبأسعار عادلة لا تزيد عن الأسعار السائدة في السوق.

**المادة التاسعة:**

تكون الأولوية في التعامل للمنشآت الصغيرة والمتوسطة المحلية وللمحتوى المحلي، وللشـركات المدرجة في السوق المالية. وتوضح اللائحة المشار إليها في الفقرة (٣) من المـادة (السادسـة والتسـعين) من النظام آلية ذلك.

**الفصل الرابع:**
**نطاق تطبيق النظام**

**المادة العاشرة:**

يطبق النظام على جميع الجهات الحكومية.

**المادة الحادية عشرة:**

تخضع لأحكام النظام الأعمال والمشتريات التي تنفَّذ خارج المملكة، ويجوز استثناؤها من بعـض تلك الأحكام وفق ما توضحه اللائحة.

**الفصل الخامس:**
**التخطيط المسبق**

**المادة الثانية عشرة:**

١- على الجهة الحكومية التخطيط المسبق لأعمالها ومشترياتها والتنسيق مـع الـوزارة في تـوفير الاعتمادات المالية لها، وتلتزم في بداية كل سنة مالية بنشر خطة تتناسـب مـع ميزانيتهـا تتضمن المعلومات الرئيسة حول أعمالها ومشترياتها خلال هذه السنة، وذلك دون إخلال بما يقتضيه الأمـن الوطني من سرية.

٢- لا يترتب على نشر الجهة الحكومية خطط أعمالها ومشترياتها أي التزام.

٣







الـمملكة العربية السعودية

هيئة خبراء مجلس الوزراء

Bureau Of Experts At The Council Of Ministers

| | |
|---|---|
| الرقم | |
| التاريخ | / / ١٤ هـ |
| المرفقات | |

## الفصل السادس:
## التنظيم المؤسسي

### المادة الثالثة عشرة:

١- تنفيذاً لأحكام النظام؛ تقوم الوزارة بالآتي:

أ- إنشاء البوابة، والإشراف عليها، وتطويرها بشكل مستمر.

ب- وضع السياسات، وإصدار التوجيهات والتعليمات والأدلة الإرشادية، المتعلقة بتنفيذ أحكام النظام واللائحة.

ج- جمع المعلومات المتعلقة بأنشطة المنافسات، ونشرها في البوابة، ومتابعة تطبيق أحكام النظام، وذلك دون إخلال بأدوار الجهات الرقابية الأخرى.

د- نشر القوائم الخاصة بالأشخاص المحظور التعامل معهم، من خلال البوابة.

٢- يعتمد الوزير نماذج وثائق المنافسات، ووثائق التأهيل المسبق، ونماذج للعقود، ونماذج تقييم أداء المتعاقدين، وأي وثيقة أخرى تتطلبها طبيعة الأعمال أو المشتريات.

### المادة الرابعة عشرة:

دون إخلال باختصاص الهيئة العامة للصناعات العسكرية، وتنفيذاً لأحكام النظام؛ تختص الجهة المختصة بالشراء الموحد بما يلي:

١- تحديد الأعمال والمشتريات التي تحتاج إليها أكثر من جهة حكومية، وتوحيد مواصفاتها الفنية، ومباشرة جميع إجراءات طرحها، وتلقي العروض ودراستها واختيار أفضلها، وإبرام اتفاقيات إطارية في شأنها نيابة عن الجهات الحكومية وفقاً لأحكام النظام.

٢- إعداد قوائم بالأعمال والمشتريات المبرم في شأنها اتفاقيات إطارية، وتمكين الجهات الحكومية من الاطلاع عليها وعلى ما تضمنته الاتفاقيات الإطارية من بنود من خلال البوابة.

٣- مراجعة ما ترفعه إليها الجهات الحكومية من دراسات جدوى وتكاليف تقديرية للمشتريات والأعمال التي تتولى طرحها، وما يتعلق بها من وثائق للمنافسة ووثائق للتأهيل المسبق -إن وجد- وإبداء الرأي في شأنها خلال مدة تحددها اللائحة.

٤- إعداد نماذج وثائق المنافسات ووثائق التأهيل المسبق، ونماذج للعقود، ونماذج تقييم أداء المتعاقدين، وأي وثيقة أخرى تتطلبها طبيعة الأعمال أو المشتريات؛ بما يتفق مع أحكام النظام واللائحة واللوائح المنصوص عليها في المادة (السادسة والتسعين) من النظام.

٥- إعداد البرامج التدريبية اللازمة لتطوير مؤهلات ومهارات القائمين على تطبيق أحكام النظام في الجهات الحكومية.





٤

الـمـملكة الـعـربيـة الـسـعـوديـة
هيئة خبراء مجلس الوزراء
Bureau Of Experts At The Council Of Ministers

| | |
|---|---|
| الرقم | |
| التاريخ | / / ١٤ هـ |
| المرفقات | |

## المادة الخامسة عشرة:

١- لا يجوز للجهة الحكومية تأمين المشتريات أو تنفيذ الأعمال الواردة في القوائم الـتي تعدها الجهة المختصة بالشراء الموحد إلا من خلال الاتفاقيـات الإطاريـة الـتي أبرمتها الجهـة المختصة بالشراء الموحد.

٢- استثناء من حكم الفقرة (١) من هذه المادة، للجهة الحكومية -بعد موافقة الجهة المختصة بالشراء الموحد- تنفيذ الأعمال وتأمين المشتريات الواردة في القوائم وفقاً لأحكام النظام.

٣- على الجهة الحكومية قبل طرح مشاريعها أو أعمالها أو قبل إجراء التأهيل المسبق -إن وجد- عرض دراسة الجدوى والتكلفة التقديرية ووثائق المنافسة ووثائق التأهيل المسبق -إن وجدت- ومـا اتخذت من إجراءات، على الجهة المختصة بالشراء الموحد؛ لمراجعتها خلال المدة التي تحددها اللائحة، فإن لم ترد الجهة المختصة بالشراء الموحد خلال هذه المدة عدت موافقة، وعلى الجهة الحكومية الالتـزام بما تطلب الجهة المختصة بالشراء الموحد من تعديلات.

٤- استثناء من حكم الفقرة (٣) من هذه المادة، للجهة الحكوميـة طرح مشـاريعها أو أعمالهـا أو إجراء التأهيل المسبق -إن وجد- دون عرض دراسة الجدوى والتكلفة التقديرية ووثائق المنافسة ووثائق التأهيل المسبق -إن وجدت- ومـا اتخذت من إجراءات، على الجهة المختصة بالشراء الموحد؛ وذلـك في الأعمال والمشتريات التي لا تزيد تكلفتها التقديرية على المبلغ الـذي تحـدده اللائحة أو الـتي تنطوي على حالة طارئة أو عـاجلة، ويكتفى بإشعار الجهة المختصة بالشراء الموحد بما تم في شأنها.

## الفصل السابع:
## البوابة

## المادة السادسة عشرة:

تطرح إجراءات المنافسات والمشتريات الحكومية من خلال البوابة -مـا لم يتعـذر ذلك لأسـباب فنية أو لأسباب تتعلق بالأمن الوطني- وفقاً لما توضحه اللائحة.

## المادة السابعة عشرة:

١- يجب أن يتوافر في البوابة أعلى درجات الخصوصية والسرية والأمان وشفافية المعلومات، مع ضمان سلامة الإجراءات.

٢- يجب أن تتيح البوابة للراغبين والمهتمين مـن ذوي الشـأن الاطلاع علـى المعلومـات والبيانـات المتعلقة بالمنافسات التي تحددها اللائحة.

٣- يخصص في البوابة سجلّ لكل جهة حكوميـة يـدون فيـه جميـع المعلومـات والبيانـات والإجراءات المتعلقة بما أبرمته من عقود وبما طرحته من مشاريع وأعمال وفقاً لما توضحه اللائحة.

٤- تتقاضى الوزارة مقابلاً مالياً عن الخدمات التي تقدمها البوابة، ويحـدد مجلـس الـوزراء مقـدار هـذا المقابل، ويجوز تعديله بقرار من المجلس بناءً على اقتراح من الوزارة.








الـمـملكة العربية السـعـودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

| الرقم | ــــــــ |
|---|---|
| التاريخ | / / ١٤ هـ |
| المرفقات | ــــــــ |

## الفصل الثامن:
### شروط التعامل وتأهيل المتنافسين

**المادة الثامنة عشرة:**

يجب أن تتوافر في الأشخاص الذين تتعامل معهـم الجهـات الحكوميـة الشـروط اللازمـة لتنفيـذ الأعمال وتأمين المشتريات وفقاً لما توضحه اللائحة.

**المادة التاسعة عشرة:**

١- على الجهة الحكوميـة إجراء تأهيل مسبق أو لاحـق في الأعمـال والمشـتريات وفقـاً لمـا توضحه اللائحة.

٢- في حال إجراء تأهيل مسبق، تقتصر الدعوة للمشاركة في المنافسة على مـن اجتـاز التأهيـل المسـبق فقط.

**المادة العشرون:**

يجب أن تكون معايير التأهيل المسبق أو اللاحق موضوعية وقابلـة للقيـاس ومتعلقـة بالقـدرات الفنية والمالية والإدارية ومقدار الالتزامات التعاقدية للمتنافسين، وبما يتناسب مـع طبيعـة المشـروع أو العمل وحجمه وقيمته.

## الفصل التاسع:
### وثائق المنافسة

**المادة الحادية والعشرون:**

١- يجب أن تتضمن وثائق المنافسات المعلومات والبيانات الخاصـة بالأعمـال والمشـتريات المطروحـة وفقاً لما تحدده اللائحة.

٢- يجب توفير نسخ إلكترونية لوثائق المنافسة في البوابة. وفي حال تعذر ذلك لأسباب فنية، فتوفر نسخ ورقية كافية.

٣- تحدد اللائحة معايير تحديد تكاليف وثائق المنافسة.

## الفصل العاشر:
### الشروط والمواصفات

**المادة الثانية والعشرون:**

١- يجب أن تكون الشروط والمواصـفات الفنيـة للأعمـال والمشـتريات المطروحـة تفصيلية ودقيقـة وواضحة، وأن تراعي المواصفات القياسية المعتمدة أو المواصفات العالمية فيما لـيس لـه مواصفات

٦







الـمـملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

| | |
|---|---|
| الرقم | |
| التاريخ | / / ١٤هـ |
| المرفقات | |

وطنية معتمدة، وألا تتضمن الإشارة إلى نـوع أو صنف معـين، أو تحديـد علامـة تجاريـة أو اسـم تجاري بعينه، أو وضع مواصفات لا تنطبق إلا على مقاولين أو منتجين أو موردين بعينهم.

٢- استثناءً من حكم الفقرة (١) من هذه المادة، يجوز الإشارة إلى علامة تجارية أو اسـم تجـاري بعينـه في الحالات التي يتعذر فيها وصف وتحديد المواصفات الفنية بشكل دقيـق، بشـرط الحصـول علـى موافقة مسبقة من الجهة المختصة بالشراء الموحد وأن تتضمن وثائق المنافسة عبارة "وما يعادلها".

