UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>         Plaintiffs, <br><br>   v. <br><br> PGA TOUR, INC., <br><br>         Defendant and Counter-Plaintiff, <br><br>   v. <br><br> LIV GOLF INC., <br><br>         Counter-Defendant. | Case No. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR DE NOVO REVIEW OF OR, IN THE ALTERNATIVE, FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE** <br><br> Judge: Hon. Beth Labson Freeman <br> Date Filed: August 3, 2022 <br> Trial Date: January 8, 2024 |

On February 28, 2023, Non-Parties Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE") moved for a *de novo* determination of a dispositive matter referred to Magistrate Judge or, in the alternative, for relief from nondispositive pretrial order of Magistrate Judge, pursuant to 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and Civil Local Rule 72, in connection with Magistrate Judge van Keulen's Order on (1) Motion of PGA Tour, Inc. to Compel Compliance With Subpoenas to Third Parties Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan[] . . . ; (2) Motion of Third Parties Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Motion to Quash Subpoenas; and (3) Administrative Motions for Leave to Supplement Motion to Compel and Motion to Quash (the "Order").  Dkt. No. 265.

Having considered the papers submitted by counsel, the applicable law, all files and records in this action, the Court hereby GRANTS the PIF and HE's Motion.  The Order is hereby VACATED, and the subpoenas served upon the PIF and HE are quashed.

**IT IS SO ORDERED.**

Dated: _____    _____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE