1  Michael K. Kellogg (admitted *pro hac vice*)
   Gregory G. Rapawy (admitted *pro hac vice*)
2  Andrew C. Shen (*pro hac vice* forthcoming)
   Minsuk Han (Bar No. 314035)
3  KELLOGG, HANSEN, TODD, FIGEL
4    & FREDERICK, P.L.L.C.
   Sumner Square
5  1615 M Street, N.W., Suite 400
   Washington, D.C. 20036-3209
6  (202) 326-7900
   (202) 326-7999 (fax)
7  mkellogg@kellogghansen.com
   grapawy@kellogghansen.com
8  ashen@kellogghansen.com
   mhan@kellogghansen.com
9

10 Mark C. Dosker (Bar No. 114789)
   Squire Patton Boggs (US) LLP
11 475 Sansome Street, 16th Floor
   San Francisco, California 94111
12 415 954 0210
   415 393 9887 (fax)
13 mark.dosker@squirepb.com
14

15 *Counsel for the Kingdom of Saudi Arabia*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendants. | Case No. 5:22-cv-04486-BLF <br><br> **ADMINISTRATIVE MOTION OF THE KINGDOM OF SAUDI ARABIA FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISRATE JUDGE** <br><br> Judge:       Hon. Beth Labson Freeman <br><br> Date Filed:  August 3, 2022 <br><br> Trial Date:  January 8, 2024 |

Non-party Kingdom of Saudi Arabia ("Saudi Arabia") hereby moves for leave to file an amicus brief, attached as Exhibit 1 to this Motion, in support of the Rule 72 objections of the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and its Governor, His Excellency Yasir Othman Al-Rumayyan ("Governor Al-Rumayyan") to the February 9, 2023 Order of Magistrate Judge Susan van Keulen denying their motions to quash subpoenas for documents and deposition testimony issued by defendant-counterclaim-plaintiff PGA Tours, Inc. ("the PGA") to non-parties.  *See* ECF No. 265.

Per the Court's instruction that the combined page limits, including PIF and Governor Al-Rumayyan's objections and Saudi Arabia's amicus brief, may not exceed 15 pages, *see* February 24, 2023 Tr. at 36, Saudi Arabia has limited its proposed amicus brief to two pages on the understanding that PIF and Governor Al-Rumayyan's objections will not exceed thirteen pages.

| | | |
|---|---|---|
| 1 | DATED: February 28, 2023 | Respectfully submitted, |
| 2 | | By: */s/ Michael K. Kellogg* |
| 3 | | |
| 4 | | Mark C. Dosker (Bar No. 114789) |
| 5 | | Squire Patton Boggs (US) LLP |
|   | | 475 Sansome Street, 16th Floor |
| 6 | | San Francisco, California 94111 |
|   | | 415 954 0210 |
| 7 | | 415 393 9887 (fax) |
|   | | mark.dosker@squirepb.com |
| 8 | | |
| 9 | | Michael K. Kellogg (admitted *pro hac vice*) |
| 10 | | Gregory G. Rapawy (admitted *pro hac vice*) |
|    | | Andrew C. Shen (*pro hac vice* forthcoming) |
| 11 | | Minsuk Han (Bar No. 314035) |
|    | | KELLOGG, HANSEN, TODD, FIGEL |
| 12 | |   & FREDERICK, P.L.L.C. |
|    | | Sumner Square |
| 13 | | 1615 M Street, N.W., Suite 400 |
|    | | Washington, D.C. 20036-3209 |
| 14 | | (202) 326-7900 |
| 15 | | (202) 326-7999 (fax) |
|    | | mkellogg@kellogghansen.com |
| 16 | | grapawy@kellogghansen.com |
|    | | ashen@kellogghansen.com |
| 17 | | mhan@kellogghansen.com |
| 18 | | |
|    | | *Counsel for the Kingdom of Saudi Arabia* |

2

ADMINISTRATIVE MOTION OF THE KINGDOM OF SAUDI ARABIA FOR LEAVE TO FILE AMICUS BRIEF
– Case No. 5:22-cv-04486-BLF