UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant and Counter-Plaintiff,<br><br>v.<br><br>LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-Defendants. | Case No. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF THE KINGDOM OF SAUDI ARABIA FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISRATE JUDGE** |

This matter came before the Court on non-party Kingdom of Saudi Arabia's ("Saudi Arabia's") Motion for Leave to File Amicus Brief in Support of the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.

Upon consideration of the Motion, and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is

**FURTHER ORDERED** that the Clerk docket Saudi Arabia's amicus brief, attached as Exhibit 1 to the Motion.

Dated: _____, 2023

                                                    HON. BETH LABSON FREEMAN
                                                  United States District Judge