# EXHIBIT 6

# TO ALARFAJ EXPERT OPINION

The Embassy of the Kingdom of

# Saudi Arabia

Washington, DC

(/)

# Laws

## Basic Law of Governance

The Custodian of the Two Holy Mosques, King Fahd Bin Abdulaziz Al-Saud issued a Royal Decree embodying the Basic Law of Governance. The following is the text of the Decree.

*In the name of God, the most compassionate, the most Merciful.*

No: A/90

Dated 27th Sha'ban 1412 H (1 March 1992)

With the help of God, we, Fahd Bin Abdulaziz Al-Saud, Monarch of the Kingdom of Saudi Arabia, having taken into consideration the public interest, and in view of the progress of the State in various fields and out of the desire to achieve the objectives we are pursuing, have decreed the following:

- That the promulgation of the Basic Law of Governance is as the attached text.
- That all regulations, orders and decrees in force shall remain valid when this Basic Law comes into force, until they are amended to conform with it.
- That this decree shall be published in the Official Gazette, and shall come into force on the date of its publication.

## Table of Contents:

- Chapter One: General Principles
- Chapter Two: The Law of Governance
- Chapter Three: The Values of Saudi Society
- Chapter Four: Economic Principles
- Chapter Five: Rights and Duties
- Chapter Six: The Authorities of the State

- Chapter Seven: Financial Affairs
- Chapter Eight: Institutions of Audit
- Chapter Nine: General Principles
- Related Documents

# CHAPTER ONE: GENERAL PRINCIPLES

Article 1:

The Kingdom of Saudi Arabia is a sovereign Arab Islamic State. Its religion is Islam. Its constitution is Almighty God's Book, The Holy Qur'an, and the Sunna (Traditions) of the Prophet (PBUH). Arabic is the language of the Kingdom. The City of Riyadh is the capital.

Article 2:

The State public holidays are Eid Al Fitr (the Feast of Ramadan) and Eid Al Adha (The Feast of the Sacrifice). Its calendar follows the Hijri year (the lunar year).

Article 3:

The flag of the State is as follows:

1. Its color is green
2. Its width equals two thirds of its length

The words: "There is no god but God and Mohammed is His Messenger" are inscribed in the center, with a drawn sword underneath. The flag should never be inverted. The Law will specify the rules pertaining to the flag.

Article 4:

The State's Emblem represents two crossed swords with a palm three in the middle of the upper space between them. The Law will define the State's Anthem and medals

# CHAPTER TWO: THE LAW OF GOVERNANCE

Article 5:

- Monarchy is the system of rule in the Kingdom of Saudi Arabia
- Rulers of the country shall be from amongst the sons of the founder King Abdulaziz bin Abdulrahman Al-Faisal Al-Saud, and their descendants.
- The most upright among them shall receive allegiance according to Almighty God's Book and His Messenger's Sunna (Traditions).
- The Crown Prince shall devote himself exclusively to his duties as Crown Prince and shall perform any other duties delegated to him by the King.

- Upon the death of the King, the Crown Prince shall assume the Royal powers until a pledge of allegiance (bay'a) is given.

Article 6:

In support of the Book of God and the Sunna of His Messenger (PBUH), citizens shall give the pledge of allegiance (bay'a) to the King, professing loyalty in times of hardship and ease.

Article 7:

Government in the Kingdom of Saudi Arabia derives its authority from the Book of God and the Sunna of the Prophet (PBUH), which are the ultimate sources of reference for this Law and the other laws of the State.

Article 8:

Governance in the Kingdom of Saudi Arabia is based on justice, shura (consultation) and equality according to Islamic Sharia.

# CHAPTER THREE: THE VALUES OF SAUDI SOCIETY

Article 9:

The family is the nucleus of Saudi Society. Members of the family shall be raised in the Islamic Creed, which demands allegiance and obedience to God, to His Prophet and to the rulers, respect for and obedience to the laws, and love for and pride in the homeland and its glorious history.

Article 10:

The State shall aspire to promote family bonds and Arab-Islamic values. It shall take care of all individuals and provide the right conditions for the growth of their talents and skills.

Article 11:

Saudi society is based on full adherence to God's guidance. Members of this society shall cooperate amongst themselves in charity, piety and cohesion.

Article 12:

Consolidation of the national unity is a duty. The State shall forbid all activities that may lead to division, disorder and partition.

Article 13:

The aim of education is to implant the Islamic Creed in the hearts of all youths, to help them acquire knowledge and skills, to qualify them to become useful members of their society, to love their homeland and take pride in its history.

# Chapter Four: Economic Principles

Article 14:

All natural resources that God has deposited underground, above ground, in territorial waters or within the land and sea domains under the authority of the State, together with revenues of these resources, shall be the property of the State, as provided by the Law.

The Law shall specify means for exploitation, protection and development of these resources in the best interest of the State, and its security and economy.

Article 15:

No concessions or licenses to exploit any public resources of the country shall be granted unless authorized by provisions of the Law.

Article 16:

Public funds are inviolable. They shall be protected by the State and safeguarded by all citizens and residents.

Article 17:

Ownership, capital and labor are basic components of the economic and social entity of the Kingdom. They are personal rights which perform a social function in accordance with the Islamic Sharia.

Article 18:

The State shall guarantee private ownership and its sanctity. No-one shall be deprived of his private property, unless in service of the public interest. In this case, a fair compensation shall be given to him.

Article 19:

General confiscation of assets is prohibited. No confiscation of an individual's assets shall be enforced without a judicial ruling.

Article 20:

No taxes or fees shall be imposed, except in need and on a just basis. Imposition, amendment, cancellation or exemption shall take place according to the provisions of the Law.

Article 21:

Zakat shall be collected and spent for legitimate expenses.

Article 22:

Economic and social development shall be carried out according to a fair, wise plan.

# Chapter Five: Rights and Duties

Article 23:

The State shall protect the Islamic Creed, apply the Sharia, encourage good and discourage evil, and undertake its duty regarding the Propagation of Islam (Da'wa).

Article 24:

The State shall develop and maintain the Two Holy Mosques. It shall provide care and security to pilgrims to help them perform their Hajj and Umra and visit to the Prophet's Mosque in ease and comfort.

Article 25:

The State shall nourish the aspirations of Arab and Muslim nations in solidarity and harmony and strengthen relations with friendly states.

Article 26:

The State shall protect human rights in accordance with the Sharia.

Article 27:

The State shall guarantee the rights of the citizens and their families in cases of emergency, illness, disability and old age. The State shall support the So cial Insurance Law and encourage organizations and individuals to participate in philanthropic activities.

Article 28:

The State shall facilitate job opportunities for every able person, and enact laws to protect the worker and the employer.

Article 29:

The State shall patronize sciences, letters and culture. It shall encourage scientific research, protect the Islamic and Arab heritage, and contribute towards Arab, Islamic and human civilization.

Article 30:

The State shall provide public education and commit itself to the eradication of illiteracy.

Article 31:

The State shall look after public health and provide health care for every citizen.

Article 32:

The State shall work towards the preservation, protection and improvement of the environment, as well as prevent pollution.

Article 33:

The State shall form armed forces and equip them to defend the Islamic Creed, the Two Holy Mosques, the society and the homeland.

Article 34:

It shall be the duty of every citizen to defend the Islamic Creed, the society and homeland. The Law shall specify rules for military service.

Article 35:

The Law shall specify rules pertaining to Saudi Arabian nationality.

Article 36:

The State shall provide security for all citizens and residents on its territories. No-one may be confined, arrested or imprisoned without reference to the Law.

Article 37:

Dwellings are inviolate. Access is prohibited without their owners' permission. No search may be made except in cases specified by the Law.

Article 38:

No-one shall be punished for another's crimes. No conviction or penalty shall be inflicted without reference to the Sharia or the provisions of the Law. Punishment shall not be imposed ex post facto.

Article 39:

Mass media and all other vehicles of expression shall employ civil and polite language, contribute towards the education of the nation and strengthen unity. It is prohibited to commit acts leading to disorder and division, affecting the security of the state and its public relations, or undermining human dignity and rights. Details shall be specified in the Law.

Article 40:

The privacy of telegraphic and postal communications, and telephone and other means of communication, shall be inviolate. There shall be no confiscation, delay, surveillance or eavesdropping, except in cases provided by the Law.

Article 41:

Residents in the Kingdom of Saudi Arabia shall abide by its laws, observe the values of the Saudi community and respect Saudi traditions and feelings.

Article 42:

The State shall grant the right of political asylum provided it is in the public interest. International agreements and laws shall define rules and procedures for the extradition of common criminals.

Article 43:

Councils held by the King and the Crown Prince shall be open for all citizens and anyone else who may have a complaint or a grievance. A citizen shall be entitled to address public authorities and discuss any matters of concern to him.

# Chapter Six: The Authorities of the State

Article 44:

The Authorities of the State consist of:

- The Judicial Authority
- The Executive Authority
- The Regulatory Authority

These Authorities will cooperate in the performance of their functions, according to this Law or other laws. The King is the ultimate arbiter for these Authorities.

Article 45:

The Holy Qur'an and the Sunna (Traditions) of God's Messenger shall be the source for fatwas (religious advisory rulings). The Law shall specify hierarchical organization for the composition of the Council of the Senior Ulema, the Research Administration, and the Office of the Mufti, together with their functions.

Article 46:

The Judiciary is an independent authority. The decisions of judges shall not be subject to any authority other than the authority of the Islamic Sharia.

Article 47:

All people, either citizens or residents in the Kingdom, are entitled to file suit on an equal basis. The Law shall specify procedures for this purpose.

Article 48:

The Courts shall apply rules of the Islamic Sharia in cases that are brought before them, according to the Holy Qur'an and the Sunna, and according to laws which are decreed by the ruler in agreement with the Holy Qur'an and the Sunna.

Article 49:

Courts are empowered to arbitrate in all disputes and crimes, taking into account the provisions of Article 53 of this Law.

Article 50:

The King or whomsoever he may deputize shall concern himself with the implementation of judicial rulings.

Article 51:

The Law shall specify the composition of the Supreme Judiciary Council and its functions, as well as the hierarchy for the courts and their functions.

Article 52:

Judges shall be appointed and relieved by Royal Decree, based on a proposal of the Supreme Judiciary Council, in accordance with provisions of the Law.

Article 53:

The Law shall specify the hierarchy of the Board of Grievances and its functions.

Article 54:

The Law shall specify the relationship between the Commission of Inquiry and the Attorney-General and their organization and functions.

Article 55:

The King shall rule the nation according to the Sharia. He shall also supervise the implementation of the Sharia, the general policy of the State, and the defense and protection of the country.

Article 56:

The King is the Prime Minister. Members of the Council of Ministers shall assist him in the performance of his mission according to the provisions of this Law and other laws. The Council of Ministers Law shall specify the powers of the Council in respect of internal and external affairs, organization of governmental departments and their coordination. In additions, the Law shall specify the qualifications and the powers of the ministers, ministerial accountability procedures and all matters pertaining to the ministers. The Law of the Council of Ministers and the areas of their authority may be amended according to this Law.

