UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>PGA TOUR, INC., <br><br>　　　　Defendant and Counter-Plaintiff, <br><br>　v. <br><br>LIV GOLF INC., <br><br>　　　　Counter-Defendant. | Case No. 5:22-cv-04486-BLF <br><br>**[PROPOSED] ORDER GRANTING MOTION FOR STAY OF DISCOVERY PENDING REVIEW PURSUANT TO RULE 72** <br><br>Judge: Hon. Beth Labson Freeman <br>Date Filed: August 3, 2022 <br>Trial Date: January 8, 2024 |

1  Now before the Court is Non-Parties', Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE"), motion for a stay of the United States Magistrate Judge's Order on Motion of PGA Tour, Inc. to Compel Compliance With Subpoenas to Third Parties [PIF] and [HE] (the "Order," Dkt. No. 265), and for a stay of all discovery against PIF and HE, including pursuant to all potential subpoenas that have been or may be issued after the Order by any party to the above-captioned case.  PIF and HE request this stay of the Order and stay of all discovery pending the United States District Court's review of the Order in accordance with 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and Civil Local Rule 72.

Having considered the papers submitted by counsel, the applicable law, all files and records in this action, the Court hereby GRANTS the PIF and HE's Motion to Stay the Order and GRANTS the PIF and HE's Motion for a Stay of all discovery against PIF and HE, including subpoenas to PIF and HE issued by the Tour after the Order.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        HON. BETH LABSON FREEMAN
                                        UNITED STATES DISTRICT JUDGE