UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　Defendant. | Case No.  22-cv-04486-BLF<br><br>**ORDER GRANTING NON-PARTY'S REQUEST TO FILE AMICUS BRIEF**<br><br>[Re: ECF No. 307] |

The Court hereby GRANTS non-party Kingdom of Saudi Arabia's request to file an amicus brief in support of the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir O. Al-Rumayyan's ("HE") Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge.  *See* ECF No. 307.  Defendant PGA Tour, Inc., ("the TOUR") shall incorporate any response to the amicus brief into its opposition to PIF and HE's motion.  The page limits for the TOUR's opposition remain unchanged from the Court's previous order.

**IT IS SO ORDERED.**

Dated:  March 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge