UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT JONES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>        Defendant. | Case No. 22-cv-04486-BLF   (SVK)<br><br>**ORDER ON JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 275 |

Before the Court is the Parties' Joint Discovery Submission regarding production of text messages. The Parties have agreed on general parameters but disagree on the scope of permissible redactions. The Court has reviewed the submission and the relevant law and determines that this matter may be resolved without oral argument. Civ. L.R. 7-1(b).

Defendant TOUR proposes a specific, narrow list of allowable redactions. *See* Dkt. 275-1. Plaintiffs propose a more comprehensive approach, allowing redactions of "personal, health-related, or privacy-sensitive" information. Dkt. 275. Plaintiffs raise valid privacy concerns that may be particularly acute in the context of text messages. However, as Defendant points out, Plaintiffs do not provide parameters or exemplars, particularly as to any definition of or distinction between "personal" and "privacy-sensitive." Defendant also offers that any such information can be produced as "Attorneys-Eyes Only" under the Protective Order.

In consideration of the Parties' concerns on both sides of the dispute, as well as balancing the proportionality requirements of Rule 26, the Court modifies the Proposed Order (Dkt. 275-1) and **ORDERS** as follows:

    1. As agreed by the parties, each party shall produce all non-privileged text messages, WhatsApp chats, Signal messages, and other device-level communications

1 (collectively, "mobile messages") sent or received within forty-eight hours of a responsive mobile message hitting on the agreed-upon search terms (each a "contextual mobile message");

2. As agreed by the parties, no party shall completely withhold any contextual mobile message from production; information withheld from contextual mobile messages must be visibly redacted; and

3. The scope of permissible redactions to contextual mobile messages is limited to the following categories of information:

    i) Social security numbers and taxpayer identification numbers;

    ii) Financial account numbers;

    iii) The street and number of ~~home~~ addresses;

    iv) Unique identifying numbers, such as passport or drivers' license numbers;

    v) Protected health information, including discussions of personal health, medical records, medical billing and payment records, insurance information, clinical laboratory test results, medical images, such as X-rays, wellness and disease management program files, and clinical case notes;

    vi) Information relating solely to family members;

    vii) The names of minor children;

    viii) photos or videos.

4. Productions of text messages may be marked as "Attorneys Eyes Only" under the Protective Order.

**SO ORDERED.**

Dated: March 2, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge