**WHITE & CASE LLP**
Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

QUINN EMANUEL URQUHART &
SULLIVAN LLP
JOHN B. QUINN, SBN 90378
johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

JOHN BASH (*pro hac vice*)
johnbash@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701-3901
Telephone: (737) 667 6100

ROBERT P. FELDMAN, SBN 69602
bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile: 650.801.5100

*Attorneys for Non-Parties The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>Plaintiffs, <br><br>v. <br><br>PGA TOUR, INC., <br><br>Defendant and Counter-Plaintiff, <br><br>v. <br><br>LIV GOLF INC., <br><br>Counter-Defendant. | Case No. 5:22-cv-04486-BLF <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO FILE RESPONSE TO NON-PARTIES MOTION FOR STAY OF DISCOVERY PENDING REVIEW PURSUANT TO RULE 72** <br><br>Judge: Hon. Beth Labson Freeman <br>Date Filed: August 3, 2022 <br>Trial Date: January 8, 2024 |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Defendant and Counter-Plaintiff the PGA Tour, Inc. (the "Tour"), and Non-Parties The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan (together "Non-Parties"), by and through the undersigned counsel, stipulate and agree as follows:

WHEREAS, Non-Parties filed their Motion for Stay of Discovery Pending Review Pursuant to Rule 72 ("Motion to Stay") on February 28, 2023.  Dkt. No. 308.

WHEREAS, pursuant to Local Rule 7-3, the briefing for the Motion to Stay is currently set to conclude on March 21, 2023.  However, the Tour's February 16, 2023 subpoenas (which Non-Parties are challenging on numerous grounds, *see* Dkt. No. 306) set a deadline for the production of documents by March 17, 2023—before the Motion to Stay reply briefs.  Under this schedule, the dates stated in the subpoenas will occur before the Motion to Stay is resolved.

WHEREAS, Non-Parties have requested, and the Tour has agreed, pursuant to Local Rule 6-2 to shorten the deadline for the Tour's Response to the Motion to Stay to March 10, 2023, consistent with the Court's guidance at the Case Management Conference on February 24, 2023.

WHEREAS, the Tour has proposed that Non-Parties should not file a Reply in Support of the Motion to Stay, consistent with the briefing schedule set by the Court for the Rule 72 Motions for Relief from the Magistrate Judge's Order (Dkt. No. 292), and Non-Parties have agreed to forego a reply at this time, while reserving the right to seek leave to file a reply following submission of the Tour's opposition based on a showing of good cause.  Accordingly, the Non-Parties reserve the right to request leave from the Court to submit a Reply in Support of the Motion to Stay.

WHEREAS, this change in the deadline for the Tour's Response will not alter the date of any other event or deadline already fixed by Court order.

IT IS THEREFORE STIPULATED AND AGREED that the Tour's deadline to file a Response to the Motion to Stay will be March 10, 2023.

1  **SO STIPULATED AND AGREED.**

Dated: March 2, 2023          By: /s/ *Kimberly A. Havlin*

**WHITE & CASE** LLP

Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone:  (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

JOHN B. QUINN, SBN 90378
 johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
 dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
 kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

JOHN BASH
johnbash@quinnemanuel.com

|   |   |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | 300 West 6th Street, Suite 2010 |
|   | Austin, TX 78701-3901 |
| 3 | Telephone: (737) 667 6100 |
|   | Facsimile: (737) 667 6110 |
| 4 |   |
| 5 | ROBERT P. FELDMAN, SBN 69602 |
|   |  bobfeldman@quinnemanuel.com |
| 6 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
|   | 555 Twin Dolphin Dr., 5th Floor |
| 7 | Redwood Shores, California 94065 |
|   | Telephone:  650.801.5000 |
| 8 | Facsimile:    650.801.5100 |
| 9 | *Attorneys for Non-Parties The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan* |
| 10 |   |
| 11 |   |
| 12 | By: */s/ Nicholas S. Goldberg* |
| 13 | ELLIOT R. PETERS, SBN 158708 |
|   | epeters@keker.com |
| 14 | DAVID SILBERT, SBN 173128 |
|   | dsilbert@keker.com |
| 15 | R. ADAM LAURIDSEN, SBN 243780 |
|   | alauridsen@keker.com |
| 16 | NICHOLAS S. GOLDBERG, SBN 273614 |
|   | ngoldberg@keker.com |
| 17 | SOPHIE HOOD, SBN 295881 |
|   | shood@keker.com |
| 18 | KEKER, VAN NEST & PETERS LLP |
| 19 | 633 Battery Street |
|   | San Francisco, CA 94111-1809 |
| 20 | Telephone: (415) 391-5400 |
|   | Facsimile: (415) 397-7188 |
| 21 |   |
| 22 | ANTHONY J. DREYER, admitted *pro hac vice* |
|   | anthony.dreyer@skadden.com |
| 23 | KAREN M. LENT, admitted *pro hac vice* |
|   | karen.lent@skadden.com |
| 24 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 25 | One Manhattan West |
| 26 | New York, NY 10001 |
|   | Telephone: (212) 735-3000 |
| 27 | Facsimile: (212) 735-2000/1 |
| 28 |   |

-3-

JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO FILE RESPONSE TO NON-PARTIES MOTION
FOR STAY OF DISCOVERY PENDING REVIEW PURSUANT TO RULE 72
CASE NO. 5:22-CV-04486-BLF

|   |   |
|---|---|
| 1 | PATRICK FITZGERALD, admitted *pro hac vice* |
| 2 | patrick.fitzgerald@skadden.com |
|   | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | 155 North Wacker Drive |
| 4 | Chicago, IL 60606 |
|   | Telephone: 312 407 0700 |
| 5 | Facsimile: 312 407 0411 |
| 6 |   |
|   | *Attorneys for Defendant and Counterclaimant PGA Tour, Inc.* |

-4-
JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO FILE RESPONSE TO NON-PARTIES MOTION
FOR STAY OF DISCOVERY PENDING REVIEW PURSUANT TO RULE 72
CASE NO. 5:22-CV-04486-BLF

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on March 2, 2023.

/s/ *Kimberly A. Havlin*
Kimberly A. Havlin

**PURSUANT TO STIPULATION, IT IS SO ORDERED**: The deadline for Defendant and Counter-Plaintiff PGA Tour, Inc. (the "Tour") to respond to the Non-Parties', The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan, Motion for Stay of Discovery Pending Review Pursuant to Rule 72 ("Motion to Stay") shall be March 10, 2023. The Non-Parties may seek leave from the Court to file a Reply in Support of the Motion to Stay.

Dated: March 3, 2023

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE