| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN LLP<br>JOHN B. QUINN, SBN 90378<br>  johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>  dominicsurprenant@quinnemmanuel.com<br>KEVIN TERUYA, SBN 235916<br>  kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>JOHN F. BASH, *pro hac vice*<br>  johnbash@quinnemanuel.com<br>300 West 6th Street, Suite 2010<br>Austin, TX 78701-3901<br>Telephone: (737) 667 6100<br><br>ROBERT P. FELDMAN, SBN 69602<br>  bobfeldman@quinnemanuel.com<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000<br>Facsimile:   650.801.5100 | RACHEL S. BRASS, SBN 219301<br>rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>ROBERT C. WALTERS, *pro hac vice*<br>rwalters@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100 |

*Attorneys for Counter-Defendant LIV Golf, Inc.,*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　　　Defendant and Counter-Plaintiff,<br><br>　　v.<br><br>LIV GOLF INC.,<br><br>　　　　　　　Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**JOINT STIPULATION EXTENDING TIME TO FILE ANSWER TO AMENDED COUNTERCLAIM**<br><br>Judge:　　　Hon. Beth Labson Freeman<br><br>Date Filed:　August 3, 2022<br><br>Trial Date:　January 8, 2024 |

Pursuant to Civil Local Rule 6-1(a), Counterclaim-Defendant LIV Golf, Inc. ("LIV") and Counterclaim-Plaintiff PGA Tour, Inc. (the "Tour"), by and through the undersigned counsel, stipulate and agree as follows:

WHEREAS, the Tour filed its Amended Counterclaim on February 23, 2023 (Dkt. 289);

WHEREAS, LIV's current deadline to respond to the Amended Counterclaim, if any response is necessary, is March 9, 2023;

WHEREAS, the parties agree that good cause exists to extend LIV's deadline to answer (but not move against) the Amended Counterclaim by seven days, through and including March 16, 2023;

WHEREAS, this extension will not alter the date of any other event or deadline already fixed by Court order;

IT IS THEREFORE STIPULATED AND AGREED that LIV's deadline to answer the Amended Counterclaim is extended through and including March 16, 2023.

**SO STIPULATED AND AGREED.**

| | |
|---|---|
| DATED: March 9, 2023 | Respectfully submitted, |

By: _____/s/ Kevin Teruya_____
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:  213.443-3000

JOHN F. BASH
  johnbash@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701-3901
Telephone: (737) 667 6100

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California  94065
Telephone:  650.801.5000
Facsimile: 650.801-5100

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com

KRISTEN C. LIMARZI, *pro hac vice*
klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:     202.955.8500
*Attorneys for Counter-Defendant LIV Golf, Inc.,*

KEKER, VAN NEST & PETERS LLP

 /s/ *Nicholas Goldberg*_____
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

ANTHONY J. DREYER
PATRICK FITZGERALD
KAREN M. LENT

Attorneys for Counter-Plaintiff
PGA TOUR, INC.

JOINT STIPULATION EXTENDING TIME TO FILE ANSWER TO
AMENDED COUNTERCLAIM CASE NO. 5:22-CV-04486-BLF

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on March 9, 2023.

/s/ Kevin Teruya
Kevin Teruya