KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-CV-04486-BLF (SVK)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed:     August 3, 2022<br><br>Trial Date:     January 8, 2024 |
| PGA TOUR, INC.,<br><br>Counter-claimant,<br><br>v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-defendants. | |

Pursuant to Civil Local Rule 79-5(f) and the Protective Order entered by this Court, Dkt. 111, Defendant/Counterclaimant PGA Tour, Inc. ("the TOUR") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, regarding portions of the TOUR's Opposition to The Public Investment Fund of Saudi Arabia and Yasir Othman Al-Rumayyan's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge ("Opposition"), filed concurrently herewith.

Specifically, the document subject to this Administrative Motion include:

| Document | Portions of Document to Be Sealed | Party Claiming Confidentiality |
|---|---|---|
| TOUR's Opposition to The Public Investment Fund of Saudi Arabia and Yasir Othman Al-Rumayyan's Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge | Highlighted portions at:<br><br>• Page 2:27-28<br>• Page 3:1-2<br>• Page 3:10-14<br>• Page 3:16-19<br>• Page 3:21-28<br>• Page 4:4-7<br>• Page 4:11-27<br>• Page 5:1-10<br>• Page 7:13-14<br>• Page 10:17-18<br>• Page 10:21-23<br>• Page 10:26-27<br>• Page 11:3-4 | LIV Golf, Inc. |

The highlighted portions of the Opposition include references to documents produced by Plaintiff/Counterdefendant LIV Golf, Inc. that were designated as either "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the applicable Protective Order, Dkt. 111, in this action.

The TOUR does not have an interest in confidential treatment of the information contained in those exhibits or highlighted in yellow in its proposed redacted Opposition. The TOUR makes this request solely because LIV has designated this information as confidential under the applicable Protective Order. Nevertheless, in compliance with its Protective Order obligations and the Civil Local Rules of this District, the TOUR is submitting under seal, along with this Administrative Motion, an unredacted copy of the document referenced above pursuant to Civil Local Rules 79-5(d) and 79-5(e).

Dated: March 10, 2023

KEKER, VAN NEST & PETERS LLP

By: /s/ Elliot R. Peters
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
PATRICK FITZGERALD
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.