KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:      212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:      312 407 0411

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MATT JONES; BRYSON DECHAMBEAU;
PETER UIHLEIN; and LIV GOLF, INC.,

        Plaintiffs,

        v.

PGA TOUR, INC.,

        Defendant.

PGA TOUR, INC.,

        Counter-claimant,

        v.

LIV GOLF, INC., THE PUBLIC
INVESTMENT FUND OF THE KINGDOM
OF SAUDI ARABIA, AND YASIR
OTHMAN AL-RUMAYYAN,

        Counter-defendants.

Case No. 5:22-cv-04486-BLF (SVK)

**PROOF OF SERVICE**

Judge:      Hon. Beth Labson Freeman

Date Filed: August 3, 2022

Trial Date: January 8, 2024

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On March 10, 2023, I served the following document(s):

**[UNREDACTED] PGA TOUR INC.'S OPPOSITION TO THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

| | |
|---|---|
| ☑ | by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format.  The transmission was reported as complete and without error. |

**ATTORNEYS FOR COUNTER-DEFENDANTS THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN**

JOHN B. QUINN
DOMINIC SURPRENANT
KEVIN TERUYA
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: 213.443.3000
johnquinn@quinnemanuel.com
dominicsurprenant@quinnemanuel.com
kevinteruya@quinnemanuel.com

JOHN F. BASH
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX  78701-3901
Telephone: 737.667.6100
johnbash@quinnemanuel.com

ROBERT P. FELDMAN
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA  94065
Telephone: 650.801.5000
bobfeldman@quinnemanuel.com

HEATHER M. BURKE
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 800
Palo Alto, CA  94306
Telephone: 650.213.0300
hburke@whitecase.com

CAROLYN LAMM
HANSEL PHAM
NICOLLE KOWNACKI
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone: 202.626-3600
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

JACK E. PACE III
KIMBERLY A. HAVLIN
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
Telephone: 212.819.8200
jpace@whitecase.com

2102483

RACHEL S. BRASS
LAUREN DANSEY
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone: 415.393.8200
rbrass@gibsondunn.com
ldansey@gibsondunn.com

ROBERT C. WALTERS
SCOTT K. HVIDT
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2911
Telephone: 214.698.3100
rwalters@gibsondunn.com
shvidt@gibsondunn.com

JOSHUA LIPTON
KRISTEN C. LIMARZI
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500
jlipton@gibsondunn.com
klimarzi@gibsondunn.com

**ATTORNEYS FOR PLAINTIFFS MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, AND LIV GOLF, INC.**

JOHN B. QUINN
DOMINIC SURPRENANT
KEVIN TERUYA
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone: 213.443.3000
johnquinn@quinnemanuel.com
dominicsurprenant@quinnemanuel.com
kevinteruya@quinnemanuel.com

ROBERT P. FELDMAN
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA  94065
Telephone: 650.801.5000
bobfeldman@quinnemanuel.com

RACHEL S. BRASS
LAUREN DANSEY
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone: 415.393.8200
rbrass@gibsondunn.com
ldansey@gibsondunn.com

ROBERT C. WALTERS
SCOTT K. HVIDT
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2911
Telephone: 214.698.3100
rwalters@gibsondunn.com
shvidt@gibsondunn.com

JOSHUA LIPTON
KRISTEN C. LIMARZI
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500
jlipton@gibsondunn.com
klimarzi@gibsondunn.com

Executed on March 10, 2023, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Dionne Meadows

PROOF OF SERVICE
Case No. 5:22-cv-04486-BLF (SVK)

2102483