| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN LLP<br>JOHN B. QUINN, SBN 90378<br>johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>dominicsurprenant@quinnemmanuel.com<br>KEVIN TERUYA, SBN 235916<br>kevinteruya@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>JOHN BASH (*pro hac vice*)<br>johnbash@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>300 West 6th Street, Suite 2010<br>Austin, TX 78701-3901<br>Telephone: (737) 667 6100 | QUINN EMANUEL URQUHART & SULLIVAN LLP<br>ROBERT P. FELDMAN, SBN 69602<br>bobfeldman@quinnemanuel.com<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000<br>Facsimile:   650.801.5100 |

*Attorneys for Non-Parties The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>       Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>       Defendant and Counter-Plaintiff,<br><br>   v.<br><br>LIV GOLF INC.,<br><br>       Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL OF RECORD FOR NON-PARTIES THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN**<br><br>Judge:         Hon. Beth Labson Freeman<br><br>Date Filed:   August 3, 2022<br><br>Trial Date:   January 8, 2024 |

**TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c)(2)(C), Quinn Emanuel Urquhart & Sullivan LLC and its attorneys John B. Quinn, Dominic Surprenant, Kevin Teruya, John Bash, and Robert P. Feldman withdraw as counsel of record for non-parties the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan in the above-captioned action. These non-parties will continue to be represented by White and Case LLP as counsel of record in this action. Quinn Emanuel and the above-listed attorneys continue to represent Plaintiff and Counterclaim-Defendant LIV Golf, Inc. and Plaintiffs Matt Jones, Bryson DeChambeau, and Peter Uihlein as counsel of record in this action.

| | | |
|---|---|---|
| | | Respectfully submitted, |
| DATE: March 14, 2023 | By: | /s/ Kevin Teruya |

JOHN B. QUINN, SBN 90378
johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

JOHN BASH, *pro hac vice*
johnbash@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701-3901
Telephone: (737) 667 6100

ROBERT P. FELDMAN, SBN 69602
bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Non-Parties The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on March 14, 2023.

/s/   Kevin Teruya
Kevin Teruya