**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIVE GOLF, INC., <br><br> Plaintiffs, <br> v. <br> PGA TOUR, INC., <br><br> Defendant. | Case No. 22-cv-04486-BLF <br><br> **ORDER TO SHOW CAUSE WHY CASE NUMBER 22-mc-80336-BLF SHOULD NOT BE TERMINATED AS DUPLICATIVE** |
| PGA TOUR, INC., <br><br> Counter-Claimant, <br> v. <br> LIV GOLF, INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendants. | |
| PGA TOUR, INC., <br><br> Plaintiff, <br> v. <br> PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN, <br><br> Defendants. | Case No. 22-mc-80336-BLF |

The parties are hereby ordered to show cause whether there is any reason that the miscellaneous action *PGA TOUR, Inc. v. Public Investment Fund of the Kingdom of Saudi Arabia, et al.*, No. 22-mc-80336-BLF, should not be terminated. The only substantive motion filed in the miscellaneous case was re-filed in the main action, *Jones, et al. v. PGA TOUR, Inc.*, No. 22-cv-

04486-BLF, and has been ruled on in the main action.  Accordingly, the miscellaneous action appears to be entirely duplicative of the main action.

Each party or set of parties shall file a written response to this Order to Show Cause by March 20, 2023.  The written responses shall be limited to 2 pages.

IT IS SO ORDERED.

Dated:  March 16, 2023

_____
BETH LABSON FREEMAN
United States District Judge