UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MATT JONES, et al.,

          Plaintiffs,

   v.

PGA TOUR, INC.,

          Defendant.

Case No. 22-cv-04486-BLF

**ORDER REGARDING RESPONSE TO AMENDED COUNTERCLAIM**

In the event that parties responding to PGA Tour's amended counterclaim file motions to dismiss, all moving parties will be limited to 25 pages of briefing combined for their opening briefing and 15 pages combined for their reply briefing. The opposition will be limited to 25 pages. The parties may file their briefing as a single brief for all moving parties or separate briefs for each moving party.

**IT IS SO ORDERED.**

Dated: March 16, 2023

                                              BETH LABSON FREEMAN
                                              United States District Judge