RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000

*Attorneys for Plaintiffs Matt Jones, Bryson
  DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | CASE  NO. 5:22-cv-04486-BLF-SVK <br><br> **DECLARATION OF SCOTT K. HVIDT** |

I, Scott K. Hvidt, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the State of Texas, as well as the United States District Court for the Northern District of Texas. I am admitted to practice in the United States District Court for the Northern District of California in the above-entitled action on a *pro hac vice* basis. I am over the age of twenty-one and an associate attorney at the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Plaintiffs in the above-entitled action. Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. Throughout the litigation, I have been one of the attorneys managing the document production from Plaintiff LIV Golf Inc., other Plaintiffs, and former Plaintiffs.

3. Based on data provided to me, LIV Golf has produced over 150,000 documents and Performance54 has produced over 82,000 documents through LIV Golf, together totaling over 630,000 pages.

4. Player Plaintiffs have produced an additional 17,800 documents. In total, Plaintiffs have produced 250,000 documents while the PGA Tour has produced less than 120,000 documents, and its individual independent members of its Board of Directors have only produced 1,339 documents.

5. Plaintiffs' productions include 12,829 documents that would have been produced out of the files collected from the Public Investment Fund for the Kingdom of Saudi Arabia (PIF). To determine this figure, Plaintiffs' counsel's document vendor identified only those LIV Golf, Performance54 or a players' files that would exist in a PIF custodial email or cellular device.

6. Plaintiffs' productions include hundreds or thousands of documents responsive to each Request for Production in Judge Susan van Kuelen's discovery order, *see* Dkt. No. 265, for both the PIF and Mr. Al-Rumayyan. To determine these figures, Plaintiffs' counsel's document vendor identified only those files that would exist in a PIF or Mr. Al-Rumayyan custodial email or cellular device. Then, Plaintiffs' counsel's document vendor ran search terms across the narrowed universe to isolate documents responsive to each request. The results are summarized in the chart below.

| RFP | PIF Documents + family Produced responsive to each RFP | Mr. Al-Rumayyan Documents + family Produced responsive to each RFP |
|---|---|---|
| RFP 01 | 5,462 | 504 |
| RFP 02 | 6,776 | 481 |
| RFP 03 | 3,936 | 292 |
| RFP 04 | 7,157 | 634 |
| RFP 05 | 9,578 | 835 |
| RFP 06 | 5,657 | 575 |
| RFP 07 | 8,909 | 813 |
| RFP 08 | 6,272 | 505 |
| RFP 09 | 9,918 | 922 |
| RFP 10 | 4,036 | 443 |
| RFP 11 | 6,063 | 713 |
| RFP 12 | 5,278 | 416 |
| RFP 13 | 9,918 | 922 |
| RFP 14 | 4,036 | 443 |

7. Plaintiffs' productions include PIF and Mr. Al-Rumayyan documents that are relevant to all of the twenty-six individuals that the Tour requested dates for depositions. Plaintiffs' counsel's document vendor identified only those files that would exist in a PIF or Mr. Al-Rumayyan custodial email or cellular device. Then, for each of the twenty-six individuals, Plaintiffs' counsel's document vendor ran search terms across the narrowed universe to isolate documents that include reference to the individual, for PIF files and then for Mr. Al-Rumayyan files.

8. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the February 24, 2023 Case Management Conference proceedings before the Honorable Beth Labson Freeman, United States District Court, Jones et al vs. PGA Tour Inc., Case No. CV-22-4486-BLF.

9. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the 2022-2023 PGA Tour Player Handbook and Tournament Regulations.

10. Attached hereto as **Exhibit C** is a true and correct copy of an ASAP Sports transcript of Jay Monahan's press conference at The Players Championship, dated March 7, 2023.

11. Attached hereto as **Exhibit D** is a true and correct copy of a Sports Illustrated article by Bob Harig, "Exclusive: PGA Tour Threatens to Ban Japan Golf Tour Players Who Compete in LIV Golf Events," dated September 1, 2022.

12. Attached hereto as **Exhibit E** is a true and correct copy of a Golf Digest article by Joel Beall, "PGA Tour and DP World Tour announce alliance with Japan Golf Tour," dated December 5,

2022.

13. Attached hereto as **Exhibit F** is a true and correct copy of a PGA Tour Press Release titled "DP World, PGA Tour announces expansion of relationship with Korea Professional Golfers' Association," dated December 14, 2022.

