RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>PGA TOUR, INC.,<br><br>  Defendant and Counter-Plaintiff,<br><br>  v.<br><br>LIV GOLF INC.,<br><br>  Counter-Defendant. | CASE  NO. 5:22-cv-04486-BLF<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

13959174.1

Pursuant to Civil Local Rule 79-5(f) and the Protective Order entered by this Court, Dkt. No. 111, Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf, Inc. (together, "Plaintiffs") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with their Motion to Bifurcate (the "Motion").

The highlighted portions of Plaintiffs' Motion quote documents designated by party the PGA Tour, Inc. (the "Tour") as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order.  Exhibits G, J, K, N, O, P, P(a), P(b), P(c), P(d), Q, R, S, T, and U are designated by the Tour as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order.  Exhibits P(e), P(f), and P(g) are designated by non-party Clout Public Affairs, LLC ("Clout") as "CONFIDENTIAL – ATTORNEYS' EYES ONLY."

Plaintiffs have no position on whether this material should remain sealed but file the Motion and exhibits provisionally under seal pursuant to Civil Local Rule 79-5(f) to allow the Tour and Clout to seek to maintain confidentiality.

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Motion to Bifurcate | Lines 4:22-27, 5:11-13, 5:21 | Contains material designated as confidential by the Tour. |
| Exhibits G, J, K, N, O, P, P(a), P(b), P(c), P(d), Q, R, S, T, and U | Entirety | Contains material designated as confidential by the Tour. |
| Exhibits P(e), P(f), and P(g) | Entirety | Contains material designated as confidential by Clout. |

DATED:  March 16, 2023            Respectfully submitted,

By: _____/s/ Dominic Surprenant_____
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:    650.801.5100

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:   415.393.8306

SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:    202.955.8500
*Attorneys for Plaintiffs LIV Golf, Inc.,
Matt Jones, Bryson DeChambeau, and Peter Uihlein*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on March 16, 2023.

                                                */s/ Dominic Surprenant*
                                                Dominic Surprenant