RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

*Attorneys for Plaintiffs Matt Jones, Bryson*
*  DeChambeau, Peter Uihlein, and LIV Golf Inc.*

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>       Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>       Defendant and Counter-<br>       Plaintiff,<br><br>   v.<br><br>LIV GOLF INC.,<br><br>       Counter-Defendant. | CASE  NO. 5:22-cv-04486-BLF<br><br>**PROOF OF SERVICE** |

The undersigned declares as follows:

I am a citizen of the United States and employed in Los Angeles County, State of California.  I am over the age of eighteen years and not a party to this action.  My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017-2543.

On March 16, 2023, I caused to be served via electronic transmission under seal versions of the following documents on counsel for the Defendant in *Jones, et al. v. PGA Tour, Inc.*, Case No. 5:22-cv-04486-BLF:

- Plaintiffs' Motion to Bifurcate; and
- Exhibits G, J, K, N, O, P, Q, R, S, T, and U.

On March 16, 2023, I caused to be served via electronic transmission under seal versions of the following documents on Greim, Eddie (edgreim@gravesgarrett.com); Badell, Rebekah (RBadell@gravesgarrett.com); Hagan, Cody (chagan@gravesgarrett.com); Lewis, George (glewis@gravesgarrett.com); and Graves, Todd (TGraves@gravesgarrett.com), counsel for the non-party Clout Public Affairs, LLC:

- Exhibits P(e), P(f), and P(g).

*/s/ Teri Juarez*
Teri Juarez

PROOF OF SERVICE
CASE NO. 5:22-CV-04486-BLF