IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER [GRANTIING/DENYING] PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

[PROPOSED] ORDER

Now before the Court is Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf, Inc. (together, "Plaintiffs") Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with their Motion to Bifurcate. Having carefully considered the papers and all statements submitted to support sealing, the Court [GRANTS/DENIES] the Motion. The Court's decision as to each document is reflected in the table below.

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Motion to Bifurcate | Lines 4:22-27, 5:11-13, 5:21 | Contains confidential information of Defendant the PGA Tour, Inc. |
| Exhibits G, J, K, N, O, P, P(a), P(b), P(c), P(d), Q, R, S, T, and U | Entirety | Contains confidential information of Defendant the PGA Tour, Inc. |
| Exhibits P(e), P(f), and P(g) | Entirety | Contains confidential information of non-party Clout Public Affairs, LLC. |

IT IS SO ORDERED.

DATED this ___ day of _____, 2023.

```
_____
BETH LABSON FREEMAN
United States District Court Judge
```