**WHITE & CASE**LLP

Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone:  (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

*Attorneys for Non-Parties The Public Investment Fund of the
Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., | CASE NO. 5:22-cv-04486-BLF |
| Plaintiffs, | **THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA'S AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN'S RESPONSE REGARDING THE ORDER TO SHOW CAUSE WHY CASE NUMBER 22-MC-80336-BLF SHOULD NOT BE TERMINATED AS DUPLICATIVE** |
| v. | |
| PGA TOUR, INC., | |
| Defendant and Counter-Plaintiff, | |
| v. | Judge:      Hon. Beth Labson Freeman |
| LIV GOLF INC., | Date Filed:  August 3, 2022 |
| Counter-Defendant. | Trial Date:   January 8, 2024 |

1

## <u>RESPONSE REGARDING ORDER TO SHOW CAUSE</u>

On March 16, 2023, this Court entered an Order to Show Cause as to whether there is any reason that the miscellaneous action *PGA TOUR, Inc. v. Public Investment Fund of the Kingdom of Saudi Arabia, et al.*, No. 22-mc-80336-BLF, should not be terminated as duplicative of the above-captioned action, *Jones, et al. v. PGA TOUR, Inc.*, No. 22-cv-04486-BLF.  *See* Dkt. No. 328.  In filing this response pursuant to the Court's March 16 Order to Show Cause, the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir O. Al-Rumayyan ("HE") do not waive, and expressly preserve all rights, immunities, and defenses, including with respect to jurisdiction and sufficiency of service.

PIF and HE have no objection to the Court's proposed termination of the miscellaneous action, Case No. 22-mc-80336-BLF, because it is duplicative of the main action, Case No. 22-cv-04486-BLF.  It is a matter of record that Defendant PGA Tour, Inc.'s Rule 45 subpoenas and related Motion to Compel originated in the U.S. District Court for the Southern District of New York, *see, e.g.*, Dkt. No. 142; Dkt. No. 144; Dkt. No. 265 at 6-7, and should remain so treated for any relevant purposes in this proceeding.

1

Respectfully submitted,

2

DATE: March 20, 2023          By:     */s/ Carolyn B. Lamm*

3

**WHITE & CASE** LLP

4

Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)

5

Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW

6

Washington, District of Columbia 20005
Telephone:  (202) 626-3600

7

Facsimile: (202) 639-9355
clamm@whitecase.com

8

hpham@whitecase.com
nkownacki@whitecase.com

9

10

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)

11

1221 Avenue of the Americas
New York, New York 10020

12

Telephone: (212) 819-8200
Facsimile: (212) 354-8113

13

jpace@whitecase.com
kim.havlin@whitecase.com

14

15

Heather M. Burke (SBN 284100)
3000 El Camino Real

16

2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109

17

Telephone: (650) 213-0300
Facsimile: (650) 213-8158

18

hburke@whitecase.com

19

*Attorneys for Non-Parties The Public Investment*

20

*Fund of the Kingdom of Saudi Arabia and His*
*Excellency Yasir O. Al-Rumayyan.*

21

22

23

24

25

26

27

28

2