United States District Court<br>Northern District of California

1

2      **UNITED STATES DISTRICT COURT**

3      **NORTHERN DISTRICT OF CALIFORNIA**

4      **SAN JOSE DIVISION**

5

6   MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIVE GOLF, INC.,     Case No.  22-cv-04486-BLF

7         Plaintiffs,

8        v.                 **ORDER TERMINATING**
**CASE NUMBER 22-mc-80336-BLF**
PGA TOUR, INC.,                 **AS DUPLICATIVE**

9

10         Defendant.
_____

11   PGA TOUR, INC.,

12         Counter-Claimant,

13        v.

14   LIV GOLF, INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN,

15

16         Counter-Defendants.

17                        Case No. 22-mc-80336-BLF

18   PGA TOUR, INC.,

19         Plaintiff,
       v.

20   PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS

21   EXCELLENCY YASIR OTHMAN AL-RUMAYYAN,

22

23         Defendants.

24

25      On March 16, 2023, the Court directed the parties to show cause, in writing and by March

26   20, 2023, whether there is any reason that the miscellaneous action *PGA TOUR, Inc. v. Public*

27   *Investment Fund of the Kingdom of Saudi Arabia, et al.*, No. 22-mc-80336-BLF, should not be

28   terminated.  The Court noted that the only substantive motion filed in the miscellaneous case was

1   re-filed in the main action, *Jones, et al. v. PGA TOUR, Inc.*, No. 22-cv-04486-BLF, and has been

2   ruled on in the main action.

3          PGA Tour, Inc. filed a response on March 20, 2023, stating that it has no objection to

4   termination of the miscellaneous case.

5          The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O.

6   Al-Rumayyan filed a response on March 20, 2023, stating that they have no objection to

7   termination of the miscellaneous case.

8          LIV Golf, Inc. did not file a response.

9          Accordingly, because the miscellaneous action appears to be entirely duplicative of the

10   main action, and without objection by any party, it is hereby ordered that the miscellaneous action

11   *PGA TOUR, Inc. v. Public Investment Fund of the Kingdom of Saudi Arabia, et al.*, No. 22-mc-

12   80336-BLF is TERMINATED.  The Clerk shall close the case.

13          IT IS SO ORDERED.

15   Dated:  March 22, 2023

16   _____
     BETH LABSON FREEMAN
17   United States District Judge