# EXHIBIT A - 3/17/23 Amended Notice of Deposition of Thierry Pascal

| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>LAUREN D. DANSEY, SBN 311886<br>  ldansey@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>ROBERT C. WALTERS, *pro hac vice*<br>  rwalters@gibsondunn.com<br>SCOTT K. HVIDT, *pro hac vice*<br>  shvidt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100<br><br>JOSHUA LIPTON, *pro hac vice*<br>  jlipton@gibsondunn.com<br>KRISTEN C. LIMARZI, *pro hac vice*<br>  klimarzi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500 | JOHN B. QUINN, SBN 90378<br>  johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>  dominicsurprenant@quinnemanuel.com<br>KEVIN TERUYA, SBN 235916<br>  kevinteruya@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>ROBERT P. FELDMAN, SBN 69602<br>  bobfeldman@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000 |

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>             Plaintiffs,<br><br>      v.<br><br>PGA TOUR, INC.,<br><br>             Defendant and Counter-<br>             Plaintiff,<br><br>      v.<br><br>LIV GOLF INC.,<br><br>             Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF-SVK<br><br>**AMENDED NOTICE OF DEPOSITION OF THIERRY PASCAL** |

**AMENDED NOTICE OF DEPOSITION OF THIERRY PASCAL**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff LIV GOLF ("LIV GOLF"), by and through its counsel, will take the deposition upon oral examination of Thierry Pascal. The deposition will take place on March 27, 2023, beginning at 9:30 a.m. GMT at Quinn Emanuel Urquhart & Sullivan, LLP, 90 High Holdborn, London, WC1V 6LJ, United Kingdom, or at such other location as may be mutually agreed upon by counsel. The deposition will be conducted before a notary public or other officer duly authorized by law to administer oaths, and will be recorded by stenographic, audio, and video means.

| | | |
|---|---|---|
| 1 | DATED: March 17, 2023 | Respectfully submitted, |
| 2 | | By: _____/s/ Rachel S. Brass_____ |
| 3 | | RACHEL S. BRASS, SBN 219301 |
| | | rbrass@gibsondunn.com |
| 4 | | LAUREN D. DANSEY, SBN 311886 |
| | | ldansey@gibsondunn.com |
| 5 | | GIBSON, DUNN & CRUTCHER LLP |
| | | 555 Mission Street, Suite 3000 |
| 6 | | San Francisco, California 94105-0921 |
| 7 | | Telephone:  415.393.8200 |
| | | Facsimile:  415.393.8306 |
| 8 | | |
| | | ROBERT C. WALTERS, *pro hac vice* |
| 9 | | rwalters@gibsondunn.com |
| | | SCOTT K. HVIDT, *pro hac vice* |
| 10 | | shvidt@gibsondunn.com |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 11 | | 2001 Ross Avenue, Suite 2100 |
| | | Dallas, Texas 75201-2911 |
| 12 | | Telephone:  214.698.3100 |
| 13 | | JOSHUA LIPTON, *pro hac vice* |
| | | jlipton@gibsondunn.com |
| 14 | | KRISTEN C. LIMARZI, *pro hac vice* |
| | | klimarzi@gibsondunn.com |
| 15 | | GIBSON, DUNN & CRUTCHER LLP |
| | | 1050 Connecticut Avenue, N.W. |
| 16 | | Washington, DC 20036-5306 |
| | | Telephone: 202.955.8500 |
| 17 | | |
| 18 | | JOHN B. QUINN, SBN 90378 |
| | | johnquinn@quinnemanuel.com |
| 19 | | DOMINIC SURPRENANT, SBN 165861 |
| | | dominicsurprenant@quinnemanuel.com |
| 20 | | KEVIN TERUYA, SBN 235916 |
| | | kevinteruya@quinnemanuel.com |
| 21 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | | 865 South Figueroa Street, 10th Floor |
| 22 | | Los Angeles, California 90017 |
| | | Telephone:  213.443.3000 |
| 23 | | ROBERT P. FELDMAN, SBN 69602 |
| | | bobfeldman@quinnemanuel.com |
| 24 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | | 555 Twin Dolphin Drive, 5th Floor |
| 25 | | Redwood Shores, California 94065 |
| | | Telephone:  650.801.5000 |
| 26 | | Facsimile:  650.801.5100 |
| 27 | | *Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.* |
| 28 | | |

Gibson, Dunn & Crutcher LLP

3

AMENDED NOTICE OF DEPOSITION OF THIERRY PASCAL
CASE NO. 5:22-CV-04486-BLF-SVK

**PROOF OF SERVICE**

I, Daniel K. Tom, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.

On March 17, 2023, the following document was served on the following parties by the method noted below:

**PLAINTIFF LIV GOLF, INC.'S AMENDED NOTICE OF DEPOSITION OF THIERRY PASCAL**

**Defendant PGA Tour, Inc.**

| | |
|---|---|
| John W. Keker | Email: jwk@kvn.com |
| Brook Dooley | bdooley@keker.com |
| Nicholas S. Goldberg | ngoldberg@keker.com |
| Thomas E. Gorman | tgorman@keker.com |
| Sophie A. Hood | shood@keker.com |
| Leo L. Lam | llam@keker.com |
| Robert A. Lauridsen | alauridsen@keker.com |
| Eric H. MacMichael | emacmichael@keker.com |
| Nicholas D. Marais | nmarais@keker.com |
| Elliot R. Peters | epeters@keker.com |
| David J. Silbert | dsilbert@keker.com |
| Kathleen Corey | KCorey@keker.com |

**Keker, Van Nest & Peters LLP**
633 Battery Street
San Francisco, CA 94111-1809

| | |
|---|---|
| Anthony J. Dreyer | Email: anthony.dreyer@skadden.com |
| Karen H. Lent | karen.lent@skadden.com |
| Matthew M. Martino, I | matthew.martino@skadden.com |

**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West
New York, NY 10001

| | |
|---|---|
| Patrick J Fitzgerald | Email: patrick.fitzgerald@skadden.com |

**Skadden, Arps, Slate, Meagher & Flom LLP**
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606

1. ☑ **BY ELECTRONIC SERVICE:** On the above-mentioned date, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

2. ☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2023.

                                              */s/ Daniel K. Tom*
                                               Daniel K. Tom