| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |

Attorneys for Defendant and Counter- Claimant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-claimant,<br><br>v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-defendants. | Case No. 5:22-CV-04486-BLF (SVK)<br><br>**[PROPOSED] ORDER GRANTING PGA TOUR, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF THIERRY PASCAL**<br><br>Judge:     Hon. Susan van Keulen<br>Dept:      Courtroom 6, 4th Floor<br><br>Date Filed:     August 3, 2022<br><br>Trial Date:     January 8, 2024 |

1  The Court is in receipt of the Parties' Joint Statement Regarding Deposition of Thierry Pascal, in which the PGA TOUR, Inc. (the "TOUR") moves for a protective order regarding Plaintiffs' March 17, 2023, Amended Notice of Deposition setting Mr. Pascal's deposition for March 27, 2023, in London, England. Dkt. [XX]. Having fully considered the briefing and arguments presented by the Parties, and finding good cause, the Court hereby GRANTS the TOUR's motion for a protective order. The Court quashes Plaintiffs' March 17, 2023 Amended Deposition Notice, and ORDERS Plaintiffs to meet and confer in good faith with the TOUR to identify a mutually convenient date and location for Mr. Pascal's deposition during the discovery period. If Plaintiffs proceeded to take Mr. Pascal's deposition while this dispute was pending, Plaintiffs shall be precluded from using the deposition against the TOUR. Fed. R. Civ. P. 32(a)(5)(A); *see also Dickinson Frozen Foods, Inc. v. FPS Food Process Sols. Corp.,* 2020 WL 2841517, at *7 (D. Idaho June 1, 2020); *Automated Transactions LLC v. First Niagara Fin. Grp., Inc.*, 2011 WL 13213256, at *2 (W.D.N.Y. May 10, 2011).

**IT IS SO ORDERED.**

Dated: _____

HON. SUSAN VAN KEULEN
United States Magistrate Judge