```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
       Robert Feldman (Bar No. 69602)
 2     bobfeldman@quinnemanuel.com
    555 Twin Dolphin Dr. 5th Floor
 3  Redwood Shores, CA 94065
    Telephone:    (650) 801-5000
 4  Facsimile:    (650) 801-

 5
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
 6     John B. Quinn (Bar No. 090378)
       johnquinn@quinnemanuel.com
 7     Dominic Surprenant (Bar No. 165861)
       dominicsurprenant@quinnemanuel.com
 8     Kevin Teruya (Bar No. 235916)
       kevinteruya@quinnemanuel.com
 9  865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
10  Telephone:    (213) 443-3000
    Facsimile:    (213) 443-3100
11
    Attorneys for Plaintiffs Matt Jones, Bryson
12  DeChambeau, Peter Uihlein, and LIV Golf Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>     Plaintiffs, <br><br>     v. <br><br> PGA TOUR, INC., <br><br>     Defendant and <br>     Counter-Plaintiff. <br><br>     v. <br><br> LIV GOLF INC., <br><br>     Counter-Defendant. | Case No. 5:22-cv-04486-BLF <br><br> **NOTICE OF APPEARANCE OF COUNSEL ROBERT FELDMAN FOR PLAINTIFFS MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF, INC.** <br><br> The Hon. Honorable Beth L. Freeman <br><br> Trial Date:        None Set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned attorney, of Quinn Emanuel Urquhart & Sullivan LLP, hereby enters his appearance in the above-captioned case as counsel of record for MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF, INC. Attorney Robert Feldman is a member of the State Bar of California and is admitted to practice in the Northern District of California. Mr. Feldman's address and telephone number are as provided in the captions above. Please serve said counsel with all pleadings and notices in this action.

DATED: March 22, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Robert Feldman
Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.