UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT JONES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | Case No. 22-cv-04486-BLF (SVK)<br><br>**ORDER ON JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 341 |

    Before the Court is the Parties' Joint Discovery Submission ("Submission") regarding the time and place of the deposition of Thierry Pascal, Senior Vice President International Media for the PGA Tour International. Plaintiffs seek an order compelling the deposition on March 27, 2023 in London. The Tour seeks a protective order regarding the noticed date and location. The Court has reviewed the Submission, the relevant law and the litigation history in this action and determines that this matter may be resolved without oral argument. Civ. L.R. 7-1(b).

    It appears from the Submission that, at least initially, the Parties engaged in meaningful meet and confer efforts regarding the setting of depositions, which must be completed by May 31, 2023. With regards to Mr. Pascal, dates and locations were exchanged, and then the process broke down. The Court is dismayed that the Parties could not see their way to compromise, the essence of which is that *neither side gets their preference*. Rather, the parties find a middle ground that addresses, at least to some extent, the concerns of both sides. Here, Plaintiffs want to depose Mr. Pascal in person, as is their right. They also want to depose Mr. Pascal "early" in the line of depositions, which, in the circumstances of this case, is not unreasonable. To that end, Plaintiffs have proposed alternative dates up to and including April 4, 2023. The Tour claims counsel is unavailable to appear live in London on Monday, March 27, 2023. The Tour does not provide a specific reason or address the April dates. However, the Tour does express a preference that

Mr. Pascal be deposed in May, when other depositions are scheduled in London. Again, this is not an unreasonable, but also not a necessary, request. Accordingly, the Court **ORDERS** as follows:

The deposition of Thierry Pascal will take place, in person, **no later than April 14, 2023** in London at the location in the amended deposition notice. Dkt. 341, Exhibit A. **Within 24 hours of receipt of this Order**, the Tour will provide Plaintiffs with three dates within the designated time frame on which Mr. Pascal is available for an in-person deposition in London. Counsel for either side may choose to appear remotely, but the witness will appear in person at the designated location. Counsel may agree on a location other than London only by mutual consent, but the deposition will take place in the time frame designated above.

**SO ORDERED.**

Dated: March 23, 2023

SUSAN VAN KEULEN
United States Magistrate Judge