| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | MATTHEW M. MARTINO - (*pro hac vice*) |
| alauridsen@keker.com | matthew.martino@skadden.com |
| NICHOLAS S. GOLDBERG - # 273614 | One Manhattan West |
| ngoldberg@keker.com | New York, NY 10001 |
| SOPHIE HOOD - # 295881 | Telephone:   212 735 3000 |
| shood@keker.com | Facsimile:   212 735 2000 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Telephone:   415 391 5400 | PATRICK FITZGERALD - (*pro hac vice*) |
| Facsimile:   415 397 7188 | patrick.fitzgerald@skadden.com |
| | 155 North Wacker Drive |
| | Chicago, Il 60606 |
| | Telephone:   312 407 0700 |
| | Facsimile:   312 407 0411 |

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-CV-04486-BLF (SVK)<br><br>**NOTICE OF SERVICE OF AMENDED COUNTERCLAIMS UPON COUNTERDEFENDANTS THE PUBLIC INVESTMENT FUND OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN**<br><br>Judge:   Hon. Beth Labson Freeman<br>Date Filed:   August 3, 2022<br>Trial Date:   January 8, 2024 |
| PGA TOUR, INC.,<br><br>Counter-claimant,<br><br>v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-defendants. | |

PLEASE TAKE NOTICE that the summonses and Amended Counterclaims at Dkts. 310, 311, and 289 were served on Counter-defendants the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan on the dates and in the manner indicated below:

On February 23, 2023, a redacted copy of the Amended Counterclaims (Dkt. 289) was served on PIF and Mr. Al-Rumayyan's counsel of record at White & Case LLP and Quinn Emanuel Urquhart & Sullivan LLP via ECF notice and email to the email addresses identified on their counsel's respective Notices of Appearance. *See* Dkt. 290 & Ex. 1.

On February 28, 2023, an unredacted copy of the Amended Counterclaims (Dkt. 289) and proposed summonses for PIF and Mr. Al-Rumayyan (Dkts. 304 & 303) were physically delivered to the Palo Alto offices of White & Case LLP, at the address identified on the Notice of Appearance for PIF and Mr. Al-Rumayyan's local counsel of record Heather Burke, attention to Ms. Burke. *See* Ex. 2, Dkt. 193. On the same day, delivery of the same documents was attempted at the Los Angeles offices of Quinn Emanuel, at the address identified on the Notice of Appearance for PIF and Mr. Al-Rumayyan's then-counsel of record Mr. John Quinn, attention to Mr. Quinn, but receipt of the package was refused. *See* Ex. 3.

On March 1, 2023, the summonses issued as to PIF (Dkt. 311) and Mr. Al-Rumayyan (Dkt. 310) were physically delivered to Ms. Burke at the Palo Alto offices of White & Case LLP and to Mr. Quinn at the Los Angeles offices of Quinn Emanuel LLP, effecting service under 28 U.S.C. § 1608(b)(2) as to PIF and under Rule 4(e)(2)(C) as to Mr. Al-Rumayyan . Exs. 4, 5.

On March 14, 2023, counsel for the PGA TOUR, Inc. (the "TOUR") had copies of the summonses and Amended Counterclaims, along with Modern Standard Arabic translations of each, delivered to the Office of the Clerk of the United States District Court for the District of Northern California, attention to Mr. William Noble, in accordance with instructions provided by Mr. Noble regarding the effectuation of service pursuant to 28 U.S.C. § 1608(b)(3)(B) (authorizing service by mailing from the clerk of court). *See* Ex. 6. Mr. Noble sealed those documents in a prepaid FedEx envelope provided by counsel for the TOUR, which was addressed to the PIF offices in Riyadh, Kingdom of Saudi Arabia, deposited the envelope in a FedEx drop

box, and provided photographs to the TOUR's counsel confirming the shipment. *See* Exs. 7, 8. On March 19, 2023, the envelope containing the summonses, Amended Counterclaims, and translations was delivered to the PIF offices in Riyadh and signed for by a person identified as B. Badr, effecting service on PIF under 28 U.S.C. § 1608(b)(3)(B). *See* Ex. 9.

Dated: March 27, 2023

KEKER, VAN NEST & PETERS LLP

By: */s/ Elliot R. Peters*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
PATRICK FITZGERALD
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.