# EXHIBIT 2

| | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Elliot R. Peters (SBN 158708) <br> KEKER, VAN NEST & PETERS LLP <br> 633 Battery Street   San Francisco, CA 94111 <br> Attorney For: Defendant: PGA TOUR, INC. | | | | |
| TELEPHONE NO.: **(415) 391-5400** | FAX NO. *(Optional):* **(415) 397-7188** | | | |

| USDC/SAN JOSE DIVISION/NORTHERN DISTRICT OF CA |
|---|
| STREET ADDRESS: **280 S. 1ST ST. ROOM 2112** |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: **SAN JOSE, CA 95113** |
| BRANCH NAME: **SAN JOSE DIVISION/NORTHERN DISTRICT** |

| PLAINTIFF *(name each):* **MATT JONES; et al.** | |
|---|---|
| DEFENDANT *(name each):* **PGA TOUR, INC., et al.** | CASE NUMBER: <br> **5:22-CV-04486-BLF (SVK)** |

| **PROOF OF HAND DELIVERY** | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.: <br> **PGALIV** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**2023 02 28 Peters Ltr to Counsel re Amended Counterclaim; Proposed Summons for PIF; Proposed Summons for Al-Rumayyan; Non-Public Unredacted Version of Defendant PGA Tour, Inc.'s Answer to Plaintiffs' Amended Complaint & Amended Counterclaim; Filed Public Version of Defendant PGA Tour, Inc.'s Answer to Plaintiffs' Amended Complaint & Amended Counterclaim**

| NAME OF PARTY: | **Heather Burke** |
|---|---|
| DELIVERED TO: | **Left at Lobby - As Authorized** |
| DATE & TIME OF DELIVERY: | **2/28/2023** <br> **4:08 PM** |
| ADDRESS, CITY, AND STATE: | **White & Case LLP** <br> **3000 El Camino Real, 2 Palo Alto Square, Ste 900** <br> **Palo Alto, CA 94306-2100** |

**MANNER OF SERVICE:**
**Delivery to Law Office:** Service was made by delivery to the attorney's office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. ([CCP 1011(1)]

Fee for Service: **$ .00**
County:
Registration No.:
**Nationwide Legal, LLC Reg: 12-234648**
**1625 Clay Street 4th Floor**
**Oakland, CA 94612**
**(510) 444-4690**
**Ref: PGALIV**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 01, 2023**.

Signature: _____
**Ricardo Gomez**

**PROOF OF HAND DELIVERY**

982(a)(23)[New July 1, 1987]                                                                                                                    Order#: SF134965/CCP1011