# EXHIBIT 3

# Susan R. Hope

| | |
|---|---|
| **From:** | dispatch@nationwidelegal.com |
| **Sent:** | Tuesday, February 28, 2023 4:16 PM |
| **To:** | Julie A. Selby |
| **Subject:** | Proof of Delivery on control number SF134996 |

[EXTERNAL]

Dear Julie Selby,

Your 043 - SPECIAL OFFICE SERVICE  (IMMEDIATELY) is now complete.

Control #: SF134996
Reference #: PGALIV
Case #: 5:22-CV-04486-BLF
Plaintiff: MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,
Defendant: PGA TOUR, INC.
Document(s): REQUESTS FOR PRODUCTION / REQUESTS FOR PRODUCTION / INTERROGATORIES;

Delivery Address:
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Date: 2/28/2023
Time: 4:15 PM

Signed by: refused delivery//spoke with julie

If you have requested a Proof of Service, a signed PDF of the Proof of Service will follow shortly.