# EXHIBIT 6

| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>   Defendant. | Case No. 5:22-cv-04486-BLF (SVK)<br><br>**PROOF OF SERVICE**<br><br>Judge:        Hon. Beth Labson Freeman<br><br>Date Filed:   August 3, 2022<br><br>Trial Date:   January 8, 2024 |
| PGA TOUR, INC.,<br><br>   Counter-claimant,<br><br>   v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>   Counter-defendants. | |

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **March 14, 2023**, pursuant to instructions from the Clerk's Office at the Northern District of California, I sent the following documents:

1. Summons Issued as to the Public Investment Fund [Dkt. 311]
2. Summons Issued as to Mr. Al-Rumayyan [Dkt. 310]
3. PGA TOUR, Inc. Answer to Amended Complaint and Amended Counterclaims [PUBLIC/REDACTED] [Dkt. 289]
4. PGA TOUR, Inc. Answer to Amended Complaint and Amended Counterclaims [UNDER SEAL/UNREDACTED]
5. Summons Issued as to the Public Investment Fund [Arabic Translation]
6. Summons Issued as to Mr. Al-Rumayyan [Arabic Translation]
7. PGA TOUR, Inc. Answer to amended Complaint and Amended Counterclaims [UNDER SEAL/UNREDACTED] [Arabic Translation]

Via Courier to Mr. William Noble at the address United States District Court 450 Golden Gate Avenue, Box 36060 San Francisco, CA 94102-3489 along with a prepaid Fedex envelope addressed to the Public Investment Fund at Alra'idah Digital City, Building MU04, Al Nakhil District, P.O. Box 6847, Riyadh 11452, The Kingdom of Saudi Arabia.

Executed on **March 14, 2023**, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Susan Hope