# EXHIBIT 7



**KEKER**
**VAN NEST**
**& PETERS**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Maile Yeats-Rowe**
(415) 962-8885
myeatsrowe@keker.com

March 14, 2023

**RECEIVED**

MAR 1 4 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**VIA COURIER**

Attn: William Noble, 16th Floor
United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

Re:   *Jones v. PGA Tour, Inc.*
        USDC, Northern District of California, Case No. 5:22-cv-04486-BLF (SVK)

Dear Mr. Noble,

Thank you for speaking with me earlier today regarding the Office of the Clerk's process for carrying out service under 28 U.S.C. § 1608(b)(3)(B), pursuant to which service on an agency or instrumentality of a foreign state may be effectuated by "delivery of a copy of the summons and complaint, together with a translation of each into the official language of the foreign state … by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the agency or instrumentality to be served."

Enclosed with this cover letter, in addition to a pre-paid international Fedex envelope, are the following documents for service on the Public Investment Fund of the Kingdom of Saudi Arabia and its Governor, Yasir Al-Rumayyan in the above-captioned action:

1.  Summons Issued as to the Public Investment Fund [Dkt. 311]
2.  Summons Issued as to Mr. Al-Rumayyan [Dkt. 310]
3.  PGA TOUR, Inc. Answer to Amended Complaint and Amended Counterclaims [PUBLIC/REDACTED] [Dkt. 289]
4.  PGA TOUR, Inc. Answer to Amended Complaint and Amended Counterclaims [UNDER SEAL/UNREDACTED]
5.  Summons Issued as to the Public Investment Fund [Arabic Translation]
6.  Summons Issued as to Mr. Al-Rumayyan [Arabic Translation]
7.  PGA TOUR, Inc. Answer to amended Complaint and Amended Counterclaims [UNDER SEAL/UNREDACTED] [Arabic Translation]
8.  Proof of Service

2103930

William Noble
United States District Court
March 14, 2023
Page 2

**Via Hand Delivery**

I understand from our conversation that you will place these documents in the enclosed pre-paid Fedex envelope, place the envelope in a Fedex drop box and send me a picture confirming that the envelope has been dropped off. In accordance with 28 U.S.C. 1608(b)(3)(B), this Fedex delivery requires signed receipt and my offices will be alerted when delivery is completed.

If you have any questions about this letter and the enclosed documents, or any other issues arise, please do not hesitate to contact me at: 415-962-8885 or myeats-rowe@keker.com.

Very truly yours,

KEKER, VAN NEST & PETERS LLP

Maile Yeats-Rowe

Enclosures

MY:myr

2103930