# EXHIBIT 8





ORIGIN ID:APCA      (415) 391-5400
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA 94102 US
SIGN: CLERK OF THE COURT

SHIP DATE: 14MAR23
ACTWGT: 1.00 LB
CAD: 104386600/INET4580

BILL SENDER
NO EEI 30.37(a)

TO
PUBLIC INVESTMENT FUND
ALRAIDAH DIGITAL CITY, BUILDING MU
AL NAKHIL DISTRICT, P.O. BOX 6847
RIYADH  11452                    (SA)
4153915400
INV:                    REF: PGALIV
PO:                     DEPT:

**FedEx**
Express

E

TRK# 0430   **3957 3058 0825**        PM
                            INTL PRIORITY

**X5 RUHA**                   401
                   -SA      RUH









