# EXHIBIT 9

![FedEx]

March 20, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 395730580825

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | B.BADR | **Delivery Location:** | MU04 |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday | | RIYADH, 11452 |
| | | **Delivery date:** | Mar 19, 2023 14:33 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 395730580825 | **Ship Date:** | Mar 14, 2023 |
| | | **Weight:** | 2.4 LB/1.09 KG |

**Recipient:**
PUBLIC INVESTMENT FUND
ALRAIDAH DIGITAL CITY, BUILDING MU
AL NAKHIL DISTRICT, P.O. BOX 6847
RIYADH, SA, 11452

**Shipper:**
CLERK OF THE COURT, UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA, US, 94102

**Reference**     PGALIV

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.