KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:     312 407 0411

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counter-claimant, <br><br> v. <br><br> LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-defendants. | Case No. 5:22-cv-04486-BLF (SVK) <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge:         Hon. Beth Labson Freeman <br><br> Date Filed:    August 3, 2022 <br><br> Trial Date:    January 8, 2024 |

Pursuant to Civil Local Rule 79-5(f) and the Protective Order entered by this Court, Dkt. 111, Defendant and Counter-Claimant PGA Tour, Inc. ("the TOUR") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, regarding the TOUR's Motion for Alternative Service under Federal Rule of Civil Procedure 4.

Specifically, the document subject to this Administrative Motion is:

| Document | Portions of Document to Be Sealed | Party Claiming Confidentiality |
|---|---|---|
| The TOUR's Notice of Motion and Motion for Alternative Service under Federal Rule of Civil Procedure 4 | Highlighted portions at:<br>• Page 5:4<br>• Page 8:22-23 | LIV Golf, Inc. |

The TOUR's Notice of Motion and Motion for Alternative Service under Federal Rule of Civil Procedure contains information previously designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" by LIV Golf, Inc. pursuant to the applicable Protective Order in this action.

The TOUR does not have an interest in confidential treatment of the foregoing information. The TOUR makes this request solely because LIV has designated this information as confidential under the applicable Protective Order. Nevertheless, in compliance with its Protective Order obligations and the Civil Local Rules of this District, the TOUR is submitting under seal, along with this Administrative Motion, an unredacted copy of the document referenced above pursuant to Civil Local Rules 79-5(d) and 79-5(e).

\\
\\
\\
\\
\\
\\
\\

Dated: March 27, 2023

KEKER, VAN NEST & PETERS LLP

By: */s/ Elliot R. Peters*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
PATRICK FITZGERALD
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.