| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-claimant,<br><br>v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-defendants. | Case No. 5:22-cv-04486-BLF (SVK)<br><br>**[PROPOSED] ORDER GRANTING PGA TOUR, INC.'S MOTION FOR ALTERNATIVE SERVICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4**<br><br>Judge:          Hon. Beth Labson Freeman<br><br>Date Filed:   August 3, 2022<br><br>Trial Date:    January 8, 2024 |

Now before the Court is Defendant and Counter-Claimant PGA Tour, Inc.'s ("the TOUR") Motion for Alternative Service under Federal Rule of Civil Procedure 4 and the opposing parties' response thereto.

Having considered the papers submitted by counsel, the applicable law, all files and records in this action, and the arguments of counsel, the Court hereby **GRANTS** the TOUR's Motion for Alternative Service and hereby authorizes service of the TOUR's Amended Counterclaims and summonses as follows:

1. Service may be effectuated on Yasir Othman Al-Rumayyan through: (a) the two email addresses identified in the TOUR's Motion for Alternative Service, and (b) by email and first-class mail on his counsel at White & Case; and

2. Service may be effectuated on the Public Investment Fund of the Kingdom of Saudi Arabia (PIF) by email and first-class mail on PIF's counsel of record at White & Case.

**IT IS SO ORDERED.**

Dated: _____          _____
                                    HON. BETH LABSON FREEMAN
                                    UNITED STATES DISTRICT JUDGE