KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:      212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (*pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, Il 60606
Telephone:     312 407 0700
Facsimile:      312 407 0411

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | Case No. 5:22-CV-04486-BLF (SVK) <br><br> **DEFENDANT AND COUNTER-CLAIMANT PGA TOUR, INC.'S MOTION TO SHORTEN TIME FOR MOTION FOR ALTERNATIVE SERVICE** |
| PGA TOUR, INC., <br><br> Counter-claimant, <br><br> v. <br><br> LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-defendants. | Judge:   Hon. Beth Labson Freeman <br><br> Date Filed:   August 3, 2022 <br><br> Trial Date:   January 8, 2024 |

Pursuant to Local Rule 6-3, Defendant and Counter-Claimant PGA TOUR, INC. (the "TOUR") respectfully moves for an order to shorten time on the briefing schedule and hearing date on its Motion for Alternative Service under Federal Rule of Civil Procedure 4, which seeks an order authorizing alternative service of the TOUR's Amended Counterclaims on the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan.

The TOUR requests that the Court advance (1) any opposition to the Motion for Alternative Service by one week and (2) the hearing date on the TOUR's Motion for Alternative Service at a time convenient for the Court's schedule so that this matter can be adjudicated more quickly. Advancing these dates will not alter the date of any other event or deadline already fixed by Court order. Given the TOUR's need for prompt discovery from PIF and Mr. Al-Rumayyan, and the fact that PIF and Mr. Al-Rumayyan have had actual notice of the Amended Counterclaims for weeks, good cause exists to advance the briefing schedule and hearing date.

On March 24, 2023, the TOUR informed counsel at White & Case, counsel of record for PIF and Mr. Al-Rumayyan, and counsel for Plaintiffs that the TOUR would move for an order authorizing alternative service if they maintained that service of the Amended Counterclaims had not been effectuated. *See* Declaration of Victor Chiu in Support of PGA TOUR, INC's Motion to Shorten Time for Motion for Alternative Service ("Chiu Decl.") ¶ 3. The TOUR further proposed that, if it did move for such an order, the parties should agree to an expedited briefing schedule in which (1) the TOUR would file the Motion for Alternative Service on March 27; (2) any response thereto would be due on April 3; (3) the TOUR would forgo a reply brief in support of its Motion for Alternative Service; and (4) the parties would jointly request an expedited hearing date on such Motion. *Id.*

That same day, PIF and Mr. Al-Rumayyan's counsel at White & Case stated that they would "consider [the TOUR's] position next week" and Plaintiffs' counsel did not respond. *Id.* ¶ 4.

On March 25, 2023, the TOUR requested that counsel at White & Case and counsel for Plaintiffs provide their position regarding service on PIF and Mr. Al-Rumayyan by March 27, 2023 at 12:00 p.m. Pacific Time. *Id.* ¶ 5.

On March 27, 2023, counsel for PIF and Mr. Al-Rumayyan failed to provide their substantive position. Instead, they stated that their "clients are considering this, and [they] expect to have a response today or tomorrow." *Id.* As of this filing, counsel for Plaintiffs have not provided their position. *Id.* ¶ 7.

The TOUR now respectfully requests that the Court accelerate the briefing schedule and hearing on the TOUR's Motion for Alternative Service as reflected in the chart below:

| Event(s) | Deadline | The TOUR's Proposed Date |
|---|---|---|
| The TOUR to file the Motion for Alternative Service | March 27, 2023 | No change |
| Any response to the Motion for Alternative Service | April 10, 2023 | April 3, 2023 |
| The TOUR's reply in support of the Motion for Alternative Service | April 17, 2023 | The TOUR will forgo a reply |
| Hearing on the Motion for Alternative Service | August 10, 2023 at 9:00 a.m. | At the Court's earliest convenience |

There is good cause for this modification to the briefing schedule and hearing date on the TOUR's Motion for Alternative Service.

*First*, a more condensed briefing schedule will permit the Motion for Alternative Service—and any response thereto—to be more quickly submitted to the Court. Swift resolution of the Motion for Alternative Service is especially important to the TOUR given the expedited discovery schedule requested by Plaintiffs in this action. PIF and Mr. Al-Rumayyan's wholesale refusal to respond to the Amended Counterclaims and produce any discovery has already prejudiced the TOUR by impeding its defense of Plaintiffs' antitrust claims and prosecution of the TOUR's counterclaims. The written discovery and document production cutoff is less than five days away, *see* Dkt. 204, and PIF and Mr. Al-Rumayyan have not produced a single document, despite their counsel's assurance to the Court at the August 18, 2022 status conference that discovery from PIF would proceed "swimmingly." Dkt. 76 at 14:16. Indeed, as the Court observed during the February 24, 2023 status conference, PIF and Mr. Al-Rumayyan have

maintained an "enormous wall of opposition to [] discovery," Dkt. 298 at 23:3, which will force the TOUR "to go to trial with a three-legged stool instead of with the discovery [the TOUR] need[s]," *id.* at 24:4-5.

**Second**, the condensed briefing schedule will not prejudice any party. It is unclear whether any party intends to respond to the TOUR's motion. LIV has already answered the TOUR's amended counterclaim and has expressed no position on the TOUR's motion. The player plaintiffs are not named as counter-defendants in the TOUR's amended counterclaim, and therefore the motion for alternative service does not impact them. PIF and Mr. Al-Rumayyan continue to maintain that they are not parties despite having been served, so they are unlikely to respond to the TOUR's motion. But even if a party wishes to file a response to the TOUR's motion, one week provides sufficient time to do so. The TOUR's amended counterclaim was filed more than one month ago, and all parties have had ample opportunity to consider service issues.

For the foregoing reasons, the TOUR respectfully requests that the Court order the briefing schedule reflected in the chart above.

Dated:  March 27, 2023

KEKER, VAN NEST & PETERS LLP

By:  /s/ Elliot R. Peters
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
PATRICK FITZGERALD
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.