| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:      312 407 0411 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-CV-04486-BLF (SVK)<br><br>**DECLARATION OF VICTOR CHIU IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT PGA TOUR, INC.'S MOTION TO SHORTEN TIME FOR MOTION FOR ALTERNATIVE SERVICE** |
| PGA TOUR, INC.,<br><br>Counter-claimant,<br><br>v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-defendants. | Judge:        Hon. Beth Labson Freeman<br><br>Date Filed:   August 3, 2022<br><br>Trial Date:    January 8, 2024 |

I, Victor Chiu, declare as follows:

1. I am duly licensed to practice law in the State of California and am an associate with the law firm of Keker, Van Nest & Peters LLP, counsel of record for the PGA Tour, Inc. ("the TOUR") in the above-captioned matter. I submit this declaration in support of the TOUR's Motion to Shorten Time for Motion for Alternative Service. I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. On March 24, 2023, I emailed counsel for the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF"), Yasir Al-Rumayyan, and Plaintiffs regarding service of the TOUR's Amended Counterclaims on PIF and Mr. Al-Rumayyan. I asked counsel for PIF and Mr. Al-Rumayyan to confirm that service of the Amended Counterclaims had been effectuated.

3. I further informed counsel for PIF and Mr. Al-Rumayyan that if they maintained that no service had been effectuated, the TOUR would file a Motion for Alternative Service under Federal Rule of Civil Procedure 4. To that end, I proposed that the parties agree to an expedited briefing schedule in which (1) the TOUR would file the Motion for Alternative Service on March 27; (2) any responses thereto would be filed on April 3; (3) the TOUR would forgo a reply brief in support of its Motion for Alternative Service; and (4) the parties would jointly request an expedited hearing date on such Motion.

4. On March 24, 2023, counsel for PIF and Mr. Al-Rumayyan stated that they would "consider [the TOUR's] position and respond next week."

5. On March 25, 2023, I emailed counsel for PIF, Mr. Al-Rumayyan, and Plaintiffs and requested that they provide their position by March 27, 2023 at 12:00 p.m. Pacific Time.

6. On March 27, 2023, counsel for PIF and Mr. Al-Rumayyan failed to provide their substantive position. Instead, they stated that their "clients are considering this, and [they] expect to have a response today or tomorrow."

7. As of March 27, 2023, counsel for Plaintiffs have not provided their position.

\\
\\

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 27, 2023, in San Francisco, California.

                                          */s/ Victor Chiu*
                                          VICTOR CHIU