| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>        Defendant.<br><br>PGA TOUR, INC.,<br><br>        Counter-claimant,<br><br>    v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>        Counter-defendants. | Case No. 5:22-CV-04486-BLF (SVK)<br><br>**[PROPOSED] ORDER ENTERING BRIEFING SCHEDULE FOR MOTION FOR ALTERNATIVE SERVICE**<br><br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed:    August 3, 2022<br><br>Trial Date:    January 8, 2024 |

On Defendant and Counter-Claimant PGA TOUR, INC.'s (the "TOUR") motion, and good cause appearing, the Court hereby enters the following briefing schedule for the TOUR's pending Motion for Alternative Service under Federal Rule of Civil Procedure 4:

| Event | Date |
| --- | --- |
| Response to the Motion for Alternative Service | April 3, 2023 |
| Hearing on the Motion for Alternative Service | *[At the Court's earliest convenience, should the Court determine a hearing is necessary]* |

The TOUR will not file a reply in support of the Motion for Alternative Service.

**IT IS SO ORDERED.**

Dated: _____

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE