QUINN EMANUEL URQUHART & SULLIVAN LLP
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

SCOTT K. HVIDT, *pro hace vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

*Attorneys for Plaintiffs LIV Golf, Inc., Matt Jones, Bryson DeChambeau, and Peter Uihlein*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **NOTICE OF HEARING REGARDING PLAINTIFFS' MOTION TO BIFURCATE** <br><br> Judge:  Hon. Beth Labson Freeman <br><br> Date Filed:  August 3, 2022 <br><br> Trial Date:  January 8, 2024 |

13981583.2

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 10, 2023, at 9:00 AM, or as soon as the matter may be heard, before the Honorable Beth Labson Freeman of the United States District Court, Northern District of California at Courtroom 3 – 5th Floor, 280 South 1st Street, San Jose, California, Plaintiff and Counterclaim-Defendant LIV Golf, Inc. and Plaintiffs Matt Jones, Bryson DeChambeau, and Peter Uihlein (together, "Plaintiffs") will and do move this Court to bifurcate the PGA Tour, Inc.'s counterclaims (tortious interference with contract and inducing breach of contract) from Plaintiffs' antitrust claims (should the Court grant this motion, Plaintiffs will stipulate that its two inference claims, Counts VII and VIII, can also be bifurcated).  The motion is based upon the notice of motion, supporting memorandum of points and authorities, Dkt. 331, and such evidence as may be requested or permitted by the Court.

DATED:  March 28, 2023

Respectfully submitted,

By:  /s/ *Kevin Teruya*

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

| | |
|---|---|
| 1 | RACHEL S. BRASS, SBN 219301 |
| | rbrass@gibsondunn.com |
| 2 | LAUREN D. DANSEY, SBN 311886 |
| | ldansey@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| 4 | San Francisco, California 94105-0921 |
| | Telephone:    415.393.8200 |
| 5 | Facsimile:    415.393.8306 |
| | |
| 6 | |
| | SCOTT K. HVIDT, *pro hac vice* |
| 7 | shvidt@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 8 | 2001 Ross Avenue, Suite 2100 |
| | Dallas, Texas 75201-2911 |
| 9 | Telephone: 214.698.3100 |

JOSHUA LIPTON, *pro hac vice*
jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:    202.955.8500

*Attorneys for Plaintiffs LIV Golf, Inc., Matt Jones, Bryson DeChambeau, and Peter Uihlein*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on March 28, 2023.

/s/ Kevin Teruya
Kevin Teruya

13981583.2