1

**WHITE & CASE**LLP
Carolyn Lamm (*pro hac vice*)

2
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)

3
701 Thirteenth Street, NW
Washington, District of Columbia 20005

4
Telephone:  (202) 626-3600
Facsimile: (202) 639-9355

5
clamm@whitecase.com

6
hpham@whitecase.com
nkownacki@whitecase.com

7
Jack E. Pace III (*pro hac vice*)

8
Kimberly A. Havlin (*pro hac vice*)
Hannelore Sklar (*pro hac vice*)

9
1221 Avenue of the Americas
New York, New York 10020

10
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

11
jpace@whitecase.com

12
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

13
Heather M. Burke (SBN 284100)

14
3000 El Camino Real
2 Palo Alto Square, Suite 900

15
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300

16
Facsimile: (650) 213-8158
hburke@whitecase.com

17

18
*Attorneys for Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

19
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

20
SAN JOSE DIVISION

| | |
|---|---|
| 21   MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., | Case No. 5:22-cv-04486-BLF |
| 22                  Plaintiffs, | **DECLARATION OF KIMBERLY A. HAVLIN IN SUPPORT OF THE** |
| 23      v. <br> PGA TOUR, INC., | **OPPOSITION TO THE PGA TOUR, INC.'S MOTION FOR ALTERNATIVE** |
| 24              Defendant and <br>              Counter-Plaintiff, | **SERVICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4** |
| 25      v. | Judge:  Hon. Beth Labson Freeman |
| 26   LIV GOLF INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI | Date Filed: August 3, 2022 |
| 27   ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN | Trial Date: January 8, 2024 |
| 28          Counter-Defendants. | |

1    I, Kimberly A. Havlin, hereby declare and state:

2    1.    I am an attorney duly licensed to practice law in the state of New York and admitted *pro hac vice* before this Court (Dkt. No. 201).  I am a partner in the law firm of White & Case LLP, and one of the attorneys representing the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Al-Rumayyan ("HE").  Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2.    A true and correct copy of email correspondence between counsel for Defendant and Counter-Plaintiff PGA Tour, Inc. (the "Tour") and counsel for PIF and HE dated March 24 to March 28, 2023 is attached hereto as Exhibit 1.

3.    A true and correct copy of the proposed joint stipulation, as provided to counsel for the Tour on March 28, 2023, is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 28, 2023.

/s/ *Kimberly A. Havlin*

Kimberly A. Havlin

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on March 28, 2023.

/s/ *Carolyn B. Lamm*

Carolyn B. Lamm

3