# EXHIBIT 1

| | |
|---|---|
| **From:** | Sklar, Hannelore |
| **Sent:** | Tuesday, March 28, 2023 11:15 PM |
| **To:** | Havlin, Kim; Victor T. Chiu; PGALIV; DLPGAPRJ54@skadden.com |
| **Cc:** | Lamm, Carolyn; Pham, Hansel; Pace, Jack; Burke, Heather; Kownacki, Nicolle; Brass, Rachel S.; Dansey, Lauren; Walters, Robert C.; Hvidt, Scott K.; Lipton, Joshua; Limarzi, Kristen C.; Schwing, Austin; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya; bobfeldman@quinnemanuel.com; Olga Musayev |
| **Subject:** | RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan |
| **Attachments:** | 2023-03-28 Joint Stip re Service and MTD.DOCX |

Counsel,

We advised you that our client was considering this matter and that we expected to respond yesterday or today – a mere two business days after your initial requests sent on Friday afternoon (and the middle of the night, on the weekend, in Saudi Arabia). The Tour nevertheless elected to proceed with motion practice without awaiting a response, which was unnecessary and premature. Nevertheless, and in the timeframe we indicated, we respond as follows:

As White & Case has repeatedly advised the Tour, counsel for PIF and HE have not been authorized to service of process on behalf of any client in this matter. There also were deficiencies in the Tour's purported direct service under 28 U.S.C. § 1608. To move forward, however, we propose the attached draft joint stipulation, which sets forth a briefing schedule for the motion to dismiss, keyed off the Tour's March 19 date. PIF and HE do not waive—and expressly preserve—any and all applicable immunities, defenses, rights, and privileges, except under the particular circumstances present here, as to service of process.

Please advise whether the Tour consents to the attached joint stipulation and whether the Tour will withdraw the motion for alternative service.

Regards,
Hannelore

**Hannelore Sklar** | Associate
T +1 212 819 2646    M +1 202 499 0864    E hannelore.sklar@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Havlin, Kim <kim.havlin@whitecase.com>
**Sent:** Monday, March 27, 2023 3:27 PM
**To:** Victor T. Chiu <VChiu@keker.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Schwing, Austin <ASchwing@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya <kevinteruya@quinnemanuel.com>; bobfeldman@quinnemanuel.com; Olga Musayev <olgamusayev@quinnemanuel.com>
**Cc:** PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

Victor, our clients are considering this, and we expect to have a response today or tomorrow.

Regards,

Kim

**Kim Havlin**  |  Partner
T  +1 212 819 8683     E  kim.havlin@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Victor T. Chiu <VChiu@keker.com>
**Sent:** Saturday, March 25, 2023 12:42 PM
**To:** Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Schwing, Austin <ASchwing@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya <kevinteruya@quinnemanuel.com>; bobfeldman@quinnemanuel.com; Olga Musayev <olgamusayev@quinnemanuel.com>
**Cc:** PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

[+Counsel for Plaintiffs]

Counsel,

Please let us know your position by noon PT on Monday.

Thank you.

Victor

**From:** Havlin, Kim <kim.havlin@whitecase.com>
**Sent:** Friday, March 24, 2023 1:35 PM
**To:** Victor T. Chiu <VChiu@keker.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>
**Cc:** PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

**[EXTERNAL]**

Dear Victor,

We are not able to respond to your questions in fewer than five hours, including because we require client instructions.  We will consider your position and respond next week.

Regards,

Kim

**Kim Havlin**  |  Partner
T  +1 212 819 8683     E  kim.havlin@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Victor T. Chiu <VChiu@keker.com>
**Sent:** Friday, March 24, 2023 3:47 PM
**To:** Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel

2

<hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>
**Cc:** PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Subject:** Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

Counsel:

As you know, we have previously served electronic and physical copies of the Amended Counterclaims on you and the Quinn Emanuel firm, counsel of record for the Public Investment Fund of Saudi Arabia (PIF) and Yassir Al-Rumayyan at the time of service. On March 19, PIF also signed for a FedEx envelope containing the issued summonses and Amended Counterclaims, along with Modern Standard Arabic translations of each. The FedEx envelope was sent by the Clerk of the United States District Court for the District of Northern California.

The TOUR believes that it effected service previously in February and early March when counsel for PIF and Mr. Al-Rumayyan received both electronic and physical copies of the Amended Counterclaims. Through the recent FedEx delivery, the TOUR has now also effected service under 28 U.S.C. § 1608(b)(3)(B) of the Foreign Sovereign Immunities Act, which is the same provision that you cited during the Case Management Conference in February. Please confirm by close of business today whether you agree that service on both PIF and Yassir Al-Rumayyan has been effected as of March 19 (at the latest) in light of the foregoing.

If PIF and Mr. Al-Rumayyan still maintain that service has not been effected, we intend to seek an order authorizing alternative service on both parties. To promptly resolve this matter, we propose that the TOUR file its Motion for Alternative Service on Monday; that PIF and Mr. Al-Rumayyan file any opposition in one week; and that the parties request a hearing date at the Court's earliest convenience. The TOUR will forgo a reply brief. If you agree, we can circulate a draft stipulation for your review. If you do not agree with this proposal, please let us know by close of business today.

Thank you.

Victor

---

**Victor T Chiu**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2222 direct | 415 391 5400 main
vchiu@keker.com | vcard | keker.com
Pronouns: He, him, his

==========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==========================================================================