# EXHIBIT 2

**WHITE & CASE LLP**
Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
Hannelore Sklar (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

*Attorneys for Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br> Plaintiffs, <br> v. <br> PGA TOUR, INC., <br> Defendant and Counter-Plaintiff, <br> v. <br> LIV GOLF INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN <br> Counter-Defendants. | Case No. 5:22-cv-04486-BLF <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE FOR MOTION TO DISMISS** <br><br> Judge: Hon. Beth Labson Freeman <br><br> Date Filed: August 3, 2022 <br><br> Trial Date: January 8, 2024 |

Pursuant to Civil Local Rules 6-2 and 7-12, and Section IV.B of this Court's Standing Order Regarding Civil Cases, Defendant and Counter-Plaintiff the PGA Tour, Inc. (the "Tour"), and Counter-Defendants the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan, by and through the undersigned counsel, stipulate and agree as follows:

WHEREAS, on February 23, 2023, the Tour filed an Amended Counterclaim in this matter. Dkt. No. 289;

WHEREAS, the Tour asserts that it has complied with the service requirements of 28 U.S.C. § 1608(b) on March 19, 2023;

WHEREAS, pursuant to the FSIA, 28 U.S.C. § 1608(d), in any action brought in a court of the United States, a foreign state or agency or instrumentality thereof shall serve an answer or responsive pleading within sixty days after service has been made under 28 U.S.C. § 1608;

WHEREAS, PIF and HE do not waive, and expressly preserve all rights, immunities, and defenses, and anticipate that they will move to dismiss the Amended Counterclaim for, among other things, lack of subject-matter jurisdiction under the Foreign Sovereign Immunities Act and common law foreign-official immunity, lack of personal jurisdiction, and for failure to state a claim, but will not assert insufficient service of process under the particular circumstances present here;

WHEREAS, the Tour intends to oppose PIF and HE's motions to dismiss;

WHEREAS, counsel for the Tour, PIF, and HE have met, conferred and agreed, subject to Court approval, to the schedule and timing below for the response to the Amended Counterclaim;

IT IS THEREFORE STIPULATED AND AGREED by the Tour, PIF, and HE, through their undersigned counsel, as follows:

1. PIF and HE shall file and serve their motions to dismiss the Amended Counterclaim on or before May 18, 2023;

2. The Tour shall file and serve its opposition to the PIF's and HE's motions to dismiss the Amended Counterclaim on or before June 19, 2023;

3. PIF and HE shall file and serve their replies in support of the motions to dismiss the Amended Counterclaim on or before July 10, 2023.

4. By filing this Stipulation and Proposed Order, PIF and HE do not waive and expressly preserve all rights, objections and defenses, including, without limitation, objections to jurisdiction, and PIF's and HE's right to seek dismissal of the Amended Counterclaim on any grounds other than insufficient service of process.

**SO STIPULATED AND AGREED.**

Dated: March 28, 2023

By: /s/ Carolyn B. Lamm

**WHITE & CASE LLP**

Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
Hannelore Sklar (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

*Attorneys for Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan*

By: /s/
ELLIOT R. PETERS, SBN 158708
epeters@keker.com
DAVID SILBERT, SBN 173128
dsilbert@keker.com
R. ADAM LAURIDSEN, SBN 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG, SBN 273614
ngoldberg@keker.com
SOPHIE HOOD, SBN 295881
shood@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

ANTHONY J. DREYER, admitted *pro hac vice*
anthony.dreyer@skadden.com
KAREN M. LENT, admitted *pro hac vice*
karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000/1


PATRICK FITZGERALD, admitted *pro hac vice*
patrick.fitzgerald@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
Telephone: 312 407 0700
Facsimile: 312 407 0411

*Attorneys for Defendant and Counterclaimant PGA Tour, Inc.*

-4-

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on March 28, 2023.

/s/ Carolyn B. Lamm
Carolyn B. Lamm

**PURSUANT TO STIPULATION, IT IS SO ORDERED**: The deadline for Counter-Defendants the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan to move to dismiss the Amended Counterclaim shall be May 18, 2023. Defendant and Counter-Plaintiff PGA Tour, Inc. shall file any opposition to the motions to dismiss the Amended Counterclaim by June 19, 2023, and the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan shall file any replies in support of the motions to dismiss the Amended Counterclaim by July 10, 2023.

Dated: _____      _____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE