KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (admitted *pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (admitted *pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (admitted *pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:      212 735 2000

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
PATRICK FITZGERALD - (admitted *pro hac vice*)
patrick.fitzgerald@skadden.com
155 North Wacker Drive
Chicago, IL  60606
Telephone:     312 407 0700
Facsimile:      312 407 0411

*Attorneys for Defendant and Counter-Plaintiff PGA TOUR, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>     Plaintiffs,<br> v.<br>PGA TOUR, INC.,<br>     Defendant and Counter-Plaintiff,<br> v.<br>LIV GOLF INC.,<br>     Counter-Defendant | CASE NO. 5:22-cv-04486-BLF<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL OF RECORD FOR PGA TOUR, INC.**<br><br>Judge:   Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

| | |
|---|---|
| 1 | **TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL** |
| 2 | **PARTIES AND THEIR COUNSEL OF RECORD:** |
| 3 | PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c)(2)(C), Patrick |
| 4 | Fitzgerald withdraws as counsel of record for Defendant and Counter-Plaintiff PGA TOUR, Inc. in |
| 5 | the above-captioned action. Defendant and Counter-Plaintiff PGA TOUR, Inc. will continue to be |
| 6 | represented by Skadden, Arps, Slate, Meagher & Flom LLP; Keker, Van Nest & Peters LLP; and |
| 7 | the above-listed attorneys as counsel of record in this action, excluding Patrick Fitzgerald. |

| | | |
|---|---|---|
| 1 | DATED: March 29, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Matthew M. Martino |
| 4 | KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 5 | ELLIOT R. PETERS - # 158708<br>epeters@keker.com | ANTHONY J. DREYER - (admitted *pro hac vice*) |
| 6 | DAVID SILBERT - # 173128<br>dsilbert@keker.com | anthony.dreyer@skadden.com |
| 7 | R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com | KAREN M. LENT - (admitted *pro hac vice*)<br>karen.lent@skadden.com |
| 8 | NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com | MATTHEW M. MARTINO - (admitted *pro hac vice*) |
| 9 | SOPHIE HOOD - # 295881 | matthew.martino@skadden.com |
| 10 | shood@keker.com<br>633 Battery Street | One Manhattan West<br>New York, NY 10001 |
| 11 | San Francisco, CA  94111-1809<br>Telephone:     415 391 5400 | Telephone:     212 735 3000<br>Facsimile:     212 735 2000 |
| 12 | Facsimile:     415 397 7188 | |
| 13 | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 14 | | PATRICK FITZGERALD - (admitted *pro hac vice*) |
| 15 | | patrick.fitzgerald@skadden.com |
| 16 | | 155 North Wacker Drive<br>Chicago, IL  60606 |
| 17 | | Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |
| 18 | | |
| 19 | | Attorneys for Defendant and Counter-Plaintiff PGA TOUR, INC. |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on March 29, 2023

/s/  Matthew M. Martino
Matthew M. Martino