# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | Case No. 22-cv-04486-BLF<br><br>**ORDER DENYING MOTION FOR ALTERNATIVE SERVICE AS MOOT; DENYING MOTION TO SHORTEN TIME FOR MOTION FOR ALTERNATIVE SERVICE AS MOOT**<br><br>[Re: ECF Nos. 353, 354] |

Defendant and Counter-Claimant PGA Tour, Inc. (the "TOUR") moves for alternative service of its amended counterclaims on the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Ramayyan ("HE").  Mot., ECF No. 353.  PIF and HE have submitted an opposition in which they state that the TOUR's motion is moot because "[PIF and HE] will not seek to challenge service of process" in their anticipated motion to dismiss the counterclaims.  Opp'n 2, ECF No. 357.

In light of PIF and HE's agreement not to challenge service, the Court DENIES the TOUR's motion for alternative service (ECF No. 353) as MOOT and finds that service was effective at least as of March 19, 2023.  The Court also DENIES the TOUR's motion to shorten time for its motion for alternative service (ECF No. 354) as MOOT.

**IT IS SO ORDERED.**

Dated:  March 29, 2023

_____
BETH LABSON FREEMAN
United States District Judge