UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONES, et al.                                        ,

          Plaintiff(s),

    v.

PGA TOUR, Inc.                                   ,

          Defendant(s).

Case No. 5:22-cv-04486-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Adam G. Kochman, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: PGA TOUR, Inc. in the above-entitled action. My local co-counsel in this case is Elliot R. Peters, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 158708 .

Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001

MY ADDRESS OF RECORD

1 (212) 735-2589

MY TELEPHONE # OF RECORD

adam.kochman@skadden.com

MY EMAIL ADDRESS OF RECORD

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, California 94111

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 391-5400

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

epeters@keker.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5742622 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: _March 29, 2023_                              Adam G. Kochman

5                                                         APPLICANT

6

7

8                          ORDER GRANTING APPLICATION

9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of _Adam G. Kochman_ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _March 29, 2023_

16

17   _____

18   UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28