UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jones, et al.,

Plaintiff(s),

v.

PGA TOUR, Inc.,

Defendant(s).

Case No. 5:22-CV-04486-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Charles F. Rule, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: PGA Tour, Inc. in the above-entitled action. My local co-counsel in this case is Elliot R. Peters, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 158708.

Rule Garza Howley LLP
1701 Pennsylvania Ave NW Suite 200
Washington, D.C. 20006
MY ADDRESS OF RECORD

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, California 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-843-9170
MY TELEPHONE # OF RECORD

(415) 391-5400
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rule@rulegarza.com
MY EMAIL ADDRESS OF RECORD

epeters@keker.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 370818.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2023

Charles F. Rule
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Charles F. Rule is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 29, 2023

*[signature]*

UNITED STATES DISTRICT/MAGISTRATE JUDGE