| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-cv-04486-BLF (SVK)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:          Hon. Beth Labson Freeman |
| PGA TOUR, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-Defendants. | Date Filed:     August 3, 2022<br><br>Trial Date:     January 8, 2024 |

Pursuant to Civil Local Rule 79-5(f) and the Protective Order entered by this Court, Dkt. 111, Defendant and Counter-Claimant PGA Tour, Inc. ("the TOUR") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, regarding the TOUR's contemporaneously filed Opposition to Plaintiffs' Motion to Bifurcate.

Specifically, the documents subject to this Administrative Motion are:

| Document | Portions of Document to Be Sealed | Party Claiming Confidentiality |
|---|---|---|
| The TOUR's Opposition to Plaintiffs' Motion to Bifurcate | Highlighted portions at:<br>• 2:5-7<br>• 2:11-16<br>• 2:18-20<br>• 2:21<br>• 2:23-24<br>• 3:27-28<br>• 4:19-21<br>• 4:27-28<br>• 6:11-13<br>• 9:8-9<br>• 9:13-14<br>• 10:4<br>• 10:5<br>• 10:12 | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 1 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 2 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 3 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 4 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 5 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 6 | Entirety | LIV Golf, Inc. |

| Document | Portions of Document to Be Sealed | Party Claiming Confidentiality |
|---|---|---|
| MacMichael Declaration, Ex. 7 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 8 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 9 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 10 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 11 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 12 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 13 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 14 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 15 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 16 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 17 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 18 | Entirety | LIV Golf, Inc. |
| MacMichael Declaration, Ex. 32 | Entirety | LIV Golf, Inc. |

The TOUR's Opposition to Plaintiffs' Motion to Bifurcate contains information previously designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" by LIV Golf, Inc.

pursuant to the applicable Protective Order in this action.

The TOUR does not have an interest in confidential treatment of the foregoing information. The TOUR makes this request solely because LIV has designated this information as confidential under the applicable Protective Order. Nevertheless, in compliance with its Protective Order obligations and the Civil Local Rules of this District, the TOUR is submitting under seal, along with this Administrative Motion, an unredacted copy of the document referenced above pursuant to Civil Local Rules 79-5(d) and 79-5(e).

Dated: March 30, 2023

KEKER, VAN NEST & PETERS LLP

By: */s/ Elliot R. Peters*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
PATRICK FITZGERALD
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.