| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>BROOK DOOLEY - # 230423<br>bdooley@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:  212 735 3000<br>Facsimile:   212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:  312 407 0700<br>Facsimile:   312 407 0411 |

Attorneys for Defendant PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>   Defendant. | Case No. 5:22-cv-04486-BLF (SVK)<br><br>**DECLARATION OF ERIC MACMICHAEL IN SUPPORT OF PGA TOUR, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO BIFURCATE**<br><br>Courtroom: 3<br>Judge:    Hon. Beth Labson Freeman |
| PGA TOUR, INC.,<br><br>   Counter-claimant,<br><br>   v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>   Counter-defendants. | Date Filed: August 3, 2022<br>Trial Date: January 8, 2024 |

1

DECLARATION OF ERIC MACMICHAEL IN SUPPORT OF PGA TOUR, INC.'S OPPOSITION TO
PLAINTIFFS' MOTION TO BIFURCATE
Case No. 5:22-cv-04486-BLF (SVK)

2116418

I, Eric MacMichael, declare that:

1. I am an attorney, duly licensed to practice law in California, and a partner with the law firm of Keker, Van Nest & Peters LLP, counsel for Plaintiff, PGA TOUR, Inc. ("TOUR"), in the above-captioned action and in the underlying action, *Jones, et al. v. PGA TOUR, Inc.*, Case No. 5:22-cv-04486-BLF, pending in the United States District Court for the Northern District of California. I submit this declaration in support of the TOUR's Opposition to Plaintiff's Motion to Bifurcate. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Services Contract between The Public Investment Fund and Performance54 Limited, dated September 29, 2021 and Bates stamped LIV000201639-66.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Public Investment Fund Novation Agreement, dated June 20, 2022 and Bates stamped LIV000177073-80.

4. Attached hereto as Exhibit 3 is a true and correct copy of a relevant excerpt from the Plaintiff's Privilege Log, dated January 20, 2023.

5. Attached hereto as Exhibit 4 is a true and correct copy of LIV Golf's Responses and Objections to PGA Tour's First Set of Requests for Production of Documents, dated September 27, 2022.

6. Attached hereto as Exhibit 5 is a true and correct copy of a Whatsapp message string between Mr. Al-Rumayyan and Lachlan Murdock, dated September 27, 2021 and Bates Stamped LIV000269629, LIV000269630, and LIV000269631.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email from Majed Al Sorour to Jed Moore and Shahad Al Otaibi, dated March 28, 2022 and Bates stamped LOV000219286-8.

8. Attached hereto as Exhibit 7 is a true and correct copy of an email from Ghaliah Al-Shammari to Majed Al Sorour, Jed Moore and The Governor's [Mr. Al-Rumayyan's] Office, dated May 16, 2022 and Bates stamped LIV000012598.

9. Attached hereto as Exhibit 8 is a true and correct copy of a relevant excerpt of the Project Wedge, Management Investment Committee Memorandum, dated June 24th, 2021 and Bates stamped LIV000198905-30.

10. Attached hereto as Exhibit 9 is a true and correct copy of Subscription and Shareholders' Agreement, dated October 7, 2021 and Bates stamped LIV00034655-731.

11. Attached hereto as Exhibit 10 is a true and correct copy of an Offer & Negotiation Timeline for Joaquin Niemann, which is Bates stamped LIV000013852.

12. Attached hereto as Exhibit 11 is a true and correct copy of an Offer & Negotiation Timeline for Harold Varner III, which is Bates stamped LIV000013855.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email from Atul Khosla to Ian Barker, dated May 10, 2022 and Bates stamped LIV000014077-89.

14. Attached hereto as Exhibit 13 is a true and correct copy of the LIV Golf player Media Briefing, which is Bates stamped LIV000012750-5.

15. Attached hereto as Exhibit 14 is a true and correct copy of an email from Atul Khosla to David Benne, dated May 10, 2022 and Bates stamped LIV000031861-3.

