# EXHIBIT 19

**LIV GOLF PLAYER AGREEMENT**

| | |
|---|---|
| **Player** | **MATT JONES** |
| **Commitment Fee** | The sums referred to in Schedule 2. |
| **Company** | **LIV GOLF LIMITED** (for Tournaments held in any country other than the USA) **and LIV GOLF INCORPORATED** (for any Tournament held in the USA) – c/o LIV Golf Holdings Limited, ███████████████████████ ████████████ |
| **LIV** | **LIV GOLF HOLDINGS LIMITED**, ████████████████████████ and all of its affiliates. |
| **International Series** | Sanctioned by the Asian Tour, the International Series is a ten-event series, staged globally. The International Series counts for the Asian Tour Order of Merit and qualifies for OWGR. International Series provides qualification opportunities for LIV Golf events and creates new opportunities and pathways for global professional golfers and "**International Series Tournament**" shall mean any tournament forming part of the International Series. |
| **Invitational Series** | The series of Tournaments to be staged by the Company during each relevant year of this Agreement comprising the Tournaments. |
| **League** | The professional worldwide golf competition comprising the regular Tournaments, the Team World Championship which in ████ and ████ will comprise the Invitational Series. |
| **League Rules and Regulations** | The rules and regulations relating to Tournaments and the League (as amended from time to time). |
| **Payor Entity** | The Company or an affiliate of the Company if designated as such by the Company. |
| **Player Draft** | The process for selection of players to represent Teams in the League and **Draft Date** means the date of any such draft. |
| **Player Identification** | All of the Player's personal attributes including his name, nickname, initials, autograph, signature, endorsement, reputation, public persona, voice, video, film portrayal, computer generated or animated portrayal, avatar, caricature, photograph, image, likeness, game play data and statistics, records, biographical information and all Intellectual Property rights in connection with such personal attributes belonging to the Player and all beneficial rights and goodwill that subsist in relation to any of the above, including the right to Exhibit, Exploit or otherwise use, or create derivative works based on, any of the above. |
| **Playing Commitment** | The obligation to play in each Tournament and each International Series Tournament specified below. |
| **Prize Money** | Has the meaning in the League Rules and Regulations. |
| **Season** | The period of time during each year when each Invitational Series takes place. |
| **Services** | • Granting the right, to the Company and LIV, to publicize and use the Player's name, image and likeness in connection with the promotion of each Tournament, in accordance with this Agreement. Company and LIV agree that prior to ████████ ████████████████████████████████████████ |

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY   LIV000210015

|  |  |
|---|---|
|  | • participating in each relevant Tournament (as set out below) to the best of the Player's ability in accordance with the League Rules and Regulations and otherwise adhering to the League Rules and Regulations;<br><br>• providing the other services detailed in Schedule 1 and any other services as may be mutually agreed between the parties. |
| **Apparel** | All apparel of any kind including training apparel, hats, patches, badges, insignia, logoed items and footwear, gloves, patches, accessories and related products of any kind (including bags, golf bags, umbrellas, golf club head covers, towels, headwear, pads, arm, wrist and similar bands, water bottles, sports performance eyewear or watches, heart, speed or distance monitoring or other biometric devices (including any device designed to measure or collect data or other biometric output), and personal digital coaching, training or monitoring tools) worn, used or displayed by the Player. |
| **Term** | The date of signature of this Agreement until 60 days following the last Tournament in the ████ Season or, the final International Series Tournament to be played by the Player (if later) during ████ unless the Agreement is terminated earlier as set out below. |
| **Team** | The group of players selected in accordance with a Player Draft and/or the League Rules and Regulations in each case that will represent a team in the League in accordance with the League Regulations. |
| **Tournament** | The golf tournaments comprising the LIV Invitational Series in a Season, being a number of Regular Tournaments and the Team World Championship, in each case as set out in the League Rules and Regulations. |
| **Tournament Week** | The period during which each Tournament occurs, beginning at 10.00 am local time on the date that is 2 days immediately preceding such Tournament up to and including the final day of Tournament play and, where appropriate, the day following such final day as may be specified in the League Rules and Regulations. |

**General Terms & Conditions (which form part of this Agreement):**

(a)     The Player is hereby invited to and agrees as a fundamental condition of this Agreement to participate (i) in each Regular Tournament in the Invitational Series during the ████ Season and ████ Season in each case in accordance with this Agreement and the League Rules and Regulations and in each Regular Tournament in the ████ Season if he finishes ranked ██ or better in the individual player rankings at the end of the ████ Season, (ii) in each Team World Championship at the end of the ████ and (if appropriate) ████ Season if the Player has qualified for it (entry into the Team World Championship will occur in any relevant Season if the Player is ranked in the overall top ██ players after completion of the Regular Tournaments in such Season and (iii) in ██ International Series Tournaments (in total) across ████ and ████ and, if the Term is extended for ████ the number of International Series Tournaments during that year as may be agreed between the parties ((i), (ii) and (iii) being the "**Playing Commitment**"). In consideration for the Player fully performing this Agreement, and in each case subject to this Agreement, the League Rules and Regulations the Company (or other Payor Entity as applicable) shall pay to the Player during the Term: (A) prize Money, as set out below; and (B) Commitment Fees in accordance with Schedule 2.

(b)     The Player shall provide the Services to the best of his skill and ability and follow the Company's reasonable instructions in relation thereto (including as to times and locations and any changes to them). The Player acknowledges that any failure by the Player to fully and promptly provide any of the Services or to fail to comply with the provisions of this paragraph shall constitute a material breach of this Agreement. The Player shall ensure that the Player is eligible and able to play in each Tournament and to perform the Services. Should the Player be approached to and/or sign a deal to become a part of a

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                        LIV000210016

Team during the Term, the Company shall not, in the absence of any bona fide reason to do so otherwise, knowingly take any actions which could prevent such agreement.

(c)  The Player agrees: (a) that he has been provided with the League Rules and Regulations and has familiarised himself with them and by signing this Agreement and/or by participating in each Tournament he agrees that he is bound by and shall comply fully at all times with the League Rules and Regulations.

