# EXHIBIT 25

# LIV Golf announces teams, players for 2023; Four PGA Tour players, Pieters officially join league

*By*

LIV Golf

Updated on February 20, 2023

Charlie Crowhurst/LIV Golf

LIV Golf is rolling out its teams and rosters this week on the eve of the circuit's second season.

Rather than announce its members at once for the 2023 campaign, the Saudi-backed league sent out a press release stating its players and squads will be trickled out just days before the 14-event season begins in Playa del Carmen, Mexico. The team names and captains have been previously announced, and nearly all of the LIV's marquee attractions from its inaugural season are expected to return.

Unlike last season, it is not expected that players and teams will change every event. There are at least two team name changes, with the Niblicks turning into Range Goats GC and Punch going to Ripper GC.

Torque, captained by Joaquin Niemann, was the first team announced on Wednesday, with Mito Pereira, Sebastian Munoz and David Puig rounding out the team. Golf Digest has previously reported that Pereira and Munoz were expected to join the league in Year 2, but their moves became official on Wednesday. Smash GC, headlined by Brooks Koepka, added Matthew Wolff to the roster, after Wolff played last year with Phil Mickelson's team. Brooks' brother Chase Koepka and Jason Kokrak are also on the team. The Majesticks, led by Henrik Stenson and Ian Poulter, are bringing back the same team as last year with Lee Westwood and Sam Horsfield. The 4 Aces return with Dustin Johnson, Patrick Reed and Pat Perez, with Peter Uihlein taking the place of Talor Gooch.

In total four new players from the PGA Tour signed with LIV Golf ahead of its second season, as Danny Lee and Brendan Stelle joined Munoz and Pereira in defecting. Former Ryder Cup star Thomas Pieters, who earlier in the week complained about not getting invited to the Genesis Invitational, has also jumped to LIV. Pieters, No. 34 in the world, played mostly on the DP World Tour.

Below are the team names, team captains, rosters and schedule for the 2023 season. The names and rosters will be updated as they are announced. Both individual and team competitions similar to the inaugural season will return to LIV Golf in 2023. Last month the league announced a multiyear media deal with the CW, giving LIV Golf its first traditional television broadcast partner in the United States.

## LIV Golf Teams and Rosters

**Torque GC**: Captain Joaquin Niemann, Mito Pereira, Sebastian Munoz, David Puig
**Majesticks GC**: Captains Ian Poulter and Henrik Stenson, Lee Westwood, Sam Horsfield
**Smash GC**: Captain Brooks Koepka, Chase Koepka, Matt Wolff, Jason Kokrak

**4 Aces GC**: Captain Dustin Johnson, Patrick Reed, Pat Perez, Peter Uihlein

**Fire Balls GC**: Captain Sergio Garcia, Abe Ancer, Carlos Ortiz, Eugenio Chacarra

**HY Flyers GC**: Captain Phil Mickelson, James Piot, Brendan Steele, Cam Tringale

**Iron Heads GC**: Captain Kevin Na, Scott Vincent, Danny Lee, Sihwan Kim

**RangeGoats GC**: Captain Bubba Watson, Talor Gooch, Thomas Pieters, Harold Varner III

**Ripper GC**: Captain Cam Smith, Marc Leishman, Matt Jones, Jed Morgan

**Cleeks GC**: Captain Martin Kaymer, Bernd Wiesberger, Richard Bland, Graeme McDowell

**Crushers GC**: Captain Bryson DeChambeau, Paul Casey, Anirban Lahiri, Charles Howell III

**Stinger GC**: Captain Louis Oosthuizen, Branden Grace, Dean Burmester, Charl Schwartzel

## Schedule

Feb. 24-26: El Camaleón Golf Club, Playa Del Carmen, Mexico

March 17-19: The Gallery Golf Club, Tucson, Ariz.

March 31-April 2: Orange County National, Orlando, Fla.

April 21-23: The Grange Golf Club, Adelaide, Australia

April 28-30: Sentosa Golf Club, Singapore

May 12-14: Cedar Ridge Country Club, Broken Arrow, Okla.

May 26-28: Trump National Golf Club, Washington, D.C.

June 30-July 2: Real Club Valderrama, Sotogrande, Spain

July 7-9: Centurion Club, London, England

Aug. 4-6: The Old White Course, White Sulphur Springs, W.Va.

Aug. 11-13: Trump National Golf Club, Bedminster, N.J.

Sept. 22-24: Rich Harvest Farms, Sugar Grove, Ill.

