# EXHIBIT 33

```
                  IN THE UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION.


MICKELSON ET AL,                    )   CV-22-4486-BLF
                                    )
              PLAINTIFF,             )   SAN JOSE, CALIFORNIA
                                    )
          VS.                        )   AUGUST 18, 2022
                                    )
PGA TOUR, INC.,                     )   PAGES 1-25
                                    )
              DEFENDANT.             )
                                    )
_____      )

                      TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE BETH LABSON FREEMAN
                     UNITED STATES DISTRICT JUDGE

                         A P P E A R A N C E S


    FOR THE PLAINTIFF:        BY: ROBERT C. WALTERS
                              GIBSON DUNN
                              2100 MCKINNEY, STE. 1100
                              DALLAS, TX 75201


    FOR THE DEFENDANT:        BY:  ELLIOT PETERS
                                   SOPHIA HOOD
                                   ERIC MACMICHAEL
                                   NICHOLAS GOLDBERG
                              KEKER, VAN NEST & PETERS LLP
                              633 BATTERY STREET
                              SAN FRANCISCO, CA 94111



              APPEARANCES CONTINUED ON THE NEXT PAGE

    OFFICIAL COURT REPORTER:       SUMMER FISHER, CSR, CRR
                                   CERTIFICATE NUMBER 13185


          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1      APPEARANCES CONTINUED:
 2

 3      FOR THE PLAINTIFF:      BY:  WILLIAM ROPPOLO
                                BAKER MCKENZIE
 4                              1111 BRICKELL AVE., 1700
                                MIAMI, FL 33131
 5

 6      FOR THE PLAINTIFF:      BY:  DOMINIC SURPRENANT
                                QUINN EMANUEL URQUHART & SULLIVAN
 7                              865 S. FIGUEROA STREET
                                10TH FLOOR
 8                              LOS ANGELES, CA 90017

 9
        FOR THE PLAINTIFF:      BY:  RACHEL S. BRASS
10                              GIBSON, DUNN & CRUTCHER LLP
                                555 MISSION STREET
11                              SAN FRANCISCO, CA 94105

12
        FOR THE DEFENDANT:      BY:  KAREN HOFFMAN LENT
13                              SKADDEN ARPS
                                4 TIMES SQUARE
14                              NEW YORK, NY 10036

15

16

17

18

19

20

21

22

23

24

25
```

1          YOUR HONOR?  THANK YOU.
2               FOR STARTERS, WE ARE THE PLAINTIFFS, WE KNOW WHAT IT TAKES
3     TO GET TO TRIAL, AND WE WILL MOVE HEAVEN AND EARTH.  I MEAN,
4     SOME OF THESE OBJECTIONS ARE JUST NON ISSUES.
5               THESE PLAYERS, WE ARE GOING TO WINNOW IT DOWN, BECAUSE
6     SOME PLAYERS WERE INTERESTED IN THE TRO, BUT THEY DON'T HAVE
7     MANY DOCUMENTS, THOSE ARE QUITE EASY TO DO.
8               LIV, ITSELF, WILL BE HIGHLY COOPERATIVE AND WON'T INSIST
9     ON ANY TIME TABLES, THEY CAN SEND US THEIR REQUEST TOMORROW IF
10    THEY WANT, AND WE WILL BE UNDER WAY.  IT'S NOT GOING TO BE AN
11    ISSUE.
12              TO THE EXTENT THERE'S APPROPRIATE DISCOVERY OF THE PUBLIC
13    INVESTMENT FUND, WE WILL FIND A WAY TO COOPERATE WITH THAT.  WE
14    WOULD NEVER INSIST THAT THEY DO ANY SORT OF FORMAL SERVICE, SO
15    WE WILL FIGURE OUT A WAY TO DO THAT.  ALL OF THAT WILL COME
16    TOGETHER SWIMMINGLY.
17              YOU KNOW, IT'S PRETTY CLEAR TO ME THAT THEY LIKE TO THROW
18    AS MUCH FURNITURE IN THE WAY AND AVOID THIS TRIAL FOR AS LONG
19    AS POSSIBLE, BECAUSE IT REALLY, REALLY DOES MATTER ABOUT THE
20    STATE OF THE MARKETPLACE AND COMPETITION, AND SORT OF WHETHER
21    THESE PLAYERS CAN GET TO FREE AGENCY STATUS.  SO, YOU KNOW, WE
22    REALLY HEARD NOTHING THAT IS AN ENCUMBRANCE.
23              AS FOR THE PLEADING, IT'S NOT GOING TO CHANGE THAT MUCH,
24    WE ARE GOING TO WINNOW IT DOWN, WE ARE GOING TO RESHAPE IT
25    SLIGHTLY.  WE TOLD THEM THAT WE COULD HAVE IT TO THEM EARLY

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

_____
SUMMER A. FISHER, CSR, CRR
CERTIFICATE NUMBER 13185          DATED: 8/18/22