IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>  Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br>  Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br>  Counter-Defendants. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF LIV GOLF, INC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

Pursuant to Civil Local Rule 79-5, Plaintiff LIV Golf, Inc. filed an administrative motion to file under seal the joint case management statement. Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| ECF or Ex. No. Document | Document | Potion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| ECF 377-3 | Joint Case Management Statement | Highlighted portions at lines 9:24-10:1, 10:12-13, 10:16-18, 10:27-11:2, 15:3-4. | Contains confidential information about the circumstances of LIV's formation, disclosure of which would invite speculation about the corporate structures used to impact regulatory exposure.<br><br>Contains confidential information about negotiations with specific sponsors and broadcasters, disclosure of which would deter business partners from entering into confidential negotiations with LIV in expectation that the information will become public.<br><br>Contains confidential information about communications with players and agents related to LIV involving the Public Investment Fund of the Kingdom of Saudi Arabia, disclosure of which would expose LIV players and agents to unwanted attention and further deter them from joining LIV. |

IT IS SO ORDERED.

DATED _____

BETH LABSON FREEMAN
United States District Court Judge