# EXHIBIT A

*PUBLIC VERSION OF DOCUMENT SOUGHT TO BE SEALED*