| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>LAUREN D. DANSEY, SBN 311886<br>  ldansey@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>ROBERT C. WALTERS, *pro hac vice*<br>  rwalters@gibsondunn.com<br>SCOTT K. HVIDT, *pro hac vice*<br>  shvidt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100<br><br>JOSHUA LIPTON, *pro hac vice*<br>  jlipton@gibsondunn.com<br>KRISTEN C. LIMARZI, *pro hac vice*<br>  klimarzi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500 | JOHN B. QUINN, SBN 90378<br>  johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>  dominicsurprenant@quinnemanuel.com<br>KEVIN TERUYA, SBN 235916<br>  kevinteruya@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>ROBERT P. FELDMAN, SBN 69602<br>  bobfeldman@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000 |

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>           Plaintiffs,<br><br>     v.<br><br>PGA TOUR, INC.,<br><br>           Defendant and Counter-Plaintiff,<br><br>     v.<br><br>LIV GOLF INC.,<br><br>           Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF-SVK<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  Pursuant to Civil Local Rule 79-5 and the Protective Order entered by this Court (ECF No. 111), Plaintiffs respectfully submit this Administrative Motion to consider whether select excerpts from the Joint Case Management Statement ("Joint Statement") filed on March 31, 2023 should be kept under seal. In particular, the relevant excerpts of the document subject to this Administrative Motion are:

| Document | Text to be Redacted | Party Claiming Confidentiality |
|---|---|---|
| Joint Case Management Statement | Highlighted Portions of "Plaintiffs' Position" of the Joint Statement at 2:5-7; 3:7-11; 3:13-14 | PGA Tour, Inc. |
| Joint Case Management Statement | Highlighted Portions of "Plaintiffs' Position" of the Joint Statement at 2:7-8 | Ed Herlihy |
| Joint Case Management Statement, Exhibit A | Entirety of chart | PGA Tour, Inc. |

Plaintiffs' portion of the Joint Statement includes citations and references to documents produced by the Defendant PGA Tour, Inc. and Ed Herlihy, which the Tour and Mr. Herlihy claim are sensitive and confidential under the Court's Protective Order (ECF No. 111).

Plaintiffs do not have an interest in redacting the above information from the Joint Statement. Indeed, Plaintiffs believe the citations and references to the information from the Joint Statement are neither confidential nor otherwise entitled to redaction. Plaintiffs bring this motion solely for the purpose of ensuring compliance with the Protective Order entered in this case and the Civil Local Rules of this District.

Plaintiffs do not object to sealing Exhibit A to the Joint Case Management Statement described above.

DATED: March 31, 2023

Respectfully submitted,

By: _____/s/ *Rachel S. Brass*_____

RACHEL S. BRASS, SBN 219301
 rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
 ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
 San Francisco, California 94105-0921
 Telephone: 415.393.8200
 Facsimile: 415.393.8306

ROBERT C. WALTERS, *pro hac vice*
 rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
 shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
 Dallas, Texas 75201-2911
 Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
 jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
 klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

JOHN B. QUINN, SBN 90378
 johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
 dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
 kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
 bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: 650.801.5000
Facsimile: 650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

Gibson, Dunn & Crutcher LLP

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. CASE NO. 5:22-CV-04486-BLF-SVK