GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
  rwalters@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500
.

QUINN EMANUEL URQUHART &
  SULLIVAN LLP
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson
  DeChambeau, Peter Uihlein, and LIV Golf Inc*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHIL MICKELSON, TALOR GOOCH, HUDSON SWAFFORD, MATT JONES, BRYSON DECHAMBEAU, IAN POULTER, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF <br><br> **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Daniel K. Tom, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.

On March 31, 2023, I served the following document(s):

**[UNREDACTED] JOINT CASE MANAGEMENT STATEMENT**

**[UNREDACTED] EXHIBIT A TO JOINT CASE MANAGEMENT STATEMENT**

**[PARTIAL UNREDACTED] JOINT CASE MANAGEMENT STATEMENT [PGA TOUR MATERIAL]**

**[PARTIAL UNREDACTED] JOINT CASE MANAGEMENT STATEMENT [HERLIHY MATERIAL]**

on the parties stated below, by the following means of service:

***Counsel for Defendant PGA Tour, Inc.***
***and Third Party Ed Herlihy***

| | |
|---|---|
| John W. Keker | Email: jwk@kvn.com |
| Brook Dooley | bdooley@keker.com |
| Nicholas S. Goldberg | ngoldberg@keker.com |
| Thomas E. Gorman | tgorman@keker.com |
| Sophie A. Hood | shood@keker.com |
| Leo L. Lam | llam@keker.com |
| Robert A. Lauridsen | alauridsen@keker.com |
| Eric H. MacMichael | emacmichael@keker.com |
| Nicholas D. Marais | nmarais@keker.com |
| Elliot R. Peters | epeters@keker.com |
| David J. Silbert | dsilbert@keker.com |
| Kathleen Corey | KCorey@keker.com |
| **Keker, Van Nest & Peters LLP** | |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | |
| | |
| Anthony J. Dreyer | Email: anthony.dreyer@skadden.com |
| Karen H. Lent | karen.lent@skadden.com |
| Matthew M. Martino, I | matthew.martino@skadden.com |
| **zachary.siegler@skadden.com** | |
| One Manhattan West | |
| New York, NY 10001 | |

Patrick J Fitzgerald                              Email: patrick.fitzgerald@skadden.com
**Skadden, Arps, Slate, Meagher &**
**Flom LLP**
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606

☑   **BY ELECTRONIC SERVICE:**  On the above-mentioned date, I caused the documents to be
sent to the persons at the electronic notification addresses as shown above.

☑   **(FEDERAL)**      I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2023.

/s/ Daniel K. Tom
Daniel K. Tom

Gibson, Dunn &
Crutcher LLP

TRO PLAINTIFFS' STATEMENT IN SUPPORT OF UNDER SEAL FILING
CASE NO. 5:22-CV-04486-BLF
CASE NO. CASE NO. 5:22-CV-04486-BLF