**EXHIBIT A** to *ORDER ON (1) MOTION OF PGA TOUR, INC. TO COMPEL COMPLIANCE WITH SUBPOENAS TO THIRD PARTIES PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION; (2) MOTION OF THIRD PARTIES PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION TO QUASH SUPOENAS; AND (3) ADMINISTRATIVE MOTIONS FOR LEAVE TO SUPPLEMENT MOTION TO COMPEL AND MOTION TO QUASH*

*Jones v. PGA Tour, Inc.*, N.D. Cal. Case No. 22-cv-04486-BLF (SVK)

**Narrowed Document Requests to PIF**

1. Documents and communications related to the creation of LIV. ~~and the allegations made by LIV in this litigation.~~ (RFP 3)

2. ~~Documents and communications related to competition with the PGA TOUR or the TOUR's policies.~~ (RFP 6)

3. Communications related to the solicitation of golfers to join LIV, including negotiations with golfers or their agents. (RFP 43)

4. ~~Communications with any actual, potential, or past plaintiff in this litigation related to this litigation.~~ (RFP 44)

5. ~~Communications with professional golfers or their agents related to the PGA TOUR, Golf Saudi, the PGL, LIV, the DP World Tour, the Asian Tour, or this litigation.~~ (RFP 7)

6. Communications related to the solicitation of any current or former PGA TOUR employee. (RFP **11**)

7. Documents and communications related to money or other benefits you have provided to any past or current PGA TOUR member. (RFP 24)

8. Documents and communications related to LIV's business or strategic plans. (RFP 70).

9. Documents and communications related to LIV's financial projections and business, sales and marketing, and media plans. (RFP 42)

10. ~~Documents and communications related to any actual or potential benefit to you, the Kingdom of Saudi Arabia, or the Saudi Arabian monarchy of hosting golf events or associating with professional golf.~~ (RFP 51)

11. Documents and communications related to your ownership interest in LIV as well as your control over LIV's activities. (RFP 60)

12. Board minutes, board presentations, board meeting agendas, and other board or leadership materials related to LIV, the PGA TOUR, or this litigation. (RFP 61)

**EXHIBIT A to ORDER ON (1) MOTION OF PGA TOUR, INC. TO COMPEL COMPLIANCE WITH SUBPOENAS TO THIRD PARTIES PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION; (2) MOTION OF THIRD PARTIES PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION TO QUASH SUPOENAS; AND (3) ADMINISTRATIVE MOTIONS FOR LEAVE TO SUPPLEMENT MOTION TO COMPEL AND MOTION TO QUASH**

*Jones v. PGA Tour, Inc.*, N.D. Cal. Case No. 22-cv-04486-BLF (SVK)

13. ~~Communications and agreements with third parties, including consultants and banks, related to LIV or the development of a professional golf league or tour.~~ (RFP's 62 &63).

14. Documents and communications related to LIV's actual or potential sponsors. (RFP 29)

15. Documents and communications related to LIV's actual or potential advertisers. (RFP 31)

16. Documents and communications related to LIV's actual or potential broadcasters. (RFP 35)

17. Documents and communications related to LIV's actual or potential vendors, tournament hosts, and relationship with the Major tournaments. (RFPs 37, 39, & 41).

18. Documents and communications related to LIV's actual or potential agreements, including co-sponsoring or co-sanctioning agreements, with any other golf tour. (RFP 15 and 18)

19. ~~Documents and communications related to complaints, criticism, or negative opinions about LIV, you, the Kingdom of Saudi Arabia, professional golfers pa1ticipating in LIV events, or the Saudi Arabian monarchy.~~ (RFP 54)

20. Documents and communications related to any payments of legal fees related to this litigation, or any cooperation, settlement, or indemnification agreements. (RFPs 46 &48)

**EXHIBIT A** to *ORDER ON (1) MOTION OF PGA TOUR, INC. TO COMPEL COMPLIANCE WITH SUBPOENAS TO THIRD PARTIES PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION; (2) MOTION OF THIRD PARTIES PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION TO QUASH SUPOENAS; AND (3) ADMINISTRATIVE MOTIONS FOR LEAVE TO SUPPLEMENT MOTION TO COMPEL AND MOTION TO QUASH*

*Jones v. PGA Tour, Inc.*, N.D. Cal. Case No. 22-cv-04486-BLF (SVK)

### Narrowed Document Requests to Mr. Al-Rumayyan

1. Documents and communications related to the creation of LIV. ~~and the allegations made by LIV in this litigation.~~ (RFP 3)

2. ~~Documents and communications related to competition with the PGA TOUR or the TOUR's policies.~~ (RFP 5)

3. Communications related to the solicitation of golfers to join LIV, including negotiations with golfers or their agents. (RFP 40)

4. ~~Communications with any actual, potential, or past plaintiff in this litigation related to this litigation.~~ (RFP 41)

5. ~~Communications with professional golfers or their agents related to the PGA TOUR, Golf Saudi, the PGL, LIV, the DP World Tour, the Asian Tour, or this litigation.~~ (RFP 6)

6. Communications related to the solicitation of any current or former PGA TOUR employee. (RFP 10)

7. Documents and communications related to LIV's business or strategic plans. (RFP 59).

8. ~~Documents and communications related to any actual or potential benefit to you, the Kingdom of Saudi Arabia, or the Saudi Arabian monarchy of hosting golf events or associating with professional golf.~~ (RFP 48)

9. Documents and communications related to LIV's actual or potential sponsors. (RFP 27)

10. Documents and communications related to LIV's actual or potential advertisers. (RFP 29)

11. Documents and communications related to LIV's actual or potential broadcasters. (RFP 33)

12. Documents and communications related to LIV's actual or potential vendors, tournament hosts, and relationship with the Major tournaments. (RFPs 35, 37, & 39).

**EXHIBIT A to ORDER ON (1) MOTION OF PGA TOUR, INC. TO COMPEL COMPLIANCE WITH SUBPOENAS TO THIRD PARTIES PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION; (2) MOTION OF THIRD PARTIES PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION TO QUASH SUPOENAS; AND (3) ADMINISTRATIVE MOTIONS FOR LEAVE TO SUPPLEMENT MOTION TO COMPEL AND MOTION TO QUASH**

***Jones v. PGA Tour, Inc.*, N.D. Cal. Case No. 22-cv-04486-BLF (SVK)**

13. Documents and communications related to LIV's actual or potential agreements, including co-sponsoring or co-sanctioning agreements, with any other golf tour. (RFP 12 and 16)

14. ~~Documents and communications related to complaints, criticism, or negative opinions about LIV, you, the Kingdom of Saudi Arabia, professional golfers participating in LIV events, or the Saudi Arabian monarchy~~. (RFP 51)

15. Documents and communications related to any payments of legal fees related to this litigation, or any cooperation, settlement, or indemnification agreements. (RFPs 43 &45)

16. Documents sufficient to show your roles with the Saudi PIF and LIV. (RFP 79).