# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF, INC., <br><br>Plaintiffs,<br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br>─────────────────────────────<br>PGA TOUR, INC.,<br><br>Counterclaimant,<br>v.<br><br>LIV GOLF, INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN,<br><br>Counterdefendants. | Case No. 22-cv-04486-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT PROPOSED REDACTIONS BY 12:00 PM ON APRIL 7, 2023**<br><br>[Re: ECF 381, 382] |

On April 3, 2023, this Court issued two orders provisionally under seal pending review of any proposed redactions: (1) Order Granting PGA TOUR, Inc.'s Motion for Relief from Nondispositive Order of Magistrate Judge (ECF 381); and (2) Order Denying the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan's Motion for Relief from Magistrate Judge's Order on Dispositive Motion (ECF 382).

The parties shall meet and confer regarding any proposed redactions to these orders and shall submit a joint request for redactions, or a notice that no redactions are requested, by 12:00 p.m. on April 7, 2023.

IT IS SO ORDERED.

Dated: April 3, 2023

_____
BETH LABSON FREEMAN
United States District Judge