**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF, INC., <br><br>　　　　Plaintiffs, <br>　　v. <br><br>PGA TOUR, INC., <br><br>　　　　Defendant. | Case No. 22-cv-04486-BLF <br><br>**ORDER LIFTING STAY OF MAGISTRATE JUDGE'S ORDER** <br><br>[Re: ECF 327] |
| PGA TOUR, INC., <br><br>　　　　Counterclaimant, <br>　　v. <br><br>LIV GOLF, INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN, <br><br>　　　　Counterdefendants. | |

On March 15, 2023, this Court stayed the effect of Magistrate Judge Susan van Keulen's February 9, 2023 order addressing the enforceability of certain subpoenas, pending this Court's ruling on two motions for review of Judge van Keulen's order. *See* Order Granting Mot. to Stay, ECF 327. This Court has now ruled on the two motions for review. Accordingly, the stay of Judge van Keulen's order is LIFTED.

IT IS SO ORDERED.

Dated: April 3, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge