RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

*Attorneys for Plaintiff LIV Golf, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendants. | CASE NO. 5:22-cv-04486-BLF <br><br> **PLAINTIFF LIV GOLF'S STATEMENT IN SUPPORT OF SEALING PORTIONS OF THE PGA TOUR, INC.'S MOTION FOR ALTERNATIVE SERVICE** |

Pursuant to Civil Local Rule 79-5(f)(3), 79-5(c), Plaintiff LIV Golf, Inc. ("LIV") provides the following statement of the applicable legal standard and reasons for keeping under seal the documents provisionally filed under seal in connection with the Tour's Motion for Alternative Service Under Federal Rule of Civil Procedure 4.  Dkt. No. 353.

The good cause standard applies because the motion is unrelated to the merits.  *Center for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016).  Further, the Court has denied the Tour's motion as moot.  Dkt. No. 362.  Good cause to seal exists because the information involves personally identifying information (email addresses) derived from LIV documents about a particular individual.  Such information is routinely sealed under the compelling reasons standard because it involves privacy harm to the individual whose contact information is exposed.  *See, e.g.*, *In re Pacific Fertility Ctr. Litig.*, 2021 WL 1082863, at *2 (N.D. Cal. Mar. 12, 2021) (sealing email addresses); *see also Kumandan v. Google LLC*, 2022 WL 17971633, at *1 (N.D. Cal. Nov. 17, 2022) (Freeman, J.) (acknowledging that email addresses are "sealable under the compelling reasons standard") (listing cases).  The email addresses should be sealed here for the same reasons.

The sealing is narrowly tailored because it redacts only the two email addresses, while the rest of the motion is unredacted.  LIV respectfully requests that lines 5:4 and 8:22-23 remain redacted.  LIV submits this statement because the Tour's administrative motion is directed to LIV and the contact information is derived from LIV documents.

DATED:  April 3, 2023

Respectfully submitted,

*/s/ Rachel S. Brass*

RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone:     415.393.8200
Facsimile:       415.393.8306

COUNSEL FOR PLAINTIFF LIV GOLF, INC.