1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER SEALING PORTIONS OF THE PGA TOUR, INC.'S MOTION FOR ALTERNATIVE SERVICE** |

Pursuant to Civil Local Rule 79-5, defendant PGA Tour, Inc. filed an administrative motion to consider whether another party's material should remain sealed. Dkt. No. 352. Plaintiff LIV Golf, Inc. ("LIV") filed a Statement and Declaration in Support of Sealing.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| ECF or Ex. No. Document | Document | Potion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| ECF 352-1 | Notice of Motion and Motion for Alternative Service Under Federal Rule of Civil Procedure 4; Memorandum of Points and Authorities | Highlighted portions at lines 5:4 and 8:22-23 | Contains personally identifying information disclosure of which would harm the privacy of the individual whose contact information is exposed. |

IT IS SO ORDERED.

DATED _____        _____
                                               BETH LABSON FREEMAN
                                               United States District Court Judge