# EXHIBIT 1

| | |
|---|---|
| **From:** | Sklar, Hannelore |
| **Sent:** | Monday, April 3, 2023 6:27 PM |
| **To:** | 'Maile Yeats-Rowe'; Havlin, Kim; Victor T. Chiu; PGALIV; DLPGAPRJ54@skadden.com |
| **Cc:** | Lamm, Carolyn; Pham, Hansel; Pace, Jack; Burke, Heather; Kownacki, Nicolle; Brass, Rachel (External); Dansey, Lauren; Walters, Robert C.; Hvidt, Scott K.; Lipton, Joshua; Limarzi, Kristen C.; Schwing, Austin; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya; bobfeldman@quinnemanuel.com; Olga Musayev |
| **Subject:** | RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan |

Maile,

Thank you for confirming the Tour's position on PIF and HE's time to respond to the Amended Counterclaim.  As you know, we disagree as to HE's response time, and we also disagree as to PIF's.  Congress established the time for PIF's response in the FSIA under 28 U.S.C. § 1608(d), and that is not a subject for debate.  Additionally, the Court did not say that she would entertain only a single motion, whether in the portions of the transcript you quote, her subsequent order, or otherwise.

PIF and HE will proceed with an administrative motion for a briefing schedule on the motion to dismiss.  Given Friday's CMC, we propose that PIF and HE file their motion by 10 am PT on Tuesday (April 4), and the Tour filing any opposition by midnight PT on Thursday (April 6).  Please advise whether the Tour agrees with this briefing schedule.

Regards,
Hannelore

**Hannelore Sklar**  |  Associate
**T**  +1 212 819 2646       **M**  +1 202 499 0864       **E**  hannelore.sklar@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

---

**From:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Sent:** Monday, April 3, 2023 11:14 AM
**To:** Havlin, Kim <kim.havlin@whitecase.com>; Sklar, Hannelore <hannelore.sklar@whitecase.com>; Victor T. Chiu <VChiu@keker.com>; PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Cc:** Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; Brass, Rachel (External) <rbrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Schwing, Austin <ASchwing@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya <kevinteruya@quinnemanuel.com>; bobfeldman@quinnemanuel.com; Olga Musayev <olgamusayev@quinnemanuel.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

Kim,

There is nothing to brief.  Mr. Al-Rumayyan's response is due on April 10, and Judge Freeman has already ruled that she will only entertain one motion to dismiss per side.  *See* Feb. 24, 2023 Hr'g Tr. at 30:3-8, 49:10-13.  We look forward to receiving PIF and Mr. Al-Rumayyan's motion on April 10.

1

As for the discovery requests, thank you for confirming that PIF and Mr. Al-Rumayyan have been served with those discovery requests. We maintain that PIF and Mr. Al-Rumayyan have waived objections based on our earlier service of those requests.

Thanks,
Maile

---

**Maile Yeats-Rowe**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

---

**From:** Havlin, Kim <kim.havlin@whitecase.com>
**Sent:** Saturday, April 1, 2023 6:02 PM
**To:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Sklar, Hannelore <hannelore.sklar@whitecase.com>; Victor T. Chiu <VChiu@keker.com>; PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Cc:** Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; Brass, Rachel (External) <rbrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Schwing, Austin <ASchwing@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya <kevinteruya@quinnemanuel.com>; bobfeldman@quinnemanuel.com; Olga Musayev <olgamusayev@quinnemanuel.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

[EXTERNAL]

---

Dear Maile,

We have already addressed the invalid delivery of documents to counsel. The Tour has taken the position, several times now, that it validly served Mr. Al-Rumayyan via 28 USC § 1608 on March 19. The Tour urged our agreement on this exact point, in the first email in this chain, and submitted the same to the Court. Now, having received PIF and Mr. Al-Rumayyan's agreement not to contest the 1608 service, the Tour claims that Section 1608 no longer applies to Mr. Al-Rumayyan. The Tour cannot use the provisions of the FSIA to serve process but then ignore the response time dictated by those same provisions.

