IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PGA TOUR, INC.,<br><br>    Defendant and<br>    Counter-Plaintiff,<br><br>  v.<br><br>LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>    Counter-Defendants. | CASE NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR A BRIEFING SCHEDULE FOR THE MOTION TO DISMISS OF THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN** |

1       Now before the Court is Counter-Defendants', the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan's administrative motion to set a briefing schedule on their anticipated motion to dismiss the Amended Counterclaim of PGA Tour, Inc. (the "Tour") (Dkt. No. 289). For good cause shown, the motion is GRANTED. PIF and Mr. Al-Rumayyan's motion to dismiss the Amended Counterclaim SHALL be due May 18, 2023. The Tour's opposition to the motion to dismiss, if any, SHALL be due on June 19, 2023. The reply, if any, SHALL be due on July 10, 2023.

      **IT IS SO ORDERED.**

Dated: _____        _____
                                                            HON. BETH LABSON FREEMAN
                                                            UNITED STATES DISTRICT JUDGE