1

**WHITE & CASE**LLP
Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone:  (202) 626-3600
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
Hannelore Sklar (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
hburke@whitecase.com

*Attorneys for Counter-Defendants The Public Investment Fund of the
Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

18

19

20

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., | Case No. 5:22-cv-04486-BLF |
| Plaintiffs, | **THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR O. AL-RUMAYYAN'S ADMINISTRATIVE MOTION TO SHORTEN TIME TO RESPOND ON MOTION TO SET A BRIEFING SCHEDULE** |
| v. | |
| PGA TOUR, INC., | |
| Defendant and Counter-Plaintiff, | |
| v. | Judge:        Hon. Beth Labson Freeman |
| LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN | Date Filed:   August 3, 2022 |
| Counter-Defendants. | Trial Date:   January 8, 2024 |

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 6-3 and 7-11, the Public Investment Fund of the Kingdom of

2    Saudi Arabia ("PIF") and His Excellency Yasir O. Al-Rumayyan ("HE") respectfully move for

3    expedited briefing on their concurrently filed Motion to Set Briefing Schedule on Counter-

4    Defendants' Motion to Dismiss (the "Motion").  Specifically, PIF and HE request that the Court

5    shorten the deadline for Defendant and Counter-Plaintiff PGA Tour, Inc.'s (the "Tour") opposition

6    to the Motion to midnight PT on April 6, 2023.  But for this shortening of time, the Tour's opposition

7    is due on or before April 10, 2023.  *See* Civ. L. R. 7-11(a),(c).  The Tour asserts that PIF and HE

8    must file their motion to dismiss by April 10, 2023—the same day the Tour's opposition to the

9    Motion is currently due.  *See* Decl. of Kimberly A. Havlin ("Havlin Decl."), Ex. 1.  PIF and HE

10   endeavored to work with the Tour to submit a proposed schedule on the Motion, but the Tour

11   declined.  *See id*.

12    Good cause exists to expedite the briefing on the Motion.  Expedited review will allow the

13   Court to orderly determine a schedule on the motion dismiss before the April 7, 2023 case

14   management conference, as well as the Tour's asserted motion to dismiss deadline (April 10, 2023).

15   *See id*.  Shortening time on the opposition to the Motion will not prejudice the Tour, as the Motion

16   is a purely administrative matter that must be decided on an expedited basis to facilitate clarity for

17   the parties and orderly management of the case.

18    For the foregoing reasons, PIF and HE respectfully request that the Court shorten the

19   deadline for the Tour's opposition to the Motion, if any, to midnight PT on April 6, 2023.

20

21   DATED:  April 4, 2023                    Respectfully submitted,

22                                                          By */s/ Carolyn B. Lamm*

23                                                          **WHITE & CASE**LLP

24                                                          Carolyn Lamm (*pro hac vice*)
                                                            Hansel Pham (*pro hac vice*)
25                                                          Nicolle Kownacki (*pro hac vice*)
                                                            701 Thirteenth Street, NW
26                                                          Washington, District of Columbia 20005
                                                            Telephone:  (202) 626-3600
27                                                          Facsimile: (202) 639-9355
                                                            clamm@whitecase.com
28

---

ADMINISTRATIVE MOTION TO SHORTEN TIME TO RESPOND ON
MOTION TO SET A BRIEFING SCHEDULE
CASE NO. 5:22-cv-04486-BLF

1
hpham@whitecase.com
nkownacki@whitecase.com

2
Jack E. Pace III (*pro hac vice*)

3
Kimberly A. Havlin (*pro hac vice*)
Hannelore Sklar (*pro hac vice*)

4
1221 Avenue of the Americas
New York, New York 10020

5
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

6
jpace@whitecase.com
kim.havlin@whitecase.com

7
hannelore.sklar@whitecase.com

8

9
Heather M. Burke (SBN 284100)
3000 El Camino Real

10
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109

11
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

12
hburke@whitecase.com

13
*Attorneys for Counter-Defendants The Public Investment*

14
*Fund of the Kingdom of Saudi Arabia and His*
*Excellency Yasir O. Al-Rumayyan.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28