**WHITE & CASE LLP**
Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
Hannelore Sklar (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

*Attorneys for Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>Plaintiffs, <br><br>v. <br><br>PGA TOUR, INC., <br><br>Defendant and Counter-Plaintiff, <br><br>v. <br><br>LIV GOLF INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN <br><br>Counter-Defendants. | Case No. 5:22-cv-04486-BLF <br><br>**DECLARATION OF KIMBERLY A. HAVLIN IN SUPPORT OF MOTION TO SHORTEN TIME TO RESPOND ON MOTION TO SET A BRIEFING SCHEDULE** <br><br>Judge: Hon. Beth Labson Freeman <br>Date Filed: August 3, 2022 <br>Trial Date: January 8, 2024 |

I, Kimberly A. Havlin, hereby declare and state:

1. I am an attorney duly licensed to practice law in the state of New York and admitted *pro hac vice* before this Court (Dkt. No. 201). I am a partner in the law firm of White & Case LLP, and one of the attorneys representing the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE"). Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. A true and correct copy of email correspondence between counsel for Defendant and Counter-Plaintiff PGA Tour, Inc., and counsel for PIF and HE dated March 24 to April 3, 2023 is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 4, 2023.

                                           */s/ Kimberly A. Havlin*_____

                                           Kimberly A. Havlin

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on April 4, 2023.

                                                    */s/ Carolyn B. Lamm*_____

                                                    Carolyn B. Lamm

3

DECLARATION OF KIMBERLY A. HAVLIN IN SUPPORT OF MOTION TO SHORTEN TIME TO RESPOND
ON MOTION TO SET A BRIEFING SCHEDULE
CASE NO. 5:22-CV-04486-BLF