IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>   Plaintiffs,<br><br> v.<br><br>PGA TOUR, INC.,<br><br>   Defendant and<br>   Counter-Plaintiff,<br><br> v.<br><br>LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>   Counter-Defendants. | CASE NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME TO RESPOND ON MOTION TO SET A BRIEFING SCHEDULE** |

1    Now before the Court is Counter-Defendants the Public Investment Fund of the Kingdom of
2  Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan's Motion to Shorten Time to Respond
3  on Motion to Set a Briefing Schedule.  For good cause shown, the motion is GRANTED.  Defendant
4  and Counter-Plaintiff PGA Tour, Inc.'s opposition to the motion to set briefing schedule SHALL be
5  due at midnight Pacific Time on April 6, 2023.

   **IT IS SO ORDERED.**

   Dated: _____     _____
                                     HON. BETH LABSON FREEMAN
                                     UNITED STATES DISTRICT JUDGE