ROBERT C. WALTERS, *pro hac vice*
  rob@rcwalterspc.com
ROBERT C. WALTERS, PC
2001 Ross Avenue
Dallas, Texas 75201-2911
Telephone: 214.727.2466

*Attorney for Plaintiffs Matt Jones, Bryson
  DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>        Defendant and Counter-Plaintiff,<br><br>    v.<br><br>LIV GOLF INC.,<br><br>        Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF-SVK<br><br>**NOTICE OF CHANGE OF COUNSEL INFORMATION** |

PLEASE TAKE NOTICE that counsel for plaintiffs, Robert C. Walters, submits the following change of counsel information:

Robert C. Walters
ROBERT C. WALTERS, PC
2001 Ross Avenue
Dallas, Texas 75201-2911
Telephone:  214.727.2466
Email: rob@rcwalterspc.com

Gibson, Dunn &
Crutcher LLP

1

DATED:  April 4, 2023                          Respectfully submitted,

                                               By:  _/s/ Robert C. Walters_
                                               ROBERT C. WALTERS, *pro hac vice*
                                                 rob@rcwalterspc.com
                                               ROBERT C. WALTERS, PC
                                               2001 Ross Avenue
                                               Dallas, Texas 75201-2911
                                               Telephone:  214.727.2466

                                               *Attorney for Plaintiffs Matt Jones, Bryson DeChambeau,*
                                               *Peter Uihlein, and LIV Golf Inc.*