KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counter-claimant, <br><br> v. <br><br> LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-defendants. | Case No. 5:22-CV-04486-BLF (SVK) <br><br> **JOINT STATEMENT THAT NO REDACTIONS ARE REQUIRED TO ECF NOS. 381 AND ECF 382** <br><br> Courtroom: 3 <br> Judge:     Hon. Beth Labson Freeman <br><br> Date Filed:     August 3, 2022 <br><br> Trial Date:     January 8, 2024 |

Pursuant to the Court's Order Directing Parties to Submit Proposed Redactions (ECF 383), counsel for the parties have met and conferred and determined that no party requests any redactions to the Court's (1) Order Granting PGA TOUR, Inc.'s Motion for Relief from Nondispositive Order of Magistrate Judge (ECF 381); and (2) Order Denying the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan's Motion for Relief from Magistrate Judge's Order on Dispositive Motion (ECF 382). Those Orders (ECF Nos. 381 & 382) may be unsealed in their entirety.

Dated: April 5, 2023

KEKER, VAN NEST & PETERS LLP

By: /s/ Nicholas S. Goldberg
ELLIOT R. PETERS, SBN 158708
epeters@keker.com
DAVID SILBERT, SBN 173128
dsilbert@keker.com
R. ADAM LAURIDSEN, SBN 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG, SBN 273614
ngoldberg@keker.com
SOPHIE HOOD, SBN 295881
shood@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:     (415) 397-7188

ANTHONY J. DREYER, admitted *pro hac vice*
anthony.dreyer@skadden.com
KAREN M. LENT, admitted *pro hac vice*
karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone:    (212) 735-3000
Facsimile:     (212) 735-2000/1

*Attorneys for Defendant and Counterclaimant PGA TOUR, Inc.*

| | |
|---|---|
| Dated: April 5, 2023 | Respectfully submitted, |

By: */s/ Kevin Teruya*
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

SCOTT K. HVIDT, *pro hac vice*
shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500

JOHN B. QUINN, SBN 90378
johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
ROBERT P. FELDMAN, SBN 69602
bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:    650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and Plaintiff and Counterclaim Defendant LIV Golf Inc.*

| | |
|---|---|
| Dated: April 5, 2023 | By: */s/ Kimberly A. Havlin*<br>WHITE & CASE LLP<br>Carolyn Lamm (*pro hac vice*)<br>Hansel Pham (*pro hac vice*)<br>Nicolle Kownacki (*pro hac vice*)<br>701 Thirteenth Street, NW<br>Washington, District of Columbia 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br>clamm@whitecase.com<br>hpham@whitecase.com<br>nkownacki@whitecase.com<br><br>Jack E. Pace III (*pro hac vice*)<br>Kimberly A. Havlin (*pro hac vice*)<br>Hannelore Sklar (*pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile: (212) 354-8113<br>jpace@whitecase.com<br>kim.havlin@whitecase.com<br>hannelore.sklar@whitecase.com<br><br>Heather M. Burke (SBN 284100)<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306-2109<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br>hburke@whitecase.com<br><br>*Attorneys for Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.* |

**ECF ATTESTATION**

Pursuant to Local Rule 5.1(h)(3), the filer of this document, Nicholas Goldberg, attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: April 5, 2023

KEKER, VAN NEST & PETERS LLP

By: /s/ *Nicholas S. Goldberg*
NICHOLAS S. GOLDBERG

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.