1  KEKER, VAN NEST & PETERS LLP
   ELLIOT R. PETERS - # 158708
2  epeters@keker.com
   DAVID SILBERT - # 173128
3  dsilbert@keker.com
   R. ADAM LAURIDSEN - # 243780
4  alauridsen@keker.com
   NICHOLAS S. GOLDBERG - # 273614
5  ngoldberg@keker.com
   SOPHIE HOOD - # 295881
6  shood@keker.com
   633 Battery Street
7  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
8  Facsimile:    415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:    212 735 3000
Facsimile:    212 735 2000

9
10 Attorneys for Defendant and Counter-Claimant
   PGA TOUR, INC.

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14 MATT JONES; BRYSON DECHAMBEAU;       Case No. 5:22-CV-04486-BLF (SVK)
   PETER UIHLEIN; and LIV GOLF, INC.,
15                                       **[PROPOSED] ORDER DENYING THE**
          Plaintiffs,                    **PUBLIC INVESTMENT FUND OF THE**
16                                       **KINGDOM OF SAUDI ARABIA AND**
       v.                                **YASIR OTHMAN AL-RUMAYYAN'S**
17                                       **ADMINISTRATIVE MOTION FOR A**
   PGA TOUR, INC.,                       **BRIEFING SCHEDULE ON MOTION TO**
18                                       **DISMISS**
          Defendant.
19                                       Judge:        Hon. Beth Labson Freeman
   PGA TOUR, INC.,
20                                       Date Filed:   August 3, 2022
          Counter-claimant,
21                                       Trial Date:   January 8, 2024
       v.
22
   LIV GOLF, INC., THE PUBLIC
23 INVESTMENT FUND OF THE KINGDOM
   OF SAUDI ARABIA, AND YASIR
24 OTHMAN AL-RUMAYYAN,

25        Counter-defendants.

26
27
28

                        [PROPOSED] ORDER
                  Case No. 5:22-CV-04486-BLF (SVK)
2119014

1    The Court, having fully considered the Public Investment Fund of the Kingdom of Saudi
2  Arabia ("PIF") and Yasir Othman Al-Rumayyan's Administrative Motion for a Briefing Schedule
3  on Counter-Defendants' Motion to Dismiss and PGA TOUR, INC.'s (the "TOUR") opposition
4  thereto, hereby orders as follows:
5    1.    The request by Mr. Al-Rumayyan to extend the deadline to respond to the TOUR's
6  Amended Counterclaims to May 18, 2023 is **DENIED**. Pursuant to Federal Rule of Civil
7  Procedure 12, Mr. Al-Rumayyan shall file a response to the TOUR's Amended Counterclaims on
8  or before April 10, 2023.
9    2.    The request by PIF to extend the deadline to respond to the TOUR's Amended
10 Counterclaims to May 18, 2023 is **DENIED**. Pursuant to 28 U.S.C. § 1608(d), PIF shall file a
11 response to the TOUR's Amended Counterclaims on or before May 1, 2023.
12
13    **IT IS SO ORDERED.**
14 Dated: _____                _____
15                         HON. BETH LABSON FREEMAN
                           UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28