UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | The Northern District of California |

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: | 22-cv-04486-BLF |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 08/03/2022 |

Date of judgment or order you are appealing: | 04/03/2023 |

Docket entry number of judgment or order you are appealing: | ECF 381 & 382 |

Fee paid for appeal? (appeal fees are paid at the U.S. District Court)

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

List all Appellants (List each party filing the appeal. Do not use "et al." or other abbreviations.)

The Public Investment Fund of the Kingdom of Saudi Arabia
and
His Excellency Yasir Othman Al-Rumayyan, Counter-Defendants.

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature | /s/ Carolyn B. Lamm |    Date | Apr 6, 2023 |

**Complete and file with the attached representation statement in the U.S. District Court**

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                      Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf

Appellant(s) (List each party filing the appeal, do not use "et al." or other abbreviations.)

Name(s) of party/parties:

The Public Investment Fund of the Kingdom of Saudi Arabia
and
His Excellency Yasir Othman Al-Rumayyan, Counter-Defendants.

Name(s) of counsel (if any):

Carolyn Lamm; Jack E. Pace III; Kimberly A. Havlin; Heather Burke

Address: 701 Thirteenth Street, NW, Washington, DC 20005 and 1221 Avenue of the Americas, New York, NY 10020 and 2 Palo Alto Square, Suite 900, Palo Alto, CA 94306-2109

Telephone number(s): (202) 626-3600 and (212) 819-8200 and (650) 213-0300

E-mail(s): clamm@whitecase.com; jpace@whitecase.com; kim.havlin@whitecase.com; hburke@whitecase.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

Appellee(s) (List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)

Name(s) of party/parties:

PGA Tour, Inc.

Name(s) of counsel (if any):

Elliot R. Peters; David Silbert; R. Adam Lauridsen; Nicholas Goldberg; Sophie Hood; Anthony J. Dreyer; Karen M. Lent; Matthew M Martino; Patrick Fitzgerald

Address: 633 Battery Street, San Francisco, CA 94111 and One Manhattan West, New York, NY 10001 and 155 North Wacker Drive Chicago, Il 60606

Telephone number(s): (415) 391-5400 and (212) 735 3000 and (312) 407-0700

Email(s): epeters@keker.com; dsilbert@keker.com; alauridsen@keker.com; ngoldberg@keker.com; shood@keker.com; anthonydreyer@skadden.com; Karen.lent@skadden.com; matthew.martino@skadden.com; patrick.fitzgerald@skadden.com

To list additional parties and/or counsel, use next page.

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov