1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>PGA TOUR, INC.,<br><br>            Defendant and<br>            Counter-Plaintiff,<br><br>      v.<br><br>LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>            Counter-Defendants. | Case No. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR A STAY OF DISCOVERY PENDING APPEAL**<br><br>Judge: Hon. Beth Labson Freeman<br>Date Filed: August 3, 2022<br>Trial Date: January 8, 2024 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Now before the Court is Counter-Defendants' Public Investment Fund of the Kingdom of

2   Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE"), motion for a stay of

3   discovery pursuant to the United States Magistrate Judge's Order on Motion of PGA Tour, Inc. to

4   Compel Compliance With Subpoenas to Third Parties [PIF] and [HE] (Dkt. No. 265) and this

5   Court's denial of relief from that ruling in the Order Denying the Public Investment Fund of the

6   Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan's Motion for Relief

7   from Magistrate Judge's Order on Dispositive Motion (Dkt. No. 382), pending appeal to the United

8   States Court of Appeals for the Ninth Circuit.

9   Having considered the papers submitted by counsel, the applicable law, all files and records

10  in this action, the Court hereby GRANTS PIF and HE's Motion to Stay Discovery pending appeal

11  to the Ninth Circuit.

12

13  **IT IS SO ORDERED.**

14

15  Dated: _____          _____

16                                          HON. BETH LABSON FREEMAN
                                            UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28