UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendants. | Case No. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR A STAY OF DISCOVERY PENDING RESOLUTION OF COUNTER-DEFENDANTS' MOTION TO DISMISS** <br><br> Judge: Hon. Beth Labson Freeman <br> Date Filed: August 3, 2022 <br> Trial Date: January 8, 2024 |

Now before the Court is Counter-Defendants' Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE"), motion for a stay of discovery pending resolution of Counter-Defendants' forthcoming Motion to Dismiss. Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602 et seq., and Federal Rule of Civil Procedure 26(c), PIF and HE request this Order staying discovery on PIF and HE and staying their initial disclosures pending the Court's resolution of Counter-Defendants' motion to dismiss.

Having considered the papers submitted by counsel, the applicable law, all files and records in this action, the Court hereby GRANTS PIF and HE's Motion to Stay Discovery pending resolution of PIF and HE's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                  HON. BETH LABSON FREEMAN
                                                                  UNITED STATES DISTRICT JUDGE