IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER SEALING PORTIONS OF OPPOSITION TO PLAINTIFFS' MOTION TO BIFURCATE** |

1    Pursuant to Civil Local Rule 79-5, Defendant the PGA Tour, Inc. filed an administrative motion
2    to consider whether another party's material should remain sealed.  ECF 374.  Plaintiff LIV Golf, Inc.
3    ("LIV") filed a Statement and Declaration in Support of Sealing.
4    Based on the below reasoning, the Court orders that the following materials SHALL remain
5    sealed or redacted:

| ECF or Ex. No. Document | Document | Potion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| ECF 374-1 | Defendant and Counter-Claimant PGA Tour, Inc.'s Opposition to Plaintiffs' Motion to Bifurcate ("Opposition") | Highlighted portions at lines 2:5-7, 2:12-16, 2:18-20, 2:21, 2:23-24, 3:26-27, 4:19-21, 4:27-28, 5:3-4, 6:11-13, 9:8-9, 9:13-14, 10:4-5, 10:12 | Contains highly confidential quoting and describing the information below, disclosure of which implicates the same harms as the exhibits. |
| Exhibit 1 (ECF 374-2) | Exhibit 1 to the Tour's Opposition | Entire Exhibit | Contains highly confidential contract terms for LIV's service agreements disclosure of which would prejudice LIV's ability to negotiate different terms for the advisor services described in the agreements, including different payments for such services. |
| Exhibit 2 (ECF 374-2) | Exhibit 2 to the Tour's Opposition | Entire Exhibit | Contains highly confidential contract terms for LIV's service agreements disclosure of which would prejudice LIV's ability to negotiate different terms for the advisor services described in the agreements, including different payments for such services. |
| Exhibit 3 (ECF 374-2) | Exhibit 3 to the Tour's Opposition | Entire Exhibit | Contains highly confidential material regarding LIV's privilege log disclosure of which would harm the privacy rights of individuals whose information is disclosed and intrude on LIV's confidential relationship with its counsel |
| Exhibit 5 (ECF 374-3) | Exhibit 5 to the Tour's Opposition | Entire Exhibit | Contains confidential material regarding LIV communications with players, agents, sponsors, and broadcasters, disclosure of which would prejudice LIV's ability to enter into confidential |

| | | | |
|---|---|---|---|
| | | | negotiations by exposing individuals and entities negotiating with LIV, thereby deterring future partners from entering such negotiations. Disclosure would also allow competitors to exploit and counter LIV's messaging and strategy for their recruitment. |
| Exhibit 6 (ECF 374-3) | Exhibit 6 to the Tour's Opposition | Entire Exhibit | Contains confidential material regarding LIV communications with players, agents, sponsors, and broadcasters, disclosure of which would prejudice LIV's ability to enter into confidential negotiations by exposing individuals and entities negotiating with LIV, thereby deterring future partners from entering such negotiations. Disclosure would also allow competitors to exploit and counter LIV's messaging and strategy for their recruitment. |
| Exhibit 7 (ECF 374-3) | Exhibit 7 to the Tour's Opposition | Entire Exhibit | Contains confidential material regarding LIV communications with players, agents, sponsors, and broadcasters, disclosure of which would harm LIV by prejudicing its ability to enter into confidential negotiations by exposing individuals and entities negotiating with LIV, thereby deterring future partners from entering such negotiations. Disclosure would also allow competitors to exploit and counter LIV's messaging and strategy for their recruitment. |
| Exhibit 8 (ECF 374-3) | Exhibit 8 to the Tour's Opposition | Entire Exhibit | Contains confidential information about LIV's formation, including financial analysis and business strategy at launch, disclosure of which would harm LIV because it would be exploited by competitors by countering LIV's business strategy and prejudice LIV's negotiations by exposing its access to capital and ability to pay. |

