| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>LIV GOLF, INC.; THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA; and YASIR OTHMAN AL-RUMAYYAN;<br><br>Counter-Defendants. | Case No. 5:22-cv-04486-BLF<br><br>**DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING RE DKT. NO. 379**<br><br>Judge:         Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

I, Neera Shetty, declare as follows:

1. I am duly licensed to practice law in the State of Florida and am Deputy General Counsel of PGA TOUR, INC. ("the TOUR"), Defendant and Counter-Claimant in the above-captioned matter. I submit this declaration in support of the TOUR's Statement in Support of Sealing (the "Statement"), filed in connection with the parties' jointly-filed March 31, 2023 Case Management Statement (the "CMC Statement"). I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. The Statement seeks to seal the TOUR's highly confidential and competitively sensitive materials quoted or described within the CMC Statement. The disclosure of this information would cause harm to the TOUR's business interests, competitive standing, and relationships with partners.

3. The portions of the CMC Statement sought to be sealed at 2:4-6 are direct quotations from competitively sensitive communications between TOUR employees and a non-party consultant retained by the TOUR to provide strategic advice on competitive issues. The non-party consultant had an expectation of privacy and confidentiality in its communications with TOUR employees. Disclosure of these communications would cause harm to the TOUR's relationships with business partners, reveal internal strategy and decision making processes, and intrude on the non-party consultant's expectation of confidentiality and privacy.

4. The portions of the CMC Statement sought to be sealed at 2:7-8 directly quote communications between a TOUR board member and the TOUR's Commissioner regarding competitively sensitive strategy issues. The disclosure of these sensitive internal communications would cause competitive harm to the TOUR.

5. The portions of the CMC statement sought to be sealed at 3:7-11 characterize and directly quote from sensitive internal communications between TOUR employees. Disclosure of these communications would cause competitive harm to the TOUR.

6. The portions of the CMC statement sought to be sealed at 3:13-14 characterize and directly quote from sensitive communications between the TOUR and a government agency.

1  Disclosure of these communications would harm the TOUR and reveal the substance of the
2  TOUR's confidential communications with the government agency.
3        7.    Exhibit A to the CMC Statement is the parties' current draft deposition schedule in
4  this action.  It includes the names and personal information of a number of non-party individual
5  witnesses.  Publicly disclosing the schedule will harm these individuals' privacy interests.
6        I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct and that this declaration was executed on April 7, 2023 in Ponte
8  Vedra, Florida.

*/s/ Neera Shetty*
NEERA SHETTY

**CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 5-1(i)(3), PGA Tour, Inc.'s undersigned counsel, Nicholas S. Goldberg, hereby attests that Neera Shetty has assented to the affixation of their signature to this Declaration and concurs in the filing of this document.

Dated: April 7, 2023

By: */s/ Nicholas S. Goldberg*
     NICHOLAS S. GOLDBERG

3
DECLARATION OF NEERA SHETTY
IN SUPPORT OF PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING RE: DKT. 332
Case No. 5:22-cv-04486-BLF

2117310