KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> LIV GOLF, INC.; THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA; YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendants. | Case No. 5:22-CV-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS AND COUNTER-DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. NO. 379]** <br><br> Judge:         Hon. Beth Labson Freeman <br> Date Filed:   August 3, 2022 <br> Trial Date:   January 8, 2024 |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Seal Another Party's Confidential Information filed by Plaintiffs and Counter-Defendants. The following documents will remain sealed, as follows:

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing | Court's Use |
|---|---|---|---|---|
| 379-1 | CMC Statement | Highlighted Portions at 2:4-6 | Directly quotes from competitively sensitive communications between TOUR employees and a non-party consultant retained by the TOUR to provide strategic advice on competitive issues. Disclosure of these communications would cause harm to the TOUR's relationships with business partners, reveal internal strategy and decision making processes, and intrude on the non-party consultant's expectation of confidentiality and privacy. *See* Shetty Decl. ¶ 3. | |
| 379-1 | CMC Statement | Highlighted Portions at 2:7-8 | Directly quotes communications between a TOUR board member and the TOUR's Commissioner regarding competitively sensitive strategy issues. Disclosure of these sensitive internal communications would cause competitive harm to the TOUR. *See* Shetty Decl. ¶ 4. | |
| 379-1 | CMC Statement | Highlighted Portions at 3:7-11 | Characterizes and directly quotes from sensitive internal communications between TOUR employees. Disclosure of these communications would cause competitive harm to the TOUR. *See* Shetty Decl. ¶ 5. | |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS AND COUNTER-DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [DKT. NO. 379]
Case No. 5:22-CV-04486-BLF

2120527

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing | Court's Use |
|---|---|---|---|---|
| 379-1 | CMC Statement | Highlighted Portions at 3:13-14. | Characterizes and directly quotes from sensitive communications between the TOUR and a government agency. Disclosure of these communications would harm the TOUR and reveal the substance of the TOUR's confidential communications with the government agency. *See* Shetty Decl. ¶ 6. | |
| 377-4 | Exhibit A to CMC Statement | Entire Document | Contains personally identifying information of non-party fact witnesses. *See* Shetty Decl. ¶ 7. | |

**IT IS SO ORDERED**.

Dated: _____

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE