UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>       Defendant. | Case No. 22-cv-04486-BLF<br><br>**ORDER GRANTING IN PART ADMINISTRATIVE MOTION FOR BRIEFING SCHEDULE; DENYING ADMINISTRATIVE MOTION TO SHORTEN TIME AS MOOT** |

Counter-Defendants Public Investment Fund ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE") moved for an order setting a briefing schedule on their forthcoming motion to dismiss the Amended Counterclaim of PGA Tour, Inc. (the "TOUR"). ECF No. 386. PIF and HE also moved for an order to shorten the TOUR's time to respond to their motion. ECF No. 387.

For the reasons stated on the record during the case management conference held on April 7, 2023, PIF and HE's motion for an order setting a briefing schedule is hereby GRANTED IN PART. PIF and HE shall have **until May 18, 2023**, to respond to the TOUR's Amended Counterclaim. The Court denies PIF and HE's request to set the deadlines for an opposition and reply at this point. The parties may stipulate to a briefing schedule once PIF and HE's motion is filed or comply with the timing set forth in this District's local rules.

PIF and HE's motion to shorten the TOUR's time to respond (ECF No. 387) is DENIED as MOOT.

**IT IS SO ORDERED.**

Dated: April 10, 2023

_____
BETH LABSON FREEMAN
United States District Judge