# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

MATT JONES, et al.,

    Plaintiffs,

v.

PGA TOUR, INC.,

    Defendant.

Case No. 22-cv-04486-BLF

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

The Court hereby sets the following deadlines the following deadlines:

- A Further Case Management Conference is SET for May 22, 2023, at 1:00 PM.
- Last Day to Hear Dispositive Motions is RESET for January 11, 2024. Final briefs shall be due by no later than December 15, 2023. The parties may agree to a briefing schedule.
- Final Pretrial Conference is RESET for April 11, 2024, at 1:30 PM.
- Jury Selection and Trial is RESET for May 17, 2024, at 9:00 AM.

**IT IS SO ORDERED.**

Dated: April 10, 2023

_____
BETH LABSON FREEMAN
United States District Judge