| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU;<br>PETER UIHLEIN; and LIV GOLF, INC.,<br><br>         Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>         Defendant.<br><br>PGA TOUR, INC.,<br><br>         Counter-Claimant,<br><br>   v.<br><br>LIV GOLF, INC.,<br><br>         Counter-Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA TOUR, INC.'S RENEWED STATEMENT IN SUPPORT OF SEALING RE: DKT. 176**<br><br>Judge:        Hon. Susan van Keulen<br><br>Date Filed: August 3, 2022<br><br>Trial Date: January 8, 2024 |

DECLARATION OF NEERA SHETTY IN SUPPORT OF
PGA TOUR, INC.'S RENEWED STATEMENT IN SUPPORT OF SEALING RE: DKT. 176
Case No. 5:22-cv-04486-BLF

2122201

I, Neera Shetty, declare as follows:

1. I am duly licensed to practice law in the State of Florida and am Deputy General Counsel of PGA TOUR, INC. ("the TOUR"), defendant and counterclaimant in the above-captioned matter. I submit this declaration in support of the TOUR's statement in support of sealing ("Sealing Statement") in connection with LIV Golf, Inc.'s ("LIV") Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Dkt. No. 176 regarding the parties' Joint Discovery Statement Regarding Plaintiffs' Interrogatories and Exhibits thereto. I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

2. Exhibit A to the Joint Discovery Statement is LIV's Third Set of Interrogatories directed to the TOUR. Those interrogatories refer to or contain competitively sensitive TOUR information related to internal TOUR operations and corporate decision-making, including relationships with players, sponsors, and other golf tours, as well as media strategy. Unsealing of this information will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships.

3. Exhibit B is a copy of the TOUR's responses and objections to LIV's Third Set of Interrogatories Directed to the TOUR. These responses and objections likewise contain competitively sensitive TOUR information related internal TOUR operations and corporate decision-making, including relationships with players, sponsors, and other golf tours, as well as media strategy. Unsealing of this communication will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships. They also contain characterizations of Plaintiffs' confidential information designated under the Protective Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 11, 2023 in Ponte Vedra, Florida.

*/s/ Neera Shetty*
NEERA SHETTY

## CERTIFICATE OF CONCURRENCE

In accordance with Local Rule 5-1(i)(3), PGA Tour, Inc.'s undersigned counsel, Elliot R. Peters hereby attests that Neera Shetty has assented to the affixation of their signature to this Declaration and concurs in the filing of this document.

Dated:  April 11, 2023

By: */s/ Elliot R. Peters*
ELLIOT R. PETERS

2
DECLARATION OF NEERA SHETTY IN SUPPORT OF
PGA TOUR, INC.'S RENEWED STATEMENT IN SUPPORT OF SEALING RE: DKT. 176
Case No. 5:22-cv-04486-BLF

2122201