| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:    212 735 3000<br>Facsimile:    212 735 2000 |

Attorneys for Defendant and Cross-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>   Plaintiffs,<br><br>  v.<br><br>PGA TOUR, INC.,<br><br>   Defendant.<br><br>PGA TOUR, INC.,<br><br>   Counter-Claimant,<br><br>  v.<br><br>LIV GOLF, INC.,<br><br>   Counter-Defendant. | Case No. 5:22-CV-04486-BLF<br><br>**[PROPOSED] ORDER TO PGA TOUR'S RENEWED STATEMENT IN SUPPORT OF SEALING REGARDING LIV GOLF, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 176**<br><br>Judge:  Hon. Susan van Keulen<br>Date Filed: August 3, 2022<br>Trial Date: January 8, 2024 |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The following documents will remain sealed, as follows:

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Dkt. 176-2<br><br>Exhibit A to Joint Statement | Highlighted portions at Page 5, lines 3-10. | Contains confidential information of the TOUR regarding its internal decision-making process, including relationships with players, sponsors, and other golf tours, as well as media strategy that would cause competitive harm if disclosed. |
| Dkt. 176-3<br><br>Exhibit B to Joint Statement | Highlighted portions at Page 9, Lines 16-23.<br><br>Table located at Page 11, Lines 9-11 | Contains confidential information of the TOUR regarding its internal decision-making process, including relationships with players, sponsors, and other golf tours, as well as media strategy that would cause competitive harm if disclosed. |

**IT IS SO ORDERED.**

DATED: _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE