| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 17312<br>dsilbert@keker.com<br>DAN JACKSON - # 216091<br>djackson@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:  212 735 3000<br>Facsimile:   212 735 2000 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-claimant,<br><br>v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-defendants. | Case No. 5:22-CV-04486-BLF (SVK)<br><br>**NOTICE OF APPEARANCE OF DAN JACKSON**<br><br>Judge:        Hon. Beth Labson Freeman<br>Date Filed:  August 3, 2022<br>Trial Date:   January 8, 2024 |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Dan Jackson of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant PGA TOUR, INC. in the above-captioned matter. Counsel is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email are as follows:

> DAN JACKSON # 216091
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone:   (415) 391-5400
> Facsimile:    (415) 397-7188
> Email:         djackson@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: April 19, 2023

KEKER, VAN NEST & PETERS LLP

By: */s/ Dan Jackson*
DAN JACKSON

Attorney for Defendant and Counter-Claimant PGA TOUR, INC.