KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counter-claimant, <br><br> v. <br><br> LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-defendants. | Case No. 5:22-CV-04486-BLF (SVK) <br><br> **PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Date:         September 7, 2023 <br> Time:        9:00 a.m. <br> Dept.:        3 <br> Judge:       Hon. Beth Labson Freeman <br><br> Date Filed:    August 3, 2022 <br><br> Trial Date:    May 17, 2024 |

PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S
MATERIAL SHOULD BE SEALED
Case No. 5:22-CV-04486-BLF (SVK)

2131424

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Protective Order entered by this Court, Dkt. 111, Defendant and Counter-Claimant PGA TOUR, Inc. ("the TOUR") respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, regarding certain redacted portions of the TOUR's Opposition to the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan's Motions to Stay and Alternative Cross-Motion for Stay of Discovery (Dkt. 414-1) (the "Opposition and Cross-Motion").

| ECF | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 414-1 | Opposition and Cross-Motion | Highlighted Portions:<br>▪ 3:16-17<br>▪ 3:19<br>▪ 3:22-23<br>▪ 4:5-6<br>▪ 7:4-5<br>▪ 7:13-17 | Refers to materials designated by opposing party under the terms of a stipulated protective order; sealing not sought by the TOUR |

A highlighted, unredacted version of the Opposition and Cross-Motion is attached to this Administrative Motion. The TOUR does not seek sealing of this information. Because, however, Plaintiffs have designated this information as protected material under the terms of the stipulated Protective Order, the TOUR submits this motion so that Plaintiffs may submit a statement or declaration establishing the basis for sealing in accordance with Local Rule 79-5(f)(3).

| | | |
|---|---|---|
| Dated:  April 20, 2023 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Elliot R. Peters* |
| | | ELLIOT R. PETERS |
| | | DAVID SILBERT |
| | | R. ADAM LAURIDSEN |
| | | NICHOLAS S. GOLDBERG |
| | | SOPHIE HOOD |
| | | |
| | | Attorneys for Defendant and Counter-Claimant |
| | | PGA TOUR, INC. |
| | | |
| | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | | |
| | | ANTHONY J. DREYER |
| | | KAREN M. LENT |
| | | MATTHEW M. MARTINO |
| | | |
| | | Attorneys for Defendant and Counter-Claimant |
| | | PGA TOUR, INC. |