| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| ELLIOT R. PETERS - # 158708 | ANTHONY J. DREYER - (*pro hac vice*) |
| epeters@keker.com | anthony.dreyer@skadden.com |
| DAVID SILBERT - # 173128 | KAREN M. LENT - (*pro hac vice*) |
| dsilbert@keker.com | karen.lent@skadden.com |
| R. ADAM LAURIDSEN - # 243780 | MATTHEW M. MARTINO - (*pro hac vice*) |
| alauridsen@keker.com | matthew.martino@skadden.com |
| NICHOLAS S. GOLDBERG - # 273614 | One Manhattan West |
| ngoldberg@keker.com | New York, NY 10001 |
| SOPHIE HOOD - # 295881 | Telephone:   212 735 3000 |
| shood@keker.com | Facsimile:    212 735 2000 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | |
| Telephone:   415 391 5400 | |
| Facsimile:    415 397 7188 | |

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. <br><br> PGA TOUR, INC., <br><br> Counter-claimant, <br><br> v. <br><br> LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-defendants. | Case No. 5:22-CV-04486-BLF (SVK) <br><br> **[PROPOSED] ORDER RE: PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Date:           September 7, 2023 <br> Time:          9:00 a.m. <br> Dept.:          3 <br> Judge:         Hon. Beth Labson Freeman <br><br> Date Filed:   August 3, 2022 <br><br> Trial Date:   May 17, 2024 |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS/DENIES the Administrative Motion to Consider Whether Another Party's Material Should be Sealed filed by Defendant and Counter-Claimant PGA TOUR, INC. (the "TOUR") pursuant to Local Rule 79-5(f). The following documents will/will not remain sealed, as follows:

| ECF. No. | Document | Portion(s) to Seal | Reason(s) for Sealing | Court's Use |
|---|---|---|---|---|
| 414-1 | Opposition and Cross-Motion | Highlighted Portions:<br>- 3:16-17<br>- 3:19<br>- 3:22-23<br>- 4:5-6<br>- 7:4-5<br>- 7:13-17 | Refers to materials designated by opposing party under the terms of a stipulated protective order; sealing not sought by the TOUR | |

**IT IS SO ORDERED**.

Dated: _____

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE: PGA TOUR, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 5:22-CV-04486-BLF (SVK)

2131433