| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000 |

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-claimant,<br><br>v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-defendants. | Case No. 5:22-CV-04486-BLF (SVK)<br><br>**PROOF OF SERVICE**<br><br>Date:        September 7, 2023<br>Time:       9:00 a.m.<br>Dept.:       3<br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed:     August 3, 2022<br><br>Trial Date:     May 17, 2024 |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On April 20, 2023, I served the following document(s):

- **[UNREDACTED] PGA TOUR, INC'S OPPOSITION TO MOTIONS TO STAY (DKT NOS. 395 & 396) AND ALTERNATIVE CROSS-MOTION FOR STAY OF DISCOVERY**

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format.  The transmission was reported as complete and without error.

| ATTORNEYS FOR PLAINTIFFS MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, AND LIV GOLF INC. ||
|---|---|
| RACHEL S. BRASS<br>LAUREN DANSEY<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105-0921<br>Telephone: 415.393.8200<br>rbrass@gibsondunn.com<br>ldansey@gibsondunn.com<br>dtom@gibsondunn.com<br>cfitzgerald@gibsondunn.com<br><br>SCOTT K. HVIDT<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2911<br>Telephone: 214.698.3100<br>shvidt@gibsondunn.com<br><br>JOSHUA LIPTON<br>KRISTEN C. LIMARZI<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C.  20036-5306<br>Telephone: 202.955.8500<br>jlipton@gibsondunn.com<br>klimarzi@gibsondunn.com | JOHN B. QUINN<br>DOMINIC SURPRENANT<br>KEVIN TERUYA<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>Telephone: 213.443.3000<br>johnquinn@quinnemanuel.com<br>dominicsurprenant@quinnemanuel.com<br>kevinteruya@quinnemanuel.com<br><br>ROBERT P. FELDMAN<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>Telephone: 650.801.5000<br>bobfeldman@quinnemanuel.com |

| ROBERT C. WALTERS<br>ROBERT C. WALTERS, PC<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2911<br>Telephone: 214.727-2466<br>rob@rcwalterspc.com | |
|---|---|
| **ATTORNEYS FOR COUNTER-DEFENDANTS**<br>**THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA**<br>**AND YASIR OTHMAN AL-RUMAYYAN** ||
| Jack E. Pace III<br>Kimberly A. Havlin<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY  10020<br>jpace@whitecase.com<br>kim.havlin@whitecase.com | Carolyn Lamm<br>Nicolle Kownacki<br>Hansel Pham<br>WHITE & CASE LLP<br>701 Thirteenth Street N.W.<br>Washington, DC  20005<br>clamm@whitecase.com<br>nkownacki@whitecase.com<br>hpham@whitecase.com |
| Heather M. Burke<br>WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA  94306-2109<br>Telephone:  650-213-0300<br>hburke@whitecase.com | |

Executed on April 20, 2023, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

                                      *s/ Susan Hope*
                                      SUSAN HOPE