KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:    212 735 3000
Facsimile:    212 735 2000

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant. | Case No. 5:22-CV-04486-BLF (SVK) <br><br> **DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF PGA TOUR, INC.'S OPPOSITION TO MOTIONS FOR STAY AND ALTERNATIVE CROSS-MOTION TO STAY** <br><br> Date:         September 7, 2023 <br> Time:         9:00 a.m. <br> Dept.:        3 <br> Judge:        Hon. Beth Labson Freeman |
| PGA TOUR, INC., <br><br> Counter-claimant, <br><br> v. <br><br> LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-defendants. | Date Filed:    August 3, 2022 <br><br> Trial Date:    May 17, 2024 |

DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF PGA TOUR, INC.'S OPPOSITION TO
MOTIONS FOR STAY AND ALTERNATIVE CROSS-MOTION TO STAY
Case No. 5:22-CV-04486-BLF (SVK)

2131434

I, Nicholas S. Goldberg, declare as follows:

1.      I am a partner at Keker, Van Nest & Peters LLP, an attorney licensed to practice law in the State of California, and a member of the Bar of this Court.  I make this declaration in support of Defendant and Counter-Claimant PGA TOUR, Inc.'s (the "TOUR") Opposition to Counter-Defendants' the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan's motions to stay pending appeal and pending disposition of their forthcoming motion to dismiss (Dkts. 395-396) and the TOUR's alternative cross-motion to stay. Except where otherwise stated, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could testify competently as to their truth.

2.      I have repeatedly asked counsel for PIF and Mr. Al-Rumayyan to confirm that they have preserved and collected documents responsive to the TOUR's subpoenas and requests for production, but they have repeatedly ignored my questions and refused to provide any such confirmation.

3.      On February 17, 2023, I wrote to former counsel for PIF and Mr. Al-Rumayyan at Quinn Emanuel, as well as counsel for Plaintiffs at Gibson Dunn, asking them to confirm that PIF and Mr. Al-Rumayyan "will produce all documents responsive" to Magistrate Judge van Keulen's February 9, 2023 Order compelling discovery from them. On February 24, 2023, Scott Hvidt from Gibson Dunn responded to my email, but ignored and did not address my questions regarding PIF and Mr. Al-Rumayyan's compliance with discovery.

4.      On March 1, 2023, I again wrote to Quinn Emanuel and Gibson Dunn, and specifically asked them to confirm, among other things, whether PIF and Mr. Al-Rumayyan had: (1) collected and reviewed responsive documents; (2) the status of their collection and review; and (3) whether they were prepared to immediately produce documents following an Order from this Court affirming Magistrate Judge van Keulen's February 9, 2023 Order.  On March 2, 2023, Mr. Hvidt from Gibson Dunn responded to my email, but again ignored my questions regarding PIF and Mr. Al-Rumayyan's compliance with discovery.  Instead, Mr. Hvidt asked that I direct my inquiries to PIF and Mr. Al-Rumayyan's additional counsel at White & Case, even though

DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF PGA TOUR, INC.'S OPPOSITION TO MOTIONS FOR STAY AND ALTERNATIVE CROSS-MOTION TO STAY
Case No. 5:22-CV-04486-BLF (SVK)

2131434

there were already 14 lawyers from Quinn Emanuel and Gibson Dunn on the email chain that I understood to represent PIF and Mr. Al-Rumayyan at that time.

5.     The next day, March 3, 2023, I again wrote to counsel at Quinn Emanuel and Gibson Dunn, and also, at Mr. Hvidt's request, added to the email chain five lawyers from White & Case.  I once again laid out my questions regarding PIF and Mr. Al-Rumayyan's compliance with their discovery obligations and again sought confirmation of, among other things, whether: (1) PIF and Mr. Al-Rumayyan intended to comply with the Court-ordered discovery; (2) they had even begun document preservation, collection, and review; and (3) they would comply with an order from this Court requiring them to produce responsive documents.  I emphasized that I had sought these assurances numerous times, and indicated that "[i]n the absence of a response" to my questions, "we will conclude that the answer to each of these questions is 'No.'"

6.     On March 6, 2023, Mr. Hvidt responded to my email, but once again declined to respond to my questions regarding PIF and Mr. Al-Rumayyan's compliance with their discovery obligations. Instead, Mr. Hvidt, for the first time, asserted that Gibson Dunn did not represent PIF or Mr. Al-Rumayyan "in their defense of the Tour's discovery efforts," even though Gibson Dunn is listed on PIF and Mr. Al-Rumayyan's responses and objections to the TOUR's subpoenas as "Attorneys for Non-Party Public Investment Fund of the Kingdom of Saudi Arabia" and "Attorneys for Non-Party His Excellency Yasir Al-Rumayyan."

7.     On March 8, 2023, I again wrote to Quinn Emanuel, Gibson Dunn, and White & Case, regarding, among other things, PIF and Mr. Al-Rumayyan's failure to respond to our basic questions regarding whether they had preserved and collected relevant documents.  I wrote that, in addition to Gibson Dunn, "this email chain also includes PIF and Mr. Al-Rumayyan's counsel from two other law firms—Quinn Emanuel and White & Case—and nobody has responded to the questions in my March 1 and March 3 emails.  Thus, we now assume that PIF and Mr. Al-Rumayyan do not intend to comply with the Court-ordered discovery; they have not begun document preservation, collection and review; and they will not comply with their discovery obligations even if Judge Freeman does not set aside Judge van Keulen's order.  If we're wrong about any of that, please let us know and provide responses to our questions."

DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF PGA TOUR, INC.'S OPPOSITION TO
MOTIONS FOR STAY AND ALTERNATIVE CROSS-MOTION TO STAY
Case No. 5:22-CV-04486-BLF (SVK)

2131434

8.      On March 9, 2023, Kim Havlin from White & Case responded to my March 8 email, but again ignored my questions and failed to confirm that PIF and Mr. Al-Rumayyan had even begun to preserve or collect documents responsive to the TOUR's subpoenas.  Ms. Havlin's email reads, in its entirety: "As to the references to PIF and HE in these emails: discovery on these non-parties, as well as a motion to stay such discovery, is currently being litigated before Judge Freeman on the court-ordered schedule.  The Tour's inappropriate assumptions and speculation about future steps in this litigation are premature."

9.      Counsel for PIF and Mr. Al-Rumayyan has never provided substantive responses to the TOUR's questions regarding whether PIF and Mr. Al-Rumayyan have preserved, collected, or reviewed relevant documents and information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 20, 2023, at San Francisco, California.

By: */s/ Nicholas S. Goldberg*
NICHOLAS S. GOLDBERG

## <u>CERTIFICATE OF CONCURRENCE</u>

In accordance with Local Rule 5-1(i)(3), PGA TOUR, Inc.'s undersigned counsel, Elliot R. Peters hereby attests that Nicholas S. Goldberg has assented to the affixation of his signature to this Declaration and concurs in the filing of this document.

Dated:  April 20, 2023

By: */s/ Elliot R. Peters*
ELLIOT R. PETERS

DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF PGA TOUR, INC.'S OPPOSITION TO MOTIONS FOR STAY AND ALTERNATIVE CROSS-MOTION TO STAY
Case No. 5:22-CV-04486-BLF (SVK)

2131434