| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>LAUREN D. DANSEY, SBN 311886<br>  ldansey@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>RUSSELL H. FALCONER, *pro hac vice*<br>  rfalconer@gibsondunn.com<br>SCOTT K. HVIDT, *pro hac vice*<br>  shvidt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100<br><br>JOSHUA LIPTON, *pro hac vice*<br>  jlipton@gibsondunn.com<br>KRISTEN C. LIMARZI, *pro hac vice*<br>  klimarzi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500 | ROBERT C. WALTERS, *pro hac vice*<br>  rob@rcwalterspc.com<br>ROBERT C. WALTERS, PC<br>2001 Ross Avenue<br>Dallas, Texas 75201-2911<br>Telephone: 214.727.2466<br><br>JOHN B. QUINN, SBN 90378<br>  johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>  dominicsurprenant@quinnemanuel.com<br>KEVIN TERUYA, SBN 235916<br>  kevinteruya@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>ROBERT P. FELDMAN, SBN 69602<br>  bobfeldman@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000 |

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>PGA TOUR, INC.,<br><br>        Defendant and Counter-Plaintiff,<br><br>  v.<br><br>LIV GOLF INC.,<br><br>        Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF-SVK<br><br>**STIPULATION REGARDING VOLUNTARY DISMISSAL OF PETER UIHLEIN AS NAMED PLAINTIFF WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Matt Jones, Bryson DeChambeau, and LIV Golf Inc. ("Plaintiffs") and Defendant PGA TOUR, INC., by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on August 26, 2022, Plaintiffs, including Peter Uihlein, filed an amended complaint and demand for jury trial against Defendant;

WHEREAS, on September 27, 2022, Plaintiffs Talor Gooch, Hudson Swafford, Ian Poulter, and Phil Mickelson voluntarily dismissed without prejudice their claims against Defendant;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. Plaintiff Peter Uihlein shall voluntarily dismiss with prejudice his claims against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. All parties to bear their own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED:  May 4, 2023 | Respectfully submitted, |
| | By:  /s/ Rachel S. Brass |

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

RUSSELL H. FALCONER, *pro hac vice*
  rfalconer@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
  Dallas, Texas 75201-2911
  Telephone:  214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

ROBERT C. WALTERS, *pro hac vice*
  rob@rcwalterspc.com
ROBERT C. WALTERS, PC
2001 Ross Avenue
Dallas, Texas 75201-2911
Telephone:    214.727.2466

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

1
2
3
4
5
6
7
8
9

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, Peter Uihlein, and LIV Golf Inc.*

10  DATED:  May 4, 2023          By:     /s/ *Eric MacMichael*

11
12
13
14
15

ERIC H. MACMICHAEL, SBN 231697
  emacmichael@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

16  *Attorneys for Defendant PGA TOUR, Inc.*

17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

STIPULATION REGARDING VOLUNTARY DISMISSAL OF PETER UIHLEIN
CASE NO. 5:22-CV-04486-BLF-SVK

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: May 4, 2023                                    GIBSON, DUNN & CRUTCHER LLP

                                                      By:   */s/ Rachel S. Brass*
                                                                Rachel S. Brass