1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendants. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF LIV GOLF, INC'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

10710-00001/14065177.1

1  Pursuant to Civil Local Rule 79-5, Plaintiffs LIV Golf, Inc., Matt Jones, and Bryson
2  DeChambeau filed an administrative motion to file to consider whether another party's material should
3  be sealed. Based on the below reasoning, the Court orders that the following materials SHALL remain
4  sealed or redacted:

| ECF or Ex. No. Document | Document | Potion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| Plaintiffs' Opposition to the PGA Tour, Inc.'s Alternative Cross-Motion to Stay | Memorandum of Points and Authorities | Highlighted portions at lines 4:14, 4:18, 6:20 | Contains confidential material of Defendant the PGA Tour, Inc. |
| Declaration of Dominic Surprenant ISO Plaintiffs' Opposition to the PGA Tour, Inc.'s Alternative Cross-Motion to Stay | Declaration of Dominic Surprenant ISO Plaintiffs' Opposition to the PGA Tour, Inc.'s Alternative Cross-Motion to Stay | Highlighted Portions at paragraphs 3, 7, 10, 11, 12, 13, 15, 16, 18, 19 | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit B | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit F | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit G | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit I | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit J | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |

|  |  |  |  |
|---|---|---|---|
| Exhibit L | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit M | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit O | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit P | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit Q | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit R | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit U | Entire Exhibit | Entire Exhibit | Contains confidential material of Defendant the PGA Tour, Inc. |

IT IS SO ORDERED.

DATED _____        _____
                                       BETH LABSON FREEMAN
                                       United States District Court Judge