QUINN EMANUEL URQUHART & SULLIVAN LLP
JOHN B. QUINN, SBN 90378
 johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
 dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
 kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
 bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:  650.801.5100

RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

SCOTT K. HVIDT, *pro hace vice*
shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

*Attorneys for Plaintiffs LIV Golf, Inc.,
 Matt Jones, and Bryson DeChambeau*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

10710-00001/14065028.1

Pursuant to Civil Local Rule 79-5(f) and the Protective Order entered by this Court, Dkt. No. 111, Plaintiffs LIV Golf, Matt Jones, and Bryson DeChambeau respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiffs' Opposition to PGA Tour, Inc.'s Alternative Cross-Motion for Stay of Discovery (the "Opposition").

Plaintiffs' Opposition to the PGA Tour Inc.'s cross-motion contains information designated by non-party Clout Public Affairs LLC ("Clout") as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order, Dkt. No. 111. The Opposition attaches exhibits designated by the TOUR as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" and the Memorandum of Law describes and summarizes this information. Accordingly, Plaintiffs provisionally file the exhibits under seal and their Memorandum of Law in redacted form to allow Clout seek to maintain confidentiality in this information. Plaintiffs take no position on whether this information should remain sealed.

| Document | Text to be Sealed | Basis for Sealing |
|---|---|---|
| Memorandum of Points and Authorities | Lines 4:13 | Contains information designated as confidential by the Clout under the protective order. |
| Declaration of Dominic Surprenant in Support of Plaintiffs' Opposition to PGA Tour, Inc.'s Alternative Cross-Motion for Stay of Discovery | Paragraphs 2, 4, 5, 6, 14, 17, 20, 21, 22 | Contains information designated as confidential by the Clout under the protective order. |
| Exhibit A | Entire Exhibit | Contains information designated as confidential by the Clout under the protective order. |
| Exhibit C | Entire Exhibit | Contains information designated as confidential by the Clout under the protective order. |
| Exhibit D | Entire Exhibit | Contains information designated as confidential by the Clout under the protective order. |

| | | |
|---|---|---|
| Exhibit E | Entire Exhibit | Contains information designated as confidential by the Clout under the protective order. |
| Exhibit H | Entire Exhibit | Contains information designated as confidential by the Clout under the protective order. |
| Exhibit K | Entire Exhibit | Contains information designated as confidential by the Clout under the protective order. |
| Exhibit N | Entire Exhibit | Contains information designated as confidential by the Clout under the protective order. |

DATED:  May 4, 2023                    Respectfully submitted,

By:     /s/ Dominic Surprenant

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

| | |
|---|---|
| 1 | |
| 2 | ROBERT P. FELDMAN, SBN 69602 |
| | bobfeldman@quinnemanuel.com |
| 3 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | 555 Twin Dolphin Dr., 5th Floor |
| 4 | Redwood Shores, California 94065 |
| | Telephone: 650.801.5000 |
| 5 | Facsimile: 650.801.5100 |
| 6 | |
| | RACHEL S. BRASS, SBN 219301 |
| 7 | rbrass@gibsondunn.com |
| | LAUREN D. DANSEY, SBN 311886 |
| 8 | ldansey@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 9 | 555 Mission Street, Suite 3000 |
| | San Francisco, California 94105-0921 |
| 10 | Telephone: 415.393.8200 |
| | Facsimile: 415.393.8306 |
| 11 | |
| 12 | SCOTT K. HVIDT, *pro hac vice* |
| | shvidt@gibsondunn.com |
| 13 | GIBSON, DUNN & CRUTCHER LLP |
| | 2001 Ross Avenue, Suite 2100 |
| 14 | Dallas, Texas 75201-2911 |
| | Telephone: 214.698.3100 |
| 15 | |
| | JOSHUA LIPTON, *pro hac vice* |
| 16 | jlipton@gibsondunn.com |
| | KRISTEN C. LIMARZI, *pro hac vice* |
| 17 | klimarzi@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 18 | 1050 Connecticut Avenue, N.W. |
| | Washington, DC 20036-5306 |
| 19 | Telephone: 202.955.8500 |
| | *Attorneys for Plaintiffs LIV Golf, Inc.,* |
| 20 | *Matt Jones, and Bryson DeChambeau* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |