IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendants. | CASE NO. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF LIV GOLF, INC'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1    Pursuant to Civil Local Rule 79-5, Plaintiffs LIV Golf, Inc., Matt Jones, and Bryson
2  DeChambeau filed an administrative motion to file to consider whether another party's material should
3  be sealed. Based on the below reasoning, the Court orders that the following materials SHALL remain
4  sealed or redacted:

| ECF or Ex. No. Document | Document | Potion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| Plaintiffs' Opposition to the PGA Tour, Inc.'s Alternative Cross-Motion to Stay | Memorandum of Points and Authorities | Highlighted portions at lines 4:13 | Contains confidential material of Clout Public Affairs LLC |
| Declaration of Dominic Surprenant ISO Plaintiffs' Opposition to the PGA Tour, Inc.'s Alternative Cross-Motion to Stay | Declaration of Dominic Surprenant ISO Plaintiffs' Opposition to the PGA Tour, Inc.'s Alternative Cross-Motion to Stay | Highlighted Portions at paragraphs 2, 4, 5, 6, 14, 17, 20, 21, 22 | Contains confidential material of Defendant the PGA Tour, Inc. |
| Exhibit A | Entire Exhibit | Entire Exhibit | Contains confidential material of Clout Public Affairs LLC |
| Exhibit C | Entire Exhibit | Entire Exhibit | Contains confidential material of Clout Public Affairs LLC |
| Exhibit D | Entire Exhibit | Entire Exhibit | Contains confidential material of Clout Public Affairs LLC |
| Exhibit E | Entire Exhibit | Entire Exhibit | Contains confidential material of Clout Public Affairs LLC |
| Exhibit H | Entire Exhibit | Entire Exhibit | Contains confidential material of Clout Public Affairs LLC |
| Exhibit K | Entire Exhibit | Entire Exhibit | Contains confidential material of Clout Public Affairs LLC |

| | | | |
|---|---|---|---|
| Exhibit N | Entire Exhibit | Entire Exhibit | Contains confidential material of Clout Public Affairs LLC |

IT IS SO ORDERED.

DATED _____                    _____
                                                 BETH LABSON FREEMAN
                                                 United States District Court Judge