# Exhibit L

Exhibit Filed Under Seal