# Exhibit M

Exhibit Filed Under Seal