# Exhibit N

Exhibit Filed Under Seal