# Exhibit Q

Exhibit Filed Under Seal