# EXHIBIT S

## Olga Musayev

| | |
|---|---|
| **From:** | Nicholas R. Green <NGreen@keker.com> |
| **Sent:** | Friday, April 28, 2023 4:41 PM |
| **To:** | Hvidt, Scott K.; Nicholas S. Goldberg; Dansey, Lauren; Victor T. Chiu; Brass, Rachel S.; DLPGAPRJ54@skadden.com; PGALIV |
| **Cc:** | Walters, Robert C.; Lipton, Joshua; Limarzi, Kristen C.; Dominic Surprenant; Kevin Teruya; Ryan Swindall; Olga Musayev; John Quinn; John Bash; Schwing, Austin; Falconer, Russ; Havlin, Kim; Lamm, Carolyn; Pham, Hansel; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle; Fitzgerald, Cara; D Tom |
| **Subject:** | RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions |

<div style="background:yellow">**[EXTERNAL EMAIL from ngreen@keker.com]**</div>

Scott,

As we explained on Wednesday, we have been considering the TOUR's position on the case schedule following several meet and confer conversations among the parties.  And, as my email from Wednesday clearly indicates, we told you we'd shortly revert back with the TOUR's view of Plaintiffs' proposal.  It is therefore unclear to us why Plaintiffs have gone to the trouble of drafting a joint statement where we have made clear that the TOUR remains engaged and committed to the meet and confer process.  As an aside, the proposed statement attached to your email mischaracterizes the parties' respective positions and the course of discussions on this issue. But more saliently, it's simply premature.  We told you we would get back to you, and we are now doing so.

Below, please find the TOUR's position on the case schedule.  As you'll see, we have based the dates going forward on the resolution of PIF and Mr. Al-Rumayyan's various appeals. This is consistent with the TOUR's position that the current schedule is unworkable in the absence of core discovery from two named counter-defendants, particularly given the fact that the TOUR's claims against PIF and Mr. Al-Rumayyan will go forward on the same pace as the rest of the litigation now that the motion to bifurcate has been denied.  We are happy to discuss this counterproposal at your convenience – let us know if there's a time next week you'd like to talk.

Wishing you a pleasant weekend,

Nick

| **TOUR's Proposed Date** | **LIV's Proposed Date** | **Event** |
|---|---|---|
| N/A | Friday, May 5, 2023 | Deadline to Serve Subpoena Duces Tecum on Non-Party Witnesses |
| Monday, May 22, 2023 at 1 p.m. PT | Monday, May 22, 2023 at 1 p.m. PT | Case Management Conference |
| 30 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | | Deadline for PIF / Al-Rumayyan to Complete Document Production |

| TOUR's Proposed Date | LIV's Proposed Date | Event |
|---|---|---|
| 60 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Friday, June 30, 2023 | Fact Witness Deposition Cutoff |
| 90 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Friday, September 1, 2023 | Opening Expert Reports |
| 150 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Friday, September 29, 2023 | Rebuttal Expert Reports |
| 180 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Friday, October 27, 2023 | Close of Expert Discovery |
| 210 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Tuesday, November 7, 2023 | Defendant's Deadline to File Motion for Summary Judgment |
| 231 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Tuesday, November 21, 2023 | Deadline to Oppose Defendant's Motion for Summary Judgment/File Cross-Motion for Summary Judgment |
| 252 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Thursday, December 7, 2023 | Reply in Support of Defendant's Motion/Opposition to Cross-Motion for Summary Judgment |
| 273 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Thursday, December 14, 2023 | Reply in Support of Cross-Motion for Summary Judgment |
| 301 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Thursday, January 11, 2024 | Hearing on Cross-Motions for Summary Judgment |
| 325 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Thursday, March 28, 2024 | Joint Pretrial Statement and Order |
| 325 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Thursday, March 28, 2024 | Motions in Limine Deadline |
| 339 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Thursday, April 4, 2024 | Oppositions to Motions in Limine |

| TOUR's Proposed Date | LIV's Proposed Date | Event |
|---|---|---|
| 353 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Thursday, April 11, 2024 at 1:30 p.m. PT | Final Pretrial Conference |
| 374 days following final disposition of PIF and Mr. Al-Rumayyan's appeals | Friday, May 17, 2024 at 9:00 a.m. PT | Trial |

**Nicholas R. Green**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2241 direct | 415 391 5400 main
ngreen@keker.com | vcard | keker.com

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Friday, April 28, 2023 2:58 PM
**To:** Nicholas R. Green <NGreen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Victor T. Chiu <VChiu@keker.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

Counsel –

Since we have not heard back from the Tour on its position relating to the case schedule after the parties met and conferred on the issue, please find attached Plaintiffs' portion of the joint statement regarding stipulation and proposed order regarding case schedule.

We propose that the Tour return its portion by 5:00 PM PT Monday, May 1.  Plaintiffs will file the joint statement on Monday evening.

Thank you

**Scott Hvidt**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Hvidt, Scott K.
**Sent:** Thursday, April 27, 2023 9:42 AM
**To:** 'Nicholas R. Green' <NGreen@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Victor T. Chiu <VChiu@keker.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

Counsel –

During the April 7, 2023 Case Management Conference, Plaintiffs agreed to the Tour's request to extend the fact discovery deadline to June 30.  Then, the Court ordered that the parties to "talk about a reasonable schedule for the expert reports to be produced" and "to do that offline . . . and then you can just send me a stip and order."  Apr. 7, 2023 CMC Tr. at 61:21 - 62:5-11.  That is the Court order that governs the parties' obligation to confer about expert discovery, the only issue that the Tour indicated it opposed in Plaintiffs' proposed schedule during the parties' meet and confer.

The portion of the Court's April 10, 2023 order that you quote relates solely to the briefing schedule for summary judgment.  The Tour did not indicate it opposed Plaintiffs' proposed briefing schedule during the meet and confer.  If the Tour opposes Plaintiffs' proposed summary judgment briefing schedule and opposes meet and confer regarding the same, Plaintiffs will bring the matter to the Court's attention via joint statement requesting CMC on the case schedule and indicating that the Tour refused to meet and confer on a briefing schedule.  Plaintiffs proposed joint statement procedure is consistent with the Court's standing orders for how to resolve case schedule matters.  But, Plaintiffs prefer to resolve this matter with the Tour without requesting the Court's assistance.

Thanks

**Scott Hvidt**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201

Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas R. Green <NGreen@keker.com>
**Sent:** Wednesday, April 26, 2023 7:50 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Victor T. Chiu <VChiu@keker.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

   **[WARNING: External Email]**
Scott,

The order following the CMC says the parties "may" confer on the schedule.  Moreover, this isn't a discovery dispute so the joint statement procedure you propose doesn't apply.  In any event, we're considering your proposal and we will respond to it shortly.

Thanks,

Nick

---

**Nicholas R. Green**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2241 direct | 415 391 5400 main
ngreen@keker.com | vcard | keker.com

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Wednesday, April 26, 2023 8:32 AM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Victor T. Chiu <VChiu@keker.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle

<nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

Counsel –

It has been nearly three weeks since the Court ordered to parties to confer regarding the case schedule and submit the schedule for the Court's approval.  Plaintiffs sent the Tour their initial proposed schedule on April 12—two weeks ago—and the Tour has still not provided a substantive response beyond its meet and confer position that it will not agree to any expert discovery deadlines.  The fact that the Tour has sought a stay does not obviate the Court's directive to propose a joint schedule.  The Tour cannot simply assume its motion will be granted and ignore what the Court has told the parties to do.

Please provide your counter-proposal for the case schedule by the end of the day today (Wednesday, April 26). If the Tour refuses, Plaintiffs will send the Tour its half of a joint statement by 5:00 PM PT Thursday, April 27 and requests the Tour's half of the joint statement by 5:00 PM PT Friday, April 28 for filing Friday evening.

The parties and non-parties need clarity on the Court's schedule.

Thank you

**Scott Hvidt**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Friday, April 21, 2023 12:11 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Victor T. Chiu <VChiu@keker.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[WARNING: External Email]

Scott,

Thanks for Plaintiffs' updated proposal.  We're considering it and discussing with our client.  We'll be back to you shortly.

Thanks,
Nick

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Wednesday, April 19, 2023 7:27 AM
**To:** Dansey, Lauren <LDansey@gibsondunn.com>; Victor T. Chiu <VChiu@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

Counsel –

Attached please find an updated version of Plaintiffs' proposed stipulation regarding the case schedule that adds a deadline based on review of the Court's April 7, 2023 CMC transcript.  Last Thursday, Defendant represented it would revert with comments to Plaintiffs' proposal.  Please provide Defendant's position on the case schedule by tomorrow so we may meet and confer, if needed, and get the schedule on file with the Court this week.

Thank you

**Scott Hvidt**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Friday, April 14, 2023 10:21 AM
**To:** Victor T. Chiu <VChiu@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev'

<olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

Counsel,

We write to memorialize our call yesterday.  Regarding the deposition schedule, we agreed to mutually exchange deposition dates on Monday (4/17) around 5 p.m. PT.  As Plaintiffs explained, we will provide dates for Plaintiffs in San Francisco and additional alternate dates at locations more convenient for the witnesses.  For non-Plaintiff witnesses, such as former LIV employees, consultants and other third-party witnesses, we will provide dates at locations convenient for the witnesses.  We will send an invite for Tuesday, April 18 at 11:30 a.m. PT to hold the time to discuss the deposition schedule, but please confirm this time works for you.

