QUINN EMANUEL URQUHART &
  SULLIVAN LLP
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

SCOTT K. HVIDT, *pro hace vice*
shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

*Attorneys for Plaintiffs LIV Golf, Inc.,
  Matt Jones, and Bryson DeChambeau*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant and Counter-Plaintiff,<br><br>v.<br><br>LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**DECLARATION OF DOMINIC SURPRENANT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO PGA TOUR, INC.'S ALTERNATIVE CROSS-MOTION FOR STAY OF DISCOVERY**<br><br>Judge:          Hon. Beth Labson Freeman<br><br>Date Filed:   August 3, 2022<br><br>Trial Date:    January 8, 2024 |

**REDACTED VERSION**

Case No. 5:22-cv-04486-BLF
DECLARATION OF DOMINIC SURPRENANT ISO OPP. TO
ALTERNATIVE CROSS-MOTION FOR STAY OF DISCOVERY

1   I, Dominic Surprenant, declare that:

2   1.   I am an attorney, duly licensed to practice law in California, and special counsel

3   with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for LIV Golf, Inc.

4   ("LIV"), Matt Jones, Bryson DeChambeau, and Peter Uihlein ("Plaintiffs"). I submit this

5   declaration in support of Plaintiffs' Opposition to PGA Tour, Inc.'s (the "Tour") Alternative

6   Cross-Motion for Stay of Discovery. I have personal knowledge of the facts stated herein and, if

7   called as a witness, I could and would testify competently as to them under oath.

8   2.   Plaintiffs' Deposition Exhibit 43 (a true and correct copy of which is attached as

9   Exhibit A) shows that the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11  3.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Plaintiffs' Deposition Exhibit 112 at 2 (a true and correct copy of

15  which is attached as Exhibit B, with highlighting added).

16  4.   Laura Neal Schroder, Executive Vice President, Brand Communication at the Tour,

17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Plaintiffs' Deposition Exhibit 113 (a true and correct copy of which is

19  attached as Exhibit C, with highlighting added).

20  5.   Allison Keller, the Tour's Chief Administrative Officer, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22  ▮▮▮  *See* Plaintiffs' Deposition Exhibit 50 (a true and correct copy of which is attached as

23  Exhibit D, with highlighting added). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

26  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  *Id.* at 62.

27  6.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

28  ▮▮▮▮  *See, e.g.,* Soni Dep. Tr. 19:10-18 (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1   █████████████████████████████████████████████████████████████████
2   ██████████) (a true and correct copy of which is attached as Exhibit E, with highlighting
3   added).
4       7.    Tour's litigation counsel, Skadden, ███████████████████████████████████
5   ████████████████████████████████████████████████████████████████
6   ██████████████████████████████████████████
7       8.    A true and correct copy of a letter by Brendan Sepulveda of the U.S. Department of
8   Justice Antitrust Division to the Tour's counsel on December 1, 2022 is attached as Exhibit F.
9       9.    Clout has produced 20,656 pages of documents in response to a third-party
10  subpoena.  After careful review, Quinn Emanuel did not identify any Signal messages in Clout's
11  production.  Counsel for Clout has confirmed that its production contains no Signal messages.
12      10.    Ms. Schroder testified at her May 2, 2023 deposition that s████████████
13  ████████████████████████████████████████████████████████████████
14  ██████████ Schroder [Rough] Dep. Tr. at 78:11-17 (a true and correct copy of which is
15  attached as Exhibit G, with highlighting added).
16      11.    Ms. Schroder also testified that ████████████████████████████████
17  ████████████████████████████████████████████████ Exh. G, Schroder
18  [Rough] Dep. Tr. at 71:18-24. ██████████████████████████████████████
19  ████████████████████████████████████████████████████████████████
20  █████ Id. at 10:9-15.
21      12.    At Ms. Schroder's deposition, the undersigned asked counsel for the witness and
22  the Tour if "t█████████████████████████████████████████████." Counsel for
23  the Tour answered: "I█████████████████████████████████████████████
24  ████████████████████████████████████████████████████████████████
25  █████████████ Exh. G, Schroder [Rough] Dep. Tr. at 80:17-23 (emphasis added).
26      13.    The only Signal thread that Plaintiffs have been able to identify in the Tour's
27  productions is a one-on-one conversation between Ms. Keller and former Clout President David
28  Polyansky.  Ms. Schroder testified, however, that s████████████████████████

1  ▮

2  ▮. Exh.

3  G, Schroder [Rough] Dep. Tr. at 73:3-5; 88:8-24.  After a thorough review of the Tour's

4  productions, Plaintiffs have been unable to identify any of these Signal communications.

5  14. ▮

6  ▮

7  ▮ Clout_05_019959 (a true and correct copy of which

8  is attached as Exhibit H).

9  15. ▮

10 ▮

11 ▮

12 ▮

13 ▮ (a true and correct copy of which is attached as Exhibit I).

14 16. ▮

15 ▮

16 ▮ (a true and correct copy of which is attached as Exhibit J).

17 17. ▮ (a true

18 and correct copy of which is attached as Exhibit K). ▮

19 ▮

20 ▮

21 ▮

22 ▮ *Id.* (emphasis added).

23 18. ▮

24 ▮ (a true and correct copy

25 of which is attached as Exhibit L). ▮

26 ▮

27 ▮

28

-3-  Case No. 5:22-cv-04486-BLF
DECLARATION OF DOMINIC SURPRENANT ISO OPP. TO
ALTERNATIVE CROSS-MOTION FOR STAY OF DISCOVERY

19. [REDACTED] (a true and correct copy of which is attached as Exhibit M, with highlighting added). [REDACTED]

20. Mr. Soni testified [REDACTED] Exh. E, Soni Dep. Tr. at 7:18-21, [REDACTED] Exh. E, Soni Dep. Tr. at 8:22-9:9; 17:20-18:11. [REDACTED] (true and correct copies of which are attached as Exhibit N, with highlighting added).

21. Mr. Soni testified [REDACTED] Exh. E, Soni Dep. Tr. at 8:10-19. [REDACTED] *Id.* at 7:22-24.

22. [REDACTED] *Id.* at 8:22-9:14.

23. Attached as Exhibit O is a true and correct copy of an excerpt of the final transcript of the deposition of Philip Marburger, dated April 5, 2023.

24. Attached as Exhibit P is a true and copy of an excerpt of the rough transcript of the deposition of Ross Berlin, dated April 25, 2023.

25. Attached as Exhibit Q is a true and correct copy of an excerpt of the final transcript of the deposition of Thierry Pascal, dated April 11, 2023.

26. Attached as Exhibit R is a true and correct copy of a document the Tour produced Bates stamped PGA_TOUR0012392.

27. Attached as Exhibit S is a true and correct copy of an email from Nicholas Green to Plaintiffs' counsel dated April 28, 2023.

28. Attached as Exhibit T is the Tour's Amended Notice of Deposition to Plaintiff and Counter-Defendant LIV Golf Inc. Pursuant to Fed. R. Civ. P. 30(b)(6).

29. Attached as Exhibit U is a true and correct copy of a document the Tour produced Bates stamped PGA_TOUR0548027.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 4, 2023.

_____
Dominic Surprenant