| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>ROD J. STONE, SBN 145405<br>  rstone@gibsondunn.com<br>AUSTIN V. SCHWING, SBN 211696<br>  aschwing@gibsondunn.com<br>LAUREN D. DANSEY, SBN 311886<br>  ldansey@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>RUSSELL H. FALCONER, *pro hac vice*<br>  rfalconer@gibsondunn.com<br>SCOTT K. HVIDT, *pro hac vice*<br>  shvidt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100<br><br>JOSHUA LIPTON, *pro hac vice*<br>  jlipton@gibsondunn.com<br>KRISTEN C. LIMARZI, *pro hac vice*<br>  klimarzi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500 | ROBERT C. WALTERS, *pro hac vice*<br>  rob@rcwalterspc.com<br>ROBERT C. WALTERS, PC<br>2001 Ross Avenue<br>Dallas, Texas 75201-2911<br>Telephone: 214.727.2466<br><br>JOHN B. QUINN, SBN 90378<br>  johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>  dominicsurprenant@quinnemanuel.com<br>KEVIN TERUYA, SBN 235916<br>  kevinteruya@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>ROBERT P. FELDMAN, SBN 69602<br>  bobfeldman@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000 |

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PGA TOUR, INC.,<br><br>    Defendant and Counter-Plaintiff,<br><br>  v.<br><br>LIV GOLF INC.,<br><br>    Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF-SVK<br><br>**NOTICE OF APPEARANCE FOR ROD J. STONE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Rod J. Stone of Gibson, Dunn & Crutcher LLP hereby enters his appearance in the above-captioned matter as counsel of record for Plaintiffs Matt Jones, Bryson DeChambeau, and LIV Golf Inc. Copies of all pleadings and papers filed in this action should also be served on Mr. Stone as follows:

> ROD J. STONE, SBN 145405
> rstone@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: 213.229.7000

DATED: May 5, 2023     GIBSON, DUNN & CRUTCHER LLP

By: ____*/s/ Rod J. Stone*____
　　　Rod J. Stone

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, and LIV Golf Inc.*