United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>    Defendant. | Case No. 22-cv-04486-BLF<br><br>**ORDER STRIKING "JOINT STATEMENT REGARDING STIPULATION AND [PROPOSED[ ORDER REGARDING CASE SCHEDULE"**<br><br>[Re: ECF No. 425] |

The parties' "Joint Statement Regarding Stipulation and [Proposed] Order Regarding Case Schedule" (ECF No. 425) is hereby STRICKEN. The TOUR has provided its proposed deadlines as a number of days following the conclusion of the appeals filed by the Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan. The Court will review proposed deadlines only as dates certain. Accordingly, the parties may re-file their joint statement with the TOUR's proposed deadlines provided as dates certain.

**IT IS SO ORDERED.**

Dated: May 8, 2023

_____
BETH LABSON FREEMAN
United States District Judge