| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000 |

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant.<br><br>PGA TOUR, INC.,<br><br>Counter-claimant,<br><br>v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-defendants. | Case No. 5:22-CV-04486-BLF (SVK)<br><br>**DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT PGA TOUR, INC.'S REPLY RE: ALTERNATIVE MOTION TO STAY**<br><br>Date:            September 7, 2023<br>Time:           9:00 a.m.<br>Dept.:           3<br>Judge:         Hon. Beth Labson Freeman<br>Date Filed:  August 3, 2022<br><br>Trial Date:   May 17, 2024 |

I, Nicholas S. Goldberg, declare as follows:

1. I am a partner at Keker, Van Nest & Peters LLP, an attorney licensed to practice law in the State of California, and a member of the Bar of this Court. I make this declaration in support of Defendant and Counter-Claimant PGA TOUR, Inc.'s (the "TOUR") Reply in Support of the TOUR's alternative cross-motion to stay discovery. Except where otherwise stated, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could testify competently as to their truth.

2. On April 17, 2023, the TOUR and Plaintiffs exchanged proposed dates and locations for the depositions of their respective witnesses. Among other witnesses, Plaintiffs proposed dates for Sean Bratches (May 2, 9, or 11), Jed Moore (May 15, 16, 17), Atul Khosla (May 18 and 19), and Gary Davidson (May 22 and 23).

3. On April 20, 2023, I wrote to counsel for Plaintiffs to confirm Mr. Bratches's deposition for May 9, 2023, Mr. Moore's deposition for May 17, 2023, Mr. Davidson's deposition for May 2, 2023, and Mr. Khosla's deposition for May 19, 2023.

4. On April 24, 2023, counsel for Plaintiffs responded to my April 20 email and did not note any objection to the confirmed dates for Messrs. Moore, Davidson, and Khosla's depositions. Counsel indicated that Mr. Bratches was no longer available on May 9, 2023, but offered May 10, 2023 instead.

5. On April 28, 2023, counsel for Plaintiffs claimed to revoke the previously agreed-upon dates for the depositions of Messrs. Moore, Khosla, and Davidson and their offer of May 10, 2023 for Mr. Bratches's deposition. Plaintiffs' counsel instead provided dates in June for all four witnesses.

6. A true and correct copy of the correspondence described above is attached as **Exhibit 1.**

7. A true and correct copy of a summary chart setting forth third party subpoenas the TOUR has served in connection with this litigation, and the dates of service, is attached as **Exhibit 2.**

1
DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT PGA TOUR, INC.'S REPLY RE: ALTERNATIVE MOTION TO STAY
Case No. 5:22-CV-04486-BLF (SVK)

1944563.v1

8. **Exhibit 3** is a list of potential witnesses the TOUR currently believes it cannot fully prepare to depose without necessary discovery from the Public Investment Fund of the Kingdom of Saudi Arabia and its governor Yasir Othman Al-Rumayyan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 11, 2023, at San Francisco, California.

By: */s/ Nicholas S. Goldberg*
NICHOLAS S. GOLDBERG

2
DECLARATION OF NICHOLAS S. GOLDBERG IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT
PGA TOUR, INC.'S REPLY RE: ALTERNATIVE MOTION TO STAY
Case No. 5:22-CV-04486-BLF (SVK)
1944563.v1

**CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 5-1(i)(3), PGA TOUR, Inc.'s undersigned counsel, Elliot R. Peters hereby attests that Nicholas S. Goldberg has assented to the affixation of his signature to this Declaration and concurs in the filing of this document.

Dated:  May 11, 2023

By: */s/ Elliot R. Peters*
ELLIOT R. PETERS