# EXHIBIT 1

| | |
|---|---|
| **From:** | Nicholas S. Goldberg |
| **To:** | Dansey, Lauren; Kevin Teruya |
| **Cc:** | Victor T. Chiu; Hvidt, Scott K.; Brass, Rachel S.; DLPGAPRJ54@skadden.com; PGALIV; Walters, Robert C.; Lipton, Joshua; Limarzi, Kristen C.; Dominic Surprenant; Ryan Swindall; Olga Musayev; John Quinn; John Bash; Schwing, Austin; Falconer, Russ; Havlin, Kim; Lamm, Carolyn; Pham, Hansel; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle; Fitzgerald, Cara; D Tom |
| **Subject:** | RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions |
| **Date:** | Tuesday, May 2, 2023 3:38:04 PM |

Lauren,

Since Friday, Plaintiffs have purported to unilaterally postpone the depositions of *four* witnesses, all of which had been confirmed for weeks and were set to occur on or before the May 22 CMC.  It is obvious that Plaintiffs are attempting to avoid making their witnesses available for deposition until after the next CMC.  That is improper.  To avoid any further gamesmanship by Plaintiffs, we are confirming that we will go forward with the depositions of Mr. Uihlein and Ms. Edwards on May 16, as agreed upon and noticed.  Please confirm by COB today that Plaintiffs agree these depositions will go forward as noticed and that Plaintiffs are not going to seek to postpone these depositions as well.  I have separately corresponded with your colleague, Mr. Falconer, to confirm that we will proceed with Mr. Khosla's deposition on May 19, as agreed upon weeks ago and pursuant to our subpoena.

Your claim that Plaintiffs have provided dates for the witnesses the TOUR seeks is misleading at best.  Plaintiffs promised to offer additional dates for several of the witnesses I noted in my email during our April 18 meet and confer, and I memorialized that in my email of April 20.  Are Plaintiffs reneging on that promise?  As for Messrs. Marsh, Moore and Davidson, the evidence is overwhelming that they are acting as managing agents of LIV and, therefore, they are subject to deposition in San Francisco.  As a courtesy, we were willing to accommodate your request that we take their depositions in Florida.  If you are now also reneging on your commitment to make those witnesses available in the US, we will notice their depositions for San Francisco, and we can set a schedule to brief the matter before Judge van Keulen.  We hope that won't be necessary, and you will provide us with additional dates in the US.

In addition to Messrs. Marsh, Moore and Davidson, we are still waiting on availability or confirmation for the following witnesses on your side: Kerry Taylor, Greg Norman, Matt Goodman, and Majed Al-Sorour (awaiting confirmation of June 23 in London).  And we still have received zero cooperation in discovery from PIF and Mr. Al-Rumayyan.

We are working on gathering availability for Mr. Monahan, Mr. Herlihy, and Mr. Finchem, and will be back to you shortly with dates.

Thanks,
Nick

---

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Tuesday, May 2, 2023 12:03 PM

**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Kevin Teruya
<kevinteruya@quinnemanuel.com>
**Cc:** Victor T. Chiu <VChiu@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S.
<RBrass@gibsondunn.com>; DLPGAPRJ54@skadden; PGALIV <PGALIV@keker.com>; Walters,
Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi,
Kristen C. <KLimarzi@gibsondunn.com>; Dominic Surprenant
<dominicsurprenant@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>;
Olga Musayev <olgamusayev@quinnemanuel.com>; John Quinn <johnquinn@quinnemanuel.com>;
John Bash <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>;
Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm,
Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>;
jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>;
Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[EXTERNAL]**

Counsel –

Since April 7, you have not offered any dates for the most critical Tour witnesses.  Now, you are
unilaterally pulling down dates for other witnesses that Plaintiffs had confirmed worked for them.
The Court set the deadline for June 30.  July depositions are a matter of last resort, not the time to
set depositions on the first of May when the witnesses can be available in May or June.

Contrary to your email below, after April 7 we provided dates for the individuals listed below (with
the exception of Mr. Goodman, whose subpoena the Tour has not yet met and conferred about).
The Tour, on the other hand, has rejected the dates provided for Ms. Taylor and Messrs. Norman,
Marsh, Moore and Davidson.  We're confirming regarding Mr. Al-Sorour.  Messrs. Marsh, Moore and
Davidson are being offered in London the week of June 19, when the parties have agreed to take
depositions in London.  They are  foreign non-party contractors.  They are not being offered for
deposition in the US. They are being offered at a time and place convenient for them and counsel for
both parties (London, when all will be there).  Plaintiffs believe that the Tour with two well-
resourced firms can complete the proposed London depositions, most of which are proposed to be
under 3 hours, within one week.

