# Exhibit 2

*Jones, et al. v. PGA TOUR, Inc.*, No. 5:22-cv-04486-BLF (SVK)
Summary Chart of TOUR's Third Party Subpoenas

| **Subpoenaed Party** | **Date Served** | **General Subject Matter of Subpoena** |
|---|---|---|
| **M. Klein & Company** | November 17, 2022 | Documents and communications in possession of business and strategy consultant retained by PIF |
| **McKinsey & Company** | November 17, 2022 | Documents and communications in possession of business and strategy consultant retained by PIF |
| **Teneo Strategy, LLC** | November 29, 2022 | Documents and communications in possession of marketing and public relations consultant retained by PIF |
| **McKenna Advisors** | December 27, 2022 | Documents and communications in possession of public relations consultant retained by LIV, who communicated with PIF and vendors, sponsors, tournament venues, and charities |
| **Andrew McKenna** | April 5, 2023 | Documents and communications in possession of public relations consultant retained by LIV, who communicated with PIF and vendors, sponsors, tournament venues, and charities |
| **Hobart Hallaway & Quayle Ventures, LLC** | November 21, 2022 | Documents and communications in possession of lobbying firm retained by LIV |
| **Fleischer Communications** | December 21, 2022 | Documents and communications in possession of public relations consultant |

*Jones, et al. v. PGA TOUR, Inc.*, No. 5:22-cv-04486-BLF (SVK)
Summary Chart of TOUR's Third Party Subpoenas

| Subpoenaed Party | Date Served | General Subject Matter of Subpoena |
|---|---|---|
|  |  | retained by LIV |
| Ari Fleischer | December 21, 2022 | Documents and communications in possession of public relations consultant retained by LIV |
| Wieden & Kennedy UK, Ltd. | December 9, 2022 | Documents and communications in possession of marketing consultant retained by LIV |
| Brett Falkoff | April 18, 2023 | Communications between player-agent and PIF/LIV related entities |
| Casey Wasserman | April 28, 2022 | Communications between player-agent and PIF/LIV related entities |
| Frank Marzano | May 1, 2023 | Communications between player-agent and PIF/LIV related entities |
| Atul Khosla | February 6, 2023 | Former Chief Operating Officer of LIV |
| Jonathan Grella | February 2, 2023 | Performance54 officer |
| Sean Bratches | February 7, 2023 | Former Chief Commercial Officer of LIV |
| Fox Sports 1 | November 17, 2022 | Documents and communications in possession of broadcaster |
| The CW Network | February 6, 2023 | Documents and communications in possession of broadcaster |