# Exhibit 3

*Jones, et al. v. PGA TOUR, Inc.*, No. 5:22-cv-04486-BLF (SVK)
Identification of Witnesses Requiring Discovery from PIF and Mr. Al-Rumayyan

  The Chart below includes the witnesses, presently known to the TOUR, who the TOUR may seek to depose in this action. A "yes" in the column on the far right indicates that the TOUR believes it cannot fully prepare for or conduct the deposition of that witness without discovery from PIF and Mr. Al-Rumayyan. Rows highlighted in blue indicate that, while the TOUR does not know what discovery from PIF and Mr. Al-Rumayyan will reveal and thus cannot fully assess the prejudice of not having that information, the TOUR believes that discovery from PIF and Mr. Al-Rumayyan is less critical to completing the indicated witness's deposition.

| Witness | Affiliation/Role | PIF Discovery Required |
|---|---|---|
| **Bryson DeChambeau**[1] | Player plaintiff | Yes |
| **Matt Jones** | Player plaintiff | Yes |
| **LIV 30(b)(6) Designees** | Plaintiff/Counter-Defendant | Yes |
| **PIF 30(b)(6) Designees** | Counter-Defendant | Yes |
| **Andrew Liveris** | Director of LIV parent companies | Yes |
| **Mohannad Alblehed** | PIF employee; director of LIV parent companies | Yes |
| **Brian Gillespie** | PIF employee; director of LIV parent companies | Yes |
| **Jacobo Solis** | PIF executive | Yes |
| **Kevin Foster** | PIF Head of Corporate Affairs | Yes |
| **Yasir Othman Al-Rumayyan** | Counter-Defendant | Yes |
| **Tomas Alonso** | LIV Director | Yes |
| **Jonathan Olson** | LIV Director | Yes |
| **Anabella Murillo** | LIV Director | Yes |
| **Scarlett Aguavivas** | LIV Director | Yes |

---

[1] The TOUR will re-evaluate whether depositions of Mr. DeChambeau and Mr. Jones are required after they formally dismiss their claims.

*Jones, et al. v. PGA TOUR, Inc.*, No. 5:22-cv-04486-BLF (SVK)
Identification of Witnesses Requiring Discovery from PIF and Mr. Al-Rumayyan

| Witness | Affiliation/Role | PIF Discovery Required |
|---|---|---|
| **Greg Norman** | CEO of LIV | Yes |
| **Atul Khosla** | Former LIV COO | Yes |
| **Sean Bratches** | Former LIV Chief Commercial Officer | Yes |
| **Kerri Edwards** | LIV Chief of Staff | Yes |
| **Monica Fee** | LIV SVP, Global Head of Partnerships | Yes |
| **Jane MacNeille** | LIV SVP of Player Communications | |
| **Will Staeger** | LIV Chief Media Officer | Yes |
| **Ron Cross** | LIV Chief Events Coordinator | |
| **Ioris Francini** | LIV Media Partnerships | |
| **Floris Weisz** | LIV Media Partnerships | |
| **Tim Taylor** | LIV CFO | Yes |
| **Kerry Taylor** | LIV Chief Marketing Officer | |
| **Matt Goodman** | LIV President of Franchises | Yes |
| **Majed Al-Souror** | Former LIV Managing Director | Yes |
| **Jonathan Grella** | Former LIV Chief Communications Officer | |
| **Richard Marsh** | Performance54 Group Strategy Director | Yes |

*Jones, et al. v. PGA TOUR, Inc.*, No. 5:22-cv-04486-BLF (SVK)
Identification of Witnesses Requiring Discovery from PIF and Mr. Al-Rumayyan

| Witness | Affiliation/Role | PIF Discovery Required |
|---|---|---|
| **Jed Moore** | Performance54 CEO and Managing Director | Yes |
| **Gary Davidson** | Peformance54 COO | Yes |
| **Frank Marzano** | Player-agent | Yes |
| **Casey Wasserman** | Player-agent | Yes |
| **Brett Falkoff** | Player-agent | Yes |
| **David Cornwell** | Player-agent | Yes |
| **Steve Loy** | Player-agent | |
| **Fox Sports 1 (30)(b)(6) Designee** | Broadcaster | Yes |
| **The CW Network 30(b)(6) Designee** | Broadcaster | Yes |
| **M. Klein & Co. 30(b)(6) Designee** | Business and strategy consultant retained by PIF | Yes |
| **McKinsey & Co. 30(b)(6) Designee** | Business and strategy consultant retained by PIF | Yes |
| **Teneo Strategy, LLC 30(b)(6) Designee** | Marketing and public relations consultant retained by PIF | Yes |
| **Andrew McKenna** | Public relations consultant retained by LIV | Yes |
| **Ari Fleischer** | Public relations consultant retained by LIV | Yes |
| **Hobart Hallaway & Quayle Ventures, LLC 30(b)(6) Designee** | Lobbying firm retained by LIV | Yes |

*Jones, et al. v. PGA TOUR, Inc.*, No. 5:22-cv-04486-BLF (SVK)
Identification of Witnesses Requiring Discovery from PIF and Mr. Al-Rumayyan

| **Witness** | **Affiliation/Role** | **PIF Discovery Required** |
|---|---|---|
| **Phil Mickelson** | Former player-plaintiff | Yes |
| **Talor Gooch** | Former player-plaintiff | |