KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU; and LIV GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | Case No. 5:22-CV-04486-BLF<br><br>**[PROPOSED] ORDER TO PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING REGARDING PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 421**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed:   August 3, 2022<br><br>Trial Date:   May 17, 2024 |
| PGA TOUR, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA; and YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-Defendants. | |

[PROPOSED] ORDER TO PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING REGARDING
PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
AT DKT. 421
Case No. 5:22-CV-04486-BLF

2122202

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The following documents will remain sealed, as follows:

| ECF | Document | Text to be Sealed | Basis for Sealing | Court's Use |
|---|---|---|---|---|
| 421-1 | Opposition | Lines 4:14, 4:18, 6:20 | Contains direct quotations and characterizations of sensitive internal communications between TOUR executives related to internal TOUR operations, corporate decision-making, and strategy, including the work product of a non-party consultant.  Also contains characterizations of deposition testimony given by TOUR witnesses related to the same.  Disclosure of these communications would reveal internal strategy and decision-making processes and cause competitive harm to the TOUR, and invade the legitimate privacy interest of the non-party consultant.  *See* Shetty Decl. ¶¶ 3-5. | |

1

[PROPOSED] ORDER TO PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING REGARDING PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 421
Case No. 5:22-CV-04486-BLF

2147402

| ECF | Document | Text to be Sealed | Basis for Sealing | Court's Use |
|---|---|---|---|---|
| 421-2 | Declaration of Dominic Surprenant in Support of Plaintiffs' Opposition to PGA Tour, Inc.'s Alternative Cross-Motion for Stay of Discovery | Paragraphs 3, 7, 10, 11, 12, 13, 15, 16, 18, 19 | Contains direct quotations and characterizations of sensitive internal communications between TOUR executives, as well as between the TOUR and non-parties, related to internal TOUR operations, corporate decision-making, and strategy. Disclosure of these communications would reveal internal strategy and decision-making processes and cause competitive harm to the TOUR. *See* Shetty Decl. ¶¶ 6-12. | |
| 421-3 | Exhibit B | Entire Exhibit | This is a copy of correspondence between a non-party consultant retained by the TOUR to provide strategic advice on competitive issues and a TOUR executive. Unsealing of this communication will result in competitive harm to the TOUR as well as damage to the TOUR's business relationships, and invade the legitimate privacy interest of the non-party consultant. *See* Shetty Decl. ¶ 6 | |
| 421-4 | Exhibit F | Entire Exhibit | This is a letter from a non-party to the TOUR. Disclosure of this communication would harm the TOUR and reveal the substance of the TOUR's confidential communications with the non-party. *See* Shetty Decl. ¶ 7. | |

2

[PROPOSED] ORDER TO PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING REGARDING PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 421
Case No. 5:22-CV-04486-BLF

2147402

| ECF | Document | Text to be Sealed | Basis for Sealing | Court's Use |
|---|---|---|---|---|
| 421-5 | Exhibit G | Entire Exhibit | This is an excerpt of a non-final transcript of the deposition of a TOUR employee. The transcript references communications with non-party consultants who had an expectation of privacy and confidentiality in their communications with TOUR employees, as well as the TOUR's communications with government agencies and its internal board. Disclosure of this testimony would cause competitive harm to the TOUR and reveal the substance of the TOUR's confidential communications with the non-parties. *See* Shetty Decl. ¶ 8. | |
| 421-6 | Exhibit I | Entire Exhibit | Contains communications between TOUR executives related to internal TOUR operations and corporate decision-making. Disclosure of these communications would reveal internal strategy and decision-making processes and cause competitive harm to the TOUR. *See* Shetty Decl. ¶ 9. | |

| ECF | Document | Text to be Sealed | Basis for Sealing | Court's Use |
|---|---|---|---|---|
| 421-7 | Exhibit J | Entire Exhibit | Contains communications between TOUR executives related to internal TOUR operations and corporate decision-making. Disclosure of these communications would reveal internal strategy and decision-making processes and cause competitive harm to the TOUR. *See* Shetty Decl. ¶ 10. | |
| 421-8 | Exhibit L | Entire Exhibit | Contains competitively sensitive communications between TOUR executives and a non-party consultant retained by the TOUR. Unsealing of this communication will result in competitive harm to the TOUR, as well as damage to the TOUR's business relationships. *See* Shetty Decl. ¶ 11. | |
| 421-9 | Exhibit M | Entire Exhibit | Contains communications between TOUR executives related to internal TOUR operations, corporate decision-making, and its relationship with non-party consultants. Disclosure of these communications would reveal internal strategy and decision-making processes and cause competitive harm to the TOUR. *See* Shetty Decl. ¶ 12. | |

| ECF | Document | Text to be Sealed | Basis for Sealing | Court's Use |
|---|---|---|---|---|
| 421-10 | Exhibit O | Entire Exhibit | This is an excerpt of the transcript of the deposition of a TOUR employee that contains descriptions of communications between TOUR executives related to internal TOUR operations, corporate decision making, and disciplinary decision making. Disclosure of this testimony would cause competitive harm to the TOUR and reveal internal strategy and decision-making processes and cause competitive harm to the TOUR. *See* Shetty Decl. ¶ 13. | |
| 421-11 | Exhibit P | Entire Exhibit | This is an excerpt of the non-final transcript of the deposition of a TOUR employee that contains descriptions of internal TOUR operations and conversations regarding the TOUR's corporate decision-making process with non-parties. Unsealing of this communication would reveal internal strategy and decision-making processes and invade the legitimate privacy interest of the non-party. *See* Shetty Decl. ¶ 14. | |

5
[PROPOSED] ORDER TO PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING REGARDING PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 421
Case No. 5:22-CV-04486-BLF

2147402

| ECF | Document | Text to be Sealed | Basis for Sealing | Court's Use |
|---|---|---|---|---|
| 421-12 | Exhibit Q | Entire Exhibit | This is an excerpt of the transcript of the deposition of a TOUR employee that contains descriptions of internal TOUR operations and conversations regarding the TOUR's corporate decision-making process with third parties who are not parties to this lawsuit. Disclosure of this testimony would reveal internal strategy and decision-making processes and cause competitive harm to the TOUR. *See* Shetty Decl. ¶ 15. | |
| 421-13 | Exhibit R | Entire Exhibit | Contains communications between TOUR executives summarizing the analysis and work product of a non-party consultant retained by the TOUR. The non-party consultant had a reasonable expectation of privacy when communicating with TOUR executives. Disclosure of these communications would reveal internal strategy and decision-making processes, cause competitive harm to the TOUR, and invade the legitimate privacy interest of the non-party consultant. *See* Shetty Decl. ¶ 5, 16. | |

| ECF | Document | Text to be Sealed | Basis for Sealing | Court's Use |
|---|---|---|---|---|
| 421-14 | Exhibit U | Entire Exhibit | Contains communications between TOUR executives related to internal TOUR operations and corporate decision-making. Disclosure of these communications would reveal internal strategy and decision-making processes and cause competitive harm to the TOUR. *See* Shetty Decl. ¶ 3, 17. | |

**IT IS SO ORDERED.**

DATED: _____      _____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

7

[PROPOSED] ORDER TO PGA TOUR, INC.'S STATEMENT IN SUPPORT OF SEALING REGARDING PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 421
Case No. 5:22-CV-04486-BLF

2147402