RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

RUSSELL H. FALCONER, *pro hac vice*
  rfalconer@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

ROBERT C. WALTERS, *pro hac vice*
  rob@rcwalterspc.com
ROBERT C. WALTERS, PC
2001 Ross Avenue
Dallas, Texas 75201-2911
Telephone: 214.727.2466

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, and LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., et al., <br><br> Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF-SVK <br><br> **STIPULATION REGARDING VOLUNTARY DISMISSAL OF MATT JONES AND BRYSON DECHAMBEAU AS NAMED PLAINTIFFS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Matt Jones, Bryson DeChambeau, LIV Golf Inc. and Defendant PGA TOUR, INC., by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on August 26, 2022, Plaintiffs, including Matt Jones and Bryson DeChambeau, filed an amended complaint and demand for jury trial against Defendant;

WHEREAS, Plaintiffs Matt Jones and Bryson DeChambeau wish to voluntarily dismiss with prejudice their claims against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Defendant consents;

WHEREAS, Plaintiff LIV Golf Inc. will continue to pursue its claims against Defendant.

NOW, THEREFORE, the parties stipulate and agree as follows:

1. Plaintiffs Matt Jones and Bryson DeChambeau shall voluntarily dismiss with prejudice their claims against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. All parties to bear their own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: May 18, 2023 | Respectfully submitted, |
| | By: _____/s/ Rachel S. Brass_____ |

          RACHEL S. BRASS, SBN 219301
            rbrass@gibsondunn.com
          LAUREN D. DANSEY, SBN 311886
            ldansey@gibsondunn.com
          GIBSON, DUNN & CRUTCHER LLP
          555 Mission Street, Suite 3000
          San Francisco, California 94105-0921
          Telephone:  415.393.8200
          Facsimile:  415.393.8306

          RUSSELL H. FALCONER, *pro hac vice*
            rfalconer@gibsondunn.com
          SCOTT K. HVIDT, *pro hac vice*
            shvidt@gibsondunn.com
          GIBSON, DUNN & CRUTCHER LLP
          2001 Ross Avenue, Suite 2100
            Dallas, Texas 75201-2911
            Telephone:  214.698.3100

          JOSHUA LIPTON, *pro hac vice*
            jlipton@gibsondunn.com
          KRISTEN C. LIMARZI, *pro hac vice*
            klimarzi@gibsondunn.com
          GIBSON, DUNN & CRUTCHER LLP
          1050 Connecticut Avenue, N.W.
          Washington, DC 20036-5306
          Telephone: 202.955.8500

          ROBERT C. WALTERS, *pro hac vice*
            rob@rcwalterspc.com
          ROBERT C. WALTERS, PC
          2001 Ross Avenue
          Dallas, Texas 75201-2911
          Telephone:     214.727.2466

          JOHN B. QUINN, SBN 90378
            johnquinn@quinnemanuel.com
          DOMINIC SURPRENANT, SBN 165861
            dominicsurprenant@quinnemanuel.com
          KEVIN TERUYA, SBN 235916
            kevinteruya@quinnemanuel.com
          QUINN EMANUEL URQUHART & SULLIVAN LLP
          865 South Figueroa Street, 10th Floor
          Los Angeles, California 90017
          Telephone: 213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiffs Matt Jones, Bryson DeChambeau, and LIV Golf Inc.*

DATED:  May 18, 2023      By:      /s/ *Nicholas S. Goldberg*

NICHOLAS S. GOLDBERG, SBN 273614
  ngoldberg@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant PGA TOUR, Inc.*

Gibson, Dunn & Crutcher LLP

3

STIPULATION REGARDING VOLUNTARY DISMISSAL OF MATT JONES AND BRYSON DECHAMBEAU
CASE NO. 5:22-CV-04486-BLF-SVK

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: May 18, 2023        GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Rachel S. Brass*
           Rachel S. Brass