**WHITE & CASE LLP**
Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
Hannelore Sklar (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
hburke@whitecase.com

*Attorneys for Non-Parties The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>    Plaintiffs, <br><br>    v. <br><br>PGA TOUR, INC., <br><br>    Defendant and Counter-Plaintiff, <br><br>    v. <br><br>LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br>    Counter-Defendants. | Case No. 5:22-cv-04486-BLF <br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br>Judge:      Hon. Beth Labson Freeman <br><br>Date Filed:  August 3, 2022 <br><br>Trial Date:  May 17, 2024 |

Pursuant to Civil Local Rule 79-5 and the Protective Order entered by this Court, Dkt. No. 111, Counter-Defendants The Public Investment Fund of The Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE") respectfully submit this administrative motion to file under seal portions of their Motion to Dismiss the PGA Tour, Inc.'s Amended Counterclaim and to consider whether another party's material should be sealed.

Specifically, the documents subject to this Administrative Motion include:

| Document | Portions to Be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Exhibit A to the Havlin Declaration (PIF and HE's Motion to Dismiss the Amended Counterclaim) | Highlighted Portions at:<br>• 4:27-28<br>• 5:12<br>• 7:14-16<br>• 10:28-11:1<br>• 11:19-22<br>• 11:26-27<br>• 13:21-22<br>• 20:19-21 | LIV Golf, Inc. |

Exhibit A to the Havlin Declaration is PIF and HE's Motion to Dismiss the Tour's Amended Counterclaim. The highlighted portions of the Motion to Dismiss contain references to portions of the Tour's Amended Counterclaim that were sealed pursuant to this Court's February 21, 2023 Order Granting In Part And Denying In Part Motion to Seal Documents Submitted With Mot. to Amend Counterclaim, Dkt. No. 279; *see also* Order on Admin. Mots. for Leave to File Under Seal, Dkt. No. 373.

PIF and HE make this request in accordance with this Court's and the Magistrate Judge's prior Orders regarding sealing this same information, and because LIV has designated this information as confidential under the operative Protective Order in this case. Consequently, in compliance with this Court's prior Orders and the Civil Local Rules of this District, PIF and HE submit under seal, along with this Administrative Motion, an unredacted copy of the documents referenced above pursuant to Civil Local Rules 79-5(d) and 79-5(e).

| | | |
|---|---|---|
|1|DATED:  May 18, 2023|Respectfully submitted,|
|2| |By */s/ Carolyn B. Lamm*|

**WHITE & CASE**LLP

Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone:  (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
Hannelore Sklar (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

*Attorneys for Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan*