1
2
3
4
5
6

**WHITE & CASE**LLP
Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone:  (202) 626-3600
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

7
8
9
10
11

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
Hannelore Sklar (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

12
13
14
15

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
hburke@whitecase.com

16
17

*Attorneys for Non-Parties The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

18
19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>  Plaintiffs, <br><br>     v. <br><br> PGA TOUR, INC., <br><br>  Defendant and Counter-Plaintiff, <br><br>     v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br>  Counter-Defendants. | Case No. 5:22-cv-04486-BLF <br><br> **DECLARATION OF KIMBERLY A. HAVLIN IN SUPPORT OF MOTION TO FILE UNDER SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge: Hon. Beth Labson Freeman <br><br> Date Filed: August 3, 2022 <br><br> Trial Date: May 17, 2024 |

I, Kimberly A. Havlin, hereby declare and state:

1. I am an attorney duly licensed to practice law in the state of New York and admitted *pro hac vice* before this Court (Dkt. No. 201). I am a partner in the law firm White & Case LLP, and one of the attorneys representing Counter-Defendants the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE"). Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of PIF and HE's Motion to Dismiss the Amended Counterclaim, with proposed redactions in yellow highlighting, filed conditionally under seal pursuant to Civil L.R. 79-5(e).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 18, 2023.

*/s/ Kimberly A. Havlin*_____

Kimberly A. Havlin