UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant and Counter-Plaintiff,<br><br>v.<br><br>LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>Counter-Defendants. | Case No. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION TO DISMISS THE AMENDED COUNTERCLAIM**<br><br>Judge: Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: May 17, 2024 |

Pursuant to Civil Local Rule 79-5, the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE") filed an administrative motion to file under seal portions of their Motion to Dismiss the Tour's Amended Counterclaim and to consider whether another party's material should remain sealed.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| ECF No. | Document | Portions to Be Sealed | Basis for Sealing |
|---|---|---|---|
| Dkt. 435-2 | Exhibit A to the Havlin Declaration (PIF and HE's Motion to Dismiss the Amended Counterclaim) | Highlighted portions at 10:28-11:1. | Contains references to the terms of certain indemnification agreements; this Court has previously authorized similar information concerning the indemnification agreements to be filed under seal. Dkt. No. 279 at 3-4. |
| Dkt. 435-2 | Exhibit A to the Havlin Declaration (PIF and HE's Motion to Dismiss the Amended Counterclaim) | Highlighted portions at:<br>• 5:12<br>• 11:19-22<br>• 11:26-27 | Contains references to the contents of LIV's Shareholders' Agreement, which this Court has previously authorized to be filed under seal in its entirety. Dkt. No. 373 at 9. |
| Dkt. 435-2 | Exhibit A to the Havlin Declaration (PIF and HE's Motion to Dismiss the Amended Counterclaim) | Highlighted portions at:<br>• 4:27-28<br>• 7:14-16<br>• 13:21-22<br>• 20:19-21 | Contains references to LIV's "specific negotiations and offers to certain players, agents, sponsors, and broadcasters, including specific terms of offers;" this Court has previously authorized similar information to be filed under seal. Dkt. No. 279 at 5-6. |

**IT IS SO ORDERED.**

Dated: _____     _____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE