| | |
|---|---|
| 1 | **WHITE & CASE** LLP |
| | Carolyn Lamm (*pro hac vice*) |
| 2 | Hansel Pham (*pro hac vice*) |
| | Nicolle Kownacki (*pro hac vice*) |
| 3 | 701 Thirteenth Street, NW |
| | Washington, District of Columbia 20005 |
| 4 | Telephone: (202) 626-3600 |
| | clamm@whitecase.com |
| 5 | hpham@whitecase.com |
| 6 | nkownacki@whitecase.com |
| 7 | Jack E. Pace III (*pro hac vice*) |
| | Kimberly A. Havlin (*pro hac vice*) |
| 8 | Hannelore Sklar (*pro hac vice*) |
| | 1221 Avenue of the Americas |
| 9 | New York, New York 10020 |
| 10 | Telephone: (212) 819-8200 |
| | jpace@whitecase.com |
| 11 | kim.havlin@whitecase.com |
| | hannelore.sklar@whitecase.com |
| 12 | |
| 13 | Heather M. Burke (SBN 284100) |
| | 3000 El Camino Real |
| 14 | 2 Palo Alto Square, Suite 900 |
| | Palo Alto, CA 94306-2109 |
| 15 | Telephone: (650) 213-0300 |
| | hburke@whitecase.com |
| 16 | |
| 17 | *Attorneys for Non-Parties The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | LIV GOLF INC., | Case No. 5:22-cv-04486-BLF |
| 21 | Plaintiff, | |
| | v. | |
| 22 | PGA TOUR, INC., | |
| 23 | Defendant and Counter-Plaintiff, | **CERTIFICATE OF SERVICE** |
| 24 | v. | Judge: Hon. Beth Labson Freeman |
| 25 | LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, | Date Filed: August 3, 2022 |
| 26 | | Trial Date: May 17, 2024 |
| 27 | Counter-Defendants. | |
| 28 | | |

I am employed in the City and County of New York, State of New York, and I am an attorney admitted pro hac vice to practice before this court. I am over the age of eighteen years and not a party to the within action. My business address is White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020.

On May 18, 2023, I served the following documents:

- **PIF AND HE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
- **DECLARATION OF KIMBERLY A. HAVLIN IN SUPPORT OF PIF AND HE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
- **EXHIBIT A FILED UNDER SEAL**

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF PGA TOUR, INC. ||
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS<br>epeters@keker.com<br>DAVID SILBERT<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG<br>ngoldberg@keker.com<br>SOPHIE HOOD<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ANTHONY J. DREYER<br>anthony.dreyer@skadden.com<br>KAREN M. LENT<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001 |

| ATTORNEYS FOR PLAINTIFF LIV GOLF INC. ||
|---|---|
| RACHEL S. BRASS<br>LAUREN DANSEY<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>rbrass@gibsondunn.com<br>ldansey@gibsondunn.com<br><br>ROBERT H. FALCONER<br>SCOTT K. HVIDT<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-2911<br>Telephone: 214.698.3100<br>rfalconer@gibsondunn.com<br>shvidt@gibsondunn.com<br><br>JOSHUA LIPTON<br>KRISTEN C. LIMARZI<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>jlipton@gibsondunn.com<br>klimarzi@gibsondunn.com<br><br>ROBERT C. WALTERS<br>ROBERT C. WALTERS, PC<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: 214.727.2466<br>rob@rcwalterspc.com | JOHN B. QUINN<br>DOMINIC SURPRENANT<br>KEVIN TERUYA<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor Los Angeles, CA 90017<br>Telephone: 213.443.3000<br>johnquinn@quinnemanuel.com<br>dominicsurprenant@quinnemanuel.com<br>kevinteruya@quinnemanuel.com<br><br>ROBERT P. FELDMAN<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor Redwood Shores, CA 94065<br>Telephone: 650.801.5000<br>bobfeldman@quinnemanuel.com |

I declare under penalty of perjury that the above is true and correct.

Executed on May 18, 2023, at New York, NY.

*/s/ Hannelore Sklar*_____

Hannelore Sklar