UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendants. | Case No. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION TO DISMISS THE AMENDED COUNTERCLAIM** <br><br> Judge: Hon. Beth Labson Freeman <br> Date Filed: August 3, 2022 <br> Trial Date: May 17, 2024 |

Now before the Court is Counter-Defendants' Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and His Excellency Yasir Othman Al-Rumayyan ("HE"), motion to dismiss the amended counterclaim brought pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6).

Having considered the papers submitted by counsel, the applicable law, all files and records in this action, the Court hereby GRANTS PIF and HE's Motion to Dismiss the Amended Counterclaim.  The Amended Counterclaim is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                                           HON. BETH LABSON FREEMAN
                                                                                           UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PIF AND YASIR OTHMAN AL-RUMAYYAN'S
MOTION TO DISMISS AMENDED COUNTERCLAIM
CASE NO. 5:22-CV-04486-BLF