1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., THE PUBLIX INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendants. | CASE NO. 5:22-cv-04486-BLF-SVK <br><br> [~~PROPOSED~~] **ORDER SETTING DEADLINE FOR SERVICE OF SUBPOENA ON NONPARTIES** |

1

Now before the Court is the parties' Joint Updated Case Management Statement regarding the case schedule, and specifically the Deadline to Serve Subpoena Duces Tecum on Nonparties. The Court affirms that the March 30, 2023 Written Discovery & Document Production Cutoff, ECF 204, was a party deadline and did not apply to the production of documents for nonparty witnesses. For the benefit of the parties, non-parties and other courts in which motions to quash nonparty subpoenas on the grounds of untimeliness are pending or future motions may be filed, the Court hereby sets the Deadline to Serve Subpoena Duces Tecum on Nonparty Witnesses as June 6, 2023. Service of subpoena duces tecum on nonparties prior to June 6, 2023, including such service that occurred prior to the date of this Order, are considered timely. The Deadline to Serve Subpoena Duces Tecum on Nonparty Witnesses does not alter the deadline for service of deposition subpoenas on nonparty witnesses.

For an avoidance of a doubt, the Court confirms that LIV Golf Inc.'s ("LIV") service of four Subpoenas Duces Tecum on nonparties Messrs. James Hahn, Cameron Young, Mark Steinberg, and Kevin Kisner was timely, as are any deposition subpoenas served fourteen days before the close of fact discovery (June 30, 2023).

**IT IS SO ORDERED**

DATED: May 24, 2023

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE