| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000<br><br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>PATRICK FITZGERALD - (*pro hac vice*)<br>patrick.fitzgerald@skadden.com<br>155 North Wacker Drive<br>Chicago, Il 60606<br>Telephone:     312 407 0700<br>Facsimile:     312 407 0411 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES; BRYSON DECHAMBEAU;<br>PETER UIHLEIN; and LIV GOLF, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　Defendant.<br><br>PGA TOUR, INC.,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>LIV GOLF, INC., THE PUBLIC<br>INVESTMENT FUND OF THE KINGDOM<br>OF SAUDI ARABIA, AND YASIR<br>OTHMAN AL-RUMAYYAN,<br><br>　　　　　Counter-Defendants. | Case No. 5:22-CV-04486-BLF<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed:　August 3, 2022<br><br>Trial Date:　January 8, 2024 |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Franco Muzzio of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant and Counter-Claimant PGA TOUR, INC. in the above-captioned matter.  Counsel is admitted to practice in the State of California and before this Court.  His address, telephone, facsimile, and email are as follows:

> FRANCO MUZZIO, #310618
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone:   (415) 391-5400
> Facsimile:    (415) 397-7188
> Email:         fmuzzio@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated:  May 24, 2023                                    KEKER, VAN NEST & PETERS LLP

                                                        By:  *s/Franco Muzzio*
                                                             FRANCO MUZZIO

                                                        Attorney for Defendant and Counter-Claimant
                                                        PGA TOUR, INC.