KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:      212 735 2000

*Attorneys for Defendant and Counter-Claimant PGA TOUR, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, and LIV GOLF INC.,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>PGA TOUR, INC.,<br>　　　　　　　Defendant and<br>　　　　　　　Counter-Claimant,<br>　v.<br>LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA; and YASIR OTHMAN AL-RUMAYYAN<br>　　　　　　　Counter-Defendants. | Case No. 5:22-cv-04486-BLF<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL OF RECORD FOR PGA TOUR, INC.**<br><br>Judge:　　　Hon. Beth Labson Freeman<br><br>Date Filed:　August 3, 2022<br><br>Trial Date:　May 17, 2024 |

**TO THE COURT, THE ELECTRONIC FILING ADMINISTRATOR, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c)(2)(C), Michael W. Folger withdraws as counsel of record for Defendant and Counterclaimant PGA TOUR, Inc. (the "TOUR") in the above-captioned action. The TOUR will continue to be represented by Skadden, Arps, Slate, Meagher & Flom LLP; Keker, Van Nest & Peters LLP; and the above-listed attorneys as counsel of record in this action.

DATED: May 25, 2023

Respectfully submitted,

By: /s/ Matthew M. Martino

| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000<br><br>*Attorneys for Defendant and Counter-Claimant PGA TOUR, INC.* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on May 25, 2023

/s/ Matthew M. Martino
PRINT NAME