IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant and Counter-Plaintiff,<br><br>v.<br><br>LIV GOLF INC.,<br><br>Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND YASIR OTHMAN AL-RUMAYYAN'S MOTION TO DISMISS THE AMENDED COUNTERCLAIM** |

Pursuant to Civil Local Rule 79-5, the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan filed an administrative motion to consider whether another party's material should remain sealed. Dkt. No. 435. Plaintiff LIV Golf, Inc. ("LIV") filed a Statement and Declaration in Support of Sealing.

Based on the below reasoning, the Court orders that the following materials SHALL remain sealed or redacted:

| ECF or Ex. No. Document | Document | Potion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| ECF 436 | The Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's Motion to Dismiss the Amended Counterclaim | Highlighted portions at lines 10:28-11:1, 5:12, 11:19-22, 11:26-27, 4:27-28, 7:14-16, 13:21-22, 20:19-21 | Contain confidential information about the terms of certain indemnification agreements, disclosure of which would harm LIV by revealing the contours of potential litigation, including the parties of the contemplated litigation and amounts offered for indemnification, which could be exploited by other litigants.<br><br>Contains confidential information about LIV's Shareholder Agreement setting out its relationship with its investors, including investor rights, disclosure of which would prejudice LIV's ability to obtain outside funding, pursue a franchise model in the future, and obtain future business.<br><br>Contain confidential information about LIV's recruitment of players, disclosure of which would harm LIV by constraining its ability to offer different terms, revealing its ability and willingness to pay, and allowing LIV's recruitment |

| | | | strategy to be exploited by competitors. |
|---|---|---|---|

IT IS SO ORDERED.

DATED _____

_____
BETH LABSON FREEMAN
United States District Court Judge