**WHITE & CASE**LLP
Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone:  (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
Hannelore Sklar (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

*Attorneys for Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF INC., <br><br> Plaintiff, <br> v. <br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br> v. <br> LIV GOLF INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and YASIR OTHMAN AL-RUMAYYAN <br><br> Counter-Defendants. | Case No. 5:22-cv-04486-BLF <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER ON BRIEFING SCHEDULE FOR MOTION TO DISMISS** <br><br> Judge:  Hon. Beth Labson Freeman <br> Date Filed: August 3, 2022 <br> Trial Date: May 17, 2024 |

Pursuant to Civil Local Rules 6-2 and 7-12, and Section IV.B of this Court's Standing Order Regarding Civil Cases, Defendant and Counter-Plaintiff the PGA Tour, Inc. (the "TOUR"), and Counter-Defendants the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan, by and through the undersigned counsel, stipulate and agree as follows:

WHEREAS, on February 23, 2023, the TOUR filed an Amended Counterclaim in this matter.  Dkt. No. 289;

WHEREAS, on May 18, 2023, the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Mr. Al-Rumayyan filed a Motion to Dismiss the Amended Counterclaim.  Dkt. No. 436;

WHEREAS, the TOUR intends to oppose PIF and Mr. Al-Rumayyan's Motion to Dismiss the Amended Counterclaim;

WHEREAS, counsel for the TOUR, PIF, and Mr. Al-Rumayyan have met, conferred and agreed, subject to Court approval, to the schedule and timing below for the opposition and reply to the Motion to Dismiss the Amended Counterclaim;

IT IS THEREFORE STIPULATED AND AGREED by the TOUR, PIF, and Mr. Al-Rumayyan, through their undersigned counsel, as follows:

1.      The TOUR shall file and serve its opposition to the PIF and Mr. Al-Rumayyan's Motion to Dismiss the Amended Counterclaim on or before June 15, 2023;

2.      PIF and Mr. Al-Rumayyan shall file and serve their reply in support of the Motion to Dismiss the Amended Counterclaim on or before July 7, 2023.

3.      By filing this Stipulation and Proposed Order, the TOUR, PIF and Mr. Al-Rumayyan do not waive and expressly preserve all rights, objections and defenses, including, without limitation, objections to jurisdiction.

**SO STIPULATED AND AGREED.**

| | |
|---|---|
| 1 | Dated: May 30, 2023 |

By: */s/ Kimberly A. Havlin*

**WHITE & CASE**LLP

Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone:  (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (*pro hac vice*)
Kimberly A. Havlin (*pro hac vice*)
Hannelore Sklar (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

*Attorneys for Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan*

By: */s/ Elliot R. Peters*

ELLIOT R. PETERS, SBN 158708
epeters@keker.com
DAVID SILBERT, SBN 173128
dsilbert@keker.com
R. ADAM LAURIDSEN, SBN 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG, SBN 273614
ngoldberg@keker.com
SOPHIE HOOD, SBN 295881
shood@keker.com

-2-

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

ANTHONY J. DREYER, admitted *pro hac vice*
anthony.dreyer@skadden.com
KAREN M. LENT, admitted *pro hac vice*
karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000/1

*Attorneys for Defendant and Counterclaimant*
*PGA Tour, Inc.*

JOINT STIPULATION AND [~~PROPOSED~~] ORDER ON BRIEFING SCHEDULE FOR MOTION TO DISMISS
CASE NO. 5:22-CV-04486-BLF

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

2

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that

3

concurrence in the filing of the document has been obtained from each of the other signatories to

4

this document.

5

6

Executed on May 30, 2023.

/s/ *Kimberly A. Havlin*

7

Kimberly A. Havlin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [~~PROPOSED~~] ORDER ON BRIEFING SCHEDULE FOR MOTION TO DISMISS
CASE NO. 5:22-CV-04486-BLF

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED**: Defendant and Counter-

2   Plaintiff PGA Tour, Inc. shall file any opposition to the Motion to Dismiss the Amended

3   Counterclaim by June 15, 2023.  Counter-Defendants the Public Investment Fund of the Kingdom

4   of Saudi Arabia and His Excellency Yasir Othman Al-Rumayyan shall file any reply in support of

5   the Motion to Dismiss the Amended Counterclaim by July 7, 2023.

6

7

8   Dated: _____May 30, 2023_____        _____

9                                                     HON. BETH LABSON FREEMAN
                                                      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR MOTION TO DISMISS
CASE NO. 5:22-CV-04486-BLF