| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>      Defendant.<br><br>PGA TOUR, INC.,<br><br>      Counter-claimant,<br><br>    v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>      Counter-defendants. | Case No. 5:22-CV-04486-BLF (SVK)<br><br>**NOTICE OF WITHDRAWAL OF NICHOLAS R. GREEN**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed:    August 3, 2022<br><br>Trial Date:    May 17, 2024 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned will no longer be associated with the law firm of Keker, Van Nest & Peters LLP after June 1, 2023 and hereby withdraws his appearance as counsel for Defendant and Counter-Claimant the PGA TOUR, Inc. ("the TOUR")

The law firms of Keker, Van Nest & Peters and Skadden, Arps, Slate, Meagher, and Flom continue as counsel of record for the TOUR.

Dated:  June 1, 2023                                                          KEKER, VAN NEST & PETERS LLP

By: */s/ Nicholas R. Green*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD
NICHOLAS R. GREEN

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


ANTHONY J. DREYER
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.