|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | JUN 2 2023 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MATT JONES; et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PGA TOUR, INC.,<br><br>    Defendant-counter-claimant-Appellee,<br><br>  v.<br><br>PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA; YASIR OTHMAN AL-RUMAYYAN, His Excellency,<br><br>    Counter-defendant-Appellants. | No.    23-15530<br><br>D.C. No. 5:22-cv-04486-BLF<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: NGUYEN, FRIEDLAND, and SUNG, Circuit Judges.

The motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 6) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief is due July 17, 2023.  The answering brief is due August 17, 2023.  The optional reply brief is due 21 days after service of the answering brief.