| | |
|---|---|
| NKEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:     212 735 2000 |

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>PGA TOUR, INC.,<br><br>            Defendant.<br><br>PGA TOUR, INC.,<br><br>            Counter-Claimant,<br><br>     v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA; and YASIR OTHMAN AL-RUMAYYAN,<br><br>            Counter-Defendants. | Case No. 5:22-CV-04486-BLF<br><br>**[PROPOSED] ORDER TO PGA TOUR, INC.'S RENEWED STATEMENT IN SUPPORT OF SEALING REGARDING PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 421**<br><br>Judge:         Hon. Beth Labson Freeman<br><br>Date Filed:    August 3, 2022<br><br>Trial Date:    May 17, 2024 |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The following documents will remain sealed, as follows:

| ECF | Document | Text to be Sealed | Basis for Sealing | Court's Use |
|---|---|---|---|---|
| 421-4 | Exhibit F | Entirety | This is a letter from a non-party to the TOUR that describes in detail the TOUR's communication practices and efforts to comply with a non-party inquiry. The non-party's inquiry and the content in Exhibit F is non-public and confidential. Disclosure of this document would reveal the internal investigative priorities of the third-party and the business strategy of the TOUR, as well as injure the privacy rights of agents of the non-party. Moreover, public disclosure of the contents of Exhibit F would reveal details regarding the TOUR's communication strategy internally, which the TOUR has kept in confidence to protect its executives' competitively sensitive and highly confidential information from exploitation, and potentially expose the TOUR and its employees to an increased risk of potential phone hacking and cyber intrusion. | |

1

[PROPOSED] ORDER TO PGA TOUR, INC.'S RENEWED STATEMENT IN SUPPORT OF SEALING REGARDING PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 421
Case No. 5:22-CV-04486-BLF

| ECF | Document | Text to be Sealed | Basis for Sealing | Court's Use |
|---|---|---|---|---|
| 421-5 | Exhibit G | Highlighted portions at lines:<br>• 9:1-5<br>• 9:8<br>• 10:9-11<br>• 10:14-15<br>• 10:18-21<br>• 10:23<br>• 70:1-3<br>• 70:6<br>• 70:8-9<br>• 70:11-14<br>• 70:16-18<br>• 71:9-12<br>• 71:15-22<br>• 71:24 -72:10<br>• 72:14-20<br>• 78:1-4<br>• 78:11-80:25<br>• 88:8-89:23 | This is an excerpt of a non-final transcript of the deposition of a TOUR employee. The transcript references communications with non-party consultants who had an expectation of privacy and confidentiality in their communications with TOUR employees, as well as the TOUR's communications with government agencies and its internal board. Disclosure of the highlighted portions testimony would cause competitive harm to the TOUR and reveal the substance of the TOUR's confidential communications with the non-parties. | |
| 421-8 | Exhibit L | Highlighted portions at bates range PGA_TOUR0516771-PGA_TOUR0516788 | This is a series of communications between TOUR employees and their external consultants. The highlighted portions of these communications contain competitively sensitive communications between TOUR executives and a non-party consultant retained by the TOUR which would reveal. The highlighted portions also contain the full names and cell phone numbers of TOUR employees and several non-parties. Unsealing of this communication will result in competitive harm to the TOUR, as well as damage to the TOUR's business relationships. | |

2

[PROPOSED] ORDER TO PGA TOUR, INC.'S RENEWED STATEMENT IN SUPPORT OF SEALING REGARDING PLAINTIFFS' MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AT DKT. 421
Case No. 5:22-CV-04486-BLF

**IT IS SO ORDERED.**

DATED: _____          _____
                                        HON. BETH LABSON FREEMAN
                                        UNITED STATES DISTRICT JUDGE