KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　Defendant.<br><br>PGA TOUR, INC.,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>　　　　Counter-Defendants. | Case No. 5:22-cv-04486-BLF (SVK)<br><br>**PROOF OF SERVICE**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022<br><br>Trial Date: May 17, 2024 |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On June 5, 2023, I served the following document(s):

**[UNREDACTED] EXHIBIT G TO THE DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA'S RENEWED STATEMENT IN SUPPORT OF SEALING RE DKT. 421**

**[UNREDACTED] EXHIBIT L TO THE DECLARATION OF NEERA SHETTY IN SUPPORT OF PGA'S RENEWED STATEMENT IN SUPPORT OF SEALING RE DKT. 421**

| ☑ | by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error. |

**ATTORNEYS FOR PLAINTIFF LIV GOLF, INC.**

RACHEL S. BRASS
LAUREN DANSEY
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone: 415.393.8200
rbrass@gibsondunn.com
ldansey@gibsondunn.com

SCOTT K. HVIDT
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2911
Telephone: 214.698.3100
shvidt@gibsondunn.com

JOSHUA LIPTON
KRISTEN C. LIMARZI
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500
jlipton@gibsondunn.com
klimarzi@gibsondunn.com

ROBERT C. WALTERS
ROBERT C. WALTERS, PC
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2911
Telephone: 214.727.2466
rob@rcwalterspc.com

| | |
|---|---|
| JOHN B. QUINN<br>DOMINIC SURPRENANT<br>KEVIN TERUYA<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>Telephone: 213.443.3000<br>johnquinn@quinnemanuel.com<br>dominicsurprenant@quinnemanuel.com<br>kevinteruya@quinnemanuel.com | ROBERT P. FELDMAN<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA  94065<br>Telephone: 650.801.5000<br>bobfeldman@quinnemanuel.com |

JOHN BASH
QUINN EMANUEL URQUHART & SULLIVAN LLP
300 West 5th Street, Suite 2010
Austin, TX  78701
Telephone:  737.667.6101
johnbash@quinnemanuel.comm

**ATTORNEYS FOR COUNTER-DEFENDANTS THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN**

| | |
|---|---|
| HEATHER M. BURKE<br>WHITE & CASE LLP<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 800<br>Palo Alto, CA  94306<br>Telephone: 650.213.0300<br>hburke@whitecase.com | JACK E. PACE III<br>KIMBERLY A. HAVLIN<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY  10020<br>Telephone: 212.819.8200<br>jpace@whitecase.com<br>kim.havlin@whitecase.com |

CAROLYN LAMM
HANSEL PHAM
NICOLLE KOWNACKI
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC  20005
Telephone: 202.626-3600
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Executed on June 5, 2023, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Kelly Florencio Love* (signature)

Kelly Florencio Love