KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>PGA TOUR, INC.,<br><br>  Defendant. | Case No. 5:22-CV-04486-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge:     Hon. Beth Labson Freeman |
| PGA TOUR, INC.,<br><br>  Counter-claimant,<br><br>  v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>  Counter-defendants. | Date Filed:     August 3, 2022<br><br>Trial Date:      May 17, 2024 |

Pursuant to Civil Local Rules 6-2 and 7-12, and Section IV.B of this Court's Standing Order Regarding Civil Cases, Defendant and Counter-claimant the PGA Tour, Inc. (the "TOUR"), and Counter-Defendants the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan (collectively, with Plaintiff LIV Golf., Inc., the "Parties"), by and through the undersigned counsel, stipulate and agree as follows:

WHEREAS, on February 23, 2023, the TOUR filed an Amended Counterclaim in this matter. Dkt. No. 289;

WHEREAS, on May 18, 2023, PIF and Mr. Al-Rumayyan filed a Motion to Dismiss the Amended Counterclaim ("Motion"). Dkt. No. 436;

WHEREAS, on May 30, 2023, the Court entered an order setting (1) June 15, 2023, as the deadline for the TOUR to file an opposition to the Motion, and (2) July 7, 2023, as the deadline for PIF and Mr. Al-Rumayyan to file a reply in support of the Motion. Dkt. No. 452;

IT IS HEREBY STIPULATED AND AGREED by the TOUR, PIF, and Mr. Al-Rumayyan, through their undersigned counsel, as follows:

1. The TOUR's deadline to file and serve its opposition to PIF and Mr. Al-Rumayyan's Motion is continued from June 15, 2023, to June 29, 2023;

2. PIF and Mr. Al-Rumayyan's deadline to file and serve their reply in support of the Motion is continued from July 7, 2023, to July 21, 2023;

3. The hearing on PIF and Mr. Al-Rumayyan's Motion currently set for August 24, 2023, will remain unaffected by these extensions;

4. By filing this Stipulation and Proposed Order, the TOUR, PIF and Mr. Al-Rumayyan do not waive and expressly preserve all rights, objections and defenses, including, without limitation, objections to jurisdiction.

////

////

////

////

////

SO STIPULATED AND AGREED.

Dated: June 14, 2023

KEKER, VAN NEST & PETERS LLP

By: *s/Elliot R. Peters*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

Dated: June 14, 2023

WHITE & CASE LLP

By: *s/ Kimberly A. Havlin*
Carolyn Lamm *(pro hac vice)*
Hansel Pham *(pro hac vice)*
Nicolle Kownacki *(pro hac vice)*
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III *(pro hac vice)*
Kimberly A. Havlin *(pro hac vice)*
Hannelore Sklar *(pro hac vice)*
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

Attorneys for Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

*s/Elliot R. Peters*
ELLIOT R. PETERS

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Defendant and Counter-claimant PGA Tour, Inc.'s deadline to file any opposition to the Motion to Dismiss the Amended Counterclaim shall be June 29, 2023.

Counter-Defendants the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's deadline to file any reply in support of the Motion to Dismiss the Amended Counterclaim shall be July 21, 2023.

Dated: _____, 2023

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE