| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:   212 735 3000<br>Facsimile:    212 735 2000 |

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>         Defendant.<br><br>PGA TOUR, INC.,<br><br>         Counter-claimant,<br><br>    v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>         Counter-defendants. | Case No. 5:22-CV-04486-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed:    August 3, 2022<br><br>Trial Date:    May 17, 2024 |

Pursuant to Civil Local Rules 6-2 and 7-12, and Section IV.B of this Court's Standing Order Regarding Civil Cases, Defendant and Counter-claimant the PGA Tour, Inc. (the "TOUR"), and Counter-Defendants the Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan (collectively, with Plaintiff LIV Golf., Inc., the "Parties"), by and through the undersigned counsel, stipulate and agree as follows:

WHEREAS, on February 23, 2023, the TOUR filed an Amended Counterclaim in this matter. Dkt. No. 289;

WHEREAS, on May 18, 2023, PIF and Mr. Al-Rumayyan filed a Motion to Dismiss the Amended Counterclaim ("Motion"). Dkt. No. 436;

WHEREAS, on May 30, 2023, the Court entered an order setting (1) June 15, 2023, as the deadline for the TOUR to file an opposition to the Motion, and (2) July 7, 2023, as the deadline for PIF and Mr. Al-Rumayyan to file a reply in support of the Motion. Dkt. No. 452;

IT IS HEREBY STIPULATED AND AGREED by the TOUR, PIF, and Mr. Al-Rumayyan, through their undersigned counsel, as follows:

1. The TOUR's deadline to file and serve its opposition to PIF and Mr. Al-Rumayyan's Motion is continued from June 15, 2023, to June 29, 2023;

2. PIF and Mr. Al-Rumayyan's deadline to file and serve their reply in support of the Motion is continued from July 7, 2023, to July 21, 2023;

3. The hearing on PIF and Mr. Al-Rumayyan's Motion currently set for August 24, 2023, will remain unaffected by these extensions;

4. By filing this Stipulation and Proposed Order, the TOUR, PIF and Mr. Al-Rumayyan do not waive and expressly preserve all rights, objections and defenses, including, without limitation, objections to jurisdiction.

////

////

////

////

////

SO STIPULATED AND AGREED.

                                                    KEKER, VAN NEST & PETERS LLP

Dated: June 14, 2023                    By:    *s/Elliot R. Peters*
                                                      ELLIOT R. PETERS
                                                      DAVID SILBERT
                                                      R. ADAM LAURIDSEN
                                                      NICHOLAS S. GOLDBERG
                                                      SOPHIE HOOD

                                                      Attorneys for Defendant and Counter-Claimant
                                                      PGA TOUR, INC.

                                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                                      ANTHONY J. DREYER
                                                      KAREN M. LENT
                                                      MATTHEW M. MARTINO

                                                      Attorneys for Defendant and Counter-Claimant
                                                      PGA TOUR, INC.

Dated: June 14, 2023                                      WHITE & CASE LLP

                                               By:    *s/ Kimberly A. Havlin*
                                                      Carolyn Lamm *(pro hac vice)*
                                                      Hansel Pham *(pro hac vice)*
                                                      Nicolle Kownacki *(pro hac vice)*
                                                      701 Thirteenth Street, NW
                                                      Washington, District of Columbia 20005
                                                      Telephone: (202) 626-3600
                                                      Facsimile: (202) 639-9355
                                                      clamm@whitecase.com
                                                      hpham@whitecase.com
                                                      nkownacki@whitecase.com

Jack E. Pace III *(pro hac vice)*
Kimberly A. Havlin *(pro hac vice)*
Hannelore Sklar *(pro hac vice)*
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

Attorneys for Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

*s/Elliot R. Peters*
ELLIOT R. PETERS

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Defendant and Counter-claimant PGA Tour, Inc.'s deadline to file any opposition to the Motion to Dismiss the Amended Counterclaim shall be June 29, 2023.

Counter-Defendants the Public Investment Fund of the Kingdom of Saudi Arabia and Yasir Othman Al-Rumayyan's deadline to file any reply in support of the Motion to Dismiss the Amended Counterclaim shall be July 21, 2023.

Dated: June 15, 2023

HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE