Tanya Forsheit (CA State Bar No. 192472)
Dana R. Green (*pro hac vice pending*)
THE NEW YORK TIMES COMPANY
Legal Department
620 8th Avenue, 13th Floor
New York, NY 10018
Telephone:   (212) 556-1234
Facsimile:    (212) 556-4634
Email: tanya.forsheit@nytimes.com
       dana.green@nytimes.com

Attorneys for Non-Party Media Entity
THE NEW YORK TIMES COMPANY

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF INC., <br><br> Plaintiff, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and YASIR OTHMAN AL-RUMAYYAN <br><br> Counter-Defendants | Case No. 5:22-cv-04486-BLF <br><br> **[PROPOSED] ORDER GRANTING MOTION OF NON-PARTY MEDIA ENTITY THE NEW YORK TIMES COMPANY FOR AN ORDER TO INTERVENE AND FOR AN ORDER UNSEALING COURT RECORDS** <br><br> Date: July 28, 2023 <br> Time: 9:00 a.m. <br> Department: Courtroom 3 – 5th Floor |

Now before the Court is The New York Times Company's ("The Times") Motion to Intervene and Unseal Court Records in *LIV Golf Inc. v. PGA Tour, Inc.*, Case No. 5:22-cv-04486 (BLF) (the "Motion"). Upon consideration of the Motion and the Memorandum of Points and Authorities filed therewith, the Court finds there is good cause for granting The Times's request to intervene in the above matter for the limited purpose of asserting the public's right of access to judicial records. The Court further finds there is good cause for granting The Times's request to

unseal the court records in the above matter, as these records are subject to the public's right of access. The Clerk of Court is directed to promptly unseal the judicial records in this matter.

**IT IS HEREBY ORDERED**, that The Times's Motion for an Order to Intevene and for an Order Unsealing Court Records is **GRANTED**.

**IT IS SO ORDERED**.

DATED:

                                      The Honorable Beth Labson Freeman
                                      United States District Judge