| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>LAUREN D. DANSEY, SBN 311886<br>  ldansey@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:   415.393.8306<br><br>RUSSELL H. FALCONER, *pro hac vice*<br>  rfalconer@gibsondunn.com<br>SCOTT K. HVIDT, *pro hac vice*<br>  shvidt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100<br><br>JOSHUA LIPTON, *pro hac vice*<br>  jlipton@gibsondunn.com<br>KRISTEN C. LIMARZI, *pro hac vice*<br>  klimarzi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500 | ROBERT C. WALTERS, *pro hac vice*<br>  rob@rcwalterspc.com<br>ROBERT C. WALTERS, PC<br>2001 Ross Avenue<br>Dallas, Texas 75201-2911<br>Telephone: 214.727.2466<br><br>JOHN B. QUINN, SBN 90378<br>  johnquinn@quinnemanuel.com<br>DOMINIC SURPRENANT, SBN 165861<br>  dominicsurprenant@quinnemanuel.com<br>KEVIN TERUYA, SBN 235916<br>  kevinteruya@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>ROBERT P. FELDMAN, SBN 69602<br>  bobfeldman@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000 |

*Attorneys for Plaintiff LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, and LIV GOLF INC.,<br><br>             Plaintiffs,<br><br>     v.<br><br>PGA TOUR, INC.,<br><br>             Defendant and Counter-Plaintiff,<br><br>     v.<br><br>LIV GOLF INC., et al.,<br><br>             Counter-Defendant. | CASE NO. 5:22-cv-04486-BLF-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL** |

Plaintiff and Counter-Defendant LIV Golf Inc. ("LIV"), Defendant and Counter-Plaintiff PGA Tour, Inc. (the "TOUR"), and Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Al-Rumayyan (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on August 26, 2022, LIV and other plaintiffs who have since dismissed their claims filed an amended complaint and demand for jury trial against the TOUR;

WHEREAS, on February 23, 2022, the TOUR filed an amended counterclaim and demand for jury trial against LIV, PIF, and Mr. Al-Rumayyan;

WHEREAS, the TOUR sought third-party discovery of the PIF and Mr. Al-Rumayyan, which was the subject of the orders entered at Docket Nos. 265 and 382 and which are currently under appeal in the U.S. Court of Appeals for the Ninth Circuit (No. 23-15530);

WHEREAS, LIV and the TOUR wish to voluntarily dismiss with prejudice all of their claims against each other and the TOUR's claims against PIF and Mr. Al-Rumayyan pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and PIF and Mr. Al-Rumayyan wish to voluntarily dismiss their appeal with prejudice, and all Parties consent;

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. LIV voluntarily dismisses with prejudice its claims against the TOUR pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The TOUR voluntarily dismisses with prejudice its claims against LIV, PIF, and Mr. Al-Rumayyan pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3. The discovery orders issued at Docket Nos. 265 and 382 are moot.

4. All Parties bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED: June 16, 2023               Respectfully submitted,

By: _____/s/ Rachel S. Brass_____

RACHEL S. BRASS, SBN 219301
   rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
   ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

RUSSELL H. FALCONER, *pro hac vice*
   rfalconer@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
   shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
   jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
   klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

ROBERT C. WALTERS, *pro hac vice*
   rob@rcwalterspc.com
ROBERT C. WALTERS, PC
2001 Ross Avenue
Dallas, Texas 75201-2911
Telephone:    214.727.2466

JOHN B. QUINN, SBN 90378
   johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
   dominicsurprenant@quinnemanuel.com
KEVIN TERUYA, SBN 235916
   kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

Gibson, Dunn &
Crutcher LLP

2

STIPULATION REGARDING VOLUNTARY DISMISSAL OF LIV GOLF, INC. AND PGA TOUR, INC.
CASE NO. 5:22-CV-04486-BLF-SVK

ROBERT P. FELDMAN, SBN 69602
 bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiff LIV Golf Inc.*

DATED:  June 16, 2023                    By:     /s/ *Elliot R. Peters*

ELLIOT R. PETERS, SBN 158708
epeters@keker.com
DAVID SILBERT, SBN 173128
dsilbert@keker.com
R. ADAM LAURIDSEN, SBN 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG, SBN 273614
ngoldberg@keker.com
SOPHIE HOOD, SBN 295881
shood@keker.com

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

ANTHONY J. DREYER, admitted pro hac vice
anthony.dreyer@skadden.com
KAREN M. LENT, admitted pro hac vice
karen.lent@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000/1

*Attorneys for Defendant PGA TOUR, Inc.*

| | |
|---|---|
| DATED: June 16, 2023 | By: /s/   Kimberly A. Havlin |

                                                      Carolyn Lamm (*pro hac vice*)
Hansel Pham (*pro hac vice*)
Nicolle Kownacki (*pro hac vice*)
701 Thirteenth Street, NW
Washington, District of Columbia 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
clamm@whitecase.com
hpham@whitecase.com
nkownacki@whitecase.com

Jack E. Pace III (pro hac vice)
Kimberly A. Havlin (pro hac vice)
Hannelore Sklar (pro hac vice)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
jpace@whitecase.com
kim.havlin@whitecase.com
hannelore.sklar@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

*Attorneys for Counter-Defendants The Public Investment Fund of the Kingdom of Saudi Arabia and His Excellency Yasir O. Al-Rumayyan*

**APPROVED AND SO ORDERED:**

Dated: _____            _____
                                                                      HON. BETH LABSON FREEMAN
                                                                      UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

DATED: June 16, 2023                        KEKER, VAN NEST & PETERS LLP

By:   /s/ Elliot R. Peters
           Elliot R. Peters