KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
SOPHIE HOOD - # 295881
shood@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ANTHONY J. DREYER - (*pro hac vice*)
anthony.dreyer@skadden.com
KAREN M. LENT - (*pro hac vice*)
karen.lent@skadden.com
MATTHEW M. MARTINO - (*pro hac vice*)
matthew.martino@skadden.com
One Manhattan West
New York, NY 10001
Telephone:     212 735 3000
Facsimile:     212 735 2000

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>    Defendant.<br><br>PGA TOUR, INC.,<br><br>    Counter-claimant,<br><br>v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>    Counter-defendants. | Case No. 5:22-CV-04486-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR NON-PARTY MEDIA ENTITY THE NEW YORK TIMES COMPANY'S MOTION FOR AN ORDER TO INTERVENE AND FOR AN ORDER UNSEALING COURT RECORDS**<br><br>Judge:    Hon. Beth Labson Freeman<br><br>Date Filed:    August 3, 2022<br><br>Trial Date:    N/A |

JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR
THE NEW YORK TIMES COMPANY'S MOTION
Case No. 5:22-CV-04486-BLF

2197415

Pursuant to Civil Local Rules 6-2 and 7-12, and Section IV.B of this Court's Standing Order Regarding Civil Cases, Plaintiff and Counter-defendant LIV Golf, Inc ("LIV"), Defendant and Counter-claimant the PGA Tour, Inc. (the "TOUR"), and Non-Party Media Entity The New York Times Company (the "TIMES"), by and through the undersigned counsel, stipulate and agree as follows:

WHEREAS, on June 16, 2023, the TIMES filed a Motion for an Order to Intervene and for an Order Unsealing Court Records in this matter ("Motion"), which hearing was noticed for July 28, 2023, *see* Dkt. No. 460; and

WHEREAS, the docket entry associated with the Motion (Dkt. No. 460) states that responses to the Motion are due by "8/11/2023" and replies are due by "8/18/2023"; and

WHEREAS, the Clerk of Court reset the hearing date to August 3, 2023, *see* Dkt. No. 461;

IT IS HEREBY STIPULATED AND AGREED by LIV, the TOUR, and The New York Times Company, through their undersigned counsel, as follows:

1. The deadline to file and serve an opposition to the Motion is July 11, 2023; and

2. The deadline to file and serve a reply in support of the Motion is July 18, 2023; and

3. The hearing on the Motion currently set for August 3, 2023, will remain unchanged.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1

JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR
THE NEW YORK TIMES COMPANY'S MOTION
Case No. 5:22-CV-04486-BLF

2197415

SO STIPULATED AND AGREED.

Dated: June 23, 2023

KEKER, VAN NEST & PETERS LLP

By: *s/ Nicholas S. Goldberg*
ELLIOT R. PETERS
DAVID SILBERT
R. ADAM LAURIDSEN
NICHOLAS S. GOLDBERG
SOPHIE HOOD

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ANTHONY J. DREYER
KAREN M. LENT
MATTHEW M. MARTINO

Attorneys for Defendant and Counter-Claimant
PGA TOUR, INC.

Dated: June 23, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *s/ John Bash*
JOHN B. QUINN
DOMINIC SURPRENANT
KEVIN TERUYA
ROBERT P. FELDMAN
JOHN BASH

Attorneys for Plaintiff and Counter-Defendant
LIV GOLF, INC.

THE NEW YORK TIMES COMPANY
LEGAL DEPARTMENT

Dated: June 23, 2023

By: *s/ Dana Green*
TANYA FORSHEIT
DANA GREEN

Attorneys for Non-Party Media Entity
THE NEW YORK TIMES COMPANY

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

*s/ Nicholas S. Goldberg*
NICHOLAS S. GOLDBERG
3

JOINT STIPULATION AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR
THE NEW YORK TIMES COMPANY'S MOTION
Case No. 5:22-CV-04486-BLF

2197415

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Plaintiff and Counter-defendant LIV Golf, Inc.'s and Defendant and Counter-claimant PGA Tour, Inc.'s deadline to file any opposition to The New York Times Company's Motion for an Order to Intervene and for an Order Unsealing Court Records shall be July 11, 2023.

The New York Times Company's deadline to file any reply in support of the Motion for an Order to Intervene and for an Order Unsealing Court Records shall be July 18, 2023.

Dated: _____, 2023

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE