|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUN 22 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MATT JONES; et al.,

    Plaintiffs,

 v.

PGA TOUR, INC.,

    Defendant-counter-claimant-Appellee,

 v.

PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA; YASIR OTHMAN AL-RUMAYYAN, His Excellency,

    Counter-defendant-Appellants.

No. 23-15530

D.C. No. 5:22-cv-04486-BLF
Northern District of California,
San Jose

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 14), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

                                    FOR THE COURT:

                                    MOLLY C. DWYER
                                    CLERK OF COURT

OSA133