| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>SOPHIE HOOD - # 295881<br>shood@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 | SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>ANTHONY J. DREYER - (*pro hac vice*)<br>anthony.dreyer@skadden.com<br>KAREN M. LENT - (*pro hac vice*)<br>karen.lent@skadden.com<br>MATTHEW M. MARTINO - (*pro hac vice*)<br>matthew.martino@skadden.com<br>One Manhattan West<br>New York, NY 10001<br>Telephone:     212 735 3000<br>Facsimile:      212 735 2000 |

Attorneys for Defendant and Counter- Claimant
PGA TOUR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>PGA TOUR, INC.,<br><br>           Defendant.<br><br>PGA TOUR, INC.,<br><br>           Counter-claimant,<br><br>     v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>           Counter-defendants. | Case No. 5:22-CV-04486-BLF (SVK)<br><br>**DECLARATION OF FRANCO MUZZIO IN SUPPORT OF PGA TOUR, INC.'S OPPOSITION TO NON- PARTY THE NEW YORK TIMES COMPANY'S MOTION TO UNSEAL**<br><br>Date:         August 3, 2023<br>Time:        1:30 p.m.<br>Judge:       Hon. Beth Labson Freeman<br><br>Date Filed: August 3, 2022 |

I, Franco Muzzio, declare:

1. I am an attorney, duly licensed to practice law in California, and an associate with the law firm of Keker, Van Nest & Peters LLP, counsel for Defendant and Counter-Claimant PGA TOUR, Inc. ("TOUR"), in the above-captioned action. I submit this declaration in support of the TOUR's Opposition to Non-Party The New York Times Company's (the "Times") Motion to Unseal Court Records. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them under oath.

2. On June 23, 2023, I participated in a meet-and-confer videoconference between counsel for the TOUR and counsel for the Times. During that call, the TOUR's counsel requested that the Times identify the particular documents the Times seeks to unseal to narrow the scope of any dispute concerning sealing in this matter.

3. Attached hereto as **Exhibit A** to this declaration is a true and correct copy of correspondence between counsel for the Times and counsel for the TOUR following the June 23, 2023 meet-and-confer call.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of July, 2023, at San Francisco, California.

FRANCO MUZZIO