# EXHIBIT A

# Franco Muzzio

| | |
|---|---|
| **From:** | Dana Green <dana.green@nytimes.com> |
| **Sent:** | Thursday, June 29, 2023 9:13 PM |
| **To:** | Brook Dooley |
| **Cc:** | Nicholas S. Goldberg; tanya.forsheit@nytimes.com; Victor T. Chiu; Franco Muzzio |
| **Subject:** | Re: LIV Golf v. PGA TOUR - NYT Motion |

**[EXTERNAL]**

Brook,

Thank you for following up. Without waiving the right to seek additional unsealing, below are records we particularly seek to unseal. Not all are TOUR filings, but I understand you may have a position on their unsealing. I will be in the office tomorrow if you would like to discuss anything ahead of the holiday weekend.

**Docket 148:** [Redacted] Motion to Compel and [Sealed] Dooley Declaration and attachments thereto (TOUR)

**Docket 166:** [Redacted] Memorandum of Points and Authorities and [Sealed] Declaration of Tim Taylor and any exhibits thereto (PIV)

**Docket 169:** [Redacted] Opposition/Response and [Sealed] Hood Declaration and exhibits thereto.(TOUR)

**Docket 173:** [Redacted] Reply (PIV)

**Docket 209:** [Sealed and redacted] Exhibits A and B to Yeats-Rowe Declaration (TOUR)

**Docket 223:** [Sealed] Exhibit 1 - MTC Presentation (TOUR)

**Docket 236:** [Redacted] Joint Statement Discovery Letter Brief Re: Request for Production No. 8 of Subpoenas to Independent PGA Tour Directors and Former PGA Tour Commissioner Finchem

**Docket 322:** [Redacted] PGA Opposition to Motion for Relief from Non-Dispositive Pretrial Order (TOUR)

**Docket 332:** [Redacted] Bifurcation Motion and [Sealed] Exhibits thereto (TOUR)

**Docket 375:** [Redacted] PGA Opposition to Plaintiff's Motion to Bifurcate and [Sealed] Exhibits thereto (TOUR)

**Docket 378:** [Redacted] Joint case management statement and [Sealed] Exhibit A

**Docket 415:** [Redacted] PGA Opposition to PIV Motion to Stay and Cross-Motion for Stay (TOUR)

**Docket 436:** [Redacted] LIV Motion to Dismiss

Thank you,

Dana

On Wed, Jun 28, 2023 at 2:37 PM Brook Dooley <BDooley@keker.com> wrote:

> Dana:

I hope you are well.  When we spoke last week, we asked that the Times indicate to us the particular underseal TOUR documents that it is interested in unsealing so that we could see about resolving the Times's motion or at least narrowing the issues in dispute.  You indicated that you would try to get us those documents early this week.

Have you had a chance to identify the TOUR documents that the Times and its reporters are interested in unsealing?

Thank you

Brook