United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>PGA TOUR, INC.,<br><br>        Defendant. | Case No. 22-cv-04486-BLF<br><br>**ORDER REGARDING NONPARTY NEW YORK TIMES COMPANY'S REPLY BRIEF IN SUPPORT OF MOTION TO UNSEAL COURT RECORDS**<br><br>[Re: ECF No. 460] |

      The Court orders that nonparty New York Times Company's reply in support of its motion to unseal court records shall be a single brief of no more than 10 pages in length.

**IT IS SO ORDERED.**

Dated: July 12, 2023

                                                  _____
                                                BETH LABSON FREEMAN
                                                United States District Judge