# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　Defendant. | Case No. 22-cv-04486-BLF<br><br>**ORDER REGARDING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>[Re: ECF No. 472] |

The Court has received an application for admission of attorney pro hac vice. *See* ECF No. 472. The Court asks that counsel re-file the request with local counsel's address of record within the State of California. *See* Civil L.R. 11-3(a)(3).

**IT IS SO ORDERED.**

Dated: July 18, 2023

_____
BETH LABSON FREEMAN
United States District Judge