1  Elizabeth L. Schilken (State Bar No. 241231)
   schilkene@ballardspahr.com
2  BALLARD SPAHR LLP
   2029 Century Park East, Suite 1400
3  Los Angeles, CA 90067-2915
   Telephone:  424-204-4400
4  Facsimile:   424-204-4350

5  Attorneys for Non-Party Media Entity
   THE NEW YORK TIMES COMPANY
6

7

8

9                        IN THE UNITED STATES DISTRICT COURT
10                         THE NORTHERN DISTRICT OF CALIFORNIA
                                      SAN JOSE DIVISION
11

12 | MATT JONES; BRYSON DECHAMBEAU; PETER UIHLEIN; and LIV GOLF, INC., | Case No. 5:22-cv-04486-BLF |
|---|---|
13 |  | **NOTICE OF APPEARANCE** |
14 | Plaintiffs, v. | Judge:        Hon. Beth Labson Freeman |
15 | PGA TOUR, INC., | Date Filed:   August 3, 2022 |
16 | Defendant. | Trial Date:   January 8, 2024 |
17 |  |  |
18 |  |  |
19 | PGA TOUR, INC., |  |
20 | Counter-Claimant, v. |  |
21 |  |  |
22 | LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and YASIR OTHMAN AL-RUMAYYAN, |  |
23 |  |  |
24 |  |  |
25 | Counter-Defendants. |  |

26

27

28

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Elizabeth L. Schilken of Ballard Spahr LLP hereby appears as counsel for non-party media entity THE NEW YORK TIMES COMPANY in the above-captioned matter.  Counsel is admitted to practice in the State of California and before this Court.  Her address, telephone, facsimile, and email are as follows:

ELIZABETH L. SCHILKEN, #241231
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone:  (424) 204-4400
Facsimile:  (424) 204-4350
Email:       schilkene@ballardspahr.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: July 19, 2023                                    BALLARD SPAHR LLP

*/s/ Elizabeth L. Schilken*
Elizabeth L. Schilken

Attorney for Non-Party Media Entity
THE NEW YORK TIMES COMPANY