

# FREEDOM WATCH

▶ www.FreedomWatchUSA.org

▸ **Southern Headquarters** 7050 W Palmetto Park Road, Boca Raton, Florida 33433  ▸ (561) 449-0899  ▸ leklayman@gmail.com

July 20, 2023

Via Federal Express

Robert F. Peckham Federal Building & United States Courthouse
Hon. Beth Labson Freeman
Hon. Susan van Keulen
Clerk of the Court
280 South 1st Street, Room 2112
San Jose, CA 95113

Re: *Jones v. PGA Tour*, 22-cv-4486

Enclosed is a copy of my Notice of Pending Subpoenas Duces Tecum which I respectfully request be filed on the docket in the above referenced case.

Larry Klayman, Esq.
Freedom Watch, Inc.

CC:

Austin Van Schwing
Rachel S. Brass
Lauren Dansey
Gibson, Dunn & Crutcher LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105-2933

Robert P. Feldman
Dominic Surprenant
John B. Quinn
Kevin Yoshiwo Teruya
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Joshua Lipton
Gibson Dunn
1050 Connecticut Ave. N.W.
Washington, DC 20036

Kristen Ceara Limarzi
Gibson Dunn & Crutcher LLP
1050 Connecticut Ave. NW
Washington D.C., DC 20036

John Bash
Quinn, Emanuel, Urquhart & Sullivan, LLP
300 West 6th Street
Suite 2010
Austin, TX 78701

Russell Harris Falconer
Robert C. Walters
Gibson, Dunn & Crutcher LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201

Brook Dooley
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

Eric H. MacMichael
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111

Anthony J Dreyer
Skadden Arps Slate Meagher Flom LLP
One Manhattan West
New York, NY 10001

Charles F. Rule
Rule Garza Howley LLP
1701 Pennsylvania Avenue NW
Ste 200
Washington DC, DC 20006

Patrick J Fitzgerald
P.O. Box 575

Stevensville, MI 49127

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

MATT JONES, ET AL

           Plaintiffs

     v.

PGA TOUR, INC.

           Defendants.

Case No: 22-cv-04486-BLF

## <u>NOTICE OF PENDING SUBPOENAS DUCES TECUM</u>

Larry Klayman ("Mr. Klayman") and members of the putative class (collectively "Plaintiffs") are the Plaintiffs in a lawsuit styled *Klayman v. PGA Tour et al*, 50-2022-CA-006587 (15th Jud. Cir. Fla.) (the "Florida Case"). Plaintiffs have filed in the Florida Case the attached Notice of Intent to Serve Subpoenas of Robert C. Walters, Esq. and Robert P. Feldman, Esq. and are notifying this Honorable Court of such as asking that records be maintained and not destroyed to enable compliance with the forthcoming subpoenas.

Dated: July 20, 2023

Respectfully Submitted

Larry Klayman, Esq.
Freedom Watch, Inc.
Florida Bar No. 246220
7050 W. Palmetto Park Rd.
Boca Raton, FL, 33433
Tel: 561-558-5336
leklayman@gmail.com

*Pro se*

1

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, July 20, 2023 a copy of the foregoing

was sent via Federal Express to the clerk of the Court at:

Robert F. Peckham Federal Building & United States Courthouse
280 South 1st Street, Room 2112
San Jose, CA 95113

and served on all counsel of record via Federal Express.

Larry Klayman

IN THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

LARRY KLAYMAN AND MEMBERS OF
THE PUTATIVE CLASS

              Plaintiffs

      v.

PGA TOUR, et al

             Defendants.

Case No: 50-2022-CA-006587

## NOTICE OF INTENT TO SERVE SUBPOENA

YOU ARE NOTIFIED that after 10 days from the date of service of this notice, and if no objection is received from any party, the undersigned will issue or apply to the clerk of this court for issuance of the attached subpoena directed to Robert C. Walters, Esq. who is not a party and whose address is listed on the subpoena below.

Dated: June 19, 2023

Respectfully Submitted

/s/ Larry Klayman_____
Larry Klayman, Esq.
Freedom Watch, Inc.
Florida Bar No. 246220
7050 W. Palmetto Park Rd. #15-287
Boca Raton, FL, 33433
Tel: 561-558-5336
leklayman@gmail.com

*Pro se and on behalf of the putative class*

1

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, June 19, 2023 a copy of the foregoing was filed via this Court's e-filing system and served upon all parties and/or counsel of record through Notices of Electronic Filing.

