| | |
|---|---|
| RACHEL S. BRASS, SBN 219301<br>    rbrass@gibsondunn.com<br>LAUREN D. DANSEY, SBN 311886<br>    ldansey@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:   415.393.8306<br><br>RUSSELL H. FALCONER, *pro hac vice*<br>    rfalconer@gibsondunn.com<br>SCOTT K. HVIDT, *pro hac vice*<br>    shvidt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: 214.698.3100<br><br>JOSHUA LIPTON, *pro hac vice*<br>    jlipton@gibsondunn.com<br>KRISTEN C. LIMARZI, *pro hac vice*<br>    klimarzi@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500 | ROBERT C. WALTERS, *pro hac vice*<br>    rob@rcwalterspc.com<br>ROBERT C. WALTERS, PC<br>2001 Ross Avenue<br>Dallas, Texas 75201-2911<br>Telephone: 214.727.2466<br><br>JOHN B. QUINN, SBN 90378<br>    johnquinn@quinnemanuel.com<br>KEVIN TERUYA, SBN 235916<br>    kevinteruya@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: 213.443.3000<br><br>ROBERT P. FELDMAN, SBN 69602<br>    bobfeldman@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>Telephone:  650.801.5000 |

*Attorneys for Plaintiff LIV Golf Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, and LIV GOLF INC.,<br><br>                Plaintiffs,<br><br>      v.<br><br>PGA TOUR, INC.,<br><br>                Defendant and Counter-Plaintiff,<br><br>      v.<br><br>LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and YASIR OTHMAN AL-RUMAYYAN<br><br>                Counter-Defendants. | CASE NO. 5:22-cv-04486-BLF-SVK<br><br>**PLAINTIFF LIV GOLF INC'S ADMINISTRATIVE MOTION TO AMEND PROTECTIVE ORDER** |

Pursuant to Civil Local Rule 7-11, Plaintiff LIV GOLF INC. respectfully moves this Court to amend the Protective Order entered in this case, DE 111, to allow parties who received material designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" ("Protected Material") to maintain one copy of certain Protected Materials to the extent necessary to comply with other legal obligations or court orders.

On July 21, 2023, counsel for Plaintiff at Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), received a Notice of Pending Subpoenas Duces Tecum (the "Notice") directed to Gibson Dunn and Quinn Emanuel. The Notice, from attorney Larry Klayman, of Freedom Watch, Inc., relates to pending litigation in Florida state court against the PGA Tour, and was copied to this Court and the Clerk of the Court for the United States District Court for the Northern District of California. The Notice was entered on this docket on July 31, 2023. *See* DE 479.

Attached to the Notice was a subpoena for counsel for Plaintiff at Gibson Dunn and Quinn Emanuel, requesting that they produce "[a]ny and all documents produced by the PGA Tour and/or any third parties to YOU on behalf of the Plaintiffs in the case styled *Mickelson, et al v. PGA Tour, Inc.*, 5:22-cv-04486-BLF (N.D. Ca.)." The subpoena has not yet been served.

Plaintiff seeks relief from this Court because its counsel have been put in an untenable position. On the one hand, this Court's Protective Order requires parties who receive Protected Materials to return or destroy the materials within sixty days after the final disposition of this action. DE 111 at 15-16. The Court approved the parties' stipulated dismissal on June 20, 2023. DE 463. The Protective Order therefore currently requires the parties to return or destroy Protected Materials by August 19, 2023. On the other hand, Mr. Klayman has informed Plaintiff's counsel of his position under Florida law that the Notice in the Florida state court action triggers an obligation to retain the documents identified, which is the same set of documents Plaintiff is required to destroy or return under this Court's Protective Order. Plaintiff and its counsel take no position regarding Mr. Klayman's litigation, but they do not wish to run afoul of any document retention obligations associated with it.

Plaintiff's counsel has met and conferred with Mr. Klayman, through which Mr. Klayman has narrowed his subpoena to documents received from the PGA Tour and four third parties: the United

States Golf Association, the PGA of America, Augusta National Golf Club, and Clout Public Affairs, LLC (the "Third Parties"). This alleviates the conflicting obligations with respect to all other third parties who produced documents, and Plaintiff will therefore proceed to return or destroy the documents produced by those parties as required by the Protective Order. Accordingly, through the meet and confer process, the issues have narrowed and Plaintiff only needs relief with respect to the documents produced by the PGA Tour and four Third Parties.

Counsel for Plaintiff has conferred with the PGA Tour and the four Third Parties, who have informed us that they oppose this relief on the grounds that they do not believe the Notice triggers a retention obligation, and because they produced documents in reliance on Plaintiff's compliance with the Protective Order. In addition, with respect to the PGA Tour, counsel for the PGA Tour have represented that they are already retaining the documents produced by the PGA Tour pursuant to their own document retention obligations in Mr. Klayman's case. The PGA Tour and the Third Parties have requested an opportunity to be heard on this issue.

In light of the foregoing, Plaintiff respectfully requests that the Court enter the attached Proposed Order.

DATED:  August 14, 2023                          Respectfully submitted,

By:  ___/s/ Rachel S. Brass___

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

RUSSELL H. FALCONER, *pro hac vice*
  rfalconer@gibsondunn.com
SCOTT K. HVIDT, *pro hac vice*
  shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone:  214.698.3100

JOSHUA LIPTON, *pro hac vice*
  jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
  klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500

ROBERT C. WALTERS, *pro hac vice*
  rob@rcwalterspc.com
ROBERT C. WALTERS, PC
2001 Ross Avenue
Dallas, Texas 75201-2911
Telephone:     214.727.2466

JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  213.443.3000

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:  650.801.5100

*Attorneys for Plaintiff LIV Golf Inc.*