# EXHIBIT A

| | |
|---|---|
| **From:** | Larry Klayman |
| **To:** | Lipton, Joshua |
| **Cc:** | Larry Klayman; Walters, Robert C.; kevinteruya@quinnemanuel.com; Kopp, Christopher F.; Oliver Peer; Asher Anderson |
| **Subject:** | Re: Notices of Intent |
| **Date:** | Monday, August 14, 2023 10:41:00 AM |

**[WARNING: External Email]**

Josh:

We do want you to retain documents produced to your clients by the PGA Tour, as our notice specifies. With regard to the third party retention, you are correct that we ask that you retain the documents for USGA, PGA of America, Augusta National and Clout.

Please represent this to Judge Freeman and her magistrate judge in Gibson Dunn's motion to be filed today.

Thank you again for your professional courtesy and cooperation.

Larry Klayman, Esq.

On Mon, Aug 14, 2023 at 6:32 AM Lipton, Joshua <JLipton@gibsondunn.com> wrote:

> Hi Larry. Please send an email confirming what I describe in the email below. Or, if there is anything that I didn't get correct in my summary, please let us know.
>
> Thanks very much.
>
> --Josh
>
> **Joshua Lipton**
> Partner
>
> T: +1 202.955.8226  |  M: +1 202.812.2165
> JLipton@gibsondunn.com
>
> **GIBSON DUNN**
>
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5306
>
> **From:** Lipton, Joshua
> **Sent:** Friday, August 11, 2023 9:39 AM
> **To:** 'Larry Klayman' <klaymanlaw@gmail.com>; Walters, Robert C. <RWalters@gibsondunn.com>; kevinteruya@quinnemanuel.com; Kopp, Christopher F. <CKopp@gibsondunn.com>

**Cc:** Oliver Peer <oliver.peerfw@gmail.com>; Asher Anderson <asher.andersonfw@gmail.com>
**Subject:** RE: Notices of Intent

Larry – Following up on our meet and confer earlier this week regarding the notices of subpoena that you sent to Gibson Dunn and Quinn Emanuel, it is our understanding that (1) you are narrowing the scope of the subpoenas to the following third parties: PGA of America, USGA, Augusta National, and Clout (noting that we have represented to you that we do not have any documents produced by the R&A); (2) based on the representation from the PGA Tour's counsel that they are retaining their documents produced to us and will respond directly to discovery in your case if required to do so, there is no need for us to retain the documents produced to us by the PGA Tour; and (3) you have no objection to us proceeding with deleting documents produced by the PGA Tour and third parties other than those listed above, pursuant to the terms of Judge Freeman's protective order.

Please confirm your agreement to the foregoing. We plan to file a motion on Monday in the N.D. Cal. case seeking relief from the destruction requirement in the Protective Order with respect to the documents produced by the four third-parties listed above. We will send a copy of that motion to you when it is filed.

Please let us know if you have any questions, or if a call would be helpful.

Thanks.

--Josh

**Joshua Lipton**
Partner

T: +1 202.955.8226  |  M: +1 202.812.2165
JLipton@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, D.C. 20036-5306

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm

and/or our privacy policy.