IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, and LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and YASIR OTHMAN AL-RUMAYYAN, <br><br> Counter-Defendants. | CASE NO. 5:22-cv-04486-BLF-SVK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO AMEND PROTECTIVE ORDER** |

Now before the Court is Plaintiff's Administrative Motion to Amend the Protective Order, DE 111.

Having considered the papers submitted by counsel, the Court hereby ORDERS that any party, including counsel for any party, that has received materials designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" ("Protected Materials"), may retain one copy of the Protected Materials sought in the Notice of Pending Subpoenas Duces Tecum docketed in this case as DE 479 while that Notice remains pending, or as otherwise necessary to comply with a legal obligation or court order. The receiving party must submit a written certification to the Producing Party that confirms that the Receiving Party has not retained any copies, abstracts, compilations, summaries, or any other format reproducing or capturing any of the Protected Material within seven (7) days of the date on which the legal obligation expires, or retention is otherwise no longer required by a court order.

For the avoidance of doubt, this Order permits counsel for Plaintiff to retain one copy of Protected Materials received from the PGA Tour, PGA of America, the United States Golf Association, Augusta National Golf Club, and Clout Public Affairs, LLC.

IT IS SO ORDERED

Dated: _____

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE