Edward D. Greim, Esq.,
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: 816-256-3181
edgreim@gravesgarrett.com

*Attorney for Designated Party
Clout Public Affairs, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC., <br><br>    Plaintiffs,<br>v.<br><br>PGA TOUR, INC.,<br><br>    Defendant and Counter-Plaintiff,<br><br>v.<br><br>LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>    Counter-Defendant. | Case No. 5:22-cv-04486-BLF<br><br>**DESIGNATED PARTY CLOUT PUBLIC AFFAIRS, LLC'S NOTICE OF JOINDER IN DEFENDANT PGA TOUR, INC.'S OPPOSITION TO PLAINTIFF LIV GOLF'S MOTION TO AMEND PROTECTIVE ORDER** |

1

Clout Public Affairs, LLC, by and through counsel, hereby provides notice that it is in agreement with and joins with Defendant PGA Tour, Inc. in its Opposition to Plaintiff LIV Golf's Motion to Amend Protective Order (Doc. 486).

Dated this 18th day of August, 2023.

By: /s/ Edward D. Greim
Edward D. Greim, Esq.,
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: 816-256-3181
edgreim@gravesgarrett.com

*Attorney for Designated Party Clout Public Affairs, LLC*