MICAH G. BLOCK (CA BAR NO. 270712)
micah.block@davispolk.com
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA, 94025
(650) 752-2000
450 Lexington Ave.
New York, New York 10017
Tel: (212) 450-4000

ARTHUR J. BURKE (CA BAR NO. 229589)
arthur.burke@davispolk.com
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA, 94025
(650) 752-2000
450 Lexington Ave.
New York, New York 10017
Tel: (212) 450-4000

*Attorneys for Interested Party*
*The United States Golf Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>PGA TOUR, INC.,<br><br>   Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**NOTICE OF APPEARANCE OF MICAH G. BLOCK**<br><br>Dept.: 3<br>Judge: Hon. Beth Labson Freeman |
| PGA TOUR, INC.,<br><br>   Counter-claimant,<br><br> v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>   Counter-defendants. | Date Filed: August 18, 2023 |

NOTICE OF APPEARANCE OF MICAH G. BLOCK
CASE NO. 5:22-cv-04486-BLF

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Micah G. Block of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as counsel on behalf of Interested Party, the United States Golf Association (the "USGA").  The USGA does not waive, and expressly reserves, all available defenses and rights.  The USGA respectfully requests that all pleadings and other documents be addressed to and served upon Micah G. Block using the contact information set forth below.

> Micah G. Block
> DAVIS POLK & WARDWELL LLP
> 1600 El Camino Real
> Menlo Park, California 94025
> Telephone: (650) 752-2000
> Facsimile: (650) 752-2111
> Email: micah.block@davispolk.com

DATED: August 18, 2023                        Respectfully submitted,

/s/ Micah G. Block

DAVIS POLK & WARDWELL LLP
Arthur J. Burke
Micah G. Block
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA, 94025
(650) 752-2000
arthur.burke@davispolk.com
micah.block@davispolk.com

1

NOTICE OF APPEARANCE OF MICAH G. BLOCK
CASE NO. 5:22-cv-04486-BLF