1  ARTHUR J. BURKE (CA BAR NO. 229589)
   arthur.burke@davispolk.com
2  **DAVIS POLK & WARDWELL LLP**
   1600 El Camino Real
3  Menlo Park, CA, 94025
   (650) 752-2000
4  450 Lexington Ave.
   New York, New York 10017
5  Tel: (212) 450-4000

6

7  MICAH G. BLOCK (CA BAR NO. 270712)
   micah.block@davispolk.com
8  **DAVIS POLK & WARDWELL LLP**
   1600 El Camino Real
9  Menlo Park, CA, 94025
   (650) 752-2000
10 450 Lexington Ave.
   New York, New York 10017
11 Tel: (212) 450-4000

12 *Attorneys for Interested Party*
   *The United States Golf Association*

13
                  UNITED STATES DISTRICT COURT
14
                NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN JOSE DIVISION
16

| | |
|---|---|
| LIV GOLF, INC., | CASE NO. 5:22-cv-04486-BLF |
| Plaintiff, | **NOTICE OF APPEARANCE OF ARTHUR J. BURKE** |
| v. | |
| PGA TOUR, INC., | Dept.:        3 |
| | Judge:      Hon. Beth Labson Freeman |
| Defendant. | |
| PGA TOUR, INC., | Date Filed:      August 18, 2023 |
| Counter-claimant, | |
| v. | |
| LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, | |
| Counter-defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE OF ARTHUR J. BURKE
CASE NO. 5:22-cv-04486-BLF

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE THAT Arthur J. Burke of the law firm of Davis Polk &

3   Wardwell LLP hereby appears in this action as counsel on behalf of Interested Party, the United

4

5   States Golf Association (the "USGA").  The USGA does not waive, and expressly reserves, all

6   available defenses and rights.  The USGA respectfully requests that all pleadings and other

7   documents be addressed to and served upon Arthur J. Burke using the contact information set forth

8   below.

9       Arthur J. Burke
        1600 El Camino Real
10      Menlo Park, CA, 94025
        (650) 752-2000
11      Facsimile: (650) 752-2111
        Email: arthur.burke@davispolk.com
12

13   DATED: August 18, 2023              Respectfully submitted,

14

15                                       /s/ Arthur J. Burke

16                                       DAVIS POLK & WARDWELL LLP
                                         Arthur J. Burke
17                                       Micah G. Block
                                         DAVIS POLK & WARDWELL LLP
18                                       1600 El Camino Real
                                         Menlo Park, CA, 94025
19                                       (650) 752-2000
                                         arthur.burke@davispolk.com
20                                       micah.block@davispolk.com

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF ARTHUR J. BURKE
CASE NO. 5:22-cv-04486-BLF