| | |
|---|---|
| 1 | Dayme Sanchez (State Bar No. 323864) |
| 2 | daymesanchez@jonesday.com<br>JONES DAY |
| 3 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 4 | Telephone:   +1.650.739.3939<br>Facsimile:   +1.650.739.3900 |
| 5 | *Counsel for Interested Party* |
| 6 | *Augusta National, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | LIV GOLF INC., | CASE NO. 5:22-cv-04486-BLF (SVK) |
| 12 | Plaintiff, | **NOTICE OF APPEARANCE OF DAYME SANCHEZ** |
| 13 | v. | |
| 14 | PGA TOUR, INC., | |
| 15 | Defendant. | |
| 16 | PGA TOUR, INC., | |
| 17 | Counter-claimant, | |
| 18 | v. | |
| 19 | LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, | |
| 20 | | |
| 21 | Counter-defendants. | |

1 | PLEASE TAKE NOTICE that Dayme Sanchez of the law firm Jones Day, 1755
2 | Embarcadero Road, Palo Alto, CA 94303, hereby appears as counsel for Interested Party Augusta
3 | National, Inc.

5 | Dated: August 18, 2023              Respectfully submitted,

6 |                                      JONES DAY

8 |                                      By: */s/ Dayme Sanchez*
                                              Dayme Sanchez

10 |                                     COUNSEL FOR INTERESTED PARTY
                                         AUGUSTA NATIONAL, INC.