| | |
|---|---|
| 1 | Dayme Sanchez (State Bar No. 323864) |
| 2 | daymesanchez@jonesday.com<br>JONES DAY |
| 3 | 1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 4 | Telephone: +1.650.739.3939<br>Facsimile: +1.650.739.3900 |
| 5 | *Counsel for Interested Party* |
| 6 | *Augusta National, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIV GOLF INC., | CASE NO. 5:22-cv-04486-BLF (SVK) |
| Plaintiff, | **INTERESTED PARTY AUGUSTA NATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| PGA TOUR, INC., | |
| Defendant. | |
| PGA TOUR, INC., | |
| Counter-claimant, | |
| v. | |
| LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN, | |
| Counter-defendants. | |

Interested Party Augusta National, Inc. ("Augusta National") submits its corporate disclosure statement and certification of interested entities or persons, in accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15.

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, Augusta National states that (a) it is a private non-governmental corporate party that does not have a parent corporation and (b) no publicly held corporation owns 10% or more of its stock.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

In accordance with Local Rule 3-15, Augusta National states that other than the parties that have entered an appearance in the case, no other entities or persons are known by Augusta National to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding

Dated: August 18, 2023

Respectfully submitted,

JONES DAY

By: */s/ Dayme Sanchez*
      Dayme Sanchez

COUNSEL FOR INTERESTED PARTY
AUGUSTA NATIONAL, INC.