1 | Gretchen Hoff Varner (Bar No. 284980)
2 | Devon Schulz (Bar No. 345499)
3 | COVINGTON & BURLING LLP
4 | Salesforce Tower
5 | 415 Mission Street, Suite 5400
6 | San Francisco, California 94105-2533
7 | Telephone:  (415) 591-6000
8 | Facsimile:  (415) 591-6091
9 | Email:  ghoffvarner@cov.com
10 | Email:  dschulz@cov.com

Of Counsel:
Derek Ludwin
Kavita Pillai
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Telephone:  (202) 662-6000
Facsimile:  (202) 778-5429
Email:  dludwin@cov.com
Email:  kpillai@cov.com

*Attorneys for The Professional Golfers' Association of America*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, and LIV GOLF INC., <br>    Plaintiffs, <br><br>    v. <br><br> PGA TOUR, INC., <br>    Defendant and Counter-Plaintiff, <br><br>    v. <br><br> LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and YASIR OTHMAN AL-RUMAYYAN <br>    Counter-Defendants. | Case No.: 5:22-cv-04486-BLF-SVK <br><br> **NOTICE OF APPEARANCE OF GRETCHEN HOFF VARNER AS COUNSEL FOR THE PROFESSIONAL GOLFERS' ASSOCIATION OF AMERICA** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Gretchen Hoff Varner of the law firm Covington & Burling LLP, Salesforce Tower, 415 Mission Street, Suite 5400, San Francisco, California 94105-2533, hereby appears as counsel of record for The Professional Golfers' Association of America in this action.

| | |
|---|---|
| DATED:  August 18, 2023 | Respectfully submitted,<br><br>COVINGTON & BURLING LLP<br><br>By:   /s/ Gretchen Hoff Varner<br><br>Gretchen Hoff Varner (Bar No. 284980)<br>Devon Schulz (Bar No. 345499)<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone:  (415) 591-6000<br>Facsimile:  (415) 591-6091<br>Email:  ghoffvarner@cov.com<br>Email:  dschulz@cov.com<br><br>Of Counsel:<br>Derek Ludwin<br>Kavita Pillai<br>COVINGTON & BURLING LLP<br>One City Center<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone:  (202) 662-6000<br>Facsimile:  (202) 778-5429<br>Email:  dludwin@cov.com<br>Email:  kpillai@cov.com<br><br>*Attorneys for The Professional Golfers' Association of America* |