| | |
|---|---|
| 1 | Gretchen Hoff Varner (Bar No. 284980) |
| 2 | Devon Schulz (Bar No. 345499) |
| | COVINGTON & BURLING LLP |
| 3 | Salesforce Tower |
| 4 | 415 Mission Street, Suite 5400 |
| | San Francisco, California 94105-2533 |
| 5 | Telephone:  (415) 591-6000 |
| 6 | Facsimile:  (415) 591-6091 |
| | Email:  ghoffvarner@cov.com |
| | Email:  dschulz@cov.com |

Gretchen Hoff Varner (Bar No. 284980)
Devon Schulz (Bar No. 345499)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email:  ghoffvarner@cov.com
Email:  dschulz@cov.com

Of Counsel:
Derek Ludwin
Kavita Pillai
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Telephone:  (202) 662-6000
Facsimile:  (202) 778-5429
Email:  dludwin@cov.com
Email:  kpillai@cov.com

*Attorneys for The Professional Golfers'
Association of America*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, and LIV GOLF INC.,<br>　　Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br>　　Defendant and Counter-Plaintiff,<br><br>v.<br><br>LIV GOLF INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and YASIR OTHMAN AL-RUMAYYAN<br>　　Counter-Defendants. | Case No.: 5:22-cv-04486-BLF-SVK<br><br>**THE PROFESSIONAL GOLFERS' ASSOCIATION OF AMERICA'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  August 18, 2023

Respectfully submitted,

COVINGTON & BURLING LLP

By:   /s/ Gretchen Hoff Varner

Gretchen Hoff Varner (Bar No. 284980)
Devon Schulz (Bar No. 345499)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
Email:  ghoffvarner@cov.com
Email:  dschulz@cov.com

Of Counsel:
Derek Ludwin
Kavita Pillai
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Telephone:  (202) 662-6000
Facsimile:  (202) 778-5429
Email:  dludwin@cov.com
Email:  kpillai@cov.com

*Attorneys for The Professional Golfers' Association of America*