1  ARTHUR J. BURKE (CA BAR NO. 229589)
   arthur.burke@davispolk.com
2  **DAVIS POLK & WARDWELL LLP**
   450 Lexington Ave.
3  New York, New York 10017
   Tel: (212) 450-4000
4  Fax: (212) 701-5800

5  MICAH G. BLOCK (CA BAR NO. 270712)
   micah.block@davispolk.com
6  **DAVIS POLK & WARDWELL LLP**
   1600 El Camino Real
7  Menlo Park, CA, 94025
   Tel: (650) 752-2000
8  Fax: (650) 752-2111

9  *Attorneys for Interested Party*
   *The United States Golf Association*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>PGA TOUR, INC.,<br><br>      Defendant. | CASE NO. 5:22-cv-04486-BLF<br><br>**USGA'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Dept.:    3<br>Judge:   Hon. Beth Labson Freeman |
| PGA TOUR, INC.,<br><br>      Counter-claimant,<br><br>    v.<br><br>LIV GOLF, INC., THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, AND YASIR OTHMAN AL-RUMAYYAN,<br><br>      Counter-defendants. | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Interested Party the United States Golf Association ("USGA") makes the following disclosures through their undersigned counsel: USGA is a non-profit corporation, has no parent corporation and, to its knowledge, no publicly held corporation owns 10% or more of its stock.

**CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: August 21, 2023                                    Respectfully submitted,

/s/ Arthur J. Burke
Arthur J. Burke
arthur.burke@davispolk.com
DAVS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

Micah G. Block
micah.block@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA, 94025
Tel: (650) 752-2000
Fax: (650) 752-2111

1

RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND L.R. 3-15 CERTIFICATION OF INTERESTED ENTITES OR PERSONS - CASE NO. 5:22-cv-04486-BLF