# DOCUMENT 12
# PUBLIC VERSION

# EXHIBIT 18

## EXHIBIT FILED UNDER SEAL

| | |
|---|---|
| Date: | Sunday, July 10 2022 07:26 PM |
| Subject: | RE: Comms update for PIF/HE |
| From: | Kerri Edwards |
| To: | Atul Khosla <████████>; Jane MacNeille <████████>; Jonathan <████████>; |
| Attachments: | Press Coverage.pptx |

I built this slide With Ross's help in April. Sharing for ideas around how to present data.

-----Original Message-----
From: Atul Khosla <████████>
Sent: Sunday, July 10, 2022 12:06 PM
To: Jane MacNeille <████████>; Jonathan <████████>
Cc: Kerri Edwards <████████>
Subject: Comms update for PIF/HE

Need to show HE how we have looked to change the narrative - I am trying to think how best we can provide update/screen shot of key articles, what we have in the works, chatter on social?

Open to ideas but i need to get him comfortable that we are moving things in the right direction.

AK

President & Chief Operating Officer
LIV Golf Investments

PIF Internal Use Only

# LIV Golf's Recent Press Coverage

## Overview

- The last month (from our launch announcement to date) has seen 13.2K original articles and posts from online media and social media channels that feature or reference LIV Golf
- Peak at launch announcement (1), reference around Mickelson not at Masters (2), Tiger speculation (3), Masters coverage (4a and 4b), and player announcement speculation (5)
  - Sentiment from the 13.2K posts is predominately neutral in its tone (neutral – 77.9%, positive – 12.5%, negative – 9.6%).
  - Commentary has been factual, at time speculative but in the main mainly accurate.
- The 13.2K posts have generated 151.3K engagements (Likes, Retweets, Comments etc.).
  - Sentiment of these engagements has been mainly neutral (neutral - 87.2%, positive – 9.1%, negative – 3.7%)

## Recent Headlines

- 6-Apr-22  The PGA's China Problem (RealClear Policy)
- 11-Mar-22  The PGA Tour's Subpar treatment of professional golfers (The Washington Times)
- 3-Feb-22  Is the PGA Handicapping Competition? (RealClear Markets)
- 2-Feb-22  How Long Will the PGA Handicap Its Golfers? (Forbes)
- 25-Jan-22 Most exciting golf TV ever': Greg Norman's rumored tour is talking a big game (Golf.com)

## Results Over Time by Sentiment



Source: Public Media

## Share by Media Types



1