# DOCUMENT 13
# PUBLIC VERSION

# EXHIBIT 19

## EXHIBIT FILED UNDER SEAL

