# DOCUMENT 17
# PUBLIC VERSION

RACHEL S. BRASS, SBN 219301
   rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

ROBERT C. WALTERS, *pro hac vice*
   rwalters@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100
Facsimile:  650.801.5100

*Attorneys for Plaintiff LIV Golf, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIV GOLF INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PGA TOUR, INC.,<br><br>Defendant. | CASE NO. CASE NO. 5:22-cv-04486-BLF<br><br>**DECLARATION OF TIM TAYLOR IN SUPPORT OF THE PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA AND HIS EXCELLENCY YASIR O. AL-RUMAYYAN'S MOTION TO QUASH AND OPPOSITION TO PGA TOUR, INC.'S MOTION TO COMPEL SUBPOENA COMPLIANCE** |

**~~FILED UNDER SEAL~~**

I, Tim Taylor, hereby declare and state:

1. I am the Chief Financial Officer of LIV Golf ("LIV"). I am authorized by LIV to make this statement to address certain inaccuracies in the Motion to Compel Public Investment Fund of the Kingdom of Saudi Arabia ("PIF") and Yasir Othman Al-Rumayyan's ("HE") Compliance with Document and Deposition Subpoena, filed by Defendant the PGA Tour (the "Tour"). I make the statements in this declaration based on personal knowledge, personal experience, and personal participation in communications with business associates. If called and sworn as a witness, I could and would testify to the facts stated in this declaration.

2. LIV decided to enter this lawsuit. PIF did not direct the decision.

3. PIF's Board does not approve LIV's budget or budget changes. LIV's budget or budget changes are approved by LIV's board of directors (pursuant to the Delegation of Authority set out in the Shareholder Agreement), which can then request additional funding from investors. PIF Board's approval is needed to obtain additional capital for LIV.

4. Exhibit 16 of the Tour's Motion was put together by consultants for LIV to obtain LIV board's approval for a new business plan, which requested additional capital beyond that initially committed by PIF. Although Exhibit 40 references a "budget change," the statements were made in connection with requesting approval from PIF's Board for additional capital for LIV from PIF.

5. Exhibit 17 was put together by consulting firms as part of a work stream for a launch strategy to obtain sponsorship money for a golf league. PIF had no involvement in preparing this document. The presentation was given and discussed with PIF once finalized, but this was primarily for educational reasons, to help PIF get up to speed on the communication strategy.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 22, 2022.

*/s/ __Tim Taylor_____*

Tim Taylor

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Executed on November 22, 2022.

/s/ Kevin Teruya_____

Kevin Teruya