# DOCUMENT 23
# PUBLIC VERSION

# EXHIBIT 5

EXHIBIT FILED UNDER SEAL

**Date:** Tuesday, October 5 2021 12:44 PM
**Subject:** Re: Project Wedge Media Summit - Approval Required
**From:** Majed Al Sorour <██████>
**To:** Jane MacNeille <██████>; Greg Norman <██████>; Jed Moore <██████>; Kevin Foster <██████>;
**CC:** Scott Peddie <██████>; Maria O'Connor <██████>; Ross Duncan <██████>; Marwan Bakrali <██████>; Sultan Alharbi <██████>; Rupert Trefgarne <██████>; Jacobo Solis <██████>; Mohammed ALShiha <██████>; Stephen Cohen <██████>; Padraic Riley <██████>; Michael Osborne <██████>; Luke Devlin <██████>; Mohamed Ahmed <██████>; Todd Graff <██████>; Anna Silverman <██████>; Kiri Wolfe <██████>; Gary Davidson <██████>;
**Attachments:** image001.png

Fine by me

Get Outlook for iOS

---

**From:** Jane MacNeille <██████>
**Sent:** Tuesday, October 5, 2021 8:37:41 AM
**To:** Greg Norman (██████) <██████>; Jed Moore <██████>; Majed Al Sorour <██████>; Kevin Foster <██████>
**Cc:** 'Scott Peddie' <██████>; 'Maria O'Connor' <██████>; 'Ross Duncan' <██████>; Marwan Bakrali <██████>; Sultan Alharbi <██████>; Rupert Trefgarne <██████>; Mohammed ALShiha <██████>; Jacobo Solis <██████>; Stephen Cohen <██████>; Padraic Riley <██████>; Michael Osborne <██████>; Luke Devlin <██████>; Mohamed Ahmed <██████>; Todd Graff <██████>; Anna Silverman <██████>; Kiri Wolfe <██████>; Gary Davidson <██████>
**Subject:** RE: Project Wedge Media Summit - Approval Required

Hi team,

Moving this to the top of your inbox.

Thank you,
Jane

---

**From:** Jane MacNeille
**Sent:** Monday, October 4, 2021 10:34 AM
**To:** Greg Norman (██████) <██████>; Jed Moore <██████>; Majed Al Sorour <██████>; Kevin Foster <██████>
**Cc:** Scott Peddie <██████>; Maria O'Connor <██████>; Ross Duncan <██████>; Marwan Bakrali <██████>; Sultan Alharbi <██████>; Rupert Trefgarne <██████>; Mohammed ALShiha <██████>; Jacobo Solis <██████>; Stephen Cohen <██████>; Padraic Riley <██████>; Michael Osborne <██████>; Luke Devlin <██████>; Mohamed Ahmed <██████>; Todd Graff <██████>; Anna Silverman <██████>; Kiri Wolfe <██████>; Gary Davidson <██████>
**Subject:** Project Wedge Media Summit - Approval Required

Good morning,

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                                                                   LIV000181785

Following this weekend's calls with HE and approval to move forward with an Oct. 18 launch date, the comms team is seeking approval to move forward with the Media Summit on Wednesday, Oct. 13. Please find summarized details below and kindly let us know if we have permission to:

- Proceed with sending out invitations today
- Proceed with booking hotel + travel accommodations
- Proceed with coordinating outing at Quaker Ridge

We will obviously provide a lot more detail in the coming days, but please do let us know if any immediate questions arise. Thank you.

**Domestic Summit Attendees:**

| | |
|---|---|
| Michael Bamberger | Golf Magazine / SI |
| Ron Green Jr. | Global Golf Post |
| Abraham Madkour | Sports Business Journal |
| Sam Bozoian | Barstool Sports |
| Bob Harig | ESPN |
| Mark Cannizzaro | New York Post |

**Location**
- TBC Quaker Ridge Golf Club - @Kiri Wolfe to assist in coordinating details
- Hotel: Opus Autograph Collection

**Schedule**
Tuesday, Oct. 12
- Greg/Jed/Majed arrive to NYC for media training in preparation for summit
- Out of town media arrive (fly into Westchester County Airport)

Wednesday, Oct. 13
- AM: presentation to media at TBC Hotel Function Room OR Quaker Ridge Function Room
- Afternoon: Round of golf at QR
- PM: Dinner @ TBC restaurant

Thursday, Oct. 14
- International Virtual Media Summit (*working to coordinate times due to varying time zones across the globe*)
- Press Release: Greg Norman CEO P54i + APX Tour Series (*P54 taking lead on first draft to review this week*)

**International Summit Attendees**

| | |
|---|---|
| Brad Clifton | Golf Digest Australia |
| Mike Gallemore | Worldwide Golf |
| Kent Gray | Golf Digest Middle East |
| Martin Dempster | The Scotsman |
| Neil Tappin | Golf Monthly |
| Ryota Imaoka | Golf Digest Japan |
| Martin Coulomb | Journal du Golf/L'equipe |
| Faisal J. Abbas / | |

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

| Chito Manuel | Arab News |
|---|---|

**GREG NORMAN**

**Jane MacNeille**
**Vice President, Communications**
c: ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

www.shark.com

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY