# DOCUMENT 30
# PUBLIC VERSION

# EXHIBIT 12

EXHIBIT FILED UNDER SEAL

**Date:** Monday, October 4 2021 12:27 PM
**Subject:** Re: Wedge - Task Force
**From:** Maria O'Connor
**To:** Meshari AlOtaibi <​>;
**CC:** Majed Al Sorour <​>; Mohannad S. Alblehed <​>; Areej J. Naqshbandi <​>; Jacobo Solis <​>; Mai AlRasheed <​>; Greg Norman <​>;

Dear Meshari,
Thank you for your email.

The Asian Tour confirmed that the Sprint Series press release has been delayed. There might be an increase in the prize money for the events in Phuket and as such the Asian Tour Commissioner requested that the release was held. I will keep you informed once we have an update.
Regarding the Task Force, agency partners are due confirm the one individual who will be on the Task Force this morning. I will make sure that PIF IID and PMO are included. The first Task Force meeting will be scheduled for 11am ET on Tuesday October 5th.
Best wishes,
Maria

*Maria O'Connor*
m:

On 4 Oct 2021, at 13:17, Meshari AlOtaibi <​> wrote:

Dear Maria,

Appreciate providing the updates on the below matter. Also, as per the roll-out plan presented to H.E. on Oct 2nd, the first day of the plan should start today as following:

| Date | T Minus/ Plus | Time (ET) | Action | Respons |
|---|---|---|---|---|
| 4-Oct-21 | -14 | 12:00 AM | Asian Tour Sprint Series Press Release Issued | Asian |
| | | 12:00 AM | Press release disseminated to global golf media list | Asian |
| | | 12:00 AM | Monitor media coverage around Asian Tour; flag any coverage that alludes to The League | Teneo |

I have added a column namely 'status' to be provided from your end. Meanwhile, we are also expecting to hear from your end on the Task Force email (please ensure to involve both PIF IID, and PMO)

Best Regards,
Meshari Alotaibi

From: Greg Norman <​>
Sent: Sunday, October 3, 2021 9:26 PM
To: Meshari AlOtaibi <​>
Cc: Majed Al Sorour <​>; Mohannad S. Alblehed <​sa>; Areej J. Naqshbandi <​>; Jacobo Solis <​>; Mai AlRasheed <​>;

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                                                                                              LIV000180734

Maria O'Connor <████████████████████>
**Subject:** Re: Wedge - Task Force

> **CAUTION:** This email originated from outside of (PIF). Do not click links, open attachments or reply, unless you recognize please forward it to ████████████ ).

Good Afternoon Meshari,

Our team has been working with Maria O'Connor on finalizing the team based off responses to Greg's email. Maria is on CC and will make sure to keep all updated on this email.

Thank you,
Anna Silverman

Executive Assistant to Greg Norman

Sent from my iPhone

> On Oct 3, 2021, at 1:30 PM, Meshari AlOtaibi <████████████████> wrote:
>
> Dear Greg,
>
> Hope this email finds you well.
>
> My name is Meshari Alotaibi, I am the Project Manager of Wedge project from PIF side.
>
> With reference to our recent meetings with H.E and the raised suggestion from your end on forming a Task Force who should have the full ownership and accountability in leading the roll-out plan activities throughout the upcoming days, appreciate your kind support confirming whether the email was shared from your end so we can support in facilitating the next steps accordingly.
>
> Please let me know if you need any support.
>
> Best Regards,
>
> <image002.png>
>
> **Meshari Alotaibi, MBA, PMP**
> Project Management Office
> Public Investment Fund
> T: +████████████  M: +████████████
> E: ████████████
>
> Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة مُفرقة مُعدة من استخدام المُرسَل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونيا. إن لم تكن الشخص المقصود، فإنه يُمنع منعا باتا أي ضرع أو نشر أو أي استخدام غير محرص به للمحتوى نرجو إخطار المُرسَل عن طريق الرد على هذا البريد الإلكتروني واتلاف جميع النسخ الموجودة لديك تُعد التصريحات و الآراء المذكورة في الرسالة خاصة بالمُرسَل و لا تمثل بالضرورة رأي صندوق الاستثمارات العامة
>
> Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If

you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة للاستخدام المُرسَل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونياً. إن لم تكن الشخص المقصود، فإنه يُمنع اتخاذ اي إجراء أو نشر أو استخدام غير مصرح به للمحتوى نجرؤ على إخطار المُرسِل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك الاستثمارات العامة غير مسؤولة عن الآراء والتصريحات الخاصة بالرسالة في المذكورة المُرسِل ولا تمثل بالضرورة رأي صندوق

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

LIV000180736