# DOCUMENT 32
# PUBLIC VERSION

# EXHIBIT 14

## EXHIBIT FILED UNDER SEAL

Date:       Tuesday, September 21 2021 07:57 PM
Subject:    RE: His excellency's schedule
From:       Governor Office <███████████████>
To:         Jed Moore <███████████████████>;
CC:         Majed Al Sorour <█████████████████>; Greg Norman <████████████████████>;

Thanks! Confirming sending the invitation.
Looking forward to meet you at the plaza hotel at 6:30 NYC time.

**From:** Jed Moore <████████████████████>
**Sent:** Tuesday, September 21, 2021 10:55 PM
**To:** Governor Office <███████████████████>
**Cc:** Majed Al Sorour <█████████████████████> Bushra AlMeshal <██████████████████> Greg Norman <█████████████████████>
**Subject:** Re: His excellency's schedule

**CAUTION:** This email originated from outside of (**PIF**). Do not click links, open attachments or reply, unless you To report a suspicious email, please forward it to (███████████).

Cc'd for reference.

Sent from my iPhone

> On Sep 21, 2021, at 15:53, Governor Office <███████████████████> wrote:
>
> **Dear Majed,**
>
> An invitation has been shared with you and Jed Moore. However, our records doesn't have Greg's email.
> If you kindly share his email to extend the invitation to him as well?
>
> **Best regards,**
> **Governor Office**
>
> **From:** Bushra AlMeshal <████████████████>
> **Sent:** Tuesday, September 21, 2021 10:38 PM
> **To:** Majed Al Sorour <██████████████████>; Jed Moore <█████████████████████>
> **Cc:** Ghaliah AlShammari <██████████████████> Saad Alkroud <██████████████>; Ali AlKhateeb <██████████████████> Assem Aljamhoor <█████████████>
> **Subject:** Re: His excellency's schedule
>
> Hi Majed
> Let's have it today at 6:30 pm
>
> ---
> Sent from Workspace ONE Boxer
>
> > On 21 September 2021 at 2:46:50 PM EDT, Majed Al Sorour <███████████████████> wrote:

**CAUTION:** This email originated from outside of **(PIF)**. Do not click links, open attachments or reply, To report a suspicious email, please forward it to ▓▓▓▓▓▓▓▓ ).

Bushra

His excellency just called me and he confirmed that he wants to meet Greg and Jed today please

Try to organize and give his excellency and the time at least 30 mins in advance so they can leave their hotel and be with him at the plaza hotel where he is staying

Get Outlook for iOS

---

**From:** Majed Al Sorour <▓▓▓▓▓▓▓▓>
**Sent:** Tuesday, September 21, 2021 4:31:12 PM
**To:** Bushra AlMeshal <▓▓▓▓▓▓▓▓>; Jed Moore <▓▓▓▓▓▓▓▓>
**Cc:** Ghaliah AlShammari <▓▓▓▓▓▓▓▓>; Saad Alkroud <▓▓▓▓▓▓▓▓>; Ali AlKhateeb <▓▓▓▓▓▓▓▓>; Assem Aljamhoor <▓▓▓▓▓▓▓▓>
**Subject:** Re: His excellency's schedule

That's fine

Get Outlook for iOS

---

**From:** Bushra AlMeshal <▓▓▓▓▓▓▓▓>
**Sent:** Tuesday, September 21, 2021 4:30:40 PM
**To:** Jed Moore <▓▓▓▓▓▓▓▓>; Majed Al Sorour <▓▓▓▓▓▓▓▓>
**Cc:** Ghaliah AlShammari <▓▓▓▓▓▓▓▓>; Saad Alkroud <▓▓▓▓▓▓▓▓>; Ali AlKhateeb <▓▓▓▓▓▓▓▓>; Assem Aljamhoor <▓▓▓▓▓▓▓▓>
**Subject:** Re: His excellency's schedule

I just confirm with HE that he will take the meeting during Ryder Cup.
Thanks

---
Sent from Workspace ONE Boxer

On 21 September 2021 at 8:17:13 AM EDT, Bushra AlMeshal <▓▓▓▓▓▓▓▓> wrote:

