# DOCUMENT 42
# PUBLIC VERSION

# EXHIBIT 24

EXHIBIT FILED UNDER SEAL

# The League Opportunity Assessment

## General Questions for Greg/Event Organizers

- What is the overall progress of developing *The League*?

    - The League has been fully capitalised with $1.2bn investment committed – which represents the single biggest investment in professional golf's history
    - The Business Model was compiled by over 200 industry experts, over a 6-month period, including the likes of McKinsey, Michael Klein Co., PWC, Teneo and global advisors
    - The League has socialised the product with leading stakeholders, players and corporates – introducing the value proposition and opportunity
    - Long-from agreements have been drafted and distributed
    - Out critical path remains on track with milestones continuing to be achieved
    - No further detail can be provided at this stage due to confidentiality

- Will this league complement the current premier golf leagues i.e. PGA Tour and European Tour, or be seen as competition or a threat?

    - The League has reached out to the 3 main rights holders; PGAT, European Tour and Asian Tour
    - The effort was to collaborate (as stated in the following letter extract to the Commissioner of the PGAT April 17th 2021);

        *"The entire team and I have tremendous respect for the PGA Tour and what it continues to accomplish. We view our proposition as an opportunity for genuine collaboration, which would further energize the game. We believe it is also a platform for strategic development and new investment opportunity for professional golf. This prospect would be best realized in partnership with the PGA Tour–a partnership that would add a positive new dimension for the game, for players, funders, communities, charities, and fans, alike."*

    - The League is positioned as additive, healthy competition that will seek to comply with the existing global golf governance framework, whilst supporting global golf development initiatives
    - Despite the efforts to position The League as additive, some parts of the existing establishment have nevertheless perceived it as a threat and may be making efforts to divert The League from launch
    - In equal measure there has been support from a broad number of stakeholders, who understand the player power and impact in shifting any negative rhetoric

        - What progress has been made among the initial feedback from current governing body representatives i.e. PGA and PGA TOUR with respect to the penalties they would apply to players who join *The League*?

    - There has been noise in the market that any player looking to explore new commercial / playing opportunities will be penalised
    - This has undergone significant analysis as to any feasibility. A call with legal counsel was recommended and would be made available at your request
    - We remain committed to working with the establishment to ensure The League is additive and creates new opportunities for all stakeholders

- Given the current sentiment around properties/franchises breaking off to pursue new opportunities for, in part, economical reasons (i.e. European Super League in soccer), are there concerns around fan backlash?

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY
LIV000017449

- It would be inaccurate to characterise the proposed league as being similar or equivalent to any proposals made in other sports
- There is no intention to 'breakoff/away' – but integrate a new series as a special event platform, within the existing golf ecosystem
- The League will be a new series of events designed to provide the best possible global golf product aiming to embrace new audiences in new ways and help golf achieve its social, commercial and sporting potential.
- The model has been structured from the ground up, to support and drive open competition – providing as broad a spectrum of opportunity for professional golfers to earn their way to the League (via our promotions and relegation's structure, and our investment in the Asian Tour Premier Series)
- The model has committed $210m annually to charitable causes incremental resources - supporting golf's position as the #1 giver in world sports
- The League's sustainability strategy embraces social, economic, educational and environmental initiatives – designed to create a circular economy that has lasting impact around the world
- The demonstration of creating opportunity is in contrast to to the creation of a "closed shop" devoid of sporting merit Teneo – the global communications specialists - have been working on our promotional plan that sets out how The League will convey the positive impact it has and these important distinguishing features

- When is this projected to begin?

- Q1 2022

- Are locations finalized?
    - References 14 events but no specific locations (Vz offerings/capabilities vary by global market)

- 10 Events will be in the USA
- Locations will be based on major cities – to drive corporate interest and fan footfall; NY/ IL / NE / CA / FL / NJ / Toronto
- Internationally will be UK, Singapore and the Middle East
- There is a direction in the future that may introduce new international markets – but this aspect is not part of the initial launch process and is not clarified yet

- Have any players fully committed yet?

- We are not at liberty to disclose discussions / status with any players at this stage

- Are broadcast/distribution partners finalized?

