1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

10

11

LIV GOLF INC.,

CASE NO. 5:22-cv-04486-BLF

12

                                Plaintiffs,

**[PROPOSED]    ORDER    GRANTING
PLAINTIFF  LIV  GOLF'S  UNOPPOSED
MOTION TO EXTEND TIME TO COMPLY
WITH THE COURT'S OCTOBER 5, 2023
SEALING ORDER**

13

        v.

14

PGA TOUR, INC.,

15

                                Defendant and
                                Counter-Plaintiff,

16

17

        v.

18

LIV GOLF INC., PUBLIC INVESTMENT
FUND OF THE KINGDOM OF SAUDI
ARABIA, and HIS EXCELLENCY YASIR
OTHMAN AL-RUMAYYAN

19

20

                Counter-Defendant.

21

22

23

24

25

26

27

28

1

### [PROPOSED] ORDER

2      Having considered Plaintiff LIV Golf, Inc's ("LIV") Unopposed Motion to Extend Time to

3  Comply with the Court's October 5, 2023 sealing order, the Court finds good cause to grant the motion.

4  Accordingly, the Court orders that LIV shall have until **October 23, 2023** to comply with the

5  requirements of the Court's order (Dkt. 501).

6

7      **IT IS SO ORDERED.**

8

    Dated: October _10_, 2023                            _____
9                                                        Hon. Beth Labson Freeman
                                                         United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1