QUINN EMANUEL URQUHART & SULLIVAN LLP
JOHN B. QUINN, SBN 90378
　johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
　dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
　kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

JOHN F. BASH (*pro hac vice*)
johnbash@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701-3901
Telephone: (737) 667 6100

ROBERT P. FELDMAN, SBN 69602
　bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

SCOTT K. HVIDT, *pro hac vice*
shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

*Attorneys for Plaintiff LIV Golf, Inc.,*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF INC.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>PGA TOUR, INC.,<br><br>　　　　　　Defendant and<br>　　　　　　Counter-Plaintiff,<br><br>　v.<br><br>LIV GOLF INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN<br><br>　　　　Counter-Defendants. | CASE NO. 5:22-cv-04486-BLF<br><br>**PLAINTIFF LIV GOLF, INC'S RENEWED ADMINISTRATIVE MOTION TO SEAL** |

Pursuant to and Civil Local Rule 79-5 and the Court Order dated October 5, 2023 (Dkt. No. 501, "Order"), Plaintiff LIV Golf, Inc. ("LIV") hereby submits the following administrative motion to seal and statement pursuant to the Court's instructions at row 59 of the Order.

### I.   LIV'S MOTION TO SEAL NARROWLY TAILORS REDACTIONS.

The Court has found that the information at issue in this motion warrants sealing because the documents disclose "confidential information regarding LIV Golf's formation; strategic launch plans; financials; internal decision-making processes; negotiations with players, agents, and sponsors; and a Shareholders' Agreement that remains under seal," and LIV has otherwise shown "good cause," "compelling reasons (under the common law), and "a substantial interest in privacy (under the First Amendment)" to justify continued sealing.  Order at 7, 32.  However, the Court "grant[ed] in part and denie[d] in part" certain sealing requests that were "not narrowly tailored."  *Id.* at 7.  In particular, the Court found that LIV did not justify sealing "materials such as email fields, and footers," "introductory and other non-confidential language in the body of emails," and "presentation titles" and "dates" in certain exhibits that otherwise had appropriately sealable information.  *See, e.g.*, *id*. at 12, 15.

Accordingly, LIV has now redacted information to only seek sealing for information that implicates the reasons for sealing found sufficient by the Court.  The information sought to be sealed is shown in **Exhibit A** to this administrative motion to seal.  Unless otherwise noted, LIV does not request sealing for the portions of the documents identified by the Court as not narrowly tailored and has filed the documents with those portions unredacted on the public docket concurrent with this motion. LIV respectfully requests that the renewed sealing request be granted.

### II.   LIV RESPECTFULLY REQUESTS TO MAINTAIN THE STATUS QUO.

In the Order, the Court identified certain discrepancies between LIV's present request for continued sealing and information that had previously been sealed.  Order at 13-14, 28, 31.  These discrepancies were inadvertent and were not intended to change the scope of sealing from the original sealing grant. In particular, LIV respectfully requests (1) sealing for lines 8:22-23 of the PGA Tour's Reply in Support of its Motion to Compel PIF & HE's Compliance with Subpoena and Opposition to PIF & HE's Motion to Quash, which were previously sealed, *id.* at 13-14; (2) to maintain the status

1

1   quo for the PIF and HE Reply in Support of Motion to Quash, except for lines 3:17 and 4:16, *id*. at 28;

2   and (3) sealing for the highlighted portions in PGA Tour's Opposition to PIF & HE's Motion for De

3   Novo Review of February 9, 2023 Order, which were previously sealed.  *Id*. at 31.  These portions

4   implicate the same harms identified by the Court as justifying sealing under the applicable legal

5   standards.  Accordingly, LIV respectfully requests continued sealing for these portions.

DATED:  October 20, 2023

Respectfully submitted,

*/s/ John Bash*
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

JOHN F. BASH, *pro hac vice*
 johnbash@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701-3901
Telephone: (737) 667 6100

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:    650.801.5100

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
LAUREN D. DANSEY, SBN 311886
  ldansey@gibsondunn.com

2

GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:   415.393.8306

SCOTT K. HVIDT, *pro hac vice*
   shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

JOSHUA LIPTON, *pro hac vice*
   jlipton@gibsondunn.com
KRISTEN C. LIMARZI, *pro hac vice*
   klimarzi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone:     202.955.8500

*Attorneys for Plaintiff LIV Golf, Inc.,*