# EXHIBIT 3
# PUBLIC VERSION

# EXHIBIT 14

## EXHIBIT FILED UNDER SEAL

**Date:** Tuesday, April 5 2022 12:45 PM
**Subject:** Re: Deloitte Request list
**From:** Atul Khosla
**To:** Kerri Edwards <██████████>;
**CC:** Tim Taylor <██████████>;
**Attachments:** LIV Strategy Slides.pptx

Thisb

AK

On Apr 5, 2022, at 8:16 AM, Kerri Edwards <██████████> wrote:

██████████

**From:** Tim Taylor <██████████>
**Sent:** Thursday, March 31, 2022 3:05 AM
**To:** Atul Khosla <██████████>; Kerri Edwards <██████████>
**Subject:** Re: Deloitte Request list

██████████

TT

**From:** Atul Khosla <██████████>

**Sent:** 31 March 2022 02:25
**To:** Tim Taylor <█████████>; Kerri Edwards <█████████>
**Subject:** Re: Deloitte Request list

█████████

**From:** Tim Taylor <█████████>
**Date:** Wednesday, March 30, 2022 at 5:38 PM
**To:** Kerri Edwards <█████████>
**Cc:** Atul Khosla <█████████>
**Subject:** Deloitte Request list

█████████

TT



LIV Golf New Business Plan – Key Changes & Rationale