# EXHIBIT 4
# PUBLIC VERSION

# EXHIBIT 15

EXHIBIT FILED UNDER SEAL

| | |
|---|---|
| **Date:** | Monday, August 15 2022 05:22 PM |
| **Subject:** | RE: Updated MIC draft |
| **From:** | Alhanouf Almarshad <█████████████> |
| **To:** | Anna Chaldysheva <████████████████████>; |
| **CC:** | Project Wedge <███████████████████████>; Abdulaziz AlMuhayd <████████████>; Sarah AlKhamis <████████████████>; Jacobo Solis <████████████>; Kerri Edwards <███████████████>; Tim Taylor <████████████> |
| **Attachments:** | Wedge_MKC FF and Returns.pptx |

Thanks Anna. Please find attached two main deck riders with few comments, appreciate if we could receive asap, we will be sharing riders as we receive comments.

Best,
Alhanouf

---

**From:** Anna Chaldysheva <████████████████████████>
**Sent:** Monday, August 15, 2022 7:05 AM
**To:** Alhanouf Almarshad <████████████████>
**Cc:** Project Wedge <█████████████████████████>; Abdulaziz AlMuhayd <██████████████████████> Sarah AlKhamis <████████████████>; Jacobo Solis <███████████████>; Kerri Edwards <██████████████████████>; Tim Taylor <tim.t████████████>
**Subject:** Updated MIC draft

PIF team –

[redacted]

Please let us know of questions and comments.

Thanks,
Anna

---

**From:** Alhanouf Almarshad <████████████████>
**Sent:** Sunday, August 14, 2022 9:47 AM
**To:** Anna Chaldysheva <███████████████████████████>
**Cc:** Project Wedge <█████████████████████████>; Abdulaziz AlMuhayd <██████████████████████>; Sarah AlKhamis <████████████████████> Jacobo Solis <██████████████> Tim Taylor <████████████████████>
**Subject:** RE: [redacted]

==EXTERNAL==

[redacted]

Best,
Alhanouf

**From:** Anna Chaldysheva <███>
**Sent:** Sunday, August 14, 2022 4:18 PM
**To:** Alhanouf Almarshad <███>
**Cc:** Project Wedge <███>; Abdulaziz AlMuhayd <███>; Sarah AlKhamis <███> Jacobo Solis <███> Tim Taylor <███>
**Subject:** Re: ███

Sounds good.

Thanks,
Anna

> On Aug 14, 2022, at 9:13 AM, Alhanouf Almarshad <███> wrote:
>
> ==EXTERNAL==
>
> On the call, 6pm ksa works for us.
>
> Best,
> Alhanouf
>
> **From:** Anna Chaldysheva <███>
> **Sent:** Sunday, August 14, 2022 9:33 AM
> **To:** Alhanouf Almarshad <███>
> **Cc:** Project Wedge <███>; Abdulaziz AlMuhayd <███>; Sarah AlKhamis <███>; Jacobo Solis <███> Tim Taylor <███>
> **Subject:** RE: ███
>
> Alhanouf –

Is there a good time for a call tomorrow? 11am or noon EST (6 or 7pm KSA) would work well for us.

Thanks,
Anna

**From:** Alhanouf Almarshad <​███████████████​>
**Sent:** Saturday, August 13, 2022 1:24 PM
**To:** Anna Chaldysheva <​██████████████████████████​>
**Cc:** Project Wedge <​████████████████████████████​>; Abdulaziz AlMuhayd <​████████████████​>; Sarah AlKhamis <​█████████████████​>; Jacobo Solis <​███████████████​> Tim Taylor <​██████████████████████​>
**Subject:** RE: ███████

==EXTERNAL==

████████████████████████████████████████████████████████████

On August 13, 2022 at 7:46:50 PM GMT+3, Anna Chaldysheva <​████████████████████████████████​> wrote:

Alhanouf –

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Thanks,

Anna

**From:** Alhanouf Almarshad <​██████████████████████​>
**Sent:** Saturday, August 13, 2022 12:29 PM
**To:** Anna Chaldysheva <​██████████████████████████████​>
**Cc:** Project Wedge <​████████████████████████████​>; Abdulaziz AlMuhayd <​████████████████████​> Sarah AlKhamis <​██████████████████​> Jacobo Solis <​█████████████████​> Tim Taylor <​████████████████████​>
**Subject:** RE: ███████

