# EXHIBIT 7
# PUBLIC VERSION

# EXHIBIT 40

EXHIBIT FILED UNDER SEAL

| | |
|---|---|
| **Date:** | Thursday, February 10 2022 09:18 PM |
| **Subject:** | RE: ▮▮▮▮▮ |
| **From:** | Jane MacNeille |
| **To:** | Tim Taylor <▮▮▮▮▮> |
| **CC:** | Atul Khosla <▮▮▮▮▮> Sean Bratches <▮▮▮▮▮>; |
| **Attachments:** | ▮▮▮▮▮.pptx |

HI Tim,

See attached – hope this works.

**Jane MacNeille**
**LIV Golf Investments**
VP, Communications

**C:** ▮▮▮▮▮
**E:** ▮▮▮▮▮

---

**From:** Tim Taylor <▮▮▮▮▮>
**Sent:** Thursday, February 10, 2022 12:44 PM
**To:** Jane MacNeille <▮▮▮▮▮>
**Cc:** Atul Khosla <▮▮▮▮▮>; Sean Bratches <▮▮▮▮▮>
**Subject:** ▮▮▮▮▮

Hi Jane

▮▮▮▮▮ [redacted]

Let me know if you've any queries -need this asap.
Thanks

Tim

# LIV Golf League Recent Press Coverage

**Legend Greg Norman set to run competing tour that could revolutionise professional golf**
Greg Norman is lining up a revolutionary new super league that could change the world of golf. Norman, 66, has been named as the new CEO of LIV Golf Enterprises, and the commissioner of the new league that is set to offer lucrative deals to the world's top stars.

*The Mirror, 29-October-21*

**Norman is not-so-quietly forming a rival league to the PGA Tour**, and while details remain scant, his company is stocking the cupboard with C-suite bonafides, from ex-ESPN execs to former PGA Tour rules official Slugger White.

*GOLF.com, 25-Jan-22*

**A bombshell is about to rock the status-quo world of professional golf** — more specifically the PGA Tour.

A group named LIV Golf Investments is poised to launch a world golf league, according to highly placed golf sources familiar with the venture.

*NY Post, 29-Oct-21*

**Competition From Other Leagues Will Make PGA and Golf Better**
If the PGA Tour does attempt to restrict players from playing in competing events, the Tour may be in violation of its stated mission "to promote the sport of professional golf and the common interests of touring golf professionals."

*Newsmax, 10-Feb-22*

**Disrupting golf: the Saudi-backed plan to shake up the sport**
The company's self-proclaimed aim is to revolutionise the sport, luring the world's best golfers to a string of new tournaments and challenging its existing power structures.

*Financial Times, 25-Nov-21*

**Elite golfers should be free to make Saudi fortune - I would be on the first plane there.**
Don't blame the players for taking the Saudi millions - they would be mad not to. I only wish I'd been a leading pro at the right time.

*The Telegraph, 02-Feb-22*

Source: Public Media.

صندوق الاستثمارات العامة
Public Investment Fund

1