# EXHIBIT 8
# PUBLIC VERSION

# EXHIBIT 45

## EXHIBIT FILED UNDER SEAL

**Date:** Thursday, March 31 2022 11:14 PM
**Subject:** Re: ██████
**From:** Atul Khosla
**To:** Kerri Edwards <██████>
**CC:** Laurence Miller <██████>;
**Attachments:** Player tracker.pptx

██████

AK

On Mar 31, 2022, at 10:41 AM, Kerri Edwards <██████> wrote:

██████

Last week's update;

██████

**Kerri Edwards**
**LIV Golf Investments**
Interim Chief of Staff

C: ██████
E: ██████