# EXHIBIT 10
# PUBLIC VERSION

# EXHIBIT 2

# EXHIBIT FILED UNDER SEAL

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

LIV000029353



Voting Rights

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

LIV000029354