# EXHIBIT 11
# PUBLIC VERSION

# EXHIBIT 3

# EXHIBIT FILED UNDER SEAL

**Date:** Monday, April 25 2022 08:08 AM
**Subject:** Re: media rights
**From:** Ross Antrobus
**To:** Kerry Taylor <█████████████████████>; Will Staeger <████████████████████>; Sean Bratches <████████████████████> Monica Fee <████████████████>
**CC:** Ioris Francini <███████████████ Floris Weisz <████████████████████████>; JP Jones <███████████████ Lily Kenny <████████████████>;

Morning all,

Excellent and exciting news to wake up too.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Exciting times.

R.

---

**From:** Kerry Taylor <████████████████████>
**Date:** Monday, 25 April 2022 at 08:55
**To:** Will Staeger <████████████████████>, Sean Bratches <████████████████████>
**Cc:** Ioris Francini <████████████████ Floris Weisz <████████████████████████>, JP Jones <████████████████>, Lily Kenny <████████████████████>, Monica Fee <████████████████████>, Ross Antrobus <████████████████████>
**Subject:** Re: media rights

This is great.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

---

**From:** Will Staeger <████████████████████>
**Date:** Sunday, 24 April 2022 at 23:54
**To:** Sean Bratches <████████████████████>
**Cc:** Ioris Francini <████████████████, Floris Weisz <████████████████████████>, JP Jones <████████████████>, Lily Kenny <████████████████████>, Kerry Taylor <████████████████████>, Monica Fee <████████████████████>, Ross Antrobus <████████████████████>
**Subject:** Re: media rights

All makes sense and sounds like a successful call!

> On Apr 24, 2022, at 3:41 PM, Sean Bratches <████████████████████> wrote:

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                                         LIV000116760



On Apr 24, 2022, at 6:37 PM, Ioris Francini ⟨ ⟩ wrote:

Sent from my iPhone

On 25 Apr 2022, at 00:25, Sean Bratches ⟨ ⟩ wrote:

sb

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

LIV000116761