# EXHIBIT 12
# PUBLIC VERSION

# EXHIBIT 4

## EXHIBIT FILED UNDER SEAL

**Date:** Thursday, February 24 2022 04:25 PM
**Subject:** RE: Letter to Commissioner Monahan
**From:** Anna Silverman
**To:** Sean Bratches <████████>; Atul Khosla <████████>;
**CC:** Greg Norman <████████>; Jane MacNeille <████████>; Ari Fleischer <████████>; Andrew McKenna <████████>;
**Attachments:** You Can't Ban Players From Playing Golf.msg

████████

Will print hard copy to put into mail via fedex today to:

PGA TOUR
Attn: Mr. Jay Monahan
112 Pga Tour Blvd
Ponte Vedra Beach, FL  32082-3046

**Anna Silverman**
**LIV Golf Investments**
Executive Assistant to CEO

E: ████████

---

**From:** Sean Bratches <████████>
**Sent:** Thursday, February 24, 2022 11:14 AM
**To:** Atul Khosla <████████>
**Cc:** Greg Norman <████████>; Jane MacNeille <████████>; Ari Fleischer <████████>; Andrew McKenna <████████>; Anna Silverman <████████>
**Subject:** Re: Letter to Commissioner Monahan

████████

> On Feb 24, 2022, at 11:12 AM, Atul Khosla <████████> wrote:
>
> ████████
>
>> **From:** Greg Norman <████████>
>> **Date:** Thursday, February 24, 2022 at 11:10 AM
>> **To:** Jane MacNeille <████████>, Ari Fleischer <████████>, Sean Bratches <████████>, Atul Khosla <████████>, Andrew McKenna <████████>, Anna Silverman <████████>
>> **Subject:** RE: Letter to Commissioner Monahan
>>
>> ████████
>>
>> **Greg Norman**
>> **LIV Golf Investments**
>> CEO & Commissioner

C: +1-772-285-5000
E: ▓▓▓▓▓▓▓▓▓▓▓▓

**From:** Jane MacNeille <▓▓▓▓▓▓▓▓▓▓▓▓>
**Sent:** Thursday, February 24, 2022 11:06 AM
**To:** Greg Norman <▓▓▓▓▓▓▓▓▓▓▓▓>; Ari Fleischer <▓▓▓▓▓▓▓▓▓▓▓▓>; Sean Bratches <▓▓▓▓▓▓▓▓▓▓▓▓>; Atul Khosla <▓▓▓▓▓▓▓▓▓▓▓▓>; Andrew McKenna <▓▓▓▓▓▓▓▓▓▓▓▓>; Anna Silverman <▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** RE: Letter to Commissioner Monahan

[redacted]

Let's move on this ASAP please.


**Jane MacNeille**
**LIV Golf Investments**
VP, Communications

C: ▓▓▓▓▓▓▓▓
E: ▓▓▓▓▓▓▓▓▓▓▓▓

**From:** Greg Norman <▓▓▓▓▓▓▓▓▓▓▓▓>
**Sent:** Thursday, February 24, 2022 10:39 AM
**To:** Jane MacNeille <▓▓▓▓▓▓▓▓▓▓▓▓>; Ari Fleischer <▓▓▓▓▓▓▓▓▓▓▓▓>; Sean Bratches <▓▓▓▓▓▓▓▓▓▓▓▓>; Atul Khosla <▓▓▓▓▓▓▓▓▓▓▓▓>; Andrew McKenna <▓▓▓▓▓▓▓▓▓▓▓▓>; Anna Silverman <▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** RE: Letter to Commissioner Monahan

[redacted]

Standing by for cc's.

**Greg Norman**
**LIV Golf Investments**
CEO & Commissioner

C: ▓▓▓▓▓▓▓▓
E: ▓▓▓▓▓▓▓▓▓▓▓▓

**From:** Jane MacNeille <▓▓▓▓▓▓▓▓▓▓▓▓>
**Sent:** Thursday, February 24, 2022 10:26 AM
**To:** Ari Fleischer <▓▓▓▓▓▓▓▓▓▓▓▓>; Greg Norman <▓▓▓▓▓▓▓▓▓▓▓▓>; Sean Bratches <▓▓▓▓▓▓▓▓▓▓▓▓>; Atul Khosla <▓▓▓▓▓▓▓▓▓▓▓▓>; Andrew McKenna <▓▓▓▓▓▓▓▓▓▓▓▓>; Anna Silverman <▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** RE: Letter to Commissioner Monahan

Team,

[redacted]

Thanks,
Jane

**Jane MacNeille**
**LIV Golf Investments**
VP, Communications

C: [redacted]
E: [redacted]

**From:** Ari Fleischer <[redacted]>
**Sent:** Thursday, February 24, 2022 9:38 AM
**To:** Jane MacNeille <[redacted]>
**Cc:** Greg Norman <[redacted]>; Sean Bratches <[redacted]>; Atul Khosla <[redacted]>; Andrew McKenna <[redacted]>; Anna Silverman <[redacted]>
**Subject:** Re: Letter to Commissioner Monahan

**Ari Fleischer Communications**
[redacted]

On Feb 24, 2022, at 9:29 AM, Jane MacNeille <[redacted]> wrote:

**Jane MacNeille**
**LIV Golf Investments**
VP, Communications

C: [redacted]
E: [redacted]

**From:** Jane MacNeille
**Sent:** Wednesday, February 23, 2022 8:12 PM
**To:** Greg Norman <[redacted]>; Sean Bratches <[redacted]>; Atul Khosla <[redacted]>; Ari Fleischer <[redacted]>; Andrew McKenna <[redacted]>; Anna Silverman <[redacted]>
**Subject:** Letter to Commissioner Monahan

Attached, please find final and clean version on LGI letterhead.

Thx,
J

**Jane MacNeille**
**LIV Golf Investments**
VP, Communications



CONFIDENTIAL                                                                                                          LIV000016649