# EXHIBIT 13
# PUBLIC VERSION

# EXHIBIT 6

## EXHIBIT FILED UNDER SEAL

**Date:** Friday, June 24 2022 04:13 PM
**Subject:** Re: █████
**From:** Atul Khosla
**To:** Bushra AlMeshal <█████>; Majed Al Sorour <█████>; Governor Office <█████>; Greg Norman <█████>; Jed Moore <█████>; Gary Davidson <█████>; Mohannad S. Alblehed <█████>; Jacobo Solis <█████>; Richard Marsh <█████>;

███████████████████████████████████████

AK

**From:** Bushra AlMeshal <█████>
**Date:** Friday, June 24, 2022 at 7:45 AM
**To:** Majed Al Sorour <█████>, Governor Office <█████>, Greg Norman <█████>, Jed Moore <█████>, Gary Davidson <█████>, "Mohannad S. Alblehed" <█████>, Jacobo Solis <█████>, Atul Khosla <█████>, Richard Marsh <█████>
**Subject:** Re: █████

Hi Majed

███████████████████████████████████████

Best,
Bushra

On 24 June 2022 at 1:21:38 AM GMT+3, Majed Al Sorour <█████> wrote:

> **CAUTION:** This email originated from outside of (PIF). Do not click links, open attachments or reply, unless you recognize the █████ please forward it to (█████).

Dear all

███████████████████████████████████████

Thanks

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                                                                                          LIV000033498

Get <u>Outlook for iOS</u>

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه إخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المرسل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يمنع عنك اتخاذ أي إجراء نشر أو استخدام غير مصرح به للمحتويات نرجو إخطار المرسل عن طريق الرد على البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تصريحات وآراء المذكورة في الرسالة خاصة بالمرسل ولا تمثل بالضرورة أي صندوق الاستثمارات العامة

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                                                                                                                          LIV000033499