# EXHIBIT 14
# PUBLIC VERSION

# EXHIBIT 8

# EXHIBIT FILED UNDER SEAL

| | |
|---|---|
| Date: | Sunday, July 3 2022 06:17 AM |
| Subject: | Re: ███████████ |
| From: | Atul Khosla |
| To: | Yasir AlRumayyan <████████████████>; Majed Al-Sorour <████████████████>; Greg Norman <████████████████>; |
| Attachments: | image001.png; image002.png; image003.jpg |

Hello all,

███████████████████████████████████

Thank you,
AK

---

**From:** Atul Khosla <atul.khosla@livgolf.com >
**Date:** Saturday, July 2, 2022 at 6:32 AM
**To:** Yasir AlRumayyan <████████████ >, Majed Al-Sorour <████████████ >, Greg Norman <████████ >
**Subject:** Re: ███████████

███████████████████████████████████

AK

---

**From:** Yasir AlRumayyan <████████████ >
**Date:** Saturday, July 2, 2022 at 2:02 AM
**To:** Majed Al-Sorour <████████████ >, Atul Khosla <████████████ >, Greg Norman <████████ >
**Subject:** Re: ███████████

███████████████████████████████████

Sent from Workspace ONE Boxer

On 2 July 2022 at 10:02:21 AM GMT+2, Majed Al-Sorour <████████████████ wrote:

███████████████████████████████████

CONFIDENTIAL

Get Outlook for iOS

--

**LIV GOLF**

**Majed Al-Sorour**
Managing Director

@ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**LIV GOLF**
Invitational **PORTLAND**
June 30 - July 2
Pumpkin Ridge Golf Club

LIV Golf Incorporated is a corporation registered in Delaware with file number 6019012. Our mailing address is 222 Lakeview Ave, West Palm Beach Florida 33401.

This message is intended solely for the addressee and may contain confidential information. If you have received this message in error, please send it back to us, and immediately and permanently delete it. Do not use, copy or disclose the information contained in this message or in any attachment. Although LIV Golf Ltd has taken reasonable precautions to ensure no viruses are present in this email, LIV Golf Ltd cannot accept responsibility for any loss or damage sustained as a result of computer viruses and the recipient must ensure that the email (and attachments) are virus free. For information about how we process data and monitor communications please see our Privacy policy and for terms of use please see our Terms of Use policy.

**From:** Atul Khosla <▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Friday, July 1, 2022 7:24:04 PM
**To:** ▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮ Majed Al-Sorour <▮▮▮▮▮▮▮▮▮▮>; Greg Norman <▮▮▮▮▮▮▮▮▮>
**Subject:** ▮▮▮▮▮▮▮

Thank you,

AK

LIV000031158

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه: هذه الرسالة

ومرفقاتها معدة للاستخدام الرسمي للمقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محررة وقانونية إن لم

تكن الشخص المقصود، فإنه يمنع منعا باتا عرض أو نشر أو أي استخدام غير مصرح به للمحتوى وجرى إخطار المرسل عن

طريق الرد على البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تعد التصريحات والآراء المذكورة في الرسالة

خاصة بالمرسل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

LIV000031159