# EXHIBIT 16
# PUBLIC VERSION

# EXHIBIT 10

EXHIBIT FILED UNDER SEAL

| | |
|---|---|
| Date: | Sunday, October 24 2021 06:10 PM |
| Subject: | RE: ███████ |
| From: | Greg Norman |
| To: | Maria O'Connor <███████>; Jane MacNeille <███████>; ███████ |
| Attachments: | image022.jpg; image023.jpg; image024.gif; image025.gif; image026.gif; image027.png; image028.jpg; image029.jpg; image030.jpg; image031.gif; image032.gif; image033.gif; image034.png; image035.jpg; image036.jpg; image037.jpg; image038.gif; image039.gif; image040.gif; image041.png; image042.jpg; image043.jpg |



GREG NORMAN

Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information, is strictly prohibited. Performance54 Incorporated, 3411 Silverside Road, Tatnall Building #104, Wilmington, New Castle 19810.

**From:** Maria O'Connor <███████>
**Sent:** Sunday, October 24, 2021 1:57 PM
**To:** Meshari AlOtaibi <███████> Jane MacNeille <███████>; Scott Peddie <███████>
**Cc:** Greg Norman <███████>; Majed Al Sorour <███████>; Kevin Foster <███████>; Wedge Investments <███████>; Mohammed ALShiha <███████>; Alex Oberberg <███████>; Mohamed Ahmed <███████>; Sean Bratches <███████>
**Subject:** Re: ███████

Hi Meshari



Best wishes,
Maria



Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information, is strictly prohibited. Performance54 Ltd (09541377, UK), Quatro House, Lyon Way, Camberley, GU16 7ER.

**From:** Meshari AlOtaibi <█████████>
**Date:** Sunday, 24 October 2021 at 07:43
**To:** Maria O'Connor <█████████>, Jane MacNeille <█████████>, Scott Peddie <█████████>
**Cc:** Greg Norman <█████████>, Majed Al Sorour <█████████>, Kevin Foster <█████████>, Wedge Investments <█████████>, Mohammed ALShiha <█████████>, Alex Oberberg <█████████>, Mohamed Ahmed <█████████>
**Subject:** RE: █████████

Dears,

[image of redacted email content]

Best Regards,
Meshari Alotaibi

---

**From:** Maria O'Connor <​█​>
**Sent:** Saturday, October 23, 2021 1:52 AM
**To:** Kevin Foster <​█​>; Meshari AlOtaibi <█ Wedge Investments <​█​ █​>; Mohammed ALShiha <​█​>; Alex Oberberg <​█​>; Mohamed Ahmed <​█​>
**Cc:** Majed Al Sorour <​█​>; Jane MacNeille <​█​>; Scott Peddie <​█​>; Greg Norman <​█​>
**Subject:** Re: █

> **CAUTION:** This email originated from outside of (**PIF**). Do not click links, open attachments or reply, unless you
> To report a suspicious email, please forward it to (█).

Dear all,

[redacted content]

Many thanks,
Maria

CONFIDENTIAL
LIV000182059



**MARIA O'CONNOR**
SENIOR ACCOUNT DIRECTOR

M: +
W: Performance54.com

  

Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information, is strictly prohibited. Performance54 Ltd (09541377, UK), Quatro House, Lyon Way, Camberley, GU16 7ER.

**From:** Maria O'Connor < >
**Date:** Friday, 22 October 2021 at 12:20
**To:** Kevin Foster < >, Meshari AlOtaibi < >, Wedge Investments < >, Mohammed ALShiha < >, Alex Oberberg < >, Mohamed Ahmed < >
**Cc:** Majed Al Sorour < >, Jane MacNeille < >, Scott Peddie < >, Greg Norman < >
**Subject:**

Dear all,

Many thanks,
Maria



# MARIA O'CONNOR
**SENIOR ACCOUNT DIRECTOR**

M: ▮▮▮▮▮▮▮▮▮

W: Performance54.com

   

  

Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information, is strictly prohibited. Performance54 Ltd (09541377, UK), Quatro House, Lyon Way, Camberley, GU16 7ER.

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المرسل إليها فقط وقد تحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يمنع اتاباع اعراض أو نشر أو أي استخدام غير حصر به للمحتوى نرجو إخطار المرسل عن طريق الرد على هذا البريد الإلكتروني وإتلاف جميع النسخ الموجودة لديك تعد التصريحات والآراء المذكورة في الرسالة خاصة بالمرسل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

CONFIDENTIAL