# EXHIBIT 18
# PUBLIC VERSION

# EXHIBIT 13

## EXHIBIT FILED UNDER SEAL

**Date:** Friday, December 10 2021 04:52 PM
**Subject:** Fwd: ▮
**From:** Sean Bratches
**To:** Atul Khosla <▮>; Greg Norman <▮>;
**Attachments:** ▮

sb
Begin forwarded message:

> **From:** Sean Bratches <▮>
> **Date:** December 10, 2021 at 10:54:17 AM EST
> **To:** John Kawaja <▮>, Gary Davidson <▮>, Jed Moore <▮>, Richard Marsh <▮>
> **Subject:** ▮

sb
Begin forwarded message:

> **From:** Sean Bratches <▮>
> **Date:** December 10, 2021 at 10:38:28 AM EST
> **To:** ▮
> **Subject:** ▮

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                           LIV000180249

**From:** John Kawaja <█████████████████████>
**Date:** December 9, 2021 at 3:57:15 PM EST
**To:** ████████████████
**Cc:** Sean Bratches <█████████████████>, Jed Moore <████████████████████>
**Subject:** ████████████████████████████████

Hi Bud,

[redacted]

Best
John

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                                                                   LIV000180250