# EXHIBIT 20
# PUBLIC VERSION

# EXHIBIT 16

EXHIBIT FILED UNDER SEAL

Date: Tuesday, January 18 2022 01:35 PM
Subject: ████████████████
From: Jed Moore
To: Greg Norman <████████████████████
Attachments: ████████████████████████████████

As discussed...

All,

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY
LIV000016615





**JED MOORE**
CHIEF EXECUTIVE OFFICER

W: Performance54.com

Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information, is strictly prohibited. Performance54 Ltd (09541377, UK), Quatro House, Lyon Way, Camberley, GU16 7ER.

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                                                 LIV000016616