# EXHIBIT 22
# PUBLIC VERSION

# EXHIBIT 18

## EXHIBIT FILED UNDER SEAL

Date: Sunday, February 13 2022 07:00 PM
Subject: Re: [redacted]
From: Mohannad S. Alblehed <[redacted]>
To: Majed Al-Sorour <[redacted]>;
CC: Greg Norman <[redacted]>; Jacobo Solis <[redacted]>; Yasir AlRumayyan <[redacted]>;

[redacted]

Best regards,
Mohannad

---
Sent from Workspace ONE Boxer

On February 13, 2022 at 9:11:37 PM GMT+3, Majed Al-Sorour <[redacted]> wrote:

> **CAUTION:** This email originated from outside of **(PIF)**. Do not click links, open attachments or reply, unless [redacted] To report a suspicious email, please forward it to ( [redacted] ).

[redacted]

Get Outlook for iOS

From: Mohannad S. Alblehed <[redacted]>
Sent: Sunday, February 13, 2022 9:51:15 AM
To: Majed Al-Sorour <[redacted]>
Cc: Greg Norman <[redacted]>; Jacobo Solis <[redacted]>
Subject: Re: [redacted]

[redacted]

Best regards,
Mohannad

---
Sent from Workspace ONE Boxer

On February 13, 2022 at 7:49:19 PM GMT+3, Majed Al-Sorour <[redacted]> wrote:

> **CAUTION:** This email originated from outside of **(PIF)**. Do not click links, open attachments or reply, [redacted] To report a suspicious email, please forward it to ( [redacted] ).

[redacted]

Get Outlook for iOS

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

**From:** Richard Marsh <​>
**Sent:** Sunday, February 13, 2022 8:00:05 AM
**To:** Alex Sooch <​>; Anna Chaldysheva <Anna​>
**Cc:** Greg Norman <​>; Majed Al-Sorour <​>; Jed Moore <​>; Gary Davidson <​>; Atul Khosla <​>; Sean Bratches <​>; Wedge Investments <​>
**Subject:** Re:

Dear All,



Thanks,
Richard

Richard Marsh
Group Strategy Director
Performance54

Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information, is strictly prohibited.
Performance54 Ltd (09541377, UK), Quatro House, Lyon Way, Camberley, GU16 7ER

On 12 Feb 2022, at 13:27, Richard Marsh <​> wrote:

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                                                LIV000033154

Dear all,



Thanks,
R

Richard Marsh
Group Strategy Director
Performance54

Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information, is strictly prohibited. Performance54 Ltd (09541377, UK), Quatro House, Lyon Way, Camberley, GU16 7ER

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة للمحتوى وجرى إخطار المرسل إليه فقط و قد تحتوى على معلومات سرية أو محمية قانونيا إن لم تكن لك استخدام المرسل به بحرص غير مصرح أي استخدام أو نشر أو ضرع اتاب اعنم عنُمي هنإف ،دوصقملا صخشلا عن طريق الرد على هذا البريد الإلكتروني والتأف جميع النسخ الموجودة لديك تُعد التصريحات والآراء المذكورة في الرسالة خاصة بالمرسل ولا تمثل بالضرورة رأى صندوق الاستثمارات العامة

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المُرسَل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونيا. إن لم تكن الشخص المقصود، فإنه يُمنع اعناع اتاب ضرر وأ رشن وأ يأ استخدام غير مصرح به للمطالعة أو نجرو إخطار المُرسِل عن طريق الرد على هذا البريد الإلكتروني والتالف جميع النسخ الموجودة لديك. تُعد التصريحات والآراء المذكورة في الرسالة خاصة بالمُرسِل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

LIV000033156