# EXHIBIT 24
# PUBLIC VERSION

# EXHIBIT 22

## EXHIBIT FILED UNDER SEAL

Date: Monday, May 16 2022 10:02 AM
Subject: RE: ▮
From: Ghaliah AlShammari <▮>
To: Majed Al-Sorour <▮>; Jed Moore <▮>;
CC: Governor Office <▮>; Atul Khosla <▮>;
Attachments: image001.png

▮

From: Majed Al-Sorour <▮>
Sent: Monday, May 16, 2022 12:54 PM
To: Jed Moore <▮>; Ghaliah AlShammari <▮>
Cc: Governor Office <▮>; Atul Khosla <▮>
Subject: Re: ▮

**CAUTION:** This email originated from outside of (**PIF**). Do not click links, open attachments or reply, unless you
To report a suspicious email, please forward it to ( ▮ ).

▮

Get Outlook for iOS

From: Jed Moore <▮>
Sent: Monday, May 16, 2022 10:39:55 AM
To: Ghaliah AlShammari <▮>
Cc: Majed Al-Sorour <▮>; Governor Office <▮>; Atul Khosla <▮>
Subject: Re: ▮

Understood

Sent from my iPhone

On May 16, 2022, at 10:18, Ghaliah AlShammari <▮> wrote:

▮

From: Jed Moore <▮>
Sent: Monday, May 16, 2022 11:54 AM
To: Ghaliah AlShammari <▮>
Cc: Majed Al-Sorour <▮>; Governor Office <▮>; Atul Khosla <

**Subject:** Re

Sent from my iPhone

On May 16, 2022, at 09:50, Ghaliah AlShammari <​> wrote:

Thank you Jed,

Best
ghaliah

**From:** Jed Moore <​>
**Sent:** Monday, May 16, 2022 11:26 AM
**To:** Ghaliah AlShammari <​>
**Cc:** Majed Al-Sorour <​>; Governor Office <​>; Atul Khosla <​>
**Subject:** Re:

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                    LIV000012599



Many thanks
Jed
Sent from my iPhone

On May 16, 2022, at 08:44, Ghaliah AlShammari <█████████> wrote:



Ghaliah Al-Shammari
Public Investment Fund
T: ███████ | M: ███████
E: ███████

**From:** Majed Al-Sorour <███████>
**Sent:** Sunday, May 15, 2022 4:56 PM
**To:** Governor Office <███████>
**Cc:** Atul Khosla <███████>; Jed Moore <███████>; Ghaliah AlShammari <███████>
**Subject:** Re: ███████

**CAUTION:** This email originated from outside of (**PIF**). Do not click links, open attachments

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY
LIV000012600

To report a suspicious email, please forward it to ( ▬ ).

Get Outlook for iOS

**From:** Governor Office < ▬ >
**Sent:** Sunday, May 15, 2022 5:02:31 PM
**To:** Majed Al-Sorour < ▬ >
**Cc:** Atul Khosla < ▬ >; Jed Moore < ▬ >; Ghaliah AlShammari < ▬ >
**Subject:** RE: ▬

Dear Majed,

Governor Office
Public Investment Fund
**From:** Majed Al-Sorour < ▬ >
**Sent:** Thursday, May 12, 2022 4:57 AM
**To:** Jed Moore < ▬ >; Governor Office < ▬ >
**Cc:** Atul Khosla < ▬ >
**Subject:** Re: ▬

**CAUTION:** This email originated from outside of (**PIF**). Do not click links, open attachments To report a suspicious email, please forward it to ( ▬ ).

Dear all

Get Outlook for iOS

**From:** Jed Moore < ▬ >
**Sent:** Thursday, May 12, 2022 03:44
**To:** Majed Al-Sorour < ▬ >
**Cc:** Atul Khosla < ▬ >
**Subject:** ▬

Sent from my iPhone

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المُرسَل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يُمنع عنك اتخاذ أي ضرر أو نشر أو أي استخدام غير مصرح به للمحتوى ونرجو إخطار المُرسِل عن طريق الرد على البريد الإلكتروني واتلاف جميع النسخ الموجودة لديك تُعد التصريحات والآراء المذكورة في الرسالة خاصة بالمُرسِل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المُرسَل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يُمنع عنك اتخاذ أي ضرر أو نشر أو أي استخدام غير مصرح به للمحتوى ونرجو إخطار المُرسِل عن طريق الرد على البريد الإلكتروني واتلاف جميع النسخ الموجودة لديك تُعد التصريحات والآراء المذكورة في الرسالة خاصة بالمُرسِل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المُرسَل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يُمنع عنك اتخاذ أي ضرر أو نشر أو أي استخدام غير مصرح به للمحتوى ونرجو إخطار المُرسِل عن طريق الرد على البريد الإلكتروني واتلاف جميع النسخ الموجودة لديك تُعد التصريحات والآراء المذكورة في الرسالة خاصة بالمُرسِل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام المُرسَل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونيا إن لم تكن الشخص المقصود، فإنه يُمنع عنك اتخاذ أي ضرر أو نشر أو أي استخدام غير مصرح به للمحتوى ونرجو إخطار المُرسِل عن طريق الرد على البريد الإلكتروني واتلاف جميع النسخ الموجودة لديك

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY

الاستثمارات العامة

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها معدة لاستخدام الشخص المُرسَل إليه المقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونياً. إن لم تكن الشخص المقصود، فإنه يُمنع اعناتاً عرض أو نشر أو أي استخدام للمحتوى به مصرح غير مصرح به ويرجى إخطار المُرسِل عن طريق الرد على هذا البريد الإلكتروني والتلف جميع النسخ الموجودة لديك. التصريحات والآراء المذكورة في الرسالة خاصة بالمُرسِل ولا تمثل بالضرورة رأي صندوق الاستثمارات العامة

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY