# EXHIBIT 27
# PUBLIC VERSION

# EXHIBIT 30

## EXHIBIT FILED UNDER SEAL

| | |
|---|---|
| Date: | Friday, July 22 2022 07:11 PM |
| Subject: | Re: Weekly Report |
| From: | Atul Khosla |
| To: | Kevin Foster <███████>; |
| Attachments: | image714244.png; image398348.png; image714244.png; image398348.png |

███████

AK

On Jul 22, 2022, at 3:10 PM, Kevin Foster <███████> wrote:

███████

---
Sent from Workspace ONE Boxer

On July 22, 2022 at 3:02:09 PM EDT, Atul Khosla <███████> wrote:

**CAUTION:** This email originated from outside of (**PIF**). Do not click links, open attachments or reply, unless To report a suspicious email, please forward it to (███████).

Fyi…

--

Atul Khosla
President and Chief Operating Officer

LIV Golf

███████



LIV Golf Incorporated is a corporation registered in Delaware with file number 6019012. Our mailing address is 222 Lakeview Ave, West Palm Beach Florida 33401.

This message is intended solely for the addressee and may contain confidential information. If you have received this message in error, please send it back to us, and immediately and permanently delete it. Do not use, copy or disclose the information contained in this message or in any attachment. Although LIV Golf Ltd has taken reasonable precautions to ensure no viruses are present in this email, LIV Golf Ltd cannot accept responsibility for any loss or damage sustained as a result of computer viruses and the recipient must ensure that the email (and attachments) are virus free. For information about how we process data and monitor communications please see our Privacy policy and for terms of use please see our Terms of Use policy.

**From:** MacLaren Cummings <███████>
**Date:** Friday, July 22, 2022 at 2:57 PM
**To:** Majed Al Sorour <███████>
**Cc:** Greg Norman <███████> Jonathan Grella <███████>, Kerry

Taylor <​███████████████████████>, Atul Khosla <​███████████████████>, Jed Moore <​███████████████████>

**Subject:** Weekly Report

Hi All-



--
**Mac Cummings**
Co-Founder and CEO
Terakeet
www.terakeet.com



*This e-mail and any files or attachments transmitted with it are intended only for the addressees named herein and may contain confidential and/or privileged material. Any review, retransmission, copying or other use of this email, any attachments and/or any information contained therein by persons other than the intended recipient is strictly prohibited. If you received this e-mail in error, please delete it and notify the sender immediately.*

<LG Weekly Reporting 7.21.22.pdf>

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه: إن هذه الرسالة ومرفقاتها معدة لاستخدام الشخص المرسلة إليه بالمقصود فقط و قد تحتوي على معلومات سرية أو محمية إنها كانت لم تكن الشخص المقصود، فإنه يُمنع اعناء اباتا اي ضرر أو نشر أو استخدام غير مصرح به للمحتوى ونرجو إخطار المُرسِل عن طريق الرد على البريد الإلكتروني والتالف جميع النسخ الموجودة تُعد للتصريحات والآراء المذكورة في الرسالة خاصة بالمُرسِل و لا تمثل بالضرورة رأي صندوق الاستثمارات العامة