# EXHIBIT 28
# PUBLIC VERSION

# EXHIBIT 31

## EXHIBIT FILED UNDER SEAL

**Date:** Wednesday, August 3 2022 04:20 PM
**Subject:** FW: Meet with ▮
**From:** Amy Hughes
**To:** ▮ Kevin Foster <▮>;
**CC:** Kerry Taylor <▮>; Laura Padgett <▮>; Jonathan Grella <▮>

Hi Kevin, are you able to make any of these times?

- Wed 10th : 8am ET (1pm UK)
- Thur 11th : 8am ET (1pm UK)
- Fri 12th : 8am or 9am ET (1pm or 2pm UK)

**From:** Amy Hughes
**Sent:** 02 August 2022 14:13
**To:** Atul Khosla <▮>; Kerry Taylor <▮>
**Cc:** Laura Padgett <▮>; Kevin Foster <▮>; Jonathan Grella <▮>
**Subject:** RE: Meet with ▮

These times look clear in everyone's diaries…

Kevin, let me know if any work for you and I will put forward to Terakeet…

Friday 5th : 9am ET (2pm UK)
Wed 10th : 8am ET (1pm UK)
Thur 11th : 8am ET (1pm UK)

Thanks,
Amy

**From:** Atul Khosla <▮>
**Sent:** 01 August 2022 20:22
**To:** Kerry Taylor <▮>
**Cc:** Amy Hughes <▮>; Laura Padgett <▮> Kevin Foster <▮> Jonathan Grella <▮>
**Subject:** Re: Meet with ▮

Imp for all of us to be there.

AK

On Aug 1, 2022, at 3:20 PM, Kerry Taylor <▮> wrote:

Amy and Laura

▮

Thanks
Kerry

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                                                                                                LIV000032673