# EXHIBIT 29
# PUBLIC VERSION

# EXHIBIT 32

## EXHIBIT FILED UNDER SEAL

Date: Monday, August 1 2022 07:22 PM
Subject: Re: ███
From: Kerry Taylor
To: Atul Khosla <████████████>
CC: Jonathan Grella <██████████████>

███████████████████████████████
███████████████████████████████
███████████████████████████████

From: Kerry Taylor <████████████>
Date: Saturday, 30 July 2022 at 10:54
To: Atul Khosla <████████████>
Cc: Jonathan Grella <██████████████>
Subject: Re: ████
████

Will speak to kevin

From: Atul Khosla <████████████>
Date: Saturday, 30 July 2022 at 08:09
To: Kerry Taylor <████████████>
Cc: Jonathan Grella <██████████████>
Subject: Re: ████

███████████████████████████████
███████████████████████████████
███████████████████████████████

AK

On Jul 30, 2022, at 8:06 AM, Kerry Taylor <████████████> wrote:

AK
███████████████████████████████
███████████████████████████████
███████████████████████████████

Kerry

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY
LIV000032654