# EXHIBIT 30
# PUBLIC VERSION

# EXHIBIT 33

## EXHIBIT FILED UNDER SEAL

**Date:** Wednesday, July 13 2022 04:25 PM
**Subject:** RE
**From:** Monica Fee
**To:** Barnes Hampel < >; Kerri Edwards < >;

**From:** Barnes Hampel < >
**Sent:** Wednesday, July 13, 2022 12:03 PM
**To:** Kerri Edwards < >
**Cc:** Monica Fee < >
**Subject:** FW:

**From:** Barnes Hampel
**Sent:** 21 June 2022 10:01
**To:** Atul Khosla < >
**Cc:** Monica Fee < >
**Subject:**

AK,

Thanks and let me know any questions,
Barnes

**Barnaby Hampel**
**LIV Golf Investments**
VP, Business Development

M: ███████████
E: ███████████████

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY                                    LIV000029463