# EXHIBIT 32
# PUBLIC VERSION

# EXHIBIT 35

EXHIBIT FILED UNDER SEAL

**Date:** Saturday, July 16 2022 10:55 AM
**Subject:** Re: LIV Overview
**From:** Atul Khosla
**To:** Majed Al-Sorour <​███​>;
**CC:** Greg Norman <​███​>;

███

AK

On Jul 16, 2022, at 2:03 AM, Majed Al-Sorour <​███​> wrote:

███

Get Outlook for iOS

---

**From:** Atul Khosla <atul.███>
**Sent:** Saturday, July 16, 2022 4:41:44 AM
**To:** Majed Al-Sorour <​███​>
**Cc:** Greg Norman <​███​>
**Subject:** Re: LIV Overview

███

AK

On Jul 15, 2022, at 7:35 PM, Majed Al-Sorour <​███​> wrote:

███

Get Outlook for iOS

---

**From:** Atul Khosla <atul.███>
**Sent:** Friday, July 15, 2022 9:33:32 PM
**To:** Greg Norman <g​███​>; Majed Al-Sorour <​███​>
**Subject:** FW: LIV Overview

███

**From:** Wendi Fang <​███​>
**Date:** Friday, July 15, 2022 at 8:53 AM
**To:** Atul Khosla <​███​>, Michaela Ondriasova <​███​>, Rowan Brown <​███​>

**Subject:** RE: LIV Overview

Hi Atul,



Best,

Wendi

CONFIDENTIAL LIV000033347