# EXHIBIT 33
# PUBLIC VERSION

# EXHIBIT 36

## EXHIBIT FILED UNDER SEAL

Date: Sunday, February 13 2022 04:49 PM
Subject: Re: [redacted]
From: Majed Al-Sorour
To: Richard Marsh <[redacted]>; Alex Sooch <[redacted]>; Anna Chaldysheva <[redacted]>;
CC: Greg Norman <[redacted]>; Jed Moore <[redacted]>; Gary Davidson <[redacted]>; Atul Khosla <[redacted]>; Sean Bratches <[redacted]>; Wedge Investments <[redacted]>;

[redacted]

Get Outlook for iOS

From: Richard Marsh <[redacted]>
Sent: Sunday, February 13, 2022 8:00:05 AM
To: Alex Sooch <[redacted]>; Anna Chaldysheva <[redacted]>
Cc: Greg Norman <[redacted]>; Majed Al-Sorour <[redacted]>; Jed Moore <[redacted]>; Gary Davidson <[redacted]>; Atul Khosla <atul.khos[redacted]>; Sean Bratches <[redacted]>; Wedge Investments <[redacted]>
Subject: Re: [redacted]

Dear All,

[redacted]

Thanks,
Richard

CONFIDENTIAL
LIV000181793

Richard Marsh
Group Strategy Director
Performance54

Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information, is strictly prohibited. Performance54 Ltd (09541377, UK), Quatro House, Lyon Way, Camberley, GU16 7ER

On 12 Feb 2022, at 13:27, Richard Marsh <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

Dear all,



Thanks,
R

Richard Marsh
Group Strategy Director
Performance54

Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information, is strictly prohibited. Performance54 Ltd (09541377, UK), Quatro House, Lyon Way, Camberley, GU16 7ER

CONFIDENTIAL