QUINN EMANUEL URQUHART & SULLIVAN LLP
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

JOHN F. BASH (*pro hac vice*)
johnbash@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701-3901
Telephone: (737) 667 6100

ROBERT P. FELDMAN, SBN 69602
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone:  650.801.5000
Facsimile:   650.801.5100

RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

SCOTT K. HVIDT, *pro hac vice*
shvidt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: 214.698.3100

*Attorneys for Plaintiff LIV Golf, Inc.,*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LIV GOLF INC., <br><br> Plaintiffs, <br><br> v. <br><br> PGA TOUR, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> v. <br><br> LIV GOLF INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN <br><br> Counter-Defendants. | CASE NO. 5:22-cv-04486-BLF <br><br> **PLAINTIFF LIV GOLF, INC.'S NOTICE OF LODGING EXHIBITS** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to the Order Granting LIV Golf, Inc.'s Renewed Administrative Motion to Seal; Requiring Filing of Certain Documents addressed in ECF No. 501 (Dkt. No. 506), Plaintiff LIV Golf, Inc. hereby lodges the following exhibits addressed in the Court's Order Granting in Part and Denying in Part The New York Times Co.'s Motion to Unseal (Dkt. No. 501, the "Order). The following chart summarizes the exhibits at issue.

| No. | Document | Court Order | Resolution |
|---|---|---|---|
| 1 | Ex. 19 to Declaration of Brook Dooley in Support of PGA Tour's Motion to Compel PIF & HE's Compliance with Subpoena | Order Row 9 | Document has been unsealed |
| 2 | Ex. 34 to Declaration of Brook Dooley in Support of PGA Tour's Motion to Compel PIF & HE's Compliance with Subpoena | Order Row 10 | Document has been unsealed |
| 3 | Declaration of Tim Taylor in Support of PIF & HE's Motion to Quash and Opposition to PGA Tour's Motion to Compel Compliance with Subpoena | Order Row 14 | Document has been unsealed |
| 4 | Ex. 5 to Declaration of Sophie Hood in Support of PGA Tour's Reply re Motion to Compel and Opposition to Motion to Quash | Order Row 20 | Document lodged with redacted emailed addresses and PII |
| 5 | Ex. 7 to Declaration of Sophie Hood in Support of PGA Tour's Reply re Motion to Compel and Opposition to Motion to Quash | Order Row 22 | Document has been unsealed |
| 6 | Ex. 12 to Declaration of Sophie Hood in Support of PGA Tour's Reply re Motion to Compel and Opposition to Motion to Quash | Order Row 27 | Document lodged with redacted emailed addresses and PII |
| 7 | Ex. 14 to Declaration of Sophie Hood in Support of PGA Tour's | Order Row 29 | Document lodged with redacted emailed |

1

|  |  | Reply re Motion to Compel and Opposition to Motion to Quash |  | addresses and PII |
|---|---|---|---|---|
| 8 |  | Ex. 24 to Declaration of Sophie Hood in Support of PGA Tour's Reply re Motion to Compel and Opposition to Motion to Quash | Order Row 39 | Document has been unsealed |
| 9 |  | Ex. 27 to Declaration of Sophie Hood in Support of PGA Tour's Reply re Motion to Compel and Opposition to Motion to Quash | Order Row 42 | Document lodged with redacted emailed addresses and PII |
| 10 |  | Ex. 28 to Declaration of Sophie Hood in Support of PGA Tour's Reply re Motion to Compel and Opposition to Motion to Quash | Order Row 43 | Document lodged with redacted emailed addresses and PII |

DATED:  November 15, 2023

Respectfully submitted,

*/s/ John Bash*
JOHN B. QUINN, SBN 90378
  johnquinn@quinnemanuel.com
DOMINIC SURPRENANT, SBN 165861
  dominicsurprenant@quinnemmanuel.com
KEVIN TERUYA, SBN 235916
  kevinteruya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000

JOHN F. BASH, *pro hac vice*
 johnbash@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701-3901
Telephone: (737) 667 6100

1
2   ROBERT P. FELDMAN, SBN 69602
       bobfeldman@quinnemanuel.com
3   QUINN EMANUEL URQUHART &
    SULLIVAN LLP
4   555 Twin Dolphin Dr., 5th Floor
    Redwood Shores, California 94065
5   Telephone:  650.801.5000
    Facsimile:    650.801.5100
6
7   RACHEL S. BRASS, SBN 219301
       rbrass@gibsondunn.com
8   LAUREN D. DANSEY, SBN 311886
       ldansey@gibsondunn.com
9   GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
10  San Francisco, California 94105-0921
    Telephone: 415.393.8200
11  Facsimile:   415.393.8306

12  SCOTT K. HVIDT, *pro hac vice*
       shvidt@gibsondunn.com
13  GIBSON, DUNN & CRUTCHER LLP
    2001 Ross Avenue, Suite 2100
14  Dallas, Texas 75201-2911
    Telephone: 214.698.3100
15
16  JOSHUA LIPTON, *pro hac vice*
       jlipton@gibsondunn.com
17  KRISTEN C. LIMARZI, *pro hac vice*
       klimarzi@gibsondunn.com
18  GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
19  Washington, DC  20036-5306
    Telephone:     202.955.8500
20
    *Attorneys for Plaintiff LIV Golf, Inc.,*
21
22
23
24
25
26
27
28
    3