# EXHIBIT 1

# EXHIBIT 19

## EXHIBIT FILED UNDER SEAL



HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY