# EXHIBIT 2

# EXHIBIT 34

## EXHIBIT FILED UNDER SEAL

Date: Tuesday, September 14 2021 06:24 PM
Subject: RE: Greg Norman – Invite | Aramco Team Series – New York 2021
From: Chris Campbell <chris.campbell@gregnorman.com>
To: Anna Silverman <anna.silverman@gregnorman.com>; Greg Norman <Greg.Norman@performance54.com>; Chris Dillavou <Chris.Dillavou@gregnorman.com>;
Attachments: image001.png; image002.png; image003.png

Anna,

I received an invite as well. If you're responding on behalf of the group, please accept for me.

Thanks,

Chris

**Chris Campbell**
**Senior Vice President**
Greg Norman Golf Course Design
19940 Mona Road, Suite 3
Jupiter, Florida 33469
+1 561.640.7000 (w)
+1 561.234.9237 (c)
chris.campbell@gregnorman.com
www.gngcd.com

*The information contained in this email is confidential. If you are not the intended recipient, you may not disclose or use the information in this email in any way. Greg Norman Company does not guarantee the integrity of any emails or attached files. The views or opinions expressed are the author's own and may not reflect the views or opinions of the Greg Norman Company.*

From: Anna Silverman <Anna.Silverman@gregnorman.com>
Sent: Tuesday, September 14, 2021 2:14 PM
To: Greg Norman <Greg.Norman@performance54.com>; Chris Campbell <chris.campbell@gregnorman.com>; Chris Dillavou <Chris.Dillavou@gregnorman.com>
Subject: FW: Greg Norman – Invite | Aramco Team Series – New York 2021

Hi Team,

Received the attached invitations for the ARAMCO event in New York in October (GN, Kiki is also invited). I know Greg will be in attendance, please let me know if you plan to attend as well.

Thanks,
Anna

From: Aramco Team Series <guest@aramcoteamseries.com>

Sent: Tuesday, September 14, 2021 1:15 PM
To: Anna Silverman <Anna.Silverman@gregnorman.com>
Subject: Greg Norman – Invite | Aramco Team Series – New York 2021



## VIP GUEST OF GOLF SAUDI

Together with Majed Al-Sorour, CEO of the Saudi Golf Federation and Golf Saudi, we would be delighted if you would join us for a VIP experience at the third round of the Aramco Team Series.

Kind regards

His Excellency Yasir Al-Rumayyan

*Chairman, Saudi Golf Federation and Golf Saudi*

VIEW YOUR INVITATION



Any queries relating to your attendance, please contact: guest@aramcoteamseries.com

View email in browser

© 2021 ARAMCO TEAM SERIES. All rights reserved.
Golf Saudi, Diplomatic Quarter, Al Fazari Plaza, Building No. 64, Office C-12, Kingdom of Saudi Arabia



The Aramco Team Series is the first team event series of its kind on any professional tour. Taking place across three continents, the tournaments will see the world's best players team up with an amateur golfers to compete for a $1m prize fund. Using a unique draft system, team captains will pick one pro teammate, before being allocated a third via a random draw. Completing each team will be one amateur golfer. As well as competing for the team trophy, the professionals will also vie for an individual title, offering world and Solheim Cup ranking points.

