# EXHIBIT 5

# EXHIBIT 7

## EXHIBIT FILED UNDER SEAL

# LIV GOLF-PIF OPERATING MODEL

| | AUDIENCE | PURPOSE | CONTENT |
|---|---|---|---|
| **WEEKLY PIF MEETING** | HE, Greg Norman, Majed Al-Sorour, Atul Khosla | • Brief the team on week-to-week progress and priorities | • 2-3 high level bullet points for each dept<br>• Player field<br>• HE Tracker |
| **MONTHLY PIF MEETING** | PIF board, Greg Norman, Majed Al-Sorour, Atul Khosla | • Use dept specific KPIs to measure progress against 2022 goals<br>• Deep dive into areas in which PIF/HE have inquired | • KPI measures<br>• Summary update statement<br>• Overall rating against 2022 goals (green, yellow, red) |
| **QUARTERLY REPORT** | PIF board | • Provide a comprehensive update on business performance | • Executive summary, including departmental progress<br>• Updates on org buildout, event schedules, player contracts, and commercial strategy update<br>• Financial performance against budget |
| **LIV GOLF BOARD MEETINGS** *(four per year)* | LIV Golf Board Members, presenters and observers | • Present decisions for board approval according to the Decision of Authority matrix | • Varies based on business requirements and their related decision of authority |
| **HE/PIF WORKSHOP** *(once per year)* | HE, Greg Norman, Majed Al-Sorour, Atul Khosla | • Strategic planning | • Departmental business plans |

LIV GOLF

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY    LIV000029332