# EXHIBIT 9

# DOCUMENT 45
# PUBLIC VERSION

# EXHIBIT 27

EXHIBIT FILED UNDER SEAL

**Date:** Monday, September 6 2021 03:34 PM
**Subject:** RE: Saudi International / Asian Tour announcement
**From:** Scott Peddie
**To:** Maria O'Connor <>; Padraic Riley <>; Mike Oliver <>; Kevin Foster <>; Majed Al Sorour <>; Jed Moore <>; Greg Norman <>; Stephen Cohen <>; Michael Osborne <>; Luke Devlin <>;
**CC:** Jane MacNeille <>; Gary Davidson <>;
**Attachments:** image001.png; Asian Tour Saudi International powered by Softbank Investment Advisors Official Announcement.docx

Hi Maria,

Attached is the latest version, following Kevin's amends.

Thanks,
Scott

 

**SCOTT PEDDIE**
EXECUTIVE DIRECTOR
M:
T:

---

**From:** Maria O'Connor <>
**Sent:** 06 September 2021 16:29
**To:** Padraic Riley <>; Mike Oliver <>; Kevin Foster <>; Majed Al Sorour <>; Jed Moore <>; Scott Peddie <>; Greg Norman <>; Stephen Cohen <>; Michael Osborne <>; Luke Devlin <>
**Cc:** Jane MacNeille <>; Gary Davidson <>
**Subject:** Re: Saudi International / Asian Tour announcement

Hi all,

Please find attached the press release with suggested edits from Teneo.

Scott, is there an update on the letter?

Many thanks,
Maria

---

**From:** Padraic Riley <>
**Date:** Monday, 6 September 2021 at 15:01



**To:** Mike Oliver <​>, Maria O'Connor <​>, Kevin Foster <​>, Majed Al Sorour <​>, Jed Moore <​>, Scott Peddie <​>, Greg Norman <​>, Stephen Cohen <​>, Michael Osborne <​>, Luke Devlin <​>
**Cc:** Jane MacNeille <​>, Gary Davidson <​>
**Subject:** Re: Saudi International / Asian Tour announcement

This all looks good. The Teneo team is in agreement with overall plan. Makes sense to get letter out quickly, and then follow on with press release. Puts things in a great context and adds to the "watch this space" feeling.

Maria - can I call you to check on some suggested copy edits on the release?

pdriley

Get Outlook for iOS

---



**From:** Mike Oliver <​>
**Sent:** Monday, September 6, 2021 9:16:41 AM
**To:** Maria O'Connor <​>; Kevin Foster <​>; Majed Al Sorour <​>; Jed Moore <​>; Scott Peddie <​>; Greg Norman <​>; Stephen Cohen <​>; Padraic Riley <​>
**Cc:** Jane MacNeille <​>; Gary Davidson <​>
**Subject:** RE: Saudi International / Asian Tour announcement

My view would be an immediate player letter (today/tomorrow) followed by a press release at a later date. Conscious of the timing as the week drags on.

Understand the letter may leak but we need to give clarity to players with the season now finished.




**Mike Oliver**
Events Director

📞 +
✉
🌐 golfsaudi.com

---

**From:** Maria O'Connor <​>
**Sent:** Monday, September 6, 2021 12:57 PM
**To:** Kevin Foster <​>; Majed Al Sorour <​>; Jed Moore <​>; Scott Peddie <​>; Greg Norman <​>; Stephen Cohen <​>; Padraic Riley <​>





**Cc:** Jane MacNeille <■■■>; Gary Davidson <■■■>; Mike Oliver <■■■>
**Subject:** Re: Saudi International / Asian Tour announcement

Thanks, Kevin – that certainly needs to be considered with our timings.

Stephen, Pat – please could you let us know your recommendations with regards to the letter and press release? (Drafts of both attached)

Many thanks,
Maria

**From:** Kevin Foster <■■■>
**Date:** Monday, 6 September 2021 at 11:51
**To:** Majed Al Sorour <■■■>, Jed Moore <■■■>, Scott Peddie <■■■>, Greg Norman <■■■>, Stephen Cohen <■■■>, Padraic Riley <■■■>
**Cc:** Jane MacNeille <■■■>, Maria O'Connor <■■■>, Gary Davidson <■■■>, Mike Oliver <■■■>
**Subject:** RE: Saudi International / Asian Tour announcement



Also, just thinking through all potential issues, there is also the risk of the European Tour (in conjunction or not with Monahan) trying to own the messaging in the press once the letter hits to something along the lines of "it was the European tour's decision to no longer sanction the Saudi International." Another reason to time the letter so it hits right before the press release to best control the narrative.

**From:** Kevin Foster
**Sent:** Monday, September 6, 2021 1:46 PM
**To:** 'Majed Al Sorour' <■■■>; Jed Moore <■■■>; Scott Peddie <■■■>; Greg Norman <■■■>; Stephen Cohen <■■■>; Padraic Riley <■■■>
**Cc:** Jane MacNeille <■■■>; Maria O'Connor <■■■>; Gary Davidson <■■■>; Mike Oliver <■■■>
**Subject:** RE: Saudi International / Asian Tour announcement



Some suggested minor edits to the attached from my end. I think the letter reads well and tells the right story.

Perhaps stating the obvious here, but the letter will most assuredly leak shortly after it's sent, so ideally the press release is ready to go out very shortly thereafter so that our messaging is fully out there.

