# EXHIBIT 10

# DOCUMENT 46
# PUBLIC VERSION

# EXHIBIT 28

EXHIBIT FILED UNDER SEAL

| | |
|---|---|
| **Date:** | Friday, November 5 2021 10:42 PM |
| **Subject:** | RE: Project Wedge Social Media Monitoring 5 November 21 |
| **From:** | Padraic Riley < > |
| **To:** | Luke Devlin < >; Greg Norman < >; Jed Moore < >; Gary Davidson < >; Scott Peddie < >; Maria O'Connor < >; Jane MacNeille < >; Meshari AlOtaibi < >; Kevin Foster < >; Mohammed ALShiha < >; Alex Oberberg < >; Jacobo Solis < >; Marwan Bakrali < >; Rupert Trefgarne < >; Richard Marsh < >; |
| **CC:** | Michael Osborne < >; |
| **Attachments:** | Project Wedge Social Monitoring 11 5 pm.pdf |

Please see attached the afternoon social media report. We would note a bit of an increase in negative sentiment, but it remains at a low comparative level.

We will keep an eye on things over the weekend as today's announcements gain traction.

Teneo

This communication is confidential and may contain privileged information, or may otherwise be protected from disclosure. Any unauthorized disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. If you are not the intended recipient, please notify the sender that you have received this communication in error and delete and destroy all copies in your possession. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system or as a waiver of confidentiality or privilege. No responsibility or liability is accepted by Teneo for any loss or damage arising in any way from the use of this communication. No representation is being made that the information presented is accurate, current or complete, and such information is at all times subject to change without notice. E-mail messages are not guaranteed to be secure.

Teneo does not provide tax, accounting or legal advice. This e-mail and any attachments are not intended or written to be used, and cannot be used or relied upon, by any taxpayer for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. Each person should seek advice based on its particular circumstances from independent legal, accounting and tax advisors regarding the matters discussed in this communication.

This communication is for informational purposes only. Nothing herein should be construed as an attempt to effect any transaction in, or induce or attempt to induce the sale of, any security. Any such offer or solicitation may only be made by means of delivery of an offering memorandum and would be subject to applicable disclosure, documentation, registration and investor qualification requirements. Investment banking services are conducted by Teneo Capital LLC, including transactions by its subsidiary Teneo Securities LLC, a member of FINRA and SIPC. To view our privacy policy, click here.