٣- على الجهة الحكومية عدم المبالغة في المواصفات الفنية، وألا تتجاوز حاجات ومتطلبـات المشـروع والاعتمادات المالية المخصصة له.

٤- للجهة الحكومية الاستعانة بمن ترى الاستئناس برأيهم مـن ذوي الخبـرة والاختصـاص عنـد وضـع المواصفات الفنية.

٥- على الجهة الحكومية -عند وضع المواصفات الفنية- أن تأخذ في الحسبان متطلبات الاشخاص ذوي الإعاقة واحتياجاتهم.

**الفصل الحادي عشر:**
**التكلفة التقديرية**

**المادة الثالثة والعشرون:**

على الجهة الحكومية -قبل وضع التكلفة التقديرية للأعمال والمشتريات- القيام بالآتي:

١- دراسة أسعار السـوق بشكل دقيق، وأن تراعي في ذلك تحديد حد أعلى للقيمـة الإجمالية المتوقعـة للعقد.

٢- وضع الضوابط اللازمة للمحافظة على سرية التكلفة التقديرية.

**الفصل الثاني عشر:**
**معايير تقييم العروض**

**المادة الرابعة والعشرون:**

تحدد الجهة الحكومية في وثائق المنافسـة معايير تقييم ومقارنة وقبول العروض وفقاً لمـا توضـحه اللائحة.

**المادة الخامسة والعشرون:**

يجب أن تكون معايير التقييم غير السعرية موضوعية وتتناسب مع طبيعة الأعمـال والمشـتريات المراد طرحها، وأن تكون -بالقدر الممكن عملياً- قابلة للتحديد الكمي.

**الفصل الثالث عشر:**
**تجزئة المنافسة**

**المادة السادسة والعشرون:**

لا تجوز تجزئة الأعمال والمشتريات من أجل الوصول بها إلى صلاحية الشراء المباشر أو المنافسـة المحدودة أو صلاحيات المسؤولين المفوضين.




٧





الرقم

التاريخ    /    /    ١٤هـ

المرفقات

الـمـمـلكة العـربيـة الـسـعـوديـة

هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

## الفصل الرابع عشر:
### تضامن المتنافسين:

**المادة السابعة والعشرون:**

يجوز قبول العروض بالتضامن وفقاً لما توضحه اللائحة.

### الباب الثاني:
### أساليب التعاقد
### الفصل الأول:
### المنافسة العامة

**المادة الثامنة والعشرون:**

تطرح جميع الأعمال والمشتريات في منافسة عامة عدا ما يستثنى منها بموجب أحكام النظام.

**المادة التاسعة والعشرون:**

١- يتم الإعلان عن المنافسة العامة في البوابة، وفقاً لما توضحه اللائحة.

٢- تحدد اللائحة وسيلة الإعلان عن المنافسة العامة إذا تعذر الإعلان عنها في البوابة لأسباب فنية.

### الفصل الثاني:
### المنافسة المحدودة

**المادة الثلاثون:**

للجهة الحكومية التعاقد بأسلوب المنافسة المحدودة في الحالات الآتية:

١- إذا كانت الأعمال والمشتريات لا تتوافر إلا لـدى عـدد محـدود مـن المقـاولين أو المـوردين أو المتعهدين.

٢- إذا كانت الأعمال والمشتريات لا تزيد قيمتها التقديريـة علـى (خمسـمائة ألـف) ريـال، وذلـك بدعوة أكبر عدد ممكن من المتنافسين على ألا يقل عددهم عن خمسة. وفي هـذه الحالـة تكـون الأولوية في توجيه الدعوة للتفاوض وتقديم العرض للمنشآت الصغيرة والمتوسطة المحلية.

٣- الحالات العاجلة.

٤- إذا كانت الأعمال والمشتريات متوافرة لدى مؤسسات أو جمعيات أهلية أو كيانات غـير هادفـة إلى الربح، بشرط أن تتولى بنفسها القيام بما تم التعاقد عليه.

٥- الخدمات الاستشارية.

وتحدد اللائحة ما يلزم من ضوابط وإجراءات لتنفيذ هذه المادة.

### الفصل الثالث:
### المنافسة على مرحلتين

**المادة الحادية والثلاثون:**

للجهة الحكومية طرح المنافسـة علـى مرحلتين إذا تعـذر تحديـد المواصفـات الفنيـة والشـروط التعاقدية النهائية تحديداً كاملاً ودقيقاً، بسبب الطبيعة المعقدة والتخصصية لبعض الأعمال والمشـتريات وفقاً لما توضحه اللائحة.





٨



الرقم
التاريخ    /    /    ١٤ هـ
المرفقات

الـمـمـلكة الـعـربـيـة الـسـعـوديـة

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

## الفصل الرابع:
## الشراء المباشر:

### المادة الثانية والثلاثون:

للجهة الحكومية التعاقد بأسلوب الشراء المباشر في الحالات الآتية:

١- تأمين مشتريات الأسلحة والمعدات العسكرية وقطع غيارها، وذلك من خلال الهيئة العامة للصناعات العسكرية.

٢- إذا كانت الأعمال والمشتريات متوافرة حصرياً لدى متعهد أو مقاول أو مورد واحد، ولم يكن لها بديل مقبول، على أن يكون التعاقد وفق ما تحدده اللائحة.

٣- إذا كانت التكلفة التقديرية للأعمال والمشتريات لا تتجاوز مبلغ (مائة ألف) ريال. وفي هذه الحالة تكون الأولوية في توجيه الدعوة للمنشآت الصغيرة والمتوسطة المحلية.

٤- إذا كان استخدام هذا الأسلوب ضرورياً لحماية مصالح الأمن الوطني ولا يمكن معه استخدام المنافسة العامة أو المحدودة. ويجب في هذه الحالة أن تقوم الجهة الحكومية -بعد إبرام العقد- بإعداد تقرير يتضمن الأسباب التي دعتها لاستخدام هذا الأسلوب وتزويد ديوان المراقبة العامة بنسخة منه.

٥- إذا كانت الأعمال والمشتريات متوافرة لدى مؤسسة أو جمعية أهلية واحدة أو كيان واحد من الكيانات غير الهادفة إلى الربح، بشرط أن تتولى بنفسها القيام بما تم التعاقد عليه.

٦- الحالات الطارئة.

دون إخلال باختصاص الهيئة العامة للصناعات العسكرية بما ورد في الفقرة (١) من هذه المادة؛ تحدد اللائحة ما يلزم من ضوابط وإجراءات لتنفيذ ما ورد في هذه المادة.

## الفصل الخامس:
## الاتفاقية الإطارية:

### المادة الثالثة والثلاثون:

للجهة الحكومية إبرام اتفاقية إطارية مع من رست عليه المنافسة تتضمن الأحكام التي سيجري في إطارها تنفيذ العقد، وذلك في الحالات التي يتعذر فيها تحديد كميات الأصناف أو حجم الأعمال أو الخدمات المتعاقد عليها أو موعد تنفيذها، وفقاً لما توضحه اللائحة.

## الفصل السادس:
## المزايدة العكسية الإلكترونية:

### المادة الرابعة والثلاثون:

للجهة الحكومية استخدام أسلوب المزايدة العكسية الإلكترونية وفقاً لما توضحه اللائحة، مع مراعاة الآتي:

١- أن تعد الجهة الحكومية مواصفات فنية مفصلة.

٢- أن يكون هناك سوق تنافسية تكفل التنافس الفعال.

٣- أن تستقبل العروض عن طريق البوابة وترتيبها بشكل آلي.

٩




الرقم

التاريخ    /    /    ١٤ هـ

المرفقات

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

٤- أن تحدد تاريخ بداية المزايدة ونهايتها.

٥- أن يزوّد المتنافسون بالمعلومات اللازمة وإرشادات استخدام البوابة.

## الفصل السابع:
## توطين الصناعة ونقل المعرفة

### المادة الخامسة والثلاثون:

للهيئة من تلقاء نفسها أو بناءً على طلب مـن إحـدى الجهات الحكومية -بعد موافقة الـوزارة- التعاقد على توطين صناعة ونقل معرفة وفقاً للضوابط التي تحددها اللائحة.

## الفصل الثامن:
## المسابقة

### المادة السادسة والثلاثون:

للجهة الحكومية أن تتعاقد على أفضل فكرة وتصميم، أو غيرها من حقوق الملكية الفكرية، عـن طريق أسلوب المسابقة، وفقاً لما توضحه اللائحة.

## الباب الثالث:
## العروض والترسية
## الفصل الأول:
## تقديم العروض

### المادة السابعة والثلاثون:

١- تقدم العروض مشفرة من خلال البوابة، وفق ما تحدده اللائحة.

٢- تقدم العروض في الموعد المحدد لقبولها، ولا يجوز قبول العروض التي تقدم بخلاف ذلك.

٣- يجوز قبول العروض في ظروف مختومة إذا تعذر تقديمها من خلال البوابة لأسباب فنية.

٤- تعلن الجهة الحكومية عن أسماء الأشخاص الذين تقدموا بعروضهم مـن خـلال البوابة، وإذا تعـذر استخدام البوابة لأسباب فنية فتعلن عن ذلك بالوسيلة التي تحددها اللائحة.

### المادة الثامنة والثلاثون:

للجهة الحكومية طلب إرفاق عينة من المشتريات المطلوبة.

### المادة التاسعة والثلاثون:

١- تكون مدة سريان العروض في المنافسات (تسعين) يوماً مـن التـاريخ المحـدد لفـتح العـروض، فـإن سحب مقدم العرض عرضه خلال هذه المدة فلا يعاد إليه ضمانه الابتدائي.

٢- يجوز للجهة الحكومية تمديد مدة سريان العروض لمدة (تسعين) يوماً أخرى، وعلى من يرغب مـن المتنافسين في الاستمرار في المنافسة تمديد مدة سريان ضمانه الابتدائي.

### المادة الأربعون:

١- يجب أن تحدد الأسعار الإجمالية وما يرد عليها من زيادة أو تخفيض في خطاب العرض، ولا يعتد بأي تخفيض يقدم بوساطة خطاب مستقل حتى لو كان مرافقاً للعرض.

٢- لا يجوز للمتنافسين -في غير الحالات التي يجوز التفاوض فيها وفقاً لأحكام النظام- تعديل أسعار عروضهم بالزيادة أو التخفيض بعد تقديمها.

١٠.




الرقم
التاريخ    /    /    ١٤ هـ
المرفقات

المملكة العربية السعودية
هيئة خبراء مجلس الوزراء
Bureau Of Experts At The Council Of Ministers

## الفصل الثاني:
## الضمان الابتدائي

### المادة الحادية والأربعون:

١- يُقدم المتنافس مع عرضه ضماناً ابتدائياً بنسبة تتراوح من (١٪) إلى (٢٪) من قيمة العرض. ويستبعد العرض الذي لم يقدم معه الضمان.

٢- تحدد اللائحة الأحكام المتعلقة بالضمان الابتدائي.

### المادة الثانية والأربعون:

استثناءً من حكم المادة (الحادية والأربعين) من النظام، لا يلزم تقديم الضمان الابتدائي في الحالات الآتية:

١- الشراء المباشر.