Article 57:

- The King shall appoint and relieve deputies of the Prime Minister and member minister of the Council by Royal Decree.
- Deputies of the Prime Minister and member ministers of the Council shall be jointly responsible to the King for the implementation of the Sharia, laws and the general policy of the State.
- The King is entitled to dissolve and reconstitute the Council of Ministers.

Article 58:

The King shall appoint those who are at the rank of ministers and deputy ministers, and those who are at the highest grade and relieve them by a Royal Decree as provided by the Law. Ministers and heads of independent departments shall be answerable to the King in respect of the ministries and agencies they head.

Article 59:

The Law shall specify the rules of the Civil Service, including salaries, awards, compensations, privileges, and pensions.

Article 60:

The King is the Supreme Commander of the Armed Forces. He shall appoint and dismiss officers form service, as provided by terms of the Law.

Article 61:

The King shall announce any state of emergency or general mobilization and shall declare war. The Law shall specify rules for this purpose.

Article 62:

If an imminent danger is threatening the safety of the Kingdom, the integrity of its territories or the security and interests of its people, or is impeding the functions of official organizations, the King may take urgent measures to deal with such a danger. When he considers that these measures should continue, necessary arrangements shall be made in accordance with the Law.

Article 63:

The King shall receive kings and heads of state, appoint his representatives to other states, and receive credentials of other states' representatives accredited to him.

Article 64:

The King shall award medals according to provisions of the Law.

Article 65:

The King may delegate some powers of authority to the Crown Prince by Royal Decree.

Article 66:

Should the King happen to travel abroad, he shall issue a Royal Decree to deputize the Crown Prince to manage the affairs of state and look after the interests of the people, as set out in the Royal Decree.

Article 67:

The Regulatory Authority shall be concerned with the making of laws and regulations which will safeguard all interests, and remove evil from the State's affairs, according to Sharia. Its powers shall be exercised according to provisions of this Law and the Law of the Council of Ministers and the Law of the Shura Council.

Article 68:

The Shura Council shall be established. Its Law shall specify the details of it formation, powers and selection of members. The King may dissolve and reconstitute Majlis Ash-Shura.

Article 69:

The King may summon Majlis Ash-Shura and the Council of Ministers for a joint session. He may summon others whom he deems necessary to attend the meeting and discuss whatever affairs he considers fit.

Article 70:

Laws, international agreements, treaties and concessions shall be approved and amended by Royal Decrees.

Article 71:

Laws shall be published in the Official Gazette, and implemented effective from the date of publication, unless another date is specified.

# CHAPTER SEVEN: FINANCIAL AFFAIRS

Article 72:

- The Law shall include provisions for the State's revenues and their depositing with the General Treasury of the State
- Revenues shall be recorded and spent according to procedures stipulated by provisions of the Law.

Article 73:

No commitment to pay a sum of money from the General Treasury shall be made without adherence to budget rules. If provisions of the budget cannot cover the demand, then a provision shall be made through a Royal Decree.

Article 74:

Assets of the State may not be sold, rented or disposed of unless so authorized by the Law.

Article 75:

Laws shall specify provisions for currency, banks, standards, measures and weights.

Article 76:

The Law shall set the fiscal year for the State. The budget shall be announced according to a Royal Decree. It shall specify assessed amounts of revenue and expenditure one month ahead of the coming fiscal year. If the budget cannot be issued due to compelling reasons before the beginning of the new fiscal year, the budget of the previous year shall remain in force until the new budget can be issued.

Article 77:

The competent department shall prepare the closing account of the State for the past year and forward it to the Prime Minister.

Article 78:

Budgets and closing accounts of departments which have corporate rights, shall be subject to the same procedures which are applicable to the State's budget and closing accounts

# CHAPTER EIGHT: INSTITUTIONS OF AUDIT

Article 79:

All revenues and expenditures of the State, as well as movable and fixed assets, shall be subsequently audited to ensure proper use and management. An annual report to this effect shall be forwarded to the Prime Minister. The Law shall specify details of the competent auditing institution, together with its affiliations and areas of authority.

Article 80:

Governmental institutions shall also be audited to ensure proper administrative performance and implementation of laws. Financial and administrative violations shall be investigated. An annual report shall be forwarded to the Prime Minister. The Law shall specify details of the competent institution in charge, together with its affiliations and areas of authority.

# Chapter Nine: General Principles

Article 81:

With regard to treaties and agreements, the application of this Law shall not violate commitments of the Kingdom of Saudi Arabia towards other states, international organizations and bodies.

Article 82:

No provision of this Law whatsoever may be suspended except on a temporary basis, such as in wartime or during the declaration of a state of emergency. Such a suspension shall be in accordance with the terms of the Law and may not violate Article 7.

Article 83:

No amendment to this Law shall be made, except in the same manner as it was promulgated.

# Related Documents

King Fahd's Speech on issuance of Basic Law of Governance (/king-fahds-speech-issuance-basic-law-governance)



## Contact

**The Embassy of The Kingdom of Saudi Arabia**
601 New Hampshire Avenue, NW
Washington, DC 20037

**Regular Business Hours** (/consular-travel-services)
Monday - Friday 9:00am–5:00pm

## Connect with Us

TWITTER (HTTPS://TWITTER.COM/SAUDIEMBASSYUSA)

YOUTUBE (HTTPS://YOUTUBE.COM/CHANNEL/UC1187FINWW_CWBBMEWFSYAW)

## Contact Number

Main Number: **(202) 342-3800**
Consulate/Visa Section: **(202) 944-3126**
Health Mission: **(202) 866-0767**

Commercial Office: **(202) 337-4088**
Cultural Mission: **(703) 573-7226**

Emergency Contact Numbers (/emergency-contacts)

بسـم الله الرحمن الرحيـم

الرقـم . أ/٩٠

التاريخ . ١٤١٢/٨/٢٧هـ

بعون الله تعالى

نحـن فهـد بن عبدالعزيز آل سـعود

مـلك المملكة العربيـة السـعودية

بناء على ماتقتضية المصلحة العامة، ونظرا لتطور الدولة في مختلف المجالات،

ورغبة في تحقيق الأهداف التي نسعى اليها.

امرنا بما هـو آت:

اولا : اصدار النظام الأساسي للحكم بالصيغة المرفقة بهذا.

ثانيا: يسـتمر العمل بكل الأنظمة والأوامر والقرارات المعمول بها عند نفاذ هذا النظام حتى تعدل بما يتفق معه.

ثالثا: ينشر هذا النظام في الجريدة الرسمية ويعمل به اعتبارا من تاريخ نشره.،،،

بسم الله الرحمن الرحيم

الرقم ...........................................
التاريخ .......................................
المرفقات ...................................

المملكة العربية السعودية

الديوان الملكي

بسم الله الرحمن الرحيم

النظام الأساسي للحكم

الباب الأول

المبادىء العامة

المادة الأولى

المملكـة العربيـة السعوديـة ، دولة عربية اسلامية ، ذات سيـادة تامـة ، دينهـا الاسـلام ، ودستورها كتـاب اللـه تعـالى وسنة رسوله صلى الله عليه وسلم . ولغتها هي اللغة العربية ، وعاصمتها مدينة الرياض.

المادة الثانية

عيـدا الدولة ، هما عيـدا الفطر والأضحى ، وتقويمها ؛ هو التقويم الهجري.

المادة الثالثة

يكون علم الدولة كمايلي :

ا ـ لونه أخضر.

ب ـ عرضه يساوي ثلثي طوله.

ج ـ تتوسطه كلمـة : (لا اله الا اللـه محمد رسول الله) تحتها سيف مسلول ، ولا ينكس العلم أبدا.

ويبين النظام الأحكام المتعلقة به.

بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي



الرقم ................................................
التاريخ ..............................................
المرفقات ..........................................

---

## المادة الرابعة

شعار الدولة سيفان متقاطعان ، ونخلة وسط فراغهما الأعلى ، ويحدد النظام نشيد الدولة وأوسمتها .











بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي

الرقم ................................................

التاريخ ............................................

المرفقات ........................................

---

المادة الثانية عشرة

تعزيز الوحدة الوطنية واجب ، وتمنع الدولة كل ما يؤدي للفرقة والفتنة والانقسام .

المادة الثالثة عشرة

يهدف التعليم الى غرس العقيدة الاسلامية في نفوس النشء ، واكسابهم المعارف والمهارات ، وتهيئتهم ليكونوا أعضاء نافعين في بناء مجتمعهم ، محبين لوطنهم ، معتزين بتاريخه.



بسم الله الرحمن الرحيم



المملكة العربية السعودية

الديوان الملكي

الرقم ............................................

التاريخ ..........................................

المرفقات ........................................

---

المادة الحادية والعشرون

تجبى الزكاة وتنفق في مصارفها الشرعية .

المادة الثانية والعشرون

يتم تحقيق التنمية الاقتصادية والاجتماعية ، وفق خطة علمية عادلة.







بسم الله الرحمن الرحيم

الرقم ..............................................
التاريخ ..............................................
المرفقات ..............................................

المملكة العربية السعودية

الديوان الملكي

## المادة السابعة عشرة

الملكية ، ورأس المال ، والعمل ، مقومات أساسية في الكيان الاقتصادي والاجتماعي للمملكة . وهي حقوق خاصة تؤدي وظيفة اجتماعية ، وفق الشريعة الاسلامية .

## المادة الثامنة عشرة

تكفل الدولة حرية الملكية الخاصة وحرمتها ، ولاينزع من أحد ملكه الا للمصلحة العامة على أن يعوض المالك تعويضا عادلا .

## المادة التاسعة عشرة

تحظر المصادرة العامة للأموال ، ولاتكون عقوبة المصادرة الخاصة الا بحكم قضائي .

## المادة العشرون

لاتفرض الضرائب والرسوم الا عند الحاجة ، وعلى أساس من العدل ، ولايجوز فرضها ، أو تعديلها ، أو الغاؤها ، أو الاعفاء منها الا بموجب النظام .



بسم الله الرحمن الرحيم



المملكة العربية السعودية

الديوان الملكي

الرقم ..........................................

التاريخ ..........................................

المرفقات ..........................................

الباب الخامس
الحقوق والواجبات

المادة الثالثة والعشرون

تحمي الدولة عقيدة الاسلام ، وتطبق شريعته ، وتأمر بالمعروف وتنهى عن المنكر ،
وتقوم بواجب الدعوة الى الله .

المادة الرابعة والعشرون

تقوم الدولة باعمار الحرمين الشريفين وخدمتهما ، وتوفر الأمن والرعاية لقاصديهما ، بما
يمكن من أداء الحج والعمرة والزيارة بيسر وطمأنينة .

المادة الخامسة والعشرون

تحرص الدولة على تحقيق آمال الأمة العربية والاسلامية في التضامن وتوحيد الكلمة ،
وعلى تقوية علاقاتها بالدول الصديقة .