14. Attached hereto as **Exhibit G** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0098808, Highly Confidential – Attorneys Eyes Only.

15. Attached hereto as **Exhibit H** is a true and correct copy of a .pdf of the About Us page of the Official World Golf Rankings' website, https://www.owgr.com/about-owgr.

16. Attached hereto as **Exhibit I** is a true and correct copy of a Sports Illustrated article by Bob Harig, "PGA Tour, DP World Tour Bosses Step Away from Deciding LIV Golf's World Ranking Fate," dated January 24, 2023.

17. Attached hereto as **Exhibit J** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0302905, Confidential.

18. Attached hereto as **Exhibit K** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0059269, Highly Confidential – Attorneys Eyes Only.

19. Attached hereto as **Exhibit L** is a true and correct copy of Golf Digest article by Ryan Harrington, "A final look at how far LIV golfers fell in the OWGR in 2022 is eye-opening," dated December 26, 2022.

20. Attached hereto as **Exhibit M** is a true and correct copy of a Golf Weekly article by Ryan Davies, "How Does The Official World Golf Ranking Work?," dated September 13, 2022.

21. Attached hereto as **Exhibit N** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0517288, Highly Confidential – Attorneys Eyes Only.

22. Attached hereto as **Exhibit O** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0516016, Confidential.

23. Attached hereto as **Exhibit O(a)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0515988, Confidential.

24. Attached hereto as **Exhibit O(b)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0047953, Highly Confidential – Attorneys Eyes Only.

Gibson, Dunn & Crutcher LLP

25. Attached hereto as **Exhibit O(c)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0515838, Confidential.

26. Attached hereto as **Exhibit P** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0577619, Highly Confidential – Attorneys Eyes Only.

27. Attached hereto as **Exhibit P(a)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0634899, Highly Confidential – Attorneys Eyes Only.

28. Attached hereto as **Exhibit P(b)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0634902, Highly Confidential – Attorneys Eyes Only.

29. Attached hereto as **Exhibit P(c)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0634905, Highly Confidential – Attorneys Eyes Only.

30. Attached hereto as **Exhibit P(d)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0634907, Highly Confidential – Attorneys Eyes Only.

31. Attached hereto as **Exhibit P(e)** is a true and correct copy of a document produced by Clout in this litigation as Clout_02_001571, Confidential – Attorneys Eyes Only.

32. Attached hereto as **Exhibit P(f)** is a true and correct copy of a document produced by Clout in this litigation as Clout_02_001574, Confidential – Attorneys Eyes Only.

33. Attached hereto as **Exhibit P(g)** is a true and correct copy of a document produced by Clout in this litigation as Clout_02_001578, Confidential – Attorneys Eyes Only.

34. Attached hereto as **Exhibit Q** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0577650, Highly Confidential – Attorneys Eyes Only.

35. Attached hereto as **Exhibit Q(a)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0577654, Highly Confidential – Attorneys Eyes Only.

36. Attached hereto as **Exhibit Q(b)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0577701, Highly Confidential – Attorneys Eyes Only.

37. Attached hereto as **Exhibit Q(c)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0577702, Highly Confidential – Attorneys Eyes Only.

38. Attached hereto as **Exhibit R** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0577730, Highly Confidential – Attorneys Eyes Only.

39. Attached hereto as **Exhibit R(a)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0577731, Highly Confidential – Attorneys Eyes Only.

40. Attached hereto as **Exhibit S** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0577628, Highly Confidential – Attorneys Eyes Only.

41. Attached hereto as **Exhibit S(a)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0577634, Highly Confidential – Attorneys Eyes Only.

42. Attached hereto as **Exhibit S(b)** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0577655, Highly Confidential – Attorneys Eyes Only.

43. Attached hereto as **Exhibit T** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0012397, Highly Confidential – Attorneys Eyes Only.

44. Attached hereto as **Exhibit U** is a true and correct copy of a document produced by the PGA Tour in this litigation as PGA_TOUR0490833, Highly Confidential – Attorneys Eyes Only.

45. Attached hereto as **Exhibit V** is a true and correct copy of a Golf Digest article by Evin Priest, "Players 2023: Even Rory McIlroy admits LIV Golf has been great for PGA Tour players," dated March 7, 2023.

46. I declare under penalty of perjury under the laws of the State of California, the State of Texas and the United States of America that the foregoing is true and correct and that I executed this Declaration on March 16, 2023, at Dallas, Texas.

/s/  Scott K. Hvidt