16. Attached hereto as Exhibit 15 is a true and correct copy of and email from Atul Khosla to Majed Al Sorour, Cho Minn Thant and Laurence Miller, dated July 25, 2022, and Bates stamped LIV000014980-1.

17. Attached hereto as Exhibit 16 is a true and correct copy of an email from Robert Walters to Sean Bratches, Atul Khosla and Greg Norman, dated March 15, 2022 and Bates stamped LIV000313256-9.

18. Attached hereto as Exhibit 17 is a true and correct copy of the Player Participation Agreement between LIV and Bryson DeChambeau, dated June 14, 2022, and Bates stamped LIV000297816-49.

19. Attached hereto as Exhibit 18 is a true and correct copy of the LIV Golf Player Agreement between LIV and Peter Uihlein, dated May 26, 2022, and Bates stamped LIV000211417-26.

20. Attached hereto as Exhibit 19 is a true and correct copy of the LIV Golf Player Agreement between LIV and Matt Jones dated May 31, 2022, and Bates stamped LIV000210015-23.

21. Attached hereto as Exhibit 20 is a true and correct copy of the relevant excerpts from the transcript of the TRO hearing held before the Court on August 9, 2022.

22. Attached hereto as Exhibit 14 is a true and correct copy of the article by Alex Miceli, *LIV Golf's Business Plan Coming More Into Focus, With Expansion Possible in 2024*, SI.com, dated March 28, 2023.

23. Attached hereto as Exhibit 21 is a true and correct copy of the relevant excerpts from the transcript of the case management conference held before the Court on February 24, 2023.

24. Attached hereto as Exhibit 22 is a true and correct copy of an article by Bob Hagig, *LIV Golf Enters Multi-Year 'Mutually Financially Beneficial' Agreement with TV Partner*, SI.com, dated January 19, 2023.

25. Attached hereto as Exhibit 24 is a true and correct copy of an article by Bob Hagig, *LIV Golf Has its TV Partner, But Will That Bring in Advertisers and More Fans?*, SI.com, dated January 22, 2023.

26. Attached hereto as Exhibit 25 is a true and correct copy of an article by Charlie Crowhurst, *LIV Golf announces teams, players for 2023; Four PGA Tour players, Pieters officially join league*, GolfDigest.com, dated February 20, 2023.

27. Attached hereto as Exhibit 26 is a true and correct copy of the LIV Golf Schedule from LIVGolf.com, dated March 29, 2023.

28. Attached hereto as Exhibit 27 is a true and correct copy of an article by Michael McCarthy, *LIV Golfers Allowed to Play In All Four Majors After All*, FrontOfficeSports.com, dated February 23, 2023.

29. Attached hereto as Exhibit 28 is a true and correct copy of an article by Josh Sens. *'We are not going anywhere': Greg Norman on LIV Golf's viability, critics, future,* Golf.com, dated February 24, 2023.

30. Attached hereto as Exhibit 29 is a true and correct copy of an article by Matt Chivers, *Show me the money! How much has each LIV player made since signing up?* National Club Golfer, dated March 19, 2023.

31. Attached hereto as Exhibit 30 is a true and correct copy of an article by Golf Channel Digital, *Matt Jones says playing LIV Golf event is 'purely a business decision'*, dated June 1, 2022.

32. Attached hereto as Exhibit 31 is a true and correct copy of an article by Mark Schlabach, *Bryson DeChambeau: Still part of suit vs. PGA Tour out of 'principle'*, ESPN.com, dated October 27, 2022.

33. Attached hereto as Exhibit 32 is a true and correct copy of the "Assignment and Indemnification Agreement" produced by LIV and Bates stamped LIV000307979-308001.

34. Attached hereto as Exhibit 33 is a true and correct copy of the relevant excerpts from the transcript of the status hearing held before the Court on August 18, 2022.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 30, 2023, in San Francisco, California.

_____
ERIC MACMICHAEL