(d)  The Player hereby acknowledges and agrees that:

   i.  The Player's participation in and/or provision of any of the Services and any other activities (such as media interviews, etc.) may be subject to video/sound recording or still photography, and that such footage, still images or other content and materials depicting the Services and/or the Player's name, image, and likeness in connection with the advertising and promotion of each relevant Tournament (together with any advertising materials created in accordance with this Agreement, the "**Player Materials**"), may be utilized by the Company and LIV in any and all media whether now known or subsequently devised (including online and social media), and the Player hereby grants to the Company the right and license (with full right to sublicense to LIV, any sponsor or other corporate or commercial partner, or broadcaster or distributor of Tournament content) on a royalty-free, transferable, fully paid-up, worldwide basis (including on the official Tournament website and in social media) to use the Player Materials, for the following purposes: (A) in connection with the television, OTT or other internet or digital, and/or radio broadcasting of the Player's participation in each Tournament or the Services as part of the normal coverage thereof; (B) in connection with the commercialisation of LIV and/or the relevant Tournament including through arrangements with sponsors, betting partners and suppliers of products and services ; (C) by LIV in promoting its sports sponsorships generally (provided that such usage shall in no event contain any recommendations or endorsements by the Player of any particular company, product or service other than as permitted under this Agreement); (D) for the purpose of gifts/mementoes to be given to the Company's or LIV's clients/guests who may attend any Tournament or any related events; (E) for the Company's or LIV's internal use; and/or (F) as otherwise may be permitted by this Agreement or agreed by the Player (sub-paragraphs (A)-(F) (inclusive), the "**Permitted Purposes**"); and

   ii.  ████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████  To the extent any such rights vest in Player, the Player hereby unconditionally and irrevocably assigns such rights to the Company (including by way of future assignment) and, upon any request by the Company, agrees (for no charge but at no cost to the Player) to duly execute and deliver to the Company such documents and do such acts as may be necessary to give full effect to the terms of this paragraph.  The Player hereby unconditionally and irrevocably consents to usage of the Player Materials for the Permitted Purposes and waives any moral rights and/or right to any additional compensation other than that payable under this Agreement.   The Player Materials may be subject to reasonable editing without Player approval provided such editing does not materially alter the manner in which Player is depicted, and further that such editing does not portray Player in a false or negative light.

(e)  The Player hereby grants to LIV and the Company during the Term a royalty-free, worldwide, transferable, fully paid-up irrevocable right and license (with the right to grant sublicenses) to exhibit, exploit, copy, reproduce and otherwise use the Player Identification in connection with ███████████████████████████
████████████████████████████████████████████████████████████████████████████
████████  (b) all content of any kind created, recorded or otherwise generated by or on behalf of the League and/or any Team or any licensee or assignee thereof during the Term, and create derivative works thereof, in any manner whatsoever, alone or together with any other materials or content, on, via or through any and all media of any kind (now known or subsequently developed) in connection with, related to, in furtherance of, or for the purposes of the promotion of the League, any Tournament or LIV. Following the end of the Term, Company shall be entitled to use any content created during the Term

3

DocuSign Envelope ID: B8286BAE-41B5-4B77-92E2-B7916388C35B

featuring the Player Identification for any purpose including for historic reference or archive purposes providing such use doesn't imply a then-current relationship with Player.

(f)     The Company shall not be entitled to imply any personal endorsement by the Player of any business, product, or service and shall use its commercially reasonable efforts to feature at least two other Tournament players when using such footage/content in connection with any sponsorship or commercial endorsement.  No other advertising or promotional materials featuring the Player (other than in connection with the promotion of any Tournament and as otherwise contemplated by this Agreement) shall be used by the Company without the Player's prior consent in writing (such consent not to be unreasonably withheld, conditioned or delayed) and, if requested, any such materials shall be sent to the Player's address set out above.

(g)     [REDACTED]

(h)     In the absence of a Legitimate Excuse, any failure by the Player to participate in any Tournament shall be a material breach of this Agreement. The Player shall notify the Company immediately if he believes may not be able to participate in any Tournament for any reason.  "**Legitimate Excuse**" shall mean: (i) injury or illness preventing the Player from participating in a Tournament (with an independent medical report supporting such injury or illness to be provided to the Company on request); and (ii) any event or cause which LIV in its sole discretion reasonably determines would justify not participating in such Tournament (death or serious injury/illness of a family member, or birth of a Player's child, being examples of a justifiable failure to participate).

(i)     The Player agrees to comply with all policies and procedures implemented by the Company for attendees at each Tournament, including all health and safety policies and procedures to address risks associated with COVID-19 pandemic.

(j)     The Company may terminate this Agreement with immediate effect by written notice if (i) the Player is or is deemed to be in material breach of this Agreement (including as referred to in paragraphs (a), (b), (d) and (g) above) or of the League Rules and Regulations or (ii) if the Player commits any act of Misconduct.

(k)     "**Misconduct**" shall occur if the Player (i) makes or has made any untrue, misleading, defamatory or derogatory comments about any Tournament, the Company, LIV, any of their respective  products or services or any of their respective directors, officers, employees, staff or sponsors or which become known to the public at any time; (ii) fails an officially sanctioned drug test, is charged with any doping or drug-related offence or is admitted to a drug treatment programme; (iii) commits any criminal offence (other than a minor driving offence) or any deliberate act of unlawful discrimination, harassment or victimisation, or (iv) otherwise misconducts himself during any Tournament Week (including, but not limited to, being disqualified from such Tournament in circumstances which the Company determines, in good faith, brings or is reasonably likely to bring any Tournament or any of their respective  directors, officers, employees, staff or sponsors, or the game of golf, into disrepute or engages in any other conduct which is morally repugnant or shocks or offends public decency).

(l)     If Company terminates this Agreement due to any breach of the Playing Commitment, the Player shall, within 21 days of such termination, be obliged to refund to the Company any sums previously paid to him by way of Commitment Fees and such termination shall be without prejudice to any other rights or remedies the Company may have under this Agreement.