Oct. 20-22: Trump National Doral, Miami

Nov. 3-5: Royal Greens Golf & Country Club, Jeddah, Saudi Arabia

Is Scottie Scheffler the Ultimate Superfan of The Office?



Sam Burns' Secret Weapon at the Match Play



José María Olazábal Breaks Down the 11th Hole at Augusta National





Initiate a Better Backswing



Scottie Scheffler Dominates The Players Championship



Is Scottie Scheffler the Ultimate Superfan of The Office?



Sam Burns' Secret Weapon at the Match Play



José María Olazábal Breaks Down the 11th Hole at Augusta National



Initiate a Better Backswing



Scottie Scheffler Dominates The Players Championship



**Subscribe with email**

**Trending Now**

# EXHIBIT 26

NEXT  – ORANGE COUNTY NATIONAL — **MAR 31 - APR 02**   ·   **ORLANDO** — ORANGE COUNTY NATIONAL — **MAR 31 - APR 02**   ·   **ORLANDO** — O

**TOURNAMENT INFO**      **BUY TICKETS**

# SCHEDULE

LEAGUE FORMAT

## Upcoming events



NEXT TOURNAMENT

# ORLANDO

Mar 31 - Apr 02

Orange County National    ·    USA

Buy Tickets



Apr 21 - 23

The Grange Golf Club    ·    Australia

Buy Tickets







Apr 28 - 30

Sentosa Golf Club    ·    Singapore

Buy Tickets



May 12 - 14

Cedar Ridge Country Club    ·    USA

Buy Tickets



May 26 - 28

Trump National Golf Club Washington DC    ·    USA



Jun 30 - Jul 02

Real Club Valderrama    ·    Spain

Schedule | LIV Golf

Buy Tickets



Jul 07 - 09

Centurion Golf Club    ·    UK



Aug 04 - 06

The Old White at The Greenbrier    ·    USA

Buy Tickets



Aug 11 - 13

Trump National Golf Club Bedminster    ·    USA



Sep 22 - 24

Rich Harvest Farms    ·    USA



Oct 20 - 22

Trump National Doral    ·    USA



Nov 03 - 05

Royal Greens Golf & Country Club    ·    Saudi Arabia

## Completed events

### MAYAKOBA

Feb 24 - 26

El Camaleón Golf Course · Mexico

| TEAM WINNERS | | |
|---|---|---|
| | Crushers GC | -26 |
| | 4Aces GC | -17 |
| | Torque GC | -13 |

| INDIVIDUAL WINNERS | | |
|---|---|---|
| | C. Howell III | -16 |
| | P. Uihlein | -12 |
| | B. Grace | -10 |

View results ↗

### TUCSON

Mar 17 - 19

The Gallery Golf Club · USA

| TEAM WINNERS | | |
|---|---|---|
| | Fireballs GC | -25 |
| | 4Aces GC | -21 |

| | Iron Heads GC | -19 |
| **INDIVIDUAL WINNERS** | D. Lee | -9 |
| | C. Ortiz | -9 |
| | B. Steele | -9 |

View results ↗

SCHEDULE                                    TEAMS

PLAYERS                                     LATEST NEWS

ABOUT                                       FORMAT

CAREERS                                     REPORT A FAKE

© 2023 LIV GOLF INC. ALL RIGHTS RESERVED

TERMS AND CONDITIONS          PRIVACY POLICY          CONTACT US          MEDIA & PRESS          SAFEGUARDING

# EXHIBIT 27



Rising 25 Nominations Are Now Open!                    **Nominate Now** ›

**LEAGUES**

# LIV Golfers Allowed to Play In All Four Majors After All

- **PGA of America issues green light for 2023 PGA Championship.**
- **LIV's Phil Mickelson won the PGA Championship at age 50.**

**BY MICHAEL MCCARTHY**

FEBRUARY 23, 2023 | 10:49 AM

Share ↗

   



*Jasen Vinlove-USA TODAY Sports*

LIV Golf stars have scored a significant victory in their rebellion against the PGA Tour.

LIV Golf players will be eligible to compete in all four major tournaments this season after the PGA of America issued its 2023 eligibility requirements Wednesday, providing a green light.

LIV stars Phil Mickelson, Brooks Koepka, and Martin Kaymer won the PGA Championship before defecting to the Saudi-backed golf tour.

The PGA Championship was the last holdout among the four majors. The latest in the seesaw battle between the dueling golf tours.

---



LAW

### Another Ruling by Federal Judge Goes PGA Tour's Way

---

Despite previous signals that LIV defectors would be banned from participation in 2023, the PGA of America said they could tee it up at Oak Hill Country Club in Rochester, New York, from May 18-21.