It would also be inefficient to brief two motions to dismiss separately, especially in light of the strict page limits the Court ordered, and prejudicial to PIF for immunity issues (which obviously overlap as between PIF and HE) to be briefed separately on this timeline. We note that we do not accept your characterization of the content of the forthcoming motions.

If we cannot agree on a briefing schedule, we suggest the parties seek guidance from the court, as follows: both submit initial briefs on Monday (no more than five pages) and submit oppositions on Wednesday (no more than three pages), no replies.

As to discovery, as we stated before, the discovery that was sent weeks before PIF and HE were in the case is invalid, and no objections have been waived. We acknowledge receipt of the discovery requests yesterday.

Regards,

Kim

**Kim Havlin**  |  Partner
T  +1 212 819 8683     E  kim.havlin@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Sent:** Friday, March 31, 2023 8:16 PM
**To:** Sklar, Hannelore <hannelore.sklar@whitecase.com>; Victor T. Chiu <VChiu@keker.com>; PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Cc:** Lamm, Carolyn <clamm@whitecase.com>; Havlin, Kim <kim.havlin@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; Brass, Rachel (External) <rbrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Schwing, Austin <ASchwing@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya <kevinteruya@quinnemanuel.com>; bobfeldman@quinnemanuel.com; Olga Musayev <olgamusayev@quinnemanuel.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

Hannelore,

We disagree that PIF and Mr. Al-Rumayyan were not served until March 19; they were served on March 1, at the latest.

In any event, even if you insist on scheduling their responses based on a March 19 service date, only PIF is entitled to 60 days to file a responsive pleading under section 1608. FSIA does not apply to foreign officials, and Mr. Al-Rumayyan must file and serve a responsive pleading within 21 days of service under Rule 12 of the Federal Rules of Civil Procedure.  His response is therefore due on April 10. If you insist on waiting until 60 days after March 19 to file and serve PIF's responsive briefing, we will insist that Mr. Al-Rumayyan's response be filed within 21 days. The bases for dismissal you have raised have been extensively briefed and there is no basis for further extension.

We also disagree that PIF and Mr. Al-Rumayyan have not been served with discovery; they were served on February 28 by email and physical delivery to the addresses listed on their counsel of records' notices of appearance. For the avoidance of doubt, we are re-attaching that discovery here with no prejudice to our position that this discovery was served on February 28 and that you have waived objections by failing to serve responses yesterday, March 30.

Regards,
Maile

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

**From:** Sklar, Hannelore <hannelore.sklar@whitecase.com>
**Sent:** Thursday, March 30, 2023 7:11 PM
**To:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>; Victor T. Chiu <VChiu@keker.com>; PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com

**Cc:** Lamm, Carolyn <clamm@whitecase.com>; Havlin, Kim <kim.havlin@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; Brass, Rachel (External) <rbrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Schwing, Austin <ASchwing@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya <kevinteruya@quinnemanuel.com>; bobfeldman@quinnemanuel.com; Olga Musayev <olgamusayev@quinnemanuel.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

**[EXTERNAL]**

Maile,

Thank you for your message. The positions in it are premised on the notion that PIF and HE were properly served prior to March 19, by the Tour sending the papers to counsel. That is wrong, for reasons we have stated several times now. The Court invited the Tour to litigate this issue by seeking a default, and the Tour elected not to do so. Instead, the Tour attempted to serve under 28 USC 1608. PIF and HE have said they do not intend to challenge that 1608 service as invalid, which the Court approved yesterday.

28 USC 1608(d) sets the response deadline for service under that section as 60 days from the date of service. May 18 is the statutory response date, and we do not waive it. Nor is there any basis to cut that time in half.

Your email refers also to party discovery requests that were sent weeks before PIF and HE were served. That was equally invalid, and there is no basis for the notion that any discovery response times begin to run against parties before they are served and brought into the case. The Tour is free to serve these requests now.