| | | | |
|---|---|---|---|
| Exhibit 9 (ECF 374-4) | Exhibit 9 to the Tour's Opposition | Entire Exhibit | Contains highly confidential Shareholder Agreement disclosure of which would harm LIV by allowing competitors to exploit limitations on LIV's decision making, deterring outside funders and potential business partners, and hindering LIV in negotiations by exposing its access to capital, ability to pay, and capital deployment, as well as limitations on its decision making. |
| Exhibit 10 (ECF 374-4) | Exhibit 10 to the Tour's Opposition | Entire Exhibit | Contains highly confidential materials regarding LIV player agreements, including terms and equity stakes, as well as recruitment strategy, disclosure of which would hinder LIV in future negotiations by changing the terms other players demand to match those disclosed, including specific offers and equity stakes, and allow competitors to counter LIV's strategy. |
| Exhibit 11 (ECF 374-4) | Exhibit 11 to the Tour's Opposition | Entire Exhibit | Contains highly confidential materials regarding LIV player agreements, including terms and equity stakes, as well as recruitment strategy, disclosure of which would hinder LIV in future negotiations by changing the terms other players demand to match those disclosed, including specific offers and equity stakes, and allow competitors to counter LIV's strategy. |
| Exhibit 12 (ECF 374-4) | Exhibit 12 to the Tour's Opposition | Entire Exhibit | Contains highly confidential material regarding LIV internal decision-making regarding its attempts to obtain OWGR points, disclosure of which would harm LIV by allowing competitors to exploit the information by countering LIV's strategy. |
| Exhibit 13 (ECF 374-5) | Exhibit 13 to the Tour's Opposition | Entire Exhibit | Contains highly confidential material regarding LIV's media and communications strategy, disclosure of which would cause competitive harm by allowing competitors to counter the messaging and communications strategy disclosed. |

[PROPOSED] ORDER
CASE NO. 5:22-CV-04486-BLF

| | | | |
|---|---|---|---|
| Exhibit 14 (ECF 374-5) | Exhibit 14 to the Tour's Opposition | Entire Exhibit | Contains highly confidential material regarding LIV internal decision-making regarding event structure, disclosure of which would harm LIV by allowing competitors to exploit the information by countering LIV's strategy. |
| Exhibit 15 (ECF 374-5) | Exhibit 15 to the Tour's Opposition | Entire Exhibit | Contains highly confidential material regarding LIV internal decision-making regarding non-financial player offers, disclosure of which would harm LIV by allowing competitors to exploit the information by countering LIV's strategy and targeting LIV players through counter-offers. |
| Exhibit 16 (ECF 374-5) | Exhibit 16 to the Tour's Opposition | Entire Exhibit | Contains highly confidential documents regarding LIV's counsel's communications related to this litigation, disclosure of which would intrude on LIV's confidential relationship with its counsel and impinge on LIV's ability to communicate with government officials about anticompetitive conduct by potentially deterring such officials from free and open communication. |
| Exhibit 17 (ECF 374-6) | Exhibit 17 to the Tour's Opposition | Entire Exhibit | Contains highly confidential information regarding LIV player contracts, disclosure of which would cause severe competitive harm to LIV by hindering its negotiation leverage, enabling future players to demand the same or better terms, and allowing competitors to make counter-offers to target LIV players. |
| Exhibit 18 (ECF 374-6) | Exhibit 18 to the Tour's Opposition | Entire Exhibit | Contains highly confidential information regarding LIV player contracts, disclosure of which would cause severe competitive harm to LIV by hindering its negotiation leverage, enabling future players to demand the same or better terms, and allowing competitors to make counter-offers to target LIV players. |

| Exhibit 19 (ECF 374-8) | Exhibit 19 to the Tour's Opposition | Highlighted portions in Exhibit A to LIV's statement at LIV000210015, LIV000210016, LIV000210017, LIV000210018, LIV000210019, LIV000210021, LIV000210022, LIV000210023 | Contains highly confidential information regarding LIV player contracts, disclosure of which would cause severe competitive harm to LIV by hindering its negotiation leverage, enabling future players to demand the same or better terms, and allowing competitors to make counter-offers to target LIV players. |
|---|---|---|---|
| Exhibit 32 (ECF 374-7) | Exhibit 32 to the Tour's Opposition | Entire Exhibit | Contains highly confidential indemnification agreement, disclosure of which would cause litigation and competitive harm by allowing the Tour to drive up plaintiffs costs to exceed the amount of indemnification and structure settlement offers to exploit the limitations and procedures disclosed. |

IT IS SO ORDERED.

DATED _____

_____
BETH LABSON FREEMAN
United States District Court Judge