Regarding the case schedule, Defendant represented it would revert with comments to Plaintiffs' proposal.  Please confirm when you will provide these comments as we would like to promptly resolve any disputes with the Court as needed.

The parties did not discuss the discovery requests, but agreed to schedule a time to address the outstanding issues.  We will send in a separate email regarding certain of these requests.  Are you available for a discussion on Monday at 9 a.m. PT-10:30 a.m. PT or from 1 p.m. – 2 p.m. PT?

Finally, we are not available at the times on Monday, April 17 that you proposed below to discuss the 30(b)(6) topics.  Are you available on Tuesday from 2– 3 p.m. PT?


**Lauren Dansey**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

---

**From:** Victor T. Chiu <VChiu@keker.com>
**Sent:** Thursday, April 13, 2023 2:35 PM
**To:** Dansey, Lauren <LDansey@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K.

<DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[WARNING: External Email]

Counsel:

Please let us know if you are available on Monday, April 17, to discuss the parties' respective Rule 30(b)(6) notices from 12:30 p.m. PT to 2:00 p.m. PT, or at 3:00 p.m. PT.

Thank you.

Victor

---

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Wednesday, April 12, 2023 7:35 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

---

Counsel,

We object to you unilaterally withdrawing Mr. Berlin and Ms. Burgess's depositions. These depositions have been set and agreed to, and there's simply no basis to cancel them. We will address that issue and others that you raise in your email separately. In the meantime, you can send the invite to meet and confer for Thursday at 10 to everyone on the thread for Plaintiffs.

With respect to your agenda for tomorrow's call, Plaintiffs agree the parties should prioritize your agenda item no. 1 regarding the deposition schedule and location of depositions during the meet and confer tomorrow. Plaintiffs also recommend that the parties proactively set a further time to meet and confer to finalize any outstanding scheduling issues. Plaintiffs are available on Tuesday, April 18 at 11:30 a.m. PT. Please let us know if you are available at that time.

Plaintiffs also agree the parties should discuss your agenda item no. 2 regarding the case schedule tomorrow. To that end, attached is Plaintiffs' proposed case schedule.

Regarding your agenda item no. 3, Plaintiffs believe it makes sense to discuss the discovery requests and related topics on the call tomorrow until we run out of time and then those responsible for those topics can schedule an additional time to complete the discussion.

For agenda items nos. 5 &6 regarding the parties' 30(b)(6) notices, given the time required to address that issue so far, and the otherwise full agenda, Plaintiffs believe the parties should arrange a separate meet and confer for Monday, April 17 from 10:30 a.m. PT – 12 p.m. PT to discuss these topics. Please let us know if you are available at that time.

Lauren Dansey

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Tuesday, April 11, 2023 5:01 PM
**To:** Dansey, Lauren <LDansey@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[WARNING: External Email]**

Lauren,

We agree that it doesn't have to be this tough.  But the authority we cited recognizes that the parties are not similarly situated in this respect and therefore this is not a "what's fair is fair" situation.  Moreover, all you have to do is ask Plaintiffs' witnesses for their availability to appear for deposition in San Francisco—the district where Plaintiffs chose to file suit and both sides' counsel is located.  Have you done that?  If not, please do so and provide us their availability by COB Wednesday.  We can then meet and confer with you on Thursday at 10:00 am PT about deposition dates in SF.  And we are happy to take the depositions at your offices in SF if that would be more convenient.  If you're unwilling to discuss deposition dates in SF, we're happy to discuss with you a schedule for bringing the issue to Judge van Keulen.

Given that Plaintiffs have unilaterally postponed the depositions of their witnesses, the fact that we're still meeting and conferring about deposition dates and both sides' 30(b)(6) notices, and considering the Judge's rulings during Friday's CMC and the revised case schedule, we will provide you with updated availability for the TOUR's witnesses.  In the meantime, we will not proceed with Mr. Berlin and Ms. Burgess's depositions next week, and we will work with these and the TOUR's other witnesses to identify new dates which we will provide to you shortly.

We look forward to meeting and conferring with you on Thursday at 10:00 am PT.  If you let us know who will participate on your side, we'll send a calendar invite.

Thanks,
Nick

---

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Tuesday, April 11, 2023 11:30 AM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>

**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

Counsel,

Things don't have to be this tough.  What's fair is fair:  we've accommodated your witnesses to the point of deposing them in inconvenient locations within  a few miles of their homes and offices, while you press to have our witnesses travel almost four thousand miles to be deposed in your offices.  Are you really going to insist that we impose on the court with this issue?

This just seems more of the same—an unreasonable failure to accommodate Plaintiffs' witnesses to yet further frustrate discovery efforts.  As we have said repeatedly, Ms. Edwards will be available in Tampa, Florida; Mr. Uihlein in Jupiter, Florida; and Ms. Taylor in London, United Kingdom (as you insisted with Mr. Pascal).  We will provide the Tour with the dates they are available in their respective locations as soon as we have them, but if the Tour insists on noticing the depositions in San Francisco, you leave us with no choice but to bring the matter before the magistrate judge for resolution.

We are available on Thursday at 10 a.m. PT to discuss.


**Lauren Dansey**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Monday, April 10, 2023 2:32 PM
**To:** Dansey, Lauren <LDansey@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[WARNING: External Email]**

Lauren,

There is no legitimate basis for Plaintiffs to refuse to make available their witnesses for deposition on the noticed dates in the District where Plaintiffs chose to file this lawsuit.  Plaintiffs refusal to timely proceed with these depositions directly contradicts Plaintiffs' representations to the Court during Friday's CMC that they were prepared to move forward with depositions promptly.  We again ask that you provide us with deposition availability for Plaintiffs' witnesses in San Francisco.  The TOUR and its counsel should not be forced to incur substantial inconvenience and expense to travel to depose Plaintiffs' witnesses when Plaintiffs chose to file this lawsuit in the Northern District of California and both sides have counsel here.  In the meantime, we understand that LIV is not making Ms. Edwards available on Thursday this week in San Francisco, and we will await dates when she and Plaintiffs' remaining witnesses can appear in San Francisco for deposition.

We disagree with your unsupported claim that there are deficiencies in the TOUR's production or discovery responses, let alone deficiencies that would warrant cancelling Mr. Oliver's deposition, which was scheduled weeks ago and which Plaintiffs' counsel told the Court a few hours before you sent your email that Plaintiffs were prepared to take.  In light of your cancellation of the Oliver deposition, as well as the Court's rulings during Friday's CMC, please let us know if you are available to meet and confer at 10:00 am PT on Wednesday (April 12) on the following topics:

- The deposition schedule and location of depositions

- The case schedule

- Plaintiffs' responses and objection to the TOUR's recent discovery requests

- The issues in Mr. Hvidt's April 10 email

- LIV's responses and objections to the TOUR's 30(b)(6) notice

- The completion of our discussion of the TOUR's objections to LIV's 30(b)(6) notice

Thanks,
Nick

---

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Friday, April 7, 2023 7:14 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[EXTERNAL]**

---

Counsel –

These witnesses were made available where they reside.  These witnesses are not available for deposition in San Francisco on the dates noticed.  Since the Tour has indicated it does not wish to proceed with depositions of these witnesses on the dates noticed in the locations where the witnesses reside and are available, Plaintiffs will work with these witnesses to identify alternative dates when they are available in the locations where they are available.  Ms. Edwards will be available in Tampa, Florida; Mr. Uihlein in Jupiter, Florida; and Ms. Taylor in London, United Kingdom.  We will provide the Tour with those dates as soon as we have them.

The Court encouraged the parties to work together to get the depositions started promptly and complete depositions by the end of June.  Plaintiffs believe it is appropriate that the depositions of both sides' witnesses are noticed at locations convenient for the witnesses.  Plaintiffs have done that for the Tour's witnesses, and we ask you to extend our witnesses the same courtesy—as the Court encouraged.  To avoid any more disputes like this, Plaintiffs would like to meet and confer with the Tour to identify dates and locations for the witnesses Plaintiffs control whose deposition dates the Tour has requested.  What times is the Tour available to meet and confer on Monday or Tuesday of next week?

Lastly, Plaintiffs notify the Tour that, without prejudice or waiver and reserving the right to re-set the deposition, Plaintiffs will not be proceeding with the deposition of Mr. Brian Oliver next week on April 11, 2023 due to the Tour's deficient discovery responses to date regarding issues pertinent to Mr. Oliver's relevant role.   Plaintiffs will follow-up with the Tour on those issues when the parties meet and confer regarding ongoing discovery disputes.  Please provide dates that Mr. Oliver is available for deposition in June.

Thank you.

**Lauren Dansey**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Friday, April 7, 2023 12:48 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[WARNING: External Email]**

Scott,

We disagree with all of these points, but I also don't see anything in your email about available dates in SF for these witnesses.  Please let us know that ASAP.

Thanks,
Nick

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Friday, April 7, 2023 12:27 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[EXTERNAL]**

---

Counsel –

At no point prior to March 29 (the day the Tour sent the notices) did the Tour ever meet and confer with Plaintiffs regarding the location of the deposition. Your assertion otherwise is simply not true. In fact, the Tour has never met and conferred with Plaintiffs regarding the location of these depositions. The notices are defective as a result.