As for Ms. Burgess, the 9:30 AM ET start time is noted.  We will proceed under the existing notices
for her deposition and agree to start at 9:30 AM ET.

Thanks.

**Lauren Dansey**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442

LDansey@gibsondunn.com • www.gibsondunn.com

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Monday, May 1, 2023 5:19 PM
**To:** Dansey, Lauren <LDansey@gibsondunn.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>
**Cc:** Victor T. Chiu <VChiu@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; John Quinn <johnquinn@quinnemanuel.com>; John Bash <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[WARNING: External Email]

Hi Lauren,

We will take Mr. Bratches deposition on June 8.  The parties already have six depositions scheduled in London the week of June 19, so it's not clear that we can add Moore and Davidson to the calendar that week.  Please provide additional available dates for Moore and Davidson in the United States.

Dennis, Dunne, and Oliver are no longer available on May 11, May 16, and May 19, respectively. Dunne is available on June 30 in Southampton, Long Island; Oliver is available on July 26 in Ponte Vedra; and Dennis is available on July 27 in Ponte Vedra.

On April 20, I provided dates for Anderson, van Doehren and Gore.  To the extent you are seeking earlier dates for those witnesses, please note that the deposition calendar is already jammed and the Court contemplated that some depositions may extend into July.  *See* April 7, 2024 Hr'g Tr. at 46:25-47:3. Mark Flaherty is available on June 6 in Newport, RI.  We are still working on gathering availability for Monahan, Finchem, and Herlihy.  Ms. Meeker is dealing with an acute health issue and is unable to sit for deposition at this time.

We are still awaiting availability or confirmation for the following seven witnesses on your side: Kerry Taylor, Greg Norman, Matt Goodman, Richard Marsh (US dates), Jed Moore (US dates), Gary Davidson (US dates), Majed Al-Sorour (awaiting confirmation of June 23 in London).

We have attached amended deposition notices for Kerri Edwards and Peter Uihlein, and amended deposition subpoena for Atul Khosla with the agreed upon dates and locations.

We are in receipt of Plaintiffs' amended deposition notice for Kirsten Burgess, in which Plaintiffs set the start time on May 4 at 8:30 am.  Ms. Burgess has family commitments in the morning and is

unable to start until 9:30 am.

Finally, we still have not received any cooperation in discovery from PIF and Al-Rumayyan, even though discovery as to them is not stayed.  The TOUR continues to be deeply and irreparably prejudiced by their ongoing refusal to participate in discovery.  The TOUR continues to reserve all rights.

Thanks,
Nick

---

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Friday, April 28, 2023 12:46 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>
**Cc:** Victor T. Chiu <VChiu@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; John Quinn <johnquinn@quinnemanuel.com>; John Bash <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

Counsel,

Mr. Bratches is no longer available on May 10.  Please confirm if you intend to take his deposition on June 6, 7 or 8.  Please also promptly provide dates where Messrs. Monahan, Finchem, Herlihy, Flaherty, Anderson, van Doehren, Gore and Ms. Meeker are available to sit for their deposition.

Further, Messrs. Moore and Davidson are not available on May 17 and 22, respectively.  Messrs. Moore, Davidson and Marsh are available for deposition in London on June 22 and 23 when the parties have planned to be in London for depositions.

Thanks.

**Lauren Dansey**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Monday, April 24, 2023 8:39 AM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>
**Cc:** Victor T. Chiu <VChiu@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; John Quinn <johnquinn@quinnemanuel.com>; John Bash <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

Nick,

Thanks for your email. Please see below for our comments. Further, please provide dates where Messrs. Monahan, Finchem, Herlihy and Ms. Meeker are available to sit for their deposition. These dates should comport with the Court's direction for the parties to complete depositions by the end of June.