_/s/ Larry Klayman_____
Larry Klayman

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

LARRY KLAYMAN AND MEMBERS OF
THE PUTATIVE CLASS

            Plaintiffs

          v.                    **Case No: 50-2022-CA-006587**

PGA TOUR, et al

            Defendants.

### SUBPOENA DUCES TECUM

THE STATE OF FLORIDA:

TO:    Robert C. Walters, Esq.
       GIBSON, DUNN & CRUTCHER LLP
       2001 Ross Avenue, Suite 2100
       Dallas, Texas 75201-2911

      YOU ARE COMMANDED to appear at 2001 Ross Avenue, Suite 2100 Dallas, Texas 75201-2911, on July 10, 2023 at 10:00 a.m. and to have with you at that time and place the following: **SEE ATTACHMENT**

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name

1

appears on this subpoena. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.

      If you fail to: (1) appear as specified; or (2) furnish the records instead of appearing as provided above; or (3) object to this subpoena, you may be in contempt of court. You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you must respond to this subpoena as directed.

DATED on June 19, 2023

        /s/ Larry Klayman
        Larry Klayman, Esq.
        Freedom Watch, Inc.
        Florida Bar No. 246220
        7050 W. Palmetto Park Rd. #15-287
        Boca Raton, FL, 33433
        leklayman@gmail.com

        *Pro se and on behalf of the putative class*

[ATTACHMENT]

## DEFINITIONS

1.1.    As used herein, "you" or "your" shall mean **ROBERT C. WALTERS** and/or anyone acting on your behalf.

1.2.    The singular shall include the plural and vice versa; the terms "and" and "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation."

1.3.    "Agent" shall mean: any person or entity acting at the direction of or on behalf of another.

1.4.    "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

1.5.    The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

1.6.    As used herein, "relevant time period" shall mean from **August 3, 2022** to the present.

1.7.    The word "identify" when used in reference to a document, means and includes the name and address of the custodian of the document, the location of the document, land a general description including (1) the type of document (i.e. correspondence, memorandum, facsimile etc.; (2) the general subject matter of the document; (3) the date of the document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

1.8.   The terms "document" or "documents" shall mean any and all information in tangible form and shall include, without limiting the generality of the foregoing, all letters, telegrams, telexes, teletypes, correspondences, telephone billing records, e-mails, contracts, drafts, agreements, notes to file, reports, memoranda, mechanical or electronic recordings or transcripts of such recordings, audio, video, blueprints, flow sheets, flow charts, calendar or diary entries, memoranda or telephone or personal conversations, text messages, signal messages, memoranda of meetings or conferences, studies, reports, interoffice and intra-office communications, quotations, offers, inquiries, bulletins, circulars, statements, manuals, summaries, newsletters, compilations, maps, charts, graphs, propositions, articles, announcements, newspaper clippings, books, records, tables, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, promissory notes and other evidence of indebtedness and all drafts and copies of documents as hereinabove defined by whatever means made. If multiple copies of a document exist, each copy which is in any way not completely identical to a copy which is being produced should also be produced.

## **INSTRUCTIONS**

1.9.   If you object to fully identifying a document or oral communication because of an alleged privilege, you must nevertheless provide the following information:

        a)     the nature of the privilege claimed (including work product);

        b)     if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

        c)     the date of the document or oral communication;

        d)     if a document: its type, custodian, location, and such other information sufficient to identify the document for a subpoena *duces tecum* or a document request;

e)      if an oral communication, the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

f)      the general subject matter of the document or oral communication.

### SPECIFIC DOCUMENTS REQUESTED

(1)      Any and all documents produced by the PGA Tour and/or any third paties to YOU on behalf of the Plaintiffs in the case styled *Mickelson, et al v. PGA Tour, Inc.*, 5:22-cv-04486-BLF (N.D. Ca.).

## IN THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

LARRY KLAYMAN AND MEMBERS OF
THE PUTATIVE CLASS

          Plaintiffs

      v.

PGA TOUR, et al

          Defendants.

**Case No: 50-2022-CA-006587**

## NOTICE OF INTENT TO SERVE SUBPOENA

YOU ARE NOTIFIED that after 10 days from the date of service of this notice, and if no objection is received from any party, the undersigned will issue or apply to the clerk of this court for issuance of the attached subpoena directed to Robert P. Feldman, Esq. who is not a party and whose address is listed on the subpoena below.