> Dear Jed
> HE schedule is quite busy for today, I will revert back to you today if we can have the meeting tomorrow.
> Best,
> Bushra
>
> ---
> Sent from Workspace ONE Boxer
>
> On 21 September 2021 at 8:06:27 AM EDT, Jed Moore <▓▓▓▓▓▓▓▓> wrote:
>
>> **CAUTION:** This email originated from outside of **(PIF)**. Do not click links, open attachments To report a suspicious email, please forward it to ▓▓▓▓▓▓▓▓
>>
>> Good afternoon,
>>
>> Just circling back to see if there is a window that suits for HE today to meet with Greg Norman for updates on Wedge.

Kindest Regards,
Jed

Sent from my iPhone

> On Sep 19, 2021, at 05:26, Majed Al Sorour <​███​> wrote:
>
> Jed and Greg work for project wedge and his excellency knows them very well
> He asked an update of project wedge.
>
> The lawyers of the players only want to say hi to him without discussing any other issues
> He also knows them
>
> Get Outlook for iOS

---

**From:** Ghaliah AlShammari ███
**Sent:** Sunday, September 19, 2021 12:54:36 PM
**To:** Majed Al Sorour ███
**Cc:** Saad Alkroud ███; Bushra AlMeshal <███>; Jed Moore ███; Ali AlKhateeb ███; Assem Aljamhoor <███
**Subject:** RE: His excellency's schedule

Thank you Majed for the below update.

Regarding the below, can you kindly provide any bios you have on Jed and Greg as well as talking points for HE.

Especially concerning the lawyers, can you kindly provide us with any information to ensure HE's readiness.

Best

ghaliah

---

**From:** Majed Al Sorour <███
**Sent:** Sunday, September 19, 2021 7:28 AM
**To:** Bushra AlMeshal ███; Governor Office ███ Jed Moore ███; Saad Alkroud <███>; Ali AlKhateeb ███
**Cc:** Yasir AlRumayyan ███

CONFIDENTIAL                                                                                                      LIV000180731

**Subject:** His excellency's schedule

**CAUTION:** This email originated from outside of (**PIF**). Do not click links, open attachments. To report a suspicious email, please forward it to ▮▮▮▮▮▮▮▮.

Dear all

Jed and Greg Norman are going to be in New York 21-23 September

His excellency wants to catch up with them both

Can you please give us time as also the players lawyers would like to come and say hello.

I will arrive to New York on 23 early and then hopefully we will catch up all together to go to Milwaukee, Wisconsin for the Ryder cup

Get [Outlook for iOS](#)

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF).

تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المُرسَل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود للمحتوى، فإنه يُمنع اعلاناً أو نشر أو عرض أو استخدام أي غير مصرح به للمحتوى، ونرجو إخطار المُرسِل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تُعُدّ التصريحات والآراء المذكورة في الرسالة خاصة بالمُرسِل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender,

and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه إخلاء المسؤولية: هذه الرسالة ومرفقاتها قد تحتوي على معلومات سرية وقانونية محمية أو أي استخدام غير مصرح به للمحتوى، ونرجو إخطار المُرسِل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تُعدُ التصريحات والآراء المذكورة في الرسالة خاصة بالمُرسِل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه إخلاء المسؤولية: هذه الرسالة ومرفقاتها قد تحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يُمنع اتاتا اعنم أو ضرر أو نشر أو أي استخدام غير مصرح به للمحتوى، ونرجو إخطار المُرسِل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تُعدُ التصريحات والآراء المذكورة في الرسالة خاصة بالمُرسِل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه إخلاء المسؤولية: هذه الرسالة ومرفقاتها عدم استخدام المُرسَل إليه بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يُمنع اتاتا اعنم أو ضرر أو نشر أو أي استخدام غير مصرح به للمحتوى، ونرجو إخطار المُرسِل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تُعدُ التصريحات والآراء المذكورة في الرسالة خاصة بالمُرسِل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

CONFIDENTIAL  LIV000180733