- The product is being socialised by leading Media & Broadcast Advisors (Ioris Francini and Will Staeger) with mainstream networks and OTT partners
- Event coverage and ancillary content (pre/post/short-form/documentary) will be broadcast live and on demand across a global footprint on major media platforms in all significant territories of the world
- Feedback has been positive with desire to progress matters
- Through September, broadcast partners will be under NDA and run through the bid process to secure conditional commitment to The League

    - Potential to leverage existing relationships/innovation/media buys instead of seeking incremental

- League media deals with broadcast partners will be structured to include league-controlled in-show integrations inventory for our commercial partners
- Structure of commercial partnership deal and territory-based priorities will determine availability of league-controlled advertising inventory in commercial pods vs. incremental media buys directly with broadcast partners

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY
LIV000017450

**Partnership Model**
- Is there a set/target number of "Founding Partners"?
  - There are no Founding Partners being pitched to at this stage. The desire is to keep this only on a strategic basis
  - There is a limitation of 6 x Pillar partners / 6 x Gold partners
    - Are any current partners confirmed?
  - We are far along with many partner conversations
  - We are not at liberty to disclose
  - The are no contracts executed to date
    - Can you share an investment range/target for a Founding Partnership?
  - Investment type ranges depending on the strategic impact of certain partners
  - League partnership ranges from $12.5m – $27.5m – with a exclusive partner blueprint
- Are there different levels of partnerships (perhaps ones that focus more on network investment vs top tier partnership where our name will be prominent at tournaments and on media)?

**League Partners**
- Pillar Partner x 6
- Premium Partner x 6

**Team Partners**
- Principal Partner x 12

- To what degree can Verizon alter opportunities, assets, platforms, etc. to address marketing and business priorities?

A key advantage of engaging with the opportunity at this stage is the ability to develop packages truly aligned with shared goals and mutual interests. Therefore the League is open to structuring its partnership with Verizon to ensure it has the ability to drive optimal value through the association. The current asset bank for partners includes;

- **Production & Product:** The League will deliver industry-leading production quality and plans to redefine the coverage style in a more contemporary format suited for ratings delivery. Opportunities are significant for a technology partner to support both production logistics (e.g., wired and wireless connectivity for production efforts, camera + visual technologies + signal delivery) and viewer-facing features (e.g., interactivity, gaming, second-screen social media applications, on-site social fan participation). The opportunity exists to work together with The League and our production and content teams to build the best-in-class coverage product together, rather than a "signage" stamp applied after the coverage orientation is already built.

- **Direct-to-Consumer and Digital Verticals:** The League is creating a best-in-class direct-to-consumer product to super-serve golf's most avid fan base, and will also feature a robust web/digital presence. Opportunities are significant for a technology partner in D2C League App and League Website/Digital Presence to enter the equation as a building-block partner in both technical delivery (e.g., signal delivery/ingest/distribution, CMS, UI/UX, device features) and consumer-facing content features (e.g., interactivity, player stats, second-screen social, etc.).

- Is there presumed Business Back to Verizon, or are they seeking a VIK model?
  - *"Commission Verizon's team of Tech / Comms / Digital experts to provide know how (annual $ fees tbc) to support the creation of key aspects of The League platform"* p. 15

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

LIV000017451

The League has apportioned the following requirements that are deemed most pertinent to commissioning Verizon services centrally and welcomes feedback the help elaborate on additional capabilities that may be relevant including any relevant considerations regarding scale, scope and geographical availability in order to progress this aspect of our conversation;

- Infrastructure
- Security
- Systems
- Development
- Data & statistics sourcing and curation
- Software implementation and management
- Communications – Internal Management Use
- Production – 5G Wireless
- Network Provision – on site 5G – consumer and championship
- New Tech – to be discussed

From a Team perspective;

The League will centralise services required by the team to ensure efficiency and consistency and as our guarantee of standards.

Team activity will be far more diverse than the current professional golf product, with team and strategy management being a central part of both the performance-focus (players / teams / stakeholders and managers), as well as the entertainment-focus for fans – getting under the skin, whilst up close and personal with the players.