==EXTERNAL==

Thanks Anna,

--
Sent from Workspace ONE Boxer
On August 13, 2022 at 7:17:23 PM GMT+3, Anna Chaldysheva < > wrote:

Thanks,
Anna

**From:** Alhanouf Almarshad <  >
**Sent:** Saturday, August 13, 2022 11:49 AM
**To:** Anna Chaldysheva <  >
**Cc:** Project Wedge <  >; Abdulaziz AlMuhayd <  >; Sarah AlKhamis <  >; Jacobo Solis <  > Tim Taylor <  >
**Subject:** RE:

==EXTERNAL==

Best,
Alhanouf

**From:** Anna Chaldysheva <  >
**Sent:** Saturday, August 13, 2022 5:37 PM
**To:** Alhanouf Almarshad <  >
**Cc:** Project Wedge <  >; Abdulaziz AlMuhayd <  >; Sarah AlKhamis <  >; Jacobo Solis <  > Tim Taylor <  >
**Subject:** RE:

Alhanouf -



**From:** Alhanouf Almarshad <​​​​​​​​​​​​​​>
**Sent:** Friday, August 12, 2022 9:51 AM
**To:** Anna Chaldysheva <​​​​​​​​​​​​​​​​​​​​​​​​>
**Cc:** Project Wedge <​​​​​​​​​​​​​​​​​​​​​​​​>; Abdulaziz AlMuhayd <​​​​​​​​​​​​​​​​​​>
Sarah AlKhamis <​​​​​​​​​​​​>; Jacobo Solis <​​​​​​​​​​​​> Tim Taylor <​​​​​​​​​​​​​​​​>
**Subject:** Re: ▇▇▇▇

==EXTERNAL==

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

On August 12, 2022 at 4:12:29 PM GMT+3, Anna Chaldysheva <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Thanks,
Anna

> On Aug 12, 2022, at 9:00 AM, Alex Sooch <Alex.​​​​​​​​​​​​​​​​​​​​​​​​> wrote:
>
> Alhanouf – please find the revised materials attached
>
> Best,
> Alex

**From:** Alhanouf Almarshad <░░░░░░░░░░░░░░░░>
**Sent:** Friday, August 12, 2022 6:39 AM
**To:** Alex Sooch <░░░░░░░░░░░░░░░░░░░░░░░>
**Cc:** Project Wedge <░░░░░░░░░░░░░░░░░░░░░░░░░░░░>; Abdulaziz AlMuhayd <░░░░░░░░░░░░░░░░░░░░░░░░>; Sarah AlKhamis <░░░░░░░░░░░░░░░░░░░░░░>; Anna Chaldysheva <░░░░░░░░░░░░░░░░░░░░░░░░░░░░>; Jacobo Solis <░░░░░░░░░░░░░░░░░░░░░░>; Tim Taylor <░░░░░░░░░░░░░░░░░>
**Subject:** RE: ░░░░░░

==EXTERNAL==

[redacted]

**From:** Alhanouf Almarshad
**Sent:** Friday, August 12, 2022 1:29 PM
**To:** 'Alex Sooch' <░░░░░░░░░░░░░░░░░░░░░░>
**Cc:** Project Wedge <░░░░░░░░░░░░░░░░░░░░░░░░░░░░>; Abdulaziz AlMuhayd <░░░░░░░░░░░░░░░░░░░░░░░░>; Sarah AlKhamis <░░░░░░░░░░░░░░░░░░░░░░>; Anna Chaldysheva <░░░░░░░░░░░░░░░░░░░░░░░░░░░░>; Jacobo Solis <░░░░░░░░░░░░░░░░░░░░░░>; Tim Taylor <░░░░░░░░░░░░░░░░░>
**Subject:** RE: ░░░░░░

Many thanks Alex.