Kevin

**From:** Majed Al Sorour <■■■>
**Sent:** Monday, September 6, 2021 1:41 PM
**To:** Jed Moore <■■■>; Scott Peddie <■■■>; Greg Norman <■■■>; Kevin Foster <■■■>; Stephen Cohen <■■■>; Padraic Riley <■■■>
**Cc:** Jane MacNeille <■■■>; Maria O'Connor <■■■>; Gary Davidson <■■■>; Mike Oliver <■■■>
**Subject:** Re: Saudi International / Asian Tour announcement



**CAUTION:** This email originated from outside of (**PIF**). Do not click links, open attachments or reply, unless you ▓▓
To report a suspicious email, please forward it to (▓▓▓▓▓▓).

We send to the players but no official announcement please

Get Outlook for iOS

---

**From:** Jed Moore <▓▓▓▓▓▓>
**Sent:** Monday, September 6, 2021 11:26:11 AM
**To:** Scott Peddie <▓▓▓▓▓▓>; Greg Norman <▓▓▓▓▓▓>; Kevin Foster <▓▓▓▓▓▓>; Majed Al Sorour <▓▓▓▓▓▓>; Stephen Cohen <▓▓▓▓▓▓>; Padraic Riley <▓▓▓▓▓▓>
**Cc:** Jane MacNeille <▓▓▓▓▓▓>; Maria O'Connor <▓▓▓▓▓▓>; Gary Davidson <▓▓▓▓▓▓>; Mike Oliver <▓▓▓▓▓▓>
**Subject:** RE: Saudi International / Asian Tour announcement

Following on from the below trail and in the interest of keeping everyone up to speed, attached is the letter that is planned to be sent to players and agents to allow us to finalise the sanctioning status and conclude contracts etc.

Appreciate any red flags or concerns being raised - as this is planned for relatively immediate distribution.

Kindest Regards,
Jed

-----Original Message-----
**From:** Scott Peddie <▓▓▓▓▓▓>
**Sent:** 02 September 2021 15:19
**To:** Jed Moore <▓▓▓▓▓▓>; Greg Norman <▓▓▓▓▓▓>; Kevin Foster <▓▓▓▓▓▓>; Majed Al Sorour <▓▓▓▓▓▓>; Stephen Cohen <▓▓▓▓▓▓>; Padraic Riley <▓▓▓▓▓▓>
**Cc:** Jane MacNeille <▓▓▓▓▓▓>; Maria O'Connor <▓▓▓▓▓▓>; Gary Davidson <▓▓▓▓▓▓>; Mike Oliver <▓▓▓▓▓▓>
**Subject:** RE: Saudi International / Asian Tour announcement

Good afternoon all,

In response to Jed's note, please find attached the latest version of our SI press release which is currently in circulation with Asian Tour ahead of distribution.

All things being well, we will look to issue this tomorrow morning.

Please do let us know if there are any comments.

Regards,
Scott

SCOTT PEDDIE
EXECUTIVE DIRECTOR
M: ▓▓▓▓▓▓
T: ▓▓▓▓▓▓

CONFIDENTIAL                                                                                              LIV000017528

-----Original Message-----
From: Jed Moore <​>
Sent: 02 September 2021 14:46
To: Greg Norman <​>; Kevin Foster <​>; Majed Al Sorour <​>; Stephen Cohen <​>; Padraic Riley <​>
Cc: Jane MacNeille <​>; Maria O'Connor <​>; Scott Peddie <​>; Gary Davidson <​>; Mike Oliver <​>
Subject: Saudi International / Asian Tour announcement

Dear all,

As an FYI there is plans to announce the Saudi International as an Asian Tour sanctioned event (not part of the Premier Series) - at $5m / 10 year partnership - aiming for tomorrow.

No players will be announced.

It is designed to assist in finalizing contracts / player releases.

Appreciate if there are any comments / concerns.

Best
Jed

Sent from my iPhone

Disclaimer Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. If you are not the intended recipient, you are notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. Please notify the sender by replying to this email and destroy all copies of the original message. Statements and opinions expressed in this Email are those of the sender, and do not necessarily reflect those of the Public Investment Fund (PIF). تنبيه بإخلاء المسؤولية: هذه الرسالة ومرفقاتها خاصة بالمرسل اليه والمقصود بالرسالة فقط و قد تحتوي على معلومات سرية أو محمية قانونياً إن لم تكن الشخص المقصود، فإنه يمنع عنا باتا أو ضرر أو نشر أو أي استخدام غير مصرح به للمحتوى نرجو إخطار المرسل عن طريق الرد على هذا البريد إلى الإلكتروني وإتلاف جميع النسخ الموجودة لذلك تعد التصريحات والآراء المذكورة في الرسالة خاصة بالمرسل ولا تمثل بالضرورة أي وجهة نظر من صندوق الاستثمارات العامة

This communication is confidential and may contain privileged information, or may otherwise be protected from disclosure. Any unauthorized disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. If you are not the intended recipient, please notify the sender that you have received this communication in error and delete and destroy all copies in your possession. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system or as a waiver of confidentiality or privilege. No responsibility or liability is accepted by Teneo for any loss or damage arising in any way from the use of this communication. No representation is being made that the information presented is accurate, current or complete, and such information is at all times subject to change without notice. E-mail messages are not guaranteed to be secure.

Teneo does not provide tax, accounting or legal advice. This e-mail and any attachments are not intended or written to be used, and cannot be used or relied upon, by any taxpayer for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Each person should seek advice based on its particular circumstances from independent legal, accounting and tax advisors regarding the matters discussed in this communication.

This communication is for informational purposes only. Nothing herein should be construed as an attempt to effect any transaction in, or induce or attempt to induce the sale of, any security. Any such offer or solicitation may only be made by means of delivery of an offering memorandum and would be subject to applicable disclosure, documentation, registration and investor qualification requirements. Investment banking services are conducted by Teneo Capital LLC, including transactions by its subsidiary Teneo Securities LLC, a member of FINRA and SIPC. To view our privacy policy, click here.