٢- المسابقة.

٣- تعاقدات الجهات الحكومية فيما بينها.

٤- التعاقد مع مؤسسة أو جمعية أهلية أو كيان غير هادف إلى الربح.

٥- التعاقد مع المنشآت الصغيرة والمتوسطة المحلية.

## الفصل الثالث:
## فتح العروض

### المادة الثالثة والأربعون:

تكوّن بقرار من رئيس الجهة الحكومية أو من يفوضه لجنة أو أكثر لفتح العروض، وفقاً لما توضحه اللائحة.

### المادة الرابعة والأربعون:

١- تفتح العروض بحضور جميع أعضاء اللجنة في موعد انتهاء مدة تلقي العروض، ويُعد محضر بذلك، وفي الحالات التي تتطلب تقديم عرض فني مستقل عن العرض المالي، تفتح العروض الفنية دون المالية، وتحدد اللائحة إجراءات فتح العروض.

٢- لأصحاب العروض حضور جلسات فتح العروض.

٣- على اللجنة خلال (ثلاثة) أيام من تاريخ فتح العروض؛ إحالة محضرها والعروض إلى لجنة فحص العروض.




١١



| | |
|---|---|
| الرقم | |
| التاريخ | ١٤هـ /  /  |
| المرفقات | |

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

**الفصل الرابع:**
**فحص العروض وصلاحية التعاقد**

**المادة الخامسة والأربعون:**

١- تكوّن لجنة أو أكثر بقرار من رئيس الجهة الحكومية أو من يفوضه لفحص العروض، وفقاً لما توضحه اللائحة. وتتولى هذه اللجنة فحص العروض وتقديم توصياتها في الترسية على أفضل العروض، وفقاً لأحكام النظام، ولها أن تستعين في إعداد توصياتها بتقارير من فنيين متخصصين.

٢- للجهة المختصة بالشراء الموحد أن تشارك في حضور جلسات لجنة فحص العروض، وتكون لها صلاحيات بقية أعضاء اللجنة.

٣- تصدر لجنة فحص العروض توصياتها، وتدوّن التوصيات في محضر مـع بيـان الـرأي المخـالف -إن وجد- وأسباب كل رأي، وجميع ما قامت به من أعمال واتخذته من إجراءات، ويعرض المحضر على صاحب الصلاحية للبت في الترسية بما يتفق مع أحكام النظام.

٤- لا يجوز الجمع بـين رئاسـة لجنـة فحص العـروض وصـلاحية البـت في الترسـية، كمـا لا يجـوز الجمع بين رئاسة لجنة فتح العروض ورئاسة لجنة فحص العروض أو العضوية فيهما.

**المادة السادسة والأربعون:**

١- تفحص العروض وفقاً للمعايير المنصوص عليها في وثائق المنافسة، وتستبعد العروض المخالفة، وترد الضمانات الابتدائية لأصحابها.

٢- في حال قدمت العروض في ملفين إلكترونيين أو في مظروفين مختومين، فيجب فحـص العروض الفنية دون المالية، وتستبعد العروض الفنية غير المقبولة وترد لهم العروض الماليـة دون فتحهـا مـع الضمانات الابتدائية لأصحابها.

٣- تفحص اللجنة العروض المالية للعروض الفنية المقبولة، وتقدم توصياتها على أفضـل العـروض، وفقـاً لمعايير التقييم المعلن عنها في وثائق المنافسة.

**المادة السابعة والأربعون:**

للجنة فحص العروض التفاوض مع صاحب أفضل عرض ثـم مـع مـن يليـه مـن المتنافسـين في الحالتين الآتيتين:

١- إذا ارتفع سعر أفضل عرض عن الأسعار السـائدة في السـوق بشكل ظاهر، تحدد اللجنة مبلغ التخفيض بما يتفق مع تلك الأسعار، وتطلب كتابياً من صاحب تخفيض سعره، فإن امتنع، أو لم يصل بسعره

١٢




الرقم
التاريخ    /    /    ١٤هـ
المرفقات

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

إلى المبلغ المحدد، فتتفاوض اللجنة مع صاحب العرض الذي يليه وهكذا مع بقية أصحاب العروض إلى أن يتم التوصل إلى السعر المحدد، فإن لم يُتوصل إليه تلغَ المنافسة.

٢- إذا زادت قيمة أفضل عرض على المبالغ المعتمدة للمشروع، تطلب اللجنة كتابيًا من صاحب تخفيض عرضه بما يتفق مع المبالغ المعتمدة، فإن امتنع أو لم يصل بسعره إلى المبلغ المطلوب، فتتفاوض اللجنة مع صاحب العرض الذي يليه وهكذا مع بقية أصحاب العروض إلى أن يُتوصل إلى سعر يتفق مع المبالغ المعتمدة، فإن لم يتم التوصل إليه؛ فللجهة الحكومية -بعد موافقة الجهة المختصة بالشراء الموحد- إلغاء بعض البنود أو تخفيضها للوصول إلى المبلغ المعتمد، على ألا يؤثر ذلك على الانتفاع بالمشروع أو ترتيب العروض، فإن تعذر إلغاء بعض بنود المشروع أو تخفيضها؛ تلغَ المنافسة.

## المادة الثامنة والأربعون:

لا يجوز استبعاد أي عرض بسبب تدني أسعاره إلا إذا قل بنسبة (٢٥٪) فأكثر عن التكلفة التقديرية والأسعار السائدة في السوق، بشرط أن تقوم لجنة فحص العروض بعد مراجعة الأسعار التقديرية بمناقشة صاحب العرض المنخفض، وأن تطلب منه كتابياً تقديم تفاصيل للعناصر المكونة لعرضه وشرح أسباب انخفاضه، وفي حال عدم اقتناع اللجنة بمقدرته على تنفيذ العقد، فيجوز لها التوصية باستبعاد العرض.

## المادة التاسعة والأربعون:

على الجهة الحكومية إعلان نتائج المنافسة، وإشعار بقية المتنافسين بذلك، وفقاً لما توضحه اللائحة.

## المادة الخمسون:

١- إذا لم يقدم إلا عرض واحد، أو قدمت عدة عروض واتضح أنها غير مطابقة لوثائق المنافسة -عدا عرض واحد-، فلا يجوز قبول هذا العرض إلا إذا كانت أسعاره مماثلة للأسعار السائدة في السوق وبعد موافقة رئيس الجهة الحكومية.

٢- تحدد اللائحة الأحكام اللازمة عند تساوي العروض.

## المادة الحادية والخمسون:

تلغى المنافسة في الحالات الآتية:

١- إذا كان في وثائق المنافسة أخطاء جوهرية لا يمكن تداركها.

٢- إذا اتُخذ إجراء مخالف لأحكام النظام أو اللائحة لا يمكن تصحيحه.

٣- إذا كان هناك مؤشرات واضحة على أن هناك احتيالاً أو ارتكاب أي من ممارسات الفساد، أو تواطؤاً بين المتنافسين أو أطراف لهم صلة بالمنافسة على نحو لا يمكن معه ترسية المنافسة بما يتفق مع أحكام النظام واللائحة.

١٣



الرقم
التاريخ　　/　/　١٤هـ
المرفقات

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

٤– إذا خالفت جميع العروض وثائق المنافسة.

٥– إذا اقتضت المصلحة العامة ذلك.

**المادة الثانية والخمسون:**

في حال إلغاء المنافسة ترد لأصحاب العروض قيمة وثائق المنافسة والضمانات الابتدائية، وفقاً لما توضحه اللائحة.

**الفصل الخامس:**
**فترة التوقف**

**المادة الثالثة والخمسون:**

تلتزم الجهة الحكومية بعد صدور قرار الترسية والإعلان عنه، بفترة توقف لا تقل عن (خمسة) أيام عمل ولا تزيد على (عشرة) أيام عمل؛ لا يجوز خلالها اعتماد الترسية وتوقيع العقد؛ وذلك لتمكين المتنافسين من التظلم من قرار الترسية.

**الفصل السادس:**
**الصلاحيات**

**المادة الرابعة والخمسون:**

١– تكون صلاحية البت في المنافسات لتنفيذ الأعمال وتأمين المشتريات والتكليف بالأعمال الإضافية لرئيس الجهة الحكومية، وله التفويض في الحالتين الآتيتين:

أ– البت في المنافسات لتنفيذ الأعمال وتأمين المشتريات بما لا يزيد على (عشرة ملايين) ريال.

ب– التكليف بالأعمال الإضافية بما لا يزيد على (خمسة ملايين) ريال للمشروع الواحد أو (١٠٪) من تكلفة المشروع؛ أيهما أقل.

٢– تكون صلاحية إلغاء المنافسة لرئيس الجهة الحكومية، وله التفويض في ذلك.

٣– تكون صلاحية إنهاء العقود لرئيس الجهة الحكومية، وله التفويض في ذلك.

٤– تكون صلاحية البت في الشراء المباشر لرئيس الجهة الحكومية، وله التفويض بما لا يزيد على (ثلاثة ملايين) ريال.

٥– تكون صلاحية البت والترسية في بيع المنقولات لرئيس الجهة الحكومية، وله التفويض في ذلك.

٦– يراعى أن يكون التفويض متدرجاً بحسب مسؤولية الشخص المفوض.

**الباب الرابع:**
**إبرام العقود وتنفيذها**
**الفصل الأول:**
**صياغة العقود ومدد تنفيذها**

**المادة الخامسة والخمسون:**

١– تُصاغ العقود ووثائقها وملحقاتها باللغة العربية، ويجوز استخدام لغة أخرى إلى جانب العربية على أن تكون العربية هي المعتمَدة في تفسير العقد وتنفيذه وتحديد مواصفاته ومخططاته والمراسلات المتعلقة به.





١٤

الرقم ـــــــــــــ

التاريخ  /  / ١٤هـ

المرفقات ـــــــــــ

المملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

٢- للجهة الحكومية الاكتفاء بالمراسلات المتبادلة بدلاً من تحرير العقد إذا كانت قيمة العقد لا تزيـد على (ثلاثمائة ألف) ريال.

**المادة السادسة والخمسون:**

١- لا تتجاوز مدة عقود الخـدمات ذات التنفيـذ المسـتمر، كالصـيانة والنظافـة والتشـغيل والإعاشـة، (خمس) سنوات، وتجوز زيادتها في العقود التي تتطلب طبيعتها ذلك؛ بعد موافقة الوزارة.

٢- يجب في جميع العقود أن تتناسب المدة المحددة لتنفيذ المشروع مع حجم الأعمـال وطبيعتهـا، ومع الاعتمادات السنوية المخصصة للصرف على المشروع.

٣- تُضَمن عقود الخـدمات ذات التنفيـذ المسـتمر شـروطاً تتعلـق بمسـتوى الأداء والتقيـيم المسـتمر؛ بحيث يجوز للجهة الحكومية إنهاء العقد أو تقليص الدفعات إذا لم يكـن الأداء مرضيـاً، وتوضح اللائحة ما يلزم لتنفيذ حكم هذه الفقرة.

**المادة السابعة والخمسون:**

تحدد اللائحة أنواع العقود التي يجوز للجهات الحكومية استخدامها.