المادة السادسة والعشرون

تحمي الدولة حقوق الانسان ، وفق الشريعة الاسلامية .

بسم الله الرحمن الرحيم

الرقم .................................
التاريخ ...............................
المرفقات ............................

المملكة العربية السعودية

الديوان الملكي

## المادة السابعة والعشرون

تكفل الدولة حق المواطن وأسرته ، في حالة الطوارئ، والمرض ، والعجز ، والشيخوخة ، وتدعم نظام الضمان الاجتماعي ، وتشجع المؤسسات والأفراد على الاسهام في الأعمال الخيرية .

## المادة الثامنة والعشرون

تيسر الدولة مجالات العمل لكل قادر عليه ، وتسن الأنظمة التي تحمي العامل وصاحب العمل .

## المادة التاسعة والعشرون

ترعى الدولة العلوم والآداب والثقافة ، وتعنى بتشجيع البحث العلمي ، وتصون التراث الاسلامي والعربي ، وتسهم في الحضارة العربية والاسلامية والانسانية.

## المادة الثلاثون

توفر الدولة التعليم العام ، وتلتزم بمكافحة الأمية .



بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي

الرقم .........................................

التاريخ .........................................

المرفقات .........................................

## المادة الحادية والثلاثون

تعنى الدولة بالصحة العامة ، وتوفر الرعاية الصحية لكل مواطن .

## المادة الثانية والثلاثون

تعمل الدولة على المحافظة على البيئة وحمايتها وتطويرها ومنع التلوث عنها .

## المادة الثالثة والثلاثون

تـنشىء الدولـة القـوات المسلحـة ، وتجهزهـا مـن أجل الدفـاع عـن العقيـدة ، والحرمـين الشريفين ، والمجتمع ، والوطن .

## المادة الرابعة والثلاثون

الدفاع عـن العقيدة الاسلامية ، والمجتمع ، والوطن واجب على كل مواطن ، ويبين النظام أحكام الخدمة العسكرية .

الرقم ...........................................

التاريخ ...........................................

المرفقات ...........................................

## المادة الخامسة والثلاثون

يبين النظام أحكام الجنسية العربية السعودية .

## المادة السادسة والثلاثون

توفر الدولة الأمن لجميع مواطنيها والمقيمين علـى اقليمهـا ، ولايـجوز تقييد تصرفات أحد، أو توقيفه ، أو حبسه ، الابموجب أحكام النظام .

## المادة السابعة والثلاثون

للمسـاكن حرمتهـا ، ولايـجوز دخولهـا بغيـر اذن صاحبها ، ولاتفتيشها ، الا فـي الحالات التي يبينها النظام .

## المادة الثامنة والثلاثون

العقوبـة شخصيـة ، ولاجريمـة ولاعقوبة الا بنـاء علـى نـص شرعـي ، أو نـص نظامـي، ولا عقاب الا على الأعمال اللاحقة للعمل بالنص النظامي.

بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي

الرقم ........................................

التاريخ ........................................

المرفقات ........................................

## المادة التاسعة والثلاثون

تلتزم وسائل الاعلام والنشر وجميع وسائل التعبير بالكلمة الطيبة ، وتسهم في تثقيف الأمة ودعم وحدتها ، ويحظر ما يؤدي الى الفتنة ، أو الانقسام ، أو يمس بأمن الدولة وعلاقاتها العامة ، أو يسيء الى كرامة الانسان وحقوقه ، وتبين الأنظمة كيفية ذلك .

## المادة الأربعون

المراسلات البرقية ، والبريدية ، والمخابرات الهاتفية ، وغيرها من وسائل الاتصال ، مصونة ، ولا يجوز مصادرتها ، أو تأخيرها ، أو الاطلاع عليها ، أو الاستماع اليها ، الا في الحالات التي يبينها النظام .

## المادة الحادية والأربعون

يلتزم المقيمون في المملكة العربية السعودية بأنظمتها ، وعليهم مراعاة قيم المجتمع السعودي واحترام تقاليده ومشاعره .

## المادة الثانية والأربعون

تمنح الدولة حق اللجوء السياسي اذا اقتضت المصلحة العامة ذلك ، وتحدد الأنظمة والاتفاقيات الدولية قواعد واجراءات تسليم المجرمين العاديين .

بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي

الرقم .........................................
التاريخ .........................................
المرفقات .........................................

## المادة الثالثة والأربعون

مجلس الملك ومجلس ولي العهد ، مفتوحان لكل مواطن، ولكل من له شكوى أو مظلمة، ومن حق كل فرد مخاطبة السلطات العامة فيما يعرض له من الشؤون.



بسم الله الرحمن الرحيم

المملكة العربية السعودية
الديوان الملكي

الرقّم ..........................................
التاريخ .......................................
المرفقات .....................................

الباب السادس
سلطات الدولة

المادة الرابعة والأربعون

تتكون السلطات في الدولة من :
السلطة القضائية .
السلطة التنفيذية .
السلطة التنظيمية .
وتتعاون هذه السلطات في أداء وظائفها ، وفقا لهذا النظام وغيره من الأنظمة ،
والملك هو مرجع هذه السلطات .

المادة الخامسة والأربعون

مصدر الافتاء في المملكة العربية السعودية ، كتاب الله تعالى ، وسنة رسوله صلى الله
عليه وسلم ، ويبين النظام ترتيب هيئة كبار العلماء وإدارة البحوث العلمية والافتاء
واختصاصاتها .

المادة السادسة والأربعون

القضاء سلطة مستقلة ، ولا سلطان على القضاة في قضائهم لغير سلطان الشريعة
الاسلامية .

بسم الله الرحمن الرحيم

الرقم : ...........................................
التاريخ : ...........................................
المرفقات : ...........................................

المملكة العربية السعودية

الديوان الملكي

## المادة السابعة والأربعون

حق التقاضي مكفول بالتساوي للمواطنين والمقيمين في المملكة ، ويبين النظام الاجراءات اللازمة لذلك .

## المادة الثامنة والأربعون

تطبق المحاكم على القضايا المعروضة أمامها أحكام الشريعة الاسلامية ، وفقا لما دل عليه الكتاب والسنة ، ومايصدره ولي الأمر من أنظمة لاتتعارض مع الكتاب والسنة .

## المادة التاسعة والأربعون

مع مراعاة ماورد في المادة الثالثة والخمسين من هذا النظام ، تختص المحاكم في الفصل في جميع المنازعات والجرائم .

## المادة الخمسون

الملك أو من ينيبه معنيون بتنفيذ الاحكام القضائية .

بسم الله الرحمن الرحيم

الرقم ............................
التاريخ ............................
المرفقات ............................

المملكة العربية السعودية

الديوان الملكي

## المادة الحادية والخمسون

يبين النظام تكوين المجلس الأعلى للقضاء واختصاصاته ، كما يبين ترتيب المحاكم واختصاصاتها .

## المادة الثانية والخمسون

يتم تعيين القضاة وإنهاء خدمتهم بأمر ملكي ، بناء على اقتراح من المجلس الأعلى للقضاء ، وفقا لما يبينه النظام .

## المادة الثالثة والخمسون

يبين النظام ترتيب ديوان المظالم واختصاصاته .

## المادة الرابعة والخمسون

يبين النظام ارتباط هيئة التحقيق والادعاء العام ، وتنظيمها واختصاصاتها .

بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي

الرقم ...........................................
التاريخ .........................................
المرفقات .......................................

## المادة الخامسة والخمسون

يقوم الملك بسياسة الأمة سياسة شرعية طبقا لأحكام الاسلام ، ويشرف على تطبيق الشريعة الاسلامية ، والانظمة ، والسياسة العامة للدولة ، وحماية البلاد والدفاع عنها.

## المادة السادسة والخمسون

الملك هو رئيس مجلس الوزراء ، ويعاونه في أداء مهامه أعضاء مجلس الوزراء ، وذلك وفقا لأحكام هذا النظام وغيره من الأنظمة ، ويبين نظام مجلس الوزراء صلاحيات المجلس فيما يتعلق بالشئون الداخلية والخارجية ، وتنظيم الأجهزة الحكومية ، والتنسيق بينها ، كما يبين الشروط اللازم توافرها في الوزراء ، وصلاحياتهم ، وأسلوب مساءلتهم ، وكافة شؤونهم ، ويعدل نظام مجلس الوزراء واختصاصاته ، وفقا لهذا النظام .





بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي

الرقم ..............................

التاريخ ...........................

المرفقات .........................

---

## المادة السابعة والخمسون

ا ـ يعين الملك نواب رئيس مجلس الوزراء والوزراء الأعضاء بمجلس الوزراء ، ويعفيهم بأمر ملكي .

ب ـ يـعتبر نـواب رئـيس مجلس الوزراء ، والوزراء الأعضاء بمجلس الوزراء ، مسئولين بالتضامن أمام الملك عن تطبيق الشريعة الاسلامية ، والأنظمة ، والسياسة العامة للدولة .

جـ ـ للملك حل مجلس الوزراء وإعادة تكوينه .

## المادة الثامنة والخمسون

يعين الملك من في مرتبة الوزراء ونواب الوزراء ، ومن في المرتبة الممتازة ، ويعفيهم من مناصبهم بأمر ملكي ، وذلك وفقا لما يبينه النظام .

ويـعتبر الـوزراء ورؤسـاء المصالح المستقلـة ، مسئولين أمـام رئيس مجلس الـوزراء عن الوزارات والمصالح التي يرأسونها .



Case 5:22-cv-04486-BLF   Document 308-4   Filed 02/28/23   Page 36 of 81

بسم الله الرحمن الرحيم

المملكة العربية السعودية
الديوان الملكي



الرقم : ..............................
التاريخ : ..............................
المرفقات : ..............................

## المادة التاسعة والخمسون

يبين النظام أحكام الخدمة المدنية ، بما في ذلك المرتبات ، والمكافآت ، والتعويضات ، والمزايا ، والمعاشات التقاعدية .

## المادة الستون

الملك هو القائد الأعلى لكافة القوات العسكرية ، وهو الذي يعين الضباط ، وينهي خدماتهم ، وفقا للنظام.

## المادة الحادية والستون

يعلن الملك حالة الطوارىء ، والتعبئة العامة ، والحرب ، ويبين النظام أحكام ذلك.

بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي

الرقم ........................................
التاريخ ........................................
المرفقات ........................................

## المادة الثانية والستون

للملك اذا نشأ خطر يهدد سلامة المملكة ، أو وحدة أراضيها ، أو أمن شعبها ومصالحه ، أو يعوق مؤسسات الدولة عن أداء مهامها ، أن يتخذ من الاجراءات السريعة مايكفل مواجهة هذا الخطر . وإذا رأى الملك أن يكون لهذه الاجراءات صفة الاستمرار فيتخذ بشأنها ما يلزم نظاما.