(m)     Payment provisions:

    a.  Subject to this Agreement the Company shall pay the Prize Money to the Player after the conclusion of each relevant Tournament and the Commitment Fees as set out in Schedule 2 respectively.

    b.  The Player shall be responsible for the payment of any fees, costs or other expenses incurred in connection with any tax-related administrative services performed on the Player's behalf in connection with this Agreement (including tax filings) and the Company shall not be required to

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

LIV000210018

be bear any such fees, costs or other expenses. In the event that the Company meets the cost of any tax-related administrative services for the benefit of the Player, the Company shall be entitled to deduct an amount equal to such cost (together with any VAT or other taxes thereon suffered by the Company) from any amount to be paid or reimbursed to the Player under this Agreement.

c.  For the avoidance of doubt, the Player accepts that it shall be solely responsible for all taxes due in respect of any amount paid to the Player under or pursuant to this Agreement, including any taxes deducted at source through withholding (in respect of which the Company shall have no obligation to make any increased payment to the Player).

d.  All payments under this Agreement shall be made together with such value added tax (or equivalent) as is required by law to be charged thereon, subject to the provision to the Company by the Player of a valid value added tax (or equivalent) invoice.

e.  The Player further agrees that the payment of fees under this Agreement may be subject to tax subject to applicable laws. The Company shall be entitled to deduct and remit payment of such taxes, in accordance with applicable laws, directly to the applicable taxing authority from the payment due.

f.  If any deduction is made from any payment for withholding tax in accordance with the previous paragraphs, then as soon as reasonably practicable, the Company shall provide the Player with a certificate of payment of tax from the relevant local taxation authority in relation to that payment (to the extent that the Company is able, using commercially reasonable endeavours, to obtain such a certificate).

g.  ████████████████████████████████████████████

(n)  This Agreement shall not constitute a partnership, joint venture or contract of employment and neither party shall act or hold itself out as acting on behalf of the other. Each party acknowledges that in entering into this Agreement it has not relied upon any representation, warranty or other assurance save as is expressly set out in this Agreement. Nothing in this paragraph shall limit or exclude any liability for fraud.

(o)  The Player represents and warrants to the Company and LIV that they have all necessary right, title and authority to enter into and perform this Agreement including as set out in paragraphs (b), (d) and (e).

(p)  All notices and other communications delivered under this Agreement shall be in writing and shall be deemed duly given on (a) the delivery date if delivered personally, (b) the delivery date if sent by email by 5:00 p.m. Eastern time on a Business Day or, if not, on the next Business Day, (c) the first Business Day following the date of dispatch if delivered via a next-day service by a recognized next-day courier service, or (d) the earlier of confirmed receipt or the fifth Business Day following the date of mailing if delivered by registered or certified mail, return receipt requested, postage prepaid. All such notices shall (i) if sent to the Company or LIV shall be accompanied by a copy of such notice to be sent to ███████████████ and (ii) if sent to the Player shall be copied to his duly authorised agent at the address set out above or to such other address as they may specify in writing.

(q)  This document constitutes the entire agreement between the parties hereto and may not be changed or modified except by separate written agreement signed by both parties.

(r)  Neither party shall have the right to assign or otherwise transfer any of its rights or obligations under this Agreement without the prior written consent of the other party, except the Company shall be entitled to assign, sub-contract, delegate or otherwise transfer this Agreement, or any of its rights or obligations under this Agreement, to any of its affiliates.

(s)  The rights granted, transferred or otherwise assigned by the Player to the Company and all other obligations owed by the Player under this Agreement are given and owed to the Company for itself and separately as trustee for LIV Golf Holdings Limited and all of its affiliates including LIV Golf Incorporated, and the Company may enforce such rights for itself and as trustee for LIV Golf Holdings Limited and such affiliates as beneficiary of the same.

(t)  Nothing in this Agreement is intended to create, nor shall anything in this Agreement create, any rights enforceable by any third party or person not a party to this Agreement other than LIV Golf

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

LIV000210019

Holdings Limited, Live Golf Incorporated and their affiliates as contemplated in the above paragraph, each of which the Player acknowledges may enforce any of the provisions under this Agreement which confer a benefit on it and any of the Player's obligations under this Agreement as if it was a party to this Agreement. The Player acknowledges that the Player's only rights and remedies arising out of or in connection with this Agreement are against the Company.

(u)     The Player shall not use any of the Company's or LIV's branding, trademarks, logos or other intellectual property or refer to the Player by any designation relating to LIV.

(v)     Without prejudice to the Company's and LIV's rights set forth in paragraphs  (d)i and (d)ii, the parties agree to keep the terms of this Agreement strictly confidential at all times except as required by law.

(w)    The expiry or termination of this Agreement shall not affect those of the any party's obligations which are either expressed to survive or which are capable of surviving such expiry or termination.

(x)     This Agreement and any dispute or claim arising out of or in connection with it or its subject matter, or formation (including non-contractual disputes or claims), shall:

(i)     in respect of any Tournament held in the US, be governed and construed in accordance with the laws of the State of New York, without regard to the Laws of the State of New York governing conflicts of law or the laws of any other jurisdiction that might be applied because of the conflicts of laws principles of any state, and shall be determined by arbitration in New York before one arbitrator; and

(ii)    in respect of any Tournament outside of the US or in respect of any other dispute or claim under this Agreement, be governed and construed in accordance with the laws of England and Wales, and shall be finally settled under the Rules of Arbitration of the International Chamber of Commerce by one or more arbitrators appointed in accordance with said Rules.

**PLAYER**

By: _____

Name: Matt Jones

Date: 5/31/2022

**LIV GOLF LIMITED:**

By: _____

Name: Louise Savage

Title: Director

Date: 5/31/2022

**LIV GOLF INCORPORATED**

By: _____

Name: Atul Khosla

Title: COO

Date: 5/31/2022

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                              LIV000210020

**SCHEDULE 1**

**Services**

<u>Content Creation</u>
- On one occasion a Season, be available for a half-day content creation session;
- Participating in a pre-Tournament photoshoot and/or video content session lasting up to thirty (30) minutes at a location to be agreed by the Company;
- Participating in a photoshoot and/or video content session lasting up to 30 minutes during each Tournament Week;
- Participate in a mini-series / documentary series (to the extent one is planned by LIV and/or Company);
- Be included in any Company (or other LIV Golf entity) marketing collateral alongside no less than two (2) additional players in any piece of content (being three (3) players including the Player).