"Sadly, the current division in the professional game is not good for the sport or the future of the game. We hope there might be some resolution soon," said PGA of America chief executive officer Seth Waugh.

The PGA of America's decision came only one day after the Royal & Ancient Golf Club of St. Andrews said LIV players were cleared to play in the 151st Open Championship at Royal Liverpool from July 20-23.

Augusta National Golf Club and the USGA previously said LIV golfers would be eligible for the 2023 Masters and U.S. Open.



# Related



SPONSORED

### The Evolving Sports Landscape

Learn how to connect with sports fans in the digital environment.

March 28, 2023



LAW

### Another Ruling by Federal Judge Goes PGA Tour's Way

The PGA keeps scoring wins in court over LIV Golf.

February 22, 2023



LEAGUES

### For The People: How The Phoenix Open Became a Golf Phenomenon

Each year, the PGA Tour flaunts its beer-soaked, high-energy staple.

February 10, 2023



LEAGUES

### Ohtani, A's, and Expansion Headline MLB's Biggest Questions

Ohtani, the A's, and the Rays could all look for new homes.

March 29, 2023

## FRONT OFFICE SPORTS

Front Office Sports covers the influence of sports on business and culture.

Homepage

Podcast

Newsletters

Pro

Learning

Video

Advertise

About Us

Press

Careers

Contact Us

Homepage

Podcast

Newsletters

Pro

Terms of Use

Learning

Video

Awards

About Us

Privacy Policy

Advertise

Press

Careers

Contact Us



# EXHIBIT 28

Case 5:22-cv-04486-BLF     Document 375-4     Filed 03/30/23     Page 18 of 47



GOLF

Kick off the golf season with InsideGOLF: $100 value for just $20!     **LEARN MORE**



NEWS

# 'We are not going anywhere': Greg Norman on LIV Golf's viability, critics, future

BY: **JOSH SENS**     |     FEBRUARY 24, 2023

  





[year's Masters](#), GOLF.com sat down with Norman in Florida to ask about LIV players competing at Augusta, the importance of the OWGR, whether and when LIV might turn a profit and what he thinks about Tiger Woods and Rory McIlroy's assertion that he should step down.

*This interview has been condensed and edited for clarity.*

**GOLF:** The new golf season is underway, and one thing we know is that [LIV players will not be banned from the Masters](#). Were you expecting that decision out of Augusta National?

**Norman:** Personally, I could never understand why they would not have the players, or any players of high quality, in any major. The majors should be Switzerland. They're out there on their own. Without past champions or players who have qualified under the criteria, their strength of field would be lacking. So, if you look at it from a business perspective, from a broadcasting standpoint, from a sponsorship standpoint, Augusta National and the Masters are a brand of their own. You have to think about it that way and say, what's best for the Masters? What's best for the Masters is to have the best field possible, because it's always been that way.

**GOLF:** Sounds like you were not surprised.

**Norman:** I think there were things going on behind the scenes and an understanding that if you look into the future and where the game of golf can and should be, cooler heads would prevail. And at the end of the day, you've got to look after your business.



Dustin Johnson, with Norman, will be one of the LIV players at the Masters in April.



**GOLF:** In announcing that there would be no ban, Augusta National chairman Fred Ridley also said he was [disappointed at the fractures in the game](). What would you say to him or anyone else who feels that way?

**Norman:** The best way to answer that would be that in any business transaction, you sit down and try to understand what's on the table. You talk about it and you appreciate it and understand, okay, this entity over here has got this, and we have this. Can we somehow co-exist? Can we merge together? To not sit down right from the outset and understand what the LIV platform is and how it can and will sit within the ecosystem baffles me. But if you look back and see that over the past 53 years with the PGA Tour, it has only been the Tour — there have been no other options. And so I can see from Augusta's standpoint how they want to protect that point of view. But from a competitive standpoint, it's right to open the doors for other competition. It happens in all walks of life. We didn't start the negative rhetoric. We wanted to do what's best for the game of golf and for the independent contractors.

Advertisement

**GOLF:** How do you think that's going?

**Norman:** Look, here we are. We had our beta season, and I thought that on a scale of 1 to 10, it was a 9.5. And the players coming into 2023 are more excited than they were at the start of 2022. Why? Because this year we unpack our

franchise model. We unpack those teams. We unpack this whole new story that has never been done in the game of golf before.