Regards,
Hannelore


**Hannelore Sklar** | Associate
**T** +1 212 819 2646   **M** +1 202 499 0864   **E** hannelore.sklar@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Maile Yeats-Rowe <MYeats-Rowe@keker.com>
**Sent:** Wednesday, March 29, 2023 7:33 PM
**To:** Sklar, Hannelore <hannelore.sklar@whitecase.com>; Havlin, Kim <kim.havlin@whitecase.com>; Victor T. Chiu <VChiu@keker.com>; PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Cc:** Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; Brass, Rachel (External) <rbrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Schwing, Austin <ASchwing@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya <kevinteruya@quinnemanuel.com>; bobfeldman@quinnemanuel.com; Olga Musayev <olgamusayev@quinnemanuel.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

Counsel,

Thank you for confirming that service on PIF and Mr. Al-Rumayyan has been effectuated and proposing this stipulation. As you know, copies of the amended counterclaim were delivered to your offices on February 28, and the summonses were delivered on March 1, effectuating service long before the March 19 date on which the documents were delivered to PIF's Riyadh offices. Under Rule 12, Mr. Al-Rumayyan's deadline to file a responsive pleading was March 22, 2023,

and he is already in default. Your proposed May 18, 2023 deadline for a responsive filing is untimely and unwarranted, especially where PIF and Mr. Al-Rumayyan have had actual notice of the amended counterclaims since at least February 23 when the counterclaims were filed and where the parties have briefed these issues extensively already.

We propose that PIF and Mr. Al-Rumayyan agree to file and serve their responsive pleading no later than April 18. If you agree to this deadline, we are also willing to extend the deadline for PIF and Mr. Al-Rumayyan's responses to the TOUR's written discovery—served on February 28 with responses due tomorrow, March 30—to next Friday, April 7.

We look forward to your response.

Regards,
Maile

**Maile Yeats-Rowe**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8878 direct | 415 391 5400 main
myeats-rowe@keker.com | vcard | keker.com

---

**From:** Sklar, Hannelore <hannelore.sklar@whitecase.com>
**Sent:** Tuesday, March 28, 2023 8:15 PM
**To:** Havlin, Kim <kim.havlin@whitecase.com>; Victor T. Chiu <VChiu@keker.com>; PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Cc:** Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; Brass, Rachel (External) <rbrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Schwing, Austin <ASchwing@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya <kevinteruya@quinnemanuel.com>; bobfeldman@quinnemanuel.com; Olga Musayev <olgamusayev@quinnemanuel.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

**[EXTERNAL]**

Counsel,

We advised you that our client was considering this matter and that we expected to respond yesterday or today – a mere two business days after your initial requests sent on Friday afternoon (and the middle of the night, on the weekend, in Saudi Arabia). The Tour nevertheless elected to proceed with motion practice without awaiting a response, which was unnecessary and premature. Nevertheless, and in the timeframe we indicated, we respond as follows:

As White & Case has repeatedly advised the Tour, counsel for PIF and HE have not been authorized to service of process on behalf of any client in this matter. There also were deficiencies in the Tour's purported direct service under 28 U.S.C. § 1608. To move forward, however, we propose the attached draft joint stipulation, which sets forth a briefing schedule for the motion to dismiss, keyed off the Tour's March 19 date. PIF and HE do not waive—and expressly preserve—any and all applicable immunities, defenses, rights, and privileges, except under the particular circumstances present here, as to service of process.

Please advise whether the Tour consents to the attached joint stipulation and whether the Tour will withdraw the motion for alternative service.