The Tour's assertion that depositions of Plaintiffs or LIV employees must proceed in San Francisco is not true. Parties cooperate, as required by local rules, to identify mutually agreeable locations for depositions. Indeed the Tour suggested below that the parties meet and confer regarding setting depositions for witnesses in Europe around the same time. Plaintiffs remain agreeable to cooperating with the Tour to set depositions for witnesses in Europe pursuant to the Scheduling Order.

Plaintiffs have cooperated with the Tour on setting Tour's witnesses' depositions. Also, Mr. Pascal example is one that shows the extent of Plaintiffs' willingness to cooperate by flying to Europe to where the witness resides (and where the Tour's counsel has an office) to depose the witness where he lives.

Good cause exists why these witnesses cannot appear in San Francisco—where the Tour unilaterally chose to notice the depositions without prior notice or any conference—because (a) the Tour did not meet and confer regarding the location of the depositions prior to noticing them for a location it unilaterally selected; (b) witnesses provided dates they were available near the location they reside—the Tour did the same; (c) witnesses now have conflicts the day before the depositions that are not movable on less than a week's notice, which would interfere with travel to San Francisco; (d) witnesses have family obligations surrounding the noticed depositions; and (e) Ms. Taylor is a former employee of LIV Golf who resides in a foreign country.

Unless the Tour switch to a reasonable approach that accommodates the witnesses (as we have done for the Tour and as is required by the Civility Rules), we will be at an impasse and we will send the Tour our portion of a joint statement.

Thanks

**Scott Hvidt**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Thursday, April 6, 2023 10:06 PM
**To:** Dansey, Lauren <LDansey@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[WARNING: External Email]

Lauren,

The TOUR did meet and confer in advance of noticing the depositions, and noticed them for dates provided by your firm and at an appropriate location in the District where Plaintiffs chose to file this lawsuit.  As we have explained, and as Plaintiffs have not disputed, that is entirely consistent with well-established law.  When you provided Plaintiffs' witnesses availability you never indicated that they were unwilling or unable to appear for deposition in the District where they chose to file this litigation.  Nor have you provided any explanation for why Plaintiffs cannot appear in this District on the noticed dates, or why Plaintiffs believe that the TOUR and its counsel should be inconvenienced and incur the additional cost of traveling to depose these witnesses in different places across the globe when they chose to file suit here.

Moreover, your suggestion that Plaintiffs have accommodated the TOUR in scheduling depositions is incorrect.  Indeed, we were forced to move for and obtain a protective order concerning Mr. Pascal's deposition after Plaintiffs unilaterally noticed the deposition in London on a date that we had previously informed you did not work for the TOUR's counsel to attend in person.  And there is nothing remarkable about Plaintiffs taking the deposition of the TOUR's witnesses near its headquarters in Florida.  Unlike plaintiffs, there is a "general presumption" that depositions of a corporate defendant's "agents and officers should ordinarily be taken at its principal place of business." *See* Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial Ch. 11(IV)-A ¶ 11:1461 (internal quotations omitted).

Please confirm by noon PT tomorrow (April 7) that Peter Uihlein, Kerry Taylor and Kerri Edwards will appear for deposition on the noticed dates in San Francisco.  If not, please provide us with the evidence substantiating your objection that there is good cause why these witnesses cannot appear on the noticed dates Plaintiffs previously said they were available, in the District where Plaintiffs chose to file this lawsuit.  Additionally, please provide alternative dates on which these individuals are able to appear for deposition in San Francisco.  After we receive this information, we will be in a position to meet and confer further if necessary.

Thanks,
Nick

---

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Thursday, April 6, 2023 4:25 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

---

Counsel –

Plaintiffs disagree that the Tour can demand, over objection, that the depositions of Mr. Uihlein and Ms. Edwards be set in San Francisco without meet and confer.  Further, this is the first time—one week before the depositions—that the Tour has made known that it is demanding their depositions be in San Francisco.

Plaintiffs direct your attention to the Guidelines for Professional Conduct in this Court:  "In scheduling depositions, a lawyer shall follow the requirements of Civil Local Rule 30-1, should be cooperative in noticing depositions at mutually agreeable times and locations and shall accommodate the schedules and geographic limitations of opposing counsel and the deponent where it is possible to do so, while also considering the scheduling requirements in the litigation."  https://www.cand.uscourts.gov/forms/guidelines-for-professional-conduct/.

The Tour has complained of locations 30 minutes from its witnesses' residence (Jacksonville rather than Ponte Vedra), which we have accommodated.   The Tour has demanded locations with pinpoint precision, some in foreign countries.  Plaintiffs have accommodated.  The Tour failed to meet and confer in advance of the notice regarding the deposition location for the convenience of the witnesses, counsel and parties.  On one week's notice, the Tour has now demanded the witnesses travel across the country to opposing counsel's offices.  Plaintiffs have good cause why they cannot.  The notices are thus defective.

If the Tour insists on maintaining its refusal to set the depositions at locations for the convenience of the witnesses, we will send you our half of a joint discovery statement on this tomorrow.   We expect you can draft yours concurrently, as our positions are clear.  It is unfortunate the Tour continues to refuse to cooperate with Plaintiffs on matters such as this.  Please confirm tonight if the Tour will insist on its current deposition notices for Mr. Uihlein and Ms. Edwards.  If

the Tour will insist, please provides times you are available tomorrow to meet and confer on the dispute, so that we can promptly obtain guidance on this issue from the Court.

Thanks.

**Lauren Dansey**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Thursday, April 6, 2023 2:18 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[WARNING: External Email]**

Scott,

We continue to maintain that the deposition schedule is unworkable for the reasons we've previously stated and as detailed in our recent CMC Statement.

Your assertion that San Francisco is an unreasonable location for the depositions of Plaintiffs' witnesses is incorrect.  It is well established that a plaintiff "generally must produce its witnesses *in the district in which the plaintiff filed the action*, unless the plaintiff has shown financial hardship or inability to attend the deposition in that district." *See* Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial Ch. 11(IV)-A ¶ 11:1457 (emphasis in original and internal quotations omitted). Having selected the Northern District of California as the forum for their lawsuit, Plaintiffs' witnesses are subject to deposition here and the TOUR's notices are proper.

Because Mr. Grella is now a third party as a former LIV executive, we have attached an amended deposition subpoena setting his deposition for April 26 in Washington, DC.

Thanks,
Nick

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Monday, April 3, 2023 10:04 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>

**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

Counsel –

Plaintiffs disagree with your inaccurate characterization of their recent productions.  Plaintiffs produced the documents the Tour requested ((a) text messages within 96 hours of a responsive message with a search-term hit, (b) documents responsive to the Tour's Second Request for Production and related search terms, and (c) documents responsive to the Tour's overbroad top-off request).  The Tour cannot now complain about receiving what it asked for when Plaintiffs repeatedly tried to work with the Tour for months to develop mutual compromises designed to narrow and target productions.  The Tour rejected Plaintiffs' proposal each time.  Plaintiffs also maintain the deposition schedule is workable despite the Tour's foot-dragging.

Plaintiffs object to the deposition location in the deposition notices for Peter Uihlein, Kerry Taylor and Kerri Edwards.  The Tour setting the deposition for each of them in San Francisco in opposing counsel's offices is unreasonable. San Francisco is not a convenient location for them.  For the locations, Mr. Uihlein's deposition location should be set for Palm Beach/Jupiter, Florida, Ms. Taylor should be set for London, England and Ms. Edwards should be set for Tampa, Florida.  There are Veritext locations in Palm Beach/Jupiter for Mr. Uihlein and Tampa for Ms. Edwards that the Tour can use, if it needs a location in those cities.

By end of day tomorrow (April 4, 2023), please send revised deposition notices for Ms. Edwards and Mr. Uihlein and confirm whether the Tour desires to proceed with the depositions in those locations on the dates currently listed in the defective notices.  If the Tour will not proceed with those depositions on the noticed dates, please inform Plaintiffs tomorrow (April 4, 2023).

As we previously informed the Tour on multiple occasions (one example below), we do not represent Mr. Grella.  The service of his deposition notice was not effectuated by sending it to us.

Plaintiffs reserve all rights and waive none by this response.

Thanks

**Scott Hvidt**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Wednesday, March 29, 2023 9:02 PM
**To:** Dansey, Lauren <LDansey@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[WARNING: External Email]**

Lauren,

While we continue to meet and confer with you in good faith, it is becoming more apparent by the day that the deposition schedule is not workable.  Plaintiffs have buried the TOUR in a mountain of documents right at the close of document discovery, producing more than 178,000 documents in the past month alone—more than all of Plaintiffs' prior document productions combined—including basic, non-custodial documents dated in April 2022 that could, and should, have been produced a long time ago.  That doesn't even include the "top off" production, which LIV delayed producing by over two months by advancing a series of meritless positions, only to ultimately agree to the approach that the TOUR suggested in January.  It now appears that Plaintiffs' arguments were just a tactical ploy to dump documents on the TOUR on the eve of depositions.  Given Plaintiffs' belated production of this mountain of documents, the TOUR will need additional time to review Plaintiffs' recent productions before taking depositions.