**Lauren Dansey**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

**From:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Sent:** Thursday, April 20, 2023 5:10 PM
**To:** Dansey, Lauren <LDansey@gibsondunn.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>
**Cc:** Victor T. Chiu <VChiu@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; John Quinn <johnquinn@quinnemanuel.com>;

John Bash <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>;
Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm,
Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>;
jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>;
Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[WARNING: External Email]**

Lauren,

Thank you for meeting and conferring on Tuesday regarding the deposition schedule.  Please find
below charts reflecting what we understand to be the updated dates and locations for each side's
witnesses.

To respond to your questions:

1. We will proceed with Mr. Bratches deposition on May 9.  Please confirm that Defendant
   agrees to depose Mr. Bratches only once and will not seek to further depose Mr. Bratches
   based on documents produced after May 2.  As explained in my email below, the production
   of Mr. Bratches documents will not be complete by May 2.  Further, Mr. Bratches is no longer
   available on May 9.  He is available on May 10 or June 6-8.

2. We will proceed with the depositions of Mr. DeChambeau and Mr. Jones on June 7 and 8,
   respectively, in San Francisco.  Understood.

3. We can take Mr. Cross's deposition on June 13 in San Francisco.  Thank you.

In addition, please note the following:

1. The amended deposition notice for Mr. Burgess has an incorrect location.  I informed Mr.
   Surprenant this morning that Orr Cook is now available to host Mr. Burgess's deposition on
   the April 26.  Please confirm that Mr. Burgess's deposition will go forward at Orr Cook, not the
   Regus location identified in the amended notice.  Please see the attached revised notice.

2. Per your request, we inquired whether Mr. Flaherty is available on alternative dates in early
   May.  Unfortunately, the only date that works for Mr. Flaherty and the TOUR's counsel in
   early May is May 2.  Please let us know if you would like to proceed on that date, or if we
   should request additional availability in late May or June.  Please provide additional dates.

3. We had our wires crossed on Mr. Oliver's availability.  He is not available on May 9 because he
   will be picking up his child from college.  He is available on May 19.  Please confirm that date
   is acceptable.  We are confirming whether that date works and will revert.

4. Per your request, we have identified an additional availability for Mr. Pazder.  He is available
   on June 1, but to accommodate attorney coverage on our end, we'll need to move Mr.
   Levinson to June 2.  We are confirming whether that date works for us and will revert.

5. For Votaw and Dennis on May 11, we propose Mr. Dennis's deposition in the morning,

followed by Mr. Votaw's in the afternoon.  We note that you estimated 2-4 hours for Mr. Dennis's deposition and 1-2 hours for Mr. Votaw's.  We are confirming and will revert.

6. For Mr. Strickland's deposition on June 6, please note that he is unavailable in the morning. Please notice the start time no earlier than 12:30 pm.  We note that you estimated 1-2 hours for his deposition.  We are confirming and will revert.

7. Per your request, we have confirmed that Mr. Simon is available on June 19 in London.  We are confirming and will revert.

8. Per your request, we have identified an additional available date for Mr. Anderson.  He is available on July 11 in Ponte Vedra.  Please provide dates for Mr. Anderson that comport with the Court's direction to complete depositions by the end of June.

9. Per your request, we have identified available dates for Joel Schuchmann, Brendan van Doehren, and Jason Gore.  Schuchmann is available on June 27; van Doehren is available on July 14; and Gore is available on July 17.  Please let us know how long you estimate each of these depos will last.  Please provide dates for Mr. van Doehren and Mr. Gore that comport with the Court's direction to complete depositions by the end of June.

10. We propose to depose Ioris Francini, Floris Weisz, and Majed Al-Sorour on June 20, 21, and 23, respectively, in London.  The dates for Messrs. Francini and Weisz work.  We will confirm if Mr. Al-Sorour is available.

11. We are willing to accommodate Plaintiffs' preferred deposition locations for Kerri Edwards on Monica Fee—May 16 in Palm Beach for Ms. Edwards, and June 2 in NYC for Ms. Fee.  Thank you.

12. We understand that Plaintiffs will provide additional dates for Kerry Taylor, Greg Norman, and additional US dates for Richard Marsh.  We will revert with additional dates.

13. Please provide available dates for Matt Goodman—we have served Mr. Goodman with a subpoena and understand that Gibson Dunn represents him.  We will revert with dates.