Dated: June 19, 2023          Respectfully Submitted

          /s/ Larry Klayman
          Larry Klayman, Esq.
          Freedom Watch, Inc.
          Florida Bar No. 246220
          7050 W. Palmetto Park Rd. #15-287
          Boca Raton, FL, 33433
          Tel: 561-558-5336
          leklayman@gmail.com

          *Pro se and on behalf of the putative class*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, June 19, 2023 a copy of the foregoing

was filed via this Court's e-filing system and served upon all parties and/or counsel of record

through Notices of Electronic Filing.

_____/s/ Larry Klayman_____
Larry Klayman

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

LARRY KLAYMAN AND MEMBERS OF
THE PUTATIVE CLASS

               Plaintiffs

          v.                        Case No: **50-2022-CA-006587**

PGA TOUR, et al

               Defendants.

## SUBPOENA DUCES TECUM

THE STATE OF FLORIDA:

TO:    Robert P. Feldman, Esq.
           Quinn Emanuel Urquhart & Sullivan LLP
           555 Twin Dolphin Dr., 5th Floor
           Redwood Shores, California 94065

       YOU ARE COMMANDED to appear at 555 Twin Dolphin Dr., 5th Floor Redwood Shores, California 94065, on July 7, 2023 at 10:00 a.m. and to have with you at that time and place the following: **SEE ATTACHMENT**

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name

1

appears on this subpoena. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.

      If you fail to: (1) appear as specified; or (2) furnish the records instead of appearing as provided above; or (3) object to this subpoena, you may be in contempt of court. You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you must respond to this subpoena as directed.

DATED on June 19, 2023

                                          _/s/ Larry Klayman_____
                                          Larry Klayman, Esq.
                                          Freedom Watch, Inc.
                                          Florida Bar No. 246220
                                          7050 W. Palmetto Park Rd. #15-287
                                          Boca Raton, FL, 33433
                                          leklayman@gmail.com

                                          *Pro se and on behalf of the putative class*

2

**[ATTACHMENT]**

**DEFINITIONS**

1.1.    As used herein, "you" or "your" shall mean **ROBERT P. FELDMAN, ESQ.** and/or anyone acting on your behalf.

1.2.    The singular shall include the plural and vice versa; the terms "and" and "or" shall be both conjunctive and disjunctive; and the term "including" means "including without limitation."

1.3.    "Agent" shall mean: any person or entity acting at the direction of or on behalf of another.

1.4.    "Person" shall mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

1.5.    The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts or contradicts.

1.6.    As used herein, "relevant time period" shall mean from **August 3, 2022** to the present.

1.7.    The word "identify" when used in reference to a document, means and includes the name and address of the custodian of the document, the location of the document, land a general description including (1) the type of document (i.e. correspondence, memorandum, facsimile etc.; (2) the general subject matter of the document; (3) the date of the document; (4) the author of the document; (5) the addressee of the document; and (6) the relationship of the author and addressee to each other.

1.8.    The terms "document" or "documents" shall mean any and all information in tangible form and shall include, without limiting the generality of the foregoing, all letters, telegrams, telexes, teletypes, correspondences, telephone billing records, e-mails, contracts, drafts, agreements, notes to file, reports, memoranda, mechanical or electronic recordings or transcripts of such recordings, audio, video, blueprints, flow sheets, flow charts, calendar or diary entries, memoranda or telephone or personal conversations, text messages, signal messages, memoranda of meetings or conferences, studies, reports, interoffice and intra-office communications, quotations, offers, inquiries, bulletins, circulars, statements, manuals, summaries, newsletters, compilations, maps, charts, graphs, propositions, articles, announcements, newspaper clippings, books, records, tables, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, promissory notes and other evidence of indebtedness and all drafts and copies of documents as hereinabove defined by whatever means made. If multiple copies of a document exist, each copy which is in any way not completely identical to a copy which is being produced should also be produced.

## **INSTRUCTIONS**

1.9.    If you object to fully identifying a document or oral communication because of an alleged privilege, you must nevertheless provide the following information:

   a)    the nature of the privilege claimed (including work product);

   b)    if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;

   c)    the date of the document or oral communication;

   d)    if a document: its type, custodian, location, and such other information sufficient to identify the document for a subpoena *duces tecum* or a document request;

4

e)      if an oral communication, the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and

f)      the general subject matter of the document or oral communication.

### SPECIFIC DOCUMENTS REQUESTED

(1)      Any and all documents produced by the PGA Tour and/or any third parties to YOU on behalf of the Plaintiffs in the case styled *Mickelson, et al v. PGA Tour, Inc.*, 5:22-cv-04486-BLF (N.D. Ca.).