[redacted]

Best,
Alhanouf

**From:** Alex Sooch <░░░░░░░░░░░░░░░░░░░░░░░>
**Sent:** Friday, August 12, 2022 1:26 AM
**To:** Alhanouf Almarshad <░░░░░░░░░░░░░░░░░░░░>
**Cc:** Project Wedge <░░░░░░░░░░░░░░░░░░░░░░░░░░░░>; Abdulaziz AlMuhayd <░░░░░░░░░░░░░░░░░░░░░░░░>; Sarah AlKhamis <░░░░░░░░░░░░░░░░░░░░░░>; Anna Chaldysheva <░░░░░░░░░░░░░░░░░░░░░░░░░░░░>; Jacobo Solis <░░░░░░░░░░░░░░░░░░░░░░>; Tim Taylor <░░░░░░░░░░░░░░░░░>
**Subject:** RE: ░░░░░░

Hi Alhanouf, please see responses below as well as a revised version attached:

[redacted]

Best,
Alex

**From:** Alhanouf Almarshad <████████████>
**Sent:** Thursday, August 11, 2022 5:53 PM
**To:** Alex Sooch <████████████████████>
**Cc:** Project Wedge <██████████████████>; Abdulaziz AlMuhayd <███████████sa>; Sarah AlKhamis <████████████> Anna Chaldysheva <████████████████>; Jacobo Solis <████████████> Tim Taylor <████████████>
**Subject:** RE: ████

==EXTERNAL==

Quickly going over the bridge, could you please check/confirm the below?

**From:** Alhanouf Almarshad <████████████>
**Sent:** Friday, August 12, 2022 12:38 AM
**To:** Alex Sooch <████████████████████>
**Cc:** Project Wedge <██████████████████>; Abdulaziz AlMuhayd <██████████████>; Sarah AlKhamis <████████████> Anna Chaldysheva <████████████████>; Jacobo Solis <████████████> Tim Taylor <████████████>
**Subject:** RE: ████

Many thanks Alex. Could you please share the ppt

--
Sent from Workspace ONE Boxer

On August 12, 2022 at 12:37:07 AM GMT+3, Alex Sooch <████████████████████████> wrote:

> Alhanouf,
>
> As a follow up to our discussion this morning, please find attached the latest presentation.
>
> Best,
> Alex
>
> **From:** Alhanouf Almarshad <████████████████>
> **Sent:** Thursday, August 11, 2022 11:46 AM
> **To:** Anna Chaldysheva <██████████████████████>; Jacobo Solis <████████████> Tim Taylor <████████████████>
> **Cc:** Project Wedge <██████████████████>; Abdulaziz AlMuhayd <████████████████████>; Sarah AlKhamis <████████████>
> **Subject:** RE: ████

==EXTERNAL==

Actually, just realized I have another call at 7pm ksa, can we make it 8pm ksa?

Best,
Alhanouf

**From:** Alhanouf Almarshad
**Sent:** Thursday, August 11, 2022 6:37 PM
**To:** 'Anna Chaldysheva' <​>; Jacobo Solis <​>; Tim Taylor <​>
**Cc:** Project Wedge <​>; Abdulaziz AlMuhayd <​>; Sarah AlKhamis <​>
**Subject:** RE:

Yes works. Thanks.

Best,
Alhanouf

**From:** Anna Chaldysheva <​>
**Sent:** Thursday, August 11, 2022 6:18 PM
**To:** Alhanouf Almarshad <​> Jacobo Solis <​> Tim Taylor <​>
**Cc:** Project Wedge <​>; Abdulaziz AlMuhayd <​>; Sarah AlKhamis <​>
**Subject:** RE:

Alhanouf, would noon work for you?

**From:** Alhanouf Almarshad <​>
**Sent:** Thursday, August 11, 2022 10:33 AM
**To:** Anna Chaldysheva <​>; Jacobo Solis <​> Tim Taylor <​>
**Cc:** Project Wedge <​>; Abdulaziz AlMuhayd <​>; Sarah AlKhamis <sialkha​>
**Subject:** RE:

==EXTERNAL==

Also let us know when can we have the call today to

Best,
Alhanouf

**From:** Anna Chaldysheva <​>
**Sent:** Thursday, August 11, 2022 3:10 PM
**To:** Alhanouf Almarshad <​> Jacobo Solis <​> Tim Taylor <​>
**Cc:** Project Wedge <​>
**Subject:**

PIF team -

[redacted]

Thanks,
Anna

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and may be illegal. M. Klein and Company, LLC, its affiliates and subsidiaries reserve the right to monitor, review, and archive the content of all electronic messages sent and/or received by any of its employees. If you received this email in error, please delete it and notify the sender. This communication is for informational purposes only and should not be regarded as an offer, solicitation or recommendation to purchase or sell any financial product.