**المادة الثامنة والخمسون:**

يجوز تضمين العقود بنوداً تتعلق بنقل المعرفة والتدريب ومهـارات التشـغيل إلى مـوظفي الجهـات الحكومية.

**المادة التاسعة والخمسون:**

١- يحرر العقد بين الجهة الحكومية وصاحب العرض الفائز بعد إبلاغه بقرار الترسـية وتقـديم خطـاب الضمان النهائي.

٢- يُمكِّن المتعاقد معه في عقود الإنشاءات العامة من البدء في تنفيذ العقد خـلال (سـتين) يومـاً مـن تاريخ إبلاغه بقرار الترسية، مالم تنص وثائق المنافسة على غير ذلك.

**المادة الستون:**

١- تلتزم الجهات الحكومية بعرض عقودها ـالتي تحددها اللائحة- على الوزارة لمراجعتها قبل توقيعها، وعلى الوزارة مراجعة تلك العقود خلال (خمسة عشر) يوم عمل من تاريخ ورودها إليها. فإن لم تـرد الوزارة خلال هذه المدة عُدت موافقة. ويستثنى مـن حكم هـذه المـادة الجهـات الـتي لـيس لهـا اعتمادات بالميزانية العامة للدولة.

٢- تحدد اللائحة ضوابط تطبيق هذه المادة.




١٥



الـمـمـلكة العربية الـسـعـودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

| الرقم | |
|---|---|
| التاريخ | / / ١٤ هـ |
| المرفقات | |

**الفصل الثاني:**
**الضمان النهائي**

**المادة الحادية والستون:**

١- يجب على من تتم الترسية عليه تقديم ضمان نهائي بنسبة (٥٪) مـن قيمـة العقـد، وذلك خـلال (خمسة عشر) يوم عمل من تاريخ إبلاغه بالترسية. ويجوز للجهة الحكومية تمديد هذه المدة لمـدة مماثلة. وإن تأخر عن ذلك فلا يُعاد إليه الضمان الابتدائي، ويتم التفاوض مع العرض الـذي يليـه، وفقاً لأحكام النظام، ويجوز زيادة نسبة الضمان بعد موافقة الوزير.

٢- يلتزم صاحب العرض -إذا كان من المنشآت الصغيرة والمتوسطة المحليـة- بـدفع غرامـة ماليـة إلى الجهة الحكومية تساوي قيمة الضمان الابتدائي، وذلك إذا قام بـسحب عرضه قبل انتهاء مدة سريان العروض، أو إذا لم يقدم الضمان النهائي في حال تمت الترسية عليه. وفي حال مرور (ستين) يومـاً من تاريخ سحب عرضه، أو من تاريخ أنتهاء مهلة تقديم الضمان النهائي دون أن يقوم بدفع الغرامة المالية المقررة؛ يعاقب بمنعه من التعامل مع الجهات الحكومية لمدة سنة.

٣- لا يلزم تقديم الضمان النهائي في الحالات الآتية:

أ- إذا كانت قيمة الأعمال والمشتريات لا تتجاوز (مائة ألف) ريال.

ب- التعاقد بين الجهات الحكومية.

ج- التعاقد مع مؤسسة أو جمعية أهلية أو كيان غير هادف إلى الربح.

د- التعاقد مع الشركات التي تملك الدولة فيها نسبة لا تقل عن (٥١٪) من رأس مالها.

هـ- إذا قام المتعاقد معه بتوريد جميع الأصناف التي رسا عليه توريدها، وقبلتها الجهة الحكوميـة نهائيًا خلال المدة المحددة لإيداع الضمان النهائي، أو قام بتوريد جزء منهـا وقُبـل هـذا الجزء وكان ثمنه يكفي لتغطية قيمة الضمان النهائي، عـلى ألا يصرف ما يغطي قيمة الضمان إلا بعد تنفيذ المتعاقد مع التزامه.

و- إذا كُلف المتعاقد بأعمال إضافية.

٤- يجب الاحتفاظ بالضمان النهائي إلى أن يفـي المتعاقـد معـه بالتزاماتـه ويستلم المشروع استلامـاً نهائياً، وفقاً لأحكام العقد وشروطه.

**المادة الثانية والستون:**

يخفض الضمان النهائي في عقود الخدمات ذات التنفيذ المستمر سنوياً بحسب ما يتم تنفيذه من الأعمال، على ألا يقل الضمان في جميع الأحوال عن (٥٪) من قيمة الأعمال المتبقية من العقد.

**المادة الثالثة والستون:**

تقبل الضمانات إذا كانت وفق أحد الأشكال الآتية:

١- خطاب ضمان بنكي من أحد البنوك المحلية.

٢- خطاب ضمان بنكي من بنك خارج المملكة يقدم بوساطة أحد البنوك المحلية.

٣- أي شكل آخر تحدده اللائحة.

وتوضح اللائحة شروط الضمانات وأحكامها ونماذجها.

١٦




الرقم
التاريخ    /    / ١٤هـ
المرفقات

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

## الفصل الثالث:
## المقابل المالي

**المادة الرابعة والستون:**

تدفع قيمة العقود بالريال السعودي، ويجوز أن تحدد الجهة الحكومية في وثائق المنافسة عملة أخرى أو أكثر على أن يكون ذلك بموافقة مسبقة من الوزارة.

**المادة الخامسة والستون:**

تكون القيمة الإجمالية للعقد شاملة جميع تكاليف تنفيذه وفقاً لشروطه، بما في ذلك قيمة الرسوم والضرائب التي يدفعها المتعاقد، ولا يجوز الإعفاء منها أو إعفاء أرباح المتعاقدين مع الجهة الحكومية أو دخول موظفيهم من الضريبة أو دفعها عنهم عدا ما استثني بنصّ نظاميّ خاصّ.

**المادة السادسة والستون:**

للجهة الحكومية أن تدفع للمتعاقد معها دفعة مقدمة مقابل ضمان بنكي مساوٍ لهذه القيمة، وفقاً لما توضحه اللائحة.

**المادة السابعة والستون:**

تصرف مستحقات المتعاقد مع الجهة الحكومية وفقاً لما توضحه اللائحة.

## الفصل الرابع:
## تعديل الأسعار وأوامر التغيير

**المادة الثامنة والستون:**

لا يجوز تعديل أسعار العقود أو الاتفاقيات الإطارية بالزيادة أو النقص إلا في الحالات الآتية:

١– تغير أسعار المواد أو الخدمات الرئيسة الداخلة في بنود المنافسة والتي تحددها اللائحة.

٢– تعديل التعرفة الجمركية أو الرسوم أو الضرائب.

٣– إذا حصلت أثناء تنفيذ العقد صعوبات مادية لم يكن بالإمكان توقعها.

توضح اللائحة الشروط والإجراءات اللازمة لتطبيق حكم هذه المادة.

**المادة التاسعة والستون:**

للجهة الحكومية –في حدود احتياجاتها الفعلية– إصدار أوامر تغيير بالزيادة في العقد بما لا يتجاوز (١٠٪) من قيمته، ولها إصدار أوامر تغيير بالتخفيض بما لا يتجاوز (٢٠٪) من قيمته، وفقاً لما توضحه اللائحة.

## الفصل الخامس:
## التنازل عن العقد والتعاقد من الباطن

**المادة السبعون:**

لا يجوز للمتعاقد مع المتعاقد عن التنازل عن العقد أو جزء منه لمقاول أو متعهد أو موردّ آخر إلا بعد الحصول على موافقة مكتوبة من الجهة الحكومية والوزارة، وتوضح اللائحة شروط وضوابط التنازل عن العقد أو جزء منه.




١٧



الرقم
التاريخ    /    /    ١٤ هـ
المرفقات

المملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

**المادة الحادية والسبعون:**

١- لا يجوز للمتعاقد معه التعاقد من الباطن مع مقاول أو متعهد أو موّرد آخر دون الحصول على موافقة مكتوبة من الجهة الحكومية، وتحدد اللائحة شروط التعاقد من الباطن وضوابطه.

٢- للجهة الحكومية تقديم الدفعات مباشرة إلى المقاول أو المتعهد أو المورّد من الباطن، وتحدد اللائحة شروط وضوابط ذلك.

٣- يكون المتعاقد معه –في جميع الأحوال– مسؤولاً بالتضامن مع المقاول أو المتعهد أو المورّد من الباطن عن تنفيذ العقد وفقاً لشروطه.

**الفصل السادس:**
**الغرامات وتمديد العقود**

**المادة الثانية والسبعون:**

إذا تأخر المتعاقد في تنفيذ العقد عن الموعد المحدد؛ تفرض عليه غرامة تأخير لا تتجاوز (٦٪) من قيمة عقد التوريد، ولا تتجاوز (٢٠٪) من قيمة العقود الأخرى، ويجوز زيادة تلك النسب بموافقة مسبقة من الوزير، على أن توضح تلك الزيادة للمتنافسين قبل تقديم عروضهم.

**المادة الثالثة والسبعون:**

إذا قصّر المتعاقد معه في عقود الخدمات ذات التنفيذ المستمر في تنفيذ التزاماته؛ تُفرض عليه غرامة لا تتجاوز (٢٠٪) من قيمة العقد، مع حسم قيمة الأعمال التي لم تُنفذ، ويجوز زيادة تلك النسبة بموافقة مسبقة من الوزير، على أن توضح تلك الزيادة للمتنافسين قبل تقديم عروضهم.

**المادة الرابعة والسبعون:**

يكون تمديد العقد والإعفاء من الغرامة في الحالات الآتية:

١- إذا كلف المتعاقد معه بأعمال إضافية، بشرط أن تكون المدة المضافة متناسبة مع حجم الأعمال وطبيعتها وتاريخ التكليف بها.

٢- إذا كانت الاعتمادات المالية السنوية للمشروع غير كافية لإنجاز العمل في الوقت المحدد.

٣- إذا كان التأخير يعود إلى الجهة الحكومية أو ظروف طارئة.

٤- إذا تأخر المتعاقد معه عن تنفيذ العقد لأسباب خارجة عن إرادته.

٥- إذا صدر أمر من الجهة الحكومية بإيقاف الأعمال أو بعضها لأسباب لا تعود إلى المتعاقد معه.

وتحدد اللائحة ضوابط وإجراءات تمديد العقود والإعفاء من الغرامة.

**الفصل السابع:**
**السحب الجزئي والتنفيذ على حساب المتعاقد معه**

**المادة الخامسة والسبعون:**

للجهة الحكومية سحب جزء من الأعمال والمشتريات وتنفيذها على حساب المتعاقد معه؛ إذا أخل بالتزاماته التعاقدية بعد إنذاره، وتوضح اللائحة ما يلزم لتطبيق هذه المادة.




١٨

| الرقم | |
|---|---|
| التاريخ | / / ١٤ هـ |
| المرفقات | |

الـمـملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

## الفصل الثامن:
## إنهاء العقود

### المادة السادسة والسبعون:

١- يجب على الجهة الحكومية إنهاء العقد في الحالات الآتية:

أ- إذا تبين أن المتعاقد معه قد شرع -بنفسه أو بوساطة غيره بطريق مباشر أو غير مباشر- في رشوة أحد موظفي الجهات الخاضعة لأحكام النظام أو حصل على العقد عن طريق الرشوة أو الغش أو التحايل أو التزوير أو التلاعب أو مارس أياً من ذلك أثناء تنفيذه للعقد.