## المادة الثالثة والستون

يستقبل الملك ، ملوك الدول ورؤساءها ، ويعين ممثليه لدى الدول ، ويقبل اعتماد ممثلي الدول لديه .

## المادة الرابعة والستون

يمنح الملك الأوسمة ، وذلك على الوجه المبين بالنظام.

## المادة الخامسة والستون

للملك تفويض بعض الصلاحيات لولي العهد بأمر ملكي .



Case 5:22-cv-04486-BLF Document 308-4 Filed 02/28/23 Page 38 of 81

بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي

الرقم ..........................................
التاريخ ......................................
المرفقات ...................................

## المادة السادسة والستون

يصدر الملك في حالة سفره الى خارج المملكة أمراً ملكياً بإنابة ولي العهد في ادارة شؤون الدولة ، ورعاية مصالح الشعب ، وذلك على الوجه المبين بالأمر الملكي .

## المادة السابعة والستون

تختص السلطة التنظيمية بوضع الأنظمة واللوائح ، فيما يحقق المصلحة ، أو يرفع المفسدة في شؤون الدولة ، وفقاً لقواعد الشريعة الاسلامية ، وتمارس اختصاصاتها وفقاً لهذا النظام ونظامي مجلس الوزراء ومجلس الشورى .

## المادة الثامنة والستون

ينشأ مجلس للشورى ، ويبين نظامه طريقة تكوينه ، وكيفية ممارسته لاختصاصاته ، واختيار اعضائه .
وللملك حل مجلس الشورى وإعادة تكوينه .



بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي

الرقم ........................................

التاريخ ........................................

المرفقات ........................................

## المادة التاسعة والستون

للملك أن يدعو مجلس الشورى ، ومجلس الوزراء ، الى اجتماع مشترك ، وله أن يدعو من يراه لحضور هذا الاجتماع لمناقشة ما يراه من أمور .

## المادة السبعون

تصدر الأنظمة ، والمعاهدات ، والاتفاقيات الدولية ، والامتيازات ، ويتم تعديلها بموجب مراسيم ملكية.

## المادة الحادية والسبعون

تنشر الأنظمة في الجريدة الرسمية ، وتكون نافذة المفعول من تاريخ نشرها ، مالم ينص على تاريخ آخر .



بسم الله الرحمن الرحيم

المملكة العربية السعودية
الديوان الملكي

الرقم ........................................
التاريخ ........................................
المرفقات ........................................

الباب السابع
الشؤون المالية

المادة الثانية والسبعون

ا ـ يبين النظام أحكام ايرادات الدولة ، وتسليمها الى الخزانة العامة للدولة .
ب ـ يجري قيد الايرادات وصرفها بموجب الأصول المقررة نظاماً .

المادة الثالثة والسبعون

لا يجوز الالتزام بدفع مال من الخزانة العامة الا بمقتضى أحكام الميزانية ، فان لم تتسع له
بنود الميزانية وجب أن يكون بموجب مرسوم ملكي .

المادة الرابعة والسبعون



لا يجوز بيع أموال الدولة ، أو ايجارها ، أو التصرف فيها ، الا

بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي

الرقم .........................................
التاريخ .........................................
المرفقات .........................................

## المادة الخامسة والسبعون

تبين الأنظمة أحكام النقد ، والمصارف ، والمقاييس ، والمكاييل ، والموازين.

## المادة السادسة والسبعون

يحدد النظام السنة المالية للدولة ، وتصدر الميزانية بموجب مرسوم ملكي ، وتشتمل على تقدير الايرادات والمصروفات لتلك السنة ، وذلك قبل بدء السنة المالية بشهر على الأقل ، فاذا حالت أسباب اضطرارية دون صدورها وحلت السنة المالية الجديدة ، وجب السير على ميزانية السنة السابقة حتى صدور الميزانية الجديدة.

## المادة السابعة والسبعون

تعد الجهة المختصة الحساب الختامي للدولة عن العام المالي المنقضي ، وترفعه الى رئيس مجلس الوزراء.

## المادة الثامنة والسبعون

يجري عـلـى ميزانيـات الأجهزة ذوات الشخصية المعنوية العامة ، وحساباتها الختامية ، مايجري على ميزانية الدولة وحسابها الختامي من أحكام .



بسم الله الرحمن الرحيم

المملكة العربية السعودية

الديوان الملكي

الرقم ........................................
التاريخ ........................................
المرفقات ........................................

الباب الثامن
أجهزة الرقابة

المادة التاسعة والسبعون

تتم الرقابة اللاحقة على جميع ايرادات الدولة ومصروفاتها ، والرقابة على كافة أموال الدولة المنقولة والثابتة ، ويتم التأكد من حسن استعمال هذه الأموال والمحافظة عليها ، ورفع تقرير سنوي عن ذلك الى رئيس مجلس الوزراء.
ويبين النظام جهاز الرقابة المختص بذلك ، وارتباطه ، واختصاصاته .

المادة الثمانون

تتم مراقبة الأجهزة الحكومية ، والتأكد من حسن الأداء الاداري ، وتطبيق الأنظمة . ويتم التحقيق في المخالفات المالية والادارية ، ويرفع تقرير سنوي عن ذلك الى رئيس مجلس الوزراء.
ويبين النظام الجهاز المختص بذلك ، وارتباطه ، واختصاصاته .



بسم الله الرحمن الرحيم

الرقم .........................
التاريخ .........................
المرفقات .........................

المملكة العربية السعودية
الديوان الملكي

## الباب التاسع

### أحكام عامة
### المادة الحادية والثمانون

لا يخل تطبيق هذا النظام بما ارتبطت به المملكة العربية السعودية مع الدول والهيئات والمنظمات الدولية من معاهدات واتفاقيات.

### المادة الثانية والثمانون

مع عدم الاخلال بما ورد في المادة السابعة من هذا النظام ، لا يجوز بأي حال من الأحوال تعطيل حكم من أحكام هذا النظام ، الا أن يكون ذلك مؤقتا في زمن الحرب ، أو في أثناء اعلان حالة الطوارىء . وعلى الوجه المبين بالنظام .

### المادة الثالثة والثمانون

لا يجري تعديل هذا النظام الا بنفس الطريقة التي تم بها اصداره .

انتهـــى



# EXHIBIT 7

# TO ALARFAJ EXPERT OPINION

**The Law of Trials of Ministers promulgated by Royal Decree No. 88 dated 22/09/1380H (corresponding to March 9, 1961). (Excerpts)**

**[Attorney Translation]**

<u>Article 5</u>:

Without prejudice to other applicable laws, a Minister may be subject to an imprisonment of 3 to 10 years if he commits any of the following crimes:

[…]

(D) intentionally violating the laws, regulations and orders that result in the loss of the financial rights of the State or the rights of individuals established by the applicable laws.



نظـــام محاكمة الـــوزراء

١٣٨٠هـ





المملكة العربية السعودية

الأمانة العامة لمجلس الوزراء

الرقم ــــــ ٨٨

التاريخ ــــــ ١٣٨٠/

التوابع ــــــ

بعونه الله تعالى .

نحن سعود بن عبدالعزيز آل سعود

ملك المملكة العربية السعودية

بعد الاطلاع على المادتين التاسعة عشرة والتاسعة والاربعين من نظام مجلس الوزراء الصادر بالمرسوم الملكــــي
رقم ٣٨ وتاريخ ١٣٧٧/١٠/٢٢ هـ.

وبناء على قرار مجلس الوزراء رقم ٥٠٨ وتاريخ ١٣٨٠/٩/٢١ هـ.

وبناء على ما عرضه علينا رئيس مجلس الوزراء .

نرسم بما هو آت :

الاول ــ نصادق على نظام محاكمة الوزراء بصيغته المرافقة لهذا .

ثانيا ــ على رئيس مجلس الوزراء والوزراء تنفيذ مرسومنا هذا من تاريخ نشره .

التوقيع الملكي الكريم ـــــــــــ





الأمانة العامة لمجلس الوزراء

قرار رقم ٥٠٨ وتاريخ ١٣٨٠/٩/٢١

الرقم : ٠٠
التاريخ :
التوابع :

ان مجلس الوزراء ــ بعد اطلاعه على مشروع نظام محاكمة الوزراء

وبعد اطلاعه على قرار اللجنة التحضيرية رقم ١٣٥ وتاريخ ١٣٨٠/٩/١٨هـ

يقرر مايأتي

١ ) الموافقة على نظام محاكمة الوزراء بصيغته المرافقة لهذا .

٢ ) وقد نظم مشروع مرسوم ملكي بالتصديق على النظام المذكور صورتــــه
مرافقة لهـــــــــذا .

وليذا كر حرر ،،،

رئيس مجلس الـــوزراء

بسم الله الرحمن الرحيم



المملكة العربية السعودية
الأمانة العامة لمجلس الوزراء

الرقم _____
التاريخ _____
المراجع _____

نظام محاكمة الـــوزراء
الباب الأول
الفصل الأول
أحكام تمهيديـــة

**المادة ١ —** تسري أحكام هذا النظام على أعضاء مجلس الوزراء والموظفين المعينين بمرتبة وزير إذا ارتكبوا أثناء تأدية وظائفهم أي الجرائم المنصوص عليها في هذا النظام .

الفصل الثاني
الجرائم والعقوبــــات

**المادة ٢ —** مع عدم الإخلال بما يعرض عليه أي نظام آخر يعاقب المحكوم عليهم وفقا لهذا النظام بالسجن مدة ١٥ عاما أو بالقتل إذا ارتكبوا جريمة من الجرائم الآتية :

أولا — الأعمال المقصود بها محاولة تغيير النظام الملكي .

ثانيا — جرائم الخيانة العظمى .

ثالثا — تعريض أمن الدولة الداخلي وسلامتها وجودتها للخطر .

رابعا — رشوة أحد أفراد القوى المسلحة للملك .

**المادة ٣ —** تعتبر الأعمال الآتيـــة الذكر خيانة عظمى .

أ — حمل السلاح ضد الدولة .

ب — معاونة دولة أخرى في أعمال عدوانية ضد الدولة .

ج — تسهيل دخول العدو إلى البلاد .

د — تسليم المدن والحصون والمنشآت والمواقع والموانئ والمصانع والسفن والطائرات والأدوات والذخائر عامة والمؤن وطرق المواصلات إلى العدو .

هـ — تحريض الجنود أو الخادمين على الانضمام للعدو .

و — مساعدة تقدم العدو وإثارة الفتن وإثارة الذعر بمختلف الوسائل .

ز — إفشاء أسرار الدفاع عن البلاد وتسليمها إلى دولة أجنبية بالذات أو بالواسطـــة .

**المادة ٤ —** مع عدم الإخلال بما يعرض عليه أي نظام آخر يعاقب بالسجن من ٥ ـــ ١٠ سنوات من ارتكب أحد ى الجرائم الآتيـــة .

أ — دس الدسائس لدى دولة أجنبية أو الأعمال بها لدفعها إلى مباشرة العدوان على أراضي الدولة .