<u>Social Media</u>
- Subject to having the necessary rights to do so, Company will provide content to the Player on his request for use on his owned and controlled social platforms however, as between the parties, Company retains any and all rights in such content.
- 
- 



<u>Interviews</u>
Player shall participate in interviews with the media in support of each Tournament (90 mins, envisaged to be 2 x 30 minutes and 2 x 15 minutes interviews) and shall cooperate with the Company in other mutually agreed promotional activities in advance of and during each Tournament.

<u>Appearances</u>
- Ad-hoc sponsorship activation for any Company sponsor, at all Tournaments, on four (4) occasions per Season during the relevant Tournament Week or at another time as mutually agreed by the Player and Company;

7

- Player to take ambassadorial role hosting at Team World Championship if not selected/eligible to play (hosting in hospitality etc) (subject to Player being incapacitated for a Legitimate Excuse);
- Participate in a Pro-Am event at each Tournament that the Player is participating in;
- attending and participating in each "Draft Event" taking place at the location designated by the Company for no less than five (5) hours;
- participating in the "Photo Call & Welcome Reception";
- participating in a LIV "Meet and Greet" during each Tournament Week (at a date and time to be confirmed);attending the prize giving if the Player or its Team finishes in the top 3;
- additional LIV "Meet and Greet" if the Player or its team wins a Tournament.

**Other obligations**
- During each Tournament Week, conduct 1 x 30 minute hospitality/junior clinic;
- At the Team World Championship, if not selected to participate, act as an ambassador and commit to ten (10) hours of hosting (or similar) across a Tournament Week;
- Attend and participate in each Player Draft as either a Captain or a 'Pick';
- Fulfil captain duties – see document 'Captain Responsibilities';
- ████████████████████████████████████████████████████████████
- Signing a reasonable number of autographs/memorabilia items.

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

**SCHEDULE 2**

**Commitment Fees**

1.     **Payment of Commitment Fee**

1.1    Subject as provided in this Agreement and the League Regulations, the Payor Entity shall pay the following Commitment Fees to the Player: (a)            on signature of this Agreement and (b)            on the Player's first participation in a Regular Tournament in 

1.2    

1.3    The Commitment Fees shall be paid in cash.

1.4    No Commitment Fee Payments shall become due following the termination of this Agreement.

2.     **Default**

2.1    

2.2    

3.1    

9

# EXHIBIT 20

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4
       MICKELSON ET AL,              )   CV-22-4486-BLF
 5                                   )
                       PLAINTIFF,    )   SAN JOSE, CALIFORNIA
 6                                   )
               VS.                   )   AUGUST 9, 2022
 7                                   )
       PGA TOUR, INC.,               )   PAGES 1-94
 8                                   )
                       DEFENDANT.    )
 9                                   )
       _____)
10                    TRANSCRIPT OF PROCEEDINGS
11           BEFORE THE HONORABLE BETH LABSON FREEMAN
                   UNITED STATES DISTRICT JUDGE
12
                   A P P E A R A N C E S
13

14       FOR THE PLAINTIFF:     BY:  RACHEL S. BRASS
                                GIBSON, DUNN & CRUTCHER LLP
15                              555 MISSION STREET
                                SAN FRANCISCO, CA 94105
16

17       FOR THE DEFENDANT:     BY:  ELLIOT PETERS
                                     DAVID SILBERT
18                                   SOPHIE HOOD
                                     ADAM LAURIDSEN
19                                   NICHOLAS GOLDBERG
                                KEKER, VAN NEST & PETERS LLP
20                              633 BATTERY STREET
                                SAN FRANCISCO, CA 94111
21

22         APPEARANCES CONTINUED ON THE NEXT PAGE

23     OFFICIAL COURT REPORTER:      SUMMER FISHER, CSR, CRR
                                     CERTIFICATE NUMBER 13185
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1          APPEARANCES CONTINUED:

 2          FOR THE PLAINTIFF:      BY:  ROBERT P. FELDMAN
                                    QUINN EMANUEL URQUHART & SULLIVAN
 3                                  555 TWIN DOLPHIN DRIVE, 5TH FL
                                    REDWOOD SHORES, CA 94065

 4

 5          FOR THE PLAINTIFF:      BY:  KEVIN TERUYA
                                    QUINN EMANUEL URQUHART & SULLIVAN
 6                                  865 SOUTH FIGUEROA ST., 10TH FL
                                    LOS ANGELES, CA 90017

 7

 8          FOR THE DEFENDANT:      BY:  KAREN HOFFMAN LENT
                                    SKADDEN ARPS
 9                                  4 TIMES SQUARE
                                    NEW YORK, NY 10036

10

11          FOR THE DEFENDANT:      BY:  ANTHONY DREYER
                                    SKADDEN ARPS
12                                  ONE MANHATTAN WEST
                                    NEW YORK, NY 10001