**GOLF:** Is there anything you think will surprise or shock people?

**Norman:** I don't think there are any real shocks. What I think you'll see is just the process playing out. I think one thing that might interest people is all the other interested parties that want to understand what LIV is about.

**GOLF:** You mean other non-golf entities that are expressing interest in being part of LIV? Any industries in particular?

**Norman:** It's all across the board. Very interested people asking, "How can I buy a franchise?" "Can I buy part of a franchise?"

**GOLF:** How much can I buy a franchise for?

**Norman:** I'll just tell you that we are very comfortable in the place we're in.



'A mouthpiece for PGA Tour': Tiger Woods' comments blasted by Greg Norman

BY: **NICK PIASTOWSKI**

**GOLF:** It's impossible to think about the majors without thinking about whether and when LIV players will get Official World Golf Ranking points. There's no set timeframe for that decision. Is that a source of frustration for you?

**Norman:** My frustration is for the players. The fact that Dustin Johnson, I don't know where he is rated right now [*Ed. note: Johnson is currently ranked 51st*]. But for Dustin Johnson to be rated that high is kind of a slap in the face. So from a player's perspective, I feel for them. We're fighting for it. We've applied for our points. And that might put a spotlight on [the OWGR] and their voting committee and who they are and what they represent. And are they truly fair?

**GOLF:** How badly do you need those points to be viable long term?

**Norman:** From what I'm hearing, I think there are a couple of other people coming up with another system. Why is that

the OWGR is the only system? Why can't there be others out there giving you options? We depend on the Weather Channel here but there's also the European model. Which one is right? They deviate a little bit. But at the end of the day, the weather system always comes through. So, to me, there's value in having other options to look at as well.

**GOLF:** I want to circle back to the Masters, which will be the first Masters since LIV has really gotten going. It seems inevitable that there will be people who see a game within a game: Tour players vs. LIV players. But Brooks Koepka told us he thinks that's just a media-invented story. You've been a player. You've seen what goes on behind closed doors. Is Koepka right that there's nothing there?



Advertisement

**Norman:** I think there's nothing there with the majority of them. They've shared the tee before. They've shared locker rooms and competitions coming down the 18th fairway. They've roomed together. Their wives and girlfriends are friends. There will be a few guys who have probably been asked to be vitriolic against the LIV guys for whatever reason. But those guys who are being most vocally negative to us, they've never sat down to understand what LIV is all about.

**GOLF:** You're saying that LIV critics aren't really speaking their own minds? They're being prompted to criticize?

**Norman:** Look, that's my read on it. And my view is, until you know exactly what you're talking about, don't say anything, because the truth is always going to come out.

**GOLF:** You mean through depositions, litigation?

**Norman:** Absolutely. I mean, it's part of the process right. It will all come out and we're all going through his process and we all know there's going to be a trial date set for January of next year. We're on this road and hopefully there is going to be an offramp. It's public knowledge. The judge has said we have to go to mediation on or before May 1.

**GOLF:** There have been some [changes in LIV's executive leadership](#) (both COO Atul Khosla and director of franchises Matt Goodman have left the organization), and also rumors that you might be replaced. Any truth to that?

**Norman:** I'm still here. Simple as that. I have the full support of my investor. The full support of my board. Maybe just someone trying to start a rumor to try to collapse us internally. But that is 100 percent not true.

**GOLF:** A few voices, including Rory McIlroy, have said that negotiations are really only possible if you step aside. What do you say to that?

**Norman:** I think he was told to say that. They're going to try to throw as much as they possibly can at you and try to undermine you, whichever way they can. All due respect, but Rory doesn't know anything about LIV. He knows something about the PGA Tour. He sits on the PAC (Player Advisory Council). But Rory doesn't know what he's talking about with LIV because he doesn't know the facts. And if he wants to throw out a comment like that — I've always been a fan of Rory's but my advice to him would be to just sit back, just take stock, watch what happens and watch what you say. Because in the end, there may be a situation where he'll be asked a few questions that he may not want to answer because of the way he's come out and been vocal on that front.



❝

### All due respect, but Rory doesn't know anything about LIV.

**GREG NORMAN**



Advertisement

**GOLF:** You've talked about different tours coexisting in a golf ecosystem. What does a peaceable future in golf look like to you? Do you have a vision for it?

**Norman:** The answer to that is yes. I'm not going to disclose it. But at some point, you've got to sit down. There is an offramp, and you've got to be ready for it. My team has to be ready it. You have to work toward that goal. We want to make sure that LIV has its rightful position and to be able to build on this platform. Remember, we have an investor and he's looking for an ROI (return on investment). We've got to build out these franchise models. We've got to create something that has never been created before. We are not going anywhere. We are going to be around for a long period of time, because of the investment and the ROI that we all see when we model this out internally.