Regards,
Hannelore

**Hannelore Sklar** | Associate
T +1 212 819 2646    M +1 202 499 0864    E hannelore.sklar@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

---

**From:** Havlin, Kim <kim.havlin@whitecase.com>
**Sent:** Monday, March 27, 2023 3:27 PM
**To:** Victor T. Chiu <VChiu@keker.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Schwing, Austin <ASchwing@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya <kevinteruya@quinnemanuel.com>; bobfeldman@quinnemanuel.com; Olga Musayev <olgamusayev@quinnemanuel.com>
**Cc:** PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

Victor, our clients are considering this, and we expect to have a response today or tomorrow.

Regards,

Kim

**Kim Havlin** | Partner
T +1 212 819 8683    E kim.havlin@whitecase.com
White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

**From:** Victor T. Chiu <VChiu@keker.com>
**Sent:** Saturday, March 25, 2023 12:42 PM
**To:** Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Schwing, Austin <ASchwing@gibsondunn.com>; johnquinn@quinnemanuel.com; dominicsurprenant@quinnemanuel.com; Kevin Teruya <kevinteruya@quinnemanuel.com>; bobfeldman@quinnemanuel.com; Olga Musayev <olgamusayev@quinnemanuel.com>
**Cc:** PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

[+Counsel for Plaintiffs]

Counsel,

Please let us know your position by noon PT on Monday.

Thank you.

Victor

**From:** Havlin, Kim <kim.havlin@whitecase.com>
**Sent:** Friday, March 24, 2023 1:35 PM
**To:** Victor T. Chiu <VChiu@keker.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>
**Cc:** PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

**[EXTERNAL]**

Dear Victor,

We are not able to respond to your questions in fewer than five hours, including because we require client instructions. We will consider your position and respond next week.

Regards,

Kim

**Kim Havlin**  |  Partner
T  +1 212 819 8683     E  kim.havlin@whitecase.com
White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

**From:** Victor T. Chiu <VChiu@keker.com>
**Sent:** Friday, March 24, 2023 3:47 PM
**To:** Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; Pace, Jack <jpace@whitecase.com>; Burke, Heather <hburke@whitecase.com>; Kownacki, Nicolle <nkownacki@whitecase.com>
**Cc:** PGALIV <PGALIV@keker.com>; DLPGAPRJ54@skadden.com
**Subject:** Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Service on PIF, Mr. Al-Rumayyan

Counsel:

As you know, we have previously served electronic and physical copies of the Amended Counterclaims on you and the Quinn Emanuel firm, counsel of record for the Public Investment Fund of Saudi Arabia (PIF) and Yassir Al-Rumayyan at the time of service. On March 19, PIF also signed for a FedEx envelope containing the issued summonses and Amended Counterclaims, along with Modern Standard Arabic translations of each. The FedEx envelope was sent by the Clerk of the United States District Court for the District of Northern California.

The TOUR believes that it effected service previously in February and early March when counsel for PIF and Mr. Al-Rumayyan received both electronic and physical copies of the Amended Counterclaims. Through the recent FedEx delivery, the TOUR has now also effected service under 28 U.S.C. § 1608(b)(3)(B) of the Foreign Sovereign Immunities Act, which is the same provision that you cited during the Case Management Conference in February. Please confirm by close of business today whether you agree that service on both PIF and Yassir Al-Rumayyan has been effected as of March 19 (at the latest) in light of the foregoing.

If PIF and Mr. Al-Rumayyan still maintain that service has not been effected, we intend to seek an order authorizing alternative service on both parties. To promptly resolve this matter, we propose that the TOUR file its Motion for Alternative Service on Monday; that PIF and Mr. Al-Rumayyan file any opposition in one week; and that the parties request a hearing date at the Court's earliest convenience. The TOUR will forgo a reply brief. If you agree, we can circulate a draft stipulation for your review. If you do not agree with this proposal, please let us know by close of business today.

Thank you.

Victor

**Victor T Chiu**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2222 direct | 415 391 5400 main
vchiu@keker.com | vcard | keker.com
Pronouns: He, him, his

==============================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==============================================================================

==============================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==============================================================================

==============================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==============================================================================

==============================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in

error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==========================================================================