By our count, the parties intend to take approximately 80 fact depositions, with Plaintiffs seeking to depose roughly 50 TOUR and third-party witnesses.  There are just 41 business days between now and the current May 26 cutoff for fact depositions.  Completing depositions in that time would be a near-impossible task.  But the parties actually have far fewer days to complete these depositions because the vast majority of depositions are clustered in May.  We warned you weeks ago that Plaintiffs' proposal to cluster depositions in May was unworkable, and our concerns have only intensified since then due to Plaintiffs' belated production of hundreds of thousands of documents.

There is simply not enough time to review Plaintiffs' recent productions and prepare for and take the necessary depositions before the current May 26 fact deposition cutoff.  Moreover, there is a CMC on April 7, where the Court may address the case schedule and trial date in light of the status of discovery and PIF and Mr. Al-Rumayyan's ongoing obstruction of critical discovery.  Accordingly, we will need to revisit the deposition schedule in light of the Court's guidance at the upcoming CMC.

As for Plaintiffs' recent deposition notices, we are continuing to try to find a suitable location in Ponte Vedra for the TOUR witnesses who are based there.  Contrary to your suggestion, downtown Jacksonville is a 45-minute drive away for most of these witnesses, and we would like to find a location in Ponte Vedra for these depositions.  Additionally, the locations in the subpoenas to Mr. Ganzi and Mr. Dunne need to be modified.  Mr. Ganzi will be available in New York City, and Mr. Dunne will be available in West Palm Beach.

We have obtained Ed Herlihy's availability, as well as additional dates for Huw Ap Simon, Andy Levinson, Gordon Strickland, Matt Rapp, and Karen Davidson, noted in the chart below.  We are still working on dates for Mary Meeker and Tim Finchem, and we will get back to you shortly with their availability.

Finally, please find attached deposition notices for Peter Uihlein, Jonathan Grella, Kerry Taylor, and Kerri Edwards.  Please provide additional availability for Bryson DeChambeau in late April or early May.

Thanks,
Nick

| Individual | Deposition Dates |
| --- | --- |
| Huw Ap Simon | May 17 – 8 am-12 pm (London)<br>June 8 (London)<br>June 9 (London) |
| Andy Levinson | May 9 – 2-6 pm<br>May 10 – 2:30-6:30 pm<br>June 1<br>June 2 |
| Matt Rapp | May 15 – 1-5 pm<br>May 19 – 2-6 pm<br>June 6<br>June 7 |
| Karen Davidson | May 30 – 9 am – 1 pm<br>May 31 – 11 am – 5 pm<br>June 13<br>June 16 |
| Gordon Strickland | May 24 – 1:30-5:30 pm<br>May 30 – 2-6 pm<br>June 6<br>June 9 |
| Ed Herlihy | May 31 (NYC)<br>June 1 (NYC)<br>June 2 (NYC)<br>June 7 (NYC) |

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Tuesday, March 28, 2023 11:10 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

Counsel –

Attached for service please find deposition notices for Tour witnesses on dates provided by the Tour.  For the witnesses whose depositions the Tour requested near Ponte Vedra, Plaintiffs have noticed the depositions for a convenient location in Jacksonville.  A drive of 15-30 minutes does not make a deposition location inconvenient for a Tour witness.

Plaintiffs asked the Tour to send Plaintiffs by yesterday dates that Huw Ap Simon, Andy Levinson, Gordon Strickland, Matt Rapp, and Karen Davidson are available for depositions of two hours or less before May 26.  Plaintiffs have not received the Tour's response.  Please provide the requested dates by tomorrow (Wednesday, March 29).

Additionally, Plaintiffs had requested deposition dates for Ed Herlihy, Tim Finchem and Mary Meeker on February 14 and the Tour has not provided any dates for their depositions. Please provide dates for their depositions by tomorrow (Wednesday, March 29).

Lastly, Plaintiffs provided the Tour with dates witnesses are available on March 10.  Then, Plaintiffs provided more dates witnesses are available on March 17.  The Tour has not informed Plaintiffs what dates it will set the depositions for.  Plaintiffs need to know what dates the Tour is deposing witnesses.  Please let us know what dates the Tour will set the depositions so Plaintiffs may plan accordingly.

Thank you.

**Lauren Dansey**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Friday, March 24, 2023 4:18 PM
**To:** Dansey, Lauren <LDansey@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

Counsel – Without prejudice to changes and amendments, below please find estimated deposition durations for the Tour witnesses whose depositions we've requested at this time.

Thanks

| Individual | Deposition Duration Est. (w/o prejudice) |
|---|---|

| | |
|---|---|
| Brian Oliver | 2–4 hours |
| Thierry Pascal | 2–4 hours |
| Phil Marburger | 2–4 hours |
| Kirsten Burgess | 2–4 hours |
| Chad Burgess | 2–4 hours |
| Andy Pazder | 5–7 hours |
| Mark Flaherty | 2–4 hours |
| Jay Monahan | 5–7 hours |
| Ron Price | 5–7 hours |
| Allison Keller | 2–4 hours |
| Rick Anderson | 5–7 hours |
| Huw Ap Simon | 2–4 hours |
| Christian Hardy | 5–7 hours |
| Tyler Dennis | 2–4 hours |
| Ross Berlin | 2–4 hours |
| Andy Levinson | 1–2 hours |
| Laura Neal | 2–4 hours |
| Billy Schroder | 2–4 hours |
| Ty Votaw | 1–2 hours |
| Matt Rapp | 1–2 hours |
| Karen Davidson | 1–2 hours |
| Gordon Strickland | 1–2 hours |
| Randall Stephenson | 2–4 hours |
| Victor Ganzi | 1–2 hours |
| Jimmy Dunne | 1–2 hours |
| Ed Herlihy | 2–4 hours |

**Scott Hvidt**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Friday, March 24, 2023 11:23 AM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara

<CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

Thanks, Nick.  We will maintain the current location in Jacksonville unless either party identifies an alternate location in Ponte Vedra that will work, though we will endeavor to find another location in Ponte Vedra.  Plaintiffs disagree with your characterization of LIV's 30(b)(6) deposition notice.  Plaintiffs are available from 2-3 p.m. PT on Tuesday to meet and confer regarding the TOUR's responses and objections to LIV's 30(b)(6) Notice.  I'll send a calendar invite shortly.


**Lauren Dansey**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Thursday, March 23, 2023 5:22 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions


**[WARNING: External Email]**
Scott,

Regarding deposition locations, the Regus in Ponte Vedra is fine for Marburger, Oliver, and Burgess.  For the others, we'll see if we can find another acceptable location in Ponte Vedra.  We'd appreciate it if you can do the same.  Downtown Jacksonville is not convenient for the witnesses.

Thank you for letting us know that Plaintiffs anticipate that the depositions of Matt Rapp, Karen Davidson, Gordon Strickland, Andy Levinson, and Huw Ap Simon will take less than two hours.  With that information, we will see if we can identify additional available dates for them and get back to you.

We are available to meet and confer with you about the TOUR's responses and objections to LIV's 30(b)(6) Notice on Monday (3/27) from noon-2 PT, or Tuesday (3/28) from noon-1:30 or 2-4 PT.  We disagree that the TOUR's responses and objections are deficient in any manner, but we're happy to discuss further during the meet and confer.  At this time, the TOUR does not anticipate designating Mr. Pascal or Mr. Marburger on any topics.  We disagree that the TOUR has "delayed" in any manner with respect to LIV's 30(b)(6) Notice.  LIV served a facially overbroad notice with 85 topics; the TOUR timely responded and objected; and we are prepared to promptly meet and confer.

We agree to provide estimated deposition durations for the LIV witnesses tomorrow (3/24), without prejudice.

Thanks,
Nick

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Wednesday, March 22, 2023 6:22 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Dansey, Lauren <LDansey@gibsondunn.com>; Brass, Rachel S.
<RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C.
<KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya'
<kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev'
<olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash'
<johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ
<RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>;
jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara
<CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[EXTERNAL]**

---

Counsel –

We provided you with multiple dates that are reasonably spread out for the for witnesses the Tour requested during the time period the Tour requested. The Tour's is represented by two major law firms with dozens of attorneys who have appeared in this matter. It should not have any issue covering the depositions noticed in May.

As it relates to Mr. Pascal, that discussion is being handled by separate correspondence between the parties.

As it relates to the location for depositions for other Tour witnesses, the Tour requested those depositions be in Ponte Vedra. We obliged and noticed the depositions at the Tour's headquarters in Ponte Vedra. Plaintiffs are not able to use the court reporting service or schedule depositions at the court reporting service you list as they already had engaged a court reporting service who cannot use that location. Plaintiffs will notice the depositions for Phil Marburger, Brian Oliver and Kristen Burgess for **Regus, 822 Florida A1A Suite 310, Ponte Vedra Beach, FL 32082**. Plaintiffs will notice the remainder of the depositions for the court reporting location of its court reporter in downtown Jacksonville **(Veritext, 1300 RiverPlace Blvd., Suite 610 Jacksonville, FL 32207)**. Plaintiffs remain amenable to holding the depositions of Tour employees at the PGA Tour's headquarters if the Tour prefers its headquarters over Veritext Jacksonville. Additionally, Plaintiffs are amenable to holding the depositions of Tour employees at the law firm the Tour has retained in Jacksonville or one we arrange—your call. Please let us know by next Monday, March 27 if the Tour will object to the remainder of the depositions of its employees occurring at the Veritext in Jacksonville or if it prefers the location of its law firm in Jacksonville or its headquarters.