14. Even though the Court-ordered discovery as to PIF and Mr. Al-Rumayyan is not stayed, their counsel at White & Case failed to show up for our meet and confer and PIF and Mr. Al-Rumayyan have refused to: (1) confirm that they have preserved, collected, or reviewed documents; (2) provide any date for completion of their document productions; or (3) provide any dates for their depositions.  The TOUR has already been deeply and irreparably prejudiced by their ongoing refusal to participate in discovery, and the TOUR continues to reserve all rights.

**TOUR Witnesses**

| Individual | Deposition Date | Deposition Location |
|---|---|---|
| Thierry Pascal | Completed | London |
| Phil Marburger | Completed | Ponte Vedra, FL |
| Ross Berlin | April 25 | Ponte Vedra, FL |
| Chad Burgess | April 26 (9:30) | Ponte Vedra, FL |
| Mark Flaherty | May 2 [please provide additional dates] | Palm Beach, FL |
| Laura Neal | May 2 | Ponte Vedra, FL |
| Kirsten Burgess | May 4 (9-5) | Ponte Vedra, FL |
| Tyler Dennis | May 11 | Ponte Vedra, FL |
| Ty Votaw | May 11 | Ponte Vedra, FL |
| Jimmy Dunne | May 16 | Palm Beach, FL |
| Randall Stephenson | May 17 | Dallas, TX |
| Brian Oliver | May 19 [we are confirming if this date works] | Ponte Vedra, FL |
| Billy Schroder | May 23 | Ponte Vedra, FL |
| Karen Davidson | May 31 | Ponte Vedra, FL |
| Andy Pazder | June 1 [we are confirming if this date works] | Ponte Vedra, FL |
| Andy Levinson | June 2 [we are confirming if this date works] | Ponte Vedra, FL |
| Gordon Strickland | June 6 (PM only) | Ponte Vedra, FL |
| Matt Rapp | June 7 | Ponte Vedra, FL |
| Allison Keller | June 15 (9-3) | Ponte Vedra, FL |
| Christian Hardy | June 16 (9-5) | Ponte Vedra, FL |
| Huw Ap Simon | June 19 | London |
| Victor Ganzi | June 23 | New York, NY |
| Joel Schuchmann | June 27 [we are confirming if this date works] | Ponte Vedra, FL |
| Ron Price | June 30 (9-5) | Ponte Vedra, FL |
| Rick Anderson | July 11 [we are confirming if this date works] | Ponte Vedra, FL |
| Brendan von Doehren | July 14 [we are confirming if this date works] | Ponte Vedra, FL |
| Jason Gore | July 17 [we are confirming if this date works] | Ponte Vedra, FL |
| Jay Monahan | *Confirming availability* | Ponte Vedra, FL |
| Tim Finchem | *Confirming availability* | |
| Ed Herlihy | *Confirming availability* | |
| Mary Meeker | *Confirming availability* | |

**Plaintiffs' Witnesses**

| Individual | Deposition Date | Deposition Location |
|---|---|---|
| Jonathan Grella | May 8<br>(provided his documents are produced no later than May 1) [We do not represent Mr. Grella and cannot confirm the production] | Washington, DC |
| Sean Bratches | May 9<br>(provided his documents are produced no later than May 1) [We agreed 1 week prior, i.e., May 2.  But we have also informed you that we will not be able to produce all of his documents by May 2.  Mr. Bratches is also not available on May 9] | New York, NY |
| Peter Uihlein | May 16 | San Francisco, CA |
| Kerri Edwards | May 16 | Palm Beach, FL |
| Jed Moore | May 17 | Palm Beach, FL |
| Atul Khosla | May 19 | Tampa, FL |
| Gary Davidson | May 22 | Palm Beach, FL |
| Taylor Gooch | May 31 | Dallas, TX |
| Monica Fee | June 2 | New York, NY |
| Bryson DeChambeau | June 7 | San Francisco, CA |
| Matt Jones | June 8 | San Francisco, CA |
| Ron Cross | June 13 | San Francisco, CA |
| Matt Staeger | June 13 | San Francisco, CA |
| Ioris Francini | June 20 | London |
| Floris Weisz | June 21 | London |
| Majed Al-Sorour | June 23 [we are confirming if this date works] | London? |
| Tim Taylor | June 29 | Palm Beach |
| Kerry Taylor | *Waiting on additional dates* | |
| Greg Norman | *Waiting on additional dates* | |
| Richard Marsh | *Waiting on additional US dates* | |
| Matt Goodman | *Waiting on dates* | |
| Yasir Al-Rumayyan | *Refused to provide dates* | New York, NY |
| PIF 30(b)(6) | *Refused to provide dates* | New York, NY |