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها فقط و قد يحتوي على معلومات الرسالة إلى من يهمه الاستخدام المرسل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يمنع عنك اتباع عرض أو نشر أو أي استخدام غير مصرح به للمحتوى نرجو إخطار المرسل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تعد التصريحات والآراء المذكورة في الرسالة خاصة بالمرسل ولا تمثل بالضرورة أي صندوق الاستثمارات العامة

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and may be illegal. M. Klein and Company, LLC, its affiliates and subsidiaries reserve the right to monitor, review, and archive the content of all electronic messages sent and/or received by any of its employees. If you received this email in error, please delete it and notify the sender. This communication is for informational purposes only and should not be regarded as an offer, solicitation or recommendation to purchase or sell any financial product.

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها فقط و قد يحتوي على معلومات الرسالة إلى من يهمه الاستخدام المرسل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يمنع عنك اتباع عرض أو نشر أو أي استخدام غير مصرح به للمحتوى نرجو إخطار المرسل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تعد التصريحات والآراء المذكورة في الرسالة خاصة بالمرسل ولا تمثل بالضرورة أي صندوق الاستثمارات العامة

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this

message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and may be illegal. M. Klein and Company, LLC, its affiliates and subsidiaries reserve the right to monitor, review, and archive the content of all electronic messages sent and/or received by any of its employees. If you received this email in error, please delete it and notify the sender. This communication is for informational purposes only and should not be regarded as an offer, solicitation or recommendation to purchase or sell any financial product.
<2022.08 Wedge - Case Comparison_v34.pdf>

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بالإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المرسل إليه بالخصوص فقط و قد تحتوي على معلومات سرية أو محمية قانونياً إن لم تكن المقصود، فإنه يمنع اعتباراً ضرر أو نشر أو أي استخدام غير مصرح به للمحتوى نرجو إخطار المرسل عن طريق الرد على البريد الإلكتروني هذا خاصة الرسالة في المذكورة والآراء والتصريحات تعد لكيد لدى الموجودة أي بضرورة لا تمثل ولا بالمرسل صندوق الاستثمارات العامة

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and may be illegal. M. Klein and Company, LLC, its affiliates and subsidiaries reserve the right to monitor, review, and archive the content of all electronic messages sent and/or received by any of its employees. If you received this email in error, please delete it and notify the sender. This communication is for informational purposes only and should not be regarded as an offer, solicitation or recommendation to purchase or sell any financial product.

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بالإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المرسل إليه بالخصوص فقط و قد تحتوي على معلومات سرية أو محمية قانونياً إن لم تكن المقصود، فإنه يمنع اعتباراً ضرر أو نشر أو أي استخدام غير مصرح به للمحتوى نرجو إخطار المرسل عن طريق الرد على البريد الإلكتروني هذا خاصة الرسالة في المذكورة والآراء والتصريحات تعد لكيد لدى الموجودة أي بضرورة لا تمثل ولا بالمرسل صندوق الاستثمارات العامة

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and may be illegal. M. Klein and Company, LLC, its affiliates and subsidiaries reserve the right to monitor, review, and archive the content of all electronic messages sent and/or received by any of its employees. If you received this email in error, please delete it and notify the sender. This communication is for informational purposes only and should not be regarded as an offer, solicitation or recommendation to purchase or sell any financial product.
<image001.png>
<image002.png>
<2022.08 Wedge - Case Comparison_v36.pdf>
<2022.08 Wedge - Case Comparison_v36.pptx>

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended

recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة للاستخدام المرسل إليه المقصود بالرسالة فقط و قد يحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يمنع منعا باتا عرض أو نشر أو أي استخدام غير مصرح به للمحتوى نرجو إخطار المرسل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تعد التصريحات والآراء المذكورة في الرسالة خاصة بالمرسل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and may be illegal. M. Klein and Company, LLC, its affiliates and subsidiaries reserve the right to monitor, review, and archive the content of all electronic messages sent and/or received by any of its employees. If you received this email in error, please delete it and notify the sender. This communication is for informational purposes only and should not be regarded as an offer, solicitation or recommendation to purchase or sell any financial product.