ب- إذا أفلس المتعاقد معه، أو طلب إشهار إفلاسه، أو ثبت إعساره، أو صدر أمر بوضعه تحت الحراسة، أو كان شركة وجرى حلها أو تصفيتها.

ج- إذا تنازل المتعاقد معه عن العقد دون موافقة مكتوبة من الجهة الحكومية والوزارة.

٢- يجوز للجهة الحكومية إنهاء العقد في الحالات التالية:

أ- إذا تأخر المتعاقد معه عن البدء في العمل، أو تباطأ في تنفيذه، أو أخلّ بأي شرط من شروط العقد ولم يصحح أوضاعه خلال (خمسة عشر) يوماً من تاريخ إبلاغه كتابة بذلك.

ب- إذا توفي المتعاقد معه. وفي هذه الحالة ينهى العقد وتسوى المستحقات وتعاد الضمانات. وللجهة الحكومية الاستمرار في التعاقد مع الورثة -بعد موافقتهم- على أن يتوافر لديهم المؤهلات الفنية والضمانات اللازمة لإكمال تنفيذ العقد.

ج- إذا تعاقد المتعاقد معه لتنفيذ العقد من الباطن دون موافقة مكتوبة من الجهة الحكومية.

٣- يجوز في حال إنهاء العقد، طرح الأجزاء المتبقية منه بالأسلوب الذي طرحت به الأعمال والمشتريات، وللجهة الحكومية توجيه دعوة لإجراء منافسة محدودة لأصحاب العروض التي كانت تلي العرض الفائز في الترتيب، بحيث يُطلب منهم تقديم عروض جديدة ويجرى تقييمها وفقاً لأحكام النظام.

٤- تحدد اللائحة الشروط والإجراءات اللازمة لتطبيق أحكام هذه المادة.

### المادة السابعة والسبعون:

للجهة الحكومية إنهاء العقد إذا اقتضت المصلحة العامة ذلك، أو إذا تم الاتفاق على الإنهاء مع المتعاقد معه وذلك بعد موافقة الوزارة، وفقاً للشروط والإجراءات التي توضحها اللائحة.

### المادة الثامنة والسبعون:

يجب عند إنهاء العقد بموجب الفقرة (١) أو الفقرة (٢/أ) أو الفقرة (٢/ج) من المادة (السادسة والسبعين) من النظام، مصادرة الضمان النهائي دون إخلال بحق الجهة الحكومية في الرجوع على المتعاقد معه بالتعويض عما لحق بها من ضرر، وتزود اللجنة المنصوص عليها في المادة (الثامنة والثمانين) من النظام بنسخة من القرار؛ للنظر في منع التعامل مع المتعاقد مع الجهة الحكومية.

١٩




الـمـمـلكـة الـعربـيـة الـسـعـوديـة

هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

## الفصل التاسع:
## تقييم أداء المتعاقد معه

**المادة التاسعة والسبعون:**

تتولى الجهة الحكومية تقييم أداء المتعاقد معها بعد اكتمال تنفيذ تنفيذه للعقد، وذلك باستخدام نموذج تقييم أداء المتعاقدين. ولا تعلن نتائج تقييم أداء المتعاقدين؛ إلا بعد أن يكون قرار التقييم نهائياً. وتحدد اللائحة الضوابط والإجراءات اللازمة لتنفيذ ذلك، والأثر المترتب على ضعف أداء المتعاقد.

## الباب الخامس:
## بيع المنقولات

**المادة الثمانون:**

للجهة الحكومية التنازل عما تستغني عنه من منقولات إلى الجهات الحكومية والجهات التابعة لها، على أن تشعر الوزارة بذلك. وتُحيط الجهة الحكومية المالكة للمنقولات –من خلال البوابة– الجهات الحكومية بأصناف المنقولات وكمياتها، وتحدد لها مدة للإفصاح عن رغبتها فيها. فإن لم ترد خلال تلك المدة جاز لها بيعها عن طريق المزايدة العامة إذا بلغت قيمتها التقديرية (مائتي ألف) ريال فأكثر، بعد الإعلان عنها في البوابة وموقعها الإلكتروني؛ طبقاً لقواعد الإعلان عن المنافسات العامة.

**المادة الحادية والثمانون:**

تُباع المنقولات التي تقل قيمتها التقديرية عن (مائتي ألف) ريال؛ إما بالمزايدة العامة، أو بالطريقة التي تراها الجهة الحكومية محققة لمصلحة الخزينة العامة للدولة، بشرط أن تتيح الجهة المجال لأكبر عدد من المزايدين.

**المادة الثانية والثمانون:**

١- إذا كانت المزايدة بعروض مختومة، يقدم المزايد مع عرضه ضماناً ابتدائياً قدره (٢٪) من قيمة العرض.

٢- على من ترسو عليه المزايدة زيادة ضمانه إلى (٥٪) من قيمة عرضه، وذلك خلال (خمسة عشر) يوم عمل من تاريخ الترسية، وفي حال انتهاء تلك المدة دون زيادته فلا يُعاد إليه ضمانه الابتدائي، ولا يُفرج عن الضمان إلا بعد تسديد كامل قيمة المنقولات التي اشتراها وتكاليف نقلها، ويُعاد الضمان إلى من لم يرسُ عليه المزاد.

٣- إذا كانت المزايدة علنية يقدم من ترسو عليه المزايدة ضماناً قدره (٥٪) من قيمتها، ويجوز قبول الشيك المصرفي أو مبلغ نقدي كضمان في المزايدة العلنية.

**المادة الثالثة والثمانون:**

إذا لم يتقدم أحد للمزايدة بعد الإعلان عنها، فيعلن عنها مرة أخرى. فإن لم يتقدم أحد للمرة الثانية، فلصاحب الصلاحية الحق في دعوة مختصين في مجال الأصناف المراد بيعها وعرض بيعها

٢٠





الرقم
التاريخ    /    /  ١٤هـ
المرفقات

الـمـملكة العربية الـسـعودية

هيئة خبراء مجلس الوزراء
Bureau Of Experts At The Council Of Ministers

عليهم. فإن لم يقدم سعراً مناسباً، جاز منحها للجمعيات والمؤسسات الأهلية أو أي كيان غـير هـادف للربح، على أن تُشعر الوزارة بذلك.

**المادة الرابعة والثمانون:**

تحدد اللائحة إجراءات المزايدة وتكوين لجان البيع فيها.

**المادة الخامسة والثمانون:**

للجهة الحكومية تأمين بعض احتياجاتها بطريقة الاستئجار، أو استبدال مـا لـديها مـن منقـولات بأخرى جديدة، وفقاً للضوابط التي تحددها اللائحة.

**الباب السادس**
**النظر في الشكاوى والمخالفات والتظلمات**

**المادة السادسة والثمانون:**

١- تكوَّن بقرار من الوزير لجنة أو أكثر من المختصين، لا يقل عددهم عن خمسة ويحـدد فيـه رئيس اللجنة ونائبه، ويُنص في القرار على عضو احتياطي أو أكثر. ويعاد تشكيل هـذه اللجنة كـل ثـلاث سنوات، ويجوز تجديد العضوية فيها. ويصـدر الـوزير قـراراً يحـدد قواعـد عمـل اللجنـة وإجراءاتهـا، ويحدد مكافآت أعضائها وسكرتيرها.

٢- تختص اللجنة بما يلي:

أ- النظر في تظلمات المُتنافسين من قرار الترسية أو من أي قرار أو إجراء تتخذه الجهة الحكومية قبل قرار الترسية.

ب- النظر في تظلمات المتعاقد معهم من قرارات تقييم الأداء.

ج- النظر في طلبات تعديل الأسعار وفقاً لأحكام المادة (الثامنة والستون) من النظام.

٣- تكون قرارات اللجنة ملزمة للجهة الحكومية.

٤- يقدم المتظلم ضماناً يساوي نصف قيمة الضمان الابتدائي؛ يعاد إليه إذا ثبت صحة التظلم.

**المادة السابعة والثمانون:**

١- لكل متنافس الحق في التظلم أمام الجهة الحكومية من أي قرار اتخذته، قبـل قـرار الترسـية، وذلـك خلال (خمسة) أيام عمل من تاريخ صدور القرار، وله كذلك التظلم أمام الجهة الحكومية على قـرار الترسية، وذلك خلال فترة التوقف المشار إليها في المادة (الثالثة والخمسين) من النظام.

٢- يجب على الجهة الحكومية البت في التظلم خلال (خمسة عشر) يوم عمل من تـاريخ ورود الـتظلم، فإن مضت تلك المدة دون البت في التظلم عد رفضاً.

٣- للمتظلم خلال (ثلاثة) أيام من تاريخ إبلاغه بقرار رفض تظلمه أو مـن تـاريخ مضي المـدة المشـار إليها في الفقرة (٢) من هذه المادة دون البت في تظلمه؛ أن يـتظلم إلى اللجنـة المشـار إليهـا في المادة (السادسة والثمانين) من النظام.

٤- على اللجنة المشار إليها في المادة (السادسة والثمانين) من النظام، البت فيما يرد إليها من تظلمات وإبلاغ أصحاب الشأن خلال (خمسة عشر) يوم عمل من تاريخ ورودها إليها. وللجنة التمديد لمـدة مماثلة.




٢١

الرقم
التاريخ    /    /    ١٤هـ
المرفقات

الـمـملكة العربية السعودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

٥- لا يجوز للجهة الحكومية استكمال إجراءات التعاقد إلا بعد مراعاة الآتي:

أ- انتهاء فترة التوقف دون ورود تظلمات.

ب- في حال ورود تظلم وقبوله؛ يتم تصحيح ما تم اتخاذه من إجراءات مخالفة لأحكام النظام إن أمكن وإلا فتلغَ المنافسة. وفي حال صححت الجهة الحكومية ما اتخذته من إجراءات مخالفة لأحكام النظام، ونتج عن ذلك فوز عرض آخر؛ فيجب منح صاحب العرض المستبعد دون غيره فرصة لتقديم تظلمه من ذلك التغيير إلى الجهة الحكومية خلال مدة مماثلة لمدة التوقف، ويسري في شأن تظلمه حكم هذه المادة.

ج- في حال ورود تظلم ورفضه؛ ومضي الفترة المشار إليها في الفقرة (٤) من هذه المادة دون قيام اللجنة بإصدار قرار في التظلم.

**المادة الثامنة والثمانون:**

١- تكوَّن بقرار من الوزير لجنة أو أكثر من المختصين، لا يقل عددها عن خمسة ويحدد فيه رئيس اللجنة ونائبه، ويُنص في القرار على عضو احتياطي أو أكثر. ويعاد تشكيل هذه اللجنة كل ثلاث سنوات، ويجوز تجديد العضوية فيها. ويصدر الوزير قراراً يحدد قواعد عمل اللجنة وإجراءاتها، ويحدد مكافآت أعضائها وسكرتيرها.

٢- تتولى هذه اللجنة النظر في مخالفات المتنافسين والمتعاقد معهم لأحكام النظام والعقود المبرمة معهم.

٣- مع عدم الإخلال بأي عقوبة ينص عليها أي نظام آخر؛ للجنة أن تصدر في حق المخالف قراراً بمنعه من التعامل مع الجهات الحكومية مدة لا تتجاوز خمس سنوات، أو بتخفيض تصنيفه -إن وجد- أو بهما معاً.

٤- يجوز للجنة بدلاً من تطبيق عقوبة المنع في حق المخالف؛ أن تفرض عليه غرامة مالية بنسبة لا تتجاوز (١٠٪) من القيمة الإجمالية لعرضه.

٥- تكون قرارات اللجنة نافذة من تاريخ صدورها، ما لم يصدر أمر من المحكمة الإدارية بوقف تنفيذها.

٦- يجوز التظلم من قرارات اللجنة أمام المحكمة الإدارية، خلال (ستين) يوماً من تاريخ العلم بالقرار.

٧- ينشر ملخص القرار على نفقة المخالف في إحدى الصحف المحلية أو في أي وسيلة أخرى مناسبة، في الحالتين التاليتين:

أ- إذا مضت المدة المشار إليها في الفقرة (٦) من هذه المادة، دون أن يتظلم صاحب الشأن أمام المحكمة الإدارية.

ب- إذا صدر حكماً نهائياً من المحكمة الإدارية بتأييد قرار اللجنة.

**الباب السابع:**
**أحكام ختامية**

**المادة التاسعة والثمانون:**

للجهات الحكومية التعاقد فيما بينها بطريق الاتفاق المباشر، بشرط أن تتولى بنفسها تنفيذ الأعمال أو تأمين المشتريات، ولها كذلك أن تنوب عن بعضها في مباشرة إجراءات التعاقد.

٢٢




الرقم

التاريخ / / ١٤ هـ

المرفقات

الـمملكة العربية السعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

**المادة التسعون:**

يكون التعاقد مع المصرح لهم بالعمل مباشرة، ولا تجوز الوساطة في التعاقد، ولا يُعد وسيطاً الموزّع أو الوكيل المعتمد من المنتج الأصلي.

**المادة الحادية والتسعون:**

تلتزم الجهة الحكومية باستخدام النماذج المعتمدة للعقود، ووثائق المنافسة، ووثائق التأهيل المسبق، ونماذج تقييم أداء المتعاقدين، وأي وثيقة أخرى تتطلبها طبيعة الأعمال أو المشتريات.

**المادة الثانية والتسعون:**

١- على الجهة الحكومية تنفيذ التزاماتها في العقد وفقاً لشروطه، وإذا أخلّت بتنفيذ التزاماتها جاز للمتعاقد معها التقدم إلى المحكمة الإدارية للمطالبة بالتعويض.

٢- للجهة الحكومية –بعد موافقة الوزير– الاتفاق على التحكيم وفق ما توضحه اللائحة.

٣- تحدد اللائحة وسائل أخرى لحل النزاعات التي تطرأ أثناء تنفيذ العقود.

**المادة الثالثة والتسعون:**

تلتزم الشركات التي تنفذ الأعمال والمشتريات نيابة عن الجهات الحكومية بتطبيق أحكام النظام.

**المادة الرابعة والتسعون:**

كل مخالفة لأي حكم من أحكام النظام تعرّض الموظف المسؤول عنها للمساءلة التأديبية، وفقاً لأحكام نظام تأديب الموظفين ونظام العمل وغيرها من الأحكام الجزائية الأخرى المطبقة على الموظفين والعاملين، وللجهة الحكومية الحق في إقامة الدعوى المدنية على المخالف عند الاقتضاء.

**المادة الخامسة والتسعون:**

إذا ظهرت حاجة إلى استثناء حكم من أحكام النظام؛ فيرفع إلى رئيس مجلس الوزراء لتكوين لجنة لا يقل عدد أعضائها عن ثلاثة يكون من بينهم الوزير ورئيس مجلس إدارة الهيئة ورئيس الجهة الحكومية المختص لدراسة الموضوع، مع تحديد محل الاستثناء ومسوغاته والرفع بما يرونه إلى رئيس مجلس الوزراء للتوجيه بما يراه.

**المادة السادسة والتسعون:**

مع مراعاة ما تنص عليه الأنظمة ذات العلاقة، تعد الوزارة الآتي:

١- لائحة لتنظيم تعارض المصالح بشأن تطبيق أحكام النظام واللائحة.

٢- لائحة لتنظيم سلوكيات وأخلاقيات القائمين على تطبيق أحكام النظام واللائحة.

٣- لائحة تفضيل المحتوى المحلي والمنشآت الصغيرة والمتوسطة المحلية والشركات المدرجة في السوق المالية في الأعمال والمشتريات، وذلك بالاشتراك مع الهيئة والهيئة العامة للمنشآت الصغيرة والمتوسطة وهيئة السوق المالية، على أن تشمل:

أ- آليات تفضيل المحتوى المحلي وكيفية احتساب وتطبيقه في الأعمال والمشتريات بما في ذلك نسبة أفضلية في التقييم الفني والمالي للعروض أو نسبة إلزامية للمحتوى المحلي من القيمة الإجمالية للعقد.




٢٣





الـمملكة الـعربية الـسعودية

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

| الرقم | |
|---|---|
| التاريخ | / / ١٤ هـ |
| المرفقات | |

ب- آلية تفضيل المنشآت الصغيرة والمتوسطة المحلية والشـركات المدرجـة في الـسـوق المالية في الأعمال والمشتريات بما في ذلك نسبة أفضلية في تقييم العروض أو نطاق سـعر محـدد أو نـسـبة مئوية من القيمة الإجمالية للعقود.

ج- الغرامات المترتبة بسبب عدم التزام المتعاقدين لمتطلبات المحتوى المحلي.

يصدر مجلس الوزراء اللوائح المشار إليها في هذه المادة خلال (مائة وعشرين) يوماً، ويعمل بهـا مـن تاريخ العمل بالنظام.

**المادة السابعة والتسعون:**

يصدر الوزير اللائحة خلال (مائة وعشرين) يوماً من تـاريخ نـشر النظـام في الجريـدة الرسميـة، ويعمل بها من تاريخ العمل بالنظام.

**المادة الثامنة والتسعون:**

يحل هذا النظام محل نظام المنافسـات والمشتريات الحكوميـة، الصـادر بالمرسـوم الملكي رقـم (م/٥٨) وتاريخ ١٤٢٧/٩/٤ هـ، ويُلغي ما يتعارض معه من أحكام.

**المادة التاسعة والتسعون:**

يعمل بالنظام بعد مضي (مائة وعشرين) يوماً من تاريخ نشره في الجريدة الرسمية.





٢٤

# EXHIBIT 28

# TO ALARFAJ EXPERT OPINION

**Council of Ministers Resolution No. 162 dated 17/06/1423H (corresponding to August 25, 2002). (Excerpts)**

**[Attorney Translation]**

**[The Council of Ministers] has resolved the following:**

1.  The Ministry of Justice will publish selected final judgments issued from the courts, after such judgments are categorized and anonymized.  The selection will be based on the methodology described in Article 89 of the Law of the Judiciary promulgated by Royal Decree No. M/64 dated 14/07/1395H [corresponding to October 01, 2007].

2.  The Board of Grievances will resume publishing final judgments issued by it as provided by Article 47 of its law, effective as of this Resolution.  [The Board of Grievances] will work on publishing prior judgments which were not published.

. . .





الأعلى





المملكة العربية السعودية

مجلس الوزراء

الأمانة العامة

(٢)

للنشر وفقاً للطريقة المبينة في المادة (٨٩) من نظـام القضـاء ، الصـادر بالمرسوم الملكي رقم (م/٦٤) وتاريخ ١٣٩٥/٧/١٤هـ .

٢ – يقوم ديوان المظالم باستكمال نشر الأحكام النهائية الصادرة عنـه تنفيـذاً لمـا ورد في المادة (٤٧) من نظامه ، وذلك ابتداءً مـن نفـاذ هـذا القـرار ، والعمـل علـى نشر الأحكام السابقة التي لم تنشر .

٣ – تنشر القرارات الصادرة عن لجان الأوراق التجارية ولجان العمل في نشرات دورية .

٤ – عند طباعة الأحكام وتوزيعها تحصل الجهة المختصة على عائدات البيع أو جزء منها .

نائب رئيس مجلس الوزراء

المركز الوطني للوثائق والمحفوظات

# EXHIBIT 29

# TO ALARFAJ EXPERT OPINION

**Saudi Press Agency**

Politics/ The issuance of three Royal Orders

Tuesday 1/3/1444H [corresponding to September 27, 2022] SPA

<div align="center">

**Royal Order**
**No.: A/62**
**Dated 01/03/1444 H** [corresponding to September 27, 2022]

</div>

**With the help of Allah**
**We, Salman bin Abdul-Aziz Al Saud**
**King of the Kingdom of Saudi Arabia**

Pursuant to the Basic Law of Governance, promulgated by Royal Order No. (A/90) dated 27/08/1412 H [corresponding to March 1, 1992];

Pursuant to the Council of Ministers Law, promulgated by Royal Order No. (A/13) dated 03/03/1414 H [corresponding to August 20, 1992];

Pursuant to the Royal Order No. A/138 dated 20/04/1440 H [corresponding to December 27, 2018] that restructures the Council of Ministers, and to the relevant Royal Orders;

Pursuant to the Royal Order A/62 dated 01/03/1444 H [corresponding to September 27, 2022]

And for public interest,

We order the following:

**First,** the Council of Ministers shall be restricted according to the following:

1. His Royal Highness the Prince/ Mohammed bin Salman Bin Abdulaziz Al Saud, the Crown Prince, as the Prime Minister

…

16. Doctor/ Ibrahim Abdulaziz Alassaf as a Minister of State

…

19. Doctor/ Majed Bin Abdullah AlQasabi as Minister of Commerce and acting Minister of Media

20. Mister/ Mohammed bin Abdulmalik Al Shaikh

…

25. Mister/ Mohammed Bin Abdullah Bin Abdulaziz AlJadaan as Minister of Finance

…

31. Mister/ Ahmed Bin Aqeel Alkhateeb as a Minister of Tourism

32. Engineer/ Khaled Bin Abdulaziz Alfaleh as a Minister of Investment

…

**Salman Bin Abdulaziz**



وكالة الانباء السعودية

سياسي / صدور ثلاثة أوامر ملكية

الثلاثاء 1444/3/1 هـ الموافق 2022/09/27 م واس







جدة 1 ربيع الأول 1444 هـ الموافق 27 سبتمبر 2022 م واس

صدرت اليوم ثلاثة أوامر ملكية فيما يلي نصوصها:

الرقم : أ / 61

التاريخ : 1 / 3 / 1444هـ

بعون الله تعالى

نحن سلمان بن عبدالعزيز آل سعود

ملك المملكة العربية السعودية

بعد الاطلاع على النظام الأساسي للحكم، الصادر بالأمر الملكي رقم ( أ / 90 ) بتاريخ 27 / 8 / 1412هـ.

وبعد الاطلاع على نظام مجلس الوزراء الصادر بالأمر الملكي رقم ( أ / 13 ) بتاريخ 3 / 3 / 1414هـ .

أمرنا بما هو آت :

أولاً : يكون صاحب السمو الملكي الأمير / محمد بن سلمان بن عبدالعزيز آل سعود ولي العهد رئيساً لمجلس الوزراء ؛ استثناءً من حكم المادة (السادسة والخمسين) من النظام الأساسي للحكم، ومن الأحكام ذوات الصلة الواردة في نظام مجلس الوزراء.

ثانياً : تكون جلسات مجلس الوزراء التي نحضرها برئاستنا.

ثالثاً : يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه.

سلمان بن عبدالعزيز آل سعود

-------------------------------------------------------------------------------------------------------

الرقم : أ / 62

التاريخ : 1 / 3 / 1444هـ

بعون الله تعالى

نحن سلمان بن عبدالعزيز آل سعود

ملك المملكة العربية السعودية

بعد الاطلاع على النظام الأساسي للحكم، الصادر بالأمر الملكي رقم ( أ / 90 ) بتاريخ 27 / 8 / 1412هـ.

وبعد الاطلاع على نظام مجلس الوزراء، الصادر بالأمر الملكي رقم ( أ / 13 ) بتاريخ 3 / 3 / 1412هـ.

وبعد الاطلاع على الأمر الملكي رقم ( أ / 138 ) بتاريخ 20 / 4 / 1440هـ ، الصادر بإعادة تشكيل مجلس الوزراء، وعلى الأوامر الملكية ذوات الصلة.

وبعد الاطلاع على الأمر الملكي رقم ( أ / 61 ) بتاريخ 1 / 3 / 1444هـ.

وبناء على مقتضيات المصلحة العامة.

أمرنا بما هو آت:

أولاً : إعادة تشكيل مجلس الوزراء على النحو التالي :

1. صاحب السمو الملكي الأمير / محمد بن سلمان بن عبدالعزيز آل سعود ولي العهد رئيساً لمجلس الوزراء.

2. صاحب السمو الملكي الأمير الدكتور / منصور بن متعب بن عبدالعزيز آل سعود وزير دولة.

3. صاحب السمو الملكي الأمير / عبدالعزيز بن سلمان بن عبدالعزيز آل سعود وزيراً للطاقة.

4. صاحب السمو الملكي الأمير / تركي بن محمد بن فهد بن عبدالعزيز آل سعود وزير دولة.

5. صاحب السمو الملكي الأمير / عبدالعزيز بن تركي بن فيصل بن عبدالعزيز آل سعود وزيراً للرياضة.

6. صاحب السمو الملكي الأمير / عبدالعزيز بن سعود بن نايف بن عبدالعزيز آل سعود وزيراً للداخلية.

7. صاحب السمو الملكي الأمير / عبدالله بن بندر بن عبدالعزيز آل سعود وزيراً للحرس الوطني.

8 . صاحب السمو الملكي الأمير / خالد بن سلمان بن عبدالعزيز آل سعود وزيراً للدفاع.

9 صاحب السمو الأمير / فيصل بن فرحان بن عبدالله بن فيصل بن فرحان آل سعود وزيراً للخارجية.

10. صاحب السمو الأمير / بدر بن عبدالله بن محمد بن فرحان آل سعود وزيراً للثقافة.

11. الشيخ / صالح بن عبدالعزيز بن محمد بن إبراهيم آل الشيخ وزير دولة.

12 . الدكتور / عبداللطيف بن عبدالعزيز بن عبدالرحمن آل الشيخ وزيراً للشؤون الإسلامية والدعوة والإرشاد.

13. الدكتور / وليد بن محمد الصمعاني وزيراً للعدل.

14. الدكتور / مطلب بن محمد النفيسة وزير دولة.

15. الدكتور/ مساعد بن محمد العيبان وزير دولة.

16. الدكتور / إبراهيم بن عبدالعزيز العساف وزير دولة.

17. الدكتور / توفيق بن فوزان بن محمد الربيعة وزيراً للحج والعمرة.

18. الدكتور / عصام بن سعد بن سعيد وزير دولة لشؤون مجلس الشورى.

19. الدكتور / ماجد بن عبدالله القصبي وزيراً للتجارة ووزيراً مكلفاً للإعلام.

20. الأستاذ / محمد بن عبدالملك آل الشيخ وزير دولة.

21. المهندس / عبدالرحمن بن عبدالمحسن الفضلي وزيراً للبيئة والمياه والزراعة.

22. الأستاذ / خالد بن عبدالرحمن العيسى وزير دولة.

23. الأستاذ / عادل بن أحمد الجبير وزير دولة للشؤون الخارجية.

24. الأستاذ / ماجد بن عبدالله بن حمد الحقيل وزيراً للشؤون البلدية والقروية والإسكان.

25. الأستاذ / محمد بن عبدالله بن عبدالعزيز الجدعان وزيراً للمالية.

26- المهندس/ عبدالله بن عامر السواحة وزيراً للاتصالات وتقنية المعلومات.

27- المهندس/ أحمد بن سليمان بن عبدالعزيز الراجحي وزيراً للموارد البشرية والتنمية الاجتماعية.

28- الدكتور/ حمد بن محمد بن حمد آل الشيخ وزير دولة.

29- الأستاذ/ بندر بن ابراهيم بن عبدالله الخريف وزيراً للصناعة والثروة المعدنية.

30- المهندس/ صالح بن ناصر بن العلي الجاسر وزيراً للنقل والخدمات اللوجستية.

31- الأستاذ/ أحمد بن عقيل الخطيب وزيراً للسياحة.

32- المهندس/ خالد بن عبدالعزيز الفالح وزيراً للاستثمار.

33- الأستاذ/ فيصل بن فاضل بن محسن الابراهيم وزيراً للاقتصاد والتخطيط.

<div dir="rtl">

34- الأستاذ/ فهد بن عبدالرحمن بن داحس الجلاجل وزيراً للصحة.

35- الأستاذ/ يوسف بن عبدالله بن محمد البنيان وزيراً للتعليم.

ثانياً: يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه.

سلمان بن عبدالعزيز آل سعود

--------------------------------------------------------------------------------

الرقم : أ / 63

التاريخ : 1 / 3 / 1444هـ

بعون الله تعالى

نحن سلمان بن عبدالعزيز آل سعود

ملك المملكة العربية السعودية

بعد الاطلاع على النظام الأساسي للحكم، الصادر بالأمر الملكي رقم ( أ / 90 ) بتاريخ 27 / 8 / 1412هـ.

وبعد الاطلاع على نظام الوزراء ونواب الوزراء وموظفي المرتبة الممتازة، الصادر بالمرسوم الملكي رقم ( م / 10 ) بتاريخ 18/ 3 / 1391هـ .

وبناءً على الأمر الملكي رقم ( أ / 14 ) بتاريخ 3 / 3 / 1414هـ.

أمرنا بما هو آت :

أولاً : يعين الأستاذ / طلال بن عبدالله بن تركي العتيبي مساعداً لوزير الدفاع بالمرتبة الممتازة.

ثانياً : يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه.

سلمان بن عبدالعزيز آل سعود

// انتهى //

20:16ت م

0189

</div>



www.spa.gov.sa/w1790708 (https://www.spa.gov.sa/w1790708)

# EXHIBIT 30

# TO ALARFAJ EXPERT OPINION

**Royal Order No. A/139 dated 20/04/1440H (corresponding to December 27, 2018)
(Excerpts)**

**[Attorney Translation]**

**[We, Salman bin Abdulaziz Al Saud, King of the Kingdom of Saudi Arabia] have ordered the following:**

**First**:  The Council of Political and Security Affairs is restructured as follows:

1- The Crown Prince, Deputy Chairman of the Council of Ministers, Minister of Defense; Chairman

. . .





**الرقـم:** ١٣٩/أ

**التاريخ:** ١٤٤٠/٤/٢٠هـ

بعون اللـــه تعــالــى

نحــن سلمـــان بـــن عبدالعزيــز آل سعـــود

ملــك المملكـــــة العربيــة السعوديــة

بعد الاطلاع على نظام مجلس الـوزراء، الصادر بـالأمر الملكي رقـم (أ/١٣) بتاريخ ١٤١٤/٣/٣هـ.

وبعد الاطلاع على الأوامر الملكية رقم (أ/٦٩) بتاريخ ١٤٣٦/٤/٩هـ، ورقم (أ/٧٠) بتاريخ ١٤٣٦/٤/٩هـ، ورقم (أ/٢٦٦) بتاريخ ١٤٣٦/١٠/٨هـ، وعلى الأوامر الملكية ذوات الصلة بتشكيل مجلس الشؤون السياسية والأمنية.

وبعد الاطلاع على الأمر الملكي رقم (أ/ ١٣٨) بتاريخ ١٤٤٠/٤/٢٠هـ القاضي بإعادة تشكيل مجلس الوزراء.

أمرنا بما هو آت:

**أولاً** : إعادة تشكيل مجلس الشؤون السياسية والأمنية على النحو الآتي:

١- ولـي العهـد نائب رئيس مجلـس الـوزراء وزيـر الـدفاع ........................ رئيســـاً

٢- وزيـــــــر الداخليـــــــة ........................ عضــــواً

٣- الشـيخ/ صالـح بـن عبـدالعزيز آل الشـيخ وزيـــر الدولـــة وعضـــو مجلـــس الـــوزراء ........................ عضــــواً

٤- الـدكتور/ مسـاعد بـن محمـد العيبـان وزيـــر الدولـــة وعضـــو مجلـــس الـــوزراء ........................ عضــــواً

٥- وزيـــــــر الخارجيـــــــة ........................ عضــــواً

٦- الأســـتاذ/ خالـــد بـن عبـدالرحمن العيسـى وزيـــر الدولـــة وعضـــو مجلـــس الـــوزراء ........................ عضــــواً







٧- الأستاذ/ عـــادل بــن أحمـد الجـبير

وزيـر الدولة للشـؤون الخارجيـة وعضـو مجلس الـوزراء                          عضــــــــــواً

٨- وزيـــــــــر الإعـــــــــلام                          عضـــواً

٩- رئــــيس الاسـتخبارات العامــة                          عضـــواً

١٠- رئـــيس أمـــن الدولـة                          عضـــواً

١١- مستشـــار الأمـــن الـــوطني                          عضواً ومشـرفاً على
أمانـة المجلـس

ثانياً  : يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه.

سلمان بن عبدالعزيز آل سعود

# EXHIBIT 31

# TO ALARFAJ EXPERT OPINION

**Royal Order No. A/140 dated 20/04/1440H (corresponding to December 27, 2018)
(Excerpts)**

**[Attorney Translation]**

**[We, Salman bin Abdulaziz Al Saud, King of the Kingdom of Saudi Arabia] have ordered
the following:**

**First**:   The Council of Economic and Development Affairs is restructured as follows:

  1-  The Crown Prince, Deputy Chairman of the Council of Ministers, Minister of
     Defense; Chairman

<div align="center">. . .</div>

  5-  Dr. Ibrahim bin Abdulaziz Al-Assaf; Member

<div align="center">. . .</div>

  8-  Minister of Commerce and Investment; Member

<div align="center">. . .</div>

  10-  Mr. Mohammed bin Abdul Malek Al-Shaikh; Member

<div align="center">. . .</div>

  12-  Minister of Energy, Industry and Mineral Wealth; Member

<div align="center">. . .</div>

  16-  Minister of Finance; Member

<div align="center">. . .</div>

  23-  Mr. Ahmed bin Aqeel Al-Khateeb; Member

سلمان بن عبدالعزيز آل سعود

الرقم: أ / 139

التاريخ: 20 / 4 / 1440هـ

بعون الله تعالى

نحن سلمان بن عبدالعزيز آل سعود

ملك المملكة العربية السعودية

بعد الاطلاع على نظام مجلس الوزراء، الصادر بالأمر الملكي رقم (13/أ) بتاريخ 3/3/1414هـ.

وبعد الاطلاع على الأوامر الملكية رقم (69/أ) بتاريخ 9 / 4 / 1436هـ، ورقم (70/أ) بتاريخ 9 / 4 / 1436هـ، ورقم (266/أ) بتاريخ 8 / 10 / 1436هـ، وعلى الأوامر الملكية ذوات الصلة بتشكيل مجلس الشؤون السياسية والأمنية.

وبعد الاطلاع على الأمر الملكي رقم (138/أ) بتاريخ 20 / 4 / 1440هـ القاضي بإعادة تشكيل مجلس الوزراء.

أمرنا بما هو آت:

أولاً: إعادة تشكيل مجلس الشؤون السياسية والأمنية على النحو الآتي:

1- ولي العهد نائب رئيس مجلس الوزراء وزير الدفاع رئيساً

2- وزير الداخلية عضواً

3- الشيخ/ صالح بن عبدالعزيز آل الشيخ

وزير الدولة وعضو مجلس الوزراء عضواً

4- الدكتور/ مساعد بن محمد العيبان

وزير الدولة وعضو مجلس الوزراء عضواً

5- وزير الخارجية عضواً

6- الأستاذ/ خالد بن عبدالرحمن العيسى

وزير الدولة وعضو مجلس الوزراء  عضواً

7- الأستاذ/ عادل بن أحمد الجبير

وزير الدولة للشؤون الخارجية وعضو مجلس الوزراء عضواً

8- وزير الإعلام عضواً

9- رئيس الاستخبارات العامة  عضواً

10- رئيس أمن الدولة عضواً

11- مستشار الأمن الوطني عضواً ومشرفاً على أمانة المجلس

ثانياً: يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه.

سلمان بن عبدالعزيز آل سعود

الرقم: أ / 140

التاريخ:20 / 4 / 1440 هـ

بعون الله تعالى

نحن سلمان بن عبدالعزيز آل سعود

ملك المملكة العربية السعودية

بعد الاطلاع على نظام مجلس الوزراء، الصادر بالأمر الملكي رقم ( 13 / أ )

بتاريخ 3 / 3 / 1414 هـ.

وبعد الاطلاع على الأوامر الملكية رقم ( 69 / أ ) بتاريخ 9 / 4 / 1436هـ، ورقم ( 70 / أ ) بتاريخ 9 / 4 / 1436 هـ، ورقم ( 266 / أ ) بتاريخ 8 / 10 / 1436هـ، وعلى الأوامر الملكية ذوات الصلة بتشكيل مجلس الشؤون الاقتصادية والتنمية.

وبعد الاطلاع على الأمر الملكي رقم ( 138 / أ ) بتاريخ 20 / 4 / 1440 هـ القاضي بإعادة تشكيل مجلس الوزراء.

أمرنا بما هو آت:

أولاً : إعادة تشكيل مجلس الشؤون الاقتصادية والتنمية على النحو الآتي:

1- ولي العهد نائب رئيس مجلس الوزراء وزير الدفاع رئيساً

2- وزير الثقافة عضواً

3- وزير العدل عضواً

4- الدكتور/ مساعد بن محمد العيبان وزير الدولة وعضو مجلس الوزراء عضواً

5- الدكتور/ إبراهيم بن عبدالعزيز العساف عضواً

6- وزير الصحة عضواً

7- الدكتور/ عصام بن سعد بن سعيد وزير الدولة وعضو مجلس الوزراء عضواً

8- وزير التجارة والاستثمار  عضواً

9- وزير الشؤون البلدية والقروية عضواً

10- الأستاذ/ محمد بن عبدالملك آل الشيخ وزير الدولة وعضو مجلس الوزراء عضواً

11- وزير البيئة والمياه والزراعة عضواً

12- وزير الطاقة والصناعة والثروة المعدنية عضواً

13- وزير الإسكان عضواً

14- وزير الخدمة المدنية عضواً

15- وزير الحج والعمرة عضواً

16- وزير المالية  عضواً

17- وزير الاتصالات وتقنية المعلومات عضواً

18- وزير النقل عضواً

19- وزير الاقتصاد والتخطيط عضواً

20- وزير العمل والتنمية الاجتماعية عضواً

21- وزير التعليم عضواً

22- وزير الإعلام عضواً

23- الأستاذ/ أحمد بن عقيل الخطيب عضواً

24- رئيس هيئة الخبراء بمجلس الوزراء عضواً

25- الدكتور/ غسان بن عبدالرحمن الشبل عضواً

26- أمين اللجنة المالية بالديوان الملكي عضواً

ثانياً: يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه.

سلمان بن عبدالعزيز آل سعود

الرقم : أ / 141

التاريخ:20 / 4 / 1440هـ

بعون الله تعالى

نحن سلمـان بن عبدالعزيـز آل سـعود

ملك المملكـة العربيـة السعودية

بعد الاطلاع على النظام الأساسي للحكم، الصادر بالأمر الملكي رقم ( أ / 90 ) تاريخ 27 / 8 / 1412هـ.

وبعد الاطلاع على نظام مجلس الوزراء، الصادر بالأمر الملكي رقم ( أ / 13) بتاريخ 3 / 3 / 1414هـ، وتعديلاته.

وبعد الاطلاع على الأنظمة والأوامر والمراسيم الملكية والقرارات ذوات الصلة.

ورغبة في تطوير أجهزة الدولة بما يحقق مزيداً من الجودة في الأداء والسرعة في الإنجاز.

وبناءً على ما تقتضيه المصلحة العامة.

أمرنا بما هو آت:

أولاً : تعديل المادة (30) من نظام مجلس الوزراء لتصبح بالنص الآتي: "يبين النظام الداخلي لمجلس الوزراء تشكيلاته الإدارية واختصاصاتها وكيفية قيامها بأعمالها".

ثانياً : ينشأ جهاز باسم "ديوان مجلس الوزراء"، يتولى المهمات ذوات الصلة بممارسة مجلس الوزراء ورئاسته اختصاصاتهما.

ثالثاً: تلحق بديوان مجلس الوزراء الأمانة العامة لمجلس الوزراء، وهيئة الخبراء بمجلس الوزراء، والأجهزة المرتبطة بالديوان الملكي وإداراته ذوات الصلة بمهمات ديوان مجلس الوزراء.

رابعاً: تستمر الأجهزة والإدارات المشار إليها في البند (ثالثاً) من أمرنا هذا في ممارسة اختصاصاتها إلى حين مباشرة ديوان مجلس الوزراء مهماته.

خامساً : تشكل لجنة من الديوان الملكي، والأمانة العامة لمجلس الوزراء، وهيئة الخبراء بمجلس الوزراء، تتولى حصر الأجهزة والإدارات ذوات الصلة بمهمات ديوان مجلس الوزراء، وإعداد الترتيبات اللازمة والبرنامج الزمني لمباشرة ديوان مجلس الوزراء مهماته، ورفع ما يتم التوصل إليه خلال العام المالي ( 1440 / 1441هـ ).

سادساً: ضم المراسيم الملكية إلى الديوان الملكي، وتُشكل لجنة من الديوان الملكي والمراسيم الملكية لوضع الترتيبات اللازمة والبرنامج الزمني لإنفاذ ذلك خلال العام المالي ( 1440 / 1441هـ )، وتستمر المراسيم الملكية في ممارسة مهماتها خلال تلك المدة.

# EXHIBIT 32

# TO ALARFAJ EXPERT OPINION

**Saudi Press Agency**

General/ The appointment of H.E. Mohamed Al-Twaijri as a Royal Court Advisor with the rank of a Minister

Tuesday 11/7/1441H [corresponding to March 06, 2020] SPA

<div align="center">

**Royal Order**
**No.: A/493**
**Dated 11/07/1441 H** [corresponding to March 06, 2020]

</div>

**With the help of Allah**
**We, Salman bin Abdul-Aziz Al Saud**
**King of the Kingdom of Saudi Arabia**

Pursuant to the Basic Law of Governance, promulgated by Royal Order No. (A/90) dated 27/08/1412 H [corresponding to March 1, 1992];

Pursuant to the Law of Ministers, Vice Ministers and Grade "Excellent" Employees, promulgated by Royal Decree No. (M/10) dated 18/03/1391 H [corresponding to May 13, 1971];

Pursuant to Royal Order (A/14 ) dated 03/03/1414 H [corresponding to August 20, 1992];

We order the following:

**First,** His Excellency, Mister/ Mohamed bin Mazyed Al-Twaijri is appointed as an Advisor in the Royal Court with a rank of a Minister

…

<div align="right">

**Salman Bin Abdulaziz**

</div>



وكالة الأنباء السعودية

عام / أمر ملكي : تعيين معالي الأستاذ محمد التويجري مستشاراً بالديوان الملكي بمرتبة وزير

الجمعة 1441/7/11 هـ الموافق 2020/03/06 م واس

الرياض 10 رجب 1441هـ الموافق 5 مارس 2020م واس

صدر اليوم أمر ملكي فيما يلي نصه :

الرقم: أ / 493

التاريخ : 11 / 7 / 1441هـ

بعون الله تعالى

نحن سلمان بن عبدالعزيز آل سعود

ملك المملكة العربية السعودية

بعد الاطلاع على النظام الأساسي للحكم، الصادر بالأمر الملكي رقم ( أ / 90 ) بتاريخ 27 / 8 / 1412هـ.

وبعد الاطلاع على نظام الوزراء ونواب الوزراء وموظفي المرتبة الممتازة، الصادر بالمرسوم الملكي رقم ( م / 10 ) بتاريخ 18 / 3 / 1391هـ.

وبعد الاطلاع على الأمر الملكي رقم ( أ / 14 ) بتاريخ 3 / 3 / 1414هـ.

أمرنا بما هو آت :

أولاً : يعين معالي الأستاذ / محمد بن مزيد التويجري مستشاراً بالديوان الملكي بمرتبة وزير.

ثانياً : يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه.

سلمان بن عبدالعزيز آل سعود

// انتهى //

00:32ت م

0334



www.spa.gov.sa/w1282142 (https://www.spa.gov.sa/w1282142)