ب — القيام بأعمال أو خطب أو كتابات أو غير ذلك بقصد اقتطاع جزء من أراضي الدولة لضمه إلى دولة أجنبية أو بقصد تمكينها منه أو إعفازا فيها .

ج — تقديم السكن أو الطعام أو اللباس للجند ى من جنود الأعداء أو لأحد جواسيســـة أو سبيل ذلك أسير حرب أو أحد رعايا العدو المعتقلين .

د — سرقة أشياء أو وثائق أو معلومات تعمل بسلامة الدولة لحفظها دولة أجنبية .

وفي حالة الحرب تعتبر هذه الأعمال من ضمن الفقرة " ب " من المادة الثالثـــة من هذا النظام .

١

بسم الله الرحمن الرحيم

المملكة العربية السعودية

| الرقم : . . |
| التاريخ : . . |
| المرفقات : |

الأمانة العامة لمجلس الوزراء

المادة هـ ـ يحدم الاخلال بمايستوجبه اى نظام آخـر يعاقب بالسجن لمدة تتراوح من ٣ ـ ١٥ سنوات المتهم
بموجب أحكام هذا النظام اذا ارتكب احدى الجرائم الآتية :

أ ـ التصرفات والاعمال التي من شأنها التأثير بالزيادة او النقص في اثمان البضائع والعقــــارات
والحصلة اولا اوراق المالية للحصول على فائدة شخصية له اولغيره .

ب ـ قبول فائدة أياكان نوعها لنفسه اولغيره لقضاء عمل رسمي أو لا متاع من عمل رسمي .

ج ـ استغلال النفوذ ولوعنطريق الايهام للحصول على فائدة اوميزة لنفسه اولغيره من اية هيئة اوشركة
اومؤسسة اومصلحة من مصالح الدولة .

د ـ تعمد مخالفة النظم واللوائح والاوامر التي يترتب عليها ضياع حقوق الدولة المالية او حقـوق
الافراد الثابتة شرعا اونظاما .

هـ ـ افشاء قرارات ومداولات مجلس الوزراء التي تتعلق بأمن الدولة الداخلي ومصلاحتها الخارجية
والشئون المالية والاقتصادية ومصافحة الوزراء .

و ـ التدخل الشخصي في شئون القضاء والهيئات والدوائر الحكومية .

المادة٦ ـ يترتب حتما على الحكم باادانة الوزير اومن في مرتبته عزله من منصبه وحرمانه من تولي الوظائف العامة
ومن عضوية مجالس ادارة الهيئات اوالشركات والمؤسسات ومن اية وظيفة فيها .

المادة٧ ـ يترتب على الحكم بادانة المتهم وفقا لهذا النظام الحكم عليه من قبل الهيئة الحاكمة برد مااناله مـن
جريمته .

ويجوز لهيئة ـ ـ ـ ـ المحاكمة أن تحكم بتعويض ماحدث من ضرر لأى شخص سواء كان طبيعيا اواعتباريا .

المادة٨ ـ لا تنفذ عقوبة القتل الآاذا كان الحكم صادرا بالاجماع .

اما اذا صدر الحكم الذكرياباالظبية بتمال القضية الى القضاء للبت فيهـا .

المادة٩ ـ الاجراآت المنصوص عليها في هذا النظاماواجبة الاتباع في جميع ادوار التحقيق والمحاكمة وأي اخلال
بها يجعل الحكم باطلا .

الـــــــــــــــباب الثاني

الفصـــل الاول

التحقيـــق والاحـــالة

المادة٠ ـ ١ ـ يقوم رئيس مجلس الوزراء بمجرد قيام دلائل جدية على اقتراف الوزير اومن في مرتبته احدى الجرائم
المنصوص عليها في هذا النظام بتأليف لجنة تحقيق من وزيرين اومن في مرتبتهما وعضو شرعي برئاسة
رئيس محكمة كبرى على الاقل .

تتولى هذه الهيئة دراسة الموضوع والتحقيق فيه وترفع تقريرا بنتيجة ذلك الى رئيس مجلس الوزراء خلال
ثلاثين يوما من تاريخ تكليفها بحث الموضوع .

المادة١ ـ ١ ـ يحدد رئيس مجلس الوزراء جلسة لمجلس الوزراء لمناقشة تقرير اللجنة خلال خمسة عشريوما من تاريخ
رفع التقرير اليه وتكون المناقشة في لجنة التهم .

يتخذ مجلس الوزراء قراره في الموضوع فاذا قرراتهام مهد الى تشكيل هيئة المحاكمة المنصوص عنها
في المادة (١٥) من هذا النظام .

بسم الله الرحمن الرحيم



المملكة العربية السعودية

الأمانة العامة لمجلس الوزراء

الرقم ـــــــــــ

التاريخ ـــــــــــ

التوابع ـــــــــــ

المادة ١٢ ـ في حالة الاقامة م يأمر رئيس مجلس الوزراء بابلاغ المقبوض جمهورية من قرار الاحالة الى المحاكمة ٠ ويجرى تبليغ المتهم وفقا لما هو وارد في المادة ٠ ٢٠ من هذا النظام ٠

المادة ١٣ ـ لمجلس الوزراء عند اقرار احالة المتهم الى المحاكمة أن يقرر حبسه احتياطيا لحين انعقاد أول جلسة من جلسات هيئة المحاكمة ولهيئة المحاكمة عند ذلك ان تجدد حبس المتهم الاحتفاظ الضرورى ٠

المادة ١٤ ـ يصدر رئيس مجلس الوزراء قرارا بكف يد المتهم من العمل الذان يفصل في امره ٠ يوقف صرف رواتبه عند صدور القرار بكف اليد ٠

ولا يحول انهاء خدمة الوزير دون اقامة الدعوى عليه او الاستمرار فيها ٠

الفصل الثاني

هيئة المحاكمة واجراءات المحاكمة

المادة ١٥ ـ تتولى محاكمة الوزراء امين في مرتبتهم وفقا لهذا النظام هيئة تشكل من ثلاثة وزراء يختارهم مجلس الوزراء بمجلسهم ٠ الترطة ٠ ويعينون مرتبين برئاسة رئيس محكمة كبرى على الأقل ولا يكون من بينهم من بحث للمتهم بالقرابة ٠ ويكون اكبر الوزراء سنا هو رئيس هيئة المحاكمة ٠

المادة ١٦ ـ يقوم بوظيفة الادعاء العام من يختاره رئيس مجلس الوزراء ٠

المادة ١٧ ـ يختار رئيس هيئة المحاكمة امين لضبط محاضر الجلسات وقد يهيأها ٠

المادة ١٨ ـ لهيئة المحاكمة اذا رأت نقصا في التحقيق ان تستكمله بنفسها او بمن تعهد به من اعضائها لهذا الغرض ٠

المادة ١٩ ـ يعين رئيس هيئة المحاكمة موعد انعقادها للنظر في الموضوع خلال مدة لا تزيد عن ثلاثين يوما من تاريخ اعلان المتهم بصورة من قرار احالته الى المحاكمة ٠

وعلى رئيس هيئة المحاكمة تكليف المدعي العام باعلان المتهم بموعد المحاكمة ومكان انعقادها واسماء شهود الاثبات قبل موعد المحاكمة بثمانية ايام على الاقل ٠

المادة ٢٠ ـ تعقد هيئة المحاكمة جلساتها بحضور المتهم ٠ فاذا تغيب المتهم عن الحضور دون جـــــل الجلسة الى موعد آخر لايتجاوز سبعة ايام من تاريخ التأجيل ٠ وعلى المدعي العام اعلان المتهم في آخر محل اقامة له داخل المملكة عن الموعد الجديد ٠ فاذا لم يعلم له محـــل اقامة ثابتة جاز تعليمه في مقر وزارة الداخلية وتجرى محاكمة المتهم غيابيا بعد ذلك ٠

وللمتهم ان يستحضر معه وكلاءه عبرة في الملفين الذين له حضور جلسات المحاكمة والدفاع عنه ٠

المادة ٢١ ـ يصدر قرار هيئة المحاكمة بالطبية الا صوات ٠ ولا يصح اجتماعات الهيئة الاأذا حضرها جميع الاعضاء ٠ فاذا قام عذر لدى احد اعضاء الهيئة اعتار مجلس الوزراء لمن اختر من يحل ٠

المادة ٢٢ ـ لايجوز معاقبة المتهم من واقعة لم ترد في قرار احالته الى المحاكمة ولا الحكم عليه بغير الجزاء الوارد في هذا النظام او بغير العقوبات الواردة فيه ٠



بسم الله الرحمن الرحيم

الرقم ـــــــــــــ
التاريخ ـــــــــــــ
المرافق ـــــــــــــ

المملكة العربية السعودية
الامانة العامة لمجلس الوزراء

الـمـادة ٢٢ ـ في حالة صدور حكم غيابي بالادانة تعاد المحاكمة عند حضور المحكوم عليه او ضبطـــــه وتعاد المحاكمة خلال ثلاثين يوما من تاريخ الحضور او الضبط . فاذا لم يحكم عليه او امتنع عن حضور جلسات اعادة المحاكمة يعتبر الحكم الصادر بمثابة الحكم الحضوري .

الـمـادة ٢٤ ـ تختص هيئة المحاكمة بالنظر في جميع الجرائم المرتبطة بجريمة من تقوم بمحاكمته كما تختص بمحاكمة الفاعلين الاصليين والشركاء وتطبق عليهم العقوبات المقررة في هذا النظام .

الـمـادة ٢٥ ـ باستثناء ماورد في المواد ( ٨ و ٢٦ و ٢٧ ) من هذا النظام . تكون قرارات هيئة المحاكمة نهائية من حين صدورها ولا يجوز الاعتراض عليها وتكون نافذة .

الفصل الثـــــالث
الطعن في الحكم وتأجيل العقوبة والعفو

الـمـادة ٢٦ ـ للمحكوم عليهم ان يتظلم الى جلالة الملك استنادا الى المواد ٩ و ١٩ و ٢٠ و ٢٢ مـــن هذا النظام ببطلان الحكم الصادر .
ولجلالة الملك قبول الطعن او رده فاذا قبل الطعن بالبطلان وجبت اعادة المحاكمـــــة .

الـمـادة ٢٧ ـ لجلالة الملك في جميع الاحوال حق اصدار الامر بالعفو الخاص عن المحكوم عليهم وفقا لهذا النظام او تخفيف العقوبة عليهم الى الحد الذي يقرره امر العفو .

# EXHIBIT 8

# TO ALARFAJ EXPERT OPINION



**Public Investment Fund**





# Chapter 1

## Definitions

### Article 1

In this Law, the following terms and phrases shall have the meanings assigned thereto, unless the context requires otherwise:

Fund: Public Investment Fund.

Law: Public Investment Fund Law.

Board: The Fund's Board of Directors.

Chairman: The Board's Chairman.

Governor: The Fund's Governor.

Bylaws and Policies: The set of regulations, instructions, and procedures issued by the Board to regulate the Fund's internal affairs.

### Article 2

The Fund shall report to the Council of Economic and Development Affairs. It shall have a public legal personality as well as financial and administrative independence. The Fund's headquarters shall be in the city of Riyadh; it may, as needed, establish branches within the Kingdom or abroad.



# Chapter 2

## Purposes and Powers

### Article 3

The Fund aims to generate returns by investing its funds, whether in cash or in-kind, in accordance with the highest standards, for the purpose of serving public interest; promoting economic development in the Kingdom and diversifying its sources of income; and maintaining the interest of future generations.

### Article 4

The Fund shall have the powers to achieve its objectives and carry out its functions and duties under this Law, including the following:

1. Investing within the Kingdom or abroad, and acquiring and disposing of assets, including real property, in-kind rights, stakes, securities, foreign currencies, commodities, and any kind of financial derivatives.
2. Incorporating companies and other special-purpose establishments within the Kingdom or abroad and entering therein as a sole partner or with a third party.
3. Extending loans and other forms of financing.
4. Taking out loans and other forms of debt, including the issuance of sukuk and bonds.
5. Issuing securities for companies and other special-purpose establishments that the Fund owns or holds shares therein.
6. Concluding agreements and memoranda of understanding relating to its activities with relevant agencies in other countries and international organizations.
7. Carrying out any other activity or task approved by the Board to achieve the Fund's objectives.



# Chapter 3
## The Board

### Article 5

The Fund shall have a board of directors to be chaired by the President of the Council of Economic and Development Affairs. Its membership shall include the Governor, as well as a minimum of four experts and specialists, provided they include representatives from relevant agencies; they shall be appointed pursuant to a royal order for a renewable term of five years.

### Article 6

The Board shall supervise the Fund, including its management and affairs, and shall ensure its objectives are achieved and its powers—as stipulated in this Law—are exercised. To this end, the Board shall have all necessary authorities and powers. It shall also approve and issue the Fund's Bylaws and Policies, including the following:

1. Setting investment strategies, policies, and procedures, including targeted returns; and the mechanism for deciding on an investment, monitoring its performance, and exiting therefrom.
2. Setting a policy for distribution of Fund profits.
3. Setting risk management procedures and systems.
4. Determining the accounting standards and policies for drafting and auditing the Fund's financial statements, and determining the beginning and end of the fiscal year.
5. Approving the Fund's loans and other forms of debt, including issuing sukuk and bonds, in accordance with relevant rules.
6. Setting rules for nominating and appointing the Fund's representatives to the boards of directors of companies and other entities that the Fund owns or holds shares therein, and determining their remuneration, as well as their rights and duties.
7. Setting policies and procedures for tax liability.
8. Designating the persons authorized to sign on behalf of the Fund.
9. Approving the procedures regulating the Fund's communication with the media.
10. Approving the Fund's financial and administrative regulations.



11. Approving the Fund's organizational structure and the manner of regulating and distributing its functions and duties.

12. Approving the Fund's annual budget and annual report.

The Board may, when necessary, form committees to carry out any of its duties and responsibilities. It may also delegate certain powers to the Governor or any of the Fund's officers, in accordance with the Fund's Bylaws and Policies.

## Article 7

The Board shall submit to the Council of Economic and Development Affairs the Bylaws and Policies that regulate matters referred to in Article 6 (1), (2), (3), (4), and (5) of this Law, as well as the rules and procedures regulating its activities referred to in Article (8) of this Law, or any amendments thereto, within a period not less than 15 days or more than 30 days from the date set for their entry into force. The Council of Economic and Development Affairs may, within such period, direct the Board to make any amendments to the Bylaws and Policies, as it deems appropriate.

## Article 8

The Board shall set the rules and procedures regulating its activities, including calling for and holding meetings, and voting on decisions, whether at Board meetings or by circulation. In any case, the Board shall meet at least once every 90 days.

## Article 9

The Board shall appoint a secretary general who shall carry out the duties of the Board secretariat and any other assigned duties. The Board shall determine his remuneration in accordance with the Fund's Bylaws and Policies.



# Chapter 4
## Employees

### Article 10

The Fund shall have a Governor at the rank of Minister. If the Governor's position becomes vacant, the Board may assign another person to temporarily carry out his duties.

### Article 11

The Board shall determine the Governor's powers, responsibilities, and duties, including:

1. Implementing Board decisions.
2. Representing the Fund before third parties and judicial authorities;
3. Overseeing the drafting of the Fund's Bylaws and Policies, as well as the Fund's annual budget and annual report, and any other documents required to be presented to the Board; and
4. Overseeing the Fund's administrative and financial affairs as well as its employees, and ensuring that the Fund's operations and activities are in compliance with its Bylaws and Policies.

### Article 12

Subject to relevant Bylaws and Policies, the Governor may, if necessary, delegate some of his powers to certain Fund employees or others.

### Article 13

1. Except for the Governor, Fund employees shall be subject to the Labor Law and the Social Insurance Law.
2. Except for cases specified by the Fund's Bylaws and Policies, Fund employees may not engage in any other profession or work, including holding any position or job in the public or private sectors.



# Chapter 5
## Professional Conduct

### Article 14

Each Board member and Fund employee shall, in the manner specified in the Fund's Bylaws and Policies, disclose his personal investments and any changes thereto.

### Article 15

1. Any Board member with a direct or indirect personal interest or benefit in any matter presented to the Board shall disclose thereto the nature of such interest or benefit. In any case, said member may not vote on the decision issued regarding such matter.
2. Any Fund employee with a direct or indirect personal interest or benefit in any matter presented to him in the course of carrying out his duties shall, in the manner specified in the Fund's Bylaws and Policies, disclose the nature of that interest or benefit.

### Article 16

Board members and Fund employees shall, in carrying out their duties,
act in good faith and exercise due diligence to achieve the Fund's interests.

### Article 17

Board members and Fund employees shall not disclose any confidential information nor benefit from any information they become privy to in the course of carrying out their duties, even after their relationship with the Fund ends.

### Article 18

The Fund's Bylaws and Policies shall specify the investments and funds that Board members and Fund employees may invest in for their personal benefit, provided such investment does not involve any conflict of interest or inappropriate practice.



### Article 19

Subject to the provisions of this Chapter, the Fund's Bylaws and Policies shall determine the provisions governing the professional conduct of Board members and Fund employees to ensure they comply with acceptable professional and ethical practices. Such provisions shall determine the consequences of professional and ethical violations committed by any Board member or Fund employee.



# Chapter 6

## Financial Affairs and Operations

### Article 20

1. The Fund shall have an annual budget funded by its revenues.
2. Fund revenues shall comprise:
    a) Returns on its assets and investments;
    b) State appropriations, cash and in-kind; and
    c) Borrowed funds.

### Article 21

The Fund shall maintain records of all its transactions, operations, and investments, in accordance with its Bylaws and Policies.

### Article 22

The Fund's financial statements shall be drafted and audited in accordance with accounting standards and policies determined by the Board, and shall be audited by an external auditor appointed by the Board.

### Article 23

The competent monitoring authorities shall, upon conducting any audit of the Fund's operations and accounts, adhere to the provisions of this Law as well as the Fund's Bylaws and Policies.



# Chapter 7
## Annual Report

### Article 24

The Board shall, within 210 days from the end of the Fund's fiscal year, submit to the Council of Economic and Development Affairs a detailed report on the Fund's operations and activities. The report shall, at a minimum, include:

1. The final accounts of the last fiscal year;
2. A detailed account of the Fund's assets and investments and their performance during the last fiscal year;
3. The Fund's audited financial statements;
4. An account of any compensations received by Board members; and
5. Any other information required by the Council of Economic and Development Affairs.

### Article 25

The Council of Economic and Development Affairs may, upon reviewing the report referred to in Article 24 of this Law, direct the Board to take any action it deems appropriate.

### Article 26

The Board may fully or partially publish the report referred to in Article 24 of this Law, and it may publish any other report or information on Fund operations and activities.



# Chapter 8
## Final Provisions

### Article 27

1. The Fund may conclude contracts and agreements, within the Kingdom or abroad, in language other than Arabic, if the Fund's interest so dictates.
2. Contracts and agreements concluded by the Fund shall, as specified in the Fund's Bylaws and Policies, be subject to the laws in force in the Kingdom, unless it is in the interest of the Fund that they be subject to the jurisdiction of foreign courts or international arbitration.

### Article 28

Promulgation of this Law shall not affect the Fund's rights and obligations established prior to its entry into force.

### Article 29

Companies that the Fund incorporates or co-founds in the Kingdom shall be subject to the Companies Law. The Board may, pursuant to a decision issued thereby, include specific exemptions from the provisions of the Companies Law in the articles of incorporation and articles of association of the companies in which the Fund owns more than 50% of its capital. The incorporation of such companies shall be approved pursuant to a decision by the Ministry of Commerce and Investment, in accordance with the Companies Law.

### Article 30

The Fund may not be dissolved or liquidated except by royal decree, and cases related to dissolution or liquidation shall be heard by the competent judicial authority.



### Article 31

This Law shall supersede the Public Investment Fund Law promulgated by Royal Decree No. M/24, dated 25/6/1391H.

### Article 32

This Law shall enter into force from the date of its publication in the Official Gazette.



الرقـــم: م/٩٢

التاريخ: ١٤٤٠/٨/١٢هـ

بعـــون اللـــه تعالـــى

نحـــن سلمـــــان بن عبدالعزيـــز آل ســعود

ملك الـمـمـلـكـــــــة الـعـربيـــــــة السعوديـــــــة

بناءً على المادة (السبعين) من النظام الأساسي للحكم، الصادر بـالأمر الملكي رقـم (٩٠/أ) بتاريخ ١٤١٢/٨/٢٧هـ.

وبناءً على المادة (العشرين) مـن نظـام مجلـس الـوزراء، الصادر بـالأمر الملكـي رقـم (١٣/أ) بتاريخ ١٤١٤/٣/٣هـ.

وبناءً على المادة (الثامنة عشرة) من نظام مجلس الشورى، الصادر بالأمر الملكي رقـم (٩١/أ) بتاريخ ١٤١٢/٨/٢٧هـ.

وبعـد الاطـلاع علـى قـراري مجلـس الشـورى رقـم (٥/١٢) بتـاريخ ١٤٤٠/٣/٢٧هــ، ورقم (٣٥/١٣١) بتاريخ ١٤٤٠/٨/٥هـ.

وبعد الاطلاع على قرار مجلس الوزراء رقم ( ٤٥٤ ) بتاريخ ١٤٤٠/٨/١١هـ. رسمنا بما هو آت:

أولاً    : الموافقة على نظام صندوق الاستثمارات العامة، بالصيغة المرافقة.

ثانياً    : معاملة حصص صندوق الاستثمارات العامة وأسهمه في الشركات الـتي يملكهـا أو يسـاهم فيهـا من حيث جباية الزكاة، وتحصيل الضرائب، وفق آليـة تعـد بالاتفـاق بـين الصـندوق والهيئـة العامة للزكاة والدخل، وتعتمد بأمر ملكي.

ثالثاً    : علـــى سمـــو نائـــب رئــيس مجلـــس الـــوزراء والـــوزراء ورؤســـاء الأجهـــزة المعنيـــة المستقلة – كل فيما يخُصُّه – تنفيذ مرسومنا هذا.

سلمان بن عبدالعزيز آل سعود




قرار رقم : (٤٥٤)

وتاريـخ : ١٤٤٠/٨/١١هـ

— وزارة مجلس الوزراء —

إن مجلس الوزراء

بعد الاطلاع على المعاملة الواردة من الديوان الملكي برقم ٤٤٠٦٨ وتاريخ ١٤٤٠/٨/٧هـ، المشتملة على خطاب صاحب السمو الملكي رئيس مجلس إدارة صندوق الاستثمارات العامة رقم ٢٣١٩ وتاريخ ١٤٣٩/٨/٣هـ، في شأن مشروع نظام صندوق الاستثمارات العامة.

وبعد الاطلاع على مشروع النظام المشار إليه.

وبعد الاطلاع على نظام صندوق الاستثمارات العامة، الصادر بالمرسوم الملكي رقم (م/٢٤) وتاريخ ١٣٩١/٦/٢٥هـ.

وبعد الاطلاع على المحاضر رقم (٥٠٢) وتاريخ ١٤٣٩/٤/٢٨هـ، ورقم (١١٥٦) وتاريخ ١٤٣٩/٨/٢٣هـ، ورقم (١٧٠٢) وتاريخ ١٤٣٩/١٢/٣٠هـ، ورقم (١٠١٠) وتاريخ ١٤٤٠/٦/٦هـ، والمذكرات رقم (١٢٣٦) وتاريخ ١٤٣٩/٩/١٣هـ، ورقم (١٧٠١) وتاريخ ١٤٣٩/١٢/٣٠هـ، ورقم (١٨٨) وتاريخ ١٤٤٠/٢/٥هـ، ورقم (١١٨٦) وتاريخ ١٤٤٠/٦/٣٠هـ، ورقم (١٢٣٩) وتاريخ ١٤٤٠/٧/١٠هـ، ورقم (١٣١٩) وتاريخ ١٤٤٠/٧/١٨هـ، المعدة في هيئة الخبراء بمجلس الوزراء.

وبعد الاطلاع على التوصيات المعدة في مجلس الشؤون الاقتصادية والتنمية رقم (٣-٨/٤٠/د) وتاريخ ١٤٤٠/٢/٩هـ، ورقم (١٩-٣٠/٤٠/د) وتاريخ ١٤٤٠/٦/١٢هـ، ورقم (١-٣٦/٤٠/د) وتاريخ ١٤٤٠/٧/١٤هـ.

وبعد النظر في قراري مجلس الشورى رقم (٥/١٢) وتاريخ ١٤٤٠/٣/٢٧هـ، ورقم (٣٥/١٣١) وتاريخ ١٤٤٠/٨/٥هـ.

وبعد الاطلاع على توصية اللجنة العامة لمجلس الوزراء رقم (٥٥٣) وتاريخ ١٤٤٠/٨/١١هـ.





(٢)

يقرر ما يلي:

أولاً : الموافقة على نظام صندوق الاستثمارات العامة، بالصيغة المرافقة.

ثانياً : معاملة حصص صندوق الاستثمارات العامة وأسهمه في الشركات التي يملكها أو يساهم فيها من حيث جباية الزكاة، وتحصيل الضرائب، وفق آلية تعد بالاتفاق بين الصندوق والهيئة العامة للزكاة والدخل، وتعتمد بأمر ملكي.

وقد أعد مشروع مرسوم ملكي بذلك، صيغته مرافقة لهذا.

ثالثاً : تكون ممارسة صندوق الاستثمارات العامة لاختصاصاته المنصوص عليها في الفقرة (٤) من المادة (الرابعة) والفقرة (٥) من المادة (السادسة) من نظام صندوق الاستثمارات العامة، بالاتفاق مع وزارة المالية (مكتب إدارة الدين العام).

رئيس مجلس الوزراء



الــمــمـلكــة العـربيــة السـعوديــة

هيئة الخبراء بمجلس الوزراء

Bureau Of Experts At The Council Of Ministers

الرقم ـــــــــــــ
التاريخ    /    /    ١٤هـ
المرفقات ـــــــــــــ

# نظام صندوق الاستثمارات العامة

## الفصل الأول
## تعريفات

**المادة الأولى:**

يقصد بالكلمات والعبارات الآتية، أينما وردت في النظام، المعاني الموضحة أمـام كل منها، ما لم يقتض سياق النص غير ذلك:

**الصندوق:** صندوق الاستثمارات العامة.

**النظام:** نظام الصندوق.

**المجلس:** مجلس إدارة الصندوق.

**الرئيس:** رئيس المجلس.

**المحافظ:** محافظ الصندوق.

**القواعد والسياسات الداخلية:** مجموعـة اللـوائح والتعليمـات والإجـراءات الـتي يصـدرها المجلس لتنظيم الشؤون الداخلية للصندوق.

**المادة الثانية:**

يرتبط الصندوق تنظيميـاً بمجلس الشؤون الاقتصادية والتنمية، وتكون لـه شخصيـة اعتبارية عامة، ويتمتع بالاستقلال المالي والإداري، ويكون مقره في مدينة الريـاض، ولـه فتح فروع داخل المملكة وخارجها بحسب الحاجة.

## الفصل الثاني
## أغراض الصندوق وصلاحياته

**المادة الثالثة:**

يهـدف الصـندوق إلى اسـتثمار أمـوالـه ـنقـديًا أو عينيًـا- وفقـاً لأفضـل المعـايير لتحقيق العوائد بما يخدم المصلحة العامة ويسهم في دعم التنمية الاقتصادية في المملكة وتنويع مصادر دخلها، ومراعاة مصلحة الأجيال القادمة.




١



الرقم
التاريخ    /    / ١٤ هـ
المرفقات

الــمـملكـة العـربية السـعـودية
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

**المادة الرابعة:**

يكون للصندوق الصلاحيات اللازمة لتحقيق أهدافه وتأدية وظائفه ومهماته بموجب النظام، وتشمل ما يأتي:

١- الاستثمار داخل المملكة وخارجها، وتملّك الأصول والتصرف فيها، بما في ذلك العقارات والحقوق العينية والحصص والأوراق المالية والعملات الأجنبية والسلع والمشتقات المالية بأنواعها.

٢- تأسيس الشركات وغيرها من المنشآت ذات الأغراض الخاصة داخل المملكة وخارجها، والمشاركة فيها بمفرده أو مع الغير.

٣- الإقراض وغير ذلك من صور التمويل.

٤- عقد القروض وغير ذلك من صور المديونية، بما في ذلك إصدار الصكوك والسندات.

٥- إصدار الضمانات للشركات والمنشآت ذات الأغراض الخاصة الأخرى التي يملكها أو يساهم فيها.

٦- إبرام الاتفاقيات ومذكرات التفاهم ذات الصلة بنشاطه مع الجهات المعنية في الدول والمنظمات الدولية.

٧- القيام بأي نشاط أو عمل آخر يقره المجلس بما يحقق أهداف الصندوق ويتفق مع طبيعة عمله.

**الفصل الثالث**
**المجلس**

**المادة الخامسة:**

يكون للصندوق مجلس إدارة برئاسة رئيس مجلس الشؤون الاقتصادية والتنمية، وعضوية المحافظ وما لا يقل عن أربعة أعضاء آخرين من ذوي الخبرة والاختصاص، على أن يكون من بينهم ممثلون من الجهات المعنية، يصدر بتعيينهم أمر ملكي وتكون مدة عضويتهم خمس سنوات قابلة للتجديد.

٢

بسم الله الرحمن الرحيم

| | |
|---|---|
| الرقم | |
| التاريخ / / ١٤هـ | |
| المرفقات | |

الـمـمـلـكـة الـعـربـيـة الـسـعـوديـة
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

**المادة السادسة:**

يكون المجلس مسؤولاً عن الإشراف على شؤون الصندوق وإدارته وتحقيـق أهدافـه ومباشـرة صـلاحياته الـواردة في النظـام، ويكـون لـه في سـبيل ذلـك أوسـع الـسـلطات والصلاحيات، ويتولى إقرار القواعد والسياسات الداخلية وإصدارها؛ ويشمل ذلك ما يأتي:

١- وضـع اسـتراتيجية الاسـتثمار وسياسـاتـه وإجراءاتـه، بمـا في ذلـك تحديـد العوائـد المستهدفة وآلية اتخاذ قرار الاستثمار ومتابعة أدائه والتخارج منه.

٢- وضع سياسة توزيع أرباح الصندوق.

٣- وضع إجراءات ونظم إدارة الأخطار.

٤- تحديد المعايير والسياسات المحاسبية لإعـداد قـوائم الصـندوق الماليـة ومراجعتهـا، وتحديد بداية السنة المالية ونهايتها.

٥- الموافقة على عقد القـروض وغيـر ذلـك مـن صـور المديونيـة، بمـا في ذلـك إصـدار الصكوك والسندات، وفقاً للضوابط التي يضعها في هذا الشأن.

٦- وضـع ضـوابط ترشـيح ممثلـي الصـندوق وتعيينـهم في مجـالـس إدارات الشـركات والكيانـات الأخـرى الـتي يمتلكهـا الصـندوق أو يسـاهم فيهـا، وتحديـد مكافـآتهم وحقوقهم وواجباتهم تجاه الصندوق.

٧- وضع السـياسـات والإجراءات الخاصة بالالتزام الضريبي.

٨- تحديد المفوضين بالتوقيع نيابة عن الصندوق.

٩- إقرار الإجراءات المنظمة للتواصل الإعلامي.

١٠- إقرار لوائح الصندوق المالية والإدارية.

١١- إقرار هيكل الصندوق التنظيمي، وكيفية تنظيم وظائفه ومهماته وتوزيعها.

١٢- الموافقة على موازنة الصندوق السنوية وتقريره السنوي.

وللمجلس تشكيل لجان تابعة لـه يكـل إليهـا أيًـا مـن مهماتـه ومسـؤولياته وفـق مـا تقتضيه مصلحة العمل.

وله تفويض المحافظ أو أيٍّ من مـوظفي الصـندوق أيًـا مـن صـلاحياته وفقـاً للقواعـد والسياسات الداخلية.



٣



الـمــملكـة العـربيـة السـعوديـة
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

**المادة السابعة:**

على المجلس أن يرفع إلى مجلس الشؤون الاقتصادية والتنمية القواعد والسياسات الداخلية التي تنظم المسائل المشار إليها في الفقرات (١) و(٢) و(٣) و(٤) و(٥) من المادة (السادسة) من النظام، والقواعد والإجراءات المنظمة لأعمال المشار إليها في المادة (الثامنة) من النظام، أو أي تعديل يُجرى عليها، وذلك قبل مدة لا تقل عن (خمسة عشر) يوماً، ولا تزيد على (ثلاثين) يوماً من التاريخ المحدد لبدء سريانها. ولمجلس الشؤون الاقتصادية والتنمية خلال تلك المدة أن يوجه المجلس بإجراء أي تعديل على تلك القواعد والسياسات وفق ما يراه مناسباً.

**المادة الثامنة:**

يضع المجلس القواعد والإجراءات المنظمة لأعماله، وتشمل إجراءات الدعوة للاجتماعات وانعقادها، والأحكام الخاصة بالتصويت على القرارات سواءً خلال الاجتماعات أو بعرضها على أعضاء المجلس متفرقين، ويراعى في جميع الأحوال ألاّ تقل اجتماعات المجلس عن مرة واحدة كل (تسعين) يوماً.

**المادة التاسعة:**

يعين المجلس أميناً عاماً له يتولى أعمال أمانة المجلس وأي مهمة أخرى توكل إليه. ويحدد المجلس ما يتقاضاه الأمين العام من مزايا مالية وفق ما تحدده القواعد والسياسات الداخلية.

<div align="center">

**الفصل الرابع**
**موظفو الصندوق**

</div>

**المادة العاشرة:**

يكون للصندوق محافظ بمرتبة وزير، وللمجلس في حال خلو منصب المحافظ أن يكلف شخصاً آخر بأعماله بصفة مؤقتة.



الــمــمـلكـة الـعـربـيـة الـسـعـوديــة
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

الرقم ـــــــــ
التاريخ    /    /    ١٤ هـ
المرفقات ـــــــــ

## المادة الحادية عشرة:

يحـدد المجلـس صـلاحيات المحـافظ ومسـؤولياته ومهماتــه، علــى أن تشــمل الآتي:

١- تنفيذ قرارات المجلس.

٢- تمثيل الصندوق أمام الغير وأمام الجهات القضائية، وفق الصلاحيات الممنوحة له.

٣- الإشراف على إعداد القواعد والسياسات الداخلية وموازنة الصندوق السـنوية وتقريـره السنوي، وجميع المستندات الأخرى التي يلزم عرضها على المجلس.

٤- الإشراف على الشؤون الإدارية والمالية للصندوق والإشراف على موظفيه، والتثبت مـن توافق عمليات الصندوق وأنشطته مع القواعد والسياسات الداخلية.

## المادة الثانية عشرة:

مع مراعـاة القواعـد والسياسـات الداخليـة ذات العلاقـة، للمحـافظ تفـويض بعـض موظفي الصندوق أو غيرهم في بعض صلاحياته، وفق ما تقتضيه مصلحة العمل.

## المادة الثالثة عشرة:

١- يخضع موظفو الصندوق عدا المحافظ لنظام العمل، ونظام التأمينات الاجتماعية.

٢- فيما عدا الحالات التـي تحـددها القواعـد والسياسـات الداخليـة، لا يجـوز لمـوظفي الصندوق ممارسة أي مهنة أو عمل آخر، بما في ذلك أن يشغلوا منصباً أو وظيفـة في القطاعين العام والخاص.

## الفصل الخامس
## السلوك المهني

## المادة الرابعة عشرة:

على كل عضو في المجلس وموظف لدى الصندوق أن يفصح -بالكيفيـة المحـددة في القواعد والسياسات الداخلية- عن استثماراته الشخصية وعن أي تغير يحدث عليها.

## المادة الخامسة عشرة:

١- على عضو المجلس الذي تكون له مصلحة شخصية أو منفعة مباشرة أو غـير مباشـرة في أي أمر يعرض على المجلـس أن يفصـح للمجلـس عـن طبيعـة هـذه المصلحة أو

  




المنفعة. وفي جميع الأحوال، لا يجوز لذلك العضو التصويت على القرار الـذي يصـدر في شأن ذلك الأمر.

٢- على موظف الصندوق الذي تكون له مصلحة شخصية أو منفعة مباشرة أو غير مباشـرة في أي أمر يعرض عليه أثناء تأديته لمهماته أن يفصح عن طبيعـة تلـك المصـلحة أو المنفعة، وفقاً للآلية التي تحددها القواعد والسياسـات الداخلية.

**المادة السادسة عشرة:**

على أعضاء المجلس وموظفي الصندوق عند تأديتهم لمهماتهم التصرف بحسن نية واجتهاد وبذل العناية اللازمة والحرص الواجب بما يحقق مصالح الصندوق.

**المادة السابعة عشرة:**

يحظر على أعضاء المجلس وموظفي الصندوق إفشاء أي معلومة سرية أو الاستفادة من أي معلومة يحصلون عليها أو يطلعون عليهـا بمناسـبة قيـامهم بمهـامهم حتى بعـد انتهاء علاقتهم بالصندوق.

**المادة الثامنة عشرة:**

تحدد القواعـد والسياسـات الداخليـة الاسـتثمارات والأمـوال الـتي يجـوز لأعضـاء المجلس وموظفي الصندوق الاستثمار فيها لحسابهم الخـاص، علـى أن يراعـى في ذلـك طبيعة الاستثمار ونوعه بما يكفل عدم تعارض المصالح وغير ذلـك مـن الممارسـات غـير السليمة.

**المادة التاسعة عشرة:**

مع مراعاة أحكام هذا الفصل، تحدد القواعد والسياسات الداخلية الأحكـام المنظمـة للسـلوك المهني لأعضاء المجلس وموظفي الصندوق بمـا يكفـل التوافـق مـع الممارسـات المهنيـة والسـلوكية السـليمة، وتحـدد تلـك الأحكـام التبعـات المترتبـة علـى المخالفـات السـلوكية والمهنية التي يرتكبها أيٌ من أعضاء المجلس أو موظفي الصندوق.




٦





الـمـملكـة العـربيـة السـعوديـة
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

الرقم ـــــــــ
التاريخ    /    /    ١٤هـ
المرفقات ـــــــــ

## الفصل السادس
## شؤون الصندوق المالية وعملياته

**المادة العشرون:**

١- تكون للصندوق ميزانية سنوية تمول من موارده المالية.

٢- تتكون موارد الصندوق المالية من الآتي:

أ- العوائد الناتجة من أصوله واستثماراته.

ب- المساهمات النقدية والعينية التي تقدمها إليه الدولة.

ج- الأموال التي يقترضها.

**المادة الحادية والعشرون:**

على الصندوق الاحتفاظ بسجلات وافيـة لجميـع تعاملاتـه وعملياتـه واستثماراتـه وذلك وفق القواعد والسياسات الداخلية.

**المادة الثانية والعشرون:**

تعد قوائم الصندوق الماليـة وتراجـع وفقـاً للمعـايير والسـياسـات المحاسبية الـتي يحددها المجلس، ويراجعها مراجع حسابات خارجي يعينه المجلس.

**المادة الثالثة والعشرون:**

على الجهات الرقابية المختصة عند إجرائها أي مراجعة على عمليات الصندوق وحسـاباتـه، الالتزام بأحكام النظام والقواعد والسياسـات الداخلية.

## الفصل السابع
## التقرير السنوي

**المادة الرابعة والعشرون:**

على المجلس -خلال مائة وخمسين يومـاً من نهايـة السـنة الماليـة للصـندوق- أن يرفع إلى مجلـس الشـؤون الاقتصـادية والتنميـة تقريـراً مفصـلاً عـن عمليـات الصـندوق ونشاطاته، على أن يتضمن التقرير -بحد أدنى- المعلومات الآتية:

١- الحساب الختامي للسنة المالية المنقضية.



٧



الرقم ـــــــــــ
التاريخ / / ١٤هـ
المرفقات ـــــــــــ

الــمـملكـة العــربيـة الســعوديـة
هيئة الخبراء بمجلس الوزراء
Bureau Of Experts At The Council Of Ministers

٢- بيان بأصول الصندوق واستثماراته ، مع تفصيل بأدائها خلال السنة المالية المنقضية .

٣- القوائم المالية المراجعة للصندوق .

٤- بيان بجميع التعويضات التي حصل عليها أعضاء المجلس .

٥- أي معلومة أو بيان آخر يطلبه مجلس الشؤون الاقتصادية والتنمية .

**المادة الخامسة والعشرون:**

لمجلس الشؤون الاقتصادية والتنمية -بعد اطلاعـه علـى التقريـر المشـار إليـه في المادة (الرابعة والعشرين) من النظام- أن يوجه المجلس باتخاذ أي إجراء يرى مناسبته .

**المادة السادسة والعشرون:**

للمجلس نشر التقرير (أو جزء منه) المشار إليه في المـادة (الرابعـة والعشـرين) مـن النظام، وله كذلك نشر أي تقرير أو معلومة أخرى في شأن عمليات الصندوق ونشاطاته .

**الفصل الثامن**
**أحكام ختامية**

**المادة السابعة والعشرون:**

١- للصندوق إبرام العقود والاتفاقات -داخل المملكة أو خارجها- بغير اللغة العربية وفق ما تقتضيه حاجة العمل ومصلحة الصندوق .

٢- تخضع عقود الصندوق واتفاقاته لأنظمة المملكة، إلا ما تقتضـي مصلحـة الصـندوق إخضاعه منها لاختصاص محاكم أجنبية أو للتحكيم، وذلـك في ضـوء مـا تحـدده القواعد والسياسات الداخلية .

**المادة الثامنة والعشرون:**

لا يؤثر صدور النظام في حقوق الصندوق والتزاماته الناشئة قبل تاريخ العمل به .

**المادة التاسعة والعشرون:**

تخضع الشركات التي يؤسسها الصندوق في المملكة أو يشارك في تأسيسها لنظام الشركات، وللمجلس -بقرار منه- تضمين عقد التأسيس أو نظام الشركة الأساس للشركات التي يملك الصندوق فيها نسبة أكثر مـن (٥٠٪) بعـض الاستثنـاءات مـن أحكـام نظام




٨



<div dir="rtl">

الرقم ـــــــــــــــ

التاريخ / / ١٤هـ

المرفقات ـــــــــــــــ

الشركات، ويكون الترخيص بتأسيس تلك الشركات بقرار من وزارة التجارة والاستثمار وفقًا لنظام الشركات.

**المادة الثلاثون:**

لا يجوز حلُّ الصندوق أو تصفيته إلا بمرسوم ملكي، وتسمع الدعاوى المتعلقة بذلك لدى الجهة القضائية المختصة.

**المادة الحادية والثلاثون:**

يحل النظام محل نظام صندوق الاستثمارات العامة، الصادر بالمرسوم الملكي رقم (م/٢٤) وتاريخ ١٣٩١/٦/٢٥هـ.

**المادة الثانية والثلاثون:**

يعمل بالنظام من تاريخ نشره في الجريدة الرسمية.

</div>





٩