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    THEY DO.  THEY ARE SIGNIFICANT HURDLE TO A COMPETITOR EMERGING,

2    OKAY.  AND IN FACT, WE EVEN CHANGED IT IN NOVEMBER '19 IN ORDER

3    TO MOVE THOSE UP TO A GLOBAL BASIS TO KEEP A COMPETITOR OUT.

4        NOW LET'S GO TO THE NEXT ONE, OKAY.  "WE LEARNED THAT

5    THEIR IMMEDIATE GOAL IS TO OBTAIN COMMITMENTS FROM HIGH PROFILE

6    GOLFERS."  THE IMPACT THEY COULD HAVE IS DEPENDENT ON THE LEVEL

7    OF SUPPORT IT MAY RECEIVE FROM THE PLAYERS.  THAT'S THE AIR

8    SUPPLY, IT'S ALL ABOUT THE TALENT, OKAY.

9        "WITHOUT THIS SUPPORT, THEIR ABILITY TO TRACK MEDIA AND

10   CORPORATE PARTNERS WOULD BE SIGNIFICANTLY MARGINALIZED."

11       SO WHAT THEY ARE SAYING IS THESE RULES ARE INTENDED TO

12   PRECLUDE COMPETITION.  THESE RULES ARE NOT INTENDED TO GIVE US

13   A PRODUCT TO MARKET.

14           THE COURT:  YOU KNOW, I MEAN, CERTAINLY LIV DOES NOT

15   HAVE MONOPOLY POWER AS WE SIT HERE TODAY.

16           MR. WALTERS:  RIGHT.

17           THE COURT:  THEY ARE A STARTUP FLEDGLING

18   ORGANIZATION.  BUT FROM WHAT I UNDERSTAND OF THESE CONTRACTS,

19   THESE ARE -- THESE CONTRACTS LOCKUP THESE PLAYERS IN WAYS THAT

20   THE PGA TOUR NEVER IMAGINED.  THEY ARE SO RESTRICTIVE.

21           MR. WALTERS:  I THINK THAT'S UNFAIR, YOUR HONOR.

22       ALL THEY SAY IS COMMIT TO US FOR FOUR YEARS OR TWO YEARS,

23   OR WHATEVER IT MIGHT BE, OKAY, IN EXCHANGE FOR COMPENSATION.

24   BUT YOU GUYS CAN DO ANYTHING -- YOU ARE AN INDEPENDENT

25   CONTRACTOR, KNOCK YOURSELVES OUT, DO ANYTHING YOU WANT IN YOUR

1

2

3

4                    **CERTIFICATE OF REPORTER**

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9     REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10    THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11    FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12    CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14    CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15    CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16    SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17    HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18    TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24    _____

25    SUMMER A. FISHER, CSR, CRR
      CERTIFICATE NUMBER 13185          DATED: 8/10/22

# EXHIBIT 21



olf | Home   News   Leaderboard   Schedules   Rankings   Travel   Instruction   Gear   Betting   Shop [

# LIV Golf's Business Plan Coming More Into Focus, With Expansion Possible in 2024

Officials said next year could see 15 teams, up from 12, with Monday qualifying a possibility.

**ALEX MICELI** • MAR 28, 2023 10:31 AM EDT

LIV Golf is in the middle of its second season but hasn't yet made it to its first anniversary.

The upstart spent hundreds of millions of dollars during the first season while recruiting players, signing venues and running tournaments–and at the same time suing the PGA Tour for antitrust violations while trying to figure out what it wanted to be once established.

The latter is a work in progress and the limited success of the first season has created an eagerness to grow exponentially while still trying to figure out the best path forward.

One of the bigger issues of 2022 was large expenditures that were either necessary but not approved or unnecessary and unaccounted for—supposedly to the tune of $180 million.

As a result, LIV's benefactor PIF (the Saudi Private Investment Fund) forced out certain executives during the offseason including LIV Golf Managing Director Majed Al Sorour and Chief Operating Officer Atul Khosla.

The PIF is now more involved in the day-to-day operations of LIV Golf, which is still a work in progress and showing growing pains as it hopes to mature into a full-fledged alternative to the PGA Tour.

The issues are varied and many were discussed during the week of the LIV event in Tucson. Here is a summary of multiple conversations *Sports Illustrated* had with eight LIV sources and current players.

# 10 vs. 14 Events

When LIV Golf officials started to discuss signing players in 2021 and 2022, they were unsure of even how many events they would host in their first season.

The discussion was focused on six or eight events in season one, expanding in season two to 10 events with the potential for season three to have a maximum of 14 events.

The number was never assured, except for the floor in the second year of 10 and ceiling of 14.

The number 10 came from players hesitant to sign because no floor was set and anything less than 10 would have been unacceptable.

Fourteen was part of the discussion with players who wanted to play fewer events than they did on the PGA Tour and the compromise came down to 14.

Some players have read the 10-14 rule in their contract differently, believing that they are not required to play in more than 10 events and suggesting that if they play in the additional four, they should be compensated for those additional events.

Brooks Koepka had been mentioned as one of the players concerns about how the 10-14 provision is being interpreted, but in discussions with the four-time major winner, he steadfastly says he is comfortable with how LIV is progressing and is not unhappy with any of the contractual provisions of his agreement.

"I'm fine, I'm satisfied, I'm content with every decision I've made," Koepka says.

And when asked about any fine print in the agreement between himself and LIV, Koepka was equally content.

"I knew everything I was getting into," Koepka says.

Each contract is different so it is impossible to know exactly what each says, but generally the 10-14 provision is understood to be consistent in each contract.

Currently, Martin Kaymer and Hudson Swafford are not playing due to injury. Kaymer will likely return at some time this season but Swafford is out for the year.

The contracts provide for absence due to injury, with neither player having to pay back any of their signing bonus.

# Where the Team Money Goes

In 2022, the team earnings were divided equally between the four team members since all expenses for the teams were covered by LIV Golf.

"Call it a bonus year," was how the team money distribution to the players was described.

While it was possible in 2023 to do the same in 2022, the plan changed and team money goes back to the teams to be either distributed to the players or used for team expenses, which would include a general manager, staff and travel expenses.

Currently, the teams have four different ways to generate revenue: prize money, sponsorship, merchandise and retail sales. They will also benefit from profit sharing when LIV Golf is profitable.

Players have expressed some concern about the payments going to the teams since LIV already owns 75% of the teams and they feel they may be getting shortchanged.

According to sources, the payments to individual players was never part of the business plan.

Instead, LIV knew that the teams would take time to ramp up revenue streams, so as part of the plan in 2023, LIV provides operating capital to each team depending on their needs.

That capital will eventually be paid back to LIV when the team is sold.

The 75/25 percent breakdown may seem unfair in the early stages of the tour, but when you factor in the amount of money put into the prize fund for both individual and team winners, the amount of loaned capital, the expenses of putting on an event and the fact that no money flows back to LIV until the team is sold, the players seem to be getting a pretty good deal.

The team prize money could also be adjusted as LIV continues to review what is best for the tour.

Currently the top three teams earn prize money, but the possibility of expanding that payout to the top five is under discussion.

# What It Costs to Break a Contract

LIV Golf maintains that some of its players still want to play on the PGA Tour.

But with the exception of playing a one-off event in a player's hometown or somewhere they have had success; many LIV golfers seem content to play their 14 plus majors and call it a season.

None want to play a full season on the PGA Tour, which is good because their LIV contracts, while not prohibiting them from playing a full schedule on another tour, does force them to honor their commitment to LIV and if for some reason they wanted to leave LIV, the penalty clause is two, three or four times their signing bonus to break their agreement.

This penalty clause effectively keeps the players part of the LIV stable until the contract expires after the 2025 season.

# Expansion Plans

The 2023 season is set, but 2024 could see an expansion of teams from 12 to 15.

By adding three more teams of four players, the LIV format of a 54-hole shotgun start would not be affected and would provide a path to allow others to participate.

The expansion could come from the Asian Tour International Series or Monday qualifiers.

Many scenarios have been discussed with nothing carved in stone, which is not unusual since LIV is still flying by the seat of its pants with many ideas being discussed.

# How Relegation Works

The process of replenishing the 48 players who are part of LIV in 2023 is in full swing and it's complicated.

LIV maintains a points list with the top 24 in each event receiving points.

At the end of the season, the top eight on the points list will receive a two-year exemption and ninth through 24th will receive a one-year exemption.

The top 25 through 44 are effectively in no-man's land without any exemptions, but would be set for the next year if a team offered them a contract.

Players from 45 to 48 will be relegated and will have to requalify to play on LIV the following year.

According to sources, LIV believes that the 2024 season will see somewhere between eight and 12 new players spread out amongst the 12 teams.

Some turnover will be through relegation and some by teams not re-signing players

One curveball in the relegation process are the individual players' contracts. Some are exempt through the top 24 and others are exempt through the top 44.

Until certain key contract information is made public it will be impossible as a fan to understand the importance of a shot as the season winds down, since one shot could make the difference in receiving points and a player keeping his spot.

According to LIV sources, some of this information will be forthcoming.

## Courting Sponsors

Teams are starting to ramp up staff and starting to sell sponsorships, but the process of staffing– which requires LIV involvement–is slower than some would like to see and is one of the growing pains that the new tour is experiencing.

LIV officials have been complaining to teams that they are not doing enough to generate revenue.

One team, Fireballs, captained by Sergio Garcia, has a sponsor, Akron, a Mexico-based oil company company.

The other 11 are still working on potential sponsors.

According to those involved in the sales process, the Saudi involvement in the league is no longer the potential impediment as it potentially was in the past.

Instead, potential sponsors come in two categories: companies that are involved with the PGA Tour and have no interest in working with LIV, and current or former sponsors of the PGA Tour that have become disillusioned with the Tour and are looking for alternatives.

Most teams are in active negotiations with companies and believe agreements will be inked soon.

At the same time, attendance at LIV events is showing promise with the second round of the Tucson event sold out and all three days of general admission tickets at LIV Adelaide sold out at 14,000 a day and a waitlist implemented.

Add in 7,500 hospitality tickets sold and LIV believes that a total of 60,000 will be on the grounds in Australia next month.

# EXHIBIT 22

```
1                 IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4
      JONES, ET AL,                   )   CV-22-4486-BLF
5                                     )
                     PLAINTIFF,       )   SAN JOSE, CALIFORNIA
6                                     )
              VS.                     )   FEBRUARY 24, 2023
7                                     )
      PGA TOUR, INC.,                 )   PAGES 1-51
8                                     )
                     DEFENDANT.       )
9                                     )
      _____)
10                      TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE BETH LABSON FREEMAN
                     UNITED STATES DISTRICT JUDGE
12

13                    A P P E A R A N C E S

14

15      FOR THE PLAINTIFF:     BY:  JOHN B. QUINN
                               QUINN EMANUEL URQUHART &
16                             SULLIVAN, LLP
                               865 S. FIGUEROA ST, FL 10
17                             LOS ANGELES, CA 90017

18

19      FOR THE DEFENDANT:     BY:  ELLIOT PETERS
        PGA                         NICHOLAS GOLDBERG
20                             KEKER, VAN NEST & PETERS LLP
                               633 BATTERY STREET
21                             SAN FRANCISCO, CA 94111

22            APPEARANCES CONTINUED ON THE NEXT PAGE

23      OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                    CERTIFICATE NUMBER 13185
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1          APPEARANCES CONTINUED:

 2      FOR THE PLAINTIFF:      BY:  JOSHUA LIPTON
                                GIBSON DUNN
 3                              1050 CONNECTICUT AVE. N.W.
                                WASHINGTON, DC 20036
 4

 5      FOR THE DEFENDANT:      BY:  CAROLYN B. LAMM
        PIF, AL-RUMAYYAN        WHITE AND CASE LLP
 6                              701 THIRTEENTH STREET, NW
                                WASHINGTON, DC 20005
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    WITHOUT ACCESS TO THEIR DOCUMENTS, THEIR COMMUNICATIONS AND

2    THEIR TESTIMONY, I DON'T THINK IS FAIR TO THE PGA TOUR,

3    YOUR HONOR.

4            THE COURT:  WELL, IT SOUNDS TO ME AS THOUGH YOUR

5    ARGUMENT REALLY IS SEPARATE FROM YOUR COUNTERCLAIM.  I'M ONLY

6    INTERESTED IN THE RELATIONSHIP TO THE CASE IN CHIEF FILED BY

7    THE PLAINTIFFS HERE.  THAT'S WHAT I'M LISTENING FOR.

8         I DO NOTE THAT, SINCE I WENT BACK AND READ THE AMENDED

9    PLEADING, THAT LIV HAS ITS OWN INTENTIONAL INTERFERENCE CLAIMS

10   AGAINST PGA TOUR.  SO IT SEEMS TO ME THAT I AM CERTAINLY NOT

11   BIFURCATING THE CASE THEY FILED.

12        AND SO IT MAY BE THAT THERE IS OVERLAP THAT IF -- UNLESS

13   THEY WANT TO DISMISS THOSE CLAIMS, WHICH THEY ARE ALWAYS

14   WELCOME TO DO, BUT THAT THAT'S A CONCERN FOR YOU TO BE ABLE TO

15   DEFEND AGAINST THE CLAIMS THAT YOU HAVE INTERFERED, THAT YOU

16   MAY NEED DISCOVERY AGAINST PIF AND MR. AL-RUMAYYAN, BUT I WILL

17   LET MR. QUINN ADDRESS THAT.

18            MR. PETERS:  I THINK THAT'S A GOOD POINT, YOUR HONOR,

19   BECAUSE ALL OF THE INTERFERENCE IN THE INDUCING BREACH OF

20   CONTRACT CLAIMS RELATE TO THE COMPETITION FOR THESE GOLFERS,

21   THE OFFERS, THE DISCUSSIONS THAT WERE MADE, OR HAD WITH THEM IN

22   2022 WHEN SOME OF THEM DECIDED TO JUMP FROM THE PGA TOUR TO

23   LIV, THAT'S REALLY WHAT THIS CASE FOCUSES ON.

24        AND THE EVIDENCE REALLY DOES -- THE ANTITRUST CLAIMS DO

25   REQUIRE THE SAME EVIDENCE, THE DEFENSE OF THEM DO, BECAUSE THE

1    NEW STARTUP.  WE WITH ALL HAVE EXPERIENCE WITH THAT.

2         INVESTORS IN STARTUP ENTERPRISES DO STAY INVOLVED, THEY DO

3    SOMETIMES, AS TO CERTAIN SUBJECTS, THEIR CONSENT IS REQUIRED

4    BEFORE CERTAIN ACTIONS ARE TAKEN.  THERE'S NOTHING MAGICAL OR

5    UNUSUAL ABOUT THAT OR SUGGESTS THAT WE SHOULD IGNORE THE

6    SEPARATENESS OR THE DIFFERENCE BETWEEN PIF --

7              THE COURT:  BUT MR. QUINN, I ACTUALLY THINK THE REAL

8     ISSUE IS, IS IT REASONABLE THAT MR. AL-RUMAYYAN HAS EVIDENCE

9     THAT IS CRITICAL TO THE DEVELOPMENT OF THE CASE.

10        I JUST DON'T -- BASED ON EVERYTHING I'VE READ, REGARDLESS

11   OF WHETHER THEY ARE SEPARATE LEGAL ENTITIES, I WILL GRANT YOU

12   THAT FOR THE TIME BEING, BECAUSE YOU ARE RIGHT, THERE'S BEEN NO

13   PROOF OF IT OTHERWISE, JUST AN ASSERTION.  HE IS IN UP TO HIS

14   EYEBALLS IN EVERYTHING THAT LIV HAS DONE.  AND SO HE

15   POTENTIALLY HAS RELEVANT EVIDENCE THAT MAY BE -- LEAD TO

16   ADMISSIBLE EVIDENCE AT TRIAL.  IT'S A PRETTY LOW STANDARD.

17        NOW, MR. PETERS HAS OTHER PROBLEMS BECAUSE HE'S NOT --

18   WHETHER HE CAN BE COMPELLED TO GIVE TESTIMONY IN THE

19   UNITED STATES, THAT'S A SEPARATE ISSUE.

20        AND I SAW THE OBJECTION THAT MR. PETERS FILED YESTERDAY TO

21   JUDGE VAN KEULEN'S ORDER, WE ARE NOT DEALING WITH THAT NOW.

22   BUT MR. AL-RUMAYYAN IS NOT GOING TO BE EXTRACTED FROM THE CASE.

23   HE MIGHT BE PROTECTED FROM COMING TO THE U.S. TO GIVE

24   TESTIMONY.  THAT'S A DIFFERENT ISSUE THAT MS. LAMM WILL DEAL

25   WITH, BUT HE'S NOT -- I JUST SAY, HE'S INTEGRALLY INVOLVED, AND

1

2

3

4                     **<u>CERTIFICATE OF REPORTER</u>**

5

6

7

8          I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13          THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____

25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185          DATED: 2/27/23

# EXHIBIT 23



ALL·NEW
HYPERFLEX
LEARN MORE

FANNATION   SI SWIMSUIT   THE SPUN   SI SPORTSBOOK   SI TICKETS   SI SHOP                    SUBSCRIBE

**Golf**   |   Home   News   Leaderboard   Schedules   Rankings   Travel   Instruction   Gear   Betting   Shop ⧉

# LIV Golf Enters Multi-Year 'Mutually Financially Beneficial' Agreement With TV Partner

The Saudi-backed league is not getting a rights fee from the CW Network for at least two years but will share advertising revenue.

**BOB HARIG** • JAN 19, 2023 9:00 AM EST

LIV Golf has its long-awaited television partner, a large affiliate network in the United States that has no other sports programming but will offer the controversial league a large platform to show its product.

The CW Network—the C is for CBS, the W for Warner Media—has entered into a multi-year agreement to televise LIV Golf tournaments including this year's 14-tournament schedule that begins late next month in Mexico.

*Sports Illustrated* reported earlier this week that an agreement was near, and the two sides jointly announced the deal on Thursday, one that will not see LIV Golf get paid a traditional rights fee but that the league says is "mutually financially beneficial."

That basically means that while LIV Golf will not be paid up front for the rights to its broadcasts, it will share advertising revenue with the CW and will also likely be expected to shoulder a good bit of promotional work. The deal is believed to be for at least three years with the possibility of a rights fee being paid after two years.

Various reports had LIV Golf close to a deal late last year with Fox Sports that would have seen a "time buy" from LIV Golf, meaning it would pay the network a fee to broadcast its tournaments and attempt to sell advertising revenue on its own.

The events will also be streamed live on the CW app. Only streaming coverage will be available on Fridays; LIV will announce at a later date how Friday play will be handled with CW affiliates.

"It was critical for us to get to this point, no question," Greg Norman, LIV's CEO and commissioner, said Thursday in an interview with *Sports Illustrated*. "Our goal was to do that from the outset. To be honest, when you look at our calendar, maybe nine and a half months ago when we decided to London (for the first LIV Golf event), we actually had planned to have two beta seasons. And we have excelled across all aspects of what we wanted to deliver. We have our own production team and showcasing golf in a whole new light.

"Of course we knew that getting this out on a network was critical for us. But for us to be sitting here with a contract that is signed is really a very, very proud moment for our players and for our sponsors."

Will Staeger, LIV's chief media officer, said CW's sales team would be charged with selling advertising inventory while LIV's team would continue to seek sponsorships for its events, as well as its franchises. Both emphasized that this is not a "time buy" and that the LIV and CW are partners who are sharing in revenue. As was the case in 2022, LIV is responsible for production costs.

The CW is a national network that is in some 220 U.S. markets via local affiliates. It was the 21st-most-watched network last year in the U.S. for average prime-time viewing.

Nexstar Media Group, which owns nearly 200 local television stations in the U.S., purchased a 75 percent stake in the CW Network last year. Paramount (CBS) and Warner Media (Discovery) still retain minority stakes in the company.

The trick for LIV Golf will be getting golf fans to the CW Network, which has no other sports properties and is mostly comprised of syndicated programming, including a bevy of courtroom shows and reruns of various TV sitcoms and dramas. There is also local programing in various markets, including live news broadcasts and web coverage.

LIV Golf played its inaugural invitational series of eight events in 2022 strictly via streaming via YouTube and its own website. Despite enormous production costs—which LIV Golf will still cover as part of this arrangement—the viewing numbers were poor, despite LIV's desire to reach a younger demographic, per its motto "Golf, But Louder."

With shotgun starts and 48-player fields, LIV Golf promoted the idea of showing all of the players numerous times in a five-hour window.

The broadcast team that worked the 2022 events will return, led by longtime broadcaster David Feherty, who is in the booth beside fellow analyst Jerry Foltz and play-by-play announcer Arlo White.

There are also on-course and feature reporters Dom Boulet, Su-Ann Heng and Troy Mullins.

LIV's full schedule for 2023 has yet to be announced, but the first event will be Feb. 24-26 at the Mayakoba Resort in Mexico.

# EXHIBIT 24

FANNATION    SI SWIMSUIT    THE SPUN    SI SPORTSBOOK    SI TICKETS    SI SHOP                    SUBSCRIBE

**Golf**  |  Home   News   Leaderboard   Schedules   Rankings   Travel   Instruction   Gear   Betting   Shop ⎋

WEEKLY READ

# LIV Golf Has Its TV Partner, But Will That Bring in Advertisers and More Fans?

The Saudi-backed league's deal with CW Network isn't perfect, but Greg Norman said sponsors are 'lined up' to be a part of broadcasts.

**BOB HARIG** • JAN 22, 2023 10:20 PM EST

**More Weekly Read:** The Plight of the DP World Tour | LIV Golf's Schedule Saga | Fore! Things

Greg Norman called it a "proud day." Others not enamored of the LIV Golf product pounced.

The TV deal with the CW Network is for at least three years and is the latest move by LIV Golf in its quest to become relevant and financially viable, will take some time to play out, regardless of the ridicule.

The CW Network is not exactly front of mind for most sports fans. It has no other sports programming and its lineup is filled with syndicated shows and reruns. It became easy fodder for the naysayers.

But LIV Golf didn't exactly have a lot of options. It wasn't going to get a deal with CBS, NBC, Golf Channel, ESPN, TNT, TBS or USA. Fox Sports became an option, but apparently wanted a "time buy" in order to reach agreement.

Norman, LIV Golf's CEO and commissioner, said in an interview that there were other suitors, and that the CW proved to be the best option, with sponsors "lined up" to be part of the broadcasts.

"We have an investor that wants ROI (return on investment)," Norman said. "Getting in 120 million homes helps us accelerate that revenue opportunity. It was enlightening to see the magnitude of what this deal did in energizing our revenue side of the business."

How lucrative it turns out to be is difficult to determine. This is not a traditional rights deal like you see in team sports or even with the PGA Tour, which is getting in the neighborhood of $700 million a year in fees from the various broadcast entities that carry tournaments.

LIV Golf is not receiving a rights fee but has an undisclosed revenue-sharing agreement with the CW Network. How robust the advertising inventory will be is something to monitor and will be difficult to hide. The broadcasts will either have commercial interruptions or they won't—or something in between.

A few other aspects make the situation less than ideal. There will be no over-the-air coverage on Friday, only streaming on the CW app (or LIV Golf's website). Apparently there are various issues to work out with CW Network affiliates, which number more than 220 around the country.

There also won't be free streaming on YouTube, the main vehicle for distribution in 2022. And it makes sense. LIV Golf wants to direct eyeballs to its television partner, an outlet that requires a cable subscription to watch via the app.

Another drawback: the CW Network is not rated by Nielsen outside prime time, which means getting proper viewership numbers might prove difficult.

Still, the CW Network is in more than 100 million homes. That's more than ESPN, Golf Channel and USA Network, another place known for syndicated reruns—and one that carries the first two rounds of both the U.S. Open and British Open because the distribution is greater than Golf Channel.

Will Staeger, LIV's chief media officer, was prominent in the negotiations and has plenty of experience, having worked at ESPN as well as the WWE and Endeavor prior to joining LIV early on.

In an interview, Staeger nicely pushed back on the idea that a TV deal for LIV should be viewed as some long-overdue accomplishment.

"We launched our invitational season in 2022, and this might be the fastest pathway from launch to a significant broadcast coverage deal in the history of a new league," Staeger said. "It was effectively May of 2022 when we launched our 2022 season and here we are in January with a 14-event broadcast deal in the U.S. that has all been very strategic and intentional.

"The whole plan when we elected to do our invitational season was to prove out what we had. Top strength of field with players. A Formula 1-sort of format with both teams and individual players. A shotgun start that gives you a 4 ½-hour experience whether in person or watching."

Staeger said he believes there will be little impact on the number of golf shots shown, a selling point of the commercial-free LIV broadcasts in 2022. It is likely there will be commercial loads at the beginning and end of the broadcasts as long as a "halftime" type break during the middle.

How much commercial breaks might intrude on an hourly basis remains to be seen—and likely might come down to how many sponsors LIV Golf and CW Network get to come on board.

Ultimately, that is what LIV needs, to showcase sponsors and try to sell the team aspect of its business model. The CW Network is a necessary part of that process and part of a bigger picture that is still unclear: are casual sports fans and regular golf fans going to be frequent consumers of the controversial league?

3/29/23, 9:29 PM

LIV Golf Has Its TV Partner. Will That Bring Advertisers and More Fans? - Sports Illustrated Golf News, Scores, Equipment, In...