**GOLF:** Do you have any timeline for when you get that ROI?

**Norman:** We have it all in our business plan.

**GOLF:** Any projections you can give us about timelines?

**Norman:** No, not really. But it's not as long as you think, I can tell you that.

**GOLF:** How do you know what I think?

**Norman:** All I can tell you is that once we sign the production deal—

**GOLF:** —that's the lynchpin?

**Norman:** Absolutely.

[*Ed. note: In the days after this interview was conducted, LIV announced a TV deal with CW Network.*]

**GOLF:** What's been the hardest part of the past year for you?

**Norman:** Just the vitriol, the hatred. It's despicable to me. I'm still a lifetime member of the PGA Tour, and to see that the path that was decided to be taken with the hatred and vitriol, trying to destroy individuals. It tells me a lot. One day, when this is all over and done with, I'll give you the answer that's in my head today.

**GOLF:** Which is more specific examples?

**Norman:** More specific examples. Because when you see where we've come in nine months, where we've come in that short time period, the embracing of it on a global front, outside of the United States, it has been nothing short of amazing. When I go to Asia, it's completely different than what you hear about in certain sections of the United States. And even here in the United States, people are starting to realize what LIV is all about. I can this this, not one person around the world has come to me and said, 'This is the stupidest idea I've ever heard.'

**GOLF:** Purely from a business standpoint?

**Norman:** Competition. Game of golf. For the players. For all our stakeholders. Everything.

**GOLF:** Do you ever get the sense that there's enough golf already? Do you think there's really an appetite among fans for more than there is now?

**Norman:** Well, look, it's a different style of golf, right? It's product vs. product. That's competition.



Advertisement

**LATEST IN NEWS**

| ■ 31 MINS AGO | ■ 37 MINS AGO | ■ 2 HOURS AGO | ■ 3 HOURS A |
|---|---|---|---|
| What will PGA Tour fields look like in 2024? Here's what we know | 5 burning questions ahead of the Augusta National Women's Amateur | 'You're free Al?' The hilarious way Matt Fitzpatrick asked his brother to play the Zurich Classic | 2023 Augus Amateur vie watch, TV s |

## Josh Sens

**GOLF.COM CONTRIBUTOR**

A golf, food and travel writer, Josh Sens has been a GOLF Magazine contributor since 2004 and now contributes across all of GOLF's platforms. His work has been anthologized in The Best American Sportswriting. He is also the co-author, with Sammy Hagar, of Are We Having Any Fun Yet: the Cooking and Partying Handbook.



**RELATED ARTICLES**



NEWS

## Want drama? The 2023 Masters guarantees it with LIV golfers sharing the stage

BY: **JOSH SENS**



Tiger Woods' latest project? Designing a course for MLB star Mike Trout

Rory McIlroy's *other* gear change has him primed for Augusta | Wall-to-Wall Equipment

Paul Azinger questions player mics after Rory McIlroy talk: 'A bit of a distraction'

A dramatic finish and loads of birdies: Rory-Xander II was as good as it gets

'You're going to kick yourself': Pro has chance to take Rory McIlroy to playoff ... and lays up?

LIV TV ratings drop 24 percent in second tournament on the CW

Answering 11 burning questions about LIV Golf's TV ratings vs. the PGA Tour

'One of the best drives in the history of the game': Rory McIlroy does the incredible



GOLF

Newsletter

EMAIL ADDRESS

SELECT STATE

CHOOSE WHICH EMAILS YOU WANT

## Categories

**NEWS**

**INSTRUCTION**

**GEAR**

**LIFESTYLE**

**TRAVEL**

## Services

**DO NOT SELL MY INFORMATION**

**GOLF MEDIA KIT**

**EB GOLF MEDIA LLC WEBSITE PRIVACY POLICY**

**MASTHEAD**

**FAQ AND RETURNS**

## Social

**FACEBOOK**

**TWITTER**

**INSTAGRAM**

**YOUTUBE**

## Membership

GOLF.com and GOLF Magazine are published by EB GOLF MEDIA LLC, a division of 8AM GOLF

# EXHIBIT 29



**Show me the money! How much has each LIV player made since signing up?**

Keep up to date with how much money each LIV golfer has earned since joining the lucrative league

by **Matt Chivers** | March 19, 2023 | **Tour**

Money. Money. Money. It's all everyone has been talking about since LIV Golf burst onto the scene and started throwing millions of dollars at the world's best players to try and lure them in from the PGA Tour and DP World Tour.

So with its first inaugural season now in the history books, **with each event dishing out record-breaking purses**, just how much money – not including the undisclosed signing-on fees – has every LIV golfer earned in the Saudi Arabia-funded series?

**RELATED: Tensions rising at LIV Golf: Are players divided over prize money changes?**

Fortunately for you guys, we've taken every player, from Phil Mickelson to Ratchanon Chantananuwat, and tallied up just how much prize money they've raked in since joining LIV Golf – both in individual and team winnings. Here are how things look...

## LIV Golf prize money standings

1. **Dustin Johnson**
Events: 10
Earnings: $36,802,167*

*Johnson was awarded $18,000,000 for being crowned the **2022** LIV Golf Individual Champion

2. **Branden Grace**
Events: 10
Earnings: $19,131,332*

*Grace was awarded $8,000,000 for finishing second in the 2022 LIV Golf points list

3. **Peter Uihlein**
Events: 10
Earnings: $16,206,452*

*Uihlein was awarded $4,000,000 for finishing third in the 2022 LIV Golf points list

✕



6. **Pat Perez**
Events: 9
Earnings: $9,653,900

7. **Carlos Ortiz**
Events: 9
Earnings: $9,053,647

8. **Charles Howell III**
Events: 8
Earnings: $8,720,333

9. **Brooks Koepka**
Events: 9
Earnings: $8,597,100

10. **Cameron Smith**
Events: 7
Earnings: $8,429,000

11. **Charl Schwartzel**
Events: 10
Earnings: $8,403,000



12. **Eugenio Lopez-Chacarra**
Events: 9
Earnings: $8,020,500

13. **Sergio Garcia**
Events: 10
Earnings: $7,715,786

**Golfer**

16. **Henrik Stenson**
Events: 7
Earnings: $5,865,000

17. **Abraham Ancer**
Events: 9
Earnings: $5,595,500

18. **Matthew Wolff**
Events: 9
Earnings: $5,352,833

19. **Anirban Lahiri**
Events: 7
Earnings: $5,281,000

20. **Joaquin Niemann**
Events: 7
Earnings: $5,194,286

21. **Chase Koepka**
Events: 10
Earnings: $4,590,964

22. **Bryson DeChambeau**
Events: 9
Earnings: $4,555,750

23. **Lee Westwood**
Events: 10
Earnings: $4,535,914

24. **Hennis Du Plessis**
Events: 4
Earnings: $4,530,000

25. **Jason Kokrak**
Events: 8
Earnings: $4,319,500

26. **Danny Lee**
Events: 2
Earnings: $4,273,000





27. **Matt Jones**
Events: 10
Earnings: $4,241,700

28. **Richard Bland**



30. **Ian Poulter**
Events: 10
Earnings: $3,556,333

31. **Marc Leishman**
Events: 7
Earnings: $3,475,400

32. **Laurie Canter**
Events: 10
Earnings: $3,184,950

33. **Wade Ormsby**
Events: 8
Earnings: $3,069,500



34. **Graeme McDowell**
Events: 10
Earnings: $2,912,381

35. **Kevin Na**
Events: 10
Earnings: $2,893,286

36. **Sihwan Kim**
Events: 9
Earnings: $2,747,000

37. **Brendan Steele**
Events: 2
Earnings: $2,445,833

✕

**Golfer**

40. **Bernd Wiesberger**
Events: 10
Earnings: $2,110,500

41. **Scott Vincent**
Events: 10
Earnings: $2,041,200

42. **Martin Kaymer**
Events: 8
Earnings: $1,911,800

43. **Phachara Khongwatmai**
Events: 8
Earnings: $1,858,333

44. **Harold Varner III**
Events: 7
Earnings: $1,778,500

45. **Turk Pettit**
Events: 8
Earnings: $1,691,000

46. **Jediah Morgan**
Events: 10
Earnings: $1,647,000

47. **Cameron Tringale**
Events: 7
Earnings: $1,545,600

48. **Justin Harding**
Events: 3
Earnings: $1,319,167

49. **Sadom Kaewkanjana**
Events: 8
Earnings: $1,312,286

50. **Adrian Otaegui**
Events: 4
Earnings: $1,294,500

51. **Hudson Swafford**
Events: 8
Earnings: $1,241,000

52. **Jinichiro Kozuma**
Events: 3
Earnings: $1,205,000

53. **Shaun Norris**
Events: 7
Earnings: $1,006,000

54. **Shergo Al Kurdi**
Events: 2
Earnings: $1,044,000

55. **Mito Pereira**
Events: 2
Earnings: $1,032,000

56. **Sebastian Munoz**
Events: 2



58. **Travis Smyth**
Events: 3
Earnings: $846,000

59. **Hideto Tanihara**
Events: 5
Earnings: $752,600

60. **Oliver Bekker**
Events: 1
Earnings: $737,500

61. **Ryosuke Kinoshita**
Events: 3
Earnings: $624,000

62. **Yuki Inamori**
Events: 2
Earnings: $501,000

63. **Dean Burmester**
Events: 2
Earnings: $332,000



64. **Ian Snyman**
Events: 2
Earnings: $316,000

65. **Pablo Larrazabal**
Events: 1
Earnings: $315,000

×

**Golfer**

68. **Itthipat Buranatanyarat**
Events: 2
Earnings: $249,000

69. **JC Ritchie**
Events: 1
Earnings: $226,000

70. **Viraj Madappa**
Events: 1
Earnings: $154,000

71. **Kevin Yuan**
Events: 1
Earnings: $146,000

T72. **Oliver Fisher**
Events: 1
Earnings: $136,000

T72. **Ratchanon Chantananuwat**
Events: 1
Earnings: $136,000

T72. **Bubba Watson**
Events: 2
Earnings: $316,500

75. **Andy Ogletree**
Events: 1
Earnings: $120,000

---

**Plenty of LIV Golf's very best players are using drivers that feature in our Best Golf Drivers of the year awards. Click here to read all about them**

---

- **RELATED: How far have the LIV golfers fallen in the world rankings?**
- **RELATED: LIV golfers axed after inaugural event: Where are they now?**

## Matt Chivers

Tour Editor



Matt is NCG's man for all things going on in the world of tour golf. Kent born and bred, Matt is 7 handicap at Royal Cinque Ports and spent many years caddying at Royal St George's before moving north to study history at the University of Liverpool. Away from golf, Matt is an avid Arsenal fan and horse racing enthusiast. He is also keen to point out his surname is pronounced Chiv-ers, not Chive-ers.

Handicap: 7

✕





Europe's ultimate buy event here at Catalunya. Prices start at £799 per golfer.

**FIND OUT MORE**

## Subscribe to NCG

Newsletter  YouTube  Twitter  Facebook  Instagram  Podcasts

Tour



### 'No one is angry!' LIV stars deflect blame for PGA Tour hostility

by Matt Chivers
March 30, 2023

### Patrick Reed: Masters victory would 'validate' LIV Golf

by Matt Chivers
March 30, 2023

### Women's Open to deliver fan experience like never before

by Matt Chivers
March 30, 2023

View all

✕



**Enlightening golf coverage dispatched to your inbox**

Sign up here for our newsletter and you'll never slice a drive again. Promise.

Email Address

Would you like to receive the latest offers from our partners?

☐

Sign Up

I'm not a robot

reCAPTCHA
Privacy • Terms

About

Advertise

Contact

Terms and Conditions

Privacy

2 Arena Park, Tarn Lane, LS17 9BF

© 2023

# EXHIBIT 30

# Matt Jones says playing LIV Golf event is 'purely a business decision'

*By  Golf Channel Digital June 1, 2022 at 2:18 PM*

Three players in the field at this week's Memorial Tournament have committed to compete in the first LIV Golf Invitational Series event.

Tour winners Matt Jones and Hudson Swafford, along with reigning U.S. Amateur champion James Piot, are signed up to play in London, June 9-11. For now, though, they are at Muirfield Village.

Golf Channel reporter Todd Lewis caught up with Jones on Wednesday to get his reasoning for competing in the rival-league tournament, despite the Tour not allowing a conflicting-event release for its players.

"A lot to do with my family, being able to provide for them. Purely a business decision for me," said Jones, who didn't detail the up-front money offered. "I'm very happy with the decision I made."

---

**Unpacking the notables of LIV Golf Invitational**



---

Jones, 42, has won twice on Tour (2021 Honda Open, 2014 Houston Open) and has over $17 million in official earnings. He added to his explanation by saying, "I love the concept that we have going on that tour. Golf's a global game. I'm from Australia. I love to travel and play golf. I don't have to be stuck in one county and play golf. And I like the idea of playing a team aspect as well."

As for the possibility of being suspended or banned by the PGA Tour, Jones said, "That was a decision I had to make.

"I don't think banning PGA Tour players from playing a global game is good look for the PGA Tour."

While Jones and Swafford have been on Tour for several years, Piot, from Michigan State, turned professional last week. He declined to speak with Lewis, but Piot's manager told Lewis that because Piot is not a PGA Tour member, the 23-year-old shouldn't have to face any possible consequences to competing on the LIV Golf series.

# EXHIBIT 31



[🖨 PRINT] **ESPN.com:** Golf                          [Print without images]

Thursday, October 27, 2022
## Bryson DeChambeau: Still part of suit vs. PGA Tour out of 'principle'

By Mark Schlabach

MIAMI -- Bryson DeChambeau told ESPN on Thursday that he remains a plaintiff in LIV Golf's federal antitrust lawsuit against the PGA Tour because the PGA Tour won't pay him a $1.75 million bonus it owes him as part of its Player Impact Program.

DeChambeau, speaking to ESPN before playing in the LIV Golf Team Championship Pro-Am at Trump National Doral Golf Club, said the PGA Tour paid him only half of the $3.5 million bonus he earned by finishing fifth in the inaugural PIP standings in 2021.

"It's not about the money; it's about the principle," DeChambeau said. "It's the way you deal with situations."

DeChambeau said he received his first payment of $1.75 million on Feb. 15. He said there were two requirements for receiving the second payment: Play in a regular PGA Tour event he hadn't competed in during the previous four seasons and make an appearance at a charity event.

DeChambeau said he fulfilled the first requirement by playing in the Valero Texas Open in early April. DeChambeau said he tried to fulfill the second one by appearing at a charity event for First Tee in Dallas next month. DeChambeau says he was told by the PGA Tour that the appearance wouldn't fulfill the requirement because he is no longer a PGA Tour member in good standing.

"They said because you're not in good standing, we're not allowing you to do something to help out junior golf and junior golfers," DeChambeau said. "To me, that's childish. It just shows where they stand emotionally. I respect and understand it, but when you've completed something and provided entertainment for them last year, that's the reason I'm in the lawsuit."

The PGA Tour didn't immediately respond to ESPN's request for comment Thursday.

DeChambeau, whose eight PGA Tour victories include the 2020 U.S. Open, joined LIV Golf on June 10. He reportedly received a guaranteed contract worth more than $125 million.

DeChambeau, 29, was among the 11 LIV Golf players who sued the PGA Tour in federal court in California on Aug. 3, alleging the tour was using its monopoly power to quash competition and that it had discouraged TV networks, vendors and other companies from working with LIV Golf. The PGA Tour filed a countersuit, in which it accused LIV Golf of interfering with its contracts with players.

LIV Golf joined its players as a plaintiff in the lawsuit on Aug. 28. Since then, eight players, including six-time major champion Phil Mickelson, have removed themselves from the case. DeChambeau, Matt Jones and Peter Uihlein remain as plaintiffs.

"It's really been frustrating over the last six years that I've had to deal with [the PGA Tour]," DeChambeau said. "It's consistently frustration after frustration of them not handling things correctly."

Two-time Masters champion Bubba Watson, who also joined LIV Golf but isn't playing this season because of a knee injury, told ESPN on Thursday that he didn't receive the second half of his PIP bonus from the PGA Tour, either. Watson finished 10th in the 2021 PIP standings and was due to receive a $3 million bonus.

"I have not received all of my money for something that I won two years ago," Watson said.

Like DeChambeau, Watson said he didn't fulfill the second requirement by appearing at a charity event.

"They canceled on me a few times," Watson said. "I was supposed to do some things. They canceled the event, supposed to do another thing, they canceled the event. I guess if you look at it on paper, yes, I didn't fulfill my duty, but I tried to."

When Watson was asked how much he would miss the $1.5 million he says he's still owed, he said, "I'm good. I've been very blessed in my life. I'll be able to eat."

MIckelson finished second in the PIP standings and was supposed to collect $6 million. Two other LIV golfers, Dustin Johnson and Brooks Koepka, also finished in the top 10 and were entitled to $3 million each. It's unclear whether Mickelson, Johnson and Koepka collected all of their bonuses.

The PGA Tour introduced the PIP program to reward players who generated the most positive interest in the PGA Tour during the previous year. The players were graded on a variety of metrics, including social media and TV exposure.

The PGA Tour awarded $40 million to the top finishers in the PIP standings; Tiger Woods finished first and won $8 million. The PGA Tour increased the PIP pool to $50 million for 2022.

Case 5:22-cv-04486-BLF   Document 375-4   Filed 03/30/23   Page 47 of 47