The Tour provided zero dates for five of the requested witnesses before the discovery deadline.  That is not acceptable.  Plaintiffs represent, without prejudice, that they anticipate that the depositions of each of those five witnesses will take less than 2 hours.  Please confirm that the Tour will offer dates and times those five witnesses are available for 2 hours between April 10 and May 26 by next Monday, March 27.  If the Tour cannot provide 2 hours for these witnesses during April and May, please provide an explanation as to why for each.

The Tour's March 21, 2023 responses and objections to LIV's 30(b)(6) Notice include no information regarding the witnesses the Tour will designate for the topics.  Additionally, its response is facially deficient in many other respects.  Please let us know by tomorrow, Thursday March 23 if the Tour is designating Thierry Pascal or Phil Marburger for any of the topics.  Please let us know when the Tour is available to meet and confer to discuss its response to LIV's 30(b)(6) tomorrow Thursday, March 23.

The Tour previously agreed to provide proposed deposition durations for witnesses on Friday, March 24.  Please confirm the Tour will so provide the proposed deposition durations.  The Tour's delay in providing the witnesses it is designating for 30(b)(6) topics has prejudiced Plaintiffs and will inhibit Plaintiffs' ability to adequately and accurately estimate the deposition duration for the Tour's witnesses.  Plaintiffs will agree to still provide the Tour with proposed and estimated deposition durations on March 24, on a without prejudice basis, if the Tour agrees to do the same.  Please confirm by tomorrow Thursday, March 23 whether the Tour agrees.

Thank you


**Scott Hvidt**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Monday, March 20, 2023 5:41 PM
**To:** Dansey, Lauren <LDansey@gibsondunn.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[WARNING: External Email]

Lauren,

Thank you for providing additional dates for certain of Plaintiffs' witnesses.  The additional dates you've provided still would have the vast majority of depositions of Plaintiffs' witnesses clustered in May, and we remain concerned that the schedule will be unworkable for the reasons we've previously stated.

As we informed your co-counsel Mr. Surprenant in separate correspondence, we object to Plaintiffs' Amended Notice of Deposition of Thierry Pascal, purporting to unilaterally set the place of deposition in London, England on March 27.  Mr. Pascal is only available via remote deposition on that date.  We are willing to meet and confer with Plaintiffs to discuss scheduling both sides' witnesses based in Europe for in-person depositions over a mutually convenient week during the discovery period.  Should Plaintiffs choose to proceed with Mr. Pascal's deposition remotely on March 27, before the close of document discovery, we will not make him available again.

We also object to Plaintiffs' noticing the depositions of TOUR witnesses at the PGA TOUR's headquarters.  There is a court reporting service in Ponte Vedra that we understand has conference rooms with the capacity to host depositions—we suggest you contact them:

> Precise Reporting
> 820 A1A North Suite W14
> Ponte Vedra Beach, FL 32082

Please find availability for additional TOUR witnesses in the chart below.

Thanks,
Nick

| Individual | Deposition Dates |
|---|---|
| Brian Oliver | April 11 (10:30-4:30) |
| Thierry Pascal | March 27 (virtual only) |
| | April 25 (8-4:30) |
| | April 28 (9-3) |
| Phil Marburger | April 5 (9:30-3:30) |
| Kirsten Burgess | April 20 (9-5) |
| Chad Burgess | April 26 (10:30-5:30) |
| Andy Pazder | April 25 (10-5:30) |
| Mark Flaherty | May 2 |
| Jay Monahan | May 25 |
| | May 26 |
| Ron Price | May 18 |
| | May 19 |
| Allison Keller | May 3 |
| | May 4 |
| Rick Anderson | May 8 |
| | May 9 |
| Huw Ap Simon | June 8 (London) |
| | June 9 (London) |
| Christian Hardy | May 10 |
| | May 12 |
| Tyler Dennis | May 5 |

| | May 11 |
|---|---|
| Ross Berlin | April 18 |
| | April 19 |
| Andy Levinson | June 1 |
| | June 2 |
| Laura Neal | May 1 |
| | May 2 |
| Billy Schroder | May 23 |
| | May 24 |
| Ty Votaw | April 24-27 |
| | May 8-12 |
| Matt Rapp | June 6 |
| | June 7 |
| Karen Davidson | June 13 |
| | June 16 |
| Gordon Strickland | June 6 |
| | June 9 |
| Randall Stephenson | May 17-19 (Dallas) |
| Victor Ganzi | April 19-21 |
| Jimmy Dunne | May 2 |
| | May 16 |

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Friday, March 17, 2023 2:52 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

Nick –

Thank you for providing the location for the depositions of Tour witnesses.  We look forward to your provision of dates later today for when the other Tour witnesses are available.

Attached please find amended deposition notices for the seven individuals for which the Tour has provided dates.  Plaintiffs are disappointed the Tour has withheld and will continue to withhold production of Mr. Pascal's custodial file beyond the date of his noticed deposition. Plaintiffs expressly reserve all rights that the federal rules provide them.

At the Tour's request, Plaintiffs provide more dates the requested witnesses are available. This deposition schedule is manageable and workable.  Plaintiffs have now secured and provided more dates for their witnesses while waiting for the Tour to provide any dates for almost all of its witnesses.  The Tour's delay is not acceptable.

Plaintiffs disagree with your characterizations of the proposed schedule.  As it relates to the recent document productions, the Tour cannot now complain about the large volume of non-responsive text messages that Plaintiffs are producing when it is the Tour that demanded it.  As for the top-off issue, the record proves otherwise. The Tour just missed yet another deadline Plaintiffs requested to try to resolve that dispute.

The initial exchange of deposition duration on March 24 with a meet and confer the beginning of the following week works for Plaintiffs.

| Custodian | Deposition Dates |
|---|---|
| Greg Norman | May 8, 15 or 22 |
| Jed Moore | May 15, 16 or 17 |
| Majed Al-Sorour | May 9, 10 or 24 |
| Gary Davidson | May 22 or 23 |
| Richard Marsh | May 5 or 22 |
| Atul Khosla | May 18 or 19 |
| Ron Cross | May 16 or 17 |
| Will Staeger | May 4 or 5 |
| Sean Bratches | May 2, 9 or 11 |
| Jonathan Grella | Apr. 25 or 26:  We do not represent.  Elliot Berke represents Mr. Grella. |
| Monica Fee | May 17, 18 or 19 |
| Kerri Edwards | Apr. 12 or 13 or can identify dates after requested period |
| Kerry Taylor | Apr. 26 or 27 or May 9 |
| Tim Taylor | May 4, 5 or 16 |
| Matt Jones | May 4 or 5 or can identify dates after requested period |
| Peter Uihlein | Apr. 14 or can identify dates after requested period |
| Bryson DeChambeau | Apr. 12 or can identify dates after requested period |
| Talor Gooch | May 3 or can identify dates later in May (identified earliest available date) |
| Ioris Francini | May 8, 9 or 10 |
| Floris Weisz | May 17, 19 or 25 |
| Matt Goodman | We do not know and do not represent |
| Phil Mickelson | We do not represent, Brian O'Bleness |
| Brett Falkoff | We do not represent, Howard Kaplan |
| Casey Wasserman | Do Not Know, has not been subpoenaed as far as we are aware |
| PIF | White & Case |
| Yasir Al-Rumayyan | White & Case |

**Lauren Dansey**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Wednesday, March 15, 2023 6:36 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[WARNING: External Email]**

Scott,

We have been working with you in good faith to develop a workable deposition schedule.  Any suggestion otherwise is inaccurate and unproductive.

Please confirm the final dates for the depositions of the witnesses you have asked us to prioritize.  We have asked the witnesses to hold all of the offered dates for now, but the longer you wait to confirm, the more likely it is that something comes up for the witnesses on one of the dates we have offered.  In terms of location, Pascal is available remotely and the other TOUR witnesses are available in Ponte Vedra.  We are working to complete document productions for all of the witnesses by the March 30 deadline, but we cannot guarantee that any specific custodian's production will be completed in advance of March 30.  As we've said before, if you choose to proceed with Mr. Pascal's (or any other) deposition before the completion of document discovery, that is your choice, but we will not make the witness available again based on the production of later-produced documents.  We are also working on our objections and responses to LIV's 30(b)(6) notice, and will serve them as soon as possible.  We can then schedule a meet and confer to discuss and try to resolve any disagreements, and then we will be in a position to identify witnesses for the 30(b)(6) topics.  We are amenable to the mutual exchange of estimated deposition duration on March 24 and a meet and confer during the week of March 27.  Finally, there was a typo in the dates I previously provided for Pazder—he's available ***April*** 24 and 25, not May 24 and 25.  I've updated the chart in my March 10 email below to reflect that change.

We continue to believe that LIV's proposal to cluster all of the depositions of LIV witnesses in May is not workable.  We are not adverse to double-tracking depositions; what we object to is LIV bunching the depositions of nearly all of its witnesses at the end of the fact discovery period.  As we meet and confer to develop a sensible schedule, we need to have additional available dates for LIV's witnesses, and dates that are not all clustered in May.  Please confirm you will provide additional availability for LIV's witnesses.  Your suggestion that we "strategically" timed our request for depositions of LIV's witnesses to conflict with LIV's schedule is incorrect.  We asked for dates for LIV's witnesses the weeks of April 10 and April 17.  LIV's schedule shows no events between April 3 and April 20.  Our proposal begins depositions in mid-April, consistent with the current schedule, to allow the parties time to complete document productions by March 30 and to give us one additional week to review documents in advance of the depositions.  This concern has only been heightened in light of the recent, voluminous document productions made by LIV, as well as the lack of any definitive agreement from LIV on the top off production.  Your complaint also rings hollow considering that Plaintiffs have proposed to depose the TOUR's witnesses during the heart of the TOUR's season, when the TOUR's witnesses are already very busy with their professional responsibilities.

Thanks,
Nick

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Monday, March 13, 2023 7:18 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Brass, Rachel S. <RBrass@gibsondunn.com>;
DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua
<JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant'
<dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall'
<ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn'
<johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin
<ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn
<clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com;
Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom
<DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

---

Counsel –

**Dates for Tour witnesses & deposition duration**: On February 14, we requested dates for multiple individuals in addition to the seven below. It has now been a month and the Tour has still not provided dates for any of those other individuals. The Tour's delay is unacceptable and has prejudiced Plaintiffs. Plaintiffs are not able to accurately estimate the time needed for each witness without knowing when the Tour will make them available as the timing of the witnesses and who the Tour designates as 30(b)(6) witnesses will impact the duration of the depositions. If the Tour provides the dates for the other witnesses and the witnesses it is designating for 30(b)(6) topics by Friday, March 17, without prejudice, Plaintiffs agree to a mutual exchange of proposed deposition durations by Friday, March 24 and meet and confer the week of March 27. Plaintiffs will aim to provide, without prejudice, the proposed duration for the depositions of Mr. Pascal, Mr. Marburger and Mr. Oliver by March 20.

**LIV's dates:** The Tour asked for depositions of six individuals during a two week stretch in April (the earliest time period the Tour requested) and Plaintiffs were able to find times for half (3) of them during that period. The Tour only provided Plaintiffs with one date in March for one of the eight witnesses Plaintiffs requested in March. And, the Tour has provided no explanation for why six of those witnesses have no availability in March. The Tour's request for the two weeks in April was a clear strategic move as the Tour knew full well that LIV Golf is in Australia during that stretch. The witnesses requested were thus unlikely to have availability during the weeks the Tour requested and the Tour knew it. Plaintiffs did everything they could to offer the requested witnesses during that time period, three of them could not make it work because of pre-existing conflicts during those two weeks. They each provided dates in May when they return. As for the provision of one date for the witnesses, the Tour initially provided only one date for each witness. So, the Tour's complaint of Plaintiffs rings hollow. Nonetheless, Plaintiffs are willing to see if there are alternative dates available for the witnesses where there are specific scheduling

conflicts. Please let us know which proposed witness dates the Tour needs an alternative date and an explanation why that date will not work for the Tour. Plaintiffs disagree with the Tour's claim the schedule is not workable. Double-tracking of depositions is routine in complex litigation. Here, the Tour has plenty of lawyers on this matter and the parties have only 300 hours of deposition time. Plaintiffs are willing to meet and confer on the schedule, but believe the dates provided are proper and the schedule is workable.

**Location:** Please provide the location the Tour proposes for each of the witnesses we have asked to depose. **At a minimum, please provide the proposed location for the deposition of Mr. Pascal by Wednesday, March 15**. Additionally, please prioritize the completion of Mr. Pascal's custodial file and produce his phone messages—months' delayed already—by March 17. Please let us know by Wednesday, March 15 if the Tour will agree to do so.

Plaintiffs stand by their views in Ms. Brass's March 9th correspondence and disagree with the Tour's arguments and characterizations in Mr. Goldberg's March 10th correspondence.

Thanks

**Scott Hvidt**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Friday, March 10, 2023 10:08 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[WARNING: External Email]

Scott,

Please find below updated and earlier dates for the TOUR witnesses you have asked us to prioritize. Ed Herlihy has preexisting travel and work commitments through the first week of April. We're working on gathering available dates for him and the remaining witnesses you've requested, and we'll send those over to you shortly. We're also willing to

exchange time estimates with you on a mutual basis.  How about we plan to do that next Tuesday (3/14), and then we can meet and confer on Thurs or Fri to iron out any remaining scheduling issues?

Thanks for providing dates for LIV's witnesses.  Notably, LIV failed to provide dates in the time period we requested for several of the LIV witnesses that we asked you to prioritize.  Furthermore, LIV provided only a single date for nearly all of its witnesses, and the vast majority of dates provided by LIV are in May.  Clustering all of the depositions of LIV witnesses in May is not workable, and the parties will need to meet and confer to come up with a sensible schedule to spread these depositions out over the remaining fact discovery period.  That proves our point that Plaintiffs have no basis to unilaterally demand dates in March for the TOUR's witnesses, let alone to purport to unilaterally notice depositions without meeting and conferring.  As noted in my March 8 email, Plaintiffs' unilateral deposition notices and subpoenas are invalid, violate the local rules, and have no effect.

We disagree with virtually everything in Rachel's March 9 email, but we can put a pin in that discussion for now and revisit it later if necessary.

Thanks,
Nick

| Individual | Deposition Dates |
|---|---|
| Brian Oliver | April 10 (10-4)<br>April 11 (10:30-4:30)<br>May 9 (10-6) |
| Thierry Pascal | March 27<br>April 25 (8-4:30)<br>April 28 (9-3) |
| Phil Marburger | April 4 (9:30-3:30)<br>April 5 (9:30-3:30)<br>May 5 (9-4:30) |
| Kirsten Burgess | April 17 (11-5:30)<br>April 20 (9-5) |
| Chad Burgess | April 26 (10:30-5:30)<br>April 27 (8-5) |
| Andy Pazder | April 24 (11-4:30)<br>April 25 (10-5:30) |
| Mark Flaherty | May 1<br>May 2 |

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Friday, March 10, 2023 5:42 AM
**To:** Brass, Rachel S. <RBrass@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com;

Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom
<DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

Counsel

Reserving all rights and privileges, Plaintiffs' counsel provide the following dates the following
individuals are available for deposition.  As for the six bolded individuals in the Tour's email, we
are providing dates for the three individuals who are available for deposition during the time period
the Tour requested. The other three had preexisting conflicts out of the country.

| Individual | Deposition Dates |
|---|---|
| Greg Norman | May 22 |
| Jed Moore | May 15 |
| Majed Al-Sorour | May 24 |
| Gary Davidson | May 23 |
| Richard Marsh | May 5 |
| Atul Khosla | May 19 |
| Ron Cross | May 17 |
| Will Staeger | May 4–5 |
| Sean Bratches | May 11 |
| Jonathan Grella | Apr. 25–26:  We do not represent him.  Elliot Berke represents Mr. Grella.  eberke@berkefarah.com |
| Monica Fee | May 18 |
| Kerri Edwards | Apr. 13 |
| Kerry Taylor | May 9 |
| Tim Taylor | May 16 |
| Matt Jones | May 4–5 |
| Peter Uihlein | Apr. 14 |
| Bryson DeChambeau | Apr. 12 |
| Talor Gooch | May 3 |
| Ioris Francini | May 8 |
| Floris Weisz | May 25 |
| Matt Goodman | We do not know who represents him.  We do not. |
| Phil Mickelson | We do not represent him; Brian O'Bleness does brian.obleness@dentons.com |
| Brett Falkoff | We do not represent him; Howard Kaplan does hkaplan@kaplanrice.com |
| Casey Wasserman | We do not know who represents him, and he has not been subpoenaed as far as we are aware |

**Scott Hvidt**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Brass, Rachel S. <RBrass@gibsondunn.com>
**Sent:** Thursday, March 9, 2023 4:35 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>;
DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua
<JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant'
<dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall'
<ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn'
<johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin
<ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn
<clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com;
Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K.
<DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

Counsel –

You simply have it wrong on the hearings this fall.  Let's agree to disagree. As for PIF and Mr. Al-Rumayyan, you have thousands of their documents.

As it relates to whom Gibson Dunn represents in this litigation, please don't tell us who we represent.  Again, Gibson Dunn does not represent PIF or Mr. Al-Rumayyan in this litigation.

As it relates to Mr. Al-Rumayyan and PIF, they are not parties and, as far as we understand, you have not served them with the Tour's counterclaim.  You are welcome to correspond with their counsel directly.  This email is about scheduling the depositions of the served parties.

Again, like the Tour, Plaintiffs reserve their right to reopen any deposition of Tour witnesses based on information that later comes to light, particularly when the Tour has systemic infirmities with its productions and the Tour has delayed production of key documents by turning minor issues into weeks' long disputes.

By end of the day Friday, please let us know if the Tour will produce the individuals noticed on the dates noticed.  We had requested dates for a handful of individuals in March and the Tour only offered dates in late April and May with no explanation.  We are prepared to confer with you on the dates and the locations of the depositions.  As for the durations of the depositions, Plaintiffs would be pleased to entertain an arrangement under which the parties provide estimated times.  We are ready to provide you at least the vast majority of our dates later today, even though you have not provided

any estimated times; this issue does not justify your continued intransigence.  Please note that, in addition to those we identified below, we do not represent Matt Goodman or Jonathan Grella.

Plaintiffs provided the Tour with an appropriate, relevant and targeted Rule 30(b)(6) notice four weeks before they noticed the Tour's corporate representative deposition.  Plaintiffs look forward to receiving the Tour's responses and objections and meeting and conferring to resolve any disagreements.

If you will not be sending March dates, please propose a time to discuss tomorrow.

Rachel


**Rachel S. Brass**
**Partner**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8293 • Cell +1 415.264.5998
RBrass@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Wednesday, March 8, 2023 7:34 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[WARNING: External Email]**

Scott,

We haven't mischaracterized anything about Plaintiffs' false promises to facilitate discovery from PIF.  I have checked the transcript, and Judge van Keulen apparently did too when she block quoted those exact representations in her order compelling discovery from PIF and Mr. Al-Rumayyan.  *See* Dkt. 265 at 6.  Your assertion that we have received "pertinent documents from the PIF and Mr. Al-Rumayyan" is patently false.  PIF and Mr. Al-Rumayyan have produced exactly *zero* documents, and apparently they have not even begun collecting or reviewing documents that they have been ordered to produce.

Your claim that your firm does "not represent PIF and Mr. Al-Rumayyan in their defense of the TOUR's discovery efforts" also is false.  Gibson Dunn is listed on PIF and Mr. Al-Rumayyan's responses and objections to the TOUR's subpoenas as "Attorneys for Non-Party Public Investment Fund of the Kingdom of Saudi Arabia" and "Attorneys for Non-Party His Excellency Yasir Al-Rumayyan."  In any event, this email chain also includes PIF and Mr. Al-Rumayyan's counsel from two

other law firms—Quinn Emanuel and White & Case—and nobody has responded to the questions in my March 1 and March 3 emails. Thus, we now assume that PIF and Mr. Al-Rumayyan do not intend to comply with the Court-ordered discovery; they have not begun document preservation, collection and review; and they will not comply with their discovery obligations even if Judge Freeman does not set aside Judge van Keulen's order. If we're wrong about any of that, please let us know and provide responses to our questions.

As for deposition scheduling, we will continue to work in good faith with you to develop an acceptable deposition schedule for both sides. To that end, we have requested earlier and additional dates for the TOUR witnesses you have asked us to prioritize, and we will provide you with those dates shortly. We are also collecting dates for the other witnesses in your email and will start providing them shortly. One of the challenges is that we don't know how long you intend to spend with each witness, so we've asked the witnesses to set aside full days, which limits their availability given their job responsibilities and other commitments. If you can provide us with an estimate of the time each witness should set aside for their deposition, that will likely help free up additional availability. While we will continue to work with you to find mutually agreeable dates for these depositions, we object to your improper deposition notices and subpoenas which are invalid for numerous reasons, including because you failed to meet and confer with us in advance about the dates you unilaterally selected. *See* N.D. Cal. L.R. 30-1 ("before noticing a deposition of a party or witness affiliated with a party, the noticing party must consult about the scheduling of the deposition with opposing counsel."); N.D. Cal. L.R. 1-5(n) ("mere sending of an electronic communication does not satisfy a requirement to 'meet and confer'") (cleaned up); *see also Russell v. Maman,* 2020 WL 5943844, at *4 & n.7 (N.D. Cal. Oct. 7, 2020) ("There is no legal precedent giving a party the right to demand discovery in a certain order," and a failure to "meet and confer about dates … before serving the deposition notice … may result in sanctions"); *Rockwell v. Air & Liquid Sys. Corp.*, 2021 WL 4459663, at *3 (C.D. Cal. July 3, 2021) (granting motion to quash "unilaterally noticed" deposition and ordering the parties "to *fully* meet and confer").

We disagree that there are any circumstances that would justify reopening the deposition of a TOUR witness. Unlike PIF and Mr. Al-Rumayyan, the TOUR has fully complied with its discovery obligations and nothing in your email provides a legitimate basis to reopen the deposition of any TOUR witness. Moreover, as your email recognizes, there are still numerous outstanding document production issues, including the parties' top off productions, text message productions, and other third party productions. If you insist on proceeding with the depositions of TOUR witnesses before those issues are resolved is your choice, but we will not present the TOUR's witnesses a second time based on any later-produced documents. Please confirm that LIV will not seek to reopen any depositions of TOUR witnesses based on the subsequent production of documents in response to issues that are currently outstanding.

Finally, LIV just served its Rule 30(b)(6) notice at 9 pm last Friday, March 3, identifying 85 separate topics for testimony. We are still preparing our responses and objections to LIV's notice, but it is apparent that a significant number of LIV's proposed topics are overbroad, irrelevant, or otherwise objectionable. We will need to meet and confer to try to resolve any disagreements about the notice in advance of the depositions, because the TOUR may designate some of the priority witnesses you have identified as 30(b)(6) witnesses and it would behoove both sides to have clarity on the topics before those depositions begin.

Thanks,
Nick

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Monday, March 6, 2023 8:54 AM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash'

<johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ
<RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>;
jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara
<CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[EXTERNAL]**

Nick,

   First, you persist in misrepresenting our position on this discovery, despite our repeatedly disabusing you.  We never said that PIF and Mr. Al-Rumayyan, as third-parties, would waive legitimate grounds to resist the Tour's discovery efforts.  We only said—well before you initiated this unwarranted discovery—that we would work to ensure you receive appropriate discovery.  Check the transcript before you rely on it.  We have more than done that, and you continue to refuse to acknowledge that you have received many thousands of pertinent documents from the PIF and Mr. Al-Rumayyan through the LIV, P54, and other productions.  We all know what's going on here—this is but one of countless efforts by the Tour to stymie Plaintiffs' pursuit of their claims at all costs.

   Second, beginning depositions in late April and May is unacceptable.  We're under a schedule that requires the parties complete fact depositions by May 26.  You've had our request for weeks.  Again, more stonewalling.  Therefore, you leave us with no choice but to notice these depositions for dates later this month.  We're happy to work with you around these dates, but we will not take these off the calendar unless we agree to alternative dates and we certainly will not defer until late April and May.  And, in light of your recalcitrance, please give us dates in April and May for the remainder of the individuals listed in my February 14, 2023 email.

   Third, we do not represent PIF or Mr. Al-Rumayyan in their defense of the Tour's discovery efforts or attempts to add them as counter-defendants in this lawsuit.  We also do not represent Phil Mickelson or Casey Wasserman. Mr. Falkoff is the sports agent of a client, but we do not represent him.  Ioris Francini and Floris Weisz agreed to provide documents to LIV to produce in the litigation. They are independent contractors who reside internationally.  LIV is willing to reach out to Mr. Francini and Mr. Weisz to try to secure their availability to provide deposition testimony.

   Finally, let us be clear about the circumstances that might justify reopening—beginning with the very circumstances you cite.  Thus far, your client has failed to produce documents it should've produced.  Your client has improperly claimed privileged over a vast number of non-privileged documents.  Your client has slow-played production of key documents.  Your client has refused to have its joint venturer (European Tour) cooperate with discovery.  Your client has refused to have its long-time partner (R&A) to cooperate with discovery.  We have every reason to believe that your failure will persist after deposition discovery ensues.  Thus, we reserve our rights for the very same reasons you reserve yours.  We both can cross this bridge if and when we get to it.

I enclose notices for the initial round of witnesses.

Thanks

**Scott Hvidt**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Friday, March 3, 2023 9:10 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[WARNING: External Email]

Scott,

Saying that the TOUR is "stonewalling discovery" doesn't make it true.  The TOUR has produced documents, is engaging in good faith with you about deposition scheduling, and has met all of its discovery obligations.  In stark contrast, Plaintiffs promised more than six months ago to move heaven and earth to cooperate with discovery from PIF and Mr. Al-Rumayyan, only to reverse course and attempt to block the TOUR's access to this critical discovery.  As Judge Freeman has already noted, the record is clear about which side has erected "an enormous wall of opposition" to providing discovery in this case—and it's not the TOUR.

That "enormous wall of opposition" also apparently extends to providing answers to our questions below about whether PIF and Mr. Al-Rumayyan intend to comply with the Court-ordered discovery; whether they have even begun document preservation, collection and review; and whether they will comply if Judge Freeman does not set aside Judge van Keulen's order.  There were already 14 lawyers on this email chain that represent PIF and Mr. Al-Rumayyan, but I've now added the White & Case lawyers to chain, so we're up to 19.  In the absence of a response, we will conclude that the answer to each of these questions is "No."

Your email below says that you are working to provide us deposition availability for the "for the individuals that we represent."  Please identify by COB Monday the individuals on our list who you claim not to represent and let us know who we should contact to schedule their depositions.

We have provided below availability for Pazder, Oliver, C. Burgess, K. Burgess, Pascal, and Marburger:

Andy Pazder – April 25
Brian Oliver – May 9
Chad Burgess – April 27
Kirsten Burgess – April 20
Thierry Pascal – May 2
Phil Marburger – May 5

Please note that we do not intend to present these witnesses a second time, and unlike our correspondence, your email does not identify any "circumstances" that would allow for the reopening of these depositions.

Thanks,
Nick

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Thursday, March 2, 2023 10:45 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

---

Counsel –

The Court rejected the Tour's continued stonewalling discovery of Plaintiffs' antitrust claims, specifically by attempting to make discovery of Plaintiffs' claims contingent on the Tour's discovery efforts of PIF and Mr. Al-Rumayyan. As you will recall, the Court said, "It's not persuasive to me that you [The Tour] are waiting for the testimony of Al-Rumayyan before you can conclude the other testimony." Feb. 24, 2023 Hr'g Tr. at 30:17-19. Thus, Judge Freeman has expressly indicated that depositions should proceed irrespective of PIF and Mr. Al-Rumayyan. Further, please include in your inquiries of discovery of PIF and Mr. Al-Rumayyan their additional counsel White & Case.

We will provide you with a copy of the Fed. R. Civ. P. 30(b)(6) notice of the Tour tomorrow.

On February 14, 2023, we had asked the Tour for the availability of those seven witnesses by February 21st. The Tour refused to answer. On February 24, 2023, we had asked that the Tour provide the availability of those seven witnesses by March 1st. The Tour's response that it is "working on obtaining deposition availability" is hardly responsive and indicates the Tour failed to inquire as to the availability of those witnesses. Please provide the dates they available in March by no later than tomorrow, March 3, 2023.

We appreciate the Tour is reserving rights to reopen. Likewise, Plaintiffs reserve all rights in this regard based on the circumstances.

We are working on obtaining deposition availability for the individuals that we represent identified in your email below.  We will be back to you with their available dates.

Thank you

**Scott Hvidt**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Wednesday, March 1, 2023 7:04 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[WARNING: External Email]**

Scott,

Consistent with Judge Freeman's guidance at the last CMC, the PGA TOUR will continue to fully comply with its discovery obligations and is willing to discuss deposition scheduling with you in good faith.

We are working on obtaining deposition availability for the individuals identified in your email below, focusing first on your seven priority individuals—Andy Pazder, Brian Oliver, Thierry Pascal, Phil Marburger, Kirsten Burgess, Chad Burgess, and Mark Flaherty.  We will be back to you shortly with their available dates.  Additionally, we would encourage Plaintiffs to promptly serve their 30(b)(6) deposition notice, so the TOUR can identify and designate appropriate knowledgeable witnesses, and meet and confer with you to resolve any differences regarding the scope of the topics, in advance of the depositions.  We will promptly serve our 30(b)(6) notice for LIV, so we can undertake the same exercise for LIV's witnesses.

Please be advised that we will only make TOUR witnesses available for deposition once.  Accordingly, should you choose to proceed with depositions of TOUR witnesses without the participation of PIF and Mr. Al-Rumayyan, or before all of the documents have been produced (including the unresolved document top off), that is your choice; but we will not make the witnesses available again.

Your email ignored, however, Judge Freeman's guidance and our earlier questions with respect to the pending Court-ordered discovery from PIF and Mr. Al-Rumayyan.  As Judge Freeman made clear, Mr. Al-Rumayyan "is an integral participant in LIV's conduct," "is in up to his eyeballs in everything that LIV has done," and it's "ludicrous to suggest otherwise." Feb. 24, 2023 Hr'g Tr. at 15, 18. Simply put, Mr. Al-Rumayyan "is not going to be extracted from the case."

*Id.* at 18. Despite these inescapable facts, and notwithstanding your firm's prior commitment to facilitate this essential discovery, PIF and Mr. Al-Rumayyan have now erected "an enormous wall of opposition." *Id.* at 20. That "wall of opposition" continues to significantly prejudice the TOUR and has jeopardized the entire case schedule. *See id.* at 23 (noting that if there is an appeal to the Ninth Circuit, "there would be no trial date"). And, if Judge Freeman upholds Judge van Keulen's discovery order, "there will be a most expedited discovery schedule imposed" on PIF and Mr. Al-Rumayyan, ordering compliance "within days of a conclusion." *Id.* at 29.

Accordingly, the questions in my email of February 17—to which you never responded—stand.  Specifically, please let us know no later than COB March 2:

1. Will PIF and Mr. Al-Rumayyan produce all documents responsive to the Court's February 9 Order (Dkt. 265) by electronic means no later than March 17, or are they refusing to comply?

2. Will PIF and Mr. Al-Rumayyan appear for deposition in New York on a mutually agreeable date before May 26, 2023, or are they refusing to comply?

3. Have PIF and Mr. Al-Rumayyan collected and reviewed responsive documents?  What is the status of their collection and review?  Are they prepared to produce responsive documents "within days" of an order by Judge Freeman?

4. If Judge Freeman does not set aside the February 9 Order, will PIF and Mr. Al-Rumayyan produce all documents no later than March 30, and sit for deposition by May 26, or will they refuse to comply and pursue an appeal to the Ninth Circuit?

Finally, please provide us with the availability for the individuals listed below, starting with the individuals listed in bold the weeks of April 10 and April 17.  Consistent with the Court's guidance at the February 24 CMC, should these depositions proceed before PIF and Mr. Al-Rumayyan provide discovery responsive to the Court's order, we will hold open each witness's deposition and reserve the right to re-open the deposition based on any discovery we later receive from PIF and Mr. Al-Rumayyan. *See* Feb. 24, 2023 Hr'g Tr. at 34 (Plaintiffs' witnesses "will be compelled to attend a further deposition if it's based upon the delay in producing the PIF documents.").

1. The Public Investment Fund of the Kingdom of Saudi Arabia
2. Yasir Al-Rumayyan
3. Greg Norman
4. Majed Al-Sorour
5. Atul Khosla
6. **Ron Cross**
7. **Kerri Edwards**
8. Sean Bratches
9. Will Staeger
10. Kerry Taylor
11. Tim Taylor
12. Monica Fee
13. Ioris Francini
14. Floris Weisz
15. Matt Goodman
16. Jonathan Grella
17. Jed Moore
18. Gary Davidson
19. Richard Marsh
20. **Matt Jones**
21. **Bryson DeChambeau**
22. **Peter Uihlein**

23. **Talor Gooch**
24. Phil Mickelson
25. Brett Falkoff
26. Casey Wasserman

Thanks,
Nick

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Friday, February 24, 2023 3:04 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

Counsel –

During the Case Management Conference today, the Court rejected the Tour's position that it need not engage in deposition discovery while the non-party discovery dispute over the Tour's subpoena of the Public Investment Fund and Yasir Al-Rumayyan remains pending.  That Court further explained that we should have a deposition schedule set when we next appear.

Consistent with that guidance, Plaintiffs follow up on our original request below:  by March 1, 2023, we ask that the Tour provide Plaintiffs with the availability of the individuals listed in bold in the second half of March 2023.  Plaintiffs propose that all parties commit to send availability for all requested party witnesses by March 6, 2023.   We can then exchange proposed timing for our respective lists on March 10, 2023, meet and confer on March 13th or 14th, and work to have a final list of dates for at least the first 30 depositions well in advance of our CMC statement preparation.

Thank you

**Scott Hvidt**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Friday, February 17, 2023 6:33 PM
**To:** Hvidt, Scott K. <SHvidt@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[WARNING: External Email]**
Counsel—

In order for the TOUR to be able to schedule and take depositions in this case, we must receive critical discovery from LIV's owner and sole funder, the Public Investment Fund, and its Governor Mr. Al-Rumayyan that has been outstanding for six months.  Please confirm that PIF and Mr. Al-Rumayyan will produce all documents responsive to the Court's February 9 Order (Dkt. 265) by electronic means no later than March 17, 2023.  Please also confirm that a PIF 30(b)(6) witness and Mr. Al-Rumayyan will appear for deposition in New York on a mutually agreeable date before May 26, 2023.  We look forward to your prompt response.

Thanks,
Nick

---

**From:** Hvidt, Scott K. <SHvidt@gibsondunn.com>
**Sent:** Tuesday, February 14, 2023 3:13 PM
**To:** DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>
**Subject:** Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[EXTERNAL]**

Counsel –

Plaintiffs propose that the parties exchange lists of party representatives that the parties wish to depose this spring to begin laying out a deposition schedule in advance of the deposition cut-off date.

Today, the Plaintiffs notify the Tour of the Tour representatives that they intend to depose at this time, although Plaintiffs reserve the right to expand or contract the list.  Plaintiffs include in the list the individuals the Tour's counsel represents individually.

Plaintiffs respectfully request that, by February 21, 2023, the Tour provide Plaintiffs with the availability of the individuals listed in bold in the second half of March 2023.  Plaintiffs propose that all parties commit to send availability for all requested party witnesses by February 23, 2023.   We can then exchange proposed timing for our respective lists on February 28, 2023, meet and confer on March 1st or 2nd, and work to have a final list of dates for at least the first 20 depositions by March 6, 2023.

Reserving all rights, Plaintiffs provide the Tour notice that they intend to take the depositions of the following individuals:

1. Jay Monahan
2. Ron Price
3. Allison Keller
4. Rick Anderson
5. **Andy Pazder**
6. **Brian Oliver**
7. **Thierry Pascal**
8. Huw Ap Simon
9. Christian Hardy
10. Tyler Dennis
11. Ross Berlin
12. **Phil Marburger**
13. **Kristen Burgess**
14. Andy Levinson
15. Laura Neal
16. Billy Schroder
17. Ty Votaw
18. **Chad Burgess**
19. Matt Rapp
20. Karen Davidson
21. Gordon Strickland
22. Ed Herlihy
23. Randall Stephenson

24. **Mark Flaherty**

25. Tim Finchem

26. Mary Meeker

27. Victor Ganzi

28. Jimmy Dunne

**Scott Hvidt**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100, Dallas, TX 75201
Tel +1 214.698.3317 • Cell +1 650.823.5809
SHvidt@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.