**From:** Dansey, Lauren <LDansey@gibsondunn.com>

**Sent:** Thursday, April 20, 2023 3:35 PM
**To:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Nicholas S. Goldberg
<NGoldberg@keker.com>
**Cc:** Victor T. Chiu <VChiu@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S.
<RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>; Walters,
Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi,
Kristen C. <KLimarzi@gibsondunn.com>; Dominic Surprenant
<dominicsurprenant@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>;
Olga Musayev <olgamusayev@quinnemanuel.com>; John Quinn <johnquinn@quinnemanuel.com>;
John Bash <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>;
Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm,
Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>;
jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>;
Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[EXTERNAL]**

Counsel,

We have a few further follow up items to our deposition scheduling call.  First, regarding Sean
Bratches' deposition, we are working to produce as many documents as possible by May 2.
However, due to Mr. Bratches' international travel schedule, a subset of Mr. Bratches' material will
not be produced until May 5 (at the earliest) due to an issue with the initial collection.  Given the
timing of the production of his materials, Mr. Bratches is alternatively available June 6-8 in New
York.

Second, can you please confirm that you are proceeding with Mr. DeChambeau's deposition on June
7 and Mr. Jones on June 8?

Third, we will be sending amended notices for the confirmed depositions; please find attached the
amended deposition notices for Ross Berlin and Chad Burgess.  Regarding Mr. Dunne, we will set the
deposition location at the Veritext offices in West Palm Beach unless there is an alternate location in
Palm Beach the parties can agree on.

Finally, can you please confirm you agree to the below dates, including proceeding with Mr. Cross's
deposition on June 13 instead of June 12?

**Lauren Dansey**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

**From:** Kevin Teruya <kevinteruya@quinnemanuel.com>
**Sent:** Tuesday, April 18, 2023 5:43 PM
**To:** Nicholas S. Goldberg <NGoldberg@keker.com>
**Cc:** Dansey, Lauren <LDansey@gibsondunn.com>; Victor T. Chiu <VChiu@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>; Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; Dominic Surprenant <dominicsurprenant@quinnemanuel.com>; Ryan Swindall <ryanswindall@quinnemanuel.com>; Olga Musayev <olgamusayev@quinnemanuel.com>; John Quinn <johnquinn@quinnemanuel.com>; John Bash <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** Re: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[WARNING: External Email]

Hi Nick,

In follow up to the discussion this morning, we write to let you know we want to take the depositions of the following individuals on the following dates (from the offered ones):

Karen Davidson – May 31
Andy Levinson – June 1
Gordon Strickland – June 6
Matt Rapp – June 7 (one of his preferred dates)

Re the deposition of Ron Cross, we understand you were open to taking on June 12 or June 13. Upon further review of the calendar, we would prefer June 13 over June 12. Could we proceed on June 13 instead of June 12?

Please let us know. Thank you.

Best,
Kevin


On Apr 17, 2023, at 5:06 PM, Nicholas S. Goldberg <NGoldberg@keker.com> wrote:


[EXTERNAL EMAIL from ngoldberg@keker.com]


Counsel—

Please find below updated availability for TOUR witnesses.

We believe that many, if not all, of the depositions in Ponte Vedra can be taken at the following location:

       ORR | COOK
       The Veranda Building
       818 A1A North, Suite 302
       Ponte Vedra Beach, FL 32082

Thanks,
Nick

| Individual | Deposition Dates | Deposition Location |
|---|---|---|
| Thierry Pascal | Completed | London |
| Phil Marburger | Completed | Ponte Vedra, FL |
| Ross Berlin | April 25 | Ponte Vedra, FL |
| Chad Burgess | April 26 (10:30-5:30) | Ponte Vedra, FL |
| Mark Flaherty | May 2 | Palm Beach, FL |
| Laura Neal | May 2 | Ponte Vedra, FL |
| Kirsten Burgess | May 4 (9-5) | Ponte Vedra, FL |
| Brian Oliver | May 9 (10-6) | Ponte Vedra, FL |
| Tyler Dennis | May 11 | Ponte Vedra, FL |
| Ty Votaw | May 11 | Ponte Vedra, FL |
| Jimmy Dunne | May 16 | Palm Beach, FL |
| Randall Stephenson | May 17 | Dallas, TX |
| Billy Schroder | May 23 | Ponte Vedra, FL |
| Allison Keller | June 15 (9-3) | Ponte Vedra, FL |
| Christian Hardy | June 16 (9-5) | Ponte Vedra, FL |
| Rick Anderson | June 20 (9-5) | Ponte Vedra, FL |
| Andy Pazder | June 22 (9-3) | Ponte Vedra, FL |
| Victor Ganzi | June 23 | New York, NY |
| Ron Price | June 30 (9-5) | Ponte Vedra, FL |
| Andy Levinson | June 1, June 2 | Ponte Vedra, FL |
| Matt Rapp | May 15, May 19, June 6, June 7 | Ponte Vedra, FL |
| Huw Ap Simon | May 17, June 8, June 9 | London |
| Gordon Strickland | May 24, May 30, June 6, June 9 | Ponte Vedra, FL |
| Karen Davidson | May 30, May 31, June 13, June 16 | Ponte Vedra, FL |
| Jay Monahan | *Confirming availability* | Ponte Vedra, FL |
| Tim Finchem | *Confirming availability* | |
| Ed Herlihy | *Confirming availability* | |
| Mary Meeker | *Confirming availability* | |

**From:** Dansey, Lauren <LDansey@gibsondunn.com>
**Sent:** Monday, April 17, 2023 5:00 PM
**To:** Victor T. Chiu <VChiu@keker.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; D Tom <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

[EXTERNAL]

Counsel,

As discussed during our conference on April 13, please find below witness deposition availability.  As previously explained, we have provided dates for Plaintiffs in San Francisco and additional alternate dates at locations more convenient for the Plaintiff witnesses.  For non-Plaintiff witnesses, such as former LIV employees, consultants and other third-party witnesses, we have provided dates at locations convenient for the witnesses.

| Tour Requested Deponent | Dates in San Francisco | Non-San Francisco Location & Dates |
| --- | --- | --- |
| Jonathan Grella | | April 26, 2023 (Washington D.C.) |
| Kerry Taylor | | April 27, 2023 (London) *Confirming additional dates* |
| Sean Bratches | | May 2, 2023 (New York) May 9, 2023 (New York) May 11, 2023 (New York) |
| Talor Gooch | | May 3, 2023 (Dallas) |

|  |  | May 31, 2023 (Dallas)<br>June 23, 2023 (Dallas) |
|---|---|---|
| Tim Taylor |  | May 18, 2023 (Palm Beach)<br>May 25, 2023 (DC)<br>June 8, 2023 (Palm Beach)<br>June 29, 2023 (Palm Beach) |
| Matt Jones | June 8–9, 2023 | May 5, 2023 (Phoenix) |
| Will Staeger | June 13–14, 2023 | Additional June dates available, if needed, in Santa Barbara |
| Richard Marsh |  | May 2–5, 2023 (London)<br>May 22–26, 2023 (Washington D.C.)<br>May 30–June 2, 2023 (London)<br>June 19–23, 2023 (London) |
| Greg Norman | June 20–22, 2023 | Additional dates available, if needed, in Palm Beach |
| Ioris Francini |  | June 20, 2023 (London)<br>June 22, 2023 (London) |
| Majed Al-Sorour |  | June 22–23, 2023 |
| Jed Moore |  | May 15–17, 2023 (Palm Beach) |
| Ron Cross | June 12-16, 2023 | Additional dates available, if needed, in Jacksonville |
| Monica Fee | June 27 – 29, 2023 | June 1–2, 2023 (New York)<br>June 13, 2023 (New York)<br>June 30, 2023 (New York) |
| Floris Weisz |  | June 20, 2023 (London)<br>June 22, 2023 (London) |
| Atul Khosla |  | May 18–19, 2023 (Tampa) |
| Gary Davidson |  | May 22, 2023 (Palm Beach)<br>May 23, 2023 (Palm Beach) |
| Bryson DeChambeau | May 3, 2023<br>May 31, 2023<br>June 7, 2023 | May 3, 2023 (Dallas)<br>May 30, 2023 (Dallas)<br>June 6, 2023 (Dallas) |
| Kerri Edwards | May 2–4, 2023<br>May 16-18, 2023<br>June 20–22, 2023 | May 1, 2023 (Tampa)<br>May 15, 2023 (Tampa)<br>June 19, 2023 (Tampa) |
| Peter Uihlein | May 16, 2023 | May 4, 2023 (Jupiter) |

| | | May 5, 2023 (Jupiter) |
|---|---|---|

**Lauren Dansey**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

**From:** Dansey, Lauren
**Sent:** Friday, April 14, 2023 8:21 AM
**To:** 'Victor T. Chiu' <VChiu@keker.com>; Nicholas S. Goldberg
<NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S.
<RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV
<PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua
<JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>;
'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya'
<kevinteruya@quinnemanuel.com>; 'Ryan Swindall'
<ryanswindall@quinnemanuel.com>; 'Olga Musayev'
<olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>;
'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin
<ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin,
Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham,
Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com;
Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara
<CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) -
Depositions

Counsel,

We write to memorialize our call yesterday.  Regarding the deposition schedule, we
agreed to mutually exchange deposition dates on Monday (4/17) around 5 p.m. PT.  As
Plaintiffs explained, we will provide dates for Plaintiffs in San Francisco and additional
alternate dates at locations more convenient for the witnesses.  For non-Plaintiff
witnesses, such as former LIV employees, consultants and other third-party witnesses,
we will provide dates at locations convenient for the witnesses.  We will send an invite
for Tuesday, April 18 at 11:30 a.m. PT to hold the time to discuss the deposition
schedule, but please confirm this time works for you.

Regarding the case schedule, Defendant represented it would revert with comments to

Plaintiffs' proposal.  Please confirm when you will provide these comments as we would like to promptly resolve any disputes with the Court as needed.

The parties did not discuss the discovery requests, but agreed to schedule a time to address the outstanding issues.  We will send in a separate email regarding certain of these requests.  Are you available for a discussion on Monday at 9 a.m. PT-10:30 a.m. PT or from 1 p.m. – 2 p.m. PT?

Finally, we are not available at the times on Monday, April 17 that you proposed below to discuss the 30(b)(6) topics.  Are you available on Tuesday from 2– 3 p.m. PT?

**Lauren Dansey**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8230 • Fax +1 415.374.8442
LDansey@gibsondunn.com • www.gibsondunn.com

---

**From:** Victor T. Chiu <VChiu@keker.com>
**Sent:** Thursday, April 13, 2023 2:35 PM
**To:** Dansey, Lauren <LDansey@gibsondunn.com>; Nicholas S. Goldberg <NGoldberg@keker.com>; Hvidt, Scott K. <SHvidt@gibsondunn.com>; Brass, Rachel S. <RBrass@gibsondunn.com>; DLPGAPRJ54@skadden.com; PGALIV <PGALIV@keker.com>
**Cc:** Walters, Robert C. <RWalters@gibsondunn.com>; Lipton, Joshua <JLipton@gibsondunn.com>; Limarzi, Kristen C. <KLimarzi@gibsondunn.com>; 'Dominic Surprenant' <dominicsurprenant@quinnemanuel.com>; 'Kevin Teruya' <kevinteruya@quinnemanuel.com>; 'Ryan Swindall' <ryanswindall@quinnemanuel.com>; 'Olga Musayev' <olgamusayev@quinnemanuel.com>; 'John Quinn' <johnquinn@quinnemanuel.com>; 'John Bash' <johnbash@quinnemanuel.com>; Schwing, Austin <ASchwing@gibsondunn.com>; Falconer, Russ <RFalconer@gibsondunn.com>; Havlin, Kim <kim.havlin@whitecase.com>; Lamm, Carolyn <clamm@whitecase.com>; Pham, Hansel <hpham@whitecase.com>; jpace@whitecase.com; hburke@whitecase.com; Kownacki, Nicolle <nkownacki@whitecase.com>; Fitzgerald, Cara <CFitzgerald@gibsondunn.com>; Tom, Daniel K. <DTom@gibsondunn.com>
**Subject:** RE: Jones et al v. PGA Tour, Inc. (5:22-cv-04486-BLF-SVK, N.D. Cal.) - Depositions

**[WARNING: External Email]**

Counsel:

Please let us know if you are available on Monday, April 17, to discuss the parties' respective Rule 30(b)(6) notices from 12:30 p.m. PT to 2:00 p.m. PT, or at 3:00 p.m. PT.