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة للاستخدام المرسل إليه المقصود بالرسالة فقط و قد يحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يمنع منعا باتا عرض أو نشر أو أي استخدام غير مصرح به للمحتوى نرجو إخطار المرسل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تعد التصريحات والآراء المذكورة في الرسالة خاصة بالمرسل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and may be illegal. M. Klein and Company, LLC, its affiliates and subsidiaries reserve the right to monitor, review, and archive the content of all electronic messages sent and/or received by any of its employees. If you received this email in error, please delete it and notify the sender. This communication is for informational purposes only and should not be regarded as an offer, solicitation or recommendation to purchase or sell any financial product.

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة للاستخدام المرسل إليه المقصود بالرسالة فقط و قد يحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يمنع منعا باتا عرض أو نشر أو أي استخدام غير مصرح به للمحتوى نرجو إخطار المرسل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تعد التصريحات والآراء المذكورة في الرسالة خاصة بالمرسل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and may be illegal. M. Klein and Company, LLC, its affiliates and subsidiaries reserve the right to monitor, review, and archive the content of all electronic messages sent and/or received by any of its employees. If you received this email in error, please delete it and notify the sender. This communication is for informational purposes only and should not be regarded as an offer,

solicitation or recommendation to purchase or sell any financial product.

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة قد و طفق تحتوي على معلومات سرية أو محمية قانونياً إن لم تكن الشخص المقصود، فإنه يمنع اعتناء ضرر أو نشر أو أي استخدام غير مصرح به للمحتويات ونرجو إخطار المُرسل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة للرسالة والآراء المذكورة في الرسالة خاصة بالمُرسل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and may be illegal. M. Klein and Company, LLC, its affiliates and subsidiaries reserve the right to monitor, review, and archive the content of all electronic messages sent and/or received by any of its employees. If you received this email in error, please delete it and notify the sender. This communication is for informational purposes only and should not be regarded as an offer, solicitation or recommendation to purchase or sell any financial product.

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المُرسل إليه المقصود بالخصوص قد و طفق تحتوي على معلومات سرية أو محمية قانونياً إن لم تكن الشخص المقصود، فإنه يمنع اعتناء ضرر أو نشر أو أي استخدام غير مصرح به للمحتويات ونرجو إخطار المُرسل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة للرسالة والآراء المذكورة في الرسالة خاصة بالمُرسل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and may be illegal. M. Klein and Company, LLC, its affiliates and subsidiaries reserve the right to monitor, review, and archive the content of all electronic messages sent and/or received by any of its employees. If you received this email in error, please delete it and notify the sender. This communication is for informational purposes only and should not be regarded as an offer, solicitation or recommendation to purchase or sell any financial product.

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المُرسل إليه المقصود بالخصوص قد و طفق تحتوي على معلومات سرية أو محمية قانونياً إن لم تكن الشخص المقصود، فإنه يمنع اعتناء ضرر أو نشر أو أي استخدام غير مصرح به للمحتويات ونرجو إخطار المُرسل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة للرسالة والآراء المذكورة في الرسالة خاصة بالمُرسل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If the reader of this message is not the

intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and may be illegal. M. Klein and Company, LLC, its affiliates and subsidiaries reserve the right to monitor, review, and archive the content of all electronic messages sent and/or received by any of its employees. If you received this email in error, please delete it and notify the sender. This communication is for informational purposes only and should not be regarded as an offer, solicitation or recommendation to purchase or sell any financial product. Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة للاستخدام المقصود إليها فقط وقد تحتوي على معلومات سرية أو محمية قانونياً. إن لم تكن الشخص المقصود، فإنه يُمنع عليك اتخاذ أي إجراء بنشر أو استخدام غير مصرح به للمحتوى. نرجو إخطار المُرسل عن طريق الرد على هذا البريد الإلكتروني والتالي جميع النسخ الموجودة لديك تُعد التصريحات والأراء المذكورة في الرسالة خاصة بالمُرسل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة